# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------- X  Chapter 11
In re:                                         :
                                               :  Case No. 09-10138 (KG)
Nortel Networks, Inc.,                         :
                                               :
           Debtor.                             :
---------------------------------------------- X
---------------------------------------------- X  Chapter 11
In re:                                         :
                                               :  Case No. 09-10139 (KG)
Nortel Networks Capital Corporation,           :
                                               :
           Debtor.                             :
---------------------------------------------- :
                                               X
---------------------------------------------- X  Chapter 11
In re:                                         :
                                               :  Case No. 09-10140 (KG)
Alteon Websystems, Inc.,                       :
                                               :
           Debtor.                             :
---------------------------------------------- X
---------------------------------------------- X  Chapter 11
In re:                                         :
                                               :  Case No. 09-10141 (KG)
Alteon Websystems International, Inc.,         :
                                               :
           Debtor.                             :
---------------------------------------------- :
                                               X
---------------------------------------------- X  Chapter 11
In re:                                         :
                                               :  Case No. 09-10142 (KG)
Xros, Inc.,                                    :
                                               :
           Debtor.                             :
---------------------------------------------- X
```

```
------------------------------------------------ X  Chapter 11
                                                 :
In re:                                           :  Case No. 09-10143 (KG)
                                                 :
Sonoma Systems,                                  :
                                                 :
            Debtor.                              :
------------------------------------------------ X
------------------------------------------------ X  Chapter 11
                                                 :
In re:                                           :  Case No. 09-10144 (KG)
                                                 :
Qtera Corporation,                               :
                                                 :
            Debtor.                              :
------------------------------------------------ X
------------------------------------------------ X  Chapter 11
                                                 :
In re:                                           :  Case No. 09-10145 (KG)
                                                 :
Coretek, Inc.,                                   :
                                                 :
            Debtor.                              :
------------------------------------------------ X
------------------------------------------------ :  Chapter 11
                                                 :
In re:                                           :  Case No. 09-10146 (KG)
                                                 :
Nortel Networks Applications Management          :
Solutions Inc.,                                  :
                                                 :
            Debtor.                              :
------------------------------------------------ X
------------------------------------------------ X  Chapter 11
                                                 :
In re:                                           :  Case No. 09-10147 (KG)
                                                 :
Nortel Networks Optical Components Inc.,          :
                                                 :
            Debtor.                              :
------------------------------------------------ X
------------------------------------------------ X  Chapter 11
                                                 :
In re:                                           :  Case No. 09-10148 (KG)
                                                 :
Nortel Networks HPOCS Inc.,                      :
                                                 :
            Debtor.                              :
------------------------------------------------ X
```

3

```
-------------------------------------------  X  Chapter 11
In re:                                       :
                                             :  Case No. 09-10149 (KG)
Architel Systems (U.S.) Corporation,         :
                                             :
          Debtor.                            :
-------------------------------------------  :
                                             X
-------------------------------------------  X  Chapter 11
In re:                                       :
                                             :  Case No. 09-10150 (KG)
Nortel Networks International Inc.,          :
                                             :
          Debtor.                            :
-------------------------------------------  :
                                             X
-------------------------------------------  X  Chapter 11
In re:                                       :
                                             :  Case No. 09-10151 (KG)
Northern Telecom International Inc.,         :
                                             :
          Debtor.                            :
-------------------------------------------  :
                                             X
-------------------------------------------  X  Chapter 11
In re:                                       :
                                             :  Case No. 09-10152 (KG)
Nortel Networks Cable Solutions Inc.,        :
                                             :
          Debtor.                            :
-------------------------------------------  X
```

**ORDER PURSUANT TO 11 U.S.C. § 105, BANKRUPTCY RULE 1015 AND LOCAL
RULE 1015-1 (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS'
RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion dated, January 14, 2009 (the "Motion"),[1] of Nortel Networks Inc. and

its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion, pursuant to section 105

of the Bankruptcy Code, Bankruptcy Rule 1015 and Local Rule 1015-1, (i) directing the joint

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

administration of the Debtors' related chapter 11 cases (the "Chapter 11 Cases") and (ii) granting

related relief; and upon consideration of the Declaration of John Doolittle in Support of First Day

Motions and Applications (the "First Day Declaration"), filed concurrently with the Motion; and

adequate notice of the Motion having been given as set forth in the Motion; and it appearing that

no other or further notice is necessary; and the Court having jurisdiction to consider the Motion

and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having

determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §

157(b)(2); and the Court having determined that the legal and factual bases set forth in the

Motion and the First Day Declaration establish just cause for the relief requested in the Motion,

and that such relief is in the best interests of the Debtors, their estates, their creditors and the

parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT

1.      The Motion is GRANTED.

2.      The Debtors are authorized to have the Chapter 11 Cases consolidated for

procedural purposes only, and to have the Chapter 11 Cases jointly administered by this Court

under Case No. 09–10138 (KG).

3.      The Debtors are authorized to have the consolidated caption of the jointly

administered cases read as follows:

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- X
                                          :
In re                                     :    Chapter 11
                                          :
Nortel Networks Inc., et al.¹             :    Case No. 09- 10138 (KG)
                                          :
                Debtors.                  :    Joint Administration Pending
                                          :
-------------------------------------------------------------------- X
```

\*   \*   \*

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

4.    The Debtors are authorized to have an entry made on the docket of each of the

Chapter 11 Cases, other than the docket maintained for the Chapter 11 Case of Debtor NNI, that

is substantially similar to the following:

> An order has been entered in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015–1 directing joint administration of the Chapter 11 Cases of Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 09-10138 (KG).

5.      One consolidated docket, one file and one consolidated service list shall be maintained for the Chapter 11 Cases by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

6.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

7.      That notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order;

8.      That the requirements set forth in Rule 6003(b) of the Federal Rules of Bankruptcy Procedure are satisfied by the contents of the Motion or otherwise deemed waived;

9.      That the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE