# EXHIBIT A

## LIST OF THE DEBTORS' UTILITY COMPANIES [1]

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| Atmos Energy | P.O. Box 78108 Phoenix, AZ 85062-8108 | Gas | 8000015161801380000 |
| City of Richardson | P.O. Box 831907, Richardson, TX 75083 | Water and Sewer | 1332014441 |
| City of Richardson | P.O. Box 831907 Richardson, TX 75083 | Water and Sewer | 9237274554 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 6715631008 |
| City of Richardson | P.O. Box 831907 Richardson, TX 75083 | Water and Sewer | 7695261685 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 2105691005 |
| TXU Energy | P.O. Box 1000001 Dallas, TX 75310-0001 | Electric | 50202000001 |
| TXU Energy | P.O. Box 1000001 Dallas, TX 75310-0001 | Electric | 40202000002 |
| Com Ed | P.O. Box 805376 Chicago, IL 60680-5376 | Electric | 4077320028 |
| PSNC Energy | P.O. Box 100256 Columbia, SC 29202-3256 | Gas | 7198103935978 |
| City of Durham | P.O. Box 30040 Durham, NC 27702-3040 | Water and Sewer | 62285910 |
| City of Durham | P.O. Box 30040 Durham, NC 27702-3040 | Water and Sewer | 30360902 |
| City of Durham | P.O. Box 30040 Durham, NC 27702-3040 | Water and Sewer | 31239600 |
| City of Durham | P.O. Box 30040 Durham, NC 27702-3040 | Water and Sewer | 63894900 |
| Duke Energy Company | P.O. Box 70516 Charlotte, NC 28272-0516 | Electric | 3402744 |
| PSNC Energy | P.O. Box 100256 Columbia, SC 29202-3256 | Gas | 1210058969502 |
| City of Richardson | P.O. Box 381907 Richardson, TX 75083 | Water and Sewer | 7538469625 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 353458009 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 958661008 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 6188601001 |
| National Fuel | P.O. Box 4103 Buffalo, NY 14264 | Gas | 629045105 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 6946190009 |

---

[1]    The Debtors will include the relevant account number(s) in the copy of the Motion served on each individual Utility.

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| JCP&L | P.O. Box 3687 Akron, OH 44309-3687 | Electric | 100024158451 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Water and Sewer | 6617101 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Water and Sewer | 6616901 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Electric | 6622501 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Water and Sewer | 6630601 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Electric | 6631701 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Water and Sewer | 6636501 |
| PG&E – CA | P.O. Box 997300 Sacramento, CA 95899-7300 | Gas | 99368447043 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Water and Sewer | 6617001 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Water and Sewer | 6616801 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Water and Sewer | 6630501 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Water and Sewer | 6636401 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Electric | 6638101 |
| City of Santa Clara | P.O. Box 58000 Santa Clara, CA 95052-8000 | Electric | 6638201 |
| PG&E – CA | Box 997300 Sacramento, CA 95899-7300 | Gas | 38846887487 |
| Atmos Energy | P.O. Box 78108 Phoenix, AZ 85062-8108 | Gas | 8000015153201380000 |
| Atmos Energy | P.O. Box 78108 Phoenix, AZ 85062-8108 | Gas | 8000015153205680000 |
| City of Richardson | P.O. Box 831907 Richardson, TX 75083 | Water and Sewer | 8656473612 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 196342006 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 6842822008 |
| National Grid | P.O. Box 4300 Woburn, MA 01888-4321 | Gas | 4564618040 |
| National Grid – Massachusetts | P.O. Box 1005 Woburn, MA 01807-0005 | Electric | 5104393003 |
| Suez Energy Resources NA Inc. | P.O. Box 25237 Lehigh Valley, PA 18002-5237 | Electric | 9145313005 |
| Town of Billerica | P.O. Box 369 Billerica, MA 02155-0004 | Water and Sewer | 21011789 |
| LIPA | P.O. Box 9039 Hicksville, NY 11802-9686 | Electric | 6012000383 |
| National Grid – Melville | P.O. Box 9037 Hicksville, NY 11802-9037 | Gas | 6012000375 |

