**EXHIBIT C**

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Banc of America Securities LLC | 100 Federal Street Boston, MA 02110 | Nortel Networks Inc. (2001) | Investment (Money Market Funds) | XXXXXXX-XXXXX-969 |
| Bank of America | 3985 Collection Center Drive Dallas, TX, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXXXX-432 |
| Bank of America | 3985 Collection Center Drive Dallas, TX, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXXXX-519 |
| Bank of America | 6000 Feldwood Rd. Atlanta, GA, USA | Nortel Networks Inc. (2001) | Payroll | XXXXXXXX-623 |
| Bank of America | 231 South LaSalle Street, 14th Floor Chicago, IL, USA | Nortel Networks Inc. (2001) | VEBA Trust | XXXXXXXXXXX-650 |
| Bank of America | 27th Floor, Philamlife Tower, 8767 Paseo de Rozas, Makati City, Philippines | Nortel Networks International Inc. (2115) | PHP Currency | XXXXX-XXXXXX-010 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Treasury | XXXXXX-444 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXX-078 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXX-403 |
| Citibank | 123 Front St. West Suite 1900 Toronto, Ontario, Canada | Nortel Networks Inc. (2001) | Canadian Dollar Trade Disbursements | XXXXXXXX-007 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXXX-182 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXXX-851 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Sales Taxes Disbursements | XXXXXX-426 |

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXXX-054 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXXX-453 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Employee Benefits | XXXXXX-089 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Travel Expenses | XXXXXX-097 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Employee Expenses | XXXXXX-062 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Employee Expenses | XXXXXX-086 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Flexible Spending Benefits | XXXXXX-505 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Stock Option Settlement | XXXXXX-075 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Capital Corporation (2110) | Operating Account | XXXXXX-438 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXXX-977 |
| Deutsche Bank | Venture Capital Group Baltimore, MD, USA | Nortel Networks Inc. (2001) | Brokerage | XXX-519 |
| Morgan Stanley | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Brokerage | XXXXXXXXXXX-502 |