**EXHIBIT B**
**Schedule of Insurance Policies**

| Policy Type | Policy Number | Expiration | Named Insured | Carrier | Annual Premium | Captive Y/N |
|---|---|---|---|---|---|---|
| **Workers' Compensation** | | | | | | |
| U.S. Workers' Comp. & Employer's Liability (All States) | TRJ-UB-395J130-5-08 TC2J-UB-395J126-2-08 | 5/15/09 | NNI | Travelers/Willis | $819,754 | N |
| U.S. Workers' Comp. & Employer's Liability (Wyoming) | 000133896 | Quarterly | NNI | Monopolistic State | $3,000 (Paid by Tax Department) | N |
| U.S. Workers' Comp. & Employer's Liability (Washington) | 600-386-201 | Quarterly | NNI | Monopolistic State | $40,000 | N |
| U.S. Workers' Comp. & Employer's Liability (West Virginia) | TC2OUB-9520B81-2-08 | 5/15/09 | NNI | Monopolistic State (via Travelers/Willis) | $4,000 | N |
| U.S. Workers' Comp. & Employer's Liability (Ohio) | 0494564-0 | Semi-annually | NNI | Monopolistic State | $15,000 | N |
| U.S. Workers' Comp. & Employer's Liability (North Dakota) | 1093384 | 5/31/09 | NNI | Monopolistic State | $250 | N |
| **Auto Liability** | | | | | | |
| U.S. Auto Liability | TC2JCAP-395J123-7-08 | 5/15/09 | NNI | Travelers/Willis | $56,859 | N |