**EXHIBIT A-1**

**SUBSTANTIAL EQUITYHOLDER NOTICE**

Exhibit A-1

## **SUBSTANTIAL EQUITYHOLDER NOTICE**

PLEASE TAKE NOTICE that, as of [_____ __, ____], [_____] has Tax Ownership[1] of [_____] shares of NNC Common Stock, [_____] shares of NNL Cumulative Redeemable Class A Preferred Shares Series 5 (or any other series of NNL preferred shares to which such series may be converted), and [_____] shares of NNL Non-cumulative Redeemable Class A Preferred Shares Series 7 (or any other series of NNL preferred shares to which such series may be converted).

PLEASE TAKE FURTHER NOTICE that this notice is being served by overnight mail on (i) Nortel Networks Inc., 220 Athens Way, Nashville, TN 37228-1397 (Attn: Lynn C. Egan, Esq.); (ii) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470 (Attn: James L. Bromley, Esq. and William L. McRae, Esq.); (iii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek C. Abbott, Esq.) and (iv) Nortel Networks Corporation, 195 The West Mall, Toronto, ON M9C 5K1, Canada (Attn: Director—Tax).

PLEASE TAKE FUTHER NOTICE that the taxpayer identification number of [_____] is _____.

This notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

_____
[Name]

[Address]
[Telephone]
[Facsimile]

Dated: [_____], [_____]

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of the Debtors' Parents' Equity Securities dated January ___, 2009 (the "Interim Order").