**EXHIBIT A-3**

**NOTICE OF INTENT TO SELL OR OTHERWISE
DISPOSE OF TAX OWNERSHIP OF STOCK**

Exhibit A-3

## NOTICE OF INTENT TO SELL OR OTHERWISE
## DISPOSE OF TAX OWNERSHIP OF STOCK

PLEASE TAKE NOTICE that [_____] intends to sell or otherwise dispose of Tax Ownership of [_____] shares of NNC Common Stock, [_____] shares of NNL Cumulative Redeemable Class A Preferred Shares Series 5 (or any other series of NNL preferred shares to which such series may be converted), and [_____] shares of NNL Non-cumulative Redeemable Class A Preferred Shares Series 7 (or any other series of NNL preferred shares to which such series may be converted) (the "Proposed Transaction").[1]

PLEASE TAKE FURTHER NOTICE that, before giving effect to the Proposed Transaction, [_____] has Tax Ownership of [_____] shares of NNC Common Stock, [_____] shares of NNL Cumulative Redeemable Class A Preferred Shares Series 5 (or any other series of NNL preferred shares to which such series may be converted), and [_____] shares of NNL Non-cumulative Redeemable Class A Preferred Shares Series 7 (or any other series of NNL preferred shares to which such series may be converted).

PLEASE TAKE FURTHER NOTICE that, after giving effect to the Proposed Transaction, [_____] would have Tax Ownership of [_____] shares of NNC Common Stock, [_____] shares of NNL Cumulative Redeemable Class A Preferred Shares Series 5 (or any other series of NNL preferred shares to which such series may be converted), and [_____] shares of NNL Non-cumulative Redeemable Class A Preferred Shares Series 7 (or any other series of NNL preferred shares to which such series may be converted).

PLEASE TAKE FUTHER NOTICE that the taxpayer identification number of [_____] is _____.

PLEASE TAKE FURTHER NOTICE that this notice is being served by overnight mail on (i) Nortel Networks Inc., 220 Athens Way, Nashville, TN 37228-1397 (Attn: Lynn C. Egan, Esq.); (ii) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1470 (Attn: James L. Bromley, Esq. and William L. McRae, Esq.); (iii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek C. Abbott, Esq.) and (iv) Nortel Networks Corporation, 195 The West Mall, Toronto, ON M9C 5K1, Canada (Attn: Director—Tax).

---

[1]      Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of the Debtors' Parents' Equity Securities dated January ___, 2009 (the "Interim Order").

[_____] further acknowledges and agrees that (i) if the Debtors file a written objection to the Proposed Transaction within ten (10) calendar days of the date of this notice, the Proposed Transaction may not be consummated unless approved by a final and nonappealable order of the Court; (ii) any transaction purportedly consummated in violation of the Interim Order will be void ab initio and will result in the imposition of sanctions as provided in the Interim Order; and (iii) any further transactions contemplated by [_____] that may result in [_____] selling or otherwise disposing of Tax Ownership of additional Stock will each require an additional notice to be served in the same manner as this notice.

Respectfully submitted,

_____
[Name]

[Address]
[Telephone]
[Facsimile]

Dated: [_____], [_____]