**EXHIBIT B**

**PUBLICATION NOTICE**

Exhibit B

## **PUBLICATION NOTICE**

Court Enters Order Restricting Trading in Common Shares of Nortel Networks Corporation, and Any Series of Preferred Shares of Nortel Networks Limited.

The United States Bankruptcy Court for the District of Delaware has entered an order that imposes substantial restrictions on trading in (i) common shares of Nortel Networks Corporation, and (ii) the following series of preferred shares of Nortel Networks Limited, and any other series of preferred shares into which they may be converted: Cumulative Redeemable Class A Preferred Shares Series 5, and Non-cumulative Redeemable Class A preferred Shares Series 7. The order also notifies owners of claims against Nortel Networks Inc. and its affiliates of potential future debt trading restrictions and notice and information requirements. A copy of the order may be found at the following internet address:

http://chapter11.epiqsystems.com/nortel

The case number for the bankruptcy action is [_____].