UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                              §
                                    § CASE NO. 09-10138-KG-11
NORTEL NETWORKS INC.                §
                                    § Chapter 11
         Debtor                     §

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO

Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Mark Browning*
MARK BROWNING
Assistant Attorney General
Texas State Bar No. 03223600
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4883
Facsimile: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on January 14, 2009, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Nortel Networks, Inc.
2221 Lakeside Boulevard
Richardson, TX 75082

By Electronic Means as listed on the Court's ECF Noticing System:

Elizabeth Banda kwilliams@pbfcm.com
Ann C. Cordo acordo@mnat.com, aconway@mnat.com;ecampbell@mnat.com
Thomas F. Driscoll , aconway@mnat.com
Eric D. Schwartz eschwartz@mnat.com
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
Helen Elizabeth Weller dallas.bankruptcy@publicans.com


*/s/ Mark Browning*
MARK BROWNING