MARGOLIS EDELSTEIN
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801
Telephone: (302) 888-1112
Facsimile (302) 888-1119
E-mail: jhuggett@margolisedelstein.com
James E. Huggett, Esquire

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-10138 ( ) |
| NORTEL NETWORKS INC., *et al.*, ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY MARGOLIS EDELSTEIN

**PLEASE TAKE NOTICE** that James E. Huggett, Esquire of Margolis Edelstein, appears pursuant to Bankruptcy Rule 9010 and 2002 and applicable local rules, requests that all notices given or required to be given in this proceeding and all papers served in this proceeding be given to and served upon the undersigned at the office and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands.

**PLEASE TAKE FURTHER NOTICE** that Margolis Edelstein has no intention for this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Margolis Edelstein's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Margolis Edelstein 's right to trial by jury

in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Margolis Edelstein's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Margolis Edelstein is or may be entitled under agreements, in law or equity, all of which rights, claims, defenses, set-offs, and recoupments Margolis Edelstein expressly reserves.

Dated: January 14, 2009
Wilmington, Delaware

    Respectfully submitted,
    MARGOLIS EDELSTEIN

    /s/*James E. Huggett*
    James E. Huggett, Esq. (#3956)
    750 Shipyard Drive, Suite 102
    Wilmington, Delaware 19801
    Telephone (302) 888-1112
    Facsimile (302) 888-1119
    E-mail jhuggett@margolisedelstein.com