IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
*In re*                                          :    Chapter 11
                                                 :
Nortel Networks Inc., *et al.*,[1]               :    Case No. 09-10138 (KG)
                                                 :
         Debtors.              :    Joint Administration Pending
                                                 :
                                                 :    **Hearing Date: January 15, 2009 at 11:00 a.m. (ET)**
------------------------------------------------------------X

## DEBTORS' NOTICE OF HEARING ON VARIOUS MOTIONS AND APPLICATIONS FOR FIRST DAY RELIEF

**PLEASE TAKE NOTICE** that on January 14, 2009, the above-captioned entities (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors continue to operate their businesses and manage their properties, as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code under the protection of the automatic stay against, among other things, the commencement or continuation of actions by creditors to recover, exercise control over or collect property of the Debtors pursuant to section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed the following motions, applications and supporting pleadings in connection with requests for various first day relief (collectively, the "Motions"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

| D.I. | DESCRIPTION |
|------|-------------|
| 2 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 105, Bankruptcy Rule 1015, And Local Rule 1015-1 (I) Directing Joint Administration Of The Debtors' Related Chapter 11 Cases And (II) Granting Related Relief |
| 5 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 341 And 28 U.S.C. § 156(c) Authorizing The Debtors To (I) File (a) Consolidated List Of Creditors And (b) Consolidated List Of Debtors' Top Forty Creditors And (II) Provide Notices, Including Notices Of Commencement Of Cases And Section 341 Meeting |
| 6 | Debtors' Motion For Entry Of An Order Under 11 U.S.C. § 521 Extending The Debtors' Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs |
| 7 | Debtors' Motion For Entry Of An Order Appointing Epiq Bankruptcy Solutions, LLC As Claims, Noticing And Balloting Agent Of The Bankruptcy Court Pursuant To 28 U.S.C. § 156(c) |
| 8 | Motion Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code For Interim And Final Orders (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance |
| 9 | Debtors' Motion For An Order Pursuant To Sections 345, 363(c)(1), 364(a) And 503(b)(1): (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfers And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) [On An Interim Basis] |
| 10 | Debtors' Motion For Entry Of An Order Authorizing, But Not Directing, Debtors To Pay Certain Prepetition (I) Wages, Salaries And Other Compensation, (II) Reimbursable Expenses, And (III) Medical, Retirement And Similar Benefits |
| 11 | Debtors' Motion Pursuant To Sections 105(a), 363(b), 507(a)(8), And 541 Of The Bankruptcy Code For An Order Authorizing The Debtors To Remit And Pay Certain Taxes And Fees |
| 12 | Debtors' Motion For Entry Of An Order Authorizing, But Not Directing, Debtors To (I) Honor Prepetition Obligations To Their Customers And (II) Continue Customer Programs |
| 14 | Debtors' Motion Pursuant To Sections 105(a) And 363(b)(1) Of The Bankruptcy Code For An Order Authorizing The Debtors To Pay Prepetition Common Carrier Charges And Warehouse Fees |
| 15 | Debtors' Motion For Entry Of An Order Authorizing The Debtors To (I) Continue Insurance Coverage Entered Into Prepetition, And (II) Enter Into New Insurance Policies |
| 16 | Debtors' Motion For Declaratory Order Enforcing Section 362 Of The Bankruptcy Code |
| 17 | Debtors' Motion For Entry Of An Administrative Order Pursuant To 11 U.S.C. §§ 105(a) And 331, Fed. R. Bankr. P. 2016 And Del. Bankr. L.R. 2016-2 Establishing Procedures For Interim Compensation Of Fees And Reimbursement Of Expenses Of Professionals And Official Committee Members |

2664778.4

| 18 | Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §105(a) Approving Cross-Border Court-To-Court Protocol |
|---|---|
| 19 | Debtors' Motion Under 11 U.S.C. §§ 105, 362 And 541 For An Interim Order Establishing Notification Procedures And Approving Restrictions On Certain Transfers Of Debtors' Parents' Equity Securities |

PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") on the Motions will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, **on January 15, 2009 at 11:00 a.m. (ET).**

Copies of the Motions may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the Motions will be available for download from the website of the Debtors' proposed claims, notice and balloting agent, Epiq Bankruptcy Solutions, LLC at www.epiqbankruptcysolutions.com. Requests for copies of the Motions and further information regarding the Hearing may also be made to proposed counsel for the Debtors at the telephone number listed below.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 14, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Ann C. Cordo<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Thomas F. Driscoll III (No. 4703)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors in Possession* |