# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X

|  | : |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Joint Administration Pending |
|  | : |  |

------------------------------------------------------------X

**DECLARATION OF JAMES L. BROMLEY IN SUPPORT OF APPLICATION**
**AUTHORIZING EMPLOYMENT AND RETENTION OF CLEARY GOTTLIEB STEEN**
**& HAMILTON LLP AS COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

I, JAMES L. BROMLEY, do hereby declare as follows:

1.       I am a member of the firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary

Gottlieb" or the "Firm"), which maintains an office for the practice of law, among other places,

at One Liberty Plaza, New York, New York 10006.

2.       I am an attorney at law admitted to practice before the courts of the State of New

York, the United States Court of Appeals – Second, Third and Ninth Circuits, and the United

States District Courts for the District of New Jersey and the Eastern and Southern Districts of

New York.

3.       I submit this declaration in support of the Application of the above-captioned

debtors (collectively, the "Debtors") for an order approving the retention of Cleary Gottlieb as

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Debtors' counsel in the above-captioned cases, in compliance with and to provide disclosures pursuant to sections 327, 328 and 504 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. To the extent that any information disclosed herein requires amendment or modification upon Cleary Gottlieb's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to this Court.

4.      In addition to Cleary Gottlieb, the Debtors seek by separate application the retention of Morris, Nichols, Arsht & Tunnell LLP as their Delaware co-counsel in these chapter 11 proceedings. Cleary Gottlieb and Morris Nichols intend to work cooperatively to provide effective and cost-efficient representation of the Debtors in their reorganization.[2]

5.      Cleary Gottlieb is composed, in part, of attorneys with knowledge and experience in the practice areas of bankruptcy, reorganization, litigation, securities law, employee benefits, intellectual property, mergers and acquisitions, divestitures, corporate governance and other areas that may be relevant to these chapter 11 proceedings.

6.      Cleary Gottlieb is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Cleary Gottlieb, its partners, counsel, senior attorneys and associates:

        a.      are not creditors, equity security holders, or insiders of the Debtors;

---

[2]      Ogilvy Renault LLP, counsel to the Canadian Debtors in the Canadian in the Canadian Proceedings, will represent the interests of the Debtors in the Canadian Proceedings as applicable and necessary; however, I am informed that such representation and compensation for such work falls within the scope of its retention in the Canadian Proceedings and therefore the Debtors do not intend to seek to separately retain Ogilvy Renault in these chapter 11 cases.

      b.      are not and were not, within two years before the Commencement Date, a director, officer, or employee of the Debtors; and

      c.      do not have interests materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

7.      As detailed in the Application, prior to the commencement of these chapter 11 cases, the Firm has regularly provided representation and advice to Nortel, including the Debtors, their Canadian parents, and their affiliates, as long standing clients of the Firm. Most recently, Cleary Gottlieb has advised the Debtors and their Canadian parents (including in part with respect to certain of their French and German affiliates) regarding various restructuring alternatives including related to their preparation for their respective insolvency proceedings and other possible strategic alternatives. Because the Debtors' and their Canadian parents' interests are united in their integrated, co-dependent business relationship, the Debtors' ability to successfully reorganize is dependent on the reorganization of the jointly operated Nortel businesses in Canada and in the U.S. in a strategic transaction, on a stand alone basis, and/or through the sale of one or more Nortel business segments that are located in both Canada and the U.S. Therefore, Debtors and their Canadian parents desire to have the Firm continue to provide advice to the Canadian Debtors regarding issues that affect their joint interests and their respective reorganization efforts in order to facilitate a joint and harmonious approach to Nortel's restructuring in both jurisdictions.

8.      As a result of its longstanding relationship with Nortel, the Firm has unique knowledge of Nortel's businesses, operations and capital structure in both the U.S. and Canada. The Firm's continued representation of the Canadian Debtors will avoid the time and expense necessarily required by new attorneys to familiarize themselves with the intricacies of the Debtors' businesses, operations and capital structure, resulting in gains in efficiency and

3

economy throughout Nortel's restructuring process. In the event that matters should arise over the course of these chapter 11 cases to which Cleary Gottlieb may be precluded from acting by reason of an actual or potential conflict of interest, the Debtors will rely on Morris Nichols (if retained) or will retain conflicts counsel if appropriate to handle such matters. Cleary Gottlieb will segregate any time spent providing representation and advice to the Debtors' affiliates that does not involve the Debtors, and seek compensation from the relevant Nortel affiliates for those services.

