**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re* :                                                           Chapter 11
:
Nortel Networks Inc., *et al.*,[1] :                           Case No. 09-10138 (KG)
:
                                    Debtors. :            Joint Administration Pending
:
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
FIRST-DAY HEARING ON JANUARY 15, 2009 AT 11:00 A.M. (EASTERN TIME)[2]**

## FIRST-DAY MOTIONS

1.      Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 105, Bankruptcy Rule
        1015, And Local Rule 1015-1 (I) Directing Joint Administration Of The Debtors' Related
        Chapter 11 Cases And (II) Granting Related Relief (D.I. 2, Filed 1/14/09).

        Related Pleadings:

        a)      Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed
                1/14/09); and

        b)      Debtors' Notice Of Hearing On Various Motions And Applications For First
                Day Relief (D.I. 23, Filed 1/14/09).

        Objection Received: None.

        Status:   This matter is going forward.

2.      Debtors' Motion For Entry Of An Order Pursuant T0 11 U.S.C. § 341 And 28 U.S.C. §
        156(c) Authorizing The Debtors To (I) File (a) Consolidated List Of Creditors And (b)
        Consolidated List Of Debtors' Forty Creditors; And (II) Provide Notices, Including Notices
        Of Commencement Of Cases And Section 341 Meeting (D.I. 5, Filed 1/14/09).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
        are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc.
        (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
        Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846),
        Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems
        (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc.
        (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street,
        6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Related Pleadings:

a)      Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

b)      Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:  This matter is going forward.

3.      Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 521 Extending The Debtors' Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 6, Filed 1/14/09)

Related Pleadings:

a)      Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

b)      Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:  This matter is going forward.

4.      Debtors' Motion For Entry Of An Order Appointing Epiq Bankruptcy Solutions, LLC As Claims, Noticing And Balloting Agent Of The Bankruptcy Court Pursuant To 28 U.S.C. § 156(C) (D.I. 7, Filed 1/14/09).

Related Pleadings:

a)      Declaration Of John Doolittle In Support Of First Day Relief D.I. 3, Filed 1/14/09); and

b)      Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:  This matter is going forward.

5.      Motion Pursuant To §§ 105(a) And 366 Of The Bankruptcy Code For Interim And Final Orders (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance, And (III)

Establishing Procedures For Determining Requests For Additional Assurance (D.I. 8, Filed 1/14/09).

Related Pleadings:

a)    Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 11/19/08); and

b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:   This matter is going forward.

6.    Debtors' Motion For An Order Pursuant To Sections 345, 363(c)(1), 364(a) And 503(b)(1): (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfers And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) [On An Interim Basis] (D.I. 9, Filed 1/14/09)

Related Pleadings:

a)    Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:   This matter is going forward.

7.    Debtors' Motion For Entry Of An Order Authorizing, But Not Directing Debtors To Pay Certain Prepetition (I) Wages, Salaries And Other Compensation, (II) Reimbursable Expenses, And (III) Medical, Retirement And Similar Benefits (D.I. 10, Filed 1/14/09).

Related Pleadings:

a)    Declaration Of John Doolittle In Support Of First Day Relief (D.I. 23, Filed 1/14/09); and

b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:  This matter is going forward.

8.    Debtors' Motion Pursuant To Sections 105(a), 363(b), 507(a), And 541 Of The Bankruptcy Code For An Order Authorizing The Debtors To Remit And Pay Certain Taxes And Fees (D.I. 11, Filed 1/14/09).

Related Pleadings:

a)    Declaration Of John Doolittle In Support Of First Day Relief (Dkt. No. 4, Filed 1/ 14/09); and

b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:  This matter is going forward.

9.    Debtors' Motion For Entry Of An Order Authorizing, But Not Directing Debtors To (I) Honor Prepetition Obligations To Their Customers And (II) Continue Customer Programs (D.I. 12, Filed 1/14/09).

Related Pleadings:

a)    Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:  This matter is going forward.

10.   Debtors' Motion Pursuant To Sections 105(a) And 363(b)(1) Of The Bankruptcy Code For An Order Authorizing The Debtors To Pay Prepetition Common Carrier Charges And Warehouse Fees (D.I. 14, Filed 1/14/09).

Related Pleadings:

a)    Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received:  None.

Status:  This matter is going forward.

11. Debtors' Motion For Entry Of An Order Authorizing The Debtors To (I) Continue Insurance Coverage Entered Into Prepetition, And (II) Enter Into New Insurance Policies (D.I. 15, Filed 1/14/09).

   Related Pleadings:

   a)    Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

   b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

   Objection Received:  None.

   Status:  This matter is going forward.

12. Debtors' Motion For Declaratory Order Enforcing Section 362 Of The Bankruptcy Code (D.I. 16, Filed 1/14/09).

   Related Pleadings:

   a)    Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

   b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

   Objection Received:  None.

   Status:  This matter is going forward.

13. Debtors Motion For Entry Of An Administrative Order Pursuant to 11 U.S.C. §§ 105(a) And 331, Fed. R. Bankr. P. 2016 And Del. Bankr. L.R. 2016-2 Establishing Procedures For Interim Compensation Of Fees And Reimbursement Of Expenses Of Professionals And Official Committee Members (D.I. 17, Filed 1/14/09)

   Related Pleadings:

   a)    Declaration Of John Doolittle In Support Of First Day Relief (D.I.. 3, Filed 1/14/09); and

   b)    Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

   Objection Received:  None.

   Status:  This matter is going forward.

14.     Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 105(a) Approving Cross-Border Court-To-Court Protocol (D.I. 18, Filed 1/14/09).

Related Pleadings:

a)      Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

b)      Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received: None.

Status: This matter going forward.

15.     Debtors' Motion Under 11 U.S.C. §§ 105, 362 And 541 For An Interim Order Establishing Notification Procedures And Approving Restrictions On Certain Transfers Of The Debtors' Parents' Equity Securities (D.I. 19, Filed 1/14/09).

Related Pleadings:

a)      Declaration Of John Doolittle In Support Of First Day Relief (D.I. 3, Filed 1/14/09); and

b)      Debtors' Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. 23, Filed 1/14/09).

Objection Received: None.

Status:   This matter is going forward.

Dated: January 14, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
Andrew Remming (No.   )
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  302-658-9200
Facsimile:  302-425-4663

Proposed Counsel for the Debtors and
Debtors in Possession

2663646.1