UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICE OF DELAWARE

---------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
NORTEL NETWORKS, INC., et al.,                                 :    Case No. 09-10138 (KG)
                                                               :
                                                               :    Joint Administration Pending
          Debtors.                                             :
                                                               x
----------------------------------------------------------------

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DARRYL S. LADDIN and FRANK N. WHITE of the firm of ARNALL GOLDEN GREGORY LLP, whose office address and telephone number appear herein below, do hereby enter an appearance as counsel for the subsidiaries of Verizon Communications Inc. and for Cellco Partnership d/b/a Verizon Wireless (collectively, "Verizon") in the above-styled Chapter 11 case.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Verizon requests copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> **Darryl S. Laddin**
> **Frank N. White**
> Arnall Golden Gregory LLP
> 171 17th Street NW, Suite 2100
> Atlanta, Georgia  30363-1031
> Telephone: (404) 873-8120
> Fax:  (404) 873-8121
> Emails: dladdin@agg.com
>            frank.white@agg.com

2535353v1

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This 14th day of January, 2009.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

/s/  Darryl S. Laddin
Darryl S. Laddin (GA Bar No. 460793)
Frank N. White (GA Bar No. 753377)
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8120
Attorneys for Verizon

2535353v1

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Notice of Appearance and Demand for Notices and Papers by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

> Cleary Gottlieb Steen & Hamilton LLP
> James L. Bromley
> Lisa M. Schweitzer
> One Liberty Plaza
> New York, New York  10006
>
> Ann C. Cordo
> Derek C. Abbott
> Eric D. Schwartz
> Thomas F. Driscoll
> Morris Nichols Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
>
> United States Trustee
> 844 King Street, Room 2207
> Lockbox #35
> Wilmington, DE 19899-0035

This 14th day of January, 2009.

/s/  Darryl S. Laddin
Darryl S. Laddin

2535353v1