IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
                                                            :
               Debtors.                 :    Joint Administration Pending
                                                            :
------------------------------------------------------------X    **RE D.I.: 9**

### NOTICE OF FILING OF EXHIBIT [RE: D.I. 9]

      Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors") has today filed the attached exhibit in further support of *Debtors' Motion For An Order Pursuant To Sections 345, 363(c)(1), 364(a) And 503(b)(1): (a) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (b) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (c) Authorizing Banks To Honor Certain Transfers And Charge Certain Fees And Other Amounts; And (e) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis* [D.I. 9; filed January 14, 2009]:

      Initial Order entered on January 14, 2009 by the Ontario Superior Court of Justice (Commercial List) with respect to the Debtors' Canadian affiliates' applications under the Companies' Creditors Arrangement Act

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Dated: January 14, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Derek C. Abbott_

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors
and Debtors in Possession*

2666400