UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| Nortel Networks, Inc., *et al.*, | ) ) ) | Chapter 11<br>Case No. 09-10138 (KG)<br>Joint Administration Pending |
| Debtors. | ) ) | |

## CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on January 15, 2009, I served a copy of the Notice of Appearance and Request for Service of Papers, in the manner specified below to the parties on the attached service list.

Dated: January 15, 2009

/s/ Frank F. McGinn
Frank F. McGinn (Massachusetts BBO# 564729)
ffm@bostonbusinesslaw.com
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel. (617) 422-0200
Fax. (617) 422-0383

**BY EMAIL**

- Elizabeth Banda    kwilliams@pbfcm.com
- Mark Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- Ann C. Cordo    acordo@mnat.com, aconway@mnat.com;ecampbell@mnat.com
- Thomas F. Driscoll    , aconway@mnat.com
- Thomas F. Driscoll    tdriscoll@mnat.com, rfusco@mnat.com
- Darryl S. Laddin    bkrfilings@agg.com
- Eric D. Schwartz    eschwartz@mnat.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com

**BY FIRST CLASS MAIL**

Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
dabbott@mnat.com, aconway@mnat.com;skozhaya@linerlaw.com

Margolis Edelstein
750 Shipyard Dr.
Ste. 102
Wilmington, DE 19801