# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Nortel Networks Inc.  
2221 Lakeside Boulevard  
Richardson, TX 75082  
**EIN:** 04–2486332

**Chapter:** 11

**Case No.:** 09–10138–KG

### NOTICE OF SUBMISSION OF OUTDATED OFFICIAL FORM(S)

The petition filed on behalf of the above–named debtor(s) was filed with the Court using outdated Official Forms. **You must obtain and re–submit the current version of the official forms indicated below to the Court within 15 days of the date of this notice. Failure to comply may result in dismissal of this case.**

Current forms may be downloaded from the Court's website or obtained at the Clerk's Office. To download the form(s), access the Court's website at www.deb.uscourts.gov, click the "Forms" button, then click "Petition Forms and Schedules". If you are an attorney who uses petition software to prepare forms, please contact the software vendor to obtain and install any necessary software upgrades.

| | | | |
|---|---|---|---|
| ☐ | Voluntary Petition (Official Form 1) (04/07) | ☐ | Schedule J (Official Form 6J) (10/06) |
| ☐ | Involuntary Petition (Official Form 5) (10/06) | ☐ | Summary of Schedules (Official Form 6–Summary) (10/06) |
| ☐ | Schedule C ( Official Form 6C) (04/07) | ☐ | Declaration Concerning Debtor's Schedules (Official Form 6–Declaration.) (10/06) |
| ☐ | Schedule D (Official Form 6D) (10/06) | ☐ | Statement of Financial Affairs (Official Form 7) (04/07) |
| ☐ | Schedule E (Official Form 6E) (04/07) | ☐ | Chapter 7 Statement of Current Monthly Income and Means–Test Calculation (Official Form 22A) (04/07) |
| ☐ | Schedule F (Official Form 6F) (10/06) | ☐ | Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Official Form 22C) (04/07) |
| ☐ | Schedule I (Official Form 6I) (10/06) | ☑ | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) (10/06) |

David D. Bird, Clerk of Court

Dated: 1/15/09

(VAN–406A)