IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned cases (the "Cases"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel to Telmar Network Technology, Inc. and its affiliates, including Precision Communication Services, Inc. (collectively "Telmar"), creditors of the above-captioned debtors (the "Debtors"), and demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and sections 102(1), 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases be given to and served upon the undersigned at the following address:

Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Tel. No. (212) 407-7700
Fax No. (212) 407-7799
E-mail: mschein@vedderprice.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

NEWYORK/#204682.2

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Telmar's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Telmar is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Telmar expressly reserves.

Dated: January 15, 2009

*Counsel to Telmar Network Technology Inc. and its affiliates, including Precision Communication Services, Inc.*

VEDDER PRICE P.C.

By: /s/ Michael L. Schein
    Michael L. Schein (MS-0241)
    1633 Broadway, 47th Floor
    New York, New York 10019
    Tel. No. (212) 407-7700
    Fax No. (212) 407-7799
    Email: mschein@vedderprice.com