IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., et al.,<br><br>Debtors. | Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Chapter 11 |

NOTICE OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS

Please take notice that AUTOMOTIVE RENTALS, INC. is a creditor or party-in-interest in the above referenced case and hereby appears by its counsel, Archer & Greiner, A Professional Corporation. Archer & Greiner enters its appearances pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code Sections 342 and 1109(b), Archer & Greiner requests that it be added to the service list in this case as follows and that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address:

>John V. Fiorella, Esquire
>Archer & Greiner, P.C.
>300 Delaware Ave., Suite 1370
>Wilmington, DE 19801
>Phone: (302) 777-4350
>Fax: (302) 777-4352
>E-mail: jfiorella@archerlaw.com

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules

but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the case and proceedings referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of AUTOMOTIVE RENTALS, INC.'s rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which AUTOMOTIVE RENTALS, INC. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 15, 2009  
      Wilmington, Delaware

By: /s/ John V. Fiorella  
John V. Fiorella (DE No. 4330)  
ARCHER & GREINER  
A Professional Corporation  
300 Delaware Avenue, Suite 1370  
Wilmington, DE 19801  
Telephone: 302-777-4350  
Facsimile: 302-777-4352  
Email: jfiorella@archerlaw.com

3787696v1