# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 15, 2009 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### *Matter:*

FIRST DAY MOTIONS

**R / M #:**   25 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - ORDER SIGNED
#2 - ORDER SIGNED
#3 -  Set for hearing 2/5/09 @ 10:00 A.M.
#4 -  ORDER SIGNED
#5 - ORDER SIGNED
#6 -  Set for hearing 2/5/09 @ 10:00 a.m.
#7 -   Approved - Revised order to be submitted  to Chambers
#8 - Approved - ORDER SIGNED
#9 -  Approved - ORDER SIGNED
#10 -  Approved - ORDER SIGNED
#11 -  ORDER SIGNED
#12 - ORDER SIGNED
#13 - Set for hearing 2/5/09 @ 10:00 a.m.
#14 -  ORDER SIGNED
#15 -  ORDER SIGNED
 Filing an Emergency motion for Automatic Stay - hearing set for 1/16/09 @ 9:00 a.m.