# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.  **COURTROOM LOCATION:** 3
**CASE NO.:** 09-101380 - KG  **DATE:** 1/15/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Leblanc / Robert Winter | Milbank Tweed | Certain Bondholders |
| Andrew Shaffer | Mayer Brown | EDC |
| Chris Ward | Polsinelli | Western Group |
| Michael Lockhouse | Klehr Harrison | EDC |
| Ken Coleman | Allen & Overy | Ernst & Young Inc |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Kathryn Coleman | Gibson Dunn | ENH |
| Derek Abbott | Morris Nichols | Debtors |
| James Bromley | Cleary Gottlieb | " |
| Lisa Schweitzer | " | " |
| Ann Cordo | Morris Nichols | " |
| Thomas Driscoll | Morris Nichols | " |
| Ann Kim | Cleary Gottlieb | " |
| Craig Brod | Cleary Gottlieb | " |
| Deb E. Dukes | Bingham / Mccarty | Ernst & Young Inc |
| Jim Martin | Morgan Stanley | N/A |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 01/15/2009
Calendar Time: 11:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2600805 | Nora Salvatore | (212) 225-2764 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2600752 | Howard S. Steel | 212-808-7946 | Kelley Drye & Warren, LLP | Creditor, Tata Consulting Services / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2600286 | Peg Brickley | 302-521-2266 | Dow Jones News Wires | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2601466 | Michael Schein | (212) 407-6920 | Vedder Price | Creditor, Telmar / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2599518 | Richard Bernard | 212-589-4215 | Baker & Hostetler LLP | Creditor, Merisant / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2599418 | Jeffrey Farkas | 203-618-6841 | RBS Greenwich Capital | Creditor, RBS / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2600648 | Gordon A. Davies | (905) 863-7000 | Nortel Networks, Inc. | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2600638 | Darryl Laddin | 404-873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2599404 | Steven J. Reisman | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Interested Party, Flextronics / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2599720 | Stephen G. Valdes | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2601567 | Bryan M. Simpson | 212-538-0122 ext. 00 | Credit Suisse First Boston | Interested Party, Credit Swiss / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2600239 | Suleman E. Lunat | 212-822-0428 | Apollo Capital | Interested Party, Apollo Capital / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2601033 | Anneliese H. Pak | 212-841-5741 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2600915 | Wanda J. Olson | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2601751 | James Macinnis | 212-250-2578 | Deutsche Bank | Interested Party, Deutsche Bank / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2601775 | Sean E. Quigley | (973) 597-2500 | Lowenstein Sandler PC | Creditor, AT&T / LISTEN ONLY |