**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
In re:                                                   :     Chapter 11
                                                         :
Nortel Networks Inc., et al.,                            :     Case No. 09-10138 (KG)
                                                         :
                                                         :     Joint Administration Pending
                        Debtors.                         x
--------------------------------------------------------
```

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Raniero D'Aversa, Jr., Laura D. Metzger, and Weston T. Eguchi of Orrick, Herrington & Sutcliffe LLP hereby enter their appearances in the above-captioned Chapter 11 cases on behalf of ABN AMRO Bank N.V. pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and request copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to parties who filed with the court a request that all notices to be mailed to them) be given to and served upon them as follows:

        ORRICK HERRINGTON & SUTCLIFFE LLP
        666 Fifth Avenue
        New York, NY  10103-0001
        Attention:   Raniero D'Aversa, Jr., Esq.
                     Laura D. Metzger, Esq.
                     Weston T. Eguchi, Esq.
        Telephone: (212) 506-5000
        Facsimile:  (212) 506-5151

Email: rdaversa@orrick.com
lmetzger@orrick.com
weguchi@orrick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notice of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver by ABN AMRO Bank N.V.: (1) of the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) of the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, setoffs, or recoupments to which ABN AMRO Bank N.V. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ABN AMRO Bank N.V. expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby consents to e-mail service as may be given in this case.

Dated: New York, New York  ORRICK, HERRINGTON & SUTCLIFFE LLP
January 14, 2009

By:  s/Raniero D'Aversa, Jr.
Raniero D'Aversa, Jr., Esq.
Laura D. Metzger, Esq.
Weston T. Eguchi, Esq.
666 Fifth Avenue
New York, NY  10103-0001
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151

*Counsel for ABN AMRO Bank N.V.*