# UTILITIES SERVICE LIST

**BY OVERNIGHT MAIL:**

Atmos Energy
P.O. Box 78108
Phoenix, AZ  85062-8108

City of Richardson
P.O. Box 831907
Richardson, TX  75083

Suez Energy Resources NA Inc.
P.O. Box 25237
Lehigh Valley, PA  18002-5237

TXU Energy
P.O. Box 1000001
Dallas, TX  75310-0001

Com Ed
P.O. Box 805376
Chicago, IL  60680-5376

PSNC Energy
P.O. Box 100256
Columbia, SC  29202-3256

City of Durham
P.O. Box 30040
Durham, NC  27702-3040

Duke Energy Company
P.O. Box 70516
Charlotte, NC  28272-0516

National Fuel
P.O. Box 4103
Buffalo, NY  14264

JCP&L
P.O. Box 3687
Akron, OH  44309-3687

City of Santa Clara
P.O. Box 58000
Santa Clara, CA  95052-8000

PG&E - CA
P.O. Box 997300
Sacramento, CA  95899-7300

National Grid
P.O. Box 4300
Woburn, MA  01888-4321

National Grid - Massachusetts
P.O. Box 1005
Woburn, MA  01807-0005

Town of Billerica
P.O. Box 369
Billerica, MA  02155-0004

LIPA
P.O. Box 9039
Hicksville, NY  11802-9686

National Grid - Melville
P.O. Box 9037
Hicksville, NY  11802-9037

Suffolk County Water Authority
P.O. Box 1149
Newark, NJ  07101-1149

Great Oaks Water Co.
P.O. Box 23490
San Jose, CA  95153

AT&T
P.O. Box 105262
Atlanta, GA  30348-5262

AT&T
P.O. Box 105414
Atlanta, GA  30348-5414

AT&T
P.O. Box 105503
Atlanta, GA  30348-5503

AT&T
P.O. Box 13140
Newark, NJ  07101-5640

AT&T
P.O. Box 13146
Newark, NJ  07101-5646

AT&T
P.O. Box 5001
Carol Stream, IL  60197-5001

AT&T
P.O. Box 5011
Carol Stream, IL  60197-5001

AT&T
P.O. Box 8100
Aurora, IL  60507-8100

AT&T
P.O. Box 8110
Aurora, IL  60507-8110

AT&T Teleconference Services
P.O. Box 2840
Omaha, NE  68103-2840

Cablevision Lightpath, Inc.
P.O. Box 360111
Pittsburgh, PA  15251-6111

Cincinnati Bell
P.O. Box 748003
Cincinnati, OH  45274-8003

Comcast
P.O. Box 3005
Southeastern, PA  19398-3005

Cox Communications
P.O. Box 2380
Omaha, NE  68103-2380

Embarq
P.O. Box 660068
Dallas, TX  75266-0068

Embarq
P.O. Box 96064
Charlotte, NC  28296-0064

First Digital Telecom
Billing Department
P.O. Box 1499
Salt Lake City, UT  84110-1499

Frontier Communications
P.O. Box 20567
Rochester, NY  14602-0567

Global Crossing Conferencing
P.O. Box 790407
St. Louis, MO  63179-0407

KDDI
P.O. Box 7777
W510005
Philadelphia, PA  19175-0005

Masergy Communications, Inc.
P.O. Box 671454
Dallas, TX  75267-1454

McDonald County Telephone Co.
P.O. Box 207
Pineville, MO  64856-0207

MCI International Inc.
P.O. Box 382077
Philadelphia, PA  15251-8077

PCCW Global Inc.
P.O. Box 75056
Baltimore, MD  21275

Qwest
Business Services
P.O. Box 856169
Louisville, KY  40285-6169

Qwest
P.O. Box 17360
Denver, CO  80217-0360

Qwest
P.O. Box 173638
Denver, CO  80217-3638

Qwest
P.O. Box 29039
Phoenix, AZ  85038-9039

Qwest
P.O. Box 91154
Seattle, WA  98111-9254

Qwest
P.O. Box 91155
Seattle, WA  98111-9255

Sprint
P.O. Box 219530
Kansas City, MO  64121-9530

Sprint
P.O. Box 219623
Kansas City, MO  64121-9623

TelCove Operations
P.O. Box 931843
Atlanta, GA  31193-1843

Telepacific Communications
P.O. Box 526015
Sacramento, CA  95852-6015

Time Warner Cable
P.O. Box 70873
Charlotte, NC  28272-0873

TW Telecom
P.O. Box 172567
Denver, CO  80217-2567

Verisign, Inc.
P.O. Box 849985
Dallas, TX  75284-9985

Verizon
P.O. Box 1100
Albany, NY  12250-0001

Verizon
P.O. Box 15124
Albany, NY  12212-5124

Verizon
P.O. Box 9688
Mission Hills, CA  91346-9688

Verizon
P.O. Box 28000
Lehigh Valley, PA  18002-8000

Verizon
P.O. Box 4648
Trenton, NJ  08650-4648

Verizon
P.O. Box 4833
Trenton, NJ  08650-4833

Verizon
P.O. Box 660720
Dallas, TX  75266-0720

Verizon
P.O. Box 660748
Dallas, TX  75266-0748

Verizon Business
P.O. Box 70928
Chicago, IL  60673-0928

Verizon Business
P.O. Box 371322
Pittsburgh, PA  15250-7322

Verizon Business
P.O. Box 371355
Pittsburgh, PA  15250-7355

Verizon Business
P.O. Box 371873
Pittsburgh, PA  15250-7873

Verizon Business
P.O. Box 371392
Pittsburgh, PA  15250

Verizon California
P.O. Box 9688
Mission Hills, CA  91346-9688

Verizon North
P.O. Box 9688
Mission Hills, CA  91346-9688

Verizon Northwest
P.O. Box 9688
Mission Hills, CA  91346-9688

Verizon South
P.O. Box 920041
Dallas, TX  75392-0041

Verizon Florida LLC
P.O. Box 920041
Dallas, TX  75392-0041

Windstream
P.O. Box 9001908
Louisville, KY  40290-1908

Century Tel
P.O. Box 4300
Carol Stream, IL  60197-4300

AT&T
Payment Center
Sacramento, CA  95887-0001

AT&T Global Network Services LLC
Maildrop P308
3405 W Dr M.L.K. Jr. Blvd
Tampa, FL  33607

BT Americas Inc.
Attn:  Dept CH 19234
Palatine, IL  60055-9234

China Telecom Americas Corp
607 Herndon Parkway
Suite 201
Herndon, VA  20170

Level 3 Communications LLC
Department 1782
Denver, CO  80291-1782

Level 3 Communications LLC
Department 182
Denver, CO  80291-0182

Telefonica USA, Inc.
1111 Brickell Avenue
10th Floor
Miami, FL  33131

TelMex USA LLC
3350 SW 148 Avenue
Suite 400
Miramar, FL  33027

WilTel Communications
Department 182
Denver, CO  80291-0182

XO Communications
14239 Collections Center Dr.
Chicago, IL  60693