IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------X   Chapter 11
                                                    :
*In re*                                             :   Case No. 09-10138 (KG)
                                                    :
Nortel Networks Inc., *et al.*,[1]                  :   Jointly Administered
                                                    :
                              Debtors.              :   Hearing Date: February 5, 2009 at 10:00 a.m. (ET)
                                                    :   Objections Due: February 4, 2009 at 4:00 p.m. (ET)
                                                    :
----------------------------------------------------X

## NOTICE OF HEARING [RE: D.I. 8]

PLEASE TAKE NOTICE that on January 14, 2009, Nortel Networks Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases filed and served the **Motion Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code For Interim And Final Orders (i) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (ii) Deeming Utility Companies Adequately Assured Of Future Performance And (iii) Establishing Procedures For Determining Requests For Additional Assurance** (D.I. 8) (the "Motion").

PLEASE TAKE FURTHER NOTICE that on January 15, 2009, the Court entered an interim Order (i) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (ii) Deeming Utility Companies Adequately Assured Of Future Performance And (iii) Establishing Procedures For Determining Requests For Additional Assurance (D.I. 46) (the "Interim Order").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to final approval of the Interim Order must (a) be in writing and served on or before **February 4, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) be served so as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 5, 2009 AT 10:00 A.M. (EASTERN TIME)**, BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 15, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors
and Debtors in Possession*

2668217.1