IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------X<br>*In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors.<br><br>------------------------------------------------X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Hearing Date: February 5, 2009 at 10:00 a.m. (ET)<br>Objections Due: January 30, 2009 at 4:00 p.m. (ET) |

## NOTICE OF HEARING [RE: D.I. 9]

PLEASE TAKE NOTICE that on January 14, 2009, Nortel Networks Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases filed the attached **Debtors' Motion For An Order Pursuant To Sections 345, 363(c)(1), 364(a) And 503(b)(1): (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfers And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis** (D.I. 9) (the "Motion").

PLEASE TAKE FURTHER NOTICE that on January 15, 2009, the Court entered an interim Order Pursuant To Sections 345, 363(c)(1), 364(a) And 503(b)(1): (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfers And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 58) (the "Interim Order").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to final approval of the Interim Order must (a) be in writing and served on or before **January 30, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); (b) be filed with the Clerk of the Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) be served so as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 5, 2009 AT 10:00 A.M. (EASTERN TIME)**, BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 15, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors
and Debtors in Possession*

2668223.1