IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X  Chapter 11
:
*In re*                                                  :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                       :  Jointly Administered
:
                  Debtors.   :  **Hearing Date: February 5, 2009 at 10:00 a.m. (ET)**
:  **Objections Due: January 30, 2009 at 4:00 p.m. (ET)**
---------------------------------------------------------X

## NOTICE OF HEARING

       PLEASE TAKE NOTICE that on January 14, 2009, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the following attached documents:

(i)    Debtors' Motion For Entry Of An Order Under 11 U.S.C. § 521 Extending The Debtors' Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 6) (the "Motion To Extend");

(ii)   Debtors' Motion For Entry Of An Administrative Order Pursuant To 11 U.S.C. §§ 105(a) And 331, Fed. R. Bankr. P. 2016 And Del. Bankr. L.R. 2016-2 Establishing Procedures For Interim Compensation Of Fees And Reimbursement Of Expenses Of Professionals And Official Committee Members (D.I. 17) (the "Interim Compensation Motion", together with the Motion To Extend (the "Motions")); and

(iii)  Application For An Order Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP *Nunc Pro Tunc* To The Petition Date As Counsel For The Debtors And Debtors In Possession (D.I. 24) (the "Application").

       PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motions and Application must (a) be in writing and served on or before **January 30, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) be served so as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTIONS AND APPLICATION WILL BE HELD ON **FEBRUARY 5, 2009 AT 10:00 A.M. (EASTERN TIME)**, BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTIONS AND APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 15, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Thomas F. Driscoll III*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Thomas F. Driscoll III (No. 4703)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors in Possession* |

2668209.1