# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.
**CASE NO.:** 09-10138 - KG

**COURTROOM LOCATION:** 3
**DATE:** 1/16/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ambrose H. Falk (Telephonic Appearance) | Rogers + Gray | Silverlake Capital |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Derek Abbott | Morris Nichols Arsht & Tunnell | Debtors |
| Tom Driscoll | " | " |