**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., et al., ) | Case No. 09-10138-KG |
| ) | |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PLEADINGS**

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Jennifer V. Doran and the law firm of Hinckley, Allen & Snyder LLP, as counsel for Technology Park X Limited Partnership and Technology Park V Limited Partnership, landlords to Nortel Networks, Inc., a debtor in the above-captioned case. The undersigned requests that notices of all matters be served as follows:

> Jennifer V. Doran, Esq.
> Hinckley, Allen & Snyder LLP
> 28 State Street
> Boston, MA 02109
> Telephone: (617) 345-9000
> Facsimile: (617) 345-9020
> Email: jdoran@haslaw.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the

Debtor or the property of the Debtor filed by any party in the above-captioned case.

        Technology Park X Limited Partnership
                and
        Technology Park V Limited Partnership

By their attorney,

/s/ *Jennifer V. Doran*
Jennifer V. Doran
(BBO #652518)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000 (Phone)
(617) 345-9020 (Fax)

Dated: January 16, 2009

#774671

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, Jennifer V. Doran, hereby certify that on this 16th day of January, 2009, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings, filed herewith, to the parties listed on the Court's Electronic Service List.

    /s/ *Jennifer V. Doran*
    Jennifer V. Doran
    (BBO #652518)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109-1775
    (617) 345-9000 (Phone)
    (617) 345-9020 (Fax)