IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
*In re*                                                    :   Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :   Case No. 09-10138 (KG)
                                                           :
              Debtors.                                     :   Jointly Administered
                                                           :
                                                           :   **RE: D.I. 60**
                                                           :
-----------------------------------------------------------X

## SUPPLEMENTAL DECLARATION OF ERICA BRENNAN IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF PREPETITION OBLIGATIONS TO CERTAIN FOREIGN VENDORS

I, Erica Brennan, do hereby declare as follows:

1.    I am Financial Controller of EMEA Outsourced Entities of Nortel Networks UK responsible for the Foreign Offices (as defined below). Part of my responsibilities and duties are to manage the accounting and financial records of the Foreign Offices and for authorizing payments on the Foreign Offices' accounts payable.

2.    I submit this declaration in support of the Debtors' Motion for Entry of an Order Authorizing Payment of Prepetition Obligations To Certain Foreign Vendors (the "Motion") [D.I. 60] and to supplement my declaration which was attached to the Motion. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other members of the Debtors' management and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

professionals or learned from my review of relevant documents or upon my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

3. As set forth in the Declaration, in the ordinary course of its business, NNI maintains branch offices dedicated to sales and distribution in, among other cities, Cairo, Egypt (the "Cairo Office"); Dubai, United Arab Emirates (the "Dubai Office"); and Tunis, Tunisia (the "Tunis Office," and together with the Cairo Office and the Dubai Office, the "Foreign Offices").

4. According to the information on our books and records, the foreign Offices generated revenue in 2008 as follows:[2]

    a. The Cairo Office generated approximately $3,500,000 (in 2007, the revenue was approximately $9,400,000);

    b. The Dubai Office generated approximately $75,000,000; and

    c. The Tunis Office generated approximately $1,000,000.

5. Additionally, as explained in the Motion there may be an additional approximately $1,500,000 checks that were previously issued but might not have cleared to date, including approximately $1,000,000 in payments to local taxing authorities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 16, 2009

                                                    s/ Erica Brennan
                                                    ERICA BRENNAN

---

[2] Unless otherwise noted all amounts are in U.S. Dollars.