## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Supplemental Declaration Of Erica Brennan In Support Of Debtors' Motion For Entry Of An Order Authorizing Payment Of Prepetition Obligations To Certain Foreign Vendors** was caused to be made on January 16, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: January 16, 2009

*[signature]*
Thomas F. Driscoll III (No. 4703)

2668959.1