# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
```
*In re*                                                          : Chapter 11
                                                                 :
Nortel Networks Inc., *et al.*,[1]                               : Case No. 09-10138 (KG)
                                                                 :
                                               Debtors.          : Jointly Administered
                                                                 :
```
-----------------------------------------------------------------x
```

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that, by this Notice of Appearance, Allen & Overy LLP

hereby appears in the above-captioned cases (the **Chapter 11 Cases**) under chapter 11 of title 11

of the United States Code (the **Bankruptcy Code**) as counsel for Ernst & Young Inc., the court-

appointed Monitor (the **Monitor**) and foreign representative of the Canadian Nortel Group,[2]

Canadian affiliates of the above-captioned debtors (the **Debtors**), in proceedings under Canada's

*Companies' Creditor Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the

Ontario Superior Court of Justice and hereby requests, pursuant to Rules 2002, 3017, 9007, and

9010(b) of the Federal Rules of Bankruptcy Procedure (the **Bankruptcy Rules**) and sections 342

and 1109(b) of the Bankruptcy Code, that all notices given or required to be served in the

Chapter 11 Cases, whether written or oral, and all papers served in the Chapter 11 Cases

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] The Canadian Nortel Group is made up of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation.

(including but not limited to all papers filed and served in all adversary proceedings in the Chapter 11 Cases and all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with the Bankruptcy Court a request that all notices be mailed to them) be given to or served upon:

>ALLEN & OVERY LLP
>Counsel for Ernst & Young Inc., as Monitor
>1221 Avenue of the Americas
>New York, NY 10020
>Attention:      Ken Coleman
>Telephone:      (212) 610-6300
>Facsimile:      (212) 610-6399
>Email:          Ken.Coleman@allenovery.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect the Debtors, any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in these proceedings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of the Monitor (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversies, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions,

2

defenses, setoffs, or recoupments to which the Monitor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to the official service list, or any other creditor matrix for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

Dated: Wilmington, Delaware
        January 16, 2009

ALLEN & OVERY LLP

Ken Coleman
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Ken.Coleman@allenovery.com

BUCHANAN INGERSOLL & ROONEY

By: /s/ Mary Caloway
Mary F. Caloway (No. 3059)
Peter J. Duhig (No. 4024)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone (302) 552-4200
Facsimile (302) 552-4295
Mary.Caloway@bipc.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Nortel
Group*

3