**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                    :
*In re*                                             :        Chapter 11
                                                    :
Nortel Networks Inc., *et al.,* [1]                 :        Case No. 09-10138 (KG)
                                                    :
                          Debtors.                  :        Jointly Administered
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -X

**CERTIFICATION OF COUNSEL**
**REGARDING OMNIBUS HEARING DATES**

The undersigned hereby certifies as follows:

1.      In response to the undersigned counsel's inquiry, Nortel Networks Inc., et

al., debtors and debtors-in-possession in the above captioned cases (the "Debtors") were assigned

omnibus hearing dates by the Honorable Kevin Gross, United States Bankruptcy Judge.

2.      Enclosed herewith is a proposed form of Order (the "Omnibus Hearing

Order") that states with specificity the times and dates of the tentatively scheduled omnibus

hearings.


(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc.
(9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846),
Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and
Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions,
which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, the Debtors hereby request that the Court enter the Omnibus Hearing Order.

Dated:  January 16, 2009
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Proposed Counsel for the Debtors and
Debtors in Possession