IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               :   Case No. 09-10138 (KG)
                                                               :
                                       Debtors.                :   Jointly Administered
                                                               :
---------------------------------------------------------------X

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| February 19, 2009 | 10:00 a.m. (Eastern Time) |
| March 20, 2009 | 11:00 a.m. (Eastern Time) |
| April 22, 2009 | 10:00 a.m. (Eastern Time) |
| May 20, 2009 | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
           _____, 2009

                                                The Honorable Kevin Gross
                                                United States Bankruptcy Judge

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.