# EXHIBIT A

# ABBOTT DECLARATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                        :
In re                                   :      Chapter 11
                                        :
Nortel Networks Inc., et al.,[1]        :      Case No. 09-10138 (KG)
                                        :
                    Debtors.            :      Jointly Administered
                                        :
------------------------------------------------------X
```

### DECLARATION OF DEREK C. ABBOTT IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

1.      I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris

Nichols"),[2] which maintains an office for the practice of law at 1201 N. Market Street, Suite

1800, Wilmington, Delaware 19801.  I am an attorney at law, duly admitted and in good standing

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:   Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

to practice in the state of Delaware, as well as the United States District Court for the District of Delaware.

2.    I submit this declaration (the "Declaration") in connection with the application (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned chapter 11 cases (the "Cases") to retain and employ Morris Nichols as Delaware and general bankruptcy counsel to the Debtors *nunc pro tunc* to the Petition Date and to provide certain disclosures under section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3.    All statements made herein are true and correct to the best of our knowledge, information and belief.

4.    Neither I, Morris Nichols, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their significant secured and unsecured creditors or any other parties in interest herein or their respective attorneys, or accountants, other than as described in this Declaration.

5.    Due to the size and diversity of Morris Nichols' practice, Morris Nichols may have represented or otherwise dealt with or may now be representing or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases. However, Morris Nichols is not and will not represent any entity other than the Debtors in connection with these Cases. In addition, Morris Nichols is or has been engaged in a number of matters in which

attorneys and other professionals representing various parties in interest in these Cases are also involved; in a number of cases Morris Nichols and those professionals represent or have represented the same clients. Moreover, due to the nature and size of its practice, Morris Nichols has or has had relationships as local, co-counsel, or referring counsel with many major law firms in most, if not all, major cities in the United States, which includes law firms representing creditors or other parties-in-interest in these Cases; all such relationships are on matters unrelated to these Cases. Morris Nichols is also a member of certain lawyer associations and networks, including the Terralex network and ALAS, a mutual insurance company owned by law firms, which may include law firms representing creditors or other parties-in-interest in these cases. Furthermore, Morris Nichols, as part of its practice, also has and continues to represent agents, trustees and similar entities in bankruptcy cases in which participants in the related facilities may be or believe they are creditors or other parties-in-interest in the above-captioned bankruptcy Cases; Morris Nichols does not represent these participants and they are not generally part of Morris Nichols' conflict system.

6.      Morris Nichols has conducted, and continues to conduct, research into its relations with the Debtors, their creditors and other parties interested in these Cases. As part of this inquiry, Morris Nichols obtained the names of individuals or entities that may be parties in interest in these Chapter 11 Cases (the "Potential Parties in Interest") annexed hereto as **Schedule 1**. Morris Nichols then entered the names of Potential Parties in Interest into a computer database containing the names of all clients and conflict information concerning the clients of Morris Nichols. This inquiry revealed that certain of the Potential Parties in Interest were current or former Morris Nichols clients (the list of such clients is referred to herein as the "Client Match List"). Through the information generated from the above-mentioned computer inquiry, and through follow-up inquiries with Morris Nichols attorneys responsible for certain

3

clients listed on the Client Match List, Morris Nichols determined that the representation of the clients on the Client Match List concerned matters unrelated to these Chapter 11 Cases. In particular, to the best of my knowledge, information and belief, (a) Morris Nichols currently serves as counsel to the entities identified on the schedule annexed hereto as **Schedule 2** on matters unrelated to these Cases; and (b) Morris Nichols formerly represented those entities identified on the schedule annexed hereto as **Schedule 3** on matters unrelated to these Cases since January 1, 2007. Although Morris Nichols values all of its clients, none of the entities listed on **Schedule 1**, **Schedule 2** or **Schedule 3** represents significant financial revenues for Morris Nichols. Morris Nichols' computer data base covers a period of time prior to January 1, 2007; however, as a matter of practice, Morris Nichols has not listed on **Schedule 3** former clients for such prior period (consistent with the disinterested time frames of two years).

