# EXHIBIT C

# PROPOSED FORM OF ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
*In re*                                                  :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
                                                         :
                Debtors.  :   Jointly Administered
                                                         :
                                                         :   **Re: D.I. ___**
                                                         :
---------------------------------------------------------X

**ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the Application (the "Application")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order (the "Order"), pursuant to sections 327(a) and 1107 of title 11 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1 and 2016-1, authorizing the Debtors to retain and employ Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") as Delaware and general bankruptcy counsel *nunc pro tunc* to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel

[2] Capitalized terms used herein as defined terms and not otherwise defined shall have those meanings ascribed to them in the Application.

the Petition Date; and upon the Declaration of John Doolittle in Support of First Day Relief (the "Doolittle Declaration") and upon the Declaration of Derek C. Abbott (the "Abbott Declaration"), a partner of Morris Nichols, which is annexed to the Application as **Exhibit A**; and the Court being satisfied that Morris Nichols represents no interest adverse to the Debtors' estates, that Morris Nichols is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and that the employment of Morris Nichols is necessary and in the best interests of the Debtors and their estates; and the Court having jurisdiction over the Application pursuant to 28 U.S.C. §157(b)(2)(A); and sufficient notice of the Application having been given; and this Court having determined that the relief requested in the Application is just and proper; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Debtors are authorized to retain and employ Morris Nichols as their attorneys in these chapter 11 cases *nunc pro tunc* to the Petition Date.

3. The compensation to be paid to Morris Nichols for professional services rendered and reimbursement for expenses incurred by it shall be as determined by this Court upon proper application pursuant to sections 330 and 331 of the Bankruptcy Code.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____, 2009
      Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2665639