## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors Nunc Pro Tunc to the Petition Date** was caused to be made on January 19, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: January 19, 2009

                                                                            Thomas F. Driscoll III (No. 4703)

2670116.1