# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that undersigned counsel hereby enters their appearance on behalf of Export Development Canada pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby request, pursuant to Bankruptcy Rule 2002, 3017 and 9007; and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned counsel at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Joanne B. Wills, Esquire | David S. Curry, Esquire |
| Klehr, Harrison, Harvey, Branzburg | Craig E. Reimer, Esquire |
| & Ellers LLP | Mayer Brown LLP |
| 919 Market Street, Suite 1000 | 71 South Wacker Drive |
| Wilmington, Delaware 19801 | Chicago, Illinois 60606 |
| Phone: 302-552-5555 | Telephone: 312-701-7049 |
| Fax: 302-426-9193 | Facsimile: 312-706-8236 |
| E-Mail: jwills@klehr.com | E-mail: dcurry@mayerbrown.com |
| | creimer@mayerbrown.com |

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of Debtor's tax identification number are: Nortel Network, Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Otera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

DEL1 70175-1

Andrew D. Shaffer, Esquire  
Mayer Brown LLP  
1675 Broadway  
New York, NY 10019  
Telephone: 212-506-2128  
E-Mail: ashaffer@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Export Development Canada's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Export Development Canada is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 19, 2009               KLEHR, HARRISON, HARVEY,
                                      BRANZBURG & ELLERS, LLP


By:   */s/ Joanne B. Wills*
      Joanne B. Wills (I.D. # 2357)
      919 Market Street, Suite 1000
      Wilmington, Delaware 19801
      Telephone: (302) 426-1189
      Facsimile: (302) 426-9193

                  - and -

      David S. Curry, Esquire
      Craig E. Reimer, Esquire
      Financial Restructuring and Bankruptcy Practice
      Mayer Brown LLP
      71 South Wacker Drive
      Chicago, Illinois 60606

                  - and -

      Andrew D. Shaffer, Esquire
      Mayer Brown LLP
      1675 Broadway
      New York, NY 10019

      *Attorneys for Export Development Canada*

## **CERTIFICATE OF SERVICE**

I, Joanne B. Wills, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP hereby certify that on this 19th day of January 2009, I caused to be served a copy of the foregoing NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS upon the the parties listed on the attached service list via U.S. Mail.

*/s/ Joanne B. Wills*
Joanne B. Wills (I.D. # 2357)

DEL1.70175-1

## SERVICE LIST
## NORTEL NETWORKS, INC.

Ann C. Cordo, Esquire
Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Debtors*

James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094
*Counsel for Richardson Independent School District*

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*Counsel for City of Richardson, Dallas County*

Mark Browning, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711
*Counsel for The Comptroller of Public Accounts of the State of Texas*

James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
*Counsel for Verizon Communications Inc.*

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
*Counsel for Iron Mountain Information Management, Inc.*

Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
*Counsel for Telmar Network Technology, Inc.*

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
*Counsel for Automotive Rentals, Inc.*

Raniero D'Aversa, Jr., Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
*Counsel for ABN AMRO Bank N.V.*

Tobey M. Daluz, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
*Counsel for UBS Realty Investors, LLC*

DEL1 70176-1

David L. Pollack, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor – Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103
*Counsel for UBS Realty Investors, LLC*

Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
*Counsel for Ernst & Young Inc.*

Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
*Counsel for Technology Park X Limited Partnership and Technology Park V Limited Partnership*