# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| NORTEL NETWORKS, INC. | § | |
| DEBTOR(S) | § | CASE NO. 09-10138-11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW COMES Linebarger Goggan Blair & Sampson, LLP, representing:

**BEXAR COUNTY**

and other taxing jurisdictions to whom they collect ad valorem property taxes, creditors in the above-referenced bankruptcy proceeding, and gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010.

Linebarger Goggan Blair & Sampson, LLP respectfully requests that it be served with any pleadings, reports, orders, documents, notices of hearings and any other notices to parties and interests in this case in accordance with Bankruptcy Rules 9010, 2002 and 3017.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON LLP**
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Voice*
(210) 226-4308 - *Fax*

By: /s/ *David G. Aelvoet*
David G. Aelvoet
State Bar No. 00786959

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by First Class Mail on *January 16, 2009* the following:

Debtor:
  NORTEL NETWORKS, INC.
  2221 Lakeside Boulevard
  Richardson, TX 75082
Attorney:
  Derek C. Abbott
  1201 N. Market St., PO Box 1347
  Wilmington, DE 19899
Trustee:
  US Trustee (Delaware)
  844 King Street, RM 2207 Lock Box #35
  Wilmington, DE 19899-0035

/s/David G. Aelvoet
David G. Aelvoet