## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                              :        Chapter 11
                                    :
NORTEL NETWORKS INC., et al.,       :        Case No.  09-10138 (KG)
                                    :        Jointly Administered
          Debtors.                  :
-------------------------------------------------x
```

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Leslie C. Heilman, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, hereby moves the admission *pro hac vice* of David L. Pollack of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 51st Floor, Mellon Bank Center, 1735 Market Street, Philadelphia, Pennsylvania 19103 to represent UBS Realty Investors LLC in this action. The Admittee is admitted, practicing, and in good standing in the Bar of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern District of Pennsylvania, the Northern District of Texas and the Eastern District of Wisconsin, the United States Courts of Appeal for the Third and Seventh Circuits and the United States Supreme Court.

Dated: January 20, 2009
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com

Counsel for UBS Realty Investors LLC

## CERTIFICATION

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

David L. Pollack, Esquire
BALLARD SPAHR ANDREWS &
 INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-8999
E-mail: pollack@ballardspahr.com

## ORDER

Motion granted.

**BY THE COURT:**

Dated: _____

Kevin J. Carey
United States Bankruptcy Court Judge