IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Nortel Networks Inc., *et al.*, | : | BANKRUPTCY NO. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT,
     THE UNITED STATES TRUSTEE, THE DEBTOR'S ATTORNEYS OF RECORD
     AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rule 2002 and 9007 and 11 U.S.C. §102(1) and all other applicable law, the undersigned, as counsel of record for Communications Test Design, Inc., a creditor in the above captioned bankruptcy case, hereby requests that all notices given or required to be served in this case, be given to and served upon the undersigned at the following office, address, telephone number and email address:

Nicholas Skiles, Esquire
John A. Wetzel, Esquire
Swartz Campbell, LLC
One S. Church Street, Ste 400
West Chester, PA 19382
610-692-9500 x 131
jwetzel@swartzcampbell.com

The foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affects or seeks to affect in any way any rights or interests on the Debtor.

                              SWARTZ CAMPBELL LLC

Date: January 20, 2009                    /s/ *Nicholas E. Skiles*
                                        Nicholas E. Skiles, Esquire (DE I.D. #3777)
                                        John A. Wetzel, Esquire
                                        One S. Church Street, Suite400
                                        West Chester, PA 19382
                                        (610) 692-9500
                                        (610) 692-4936 - Facsimile