## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No.  09-10138 (KG) |
| Debtors. | Joint Administration Pending |

### NOTICE OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE Microsoft Corporation and its wholly-owned affiliate, Microsoft Licensing, GP (collectively "Microsoft"), by the undersigned counsel, enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon them as follows:

> Joseph E. Shickich, Jr.
> Riddell Williams P.S.
> 1001 4th Ave, Ste 4500
> Seattle WA  98154-1192
> Telephone:  (206) 624-3600
> Facsimile:  (206) 389-1708
> jshickich@riddellwilliams.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks, Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Microsoft's right (i) to have final orders in non-core matters entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Microsoft is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:    January 20, 2009

By: _____
Joseph E. Shickich, Jar.
Washington State Bar No. 8751
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192
Telephone: (206) 624-3600
Facsimile:  (206) 389-1708
Email:  jshickich@riddellwilliams.com

Attorneys for Creditor, Microsoft
Corporation and Microsoft Licensing, GP

4832-3430-5283.01
012009/1505/20363.00492

## DECLARATION OF SERVICE

Sheila Rowden, declares:

1.     I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.     On January 20, 2009, I electronically filed the Notice of Appearance on Behalf of Microsoft Corporation and Microsoft Licensing, GP with the Clerk of the Court (using the CM/ECF System).

3.     It is my understanding that the CM/ECF System will send notification of this filing to all parties listed in this case to receive notice electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 20th day of January, 2009, at Seattle, Washington.

Sheila Rowden
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Telephone (206) 624-3600
Facsimile: (206) 389-1708
srowden@riddellwilliams.com