**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC. | Case No. 09-10138-KG |
| Debtors. | |

## SPRINT'S REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, David I. Swan and Kenneth M. Misken appear as counsel for **SprintCom, Inc., Sprint/United Management Company and their affiliates** (collectively, "Sprint") in the above-captioned bankruptcy case (the "Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rules 2002, 3017, 4001, 9001 and 9010 of the Bankruptcy Rules and §§ 342 and 1109(b) of the Bankruptcy Code, Sprint requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in any adversary proceeding, be given and served upon the following, and that an appropriate entry be made on the Clerk's Matrix in this Bankruptcy Case:

> David I. Swan
> Kenneth M. Misken
> MCGUIREWOODS LLP
> 1750 Tysons Boulevard, Suite 1800
> McLean, VA 22102-4215
> Telephone: (703) 712-5000
> Facsimile: (703) 712-5050

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, including Sprint, with respect to, without limitation, (i) the Debtors, (ii) property of the estate or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtors may seek to use; or

(b) require or seek to require any act, delivery or any property, payment or other conduct by Sprint.

**PLEASE TAKE FURTHER NOTICE** that Sprint intends that neither this Request for Service of Documents nor any later appearance, pleading, claim or suit shall waive: (a) the right of Sprint to have final orders and non-core matters entered only after <u>de novo</u> review by a District Court Judge; (b) the right of Sprint to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of Sprint to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which Sprint is or may be entitled.

Dated:  January 20, 2009                                              **MCGUIREWOODS LLP**

                                                  By:    /s/ Kenneth M. Misken
                                                          David I. Swan
                                                          Kenneth M. Misken
                                                          MCGUIREWOODS LLP
                                                          1750 Tysons Boulevard, Suite 1800
                                                          McLean, VA 22102-4215
                                                          Telephone: (703) 712-5000
                                                          Facsimile: (703) 712-5050
                                                          dswan@mcguirewoods.com
                                                          kmisken@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that a copy of this Request was sent by electronic notification using the Court's CM/ECF electronic notification system.

/s/  Kenneth M. Misken