IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> NORTEL NETWORKS, INC., *et al.*,[1] <br><br><br> Debtors. | Case No. 09-10138-(KG) <br><br> Chapter 11 <br><br> (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and Sections 342 and 1109(b) of the United States Bankruptcy Code, JDS UNIPHASE CORPORATION ("Uniphase") by and through its counsel, Meyers Law Group, P.C., requests that all notices, filings, and orders served in this case, be served upon the following:

>  Merle C. Meyers. Esq.
>  Michele Thompson, Esq.
>  Meyers Law Group, P.C.
>  44 Montgomery Street, Ste. 1010
>  San Francisco, CA  94104
>  Telephone: (415) 362-7500
>  Facsimile:  (415) 362-7515
>  Email: mmeyers@mlg-pc.com
>              mthompson@mlg-pc.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of Debtor's tax identification numbers are: Nortel Network, Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Otera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6826) and Nortel Networks Cable Solutions Inc. (0567).

1

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code sections and rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, order, reply, answer, schedules of assets and liabilities and statement of financial affairs, operating report, plan of reorganization or liquidation, pleading or request filed in connection with the above-referenced case or any proceedings therein, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight express, electronic mail, ECF notification, hand deliver, telephone, telegraph, facsimile or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Uniphase's right (1) to have a final order in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a the District Court withdraw the references in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Uniphase is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Uniphase expressly reserves.

DATED: January 20, 2009

                                      MEYERS LAW GROUP, P.C.

                                By     /s/ Michele Thompson, Esq.
                                      MEYERS LAW GROUP, P.C.
                                      MICHELE THOMPSON, ESQ.,
                                      CA Bar #241676
                                      44 Montgomery Street, Suite 1010
                                      San Francisco, CA  94104
                                      Telephone: (415) 362-7500
                                      Facsimile:  (415) 362-7515

                                      Attorneys for
                                      JDS Uniphase Corporation