IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> NORTEL NETWORKS, INC., *et al.*, <br><br><br> Debtors. | Case No. 09-10138-(KG) <br><br> Chapter 11 <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Michelle Sinton, hereby certify that on January 20, 2009, I served a copy of the Notice of Appearance and Request for Service of Papers, to the parties in the manner specified in the attached service list.

DATED: January 20, 2009

        MEYERS LAW GROUP, P.C.


By   /s/ Michelle Sinton
      MEYERS LAW GROUP, P.C.
      MICHELLE SINTON
      44 Montgomery Street, Suite 1010
      San Francisco, CA 94104
      Telephone: (415) 362-7500
      Facsimile: (415) 362-7515

      Attorneys for
      JDS Uniphase Corporation

SERVICE LIST

BY EMAIL

- Ann C. Cordo, acordo@mnat.com
- Elizabeth Banda, kwilliams@pbfcm.com
- Mark Browning, bk-mbrowning@oag.state.tx.us, sherrisimpsons@oag.state.tx.us
- Thomas Driscoll, aconway@mnat.com
- Darryl S. Laddin, bkrfilings@agg.com
- Eric D. Schwartz, eschwartz@mnat.com
- United States Trustee, USTPREGION03.WL.ECF@USDOJ.GOV
- Helen Elizabeth Weller, dallas.bankruptcy@publicans.com

BY EMAIL AND FIRST CLASS MAIL

Frank F. McGinn
Bartlett, Hacket, Feinberg P.C.
155 Federal Street
Boston, MA  02110
ffm@bostonbusinesslaw.com

Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019
mschein@vedderprice.com

John V. Fiorella, Esq.
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE  19801
jfiorella@archerlaw.com

Raniero D'Aversa, Jr. Esq.
Laura D. Metzger, Esq.
Weston T. Eguchi, Esq.
Orrick, Harrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY  10103-0001
rdaversa@orrick.com
lmetzger@orrick.com
weguchi@orrick.com

David G. Aelvoet
Linbarger, Goggan Blair and Sampson, LLP
Travis Building, 711 Navarro, Suite 300
San Antonio, TX  78205
(mail only)

Jennifer V. Doran, Esq.
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA  02109
jdoran@haslaw.com

Tobey M. Daluz, Esq.
Leslie Heilman, Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street, 12th Floor
Wilmington, DE  19801
Pollack@ballardspahr.com

David L. Pollack, Esq.
Jeffrey Meyers, Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Floor Mellon Banking Center
1735 Market Street
Philadelphia, PA  19103
Pollack@ballardspahr.com

Ken Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY   10020
Ken.Coleman@allenovery.com

Joann B. Willis, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
jwill@klehr.com

2

20032/22738

SERVICE LIST

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli, Shalton, Flanigan
Suelthaus P.C.
222 Delaware Ave., Suite 1101
Wilmington, DE  19801
cward@polsinelli.com
jedelson@polsinelli.com

David S. Curry, Esq.
Craig E. Reimer, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606
dcurry@mayerbrown.com
creimer@mayerbrown.com

3

20032/22738