**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 09-10138-KG** |
| NORTEL NETWORKS, INC., | § | |
| **DEBTOR.** | § | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings, and any other matter in which notice is required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to The Prudential Insurance Company of America in care of the undersigned at the address set forth below:

> LEWIS AND ROCA LLP
> 40 NORTH CENTRAL AVENUE
> SUITE 1900
> PHOENIX, AZ  85004
> Telephone:    (602) 262-5321
> Facsimile:    (602) 734-3866
> E-mail: sbrown@lrlaw.com
>
>
> By: /s/ Scott K. Brown
>       Scott K. Brown, AZ State Bar No. 020390

2009317.1

<u>Certificate of Service</u>

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| DEREK C. ABBOTT<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 NORTH MARKET STREET<br>WILMINGTON, DE  19899<br>dabbott@mnat.com | U.S. TRUSTEE (DELAWARE)<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON, DE  19899-0035 |

Dated this 21st day of January, 2009.    /s/  Scott K. Brown
                                         Scott K. Brown

2009317.1