IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| XROS, INC. | § | CASE NO. 09-10142(KG) |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that J. Scott Douglass individually, on behalf of J. Scott Douglass as an interested party appears and hereby submits this Notice of Appearance in the above captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §1109(b) of the Bankruptcy Code. All notices given or required to be given in this jointly administered case shall be given to and served at the following address:

> J. Scott Douglass
> 909 Fannin, Suite 1800
> Houston, Texas 77010
> Telephone: (713) 227-7492
> Facsimile: (713) 227-7497
> email: jsdlaw@msn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the answer to the involuntary petition, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the Claimant intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the right of the Claimant to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right of the Claimant to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the right of the Claimant to have the United States District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Claimant is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of the Claimant.

Dated: January 15th, 2009.

                                              Respectfully submitted,

                                              J. SCOTT DOUGLASS
                                              909 Fannin, Suite 1800
                                              Houston, Texas 77010
                                              Telephone: (713) 227-7492
                                              Facsimile: (713) 227-7497
                                              email: jsdlaw@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance, Request for All Notices and Demand for Service of Papers has been served upon all parties in interest via facsimile this 15th day of January, 2009.

**Via Regular U.S. Mail**
Xros, Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

**Via Regular U.S. Mail**
Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Via Regular U.S. Mail**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

J. SCOTT DOUGLASS