RAMONA NEAL State Bar No. 4803
HEWLETT-PACKARD COMPANY
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021
Telephone Number: (208) 396-6484
Facsimile Number: (208) 396-3958

Corporate Counsel for Hewlett-Packard Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138-KG |
| Debtors. | (Jointly Administered) |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Ramona Neal, Corporate Counsel for Hewlett-Packard Company, hereby gives notice of her appearance in this case on behalf of Hewlett-Packard Company ("Creditor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and such other rules or statutes as may be applicable, Creditor hereby requests that (1) all notices given or required to be given in this case to creditors, any creditors' committee, or any other parties in interest, whether sent by the Court, the Debtor, any trustee, or any other party in this case and (2) any disclosure statements or plans of reorganization filed in this case, and any notice of hearing on such disclosure statements or plans of reorganization, be served on Creditor at the following address(es):

| | |
|---|---|
| 1 | |
| 2 | Ms. Ramona Neal |
|   | Corporate Counsel |
| 3 | Hewlett-Packard Company |
|   | 11311 Chinden Blvd. |
| 4 | Mailstop 314 |
|   | Boise, ID  83714-0021 |
| 5 | Telephone Number:  (208) 396-6484 |
|   | Facsimile Number:  (208) 396-3958 |
| 6 | ramona.neal@hp.com |
| 7 | Mr. Ken Higman |
|   | Sr. Default & Recovery Analyst |
| 8 | Hewlett-Packard Company |
|   | 2125 E. Katella Ave. |
| 9 | Suite 400 |
|   | Anaheim, CA  92806 |
| 10 | Telephone: (714) 940-7120 |
| 11 | ken.higman@hp.com |

January 20, 2009

By: _____
Ramona Neal

Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise, ID  83714-0021
Telephone Number:  (208) 396-6484
Facsimile Number:  (208) 396-3958
ramona.neal@hp.com

1
2
3                             **CERTIFICATE OF SERVICE**
4
5         I hereby certify that I served the foregoing NOTICE OF APPEARANCE AND
6  REQUEST FOR SPECIAL NOTICE ON BEHALF OF HEWLETT-PACKARD COMPANY by
7  placing a true and correct copy of the same in a postage prepaid envelope on this 20th day of
8  January, 2009, via First Class U.S. Mail, addressed to the parties listed on the attached Service
9  List.
10
11                                                              Tammy Parrish
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## Service List

Ann C. Cordo
Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Peter James Duhig
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020