## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Revised Certification Of Counsel Regarding Omnibus Hearing Dates** was caused to be made on January 21, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: January 21, 2009

_____
Thomas F. Driscoll III (No. 4703)

2669071.2