IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                                    Debtors.                   :    Jointly Administered
                                                               :
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 90 AND 94]

PLEASE TAKE NOTICE that on January 21, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list.

- **Notice Of Agenda Of Matters Scheduled For Hearing On January 23, 2009 At 3:30 P.M. (Eastern Time)** (D.I. 90, Filed 1/21/09); and

- **Notice Of Amended Agenda Of Matters Scheduled For Hearing On January 23, 2009 At 3:30 P.M. (Eastern Time)** (D.I. 94, Entered 1/21/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: January 21, 2009
      Wilmington, Delaware

              CLEARY GOTTLIEB STEEN & HAMILTON LLP

              James L. Bromley
              Lisa M. Schweitzer
              One Liberty Plaza
              New York, New York 10006
              Telephone: (212) 225-2000
              Facsimile: (212) 225-3999

                    - and -

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              */s/ Ann C. Cordo*
              Derek C. Abbott (No. 3376)
              Eric D. Schwartz (No. 3134)
              Thomas F. Driscoll III (No. 4703)
              Ann C. Cordo (No. 4817)
              1201 North Market Street, 18th Floor
              P.O. Box 1347
              Wilmington, DE 19899-1347
              Telephone: (302) 658-9200
              Facsimile: (302) 425-4663

              Proposed Counsel for the Debtors and
              Debtors in Possession

2672623.1