**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **NORTEL NETWORKS INC., *et al.*,** ) | **Case No. 09-10138-KG** |
| ) | |
| **Debtors.** ) | **(Jointly Administered)** |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that SUN MICROSYSTEMS, INC., a creditor and party-in-interest in the above captioned Chapter 11 cases, hereby enters appearance by and through its counsel, BIALSON, BERGEN & SCHWAB.

**PLEASE TAKE FURTHER NOTICE** that Sun Microsystems, Inc. hereby requests that all notices, pleadings, documents, and correspondence required to be served on creditors, any creditors' committees, and any other parties-in-interest pursuant to Bankruptcy Rule 2002, and otherwise, whether sent by the Court, the debtor, or any other party in the case, be served on its counsel, Bialson, Bergen & Schwab, and that the following be added to the Court's master mailing list:

> Lawrence M. Schwab, Esq.
> Patrick M. Costello, Esq.
> Bialson, Bergen & Schwab
> 2600 El Camino Real, Suite 300
> Palo Alto, CA 94306
> Telephone:   (650) 857-9500
> Facsimile:   (650) 494-27
> Email:   pcostello@bbslaw.com

Dated: January 21, 2009            Respectfully submitted,

  /s/ Patrick M. Costello

Patrick M. Costello, Esq.
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California   94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: pcostello@bbslaw.com

Attorneys for Sun Microsystems, Inc.