**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **NORTEL NETWORKS INC.,** *et al.,* ) | **Case No. 09-10138-KG** |
| ) | |
| **Debtors.** ) | **(Jointly Administered)** |
| ) | |

**NOTICE OF RECLAMATION AND ADMINISTRATIVE AND**
**PRIORITY CLAIM OF SUN MICROSYSTEMS, INC.**

Please be advised that a written reclamation demand on behalf of Sun Microsystems, Inc. was served on January 15, 2009, through counsel, on Nortel Networks, Inc. and its attorneys of record, Derek C. Abbott, Morris, Nichols, Arsht & Tunnell LLP.   A true and correct copy of the written reclamation demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Dated: January 21, 2009

/s/ Patrick M. Costello

Patrick M. Costello, Esq.
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California   94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: pcostello@bbslaw.com

Attorneys for Sun Microsystems, Inc.