**BIALSON, BERGEN & SCHWAB**
ATTORNEYS AT LAW
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

ANNETTE G. BIALSON
RETIRED

January 15, 2009

**Via First Class Mail and Fax (770) 268 - 2500**

Nortel Networks, Inc.
5555 Windward Parkway
Alpharetta, Georgia, 30004
Attn. Senior Manager, Brand Management for Access Networks

**Via First Class Mail**

Nortel Networks
Attn: Accounts Payable
P.O. Box 280510
Nashville, TN  37228-0510

**Via First Class Mail and Fax (302) 658 – 3989**

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1334

Re:  **In re Nortel Networks Corporation et. al., Case No. n09-10138(EG)**

Dear Gentlemen:

This firm is counsel to Sun Microsystems, Inc., and various of its subsidiary and affiliated entities (collectively "Sun"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Sun hereby demands the return of all goods ("Goods") of any kind or character received by Nortel Networks, Inc., Nortel Networks Corporation; Nortel Networks Limited, and/or any of their subsidiary, affiliated and other related entities (collectively "Nortel") from Sun including, without limitation, those Goods shipped, delivered and received by Nortel as set forth in the Sun invoices; the Sun Microsystems, Inc. U.S. Reseller Agreement or the OEM Purchase and Sale Agreement by and between Nortel Networks Inc. and Sun Microsystems, Inc., which goods are referenced in the attached spreadsheet for your convenience.

Derek Abbott and
Nortel Networks, Inc.
January 15, 2009
Page 2

  By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

  Please contact the undersigned to arrange for the immediate return of the Goods.

          Yours,

          BIALSON, BERGEN & SCHWAB

          Brian E. Doucette

BED:ww

W:\X0005\LTR\011409 Letter to Nortel for Sun.doc

| Invoice Number | | Amount | |
|---|---|---|---|
| Invoice 2335594 | IISM USD 26-NOV-08 26-DEC-08 19 | 1,169.98 | |
| Invoice 2336158 | IISM USD 04-DEC-08 03-JAN-09 11 | 1,322.44 | (T&M but $30 in material) |
| Invoice 2336577 | ISMC USD 08-DEC-08 07-JAN-09 11 | 60,027.13 | (T&M but $575 in Material) |
| Invoice 2336593 | ISMC USD 08-DEC-08 07-JAN-09 7 | 60,027.13 | |
| Invoice 2336627 | ISMC USD 08-DEC-08 07-JAN-09 7 | 43,133.87 | |
| Invoice 2337384 | ISMC USD 08-DEC-08 07-JAN-09 7 | 24,015.31 | |
| Invoice 2337385 | ISMC USD 10-DEC-08 09-JAN-09 5 | 60,027.13 | |
| Invoice 2337394 | ISMC USD 10-DEC-08 09-JAN-09 5 | 3,831.00 | |
| Invoice 2337452 | ISMC USD 10-DEC-08 09-JAN-09 5 | 60,027.13 | |
| Invoice 2337956 | ISMC USD 10-DEC-08 09-JAN-09 5 | 24,015.31 | |
| Invoice 2339075 | ISMC USD 11-DEC-08 10-JAN-09 4 | 4,960.70 | |
| Invoice 2339078 | ISMC USD 15-DEC-08 14-JAN-09 0 | 6,344.00 | |
| Invoice 2340738 | ISMC USD 15-DEC-08 14-JAN-09 0 | 100,871.00 | |
| Invoice 2340908 | ISMC USD 19-DEC-08 18-JAN-09 4 | 3,831.00 | |
| Invoice 2340911 | ISMC USD 19-DEC-08 18-JAN-09 4 | 100,871.00 | |
| Invoice 2340912 | ISMC USD 19-DEC-08 18-JAN-09 4 | 3,831.00 | |
| Invoice 2340913 | ISMC USD 19-DEC-08 18-JAN-09 4 | 209,134.25 | |
| Invoice 2340926 | ISMC USD 19-DEC-08 18-JAN-09 4 | 100,871.00 | |
| Invoice 2341321 | IISM USD 20-DEC-08 19-JAN-09 5 | 3,831.00 | |
| Invoice 2341338 | ISMC USD 20-DEC-08 19-JAN-09 5 | 6,344.00 | |
| Invoice 2342766 | ISMC USD 23-DEC-08 22-JAN-09 8 | 2,391.00 | (T&M but $1341 in Material) |
| Invoice 2342899 | ISMC USD 23-DEC-08 22-JAN-09 8 | 100,871.00 | |
| Invoice 2342909 | ISMC USD 24-DEC-08 23-JAN-09 8 | 432.12 | |
| Invoice 2343449 | ISMC USD 26-DEC-08 25-JAN-09 9 | 60,027.13 | |
| Invoice 2343683 | ISMC USD 26-DEC-08 25-JAN-09 11 | 5,277.52 | |
| Invoice 2343956 | ISMC USD 26-DEC-08 25-JAN-09 11 | 8,424.00 | |
| Invoice 2344108 | ISMC USD 26-DEC-08 25-JAN-09 11 | 3,584.10 | |
| Invoice 2344199 | ISMC USD 28-DEC-08 27-JAN-09 13 | 5,478.60 | |
| Invoice 2344685 | ISMC USD 28-DEC-08 27-JAN-09 13 | 14,132.26 | |
| | | 69,985.92 | |

| Invoice Number | | Amount |
|---|---|---|
| Invoice 2344686 | ISMC USD 28-DEC-08 27-JAN-09 -13 | 69,985.92 |
| Invoice 2344814 | ISMC USD 28-DEC-08 27-JAN-09 -13 | 40.00 |
| Invoice 2344972 | ISMC USD 28-DEC-08 27-JAN-09 -13 | 8,420.40 |
| Invoice 2345021 | ISMC USD 28-DEC-08 27-JAN-09 -13 | 25,376.00 |
| Invoice 2345421 | ISMC USD 05-JAN-09 04-FEB-09 -21 | 202.02 |
| Invoice 2346335 | ISMC USD 07-JAN-09 06-FEB-09 -23 | 2,916.96 |
| Invoice 2346571 | ISMC USD 08-JAN-09 07-FEB-09 -24 | 578.50 |
| Invoice 2347375 | ISMC USD 13-JAN-09 12-FEB-09 -29 | 3,483.80 |
| Invoice 2347437 | ISMC USD 13-JAN-09 12-FEB-09 -29 | 76,671.26 |