**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NORTEL NETWORKS INC.,** *et al.,* | ) | **Case No. 09-10138-KG** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICE AND PAPERS**

   **PLEASE TAKE NOTICE** that POLYCOM, INC., a creditor and party-in-interest in the above captioned Chapter 11 cases, hereby enters appearance by and through its counsel, BIALSON, BERGEN & SCHWAB.

   **PLEASE TAKE FURTHER NOTICE** that Polycom, Inc. hereby requests that all notices, pleadings, documents, and correspondence required to be served on creditors, any creditors' committees, and any other parties-in-interest pursuant to Bankruptcy Rule 2002, and otherwise, whether sent by the Court, the debtor, or any other party in the case, be served on its counsel, Bialson, Bergen & Schwab, and that the following be added to the Court's master mailing list:

> Lawrence M. Schwab, Esq.
> Patrick M. Costello, Esq.
> Bialson, Bergen & Schwab
> 2600 El Camino Real, Suite 300
> Palo Alto, CA 94306
> Telephone:   (650) 857-9500
> Facsimile:   (650) 494-27
> Email:   pcostello@bbslaw.com

Dated: January 21, 2009          Respectfully submitted,

                                  /s/ Patrick M. Costello

                                 Patrick M. Costello, Esq.
                                 BIALSON, BERGEN & SCHWAB
                                 2600 El Camino Real, Suite 300
                                 Palo Alto, California   94306
                                 Telephone: (650) 857-9500
                                 Facsimile: (650) 494-2738
                                 Email: pcostello@bbslaw.com

                                 Attorneys for Polycom, Inc.