### BIALSON, BERGEN & SCHWAB
ATTORNEYS AT LAW
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

ANNETTE G. BIALSON
RETIRED

January 14, 2009

**Via First Class Mail and Fax (770) 268 - 2500**

Nortel Networks, Inc.
5555 Windward Parkway
Alpharetta, Georgia, 30004
Attn. Senior Manager, Brand Management for Access Networks

**Via First Class Mail and Fax (302) 658 – 3989**

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1334

### Re: **In reNortel Networks Corporation et. al., Case No. n09-10138(EG)**

Dear Gentlemen:

This firm is counsel to Polycom, Inc., and various of its subsidiary and affiliated entities (collectively "Polycom"). Pursuant to Section 2-702 of the Uniform Commercial Code as codified under applicable state law and 11 U.S.C. Section 546(c), and without waiving any other rights, remedies or claims, Polycom hereby demands the return of all goods ("Goods") of any kind or character received by Nortel Networks, Inc.,   Nortel Networks Corporation; Nortel Networks Limited, and/or any of their subsidiary, affiliated and other related entities (collectively "Nortel") from Polycom including, without limitation, those Goods shipped, delivered and received by Nortel as set forth in the Polycom invoices; the Polycom, Inc. U.S. Reseller Agreement or the OEM Purchase and Sale Agreement by and between Nortel Networks Inc. and Polycom, Inc., which goods are referenced in the attached spreadsheet for your convenience.

By this letter you are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory, machinery and equipment. Further, you are not permitted to use, sell, encumber or transfer the Goods to any other party.

W:\X0005\LTR\011409 Letter to Nortel.doc

Please contact the undersigned to arrange for the immediate return of the Goods.

