**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE (DELAWARE)**

| | |
|---|---|
| In Re. § | |
| § | Case No.:09-10138-KG |
| NORTEL NETWORKS INC. § | Chapter 11 |
| § | |
| DEBTOR. § | |
| § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

NOW COMES Campbell Creek, Ltd. ("Campbell"), a creditor in the above-styled bankruptcy proceeding and acting by and through its counsel, William L. Siegel of Cowles & Thompson, P.C., enters its appearance pursuant to the United States Bankruptcy Code.

Campbell hereby requests that any and all notices required pursuant to Bankruptcy Rule 2002 or any other applicable law or order of this Court, whether written or oral, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans of reorganization, disclosure statements and any other documents brought before this Court in this case, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, that effect or seek to effect the above case, be served upon its attorney of record at the following address:

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2126
(214) 672-2326 facsimile
e-mail:  bsiegel@cowlesthompson.com

Dated: January 22, 2009

Document #: 1362984

Respectfully submitted,

**COWLES & THOMPSON, P.C.**

By: /s/ William L. Siegel_____
    **WILLIAM L. SIEGEL**
    Texas Bar No. 18342480

901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

ATTORNEYS FOR CAMPBELL CREEK, LTD.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of January 2009, a true and correct copy of the foregoing document was sent to those parties requesting service via the court's electronic service.

    /s/ William L. Siegel_____