IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11

*In re*                                                      :   Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]                           :   Jointly Administered

                Debtors.    :   RE: D.I. Nos. 6, 8, 17, 19, 24, 36, 37, 38, 46, 48,
                                          49, 50, 51, 52, 54, 55, 59, 60, 63, 64, 65, and 66

------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 15, 2009, copies of the following were served in the manner indicated upon the entities identified on the service list attached hereto as Exhibit A:

- Debtors' Motion For Entry Of An Order Under 11 U.S.C. § 521 Extending The Debtors' Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 6, Filed 1/14/09);

- Motion Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code For Interim And Final Orders (i) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (ii) Deeming Utility Companies Adequately Assured Of Future Performance And (iii) Establishing Procedures For Determining Requests For Additional Assurance (D.I. 8, Filed 9/14/09) (the "Utility Motion");

- Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation of Fees and Reimbursement of Expenses of Professionals and Official Committee Members (D.I. 17, Filed 1/14/09);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- Debtors' Motion Under 11 U.S.C. §§ 105, 362 And 541 For An Interim Order Establishing Notification Procedures And Approving Restrictions On Certain Transfers Of Claims Against And Interests In The Debtors' Estates (D.I. 19, Filed 1/14/09);

- Application to Employ/Retain *Nunc Pro Tunc* To The Petition Date Cleary Gottlieb Steen & Hamilton LLP As Counsel For The Debtors (D.I. 24, Filed 1/14/09);

- Order (I) Directing Joint Administration Of The Debtors' Related Chapter 11 Cases And (II) Granting Related Relief (Case Nos. 09-10138 through 09-10152). An order has been entered directing joint administration of the chapter 11 cases of Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networkds Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Newworks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc. (D.I. 36, Entered 1/15/09);

- Order Authorizing the Debtors to (I) File (A) Consolidated List of Creditors and (B) Consolidated List of Debtors' Top Forty (40) Creditors and (II) Provide Notices, Including Notice of Commencement of Cases and Section 341 Meeting (D.I. 37, Entered 1/15/09);

- Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent of the Bankruptcy Court (D.I. 38, Entered 1/15/09);

- Order (INTERIM) (I) Restraining Utility Companies from Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Assurance (D.I. 46, Entered 1/15/09) (the "Interim Order");

- Order Authorizing the Debtors to Remit and Pay Certain Taxes and Fees (D.I. 48, Entered 1/15/09);

- Order Authorizing Debtors to Honor Prepetition Obligations to Their Customers (D.I. 49, Entered 1/15/09);

- Order (A) Authorizing the Debtors to Pay Prepetition Common Carrier Charges and Warehouse Fees and (B) Scheduling a Final Hearing (D.I. 50, Entered 1/15/09);

- Order Authorizing Debtors to (A) Pay Prepetition Premiums Necessary to Maintain Insurance Coverage and (B) Enter Into New Insurance Policies (D.I. 51, Entered 1/15/09);

- Order Enforcing Section 362 of the Bankruptcy Code (D.I. 52, Entered 1/15/09);

- Order Approving Cross-Border Court-to-Court Protocol (D.I. 54, Entered 1/15/09);

- Order (INTERIM) Establishing Notification Procedures and Approving Restrictions On Certain Transfers Of The Debtors' Parents' Equity Securities (D.I. 55, Entered 1/15/09);

- Order Authorizing, But Not Directing, Debtors To Pay Certain Prepetition (I) Wages, Salaries And Other Compensation, (II) Reimbursable Expenses, And (III) Medical, Retirement And Similar Benefits (D.I. 59, Entered 1/15/09);

- Debtors' Motion For Entry Of An Order To Authorize Payment of Prepetition Obligations to Certain Foreign Vendors (D.I. 60, Filed 1/15/09);

