# EXHIBIT D

# FAX SERVICE SHEET

| NAME | COMPANY | FAX NUMBER |
|---|---|---|
| Patrick Tinker, Esq. | Office of the U.S. Trustee | 302-573-6497 |
| United States Attorney's Office District of Delaware | | 302-573-6431 |
| Mary F. Caloway, Esq. P.J. Duhig, Esq. | Buchanan Ingersoll & Rooney | 302-552-4295 |
| James E. Huggett Esq. | Margolis Edelstein | 302-888-1119 |
| John V. Fiorella Esq. | Archer & Greiner PC | 302-777-4352 |
| Stephane Lupien | Export Development Canada | 613-598-2500 |
| | Infosys Technologies Ltd. | 91-080-2852-0362 |
| Doug Alteen | JDS Uniphase Corporation | 613-843-3333 |
| Attn: President | Tata Consultancy Services | 91-22-2204-2215 |
| Chief Legal Officer | ITC Networks | 40-21-203-6666 |
| Chief Legal Officer | Luxoft | 7-495-967-8032 |
| Kumudha Sridharan | Wipro Technologies | 91-80-2844-0214 |
| Dr. A.L. Rao | Wipro Technologies | 91-80-2553-0086 |
| Chief Legal Officer | Wipro Systems Ltd. | 91-80-2844-0214 |
| Yaacov Omer Yossi Benji Simcha Gutgold | Telrad Networks Ltd. | 972-8-913-1013 972-6-913-1013 972-3-915-7109 972-3-915-7358 |
| Chief Legal Officer | GFI Inc. | 514-630-4899 |
| Ned Nelson | Advanced Information Management | 901-854-5775 |
| | Secretary of Treasury | 302-739-5635 |
| Secretary of State | Division of Corporations Franchise Tax | 302-739-5831 |
| Elizabeth Banda Esq. | Perdue Brandon Fielder Collins & Mott LLP | 817-860-6509 |
| Elizabeth Weller Esq. | Linebarger Goggan Blair & Sampson LLP | 469-221-5002 |
| Mark Browning | Assistant Attorney General | 512-482-8341 |
| Vanessa Mack | The Bank of New York Mellon | 212-815-5802 |
| Michael Clarke | Flextronics | 408-576-7880 |
| Michael Clarke | Flextronics America LLC | 408-576-7880 |
| Michael Clarke | Flextronics International Europe BV | 408-576-7880 |
| | SEAL Consulting | 732-417-9655 |
| Hayward D. Fisk Esq. | Computer Science Corporation | 310-322-9767 |
| Scott Creasy | Computer Science Corporation | 704-424-3232 |
| Cliff Plaxco | Computer Science Corporation | 703-849-1003 |

| | | |
|---|---|---|
| Joe Adams | Jabil Circuit Inc (GDL) | 727-803-5749 |
| Chief Legal Officer | Beeline | 904-527-5827 |
| Head of Sales - Communications & Product Services | Infosys Technologies Ltd. | 510-742-3090 |
| Chris Dewees | JDS Uniphase Corporation | 408-546-4350 |
| Gerald J. Parsons | Communications Test Design Inc. | 610-436-6890 |
| | Glow Networks | 972-699-1995 |
| Jill M. Standifer | Anixter | 847-715-7626 |
| Michael Clarke | Flextronics International | 408-576-7880 |
| Chief Legal Officer | Johnson Controls Inc. | 630-990-2300 |
| Chief Legal Officer | Emerson Network Power Embedded | 602-438-3370 |
| Chief Legal Officer | Wistron InfoComm Technology Corp. | 972-906-7832 |
| Michael Clarke | Flextronics Logistics USA Inc. | 408-576-7880 |
| Senior Vice President & Chief Financial Officer | Airspan Communications Ltd. | 561-893-8671 |
| Chief Legal Officer | McCann Erickson San Francisco | 415-262-5400 |
| Chief Legal Officer | TEKsystems Inc. | 410-570-3437 |
| Chief Legal Officer | Covergence Inc. | 978-897-6998 |
| Michael Clarke | Flextronics Sales & Marketing North | 408-576-7880 |
| Chief Legal Officer | Coams Inc. | 312-243-2531 |
| Robert C. Weber | IBM Corporation | 919-499-7372 |
| Jane B. Stranch | Branstetter, Kilgore, Stranch & Jennings | 615-250-3937 |
| Office of the General Counsel | Pension Benefit Guaranty Corporation | 202-842-2643 |
| Alistar Bambach | Securities & Exchange Commission New York Regional Office | 212-336-1348 |
| Steven J. Reisman, Esq. | Curtis, Mallet-Prevost, Colt & Mosle LLP | 212-697-1559 |
| Dennis Dunne, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5219 |
| Ken Coleman, Esq Lisa J.P. Kraidin. Esq. | Allen & Overy LLP | 212-610-6399 |
| Darryl S. Laddin Esq. Frank N. White Esq. | Arnall Golden Gregory LLP | 404-873-8121 |
| Frank F. McGinn Esq. | Bartlett Hackett Feinberg P.C. | 617-422-0383 |
| Michael L. Schein Esq. | Vedder Price P.C. | 212-407-7799 |
| Raniero D'Aversa Jr. Esq. Laura D. Metzger Esq. Weston T. Eguchi Esq. | Orrick Herrington & Sutcliffe LLP | 212-506-5151 |