IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
                                                          :
*In re*                                                   :   Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :   Case No. 09-10138 (KG)
                                                          :
                                      Debtors.            :   Jointly Administered
                                                          :
----------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 81, 82, 83 AND 85]

PLEASE TAKE NOTICE that on January 20, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list:

- **Debtors' Motion For An Order Pursuant To Sections 363(C), 503(B), And 105(A) Of The Bankruptcy Code Granting Administrative Expense Status To Debtors Obligations Arising From The Post-Petition Delivery Of Goods And Services Ordered Pre-Petition And Authorizing Debtors To Pay Such Obligations In The Ordinary Course Of Business (D.I. 81, Filed 1/20/09);**

- **Declaration Of Joseph Flanagan, Senior Vice President Global Operations Of Nortel Networks, Inc., In Support Of Debtors Motion For An Order Pursuant To Sections 363(C), 503(B), And 105(A) Of The Bankruptcy Code Granting Administrative Expense Status To Debtors Obligations Arising From The Post-Petition Delivery Of Goods And Services Ordered Pre-Petition And Authorizing Debtors To Pay Such Obligations In The Ordinary Course Of Business (D.I. 82, Filed 1/20/09);**

- **Debtors Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Of Debtors Motion For An Order Pursuant To Sections**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- 363(C), 503(B), And 105(A) Of The Bankruptcy Code Granting Administrative Expense Status To Debtors Obligations Arising From The Post-Petition Delivery Of Goods And Services Ordered Pre-Petition And Authorizing Debtors To Pay Such Obligations In The Ordinary Course Of Business (D.I. 83, Filed 1/20/09); and

- Order Approving Debtors' Motion For An Order Pursuant To Sections 363(C), 503(B), And 105(A) Of The Bankruptcy Code Granting Administrative Expense Status To Debtors Obligations Arising From The Post-Petition Delivery Of Goods And Services Ordered Pre-Petition And Authorizing Debtors To Pay Such Obligations In The Ordinary Course Of Business (D.I. 85, Entered 1/20/09).

Dated: January 22, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Proposed Counsel for the Debtors and Debtors in Possession

2671561.1