# SERVICE LIST

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801
FAX: 302-573-6431

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801
FAX: 302-552-4295

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE  19801
FAX: 302-888-1119

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801
FAX: 302-777-4352

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE  19801
FAX: (302) 252-4466

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE  19801
FAX: 302-252-0921

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE  19801
FAX: 302-426-9193

**VIA FACSIMILE**

Stephane Lupien
Export Development Canada
151 O'Connor Street
Ottawa, Ontario  K1A 1K3
CANADA
FAX: 613-598-2500

Infosys Technologies Ltd.
Plot No 45 & 46 Electronics
Bangalore, KA  560100
INDIA
FAX: 91-080-2852-0362

Doug Alteen
JDS Uniphase Corporation
3000 Merivale Road
Ottawa, Ontario  K2G 6N7
CANADA
FAX: 613-843-3333

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai,   400066
INDIA
FAX: 91-22-2204-2215

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest,   14459
ROMANIA
FAX: 40-21-203-6666

Chief Legal Officer
Luxoft
10-3, 1-Volokolamsky proezd
Moscow,   123060
RUSSIA
FAX: 7-495-967-8032

Kumudha Sridharan
Wipro Technologies
Plot 72, Keonics Electronic City
Hosur Main Road
Bangalore,   561229
INDIA
FAX: 91-80-2844-0214

Dr. A.L. Rao
Wipro Technologies
No. 8, 7 "Main 1" Block
Koramangala
Bangalore,   560034
INDIA
FAX: 91-80-2553-0086

Chief Legal Officer
Wipro Systems Ltd.
40 1A Lavelle Road
Bangalore,   560001
INDIA
FAX: 91-80-2844-0214

Yaacov Omer
Yossi Benji
Simcha Gutgold
Telrad Networks Ltd.
Telrad Park Afek
14 Hamelacha St.
P.O. Box 488
Rosh Ha'avin,   48091
ISRAEL
FAX: 972-8-913-1013
972-3-915-7109
972-3-915-7358

Chief Legal Officer
GFI Inc.
180 Ave Labrosse
Pointe Claire, Quebec   H9R 1A1
CANADA
FAX: 514-630-4899

Ned Nelson
Advanced Information Management
P.O. Box 1150
Collierville, TN   38027-1150
FAX: 901-854-5775

Secretary of Treasury
P.O. Box 7040
Dover, DE   19903
FAX: 302-739-5635

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE   19903
FAX: 302-739-5831

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
P.O. Box 13430
Arlington, TX   76094-0430
FAX: 817-860-6509

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX   75201
FAX: 469-221-5002

Vanessa Mack
The Bank of New York Mellon
101 Barclay Street - 4 E
New York, NY   10286
FAX: 212-815-5802

Michael Clarke
Flextronics
2090 Fortune Drive
San Jose, CA   95131
FAX: 408-576-7880

Michael Clarke
Flextronics America LLC
2090 Fortune Drive
San Jose, CA   95131
FAX: 408-576-7880

Michael Clarke
Flextronics International Europe BV
2090 Fortune Drive
San Jose, CA   95131
FAX: 408-576-7880

SEAL Consulting
Attn:  Chief Legal Officer
105 Field Crest Avenue
Edison, NJ  08837
FAX: 732-417-9655

Hayward D. Fisk Esq.
Computer Science Corporation
2100 East Grand Avenue
El Segundo, CA  90245
FAX: 310-322-9767

Scott Creasy
Computer Science Corporation
3306 Chapel Hill - Nelson Hwy
Research Triangle Park, NC  27709
FAX: 704-424-3232

Cliff Plaxco
Computer Science Corporation
3170 Fairview Park Drive
Falls Church, VA  22042
FAX: 703-849-1003

Joe Adams
Jabil Circuit Inc (GDL)
10560 Dr Martin Luther King Jr. Street
St. Petersburg, FL  33716-3718
FAX: 727-803-5749

Chief Legal Officer
Beeline
1300 Marsh Landing Parkway
Jacksonville Beach, FL  32250
FAX: 904-527-5827

Head of Sales - Communications &
    Product Services
Infosys Technologies Ltd.
34760 Campus Drive
Fremont, CA  94555
FAX: 510-742-3090

Chris Dewees
JDS Uniphase Corporation
1768 Automation Parkway
San Jose, CA  95131
FAX: 408-546-4350

Gerald J. Parsons
Communications Test Design Inc.
1373 Enterprise Drive
West Chester, PA  19380
FAX: 610-436-6890

Glow Networks
2140 Lake Park Boulevard
Richardson, TX  75080-2290
FAX: 972-699-1995

Jill M. Standifer
Anixter
4711 Golf Road
Shokie, IL  60076
FAX: 847-715-7626

Michael Clarke
Flextronics International
2090 Fortune Drive
San Jose, CA  95131
FAX: 408-576-7880

Chief Legal Officer
Johnson Controls Inc.
2215 York Road
Oak Brook, IL  60523
FAX: 630-990-2300

Chief Legal Officer
Emerson Network Power Embedded
2900 South Diablo Way
Tempe, AZ  85282-3214
FAX: 602-438-3370

Chief Legal Officer
Wistron InfoComm Technology Corp.
800 Parker Square
Flower Mound, TX  75028
FAX: 972-906-7832

Michael Clarke
Flextronics Logistics USA Inc.
2090 Fortune Drive
San Jose, CA  95131
FAX: 408-576-7880

Senior Vice President &
  Chief Financial Officer
Airspan Communications Ltd.
777 Yamato Road
Suite 105
Boca Raton, FL  33431
FAX: 561-893-8671

Chief Legal Officer
McCann Erickson San Francisco
600 Battery Street
San Francisco, CA  94111
FAX: 415-262-5400

Chief Legal Officer
TEKsystems Inc.
7437 Race Road
Hanover, MD  21076-111
FAX: 410-570-3437

Chief Legal Officer
Covergence Inc.
One Clock Tower Place
Maynard, MA  01754
FAX: 978-897-6998

Michael Clarke
Flextronics Sales & Marketing North
2090 Fortune Drive
San Jose, CA  95131
FAX: 408-576-7880

Chief Legal Officer
Coams Inc.
175 W. Jackson
Suite 1750
Chicago, IL  60604
FAX: 312-243-2531

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY  10504
FAX: 919-499-7372

Jane B. Stranch
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN  37201-1631
FAX: 615-250-3937

Office of the General Counsel
Pension Benefit Guaranty Corporation
Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington, DC  20005-4026
FAX: 202-842-2643

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022
FAX: 212-336-1348

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
FAX: 212-697-1559

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
FAX: 212-530-5219

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
FAX: 212-610-6399

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031
FAX: 404-873-8121

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA  02110
FAX: 617-422-0383

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY  10019
FAX: 212-407-7799

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001
FAX: 212-506-5151

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103
FAX: 215-864-9473

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109
FAX: 617-345-9020

Craig Brechner
Phoenix Telecom Solutions
15375 Barranca Parkway
C-106
Irvine, CA  92618
FAX: 949-748-8554

David S. Curry Esq.
Craig E. Reimer Esq.
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL  60606
FAX: 312-706-8236

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019
FAX: 212-262-1910

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro
Ste 300
San Antonio, TX  78205
FAX: 210-226-4308

**VIA OVERNIGHT MAIL**

Securities & Exchange Commission
100 F Street, NE
Washington, DC  20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201