IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
               Debtors.                 :   Joint Administration Pending
                                                            :
                                                            :
------------------------------------------------------------X

### NOTICE OF SERVICE OF NOTICE OF ENTRY OF ORDER RESTRICTING TRADING IN COMMON SHARES OF NORTEL NETWORKS CORPORATION AND ANY SERIES OF PREFERRED SHARES OF NORTEL NETWORKS LIMITED

     PLEASE TAKE NOTICE that on January 21, 2009, copies of the **Notice Of Entry Of Order Restricting Trading In Common Shares Of Nortel Networks Corporation, And Any Series Of Preferred Shares Of Nortel Networks Limited** were served in the manner indicated upon the entities on the attached list.

Dated:  January 22, 2009
       Wilmington, Delaware

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                      James L. Bromley
                                      Lisa M. Schweitzer
                                      One Liberty Plaza
                                      New York, New York 10006
                                      Telephone: (212) 225-2000
                                      Facsimile: (212) 225-3999

                                              - and -

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Proposed Counsel for the Debtors and
Debtors in Possession

2673216.2