IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                                                : Chapter 11

Nortel Networks Inc., *et al.*,[1]                      : Case No. 09-10138 (KG)

                    Debtors.             : Jointly Administered

------------------------------------------------------------X

## NOTICE OF SUPPLEMENTAL SERVICE [RE: D.I. 19, 55 AND 66]

PLEASE TAKE NOTICE that on January 21, 2009, a copy of the following was served in the manner indicated upon the entity identified below.

- **Debtors' Motion Under 11 U.S.C.§§. 105, 362 And 541 For An Interim Order Establishing Notification Procedures And Approving Restrictions On Certain Transfers Of The Debtors' Parents' Equity Securities** (D.I. 19, Filed 1/14/09);

- **Interim Order Establishing Notification Procedures And Approving Restrictions On Certain Transfers Of The Debtors' Parents' Equity Securities** (D.I. 55, Entered 1/15/09); and

- **Notice Of Hearing [Re: D.I. 19]** (D.I. 66, Filed 1/15/09).

### VIA FIRST CLASS MAIL

Computershare Trust Co. of Canada
100 University Avenue, 9th Floor
Toronto, Ontario M5J 2Y1
Canada

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: January 22, 2009
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley
    Lisa M. Schweitzer
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

      - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Thomas F. Driscoll III*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Thomas F. Driscoll III (No. 4703)
    Ann C. Cordo (No. 4817)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    Proposed Counsel for the Debtors and
    Debtors in Possession

2672512.1