IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF ENDORSEMENT OF 18.6 APPLICATION BY THE
ONTARIO COURT IN THE CANADIAN PROCEEDINGS**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

**PLEASE TAKE NOTICE** that on January 14, 2009, the Honorable Mr. Justice Morawetz of the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**") issued an Endorsement of the 18.6 Application dated January 14, 2009 (the "**Endorsement**") filed in the proceedings for the Canadian Nortel Group[2] under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Court. A copy of the Endorsement is annexed hereto as Exhibit A.

Dated: Wilmington, Delaware
January 22, 2009

        ALLEN & OVERY LLP

        Ken Coleman
        Lisa Kraidin
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone (212) 610-6300
        Facsimile (212) 610-6399
        Ken.Coleman@allenovery.com
        Lisa.Kraidin@allenovery.com

        -and-

        BUCHANAN INGERSOLL & ROONEY

        By: /s/ Mary F. Caloway
        Mary F. Caloway (No. 3059)
        Peter J. Duhig (No. 4024)
        The Brandywine Building
        1000 West Street, Suite 1410
        Wilmington, Delaware 19801
        Telephone (302) 552-4209
        Facsimile (302) 552-4295
        Mary.Caloway@bipc.com

        *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*

---

[2] The Canadian Nortel Group, which are affiliates of the above-captioned debtors, consists of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation.

# Exhibit A

COURT FILE NO.: 09-CL-7951
DATE: 20090114

**SUPERIOR COURT OF JUSTICE – ONTARIO**
**(COMMERCIAL LIST)**

| | |
|---|---|
| **RE:** | IN THE MATTER OF SECTION 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED |
| | AND IN THE MATTER OF CERTAIN PROCEEDINGS TAKEN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, WITH RESPECT TO THE COMPANIES LISTED ON SCHEDULE "A" HERETO |
| | APPLICATION UNDER SECTION 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED |
| **BEFORE:** | MORAWETZ J. |
| **COUNSEL:** | Derrick Tay, Mario Forte and Jennifer Stam for Nortel Networks Corporation, et al |
| | Edmond Lamek and Aubrey Kauffman, for Export Development Canada |
| | Michael Barrack and Rachelle Moncur, for Flextronics Corporation |
| | Edward A. Sellers, for the Directors of Nortel Networks Corporation and Nortel Networks Limited |
| | Jay Carfagnini, for Ernst & Young Inc., Monitor |
| **HEARD & RELEASED:** | JANUARY 14, 2009 |

## ENDORSEMENT

[1]   Nortel Networks Inc. and the other scheduled Chapter 11 Applicants (the "Chapter 11 Applicants") seek an order pursuant to section 18.6 of the *CCAA* to recognize the Chapter 11

Page: 2

case as a "foreign proceeding" and to recognize and give effect to the automatic stay of proceedings granted to the Chapter 11 Applicants in the U.S Proceedings.

[2]    Having reviewed the Record and having heard submissions and having considered the initial application of Nortel Networks Corporation, et al in Court File No. 09-CL-7950, in my view, it is appropriate to grant the requested relief in order to facilitate arrangements that will result in a coordination of proceedings under the *CCAA* with the U.S. Proceedings.

[3]    An order shall issue in the form presented which provides that the U.S. Proceedings are recognized as a "foreign proceeding" for the purposes of s.18.6 of the *CCAA*. In addition, a declaration is issued that each of the Applicants is entitled to such relief and that the automatic stay of proceedings granted to the Applicants in the U.S. Proceedings, pursuant to s.362 of the U.S. *Bankruptcy Code*, is hereby recognized by this court.

_____
MORAWETZ J.

DATE:    January 14, 2009

## SCHEDULE A
### (Applicants)

Nortel Networks Inc.

Nortel Networks Capital Corporation

Alteon Websystems Inc.

Alteon Websystems International Inc.

XROS Inc.

Sonoma Systems

QTERA Corp.

CoreTek Inc.

Nortel Networks Applications Management Solution

Nortel Networks Optical Components Inc.

Nortel Networks HPOCS Inc.

Architel Systems (U.S.) Corp.

Nortel Networks International Inc.

Nortel Telecom International Inc.

Nortel Networks Cable Solutions, Inc.