IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
               Debtors. : Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 14 AND 50]

PLEASE TAKE NOTICE that on January 21, 2009, a copy of the following was served in the manner indicated upon the entity identified below.

- **Debtors' Motion Pursuant To Sections 105(a) And 363(b)(1) Of The Bankruptcy Code For An Order Authorizing The Debtors To Pay Prepetition Common Carrier Charges And Warehouse Fees** (D.I. 14, Filed 1/14/09); and

- **Order Debtors' Motion Pursuant To Sections 105(a) And 363(b)(1) Of The Bankruptcy Code For (A) Authorizing The Debtors To Pay Prepetition Common Carrier Charges And Warehouse Fees And (B) Scheduling A Final Hearing** (D.I. 50, Entered 1/15/09).

### VIA FIRST CLASS MAIL
Bill Clark
PowerTrack
311 Moore Lane
Collierville, TN 38017-2771

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: January 22, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/_

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Proposed Counsel for the Debtors and
Debtors in Possession

2672425.1