IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
*In re*                                          : Chapter 11

Nortel Networks Inc., *et al.*,1           : Case No. 09-10138 (KG)

                                  Debtors.    : Jointly Administered
------------------------------------------------------------------x

**AFFIDAVIT OF**
**MELISSA N. FLORES, PARALEGAL**

STATE OF DELAWARE:
                       SS:
NEW CASTLE COUNTY:

     I, Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service of process was made on January 22, 2009. I certify further that the service of the following:

**NOTICE OF ENDORSEMENT OF INITIAL APPLICATION BY THE**
**<u>ONTARIO COURT IN THE CANADIAN PROCEEDINGS</u>**

**NOTICE OF ENDORSEMENT OF 18.6 APPLICATION BY THE**
**<u>ONTARIO COURT IN THE CANADIAN PROCEEDINGS</u>**

as made on the following parties on the attached list via First Class Mail and hand delivery

                                                              */s/ Melissa N. Flores*
                                                                Melissa N. Flores

SWORN AND SUBSCRIBED before me this 22nd day of January 2009.

                                                                */s/ Mary Calmay*
                                                                NOTARY

---

1 The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

Stephane Lupien
Export Development Canada
151 O'Connor Street
Ottawa Ontario K1A 1K3

Infosys Technologies Ltd.
Plot No 45 & 46 Electronics
Bangalore KA 560100

Doug Alteen
JDS Uniphase Corporation
3000 Merivale Road
Ottawa Ontario K2G 6N7

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai 400066

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest 14459

Chief Legal Officer
Luxoft
10-3, 1-Volokolamsky proezd
Moscow 123060

Kumudha Sridharan
Wipro Technologies
Plot 72, Keonics Electronic City
Hosur Main Road
Bangalore 561229

Dr. A.L.
Rao
Wipro Technologies
No. 8, 7 "Main 1" Block
Koramangala
Bangalore 560034

Chief Legal Officer
Wipro Systems Ltd.
40 1A Lavelle Road
Bangalore
560001

Yaacov Omer
Yossi Benji
Simcha Gutgold
Telrad Networks Ltd.
Telrad Park Afek
14 Hamelacha St.
P.O. Box 488
IRosh Ha'avin 48091

Chief Legal Officer
GFI Inc.
180 Ave Labrosse
Pointe Claire
Quebec H9R 1A1

Ned
Nelson
Advanced Information Management
P.O. Box 1150
Collierville TN 38027-I 150

Secretary of Treasury
P.O. Box 7040
Dover DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover DE 19903

Elizabeth
Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
P.O. Box 13430
Arlington TX 76094-0430

Elizabeth
Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas TX 75201

Vanessa Mack
The Bank of New York Mellon
101 Barclay Street - 4 E
New York NY 10286

Michael Clarke
Flextronics
2090 Fortune Drive
San Jose CA 95131

Michael Clarke
Flextronics America LLC
2090 Fortune Drive
San Jose CA 95131

Michael Clarke
Flextronics International Europe BV
2090 Fortune Drive
San Jose CA 95131

SEAL Consulting
Attn: Chief Legal Officer
105 Field Crest Avenue
Edison NJ 08837

Hayward D. Fisk Esq.
Computer Science Corporation
2100 East Grand Avenue
El Segundo CA 90245

Scott Creasy
Computer Science Corporation
3306 Chapel Hill - Nelson Hwy
Research Triangle Park NC 27709

Cliff Plaxco
Computer Science Corporation
3170 Fairview Park Drive
Falls Church, VA 22042

Joe Adams
Jabil Circuit Inc (GDL)
10560 Dr Martin Luther King Jr. Street
St. Petersburg, FL 33716-3718

Chief Legal Officer
Beeline
1300 Marsh Landing Parkway
Jacksonville Beach, FL 32250

Head of Sales -
Communications &
  Product Services
Infosys Technologies Ltd.
34760 Campus Drive
Fremont, CA 94555

Chris Dewees
JDS Uniphase Corporation
1768 Automation Parkway
San Jose CA 95131

Gerald J. Parsons
Communications Test Design Inc.
1373 Enterprise Drive
West Chester, PA 19380

Glow Networks
2140 Lake Park Boulevard
Richardson, TX 75080-2290

Jill M. Standifer
Anixter
4711 Golf Road
Shokie, IL 60076

Michael Clarke
Flextronics International
2090 Fortune Drive
San Jose, CA 95131

Chief Legal Officer
Johnson Controls Inc.
2215 York Road
Oak Brook, IL 60523

Chief Legal Officer
Emerson Network Power Embedded
2900 South Diablo Way
Tempe, AZ 85282-3214

Chief Legal Officer
Wistron InfoComm Technology Corp.
800 Parker Square
Flower Mound, TX 75028

Michael Clarke
Flextronics Logistics USA Inc.
2090 Fortune Drive
San Jose, CA  95131

Senior Vice
President &
  Chief Financial Officer
Airspan Communications Ltd.
777 Yamato Road
Suite 105
Boca Raton, FL  33431

Chief Legal Officer
McCann Erickson San Francisco
600 Battery Street
San Francisco, CA  94111

Chief Legal Officer
TEKsystems Inc.
7437 Race Road
Hanover, MD  21076-111

Chief Legal Officer
Covergence Inc.
One Clock Tower Place
Maynard, MA  01754

Michael Clarke
Flextronics Sales & Marketing North
2090 Fortune Drive
San Jose, CA  95131

Chief Legal Officer
Coams Inc.
175 W. Jackson
Suite 1750
Chicago, IL  60604

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY  10504

Jane B. Stranch
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN  37201-1631

Office of the
General Counsel
Pension Benefit Guaranty Corporation

Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington DC  20005-4026

Securities & Exchange Commission
100 F Street, NE
Washington  DC  20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore  MD  21201

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York NY  10281-1022

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York NY  10178-0061

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York NY  10005-1413

Ken  Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York NY  10020

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta GA  30363-1031

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston MA  02110

Michael L.
Schein Esq.
Vedder Price P.C.

1633 Broadway
47th Fl
New York NY  10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York NY  10103-0001

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia PA  19103

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston MA  02109

Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll III
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

James L. Bromley
Lisa M. Schweitzer
Jane Kim
Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

#1014382-v1