# SERVICE LIST

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE  19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE  19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE  19801

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE  19801

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

**VIA FACSIMILE**

Stephane Lupien
Export Development Canada
151 O'Connor Street
Ottawa, Ontario  K1A 1K3
CANADA
FAX: 613-598-2500

Infosys Technologies Ltd.
Plot No 45 & 46 Electronics
Bangalore, KA  560100
INDIA
FAX: 91-080-2852-0362

Doug Alteen
JDS Uniphase Corporation
3000 Merivale Road
Ottawa, Ontario  K2G 6N7
CANADA
FAX: 613-843-3333

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai,    400066
INDIA
FAX: 91-22-2204-2215

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest,    14459
ROMANIA
FAX: 40-21-203-6666

Chief Legal Officer
Luxoft
10-3, 1-Volokolamsky proezd
Moscow,    123060
RUSSIA
FAX: 7-495-967-8032

Kumudha Sridharan
Wipro Technologies
Plot 72, Keonics Electronic City
Hosur Main Road
Bangalore,    561229
INDIA
FAX: 91-80-2844-0214

Dr. A.L. Rao
Wipro Technologies
No. 8, 7 "Main 1" Block
Koramangala
Bangalore,   560034
INDIA
FAX: 91-80-2553-0086

Chief Legal Officer
Wipro Systems Ltd.
40 1A Lavelle Road
Bangalore,   560001
INDIA
FAX: 91-80-2844-0214

Yaacov Omer
Yossi Benji
Simcha Gutgold
Telrad Networks Ltd.
Telrad Park Afek
14 Hamelacha St.
P.O. Box 488
Rosh Ha'avin,   48091
ISRAEL
FAX: 972-8-913-1013
972-6-913-1013
972-3-915-7109
972-3-915-7358

Chief Legal Officer
GFI Inc.
180 Ave Labrosse
Pointe Claire, Quebec   H9R 1A1
CANADA
FAX: 514-630-4899

Ned Nelson
Advanced Information Management
P.O. Box 1150
Collierville, TN   38027-1 150
FAX: 901-854-5775

Secretary of Treasury
P.O. Box 7040
Dover, DE   19903
FAX: 302-739-5635

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE   19903
FAX: 302-739-5831

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins
   & Mott LLP
P.O. Box 13430
Arlington, TX   76094-0430
FAX: 817-860-6509

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX   75201
FAX: 469-221-5002

Vanessa Mack
The Bank of New York Mellon
101 Barclay Street - 4 E
New York, NY   10286
FAX: 212-815-5802

Michael Clarke
Flextronics
2090 Fortune Drive
San Jose, CA   95131
FAX: 408-576-7880

Michael Clarke
Flextronics America LLC
2090 Fortune Drive
San Jose, CA   95131
FAX: 408-576-7880

Michael Clarke
Flextronics International Europe BV
2090 Fortune Drive
San Jose, CA   95131
FAX: 408-576-7880

SEAL Consulting
Attn:  Chief Legal Officer
105 Field Crest Avenue
Edison, NJ   08837
FAX: 732-417-9655

Hayward D. Fisk Esq.
Computer Science Corporation
2100 East Grand Avenue
El Segundo, CA   90245
FAX: 310-322-9767

Scott Creasy
Computer Science Corporation
3306 Chapel Hill - Nelson Hwy
Research Triangle Park, NC   27709
FAX: 704-424-3232

Cliff Plaxco  
Computer Science Corporation  
3170 Fairview Park Drive  
Falls Church, VA  22042  
FAX: 703-849-1003

Joe Adams  
Jabil Circuit Inc (GDL)  
10560 Dr Martin Luther King Jr. Street  
St. Petersburg, FL  33716-3718  
FAX: 727-803-5749

Chief Legal Officer  
Beeline  
1300 Marsh Landing Parkway  
Jacksonville Beach, FL  32250  
FAX: 904-527-5827

