**BRYAN CAVE LLP**
Michelle McMahon (3900)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Counsel for Tellabs Operations, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                            :     Chapter 11

**In re:**                                       :
                                            :     Case No. 09-10138-KG
**NORTEL NETWORKS INC.,** *et al*.      :

           **Debtors.**                :
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

     PLEASE TAKE NOTICE that Tellabs Operations, Inc. ("Tellabs"), hereby enters its appearances pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| **Bryan Cave LLP** | **Bryan Cave LLP** |
|---|---|
| Eric S. Prezant | Michelle McMahon |
| 161 N. Clark Street, Suite 4300 | 1290 Avenue of the Americas |
| Chicago, Illinois 60601 | New York, New York 10104 |
| Tel: 312-602-5033 ; Fax: 312-602-5050 | Tel: 212-541-2000; Fax: 212-541-4630 |
| Eric.Prezant@BryanCave.com | Michelle.mcmahon@bryancave.com |

     PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice,

application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Tellabs' (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Tellabs is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 22, 2009

**BRYAN CAVE LLP**

/s/ Michelle McMahon
Michelle McMahon (3900)
1290 Avenue of the Americas
New York, New York  10104
Tel: 212-541-2000; Fax: 212-541-4630
Michelle.mcmahon@bryancave.com

Eric S. Prezant, Esq.
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: 312-602-5033 ; Fax: 312-602-5050
Eric.Prezant@BryanCave.com

*Counsel for Tellabs Operations, Inc.*