**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                                                       :
*In re*                                                :     Chapter 11
                                                       :
Nortel Networks Inc., *et al.*,[1]                     :     Case No. 09-10138 (KG)
                                                       :
                                      Debtors.         :     Jointly Administered
                                                       :
                                                       :
-------------------------------------------------------X

NOTICE OF SECOND **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 23, 2009 AT 3:30 P.M. (EASTERN TIME)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

None at this time.

UNCONTESTED MATTERS GOING FORWARD:

1.    Debtors' Motion For An Order Pursuant To Sections 363(c), 503(b), And 105(a) Of The
      Bankruptcy Code Granting Administrative Expense Status To Debtors Obligations Arising
      From The Post-Petition Delivery Of Goods And Services Ordered Pre-Petition And
      Authorizing Debtors To Pay Such Obligations In The Ordinary Course Of Business (D.I.
      81, Filed 1/20/09);

      Related Pleadings:

      a)    Declaration Of Joseph Flanagan, Senior Vice President Global Operations Of
            Nortel Networks, Inc., In Support Of Debtors Motion For An Order Pursuant To
            Sections 363(c), 503(b), And 105(a) Of The Bankruptcy Code Granting

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
       Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon
       WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
       Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc.
       (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International
       Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for
       the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Modifications to the Amended Notice of Agenda of Matters are indicated in **bold** type face.

[3]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor,
       Courtroom #3, Wilmington, Delaware 19801.

Administrative Expense Status To Debtors Obligations Arising From The Post-Petition Delivery Of Goods And Services Ordered Pre-Petition And Authorizing Debtors To Pay Such Obligations In The Ordinary Course Of Business (D.I. 82, Filed 1/20/09);

b)   Motion To Shorten Notice (D.I. 83, Filed 1/20/09); and

c)   Order Approving Debtors Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Of Debtors' Motion For An Order Pursuant To Sections 363(c), 503(b), And 105(a) Of The Bankruptcy Code Granting Administrative Expense Status To Debtors Obligations Arising From The Post-Petition Delivery Of Goods And Services Ordered Pre-Petition And Authorizing Debtors To Pay Such Obligations In The Ordinary Course Of Business (D.I. 85, Entered 1/20/09).

Objection Deadline:  January 22, 2009 at 9:00 p.m. (ET)

Response Received:  None.

Status:  This matter is going forward.

2.   **Debtors Emergency Supplemental Motion For Entry Of An Amended Order Authorizing, But Not Directing, Debtors To Pay Certain Prepetition (I) Wages, Salaries And Other Compensation, (II) Reimbursable Expenses, And (III) Medical, Retirement And Similar Benefits [D.I. 59] (D.I. 98, Filed 1/21/09).**

   **Related Pleadings:**

   a)   **Motion To Shorten Notice (D.I. 99, Filed 1/21/09); and**

   b)   **Order Approving Debtors Emergency Supplemental Motion For Entry Of An Amended Order Authorizing, But Not Directing, Debtors To Pay Certain Prepetition (I) Wages, Salaries And Other Compensation, (II) Reimbursable Expenses, And (III) Medical, Retirement And Similar Benefits (D.I. 117, Entered 1/22/09).**

   **Objection Deadline:  January 23, 2009 at Noon (ET).**

   **Response Received:  None.**

   **Status:  This matter is going forward.**

CONTESTED MATTERS GOING FORWARD:

None at this time.

2673281

Dated:  January 22, 2009
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Proposed Counsel for the Debtors and
Debtors in Possession

2673281