# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* : Chapter 11 | |
| : | |
| Nortel Networks, Inc., *et al.*,[1] : Case No. 09-10138 (KG) | |
| : | |
| Debtors. : Jointly Administered | |
| : | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course or this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

                                                                           Craig E. Reimer, Esquire
                                                                           Mayer Brown LLP
                                                                           71 South Wacker Drive
                                                                           Chicago, Illinois 60606
                                                                           Telephone: 312-701-7049
                                                                           Facsimile: 312-706-8236
                                                                           E-mail: creimer@mayerbrown.com

*Attorneys for Export Development Canada*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of Debtor's tax identification number are: Nortel Network, Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Otera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

DEL1 70197-1