IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | : Chapter 11 |
| | : |
| Nortel Networks, Inc., *et al.*,[1] | : Case No. 09-10138 (KG) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF ANDREW D. SHAFFER, ESQUIRE

I, Joanne B. Wills, Esquire, a Partner in the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP ("Klehr, Harrison") and member of the Bar of this Court, pursuant to Local Rule 83.5 and the attached certification, move the admission pro hac vice of Andrew D. Shaffer, Esquire, (the "Admitee") of the law firm of Mayer Brown LLP, 1675 Broadway, New York, NY 10019 to represent Export Development Canada in these chapter 11 cases.

Dated: January 22, 2009

                                                  KLEHR, HARRISON, HARVEY,
                                                BRANZBURG & ELLERS LLP

                                                */s/ Joanne B. Wills*
                                                Joanne B. Wills (I.D. # 2357)
                                                919 Market Street, Suite 1000
                                                Wilmington, DE 19801-3062
                                                (302) 552-5555 Telephone
                                                (302) 426-9193 Facsimile
                                                *Attorneys for Export Development Canada*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of Debtor's tax identification number are: Nortel Network, Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Otera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.