IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks, Inc., *et al.*,<br><br>Debtors. | Case No. 09-10138 (KG)<br>Jointly Administered |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that the undersigned hereby enters an appearance on behalf of Computer Sciences Corporation, a creditor and/or party in interest in the above case, and, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and the Local Rules of this Court, hereby requests that all notices given or required to be given and all papers served or required to be served be directed to the following:

| | |
|---|---|
| Joseph H. Huston, Jr. (No. 4035)<br>Maria Aprile Sawczuk (No. 3320)<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310; 3306<br>Facsimile: (610) 371-7972; 988-0838<br>Email: jhh@stevenslee.com<br>         masa@stevenslee.com | Richard M. Kremen<br>Dale K. Cathell<br>DLA Piper LLP (US)<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>Telephone: (410) 580-3000<br>Facsimile: (410) 580-3001<br>Email: richard.kremen@dlapiper.com<br>         dale.cathell@dlapiper.com |

NOTICE IS FURTHER GIVEN that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of Computer Sciences Corporation.

SL1 897941v1/000000.00000

NOTICE IS FURTHER GIVEN that, in accordance with Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization which may be filed in this case.

NOTICE IS FURTHER GIVEN that the filing of this pleading is intended to constitute only a special appearance to the extent that a general appearance would constitute a waiver of any right. The filing of this pleading is not intended to be, nor shall it be deemed, a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court to adjudicate any matter, including, without limitation, any non-core matter, which right is hereby expressly reserved. Furthermore, the filing of this pleading is not intended to be, nor shall it be deemed, a consent to or waiver of any right to a jury trial, should such right be available at any time during the course of these proceedings, which right is hereby expressly reserved.

Date: January 22, 2009

Respectfully submitted,

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (Bar No. 4035)
Maria Aprile Sawczuk (No. 3320)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310; 3306
Facsimile: (610) 371-7972; 988-0838
Email: jhh@stevenslee.com
       masa@stevenslee.com

and

Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-3000
Facsimile: (410) 580-3001

*Counsel to Computer Sciences Corporation*