## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr. hereby certifies that on this 22nd day of January, 2009, the foregoing *Notice of Entry of Appearance and Request for Service* was served via first class mail, postage prepaid and through the Court's ECF system, if applicable, to the following:

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel to the Debtors*

Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
*Counsel to the Debtors*

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.

SL1 897941v1/000000.00000