**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned and the law firm of Munsch Hardt Kopf & Harr, P.C. appear as counsel for Glow Networks, Inc. ("GNI"), a creditor and party-in-interest of Nortel Networks, Inc. and its affiliates (collectively, the "Debtors"), and, pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the undersigned at the following address:

Joseph J. Wielebinski
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone:  (214) 855-7500
Facsimile:  (214) 978-4375
E-mail:  jwielebinski@munsch.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtors and their counsel, all court-appointed committees and their counsel, the United States

Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the foregoing party's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to these bankruptcy cases, and shall not constitute a waiver of GNI's: (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, or recoupments to which GNI is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments GNI expressly reserves.

Respectfully submitted on this 22nd day of January, 2009.

> MUNSCH HARDT KOPF & HARR, P.C.
> 3800 Lincoln Plaza
> 500 N. Akard Street
> Dallas, Texas 75201-6659
> Telephone:  (214) 855-7500
> Facsimile:  (214) 978-4375
> E-mail:  jwielebinski@munsch.com
>
> By: /s/ Joseph J. Wielebinski
>      Joseph J. Wielebinski
>      Texas Bar No. 21432400
>
> COUNSEL FOR GLOW NETWORKS, INC.

## CERTIFICATE OF SERVICE

      This is to certify that the undersigned caused a true and correct copy of the foregoing Notice of Appearance to be electronically served on all parties requesting service via the Court's ECF noticing system on the 22nd day of January, 2009.

      /s/ Joseph J. Wielebinski  
      Joseph J. Wielebinski