# SERVICE LIST

**VIA FACSIMILE**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
FAX: 302-573-6497

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801
FAX: 302-573-6431

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801
FAX: 302-552-4295

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801
FAX: 302-888-1119

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801
FAX: 302-777-4352

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801
FAX: (302) 252-4466

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801
FAX: 302-252-0921

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801
FAX: 302-426-9193

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE 19801
FAX: 302-654-2067

Stephane Lupien
Export Development Canada
151 O'Connor Street
Ottawa, Ontario K1A 1K3
CANADA
FAX: 613-598-2500

Infosys Technologies Ltd.
Plot No 45 & 46 Electronics
Bangalore, KA 560100
INDIA
FAX: 91-080-2852-0362

Doug Alteen
JDS Uniphase Corporation
3000 Merivale Road
Ottawa, Ontario K2G 6N7
CANADA
FAX: 613-843-3333

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai, 400066
INDIA
FAX: 91-22-2204-2215

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest, 14459
ROMANIA
FAX: 40-21-203-6666

Chief Legal Officer
Luxoft
10-3, 1-Volokolamsky proezd
Moscow, 123060
RUSSIA
FAX: 7-495-967-8032

Kumudha Sridharan
Wipro Technologies
Plot 72, Keonics Electronic City
Hosur Main Road
Bangalore, 561229
INDIA
FAX: 91-80-2844-0214

Dr. A.L. Rao
Wipro Technologies
No. 8, 7 "Main 1" Block
Koramangala
Bangalore, 560034
INDIA
FAX: 91-80-2553-0086

Chief Legal Officer
Wipro Systems Ltd.
40 1A Lavelle Road
Bangalore, 560001
INDIA
FAX: 91-80-2844-0214

Yaacov Omer
Yossi Benji
Simcha Gutgold
Telrad Networks Ltd.
Telrad Park Afek
14 Hamelacha St.
P.O. Box 488
Rosh Ha'avin, 48091
ISRAEL
FAX: 972-8-913-1013
972-6-913-1013
972-3-915-7109
972-3-915-7358

Chief Legal Officer
GFI Inc.
180 Ave Labrosse
Pointe Claire, Quebec H9R 1A1
CANADA
FAX: 514-630-4899

Ned Nelson
Advanced Information Management
P.O. Box 1150
Collierville, TN 38027-1 150
FAX: 901-854-5775

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903
FAX: 302-739-5635

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903
FAX: 302-739-5831

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094-0430
FAX: 817-860-6509

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX 75201
FAX: 469-221-5002

Vanessa Mack
The Bank of New York Mellon
101 Barclay Street - 4 E
New York, NY 10286
FAX: 212-815-5802

Michael Clarke
Flextronics
2090 Fortune Drive
San Jose, CA 95131
FAX: 408-576-7880

Michael Clarke
Flextronics America LLC
2090 Fortune Drive
San Jose, CA 95131
FAX: 408-576-7880

Michael Clarke
Flextronics International Europe BV
2090 Fortune Drive
San Jose, CA 95131
FAX: 408-576-7880

SEAL Consulting
Attn: Chief Legal Officer
105 Field Crest Avenue
Edison, NJ 08837
FAX: 732-417-9655

Hayward D. Fisk Esq.
Computer Science Corporation
2100 East Grand Avenue
El Segundo, CA 90245
FAX: 310-322-9767

Scott Creasy
Computer Science Corporation
3306 Chapel Hill - Nelson Hwy
Research Triangle Park, NC 27709
FAX: 704-424-3232

Joe Adams
Jabil Circuit Inc (GDL)
10560 Dr Martin Luther King Jr. Street
St. Petersburg, FL 33716-3718
FAX: 727-803-5749

Chief Legal Officer
Beeline
1300 Marsh Landing Parkway
Jacksonville Beach, FL 32250
FAX: 904-527-5827

Head of Sales - Communications & Product Services
Infosys Technologies Ltd.
34760 Campus Drive
Fremont, CA 94555
FAX: 510-742-3090

Chris Dewees
JDS Uniphase Corporation
1768 Automation Parkway
San Jose, CA 95131
FAX: 408-546-4350

Gerald J. Parsons
Communications Test Design Inc.
1373 Enterprise Drive
West Chester, PA 19380
FAX: 610-436-6890

Glow Networks
2140 Lake Park Boulevard
Richardson, TX 75080-2290
FAX: 972-699-1995

Jill M. Standifer
Anixter
4711 Golf Road
Shokie, IL 60076
FAX: 847-715-7626

Michael Clarke
Flextronics International
2090 Fortune Drive
San Jose, CA 95131
FAX: 408-576-7880

Chief Legal Officer
Johnson Controls Inc.
2215 York Road
Oak Brook, IL 60523
FAX: 630-990-2300

Chief Legal Officer
Emerson Network Power Embedded
2900 South Diablo Way
Tempe, AZ 85282-3214
FAX: 602-438-3370

Chief Legal Officer
Wistron InfoComm Technology Corp.
800 Parker Square
Flower Mound, TX 75028
FAX: 972-906-7832

Michael Clarke
Flextronics Logistics USA Inc.
2090 Fortune Drive
San Jose, CA 95131
FAX: 408-576-7880

Senior Vice President &
Chief Financial Officer
Airspan Communications Ltd.
777 Yamato Road
Suite 105
Boca Raton, FL 33431
FAX: 561-893-8671

Mike Cordova
McCann Erickson San Francisco
600 Battery Street
San Francisco, CA 94941
FAX: 415-262-3557

Chief Legal Officer
TEKsystems Inc.
7437 Race Road
Hanover, MD 21076-111
FAX: 410-570-3437

Chief Legal Officer
Covergence Inc.
One Clock Tower Place
Maynard, MA 01754
FAX: 978-897-6998

Michael Clarke
Flextronics Sales & Marketing North
2090 Fortune Drive
San Jose, CA 95131
FAX: 408-576-7880

Chief Legal Officer
Coams Inc.
175 W. Jackson
Suite 1750
Chicago, IL 60604
FAX: 312-243-2531

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY 10504
FAX: 919-499-7372

Jane B. Stranch
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN 37201-1631
FAX: 615-250-3937

Office of the General Counsel
Pension Benefit Guaranty Corporation
Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington, DC 20005-4026
FAX: 202-842-2643

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY 10281-1022
FAX: 212-336-1348

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
FAX: 212-697-1559

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
FAX: 212-530-5219

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
FAX: 212-610-6399

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031
FAX: 404-873-8121

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA 02110
FAX: 617-422-0383

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY 10019
FAX: 212-407-7799

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001
FAX: 212-506-5151

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103
FAX: 215-864-9473

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109
FAX: 617-345-9020

David S. Curry Esq.
Craig E. Reimer Esq.
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL 60606
FAX: 312-706-8236

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019
FAX: 212-262-1910

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro
Ste 300
San Antonio, TX 78205
FAX: 210-226-4308

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA 19382
FAX: 610-692-4936

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA 98154-1192
FAX: 206-389-1708

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA 22102-4215
FAX: 703-712-5050

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA 94104
FAX: 415-362-7515

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
FAX: 212-808-7897

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ 85004
FAX: 602-734-3866

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021
FAX: 303-927-4513

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX 77010
FAX: 713-227-7497

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714
FAX: 208-396-3958

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY 10036
FAX: 212-704-2236

William L. Siegel Esq.
Cowles & Thompson P.C.
901 Main Street
Dallas, TX 75202
FAX: 214-672-2326

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA 94306
FAX: 650-494-2738

**VIA OVERNIGHT MAIL**

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201