IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>**NORTEL NETWORKS INC.,** *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
|---|---|

**CERTIFICATE OF SERVICE**

I, Shelley A. Losito, certify that I am not less than 18 years of age, and that service of the **NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS** was made on January 23, 2009 upon all parties shown below via hand delivery:

> MORRIS NICHOLS ARSHT & TUNNELL LLP
> Derek C. Abbott
> Eric D. Schwartz
> Ann C. Cordo
> 1201 N. Market Street, 18th Floor
> Wilmington, DE 19801

I further certify that the foregoing was also served electronically on the CM/ECF System.

Date:  January 23, 2009         /s/ Shelley A. Losito
                                Shelley A. Losito, Paralegal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

#69364v1