UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :       Chapter 11
                                                    :
NORTEL NETWORKS, INC., ET AL                        :       Case No. 09-10138 (KG)
                                                    :
                               Debtor.              :       Judge Kevin Gross
                                                    :
                                                    :       (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Johnson Controls, Inc. ("Johnson Controls"), a creditor and party-in-interest in the above referenced case, and pursuant to *inter alia*, Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and Bankruptcy Code Section 1109(b), requests that the following names be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

| Alan S. Kopit, Esq.<br>Christopher W. Peer, Esq.<br>HAHN LOESER & PARKS LLP<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114<br>Tel: (216) 621-0150<br>Fax: (216) 241-2824<br>askopit@hahnlaw.com<br>cpeer@hahnlaw.com | Ricardo Palacio<br>ASHBY & GEDDES P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>rpalacio@ashby-geddes.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

{00268310;v1}CLE - 1111389.1

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including Johnson Controls with respect to: (a) Nortel Networks, Inc., and its affiliated debtors (collectively, the "Debtors"); (b) property of the estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Johnson Controls.

**PLEASE TAKE FURTHER NOTICE** that Johnson Controls intends that neither this Notice of Appearance, Request for Service of Papers and Reservation of Rights nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) its right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding relating to this case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 23, 2009                           Respectfully submitted,

                                                  /s/ Ricardo Palacio
                                                  Ricardo Palacio (I.D. 3765)
                                                  ASHBY & GEDDES
                                                  500 Delaware Avenue
                                                  P.O. Box 1150
                                                  Wilmington, DE 19899-1150
                                                  Telephone: (302) 654-1888
                                                  Facsimile: (302) 654-2067
                                                  rpalacio@ashby-geddes.com

{00268310;v1}CLE - 1111389.1

and

Alan S. Kopit (OH 0031965)
Christopher W. Peer (OH 0076257)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
(216) 621-0150 - Telephone
(216) 241-2824 - Facsimile

*Counsel for Johnson Controls, Inc.*