CARREN B. SHULMAN (CS 2804)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

*Attorneys for NeoPhotonics Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS, INC., et al., <br><br> Debtors. | Case No.  09-10138 (KG) <br><br> Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that NeoPhotonics Corporation ("NeoPhotonics") as party-in-interest and creditor, hereby appears in the above-captioned matter by its counsel Sheppard Mullin Richter & Hampton LLP, and requests, pursuant to Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

> Carren B. Shulman, Esq.
> Kimberly K. Smith, Esq.
> **Sheppard Mullin Richter & Hampton LLP**
> 30 Rockefeller Plaza, 24th Floor
> New York, New York  10112
> Tel: (212) 332-3800
> Fax: (212) 332-3888
> cshulman@sheppardmullin.com
>
> ksmith@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of NeoPhotonics' rights or interests, including without limitation, any disclosure statements and plans filed under chapter 11 of the Bankruptcy Code, and any other documents with respect to the Debtors' property or proceeds thereof in which the Debtors may claim an interest, as filed in these bankruptcy cases. *The undersigned also requests that the above referenced names and corresponding addresses be added to the mailing matrix for the Debtors and these bankruptcy case.*

**PLEASE TAKE FURTHER NOTICE,** that neither this Notice of Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by NeoPhotonics shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  New York, New York
January 23, 2009

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By:      /s/ Carren B. Shulman
Carren B. Shulman
30 Rockefeller Plaza, 24th Floor
New York, New York  10112
Tel: (212) 332-3800
*Attorneys for NeoPhotonics Corporation*

W02-EAST:7KKS1\200166250.1

## **CERTIFICATE OF SERVICE**

    This is to certify that the undersigned caused a true and correct copy of the foregoing Notice of Appearance to be electronically served on all parties requesting service via the Court's ECF noticing system on the 23rd day of January, 2009.

                                      /s/ Carren B. Shulman

                                      Carren B. Shulman