IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                     :

In re:                                           : Chapter 11
                                                    :
Nortel Networks, Inc., *et al.*,              : Case No. 09-10138 (KG)
                                                   :
                      Debtors.           : (Joint Administration Pending)
                                                    :
---------------------------------------------------------x

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Emerson Network Power Embedded ("Emerson"), a party-in-interest, in the above-captioned cases. Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that notices be mailed to them), be given to and served upon the following:

| | |
|---|---|
| Duane D. Werb, Esq. | Randall D. Crocker, Esq. |
| Werb & Sullivan | VonBriesen & Roper, S.C. |
| 300 Delaware Avenue, 13th Floor | Milwaukee |
| P.O. Box 25046 | 411 East Wisconsin Avenue |
| Wilmington, Delaware 19801 | Suite 700 |
| Telephone: (302) 652-1100 | Milwaukee, WI 53202 |
| Facsimile: (302) 652-1111 | Telephone: (414) 287-1238 |
| Email: dwerb@werbsullivan.com | Facsimile: (414) 238-6532 |
| | Email: rcrocker@vonbriesen.com |

1

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, email, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: Wilmington, Delaware
January 23, 2009

**WERB & SULLIVAN**
/s/ Duane D. Werb
Duane D. Werb (No. 1042)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: dwerb@werbsullivan.com

-and-

**VONBRIESEN & ROPER, S.C.**
Randall D. Crocker, Esq.
Milwaukee
411 East Wisconsin Avenue
Suite 700
Milwaukee, WI 53202
Telephone: (414) 287-1238
Facsimile: (414) 238-6532
Email: rcrocker@vonbriesen.com

*Counsel for Emerson Network Power Embedded*