## CERTIFICATE OF SERVICE

  I, Duane D. Werb, Esquire, hereby certify that on the 23rd day of January 2009, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers to be served upon the parties below in the manner indicated:

**VIA U.S. MAIL**
Ann C. Cordo, Esq.
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, Esq.
Morris Nichols Arsht & Tunnell LLP
*Counsel for the Debtors and Debtors in Possession*
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

**VIA U.S. MAIL**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
*Counsel for the Debtors and Debtors in Possession*
One Liberty Plaza
New York, NY 10006

**VIA U.S. MAIL**
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899-0035

**WERB & SULLIVAN**

/s/ Duane D. Werb
Duane D. Werb (No. 1042)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: dwerb@werbsullivan.com

3