**IBM**

Two Lincon Centre
Oakbrook Terrace,
Illinois 60181

Phone: 877/876-7781
FAX: 845/491-3275
email:bhshide@us.ibm.com

United States Bankruptcy Court
District of Delaware

In Re:  Nortel Networks, Inc., et. al.
        Chapter 11
        Case Number 09-10138 KG

*FILED 2009 JAN 22 AM 11: 39 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE*

### Notice of Appearance and Request For All Documents

Please take notice that IBM Corporation, a creditor and party-in-interest herein, hereby appears in the Chapter 11 Case, and requests that pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

Dated:  January 16, 2009

                                        IBM Corporation

                                        By: _B. H. Shideler_
                                        Beverly H. Shideler, BS8399
                                        Two Lincoln Centre
                                        Oakbrook Terrace, Illinois  60181

To:  Clerk of the Court, David D. Bird
     U. S. Bankruptcy Court
     824 Market Street, 5th Floor
     Wilmington, Delaware  19801