# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS, INC.  COURTROOM LOCATION: 3
CASE NO.: 09-10038 - KG  DATE: 1/23/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ryan Jacobs | Akin Gump | Creditors' Comm.ttee |
| Derek Abbott | Morris Nichols | Debtors |
| Jim Bromley | Cleary Gottlieb | Debtors |
| Chris Samis | Richards Layton & Finger PA | Creditors Committee |
| Duane Werb | Werb & Sullivan | Emerson Network Power |
| Rachel B Mersky | Monzack Mersky McLaughlin Browder | Powerwave |
| Ben Keenan | Ashby & Geddes | Insight Direct USA, Inc |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
#### Courtroom

Calendar Date: 01/23/2009
Calendar Time: 03:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2618401 | Darryl Laddin | 404-873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2618015 | James Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2619062 | Anneliese H. Pak | 212-841-5748 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al. / LIVE |