**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>NORTEL NETWORKS INC., et al.<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

　　　　PLEASE TAKE NOTICE that Oracle USA, Inc. ("Oracle") and Oracle Credit Corporation hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter Nemer, A Professional Corporation
> 333 Market Street, 25th Floor
> San Francisco, California  94105-2126
> Telephone:     (415) 227-0900
> Facsimile:     (415) 227-0770
> schristianson@buchalter.com

　　　　Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's and/or Oracle Credit Corporation's: (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Oracle and Oracle Credit

Corporation are, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

                                      BUCHALTER NEMER,
                                      A Professional Corporation

Dated: January 23, 2009              By: __/s/ Shawn M. Christianson____ _____
                                                Shawn M. Christianson, Esq.
                                                333 Market Street, 25th Floor
                                                San Francisco, CA  94105-2126
                                                Telephone:  (415) 227-0900
                                                Facsimile:   (415) 227-0770

                                                Attorneys for Creditors, Oracle USA, Inc.
                                                and Oracle Credit Corporation

**In re: Nortel Networks Inc.**
**Case No. 09-10138**

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter Nemer, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On January 23, 2009, I served the foregoing document described as:

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

| | |
|---|---|
| **Ann C. Cordo**<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | **Allen & Overy LLP,**<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **United States Trustee**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | **Peter James Duhig**<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899 |

**[ XX ]**  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 23, 2009, at San Francisco, California.


Hallina Pohyar                                         __/s/ Hallina Pohyar_____

BN 2572683v1                                    -3-