## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Of Debtors' Motion For An Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Business** *Nunc Pro Tunc* **To The Petition Date** was caused to be made on January 23, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: January 23, 2009

*/s/ Thomas F. Driscoll III*
―――――――――――――――――――
Thomas F. Driscoll III (No. 4703)

2697249.1