IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Nortel Networks Inc., *et al.*, | BANKRUPTCY NO. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John A. Wetzel, Esquire to Represent Communications Test Design, Inc., a creditor in the above-captioned bankruptcy case.

SWARTZ CAMPBELL LLC

Date: January 23, 2009

_____
Nicholas E. Skiles, Esquire (DE I.D. #3777)
300 Delaware Avenue
11th Floor, Suite 1130
P. O. Box 330
Wilmington, DE 19899
(302) 656-5935