IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| Nortel Networks Inc., *et al.*, : | BANKRUPTCY NO. 09-10138 (KG) |
| : | |
| Debtors. : | Jointly Administered |
| : | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rule and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

John A. Wetzel, Esquire
SWARTZ CAMPBELL LLC
1 S. Church St., Ste. 400
West Chester, PA 19382
Phone: (610) 692-9500 Ext. 131

January 23, 2009