SERVICE LIST
NORTEL NETWORKS, INC.

Ann C. Cordo, Esquire
Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Debtors*

James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094
*Counsel for Richardson Independent School District*

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*Counsel for City of Richardson, Dallas County*

Mark Browning, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711
*Counsel for The Comptroller of Public Accounts of the State of Texas*

James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
*Counsel for Verizon Communications Inc.*

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
*Counsel for Iron Mountain Information Management, Inc.*

Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
*Counsel for Telmar Network Technology, Inc.*

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
*Counsel for Automotive Rentals, Inc.*

Raniero D'Aversa, Jr., Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
*Counsel for ABN AMRO Bank N.V.*

Tobey M. Daluz, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
*Counsel for UBS Realty Investors, LLC*

David L. Pollack, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor – Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
*Counsel for UBS Realty Investors, LLC*

Ken Coleman, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
*Counsel for Ernst & Young Inc.*

Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
*Counsel for Technology Park X Limited Partnership and Technology Park V Limited Partnership*