IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Nortel Networks Inc., *et al.*, | : | BANKRUPTCY NO. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that Counsel's motion for admission pro hac vice is

GRANTED.


Date: _____                                             _____
                                                              United States District Judge