IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NORTEL NETWORKS, INC., et al., ) | |
| ) | Case No. 09-10138 (KG) |
| Debtors. ) | |
| ) | Joint Administration Pending |
| ) | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless (collectively, "Verizon"), a party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Smith, Katzenstein & Furlow LLP, and such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and telecopy and telephone number:

>    Kathleen M. Miller
>    Smith, Katzenstein & Furlow
>    800 Delaware Avenue, 7th Floor
>    P.O. Box 410
>    Wilmington, DE 19899
>    Courier: 19801
>    Telephone: 302-652-8400
>    Telecopy: 302-652-8405
>    E-mail:Kmiller@skfdelaware.com

Dated: January 26, 2008        SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Verizon and related entities

## CERTIFICATE OF SERVICE

I hearby certify that on this **26th day of January, 2009** a copy of the foregoing **Notice of Appearance and Demand for Notices and Papers** was served on following parties by first class mail:

James L. Bromley
Lisa M. Schweitzer
Cleary Gotlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Ann C. Cordo
Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899-1347

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035


/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. 2898)