**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case. No. 09-10138 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF APPEARANCE, REQUEST FOR**
**SERVICE OF PAPERS AND CONSENT TO E-SERVICE**

**PLEASE TAKE NOTICE** that the undersigned hereby files this Notice of Appearance and Request for Service of Papers as counsel for Cummins Inc., Cummins Power Generation, Cummins Filtration, Cummins Emission Solutions, Cummins Fuel Systems, and Cummins Turbo Technologies (collectively "Cummins") in these cases. Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned does hereby request and demand that the Clerk of this Court and all other parties-in-interest in these proceedings, provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to these proceedings to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorneys listed directly below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonona Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Jill L. Murch
Lars A. Peterson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700
E-mail: jmurch@foley.com
E-mail: lapeterson@foley.com

PLEASE TAKE NOTICE that Cummins intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies it expressly reserves.

Dated: Chicago, Illinois
       January 26, 2009

By: */s/ Jill L. Murch*
Jill L. Murch (#6257217)
Lars A. Peterson (#6293551)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
jmurch@foley.com
lapeterson@foley.com

*Attorneys for Cummins Inc., Cummins Power Generation, Cummins Filtration, Cummins Emission Solutions, Cummins Fuel Systems, and Cummins Turbo Technologies*

CHIC_3920901.1

2

## **CERTIFICATE OF SERVICE**

    I, Jill L. Murch, an attorney, certify that on January 26, 2009 I caused a true and correct copy of NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND CONSENT TO E-SERVICE to be served upon the following via First Class U.S. Mail:

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn:  James L. Bromley, Esq.<br><br>Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Attn:  Derek C. Abbott, Esq.<br><br>Office of the U.S. Trustee<br>844 King Street, Room 2207<br>Wilmington, DE 19899-0035 |

                 _/s/ Jill L. Murch_

                 FOLEY & LARDNER LLP
                 321 North Clark Street, Suite 2800
                 Chicago, IL 60654-5313
                 Tel: (312) 832-4500
                 Fax: (312) 832-4700