IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly administered |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 9010, the undersigned herby appears as counsel for Hewlett-Packard Financial Services Company, creditor and party in interest in the within case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant Fed. R. Bankr. P. 2002 of the Bankruptcy Rules, the undersigned herby requests that copies of all notices and other papers in this case be sent to:

> GIBBONS P.C.
> One Gateway Center
> Newark, New Jersey 07102-5310
> Telephone: (973) 596-4523
> Telecopy: (974) 639-6244 (telecopy)
> Attn: David N. Crapo, Esq.
> E-mail: dcrapo@gibbonslaw.com

Dated: January 26, 2009        **GIBBONS P.C.**
       Newark, New Jersey      One Gateway Center
                               Newark, New Jersey 07102-5310
                               Telephone: (973) 596-4523
                               Facsimile: (973) 639-6244

                               BY:    /S/ DAVID N. CRAPO
                                   David N. Crapo, Of Counsel
                                   Attorneys for Hewlett-Packard Financial
                                   Services, Inc.