## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

Please take notice that the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., *et al.*, hereby enters its appearance by and through its counsel, Richards, Layton & Finger, P.A. and Akin Gump Strauss Hauer & Feld LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the parties listed below at the following addresses and telephone numbers:

| | |
|---|---|
| Mark D. Collins, Esq. | Fred S. Hodara, Esq. |
| Christopher M. Samis, Esq. | Ryan C. Jacobs, Esq. |
| RICHARDS, LAYTON & FINGER, PA | AKIN GUMP STRAUSS HAUER |
| One Rodney Square | & FELD LLP |
| 920 North King Street | One Bryant Park |
| Wilmington, Delaware 19801 | New York, New York 10036 |
| Telephone: (302) 651-7700 | Telephone: (212) 872-1000 |
| Facsimile: (302) 651-7701 | Facsimile: (212) 872-1002 |
| Email: collins@rlf.com | Email: fhodara@akingump.com |
| samis@rlf.com | rjacobs@akingump.com |

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion,

petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Committee's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Committee expressly reserves.

Dated: January 26, 2009
     Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Fred S, Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Proposed Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*