IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                      :

*In re*                                          :      Chapter 11

Nortel Networks Inc., *et al.*,[1]          :      Case No. 09-10138 (KG)

                      Debtors.        :      Jointly Administered

                                      :
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 134 AND 135]

PLEASE TAKE NOTICE that on January 26, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list:

- **Supplemental Order Authorizing, But Not Directing, Debtors To Pay Certain Prepetition (I) Wages, Salaries And Other Compensation, (II) Reimbursable Expenses, And (III) Medical, Retirement And Similar Benefits** (D.I. 134, Filed 1/23/09); and

- **Order Granting Administrative Expense Status To Debtors Obligations Arising From The Post-Petition Delivery Of Goods And Services Ordered Pre-Petition And Authorizing Debtors To Pay Such Obligations In The Ordinary Course Of Business** (D.I. 135, Filed 1/23/09);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: January 26, 2009
      Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          James L. Bromley
          Lisa M. Schweitzer
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

            - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          _/s/ Derek C. Abbott_____
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Thomas F. Driscoll III (No. 4703)
          Ann C. Cordo (No. 4817)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          Proposed Counsel for the Debtors and
          Debtors in Possession

2698305.1