UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE; DEMAND FOR SERVICE OF PAPERS; AND DEMAND FOR PAYMENT OF ALL POST-PETITION RENT AND PERFORMANCE BY DEBTOR OF ALL OF ITS OBLIGATIONS UNDER ITS COMMERCIAL LEASE IN ACCORDANCE WITH BANKRUPTCY CODE §365 (d)(3)

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, 485 Lexington Owner LLC and Reckson Operating Partnership, L.P., (collectively "Landlord") each hereby appears in the above-captioned case by their counsel, STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2001 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case by mailing one (1) copy of any such paper to:

      STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
      675 Third Avenue, 31st Floor
      New York, New York 10017
      Attn: Edmond P. O'Brien, Esq.

Demand is hereby made pursuant to Bankruptcy Code §365 (d)(3) for payment of all post-petition rent and additional rent due (payments to be made promptly upon the due dates specified in the NYC Lease and the Valhalla Lease, as defined herein); and for the performance by debtor of all of the obligations of the tenant pursuant to; (i) the non-residential lease dated December 15, 2006 between debtor as tenant and 485 Lexington Owner LLC as landlord (the "NYC Lease"), for the premises known as the entire eighteenth floor in the building known as 485 Lexington Avenue, New York, New York; and (ii) the non-residential lease first dated August 28, 1990 between a predecessor-in-interest of debtor as tenant and a predecessor-in-interest of Reckson Operating Partnership, L.P. as landlord (as amended, the "Valhalla Lease"), for the premises consisting of approximately 11,733 sq. ft. in the building known as known 200 Summit Lake Drive, Valhalla, New York.

Dated:  New York, New York
        January 27, 2009

                    STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
                    Attorneys for 485 LEXINGTON OWNER LLC and
                         RECKSON OPERATING PARTNERSHIP, L.P.

By: _____
Edmond P. O'Brien (EO-5583)
675 Third Avenue, 31st Floor
New York, New York 10017
(212)681-6500
(212)681-4041 - fax

---

TO:  All parties having appeared