UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK,
COUNTY OF NEW YORK   ss:

     Edmond O'Brien being duly sworn says: I am not a party to the action, am over 18 years of age and am employed at Stempel Bennett Claman & Hochberg, P.C., 675 Third Avenue, NY, NY 10017.

     On January 27, 2009, I served a true copy of the annexed NOTICE OF APPEARANCE; DEMAND FOR SERVICE OF PAPERS; AND DEMAND FOR PAYMENT OF ALL POST-PETITION RENT AND PERFORMANCE BY DEBTOR OF ALL OF ITS OBLIGATIONS UNDER ITS COMMERCIAL LEASES IN ACCORDANCE WITH BANKRUPTCY CODE §365 (d)(3) in the following manner:

:    by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

**Ann C. Cordo**
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Derek C. Abbott**
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Eric D. Schwartz**
Morris, Nichols, Arsht & Tunnell
1201 N.Market Street
P. O. Box 1347
Wilmington, DE 19801

**Thomas F. Driscoll**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**Thomas F. Driscoll**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**Peter James Duhig**
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899

**Mary Caloway**
Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Christopher M. Samis**
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Derek C. Abbott on behalf of Debtor Alteon WebSystems, Inc.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Hewlett-Packard Company
Ramona Neal
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, Il 60181

J. Scott Douglass
909 Fannin
Suite 1800
Houston, TX 77010

Margolis Edelstein
750 Shipyard Dr.
Ste. 102
Wilmington, DE 19801

Scott Douglass
909 Fannin
Suite 1800
Houston, TX 77010

John A. Wetzel on behalf of Creditor Communications Test Design, Inc.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA 19382

In addition, on January 27, 2009, the following persons/entities were served electronically through the Court's electronic filing system:

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Elizabeth Banda on behalf of Creditor Richardson ISD
kwilliams@pbfcm.com

William Pierce Bowden on behalf of Creditor Flextronics Telecom Systems Ltd
wbowden@ashby-geddes.com

Scott K. Brown on behalf of Creditor The Prudential Insurance Company of America
sbrown@lrlaw.com, cscruggs@lrlaw.com

Mark Browning on behalf of Creditor Texas Comptroller of Public Accounts
bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Mary Caloway on behalf of Foreign Representative ERNST & YOUNG
mary.caloway@bipc.com

James S. Carr on behalf of Creditor Tata American International Corporation and Tata
Consultancy Services Limited
KDWBankruptcyDepartment@kelleydrye.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc
schristianson@buchalter.com, cmcintire@buchalter.com

Ann C. Cordo on behalf of Debtor Nortel Networks Inc.
acordo@mnat.com, aconway@mnat.com;ecampbell@mnat.com

Patrick M. Costello on behalf of Creditor Polycom, Inc.
pcostello@bbslaw.com, catherine@bbslaw.com

David N Crapo on behalf of Interested Party Hewlitt-Packard Financial Services, Inc.
dcrapo@gibbonslaw.com

Jennifer V. Doran on behalf of Creditor Technology Park X Limited Partnership
jdoran@haslaw.com, ktsilvestri@haslaw.com

Thomas F. Driscoll on behalf of Debtor Nortel Networks Inc.
, aconway@mnat.com

Thomas F. Driscoll on behalf of Debtor Nortel Networks Inc.
tdriscoll@mnat.com, rfusco@mnat.com

Peter James Duhig on behalf of Foreign Representative Allen & Overy LLP,
duhig@klettrooney.com

Weston T. Eguchi on behalf of Creditor ABN AMRO Bank N.V.
weguchi@orrick.com, rdaversa@orrick.com

John V. Fiorella on behalf of Creditor Automotive Rentals, Inc.
jfiorella@archerlaw.com

Leslie C. Heilman on behalf of Creditor UBS Realty Investors LLC
heilmanl@ballardspahr.com

Joseph H. Huston on behalf of Creditor Computer Sciences Corporation
jhh@stevenslee.com

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc. and for Cellco Partnership
d/b/a Verizon Wireless
bkrfilings@agg.com

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Michelle McMahon on behalf of Creditor Tellabs Operations, Inc.
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Rachel B. Mersky on behalf of Creditor Powerwave Technologies, Inc.
rmersky@monlaw.com

Merle C. Meyers on behalf of Creditor JDS Uniphase Corporation
mmeyers@mlg-pc.com

Kathleen M. Miller on behalf of Creditor Verizon Communications Inc. and for Cellco
Partnership d/b/a Verizon Wireless
kmiller@skfdelaware.com, dlm@skfdelaware.com

Kenneth M. Misken on behalf of Creditor SprintCom, Inc.
kmisken@mcguirewoods.com, jmiller@mcguirewoods.com;dswan@mcguirewoods.com

Jill L. Murch on behalf of Creditor Cummins, Inc., et al.
jmurch@foley.com, khall@foley.com;lapeterson@foley.com

Ricardo Palacio on behalf of Creditor Johnson Controls, Inc.
rpalacio@ashby-geddes.com

David L. Pollack on behalf of Creditor UBS Realty Investors LLC
pollack@ballardspahr.com, blunt@ballardspahr.com

Christopher M. Samis on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.
samis@rlf.com, rbgroup@rlf.com

Michael Schein on behalf of Creditor Telmar Network Technology, Inc. and its affilitates,
including Precision Communication Services, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com

Eric D. Schwartz on behalf of Debtor Nortel Networks Inc.
eschwartz@mnat.com

Joseph Emil Shickich on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP
jshickich@riddellwilliams.com

Carren Shulman on behalf of Creditor NeoPhotonics Corporation
cshulman@sheppardmullin.com

William L. Siegel on behalf of Creditor Campbell Creek, Ltd.
bsiegel@cowlesthompson.com

Nicholas E. Skiles on behalf of Creditor Communications Test Design, Inc.
nskiles@swartzcampbell.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Christopher A. Ward on behalf of Interested Party Westcon Group North America Inc
cward@polsinelli.com,
dferguson@polsinelli.com;kvervoort@polsinelli.com;ahatch@polsinelli.com

Helen Elizabeth Weller on behalf of Creditor City of Richardson
dallas.bankruptcy@publicans.com

Duane David Werb on behalf of Creditor Emerson Network Power Embedded
maustria@werbsullivan.com;riorii@werbsullivan.com

Joseph J. Wielebinski on behalf of Creditor Glow Networks, Inc.
jwielebinski@munsch.com

Joanne Bianco Wills on behalf of Interested Party Export Development Canada
jwills@klehr.com

Sworn to before me this
27th day of January, 2009

_____                    _____
Notary Public                                         Edmond O'Brien

SHARON V. RYAN
Notary Public, State of New York
No. 5000138
Qualified in Suffolk County
Commission Expires Aug. 10, 20_10_