**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

|  |  |
|---|---|
| *In re*: | ) |
|  | ) |
|  | )   **Chapter 11** |
| **Nortel Networks Inc., *et al.*,.** | ) |
|  | )   **Case No. 09-10138 (KG)** |
| **Debtors.** | ) |

_____

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that GTCI (the "Company"), a creditor and party in interest herein, hereby enters its appearance in the above-referenced chapter 11 case pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that the Company hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices given or required to be given in this case and all pleadings and papers served in this case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to parties who filed with the court a request that all notices to be mailed to such parties) be given to and served upon them at the following address, telecopy, email and telephone numbers as follows:

GTCI
2100 Lakeside Blvd., Suite 250
Richardson, TX  75082

Attention:       Edward C. Gordon
Telephone:      972-567-6458
Facsimile:       972-542-6621
Email:              egordon@gtcpro.com[1]

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, hearing dates, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtor or the property of the debtor.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent notice, appearance, pleading, claim or suit shall be deemed or construed to be a waiver and shall not constitute a waiver by the Company: (1) of the right to have final orders in non-core matters entered only after *de novo* review by a District Court; (2) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) of the right to have the District Court withdraw the reference in any matter subject

---

[1] Please note that this is the official e-mail address for effectuating service.

-2-

20750

to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, setoffs, or recoupments to which the Company is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby consents to e-mail service as may be given in this case.

Dated: January 27, 2009
      Richardson, Texas

                DYKEMA GOSSETT PLLC


                By:    */s/Edward Gordon*
                       Edward Gordon
                       GTCI
                       2100 Lakeside Blvd., Suite 250
                       Richardson, TX  75082
                       Telephone:   972-567-6458
                       Facsimile:    972-542-6621
                       Email:        egordon@gtcpro.com


### Certificate of Service

The undersigned does hereby certify that a true and correct copy of the foregoing was duly served on those parties listed as eligible to receive electronic notification via this Court's electronic case notification system.


                       */s/     Edward Gordon*
                       Edward Gordon

20750