IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

Please take notice that the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., *et al.*, hereby enters its appearance by and through its Canadian counsel, Fraser Milner Casgrain LLP, 1 First Canadian Place, 100 King Street West, 42nd Floor, Toronto, Ontario, Canada M5X 1B2, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the parties listed below at the following addresses and telephone numbers:

> Michael J. Wunder. Esq.
> R. Shayne Kukulowicz, Esq.
> Alex L. MacFarlane, Esq.
> Fraser Milner Casgrain LLP
> 1 First Canadian Place
> 42nd Floor
> 100 King Street West
> Toronto, Ontario
> Canada M5X 1B2
> Telephone: (416) 863-4715
> Facsimile: (416) 863-4592
> Email: michael.wunder@fmc-law.com
> shayne.kukulowicz@fmc-law.com
> alex.macfarlane@fmc-law.com

RLF1-3362273-1

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Committee's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Committee expressly reserves.

Dated: January 27, 2009
      Wilmington, Delaware

                        /s/ Michael J. Wunder
                        Michael J. Wunder
                        R. Shayne Kukulowicz
                        Alex L. MacFarlane
                        Fraser Milner Casgrain LLP
                        1 First Canadian Place
                        42nd Floor
                        100 King Street West
                        Toronto, Ontario
                        Canada M5X 1B2
                        Telephone: (416) 863-4582
                        Facsimile: (416) 863-4592

                        Proposed Canadian Counsel to the Official
                        Committee of Unsecured Creditors of Nortel
                        Networks Inc., *et al.*