**BRYAN CAVE LLP**
Michelle K. McMahon (MM-3900)
1290 Avenue of the Americas
New York, New York  10104
(212) 541-2000

*Counsel for HOK, Inc. and HOK Canada, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

--------------------------------------------------------------- x
                                                                  :     Chapter 11
**In re:**                                                   :
                                                       :     Case No.09-10138-KG
**NORTEL NETWORKS INC.,** *et al*.    :
                                                       :
         **Debtors.**                :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**<u>REQUEST FOR SERVICE OF DOCUMENTS</u>**

     PLEASE TAKE NOTICE that Bryan Cave LLP, as counsel for HOK, Inc., HOK Canada, Inc., and their related affiliates (collectively, "HOK"), hereby enter their appearances pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| **Bryan Cave LLP** | **Bryan Cave LLP** |
|---|---|
| Cullen K. Kuhn | Michelle K. McMahon |
| 211 North Broadway, Suite 3600 | 1290 Avenue of the Americas |
| St. Louis, Missouri  63102 | New York, New York  10104 |
| Telephone: (314) 259-2869 | Telephone: (212) 541-2000 |
| Facsimile: (314) 552-8869 | Facsimile: 212-541-4630 |
| <u>ckkuhn@BryanCave.com</u> | <u>Michelle.mcmahon@bryancave.com</u> |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive HOK's (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which HOK is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 27, 2009

**BRYAN CAVE LLP**

/s/ Michelle K. McMahon
Michelle K. McMahon (3900)
1290 Avenue of the Americas
New York, New York  10104
Tel: (212) 541-2000; Fax: 212-541-4630
Michelle.mcmahon@bryancave.com

Cullen K. Kuhn
211 North Broadway, Suite 3600
St. Louis, Missouri  63102
Tel: (314) 259-2869; Fax: (314) 552-8869
ckkuhn@BryanCave.com