IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Related to Docket No.: 121 |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Andrew D. Shaffer, Esquire, of the law firm of Mayer Brown LLP, 71 South Wacker Drive, Chicago, Illinois 60606 to represent Export Development Canada in these chapter 11 cases is granted.

Dated: Jan 26, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of Debtor's tax identification number are: Nortel Network, Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Otera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

DEL1 70198-1