KATTEN MUCHIN ROSENMAN LLP
Kenneth E. Noble
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-6419
Facsimile: (212) 894-5653

*Attorneys for iStar Ctl I, L.P.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

------------------------------------------------------------------------ x
                                                                         :
In re:                                                                   :    Chapter 11
                                                                         :
    NORTEL NETWORKS, INC.                                                :    Case No.:  09-10138-KG
                                                                         :
                    Debtor.                                              :
                                                                         :
------------------------------------------------------------------------ x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that **iStar Ctl I, L.P.** (the "Appearing Party") hereby appears in the above-captioned chapter 11 bankruptcy case pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010.

**PLEASE TAKE FURTHER NOTICE** that the Appearing Party requests that copies of all papers filed in this case, including all pleadings, papers, reports, motions, applications, notices of assumption of executory contracts or cure amounts, petitions, disclosure statements, plans of reorganization and answering or reply papers, be served on:

**Kenneth E. Noble
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-6419
Facsimile: (212) 894-5653
Email: kenneth.noble@kattenlaw.com**

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver by the Appearing Party to (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this or any case, controversy, or proceeding related to this case, (3) to

have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Appearing Party is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 28, 2009

                            KATTEN MUCHIN ROSENMAN LLP
                            *Attorneys for iStar Ctl I, L.P.*

                    By: /s/ Kenneth E. Noble
                        Kenneth E. Noble
                        575 Madison Avenue
                        New York, New York 10022
                        Telephone: (212) 940-6419
                        Facsimile: (212) 894-5653