# SERVICE LIST

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE  19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE  19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE  19801

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE  19801

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St
7th Fl
Wilmington, DE  19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE  19801

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Fl
Wilmington, DE  19801

**VIA FIRST CLASS MAIL – INTERNATIONAL**

Michael J. Wunder Esq.
R. Snayne Kukulowicz Esq.
Alex L. MacFarlane Esq.
Fraser Milner Casgrain LLP
1 First Canadian Place
42nd Fl
100 King Street West
Toronto, Ontario  M5X 1B2
Canada

**VIA FIRST CLASS MAIL**

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Secretary of State  
Division of Corporations  
Franchise Tax  
P.O. Box 7040  
Dover, DE  19903  

Elizabeth Banda Esq.  
Perdue Brandon Fielder Collins & Mott LLP  
P.O. Box 13430  
Arlington, TX  76094-0430  

Elizabeth Weller Esq.  
Linebarger Goggan Blair & Sampson LLP  
2323 Bryan Street  
Ste 1600  
Dallas, TX  75201  

Securities & Exchange Commission  
100 F Street, NE  
Washington, DC  20549  

Internal Revenue Service  
31 Hopkins Plaza  
Room 1150  
Baltimore, MD  21201  

Alistar Bambach  
Securities & Exchange Commission  
New York Regional Office  
Bankruptcy Division  
3 World Financial Center  
Suite 400  
New York, NY  10281-1022  

Steven J. Reisman, Esq.  
James V. Drew Esq.  
Curtis, Mallet-Prevost, Colt & Mosle LLP  
101 Park Avenue  
New York, NY  10178-0061  

Dennis Dunne, Esq.  
Milbank, Tweed, Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005-1413  

Ken Coleman, Esq  
Lisa J.P. Kraidin. Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
New York, NY  10020  

Darryl S. Laddin Esq.  
Frank N. White Esq.  
Arnall Golden Gregory LLP  
171 17th St NW  
Ste 2100  
Atlanta, GA  30363-1031  

Frank F. McGinn Esq.  
Bartlett Hackett Feinberg P.C.  
155 Federal St  
9th Fl  
Boston, MA  02110  

Michael L. Schein Esq.  
Vedder Price P.C.  
1633 Broadway  
47th Fl  
New York, NY  10019  

Raniero D'Aversa Jr. Esq.  
Laura D. Metzger Esq.  
Weston T. Eguchi Esq.  
Orrick Herrington & Sutcliffe LLP  
666 Fifth Avenue  
New York, NY  10103-0001  

David L. Pollack Esq.  
Jeffrey Meyers Esq.  
Ballard Spahr Andrews & Ingersoll LLP  
51st Fl Mellon Bank Ctr  
1735 Market St  
Philadelphia, PA  19103  

Jennifer V. Doran Esq.  
Hinckley Allen & Snyder LLP  
28 State St  
Boston, MA  02109  

Derek Austin  
Mayer Brown LLP  
71 South Wacker Dr  
Chicago, IL  60606  

Andrew D. Shaffer Esq.  
Mayer Brown LLP  
1675 Broadway  
New York, NY  10019  

David G. Aelvoet Esq.  
Linebarger Goggan Blair & Sampson LLP  
Travis Bldg  
711 Navarro  
Ste 300  
San Antonio, TX  78205  

Nicholas Skiles Esq.  
John A. Wetzel Esq.  
Swartz Campbell LLC  
One S. Church St  
Ste 400  
West Chester, PA  19382

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX  77010

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036

William L. Siegel Esq.
Cowles & Thompson P.C.
901 Main Street
Dallas, TX  75202

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

Joseph J. Wielebinski Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX  75201-6659

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY  10112

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Beverly H. Shideler, BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Edmond P. O'Brien Esq.
Stempel Bennett Claman & Hochberg P.C.
675 3rd Ave
31st Fl
New York, NY  10017

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL  60654-5313

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA  94105-2126

Edward C. Gordon
GTCI
2100 Lakeside Blvd
Ste 250
Richardson, TX  75082

Douglas J. Kaye
631 Belmont Crest Drive
Marietta, GA  30067