UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED
2009 JAN 27 AM 10:02
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., et al. | § | Jointly Administered |
| Debtors. | § | Chapter 11 |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**TO THE CLERK OF THE COURT AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the pursuant to Section 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), KHANG & KHANG LLP, attorneys for Alpha Network USA, Inc., a creditor and party in interest herein, hereby requests that copies of all notices given or requested in this case and copies of notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

Joon M. Khang, Esq.
KHANG & KHANG LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 461-1342
Facsimile: (310) 461-1343
Email: joon@khanglaw.com

Hubert H. Kuo, Esq.
Buus, Kim, Kuo & Tran, LLP
4675 MacArthur Court, Suite 590
Newport Beach, California 92660
Telephone: (949) 863-9782
Facsimile: (949) 863-9783
Email: hkuo@bkktlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred

to in Bankruptcy Rule 2002, but also includes, without limitation, any disclosure statement and plan of reorganization and any objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answers or replies, memoranda and briefs in support of the foregoing and any other documents brought before the Bankruptcy Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, fax, email or otherwise.

DATED:    January 22, 2009          KHANG & KHANG LLP

By: _____
Joon M. Khang

Attorneys for Creditor
Alpha Network USA, Inc.

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been served by mail on the date set forth below on the parties listed below.

Derek C. Abbott
MORRIS, NICHOLS, et al.
1201 N. Market St., PO Box 1347
Wilmington, DE 19899

Epiq Bankruptcy Solutions, LLC
757 Third Ave., Third Floor
New York, NY 10017
Attn: Ron Jacobs

US Trustee (Delaware)
844 King St., Rm. 2207
Wilmington, DE 19899-0035

Clerk of the Court
U.S. Bankruptcy Court – District of Delaware
824 N. Market St., 3rd Floor
Wilmington, DE 190801

Dated: January 22, 2009

_____
Joon M. Khang