## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Supplemental Motion For Entry Of An Order Clarifying Relief Granted Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code Authorizing Debtors To Honor Prepetition Obligations To Their Customers [D.I. 49]** was caused to be made on January 29, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: January 29, 2009

_____
Thomas F. Driscoll III (No. 4703)

2708020.1