## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of Pamela Hehn Schroeder, Finance Leader, North America Carrier Sales Of Nortel Networks Inc., In Support Of Debtors' Supplemental Motion For Entry Of An Order Clarifying Relief Granted Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code Authorizing Debtors To Honor Prepetition Obligations To Their Customers [D.I. 49]** was caused to be made on January 29, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: January 29, 2009

                                                          Thomas F. Driscoll III (No. 4703)

2708054.1