UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re   Nortel Networks Inc., et al. (see attached list)          Case No.   09-10138(KG)
        Debtor

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | X | X |
| Certificates of Insurance: | | |
| Workers Compensation | X | |
| Property | X | |
| General Liability | X | |
| Vehicle | X | |
| Other: | | |
| Identify areas of self-insurance w/liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
| Tax Escrow Account | | |
| General Operating Account | X | |
| Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | | |
| Other: | | |
| Retainers Paid (Form IR-2) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                    Date


_____          _____
Signature of Joint Debtor                              Date

_____          Jan 29/09
Signature of Authorized Individual*         Date

John Doolittle                               Treasurer
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

9682

## Nortel Group of Companies Filed Entities

| Company # | Company Name | Country | Type |
|---|---|---|---|
| **Chapter 11 Filed Entities** | | | |
| 2001 | Nortel Networks Inc. | US | |
| *4202* | *Nortel Networks, Inc. (Hungary Branch)* | *EMEA* | *FBO* |
| *5110* | *Nortel Networks Inc. (Egypt Branch)* | *EMEA* | *FBO* |
| *5170* | *Nortel Networks, Inc. (Tunisia Branch)* | *EMEA* | *FBO* |
| *5180* | *Nortel Networks International, Inc. (Dubai Branch)* | *EMEA* | *FBO* |
| 2110 | Nortel Capital Corp | US | |
| 2101 | Alteon Websystems Int Inc | US | |
| 2107 | Alteon WebSystems, Inc. | US | |
| 2114 | Architel Systems (U.S.) Corp | US | |
| 2105 | CoreTek Inc. | US | |
| 2106 | Nortel AMS Inc. | US | |
| 2121 | Nortel Cable Solution Inc | US | |
| 2113 | Nortel HPOCS Inc. | US | |
| 2115 | Nortel Int Inc. | US | |
| 2108 | Nortel Optical Comp Inc. | US | |
| 2117 | Northern Telecom Int Inc. | US | |
| 2104 | QTERA Corp | US | |
| 2103 | Sonoma Systems | US | |
| 2102 | XROS Inc. | US | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re  Nortel Networks Inc., et al.               Case No.    09-10138(KG)
       Debtor

INITIAL MONTHLY OPERATING REPORT

12-Month Cash Flow Projection  (Form IR-1)

With respect to the requirement for a 12 month cash flow projection, please note that the Company currently only has a 12 week cash flow projection (see attached). The Company is working on a 6 month cash flow projection for the US debtors that should be completed in the next few weeks.

