## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Initial Monthly Operating Report** was caused to be made on January 29, 2009, in the manner indicated upon the entities identified below:

Dated: January 29, 2009

*/s/ Ann Cordo*
Ann C. Cordo (No. 4817)

| **BY HAND DELIVERY:** | **BY FIRST CLASS U.S. MAIL:** |
|---|---|
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | Fred S. Hodara, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036 |
| Patrick Tinker, Esquire<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE  19801 | |

2708232.1