UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------- x
:
In re:                                      :    Chapter 11
                                            :
NORTEL NETWORKS, INC., *et al.*,            :    Case No. 09-10138 (KG)
                                            :    (Jointly Administered)
                    Debtors.                :
                                            :
------------------------------------------------------------- x

## NOTICE OF RECLAMATION DEMAND BY VOLEX, INC.

**PLEASE TAKE NOTICE** that on January 28, 2009, Volex, Inc. made its written demand for reclamation of goods (the "Reclamation Notice"). A copy of the Reclamation Notice is attached hereto as Annex 1.

Dated: January 28, 2009

                                                      Respectfully submitted,

                                                      WILMER CUTLER PICKERING
                                                      HALE and DORR LLP

                                                      */s/*

                                                      George W. Shuster, Jr.
                                                      Lisa Jack
                                                      60 State Street
                                                      Boston, Massachusetts 02109
                                                      Telephone: (617) 526-6572
                                                      Facsimile: (617) 526-5000

                                                      *Counsel to Volex, Inc.*