# ANNEX 1

USIDOCS 7044121v1



**Volex, Inc.**
915 Tate Blvd. S.E.
Suite 130
Hickory, N.C. 28602
U.S.A

Telephone:(828)485-4500
Facsimile: (828)485-4505

January 27, 2009

**By First-Class Mail, Federal Express, and Certified Mail, Return Receipt Requested**

Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN  37228
Attn: Lynn Egan

RE:   <u>Reclamation Demand of Volex, Inc.</u>

Ladies and Gentlemen:

  This demand and request are made for the purpose of providing notice to you of, and perfecting, the rights of Volex, Inc. (the "**Creditor**") under the Uniform Commercial Code, as in effect in the relevant jurisdiction(s) and as may be amended (the "**UCC**"), and the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, as in effect and as may be amended (the "**Bankruptcy Code**").

  Please be advised that, pursuant to Article 2, Section 2-702(2), of the UCC, and Section 546(c) of the Bankruptcy Code (11 U.S.C. § 546(c)), the Creditor hereby demands reclamation of all goods sold by the Creditor to Nortel Networks Inc. (the "**Debtor**") and received by the Debtor on or after November 30, 2008, or such other date as is determined relevant for purposes of Section 546(c) (the "**Goods**"), including, without limitation, Goods described on <u>Exhibit A</u> hereto, which referenced Goods have a total invoice price of $42,095.75. Also attached as <u>Exhibit B</u> hereto are the invoices for such Goods.

  To the extent that the Goods (or a portion thereof) were received by the Debtor on or after December 25, 2008 and before January 14, 2009 (or such other dates as determined relevant for purposes of Section 503(b)(9)), the Creditor hereby requests that the Debtors promptly remit to the Creditor payment for such Goods (or such portion thereof) as an administrative expense of the Debtors' bankruptcy estates, in accordance with Bankruptcy Code Section 503(b)(9) (11 U.S.C. § 503(b)(9)).

  In addition, to the extent that the Goods (or a portion thereof) were received by the Debtors on or after January 14, 2009 (or such other date as determined relevant for purposes of Section 503(b)(1)), the Creditor requests that the Debtors promptly remit to the Creditor payment

US1DOCS 7038830v1

for such Goods (or such portion thereof) as an administrative expense of the Debtors' bankruptcy estates, in accordance with Bankruptcy Code Section 503(b)(1) (11 U.S.C. § 503(b)(1)).

The Creditor understands that any reclamation and administrative expense claims and recoveries thereon may be subject to approval of the United States Bankruptcy Court for the District of Delaware or another court of competent jurisdiction.

This letter and the rights and remedies asserted herein are without prejudice to other rights and remedies of the Creditor under applicable law, all of which are expressly reserved.

Very truly yours,

Jamie Stuart
President
Volex, Inc.
915 Tate Blvd. SE  Ste 130
Hickory, NC 28602

cc:

Attn: Lynn Egan
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228
(By Federal Express and First-Class Mail)

Attn: Senior Manager, Brand Management
 for Access Networks
Nortel Networks Inc.
5555 Wayward Parkway
Alpharetta, Georgia 30004
(By Federal Express and First-Class Mail)

Attn: Counsel, Supply Management
        Solutions Law
Nortel Networks Inc.
Law Department
2221 Lakeside Boulevard
Richardson, Texas 75082
(By Federal Express and First-Class Mail)

Attn: Supply Management, OEM Contracts
Nortel Networks Limited
8200 Dixie Road
Brampton, Ontario
Canada, L6T 5P6
(By Federal Express and First-Class Mail)

Nortel Networks Inc. Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
(By Federal Express and First-Class Mail)

James L. Bromley
CLEARY, GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
(By Email and First-Class Mail)

Derek C. Abbott
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street, 18th Floor
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
(By Email and First-Class Mail)

US1DOCS 7038830v1