*Exhibit A: Schedule of Goods*

Reclamation Demand of Volex, Inc.

| | Customer | Inv # | PO # | Invoice Date | Material Recv'd | Amt Due |
|---|---|---|---|---|---|---|
| 1 | NORTEL NETWORKS | 91014551 | TD0000090916 | 12/4/2008 | 12/5/2008 | $ 8,400.00 |
| 2 | NORTEL NETWORKS | 91015027 | 4503567219 | 12/12/2008 | 12/12/2008 | $ 4,801.50 |
| 3 | NORTEL NETWORKS | 91015504 | 4503567219 | 12/23/2008 | 12/24/2008 | $ 87.30 |
| 4 | NORTEL NETWORKS | 91015846 | 4503666920 | 12/31/2008 | 1/8/2009 | $ 4,249.08 |
| 5 | NORTEL NETWORKS | 91015845 | 4503666946 | 12/31/2008 | 1/8/2009 | $ 3,644.14 |
| 6 | NORTEL NETWORKS | 91015948 | 4503666909 | 1/2/2009 | 1/8/2009 | $ 4,369.00 |
| 7 | NORTEL NETWORKS | 91016036 | 4503666952 | 1/3/2009 | 1/8/2009 | $ 6,018.33 |
| 8 | NORTEL NETWORKS | 91016935 | 4503666803 | 1/19/2009 | 1/16/2009 | $ 10,526.40 |
| | | | | | Total | $ 42,095.75 |