_Exhibit B: Invoices of Goods_

USIDOCS 7038830v1

TAB 1
INVOICE 91014551



Remit to:
Volex Inc.
P.O. Box 951885
Dallas, TX  75395-1885

Phone: (828) 485-4500
Fax:    (828) 485-4504

# INVOICE

| | |
|---|---|
| Invoice No. | 91014551  ** |
| Invoice Date | 12/04/08 |

| Sold To: | 470 | Ship To: | 1327 |
|---|---|---|---|
| NORTEL - CORPORATE ACCOUNT | | NORTEL | |
| ATTN: ACCTS PAYABLE NORTEL | | c/o MENLO LOGISTICS | |
| P.O. BOX 280510 | | 6200 EAST DIVISION STREET | |
| NASHVILLE, | | LEBANON | |
| TN     USA     37228 | | TN     USA     37090 | |

| Order # | Order Date | Customer Order | Sleper | FOB | Terms |
|---|---|---|---|---|---|
| 9929 | 8/26/08 | TD0000090916 | 74 | Hermosillo, MX | NET 60 |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | | Customer Item | | Description | | | |
| 2 | 5000 | 5000 | 0 | N0105747 | 1.6800 | EA | 8,400.00 |
| | | | | NORTEL  5-15/C13 REV 01 | | | |
| | PACKING SLIP - N/A | | | PRO # N/A | | | |

|  | | |
|---|---|---|
| Sub Total | | 8,400.00 |
| Total US Dollars | | 8,400.00 |

```
** DO NOT SHIP MORE THAN PURCHASED QUANTITY ***
*****************************************************
*** DO NOT SHIP MORE THAN PURCHASED QUANTITY ***
#######################################################
#  Please contact Sai Vang at (828)485-1223 or   #
#  email sai_vang@volex.com with any questions   #
#                                                 #
#  SHIP VIA AS FOLLOWS:                           #
#  Less than 110 lbs. CONTACT CUSTOMER SERVICE    #
#  Greater than 110 lbs. CONWAY FREIGHT COLLECT   #
#######################################################
```

**Volex Inc prefers invoice settlement be made by electronic funds transfer.**

Remittance Instructions for Wire Payments:

Volex, Inc.
C/O Wachovia Bank, N.A.
200 1st Ave NE
Hickory, NC 28601

Account #:  2000024873583
Bank ABA #: 053000219      Wire transfers only
Bank ABA #: 053101626      ACH and EFT Payments
SWIFT Code: PNBPUS33       (for International Wire transfer)
Tax ID#:    04-2674743

No return of merchandise unless authorized within 30 days of invoice.

Shipped From:

PACKING LIST AND
CERTIFICATE OF COMPLIANCE

**Volex Power Products Inc/Shenk**
C/O Shenker Logistics
990 East 233rd Street
Carson
CA        90745     USA

Page  1
Packing Slip IS101004
Ship Date 12/03/08
VOLEX SID # VOL258952

Order Number 861500

Ship to
NORTEL INC.
REF:PO TD0000090916
6200 EAST DIVISION STREET
915 TATE BLVE SUITE 130
LEBANON
TN      37090    USA

Sold to 950382
VOLEX - N. CAROLINA
ATTN : ACCOUNTS PAYABLE
915 TATE BLVE SUITE 130
HICKORY
NC      28602    USA

---

CUST PO    009929SV          Carrier        Freight Collect
                                    CONWAY

---

| LINE | VOLEX PART #/ CUSTOMER PART # | ITEM DESCRIPTION | QUANTITY SHIPPED | COUNTRY OF ORIGIN |
|------|-------------------------------|------------------|------------------|-------------------|
| 2 | N0105747-AVW N0105747 | N0105747 (REV 03.0003) GSLUSSER customer PO TD0000090916 customer price $ 1.68 ea ship Conway Freight Collect | 5000.000 | CHN |

This is to certify that all product shipped by Volex, Inc., is
manufactured, inspected and tested in accordance with all material
and product specifications as agreed to with our customers.
Further, the product is in conformance with the appropriate test
procedures and all specified regulatory requirements.

