TAB 5
INVOICE 91015845



Remit to:
Volex Inc.
P.O. Box 951885
Dallas, TX 75395-1885

Phone: (828) 485-4500
Fax:   (828) 485-4504

# INVOICE

Invoice No.   91015845 **

Invoice Date  12/31/08

Sold To: 470
NORTEL - CORPORATE ACCOUNT
ATTN: ACCTS PAYABLE NORTEL
P.O. BOX 280510
NASHVILLE,
TN    USA    37228

Ship To: 564
NORTEL NETWORKS
c/o Menlo Logistics
6200 E. Division
LEBANON
TN    USA    37090

| Order # | Order Date | Customer Order | Shiper | FOB | Terms |
|---|---|---|---|---|---|
| 16937 | 12/29/08 | 4503666946 | 1 | Tijuana, Mexico | NET 60 |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | Customer Item | | | Description | | | |
| 2 | 58 | 58 | 0 | A0406482<br>R01 CP03 NTND14BA | 62.8300 | EA | 3,644.14 |

PACKING SLIP - PT534224 12/31/2008   PRO # 1Z59A9R70349992794

Sub Total    3,644.14

Total        3,644.14
US Dollars

SHIP VIA FEDEX ECONOMY - call 800-463-3339
==================================================

---

Volex Inc prefers invoice settlement be made by electronic funds transfer.
Remittance Instructions for Wire Payments:

Volex, Inc.
C/O Wachovia Bank, N.A.
200 1st Ave NE
Hickory, NC 28601

Account #:  2000024873583
Bank ABA #: 053000219   Wire transfers only
Bank ABA #: 053101626   ACH and EFT Payments
SWIFT Code: PNBPUS33    (for International Wire transfer)
Tax ID#:    04-2674743

Shipped From:



PACKING LIST AND
CERTIFICATE OF COMPLIANCE

Volex Tijuana
AV. 32 SUR No 8950 G-1/D,E,F
Pareque Industrial La Mesa
Fracc. Rubio, Tijuana B C
C P 22650   MEX

Page   1
Packing Slip PT534224
Ship Date 12/30/08
VOLEX SID # VOL294749

Order Number   16937

Ship to 6200
NORTEL NETWORKS
c/o Menlo Logistics
6200 E. Division
LEBANON
TN      37090    USA

Sold to    564
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280130
NASHVILLE
TN      37802    USA

CUST PO    4503666946        Carrier         Collect
                              United Parcel Service - Regula

| LINE | VOLEX PART #/ CUSTOMER PART # | ITEM DESCRIPTION | QUANTITY SHIPPED | COUNTRY OF ORIGIN |
|---|---|---|---|---|
| 2 | A0406482 | R01 CP03 NTND14BA | 58.000 | MEX |

❏Close Window



# Tracking Detail

Your package has been delivered.

| | |
|---|---|
| Tracking Number: | 1Z 59A 9R7 03 4999 279 4 |
| Type: | Package |
| Status: | Delivered |
| Delivered On: | 01/08/2009 1:01 P.M. |
| Signed By: | STARNES |
| Location: | DOCK |
| Delivered To: | LEBANON, TN, US |
| Shipped/Billed On: | 12/31/2008 |
| Service: | GROUND |
| Weight: | 16.50 Lbs |
| Multiple Packages: | 9 |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| NASHVILLE, TN, US | 01/08/2009 | 1:01 P.M. | DELIVERY |
| | 01/08/2009 | 6:28 A.M. | OUT FOR DELIVERY |
| | 01/08/2009 | 3:05 A.M. | ARRIVAL SCAN |
| NASHVILLE, TN, US | 01/07/2009 | 9:02 P.M. | DEPARTURE SCAN |
| | 01/07/2009 | 7:41 P.M. | ARRIVAL SCAN |
| MEMPHIS, TN, US | 01/07/2009 | 3:43 P.M. | DEPARTURE SCAN |
| MEMPHIS, TN, US | 01/06/2009 | 2:34 P.M. | ARRIVAL SCAN |
| LOS ANGELES, CA, US | 01/03/2009 | 3:26 A.M. | DEPARTURE SCAN |
| | 01/03/2009 | 12:02 A.M. | ARRIVAL SCAN |
| SAN DIEGO, CA, US | 01/02/2009 | 9:30 P.M. | DEPARTURE SCAN |
| | 01/02/2009 | 7:23 P.M. | ORIGIN SCAN |
| US | 12/31/2008 | 2:21 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 01/22/2009 4:52 P.M. ET

