UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS, INC., *et al.*, <br><br> Debtors. | CHAPTER 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned, subject to the limitations and conditions set forth hereafter, appears for SAP America, Inc., a creditor and party in interest in the above-captioned proceedings. Request is hereby made pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the undersigned law firm, which firm is appearing herein as counsel for SAP America, Inc.

> BROWN & CONNERY, LLP
> Attorneys for SAP America, Inc.
>
> By: */s/ Donald K. Ludman*
> Donald K. Ludman, Esquire (I.D. #4015)
> 6 North Broad Street, Suite 100
> Woodbury, NJ 08096
> (856) 812-8900
> (856) 853-9933 (fax)
> dludman@brownconnery.com

Dated: January 30, 2009

1073757.1