IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, do hereby certify that, on this 30th day of January, 2009 I caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF QWEST COMMUNICATIONS CORPORATION AND QWEST CORPORATION PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)** to be served upon the addressees on the attached service list in the manners indicated.

　　　　　　　　　　　　　　　By:　/s/ Kurt F. Gwynne
　　　　　　　　　　　　　　　　　　Kurt F. Gwynne (No. 3951)

US_ACTIVE-101106069.1

## SERVICE LIST

**VIA HAND DELIVERY**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Thomas F. Driscoll, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
(Counsel to the Debtor)

**VIA FIRST CLASS MAIL**
Nortel Networks Inc.
2221 Lakeside Boulevard
Richardson, TX 75082
(Debtor)

**VIA HAND DELIVERY**
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
(United States Trustee)

**VIA HAND DELIVERY**
Peter James Duhig, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to Allen & Overy, LLP & Ernst & Young)

US_ACTIVE-101106069.1