IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                          )
*In re*                                   )    Chapter 11
                                          )
Nortel Networks Inc., *et al.*[1]         )    Case No. 09-10138 (KG)
                                          )
            Debtors.                      )    Joint Administration Pending
_____)

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE BY THE PENSION BENEFIT GUARANTY CORPORATION

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government and a creditor in the above-captioned case, hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtors be given to and served upon PBGC as follows:

> Vicente Matias Murrell, Esq.
> Stephen D. Schreiber, Esq.
> Pension Benefit Guaranty Corporation
> Office of the Chief Counsel
> 1200 K Street, N.W.
> Washington, DC 20005-4026
> Ph:  202-326-4020, ext. 3580
> Fax:  202-326-4112
> E-mails:  murrell.vicente@pbgc.gov *and* efile@pbgc.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

This request includes, <u>inter alia</u>, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, <u>ex parte</u> or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after <u>de novo</u> review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: January 30, 2009　　　　　　　　　　　Respectfully submitted,
　　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　　　/s/ Vicente Matias Murrell
　　　　　　　　　　　　　　　　　　　　　　Vicente Matias Murrell (VM 2160)
　　　　　　　　　　　　　　　　　　　　　　Attorney
　　　　　　　　　　　　　　　　　　　　　　PENSION BENEFIT GUARANTY CORP.
　　　　　　　　　　　　　　　　　　　　　　Office of the Chief Counsel
　　　　　　　　　　　　　　　　　　　　　　1200 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005-4026
　　　　　　　　　　　　　　　　　　　　　　Ph:  202-326-4020, ext. 3580
　　　　　　　　　　　　　　　　　　　　　　Fax:  202-326-4112
　　　　　　　　　　　　　　　　　　　　　　E-mails:  murrell.vicente@pbgc.gov *and*
　　　　　　　　　　　　　　　　　　　　　　　　　　efile@pbgc.gov