IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) | Joint Administration Pending |

**CERTIFICATION OF GOVERNMENT ATTORNEY**

I, Stephen D. Schreiber, am an attorney representing the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in this case. The PBGC is a United States Government agency that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1001-1461 (2006). I certify that I am a member in good standing of the bars of the State of New York, the District of Columbia, the United States Court of Appeals for the Third, Fourth and Tenth Circuits, and the United States Supreme Court. I further state that I will be bound by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

DATED:  January 30, 2009                                    Respectfully submitted,
        Washington, DC

/s/ Stephen D. Schreiber
Stephen D. Schreiber (SS 4058)
Assistant Chief Counsel
PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC  20005-4026
Ph:  202-326-4020, ext. 3045
Fax:  202-326-4112
E-mails:  schreiber.stephen@pbgc.gov *and*
      efile@pbgc.gov