**CERTIFICATE OF SERVICE**

I hereby certify, that on this 30th day of January 2009, the foregoing *Notice of Appearance and Request for Electronic Notice by the Pension Benefit Guaranty Corporation* and two (2) *Certifications of Government Attorney* was served electronically or by First-Class mail on the following:

Nortel Networks Inc.
2221 Lakeside Boulevard
Richardson, TX 75082
***Debtor***

Ann C. Cordo, Esq.
Derek C. Abbot, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19899-1347
***Debtors' Counsel***

Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
***Creditor Committee Counsel***

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
***U.S. Trustee***

/s/ Vicente Matias Murrell
Vicente Matias Murrell
Attorney