**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **NORTEL NETWORKS, INC., et al.,** | § | **CASE NO. 09-10138-KG** |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

## NOTICE OF APPEARANCE

COMES NOW, Lynnette R. Warman of Hunton & Williams, LLP, and files this Notice of Appearance as counsel for Sumitomo Electric Lightwave Corporation, a creditor and party-in-interest in the above-styled case, and pursuant to applicable law and Bankruptcy Rule 9010 respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the office, postal address and telephone number listed as follows:

Lynnette R. Warman
lwarman@hunton.com
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202-2799
(214) 468-3393 Telephone
(214) 740-7181 Telecopy

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, plan, disclosure statement, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Counsel additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully submitted,

*/s/ Lynnette R. Warman*

Lynnette R. Warman
Texas Bar No. 20867940
lwarman@hunton.com

**HUNTON & WILLIAMS LLP**
1445 Ross Avenue, Suite 3700
Dallas, TX  75202
Telephone:  (214) 468-3393
Facsimile:  (214) 740-7151

**ATTORNEYS FOR SUMITOMO ELECTRIC LIGHTWAVE CORPORATION**

## CERTIFICATE OF SERVICE

I certify that on the 30th day of January, 2009, I caused the foregoing Notice of Appearance to be served upon the parties listed below via First-Class U.S. Mail and, where applicable, via the electronic case filing system.

*/s/ Lynnette R. Warman*

Lynnette R. Warman

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, PO Box 1347
Wilmington, DE  19899

US Trustee (Delaware)
844 King Street, Room 2207
Lock Box #35
Wilmington, DE  19899-0035