**EXHIBIT B**

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Banc of America Securities LLC | 100 Federal Street Boston, MA 02110 | Nortel Networks Inc. (2001) | Investment (Money Market Funds) | XXXXXX-XXXXX-989 |
| Banc of America Securities LLC | 100 Federal Street Boston, MA 02110 | Nortel Networks Capital Corp. (2110) | Investment (Money Market Funds) | XXXXXX-XXXXX-662 |
| Bank of America | 3985 Collection Center Drive Dallas, TX, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXXX-432 |
| Bank of America | 3985 Collection Center Drive Dallas, TX, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXXX-519 |
| Bank of America | 6000 Feldwood Rd. Atlanta, GA, USA | Nortel Networks Inc. (2001) | Payroll | XXXXXXX-623 |
| Bank of America | 231 South LaSalle Street, 14th Floor Chicago, IL, USA | Nortel Networks Inc. (2001) | VEBA Trust | XXXXXXXXXX-650 |
| Bank of America | 27th Floor, Philamlife Tower, 8767 Paseo de Rozas, Makati City, Philippines | Nortel Networks International Inc. (2115) | Cash – PHP | XXXX-XXXXX-010 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Treasury | XXXXX-444 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Receipts | XXXXX-078 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Receipts | XXXXX-403 |
| Citibank Canada | 123 Front St. West Suite 1900 Toronto, Ontario, Canada | Nortel Networks Inc. (2001) | Canadian Dollar Disbursements | XXXXXXX-007 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-182 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-851 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Sales Taxes Disbursements | XXXXX-426 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-453 |

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Citibank | 1 Penn's Way, New Castle, DE, USA | Nortel Networks Inc. (2001) | Employee Benefits | XXXXX-089 |
| Citibank | 1 Penn's Way, New Castle, DE, USA | Nortel Networks Inc. (2001) | Travel Expenses | XXXXX-097 |
| Citibank | 1 Penn's Way, New Castle, DE, USA | Nortel Networks Inc. (2001) | Employee Expenses | XXXXX-062 |
| Citibank | 111 Wall Street, New York, NY, USA | Nortel Networks Inc. (2001) | Employee Expenses | XXXXX-086 |
| Citibank | 111 Wall Street, New York, NY, USA | Nortel Networks Inc. (2001) | Flexible Spending Benefits | XXXXX-505 |
| Citibank | 111 Wall Street, New York, NY, USA | Nortel Networks Inc. (2001) | Stock Option Settlement | XXXXX-075 |
| Citibank | 111 Wall Street, New York, NY, USA | Nortel Networks Capital Corp. (2110) | Operating Account | XXXXX-438 |
| Citibank | 1 Penn's Way, New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-977 |
| Deutsche Bank | Venture Capital Group, Baltimore, MD, USA | Nortel Networks Inc. (2001) | Brokerage | XXX-XXX-519 |
| Morgan Stanley | 111 Wall Street, New York, NY, USA | Nortel Networks Inc. (2001) | Brokerage | XXX-XXXXX-502 |
| The Reserve | 1250 Broadway, New York, NY 10001 | Nortel Networks Inc. (2001) | Investment (Money Market Fund) | XXX-XX-420 |

2