## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Nortel Networks Inc.,** *et al.,* | § | |
| | § | **Case No. 09-10138 (KG)** |
| **Debtors.** | § | |
| | § | |
| | § | |

## NOTICE OF LAW FIRM NAME CHANGE

TO:  The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that effective February 1, 2009, the law firm of Polsinelli Shalton Flanigan Suelthaus PC changed its name to Polsinelli Shughart PC.  The office address, email addresses, telephone and facsimile numbers remain the same.

Dated: February 2, 2009                          POLSINELLI SHUGHART PC
       Wilmington, Delaware

                                    By:    */s/  Justin K. Edelson*
                                              Christopher A. Ward (No. 3877)
                                              Justin K. Edelson (No. 5002)
                                              222 Delaware Avenue, Suite 1101
                                              Wilmington, Delaware 19801
                                              Telephone:  (302) 252-0920
                                              Facsimile:   (302) 252-0921
                                              cward@polsinelli.com
                                              jedelson@polsinelli.com

                                              *Counsel for Westcon Group North America, Inc.*

1731972.1