UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
In re:                              ) Chapter 11
                                    )
NORTEL NETWORKS INC., et al.,       ) Case No. 09-10138 (KG)
                                    ) Jointly Administered
                                    )
        Debtors.                    )
_____ )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

John D. Demmy, a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103, to represent Duke Energy Carolinas, LLC, Long Island Lighting Company d/b/a LIPA, KeySpan Gas East Corporation d/b/a National Grid, Colonial Gas Company d/b/a National Grid, Massachusetts Electric Company d/b/a National Grid and The Commonwealth Edison Company (the "Utilities") in the above-captioned bankruptcy cases.

Dated:   February 2, 2009

                                        STEVENS & LEE, P.C.

                                        ____/s/ *John D. Demmy*____
                                        John D. Demmy (DE Bar No. 2802)
                                        1105 North Market Street, 7th Floor
                                        Wilmington, Delaware 19801
                                        Phone:    (302) 425-3308
                                        Fax:      (610) 371-8515
                                        E-mail:   jdd@stevenslee.com

                                        *Co-Counsel for the Utilities*

**Motion Granted.**
                                        **BY THE COURT:**


**Date: February ___ , 2009**          _____
                                        **UNITED STATES BANKRUPTCY JUDGE**

1

SL1 900261v1/000000.00000