## CERTIFICATION OF RUSSELL R. JOHNSON III

Pursuant to Bankruptcy Court Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the bars of the Commonwealth of Virginia, and the United States Bankruptcy and District Courts for the Eastern and Western Districts of Virginia; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

By: _____
Russell R. Johnson III, Esq.
Law Offices of Russell R. Johnson III
2258 Wheatland Drive
Manakin-Sabot, Virginia  23103
Phone: (804) 749-8861
Fax:   (804) 749-8862