UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                  ) Chapter 11
                                        )
NORTEL NETWORKS INC., et al.,           ) Case No. 09-10138 (KG)
                                        ) Jointly Administered
            Debtors.                    )
                                        )

**VERIFIED STATEMENT PURSUANT TO
RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III files this Verified Statement of his multiple representations in this case:

1. The names and addresses of the creditors represented by Russell R. Johnson III are:

    A.  Duke Energy Carolinas, LLC
        Attn: Yvonne C. Crenshaw
        Duke Energy Corporation
        Office of General Counsel
        526 South Church Street - ECO3T
        Charlotte, NC  28202

    B.  Long Island Lighting Company d/b/a LIPA
        KeySpan Gas East Corporation d/b/a National Grid
        Colonial Gas Company d/b/a National Grid
        Massachusetts Electric Company d/b/a National Grid
        Attn: Elisa M. Pugliese, Esq.
        Senior Counsel
        National Grid
        175 East Old Country Road
        Hicksville, NY  11801

    C.  The Commonwealth Edison Company
        Attn: Lynn R. Zack
        Exelon Corporation
        2301 Market Street, S23-1
        Philadelphia, Pennsylvania  19103

2. The nature and amount of claims (interests) and the times of acquisition thereof are as follows:

(a) Long Island Lighting Company d/b/a LIPA, KeySpan Gas East Corporation d/b/a National Grid, Colonial Gas Company d/b/a National Grid, Massachusetts Electric Company d/b/a National Grid and The Commonwealth Edison Company have unsecured claims against one or more of the above-referenced debtors arising from pre-petition utility usage.

(b) Duke Energy Carolinas, LLC, maintained a pre-petition deposit on the Debtors' pre-petition utility accounts that exceeded the pre-petition debt on those accounts.

(c) For more information regarding the foregoing utility companies interests and claims in this case, refer to the *Objection Of Certain Utility Companies To Motion Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code For Interim And Final Orders (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance* that will be filed in connection with this pleading.

3. Russell R. Johnson III was retained to represent the foregoing creditors in January 2009.

By: _____
RUSSELL R. JOHNSON III
Russell R. Johnson III

Russell R. Johnson III appeared before me this 30th day of January 2009, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

_____

My commission expires: Oct 31, 2011