**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                               )
In re:                         ) Chapter 11
                               )
**NORTEL NETWORKS INC., et al.,** ) Case No. 09-10138 (KG)
                               ) Jointly Administered
          Debtors.             )
_____)

### CERTIFICATE OF SERVICE

    John D. Demmy hereby certifies that on February 2, 2009, true and correct copies of: (1) the *Objection Of Certain Utility Companies To Motion Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code For Interim And Final Orders (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance*; (2) *Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure*; and, (3) *Motion And Order For Admission Pro Hac Vice Of Russell R. Johnson III* along with the *Certification of Russell R. Johnson III* attached thereto were served upon the parties listed below in the manner indicated:

**Debtors, Via Regular First-Class United States Mail:**

Nortel Networks Inc.
2221 Lakeside Boulevard
Richardson, TX 75082

Nortel Networks, Inc.
Attn: Lynn C. Egan, Esq.
220 Athens Way
Suite 300
Nashville, TN  37228

**Counsel for Debtors, Via Facsimile & E-mail:**

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY  10006
Fax: (212) 225-3999
E-mail: jbromley@cgsh.com

1

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Fax: (302) 658-3989
E-mail: dabbott@mnat.com

**Counsel for Official Committee of Unsecured Creditors, Via Facsimile & E-mail:**

Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
Fax: (302) 651-7701
E-mail: samis@rlf.com

**The United States Trustee, Via Facsimile & E-mail:**

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Fax: (302) 573-6497
E-mail: USTPREGION03.WL.ECF@USDOJ.GOV


                                    STEVENS & LEE, P.C.

                                    /s/ *John D. Demmy*___
                                    John D. Demmy (DE Bar No. 2802)
                                    1105 N. Market Street, 7th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 425-3308
                                    Facsimile: (610) 371-8515
                                    E-mail: jdd@stevenslee.com

2