# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF RECLAMATION AND ADMINISTRATIVE AND
## PRIORITY CLAIM OF TELLABS NORTH AMERICA

Please be advised that a written reclamation demand on behalf of Tellabs North America was served on February 2, 2009, through counsel, on Nortel Networks, Inc. and its attorneys of record, Derek C. Abbott, Morris, Nichols, Arsht & Tunnell LLP. A true and correct copy of the written reclamation demand (without exhibits) is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Dated: February 2, 2009

BRYAN CAVE LLP

/s/ Michelle K. McMahon
Michelle McMahon (3900)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: michelle.mcmahon@bryancave.com

Eric S. Prezant, Esq.
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: eric.prezant@bryancave.com

Attorneys for Tellabs North America

CH01DOCS\103682.1