

Leslie Allen Bayles
Direct: (312) 602-5089
Fax: (312) 698-7489
leslie.bayles@bryancave.com

February 2, 2009

**Bryan Cave LLP**
161 North Clark Street
Suite 4300
Chicago, IL 60601-3315
Tel (312) 602-5000
Fax (312) 602-5050
www.bryancave.com

Chicago
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
London
Los Angeles
Milan
New York
Phoenix
San Francisco
Shanghai
St. Louis
Washington, DC

**VIA FEDEX AND U.S. MAIL**
Nortel Networks, Inc.
Attn: Alf Decardenas
4001 East Chapel Hill-Nelson Highway
Research Triangle Park, NC 27709

**VIA U.S. MAIL**
Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**VIA FEDEX AND FAX (302-658-3989)**
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1334

Re: Reclamation of Goods Delivered by Tellabs North America

Gentlemen:

We represent Tellabs North America and various of its subsidiary and affiliated entities (collectively, "Tellabs"). Pursuant to section 546(c) of the United States Bankruptcy Code and section 2-702 of the Uniform Commercial Code as codified under applicable state law, Tellabs hereby demands reclamation of all goods delivered to Nortel Networks, Inc. or its agents at any time during the 45-day period preceding the Petition Date. This demand for reclamation includes, but is not limited to, the goods shipped, delivered and received by Nortel pursuant to purchase order no. 4503149243 and itemized on invoice no. 91328282 attached hereto.

You are hereby directed to set aside all goods which are subject to Tellabs' right of reclamation, and to cease all use of those goods unless otherwise directed by a court of competent jurisdiction.

**Bryan Cave International Trade**
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com
Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

**Bryan Cave Strategies**
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com
Washington, DC
St. Louis

CH01DOCS\103767.1

February 2, 2009
Page 2

Bryan Cave LLP

Please contact me as soon as possible to make arrangements for return of the goods which are subject to Tellabs' right of reclamation.

Very truly yours,

Leslie Allen Bayles

LAB/jr
cc:     Eric S. Prezant

CH01DOCS\103767.1