UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------x
                                  :
In re:                            :   Chapter 11
                                  :
NORTEL NETWORKS, INC., *et al.*,  :   Case No. 09-10138 (KG)
                                  :   (Jointly Administered)
         Debtors.                 :
                                  :
----------------------------------x

### NOTICE OF RECLAMATION DEMAND
### BY AUDIO CODES LTD. AND AUDIOCODES INC.

PLEASE TAKE NOTICE that on February 2, 2009, AudioCodes Ltd. and AudioCodes Inc. made their written demand for reclamation of goods (the "Reclamation Notice"). A copy of the Reclamation Notice is attached hereto as Annex 1.

Dated: February 2, 2009

                                Respectfully submitted,

                                FULBRIGHT & JAWORSKI L.L.P.
                                David L. Barrack
                                Mark C. Haut
                                666 Fifth Avenue
                                New York, New York 10103
                                Telephone:   (212) 318-3000
                                Facsimile:   (212) 318-3400

                                      -and-

                                SULLIVAN • HAZELTINE • ALLINSON LLC

                                */s/ William A. Hazeltine*
                                William A. Hazeltine (No. 3294)
                                4 East 8th Street, Suite 400
                                Wilmington, DE 19801
                                (302) 428-8191

                                *Counsel to AudioCodes Ltd. and AudioCodes Inc.*

85004506.1