# ANNEX 1



February 2, 2009

**By First-Class Mail, Federal Express, and Certified Mail, Return Receipt Requested**

Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

RE:   Reclamation Demand of AudioCodes Ltd. and AudioCodes Inc.

Ladies and Gentlemen:

This demand and request are made for the purpose of providing notice to you of, and perfecting, the rights of AudioCodes Ltd. and AudioCodes Inc. (collectively, the "**Creditor**") under the Uniform Commercial Code, as in effect in the relevant jurisdiction(s) and as may be amended (the "**UCC**"), and the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., as in effect and as may be amended (the "**Bankruptcy Code**").

Please be advised that, pursuant to Article 2, Section 2-702(2), of the UCC, and Section 546(c) of the Bankruptcy Code (11 U.S.C. § 546(c)), the Creditor hereby demands reclamation of all goods sold by the Creditor to Nortel Networks Inc. (the "**Debtor**") and received by the Debtor on or after November 30, 2008, or such other date as is determined relevant for purposes of Section 546(c) (the "**Goods**"), including, without limitation, Goods described on Exhibit A hereto, which referenced Goods have a total invoice price of $907,860. Also attached as Exhibit B hereto are the invoices for such Goods.

To the extent that the Goods (or a portion thereof) were received by the Debtor on or after December 25, 2008 and before January 14, 2009 (or such other dates as determined relevant for purposes of Section 503(b)(9)), the Creditor hereby requests that the Debtors promptly remit to the Creditor payment for such Goods (or such portion thereof) as an administrative expense of the Debtors' bankruptcy estates, in accordance with Bankruptcy Code Section 503(b)(1) (11 U.S.C. § 503(b)(9)).

**International Headquarters**
1 Hayarden Street, Airport City, Lod 70151
P.O.Box 255, Ben Gurion Airport, Israel 70100
Tel: +972-3-976-4000  Fax: +972-3-976-4040

**AudioCodes Inc.**
27 World's Fair Drive, Somerset, NJ 08873
Tel:+1-732-469-0880  Fax:+1-732-496-2298

**Contact:**
www.audiocodes.com/info
**Website:**
www.audiocodes.com


Connecting Networks

In addition, to the extent that the Goods (or a portion thereof) were received by the Debtors on or after January 14, 2009 (or such other date as determined relevant for purposes of Section 503(b)(1)), the Creditor requests that the Debtors promptly remit to the Creditor payment for such Goods (or such portion thereof) as an administrative expense of the Debtors' bankruptcy estates, in accordance with Bankruptcy Code Section 503(b)(1) (11 U.S.C. § 503(b)(1)).

The Creditor understands that any reclamation and administrative expense claims and recoveries thereon may be subject to approval of the United States Bankruptcy Court for the District of Delaware or another court of competent jurisdiction.

This letter and the rights and remedies asserted herein are without prejudice to other rights and remedies of the Creditor under applicable law, all of which are expressly reserved.

Very truly yours,

Moshe Geller
VP Finance
AudioCodes Inc.

On behalf of:
AudioCodes, Ltd. and AudioCodes Inc.

**International Headquarters**
1 Hayarden Street, Airport City, Lod 70151
P.O.Box 255, Ben Gurion Airport, Israel 70100
Tel: +972-3-976-4000  Fax: +972-3-976-4040

**AudioCodes Inc.**
27 World's Fair Drive, Somerset, NJ 08873
Tel:+1-732-469-0880  Fax:+1-732-496-2298

**Contact:**
www.audiocodes.com/info
**Website:**
www.audiocodes.com



cc:

Attn:  Lynn Egan  
Nortel Networks Inc.  
220 Athens Way, Suite 300  
Nashville, TN  37228  
(By Federal Express and First-Class Mail)

Nortel Networks Inc. Claims  
Processing Center  
c/o Epiq Bankruptcy Solutions, LLC  
757 Third Avenue, 3rd Floor  
New York, NY  10017  
(By Federal Express and First-Class Mail)

Attn:  Senior Manager, Brand Management  
for Access Networks  
Nortel Networks Inc.  
5555 Wayward Parkway  
Alpharetta, Georgia  30004  
(By Federal Express and First-Class Mail)

James L. Bromley  
CLEARY, GOTTLIEB STEEN & HAMILTON LLP  
One Liberty Plaza  
New York, New York  10006  
Telephone:  (212) 225-2000  
(By Email and First-Class Mail)

