## CERTIFICATE OF SERVICE

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 2nd day of February, 2009, I caused copies of the within *Notice of eclamation Demand By Audio Codes Ltd. And Audiocodes Inc.* to be served upon the parties listed below in the manner indicated and upon those parties who have requested notice via electronic transmission:

*Via Email and First Class Mail*
James L. Bromley, Esquire
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Place
New York, NY 10006

*Via Email and First Class Mail*
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347

Under penalty of perjury, I declare that the foregoing is true and correct.

February 2, 2009
Date

*/s/ William A. Hazeltine*
William A. Hazeltine