## **Exhibit B**

Exhibit B was served with the Letter.