IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                              :
*In re*                                       :    Chapter 11
                                              :
Nortel Networks Inc., *et al.*, [1]           :    Case No. 09-10138 (KG)
                                              :
                    Debtors.                  :    Jointly Administered
                                              :
                                              :    **Re: D.I. 137**
                                              :
---------------------------------------------------------------X

**NOTICE OF FILING OF REVISED EXHIBIT 1 TO THE
PROPOSED ORDER AUTHORIZING THE DEBTORS TO RETAIN
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS
*NUNC PRO TUNC* TO THE PETITION DATE [ RE: D.I. 137]**

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases have today filed the attached revised Exhibit 1 to the proposed Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Businesses N*unc Pro Tunc* To The Petition Date, which was attached as Exhibit A to the Debtors Motion For An Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Businesses N*unc Pro Tunc* To The Petition Date [Re: D.I. 137].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: February 2, 2009
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley
        Lisa M. Schweitzer
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        _/s/ Thomas F. Driscoll_____
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Thomas F. Driscoll III (No. 4703)
        Ann C. Cordo (No. 4817)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        Proposed Counsel for the Debtors and
        Debtors in Possession

2713316.2