## EXHIBIT 1: OCP LIST

| Name | Address | Service |
|---|---|---|
| A.T. Kearney | PO Box 96796, Chicago, Illinois, United States, 60693 | Business services consulting |
| McKinsey & Company | PO Box 7247 7255, Philadelphia, Pennsylvania, United States, 19170-7255 | Various consulting projects for senior executives |
| Impact Group | 415 N. Beverly Drive, Ste 206, Beverly Hills, CA 90210 | HR consulting (IT Group) |
| KPMG LLP | 700 Louisiana Street, Houston, Texas, United States, 77002 | 401k, VEBA and Retirement Income Plan |
| Intax | 501 Darby Creek Road Unit 19, Lexington, Kentucky, United States, 40509 | Property Tax Services |
| Grant Thornton | 1660 Lincoln Street Suite 2600, Denver, Colorado, United States, 80264 | Sales Tax Services |
| Paradigm Tax Group | 3030 North Central Avenue, Phoenix, Arizona, United States, 85012-2716 | Property Tax Disputes |
| The Marshall Firm | 302 N. Market Suite 510, Dallas, Texas, United States, 75202 | Property Tax Disputes |
| PricewaterhouseCoopers | 2001 Ross Avenue, Dallas, Texas, United States, 75201 | General Financial Services |
| Deloitte & Touche | 181 Bay Street, Toronto, Ontario, Canada, M5J 2V1 | General Financial Services |

[New York #2002592 v1]

| Name | Address | Service |
|------|---------|---------|
| Arnold & Porter | 555 Twelfth St NW, Washington, District of Columbia, United States, 20004-1206 | Litigation: SEC |
| Baker Donelson | 6060 Poplar Ave, Memphis, Tennessee, United States, 38119 | Labor and Employment Matters |
| Call, Jensen & Ferrell | 610 Newport Center Dr, Newport Beach, California, United States, 92660 | Litigation (customer related) |
| Compass Lexecon | 332 South Michigan Ave, Chicago, Illinois, United States, 60604-4397 | Litigation: SEC |
| Davis & Gilbert | 1740 Broadway, New York, New York, United States, 10019-4315 | Contract |
| DLA Piper | PO Box 75190, Baltimore, Maryland, United States, 21275 | Bankruptcy, Litigation |
| Faegre & Benson | 2200 Wells Fargo Center, Minneapolis, Minnesota, United States, 55402-3901 | Litigation |
| Finnegan Henderson Farabow Garrett & Dunner | Dept 6059, Washington, District of Columbia, United States, 20042-6059 | Litigation |
| Ford & Harrison | Post Office Box 101423, Atlanta, Georgia, United States, 30392-1423 | Employment, Benefits & Labor |
| Gibson, Dunn & Crutcher | Dept 0723, Los Angeles, California, United States, 90084-0723 | Employment, Benefits & Labor |
| Hartman, Simons, Spielman & Wood | 6400 Powers Ferry Rd NW, Atlanta, Georgia, United States, 30339 | Bankruptcy |

| Name | Address | Service |
|---|---|---|
| Haynes & Boone | PO Box 841399, Dallas, Texas, United States, 75284-1399 | Litigation |
| Heenan Blaikie | 200 Bay St South Tower, Toronto, Ontario, Canada, M5J 2J4 | Litigation |
| Helein & Marashlian | 1483 Chain Bridge Rd, McLean, Virginia, United States, 22101-5703 | Telecommunications Regulatory Advisors |
| Hiscock & Barclay | 1100 M&T Center, Buffalo, New York, United States, 14203-1414 | Litigation |
| Huddleston Bolen | PO Box 2185, Huntington, West Virginia, United States, 25722-2185 | Litigation |
| Huron Consulting Group | 4795 Paysphere Circle, Chicago, Illinois, United States, 60674 | Litigation, Securities |
| Kroll Ontrack | 9023 Columbine Rd, Eden Prairie, Minnesota, United States, 55347-4182 | Litigation |
| Latham & Watkins | PO Box 7247-8202, Philadelphia, Pennsylvania, United States, 19170 | Litigation |
| Lovells | 590 Madison Ave, New York, New York, United States, 10022 | Bankruptcy |
| Luthi & Co. | America House, 35 Shaul Hamelech Blvd, P.O. Box 33113, Tel Aviv 64927, Israel | Litigation |
| McDermott Will & Emery | 600 13th Street NW, Washington DC 20005-3096 | Litigation |
| McKenna Long & Aldridge | PO Box 116573, Atlanta, Georgia, United States, 30368-6573 | Bankruptcy |

