## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Revised Exhibit 1 To The Proposed Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Business** *Nunc Pro Tunc* **To The Petition Date [Re: D.I. 137]** was caused to be made on February 2, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: February 2, 2009

_____
Thomas F. Driscoll III (No. 4703)

2713750.1