## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Authorization And Approval Of Procedures For The Sale Or Abandonment Of De Minimis Assets** was caused to be made on February 2, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated:  February 2, 2009

_____

Thomas F. Driscoll III (No. 4703)

2713680.1