IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing date: Feb. 19, 2009 at 10:00 a.m. (ET) |
| | Objections due: Feb 12, 2009 at 4:00 p.m. (ET) |

------------------------------------------------------------X

NOTICE OF DEBTORS' FIRST MOTION FOR THE ENTRY OF AN ORDER
UNDER SECTIONS 365(a) AND 554(a) OF THE BANKRUPTCY CODE
AUTHORIZING THE DEBTORS TO (1) REJECT AS OF FEBRUARY 28, 2009,
CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND RELATED SUBLEASES, AND (2) ABANDON ANY PERSONAL
PROPERTY LOCATED AT SUCH PREMISES

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed and served the attached **Debtors' First Motion For The Entry Of An Order Under Sections 365(a) And 554(a) Of The Bankruptcy Code Authorizing The Debtors To (1) Reject As Of February 28, 2009, Certain Unexpired Leases Of Nonresidential Real Property And Related Subleases, And (2) Abandon Any Personal Property Located At Such Premises** (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT **PARTIES THAT ARE RECEIVING THIS NOTICE AND WHOSE LEASE IS SUBJECT TO REJECTION HEREBY CAN LOCATE THEIR NAME AND THE LEASE TO BE REJECTED ON EXHIBIT A AND EXHIBIT B TO THE MOTION.**

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 12, 2009 at 4:00**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on proposed counsel for the Debtors so as to be received by the Objection Deadline:

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 19, 2009 AT 10:00 A.M.,** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 2, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors
and Debtors in Possession*

2713707.1