# EXHIBIT A

## Tai H. Park Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                  :

*In re*                              :     Chapter 11
                                  :

Nortel Networks Inc., *et al.*,[1]    :     Case No. 09-10138 (KG)
                                  :

              Debtors.     :     Jointly Administered
---------------------------------------------------------X

## DECLARATION OF TAI H. PARK IN SUPPORT OF THE APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 327(e) TO RETAIN AND EMPLOY SHEARMAN & STERLING LLP AS NON-ORDINARY COURSE PROFESSIONAL SPECIAL LITIGATION COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO JANUARY 14, 2009

I, Tai H. Park, hereby declare under penalty of perjury:

1.    I am an attorney at law admitted to practice before the courts of the State of New York.  I am a Partner of the firm of Shearman & Sterling LLP, which maintains offices for the practice of law at 599 Lexington Avenue, New York, New York, 10022.[2]

2.    I submit this declaration (the "Declaration") in connection with the application (the "Application") of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors"), in the above-captioned chapter

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    In addition to its New York offices, Shearman and Sterling LLP maintains offices in Abu Dhabi, Beijing, Brussels, Germany, Hong Kong, London, Menlo Park, Paris, Rome, San Francisco, São Paulo, Shanghai, Singapore, Tokyo, Toronto, and Washington D.C.

11 cases (the "Cases") to retain and employ Shearman & Sterling LLP as non-ordinary course professional special litigation counsel to the Debtors, with respect to the representation of the Debtors, their Canadian parents, and certain of Debtors' officers and directors in In re Nortel Networks Corporation Securities Litigation, 01-CV-1855 (RMB) (S.D.N.Y.); In re Nortel Networks Corporation Securities Litigation, 05-MD-1659 (LAP) (S.D.N.Y.); In re Nortel Networks Corp. ERISA Litigation, 3:03-MD-1537 (M.D. Tenn.); Domenikos v. Roth, et al., 05-CV-2080 (S.D.N.Y.); and other related proceedings and investigations arising from certain of the Debtors' financial restatements and related events, to include representation of the Debtors before the United States Securities and Exchange Commission (collectively referred to heretofore as "Pending Litigations").[3]

3.      All statements made herein are true and correct to the best of our knowledge, information and belief.

4.      At the Debtors' request, Shearman & Sterling LLP proposes to provide representation of the Debtors, their Canadian parents, and certain of Debtors' officers and directors in the Pending Litigations. Prior to the Petition Date, Shearman & Sterling LLP has advised and represented the Debtors with regard to the Pending Litigations. Shearman & Sterling LLP is not being retained, and has not been asked, to provide advice with respect to the Debtors' bankruptcy cases.

5.      Except as stated in Schedule B to this Declaration, to the best of my knowledge, Shearman & Sterling LLP, as well as its partners and associates does not have any connection with Debtors or with its creditors or other parties in interest.

---

[3]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Application. Shearman & Sterling LLP does not waive by the Application and this Declaration and their contents, and hereby reserves and preserves, any and all rights and privileges.

6.     I have caused to be conducted a search of Shearman & Sterling's records regarding active and inactive client files maintained for that purpose for potential adverse parties. The search has demonstrated that Shearman & Sterling LLP is not engaged in any matter that would disqualify it from providing legal services to the Debtors.

7.     I have caused to be reviewed the records of Shearman & Sterling LLP to determine the existence of any interest adverse to the Debtors or which would otherwise create a conflict of interest in connection with Shearman & Sterling LLP's engagement in this matter. Based upon such review, it is my belief that Shearman & Sterling LLP does not have an interest adverse to the interest of the Debtors, and except as noted in Schedule B to this Declaration, it does not have any relationship, direct or indirect with the Debtors or any other party claiming an interest in the Debtors.

8.     Due to the size and diversity of Shearman & Sterling LLP's practice, Shearman & Sterling LLP may have advised, represented, provided services for or otherwise dealt with or may now be advising, representing, providing services for or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases. However, Shearman & Sterling LLP is not and will not advise, represent or provide services for any entity other than the Debtors in connection with these Chapter 11 cases.

9.     To the extent that Shearman & Sterling LLP discovers additional information that it determines should be disclosed, Shearman & Sterling LLP will file a supplemental disclosure with the Court.

