UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
NORTEL NETWORKS, INC., *et al.,* : Case No. 09-10138 (KG)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------ x

## NOTICE OF RECLAMATION DEMAND BY BOOKHAM TECHNOLOGY PLC.

**PLEASE TAKE NOTICE** that on January 29, 2009, Bookham Technology Plc. made its written demand for reclamation of goods (the "Reclamation Notice"). A copy of the Reclamation Notice is attached hereto as Annex 1.[1]

Dated: January 29, 2009

Respectfully submitted,

WILMER CUTLER PICKERING
HALE and DORR LLP

George W. Shuster, Jr.
Lisa Jack
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6572
Facsimile: (617) 526-5000

*Counsel to Bookham Technology Plc.*

---

[1] The invoices attached as Exhibit B to the Reclamation Notice have been redacted in order to remove confidential commercial information protected under 11 U.S.C. § 107(b)(1), including the part numbers, description, quantity, and price. Upon request, Bookham Technology Plc. will make the unredacted invoices available to the Court, or to a party in interest at the direction of the Court, subject to appropriate confidentiality provisions.