# **ANNEX 1**

2

US1DOCS 7044219v2



January 27th, 2009

**By First-Class Mail, Federal Express, and Certified Mail, Return Receipt Requested**

Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228
Attn: Lynn Egan

RE: Reclamation Demand of Bookham Technology Plc.

Ladies and Gentlemen:

This demand and request are made for the purpose of providing notice to you of, and perfecting, the rights of Bookham Technology Plc. (the "**Creditor**") under the Uniform Commercial Code, as in effect in the relevant jurisdiction(s) and as may be amended (the "**UCC**"), and the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., as in effect and as may be amended (the "**Bankruptcy Code**").

Please be advised that, pursuant to Article 2, Section 2-702(2), of the UCC, and Section 546(c) of the Bankruptcy Code (11 U.S.C. § 546(c)), the Creditor hereby demands reclamation of all goods sold by the Creditor to Nortel Networks Inc. (the "**Debtor**") and received by the Debtor on or after November 30, 2008, or such other date as is determined relevant for purposes of Section 546(c) (the "**Goods**"), including, without limitation, Goods described on Exhibit A hereto, which referenced Goods have a total invoice price of $2,408,450. Also attached as Exhibit B hereto are the invoices for such Goods.

To the extent that the Goods (or a portion thereof) were received by the Debtor on or after December 25, 2008 and before January 14, 2009 (or such other dates as determined relevant for purposes of Section 503(b)(9)), the Creditor hereby requests that the Debtors promptly remit to the Creditor payment for such Goods (or such portion thereof) as an administrative expense of the Debtors' bankruptcy estates, in accordance with Bankruptcy Code Section 503(b)(9) (11 U.S.C. § 503(b)(9)).

In addition, to the extent that the Goods (or a portion thereof) were received by the Debtors on or after January 14, 2009 (or such other date as determined relevant for purposes of Section 503(b)(1)), the Creditor requests that the Debtors promptly remit to the Creditor payment for such Goods (or such portion thereof) as an administrative expense of the Debtors' bankruptcy estates, in accordance with Bankruptcy Code Section 503(b)(1) (11 U.S.C. § 503(b)(1)).

Bookham Technology Plc
Paignton Office

Westfield Business Park, Long Road, Paignton, Devon TQ4 7AU UK

TEL: +44 (0) 1803 698600
FAX: +44 (0) 1803 698601
www.bookham.com



TL9000 / ISO 9001 - FM 15040
ISO 14001 - EMS 504193

Registered Office: Caswell, Towcester, Northamptonshire NN12 8EQ. Tel: +44 (0) 1327 350581. Fax: +44 (0) 1327 356775
Registered in England No: 2298887. VAT Registration No. 876 3327 95

USIDOCS 7036305v2

The Creditor understands that any reclamation and administrative expense claims and recoveries thereon may be subject to approval of the United States Bankruptcy Court for the District of Delaware or another court of competent jurisdiction.

This letter and the rights and remedies asserted herein are without prejudice to other rights and remedies of the Creditor under applicable law, all of which are expressly reserved.

Very truly yours,

*Keith Rw*

Keith Border
Director & Head of Financial Operations
Bookham Technology Plc.
Westfield Business Park
Long Road,
Paignton,
Devon,
TQ4 7AU
United Kingdom
Tel: +44 (0)1803 698740
email: keith.border@bookham.com

cc:

Attn: Senior Manager, Brand Management
for Access Networks
Nortel Networks Inc.
5555 Wayward Parkway
Alpharetta, Georgia 30004
(By Federal Express and First-Class Mail)

Attn: Product Supply Management Leader
Nortel Networks Limited
2351 Boulevard Alfred Nobel
St. Laurent, Quebec, Canada
H4S 2A9
(By Federal Express and First-Class Mail)

Attn: Senior Counsel, Supply Management
Nortel Networks Limited
3500 Carling Avenue
Ottawa, Ontario
K2H 8E9
(By Federal Express and First-Class Mail)

Attn: Accounts Payable
Nortel Networks Inc.
P.O. Box 280510
Nashville, TN 37228
(By First-Class Mail)

Nortel Networks Inc. Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
(By Federal Express and First-Class Mail)

James L. Bromley
CLEARY, GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
jbromley@cgsh.com
(By Email and First-Class Mail)

Derek C. Abbott
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street, 18th Floor
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
dabbott@mnat.com
(By Email and First-Class Mail)