*Exhibit A: Schedule of Goods*

USIDOCS 7036305v1

Reclamation Demand of
Bookham Technology Plc.

| Bookham Invoice Number | Invoice Date | Invoice Amount | Curr. | Reference/ Customer Order No | Air Way Bill Number | Delivery Date | Part |
|---|---|---|---|---|---|---|---|
| 95113333 | 27-Nov-08 | $ 675.00 | USD | 4503463931 | FEDEX-9785 9140 8962 | 1-Dec-08 | IGP-28111J-85NF |
| 95113334 | 27-Nov-08 | $ 675.00 | USD | 4503463929 | FEDEX-9785 9140 8962 | 1-Dec-08 | IGP-28111J-85NF |
| 95113420 | 28-Nov-08 | $ 18,800.00 | USD | 4503481337 | DZS-5TZT635RDU | 4-Dec-08 | IPA-2FL-J |
| 95113421 | 28-Nov-08 | $ 14,100.00 | USD | 4503489809 | DZS-5TZT635RDU | 4-Dec-08 | IPA-2FL-J |
| 95113422 | 28-Nov-08 | $ 3,375.00 | USD | 4503520909 | DZS-5TZT635RDU | 4-Dec-08 | IGP-28111J-59NF |
| 95113423 | 28-Nov-08 | $ 4,725.00 | USD | 4503539080 | DZS-5TZT635RDU | 4-Dec-08 | IGP-28111J-61NF |
| 95113424 | 28-Nov-08 | $ 675.00 | USD | 4503414542 | DZS-5TZT635RDU | 4-Dec-08 | IGP-28111J-45NF |
| 95113573 | 2-Dec-08 | $ 675.00 | USD | 4503463929 | FEDEX-8653 6781 2389 | 4-Dec-08 | IGP-28111J-85NF |
| 95113649 | 3-Dec-08 | $ 675.00 | USD | 4503520911 | DZS- 5TZV073RDU | 12-Dec-08 | IGP-28111J-57NF |
| 95113650 | 3-Dec-08 | $ 2,700.00 | USD | 4503539082 | DZS- 5TZV073RDU | 12-Dec-08 | IGP-28111J-57NF |
| 95113651 | 3-Dec-08 | $ 4,725.00 | USD | 4503539083 | DZS- 5TZV073RDU | 12-Dec-08 | IGP-28111J-57NF |
| 95113652 | 3-Dec-08 | $ 675.00 | USD | 4503538611 | DZS- 5TZV073RDU | 12-Dec-08 | IGP-28111J-59NF |
| 95113653 | 3-Dec-08 | $ 2,025.00 | USD | 4503539081 | DZS- 5TZV073RDU | 12-Dec-08 | IGP-28111J-59NF |
| 95113654 | 3-Dec-08 | $ 675.00 | USD | 4503463930 | DZS- 5TZV073RDU | 12-Dec-08 | IGP-28111J-85NF |
| 95113655 | 3-Dec-08 | $ 87,750.00 | USD | 4503232992 | DZS- 5TZV073RDU | 12-Dec-08 | IPA-2FC-J |
| 95113656 | 3-Dec-08 | $ 48,482.00 | USD | 4503233012 | DZS- 5TZV073RDU | 12-Dec-08 | IPA-2HC-J |
| 95113966 | 10-Dec-08 | $ 2,025.00 | USD | 4503603500 | FEDEX-9785 9140 9936 | 15-Dec-08 | IGP-28111J-59NF |
| 95113967 | 10-Dec-08 | $ 6,075.00 | USD | 4503542624 | FEDEX-9785 9140 9936 | 15-Dec-08 | IGP-28111J-85NF |
| 95113968 | 10-Dec-08 | $ 81,000.00 | USD | 4503232993 | FEDEX-9785 9140 9936 | 15-Dec-08 | IPA-2FC-J |
| 95113969 | 10-Dec-08 | $ 675.00 | USD | 4503503556 | FEDEX-9785 9140 9936 | 15-Dec-08 | IGP-28111J-33NF |
| 95114194 | 16-Dec-08 | $ 456.00 | USD | 4503575025 | DZS-5TZZ276RDU | 6-Jan-09 | BKMFAN1U-J |
| 95114195 | 16-Dec-08 | $ 114,750.00 | USD | 4503232994 | DZS-5TZZ276RDU | 6-Jan-09 | IPA-2FC-J |
| 95114196 | 16-Dec-08 | $ 96,964.00 | USD | 4503233013 | DZS-5TZZ276RDU | 6-Jan-09 | IPA-2HC-J |
| 95114197 | 16-Dec-08 | $ 6,926.00 | USD | 4503499662 | DZS-5TZZ276RDU | 6-Jan-09 | IPA-2HC-J |
| 95114327 | 19-Dec-08 | $ 76,186.00 | USD | 4503233014 | DZS-5UAA742RDU | 5-Jan-09 | IPA-2HC-J |
| 95114375 | 20-Dec-08 | $ 152.00 | USD | 4503597151 | FEDEX-9785 9141 0642 | 23-Dec-08 | BKMFAN1U-J |
| 95114717 | 26-Dec-08 | $ 327,434.00 | USD | 4503083002 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2HB-J |
| 95114718 | 26-Dec-08 | $ 152.00 | USD | 4503597151 | DZS-5UAC000RDU | 6-Jan-09 | BKMFAN1U-J |
| 95114719 | 26-Dec-08 | $ 456.00 | USD | 4503621387 | DZS-5UAC000RDU | 6-Jan-09 | BKMFAN1U-J |
| 95114720 | 26-Dec-08 | $ 22,000.00 | USD | 4503232981 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114721 | 26-Dec-08 | $ 26,400.00 | USD | 4503232982 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114722 | 26-Dec-08 | $ 26,400.00 | USD | 4503232983 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114723 | 26-Dec-08 | $ 44,000.00 | USD | 4503232984 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114724 | 26-Dec-08 | $ 35,200.00 | USD | 4503232985 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |

Reclamation Demand of
Bookham Technology Plc.

| Bookham Invoice Number | Invoice Date | Invoice Amount | Curr. | Reference/ Customer Order No | Air Way Bill Number | Delivery Date | Part |
|---|---|---|---|---|---|---|---|
| 95114725 | 26-Dec-08 | $ 35,200.00 | USD | 4503232986 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114726 | 26-Dec-08 | $ 17,600.00 | USD | 4503232987 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114727 | 26-Dec-08 | $ 30,800.00 | USD | 4503232988 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114728 | 26-Dec-08 | $ 26,400.00 | USD | 4503266376 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114729 | 26-Dec-08 | $ 30,800.00 | USD | 4503286695 | DZS-5UAC000RDU | 6-Jan-09 | IPA-1FB-J |
| 95114730 | 26-Dec-08 | $ 114,750.00 | USD | 4503232996 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2FC-J |
| 95114731 | 26-Dec-08 | $ 60,750.00 | USD | 4503232997 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2FC-J |
| 95114732 | 26-Dec-08 | $ 94,500.00 | USD | 4503232998 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2FC-J |
| 95114733 | 26-Dec-08 | $ 108,000.00 | USD | 4503232995 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2FC-J |
| 95114734 | 26-Dec-08 | $ 13,500.00 | USD | 4503266378 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2FC-J |
| 95114735 | 26-Dec-08 | $ 193,928.00 | USD | 4503233015 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2HC-J |
| 95114736 | 26-Dec-08 | $ 27,704.00 | USD | 4503304201 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2HC-J |
| 95114737 | 26-Dec-08 | $ 30,890.00 | USD | 4503408820 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2HB-J |
| 95114738 | 26-Dec-08 | $ 27,369.00 | USD | 4503108837 | DZS-5UAC000RDU | 6-Jan-09 | IPO-2HD-J |
| 95114739 | 26-Dec-08 | $ 9,123.00 | USD | 4503108837 | DZS-5UAC000RDU | 6-Jan-09 | IPO-2HD-J |
| 95114740 | 26-Dec-08 | $ 54,000.00 | USD | 4503286696 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2FC-J |
| 95114741 | 26-Dec-08 | $ 13,852.00 | USD | 4503292695 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2HC-J |
| 95114742 | 26-Dec-08 | $ 191,518.00 | USD | 4503083002 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2HB-J |
| 95114743 | 26-Dec-08 | $ 76,186.00 | USD | 4503233014 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2HC-J |
| 95114744 | 26-Dec-08 | $ 87,750.00 | USD | 4503266377 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2FC-J |
| 95114745 | 26-Dec-08 | $ 24,712.00 | USD | 4503083002 | DZS-5UAC000RDU | 6-Jan-09 | IPA-2HB-J |
| 95115080 | 9-Jan-09 | $ 8,940.00 | USD | 4503539090 | DZS-5UAG297RDU | 12-Jan-09 | IPA-2FL-J |
| 95115081 | 9-Jan-09 | $ 17,880.00 | USD | 4503538613 | DZS-5UAG297RDU | 12-Jan-09 | IPA-2FL-J |
| 95115082 | 9-Jan-09 | $ 4,470.00 | USD | 4503538614 | DZS-5UAG297RDU | 12-Jan-09 | IPA-2FL-J |
| 95115083 | 9-Jan-09 | $ 22,350.00 | USD | 4503538615 | DZS-5UAG297RDU | 12-Jan-09 | IPA-2FL-J |
| 95115084 | 9-Jan-09 | $ 26,820.00 | USD | 4503538616 | DZS-5UAG297RDU | 12-Jan-09 | IPA-2FL-J |
| | TOTAL | $ 2,408,450.00 | | | | | |