*Exhibit B: Invoices of Goods*

US1DOCS 7036305v1

# Bookham™

## Invoice

**Duplicate**

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

| Invoice No. | Delivery No. |
|---|---|
| 95113333 | 80113544 |

Invoice Date  27-Nov-2008
Page  1 of  1

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503463931 | 36113 | | | Free carrier - | 27-Nov-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 675.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 675.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **675.00** |

**Credit Transfers To:**
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02998887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

## Invoice
### Duplicate

| | |
|---|---|
| Invoice No. 95113334 | Delivery No. 80113545 |
| Invoice Date 27-Nov-2008 | |
| Page 1 of 1 | |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503463929 | 36121 | | | Free carrier - | 27-Nov-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 675.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 675.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **675.00** |

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

## Invoice
### Duplicate

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

| Invoice No. | Delivery No. |
|---|---|
| 95113420 | 80113588 |

Invoice Date: 28-Nov-2008
Page: 1 of 1

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNT'S PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contact # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503481337 | 36390 | | | FCA - HONG KONG | 28-Nov-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Puposes Only | Total excl VAT/Sales Tax | 18,800.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 18,800.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **18,800.00** |

**Payments to:**
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

**Cheques Payable To:**
Bookham Technology plc

**Credit Transfers To:**
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Currency | A/C No |
|---|---|---|
| | USD | 67486544 |
| | GBP | 70289507 |
| | EUR | 88729655 |

Swift Code: BARCGB22
Sort Code: 20-65-18

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# bookham

## Invoice
### Duplicate

| Invoice No. | Delivery No. |
|---|---|
| 95113421 | 80113589 |

Invoice Date: 28-Nov-2008
Page: 1 of 1

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503489809 | 36440 | | | FCA - HONG KONG | 28-Nov-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 14,100.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 14,100.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **14,100.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

# Invoice

Duplicate

| | |
|---|---|
| Invoice No. | 95113422 |
| Delivery No. | 80113590 |
| Invoice Date | 28-Nov-2008 |
| Page | 1 of 1 |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503520909 | 36620 | | | FCA - HONG KONG | 28-Nov-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | Total excl VAT/Sales Tax | 3,375.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 3,375.00 | 0.00 | | VAT/Sales Tax | 0.00 |

**Invoice Value in GBP for VAT/Sales Tax Purposes Only**

**Total Due USD**    3,375.00

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Swift Code: BARCGB22
Sort Code: 20-65-18

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

# Invoice

**Duplicate**

| Invoice No. | 95113423 | Delivery No. | 80113591 |
|---|---|---|---|
| Invoice Date | 28-Nov-2008 | | |
| Page | 1 of 1 | | |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Total Excl VAT/Sales Tax | % | VAT/Sales Tax | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|---|---|
| 811549 | 4503539080 | 4,725.00 | | 0.00 | 36871 | | | FCA - HONG KONG | 28-Nov-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 4,725.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 4,725.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **4,725.00** |

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

## Invoice
**Duplicate**

| | |
|---|---|
| Invoice No. | 95113424 |
| Delivery No. | 80113619 |
| Invoice Date | 28-Nov-2008 |
| Page | 1 of 1 |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503414542 | 35805 | | | Free carrier - | 28-Nov-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | Total excl VAT/Sales Tax | 675.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 675.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **675.00** |

Invoice Value in GBP for VAT/Sales Tax Purposes Only

**Payments to:**
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

**Cheques Payable To:**
Bookham Technology plc

**Credit Transfers To:**
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

## Invoice

**Duplicate**

| Invoice No. | Delivery No. |
|---|---|
| 95113573 | 80113816 |

Invoice Date  02-Dec-2008

Page  1 of 1

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503463929 | 36121 | | | Free carrier - | 02-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | | | Total excl VAT/Sales Tax | 675.00 |
|---|---|---|---|---|---|---|---|---|
| ZE | 0.00 | 675.00 | 0.00 | | | | VAT/Sales Tax | 0.00 |
| | | | | | | | **Total Due USD** | **675.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Swift Code: BARCGB22 |
| | Sort Code: 20-65-18 |

| Currency | USD | GBP | EUR |
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

## Invoice

**Duplicate**

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

| Invoice No. | Delivery No. |
|---|---|
| 95113649 | 80113870 |

Invoice Date  03-Dec-2008
Page  1 of 1

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|
| 811549 | 4503520911 | | 36622 | | | FCA - HONG KONG | 03-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 675.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 675.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **675.00** |

**Credit Transfers To:**
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

**Payments to:**
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

**Cheques Payable To:**
Bookham Technology plc

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

# Invoice
**Duplicate**

| Invoice No. | Delivery No. |
|---|---|
| 95113650 | 80113871 |

Invoice Date  03-Dec-2008
Page  1 of 1

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # |
|---|---|---|---|---|
| 811549 | 4503539082 | 36873 | | |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Terms of Sale | Extended Price | Ship Date | Tax Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | FCA - HONG KONG | | 03-Dec-2008 | |

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | | |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 2,700.00 | 0.00 | | Total excl VAT/Sales Tax | 2,700.00 |
| | | | | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **2,700.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

## Invoice
### Duplicate

| Invoice No. | Delivery No. |
|---|---|
| 95113651 | 80113872 |

Invoice Date  03-Dec-2008
Page  1 of 1

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:**
Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503539083 | 36875 | | | FCA - HONG KONG | 03-Dec-2008 |

| Line No. | Bookham Part Number | % | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 4,725.00 |
|---|---|---|---|---|---|
| ZE  0.00 | 4,725.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | **Total Due USD** | **4,725.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,     Swift Code: BARCGB22
PO Box 858, 11 West Way               Sort Code: 20-65-18
Oxford, OX2 0XP
United Kingdom

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc. Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# bookham™

## Invoice
### Duplicate

| | |
|---|---|
| Invoice No. | 95113652 |
| Delivery No. | 80113873 |
| Invoice Date | 03-Dec-2008 |
| Page | 1 of 1 |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503538611 | 36844 | | | FCA - HONG KONG | 03-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 675.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 675.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **675.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Swift Code: BARCGB22 | |
| | Sort Code: 20-65-18 | |
| Currency | USD | GBP | EUR |
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

## Invoice
### Duplicate

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

For Inquiries: Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

| Invoice No. | Delivery No. |
|---|---|
| 95113653 | 80113874 |

Invoice Date: 03-Dec-2008
Page: 1 of 1

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503539081 | | | FCA - HONG KONG | 03-Dec-2008 |

Bookham Sales Order No. 36872

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Puposes Only | Total excl VAT/Sales Tax | 2,025.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 2,025.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **2,025.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Swift Code: BARCGB22 | |
| | Sort Code: 20-65-18 | |
| Currency | USD | GBP | EUR |
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc. Registered in England & Wales (CRN 02298887). Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

# Invoice

Duplicate

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

| For Inquiries: | Sales Office | |
|---|---|---|
| Tel: | 44 (0)1803 698600 | |
| Fax: | 44 (0)1803 698602 | |

| Invoice No. | Delivery No. |
|---|---|
| 95113654 | 80113875 |

| Invoice Date | 03-Dec-2008 |
|---|---|
| Page | 1 of 1 |

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503463930 | 36124 | | | Free carrier | 03-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | Total excl VAT/Sales Tax | 675.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 675.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **675.00** |

Invoice Value in GBP for VAT/Sales Tax Purposes Only

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Swift Code: BARCGB22 | |
|---|---|---|
| | Sort Code: 20-65-18 | |
| Currency | GBP | EUR |
| A/C No | 70289507 | 88729655 |
| USD | | |
| 67486544 | | |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham

## Invoice
### Duplicate

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

| Invoice No. | Delivery No. |
|---|---|
| 95113655 | 80113876 |

Invoice Date  03-Dec-2008
Page  1 of 1

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503232992 | | | Free carrier - | 03-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Bookham Sales Order No.
34706

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 87,750.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 87,750.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **87,750.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Currency | A/C No | Swift Code: BARCGB22 Sort Code: 20-65-18 |
|---|---|---|---|
| | USD | 67486544 | |
| | GBP | 70289507 | |
| | EUR | 88729655 | |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

## Invoice
### Duplicate

| Invoice No. | Delivery No. |
|---|---|
| 95113656 | 80113877 |

Invoice Date   03-Dec-2008

Page   1 of 1

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:**  Sales Office
Tel:  44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503233012 | 34725 | | | Free carrier - | 03-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | | Total excl VAT/Sales Tax | 48,482.00 |
|---|---|---|---|---|---|---|---|
| ZE | 0.00 | 48,482.00 | 0.00 | | | VAT/Sales Tax | 0.00 |

**Invoice Value in GBP for VAT/Sales Tax Purposes Only**

| | | | | | **Total Due USD** | **48,482.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

## Invoice
### Duplicate

| | |
|---|---|
| Invoice No. | 95113966 |
| Invoice Date | 10-Dec-2008 |
| Page | 1 of 1 |
| Delivery No. | See below |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT : 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|
| 811549 | 4503603500 | | 37336 | | | FCA - HONG KONG | 10-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | | Total excl VAT/Sales Tax | 2,025.00 |
|---|---|---|---|---|---|---|---|
| ZE | 0.00 | 2,025.00 | 0.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | | **Total Due USD** | **2,025.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Currency | A/C No |
|---|---|---|
| | USD | 67486544 |
| Swift Code: BARCGB22 | GBP | 70289507 |
| Sort Code: 20-65-18 | EUR | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

## Invoice

**Duplicate**

| Invoice No. | Delivery No. |
|---|---|
| 95113967 | 80114190 |

Invoice Date 10-Dec-2008

Page 1 of 1

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503542624 | | | FCA - HONG KONG | 10-Dec-2008 |

Bookham Sales Order No. 36913

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | Total excl VAT/Sales Tax | 6,075.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 6,075.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **6,075.00** |

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# bookham™

## Invoice

**Duplicate**

| | |
|---|---|
| Invoice No. | Delivery No. |
| 95113968 | 80114191 |
| Invoice Date | 10-Dec-2008 |
| Page | 1 of 1 |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # |
|---|---|---|---|---|
| 811549 | 4503232993 | 34707 | | |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Terms of Sale | Ship Date | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Free carrier - | 10-Dec-2008 | 81,000.00 | |

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Puposes Only | Total excl VAT/Sales Tax | 81,000.00 |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 81,000.00 | 0.00 | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **81,000.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| | Currency | A/C No |
|---|---|---|
| | USD | 67486544 |
| | GBP | 70289507 |
| | EUR | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02998887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK