# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| Invoice No. | Delivery No. |
|---|---|
| 95114730 | 80114933 |

Invoice Date   26-Dec-2008

Page      1 of   1

**For Inquiries:** Sales Office
Tel:   44 (0)1803 698600
Fax:   44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919 992 2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503232996 | | | Free carrier - | 26-Dec-2008 |

Bookham Sales Order No.   34709

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | UM | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 114,750.00 | 0.00 |

| | |
|---|---|
| Total excl VAT/Sales Tax | 114,750.00 |
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **114,750.00** |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | A/C No |
|---|---|
| USD | 67486544 |
| GBP | 70289507 |
| EUR | 88729655 |

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| Invoice No. 95114731 | Delivery No. 80114934 |
|---|---|
| Invoice Date 26-Dec-2008 | |
| Page 1 of 1 | |

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

BILL TO:
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

SHIP TO:
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id 811549 | Customer P.O. | Bookham Sales Order No. 34710 | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale Free carrier · | Ship Date 26-Dec-2008 |
|---|---|---|---|---|---|---|

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| | | Total excl VAT/Sales Tax | 60,750.00 |
|---|---|---|---|
| | | VAT/Sales Tax | 0.00 |
| | | **Total Due USD** | **60,750.00** |

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 60,750.00 | 0.00 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Payments to:
P.O. Box 66512
AMFO'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Swift Code: BARCGB22
Sort Code: 20-65-18

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

**Invoice**

Duplicate

| Invoice No. | 95114732 | Delivery No. | 80114935 |
|---|---|---|---|
| Invoice Date | 26-Dec-2008 | | |
| Page | 1 of 1 | | |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Total Excl VAT/Sales Tax | % | VAT/Sales Tax | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|---|
| 811549 | 4503232998 | 94,500.00 | | 0.00 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Bookham Sales Order No. 34711 | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|---|

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | |
|---|---|---|---|---|---|
| ZE | 0.00 | 94,500.00 | 0.00 | Total excl VAT/Sales Tax | 94,500.00 |
| | | | | VAT/Sales Tax | 0.00 |
| | | | | **Total Due USD** | **94,500.00** |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization**

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| Currency | USD | Swift Code: BARCGB22 | | |
|---|---|---|---|---|
| A/C No | 67486544 | Sort Code: 20-65-18 | | |
| | | GBP 70289507 | EUR 88729655 | |

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| | |
|---|---|
| Invoice No. | 95114733 |
| Delivery No. | 80114936 |

Invoice Date    26-Dec-2008

Page    1 of  1

**For Inquiries:**
Sales Office
Tel:  44 (0)1803 698600
Fax:  44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|
| 811549 | 4503232995 | | 34853 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | | | |
|---|---|---|---|---|---|---|---|
| ZE | 0.00 | 108,000.00 | 0.00 | | Total excl VAT/Sales Tax | | 108,000.00 |
| | | | | | VAT/Sales Tax | | 0.00 |
| | | | | | **Total Due USD** | | **108,000.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT  Registration No: GB876 3327 95
GST Registration No: 88667 2888 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

**Bookham Technology Plc.**
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

# Invoice

**Duplicate**

| Invoice No. | 95114734 | Delivery No. | 80114937 |
|---|---|---|---|

| Invoice Date | 26-Dec-2008 |
|---|---|
| Page | 1 of 1 |

**For Inquiries:** Sales Office
Tel:  44 (0)1803 698600
Fax:  44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503266378 | 34883 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | UM | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 13,500.00 | 0.00 |

| Total excl VAT/Sales Tax | 13,500.00 |
|---|---|
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **13,500.00** |

UK VAT Registration No. GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Swift Code: BARCGB22
Sort Code: 20-65-18

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| Invoice No. | Delivery No. |
|---|---|
| 95114735 | 80114938 |

Invoice Date   26-Dec-2008

Page         1 of   1

**For Inquiries:** Sales Office
Tel:   44 (0)1803 698600
Fax:   44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contact # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503233015 | 34728 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 193,928.00 | 0.00 |

| | |
|---|---|
| Total excl VAT/Sales Tax | 193,928.00 |
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **193,928.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Currency   USD
A/C No     67486544

Swift Code: BARCGB22
Sort Code: 20-65-18

GBP        EUR
70289507   88729655

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2868 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

### Duplicate

| Invoice No. | 95114736 | Delivery No. | 80114940 |
|---|---|---|---|

Invoice Date   26-Dec-2008

Page   1 of 1

**For Inquiries:**  Sales Office
Tel:  44 (0)1803 698600
Fax:  44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contact # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503304201 | 35020 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 27,704.00 | 0.00 |

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| Total excl VAT/Sales Tax | 27,704.00 |
|---|---|
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **27,704.00** |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Payments To:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

# Invoice

**Duplicate**

| Invoice No. | Delivery No. |
|---|---|
| 95114737 | 80114941 |

| Invoice Date | 26-Dec-2008 |
|---|---|
| Page | 1 of 1 |

**For Inquiries:**
Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P O BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|---|
| 811549 | 4503408820 | | 30,890.00 | 0.00 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Bookham Sales Order No. | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|---|
| | | | 35800 | | | | | | |

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| | | |
|---|---|---|
| | Total excl VAT/Sales Tax | 30,890.00 |
| | VAT/Sales Tax | 0.00 |
| | **Total Due USD** | **30,890.00** |

| VAT/Sales Tax Code | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|
| ZE  0.00 | 30,890.00 | 0.00 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization**

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Swift Code: BARCGB22 |
|---|---|
| | Sort Code: 20-65-18 |

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| Invoice No. | 95114738 | Delivery No. | See below |
|---|---|---|---|
| Invoice Date | 26-Dec-2008 | | |
| Page | 1 of 1 | | |

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919.992.2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503010837 | | | Free carrier | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Bookham Sales Order No. 33542 | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|---|

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | | Total excl VAT/Sales Tax | 27,369.00 |
|---|---|---|---|---|---|---|---|
| ZE | 0.00 | 27,369.00 | 0.00 | | | VAT/Sales Tax | 0.00 |
| | | | | | | **Total Due USD** | **27,369.00** |

UK VAT Registration No: GB976 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization**

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

**Invoice**

Duplicate

| Invoice No. | 95114739 | Delivery No. | 80114972 |
|---|---|---|---|

Invoice Date   26-Dec-2008

Page   1 of 1

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PL T 1600
CONTACT: 919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | | | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|---|---|
| 811549 | 4503108837 | | 33542 | | | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Invoice Value in GBP for VAT/Sales Tax Purposes Only | | |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 9,123.00 | 0.00 | | Total excl VAT/Sales Tax | 9,123.00 |
| | | | | | VAT/Sales Tax | 0.00 |
| | | | | | **Total Due USD** | **9,123.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Swift Code: BARCGB22
Sort Code: 20-65-18

UK VAT  Registration No. GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization**

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| Invoice No. | 95114740 | Delivery No. | 80114978 |
|---|---|---|---|
| Invoice Date | 26-Dec-2008 | | |
| Page | 1 of 1 | | |

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC. (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919 992 2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503286696 | | | Free carrier - | 26-Dec-2008 |
| | | Bookham Sales Order No. | | Terms of Sale | |
| | | 34944 | | | |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| | Total excl VAT/Sales Tax | 54,000.00 |
|---|---|---|
| | VAT/Sales Tax | 0.00 |
| | **Total Due USD** | **54,000.00** |

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 54,000.00 | 0.00 |

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Swift Code: BARCGB22 |
|---|---|
| | Sort Code: 20-65-18 |

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

**Invoice**

Duplicate

| Invoice No. | 95114741 | Delivery No. | 80114980 |
|---|---|---|---|
| Invoice Date | 26-Dec-2008 | | |
| Page | 1 of 1 | | |

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | | Bookham Sales Order No. | Customer Contact # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|
| 811549 | 4503292695 | | 34968 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| | | | Invoice Value in GBP for VAT/Sales Tax Purposes Only | | | Total excl VAT/Sales Tax | 13,852.00 |
|---|---|---|---|---|---|---|---|
| | | | | | | VAT/Sales Tax | 0.00 |
| | | | | | | **Total Due USD** | **13,852.00** |

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 13,852.00 | 0.00 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization**

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Bookham Technology plc, Registered in England & Wales (CRN 02298887). Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

Duplicate

| Invoice No. 95114742 | Delivery No. 80114983 |
|---|---|
| Invoice Date | 26-Dec-2008 |
| Page | 1 of 1 |

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919.992.2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id 811549 | Customer P.O. | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale Free carrier | Ship Date 26-Dec-2008 |
|---|---|---|---|---|---|---|---|---|

| Line No. | Bookham Part Number | Customer Part Number | Bookham Sales Order No. 33452 | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|---|

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 191,518.00 | 0.00 |

| | |
|---|---|
| Total excl VAT/Sales Tax | 191,518.00 |
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **191,518.00** |

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Swift Code: BARCGB22
Sort Code: 20-65-18

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

UK VAT Registration No: GB876 5327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of Invoice

Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| | |
|---|---|
| Invoice No. | 95114743 |
| Delivery No. | 80115094 |

Invoice Date    26-Dec-2008

Page    1 of 1

**For Inquiries:**  Sales Office
Tel:  44 (0)1803 698600
Fax:  44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919 992 2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503233014 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | UM | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Bookham Sales Order No.  34727

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | |
|---|---|---|---|---|---|
| ZE | 0.00 | 76,186.00 | 0.00 | | |

| | |
|---|---|
| Total excl VAT/Sales Tax | 76,186.00 |
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **76,186.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70239507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization**

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

**Invoice**

Duplicate

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

| Invoice No. | 95114744 | Delivery No. | 80115096 |
|---|---|---|---|
| Invoice Date | 26-Dec-2008 | | |
| Page | 1 of 1 | | |

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer VAT/Sales Tax # | Customer Contract # | Bookham Sales Order No. | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503286377 | | | 34884 | Free carrier | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Country of Origin CN

| Invoice Value in GBP for VAT/Sales Tax Purposes Only | | | | | | Total excl VAT/Sales Tax | 87,750.00 |
|---|---|---|---|---|---|---|---|
| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | | VAT/Sales Tax | 0.00 |
| ZE | 0.00 | 87,750.00 | 0.00 | | | **Total Due USD** | **87,750.00** |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70239507 | 88729655 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization**

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

**Invoice**

Duplicate

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:**
Sales Office
Tel:  44 (0)1803 698600
Fax:  44 (0)1803 698602

| | |
|---|---|
| Invoice No. | 95114745 |
| Delivery No. | 80115097 |

Invoice Date  26-Dec-2008
Page  1 of 1

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503083002 | | | Free carrier - | 26-Dec-2008 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | UM | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| | | | | Total excl VAT/Sales Tax | 24,712.00 |
|---|---|---|---|---|---|
| | | | | VAT/Sales Tax | 0.00 |
| | | | | **Total Due USD** | **24,712.00** |

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 24,712.00 | 0.00 |

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

UK VAT  Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| Invoice No. 95115080 | Delivery No. 80115287 |
|---|---|
| Invoice Date 09-Jan-2009 | |
| Page 1 of 1 | |

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503539090 | 36883 | | | FCA - HONG KONG | 09-Jan-2009 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax | | | |
|---|---|---|---|---|---|---|
| ZE | 0.00 | 8,940.00 | 0.00 | | | |

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| | |
|---|---|
| Total excl VAT/Sales Tax | 8,940.00 |
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **8,940.00** |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization**

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Bookham Technology plc, Registered in England & Wales (CRN 02298867), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

**Invoice**

Duplicate

| Invoice No. 95115081 | Delivery No. 80115288 |
|---|---|

Invoice Date   09-Jan-2009

Page        1 of   1

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:**   Sales Office
Tel:   44 (0)1803 698600
Fax:   44 (0)1803 698602

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
NORTEL NETWORKS (0501/2001)
ATTN: ACCOUNTS PAYABLE
CONTACT: 919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

| Customer Contact # | Customer VAT/Sales Tax # | Terms of Sale   FCA - HONG KONG | Ship Date   09-Jan-2009 |
|---|---|---|---|

| Customer Id 811549 | Customer P.O. | % | Total Excl VAT/Sales Tax 17,880.00 | VAT/Sales Tax 0.00 | Bookham Sales Order No. 36839 |
|---|---|---|---|---|---|

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

4503583613

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| | |
|---|---|
| Total excl VAT/Sales Tax | 17,880.00 |
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **17,880.00** |

UK VAT  Registration No: GB876 5327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

VAT/Sales Tax Code
ZE   0.00

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency A/C No | USD 67486544 | GBP 70289507 | EUR 88729655 |
|---|---|---|---|

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

### Duplicate

| | | |
|---|---|---|
| **Invoice No.** 95115082 | **Delivery No.** 80115289 | |
| Invoice Date | 09-Jan-2009 | |
| Page | 1 of 1 | |

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Bookham Sales Order No. | Customer Contact # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|
| 811549 | 4503538614 | 36840 | | | FCA - HONG KONG | 09-Jan-2009 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Country of Origin CN

| | | | Invoice Value in GBP for VAT/Sales Tax Purposes Only | | |
|---|---|---|---|---|---|
| | | | Total excl VAT/Sales Tax | | 4,470.00 |
| | | | VAT/Sales Tax | | 0.00 |
| | | | **Total Due USD** | | **4,470.00** |

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 4,470.00 | 0.00 |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

**Payment due Net 45 from the Invoice date. Material cannot be returned without first obtaining authorization**

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

| | Swift Code: BARCGB22 | |
|---|---|---|
| | Sort Code: 20-65-18 | |
| Currency | USD | GBP | EUR |
| A/C No | 67486544 | 70289507 | 88729655 |

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

**Invoice**

Duplicate

| | |
|---|---|
| Invoice No. | 95115083 |
| Delivery No. | 80115290 |

Invoice Date  09-Jan-2009

Page  1 of 1

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

**For Inquiries:**  Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

**BILL TO:**
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

**SHIP TO:**
NORTEL NETWORKS / SAP PL T 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | Customer Contract # | Customer VAT/Sales Tax # | Terms of Sale | Ship Date |
|---|---|---|---|---|---|
| 811549 | 4503538615 | | | FCA - HONG KONG | 09-Jan-2009 |

| Line No. | Bookham Part Number | Customer Part Number | Bookham Sales Order No. | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|---|
| | | | 36845 | | | | | | |

Country of Origin CN

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 22,350.00 | 0.00 |

| | |
|---|---|
| Total excl VAT/Sales Tax | 22,350.00 |
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **22,350.00** |

UK VAT Registration No: GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK

# Bookham™

Bookham Technology Plc.
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU, United Kingdom

## Invoice

**Duplicate**

| Invoice No. | 95115084 |
|---|---|
| Delivery No. | See below |

Invoice Date    09-Jan-2009

Page    1 of 1

**For Inquiries:** Sales Office
Tel: 44 (0)1803 698600
Fax: 44 (0)1803 698602

BILL TO:
NORTEL NETWORKS INC (0501/2001)
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE
TENNESSEE
37228, USA

SHIP TO:
NORTEL NETWORKS / SAP PLT 1600
CONTACT: 919-992-2842
4001 E.CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
NORTH CAROLINA
27709, USA

| Customer Id | Customer P.O. | | Bookham Sales Order No. | Customer Contact # | Customer VAT/Sales Tax # | | Terms of Sale | Ship Date |
|---|---|---|---|---|---|---|---|---|
| 811549 | 4503583616 | | 36847 | | | | FCA - HONG KONG | 09-Jan-2009 |

| Line No. | Bookham Part Number | Customer Part Number | Description | Quantity | U/M | Unit Price | Extended Price | Tax Code |
|---|---|---|---|---|---|---|---|---|

Country of Origin CN

| VAT/Sales Tax Code | % | Total Excl VAT/Sales Tax | VAT/Sales Tax |
|---|---|---|---|
| ZE | 0.00 | 26,820.00 | 0.00 |

Invoice Value in GBP for VAT/Sales Tax Purposes Only

| | |
|---|---|
| Total excl VAT/Sales Tax | 26,820.00 |
| VAT/Sales Tax | 0.00 |
| **Total Due USD** | **26,820.00** |

UK VAT Registration No. GB876 3327 95
GST Registration No: 85667 2688 RT0001

Any non-delivery must be reported within 10 days of receipt of invoice

Payment due Net 45 from the invoice date. Material cannot be returned without first obtaining authorization

Credit Transfers To:
Barclays Bank plc, Corporate Centre,
PO Box 858, 11 West Way
Oxford, OX2 0XP
United Kingdom

Swift Code: BARCGB22
Sort Code: 20-65-18

| Currency | USD | GBP | EUR |
|---|---|---|---|
| A/C No | 67486544 | 70289507 | 88729655 |

Payments to:
P.O. Box 66512
AMF O'Hare
Chicago
Illinois 60666-0512 USA

Cheques Payable To:
Bookham Technology plc

Bookham Technology plc, Registered in England & Wales (CRN 02298887), Registered Office: Caswell, Towcester, Northamptonshire, NN12 8EQ, UK