UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
In re:                                                         :   Chapter 11
                                                               :
NORTEL NETWORKS, INC., *et al.,*                               :   Case No. 09-10138 (KG)
                                                               :   (Jointly Administered)
                          Debtors.                             :
                                                               :
------------------------------------------------------------- x

## NOTICE OF RECLAMATION DEMAND BY STARENT NETWORKS, CORP.

     **PLEASE TAKE NOTICE** that on January 30, 2009, Starent Networks, Corp. made its written demand for reclamation of goods (the "Reclamation Notice"). A copy of the Reclamation Notice is attached hereto as Annex 1.[1]

Dated: January 30, 2009

                                        Respectfully submitted,

                                        WILMER CUTLER PICKERING
                                         HALE and DORR LLP

                                         */s/ Dennis L. Jenkins*
                                         Dennis L. Jenkins, Esq.
                                         60 State Street
                                         Boston, Massachusetts 02109
                                         Telephone: (617) 526-6491
                                         Facsimile: (617) 526-5000

                                         *Counsel to Starent Networks, Corp.*

---

[1] Confidential commercial information protected under 11 U.S.C. § 107(b)(1) has been redacted from the invoice attached as Exhibit A to the Reclamation Notice. Upon request, Starent Networks, Corp. will make the unredacted invoices available to the Court, or to a party in interest at the direction of the Court, subject to appropriate confidentiality protections and/or agreements.

# **ANNEX 1**

US1DOCS 7046817v1



January 29, 2009

**By First-Class Mail, Federal Express, and Certified Mail, Return Receipt Requested**

Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN  37228
Attn: Lynn Egan

RE:     Reclamation Demand of Starent Networks, Corp.

Ladies and Gentlemen:

      This demand and request are made for the purpose of providing notice to you of, and perfecting, the rights of Starent Networks, Corp. (the "**Creditor**") under the Uniform Commercial Code, as in effect in the relevant jurisdiction(s) and as may be amended (the "**UCC**"), the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, as in effect and as may be amended (the "**Bankruptcy Code**"), and any otherwise applicable law.

      Please be advised that, pursuant to Article 2, Section 2-702(2), of the UCC, and Section 546(c) of the Bankruptcy Code (11 U.S.C. § 546(c)) and any otherwise applicable law, the Creditor hereby demands reclamation of all goods sold by the Creditor to Nortel Networks Limited, Nortel Networks, Inc. and/or their respective affiliates (collectively, the "**Debtor**") and received by the Debtor on or after November 30, 2008, or such other date as is determined relevant for purposes of Section 546(c) or otherwise applicable law (the "**Goods**"), including, without limitation, Goods described on Exhibit A hereto, which referenced Goods have a total invoice price of $1,194,250.

      To the extent that the Goods (or a portion thereof) were received by the Debtor on or after December 25, 2008 and before January 14, 2009 (or such other dates as determined relevant for purposes of Section 503(b)(9)), the Creditor hereby requests that the Debtors promptly remit to the Creditor payment for such Goods (or such portion thereof) as an administrative expense of the Debtors' bankruptcy estates, in accordance with Bankruptcy Code Section 503(b)(9) (11 U.S.C. § 503(b)(9)) or otherwise applicable law.

      In addition, to the extent that the Goods (or a portion thereof) were received by the Debtors on or after January 14, 2009 (or such other date as determined relevant for purposes of Section 503(b)(1)), the Creditor requests that the Debtors promptly remit to the Creditor payment for such Goods (or such portion thereof) as an administrative expense of the Debtors' bankruptcy estates, in accordance with Bankruptcy Code Section 503(b)(1) (11 U.S.C. § 503(b)(1)) or otherwise applicable law.

      The Creditor understands that any reclamation and administrative expense claims and recoveries thereon may be subject to approval of the United States Bankruptcy Court for the District of Delaware or another court of competent jurisdiction.

This letter and the rights and remedies asserted herein are without prejudice to other rights and remedies of the Creditor under applicable law, all of which are expressly reserved.

Very truly yours,

*Jonathan M. Moulton*

Jonathan M. Moulton
Vice President and General Counsel
Starent Networks, Corp.
30 International Drive, 3rd Floor
Tewksbury, MA 01876

cc:

Attn: Lynn Egan
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228
(By Federal Express and First-Class Mail)

Attn: Senior Manager, Brand Management
for Access Networks
Nortel Networks Inc.
5555 Wayward Parkway
Alpharetta, Georgia 30004
(By Federal Express and First-Class Mail)

Attn: Nortel Supply Manager
4001 E. Chapel Hill Nelson Highway,
MS 570/01/0M4
Research Triangle Park, NC 27708
(By Federal Express and First-Class Mail)

Attn: Nortel Senior Counsel, Procurement
3500 Carling Avenue
Ottawa, Ontario K2H 8E9
(By Overnight Courier and First-Class Mail)

Nortel Networks Inc. Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
(By Federal Express and First-Class Mail)

James L. Bromley
CLEARY, GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
(By Email and First-Class Mail)

Derek C. Abbott
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street, 18th Floor
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
(By Email and First-Class Mail)

## *Exhibit A: Invoices of Goods*

US1DOCS 7045524v1

EXHIBIT A




# Invoice

 COPY

**STARENT** NETWORKS

**BILL To:** Attn: Accounts Payable
Nortel Networks
ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

**SHIP To:** Nortel Networks
c/o Kuehne & Nagel
4001 E. Chapel Hill Nelson Hwy.
RTP NC 27709

| Invoice No. | 115375 |
| Invoice Date | 30-DEC-08 |
| PO No. | DGC01010 |
| SO No. | 13783 |
| Customer No. | 1007 |
| Site | Nashville BT |

| PAYMENT TERMS | DUE DATE | SALES REP NAME | BILL TO ATTN | SHIP DATE | SHIP VIA | WAY BILL # |
|---|---|---|---|---|---|---|
| NET 60 | 28-FEB-09 | VanEpps, Jill | | 30-DEC-08 | | 0 |

| Line | Description | Qty Ordered | Qty Billed | Unit Price | Extended Cost |
|---|---|---|---|---|---|
| 1 | 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<br>Dynamic Radius Extensions (CoA and PoD) | 2 | REDACTED | | |
| 2 | 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<br>PDSN Software License, 10K sessions<br>Customer Item: VAF00005 |N0010366, PDSN Software License 10K Sessions | 3 | REDACTED | | |
| 3 | 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<br>L2TP LAC PDSN/GGSN,1K sessions<br>Customer Item: VAF00012 |N0010373, L2TP LAC PDSN 1K Sessions | 1 | REDACTED | | |
| 4 | 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<br>Enhanced Lawful Intercept, 1K Sessions | 1 | REDACTED | | |
| 5 | 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<br>EV-DO Rev A PDSN Software License, 10K sessions | 35 | REDACTED | | |
| 6 | 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<br>PDSN RAN Optimization, Bundle 1 | 1 | REDACTED | | |
| 7 | 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<br>Ethernet 1000 with SX Multi-mode Short Haul Fiber SFP<br>Customer Item: NTPX51AM |N0007481, Ethernet 1000 with SX multi-mode (Fiber) | 4 | REDACTED | | |
| 8 | 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<br>Packet Accelerator Card, 8GB<br>Customer Item: NTPX51BE |N0031439, Packet Accelerator 8GB Release 2+ | 11 | REDACTED | | |

Page 1 of 2

# STARENT
NETWORKS

# Invoice

| | |
|---|---|
| **BILL TO:** | Attn: Accounts Payable<br>Nortel Networks<br>ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228 |
| **SHIP TO:** | Nortel Networks<br>c/o Kuehne & Nagel<br>4001 E. Chapel Hill Nelson Hwy.<br>RTP NC 27709 |

| Invoice No. | 115375 |
|---|---|
| Invoice Date | 30-DEC-08 |
| PO No. | DGC01010 |
| SO No. | 13783 |
| Customer No. | 1007 |
| Site | Nashville BT |

| Line | Description | Qty Ordered | Qty Billed | Unit Price | Extended Cost |
|---|---|---|---|---|---|
| 9 | 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<br>PDSN EV-DO Rev 0 to Rev A Upgrade License, 10K sessions | 4 | REDACTED | | |

| Invoice Sub Total | Sales Tax | Freight | Total Invoice |
|---|---|---|---|
| 1,194,250.00 | 0.00 | 0.00 | USD 1,194,250.00 |

Please mail check to: Starent Networks Corporation, Dept: CH 17349, Palatine, IL 60055-7349

**USD payment wire to:**
Account Name: Starent Networks, Corp.
Account No: 3300236907
Swift Code: SVBKUS6S
ABA/Routing No.:121140399
Branch Address: Silicon Valley Bank
One Newton Executive Park
2221 Washington Street, Suite200
Newton, MA 02478

**EUR payment wire to:**
Account Name: Starent Networks, Corp.
IBAN: GB41RBOS16107010106035
Swift Code: RBOSGB2L
Branch Address: Royal Bank of Scotland
London City Office
62/63 Threadneedle St.
London, EC2R 8LA

**GBP payment wire to:**
Account Name: Starent Networks, Corp.
IBAN: GB97RBOS15100022647027
Swift Code: RBOSGB2L
Branch Address: Royal Bank of Scotland
London City Office
62/63 Threadneedle St.
London, EC2R 8LA

Starent Networks Corporation, 30 International Place, Tewksbury, MA 01876
*We thank you for your business.*