UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., et al., | ) Case No. 09-10138 (KG) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

John D. Demmy, a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103, to represent Duke Energy Carolinas, LLC, Long Island Lighting Company d/b/a LIPA, KeySpan Gas East Corporation d/b/a National Grid, Colonial Gas Company d/b/a National Grid, Massachusetts Electric Company d/b/a National Grid and The Commonwealth Edison Company (the "Utilities") in the above-captioned bankruptcy cases.

Dated: February 2, 2009

STEVENS & LEE, P.C.

/s/ John D. Demmy
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone:   (302) 425-3308
Fax:     (610) 371-8515
E-mail:  jdd@stevenslee.com

*Co-Counsel for the Utilities*

Motion Granted.

BY THE COURT:

Date: February 3, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATION OF RUSSELL R. JOHNSON III

Pursuant to Bankruptcy Court Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the bars of the Commonwealth of Virginia, and the United States Bankruptcy and District Courts for the Eastern and Western Districts of Virginia; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

By: /s/ Russell R. Johnson III

Russell R. Johnson III, Esq.
Law Offices of Russell R. Johnson III
2258 Wheatland Drive
Manakin-Sabot, Virginia  23103
Phone: (804) 749-8861
Fax:   (804) 749-8862

3