**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks, Inc., *et al.,* | Case No. 09-10138 (KG) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF**
**PAPERS PURSUANT TO § 1109(b) OF THE**
**BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) and 9010**

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC, Fulbright & Jaworski L.L.P. and Archer & Greiner, P.C. appear for and on behalf of AT&T[1] ("AT&T"), creditor of the above-captioned Debtors and party-in-interest in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that AT&T requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

---

[1] On or about November 19, 2005, SBC Communications Inc. acquired AT&T Corp., with SBC Communications, Inc. being the surviving entity. SBC Communications Inc. subsequently changed its name to AT&T Inc. Additionally, on or about December 29, 2006, AT&T Inc. purchased BellSouth Telecommunications, with AT&T Inc. being the surviving entity. AT&T Inc. is reviewing its books and records to determine which AT&T entity provides services to the Debtor.

Charles J. Brown, III, Esq.
ARCHER & GREINER PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Phone: (302) 777-4350/ Fax: (302) 777-4352
E-mail: cbrown@archerlaw.com

LOWENSTEIN SANDLER PC
Vincent A. D'Agostino, Esq.
Scott Cargill, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Phone: (973) 597-2500/ Fax: (973) 597-2400
E-mail: vdagostino@lowenstein.com
E-mail: scargill@lowenstein.com

David A. Rosenzweig, Esq.
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY  10103-3198
Phone: (212) 318-3000 / Fax: (212) 318-3400
E-mail: drosenzweig@fulbright.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors' estate.

-3-

Dated: February 3, 2009    By: */s/ Charles J. Brown, III*
　　　　　　　　　　　　　　　Charles J. Brown, III, Esq. (No. 3368)
　　　　　　　　　　　　　　　ARCHER & GREINER PC
　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1370
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　Phone: (302) 777-4350 / Fax: (302) 777-4352
　　　　　　　　　　　　　　　*Local Attorneys for AT&T*
　　　　　　　　　　　　　　　　　-and-
　　　　　　　　　　　　　　　Vincent A. D'Agostino, Esq.
　　　　　　　　　　　　　　　Scott Cargill, Esq.
　　　　　　　　　　　　　　　LOWENSTEIN SANDLER PC
　　　　　　　　　　　　　　　65 Livingston Avenue
　　　　　　　　　　　　　　　Roseland, New Jersey  07068
　　　　　　　　　　　　　　　Phone: (973) 597-2500 / Fax: (973) 597-2400
　　　　　　　　　　　　　　　　　- and-
　　　　　　　　　　　　　　　David A. Rosenzweig, Esq.
　　　　　　　　　　　　　　　FULBRIGHT & JAWORSKI L.L.P.
　　　　　　　　　　　　　　　666 Fifth Avenue
　　　　　　　　　　　　　　　New York, NY  10103-3198
　　　　　　　　　　　　　　　Phone: (212) 318-3000 / Fax: (212) 318-3400
　　　　　　　　　　　　　　　*Attorneys for AT&T*