**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., <u>et al.</u>,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and section 1109(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Wireless (TX) LP, by and through its co-counsel, Willkie Farr & Gallagher LLP and Pepper Hamilton LLP, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following parties:

Alan J. Lipkin, Esquire
Jeremy E. Crystal, Esquire
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-mail:  alipkin@willkie.com
             jcrystal@willkie.com

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
E-mail:  strattond@pepperlaw.com
             raportl@pepperlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (a) the above-captioned debtors (the "Debtors"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Wireless (TX) LP: (1) to have final orders in non-core matters entered only after *de novo* review by a district court judge; (2) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Wireless (TX) LP is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: February 3, 2009<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br><br>By: /s/ Leigh-Anne M. Raport<br>    David B. Stratton (DE No. 960)<br>    Leigh-Anne M. Raport (DE No. 5055)<br>    Hercules Plaza, Suite 5100<br>    1313 Market Street<br>    P.O. Box 1709<br>    Wilmington, DE 19899-1709<br>    Telephone: (302) 777-6500<br>    Facsimile: (302) 421-8390<br><br>        -and-<br><br>    Alan J. Lipkin, Esquire<br>    Jeremy E. Crystal, Esquire<br>    WILLKIE FARR & GALLAGHER LLP<br>    787 Seventh Avenue<br>    New York, New York 10019<br>    Telephone: (212) 728-8000<br>    Facsimile: (212) 728-8111<br><br>    Co-Counsel for Wireless (TX) LP |