## CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, hereby certify that on the 3rd day of February, 2009, I caused the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties on the attached service list in the manner indicated.

    /s/ Leigh-Anne M. Raport
Leigh-Anne M. Raport

#10529846 v1

- 5 -

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Thomas F. Driscoll, III, Esq.<br>Ann C. Cordo, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>**Hand Deliver** | James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**Fax: 212-225-3999** |
| Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>**Hand Deliver** | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>**Hand Deliver** |