## CERTIFICATE OF SERVICE

I, Benjamin W. Keenan, hereby certify that on the 3rd day of February 2009, I caused a true and correct copy of the forgoing document to be served upon the attached service by U.S. mail, postage prepaid, unless otherwise indicated.

_____
Benjamin W. Keenan (I.D. #4724)

182403v1

Nortel 2002 Service Labels
Label# 5162

**VIA HAND DELIVERY**
United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801

**VIA HAND DELIVERY**
Tobey M. Daluz Esq., Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801

Infosys Technologies Ltd.
Plot No 45 & 46 Electronics
Bangalore, KA 560100
INDIA

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai, 400066
INDIA

**VIA HAND DELIVERY**
Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

**VIA HAND DELIVERY**
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA HAND DELIVERY**
John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

**VIA HAND DELIVERY**
Christopher A. Ward Esq., Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

Stephane Lupien
Export Development Canada
151 O'Connor Street
Ottawa, Ontario K1A 1K3
CANADA

Doug Alteen
JDS Uniphase Corporation
3000 Merivale Road
Ottawa, Ontario K2G 6N7
CANADA

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest, 14459
ROMANIA

{00268299;v1}

Jam and Smudge Free Printing
Use Avery® TEMPLATE 5162®
Case 09-10138-MFW    Doc 224-1    Filed 02/02/09    Page 3 of 7
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

Chief Legal Officer
Luxoft
10-3, 1-Volokolamsky proezd
Moscow, 123060
RUSSIA

Kumudha Sridharan
Wipro Technologies
Plot 72, Keonics Electronic City
Hosur Main Road
Bangalore, 561229
INDIA

Dr. A.L. Rao
Wipro Technologies
No. 8, 7 "Main 1" Block
Koramangala
Bangalore, 560034
INDIA

Chief Legal Officer
Wipro Systems Ltd.
40 1A Lavelle Road
Bangalore, 560001
INDIA

Yaacov Omer, Yossi Benji, Simcha Gutgold
Telrad Networks Ltd.
Telrad Park Afek
14 Hamelacha St., P.O. Box 488
Rosh Ha'avin, 48091
ISRAEL

Chief Legal Officer
GFI Inc.
180 Ave Labrosse
Pointe Claire, Quebec H9R 1A1
CANADA

Michael Clarke
Flextronics America LLC
2090 Fortune Drive
San Jose, CA 95131

Michael Clarke
Flextronics International Europe BV
2090 Fortune Drive
San Jose, CA 95131

SEAL Consulting
Attn: Chief Legal Officer
105 Field Crest Avenue
Edison, NJ 08837

Hayward D. Fisk Esq.
Computer Science Corporation
2100 East Grand Avenue
El Segundo, CA 90245

Ned Nelson
Advanced Information Management
P.O. Box 1150
Collierville, TN 38027-1150

Scott Creasy
Computer Science Corporation
3306 Chapel Hill - Nelson Hwy
Research Triangle Park, NC 27709

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Cliff Plaxco
Computer Science Corporation
3170 Fairview Park Drive
Falls Church, VA 22042


| | |
|---|---|
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Joe Adams<br>Jabil Circuit Inc (GDL)<br>10560 Dr Martin Luther King Jr. Street<br>St. Petersburg, FL 33716-3718 |
| Elizabeth Banda Esq.<br>Perdue Brandon Fielder Collins & Mott LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Chief Legal Officer<br>Beeline<br>1300 Marsh Landing Parkway<br>Jacksonville Beach, FL 32250 |
| Elizabeth Weller Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street<br>Ste 1600<br>Dallas, TX 75201 | Head of Sales - Communications &<br>Product Services<br>Infosys Technologies Ltd.<br>34760 Campus Drive<br>Fremont, CA 94555 |
| Vanessa Mack<br>The Bank of New York Mellon<br>101 Barclay Street - 4 E<br>New York, NY 10286 | Chris Dewees<br>JDS Uniphase Corporation<br>1768 Automation Parkway<br>San Jose, CA 95131 |
| Michael Clarke<br>Flextronics<br>2090 Fortune Drive<br>San Jose, CA 95131 | Gerald J. Parsons<br>Communications Test Design Inc.<br>1373 Enterprise Drive<br>West Chester, PA 19380 |
| Glow Networks<br>2140 Lake Park Boulevard<br>Richardson, TX 75080-2290 | Michael Clarke<br>Flextronics Sales & Marketing North<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Jill M. Standifer<br>Anixter<br>4711 Golf Road<br>Shokie, IL 60076 | Chief Legal Officer<br>Coams Inc.<br>175 W. Jackson<br>Suite 1750<br>Chicago, IL 60604 |

0268299;v1}

Michael Clarke
Flextronics International
2090 Fortune Drive
San Jose, CA 95131

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY 10504

Chief Legal Officer
Johnson Controls Inc.
2215 York Road
Oak Brook, IL 60523

Jane B. Stranch
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN 37201-1631

Chief Legal Officer
Emerson Network Power Embedded
2900 South Diablo Way
Tempe, AZ 85282-3214

Chief Legal Officer
Wistron InfoComm Technology Corp.
800 Parker Square
Flower Mound, TX 75028

Office of the General Counsel
Pension Benefit Guaranty Corporation
Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington, DC 20005-4026

Michael Clarke
Flextronics Logistics USA Inc.
2090 Fortune Drive
San Jose, CA 95131

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Senior Vice President &
Chief Financial Officer
Airspan Communications Ltd.
777 Yamato Road
Suite 105
Boca Raton, FL 33431

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Mike Cordova
McCann Erickson San Francisco
600 Battery Street
San Francisco, CA 94941

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center, Suite 400
New York, NY 10281-1022

Chief Legal Officer
TEKsystems Inc.
7437 Race Road
Hanover, MD 21076-111

{268299;v1}


Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Chief Legal Officer
Covergence Inc.
One Clock Tower Place
Maynard, MA 01754

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Ste 300
San Antonio, TX 78205

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St, Ste 400
West Chester, PA 19382

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St, 9th Fl
Boston, MA 02110

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway, 47th Fl
New York, NY 10019

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA 22102-4215

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA 94104

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

0268299;v1 }

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ 85004

David S. Curry Esq.
Craig E. Reimer Esq.
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL 60606

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX 77010

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714

Michael W. Binning Esq.
Law Office of Michael W. Binning
200 Oceangate, Ste 845
Long Beach, CA 90802-4353

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY 10036

EPIQ Bankruptcy Solutions, LLC
Attn: Nortel Networks, Inc., et al.
Grand Central Station
P.O. Box 4601
New York, NY 10163-4601

0268299;v1}