IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| NORTEL NETWORKS, INC., et al.[1], | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE BY INSIGHT DIRECT USA, INC. OF RECLAMATION DEMAND

Insight Direct USA, Inc. ("Insight"), by its undersigned counsel, hereby files the following Notice of Demand for Reclamation (the "Notice") and respectfully states as follows:

1. On or about January 14, 2009 (the "Petition Date"), Nortel Networks, Inc. and affiliated debtors (the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code"). Upon information and belief, no trustee or examiner has been appointed in this case.

2. Prior to the Petition Date, Insight provided and shipped to the Debtors certain goods (the "Goods"), which goods were, upon information and belief, received by or on behalf of the Debtors within forty five (45) days of the Petition Date. The Goods were sold to the Debtors in the ordinary course of Insight's business. Furthermore, upon information and belief, the Debtors were insolvent when the Goods were sold and received.

3. Pursuant to section 546(c) of the Bankruptcy Code, a seller may make written demand for reclamation of the goods not later than 45 days after the receipt by the debtor or, if the 45-day period expires after the commencement of the case, not later than 20 days after the date of commencement of the case. 11 U.S.C. §546(c)(1). Insight hereby makes a demand to the Debtors for reclamation of the Goods pursuant to UCC §2-702 and 11 U.S.C. § 546(c).

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc, Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

{00271047;v1}

4. Invoices identifying the Goods are attached hereto as Exhibit A.[2]

5. This Notice constitutes a timely written demand for reclamation upon the Debtors.

WHEREFORE, having satisfied the requirements of 11 U.S.C. §546(c), Insight demands reclamation of its goods and such other and further relief this Court deems just and proper.

ASHBY & GEDDES

*/s/ Ben Keenan*

Gregory A. Taylor (#4008)
Benjamin W. Keenan (#4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Attorneys for Insight Direct USA, Inc.

Dated: February 3, 2009

---

[2] In conjunction with this Notice, Insight is also sending written demand to the Debtors and Debtors' counsel with invoices identifying the Goods and asserting its rights to, among other things, reclamation of the Goods pursuant to 11 U.S.C. § 546(c).