IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| NORTEL NETWORKS, INC., et al., | ) Case No.: 09-10138 (KG) |
| Debtor. | ) Jointly Administered |

## NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE**, that NeoPhotonics Corporation ("NeoPhotonics") by and through its undersigned counsel, Potter Anderson & Corroon LLP and Sheppard Mullin Richter & Hampton, LLP, hereby file this notice of delivery of a written demand, pursuant to sections 503 and 546 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, and applicable non-bankruptcy law, on the above-captioned debtor and debtor-in-possession (the "Debtor") to reclaim certain assets (the "Goods") that are subject to reclamation (the "Reclamation Demand"). The Goods were sold in the ordinary courts of NeoPhotonics' business and delivered on credit terms to, and received by, the Debtor during the 45 days prior to the filing of the Debtor's bankruptcy petition. NeoPhotonics believes the Debtor was insolvent at the time it received delivery of the Goods. Neophotonics attaches as Exhibit 1, and incorporates by reference herein, a copy of its Reclamation Demand, dated as of even date herewith, with respect to the Goods and invoices referred to therein. The value of the Goods at issue in the Reclamation Demand is no less than $475,540.00 and pursuant to 11 U.S.C. §546(c), Neophotonics has served its Reclamation Demand and supporting documentation upon the Debtor and its counsel.

NeoPhotonics hereby reserves all of its rights and all available remedies under applicable law, including without limitation, pursuant to section 503(b)(9) of the Bankruptcy

Code, to assert an administrative claim for those Goods delivered to and received by the Debtor from NeoPhotonics in the ordinary course of business within the 20 days prior to the Petition Date, in the amount of at least $179,840.00.

Dated: New York, New York
February 3, 2009

        **POTTER ANDERSON & CORROON LLP**

        By: /s/ Theresa V. Brown-Edwards
        Theresa V. Brown-Edwards (DE Bar No. 4225)
        Hercules Plaza
        1313 North Market Street, 6th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 984-6000

        And

        **SHEPPARD MULLIN RICHTER & HAMPTON LLP**

        By: /s/ Carren B. Shulman
        Carren B. Shulman (CS 2804)
        30 Rockefeller Plaza, 24th Floor
        New York, New York 10112
        Telephone: (212) 332-3800
        Facsimile: (212) 332-3888

        *Attorneys for NeoPhotonics Corporation*

*pac901357*