# EXHIBIT "1"

**NeoPhotonics Corporation**
**546(c) RECLAMATION DEMAND**
**Nortel Networks, Inc. et al.**
**Case No. 09- 10138 (KG) (Jointly Administered)**

| Product Line | Nortel Entity | Ship Date | Invoice Amount |
|---|---|---|---|
| Passives | Nortel Networks Incorporated | 12/02/2008 | $75,900.00 |
| Passives | Nortel Networks Incorporated | 12/03/2008 | $7,500.00 |
| Passives | Nortel Networks Incorporated | 12/05/2008 | $19,760.00 |
| Passives | Nortel Networks Incorporated | 12/05/2008 | $61,100.00 |
| Passives | Nortel Networks Incorporated | 12/10/2008 | $7,740.00 |
| Passives | Nortel Networks Incorporated | 12/21/2008 | $123,700.00 |
| RoadM | Nortel Networks Incorporated | 12/26/2008 | $780.00 |
| Road M | Nortel Networks Incorporated | 12/26/2008 | $400.00 |
| Passives | Nortel Networks Incorporated | 12/28/2008 | $47,000.00 |
| Passives | Nortel Networks Incorporated | 12/28/2008 | $33,000.00 |
| Passives | Nortel Networks Incorporated | 01/04/2009 | $49,000.00 |
| Passives | Nortel Networks Incorporated | 01/05/2009 | $16,500.00 |
| RoadM | Nortel Networks Incorporated | 01/05/2009 | $160.00 |
| Passives | Nortel Networks Incorporated | 01/07/2009 | $33,000.00 |

$ 475,540.00