## **CERTIFICATE OF SERVICE**

I, Theresa V. Brown-Edwards, hereby certify that I am not less than 18 years of age and on this 3rd day of February, 2009, I served the foregoing **Notice of Reclamation Demand** by causing a true and correct copy thereof to be served on the attached 2002 service list via first class mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing to be true and correct.

                                           /s/ Theresa V. Brown-Edwards  
                                           Theresa V. Brown-Edwards

# SERVICE LIST

Ann C. Cordo, Esq.
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19802

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE  19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE  19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE  19801

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE  19801

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St
7th Fl
Wilmington, DE  19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE  19801

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Fl
Wilmington, DE 19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE 19801

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

Michael J. Wunder Esq.
R. Snayne Kukulowicz Esq.
Alex L. MacFarlane Esq.
Fraser Milner Casgrain LLP
1 First Canadian Place
42nd Fl
100 King Street West
Toronto, Ontario M5X 1B2
Canada

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX 76013

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX 75201

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY 10281-1022

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA 02110

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY 10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

Derek Austin
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL 60606

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro
Ste 300
San Antonio, TX 78205

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA 19382

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA 98154-1192

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA 22102-4215

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA 94104

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ 85004

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX 77010

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY 10036

William L. Siegel Esq.
Cowles & Thompson P.C.
901 Main Street
Dallas, TX 75202

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA 94306

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL 60601

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Joseph J. Wielebinski Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX 75201-6659

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH 44114

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY 10112

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI 53202

Beverly H. Shideler, BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Christopher A. O'Brien Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave
31st Fl
New York, NY 10017

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL 60654-5313

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA 94105-2126

Edward C. Gordon
GTCI
2100 Lakeside Blvd
Ste 250
Richardson, TX 75082

Douglas J. Kaye
631 Belmont Crest Drive
Marietta, GA 30067

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA 90067

Hubert H. Kuo Esq.
Buss Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA 92660

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO 63102

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ 08096

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC 20005-4026

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX 75002

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 2400
Dallas, TX 75201

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068