# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
                                                 :
In re                                            :    Chapter 11
                                                 :
Nortel Networks Inc., et al.,                    :    Case No. 09-10138 (KG)
                                                 :
                        Debtors.                 :    Jointly Administered
                                                 :
                                                 :
-------------------------------------------------X
```

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On January 14, 2009, the above-captioned debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 through 1330 (the "Bankruptcy Code"). The Debtors, and their respective, addresses, case numbers and federal tax identification numbers are as follows:

| | | | |
|---|---|---|---|
| Nortel Networks Inc. (Other Names: Nortel; Nortel Networks; Northern Telecom) | 2221 Lakeside Boulevard Richardson, TX 75082 | 09-10138 | 04-2486332 |
| Nortel Networks Capital Corporation (Other Names: Nortel; Nortel Networks) | 2221 Lakeside Boulevard Richardson, TX 75082 | 09-10139 | 62-1629620 |
| Alteon WebSystems, Inc. (Other Names: Alteon; Alteon WebSystems; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10140 | 77-0429769 |
| Alteon Websystems International, Inc. (Other Names: Alteon; Alteon WebSystems; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10141 | 77-0465596 |
| Xros, Inc. (Other Names: Xros; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10142 | 77-0444181 |
| Sonoma Systems (Other Names: Sonoma; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10143 | 95-4582073 |
| Qtera Corporation (Other Names: Qtera; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10144 | 23-2970251 |
| CoreTek, Inc. (Other Names: CoreTek; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10145 | 04-3225722 |
| Nortel Networks Applications Management Solutions Inc. (Other Names: EPiCON, Inc.; EPiCON; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10146 | 04-3222846 |
| Nortel Networks Optical Components Inc. (Other Names: Nortel Networks HPOCS Inc.; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10147 | 62-1843545 |
| Nortel Networks HPOCS Inc. (Other Names: Nortel Optical Components Inc.; Nortel; Nortel Networks) | 220 Athens Way Suite 300 Nashville, TN 37228 | 09-10148 | 62-1843546 |

| | | | |
|---|---|---|---|
| Architel Systems (U.S.) Corporation<br>(Other Names:  Architel; Architel Systems; Nortel; Nortel Networks) | 220 Athens Way<br>Suite 300<br>Nashville, TN 37228 | 09-10149 | 91-1573826 |
| Nortel Networks International Inc.<br>(Other Names:  Nortel; Nortel Networks) | 220 Athens Way<br>Suite 300<br>Nashville, TN 37228 | 09-10150 | 77-0330358 |
| Northern Telecom International Inc.<br>(Other Names:  Northern Telecom; Nortel; Nortel Networks) | 220 Athens Way<br>Suite 300<br>Nashville, TN 37228 | 09-10151 | 51-0266286 |
| Nortel Networks Cable Solutions Inc.<br>(Other Names:  Nortel; Nortel Networks) | 220 Athens Way<br>Suite 300<br>Nashville, TN 37228 | 09-10152 | 62-1850567 |

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS.  A meeting of the Debtors' creditors shall be conducted on February 19, 2009 at 2:00 p.m. (Prevailing Eastern Time) at J. Caleb Boggs Federal Building - 844 King Street, 2nd Floor, Room 2112, Wilmington, DE 19801.**

DEADLINE TO FILE A PROOF OF CLAIM.  Notice of a deadline will be sent to known creditors at a later date.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.  None appointed to date.

COUNSEL FOR THE DEBTORS.

**James L. Bromley**
**Lisa M. Schweitzer**
**Cleary Gottlieb Steen & Hamilton LLP**
**One Liberty Plaza**
**New York, New York 10006**
**Telephone:  (212) 225-2000**

**Derek C. Abbott**
**Eric D. Schwartz**
**Morris, Nichols, Arsht & Tunnell LLP**
**1201 North Market Street**
**Wilmington, Delaware 19801**
**Telephone:  302-658-9200**

COMMENCEMENT OF CASES.  Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered.  You will not receive notice of all documents filed in these cases.  All documents filed with the Court, including lists of the Debtors' property and debts, are or will be available for inspection at the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Fl., Wilmington, DE 19801.  In addition, such documents may be available at www.deb.uscourts.gov and http://www.chapter11.eqiqsystems.com/nortel

PURPOSE OF CHAPTER 11 FILING.  Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize pursuant to a plan.  A plan is not effective unless approved by the court at a confirmation hearing.  Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code.  The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS.  A creditor is anyone to whom the Debtors owe money or property.  Under the Bankruptcy Code, the Debtors are granted certain protections against creditors.  Common examples of prohibited actions by creditors are contacting the Debtors to demand repayment, taking action against the Debtors to collect money owed, seizing or holding property of the Debtors, setting off prepetition obligations against indebtedness and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor.  A creditor who is considering taking action against the Debtors or the property of the Debtors should review § 362 of the Bankruptcy Code and seek legal advice.  The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

MEETING OF CREDITORS.  The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath.  Attendance by creditors at the meeting is welcomed, but not required.  At the meeting, the creditors may examine the Debtors' representative and transact such other business as may properly come before the meeting.  The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS.  Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007.  Any creditor holding a scheduled claim that is not listed as disputed, contingent, or unliquidated as to all or any portion of such claim may, but is not required to, file a proof of claim in these cases.  Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to all or any portion of such claim and that desire to participate in these cases or share in any distribution must file a proof of claim.  A creditor that desires to rely on the schedule of creditors is responsible for determining that such creditor's claim is listed accurately.  **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.**  Proof of claim forms also are available in the clerk's office of any bankruptcy court.  Proof of claim forms are also available from the Court's web site at www.deb.uscourts.gov.  Epiq Bankruptcy Solutions, LLC is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court.  Epiq Bankruptcy Solutions, LLC can be reached by telephone at (646) 282-2500, at the following address:  Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017, by email at: nortel@epiqsystems.com, or on the web at: http://epiqbankruptcysolutions.com

DISCHARGE OF DEBTS.  Confirmation of chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  See Bankruptcy Code § 1141(d).  A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan.

For the Court:    _/s/ David D. Bird_            Dated:  February 3rd, 2009
            Clerk of the U.S. Bankruptcy Court