IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
               Debtors. : Joint Administration Pending
:
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 175]

PLEASE TAKE NOTICE that on January 30, 2009, copies of the **Order Under 11 U.S.C. § 102(1) Shortening Notice Of Debtors' Supplemental Motion For Entry Of An Order Clarifying Relief Granted Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code Authorizing Debtors to Honor Prepetition Obligations To Their Customers [D.I. 49]** (D.I. 175, Entered: 1/30/09) were served in the manner indicated upon the entities on the attached list.

Dated: February 3, 2009
       Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    James L. Bromley
                                    Lisa M. Schweitzer
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone:  (212) 225-2000
                                    Facsimile:  (212) 225-3999

                                    - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Proposed Counsel for the Debtors and
Debtors in Possession

2716124.1