# MOTION TO REJECT LEASES
# SERVICE LIST

**VIA FEDERAL EXPRESS**

Gerald Lloyd
SVG Advisers Inc.
111 Strand
London,  WC2ROAG
ENGLAND

Sobrato Land Holdings
1600 North DeAnza Blvd.
Suite 200
Cupertino, CA  95014

Mission West Properties LP
10050 Bandley Drive
Cupertino, CA  95014

Technology Park V Ltd Partnership
c/o The Gutirrez Company
One Wall Street
Burlington, MA  01803

Andrew W. Hoar
One Boston Place LLC
c/o CB Richard Ellis/Whittier Partners
600 Atlantic Avenue
Boston, MA  02210

Attn: Lease Administration
Oracle USA Inc.
1001 Sunset Boulevard
Rocklin, CA  95765

Attn: General Counsel
Oracle Corporation
500 Oracle Parkway
M/S 50P7
Redwood Shores, CA  94065

Attn: Real Estate Dept.
Raytheon Company
870 Winter Street
Wartham, MA  02451

Brian Kritzer, President
BlueFin Research Partners Inc.
One Boston Place
38th Floor
Boston, MA  02108

Sheehan Phinney Bass & Green
One Boston Place
Boston, MA  02108

Maureen Lynch
SVG Advisers Inc.
One Boston Place
Boston, MA  02108

Wireless (TX) LP
c/o W.P. Carey & Co. LLC
50 Rockefeller Plaza
2nd Floor
New York, NY  10020

Ruth S. Perfido, Esq.
Reed Smith LLP
375 Park Ave
New York, NY  10152

Morgan Stanley Bank
c/o Wells Fargo Bank, N.A.
1320 Willow Pass Road
Suite 205
Concord, CA  94520

Credit Solutions of America
2370 Performance Drive
Suite 200
Richardson, TX  75082

City Manager
City of Richardson, Texas
411 West Arapaho
Richardson, TX  75080

Peter G. Smith
Nichols, Jackson, Dillard, Hager & Smith
1800 Lincoln Plaza
500 North Akard
Dallas, TX  75201

Patrick Benton
Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, CA  91302

Real Estate Group
Countrywide Home Loans, Inc.
5220 Las Virgenes Road
Calabasas, CA  91302