IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
*In re*                                                    :   Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :   Case No. 09-10138 (KG)
                                                           :
                    Debtors.                               :   Joint Administration Pending
                                                           :
-----------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 200]

PLEASE TAKE NOTICE that on February 3, 2009, copies of the **Notice Of Agenda Of Matters Scheduled For Hearing On February 5, 2009 At 10:00 a.m. (Eastern Time)** (D.I. 200, Filed: 2/3/09) were served in the manner indicated upon the entities on the attached list.

Dated: February 3, 2009
       Wilmington, Delaware

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                              James L. Bromley
                              Lisa M. Schweitzer
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                                        - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Proposed Counsel for the Debtors and
Debtors in Possession

2716096.1