UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF DELAWARE

IN RE: )
 )
NORTEL NETWORKS, INC. ) CASE NO. 09-10138
 ) CHAPTER 11
 )
Debtor, )
 )

NOTICE OF WITHDRAWAL OF CLAIM

Claimant, Duke Energy Carolinas, filed a Chapter 11 Proof of Claim in the above case in the amount of $200,395.33 on January 22, 2009, for the purchase of electricity. By this Notice, Duke Energy Carolinas hereby withdraws its unsecured claim for $200,395.33.

This the 30th day of January, 2009.

Yvonne Crenshaw
Sr. Paralegal
Duke Energy Carolinas
Post Office Box 1006
Legal Department – EC03T
Charlotte, NC  28201
Telephone No.  (704) 382-0534

RECEIVED / FILED
FEB 03 2009
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the attached **Notice of Withdrawal of Claim** was served on the following parties by U. S. first-class mail, postage prepaid.

To All Parties on Attached Service List

    U. S. Bankruptcy Court
    824 Market Street, 3rd Floor
    Wilmington, DE  19801

    Derek C. Abbott
    1201 N. Market Street
    Wilmington, DE  19899

This the 22th day of January, 2009

                                                  Yvonne C. Crenshaw
                                                  Sr. Paralegal
                                                  Duke Energy Carolinas
                                                  Post Office Box 1006
                                                  Legal Department – EC03T
                                                  Charlotte, NC  28201
                                                  Telephone No.  (704) 382-0534