IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :      Case No. 09-10138 (KG)
Nortel Networks Inc., *et. al*.,[1]                 :
                                                    :      Joint Administration
                            Debtors.                :
                                                    :
---------------------------------------------------------------x

## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that AMPHENOL CORPORATION and its various subsidiaries and affiliates (collectively, "Amphenol"), creditors in these cases, hereby request, in accordance with title 11 of the United States Code and Rules 2002 and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon:

> Moses & Singer LLP
> Attn:   Alan Kolod, Esq.
>             Christopher J. Caruso, Esq.
>             Kent C. Kolbig, Esq.
> The Chrysler Building
> 405 Lexington Avenue
> New York, New York  10174
> Tel: (212) 554-7800
> Fax: (212) 554-7700
>  Email: akolod@mosessinger.com
>             ccaruso@mosessinger.com
>             kkolbig@mosessinger.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc, (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S,) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

742935v2

and

Amphenol Corporation
Attn: Edward C. Wetmore
VP, Secretary, General Counsel
358 Hall Avenue
Wallingford, CT 06492
Phone: (203) 265-8634
Fax: (203) 265-8827
E-mail: ewetmore@amphenol.com

**PLEASE TAKE FURTHER NOTICE** that this Request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  This Request is not, and shall not be construed to be, a consent by the creditor identified above, pursuant to 28 U.S.C. §157(c)(2).

Dated: New York, New York
February 4, 2009

                                            MOSES & SINGER LLP

                                      By:   /s/ Christopher J. Caruso
                                            Alan Kolod, Esq. (AK-3108)
                                            Christopher J. Caruso (CC-8005)
                                            Kent C. Kolbig, Esq. (ct27656)
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, New York 10174
                                      Tel: (212) 554-7800
                                      Fax: (212) 554-7700

                                      Counsel for Amphenol Corporation