VAL MANDEL, P.C.
80 Wall Street, Suite 1115
New York, NY 10005
(212)668-1700
Attorneys for Creditor, ITC Networks SRL

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In RE: | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC, et al. | Chapter 11 Proceeding |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that ITC Networks SRL, creditor, appears in this matter by undersigned counsel.

Request is hereby made pursuant to Rules 2002, 9007 and 9010, of the Federal Rules of Bankruptcy Procedure that all notices given or required be given in this matter, pleadings and other documents filed, shall be directed to and served upon undersigned counsel.

This Notice of Appearance and Request for Notice is without prejudice to ITC Networks SRL's rights, remedies, and claims against Debtor and any other entities in this matter or in any other action, or any objections that may be made to the jurisdiction of the Court. All rights, remedies and claims are expressly reserved.

Dated: February 4, 2009        VAL MANDEL, P.C.
                               *Attorneys for ITC Networks SRL*
                               80 Wall Street, Suite 1115
                               New York, NY 10005
                               212-668-1700

                               By: _____
                                   Val Mandel (VM-1191)