## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                              :
*In re*                                       :     Chapter 11
                                              :
Nortel Networks Inc., *et al.*,[1]            :     Case No. 09-10138 (KG)
                                              :
                             Debtors.         :     Jointly Administered
                                              :
                                              :
-------------------------------------------------------X

### NOTICE OF **SECOND** AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 5, 2009 AT 10:00 A.M. (EASTERN TIME)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

None at this time.

UNCONTESTED MATTERS GOING FORWARD:

1.    Motion to Maintain Bank Accounts (A) Approving the Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 9, Filed 1/14/09).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Related Pleadings:

a)      Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 58, Entered 1/15/09); and

b)      Notice Of Hearing For Final Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 64, Filed 1/15/09).

Objection Deadline:  January 30, 2009 at 4:00 p.m. (ET)

Response Received:  None at this time.

**Status:  This matter had been continued to the hearing scheduled for February 19, 2009 at 10:00 a.m. (ET).**

2.      Motion To Extend Deadline To File Schedules Or Provide Required Information And Statements Of Financial Affairs (D.I. 6, Filed 1/14/09).

Related Pleadings:

a)      Notice Of Hearing (D.I. 65, Filed 1/15/09);

b)      Certificate Of No Objection [Re: D.I. 6] (D.I. 212, Filed 3/4/09)**; and**

c)      **Order Pursuant To 11 U.S.C. § 521 Extending The Debtors' Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 223, Entered 2/4/09).**

Objection Deadline:  January 30, 2009 at 4:00 p.m. (ET)

Responses Received:  None.

Status:  **The Order approving this matter has been entered by the Court.  No hearing is required.**

2718204

3.     Motion For Entry Of An Administrative Order Establishing Procedures For Interim
       Compensation Of Fees And Reimbursement Of Expenses Of Professionals And Official
       Committee Members (D.I. 17, Filed 1/14/09).

       Related Pleadings:

       a)     Notice of Hearing (D.I. 65, Filed 1/15/09) [See Agenda Item 2 –A].

       b)     Certificate Of No Objection [Re: D.I. 17] (D.I. 213, Filed 3/4/09); **and**

       **c)     Administrative Order Pursuant To 11 U.S.C. §§ 105(a) And 331, Fed. R.
               Bankr. P. 2016 And Del. Bankr. L.R. 2016-2 Establishing Procedures For
               Interim Compensation And Reimbursement Of Fees And Expenses For
               Professionals And Official Committee Members (D.I. 222, Entered 2/4/09).**

       Objection Deadline:  January 30, 2009 at 4:00 p.m. (ET)

       Responses Received:  None.

       Status:  **The Order approving this matter has been entered by the Court.  No hearing
       is required.**

4.     Motion to Approve Under 11 U.S.C. Sections 105, 362 And 541 For An Interim Order
       Establishing Notification Procedures And Approving Restrictions On Certain Transfers
       Of The Debtors' Parents' Equity Securities (D.I. 19, Filed 1/15/09).

       Related Pleadings:

       a)     Order (Interim) Establishing Notification Procedures And Approving Restrictions
              On Certain Transfers Of The Debtors' Parents' Equity Securities (D.I. 55, Entered
              1/15/09); and

       b)     Notice Of Hearing For Final Approval Of Motion To Approve Under 11 U.S.C.
              Sections 105, 362 And 541 For An Interim Order Establishing Notification
              Procedures And Approving Restrictions On Certain Transfers Of The Debtors'
              Parents' Equity Securities (D.I. 66, Filed 1/15/09).

       Objection Deadline:  February 3, 2009 at 4:00 p.m. (ET)

       Response Received:  None at this time.

       Status:  This matter is going forward.

2718204

5.    Application To Employ/Retain Nunc Pro Tunc To The Petition Date Cleary Gottlieb Steen & Hamilton LLP As Counsel For The Debtors (D.I. 24, Filed 1/14/09).

Related Pleadings:

a)    Notice Of Hearing (D.I. 65, Filed 1/15/09) [See Agenda Item 2 –A] ;

b)    Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession (D.I. 195, Filed 2/2/09);

c)    Certificate Of No Objection [Re: D.I. 24] (D.I. 214, Filed 3/4/09)**; and**

d)    **Order Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP For Debtors And Debtors In Possession *Nunc Pro Tunc* To The Petition Date (D.I. 221, Entered 2/4/09).**

Objection Deadline:  January 30, 2009 at 4:00 p.m. (ET).

Response Received:  None.

Status:  **The Order approving this matter has been entered by the Court.  No hearing is required.**

6.    Application To Employ Morris, Nichols, Arsht & Tunnell LLP As Delaware And General Bankruptcy Counsel (D.I. 75, Filed 1/19/09).

Related Pleadings:

a)    Certificate Of No Objection [Re: D.I. 75] (D.I. 215, Filed 3/4/09)**; and**

b)    **Order Pursuant To 11 U.S.C. §§ 327(a) And 1107(b), Fed. R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1 Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Delaware And General Bankruptcy Counsel For The Debtors, *Nunc Pro Tunc* To The Petition Date (D.I. 220, Entered 2/4/09).**

Objection Deadline:  January 30, 2009 at 4:00 p.m. (ET)

Responses Received:  None.

Status:  **The Order approving this matter has been entered by the Court.  No hearing is required.**

2718204

7.   Debtors' Motion For An Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Business Nunc Pro Tunc To The Petition Date (D.I. 137, Filed 1/23/09).

8.

Related Pleadings:

a)   Motion to Shorten (D.I. 138, Filed 1/23/09);

b)   Order Shortening Notice Of Debtors' Motion For An Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Business (D.I. 152, Entered 1/27/09);

c)   Notice Of Filing Of Revised Exhibit 1 To The Proposed Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Business Nunc Pro Tunc To The Petition Date [Re: D.I. 137] (D.I. 192, Filed 2/2/09); **and**

d)   **Notice Of Filing Of Further Revised Exhibit 1 To The Proposed Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Business Nunc Pro Tunc To The Petition Date [Re: D.I. 137] (D.I. 224, Filed 2/4/09).**

Objection Deadline:  February 2, 2009 at 4:00 p.m. (ET); extended to February 5, 2009 at 10:00 a.m. for the Office of the United States Trustee.

Response Received:

a)   Informal comments from the U.S. Trustee.

Status:  The parties are currently attempting to consensually resolve this matter. Otherwise, this matter is going forward on a contested basis.

9.   Debtors' Supplemental Motion For Entry Of An Order Clarifying Relief Granted Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code Authorizing Debtors To Honor Prepetition Obligations To Their Customers (D.I. 166, Filed 1/29/09).

Related Pleadings:

a)   Declaration Of Pamela Hehn Schroeder, Finance Leader, North America Carrier Sales Of Nortel Networks Inc., In Support Of Debtors' Supplemental Motion For Entry Of An Order Clarifying Relief Granted Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code Authorizing Debtors To Honor Prepetition Obligations To Their Customers (D.I. 167, Filed 1/29/09);

b)   Motion to Shorten (D.I. 168, Filed 1/29/09); and

c)   Order Under 11 U.S.C. Section 102(1) Shortening Notice Of Debtors' Motion For Entry Of An Order Clarifying Relief Granted Pursuant To Sections 105(a) And

2718204

363(b) Of The Bankruptcy Code Authorizing Debtors To Honor Prepetition Obligations To Their Customers [D.I. 49] (D.I. 175, Entered 1/30/09).

Objection Deadline:  February 3, 2009 at 4:00 p.m. (ET).

Response Received:  None at this time.

Status:  This matter is going forward.

10.    Debtors' Motion For Entry Of An Order Granting Debtors' Additional Time To File Reports Of Financial Information Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(a) Or To Seek A Modification of Such Reporting Requirement Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(d) (D.I. 178, Filed 1/30/09).

Related Pleadings:

a)    Motion to Shorten (D.I. 179, Filed 1/29/09); and

b)    Order Under 11 U.S.C. Section 102(1) Shortening Notice Of Debtors' Motion For Entry Of An Order Granting Debtors' Additional Time To File Reports Of Financial Information Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(a) Or To Seek A Modification of Such Reporting Requirement Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(d) (D.I. 182, Entered 2/2/09).

Objection Deadline:  February 4, 2009 at 4:00 p.m. (ET).

Response Received:  None at this time.

Status:  This matter is going forward.

11.    Debtors' Motion For Entry Of An Order Supplementing Certain of The First Day Orders (D.I. 180, Filed 1/30/09).

Related Pleadings:

a)    Motion to Shorten (D.I. 181, Filed 1/29/09); and

b)    Order Under 11 U.S.C. Section 102(1) Shortening Notice Of Debtors' Motion For Entry Of An Order Supplementing Certain of The First Day Orders (D.I.183, Entered 2/2/09).

Objection Deadline:  February 4, 2009 at 4:00 p.m. (ET).

Response Received:  None at this time.

Status:  This matter is going forward.

2718204

CONTESTED MATTER GOING FORWARD:

12.    Motion For Interim and Final Orders (I) Restraining Utility Companies from Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Assurance (D.I. 8, Filed 1/14/09).

Related Pleadings:

a)    Order (INTERIM) (I) Restraining Utility Companies from Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance (D.I. 46, Entered 1/15/09); and

b)    Notice Of Hearing For Final Order (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance (D.I. 63, Filed 1/15/09).

Objection Deadline:  February 4, 2009 at 4:00 p.m. (ET).

Responses Received:

a)    Objection Of Public Service Of North Carolina, Incorporated To Debtors' Motion Pursuant to Sections 105(a) And 366 Of The Bankruptcy Code For Interim And Final Orders (I) Restraining Utility Companies from Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance filed by Nortel Networks, Inc., et al. (D.I. 176, Filed 1/30/09); and

b)    Objection Of Certain Utility Companies To Motion Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code For Interim And Final Orders (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance (D.I. 185, Filed 2/2/09).

Status:  This matter is going forward.

*[Signature block on next page]*

2718204

Dated: February 4, 2009
      Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley
        Lisa M. Schweitzer
        One Liberty Plaza
        New York, New York 10006
        Telephone:  (212) 225-2000
        Facsimile:  (212) 225-3999

           - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        _____
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Thomas F. Driscoll III (No. 4703)
        Ann C. Cordo (No. 4817)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE  19899-1347
        Telephone:  (302) 658-9200
        Facsimile:  (302) 425-4663

        Counsel for the Debtors and
        Debtors in Possession

2718204