## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 224]

      PLEASE TAKE NOTICE that on February 4, 2009, copies of the **Notice Of Filing Of Further Revised Exhibit 1 To The Proposed Order Authorizing The Debtors To Retain Professionals Used In The Ordinary Course Of Business** *Nunc Pro Tunc* **To The Petition Date [Re: D.I. 137]** (D.I. 224, Filed 2/4/09) were served in the manner indicated upon the entities identified on the attached service list.

Dated: February 5, 2009
       Wilmington, Delaware

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                        James L. Bromley
                                        Lisa M. Schweitzer
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone: (212) 225-2000
                                        Facsimile: (212) 225-3999

                                                      - and -

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas F. Driscoll III*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Proposed Counsel for the Debtors and
Debtors in Possession

2718261.1