# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 05, 2009 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

OMNIBUS HEARING

**R / M #:**   225 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Continued to 2/19/09 @ 10:00 a.m.
#2 - CNO Filed and Order Signed
#3 - CNO Filed and Order Signed
#4 -  ORDER SIGNED
#5 - CNO Filed and Order Signed
#6 - CNO Filed and Order Signed
#7 -  Approved - ORDER SIGNED
#8 -  Approved - ORDER SIGNED
#9 -  Approved - ORDER SIGNED
#10 - Approved - ORDER SIGNED
#11 - Approved - ORDER SIGNED