# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS INC.
CASE NO.: 09-10138 - KG
COURTROOM LOCATION: 3
DATE: 2/5/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred S. Hodara | Akin Gump | Committee |
| Ryan C. Jacobs | Akin Gump | Committee |
| Chris Samis | Richards, Layton & Finger | Committee |
| Kathy Miller | Smith Katzenstein, Furlow | Verizon |
| Duane D. Werb | W A R & S SULLIVAN | EMERSON POWER |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Tom Driscoll | Morris Nichols Arsht & Tunnell LLP | Debtors |
| James Bromley | Cleary Gottlieb Steen & Hamilton LLP | Debtors |
| Jane Kim | Cleary Gottlieb | Debtors |
| Craig Broo | Cleary Gottlieb | Debtors |
| Mary Caloway | Buchanan Ingersoll + Rooney | Monitor |
| Lisa Kraidin | Allen & Overy | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 02/05/2009
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2655811 | James Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2641225 | Bryan M. Simpson | 212-538-0275 x100 | Credit Suisse First Boston | Interested Party, Credit Swiss / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2638179 | Howard S. Steel | 212-808-7945 | Kelley Drye & Warren, LLP | Creditor, Tata Consulting Services / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2639905 | Darryl Laddin | 404-873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2632244 | Mark Bane | 212-841-5655 | Ropes & Gray LLP | Creditor, Silver Lake / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2618666 | Anneliese H. Pak | 212-841-5741 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al. / LIVE |