**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                         :    Chapter 11
                                               :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et. al.*,[1]            :
                                               :    Joint Administration
                              Debtors.         :
                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     Don Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 4th day of February, 2009, he caused a copy of the:

     Request for Service of Papers for Amphenol Corporation

     (1)    to be served on those parties listed as eligible to receive electronic notification via this court's electronic case notification system; and

     (2)    to be served via First Class Mail upon the parties listed below by causing true copies of the same, enclosed in a postage pre-paid envelope, to be deposited into an official depository under the exclusive care and custody of the United States Postal Service.


Hewlett-Packard Company
113311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021
Attn: Ramona Neal, Esq.

J. Scott Douglass
909 Fannin
Suite 1800
Houston, TX 77010

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181
Attn: Beverly H. Shideler, Esq.

Margolis Edelstein
750 Shipyard Dr.
Ste. 102
Wilmington, DE 19801
Attn: James E. Huggett, Esq.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc, (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S,) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

709543v1  010507.0101

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Ken Coleman, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Attn: Steven T. Reisman, Esq.
Attn: James V. Drew, Esq.

Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021
Attn: Terry Zale

Hewlett-Packard Company
2125 Katella Avenue
Suite 400
Anaheim, CA 92806
Attn: Mr. Ken Highman, Senior Default & Recovery Analyst

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
Attn: David S. Curry, Esq.
Attn: Craig E. Reimer, Esq.

Mayer Brown LLP
1675 Broadway
New York, NY 10019
Attn: Andrew D. Shaffer, Esq.

Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306
Attn: Lawrence M. Schwab, Esq.

Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Attn: Eric S. Prezant, Esq.

DLA Piper LLP USA
6225 Smith Avenue
Baltimore, MD 21209
Attn: Richard M. Kremen, Esq.
Attn: Dale M. Cathell, Esq.

Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Attn: Alan S. Kopit, Esq.
Attn: Christopher W. Peer, Esq.

VonBriesen & Roper S.C. Milwaukee
411 East Wisconsin Avenue
Suite 700
Milwaukee, WI 53202
Attn: Randall D. Crocker, Esq.

Stempel Bennet Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017
Attn: Edward O'Brien, Esq.

Fraser Milner Casgrain LLP
1 First Canadian Place
42nd Floor
100 King Street West
Toronto, Ontario
Canada MSX 1B2
Attn: Michael J. Wunder, Esq.
     R. Shayne Kukulowicz, Esq.
     Alex L. MacFarlane, Esq.

Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Attn: Cullen K. Kuhn, Esq.

709543v1  010507.0101

| | |
|---|---|
| Khang & Khang LLP<br>1901 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA 90067<br>Attn:  Joon M. Khang, Esq. | Buus, Kim, Kuo & Tran, LLP<br>4675 MacArthur Court, Suite 950<br>Newport Beach, CA 92660<br>Attn:  Hubert H. Kuo, Esq. |
| Fullbright & Jawarski LLP<br>666 Fifth Avenue<br>New York, New York  10103-3198<br>Attn:  David A. Rosenweig, Esq. | Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Attn:  Vincent A. D'Agostino, Esq.<br>Attn:  Scott Cargill, Esq. |
| Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn:  Alan J. Lipkin, Esq.<br>Attn:  Jeremy E. Crystal, Esq. | Derek C. Abbott<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899<br>Attn: Derek C. Abbott, Esq. |

                                                      /s/ Don Kick
                                                  Don Kick

Sworn to before me on February 5, 2009

      /s/ Marie S. Leybag
Notary Public

        Marie S. Leybag
 Notary Public, State of New York
       No. 01LE5060744
   Qualified in Queens County
Commission Expires: May 20, 2010

709543v1  010507.0101