# EXHIBIT 1: OCP LIST[1]

**Tier One:** The Debtors propose to pay each OCP falling under Tier One (each a "Tier One OCP"), without formal application to the Court by an OCP individually, 100% of fees for services rendered to the Debtors on or after the Petition Date, and associated costs and disbursements, provided that each Tier One OCP's fees, excluding costs and disbursements, do not exceed $50,000 per month (the "Monthly Cap"), $50,000 per project (the "Project Cap"), in the case of OCPs who customarily bill by project, or $500,000 per calendar year (the "Annual Cap") while these chapter 11 cases are pending. The Tier One OCPs are:

| Name | Address | Service |
|---|---|---|
| Mercer | 10 South Wacker Drive, Chicago, Illinois, United States, 60606-7500 | Mercer provides the Debtors advice regarding compensation and benefit plan design, governance and implementation based on the Debtors' business strategy, financial requirements, compensation philosophy, market trends and best practices; advice with regard to retirement plan design and pension governance; and monthly updates on pension funded status. The Debtors are not seeking to retain Mercer to provide professional services under section 327(a) of the Bankruptcy Code by this Motion. The Debtors estimate that in 2009, Mercer will generate approximately $420,000 - $560,000 in fees relating to ordinary course consulting services provided to the Debtors. Should Mercer's fees exceed the Annual Cap, payment of such fees would become subject to approval upon application to the Court. |

---

[1] Various professionals have provided services to Nortel entities in the ordinary course, and in some cases a single firm may provide services to multiple Nortel affiliates. Out of an abundance of caution, the Debtors have prepared a comprehensive list of OCPs. As a result, certain of the OCPs included on this list may have rendered services to the Canadian Debtors in addition to the Debtors in these chapter 11 cases. However, the OCPs listed herein provide professional services to the Debtors and the Debtors will pay such OCPs only for services rendered to the Debtors.

[New York #2002592 v1]

1

| Name | Address | Service |
| --- | --- | --- |
| Ogletree Deakins | 600 Peachtree St NW, Atlanta, GA 30308 | Ogletree Deakins secures work papers and travel documents for those of the Debtors' employees working abroad. |

[New York #2002592 v1]

**Tier Two:**

The Debtors propose to pay each OCP falling under Tier Two (each a "Tier Two OCP"), without formal application to the Court by an OCP individually, 100% of fees for services rendered to the Debtors on or after the Petition Date, and associated costs and disbursements, provided that each Tier One OCP's fees, excluding costs and disbursements, do not exceed $50,000 per month (the "Monthly Cap"), $50,000 per project (the "Project Cap"), in the case of OCPs who customarily bill by project, or $350,000 per calendar year (the "Annual Cap") while these chapter 11 cases are pending. The Tier Two OCPs are:

| Name | Address | Service |
|---|---|---|
| McKinsey & Company | PO Box 7247 7255, Philadelphia, Pennsylvania, United States, 19170-7255 | Various consulting projects for senior executives |
| Impact Group | 415 N. Beverly Drive, Ste 206, Beverly Hills, CA 90210 | HR consulting (IT Group) |
| KPMG LLP | 700 Louisiana Street, Houston, Texas, United States, 77002 | 401k, VEBA and Retirement Income Plan |
| Intax | 501 Darby Creek Road Unit 19, Lexington, Kentucky, United States, 40509 | Property Tax Services |
| Grant Thornton | 1660 Lincoln Street Suite 2600, Denver, Colorado, United States, 80264 | Sales Tax Services |
| Paradigm Tax Group | 3030 North Central Avenue, Phoenix, Arizona, United States, 85012-2716 | Property Tax Disputes |
| The Marshall Firm | 302 N. Market Suite 510, Dallas, Texas, United States, 75202 | Property Tax Disputes |

3

[New York #2002592 v1]

| Name | Address | Service |
|---|---|---|
| Arnold & Porter | 555 Twelfth St NW, Washington, District of Columbia, United States, 20004-1206 | Litigation: SEC |
| Baker Donelson | 6060 Poplar Ave, Memphis, Tennessee, United States, 38119 | Labor and Employment Matters |
| Call, Jensen & Ferrell | 610 Newport Center Dr, Newport Beach, California, United States, 92660 | Litigation (customer related) |
| Compass Lexecon | 332 South Michigan Ave, Chicago, Illinois, United States, 60604-4397 | Litigation: SEC |
| Davis & Gilbert | 1740 Broadway, New York, New York, United States, 10019-4315 | Contract |
| DLA Piper | PO Box 75190, Baltimore, Maryland, United States, 21275 | Bankruptcy, Litigation |
| Faegre & Benson | 2200 Wells Fargo Center, Minneapolis, Minnesota, United States, 55402-3901 | Litigation |
| Finnegan Henderson Farabow Garrett & Dunner | Dept 6059, Washington, District of Columbia, United States, 20042-6059 | Litigation |
| Ford & Harrison | Post Office Box 101423, Atlanta, Georgia, United States, 30392-1423 | Employment, Benefits & Labor |
| Gibson, Dunn & Crutcher | Dept 0723, Los Angeles, California, United States, 90084-0723 | Employment, Benefits & Labor |
| Hartman, Simons, Spielman & Wood | 6400 Powers Ferry Rd NW, Atlanta, Georgia, United States, 30339 | Bankruptcy |

4

[New York #2002592 v1]

| Name | Address | Service |
|---|---|---|
| Haynes & Boone | PO Box 841399, Dallas, Texas, United States, 75284-1399 | Litigation |
| Heenan Blaikie | 200 Bay St South Tower, Toronto, Ontario, Canada, M5J 2J4 | Litigation |
| Helein & Marashlian | 1483 Chain Bridge Rd, McLean, Virginia, United States, 22101-5703 | Telecommunications Regulatory Advisors |
| Hiscock & Barclay | 1100 M&T Center, Buffalo, New York, United States, 14203-1414 | Litigation |
| Huddleston Bolen | PO Box 2185, Huntington, West Virginia, United States, 25722-2185 | Litigation |
| Huron Consulting Group | 4795 Paysphere Circle, Chicago, Illinois, United States, 60674 | Litigation, Securities |
| Kroll Ontrack | 9023 Columbine Rd, Eden Prairie, Minnesota, United States, 55347-4182 | Litigation |
| Latham & Watkins | PO Box 7247-8202, Philadelphia, Pennsylvania, United States, 19170 | Litigation |
| Lovells | 590 Madison Ave, New York, New York, United States, 10022 | Bankruptcy |
| Luthi & Co. | America House, 35 Shaul Hamelech Blvd, P.O. Box 33113, Tel Aviv 64927, Israel | Litigation |
| McDermott Will & Emery | 600 13th Street NW, Washington DC 20005-3096 | Litigation |
| McKenna Long & Aldridge | PO Box 116573, Atlanta, Georgia, United States, 30368-6573 | Bankruptcy |

5

[New York #2002592 v1]

| Name | Address | Service |
| --- | --- | --- |
| Meadows Collier Reed Cousins & Blau | 901 Main Street, Dallas, Texas, United States, 75202-3742 | Litigation |
| Mintz Levin Cohn Ferris Glovsky and Popeo | One Financial Center, Boston, Massachusetts, United States, 02212-4539 | Litigation, IP |
| Native Discovery Solutions | 15700 Mohawk Circle, Overland Park, Kansas, United States, 66224-3881 | Litigation |
| Neal & Harwell | 150 Fourth Ave North, Nashville, Tennessee, United States, 37219-2498 | Litigation |
| O'Bryon & Schnabel | 1515 Poydras St, New Orleans, Louisiana, United States, 70112-4541 | Litigation |
| Patricia C. Yu | 3373 Mallard Court, Hayward, California, United States, 94542 | Litigation |
| Paul Hastings | Paul, Hastings, Janofsky & Walker LLP, 515 South Flower Street, Twenty-fifth Floor, Los Angeles, CA, 90071 | Litigation |
| Perkins Cole LLP | Diane Gorczyca, Esq., Four Embarcadero Center, Suite 2400, San Francisco, California, United States, 94111 | Litigation |
| Poliner & Luks | 1300 19th Street NW, Washington, District of Columbia, United States, 20036-1629 | Litigation |
| Polsinelli Shalton Flanigan Suelthaus | 700 West 47th Street, Kansas City, Missouri, United States, 64112-1802 | Litigation |

| Name | Address | Service |
|---|---|---|
| Reed Smith LLP | 435 Sixth Avenue, Pittsburgh, Pennsylvania, United States, 15219 | Collections |
| Riker, Danzig, Scherer, Hyland & Perretti | Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 | Litigation |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson | 2200 Museum Tower, Miami, Florida, United States, 33130 | Litigation |
| Strasburger & Price | PO Box 849037, Dallas, Texas, United States, 75284-9037 | Litigation |
| Tom Gigliotti | 2520 Pennyshire Lane, Raleigh, North Carolina, United States, 27606 | Litigation |
| Waller Lansden Dortch & Davis | Nashville City Ctr 511 Union, Nashville, Tennessee, United States, 37219-8966 | Employment, Benefits & Labor |
| Welch Consulting | 12100 Wilshire Boulevard, Los Angeles, California, United States, 90025 | Consulting firm - employment analyses and audits |
| Wilmer, Cutler, Pickering, Hale and Dorr | 1875 Pennsylvania, Washington DC, District of Columbia, United States, 20006-3642 | Litigation, Securities |
| Winston & Strawn | 36235 Treasury Center, Chicago, Illinois, United States, 60694-6200 | Litigation |
| Anderson Gorecki & Manaras LLP | 33 Nagog Park, Acton, Massachusetts, United States, 01720-3451 | Intellectual Property Services |
| Barnes & Thornburg | Suite 4400, Chicago, Illinois, United States, 60606-2809 | Intellectual Property Services |
| Bird & Goën | Klein Dalenstraat 42A, Winksele, Belgium, 3020 | Intellectual Property Services |

| Name | Address | Service |
| --- | --- | --- |
| Blake Cassels & Graydon LLP | 199 Bay Street, Suite 2800, Commerce Court West, Toronto, Ontario, Canada, M5L 1A9 | Intellectual Property Services |
| Blakely Sokoloff Taylor & Zafman | 12400 Wilshire Blvd, Los Angeles, California, United States, 90025-1040 | Intellectual Property Services |
| Borden Ladner Gervais | World Exchange Plaza Ste 1100, Ottawa, Ontario, Canada, K1P 1J9 | Intellectual Property Services |
| Bredema | 38 avenue de l'Opera, Paris, France, 75002 | Intellectual Property Services |
| Carr Law Firm | 670 Founders Square, Dallas, Texas, United States, 75202 | Intellectual Property Services |
| Christopher & Weisburg PA | 200 East Las Olas Blvd, Ft Lauderdale, Florida, United States, 33301 | Intellectual Property Services |
| Conley Rose | 600 Travis, Houston, Texas, United States, 77002 | Intellectual Property Services |
| David A. Dagg | 44 Chapin Rd, Newton Centre, Massachusetts, United States, 02459 | Intellectual Property Services |
| EIP | FAIRFAX HOUSE, LONDON, United Kingdom, WC1V 6HU | Intellectual Property Services |
| Garlick Harrison & Markison, LLP | PO Box 160727, Austin, Texas, United States 78716-0727 | Intellectual Property Services |
| Gowling Lafleur Henderson LLP | Box 466, Ottawa, Ontario, Canada, K1P 1C3 | Intellectual Property Services |
| Guerin & Rodriguez LLP | 233 West Main St, Westborough, Massachusetts, United States, 01581 | Intellectual Property Services |
| Haynes & Boone | PO Box 841399, Dallas, Texas, United States, 75284-1399 | Intellectual Property Services |

8

[New York #2002592 v1]

| Name | Address | Service |
|---|---|---|
| Hemingway & Hansen LLP | Preston Commons West, Dallas, Texas, United States, 75225 | Intellectual Property Services |
| Hunton & Williams | 1900 K Street Nw, Washington, District of Columbia, United States, 20006-1109 | Intellectual Property Services, Labor & Employment Matters |
| Ipulse | 9-10 Savile Row, London, United Kingdom, W1S 3PF | Intellectual Property Services |
| John C. Gorecki | 180 Hemlock Hill Road, Carlisle, Massachusetts, United States, 01741 | Intellectual Property Services |
| Munck Butrus | 900 Three Galleria Tower, Dallas, Texas, United States, 75240 | Intellectual Property Services |
| Munck Carter | 600 Banner Place, Dallas, Texas, United States, 75251 | Intellectual Property Services |
| Patton Boggs, LLP | 2001 Ross Avenue, Suite 3000, Dallas, TX 75201 | Intellectual Property Services |
| Plasseraud | 65/67 rue de la Victoire, Paris, France, 75440 | Intellectual Property Services |
| Ridout & Maybee LLP | One Queen Street East, Toronto, Ontario, Canada, M5C 3B1 | Intellectual Property Services |
| Schwegman Lundberg Woessner | 1600 TCF Tower, Minneapolis, Minnesota, United States, 55402 | Intellectual Property Services |
| Scott & York | 45 Grosvenor Rd, St Albans, Hertfordshire, United Kingdom, AL1 3AW | Intellectual Property Services |
| Smart & Biggar | 1000 de La Gauchetiere St W, Montreal, Quebec, Canada, H3B 4W5 | Intellectual Property Services |
| Ter Meer Steinmeister & Partner | Artur Ladebeck Str 51, D-33617 Bielefeld, Germany | Intellectual Property Services |

9

[New York #2002592 v1]

| Name | Address | Service |
| --- | --- | --- |
| Trop Pruner & Hu P.C. | 1616 South Voss Rd, Houston, Texas, United 77057-2631 | Intellectual Property Services |
| Wallach Koch Haibach | PO Box 121120, Munchen 12, Germany 80339 | Intellectual Property Services |
| Withrow & Terranova PLLC | 100 Regency Forest Dr, Cary, North Carolina, United States, 27518 | Intellectual Property Services |
| Yee & Associates P.C. | PO Box 802333, Dallas, Texas, United States, 75380 | Intellectual Property Services |
| Scott, Douglas and Mcconnico | 600 Congress Avenue, Austin, Texas 78701-3234 | Tax Consulting Services |
| Sutherland Asbill & Brennan LLP | 1275 Pennsylvania Avenue NW, Washington, District of Columbia, United States, 20004-2415 | Tax Consulting Services |
| Watson Wyatt Investment Consulting | 1079 Solutions Center, Chicago, Illinois, United States, 60677-1000 | Watson Wyatt provides advice to the Debtors regarding the mix of assets in the Debtors' defined benefit plans, as well as general consulting on investment management. |
| Greenberg Turner | Suite 300, 401 Bay Street, Toronto, Ontario M5H 2Y4 | Canadian Immigration Services |

10

[New York #2002592 v1]