IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, [1] : Case No. 09-10138 (KG)
:
            Debtors. : Jointly Administered
:
: *Re Dkt #176*
---------------------------------------------------------X

**STIPULATION AS TO NOTICE OF WITHDRAWAL OF OBJECTION OF PUBLIC SERVICE COMPANY OF NORTH CAROLINA, INCORPORATED TO DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE FOR INTERIM AND FINAL ORDERS (I) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE, (II) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE**

In exchange for and in reliance upon the additional adequate assurance to which the Debtors and Public Service Company of North Carolina, Incorporated have this day agreed, Public Service Company of North Carolina, Incorporated hereby withdraws, with prejudice, its Objection filed January 30, 2009 to the above-captioned Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for Interim and Final Orders (i) Restraining Utility Companies from Discontinuing, Altering or Refusing Service, (ii) Deeming Utility Companies Adequately Assured of Future Performance and (iii) Establishing Procedures for Determining

[CONTINUED ON NEXT PAGE]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Requests for Additional Assurance, filed January 14, 2009.

Dated: February 5, 2009

/s/ James L. Bromley
James L. Bromley
CLEARY GOTTLIEB STEEN
& HAMILTON, LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
(212) 225-3999 (Facsimile)

ATTORNEYS FOR THE DEBTORS

/s/ David B. Wheeler
David B. Wheeler
MOORE & Van ALLEN, PLLC
40 Calhoun Street
Suite 300
Charleston, SC 29401
(843) 579-7000
(843) 579-8727 (Facsimile)

ATTORNEYS FOR PUBLIC SERVICE OF
NORTH CAROLINA, INCORPORATED

**SO ORDERED THIS 5th DAY OF FEBRUARY, 2009**

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE