IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Response Date: March 13, 2009 @ 4:00 p.m. (EST)**<br>**Hearing Date: March 20, 2009 @ 11:00 a.m. (EST)** |

## NOTICE OF MOTION OF AVANEX CORPORATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9) )

**PLEASE TAKE NOTICE** that on February 5, 2009 Avanex Corporation ("Avanex") filed the attached Motion of Avanex Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (the **"Motion"**).

**PLEASE TAKE FURTHER NOTICE** that a hearing (the **"Hearing"**) to consider the Motion will be held on March 20, 2008 at 11:00 a.m. before The Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that Objections to the Motion, if any, must be filed on or before March 13, 2009 at 4:00 p.m. (the **"Objection Deadline"**) with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the Objection upon the undersigned counsel to the Avanex so that the response is received on or before the Objection Deadline.

1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 5, 2009

Respectfully submitted,

WINSTON & STRAWN LLP
David A. Honig
Brian Y. Lee
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

-and-

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ William E. Chipman*
William E. Chipman (No. 3818)
919 North Market Street, 15th Floor
Wilmington, Delaware 19881
Telephone: (302) 777-7770
Facsimile: (302) 777-7263
Email: wchipman@eapdlaw.com

Co-Counsel for Avanex Corporation