IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Related to Docket No.:**_____ |

## ORDER GRANTING MOTION OF AVANEX CORPORATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)

Upon consideration of the Motion of Avanex Corporation ("**Avanex**"), for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (the "**Motion**"); and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists to approve the Motion;

IT IS HEREBY ORDERED THAT

1. The Motion is GRANTED; and

2. Avanex shall be deemed to have and is hereby allowed an administrative expense claim in the amount of $34,112.00 (the "**Allowed Administrative Expense Claim**") pursuant to section 503(b)(9) of the Bankruptcy Code[1] for goods provided to the Debtor; and

3. Payment of the Allowed Administrative Expense Claim shall be made in accordance with the terms of the chapter 11 plan ultimately confirmed in these chapter 11 cases; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated_____, 2009

                                                                The Honorable Kevin Gross
                                                                United States Bankruptcy Judge

WLM 516234.1