**CERTIFICATE OF SERVICE**

I, William E. Chipman, Jr., do hereby certify that on the 5th day of February 2009, I caused copies of the foregoing **Motion of Avanex Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)** to be served on the attached list via hand delivery on local counsel and first class mail on the remaining parties.

/s/ William E. Chipman
William E. Chipman, Jr. (3818)

Nortel 2002 Service List
Document No. 516233
18 – Via Hand Delivery
01 – Via International First Class Mail
57 – Via First Class Mail

***Via Hand Delivery***
Derek C.Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas E. Driscoll, III, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, 18th Fl.
Wilmington, DE 19801

***Via Hand Delivery***
Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

***Via Hand Delivery***
United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

***Via Hand Delivery***
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

***Via Hand Delivery***
James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr., Ste 102
Wilmington, DE 19801

***Via Hand Delivery***
John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave., Ste 1370
Wilmington, DE 19801

***Via Hand Delivery***
Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St., 12th Fl
Wilmington, DE 19801

***Via Hand Delivery***
Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Ste 1101
Wilmington, DE 19801

***Via Hand Delivery***
Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St., Ste 1000
Wilmington, DE 19801

***Via Hand Delivery***
William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave., 8th Fl
Wilmington, DE 19801

***Via Hand Delivery***
Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St., 7th Fl
Wilmington, DE 19801

***Via Hand Delivery***
Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St., Ste 400
Wilmington, DE 19801

***Via Hand Delivery***
Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE 19801

***Via Hand Delivery***
Duane D. Werb Esq.
Werb & Sullivan

300 Delaware Ave., 13th Fl
Wilmington, DE 19801

***Via Hand Delivery***
Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St.
Wilmington, DE 19801

***Via Hand Delivery***
Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave., 7th Fl
Wilmington, DE 19801

***Via Hand Delivery***
Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market St., Ste 1500
Wilmington, DE 19801

***Via Hand Delivery***
Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave., Ste 1370
Wilmington, DE 19801

***Via International First Class Mail***
Michael J. Wunder Esq.
R. Snayne Kukulowicz Esq., Alex L. MacFarlane Esq.
Fraser Milner Casgrain LLP
1 First Canadian Place., 42nd Fl
100 King Street West
Toronoto, Ontario M5X 1B2
Canada

***Via First Class Mail***
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

***Via First Class Mail***
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

***Via First Class Mail***
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

***Via First Class Mail***
Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd., Ste 300
Arlington, TX 76013

***Via First Class Mail***
Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201

***Via First Class Mail***
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

***Via First Class Mail***
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

***Via First Class Mail***
Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center, Suite 400
New York, NY 10281-1022

***Via First Class Mail***
Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP

101 Park Avenue
New York, NY 10178-0061

***Via First Class Mail***
Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

***Via First Class Mail***
Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas, 20th Floor
New York, NY 10020

***Via First Class Mail***
Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

***Via First Class Mail***
Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St., 9th Fl
Boston, MA 02110

***Via First Class Mail***
Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway, 47th Fl
New York, NY 10019

***Via First Class Mail***
Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

***Via First Class Mail***
David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

***Via First Class Mail***
Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

***Via First Class Mail***
Derek Austin
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL 60606

***Via First Class Mail***
Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

***Via First Class Mail***
David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Ste 300
San Antonio, TX 78205

***Via First Class Mail***
Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St., Ste 400
West Chester, PA 19382

***Via First Class Mail***
Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave., Ste 4500
Seattle, WA 98154-1192

***Via First Class Mail***
David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd., Ste 1800
McLean, VA 22102-4215

***Via First Class Mail***
Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA 94104

***Via First Class Mail***
Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

***Via First Class Mail***
Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave., Ste 1900
Phoenix, AZ 85004

***Via First Class Mail***
Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

***Via First Class Mail***
J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX 77010

***Via First Class Mail***
Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714

***Via First Class Mail***
Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY 10036

***Via First Class Mail***
William L. Siegel Esq.
Cowles & Thompson P.C.
901 Main Street
Dallas, TX 75202

***Via First Class Mail***
Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA 94306

***Via First Class Mail***
Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

***Via First Class Mail***
Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St., Ste 4300
Chicago, IL 60601

***Via First Class Mail***
Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

***Via First Class Mail***
Joseph J. Wielebinski Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX 75201-6659

***Via First Class Mail***
Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square., Ste 2800
Cleveland, OH 44114

***Via First Class Mail***
Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP

30 Rockefeller Plaza, 24th Fl
New York, NY 10112

***Via First Class Mail***
Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave., Ste 700
Milwaukee, WI 53202

***Via First Class Mail***
Beverly H. Shideler, BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

***Via First Class Mail***
Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

***Via First Class Mail***
Christopher A. O'Brien Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave., 31st Fl
New York, NY 10017

***Via First Class Mail***
David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

***Via First Class Mail***
Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St., Ste 2800
Chicago, IL 60654-5313

***Via First Class Mail***
Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St., 25th Fl
San Francisco, CA 94105-2126

***Via First Class Mail***
Edward C. Gordon
GTCI
2100 Lakeside Blvd
Ste 250
Richardson, TX 75082

***Via First Class Mail***
Douglas J. Kaye
631 Belmont Crest Drive
Marietta, GA 30067

***Via First Class Mail***
Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA 90067

***Via First Class Mail***
Hubert H. Kuo Esq.
Buss Kim Kuo & Tran LLP
4675 MacArthur Ct., Ste 590
Newport Beach, CA 92660

***Via First Class Mail***
Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway, Ste 3600
St. Louis, MO 63102

***Via First Class Mail***
Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

***Via First Class Mail***
Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St., Ste 1000
Woodbury, NJ 08096

***Via First Class Mail***
Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corporation

1200 K Street NW
Washington, DC 20005-4026

***Via First Class Mail***
Lynnette R. Warman
Hunton & Williams
1445 Ross Ave., Ste 3700
Dallas, TX 75002

***Via First Class Mail***
Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St., Ste 2400
Dallas, TX 75201

***Via First Class Mail***
David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

***Via First Class Mail***
Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068