IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et. al.*, | Case No. 09-10138-KG |
| Debtors. | (Jointly Administered) |

**NOTICE OF ANDREW, LLC OF WRITTEN NOTICE OF
RECLAMATION DEMAND PURSUANT TO 11 U.S.C. § 546(c)**

Please be advised that on January 29, 2009, pursuant to the rights afforded by 11 U.S.C. §546(c) and applicable non-bankruptcy law, including, without limitation, § 2-702 of the Uniform Commercial Code to sellers of goods to a debtor, Andrew, LLC and applicable affiliates, through counsel, submitted a written reclamation demand to Nortel Networks, Inc. and its debtor affiliates in the above-referenced cases (the "Debtors"). The goods were sold in the ordinary course of business and delivered on credit terms to, and received by, the Debtors during the 45 days prior to the filing of the Debtors' bankruptcy petition. Further, on information and belief, Debtors were insolvent at the time it received delivery of the goods. A true and correct copy of the reclamation demand is attached hereto as "Exhibit 1," "Exhibit 1-A," and "Exhibit 1-B," and is incorporated herein by reference.

[Signature page follows]

2127346

Dated: February 5, 2009

MORRIS JAMES LLP

*/s/ Ericka J. Johnson*

Brett D. Fallon (DE Bar No. 2480)
Ericka F. Johnson (DE Bar No. 5024)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com
E-mail: ejohnson@morrisjames.com

*Attorneys for Andrew, LLC*

2127346