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| Suffolk County Water Authority | P.O. Box 1149<br>Newark, NJ 07101-1149 | Water and Sewer | 3000216140 |
| City of Richardson | P.O. Box 831907<br>Richardson, TX 75083 | Water and Sewer | 9112372713 |
| Suez Energy Resources NA Inc. | P.O. Box 25237<br>Lehigh Valley, PA 18002-5237 | Electric | 1037181008 |
| Suez Energy Resources NA Inc. | P.O. Box 25237<br>Lehigh Valley, PA 18002-5237 | Electric | 5955151000 |
| Suez Energy Resources NA Inc. | P.O. Box 25237<br>Lehigh Valley, PA 18002-5237 | Electric | 9045112006 |
| Great Oaks Water Co. | P.O. Box 23490<br>San Jose, CA 95153 | Water and Sewer | 366531 |
| PG&E - CA | Box 997300<br>Sacramento, CA 95899-7300 | Gas | 88657539305 |
| PG&E - CA | Box 997300<br>Sacramento, CA 95899-7300 | Electric | 89074205942 |
| AT&T | PO Box 105262<br>Atlanta, GA 30348-5262 | Telecom | 20550774685980549<br>20598031000020547<br>20598751830010540<br>25623881500020544<br>30580567627630445<br>33672283840021916<br>33685498936131917<br>40733317130013148<br>42374649045151860<br>42374699730011867<br>50241287830010486<br>50249524610010489<br>50257001071780487<br>50286711370980485<br>77049523683321885<br>77061958234331882<br>77066436809581880<br>84362954031331894<br>205M153425425<br>225M652958958<br>225M654554554<br>50446867690900466<br>60158308322310593<br>60185930242780593<br>61525112293630479<br>61589566680010475<br>70432942280013197<br>70452192403543195<br>904M123855855<br>91985608961020365<br>93136362420010479<br>93138887620010470<br>95444190925191802<br>954V108914914 |
| AT&T | PO Box 105414<br>Atlanta, GA 30348-5414 | Telecom | 40557928687889<br>91873257009068 |

3

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| AT&T | PO Box 105503<br>Atlanta, GA 30348-5503 | Telecom | 615M174989989<br>919M024847847<br>919M581002832 |
| AT&T | PO Box 13140<br>Newark, NJ 07101-5640 | Telecom | 10009000786<br>80025401151 |
| AT&T | PO Box 13146<br>Newark, NJ 07101-5646 | Telecom | NRNKNRNA01<br>NRNKNRNDC01<br>NRNKNRNJ01<br>NRNKNRNNV02 |
| AT&T | PO Box 5001<br>Carol Stream, IL 60197-5001 | Telecom | 21035755003150<br>21062869579933<br>21066120472580<br>28126048001193<br>28193191517441<br>31631503720364<br>31683222163079<br>47925429011367<br>47925439431654<br>47925498586851<br>51224133001010<br>51234646496094<br>81645994461279<br>81667192137899<br>91349810560004<br>91359913169827<br>97266409283034<br>97268700899088<br>97288914969105<br>97299118670803<br>97299120421708<br>214A6106718714<br>71398305806335<br>97283117844791<br>51065658877866<br>51078532115114 |
| AT&T | PO Box 5011<br>Carol Stream, IL 60197-5001 | Telecom | 5100720991091<br>5100728264560<br>5100743712028<br>5100743945478<br>5100743947647<br>5100840077384<br>5100840079586<br>5100720991091<br>5100728264560<br>5100743712028<br>5100743945478<br>5100743947647<br>5100840077384<br>5100840079586 |

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---------|-----------------|-----------------|-------------|
| AT&T | PO Box 8100<br>Aurora, IL 60507-8100 | Telecom | 21666258895268<br>24837335157832<br>24874080625212<br>26289695201668<br>31742309679536<br>31742328178015<br>31742331438018<br>41422887324173<br>41427401380693<br>41435912038446<br>41435912940880<br>51732206715704<br>58655897049462<br>61489161359238<br>61677255920474<br>61694901261951<br>71538101937985<br>73420723843228<br>73437439285677<br>73437959844568<br>73439855639830<br>73445303837778<br>84736496623560<br>93784774806628<br>216R7000722013<br>248R2112213083<br>262R3663731963<br>317R0607336356<br>58642745252091<br>61450197342880<br>614R8800553820<br>61639248659657<br>847R0618336372<br>31456706714372 |
| AT&T | PO Box 8110<br>Aurora, IL 60507-8110 | Telecom | 8605710038970 |
| AT&T | Payment Center<br>Sacramento, CA 95887-0001 | Telecom | 23434187141563<br>23434256411277<br>40874815755533<br>40822613933851<br>40822659178718<br>40828857731620<br>40836311110182<br>40849657058592<br>40872760071302<br>40884484751721<br>80557911540849<br>96055009455550<br>96073236345551<br>96073933455554<br>51078532115114<br>91635756633965 |

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| AT&T Teleconference Services | PO Box 2840<br>Omaha, NE 68103-2840 | Telecom | 5126764200001 |
| ATT Global Network Services LLC | Maildrop P308<br>3405 W Dr M.L.K. Jr. Blvd<br>Tampa, FL 33607 | Telecom | US001136 |
| BT Americas Inc | Attn: Dept CH 19234<br>Palatine, IL 60055-9234 | Telecom | 1014839<br>1017667 |
| Cablevision Lightpath, Inc | PO Box 360111<br>Pittsburg, PA 15251-6111 | Telecom | 37063 |
| China Telecom Americas Corp | 607 Herndon Pkwy, Suite 201<br>Herndon, VA 20170 | Telecom | NOR27709 |
| Cincinnati Bell | PO Box 748003<br>Cincinnati, OH 45274-8003 | Telecom | 5137632100471 |
| Comcast | PO Box 3005<br>Southeastern, PA 19398-3005 | Telecom | 01720539933014 |
| Cox Communications | PO Box 2380<br>Omaha, NE 68103-2380 | Telecom | 0017210014928702 |
| Embarq | PO Box 660068<br>Dallas, TX 75266-0068 | Telecom | 7027333800571<br>304076497 |
| Embarq | PO Box 96064<br>Charlotte, NC 28296-0064 | Telecom | 8509427101826 |
| First Digital Telecom | Billing Department,<br>PO Box 1499<br>Salt Lake City, UT 84110-1499 | Telecom | 8015963246 |
| Frontier Communications | PO Box 20567<br>Rochester, NY 14602-0567 | Telecom | 100186907 |
| Global Crossing Conferencing | PO Box 790407<br>St. Louis, MO 63179-0407 | Telecom | 8583935<br>8583938 |
| KDDI | PO Box 7777 - W510005<br>Philadelphia, PA 19175-0005 | Telecom | A02536GB01 |
| Level 3 Communications LLC | Department 1782<br>Denver, CO 80291-1782 | Telecom | 12027 |
| Level 3 Communications LLC | Department 182<br>Denver, CO 80291-0182 | Telecom | 11789FB<br>10005239<br>10005695<br>10005782<br>10005831<br>10005834<br>1BN5HZ |
| Masergy Communications, Inc | PO Box 671454<br>Dallas, TX 75267-1454 | Telecom | MC000688 |
| McDonald County Telephone Co | PO Box 207<br>Pineville, MO 64856-0207 | Telecom | 0000007085 |
| MCI International Inc | PO Box 382077<br>Philadelphia, PA 15251-8077 | Telecom | 86334312<br>86337152 |
| MCI International Inc | PO Box 382077<br>Pittsburg, PA 15251-8077 | Telecom | 86334312<br>86337152 |
| PCCW Global Inc | PO Box 75056<br>Baltimore, MD 21275 | Telecom | NOR010 |
| Qwest | Business Services,<br>PO Box 856169<br>Louisville, KY 40285-6169 | Telecom | 67457669<br>74494474 |

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| Qwest | PO Box 17360<br>Denver, CO 80217-0360 | Telecom | 9528358986790<br>9528977400291<br>612E071218610 |
| Qwest | PO Box 173638<br>Denver, CO 80217-3638 | Telecom | 3037133400416B<br>4809664571826B<br>8019085298079B<br>7204881122279B<br>K3036945889889M |
| Qwest | PO Box 29039<br>Phoenix, AZ 85038-9039 | Telecom | 6022580585406B<br>6027780740624B<br>6029579394399B<br>6029579707132B<br>J6029520562604M |
| Qwest | PO Box 91154<br>Seattle, WA 98111-9254 | Telecom | 4029644300847<br>4029653764073<br>5152678168402<br>7635590508329<br>402D350027846<br>9287263218978B |
| Qwest | PO Box 91155<br>Seattle, WA 98111-9255 | Telecom | 4254514439510B<br>4254550242858B |
| Sprint | PO Box 219530<br>Kansas City, MO 64121-9530 | Telecom | 300403505<br>300436555<br>300503570<br>300573859<br>301008180<br>301943325<br>679248110<br>922279146<br>922391804<br>924637735<br>925193418<br>925638457<br>925836284<br>925872038<br>926012508<br>926349888 |
| Sprint | PO Box 219623<br>Kansas City, MO 64121-9623 | Telecom | 13094526 |
| TelCove Operations | PO Box 931843<br>Atlanta, GA 31193-1843 | Telecom | 2008020819593411<br>2008010719463193 |
| Telefonica USA, Inc | 1111 Brickell Ave, 10th Floor<br>Miami, FL 33131 | Telecom | 2250860 |
| Telepacific Communications | PO Box 526015<br>Sacramento, CA 95852-6015 | Telecom | 17230 |
| TelMex USA LLC | 3350 SW 148 Ave, Suite 400<br>Miramar, FL 33027 | Telecom | 02151000007095<br>US00000604 |
| Time Warner Cable | PO Box 70873<br>Charlotte, NC 28272-0873 | Telecom | 163974501 |

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| tw telecom | PO Box 172567<br>Denver, CO 80217-2567 | Telecom | 9129<br>268144<br>268294<br>268404<br>268457<br>269069<br>269135<br>269661<br>302118 |
| Verisign, Inc | PO Box 849985<br>Dallas, TX 75284-9985 | Telecom | 356942 |
| Verizon | PO Box 1100<br>Albany, NY 12250-0001 | Telecom | 78124694969560011<br>97829417041680078<br>97843636001660076<br>97843691512090079<br>97866359477890078<br>97867088885510076<br>78124694969560011<br>97829417041680078<br>97843636001660076<br>97843691512090079<br>97866359477890078<br>97867088885510076 |
| Verizon | PO Box 15124<br>Albany, NY 12212-5124 | Telecom | 2122971735224728<br>2126614944772725<br>2126970729121722<br>5184640346979248<br>5184643000653240<br>6312852000683270<br>6314689052613278<br>6315851356860273<br>9147477570301692<br>9147732400909696<br>5164203468166278<br>7166911900277263 |
| Verizon | PO Box 9688<br>Mission Hills, CA 91346-9688 | Telecom | 5034317500<br>5036708341 |
| Verizon | PO Box 28000<br>Lehigh Valley, PA 18002-8000 | Telecom | 610834961095563Y<br>717846274883263Y<br>717774093037137Y |
| Verizon | PO Box 4648<br>Trenton, NJ 08650-4648 | Telecom | 00013183167322Y |
| Verizon | PO Box 4833<br>Trenton, NJ 08650-4833 | Telecom | 201462008741448Y<br>732346017987514Y<br>732739529717082Y<br>973682437707035Y<br>973984914378532Y |

8

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| Verizon | PO Box 660720<br>Dallas, TX 75266-0720 | Telecom | 00066216252578Y<br>00067558877238Y<br>00070939366442Y<br>00075680097450Y<br>00087210669526Y<br>00006914645640Y<br>00072339417445Y<br>00090590572583Y<br>00098031691854Y |
| Verizon | PO Box 660748<br>Dallas, TX 75266-0748 | Telecom | 412809730058456Y<br>215199208799909Y |
| Verizon Business | PO Box 70928<br>Chicago, IL 60673-0928 | Telecom | Y2333861<br>Y2463027<br>Y2333861<br>Y2444310<br>Y2449874<br>Y2449875<br>Y2454438<br>Y2463027<br>Y2465442 |
| Verizon Business | PO Box 371322<br>Pittsburgh, PA 15250-7322 | Telecom | Y2274894<br>Y2274896<br>Y2274897<br>Y2274898<br>Y2274900<br>Y2274904<br>Y2382659<br>Y2382667<br>Y2382668<br>Y2382662<br>Y2382670<br>Y2382671<br>Y2382672<br>Y2382673<br>Y2382674<br>Y2382676<br>Y2382677 |
| Verizon Business | PO Box 371355<br>Pittsburgh, PA 15250-7355 | Telecom | Y0099689<br>Y2184501<br>Y2184502<br>Y2333867<br>Y2346440<br>Y2419311 |
| Verizon Business | PO Box 371873<br>Pittsburgh, PA 15250-7873 | Telecom | 6000055987X26<br>9150225572X25<br>9150225663X25<br>118201<br>6000056195X26<br>9150221836X25<br>9150225653X25<br>9150225755X25<br>9150225769X25<br>9150226210X25 |

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| Verizon Business | PO Box 371392<br>Pittsburgh, PA 15250 | Telecom | Y2198947 |
| Verizon California | PO Box 9688<br>Mission Hills, CA 91346-9688 | Telecom | 8053711144<br>8053732040 |
| Verizon North | PO Box 9688<br>Mission Hills, CA 91346-9688 | Telecom | 4407743096060210 |
| Verizon Northwest | PO Box 9688<br>Mission Hills, CA 91346-9688 | Telecom | 4254871538030701 |
| Verizon South | PO Box 920041<br>Dallas, TX 75392-0041 | Telecom | 9191970157<br>9191970545<br>9191970745<br>9191970803<br>9191971502<br>9191974962<br>9191976077<br>9192481040<br>9192481049<br>9194724285<br>9194740071<br>9194740121<br>9194748304<br>9199917000<br>9199922947<br>9199970400<br>9191EL0363<br>919A401223<br>919A401224<br>919HC68008<br>919OB01455 |
| Verizon Florida LLC | PO Box 920041<br>Dallas, TX 75392-0041 | Telecom | 7275475296070103<br>8137408620060207<br>7275475296070103<br>8137408620060207 |
| WilTel Communications | Department 182<br>Denver, CO 80291-0182 | Telecom | 10003077<br>10003142 |
| Windstream | PO Box 9001908<br>Louisville, KY 40290-1908 | Telecom | 010033820123 |
| XO Communications | 14239 Collections Center Dr<br>Chicago, IL 60693 | Telecom | 004000000044223<br>004000000116964 |
| Century Tel | PO Box 4300<br>Carol Stream, IL 60197-4300 | Telecom | 304076497 |