9.    Within the year before the commencement of the Debtors' chapter 11 cases, Cleary Gottlieb has received $8,759,284.08 in payments from the Debtors and their affiliates (including the amount deducted from the retainer set forth in paragraph 10 below and excluding the balance of such retainer).

10.    In addition, Cleary Gottlieb has received a total of $1.25 million from NNI as a retainer in connection with the potential restructuring of Nortel's capital structure and financial obligations and the commencement and prosecution of these chapter 11 cases and for the reimbursement of reasonable and necessary expenses incurred in connection therewith. Cleary Gottlieb has applied a portion of this retainer amounting to $518,809.07 to fees and expenses incurred prior to the Petition Date. After application of amounts from the retainer for payment of any additional prepetition professional services and related expenses, any excess amounts will be applied to such postpetition allowances of compensation and reimbursement of expenses that are allowed by the Court.

### Disclosures of Cleary Gottlieb

11.    In preparing this Declaration, in order to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals by the Debtors, I directed that a list (the "Conflicts Check List") of (i) entities affiliated with or related

to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings,

(iii) key creditors of the Debtors and their respective counsel, be submitted, and (iv) certain other

parties in interest in these chapter 11 cases and their respective counsel, to the Firm's Records

Department. The Conflicts Check List is attached hereto as Exhibit I. Cleary Gottlieb's Records

Department ran a computerized check of each of these persons or entities against the Firm's

client database (the "Client Database") to determine which persons or entities, if any, Cleary

Gottlieb currently represents ("Current Clients") or has represented in the past three years

("Former Clients"). A list of Current Clients matching those entities on the Conflicts Check List

is attached hereto as Exhibit II. A list of Former Clients matching those entities on the Conflicts

Check List is attached hereto as Exhibit III.

12.    Cleary Gottlieb, which employs more than 1,000 attorneys in 12 offices around

the globe, has a large and diversified legal practice that encompasses the representation of many

financial institutions and commercial corporations. Some of those entities are or may consider

themselves to be creditors or parties in interest in the Debtors' pending chapter 11 cases or to

otherwise have interests in these cases. Cleary Gottlieb has represented, currently represents,

and/or may represent in the future persons or entities listed in Conflicts Check List (or their

affiliates) in matters totally unrelated to the Debtors. The list of these Conflicts Check List

entities that Cleary Gottlieb either currently represents or has represented in the past three (3)

years is provided in Exhibit I annexed hereto. To the best of my knowledge, none of the entities

from the Conflicts Check List represented five percent (5%) or more of Cleary Gottlieb's 2008

gross revenues other than (in each case including their affiliates) Citigroup, Goldman Sachs and

TPG, and none of the other entities from the Conflicts Check List represented one percent or

more of Cleary Gottlieb's 2008 gross revenues other than (in each case including their affiliates)

Bank of America, Barclays, Merrill Lynch, Credit Suisse Group, Morgan Stanley and UBS.

    13.    To the best of my knowledge and information after a review of the Conflicts

Check List and the Firm's records conducted at my direction, Cleary Gottlieb's connections with

the parties identified on the Conflicts Check List, currently and during the past three years, are as

follows:

    a.    <u>Debtors' Affiliates and Related Parties.</u>  Cleary Gottlieb has represented, and may continue to represent, predecessors or present or former affiliates, particularly including their Canadian parents, of the Debtors in various corporate matters.

    b.    <u>Professionals Representing the Debtors.</u>  As part of its practice, Cleary Gottlieb appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants and investment banks, including other professionals representing the Debtors.  In certain instances, professionals representing the Debtors may be clients of, or opposing counsel to, Cleary Gottlieb in matters unrelated to these chapter 11 proceedings.  In addition, Cleary Gottlieb has represented, and may continue to represent, clients that are adverse to clients of the Debtors' professionals in various matters unrelated to these chapter 11 proceedings.

    c.    <u>Creditors of the Debtors.</u>  In matters unrelated to the chapter 11 proceedings, Cleary Gottlieb has represented, and may continue to represent, various creditors and parties in interest (or their affiliates) identified in Exhibits II and III.  Cleary Gottlieb will not represent any of these entities in any matters related to these chapter 11 proceedings.

    d.    <u>Professionals Representing Creditors.</u>  As part of its practice, Cleary Gottlieb appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants and investment banks, including other professionals representing creditors or other parties in interest.  Cleary Gottlieb does not and will not represent such professionals in relation to these chapter 11 proceedings.

    14.    In addition, Cleary Gottlieb, its members, counsel, senior attorneys, associates,

and/or other employees of Cleary Gottlieb:

    a.    may have appeared in the past, and may appear in the future, in other cases unrelated to these cases where the Debtors' creditors or other parties in interest may be involved;

6

      b.      may represent, and may have represented, certain of the Debtors' creditors or other parties in interest of the Debtors in matters that are unrelated to these chapter 11 cases; and

      c.      may have had other dealings with creditors or other parties in interest of the Debtors that are unrelated to these chapter 11 cases.

      15.      Cleary Gottlieb has conducted a general inquiry of its partners and counsel to determine whether individual partners or counsel own any debt or equity securities of the Debtors or their affiliates other than in connection with investments in mutual funds, blind trusts or other investments as to which such individual has no discretion as to the selection of the individual underlying assets. Based on responses to this inquiry, I understand that as of the date hereof, no Cleary Gottlieb partners or counsel own any debt or equity securities of the Debtors or their affiliates, other than one partner who owns 6 shares of common stock and one partner who owns 641 shares of common stock, neither of whom have worked on this engagement. Given confidentiality concerns, the Firm limited its prepetition inquiry to only its partners and counsel. Following the filing of these chapter 11 cases, Cleary Gottlieb intends to conduct a general inquiry of its remaining legal personnel and certain additional non-legal personnel. It should be noted that Cleary Gottlieb has a long-standing policy prohibiting all personnel from using confidential information that may come to their attention in the course of their work. In this regard, all Cleary Gottlieb personnel are barred from trading in securities with respect to which they possess confidential information.

      16.      Certain interrelationships exist among the Debtors. Nevertheless, the Debtors have advised Cleary Gottlieb that these relationships do not pose any conflict of interest because of the general unity of interest among the filing entities. Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Cleary Gottlieb's joint representation of the Debtors in these chapter 11 cases.

17.     I do not believe that there is any other connection or interest (as such terms are used in section 101(14)(E) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between Cleary Gottlieb and the United States Trustee or any person employed by the Office of the United States Trustee.

18.     The proposed engagement of Cleary Gottlieb is not prohibited by Bankruptcy Rule 5002.

19.     Cleary Gottlieb believes that it can adequately represent the interests of the Debtors. Cleary Gottlieb has not represented any creditor, interest holder or other party in interest in connection with their respective dealings with the Debtors, except as disclosed above. Cleary Gottlieb has fully informed the Debtors of its ongoing representation of the entities identified in Exhibit I, and the Debtors have agreed both to the Firm's continued representation of these entities in matters unrelated to these proceedings and to the Firm's representation of the Debtors in these cases. In the event that any adversary proceeding is required to be commenced as to any of the entities identified in Exhibit I, or any other then active client of the Firm, the Debtors will retain co-counsel or special counsel to handle such matters.

### Cleary Gottlieb's Rates and Billing Practices

20.     Cleary Gottlieb intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules and orders of the Court. Subject to such provisions and Court orders, compensation will be payable to Cleary Gottlieb on an hourly basis at its customary hourly rates for bankruptcy services rendered as in effect from time to time, plus reimbursement of actual, necessary expenses

incurred by the Firm.  Cleary Gottlieb's hourly rates for office timekeepers applicable in these

Chapter 11 cases, subject to periodic adjustments to reflect economic and other conditions, are:

| | |
|---|---|
| Partners | $725 – 980 |
| Counsel | $645 – 800 |
| Senior Attorney | $630 – 740 |
| Associates | $375 – 670 |
| International Lawyer | $325 |
| Law Clerks | $325 |
| Summer Associates | $320 |
| Paralegals | $230 – 320 |

The Firm's standard hourly rates are set at a level designed to compensate fairly the Firm for the

work of its attorneys and paralegals and to cover fixed and routine overhead expenses.[3]

21.     In addition to the hourly rates set forth above, Cleary Gottlieb's policy is to

charge its clients in all areas of practice for all expenses and charges incurred in connection with

the client's cases.  The expenses generally charged to Cleary Gottlieb's clients include, among

other things, including photocopying charges, long distance telephone calls, facsimile

transmissions, messengers, courier mail, computer and electronic research time, word

processing, secretarial and temporary employees, overtime meals, overtime and late night

transportation, travel, lodging, food charges for business meetings, postage, printing, transcripts,

filing fees and document retrieval.  The Firm believes it is fairer to charge these expenses to the

clients incurring them than to increase the hourly rates and spread the expenses among all clients.

Subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and this

Court's rules and orders with respect to the reimbursement of expenses of counsel retained,

---

[3]       While it is not anticipated that timekeepers from Cleary Gottlieb offices other than New York will be
involved to a significant extent in these chapter 11 cases, any such timekeepers will be charges at hourly rates then
in effect in such offices.

Cleary Gottlieb will seek reimbursement of all such reimbursable expenses and charges incurred on behalf of the Debtors.

22.     The entire filing fees in these chapter 11 cases have been paid.

23.     No promises have been received by Cleary Gottlieb or any member or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules and orders of this Court.

24.     No agreement exists between Cleary Gottlieb and any other person (other than among partners of Cleary Gottlieb) for the sharing of compensation to be received by Cleary Gottlieb in connection with services rendered in these cases.

25.     The foregoing constitutes the statement of Cleary Gottlieb pursuant to sections 328(a), 329(a), and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2009.

JAMES L. BROMLEY (No. 5125)

**EXHIBIT I: Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

3

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

Current Directors and Officers of NNCC

Paul W. Karr
John Doolittle

Jeffrey T. Wood
William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

Current Directors and Officers of Alteon WebSystems, Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Alteon WebSystems International, Inc.

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date</u>

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

<u>Current Directors and Officers of Architel Systems (U.S.) Corporation</u>

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

<u>Current Directors and Officers of Xros, Inc..</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge

William R. Ellis

<u>Current Directors and Officers of Sonoma Systems</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

<u>Current Directors and Officers of Qtera Corporation</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Officers and Directors of CoreTek, Inc.</u>

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Optical Components Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks HPOCS Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

Current Directors and Officers of Northern Telecom International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser

Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown

Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link

Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

### *Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren

14

Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

### *Debtors' Lenders*

Export Development Canada

### *Debtors' Banks and Money Market Funds*

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### *Debtors' Significant Customers*

Verizon
Korea Telecom – Freetel
AT&T

BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

### *Debtors' Landlords*

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio

Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP


***Debtors' Insurers***

ACE USA

17

ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc

BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark

UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank


### *Debtors' Proposed Professionals*

Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP


### *Debtors' Major Competitors*

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard


### *Top 40 Unsecured Creditors*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

IBM Corporation

Nortel Networks Corp. "ERISA" Litigation

Pension Benefit Guaranty Corporation


*Utilities*

Atmos Energy

City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

*Others*

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil

**EXHIBIT II: Conflict Check List Entities that Cleary Gottlieb Currently Represents**

*A: The Debtors and their affiliates*

       As described in the Application, Cleary Gottlieb has represented Nortel, a long standing firm client for more than twenty years, and its affiliates, regarding a number of matters, including providing general corporate advice and legal services relating to bankruptcy, reorganization, litigation, securities law, employee benefits, intellectual property, mergers and acquisitions, divestitures and corporate governance, as well as regarding the laws of certain non-U.S., non-Canadian jurisdictions

*B: Prepetition creditors of the Debtors*

Cleary Gottlieb represents the following entities on matters unrelated to the Debtors:

- AIG
- Allianz Globals Risks US Insurance Company
- Bank of America
- The Bank of New York Mellon (including designated underwriter counsel)
- The Bank of Tokyo-Mitsubishi UFJ, Ltd.
- Barclays (including BGI and other accounts)
- Beazley Syndicate
- BMO Nesbitt Burns Inc./CDS
- BNP Parisbas Prime Brokerage, Inc.
- British Telecom Group
- Broadcom Corporation
- British Telecom Group
- Cablevision
- Citadel Investment Group
- Charles Schwab & Co., Inc.
- CIBC World Markets, Inc.
- Citigroup (including various Salomon Smith Barney accounts)
- Citigroup Global Markets, Inc./Salomon Brothers
- Credit Suisse Securities (USA), LLC
- Davidson (D.A.) & Co., Inc.
- Deutsche Bank
- Deutsche Telecom (including its subsidiary T-Mobile)
- Dresdner Kleinwort Securities LLC
- Goldman Sachs & Co.
- The Hartford Fire Insurance Company
- Hewlett Packard
- H&R Block
- IBM Europe SA and affiliates
- IPG and its affiliates, including McCann Erickson

- The Irvine Company and ACE Parking Management
- Janney Montgomery Scott, LLC
- Jeffries & Co.
- Jones (Edward D.) & Co.
- JP Morgan
- Korea Telecom (KT) - Freetel
- LaSalle
- LPL Financial Corporation
- Mellon Trust of New England
- Merrill Lynch Pierce Fenner & Smith (now known as Bank of America)
- M&T Bank Corporation
- Morgan, Keegan & Company
- Morgan Stanley
- National Financial Services Corp.
- National Grid Group
- Nexans
- Northern Trust Company
- Oppenheimer & Co., Inc.
- Pershing, LLC.
- PNC Bank N.A.
- Raymond James & Associates, Inc.
- Raymond James Ltd.
- RBC Dominion Securities Inc.
- RBC Capital Markets Corporation
- Scotia Capital Inc.
- Scott & Stringfellow, Inc.
- SK Telecom
- State Street Bank & Trust Co.
- Stifel Nicholaus & Company
- Suez Energy Resources N.A. Inc.
- Suntrust
- Tata Iron & Steel
- Telefonica
- Texas Instruments Inc.
- TD Securities and affiliates
- Tech Data Corp.
- Telus
- Travelers/Willis (The Firm has previously done work for Travelers, and one of the Firm's partners, Alan Beller, is currently on the board of directors.)
- Trustmark
- UBS
- USBancorp
- U.S. Bank N.A.
- Wachovia

- Wells Fargo Bank, National Association
- Wilmington Trust Company
- XL Capital Ltd.
- The Fifth Third Bank


### C: Other potential parties in interest

Cleary Gottlieb represents the following entities on matters unrelated to the Debtors:
- American Movil
- Avaya (the Firm currently does work for Silverlake and TPG, a major Firm client, which hold ownership interests in Avaya.)
- Freescale Semiconductor
- NEC
- Nokia
- Siemens and affiliates
- Sony Ericsson Mobile Communications A.B


### D: Other professionals involved in these proceedings

Cleary Gottlieb represents the following entities on matters unrelated to the Debtors:
- Ernst & Young Inc.
- Lazard Freres and affiliates

3

**EXHIBIT III: Conflict Check List Entities that Cleary Gottlieb Has Represented in the Past Three (3) Years**

*A: Debtors and their affiliates*

As described in the Application, Cleary Gottlieb has represented Nortel, a long standing firm client for more than twenty years, and its affiliates, regarding a number of matters, including providing general corporate advice and legal services relating to bankruptcy, reorganization, litigation, securities law, employee benefits, intellectual property, mergers and acquisitions, divestitures and corporate governance, as well as regarding the laws of certain non-U.S., non-Canadian jurisdictions

*B: Prepetition Creditors of the Debtors*

Cleary Gottlieb has represented the following entities on matters unrelated to the Debtors:
- ACE Insurance Limited
- Ameriprise Financial Services, Inc.
- Brown Brothers Harriman & Co.
- Lehman Brothers, Inc.

*C: Other potential parties in interest*

Cleary Gottlieb has represented the following entities on matters unrelated to the Debtors:
- Cisco Systems, Inc.