       7.    Delaware Corporate Organizers, Inc. which provides no legal services, is a wholly owned subsidiary of Morris Nichols, and serves as registered agent for certain Delaware corporations (for which services no attorney-client relationship exists), performs various non-legal corporate services and may serve as registered agent and/or performed other non-legal corporate services for parties who are connected to these cases. In this regard, Delaware Corporate Organizers, Inc. serves or has served as registered agent and/or performed other non-legal corporate services for the following potential parties in interest: ACI Franchising, LLC; Barclays Financial Corp.; BCE Emergis; certain affiliates of Chase Manhattan Bank; Citadel Agency LLC; certain affiliates of Comcast Cable; GCFF Ontario, LLC; Goldman Sachs Trust Company of Delaware and certain affiliates; certain affiliates of J.P. Morgan; Juniper Financial Corp.; certain affiliates of Nueve LLC; CS PMI Inc.; MMP Citadel LLC; and Morgan Guaranty.

8.      Furthermore, two employees of the Office of the United States Trustee for the District of Delaware, Bonnie Anemone (left 4/13/00) and Dion Wynn (left 3/31/02) are former employees of Morris Nichols.

9.      Other than as set forth herein, Morris Nichols is neither a creditor of the Debtors, an equity holder of the Debtors nor an insider of the Debtors.  For so long as it represents the Debtors, Morris Nichols will not represent any entities other than the Debtors in connection with these Cases.

10.      Neither Morris Nichols, any partner, counsel or associate thereof, nor I represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which Morris Nichols is proposed to be engaged.

11.      Morris Nichols is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in that said firm and its partners, counsel and associates:

    a.      Are not creditors (including by reason of unpaid fees and expenses for prepetition services), equity security holders or insiders of the Debtors;

    b.      Are not and were not, within two (2) years before the date of the filing of the Debtors' Chapter 11 petitions, a director, officer, or employee of the Debtors; and

    c.      Do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

12.      Morris Nichols was retained by the Debtors under an advance payment retainer pursuant to an engagement letter executed by the Debtors on January 5, 2009 (the "Engagement Agreement").  On January 7, 2009, Morris Nichols received two (2) payments in the amount of $50,000 and $250,000, respectively, as an advance fee for services to be rendered

and expenses to be incurred in connection with Morris Nichols' representation of the Debtors (the "Initial Advance"), against which Morris Nichols applied $53,052.20 after a preliminary reconciliation of prepetition fees and expenses.[3]  Accordingly, Morris Nichols currently holds a balance of $246,947.80 as an advance payment for services to be rendered and expenses to be incurred in connection with its representation of the Debtors (the "Current Advance").  Morris Nichols has not been paid any other compensation by the Debtors.

13.     As promptly as practicable after all fees and charges accrued prior to the Petition Date have been finally posted (the "Final Billed Amount"), Morris Nichols will issue a final billing statement (the "Final Billing Statement") for the actual fees, charges, and disbursements for the period prior to the Petition Date.  The Final Billed Amount (net of payments received) shall be paid from the Current Advance and the balance will be held as a postpetition advance payment to be applied against any unpaid fees and expenses approved by the Court with respect to Morris Nichols' final fee application in these Cases.

14.     Subject to Court approval in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the orders and local rules of this Court, the Debtors propose to pay Morris Nichols its customary hourly rates in effect from time to time as set forth herein, plus reimbursement of actual, necessary expenses incurred by Morris Nichols on the Debtors' behalf.  The following are Morris Nichols' current hourly rates for work of this nature:

| | |
|---|---|
| Partners | $525 to $725 |
| Associates | $265 to $415 |
| Paraprofessionals | $190 to $205 |
| Case Clerks | $125 |

---

[3]     Morris Nichols' statement pursuant to Bankruptcy Rule 2016 is attached hereto as **Exhibit B.**

15.    As of January 1, 2009, attorneys and paralegals principally responsible for the representation of the Debtors and their current hourly rates will be as follows:

| | | |
|---|---|---|
| (a) | Derek C. Abbott (partner) | $550 per hour |
| (b) | Eric D. Schwartz (partner) | $550 per hour |
| (c) | Thomas F. Driscoll (associate) | $350 per hour |
| (d) | Ann C. Cordo (associate) | $350 per hour |
| (e) | Angela R. Conway (paralegal) | $205 per hour |

16.    These hourly rates are subject to periodic adjustments to reflect economic and other conditions.

17.    Morris Nichols will comply with all of the requirements of this Court and of the Bankruptcy Code and Bankruptcy Rules with respect to fee and expense applications of professionals employed by bankruptcy estates.

18.    No promises have been received by Morris Nichols or by any partner, counsel or associate thereof as to compensation in connection with its representation of the Debtors in these Cases other than as set forth in the Application.

19.    Morris Nichols has no agreement with any entity to share any compensation received by Morris Nichols.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

20.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 19, 2009
          Wilmington, Delaware

_____
          Derek C. Abbott

# SCHEDULE 1

## POTENTIAL PARTIES IN INTEREST

### *Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Limited
Sonoma Systems Europe Limited
Architel Systems Corporation
Architel Systems (UK) Limited
Alteon WebSystems AB
Alteon WebSystems International Limited
Nortel Networks Limited
Nortel Networks UK Limited
Nor. Web DLP Limited
Nortel Limited
Nortel Networks (Northern Ireland) Limited
Nortel Networks Employee Benefit Trustee Company Limited
Nortel Networks Properties Limited
Nortel SE d.o.o. Beograd
Northern Telecom PCN Limited
Promatory Communications (UK) Limited
Telephone Switching International Limited
X-CEL Communications Limited
Star 21 Networks GmbH
Nortel Networks Australia Pty Limited
Periphonics Limited
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Limited
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Limited
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD

Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Limited
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Limited)
Nortel Networks Communications (Israel) Limited
Nortel Networks Malta Limited
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Limited
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Limited
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Limited
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
Nortel Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Incorporated
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Limited
Nortel Networks (Shannon) Limited
Nortel Networks Europe Sales Limited
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.

Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Limited
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Limited
Nortel Networks Korea Limited
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Limited
Nortel Networks (Ireland) Limited
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Limited
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Limited
Nortel Networks (Asia) Limited
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Limited
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Limited Liability Co.
Nortel Networks France SAS

Matra Communications Business Systeme GmbH
Northern Telecom International Limited
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### ***DEBTORS' 5% SHAREHOLDERS***

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon Websystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon Websystems International Inc. is a Delaware corporation, wholly owned by Alteon Websystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CorTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

North Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

North Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

North Networks HPOCS Inc. is a Delaware corporation, wholly owned by North Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

4

North International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

North Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *DEBTORS' SIGNIFICANT EQUITY INVESTORS*
Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *CURRENT DIRECTORS AND OFFICERS OF THE DEBTORS AND FOR TWO YEARS PRIOR TO THE PETITION DATE*

Current Directors and Officers of NNI
Karen Elizabeth Sledge
Eugene Raymond McClain
John Doolittle
Jeffrey Thomas Wood
William Roy Ellis
Gordon Allan Davies
Joseph F. Dearing
Lynn Cecilia Egan
Paul Theodore Knudsen
Claudio Morte Jr.
Charles R, Raphun
Paul Wesley Karr
Dennis Carey

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date
Clare A. Barbieri,
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

Current Directors and Officers of NNCC
Paul Wesley Karr
John Doolittle
Jeffrey Thomas Wood
William Roy Ellis

Lynn Cecelia Egan
Gordon Allan Davies
Dennis Carey

<u>Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date</u>
Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

<u>Current Directors and Officers of Aleton WebSystems, Inc.</u>
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

<u>Former Directors and Officers of Aleton WebSystems, Inc. for the Two Years Prior to the Petition Date</u>
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

<u>Current Directors and Officers of Aleton WebSystems International, Inc.</u>
Gordon Davies
Dennis Carey
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

<u>Former Directors and Officers of Aleton WebSystems International, Inc. for the Two Years Prior to the Petition Date</u>
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe

6

Mark J. Hamilton
William Ellis

Current Directors and Officers of Architel Systems (U.S.) Corporation
Gordon Davies
Dennis Carey
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of XROS Inc..
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of XROS Inc. for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Sonoma Systems
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

Current Directors and Officers of Qtera Corporation
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Officers and Directors of CorTek, Inc.
Gordon Davies
John Doolittle
Jeffrey Thomas Wood
Lynn Cecelia Egan

Former Directors and Officers of CorTek, Inc. for the Two Years Prior to the Petition Date
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Optical Components Inc.
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks HPOCS Inc.
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Directors and Officers of North Networks International Inc.</u>
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

<u>Former Directors and Officers of North Networks International Inc. for the Two Years Prior to
the Petition Date</u>
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

<u>Current Directors and Officers of Northern Telecom International Inc.</u>
Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

<u>Former Directors and Officers of Northern Telecom International Inc.for the Two Years Prior to
the Petition Date</u>
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Directors and Officers of North Networks Cable Solutions, Inc.</u>
Gordon Davies, Director
Dennis Carey, Director
John Doolittle
Alan Pritchard Wendell, President
John R. McCready, Vice President
Cortland Wolfe, Vice President
Jeffrey Thomas Wood, Vice President- Tax
Lynn Cecilia Egan, Secretary

10

Jean-Pierre Fortin, Vice President –Counsel
Raj Krishnan, Vice President – Counsel
Paul Knudsen, Vice President – Counsel and Assistant
John D. Atkinson, Vice President – Architecture
Francois Audet, Vice President – Architecture
Graeme Currie, Vice President – Architecture
William Gentry, Vice President – Architecture
Brian Lindsay, Vice President – Architecture
Parviz Rashidi, Vice President – Architecture
Richard C. Taylor, Vice President – Architecture
Ricky Kaura, Vice President – Business Development
Peter Krautle, Vice President – Business Development
Christian Kittlitz, Vice President – CALEA
Robert Litalien, Vice President – CALEA
Eric L. Smith, Vice President – CALEA
Guy Vonderneidt, Vice President – Engineering
Robin Scott Hughes, Vice President – Marketing
Guy Lafontaine, Vice President – Network Engineering
James Ostrom, Vice President – Network Engineering
Robert Saunders, Vice President – Network Engineering
Ian Scales, Vice President – Network Engineering
April A. Pennisi, Vice President – OAM&P
Glenn Brownridge, Vice President – PLM
Sudarshan Chitale, Vice President – PLM
Tim Gaiser, Vice President – PLM
Duncan Gillibrand, Vice President – PLM
Camille Issa, Vice President – PLM
Joel Joseph, Jr., Vice President – PLM
Mark Kepke, Vice President – PLM
Steve J. McKinnon, Vice President – PLM
Pete Streng, Vice President – PLM
Greg Thor, Vice President – PLM
Francois Burton, Vice President – Quality Assurance
Wade Lyon, Vice President – Quality Assurance
Alain Papineau, Vice President – Quality Assurance
Denis R. X. Thibault, Vice President – Quality Assurance
Paul Granville, Vice President – Security
Louis LeVay, Vice President – Security
Guillaume Strub, Vice President – Security
Norman Caron, Vice President – Signaling Protocols
Emre Erkol, Vice President – Signaling Protocols
Oya Istemi, Vice President – Signaling Protocols
Steven Woods, Vice President – Signaling Protocols
Mary Barnes, Vice President – Standards
Christopher Hogg, Vice President – Standards
James McEachern, Vice President – Standards

Ron Ryan, Vice President – Standards
Iain Sharp, Vice President – Standards
Craig Telke, Vice President – Standards
Jeremy Fuller, Vice President – Wireless
Michael Gawargy, Vice President – Wireless
Andrew Harrison, Vice President – Wireless
Anthony Jones, Vice President – Wireless
Michael Leeder, Vice President – Wireless

<u>Former Directors and Officers of North Networks Cable Solutions, Inc.</u>
Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony Gerard MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor Wayne Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Tom Buttermore
Alan Pritchard Wendell

## *DEBTORS' VENDORS*

Accton Technolgies
Advanced Information Management
Airspan
Airvana
Alanex Corporation
Alpha Networks
Altera
Amphenol
Andrew Corporation
Anixter International
Applied Micro Circuits Corporation
Artesyn Technologies
Astec
Audiocodes Ltd.
Bell Micro
Bookham Technology Ltd.
Broadcom Corporation
Brookfield Lepage Johnson
Cigna
CTDI
Daeduck Electronics Company
Delta Networks Systems SA DE CV
Emerson
Excelight Communications Inc.
Flextronics
Flextronics
Freescale Semiconductor
Hewlett Packard
IBM
Infosys
ITC
Itel House
JDS Uniphase Corporation
Johnson Controls Incorporated
Kuehne & Nagel International AG
Mera
Micron
Microsoft
Minerva Systems Inc.
Motorola Corporation
Oracle Corporation
Polycom
Polytronix
Qualcomm Incorporated
Sanmina SCI Corporation

Santur Corporation
Sasken
Scansoft
Spectra Link
STMicroelectronics
Sun Microsystems
TCS Consulting
Tejas
Texas Instruments Incorporated
Trapeze Networks Inc.
Wind River Systems Inc.
Wipro
Wistron
Witness Systems Inc.
Xilinx Incorporated

***Debtors' Litigants***
A.W. Chesterton, Inc.
Aldine Independent School District
Alexander Lovgren
California State Board of Equalization
Carrasco
Certain Tunable Laser Chips
Ernest Demel
Federal Insurance Company (Chubb)
Harris Corporation
Highpoint Telecommunications Inc.
Jay Colton
Jim and Elaine Wright
Joseph Srygler
Lisa Fitzgerald
Mack Thorpe, Jr.
Motorola
Nortel Networks Corp. "ERISA" Litigation Plaintiffs
Pamela Richardson
Patricia Harmon
Pavel Molodetskiy
Robert Buchwald
Scott M. Johnson
Sharon Tangney
Steven Domenikos
Teligent Services Inc.
Terrence Freeman
Verizon New York, Inc.
Wanland and Associates

### DEBTORS' LENDERS
The Debtors do not have any lenders other than affiliates.

### DEBTORS' BANKS
Citibank
Bank of America
Deutsche Bank
[JP Morgan – awaiting confirmation from LL that account closed]
Morgan Stanley
UBS

### DEBTORS' SIGNIFICANT CUSTOMERS
Alltel (ACI)
AMX
AT&T
BCE
British Telecom
BSNL
China Mobility
Datatec Networking and Com.
Deutsche Telecom
Direct Touch Federal
France Telecom/Orange
Hanoi Telecom
Korea Telecom – Freetel
LGT
Motorola
SK Telecom
Sprint Nextel
Tech Data Corp.
Telefonica
Telus
US Cellular
Verizon

### DEBTORS' LANDLORDS
10 Sylvan SPE LLC
101 Constitution Trust
13560 Morris Road Office Investors, LLC
7884 BR LLC
Behringer Harvard TIC
Biltmore Financial Center II
Bonham Golf & Country Club, Inc.
Brookfield Lakes Corporate Center
California State Teachers Retierment
Campbell Creek Ltd.

Canal View Properties III, LLC
Ciminelli Development Co. Inc.
City of Bonham
Coliseum Transfer Inc.
Colliers Dickson Flake Partners Inc.
Crescent Peakview Tower LLC
Deka Immobilien Investment GMBH
Duesenberg Investment Company
Duke Realty Ohio
Duke Realty Ohio
Flagler Development Company
Gail G. Anderson dba Willard T. Anderson Properties
Gateway Associates Ltd.
Genesis Building LLC
Green 485 Owner LLC
Hewlett Packard Financial Services
Hines Riverfront Plaza, LP
HQ Global Workplaces Inc.
I & G Direct Real Estate 16, LP
IGD Properties Corp.
Insignia ESG, Inc.
IPC Metrocenter LLC
IStar Ctl. 1, L.P./Lehman Ali Inc.
Meadow Brook Office LLC
Metropark South LLC
Metropolitan Tulsa Investments LLC
New Boston 175 Capital Boulevard LP
Omaha Plaza Investments c/o CBRE The Mega Group
Omega Corporate Center, LP
One Boston Place, LLC
One Capital Mall Investors LP
Open Terrace Associates LLC
Reckson Operating Partnership
Riverdale Office Properties Partnership
RP Sam Houston Plaza, L.P.
Sobrato Land Holdings
State Street Bank & Trust Co.
Sunset Land Company LLC
Talcott II Alamo LP
Talcott III Ormsby LLC
Tallahassee Corporate Center LLC
TCIT Dallas Industrial, Inc.
Teachers Insurance & Annuity Corp.
Technology Center Associates LP
Technology Park V LP
Technology Park X LTD Partnership

The Irvine Company and ACE Parking Management
The Plaza CP, LLC
Tomorrow 35 Century L.P.
Tower 333 LLC
Two Towne Square LLC
UCM/SREP-Corporate Woods, LLC
USAA Real Estate Company
West Colony Office Associates, LP
Wireless (TX) LP QRS 14
Woodfield Holdings Pt., LLC

### *DEBTORS' INSURERS*
ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Limited
Zurich Insurance Company

### *Counterparties to Debtors' Significant Contracts*
The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

17

### *Debtors' Bondholders*

Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Limited
Haywood Securities, Inc.
H&R Block
Huntington National Bank

Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jeffries & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company

19

Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### *Debtors' Proposed Professionals*
Lazard Ltd.
Morris, Nichols, Arsht & Tunnell LLP

### *Debtors' Major Competitors*
Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IMB
Hewlitt Packard

### *Top 30 Unsecured Creditors*
State Street Bank and Trust Company
The Bank of New York Mellon
Mellon Trust of New England

UBS Securities, LLC
Brown Brothers Harriman & Co.
Deutsche Bank Securities
JP Morgan Chase Bank, National Association
Credit Suisse Securities (USA), LLC
Citigroup Global Markets, Inc./Salomon Brothers
Northern Trust Company
Citigroup
Morgan Stanley & Co.
Citigroup NA
Goldman Sachs & Co.
JP Morgan Chase/JP Morgan International
California State Board of Equalization
State Street Bank & Trust Co./IBT
U.S. Bank N.A.
PNC Bank N.A.
MBY/DBTC Americas/Deutsche Bank London Prime
Flextronics Manufacturing Mex SA de CV
Flextronics America LLC
Banc of America Securities, LLC
BMO Nesbitt Burns Inc./CDS
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
Barclays Capital Inc./LE
BNP Parisbas Prime Brokerage, Inc.
Nortel Networks Corp. "ERISA" Litigation Plaintiffs
Wanland & Associates, Inc.

***Utilities***
Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Com Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority

Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

***Others***
Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP

# SCHEDULE 2

Current clients of Morris, Nichols, Arsht and Tunnell LLP who are or may be creditors or parties in interest or affiliates of creditors or parties in interest of the Debtors.

ACE USA, Inc.
A.I. Lloyds, Inc.
AIG Special Committee
Alcatel and affiliates
Allianz Global Investors Solutions LLC
Alltel
American International Group, Inc. and affiliates
AT&T Inc. and affiliates
Bank of New York
Bank of Nova Scotia
Barclay's Bank Delaware and affiliates
Barclays and affiliates
BCE, Inc.
Brown Brothers Harriman and affiliates
CB Richard Ellis Group Inc.
Chubb Group
Ciena Capital LLC and affiliates
Cigna Worldwide Insurance
Cisco Sytems, Inc. and affiliates
Citadel Agency LLP
Citadel Equity Fund
Comcast Corporation and affiliates
Comerica Bank & Trust, N.A.
CS Financing I LLC
CS PMI Holdings Inc.
Davidson Kempner Capital Management LLC
Deutsche Hypothenkenbank A.G.
DLJ South American Partners, L.P.
Embarq Corporation
Federal Reserve Bank of New York
Foundry Networks, Inc.
Global Infrastructure Management LLC
Global Telesystems and affiliates
Goldman Sachs and affiliates
Great American Group LLC
Insignia Financial Group
Irvine Capital Partners III, L.P.
JDS Uniphase Corp.
JP Morgan and affiliates

Lehman Brothers Trust Company, N.A. and affiliates
Merrill Lynch and affiliates
MMP Citadel, LLC and affiliates
Morgan Stanley and affiliates
Motorola, Inc.
MTS Group, Inc.
National City
NEC USA, Inc. and affiliates
Nokia Inc. and affiliates
Northern Trust Company
Northern Trust of Delaware
Oppenheimerfunds Inc.
Oracle Corp.
PNC Bank and affiliates
Qualcomm, Inc.
RBC Trust Company (Delaware) Limited
Sanmina SCI Corp.
Siemens AG
Siemens Medical Solutions USA, Inc.
Sprint Nextel Corporation
State Street Bank & Trust
Teachers Insurance & Annuity
The Hartford Financial Services Group
Travelers Casualty and Surety Company of America
U.S. Bancorp
UBS Financial Services, Inc. and affiliates
Union Bank of California
Verizon
Wachovia
Wilmington Trust Company and affiliates
Wireless Properties LLC and affiliates
WTC-JP Morgan Chase Series 11

# SCHEDULE 3

Former Clients (since January 1, 2007) of Morris, Nichols, Arsht and Tunnell LLP who are or may be creditors or parties in interest or affiliates of creditors or parties in interest of the Debtors:

Altera Corp.
American International Group, Inc. and affiliates
Ameriprise Financial, Inc.
Andrew Corp.
Applied Micro Circuits Corp.
Bank NY – 2002
Bank of America, N.A.
Bank of New York – Mellon
Barclays and affiliates
Broadcom Corp.
Brookwood IPC
Brookwood IPC Investors
CB Richard Ellis Group Inc.
Certain affiliates of Cigna Worldwide Insurance
CIBC World Markets
Comcast and affiliates
Credit Suisse International
CS PMI Inc.
D.A. Davidson
Davidson Kempner Capital Management LLC
DLJ Merchant Banking Partners
DLJ SAP Domestic, LLC
Dresdner Bank and affiliates
E*Trade Financial Corporation
Embarq Corporation
Foundry Networks, Inc.
Freescale Semiconductor, Inc.
Global Infrastructure Management LLC
Goldman Sachs and affiliates
Hartford Investment Management Company
IPC Information System
Irvine Capital Partners
Irvine Market Neutral Partners, L.P.
ITC Holding Co.
Lasalle Business Creditor, Inc.
Lasalle National Trust

Lehman Brothers Trust Company, N.A. and affiliates
Liberty Brokerage Investments
M&T Bank Corp.
MCI, Inc.
Merrill Lynch and affiliates
Morgan, Keegan & Co.
National City Bank of Pennsylvania
National City Corporation
Northern Trust Company and affiliates
Oppenheimer Trust Company
PNC Bank and affiliates
RBC Capital Markets Corporation
Royal Bank of Canada
Siemens Audiologische Technik GMBH
Siemens Hearing Instruments, Inc.
Siemens Venture Capital, Inc.
Sprint Corporation and affiliates
Sun Microsystems, Inc.
Suntrust Bank
TD Ameritrade Holdings Corporation
TD Waterhouse and affiliates
The Hartford Financial Services Group and affiliates
U.S. Bank National Association and affiliates
UBS Financial Services, Inc. and affiliates
USAA General Indemnity Co.
Verizon
Warburg Pincus LLC
Wells Fargo and affiliates
Wilmington Trust Company and affiliates
Wireless Broadband Services of America, LLC and affiliates
WTC-Wachovia Leveraged Preferred Stock Trust
XI Re Ltd.
Zurich Financial Services