Yours,

BIALSON, BERGEN & SCHWAB

Patrick M. Costello

PMC:ww

ORDERS SHIPPED AFTER NOV. 26, 2008

| cust ID | Name | invoice no | invoice date | pmt terms | due date | PO# | Sales order# | Origin amount | Invoice balance | Trans type |
|---|---|---|---|---|---|---|---|---|---|---|
| 9000708 | NORTEL NETWORKS, INC. | 1193337 | 25-Nov-08 | 45 | 09-Jan-09 | TD0000091032 | HL-10933 | 1,521.48 | 1,521.48 | |
| 9000708 | NORTEL NETWORKS, INC. | 1193414 | 25-Nov-08 | 45 | 09-Jan-09 | TD0000091033 | HL-10928 | 6,457.44 | 6,457.44 | |
| 9000708 | NORTEL NETWORKS, INC. | 1193662 | 25-Nov-08 | 45 | 09-Jan-09 | TD0000091035 | HL-10935 | 3,261.26 | 3,261.26 | |
| 9000708 | NORTEL NETWORKS, INC. | 1193687 | 25-Nov-08 | 45 | 09-Jan-09 | TD0000091036 | HL-10936 | 21,239.40 | 21,239.40 | |
| 9000708 | NORTEL NETWORKS, INC. | 1194598 | 28-Nov-08 | 45 | 12-Jan-09 | TD0000091485 | HL-11078 | 2,550.00 | 2,550.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1194601 | 28-Nov-08 | 45 | 12-Jan-09 | TD0000091025 | HL-10839 | 23,400.00 | 23,400.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1195556 | 03-Dec-08 | 45 | 17-Jan-09 | 4503495124 | REP48514A | 3,160.00 | 3,160.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1195624 | 03-Dec-08 | 45 | 17-Jan-09 | 4503495124 | REP48515A | 4,272.00 | 4,272.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1198564 | 12-Dec-08 | 45 | 26-Jan-09 | TD0000091539 | HL-11095 | 496.40 | 496.40 | |
| 9000708 | NORTEL NETWORKS, INC. | 1198671 | 12-Dec-08 | 45 | 26-Jan-09 | TD0000091538 | HL-11094 | 1,275.00 | 1,275.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1201732 | 19-Dec-08 | 45 | 02-Feb-09 | TD0000091025 | HL-10839 | 15,600.00 | 15,600.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1201764 | 19-Dec-08 | 45 | 02-Feb-09 | TD0000091571 | HL-11104 | 86.00 | 86.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1202369 | 22-Dec-08 | 45 | 05-Feb-09 | TD0000091555 | HL-11105 | 4,063.15 | 4,063.15 | |
| 9000708 | NORTEL NETWORKS, INC. | 1202512 | 22-Dec-08 | 45 | 05-Feb-09 | TD0000091010 | HK-11424 | 17,200.00 | 17,200.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1207528 | 08-Jan-09 | 45 | 22-Feb-09 | TD0000091582 | HL-11103 | 1,912.50 | 1,912.50 | |
| 9000708 | NORTEL NETWORKS, INC. | 1207702 | 09-Jan-09 | 45 | 23-Feb-09 | TD0000091605 | HL-11118 | 9,386.75 | 9,386.75 | |
| 9000708 | NORTEL NETWORKS, INC. | 1207815 | 09-Jan-09 | 45 | 23-Feb-09 | TD0000091625 | HL-11120 | 264.00 | 264.00 | |
| 9000708 | NORTEL NETWORKS, INC. | 1208062 | 12-Jan-09 | 45 | 26-Feb-09 | TD0000091627 | HL-11119 | 977.50 | 977.50 | |
| NO2004 | NORTEL NETWORKS, INC. | 1194994 | 01-Dec-08 | 45 | 15-Jan-09 | 4320082580 | HL-05623 | 10,846.50 | 10,846.50 | |
| NO2004 | NORTEL NETWORKS, INC. | 1196043 | 04-Dec-08 | 45 | 18-Jan-09 | 4503513555 | MZ-00378 | 1,824.00 | 1,824.00 | |
| NO2004 | NORTEL NETWORKS, INC. | 1197418 | 09-Dec-08 | 45 | 23-Jan-09 | CSN514587 | LS-01404A | 6,000.00 | 6,000.00 | |
| NO2004 | NORTEL NETWORKS, INC. | 1198242 | 11-Dec-08 | 45 | 25-Jan-09 | TD0000091289 | JH-05470 | 39,142.30 | 39,142.30 | |
| NO2004 | NORTEL NETWORKS, INC. | 1199612 | 12-Dec-08 | 45 | 26-Jan-09 | 4503620061 | GK-06813 | 37.00 | 37.00 | |
| NO2004 | NORTEL NETWORKS, INC. | 1200085 | 16-Dec-08 | 45 | 30-Jan-09 | 4503601185 | EV-22550 | 52,075.66 | 52,075.66 | |
| NO2004 | NORTEL NETWORKS, INC. | 1200509 | 17-Dec-08 | 45 | 31-Jan-09 | TD0000091479 | JH-05607 | 3,599.10 | 3,599.10 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201069 | 18-Dec-08 | 45 | 01-Feb-09 | 4320082196 | SU-26627 | 8,796.00 | 8,796.00 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201485 | 19-Dec-08 | 45 | 02-Feb-09 | 4503645415 | JX-03103 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201514 | 19-Dec-08 | 45 | 02-Feb-09 | 4503645249 | JX-03105 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201527 | 19-Dec-08 | 45 | 02-Feb-09 | 4503649249 | JX-03110 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201542 | 19-Dec-08 | 45 | 02-Feb-09 | 4503619059 | JH-05669 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201545 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622271 | JH-05662 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201547 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622288 | JH-05661 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201548 | 19-Dec-08 | 45 | 02-Feb-09 | 4503618754 | JH-05663 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201594 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622280 | JH-05668 | 21,991.68 | 21,991.68 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201617 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622287 | JH-05671 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201656 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622289 | JH-05664 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201666 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622267 | JH-05666 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201678 | 19-Dec-08 | 45 | 02-Feb-09 | 4503645293 | JX-03100 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201693 | 19-Dec-08 | 45 | 02-Feb-09 | 4503645413 | JX-03102 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201706 | 19-Dec-08 | 45 | 02-Feb-09 | TD0000091458 | JH-05577 | 2,743.40 | 2,743.40 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201708 | 19-Dec-08 | 45 | 02-Feb-09 | 4503645417 | JX-03104 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201709 | 19-Dec-08 | 45 | 02-Feb-09 | 4503649251 | JX-03112 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201711 | 19-Dec-08 | 45 | 02-Feb-09 | 4503618756 | JH-05680 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201716 | 19-Dec-08 | 45 | 02-Feb-09 | 4503645298 | JX-03101 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201717 | 19-Dec-08 | 45 | 02-Feb-09 | 4503645534 | JX-03107 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201728 | 19-Dec-08 | 45 | 02-Feb-09 | 4503645533 | JX-03106 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201745 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622275 | JH-05659 | 3,371.56 | 3,371.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201751 | 19-Dec-08 | 45 | 02-Feb-09 | 4503649247 | JX-03109 | 23,091.27 | 23,091.27 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201759 | 19-Dec-08 | 45 | 02-Feb-09 | 4503649248 | JX-03108 | 4,721.56 | 4,721.56 | |
| NO2004 | NORTEL NETWORKS, INC. | 1201787 | 19-Dec-08 | 45 | 02-Feb-09 | 4503649250 | JX-03111 | 4,721.56 | 4,721.56 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NO2004 | NORTEL NETWORKS, INC. | 1201810 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622291 | JH-05667 | 23,091.27 | 23,091.27 |
| NO2004 | NORTEL NETWORKS, INC. | 1201819 | 19-Dec-08 | 45 | 02-Feb-09 | 4503622293 | JH-05670 | 23,091.27 | 23,091.27 |
| NO2004 | NORTEL NETWORKS, INC. | 1202130 | 22-Dec-08 | 45 | 05-Feb-09 | 4503635682 | GK-06830 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202202 | 22-Dec-08 | 45 | 05-Feb-09 | 4503635677 | GK-06825 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202225 | 22-Dec-08 | 45 | 05-Feb-09 | 4503635683 | GK-06831 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202246 | 22-Dec-08 | 45 | 05-Feb-09 | 4503635679 | GK-06827 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202247 | 22-Dec-08 | 45 | 05-Feb-09 | 4503635680 | GK-06828 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202438 | 22-Dec-08 | 45 | 05-Feb-09 | 4503635681 | GK-06829 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202513 | 22-Dec-08 | 45 | 05-Feb-09 | 4503635678 | GK-06826 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1193873 | 23-Dec-08 | 45 | 06-Feb-09 | 4503327315 | JH-05310A | 281,935.85 | 281,935.85 |
| NO2004 | NORTEL NETWORKS, INC. | 1201007 | 23-Dec-08 | 45 | 06-Feb-09 | 4503327315 | JH-05310A | 32,175.00 | 32,175.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1202746 | 23-Dec-08 | 45 | 06-Feb-09 | 4503635676 | GK-06824 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202770 | 23-Dec-08 | 45 | 06-Feb-09 | 4503635665 | GK-06820 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202831 | 23-Dec-08 | 45 | 06-Feb-09 | 4503635658 | GK-06818 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202863 | 23-Dec-08 | 45 | 06-Feb-09 | 4503635675 | GK-06823 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1202873 | 23-Dec-08 | 45 | 06-Feb-09 | 4503635662 | GK-06819 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1203033 | 23-Dec-08 | 45 | 06-Feb-09 | 4503635674 | GK-06822 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1203046 | 23-Dec-08 | 45 | 06-Feb-09 | 4503635672 | GK-06821 | 8,001.63 | 8,001.63 |
| NO2004 | NORTEL NETWORKS, INC. | 1203673 | 26-Dec-08 | 45 | 09-Feb-09 | 4503635669 | CO-00846 | 7,725.90 | 7,725.90 |
| NO2004 | NORTEL NETWORKS, INC. | 1203695 | 26-Dec-08 | 45 | 09-Feb-09 | TD000091237 | JH-05442 | 52,540.00 | 52,540.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1203720 | 26-Dec-08 | 45 | 09-Feb-09 | TD000091479 | JH-05607 | 11,388.12 | 11,388.12 |
| NO2004 | NORTEL NETWORKS, INC. | 1196175 | 29-Dec-08 | 45 | 12-Feb-09 | 4503294108 | JH-05309 | 317,534.45 | 317,534.45 |
| NO2004 | NORTEL NETWORKS, INC. | 1204040 | 29-Dec-08 | 45 | 12-Feb-09 | 4503294108 | JH-05309 | 37,350.00 | 37,350.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1204122 | 29-Dec-08 | 45 | 12-Feb-09 | 4503167870 | JX-02384A | 10,125.00 | 10,125.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1204147 | 29-Dec-08 | 45 | 12-Feb-09 | 4320052196 | SU-26627 | 7,196.00 | 7,196.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1204332 | 29-Dec-08 | 45 | 12-Feb-09 | 4503196179 | JX-02534A | 10,125.00 | 10,125.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1204573 | 30-Dec-08 | 45 | 13-Feb-09 | 4320061005 | LS-02375 | 6,500.00 | 6,500.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1204946 | 30-Dec-08 | 45 | 13-Feb-09 | 4503335825 | MZ-00330 | 572.00 | 572.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1160000 | 31-Dec-08 | 45 | 14-Feb-09 | 4503230402 | JH-05246 | 178,640.00 | 178,640.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1205237 | 31-Dec-08 | 45 | 14-Feb-09 | 4320065735 | MZ-00474 | 71,817.60 | 71,817.60 |
| NO2004 | NORTEL NETWORKS, INC. | 1205252 | 31-Dec-08 | 45 | 14-Feb-09 | 4320065730 | MZ-00476 | 11,929.00 | 11,929.00 |
| NO2004 | NORTEL NETWORKS, INC. | 1205387 | 31-Dec-08 | 45 | 14-Feb-09 | 4320065740 | MZ-00475 | 34,481.16 | 34,481.16 |
| NO2004 | NORTEL NETWORKS, INC. | 1205810 | 04-Jan-09 | 45 | 18-Feb-09 | 4320065740 | MZ-00475 | 26,809.44 | 26,809.44 |
| NO2004 | NORTEL NETWORKS, INC. | 1205838 | 04-Jan-09 | 45 | 18-Feb-09 | 4320065735 | MZ-00474 | 26,504.80 | 26,504.80 |
| NO2004 | NORTEL NETWORKS, INC. | 1206532 | 06-Jan-09 | 45 | 20-Feb-09 | 4503862048 | CO-00758 | 3,431.35 | 3,431.35 |
| NO2004 | NORTEL NETWORKS, INC. | 1206886 | 07-Jan-09 | 45 | 21-Feb-09 | 4503677077 | JH-05765 | 24,944.64 | 24,944.64 |
| NO2004 | NORTEL NETWORKS, INC. | 1208115 | 12-Jan-09 | 45 | 26-Feb-09 | 4503445180 | MZ-00219 | 28,350.00 | 28,350.00 |
| S-301845 | NORTEL NETWORKS, INC. | 1198963 | 13-Dec-08 | 60 | 11-Feb-09 | 4503510630 | S-1450501B | 580.00 | 580.00 |
| S-301845 | NORTEL NETWORKS, INC. | 1199001 | 13-Dec-08 | 60 | 11-Feb-09 | 4503578052 | S-1458105 | 580.00 | 580.00 |
| S-301845 | NORTEL NETWORKS, INC. | 1199030 | 13-Dec-08 | 60 | 11-Feb-09 | 4503578053 | S-1458091 | 580.00 | 580.00 |
| S-301845 | NORTEL NETWORKS, INC. | 1199236 | 15-Dec-08 | 60 | 13-Feb-09 | 4503510595 | S-1450501 | 145.00 | 145.00 |
| S-301845 | NORTEL NETWORKS, INC. | 1199272 | 15-Dec-08 | 60 | 13-Feb-09 | 4503510595 | S-1450498 | 3,480.00 | 3,480.00 |
| | | | | | | | | 2,175.00 | 2,175.00 |