- Notice of Hearing For Final Order (i) Restraining Utility Companies from Discontinuing, Altering Or Refusing Service, (ii) Deeming Utility Companies Adequately Assured of Future Performance and (iii) Establishing Procedures for Determining Requests for Additional Assurance (D.I. 63, Filed 1/15/09) (the "Utility Hearing Notice");

- Notice Of Hearing Re: (I) Debtors' Motion For Entry Of Order Under 11 U.S.C. Sec. 521 To Extend Debtors' Deadline To File Schedule Of Assets & Liabilities And Statements Of Financial Affairs (D.I. 6); (II) Debtors' Motion For Entry Of Admin Order Pursuant To 11 U.S.C. Sec 105(a) & 331, Fed. R. Bankr. P. 2016 And Del. Bankr. L.R. 2016-2 Establish Procedures For Interim Comp Of Fees & Reimburse Exp of Pros And Official Committee Members (D.I. 17); And (III) Application For Order Authorizing Employ & Retain Cleary Gottlieb Nunc Pro Tunc To Petition Date As Counsel (D.I. 65, Filed 1/15/09); and

- Notice Of Hearing For Final Approval Of Motion To Approve Under 11 U.S.C. Sections 105, 362 And 541 For An Interim Order Establishing Notification Procedures And Approving Restrictions On Certain Transfers Of The Debtors' Parents' Equity Securities (D.I. 66, Filed 1/15/09).

PLEASE TAKE FURTHER NOTICE that on January 15, 2009, copies of the following were served in the manner indicated upon the entities identified on the service lists attached hereto as Exhibit A and B, respectively:

- Debtors' Motion For An Order Pursuant To Sections 345, 363(c)(1), 364(a) And 503(b)(1): (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfers And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) [On An Interim Basis] (D.I. 9, Filed 9/14/09);

- Order (A) Approving the Continued Use of the Cash Management System, Bank Accounts and Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status to Postpetition Intercompany Claims and Preserving and Permitting the Exercise of Intercompany Setoff Rights; (C) Authorizing Banks to Honor Certain Transfer and Charge Certain Fees and Other Amounts; and (D) Waiving the Requirements of 11 U.S.C. Section 345(b) on an Interim Basis (D.I. 58, Entered 1/15/09); and

- Notice of Hearing for Final Order (A) Approving the Continued Use of the Cash Management System, Bank Accounts and Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status to Postpetition Intercompany Claims and Preserving and Permitting the Exercise of Intercompany Setoff Rights; (C) Authorizing Banks to Honor Certain Transfer and Charge Certain Fees and Other Amounts; and (D) Waiving the Requirements of 11 U.S.C. Section 345(b) on an Interim Basis (D.I. 64, Filed 1/15/09).

PLEASE TAKE FURTHER NOTICE that on January 15, 2009, copies of the Interim Order and the Utility Hearing Notice were served in the manner indicated upon the entities identified on the service list attached hereto as Exhibit C.

      PLEASE TAKE FURTHER NOTICE that on January 15, 2009, copies of the Debtors' Motion For Entry Of An Order To Authorize Payment of Prepetition Obligations to Certain Foreign Vendors (D.I. 60, Filed 1/15/09) were served in the manner indicated upon the entities identified on the service list attached hereto as Exhibit D.

Dated: January 22, 2009
      Wilmington, Delaware

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                      James L. Bromley
                      Lisa M. Schweitzer
                      One Liberty Plaza
                      New York, New York 10006
                      Telephone: (212) 225-2000
                      Facsimile: (212) 225-3999

                              - and -

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Derek C. Abbott*
                      Derek C. Abbott (No. 3376)
                      Eric D. Schwartz (No. 3134)
                      Thomas F. Driscoll III (No. 4703)
                      Ann C. Cordo (No. 4817)
                      1201 North Market Street, 18th Floor
                      P.O. Box 1347
                      Wilmington, DE 19899-1347
                      Telephone: (302) 658-9200
                      Facsimile: (302) 425-4663

                      Proposed Counsel for the Debtors and
                      Debtors in Possession

2671049.1