Head of Sales - Communications &  
   Product Services  
Infosys Technologies Ltd.  
34760 Campus Drive  
Fremont, CA  94555  
FAX: 510-742-3090

Chris Dewees  
JDS Uniphase Corporation  
1768 Automation Parkway  
San Jose, CA  95131  
FAX: 408-546-4350

Gerald J. Parsons  
Communications Test Design Inc.  
1373 Enterprise Drive  
West Chester, PA  19380  
FAX: 610-436-6890

Glow Networks  
2140 Lake Park Boulevard  
Richardson, TX  75080-2290  
FAX: 972-699-1995

Jill M. Standifer  
Anixter  
4711 Golf Road  
Shokie, IL  60076  
FAX: 847-715-7626

Michael Clarke  
Flextronics International  
2090 Fortune Drive  
San Jose, CA  95131  
FAX: 408-576-7880

Chief Legal Officer  
Johnson Controls Inc.  
2215 York Road  
Oak Brook, IL  60523  
FAX: 630-990-2300

Chief Legal Officer  
Emerson Network Power Embedded  
2900 South Diablo Way  
Tempe, AZ  85282-3214  
FAX: 602-438-3370

Chief Legal Officer  
Wistron InfoComm Technology Corp.  
800 Parker Square  
Flower Mound, TX  75028  
FAX: 972-906-7832

Michael Clarke  
Flextronics Logistics USA Inc.  
2090 Fortune Drive  
San Jose, CA  95131  
FAX: 408-576-7880

Senior Vice President &  
   Chief Financial Officer  
Airspan Communications Ltd.  
777 Yamato Road  
Suite 105  
Boca Raton, FL  33431  
FAX: 561-893-8671

Mike Cordova  
McCann Erickson San Francisco  
600 Battery Street  
San Francisco, CA  94941  
FAX: 415-262-3557

Chief Legal Officer  
TEKsystems Inc.  
7437 Race Road  
Hanover, MD  21076-111  
FAX: 410-570-3437

Chief Legal Officer  
Covergence Inc.  
One Clock Tower Place  
Maynard, MA  01754  
FAX: 978-897-6998

Michael Clarke  
Flextronics Sales & Marketing North  
2090 Fortune Drive  
San Jose, CA  95131  
FAX: 408-576-7880

Chief Legal Officer
Coams Inc.
175 W. Jackson
Suite 1750
Chicago, IL  60604
FAX: 312-243-2531

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY  10504
FAX: 919-499-7372

Jane B. Stranch
Branstetter, Kilgore, Stranch
  & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN  37201-1631
FAX: 615-250-3937

Office of the General Counsel
Pension Benefit Guaranty Corporation
Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington, DC  20005-4026
FAX: 202-842-2643

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022
FAX: 212-336-1348

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
FAX: 212-697-1559

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
FAX: 212-530-5219

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
FAX: 212-610-6399

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031
FAX: 404-873-8121

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA  02110
FAX: 617-422-0383

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY  10019
FAX: 212-407-7799

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001
FAX: 212-506-5151

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103
FAX: 215-864-9473

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109
FAX: 617-345-9020

David S. Curry Esq.
Craig E. Reimer Esq.
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL  60606
FAX: 312-706-8236

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019
FAX: 212-262-1910

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro
Ste 300
San Antonio, TX  78205
FAX: 210-226-4308

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA  19382
FAX: 610-692-4936

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192
FAX: 206-389-1708

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215
FAX: 703-712-5050

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104
FAX: 415-362-7515

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
FAX: 212-808-7897

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004
FAX: 602-734-3866

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021
FAX: 303-927-4513

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX  77010
FAX: 713-227-7497

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714
FAX: 208-396-3958

Michael W. Binning Esq.
Law Office of Michael W. Binning
200 Oceangate
Ste 845
Long Beach, CA  90802-4353
FAX: 562-436-9288

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036
FAX: 212-704-2236

**VIA OVERNIGHT DELIVERY**

Securities & Exchange Commission
100 F Street, NE
Washington, DC  20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201


2662446