APPENDIX A

**Nortel Networks - (Jan 13 Edition)**
**USA C11 Applicants**
**Forecast Cash Flow**
USD (Millions)

### 1. Receipts & Disbursements

| | Jan 2009 Forecast 11-Jan-09 / 17-Jan-09 | Jan 2009 Forecast 18-Jan-09 / 24-Jan-09 | Jan 2009 Forecast 25-Jan-09 / 31-Jan-09 | Feb 2009 Forecast 01-Feb-09 / 07-Feb-09 | Feb 2009 Forecast 08-Feb-09 / 14-Feb-09 | Feb 2009 Forecast 15-Feb-09 / 21-Feb-09 | Feb 2009 Forecast 22-Feb-09 / 28-Feb-09 | Mar 2009 Forecast 01-Mar-09 / 07-Mar-09 | Mar 2009 Forecast 08-Mar-09 / 14-Mar-09 | Mar 2009 Forecast 15-Mar-09 / 21-Mar-09 | Mar 2009 Forecast 22-Mar-09 / 28-Mar-09 | Forecast 29-Mar-09 / 31-Mar-09 | Total 11-Jan-09 / 31-Mar-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | |
| Collection of Accounts Receivable | 78.3 | 61.3 | 203.0 | 51.7 | 34.7 | 41.5 | 59.4 | 42.1 | 63.4 | 47.3 | 66.7 | 56.9 | 806.3 |
| Other Receipts | - | 0.0 | 0.6 | 1.2 | - | 0.0 | 0.6 | 1.2 | - | 0.0 | 0.6 | 30.0 | 34.1 |
| Intercompany Receipts | 34.6 | 34.2 | - | - | - | 33.6 | - | - | - | 19.7 | - | - | 122.1 |
| NNL/NNI Restructuring Loan Advances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 112.9 | 95.5 | 203.6 | 52.9 | 34.7 | 75.2 | 60.0 | 43.3 | 63.4 | 67.0 | 67.3 | 86.9 | 962.5 |
| **Disbursements** | | | | | | | | | | | | | |
| Payroll (Gross) | 40.3 | 3.8 | 36.5 | 3.8 | 38.6 | 3.8 | 38.1 | 3.8 | 37.3 | 3.8 | 35.4 | 3.8 | 249.1 |
| Benefits | 5.9 | 7.1 | 4.8 | 7.1 | 3.0 | 2.1 | 7.6 | 2.1 | 6.7 | 2.1 | 6.3 | 2.1 | 56.7 |
| Pension | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory Purchases | 10.0 | 7.8 | 5.2 | 18.1 | 19.7 | 5.3 | 16.3 | 8.9 | 21.9 | 10.8 | 6.9 | (1.5) | 129.4 |
| Non-Inventory Purchases | 7.1 | 26.5 | 10.1 | 16.4 | 10.1 | 25.1 | 10.3 | 1.5 | 18.2 | 25.3 | 10.4 | - | 160.9 |
| Intercompany Disbursements | 16.5 | 58.0 | - | - | - | 111.5 | - | - | - | 46.8 | - | - | 232.8 |
| Professional Fees | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | - | 4.9 |
| NNL/NNI Restructuring Loan Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | 80.3 | 103.5 | 57.0 | 45.9 | 71.8 | 148.2 | 72.8 | 16.8 | 84.6 | 89.2 | 59.4 | 4.3 | 833.8 |
| **Net Cash Flow** | 32.6 | (8.1) | 146.6 | 7.0 | (37.1) | (73.0) | (12.8) | 26.5 | (21.2) | (22.1) | 7.9 | 82.6 | 128.7 |
| Opening Cash Balance | 573.3 | 605.9 | 597.8 | 744.3 | 751.3 | 714.3 | 641.2 | 628.4 | 654.9 | 633.7 | 611.6 | 619.4 | 573.3 |
| Closing Cash Balance | 605.9 | 597.8 | 744.3 | 751.3 | 714.3 | 641.2 | 628.4 | 654.9 | 633.7 | 611.6 | 619.4 | 702.0 | 702.0 |
| Facility Size | (75.0) | (75.0) | (75.0) | (75.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) |
| Less Utilized Facility | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Available Facility | (75.0) | (75.0) | (75.0) | (75.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) | (200.0) |
| Closing Cash + Available Facility | 530.9 | 522.8 | 669.3 | 676.3 | 514.3 | 441.2 | 428.4 | 454.9 | 433.7 | 411.6 | 419.4 | 502.0 | 502.0 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re __Nortel Networks Inc., et al.__          **Case No.** _____09-10138(KG)_____
          Debtor

**INITIAL MONTHLY OPERATING REPORT**

**Certificates of Insurance**

| ACORD™ | CERTIFICATE OF LIABILITY INSURANCE | | DATE (MM/DD/YY) 01/19/2009 |
|---|---|---|---|
| **PRODUCER** WILLIS 26 CENTURY BLVD. NASHVILLE, TN 37214 TEL: 615-872-3711 | Serial # B1281 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
| | | **COMPANIES AFFORDING COVERAGE** | |
| | | COMPANY A | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| **INSURED** NORTEL NETWORKS INC. 220 ATHENS WAY, SUITE 300 NASHVILLE, TN 37228-1397 | | COMPANY B | CHARTER OAK FIRE INSURANCE COMPANY |
| | | COMPANY C | |
| | | COMPANY D | |

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED B Y THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** COMMERCIAL GENERAL LIABILITY ☐ CLAIMS MADE ☐ OCCUR ☐ OWNER'S & CONTRACTOR'S PROT | | | | GENERAL AGGREGATE PRODUCTS - COMP/OP AGG PERSONAL & ADV INJURY EACH OCCURRENCE FIRE DAMAGE (Any one fire) MED EXP (Any one person) | $ $ $ $ $ $ |
| | **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE | $ $ $ $ |
| | **GARAGE LIABILITY** ☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT OTHER THAN AUTO ONLY: EACH ACCIDENT AGGREGATE | $ $ $ |
| | **EXCESS LIABILITY** ☐ UMBRELLA FORM ☐ OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE AGGREGATE | $ $ $ |
| A B | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY** THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: ☐ INCL ☐ EXCL | TRJUB395J1305-08 (AZ, HI, MA, MT, NV, OR, WI) TC2JUB395J1262-08 (ALL OTHER STATES) TC2OUB9520B81-2 (WV) | 05/15/2008 07/01/2008 | 05/15/2009 05/15/2009 | ☒ WC STATU-TORY LIMITS  ☐ OTH-ER EL EACH ACCIDENT EL DISEASE - POLICY LIMIT EL DISEASE - EA EMPLOYEE | $ 1,000,000 $ 1,000,000 $ 1,000,000 |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
ALTEON WEBSYSTEMS INC. IS INCLUDED IN THE COVERAGE ABOVE.

| **CERTIFICATE HOLDER** | **CANCELLATION** |
|---|---|
| TO WHOM IT MAY CONCERN | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE OPTIONAL GLOBAL FIELD  *Sarah Hughes*  SARAH HUGHES |

ACORD 25-S (1/95)  © ACORD CORPORATION 1988

27CERTPROS.FP5

# MARSH


MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

# Certificate of Insurance

**No. 2009-174**                                           **Dated: January 19, 2009**

This is to certify that the Policy(ies) of insurance listed below ("Policy" or "Policies") have been issued to the Named Insured identified below for the policy period(s) indicated. This certificate is issued as a matter of information only and confers no rights upon the Certificate Holder named below other than those provided by the Policy(ies).
Notwithstanding any requirement, term or condition of any contract or any other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the Policy(ies) is subject to all the terms, conditions and exclusions of such Policy(ies). This certificate does not amend, extend or alter the coverage afforded by the Policy(ies). Limits shown are intended to address contractual obligations of the Named Insured. Limits may have been reduced since Policy effective date(s) as a result of a claim or claims.

| Certificate Holder: | Named Insured and Address: |
|---|---|
| To Whom It May Concern | Nortel Networks Inc.<br>Nortel Networks Capital Corp.<br>Alteon Websystems International Inc.<br>Alteon Websystems Inc.<br>Architel Systems (U.S.) Corp<br>CoreTek Inc.<br>Nortel Networks Applications Management Solutions Inc.<br>Nortel Networks Cable Solution Inc.<br>Nortel Networks HPOCS Inc.<br>Nortel Networks International Inc.<br>Nortel Networks Optical Components Inc.<br>Northern Telecom International Inc.<br>QTERA Corp<br>Sonoma Systems<br>XROS Inc. |

## This certificate is issued regarding:

| Type(s) of Insurance | Insurer(s) | Policy Number(s) | Effective/ Expiry Dates | Sums Insured Or Limits of Liability | |
|---|---|---|---|---|---|
| Comprehensive General Liability | Zurich American Insurance Company | GLO-8239490-13 | May 15, 2008 to May 15, 2009 | Each Occurrence (inclusive bodily injury and/or property damage) | US $2,000,000 |
| | | | | Products & Completed Operations Aggregate | US $2,000,000 |
| | | | | Annual Aggregate | US $2,000,000 |
| Property | Zurich Insurance Company of Canada<br>AIG Commercial Insurance Company of Canada<br>ACE INA Insurance<br>Chubb Insurance Company of Canada<br>Catlin Canada Inc.<br>Lloyd's of London | MMEP 0284 | Nov 1, 2008 to Nov 1, 2009 | Limit | US $100,000,000 |

**Special Conditions:**
The Zurich American Insurance Company, policy number GLO823949013, placement was made by Seabury & Smith, Inc. (Marsh Commercial Business Center) - San Antonio, Texas. Marsh Canada Limited has only acted in the role of a consultant to the client with respect to this placement, which is indicated here for your convenience.

**Notice of cancellation:**
The Insurer(s) affording coverage under the policies described herein will not notify the certificate holder named herein of the cancellation of such coverage.

| | |
|---|---|
| Marsh Canada Limited<br>70 University Avenue, Suite 800<br>Toronto, ON M5J 2M4<br>Telephone (416) 349-4855<br>Fax (416) 349-4516<br>michael.provost@marsh.com | **MARSH CANADA LIMITED**<br><br>*Michael Provost* (signature)<br>Michael Provost |

| ACORD™ | CERTIFICATE OF LIABILITY INSURANCE | | DATE (MM/DD/YY) 01/19/2009 |
|---|---|---|---|
| PRODUCER<br>WILLIS<br>26 CENTURY BLVD.<br>NASHVILLE, TN 37214<br>TEL: 615-872-3711 | Serial # B1282 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
| | | COMPANIES AFFORDING COVERAGE | |
| | | COMPANY A | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| INSURED<br>NORTEL NETWORKS INC.<br>220 ATHENS WAY, SUITE 300<br>NASHVILLE, TN 37228-1397 | | COMPANY B | |
| | | COMPANY C | |
| | | COMPANY D | |

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY**<br>☐ COMMERCIAL GENERAL LIABILITY<br>　☐ CLAIMS MADE ☐ OCCUR<br>☐ OWNER'S & CONTRACTOR'S PROT<br>☐ _____ | | | | GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG<br>PERSONAL & ADV INJURY<br>EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person) | $<br>$<br>$<br>$<br>$<br>$ |
| A | **AUTOMOBILE LIABILITY**<br>☒ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☒ HIRED AUTOS<br>☒ NON-OWNED AUTOS<br>☐ _____ | TC2JCAP395J1237-08 | 05/15/2008 | 05/15/2009 | COMBINED SINGLE LIMIT<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE | $ 1,000,000<br>$<br>$<br>$ |
| | **GARAGE LIABILITY**<br>☐ ANY AUTO<br>☐ _____ | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN AUTO ONLY:<br>　EACH ACCIDENT<br>　AGGREGATE | $<br><br>$<br>$ |
| | **EXCESS LIABILITY**<br>☐ UMBRELLA FORM<br>☐ OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE<br>AGGREGATE<br> | $<br>$<br>$ |
| | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY**<br>THE PROPRIETOR/ ☐ INCL<br>PARTNERS/EXECUTIVE<br>OFFICERS ARE: ☐ EXCL | | | | WC STATUTORY LIMITS ☐ / OTHER ☐<br>EL EACH ACCIDENT<br>EL DISEASE - POLICY LIMIT<br>EL DISEASE - EA EMPLOYEE | <br>$<br>$<br>$ |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
NORTEL NETWORKS CAPITAL CORP., ALTEON WEBSYSTEMS INTERNATIONAL INC., ALTEON WEBSYSTEMS INC., ARCHITEL SYSTEMS (U.S.) CORP, CORETEK INC., NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC., NORTEL NETWORKS CABLE SOLUTION INC., NORTEL NETWORKS HPOCS INC., NORTEL NETWORKS INTERNATIONAL INC., NORTEL NETWORKS OPTICAL COMPONENTS INC., NORTHERN TELECOM INTERNATIONAL INC., QTERA CORP, SONOMA SYSTEMS, XROS INC. ARE INCLUDED IN THE COVERAGE ABOVE.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| TO WHOM IT MAY CONCERN | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE OPTIONAL GLOBAL FIELD<br>*Sarah Hughes*　　　　　　　　　　SARAH HUGHES |

ACORD 25-S (1/95)　　　　　　　　　　　　　　　　　© ACORD CORPORATION 1988

27CERTPROS.FP5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re ___Nortel Networks Inc., et al.___         **Case No.**_____09-10138(KG)_____
           Debtor

### INITIAL MONTHLY OPERATING REPORT

**Evidence of Debtor in Possession Bank Accounts**

**General Operating Account**

# EXHIBIT C

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Banc of America Securities LLC | 100 Federal Street Boston, MA 02110 | Nortel Networks Inc. (2001) | Investment (Money Market Funds) | XXXXXX-XXXXXX-969 |
| Bank of America | 3985 Collection Center Drive Dallas, TX, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXXX-432 |
| Bank of America | 3985 Collection Center Drive Dallas, TX, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXXX-519 |
| Bank of America | 6000 Feldwood Rd. Atlanta, GA, USA | Nortel Networks Inc. (2001) | Payroll | XXXXXXX-623 |
| Bank of America | 231 South LaSalle Street, 14th Floor Chicago, IL, USA | Nortel Networks Inc. (2001) | VEBA Trust | XXXXXXXXXXX-650 |
| Bank of America | 27th Floor, Philamlife Tower, 8767 Paseo de Rozas, Makati City, Philippines | Nortel Networks International Inc. (2115) | PHP Currency | XXXXX-XXXXX-010 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Treasury | XXXXX-444 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Receipts | XXXXX-078 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Receipts | XXXXX-403 |
| Citibank | 123 Front St. West Suite 1900 Toronto, Ontario, Canada | Nortel Networks Inc. (2001) | Canadian Dollar Trade Disbursements | XXXXXXX-007 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-182 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-851 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Sales Taxes Disbursements | XXXXX-426 |

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-054 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-453 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Employee Benefits | XXXXX-089 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Travel Expenses | XXXXX-097 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Employee Expenses | XXXXX-062 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Employee Expenses | XXXXX-086 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Flexible Spending Benefits | XXXXX-505 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Stock Option Settlement | XXXXX-075 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Capital Corporation (2110) | Operating Account | XXXXX-438 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-977 |
| Deutsche Bank | Venture Capital Group Baltimore, MD, USA | Nortel Networks Inc. (2001) | Brokerage | XXX-519 |
| Morgan Stanley | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Brokerage | XXXXXXXXXX-502 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re   Nortel Networks Inc., et al.          **Case No.**    09-10138(KG)
        Debtor

## INITIAL MONTHLY OPERATING REPORT

**Retainers Paid (Form IR-2)**

In re Nortel Networks Inc., et al.
Debtor

Case No.  09-10138(KG)
Reporting Period: Initial Report

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer[1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Nortel Networks Inc | 1/2/2009 | LCT90021218500 | Cleary Gottlieb Steen & Hamilton LLP | 1,250,000 | 0 | 1,250,000 |
| Nortel Networks Inc | 1/7/2009 | LCT900070332200 | Morris Nichols Arsht & Tunnell LLP | 250,000 | 0 | 250,000 |
| Nortel Networks Inc | 1/7/2009 | LCT900070331700 | Morris Nichols Arsht & Tunnell LLP | 50,000 | 0 | 50,000 |
| Nortel Networks Inc | 1/12/2009 | LCT9012124770 | Epiq Bankruptcy Solutions LLC | 50,000 | 0 | 50,000 |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)