---

### PRO Tracking (as of 1/22/09 11:19 AM Eastern Time)

| | |
|---|---|
| Status: PRO: 656444246 | Delivered by Nashville, TN |
| Pickup/Delivery | Pickup: 12/2/08   Dlvr: 12/5/08 |
| Shipper | Volex Power Products % Shenker Logistics<br>990 E 233rd St<br>Carson CA 90745 |
| Consignee | Nortel Inc 6200 East Division St<br>6200 E Division St<br>Lebanon TN 37090 - 1211 |
| Consignee Signature | Nwoye<br>signed on Dec 5, 2008 at 12:10 PM |
| Bill-To | Nortel Networks % Aims Logistics<br>PO Box 1150<br>Collierville TN 38027 - 1150 |
| Destination Service Center | Nashville, TN |
| Reference Nbr | PRO: 656444246<br>PO# 861500<br>PO# TD0000090916<br>SN# VOL258952 |
| Shipment Details | Collect<br>Pcs 3<br>Wgt 2,220 lbs |

TAB 2
INVOICE 91015027



Remit to:
Volex Inc.
P.O. Box 951885
Dallas, TX  75395-1885

Phone: (828) 485-4500
Fax:    (828) 485-4504

# INVOICE

| | |
|---|---|
| Invoice No. | 91015027  ** |
| Invoice Date | 12/12/08 |

| Sold To: | 470 | Ship To: | 564 |
|---|---|---|---|

Sold  470
To:  NORTEL - CORPORATE ACCOUNT
ATTN: ACCTS PAYABLE NORTEL
P.O. BOX 280510
NASHVILLE,
TN       USA       37228

Ship  564
To:  NORTEL NETWORKS

4001 E. CHAPEL HILL NELSON HWY
RTP
NC       USA       27709

| Order # | Order Date | Customer Order | Shiper | FOB | Terms |
|---|---|---|---|---|---|
| 14335 | 11/13/08 | 4503567219 | 74 | Tijuana, Mexico | NET 60 |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | Customer Item | | | Description | | | |
| 5 | 165 | 100 | 0 | NTOH49ACE6 RWK | 29.1000 | EA | 2,910.00 |
| | | | | Rev.2 Version 2 Assembled | | | |
| | PACKING SLIP - PT533467 12/11/2008 | | | PRO # 986261867271 | | | |
| 5 | 165 | 65 | 0 | NTOH49ACE6 RWK | 29.1000 | EA | 1,891.50 |
| | | | | Rev.2 Version 2 Assembled | | | |
| | PACKING SLIP - PT533468 12/11/2008 | | | PRO # 986261867320 | | | |

| | | |
|---|---|---|
| Sub Total | | 4,801.50 |
| Total | | 4,801.50 |
| US Dollars | | |

---

**Volex Inc prefers invoice settlement be made by electronic funds transfer.**

Remittance Instructions for Wire Payments:

Volex, Inc.
C/O Wachovia Bank, N.A.
200 1st Ave NE
Hickory, NC  28601

| | | |
|---|---|---|
| Account #: | 2000024873583 | |
| Bank ABA #: | 053000219 | Wire transfers only |
| Bank ABA #: | 053101626 | ACH and EFT Payments |
| SWIFT Code: | PNBPUS33 | (for International Wire transfer) |
| Tax ID#: | 04-2674743 | |

No return of merchandise unless authorized within 30 days of invoice.



Shipped From:                                                    PACKING LIST AND
                                                         CERTIFICATE OF COMPLIANCE

Volex Tijuana
AV. 32 SUR No 8950 G-1/D,E,F                                Page   1
Pareque Industrial La Mesa                          Packing Slip PT533467
Fracc. Rubio, Tijuana B C                              Ship Date 12/11/08
        C P 22650    MEX                            VOLEX SID # VOL293940

                                                    Order Number  14335


Ship to    3                          Sold to    564
NORTEL NETWORKS                        NORTEL NETWORKS
4001 E. CHAPEL HILL NELSON HWY          ATTN: ACCOUNTS PAYABLE
RTP                                     P.O. BOX 280130
NC      27709    USA                    NASHVILLE
                                        TN     37802    USA


CUST PO   4503567219         Carrier         Collect
                                    Federal Express Morning Del


LINE VOLEX    PART #/    ITEM DESCRIPTION              QUANTITY   COUNTRY
     CUSTOMER PART #                                   SHIPPED    OF ORIGIN


  5  NT0H49ACE6 RWK    Rev.2 Version 2 Assembled       100.000    MEX
                       ****   SHIP VIA OVERNIGHT SERVICE
                       --     FEDEX 1 to 100 lbs Acc # 160640286
                              UPS-SCS more than 100 lbs Acc # 048458210
                       * svang 11/24/08   ******************************


This is to certify that all product shipped by Volex, Inc., is
manufactured, inspected and tested in accordance with all material
and product specifications as agreed to with our customers.
Further, the product is in conformance with the appropriate test
procedures and all specified regulatory requirements.

                              _____
                                   QA Representative



Shipper and PACKING LIST AND
CERTIFICATE OF COMPLIANCE

Volex Tijuana
AV. 32 SUR No 8950 G-1/D,E,F
Pareque Industrial La Mesa
Fracc. Rubio, Tijuana B C
C P 22650   MEX

Page  1
Packing Slip PT533468
Ship Date 12/11/08
VOLEX SID # VOL293941

Order Number  14335

Ship to    3
NORTEL NETWORKS
4001 E. CHAPEL HILL NELSON HWY
RTP
NC    27709    USA

Sold to    564
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280130
NASHVILLE
TN    37802    USA

CUST PO  4503567219        Carrier        Collect
                           Federal Express Morning Del

| LINE | VOLEX PART #/ CUSTOMER PART # | ITEM DESCRIPTION | QUANTITY SHIPPED | COUNTRY OF ORIGIN |
|---|---|---|---|---|
| 5 | NT0H49ACE6 RWK | Rev.2 Version 2 Assembled | 65.000 | MEX |

```
**** SHIP VIA OVERNIGHT SERVICE
--   FEDEX 1 to 100 lbs Acc # 160640286
     UPS-SCS more than 100 lbs Acc # 048458210
* svang 11/24/08  *****************************
```

This is to certify that all product shipped by Volex, Inc., is
manufactured, inspected and tested in accordance with all material
and product specifications as agreed to with our customers.
Further, the product is in conformance with the appropriate test
procedures and all specified regulatory requirements.

QA Representative

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 986261867320                                                    ✉ E-

# Delivered

Initiated    Picked up    In transit    Delivered

Delivered
Signed for by:  J.BROWN

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ   Dec 11, 2008<br>Delivery date ⓘ   Dec 12, 2008 9:30 AM | DURHAM, NC<br>Proof of Delivery ⓘ |

## Shipment Facts

| Service type | Priority Overnight | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 18.0 lbs/8.2 kg | Reference | NT0H49ACE6 RWK 20E |
| | | Purchase order<br>number | 4503567219 ORDEr:14: |

## Shipment Travel History

Select time zone:  Select        ⌄                                           Select time form:

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 12, 2008 9:30 AM | Delivered | RESEARCH TRIANGLE PARK, NC | |
| Dec 12, 2008 9:11 AM | On FedEx vehicle for delivery | DURHAM, NC | |
| Dec 12, 2008 7:31 AM | At local FedEx facility | DURHAM, NC | |
| Dec 12, 2008 5:39 AM | At dest sort facility | RALEIGH, NC | |
| Dec 12, 2008 4:38 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| Dec 12, 2008 2:35 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Dec 11, 2008 6:03 PM | Left FedEx origin facility | SAN DIEGO, CA | |
| Dec 11, 2008 3:35 PM | Picked up | SAN DIEGO, CA | |
| Dec 11, 2008 2:52 PM | Shipment information sent to FedEx | | |

TAB 3
INVOICE 91015504



Remit to:
Volex Inc.
P.O. Box 951885
Dallas, TX  75395-1885

Phone: (828) 485-4500
Fax:    (828) 485-4504

# INVOICE

| Invoice No. | 91015504  ** |
|---|---|
| Invoice Date | 12/23/08 |

| Sold To: | 470<br>NORTEL - CORPORATE ACCOUNT<br>ATTN: ACCTS PAYABLE NORTEL<br>P.O. BOX 280510<br>NASHVILLE,<br>TN     USA     37228 | Ship To: | 564<br>NORTEL NETWORKS<br><br>4001 E. CHAPEL HILL NELSON HWY<br>RTP<br>NC     USA     27709 |
|---|---|---|---|

| Order # | Order Date | Customer Order | Ship per | FOB | Terms |
|---|---|---|---|---|---|
| 14335 | 11/13/08 | 4503567219 | 74 | Tijuana, Mexico | NET 60 |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | Customer Item | | | Description | | | |
| 2 | 3 | 3 | 0 | NT0H49ACE6 RWK | 29.1000 | EA | 87.30 |
| | | | | NPI Version2 Assembled | | | |

PACKING SLIP - PT533900 12/23/2008  PRO # 986261872167

| | |
|---|---|
| Sub Total | 87.30 |
| Total<br>US Dollars | 87.30 |

**Volex Inc prefers invoice settlement be made by electronic funds transfer.**

Remittance Instructions for Wire Payments:

Volex, Inc.
C/O Wachovia Bank, N.A.
200 1st Ave NE
Hickory, NC  28601

| Account #: | 2000024873583 | |
|---|---|---|
| Bank ABA #: | 053000219 | Wire transfers only |
| Bank ABA #: | 053101626 | ACH and EFT Payments |
| SWIFT Code: | PNBPU933 | (for International Wire transfer) |
| Tax ID#: | 04-2674743 | |

No return of merchandise unless authorized within 30 days of invoice.



Shipped From:

PACKING LIST AND
CERTIFICATE OF COMPLIANCE

Volex Tijuana
AV. 32 SUR No 8950 G-1/D,E,F            Page  1
Pareque Industrial La Mesa       Packing Slip PT533900
Fracc. Rubio, Tijuana B C          Ship Date 12/22/08
        C P 22650    MEX           VOLEX SID # VOL294392

                                 Order Number   14335

Ship to    3                     Sold to    564
NORTEL NETWORKS                  NORTEL NETWORKS
4001 E. CHAPEL HILL NELSON HWY   ATTN: ACCOUNTS PAYABLE
RTP                              P.O. BOX 280130
NC    27709    USA               NASHVILLE
                                 TN    37802    USA

CUST PO   4503567219      Carrier        Collect
                              Federal Express Morning Del

LINE VOLEX    PART #/   ITEM DESCRIPTION            QUANTITY   COUNTRY
     CUSTOMER PART #                                SHIPPED    OF ORIGIN

  2  NT0H49ACE6 RWK    Rev.2 Version 2 Assembled       3.000    MEX
                       ****  SHIP VIA OVERNIGHT SERVICE
                       --     FEDEX 1 to 100 lbs Acc # 160640286
                              UPS-SCS more than 100 lbs Acc # 048458210
                       * svang 11/24/08  *****************************

This is to certify that all product shipped by Volex, Inc., is
manufactured, inspected and tested in accordance with all material
and product specifications as agreed to with our customers.
Further, the product is in conformance with the appropriate test
procedures and all specified regulatory requirements.

                              _____
                              QA Representative

Page 1 of 2

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

Tracking no.: 986261872167                                                    ✉ E-

## Delivered

Initiated    Picked up    In transit    Delivered

Delivered
Signed for by:  B.WOODS

Shipment Dates                                         Destination

Ship date ⑦  Dec 22, 2008                              DURHAM, NC
Delivery date ⑦   Dec 24, 2008 11:30 AM                Proof of Delivery ⑦

## Shipment Facts

| Service type | Priority Overnight | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 5.0 lbs/2.3 kg | Reference | NT0H49ACE6 RWK 3E/ |
| | | Purchase order number | 4503567219 ORDEr:14: |

## Shipment Travel History

Select time zone:  Select       ⌄                                   Select time form:

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 24, 2008 11:30 AM | Delivered | RESEARCH TRIANGLE PARK, NC | |
| Dec 24, 2008 11:25 AM | On FedEx vehicle for delivery | DURHAM, NC | |
| Dec 24, 2008 8:34 AM | At local FedEx facility | DURHAM, NC | |
| Dec 23, 2008 10:14 PM | At dest sort facility | RALEIGH, NC | |
| Dec 23, 2008 3:48 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Dec 23, 2008 10:15 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| Dec 23, 2008 2:05 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Dec 22, 2008 6:00 PM | Left FedEx origin facility | SAN DIEGO, CA | |
| Dec 22, 2008 4:08 PM | Picked up | SAN DIEGO, CA | |
| Dec 22, 2008 1:46 PM | Shipment information sent to FedEx | | |

TAB 4
INVOICE 91015846



Remit to:
Volex Inc.
P.O. Box 951885
Dallas, TX  75395-1885

# INVOICE

Phone: (828) 485-4500
Fax:    (828) 485-4504

| | |
|---|---|
| Invoice No. | 91015846  ** |
| Invoice Date | 12/31/08 |

| Sold To: | 470 | Ship To: | 564 |
|---|---|---|---|
| | NORTEL - CORPORATE ACCOUNT | | NORTEL NETWORKS |
| | ATTN: ACCTS PAYABLE NORTEL | | c/o Menlo Logistics |
| | P.O. BOX 280510 | | 6200 E. Division |
| | NASHVILLE, | | LEBANON |
| | TN       USA       37228 | | TN       USA       37090 |

| Order # | Order Date | Customer Order | Sl sper | FOB | Terms |
|---|---|---|---|---|---|
| 16940 | 12/29/08 | 4503666920 | 1 | Tijuana, Mexico | NET 60 |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | Customer Item | | | Description | | | |
| 1 | 148 | 148 | 0 | NT8D80BZE6 | 28.7100 | EA | 4,249.08 |
| | | | | Rev.R02C04 Cpu Interface Cbl | | | |
| PACKING SLIP - PT534223 12/31/2008  PRO # 1Z59A9R70347432026 | | | | | | | |

|  |  |
|---|---|
| Sub Total | 4,249.08 |
| Total | 4,249.08 |
| US Dollars | |

SHIP VIA FEDEX ECONOMY  - call 800-463-3339
=========================================================

**Volex Inc prefers invoice settlement be made by electronic funds transfer.**

Remittance Instructions for Wire Payments:

| Volex, Inc. | Account #: | 2000024873583 | |
|---|---|---|---|
| C/O Wachovia Bank, N.A. | Bank ABA #: | 053000219 | Wire transfers only |
| 200 1st Ave NE | Bank ABA #: | 053101626 | ACH and EFT Payments |
| Hickory, NC  28601 | SWIFT Code: | PNBPUS33 | (for International Wire transfer) |
| | Tax ID#: | 04-2674743 | |

No return of merchandise unless authorized within 30 days of invoice.



Shipped From:

Volex Tijuana
AV. 32 SUR No 8950 G-1/D,E,F
Pareque Industrial La Mesa
Fracc. Rubio, Tijuana B C
C P 22650 · MEX

PACKING LIST AND
CERTIFICATE OF COMPLIANCE

Page   1
Packing Slip PT534223
Ship Date 12/30/08
VOLEX SID # VOL294748

Order Number   16940

Ship to 6200
NORTEL NETWORKS
c/o Menlo Logistics
6200 E. Division
LEBANON
TN    37090    USA

Sold to    564
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280130
NASHVILLE
TN    37802    USA

---

CUST PO   4503666920        Carrier         Collect
                            United Parcel Service - Regula

---

| LINE | VOLEX PART #/ CUSTOMER PART # | ITEM DESCRIPTION | QUANTITY SHIPPED | COUNTRY OF ORIGIN |
|------|------------------------------|------------------|------------------|-------------------|
| 1 | NT8D80BZE6 | Rev.R02C04 Cpu Interface Cbl | 148.000 | MEX |



⊠Close Window

# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 59A 9R7 03 4743 202 6 |
| Type: | Package |
| Status: | Delivered |
| Delivered On: | 01/08/2009 1:01 P.M. |
| Signed By: | STARNES |
| Location: | DOCK |
| Delivered To: | LEBANON, TN, US |
| Shipped/Billed On: | 12/31/2008 |
| Service: | GROUND |
| Weight: | 16.10 Lbs |
| Multiple Packages: | 9 |

## Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| NASHVILLE, TN, US | 01/08/2009 | 1:01 P.M. | DELIVERY |
| | 01/08/2009 | 6:34 A.M. | OUT FOR DELIVERY |
| | 01/08/2009 | 3:05 A.M. | ARRIVAL SCAN |
| NASHVILLE, TN, US | 01/07/2009 | 9:02 P.M. | DEPARTURE SCAN |
| | 01/07/2009 | 7:41 P.M. | ARRIVAL SCAN |
| MEMPHIS, TN, US | 01/07/2009 | 3:43 P.M. | DEPARTURE SCAN |
| MEMPHIS, TN, US | 01/06/2009 | 2:34 P.M. | ARRIVAL SCAN |
| LOS ANGELES, CA, US | 01/03/2009 | 3:26 A.M. | DEPARTURE SCAN |
| | 01/03/2009 | 12:02 A.M. | ARRIVAL SCAN |
| SAN DIEGO, CA, US | 01/02/2009 | 9:30 P.M. | DEPARTURE SCAN |
| | 01/02/2009 | 7:23 P.M. | ORIGIN SCAN |
| US | 12/31/2008 | 2:21 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 01/22/2009 4:53 P.M. ET