TAB 6
INVOICE 91015948



Remit to:
Volex Inc.
P.O. Box 951885
Dallas, TX  75395-1885

Phone: (828) 485-4500
Fax:   (828) 485-4504

# INVOICE

Invoice No.   91015948  **

Invoice Date   1/02/09

Sold To:  470
NORTEL - CORPORATE ACCOUNT
ATTN: ACCTS PAYABLE NORTEL
P.O. BOX 280510
NASHVILLE,
TN    USA    37228

Ship To:  564
NORTEL NETWORKS
c/o Menlo Logistics
6200 E. Division
LEBANON
TN    USA    37090

| Order # | Order Date | Customer Order | Shpr | FOB | Terms |
|---|---|---|---|---|---|
| 16938 | 12/29/08 | 4503666909 | 1 | Tijuana, Mexico | NET 60 |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | Customer Item | | | Description | | | |
| 1 | 100 | 100 | 0 | NTCK80AAE6 | 43.6900 | EA | 4,369.00 |
| | | | | RP01 C05 N0107004  Nortel | | | |
| PACKING SLIP - PT534286  1/01/2009  PRO # 1Z59A9R70348313046 | | | | | | | |

Sub Total    4,369.00

Total    4,369.00
US Dollars

SHIP VIA FEDEX ECONOMY  - call 800-463-3339
==================================================

Volex Inc prefers invoice settlement be made by electronic funds transfer.
Remittance Instructions for Wire Payments:

Volex, Inc.
C/O Wachovia Bank, N.A.
200 1st Ave NE
Hickory, NC 28601

Account #:  2000024873583
Bank ABA #: 053000219       Wire transfers only
Bank ABA #: 053101626       ACH and EFT Payments
SWIFT Code: PNBPUS33        (for International Wire transfer)
Tax ID#:    04-2674743

No return of merchandise unless authorized within 30 days of invoice.



Shipped From:  PACKING LIST AND
CERTIFICATE OF COMPLIANCE

Volex Tijuana
AV. 32 SUR No 8950 G-1/D,E,F
Pareque Industrial La Mesa
Fracc. Rubio, Tijuana B C
C P 22650    MEX

Page   1
Packing Slip PT534286
  Ship Date 12/31/08
VOLEX SID # VOL294812

Order Number   16938

Ship to 6200
NORTEL NETWORKS
c/o Menlo Logistics
6200 E. Division
LEBANON
TN     37090    USA

Sold to    564
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280130
NASHVILLE
TN     37802    USA

| CUST PO   4503666909 | Carrier       Collect |
|---|---|
|                      | UPS Ground            |

| LINE | VOLEX PART #/ CUSTOMER PART # | ITEM DESCRIPTION | QUANTITY SHIPPED | COUNTRY OF ORIGIN |
|---|---|---|---|---|
| 1 | NTCK80AAE6 | RP01 C05 N0107004 Nortel | 100.000 | MEX |



# Tracking Detail

Your package has been delivered.

| | |
|---|---|
| Tracking Number: | 1Z 59A 9R7 03 4831 304 6 |
| Type: | Package |
| Status: | Delivered |
| Delivered On: | 01/08/2009 1:01 P.M. |
| Signed By: | STARNES |
| Location: | DOCK |
| Delivered To: | LEBANON, TN, US |
| Shipped/Billed On: | 01/02/2009 |
| Service: | GROUND |
| Weight: | 18.00 Lbs |
| Multiple Packages: | 3 |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| NASHVILLE, TN, US | 01/08/2009 | 1:01 P.M. | DELIVERY |
| | 01/08/2009 | 6:33 A.M. | OUT FOR DELIVERY |
| | 01/08/2009 | 3:05 A.M. | ARRIVAL SCAN |
| NASHVILLE, TN, US | 01/07/2009 | 9:02 P.M. | DEPARTURE SCAN |
| | 01/07/2009 | 7:41 P.M. | ARRIVAL SCAN |
| MEMPHIS, TN, US | 01/07/2009 | 3:43 P.M. | DEPARTURE SCAN |
| MEMPHIS, TN, US | 01/06/2009 | 11:37 A.M. | ARRIVAL SCAN |
| LOS ANGELES, CA, US | 01/03/2009 | 3:30 A.M. | DEPARTURE SCAN |
| | 01/03/2009 | 12:02 A.M. | ARRIVAL SCAN |
| SAN DIEGO, CA, US | 01/02/2009 | 9:30 P.M. | DEPARTURE SCAN |
| | 01/02/2009 | 6:46 P.M | ORIGIN SCAN |
| US | 01/02/2009 | 2:38 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 01/22/2009 4:51 P.M. ET

TAB 7
INVOICE 91016036



Remit to:
Volex Inc.
P.O. Box 951885
Dallas, TX  75395-1885

Phone: (828) 485-4500
Fax:   (828) 485-4504

# INVOICE

Invoice No.    91016036  **

Invoice Date    1/03/09

Sold To: 470
NORTEL - CORPORATE ACCOUNT
ATTN: ACCTS PAYABLE NORTEL
P.O. BOX 280510
NASHVILLE,
TN          USA         37228

Ship To: 564
NORTEL NETWORKS
c/o Menlo Logistics
6200 E. Division
LEBANON
TN          USA         37090

| Order # | Order Date | Customer Order | Slsper | FOB | Terms |
|---|---|---|---|---|---|
| 17015 | 12/30/08 | 4503666952 | 1 | Tijuana, Mexico | NET 60 |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | Customer Item | | | Description | | | |
| 1 | 248 | 249 | 0 | NTCK45AAE6 | 24.1700 | EA | 6,018.33 |
| | | | | R01 C03 N0107003  Nortel | | | |

PACKING SLIP - PT534552  1/04/2009   PRO # 385799595
              Portada Rev.F

                                    Sub Total         6,018.33

                                    Total             6,018.33
                                    US Dollars

SHIP VIA FEDEX ECONOMY  - call 800-463-3339
=====================================================

Volex Inc prefers invoice settlement be made by electronic funds transfer.
Remittance Instructions for Wire Payments:

Volex, Inc.
C/O Wachovia Bank, N.A.
200 1st Ave NE
Hickory, NC  28601

Account #:    2000024873583
Bank ABA #:   053000219       Wire transfers only
Bank ABA #:   053101626       ACH and EFT Payments
SWIFT Code:   PNBPUS33        (for International Wire transfer)
Tax ID#:      04-2674743

No return of merchandise unless authorized within 30 days of invoice.



PACKING LIST AND
CERTIFICATE OF COMPLIANCE

Volex Tijuana
AV. 32 SUR No 8950 G-1/D,E,F
Pareque Industrial La Mesa
Fracc. Rubio, Tijuana B C
C P 22650    MEX

Page    1
Packing Slip  PT534552
Ship Date    1/03/09
VOLEX SID #  VOL295070

Order Number   17015

Ship to 6200
NORTEL NETWORKS
c/o Menlo Logistics
6200 E. Division
LEBANON
TN     37090    USA

Sold to    564
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280130
NASHVILLE
TN     37802    USA

CUST PO   4503666952         Carrier        Collect
                             Con-Way Westerm Express

| LINE | VOLEX PART #/ CUSTOMER PART # | ITEM DESCRIPTION | QUANTITY SHIPPED | COUNTRY OF ORIGIN |
|---|---|---|---|---|
| 1 | NTCK45AAE6 | R01 C03 N0107003 Nortel | 249.000 | MEX |

## PRO Tracking (as of 1/22/09 4:56 PM Eastern Time)

| | |
|---|---|
| Status: PRO: 385799595 | Delivered by Nashville, TN |
| Pickup/Delivery | Pickup: 1/5/09   Dlvr: 1/8/09 |
| Shipper | Volex De Mexico Ramon Gonzalez<br>9355 Airway Road<br>San Diego CA 92154 |
| Consignee | Nortel Networks Menlo Logistics<br>6200 E Division St<br>Lebanon TN 37090 - 1211 |
| Consignee Signature | Nwoye<br>signed on Jan 8, 2009 at 2:35 PM |
| Bill-To | Nortel Networks % Aims Logistics<br>PO Box 1150<br>Collierville TN 38027 - 1150 |
| Destination Service Center | Nashville, TN |
| Reference Nbr | PRO: 385799595<br>PO# 4503666952 |
| Shipment Details | Collect<br>Pcs 1<br>Wgt 265 lbs |

TAB 8
INVOICE 91016935



Remit to:
Volex Inc.
P.O. Box 951885
Dallas, TX 75395-1885

Phone: (828) 485-4500
Fax:   (828) 485-4504

# INVOICE

Invoice No.   91016935

Invoice Date   1/19/09

Sold To: 1327
NORTEL NETWORKS
ATTN: ACCTS PAYABLE - NORTEL
P.O. BOX 280510
220 Athens Way  ste #300
NASHVILLE
TN            37228

Ship To: 1327
NORTEL
c/o MENLO LOGISTICS
6200 EAST DIVISION STREET
LEBANON
TN       USA       37090

| Order # | Order Date | Customer Order | Slsper | FOB | Terms |
|---|---|---|---|---|---|
| 16760 | 12/23/08 | 4503666803 | 74 | | NET 60 |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | Customer Item | | | Description | | | |
| 1 | 1020 | 1020 | 0 | NTTK16ABE6 | 3.4400 | EA | 3,508.80 |
| | | | | R01C03 N0114986 | | | |
| | PACKING SLIP - N/A | | | PRO # N/A | | | |
| 2 | 1020 | 1020 | 0 | NTTK16ABE6 | 3.4400 | EA | 3,508.80 |
| | | | | R01C03 N0114986 | | | |
| | PACKING SLIP - N/A | | | PRO # N/A | | | |
| 3 | 1020 | 1020 | 0 | NTTK16ABE6 | 3.4400 | EA | 3,508.80 |
| | | | | R01C03 N0114986 | | | |
| | PACKING SLIP - N/A | | | PRO # N/A | | | |

                                       Sub Total          10,526.40

                                       Total             10,526.40
                                       US Dollars

```
** DO NOT SHIP MORE THAN PURCHASED QUANTITY ***
*******************************************************
*** DO NOT SHIP MORE THAN PURCHASED QUANTITY ***
########################################################
#   Please contact Sai Vang at (828)485-1223 or     #
#   email sai_vang@volex.com with any questions     #
#                                                   #
#   SHIP VIA AS FOLLOWS:                            #
#   Less than 110 lbs. CONTACT CUSTOMER SERVICE     #
#   Greater than 110 lbs. CONWAY FREIGHT COLLECT    #
########################################################
```

Volex Inc prefers invoice settlement be made by electronic funds transfer.
Remittance Instructions for Wire Payments:

Volex, Inc.
C/O Wachovia Bank, N.A.
200 1st Ave NE
Hickory, NC 28601

Account #:   2000024873583
Bank ABA #:  053000219    Wire transfers only
Bank ABA #:  053101626    ACH and EFT Payments
SWIFT Code:  PNBPU833     (for International Wire transfer)
Tax ID#:     04-2674743

No return of merchandise unless authorized within 30 days of invoice.



Remit to:
Volex Inc.
P.O. Box 951888
Dallas, TX 75395-1888

Phone: (828) 485-4500
Fax: (828) 485-4504

# INVOICE

Invoice No.   969247

Invoice Date   12/30/08

| Sold To: | 950382<br>VOLEX - N. CAROLINA<br>ATTN : ACCOUNTS PAYABLE<br>915 TATE BLVE SUITE 130<br>HICKORY<br>NC   USA   28602 | Ship To: | 950382<br>Nortel<br>REF#:4503666909<br>6200 East Division Street<br>Lebanon<br>TN   USA   37090 |
|---|---|---|---|

| Order # | Order Date | Customer Order | Slsper | FOB | Terms |
|---|---|---|---|---|---|
| 386525 | 11/06/08 | 016760SV | 2 | | UPON RECEIPT |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | Customer Item | | | Description | | | |
| 1 | 1020 | 1020 | 0 | NTTK16ABE6-AVW | 1.9600 | EA | 1,999.20 |
| | NTTK16ABE6 | | | NTTK16ABE6 (REV 01.0003) | | | |
| | PACKING SLIP - IS101386 12/30/2008 | | | PRO # 656-444305 | | | |
| 2 | 1020 | 1020 | 0 | NTTK16ABE6-AVW | 1.9600 | EA | 1,999.20 |
| | NTTK16ABE6 | | | NTTK16ABE6 (REV 01.0003) | | | |
| | PACKING SLIP - IS101386 12/30/2008 | | | PRO # 656-444305 | | | |

Sub Total    3,998.40

This    3,998.40
US Dollar

GSLUSSER
CUST PO# :4503666909
CUST PRICE :$3.44 EA
SHIP conway collect
INCLUDE 3 COPIES OF SHIPPING DOCUMENTS
AND INCLUDE CUST PO# AND PRICE ON ALL DOC.

---

Volex Inc prefers invoice settlement be made by electronic funds transfer.
Remittance Instructions for Wire Payments:

Volex, Inc.
C/O Wachovia Bank, N.A.
200 1st Ave NE
Hickory, NC 28601

Account #:  2000024873596
Bank ABA #: 053000219       Wire transfers only
Bank ABA #: 053101626       ACH and EFT Payments
SWIFT Code: PNBPUS33        (for International wire transfer)
Tax ID#:    04-2674743

No return of merchandise unless authorized within 30 days of invoice.



Remit to:
Volex Inc.
P.O. Box 951888
Dallas, TX  75395-1888

Phone: (828) 485-4500
Fax:   (828) 485-4504

# INVOICE

Invoice No.     970008

Invoice Date    1/14/09

| | | | |
|---|---|---|---|
| Sold To: | 950382<br>VOLEX - N. CAROLINA<br>ATTN : ACCOUNTS PAYABLE<br><br>915 TATE BLVE SUITE 130<br>HICKORY<br>NC       USA        28602 | Ship To: | 950382<br>Nortel<br>REF#:4503666909<br>6200 East Division Street<br>Lebanon<br>TN        USA        37090 |

| Order # | Order Date | Customer Order | Ship per | FOB | Terms |
|---|---|---|---|---|---|
| 886525 | 11/06/08 | 016760SV | 2 | | UPON RECEIPT |

| Line # | Order Qty | Ship Qty | BO Qty | Part Number | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | | | | Description | | | |
| 3 | 1020 | 1020 | 0 | NTTK16ABE6-AVW | 1.9600 | EA | 1,999.20 |
| | NTTK16ABE6 | | | NTTK16ABE6 (REV 01.0003) | | | |
| | PACKING SLIP - IS101530  1/14/2009 | | | PRO # 656-444316 | | | |

                                        Sub Total        1,999.20

                                        This             1,999.20
                                        US Dollar

GSLUSSER
CUST PO# :4503666909
CUST PRICE :$3.44 EA
SHIP conway collect
INCLUDE 3 COPIES OF SHIPPING DOCUMENTS
AND INCLUDE CUST PO# AND PRICE ON ALL DOC.

---

Volex Inc prefers invoice settlement be made by electronic funds transfer.
Remittance Instructions for Wire Payments:

| | | |
|---|---|---|
| Volex, Inc.<br>C/O Wachovia Bank, N.A.<br>200 1st Ave NE<br>Hickory, NC  28601 | Account #:  2000024873596<br>Bank ABA #: 053000219<br>Bank ABA #: 053101626<br>SWIFT Code: PNBPU933<br>Tax ID#:    04-2674743 | Wire transfers only<br>ACH and EFT Payments<br>(for International wire transfer) |

No return of merchandise unless authorized within 30 days of invoice.

```
Shipped From:                                              PACKING LIST AND
                                                        CERTIFICATE OF COMPLIANCE
  Volex Power Products Inc/Shenk
  C/O Shenker Logistics                                          Page   1
  990 East 233rd Street                          Packing Slip IS101386
  Carson                                           Ship Date 12/30/08
  CA       90745      USA                         VOLEX SID # VOL259206

                                                 Order Number 886525


Ship to                            Sold to 950382
Nortel                             VOLEX - N. CAROLINA
REF#:4503666909                    ATTN : ACCOUNTS PAYABLE
6200 East Division Street          915 TATE BLVE SUITE 130
Lebanon                            HICKORY
TN       37090    USA              NC       28602     USA


CUST PO    016760SV         Carrier          Freight Collect
                              CONWAY


LINE VOLEX    PART #/   ITEM DESCRIPTION             QUANTITY      COUNTRY
      CUSTOMER PART #                                SHIPPED       OF ORIGIN

  1  NTTK16ABE6-AVW     NTTK16ABE6 (REV 01.0003)     1020.000      CHN
     NTTK16ABE6
  2  NTTK16ABE6-AVW     NTTK16ABE6 (REV 01.0003)     1020.000      CHN
     NTTK16ABE6
                        GSLUSSER
                        CUST PO# :4503666909
                        CUST PRICE :$3.44 EA
                        SHIP conway collect
                        INCLUDE 3 COPIES OF SHIPPING DOCUMENTS
                        AND INCLUDE CUST PO# AND PRICE ON ALL DOC.
```

This is to certify that all product shipped by Volex, Inc., is manufactured, inspected and tested in accordance with all material and product specifications as agreed to with our customers. Further, the product is in conformance with the appropriate test procedures and all specified regulatory requirements.

Tracking Results                                                                            Page 1 of 1

## PRO Tracking (as of 1/22/09 11:20 AM Eastern Time)

| | |
|---|---|
| Status: PRO: 656444305 | Delivered by Nashville, TN |
| Pickup/Delivery | Pickup: 12/29/08   Dlvr: 1/5/09 |
| Shipper | Schenker Inc<br>990 E 233rd St<br>Carson CA 90745 - 6203 |
| Consignee | Nortel<br>6200 E Division St<br>Lebanon TN 37090 - 1211 |
| Consignee Signature | H Nwoye<br>signed on Jan 5, 2009 at 12:30 PM |
| Bill-To | Nortel Networks % Aims Logistics<br>PO Box 1150<br>Collierville TN 38027 - 1150 |
| Destination Service Center | Nashville, TN |
| Reference Nbr | PRO: 656444305<br>PO# 886525<br>SN# VOL259206 |
| Shipment Details | Collect<br>Pcs 34<br>Wgt 1,304 lbs |

```
Shipped From:                                    PACKING LIST AND
                                                 CERTIFICATE OF COMPLIANCE
Volex Power Products Inc/Shenk
C/O Shenker Logistics                                     Page  1
990 East 233rd Street                    Packing Slip IS101530
Carson                                        Ship Date  1/14/09
CA      90745    USA                     VOLEX SID #  VOL259319

                                         Order Number  886525


Ship to                                  Sold to 950382
Nortel                                   VOLEX - N. CAROLINA
REF#:4503666909                          ATTN : ACCOUNTS PAYABLE
6200 East Division Street                915 TATE BLVE SUITE 130
Lebanon                                  HICKORY
TN     37090    USA                      NC      28602    USA


CUST PO    016760SV         Carrier         Freight Collect
                                CONWAY


LINE VOLEX    PART #/   ITEM DESCRIPTION          QUANTITY    COUNTRY
     CUSTOMER PART #                              SHIPPED     OF ORIGIN


  3  NTTK16ABE6-AVW    NTTK16ABE6 (REV 01.0003)   1020.000    CHN
     NTTK16ABE6
                       GSLUSSER
                       CUST PO# :4503666909
                       CUST PRICE :$3.44 EA
                       SHIP conway collect
                       INCLUDE 3 COPIES OF SHIPPING DOCUMENTS
                       AND INCLUDE CUST PO# AND PRICE ON ALL DOC.
```

This is to certify that all product shipped by Volex, Inc., is manufactured, inspected and tested in accordance with all material and product specifications as agreed to with our customers. Further, the product is in conformance with the appropriate test procedures and all specified regulatory requirements.

PRO Tracking (as of 1/22/09 11:23 AM Eastern Time)

| | |
|---|---|
| Status: PRO: 656444316 | Delivered by Nashville, TN |
| Pickup/Delivery | Pickup: 1/13/09   Dlvr: 1/16/09 |
| Shipper | Volex Power Products % Shenker Logistics<br>990 E 233rd St<br>Carson CA 90745 |
| Consignee | Nortel<br>6200 E Division St<br>Lebanon TN 37090 - 1211 |
| Consignee Signature | C Parrish<br>signed on Jan 16, 2009 at 2:05 PM |
| Bill-To | Nortel Networks % Aims Logistics<br>PO Box 1150<br>Collierville TN 38027 - 1150 |
| Destination Service Center | Nashville, TN |
| Reference Nbr | PRO: 656444316<br>PO# 950382<br>PO# 886525<br>SN# VOL259319 |
| Shipment Details | Collect<br>Pcs 17<br>Wgt 686 lbs |