Attn:  Counsel, Supply Management  
Solutions Law  
Nortel Networks Inc.  
Law Department  
2221 Lakeside Boulevard  
Richardson, Texas 75082  
(By Federal Express and First-Class Mail)

Derek C. Abbott  
MORRIS, NOCHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street, 18th Floor  
Wilmington, Delaware  19899-1347  
Telephone:  (302) 658-9200  
(By Email and First-Class Mail)

Attn: Supply Management, OEM Contracts  
Nortel Networks Limited  
8200 Dixie Road  
Brampton, Ontario  
Canada, L6T 5P6  
(By Federal Express and First-Class Mail)

**International Headquarters**  
1 Hayarden Street, Airport City, Lod 70151  
P.O.Box 255, Ben Gurion Airport, Israel 70100  
Tel: +972-3-976-4000   Fax: +972-3-976-4040

**AudioCodes Inc.**  
27 World's Fair Drive, Somerset, NJ 08873  
Tel:+1-732-469-0880  Fax:+1-732-496-2298

**Contact:**  
www.audiocodes.com/info  
**Website:**  
www.audiocodes.com

# EXHIBIT A

AudioCodes Inc.
Order Shipped After November, 25, 2008

| Customer Name | Invoice Number | Invoice Date | Audiocodes | Amount Remaining USD | Due date | Customer PO Number | Order number | Payment terms |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Inc. | 2912860 | 12/04/08 | Inc | $ 6,234 | 01/18/09 | DEE00462 | 3003000 | NET 45. |
| Nortel Networks Inc. | 2912862 | 12/04/08 | Inc | $ 6,234 | 01/18/09 | DEE00460 | 3003001 | NET 45. |
| Nortel Networks Inc. | 2912896 | 12/08/08 | Inc | $ 346,690 | 01/22/09 | DEE00463 | 3003009 | NET 45. |
| Nortel Networks Inc. | 2913003 | 12/14/08 | Inc | $ 4,188 | 01/28/09 | 4503619628 | 3003078 | NET 45. |
| Nortel Networks Inc. | 2913005 | 12/14/08 | Inc | $ 346,690 | 01/28/09 | DEE00461 | 3003010 | NET 45. |
| Nortel Networks Inc. | 2913023 | 12/16/08 | Inc | $ 8,313 | 01/30/09 | 4503631718 | 3003174 | NET 45. |
| Nortel Networks Inc. | 2913056 | 12/17/08 | Inc | $ 60,200 | 01/31/09 | 4503608723 | 3003133 | NET 45. |
| Nortel Networks Inc. | 2913037 | 12/17/08 | Inc | $ 8,727 | 01/31/09 | DEE00459 | 3003002 | NET 45. |
| Nortel Networks Inc. | 2913039 | 12/17/08 | Inc | $ 17,454 | 01/31/09 | 4503625508 | 3003109 | NET 45. |
| Nortel Networks Inc. | 2913040 | 12/17/08 | Inc | $ 3,025 | 01/31/09 | 4503628114 | 3003115 | NET 45. |
| Nortel Networks Inc. | 2913092 | 12/21/08 | Inc | $ 9,528 | 02/04/09 | HPP520518 | 3003170 | NET 45. |
| Nortel Networks Inc. | 2913097 | 12/21/08 | Inc | $ 5,054 | 02/04/09 | HPP520517 | 3003171 | NET 45. |
| Nortel Networks Inc. | 2913120 | 12/22/08 | Inc | $ 8,600 | 02/05/09 | 4503608723 | 3003133 | NET 45. |
| Nortel Networks Inc. | 2913104 | 12/22/08 | Inc | $ 9,720 | 02/20/09 | TD0000091386 | 3002826 | NET 60. |
| Nortel Networks Inc. | 2913143 | 12/23/08 | Inc | $ 5,985 | 02/06/09 | DEE00464 | 3003250 | NET 45. |
| Nortel Networks Inc. | 2913170 | 12/24/08 | Inc | $ 38,700 | 02/07/09 | 4503649054 | 3003254 | NET 45. |
| Nortel Networks Inc. | 2913174 | 12/25/08 | Inc | $ 8,660 | 02/23/09 | TD0000091394 | 3002796 | NET 60. |
| Nortel Networks Inc. | 2913256 | 12/31/08 | Inc | $ 13,858 | 02/14/09 | 4503670947 | 3003303 | NET 45. |

$ 907,860