[New York #2002592 v1]

| Name | Address | Service |
|---|---|---|
| Meadows Collier Reed Cousins & Blau | 901 Main Street, Dallas, Texas, United States, 75202-3742 | Litigation |
| Mintz Levin Cohn Ferris Glovsky and Popeo | One Financial Center, Boston, Massachusetts, United States, 02212-4539 | Litigation, IP |
| Native Discovery Solutions | 15700 Mohawk Circle, Overland Park, Kansas, United States, 66224-3881 | Litigation |
| Neal & Harwell | 150 Fourth Ave North, Nashville, Tennessee, United States, 37219-2498 | Litigation |
| O'Bryon & Schnabel | 1515 Poydras St, New Orleans, Louisiana, United States, 70112-4541 | Litigation |
| Patricia C. Yu | 3373 Mallard Court, Hayward, California, United States, 94542 | Litigation |
| Paul Hastings | Paul, Hastings, Janofsky & Walker LLP, 515 South Flower Street, Twenty-fifth Floor, Los Angeles, CA, 90071 | Litigation |
| Perkins Cole LLP | Diane Gorczyca, Esq., Four Embarcadero Center, Suite 2400, San Francisco, California, United States, 94111 | Litigation |
| Poliner & Luks | 1300 19th Street NW, Washington, District of Columbia, United States, 20036-1629 | Litigation |
| Polsinelli Shalton Flanigan Suelthaus | 700 West 47th Street, Kansas City, Missouri, United States, 64112-1802 | Litigation |

[New York #2002592 v1]

| Name | Address | Service |
|------|---------|---------|
| Reed Smith LLP | 435 Sixth Avenue, Pittsburgh, Pennsylvania, United States, 15219 | Collections |
| Riker, Danzig, Scherer, Hyland & Perretti | Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 | Litigation |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson | 2200 Museum Tower, Miami, Florida, United States, 33130 | Litigation |
| Strasburger & Price | PO Box 849037, Dallas, Texas, United States, 75284-9037 | Litigation |
| Tom Gigliotti | 2520 Pennyshire Lane, Raleigh, North Carolina, United States, 27606 | Litigation |
| Waller Lansden Dortch & Davis | Nashville City Ctr 511 Union, Nashville, Tennessee, United States, 37219-8966 | Employment, Benefits & Labor |
| Welch Consulting | 12100 Wilshire Boulevard, Los Angeles, California, United States, 90025 | Consulting firm - employment analyses and audits |
| Wilmer, Cutler, Pickering, Hale and Dorr | 1875 Pennsylvania, Washington DC, District of Columbia, United States, 20006-3642 | Litigation, Securities |
| Winston & Strawn | 36235 Treasury Center, Chicago, Illinois, United States, 60694-6200 | Litigation |
| Anderson Gorecki & Manaras LLP | 33 Nagog Park, Acton, Massachusetts, United States, 01720-3451 | Intellectual Property Services |
| Barnes & Thornburg | Suite 4400, Chicago, Illinois, United States, 60606-2809 | Intellectual Property Services |
| Bird & Goën | Klein Dalenstraat 42A, Winksele, Belgium, 3020 | Intellectual Property Services |

| Name | Address | Service |
|---|---|---|
| Blake Cassels & Graydon LLP | 199 Bay Street, Suite 2800, Commerce Court West, Toronto, Ontario, Canada, M5L 1A9 | Intellectual Property Services |
| Blakely Sokoloff Taylor & Zafman | 12400 Wilshire Blvd, Los Angeles, California, United States, 90025-1040 | Intellectual Property Services |
| Borden Ladner Gervais | World Exchange Plaza Ste 1100, Ottawa, Ontario, Canada, K1P 1J9 | Intellectual Property Services |
| Bredena | 38 avenue de l'Opera, Paris, France, 75002 | Intellectual Property Services |
| Carr Law Firm | 670 Founders Square, Dallas, Texas, United States, 75202 | Intellectual Property Services |
| Christopher & Weisburg PA | 200 East Las Olas Blvd, Ft Lauderdale, Florida, United States, 33301 | Intellectual Property Services |
| Conley Rose | 600 Travis, Houston, Texas, United States, 77002 | Intellectual Property Services |
| David A. Dagg | 44 Chapin Rd, Newton Centre, Massachusetts, United States, 02459 | Intellectual Property Services |
| EIP | FAIRFAX HOUSE, LONDON, United Kingdom, WC1V 6HU | Intellectual Property Services |
| Garlick Harrison & Markison, LLP | PO Box 160727, Austin, Texas, United States 78716-0727 | Intellectual Property Services |
| Gowling Lafleur Henderson LLP | Box 466, Ottawa, Ontario, Canada, K1P 1C3 | Intellectual Property Services |
| Guerin & Rodriguez LLP | 233 West Main St, Westborough, Massachusetts, United States, 01581 | Intellectual Property Services |
| Haynes & Boone | PO Box 841399, Dallas, Texas, United States, 75284-1399 | Intellectual Property Services |

| Name | Address | Service |
| --- | --- | --- |
| Hemingway & Hansen LLP | Preston Commons West, Dallas, Texas, United States, 75225 | Intellectual Property Services |
| Hunton & Williams | 1900 K Street Nw, Washington, District of Columbia, United States, 20006-1109 | Intellectual Property Services, Labor & Employment Matters |
| Ipulse | 9-10 Savile Row, London, United Kingdom, W1S 3PF | Intellectual Property Services |
| John C. Gorecki | 180 Hemlock Hill Road, Carlisle, Massachusetts, United States, 01741 | Intellectual Property Services |
| Munck Butrus | 900 Three Galleria Tower, Dallas, Texas, United States, 75240 | Intellectual Property Services |
| Munck Carter | 600 Banner Place, Dallas, Texas, United States, 75251 | Intellectual Property Services |
| Patton Boggs, LLP | 2001 Ross Avenue, Suite 3000, Dallas, TX 75201 | Intellectual Property Services |
| Plasseraud | 65/67 rue de la Victoire, Paris, France, 75440 | Intellectual Property Services |
| Ridout & Maybee LLP | One Queen Street East, Toronto, Ontario, Canada, M5C 3B1 | Intellectual Property Services |
| Schwegman Lundberg Woessner | 1600 TCF Tower, Minneapolis, Minnesota, United States, 55402 | Intellectual Property Services |
| Scott & York | 45 Grosvenor Rd, St Albans, Hertfordshire, United Kingdom, AL1 3AW | Intellectual Property Services |
| Smart & Biggar | 1000 de La Gauchetiere St W, Montreal, Quebec, Canada, H3B 4W5 | Intellectual Property Services |
| Ter Meer Steinmeister & Partner | Artur Ladebeck Str 51, D-33617 Bielefeld, Germany | Intellectual Property Services |

[New York #2002592 v1]

| Name | Address | Service |
|------|---------|---------|
| Trop Pruner & Hu P.C. | 1616 South Voss Rd, Houston, Texas, United 77057-2631 | Intellectual Property Services |
| Wallach Koch Haibach | PO Box 121120, Munchen 12, Germany 80339 | Intellectual Property Services |
| Withrow & Terranova PLLC | 100 Regency Forest Dr, Cary, North Carolina, United States, 27518 | Intellectual Property Services |
| Yee & Associates P.C. | PO Box 802333, Dallas, Texas, United States, 75380 | Intellectual Property Services |
| Scott, Douglas and Mcconnico | 600 Congress Avenue, Austin, Texas 78701-3234 | Tax Consulting Services |
| Sutherland Asbill & Brennan LLP | 1275 Pennsylvania Avenue NW, Washington, District of Columbia, United States, 20004-2415 | Tax Consulting Services |
| Watson Wyatt Investment Consulting | 1079 Solutions Center, Chicago, Illinois, United States, 60677-1000 | Tax and Investment Consulting Services |
| Mercer | 10 South Waker Drive, Chicago, Illinois, United States, 60606-7500 | US Actuarial Valuation & Pension Consulting |
| Ogletree Deakins | 600 Peachtree St NW, Atlanta, GA 30308 | US Immigration Services |
| Greenberg Turner | Suite 300, 401 Bay Street, Toronto, Ontario M5H 2Y4 | Canadian Immigration Services |

8

[New York #2002592 v1]