10.     Other than as set forth herein, Shearman & Sterling LLP is neither a creditor of the Debtors, an equity holder of the Debtors nor an insider of the Debtors.

3

11.     Shearman & Sterling LLP rendered prepetition services in connection with the Pending Litigations to the Debtors for which it has yet to be paid.  The value of such prepetition services in excess of $865,000. Pursuant to section 329(a) of the Bankruptcy Code, an attorney representing a debtor in connection with a pending bankruptcy case shall file a statement with the Court disclosing payments made to the attorney within one year prior to the petition date.  Although I do not believe the services rendered to the Debtors were in connection with this bankruptcy case, in the interest of full disclosure to the Court, in the one year prior to the Petition Date, Shearman & Sterling LLP received payments from the Debtors for services rendered in excess of $465,000.

12.     Subject to Court approval in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the orders and local rules of this Court, the Debtors propose to pay Shearman & Sterling LLP on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Shearman & Sterling LLP on the Debtors' behalf.

13.     Shearman & Sterling LLP understands that any compensation and expenses paid to it must be approved by this Court upon application consistent with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and the Orders of this Court.

14.     Shearman & Sterling LLP intends to charge the Debtors' estates for Shearman & Sterling LLP's services as follows: Shearman & Sterling LLP's U.S. hourly billing rates generally range between $740 and $995 for partners, $345 and $630 for associates, $535 and $850 for counsel, and $100 to $245 for legal assistants.

15.    Shearman & Sterling LLP will comply with all of the requirements of this Court and of the Bankruptcy Code and Bankruptcy Rules with respect to fee and expense applications of professionals employed by bankruptcy estates.

16.    No promises have been received by Shearman & Sterling LLP or by any member or professional thereof as to compensation in connection with its representation of the Debtors in these cases other than as set forth in the Application.

17.    Shearman & Sterling LLP has no agreement with any entity to share any compensation received by Shearman & Sterling LLP.

18.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 2, 2009
        New York, New York

                                                    Tai H. Park

## Schedule A

### Conflict Check List Entities

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Limited
Sonoma Systems Europe Limited
Architel Systems Corporation
Architel Systems (UK) Limited
Alteon WebSystems AB
Alteon WebSystems International Limited
Nortel Networks Limited
Nortel Networks UK Limited
Nor. Web DLP Limited
Nortel Limited
Nortel Networks (Northern Ireland) Limited
Nortel Networks Employee Benefit Trustee Company Limited
Nortel Networks Properties Limited
Nortel SE d.o.o. Beograd
Northern Telecom PCN Limited
Promatory Communications (UK) Limited
Telephone Switching International Limited
X-CEL Communications Limited
Star 21 Networks GmbH
Nortel Networks Australia Pty Limited
Periphonics Limited
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Limited
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Limited
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.

Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Limited
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Limited)
Nortel Networks Communications (Israel) Limited
Nortel Networks Malta Limited
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Limited
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Limited
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Limited
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
Nortel Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Incorporated
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Limited
Nortel Networks (Shannon) Limited
Nortel Networks Europe Sales Limited
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia

2

Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Limited
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Limited
Nortel Networks Korea Limited
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Limited
Nortel Networks (Ireland) Limited
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Limited
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Limited
Nortel Networks (Asia) Limited
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Limited
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Limited Liability Co.

Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Limited
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon Websystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon Websystems International Inc. is a Delaware corporation, wholly owned by Alteon Websystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CorTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

North Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

North Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

North Networks HPOCS Inc. is a Delaware corporation, wholly owned by North Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

4

North International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

North Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### Debtors' Significant Equity Investors

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### Current Directors and Officers of the Debtors and for two years prior to the Petition Date

<u>Current Directors and Officers of NNI</u>

Karen Elizabeth Sledge
Eugene Raymond McClain
John Doolittle
Jeffrey Thomas Wood
William Roy Ellis
Gordon Allan Davies
Joseph F. Dearing
Lynn Cecilia Egan
Paul Theodore Knudsen
Claudio Morte Jr.
Charles R, Raphun
Paul Wesley Karr
Dennis Carey

<u>Former Directors and Officers of NNI for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri,
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

<u>Current Directors and Officers of NNCC</u>

Paul Wesley Karr
John Doolittle

Jeffrey Thomas Wood
William Roy Ellis
Lynn Cecelia Egan
Gordon Allan Davies
Dennis Carey

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

Current Directors and Officers of Aleton WebSystems, Inc.

Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Aleton WebSystems, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Aleton WebSystems International, Inc.

Gordon Davies
Dennis Carey
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

6

Former Directors and Officers of Aleton WebSystems International, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William Ellis

Current Directors and Officers of Architel Systems (U.S.) Corporation

Gordon Davies
Dennis Carey
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of XROS Inc..

Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of XROS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe

Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Sonoma Systems

Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

Current Directors and Officers of Qtera Corporation

Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Officers and Directors of CorTek, Inc.

Gordon Davies

John Doolittle
Jeffrey Thomas Wood
Lynn Cecelia Egan

Former Directors and Officers of CorTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Optical Components Inc.

Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri

Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks HPOCS Inc.

Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of North Networks International Inc.

Gordon Davies
Dennis Carey
William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

Former Directors and Officers of North Networks International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

Current Directors and Officers of Northern Telecom International Inc.

Gordon Davies
Dennis Carey

William Roy Ellis
Jeffrey Thomas Wood
Lynn Cecilia Egan
John Doolittle

<u>Former Directors and Officers of Northern Telecom International Inc.for the Two Years Prior to
the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Directors and Officers of North Networks Cable Solutions, Inc.</u>
Gordon Davies, Director
Dennis Carey, Director
John Doolittle
Alan Pritchard Wendell, President
John R. McCready, Vice President
Cortland Wolfe, Vice President
Jeffrey Thomas Wood, Vice President- Tax
Lynn Cecilia Egan, Secretary
Jean-Pierre Fortin, Vice President –Counsel
Raj Krishnan, Vice President – Counsel
Paul Knudsen, Vice President – Counsel and Assistant
John D. Atkinson, Vice President – Architecture
Francois Audet, Vice President – Architecture
Graeme Currie, Vice President – Architecture
William Gentry, Vice President – Architecture
Brian Lindsay, Vice President – Architecture
Parviz Rashidi, Vice President – Architecture
Richard C. Taylor, Vice President – Architecture
Ricky Kaura, Vice President – Business Development
Peter Krautle, Vice President – Business Development
Christian Kittlitz, Vice President – CALEA
Robert Litalien, Vice President – CALEA
Eric L. Smith, Vice President – CALEA
Guy Vonderneidt, Vice President – Engineering
Robin Scott Hughes, Vice President – Marketing
Guy Lafontaine, Vice President – Network Engineering
James Ostrom, Vice President – Network Engineering
Robert Saunders, Vice President – Network Engineering
Ian Scales, Vice President – Network Engineering
April A. Pennisi, Vice President – OAM&P

Glenn Brownridge, Vice President – PLM
Sudarshan Chitale, Vice President – PLM
Tim Gaiser, Vice President – PLM
Duncan Gillibrand, Vice President – PLM
Camille Issa, Vice President – PLM
Joel Joseph, Jr., Vice President – PLM
Mark Kepke, Vice President – PLM
Steve J. McKinnon, Vice President – PLM
Pete Streng, Vice President – PLM
Greg Thor, Vice President – PLM
Francois Burton, Vice President – Quality Assurance
Wade Lyon, Vice President – Quality Assurance
Alain Papineau, Vice President – Quality Assurance
Denis R. X. Thibault, Vice President – Quality Assurance
Paul Granville, Vice President – Security
Louis LeVay, Vice President – Security
Guillaume Strub, Vice President – Security
Norman Caron, Vice President – Signaling Protocols
Emre Erkol, Vice President – Signaling Protocols
Oya Istemi, Vice President – Signaling Protocols
Steven Woods, Vice President – Signaling Protocols
Mary Barnes, Vice President – Standards
Christopher Hogg, Vice President – Standards
James McEachern, Vice President – Standards
Ron Ryan, Vice President – Standards
Iain Sharp, Vice President – Standards
Craig Telke, Vice President – Standards
Jeremy Fuller, Vice President – Wireless
Michael Gawargy, Vice President – Wireless
Andrew Harrison, Vice President – Wireless
Anthony Jones, Vice President – Wireless
Michael Leeder, Vice President - Wireless


Former Directors and Officers of North Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron

Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony Gerard MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor Wayne Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Tom Buttermore
Alan Pritchard Wendell

***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Incorporated
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Incorporated
Xilinx Incorporated
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation

Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Incorporated
Cigna
Flextronics

*Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.

Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

### *Debtors' Lenders*

The Debtors do not have any lenders other than affiliates.

### *Debtors' Banks*

Citibank
Bank of America
Deutsche Bank
[JP Morgan – awaiting confirmation from LL that account closed]
Morgan Stanley
UBS

### *Debtors' Significant Customers*

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica

LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

***Debtors' Landlords***

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC

16

Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

***Debtors' Insurers***

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada

Allianz Global Risks US Insurance Company
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Limited
Zurich Insurance Company

### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

### *Debtors' Bondholders*

Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle

Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Limited
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jeffries & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.

Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### Debtors' Proposed Professionals

Lazard Ltd.
Morris, Nichols, Arsht & Tunnell LLP

### Debtors' Major Competitors

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IMB
Hewlitt Packard

### Top 30 Unsecured Creditors

State Street Bank and Trust Company
The Bank of New York Mellon
Mellon Trust of New England
UBS Securities, LLC
Brown Brothers Harriman & Co.
Deutsche Bank Securities
JP Morgan Chase Bank, National Association
Credit Suisse Securities (USA), LLC
Citigroup Global Markets, Inc./Salomon Brothers
Northern Trust Company
Citigroup
Morgan Stanley & Co.
Citigroup NA
Goldman Sachs & Co.
JP Morgan Chase/JP Morgan International
California State Board of Equalization
State Street Bank & Trust Co./IBT
U.S. Bank N.A.
PNC Bank N.A.

MBY/DBTC Americas/Deutsche Bank London Prime
Flextronics Manufacturing Mex SA de CV
Flextronics America LLC
Banc of America Securities, LLC
BMO Nesbitt Burns Inc./CDS
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
Barclays Capital Inc./LE
BNP Parisbas Prime Brokerage, Inc.
Nortel Networks Corp. "ERISA" Litigation Plaintiffs
Wanland & Assosiates, Inc.

*Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Com Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.

Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

***Others***

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP

## Schedule B

**Results of Shearman & Sterling's Search For "Connections" to the Various Entities Listed
On the Conflicts List**

**Schedule B**

        Shearman & Sterling LLP has reviewed the firm's database of Shearman & Sterling engagements as of January 28, 2009 for connections to the entities listed on Conflicts List at Schedule A of this Declaration.  For many of the parties in interest, Shearman & Sterling did not find a connection.  The exceptions are listed below.[1]

        Shearman & Sterling does not represent any of the parties in interest in connection with the Debtors or the Debtors' chapter 11 cases.

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Limited
Sonoma Systems Europe Limited
Architel Systems Corporation
Architel Systems (UK) Limited
Alteon WebSystems AB
Alteon WebSystems International Limited
Nortel Networks Limited
Nortel Networks UK Limited
Nor. Web DLP Limited
Nortel Limited
Nortel Networks (Northern Ireland) Limited
Nortel Networks Employee Benefit Trustee Company Limited
Nortel Networks Properties Limited
Nortel SE d.o.o. Beograd
Northern Telecom PCN Limited
Promatory Communications (UK) Limited
Telephone Switching International Limited
X-CEL Communications Limited
Star 21 Networks GmbH
Nortel Networks Australia Pty Limited
Periphonics Limited
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Limited
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS

---

[1] In many instances, the entity names on the Conflicts List do not precisely match the entity names in Shearman & Sterling's databases.  We have listed all instances where the names approximately match and there is reason to believe the entities from the Conflicts List are related to or affiliated with entities in Shearman & Sterling's databases and where the entity name is affiliated with the Debtor.

Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Limited
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Limited
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Limited)
Nortel Networks Communications (Israel) Limited
Nortel Networks Malta Limited
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Limited
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Limited
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Limited
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
Nortel Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Incorporated

2

Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Limited
Nortel Networks (Shannon) Limited
Nortel Networks Europe Sales Limited
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Limited
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Limited
Nortel Networks Korea Limited
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Limited
Nortel Networks (Ireland) Limited
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Limited
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Limited
Nortel Networks (Asia) Limited
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.

Nortel Communications Inc.
Nortel Networks (India) Private Limited
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Limited Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Limited
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH
NNI
NNCC
Alteon Websystems Inc.
Alteon Websystems International Inc.
Architel Systems (U.S.) Corporation
Xros, Inc.
Sonoma Systems
Qtera Corporation
CorTek, Inc.
North Networks Applications Management Solutions, Inc.
North Networks Optical Components Inc.
North Networks HPOCS Inc.
North International Inc.
Northern Telecom International Inc.
North Networks Cable Solutions
Karen Elizabeth Sledge
Eugene Raymond McClain
John Doolittle
Jeffrey Thomas Wood
William Roy Ellis
Gordon Allan Davies
Joseph F. Dearing
Lynn Cecilia Egan
Paul Theodore Knudsen
Claudio Morte Jr.
Charles R. Raphun
Paul Wesley Karr
Dennis Carey
Clare A. Barbieri
Laurie A. Krebs

Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson
Paul Wesley Karr
Robert J. Looney
A. Aziz Khadbai
Michael W. McCorckle
Cortland Wolfe
Jean-Pierre Fortin
Raj Krishnan
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault

Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder
Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony Gerard MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor Wayne Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II

Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Tom Buttermore
Alan Pritchard Wendell

JDS Uniphase Corporation
IBM
Texas Instruments Incorporated
Motorola Corporation
Applied Micro Circuits Corporation
Sanmina SCI Corporation
Astec
Andrew Corporation
Qualcomm Incorporated
Altera
STMicroelectronics
Hewlett Packard
Sun Microsystems
Microsoft
Oracle Corporation
Wipro
Tejas
ITC
Mera
Polycom
Flextronics
Kuehne & Nagel International AG
Accton Technolgies
Emerson
Johnson Controls Incorporated
Cigna
Flextronics
Motorola
Verizon New York, Inc.
Federal Insurance Company (Chubb)
Harris Corporation
Citibank
Bank of America
Deutsche Bank
[JP Morgan – awaiting confirmation from LL that account closed]
Morgan Stanley
UBS
Verizon
Korea Telecom – Freetel

BCE
Telefonica
Sprint Nextel
SK Telecom
France Telecom/Orange
British Telecom
Deutsche Telecom
Motorola
China Mobility
Hewlett Packard Financial Services
State Street Bank & Trust Co.
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
Teachers Insurance & Annuity Corp.
Deka Immobilien Investment GMBH
Wireless (TX) LP QRS 14
 ACE USA
ACE INA Insurance
ACE Bernuda Insurance Ltd.
American Home Assurance Company
Chubb Insurance Company of Canada
Zurich Insurance Company
Ameriprise Financial Services, Inc.
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Citigroup Global Markets, Inc./Salomon Brothers
CIBC World Markets, Inc
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Deutsche Bank Securities, Inc.
E*Trade Capital Markets, LLC
E*Trade Cleary, LLC
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Limited
H&R Block
Huntington National Bank
Jeffries & Co., Inc.
Janney Montgomery Scott, LLC

JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Lehman Brothers, Inc.
Merrill Lynch Pierce Fenner & Smith Inc.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Scotia Capital Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Suntrust Bank
Suntrust Bank
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
The Fifth Third Bank
Lazard Ltd.
Ciena Corporation
Cisco Systems, Inc.
Nokia
Siemens Enterprise
Siemens Networks
Huawei

Foundry
Avaya
Motorola
Hewlitt Packard
State Street Bank and Trust Company
UBS Securities, LLC
Brown Brothers Harriman & Co.
Deutsche Bank Securities
JP Morgan Chase Bank, National Association
Credit Suisse Securities (USA), LLC
Citigroup Global Markets, Inc./Salomon Brothers
Citigroup
Morgan Stanley & Co.
Citigroup NA
Goldman Sachs & Co.
JP Morgan Chase/JP Morgan International
State Street Bank & Trust Co./IBT
U.S. Bank N.A.
Flextronics Manufacturing Mex SA de CV
Flextronics America LLC
BMO Nesbitt Burns Inc./CDS
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
Barclays Capital Inc./LE
Atmos Energy
Suez Energy Resources N.A. Inc.
Duke Energy Company
China Telecom Americas Corp
Cincinatti Bell
Comcast
Cox Communications
Global Crossing
Level 3 Communications
MCI
Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP