EXHIBIT 1

# ROBINSON BRADSHAW & HINSON

David M. Schilli
Charlotte Office

Direct Dial: 704.377.8346
Direct Fax: 704.373.3946
dschilli@rbh.com

January 29, 2009

**VIA FEDERAL EXPRESS**

Nortel Networks, Inc.
Attn: Mike S. Zafirovski, President and CEO
195 The West Mall
Toronto, Ontario
M9C 5K1

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbot@mnat.com

Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Nortel Networks
Attn: Accounts Payable
PO Box 280510
Nashville, TN 37228-0510

Nortel Networks/SAP PLT 7200
Miami LOC (Nortel)
10205 NW 108th Avenue
Medley, FL 33178

Nortel Networks/SAP PLT
4001 E. Chapel Hill Nelson Hwy
Research Triangle Park, NC 27709

Nortel Networks/SAP PLT
c/o K&N Logistics
4001 E. Chapel Hill Nelson Hwy
Research Triangle Park, NC 27709

Nortel c/o CTDI
1334 Enterprise Drive
West Chester, PA 19380

Nortel Networks
Attn: Ray Mejia
Dock 15 7710 North 30th Street
Tampa, FL 33610

Re:    Reclamation Notice

Ladies and Gentlemen:

We represent Andrew, LLC and its affiliates (collectively, "Andrew"). On behalf of Andrew, we are providing this written reclamation notice to Debtor Nortel Networks, Inc. and its debtor affiliates in the United States (collectively, the "Debtors").

Pursuant to 11 U.S.C. § 546(c) and, to the extent applicable, U.C.C. § 2-702, Andrew may by right reclaim goods sold to the Debtors in the ordinary course of Andrew's business and received by the Debtors while insolvent and within the forty-five (45) days preceding their Chapter 11 bankruptcy filing on January 14, 2009 (the "Petition Date"), in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138-KG (Jointly Administered).

# ROBINSON BRADSHAW & HINSON

Nortel Networks, Inc., et al.
January 29, 2009
Page 2

---

Andrew hereby makes this demand for reclamation of such goods, including, without limitation, those more particularly described on the invoice summary enclosed as Exhibit A and evidenced by the invoices enclosed as Exhibit B (collectively, the "Exhibits") and any other goods not listed on the Exhibits but received by the Debtors within the forty-five (45) days preceding the Petition Date (collectively, the "Goods").

The total amount of Andrew's reclamation demand is not less than $544,669.58. Andrew sold the Goods to the Debtors on credit terms, and the Debtors have not paid any part of the purchase price of the Goods. Andrew demands that the Debtors (a) immediately inventory and segregate the Goods for return to Andrew, (b) not use any of the Goods or make any further sale, transfer or other disposition of the Goods, (c) hold the Goods in trust for Andrew pending their return, and (d) immediately return all of the Goods to Andrew.

Andrew is also entitled under 11 U.S.C. § 503(b)(9) to the allowance of an administrative expense claim and immediate payment for those Goods sold to the Debtors in the ordinary course of their business and received by them within the twenty (20) days preceding the Petition Date. Andrew believes that the total due by the Debtors under 11 U.S.C. § 503(b)(9) is not less than $112,557.86, and Andrew is by application to the United States Bankruptcy Court for the District of Delaware requesting that the Debtors immediately pay such amount.

The giving of this reclamation notice is without prejudice to any other rights and remedies that Andrew may have, including without limitation those under 11 U.S.C. § 503(b)(9).

Please promptly confirm that the Debtors will honor Andrew's reclamation demand and Andrew's demand for payment for the Goods.

Please do not hesitate to call me with any questions that you may have. With best regards.

Very truly yours,

ROBINSON, BRADSHAW & HINSON, P.A.

David M. Schilli

DMS/adf
Enclosure
cc:    Brett D. Fallon, Esq. (w/ encls) (via email, bfallon@morrisjames.com)

## EXHIBIT A

### INVOICE SUMMARY

US

NORTEL INVOICES

| SOrg. | Sales Org. Desc. | Number | Customer | Billing Nr | Type | Date | Dest. | Cty | Net Invoice Amt USD |
|---|---|---|---|---|---|---|---|---|---|
| AFAI | Andrew Forem Italy | 1000011574 | NORTEL NETWORKS | 1000803810 | ZFR | 12/19/2008 | CA | US | $ 370.00 |
| AFAI | Andrew Forem Italy | 1000011574 | NORTEL NETWORKS | 1000803811 | ZFR | 12/19/2008 | CA | US | $ 370.00 |
| AFAI | Andrew Forem Italy | 1000011574 | NORTEL NETWORKS | 1000803812 | ZFR | 12/19/2008 | CA | US | $ 123.25 |
| AFAI | Andrew Forem Italy | 1000011574 | NORTEL NETWORKS | 1000803813 | ZFR | 12/19/2008 | CA | US | $ 123.25 |
| AFAI | Andrew Forem Italy | 1000011574 | NORTEL NETWORKS | 1000803814 | ZFR | 12/19/2008 | CA | US | $ 370.00 |
| AFAI | Andrew Forem Italy | 1000011574 | NORTEL NETWORKS | 1000803815 | ZFR | 12/19/2008 | CA | US | $ 370.00 |
| AFAI | Andrew Forem Italy | 1000011574 | NORTEL NETWORKS | 1000803816 | ZFR | 12/19/2008 | CA | US | $ 370.00 |
| AFAI | Andrew Forem Italy | 1000011574 | NORTEL NETWORKS | 111949740 | ZIC3 | 12/18/2008 | CA | US | $ 3,500.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700954536 | ZF2 | 11/25/2008 | US | US | $ 2,477.36 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700957968 | ZF2 | 12/02/2008 | US | US | $ 2,718.57 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700957969 | ZF2 | 12/02/2008 | US | US | $ 1,457.01 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700957970 | ZF2 | 12/02/2008 | US | US | $ 3,891.74 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700957971 | ZF2 | 12/02/2008 | US | US | $ 125,455.68 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700957972 | ZF2 | 12/02/2008 | US | US | $ 2,713.31 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700957973 | ZF2 | 12/02/2008 | US | US | $ 43,827.63 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700957974 | ZF2 | 12/02/2008 | US | US | $ 24.12 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958754 | ZF2 | 12/03/2008 | US | US | $ 337.50 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958755 | ZF2 | 12/03/2008 | US | US | $ 2,397.32 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958756 | ZF2 | 12/03/2008 | US | US | $ 104,464.08 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958757 | ZF2 | 12/03/2008 | US | US | $ 1,009.80 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958758 | ZF2 | 12/03/2008 | US | US | $ 1,985.76 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958759 | ZF2 | 12/03/2008 | US | US | $ 3,143.25 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958760 | ZF2 | 12/03/2008 | US | US | $ 847.88 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958761 | ZF2 | 12/03/2008 | US | US | $ 4,791.72 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700958762 | ZF2 | 12/03/2008 | US | US | $ 22.46 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700959802 | ZF2 | 12/04/2008 | US | US | $ 3,855.32 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700959803 | ZF2 | 12/04/2008 | US | US | $ 6,462.12 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700959804 | ZF2 | 12/04/2008 | US | US | $ 10,166.52 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700960690 | ZF2 | 12/05/2008 | US | US | $ 4,791.72 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700960691 | ZF2 | 12/05/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962525 | ZF2 | 12/09/2008 | US | US | $ 1,404.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962526 | ZF2 | 12/09/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962527 | ZF2 | 12/09/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962528 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962529 | ZF2 | 12/09/2008 | US | US | $ 1,404.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962530 | ZF2 | 12/09/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962531 | ZF2 | 12/09/2008 | US | US | $ 1,404.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962532 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962533 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962534 | ZF2 | 12/09/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962535 | ZF2 | 12/09/2008 | US | US | $ 936.00 |

US

## NORTEL INVOICES

| SOrg. | Sales Org. Desc. | Number | Customer | Billing Nr | Type | Date | Dest. | Cty | Net Invoice Amt USD |
|---|---|---|---|---|---|---|---|---|---|
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962536 | ZF2 | 12/09/2008 | US | US | $ 1,404.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962537 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962538 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962539 | ZF2 | 12/09/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962540 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962541 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962542 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962543 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962544 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962545 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962546 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962547 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700962548 | ZF2 | 12/09/2008 | US | US | $ 468.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963483 | ZF2 | 12/10/2008 | US | US | $ 555.94 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963484 | ZF2 | 12/10/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963485 | ZF2 | 12/10/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963486 | ZF2 | 12/10/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963487 | ZF2 | 12/10/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963488 | ZF2 | 12/10/2008 | US | US | $ 1,404.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963489 | ZF2 | 12/10/2008 | US | US | $ 936.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963490 | ZF2 | 12/10/2008 | US | US | $ 1,404.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700963491 | ZF2 | 12/10/2008 | US | US | $ 1,404.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700964462 | ZF2 | 12/11/2008 | US | US | $ 577.60 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700964463 | ZF2 | 12/11/2008 | US | US | $ 52,814.41 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700964464 | ZF2 | 12/11/2008 | US | US | $ 649.32 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700964465 | ZF2 | 12/11/2008 | US | US | $ 432.88 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700964466 | ZF2 | 12/11/2008 | US | US | $ 432.88 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700964467 | ZF2 | 12/11/2008 | US | US | $ 649.32 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700964468 | ZF2 | 12/11/2008 | US | US | $ 137.60 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700964469 | ZF2 | 12/11/2008 | US | US | $ 78.84 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700970471 | ZF2 | 12/19/2008 | US | US | $ 238.56 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700972332 | ZF2 | 12/23/2008 | US | US | $ 3,545.64 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700972881 | ZF2 | 12/24/2008 | US | US | $ 238.56 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700973871 | ZF2 | 12/29/2008 | US | US | $ 2,876.20 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700974746 | ZF2 | 12/30/2008 | US | US | $ 15,722.88 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700975978 | ZF2 | 01/05/2009 | US | US | $ 60,903.08 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700976642 | ZF2 | 01/06/2009 | US | US | $ 148.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700977255 | ZF2 | 01/07/2009 | US | US | $ 1,559.36 |
| | | 1000011574 Total | | | | | | | $ 501,610.44 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009158 | ZFR | 12/30/2008 | US | US | $ 2,351.80 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009159 | ZFR | 12/30/2008 | US | US | $ 666.42 |

RBH_CHARLOTTE-#1118573-v1-Andrew_Nortel_Reclamation_Notice_letter2EXHIBIT_A.XLS

US

NORTEL INVOICES

| SOrg. | Sales Org. Desc. | Number | Customer | Billing Nr | Type | Date | Dest. | Cty | Net Invoice Amt USD |
|---|---|---|---|---|---|---|---|---|---|
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009160 | ZFR | 12/30/2008 | US | US | $ 4,999.44 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009229 | ZFR | 12/31/2008 | US | US | $ 940.72 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009230 | ZFR | 12/31/2008 | US | US | $ 4,280.76 |
| | | 1000055034 Total | | | | | | | $ 13,239.14 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113740463 | ZFR | 11/25/2008 | US | US | $ 3,600.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113740726 | ZFR | 11/26/2008 | US | US | $ 1,260.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113740882 | ZFR | 11/26/2008 | US | US | $ 630.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113742664 | ZFR | 12/09/2008 | US | US | $ 1,470.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113743166 | ZFR | 12/12/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744643 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744644 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744645 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744646 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744647 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744649 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744650 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746093 | ZFR | 01/09/2009 | US | US | $ 360.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746094 | ZFR | 01/09/2009 | US | US | $ 2,430.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746095 | ZFR | 01/09/2009 | US | US | $ 1,350.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746096 | ZFR | 01/09/2009 | US | US | $ 1,980.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746097 | ZFR | 01/09/2009 | US | US | $ 6,030.00 |
| | | 1000060271 Total | | | | | | | $ 20,790.00 |
| ACMC | Andrew CSI | 1000060634 | NORTEL NETWORKS | 113742070 | ZFR | 12/05/2008 | US | US | $ 851.00 |
| ACMC | Andrew CSI | 1000060634 | NORTEL NETWORKS | 113742071 | ZFR | 12/05/2008 | US | US | $ 1,332.00 |
| ACMC | Andrew CSI | 1000060634 | NORTEL NETWORKS | 113742072 | ZFR | 12/05/2008 | US | US | $ 2,368.00 |
| ACMC | Andrew CSI | 1000060634 | NORTEL NETWORKS | 113742073 | ZFR | 12/05/2008 | US | US | $ 3,774.00 |
| | | 1000060634 Total | | | | | | | $ 8,325.00 |
| ACMC | Andrew CSI | 1000075663 | NORTEL | 113746267 | ZFR | 01/12/2009 | US | US | $ 705.00 |
| | | 1000075663 Total | | | | | | | $ 705.00 |
| | | Grand Total | | | | | | | $ 544,669.58 |

# EXHIBIT B

## INVOICES

**ANDREW.**
A CommScope Company
Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541   Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale € 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

**REMIT TO:**

INTESA SANPAOLO
Monza  ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

RP

# INVOICE

| | |
|---|---|
| **B I L L  T O** | CUSTOMER CODE:  1000011574 |
| | NORTEL NETWORKS |
| | ATTN: ACCOUNTS PAYABLE |
| | P.O. BOX 280510 |
| | NASHVILLE TN 37228 |
| | UNITED STATES |

| | |
|---|---|
| INVOICE NO. | 03810   Page 1 of 2 |
| ANDREW ORDER NO. | 200153301 |
| CUSTOMER ORDER NO. | 4503502219 |

| | |
|---|---|
| **S H I P  T O** | NORTEL LTD |
| | C/O KUEHNE - NAGEL |
| | 6335  EDWARDS BOULEVARD |
| | MISSISSAUGA-ONTARIO ON  L5T 2W7 |
| | CANADA |

| | |
|---|---|
| | CUSTOMER CODE:  1000011574 |
| **S O L D  T O** | NORTEL NETWORKS |
| | ATTN: ACCOUNTS PAYABLE |
| | P.O. BOX 280510 |
| | NASHVILLE TN 37228 |
| | UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| AFCI | E15V40P1502 | | 1 | EA | 370,00 | 370,00 |
| | S8000 - 850 MHZ | | | | | |
| | COMMODITY CODE: 85299020    DELIVERY NUMBER: 501218467    D.D.T.  22338    Dated 18.12.2008 | | | | | |
| | ORIGIN:  RO | | | | | |
| | SERIAL NR.: ( 8043751 ) | | | | | |
| | CUSTOMER PRODUCT CODE: NTQA38JA | | | | | |
| | CUSTOMER REV: +01 | | | | | |
| | CESTOMER S/N: FORM01761942 | | | | | |
| | REFERENCE REPAIR CUSTOMER: RMA #0810C090 | | | | | |
| | VENDOR S/N: 8043751 | | | | | |
| | VENDOR RMA: | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 370,00 |
| Code   83 NON IMP. ART. 9 COMMA 1.9 DPR 633/72 | VAT     0,000 | 0,00 |
| | TOTAL USD | 370,00 |

GROSS WEIGHT:        8.100KG     NET WEIGHT:         6.600KG

Andrew Telecomm. Products S.r.l. VAT REGISTRATION NO: IT02723270969

COUNTRY OF ORIGIN :  ITALY

DIRECT INQUIRIES TO:        Giuliana Motta-AFAI
                           TEL:  39-039-6054444 FAX:39-039-6054477

# ANDREW.
A CommScope Company

**Andrew Telecomm. Products S.r.l.**
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

**REMIT TO:**

INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCIIT33631

RP

## INVOICE

| | | |
|---|---|---|
| **B I L L T O** | CUSTOMER CODE:   1000011574 | |
| | NORTEL NETWORKS | |
| | ATTN: ACCOUNTS PAYABLE | |
| | P.O. BOX 280510 | |
| | NASHVILLE TN 37228 | |
| | UNITED STATES | |

INVOICE NO.                    03810    Page 2 of 2

ANDREW ORDER NO.          200153301

CUSTOMER ORDER NO.      4503502219

| | |
|---|---|
| **S H I P T O** | NORTEL LTD |
| | C/O KUEHNE - NAGEL |
| | 6335  EDWARDS BOULEVARD |
| | MISSISSAUGA-ONTARIO ON  L5T 2W7 |
| | CANADA |

| | |
|---|---|
| **S O L D T O** | CUSTOMER CODE:    1000011574 |
| | NORTEL NETWORKS |
| | ATTN: ACCOUNTS PAYABLE |
| | P.O. BOX 280510 |
| | NASHVILLE TN 37228 |
| | UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
COUNTRY OF ORIGIN :  ITALY

AFCI CAPRIATE, ITALY

DIRECT INQUIRIES TO:                Giuliana Motta-AFAI
                                    TEL:  39-039-6054444  FAX:39-039-6054477

# ANDREW.

A CommScope Company

**Andrew Telecomm. Products S.r.l.**
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

REMIT TO:
INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

# INVOICE

| | |
|---|---|
| **B I L L T O** | CUSTOMER CODE:   1000011674<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

| | |
|---|---|
| INVOICE NO. | 03811   Page 1 of 2 |
| ANDREW ORDER NO. | 200153302 |
| CUSTOMER ORDER NO. | 4503502219 |

| | |
|---|---|
| **S H I P T O** | NORTEL LTD<br>C/O KUEHNE - NAGEL<br>6335 EDWARDS BOULEVARD<br>MISSISSAUGA-ONTARIO ON  L5T 2W7<br>CANADA |

| | |
|---|---|
| **S O L D T O** | CUSTOMER CODE:   1000011674<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | U/M | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| AFCI | E15V40P15O2 | | 1 | EA | 370,00 | 370,00 |
| | S8000 - 850 MHZ | | | | | |
| | COMMODITY CODE: 85299020   DELIVERY NUMBER: 501218468   D.D.T.  22332   Dated 18.12.2008 | | | | | |
| | ORIGIN:  RO | | | | | |
| | SERIAL NR.: ( 7379481 ) | | | | | |
| | CUSTOMER PRODUCT CODE: NTQA38JA | | | | | |
| | CUSTOMER REV: +01 | | | | | |
| | CESTOMER S/N: FORM01725232 | | | | | |
| | REFERENCE REPAIR CUSTOMER: RMA #0810C090 | | | | | |
| | VENDOR S/N: 7379481 | | | | | |
| | VENDOR RMA: | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 370,00 |
| Code   83 NON IMP. ART. 9 COMMA 1.9 DPR 633/72 | VAT   0,000 | 0,00 |
| | TOTAL USD | 370,00 |

GROSS WEIGHT:        8,100KG    NET WEIGHT:        6,600KG

Andrew Telecomm. Products S.r.l. VAT REGISTRATION NO: IT02723270969

COUNTRY OF ORIGIN :  ITALY

DIRECT INQUIRIES TO:          Giuliana Motta-AFAI
                              TEL:  39-039-6054444 FAX:39-039-8054477

**ANDREW®**
A CommScope Company
Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

REMIT TO:

INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33831

RP

**INVOICE**

| | |
|---|---|
| **CUSTOMER CODE:** 1000011574 | |
| NORTEL NETWORKS | |
| ATTN: ACCOUNTS PAYABLE | |
| P.O. BOX 280510 | |
| NASHVILLE TN 37228 | |
| UNITED STATES | |

BILL TO

INVOICE NO.            03811    Page 2 of 2

ANDREW ORDER NO.            200163302

CUSTOMER ORDER NO.            4503502219

SHIP TO
NORTEL LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON  L5T 2W7
CANADA

SOLD TO
CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
COUNTRY OF ORIGIN : ITALY

AFCI CAPRIATE, ITALY

DIRECT INQUIRIES TO:            Giuliana Motta-AFAI
                                TEL:  39-039-6054444 FAX:39-039-6054477

**ANDREW**®
A CommScope Company
Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

**INVOICE**

**REMIT TO:**
INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

| | |
|---|---|
| **B I L L T O** CUSTOMER CODE:  1000011574 NORTEL NETWORKS ATTN: ACCOUNTS PAYABLE P.O. BOX 280510 NASHVILLE TN 37228 UNITED STATES | INVOICE NO.          03812    Page 1 of 2 ANDREW ORDER NO.      200153303 CUSTOMER ORDER NO.   4503502219 |

| | |
|---|---|
| **S H I P T O** NORTEL LTD C/O KUEHNE - NAGEL 6335 EDWARDS BOULEVARD MISSISSAUGA-ONTARIO ON  L5T 2W7 CANADA | **S O L D T O** CUSTOMER CODE:  1000011574 NORTEL NETWORKS ATTN: ACCOUNTS PAYABLE P.O. BOX 280510 NASHVILLE TN 37228 UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| AFCI | E15V40P1502 | | 1 | EA | 123,25 | 123,25 |
| | S8000 - 850 MHZ | | | | | |
| | COMMODITY CODE: 85299020   DELIVERY NUMBER: 501218469   D.D.T.  22333   Dated 18.12.2008 | | | | | |
| | ORIGIN: RO | | | | | |
| | SERIAL NR.: ( 6967722 ) | | | | | |
| | CUSTOMER PRODUCT CODE: NTQA38JA | | | | | |
| | CUSTOMER REV: +01 | | | | | |
| | CESTOMER S/N: FORM01686651 | | | | | |
| | REFERENCE REPAIR CUSTOMER: RMA #0810C090 | | | | | |
| | VENDOR S/N: 6967722 | | | | | |
| | VENDOR RMA: | | | | | |

|  |  |  |
|---|---|---|
| | NET VALUE | 123,25 |
| Code  83 NON IMP. ART. 9 COMMA 1.9 DPR 633/72 | VAT       0,000 | 0,00 |
| | TOTAL USD | 123,25 |

GROSS WEIGHT:          8,100KG    NET WEIGHT:          6,600KG

Andrew Telecomm. Products S.r.l. VAT REGISTRATION NO: IT02723270969

COUNTRY OF ORIGIN : ITALY

DIRECT INQUIRIES TO:          Giuliana Motta-AFAI
                    TEL: 39-039-6054444 FAX:39-039-6054477

# ANDREW.

A CommScope Company

Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

## INVOICE

**REMIT TO:**
INTESA SANPAOLO
Monza    ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

| | |
|---|---|
| CUSTOMER CODE:  1000011574 | |
| NORTEL NETWORKS | |
| ATTN: ACCOUNTS PAYABLE | |
| P.O. BOX 280510 | |
| NASHVILLE TN 37228 | |
| UNITED STATES | |

INVOICE NO.            03812    Page 2 of 2

ANDREW ORDER NO.        200153303

CUSTOMER ORDER NO.      4503502219

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

NORTEL LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON  L5T 2W7
CANADA

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
COUNTRY OF ORIGIN : ITALY

AFCI CAPRIATE, ITALY

DIRECT INQUIRIES TO:            Giuliana Motta-AFAI
                    TEL:  39-039-6054444 FAX:39-039-6054477

**ANDREW.**
A CommScope Company
Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541   Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

REMIT TO:

INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

RP

## INVOICE

| | | |
|---|---|---|
| CUSTOMER CODE:   1000011574 | INVOICE NO. | 03813    Page 1 of 2 |
| NORTEL NETWORKS | | |
| ATTN: ACCOUNTS PAYABLE | ANDREW ORDER NO. | 200153304 |
| P.O. BOX 280510 | | |
| NASHVILLE TN 37228 | CUSTOMER ORDER NO. | 4503502219 |
| UNITED STATES | | |

BILL TO

SHIP TO

NORTEL  LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON  L5T 2W7
CANADA

SOLD TO

CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| AFCI | E15V40P1502 | | 1 | EA | 123,25 | 123,25 |
| | S8000 - 850 MHZ | | | | | |
| | COMMODITY CODE: 85299020    DELIVERY NUMBER: 501218470    D.D.T.  22334    Dated 18.12.2008 | | | | | |
| | ORIGIN:  RO | | | | | |
| | SERIAL NR.: ( 6976898 ) | | | | | |
| | CUSTOMER PRODUCT CODE: NTQA38JA | | | | | |
| | CUSTOMER REV: +01 | | | | | |
| | CESTOMER S/N: FORM01890664 | | | | | |
| | REFERENCE REPAIR CUSTOMER: RMA #0810C090 | | | | | |
| | VENDOR S/N: 6976898 | | | | | |
| | VENDOR RMA: | | | | | |

NET VALUE                    123,25

Code   83 NON IMP. ART. 9 COMMA 1.9 DPR 633/72

VAT          0,000           0,00

TOTAL USD           123,25

GROSS WEIGHT:          8,100KG    NET WEIGHT:          6,600KG

Andrew Telecomm. Products S.r.l. VAT REGISTRATION NO: IT02723270969

COUNTRY OF ORIGIN :  ITALY

DIRECT INQUIRIES TO:          Giuliana Motta-AFAI
TEL:  39-039-6054444 FAX:39-039-6054477

**ANDREW.**
A CommScope Company
Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541   Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

**INVOICE**

REMIT TO:
INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0308920407000010192150
BIC/SWIFT: BCITIT33631

| | |
|---|---|
| B I L L   T O : | CUSTOMER CODE:   1000011574 |
| | NORTEL NETWORKS |
| | ATTN: ACCOUNTS PAYABLE |
| | P.O. BOX 280510 |
| | NASHVILLE TN 37228 |
| | UNITED STATES |

INVOICE NO.                    03813    Page 2 of 2

ANDREW ORDER NO.        200153304

CUSTOMER ORDER NO.    4503502219

| | |
|---|---|
| S H I P   T O : | NORTEL  LTD |
| | C/O KUEHNE - NAGEL |
| | 6335 EDWARDS BOULEVARD |
| | MISSISSAUGA-ONTARIO ON   L5T 2W7 |
| | CANADA |

S O L D   T O :
CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
COUNTRY OF ORIGIN :  ITALY


AFCI CAPRIATE, ITALY

DIRECT INQUIRIES TO:            Giuliana Motta-AFAI
                               TEL:  39-039-6054444 FAX:39-039-6054477

**ANDREW.**
A CommScope Company
Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541   Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

REMIT TO:

INTESA SANPAOLO
Monza  ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

# INVOICE

BILL TO:
CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

INVOICE NO.                          03814    Page 1 of 2

ANDREW ORDER NO.            200153305

CUSTOMER ORDER NO.        4503502219

SHIP TO:
NORTEL  LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON  L5T 2W7
CANADA

SOLD TO:
CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | U/M | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| AFCI | E15V40P1502 | | 1 | EA | 370,00 | 370,00 |
| | S8000 - 850 MHZ | | | | | |
| | COMMODITY CODE: 85299020   DELIVERY NUMBER: 601218471   D.D.T.  22335   Dated 18.12.2008 | | | | | |
| | ORIGIN:  RO | | | | | |
| | SERIAL NR.: ( 7019896 ) | | | | | |
| | CUSTOMER PRODUCT CODE: NTQA38JA | | | | | |
| | CUSTOMER REV: +01 | | | | | |
| | CESTOMER S/N: FORM01701747 | | | | | |
| | REFERENCE REPAIR CUSTOMER: RMA #0810C090 | | | | | |
| | VENDOR S/N: 7019896 | | | | | |
| | VENDOR RMA: | | | | | |

NET VALUE            370,00

Code   83 NON IMP. ART. 9 COMMA 1.9 DPR 633/72

VAT     0.000         0,00

TOTAL USD          370,00

GROSS WEIGHT:          8,100KG    NET WEIGHT:          6,600KG

Andrew Telecomm. Products S.r.l. VAT REGISTRATION NO: IT02723270969

COUNTRY OF ORIGIN ;  ITALY

DIRECT INQUIRIES TO:          Giuliana Motta-AFAI
                                             TEL:  39-039-6054444 FAX:39-039-6054477

# ANDREW®
A CommScope Company

Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

**REMIT TO:**

INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

RP

## INVOICE

| | |
|---|---|
| CUSTOMER CODE:   1000011574 | INVOICE NO.                    03814    Page 2 of 2 |
| NORTEL NETWORKS | |
| ATTN: ACCOUNTS PAYABLE | ANDREW ORDER NO.          200153305 |
| P.O. BOX 280510 | |
| NASHVILLE TN 37228 | CUSTOMER ORDER NO.       4503502219 |
| UNITED STATES | |

BILL TO:
NORTEL LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON  L5T 2W7
CANADA

SOLD TO:
CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
COUNTRY OF ORIGIN :  ITALY


AFCI CAPRIATE, ITALY

DIRECT INQUIRIES TO:           Giuliana Motta-AFAI
                               TEL:  39-039-6054444 FAX:39-039-6054477

# ANDREW.
A CommScope Company

**Andrew Telecomm. Products S.r.l.**
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax.. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

**REMIT TO:**
INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

## INVOICE

**CUSTOMER CODE:** 1000011574

BILL TO

NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INVOICE NO. | 03815 | Page 1 of 2 |
|---|---|---|

ANDREW ORDER NO.         200153308

CUSTOMER ORDER NO.      4503502219

SHIP TO

NORTEL LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON  L5T 2W7
CANADA

**CUSTOMER CODE:** 1000011574

SOLD TO

NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| AFCI | E15V40P1502 | | 1 | EA | 370,00 | 370,00 |
| | S8000 - 850 MHZ | | | | | |
| | COMMODITY CODE: 85299020  DELIVERY NUMBER: 501218472  D.D.T.  22336  Dated 18.12.2008 | | | | | |
| | ORIGIN:  RO | | | | | |
| | SERIAL NR.: ( 6593515 ) | | | | | |
| | CUSTOMER PRODUCT CODE: NTQA38JA | | | | | |
| | CUSTOMER REV: +01 | | | | | |
| | CESTOMER S/N: FORM01645680 | | | | | |
| | REFERENCE REPAIR CUSTOMER: RMA #0810C090 | | | | | |
| | VENDOR S/N: 6593515 | | | | | |
| | VENDOR RMA: | | | | | |

| | NET VALUE | 370,00 |
|---|---|---|

Code   83 NON IMP. ART. 9 COMMA 1.9 DPR 633/72

| | VAT | 0,000 | 0,00 |
|---|---|---|---|

| | TOTAL USD | 370,00 |
|---|---|---|

GROSS WEIGHT:        8,100KG    NET WEIGHT:        6,600KG

Andrew Telecomm. Products S.r.l. VAT REGISTRATION NO: IT02723270969

COUNTRY OF ORIGIN :  ITALY

DIRECT INQUIRIES TO:          Giuliana Motta-AFAI
                                     TEL:  39-039-6054444 FAX:39-039-6054477

**ANDREW.**
A CommScope Company
Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541   Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

**REMIT TO:**
INTESA SANPAOLO
Monza   ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

## INVOICE

| BILL TO | | |
|---|---|---|
| CUSTOMER CODE:   1000011574 | INVOICE NO. | 03815    Page 2 of 2 |
| NORTEL NETWORKS | | |
| ATTN: ACCOUNTS PAYABLE | ANDREW ORDER NO. | 200153308 |
| P.O. BOX 280510 | | |
| NASHVILLE TN 37228 | CUSTOMER ORDER NO. | 4503502219 |
| UNITED STATES | | |

SHIP TO
NORTEL LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON   L5T 2W7
CANADA

SOLD TO
CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
COUNTRY OF ORIGIN :  ITALY


AFCI CAPRIATE, ITALY

**ANDREW.**
A CommScope Company
Andrew Telecomm. Products S.r.l.
Soc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

**INVOICE**

REMIT TO:
INTESA SANPAOLO
Monza ITALY
IBAN: IT91Z0306920407000010192160
BIC/SWIFT: BCITIT33631

| | |
|---|---|
| B I L L T O | CUSTOMER CODE:   1000011574<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

INVOICE NO.                 03816      Page 1 of 2

ANDREW ORDER NO.        200153308

CUSTOMER ORDER NO.      4503502219

CUSTOMER CODE:   1000011574

| | |
|---|---|
| S H I P T O | NORTEL  LTD<br>C/O KUEHNE - NAGEL<br>6335 EDWARDS BOULEVARD<br>MISSISSAUGA-ONTARIO ON  L5T 2W7<br>CANADA |

| | |
|---|---|
| S O L D T O | NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2008 | 18.12.2008 | 19.12.2008 |

| SLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| AFCI | E15V40P1502 | | 1 | EA | 370,00 | 370,00 |
| | S8000 - 850 MHZ | | | | | |
| | COMMODITY CODE: 85299020    DELIVERY NUMBER: 501218473    D.D.T.  22337    Dated 18.12.2008 | | | | | |
| | ORIGIN: RO | | | | | |
| | SERIAL NR.: ( 7115857 ) | | | | | |
| | CUSTOMER PRODUCT CODE: NTQA38JA | | | | | |
| | CUSTOMER REV: +01 | | | | | |
| | CUSTOMER S/N: FORM01706341 | | | | | |
| | REFERENCE REPAIR CUSTOMER: RMA #0810C090 | | | | | |
| | VENDOR S/N: 7115857 | | | | | |
| | VENDOR RMA: | | | | | |

NET VALUE          370,00

Code  83 NON IMP. ART. 9 COMMA 1.9 DPR 633/72

VAT   0,000          0,00

TOTAL USD          370,00

GROSS WEIGHT:      8,100KG   NET WEIGHT:      6,600KG

Andrew Telecomm. Products S.r.l. VAT REGISTRATION NO: IT02723270969

COUNTRY OF ORIGIN : ITALY

DIRECT INQUIRIES TO:          Giuliana Motta-AFAI
                              TEL: 39-039-6054444 FAX:39-039-6054477

# ANDREW®

A CommScope Company

Andrew Telecomm. Products S.r.l.
Snc. soggetta a direzione/coordinamento da parte di Andrew Corp.
Via Archimede 22/24
20041 Agrate Brianza (MI) Italy
Tel. +39-039-60541  Fax. +39-039-6054450
Internet: www.andrew.com
Cap.Sociale €. 5.212.900 i.v.
Partita IVA/VAT N.: IT02723270969 C.F./Reg.Imp.: 11319940158
R.E.A. MI n. 1455393

RP

## INVOICE

**REMIT TO:**
INTESA SANPAOLO
Monza  ITALY
IBAN: IT91Z0306920407000010192150
BIC/SWIFT: BCITIT33631

| | | |
|---|---|---|
| B I L L T O | CUSTOMER CODE:   1000011574<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES | INVOICE NO.              03816    Page 2 of 2<br><br>ANDREW ORDER NO.        200153308<br><br>CUSTOMER ORDER NO.     4503502219 |

| | | | |
|---|---|---|---|
| S H I P T O | NORTEL LTD<br>C/O KUEHNE - NAGEL<br>6335 EDWARDS BOULEVARD<br>MISSISSAUGA-ONTARIO ON  L5T 2W7<br>CANADA | S O L D T O | CUSTOMER CODE:   1000011574<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 17.2.2009 | 18.12.2008 | 19.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
COUNTRY OF ORIGIN : ITALY

AFCI CAPRIATE, ITALY

DIRECT INQUIRIES TO:                    Giuliana Motta-AFAI
                                        TEL:  39-039-6054444 FAX:39-039-6054477



Page 1 of 4

# Andrew Telecomm. Products S.r.l.

Via Archimede 22/24 Agrate Brianza MI 20041 IT
Phone +(39) 039-60541 Fax +(39) 039-6054450

| COMMERCIAL INVOICE NO: 111949740 | SALES ORDER NO: 200153301 | COMMERCIAL INVOICE DATE: 18 Dec 2008 |
|---|---|---|

| SOLD TO | SHIP TO | FORWARDER | SHIPPED FROM |
|---|---|---|---|
| NORTEL NETWORKS | NORTEL LTD | DHL GLOBAL FORWARDING (ITALY) SPA | Andrew Telecomm. Products S.r.l. |
| ATTN: ACCOUNTS PAYABLE | C/O KUEHNE - NAGEL | VIA MARCONI 6 | Via Archimede 22/24 |
| P.O. BOX 280510 | 6335 EDWARDS BOULEVARD | 20060 LISCATE MI | I-20041 AGRATE BRIANZA MI |
| NASHVILLE TN 37228 | MISSISSAUGA-ONTARIO ON L5T 2W7 | | |
| UNITED STATES | CANADA | | |

- RMA #0810C090

- UNITS REPAIRED OUT OF WARRANTY

- TOTAL VALUE FOR CUSTOMS PURPOSES ONLY

| Item No /Desc | Customer PO | Commodity Code | Origin | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| E15V40P1502 | 4503502219 | 8529.90.20 | RO | 1 | EA | 500.00 | 870.00 |
| | | | | Repair Cost | | 370.00 | |
| S8000 - 850 MHZ | | | | | | | |
| Serial no.: | ( 8043751 ) | | | | | | |
| CUSTOMER MATERIAL NTQA38JA | | | | | | | |
| E15V40P1502 | 4503502219 | 8529.90.20 | RO | 1 | EA | 500.00 | 870.00 |
| | | | | Repair Cost | | 370.00 | |
| S8000 - 850 MHZ | | | | | | | |
| Serial no.: | ( 7379481 ) | SHIP-TO PARTY | | | | | |

NORTEL LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON L5T 2W7

CUSTOMER MATERIAL NTQA38JA

| | | Page Total: | USD | 1,740.00 |
|---|---|---|---|---|

| | TERMS AND CONDITIONS | | | | TOTALS | | |
|---|---|---|---|---|---|---|---|
| Total Pieces | Cubic | 0.000 | Gross | 0.000 | Total USD | | 5,596.50 |
| | Cubic | 0.000 | Gross | 0.000 | | | |

Payment Terms   NET 60 DAYS
Shipping Terms   COL
Trade Terms   EXW FACTORY

CREATED BY: VAORIGGI



# Andrew Telecomm. Products S.r.l.
Via Archimede 22/24 Agrate Brianza MI 20041 IT
Phone +(39) 039-60541 Fax +(39) 039-6054450

| COMMERCIAL INVOICE NO: 111949740 | SALES ORDER NO: 200153301 | COMMERCIAL INVOICE DATE: 18 Dec 2008 |
|---|---|---|

| SOLD TO | SHIP TO | FORWARDER | SHIPPED FROM |
|---|---|---|---|
| NORTEL NETWORKS | NORTEL LTD | DHL GLOBAL FORWARDING (ITALY) SPA | Andrew Telecomm. Products S.r.l. |
| ATTN: ACCOUNTS PAYABLE | C/O KUEHNE - NAGEL | VIA MARCONI 6 | Via Archimede 22/24 |
| P.O. BOX 280510 | 6336 EDWARDS BOULEVARD | 20060 LISCATE MI | I-20041 AGRATE BRIANZA MI |
| NASHVILLE TN 37228 | MISSISSAUGA-ONTARIO ON L5T 2W7 | | |
| UNITED STATES | CANADA | | |

| Item No /Desc | Customer PO | Commodity Code | Origin | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| E15V40P1502 | 4503502219 | 8529.90.20 | RO | 1 | EA | 500.00 | 623.25 |
| | | | | Repair Cost | | 123.25 | |

S8000 - 850 MHZ
Serial no.:          ( 6967722 )
                     SHIP-TO PARTY
    NORTEL LTD
    C/O KUEHNE - NAGEL
    6336 EDWARDS BOULEVARD
    MISSISSAUGA-ONTARIO ON  L5T 2W7
CUSTOMER MATERIAL NTQA38JA

| Item No /Desc | Customer PO | Commodity Code | Origin | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| E15V40P1502 | 4503502219 | 8529.90.20 | RO | 1 | EA | 500.00 | 623.25 |
| | | | | Repair Cost | | 123.25 | |

S8000 - 850 MHZ
Serial no.:          ( 6976898 )
                     SHIP-TO PARTY
    NORTEL LTD
    C/O KUEHNE - NAGEL
    6335 EDWARDS BOULEVARD
    MISSISSAUGA-ONTARIO ON  L5T 2W7
CUSTOMER MATERIAL NTQA38JA

| | Page Total: | USD | 1,246.50 |
|---|---|---|---|


**ANDREW.**
A CommScope Company

## Andrew Telecomm. Products S.r.l.
Via Archimede 22/24 Agrate Brianza MI 20041 IT
Phone +(39) 039-80541 Fax +(39) 039-6054450

| COMMERCIAL INVOICE NO: 111949740 | SALES ORDER NO: 200153301 | COMMERCIAL INVOICE DATE: 18 Dec 2008 |
|---|---|---|

| SOLD TO | SHIP TO | FORWARDER | SHIPPED FROM |
|---|---|---|---|
| NORTEL NETWORKS | NORTEL LTD | DHL GLOBAL FORWARDING (ITALY) SPA | Andrew Telecomm. Products S.r.l. |
| ATTN: ACCOUNTS PAYABLE | C/O KUEHNE - NAGEL | VIA MARCONI 6 | Via Archimede 22/24 |
| P.O. BOX 280510 | 6335 EDWARDS BOULEVARD | 20060 LISCATE MI | I-20041 AGRATE BRIANZA MI |
| NASHVILLE TN 37228 | MISSISSAUGA-ONTARIO ON  L5T 2W7 | | |
| UNITED STATES | CANADA | | |

| Item No /Desc | Customer PO | Commodity Code | Origin | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| E15V40P1502 | 4503502219 | 8529.90.20 | RO | 1 | EA | 500.00 | 870.00 |
| | | | | Repair Cost | | 370.00 | |
| S8000 - 850 MHZ | | | | | | | |
| Serial no.: | ( 7019896 ) | | | | | | |
| | SHIP-TO PARTY | | | | | | |

NORTEL LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON  L5T 2W7
CUSTOMER MATERIAL NTQA38JA

| E15V40P1502 | 4503502219 | 8529.90.20 | RO | 1 | EA | 500.00 | 870.00 |
|---|---|---|---|---|---|---|---|
| | | | | Repair Cost | | 370.00 | |
| S8000 - 850 MHZ | | | | | | | |
| Serial no.: | ( 6593515 ) | | | | | | |
| | SHIP-TO PARTY | | | | | | |

NORTEL LTD
C/O KUEHNE - NAGEL
6335 EDWARDS BOULEVARD
MISSISSAUGA-ONTARIO ON  L5T 2W7
CUSTOMER MATERIAL NTQA38JA

| | Page Total: | USD | 1,740.00 |
|---|---|---|---|



# Andrew Telecomm. Products S.r.l.
Via Archimede 22/24 Agrate Brianza MI 20041 IT
Phone  +(39) 039-60541 Fax +(39) 039-6054450

| COMMERCIAL INVOICE NO: 111949740 | SALES ORDER NO: 200153301 | | COMMERCIAL INVOICE DATE: 18 Dec 2008 |
|---|---|---|---|
| **SOLD TO** | **SHIP TO** | **FORWARDER** | **SHIPPED FROM** |
| NORTEL NETWORKS | NORTEL LTD | DHL GLOBAL FORWARDING (ITALY) SPA | Andrew Telecomm. Products S.r.l. |
| ATTN: ACCOUNTS PAYABLE | C/O KUEHNE - NAGEL | VIA MARCONI 6 | Via Archimede 22/24 |
| P.O. BOX 280510 | 6335  EDWARDS BOULEVARD | 20060 LISCATE  MI | I-20041 AGRATE BRIANZA  MI |
| NASHVILLE TN 37228 | MISSISSAUGA-ONTARIO ON  L5T 2W7 | | |
| UNITED STATES | CANADA | | |

| Item No /Desc | Customer PO | Commodity Code | Origin | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| E15V40P1502 | 4503502219 | 8529.90.20 | RO | 1 | EA | 500.00 | 870.00 |
| | | | | Repair Cost | | 370.00 | |
| S8000 - 850 MHZ | | | | | | | |
| Serial no.: | ( 7115857 ) | | | | | | |
| | SHIP-TO PARTY | | | | | | |
| NORTEL LTD | | | | | | | |
| C/O KUEHNE - NAGEL, | | | | | | | |
| 6335 EDWARDS BOULEVARD | | | | | | | |
| MISSISSAUGA-ONTARIO ON  L5T 2W7 | | | | | | | |
| CUSTOMER MATERIAL NTQA38JA | | | | | | | |

|  |  |
|---|---|
| NET VALUE | 5,596.50 |
| TOTAL USD | 5,596.50 |

VAT REGISTRATION NO: IT02723270969

| | Page Total | USD | 870.00 |
|---|---|---|---|


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | | |
|---|---|---|
| RP | INVOICE NO. | 700954536 | PAGE 1 OF 4 |

| ANDREW ORDER NO. | 1945908 |
|---|---|
| CUSTOMER ORDER NO. | 4503579077 |

CUSTOMER CODE:    170123
B I L L T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S H I P T O
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:          1000011574
S O L D T O
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/24/2009 | 11/25/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 40417<br>NYLON CABLE TIE KIT, QTY.50 | | 6 | EA | 8.87 | 53.22 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | 221213<br>CONNECTOR WEATHER PROOFING KIT<br>UNIVERSAL | | 6 | EA | 11.23 | 67.38 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |
| AOP | AVA5-50<br>COAXIAL CABLE, 7/8" 50 OHM<br>WITH PE FOAM DIELECTRIC AND<br>PE JACKET | 1 @ 211 | 211 | M | 6.08 | 1,282.88 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: N0023982 | | | | | |
| AOP | AL5DF-PS<br>DIN FEMALE POSITIVE STOP CONNECTOR | | 12 | EA | 13.90 | 166.80 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: N0026898 | | | | | |

DIRECT INQUIRIES TO:      AOP Debra L. Kullman
TEL: 779-435-6192 FAX:779-435-8551                    ANDREW LLC

By _____                    _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | | |
|---|---|---|
| INVOICE NO. | 700954536 | PAGE 2 OF 4 |
| ANDREW ORDER NO. | 1945908 | |
| CUSTOMER ORDER NO. | 4503579077 | |

CUSTOMER CODE:    170123

B
I NORTEL NETWORKS
L ATTN ACCOUNTS PAYABLE (800)684-2228
L PO BOX 280510
T NASHVILLE TN 37228
O

S NORTEL NETWORKS / SAP PLT 7200
H MIAMI LOC (NORTEL)
I 10205 NW 108TH AVENUE
P MEDLEY FL 33178
T
O

CUSTOMER CODE:              1000011574
NORTEL NETWORKS
S ATTN: ACCOUNTS PAYABLE
O P.O. BOX 280510
L NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/24/2009 | 11/25/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L6CLICKB<br>LDF5 CLICK-ON HANGER KIT<br>INCLUDES 10 CLICK-ON HANGERS<br>NOTE: MOUNTING HARDWARE SOLD<br>SEPERATELY | | 12 | EA | 15.50 | 186.00 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: N0132715 | | | | | |
| AOP | 243684<br>HANGER, COMPACT ANGLE<br>ADAPTER KIT OF 10 | | 12 | EA | 24.58 | 294.96 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: A0500946 | | | | | |
| AOP | L5SGRIP<br>SUPPORT/HOISTING GRIP FOR<br>LDF5. INCLUDES NON-LACE GRIP<br>AND 1 LDF5 CABLE CLAMP<br>**REQUIRES SPECIAL TOOL***<br>note-if factory attached connectors are being used contact product<br>line | | 6 | EA | 14.55 | 87.30 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: A0506685 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman
                              TEL: 779-435-6192 FAX:779-435-8551          ANDREW LLC

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 700954636 |
| ANDREW ORDER NO. | 1945908 |
| CUSTOMER ORDER NO. | 4503579077 |

PAGE 3 OF 4

CUSTOMER CODE:    170123

BILL TO:
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

SHIP TO:
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:                1000011574

SOLD TO:
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/24/2009 | 11/25/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | SGL5-06B2<br>SUREGROUND GROUNDING KIT<br>LDF5 (7/8") 0.6 METERS (24")<br>TWO HOLE FACTORY ATTACHED<br>LUG | | 18 | EA | 11.35 | 204.30 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: A0765893 | | | | | |
| AOP | 243095-1<br>THREE STACK 3/8" HARDWARE<br>FOR 1/2" OR 7/8" CABLE | | 12 | EA | 11.21 | 134.52 |
| | DELIVERY NUMBER: 501195908 | | | | | |
| | PO ITEM REF: A0990407 | | | | | |

| | |
|---|---|
| NET VALUE | 2,477.36 |
| SALES TAX | 0.00 |
| TOTAL USD | 2,477.36 |

Delivery Number:    0501195908
Carrier:              CONWAY LTL
Tracking Number(s):   403-212633

DIRECT INQUIRIES TO:

AOP Debra L. Kollman
TEL: 779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:

ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP    INVOICE NO.              700954536        PAGE 4 OF 4

ANDREW ORDER NO.         1945908

CUSTOMER CODE:    170123          CUSTOMER ORDER NO.    4503579077

B
I  NORTEL NETWORKS
L  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T
O  NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200          CUSTOMER CODE:              1G00011574
S  MIAMI LOC (NORTEL)                    S  NORTEL NETWORKS
H  10205 NW 108TH AVENUE                 O  ATTN: ACCOUNTS PAYABLE
I  MEDLEY FL 33178                       L  P.O. BOX 280510
T                                        D
O                                        T  NASHVILLE TN 37228
                                         O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/24/2009 | 11/25/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

MARK FOR · HEADER
pos
100018820
1002001379
d342752

AOP  JOLIET, IL USA


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP   INVOICE NO.              700957968       PAGE 1 OF 4

ANDREW ORDER NO.        1947285

CUSTOMER ORDER NO.      4503585201

CUSTOMER CODE:   170123

B   NORTEL NETWORKS
I   ATTN ACCOUNTS PAYABLE (800)684-2228
L   PO BOX 280510
T   NASHVILLE TN 37228
O

CUSTOMER CODE:            1000011574

NORTEL NETWORKS / SAP PLT 7200          NORTEL NETWORKS
MIAMI LOC (NORTEL)              S   ATTN: ACCOUNTS PAYABLE
10205 NW 108TH AVENUE           O   P.O. BOX 280510
MEDLEY FL 33178                 L   NASHVILLE TN 37228
                                D
                                T
                                O

S
H
I
P
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-3M<br>CABLE ASSEMBLY, FSJ4-50B<br>DIN MALE/DIN MALE<br>3 METRE LENGTH<br>(FOR SPANISH WAREHOUSE) | | 2 | EA | 68.80 | 137.60 |
| | DELIVERY NUMBER: 501202666 | | | | | |
| | PO ITEM REF: N0160224 | | | | | |
| AOP | L4A-PDMDM-3M<br>LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | 2 | EA | 39.42 | 78.84 |
| | DELIVERY NUMBER: 501202666 | | | | | |
| | PO ITEM REF: N0040488 | | | | | |
| AOP | 40417<br>NYLON CABLE TIE KIT, QTY.50 | | 2 | EA | 8.87 | 17.74 |
| | DELIVERY NUMBER: 501202666 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | 221213<br>CONNECTOR WEATHER PROOFING KIT<br>UNIVERSAL | | 2 | EA | 11.23 | 22.46 |
| | DELIVERY NUMBER: 501202666 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman              ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  | RP | INVOICE NO. | 700957968 | PAGE 2 OF 4 |
|--|--|----|-------------|-----------|-------------|

ANDREW ORDER NO.   1947285

CUSTOMER CODE:   170123

B
I   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800)684-2228
L   PO BOX 280510
T   NASHVILLE TN 37228
O

CUSTOMER ORDER NO.   4503585201

NORTEL NETWORKS / SAP PLT 7200
S   MIAMI LOC (NORTEL)
H   10205 NW 108TH AVENUE
I   MEDLEY FL 33178
P
T
O

CUSTOMER CODE:   1000011574
NORTEL NETWORKS
S   ATTN: ACCOUNTS PAYABLE
O   P.O. BOX 280510
L   NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|-----------|---------------|-------------|--------------|--------------|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|------|-------------------------|------------|------------|----|-----------|--------------|
| AOP | AL7DF-PS<br>DIN FEMALE POSITIVE STOP CONNECTOR |  | 4 | EA | 56.10 | 224.40 |
|  | DELIVERY NUMBER: 501202666 |  |  |  |  |  |
|  | PO ITEM REF: N0155711 |  |  |  |  |  |
| AOP | L7CLICK<br>LDF7 CLICK-ON HANGERS<br>(KIT OF 10) |  | 7 | EA | 19.83 | 138.81 |
|  | DELIVERY NUMBER: 501202666 |  |  |  |  |  |
|  | PO ITEM REF: A0818987 |  |  |  |  |  |
| AOP | 31768A<br>STANDARD ANGLE ADAPTER KIT,QTY 10<br>FOR CABLE SIZES 1 5/8" AND BELOW<br>UTILIZE PART-NUMBER 243684<br>AS A LOWER PRICE ALTERATIVE |  | 7 | EA | 35.04 | 245.28 |
|  | DELIVERY NUMBER: 501202666 |  |  |  |  |  |
|  | PO ITEM REF: A0701483 |  |  |  |  |  |

DIRECT INQUIRIES TO:          AOP Debra L. Koliman                              ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700957968 | PAGE 3 OF 4 |
|---|---|---|---|---|

ANDREW ORDER NO.    1947285

CUSTOMER ORDER NO.    4503585201

CUSTOMER CODE:    170123

**B I L L   T O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P   T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
**S O L D   T O**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L7SGRIP<br>SUPPORT/HOISTING GRIP FOR<br>LDF7. INCLUDES NON-LACE GRIP<br>AND 1 LDF7 CABLE CLAMP<br>**REQUIRES SPECIAL TOOL*** |  | 4 | EA | 17.46 | 69.84 |
|  | DELIVERY NUMBER: 501202666 |  |  |  |  |  |
|  | PO ITEM REF: A0789845 |  |  |  |  |  |
| AOP | AVA7-50 | 1 @ 130 | 130 | M | 13.72 | 1,783.60 |
|  | DELIVERY NUMBER: 501202666 |  |  |  |  |  |
|  | PO ITEM REF: N0176669 |  |  |  |  |  |

NET VALUE    2,718.57

SALES TAX    0.00

TOTAL USD    2,718.57

Delivery Number:    0501202666
Carrier:    CONWAY LTL
Tracking Number(s):    403-279962

DIRECT INQUIRIES TO:        AOP Debra L. Kollman        ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**INVOICE**

RP    INVOICE NO.            700957968        PAGE 4 OF 4

ANDREW ORDER NO.        1947285

CUSTOMER ORDER NO.      4503585201

CUSTOMER CODE:    170123
B
I    NORTEL NETWORKS
L    ATTN ACCOUNTS PAYABLE (800)684-2228
L    PO BOX 280510
T
O    NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200        CUSTOMER CODE:        1000011574
S    MIAMI LOC (NORTEL)                NORTEL NETWORKS
H    10205 NW 108TH AVENUE             S    ATTN: ACCOUNTS PAYABLE
I    MEDLEY FL 33178                   O    P.O. BOX 280510
P                                       L    NASHVILLE TN 37228
T                                       D
O                                       T
                                        O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|-----------|---------------|-------------|--------------|--------------|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|------|-------------------------|------------|------------|----|-----------|--------------|

MARK FOR - HEADER
pos
100018820
1002004032
d342759

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | RP | INVOICE NO. | 700957969 | PAGE 1 OF 3 |
|---|---|---|---|---|

ANDREW ORDER NO.    1947300

CUSTOMER CODE:    170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800) 684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503585014

CUSTOMER CODE:    1000011574

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
H
I
P
T
O

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 40417 NYLON CABLE TIE KIT, QTY.50 | | 4 | EA | 8.87 | 35.48 |
| | DELIVERY NUMBER: 501202668 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | 221213 CONNECTOR WEATHER PROOFING KIT UNIVERSAL | | 4 | EA | 11.23 | 44.92 |
| | DELIVERY NUMBER: 501202668 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |
| AOP | AL7DF-PS DIN FEMALE POSITIVE STOP CONNECTOR | | 8 | EA | 56.10 | 448.80 |
| | DELIVERY NUMBER: 501202668 | | | | | |
| | PO ITEM REF: N0155711 | | | | | |
| AOP | L7CLICK LDF7 CLICK-ON HANGERS (KIT OF 10) | | 15 | EA | 19.83 | 297.45 |
| | DELIVERY NUMBER: 501202668 | | | | | |
| | PO ITEM REF: A0818987 | | | | | |

DIRECT INQUIRIES TO:    AOP Debra L. Kollman    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



ANDREW.
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP     INVOICE NO.          700957969          PAGE 2 OF 3

ANDREW ORDER NO.     1947300

CUSTOMER ORDER NO.   4503585014

B  CUSTOMER CODE:   170123
I  NORTEL NETWORKS
L  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T  NASHVILLE TN 37228
O

CUSTOMER CODE:          I000011574
NORTEL NETWORKS

S  NORTEL NETWORKS / SAP PLT 7200     S  ATTN: ACCOUNTS PAYABLE
H  MIAMI LOC (NORTEL)                 O  P.O. BOX 280510
I  10205 NW 108TH AVENUE             L  NASHVILLE TN 37228
P  MEDLEY FL 33178                    D
T                                     T
O                                     O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 31768A | | 15 | EA | 35.04 | 525.60 |
| | STANDARD ANGLE ADAPTER KIT,QTY 10 | | | | | |
| | FOR CABLE SIZES 1 5/8" AND BELOW | | | | | |
| | UTILIZE PART-NUMBER 243684 | | | | | |
| | AS A LOWER PRICE ALTERATIVE | | | | | |
| | DELIVERY NUMBER: 501202668 | | | | | |
| | PO ITEM REF: A0701483 | | | | | |
| AOP | L7SGRIP | | 6 | EA | 17.46 | 104.76 |
| | SUPPORT/HOISTING GRIP FOR | | | | | |
| | LDF7. INCLUDES NON-LACE GRIP | | | | | |
| | AND 1 LDF7 CABLE CLAMP | | | | | |
| | **REQUIRES SPECIAL TOOL*** | | | | | |
| | DELIVERY NUMBER: 501202668 | | | | | |
| | PO ITEM REF: A0789845 | | | | | |

NET VALUE       1,457.01

SALES TAX          0.00

TOTAL USD       1,457.01

DIRECT INQUIRIES TO:     AOP Debra L. Kollman                ANDREW LLC
                         TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | | |
|---|---|---|
| INVOICE NO. | 700957969 | PAGE 3 OF 3 |
| ANDREW ORDER NO. | 1947300 | |
| CUSTOMER ORDER NO. | 4503585014 | |

CUSTOMER CODE:    170123

**BILL TO**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

**SOLD TO**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

Delivery Number:     0501202668
Carrier:             UPS
Tracking Number(s):  1Z4R90380340963935
                     1Z4R90380342337313
                     1Z4R90380342584529

**MARK FOR - HEADER**
POS
100018820
1002003990
D342756

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700957970        PAGE 1 OF 3

ANDREW ORDER NO.      1947319

CUSTOMER ORDER NO.    4503583004

CUSTOMER CODE:    170123
**BILL TO:**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**SOLD TO:**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 40417 | | 4 | EA | 8.87 | 35.48 |
| | NYLON CABLE TIE KIT, QTY.50 | | | | | |
| | DELIVERY NUMBER: 501202669 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | 221213 | | 4 | EA | 11.23 | 44.92 |
| | CONNECTOR WEATHER PROOFING KIT UNIVERSAL | | | | | |
| | DELIVERY NUMBER: 501202669 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |
| AOP | AVA7-50 | 1 @ 200 | 200 | M | 13.72 | 2,744.00 |
| | DELIVERY NUMBER: 501202669 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AL7DF-PS | | 8 | EA | 56.10 | 448.80 |
| | DIN FEMALE POSITIVE STOP CONNECTOR | | | | | |
| | DELIVERY NUMBER: 501202669 | | | | | |
| | PO ITEM REF: N0155711 | | | | | |

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                              ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 700957970 | PAGE 2 OF 3 |
| | ANDREW ORDER NO. | 1947319 | |
| | CUSTOMER ORDER NO. | 4503583004 | |

CUSTOMER CODE:    170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L7CLICK<br>LDF7 CLICK-ON HANGERS<br>(KIT OF 10) | | 10 | EA | 19.83 | 198.30 |
| | DELIVERY NUMBER: 501202669 | | | | | |
| | PO ITEM REF: A0818987 | | | | | |
| AOP | 31768A<br>STANDARD ANGLE ADAPTER KIT,QTY 10<br>FOR CABLE SIZES 1 5/8" AND BELOW<br>UTILIZE PART-NUMBER 243684<br>AS A LOWER PRICE ALTERATIVE | | 10 | EA | 35.04 | 350.40 |
| | DELIVERY NUMBER: 501202669 | | | | | |
| | PO ITEM REF: A0701483 | | | | | |
| AOP | L7SGRIP<br>SUPPORT/HOISTING GRIP FOR<br>LDF7, INCLUDES NON-LACE GRIP<br>AND 1 LDF7 CABLE CLAMP<br>**REQUIRES SPECIAL TOOL*** | | 4 | EA | 17.46 | 69.84 |
| | DELIVERY NUMBER: 501202669 | | | | | |
| | PO ITEM REF: A0789845 | | | | | |
| | | | | | NET VALUE | 3,891.74 |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP    INVOICE NO.          700957970       PAGE 3 OF 3

ANDREW ORDER NO.     1947319

CUSTOMER ORDER NO.   4503583004

CUSTOMER CODE:   170123

**B**
**I**  NORTEL NETWORKS
**L**  ATTN ACCOUNTS PAYABLE (800)684-2228
**L**  PO BOX 280510
**T**
**O**  NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200

**S**  MIAMI LOC (NORTEL)
**H**  10205 NW 108TH AVENUE
**I**  MEDLEY FL 33178
**P**
**T**
**O**

**S**  ATTN: ACCOUNTS PAYABLE
**O**  P.O. BOX 280510
**L**  NASHVILLE TN 37228
**D**
**T**
**O**

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

SALES TAX        0.00

TOTAL USD       3,891.74

Delivery Number:    0501202669
Carrier:            CONWAY LTL
Tracking Number(s): 403-279962

**MARK FOR - HEADER**
POS
100018820
1002003220
D342753

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                      ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700957971 | PAGE 1 OF 2 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1937277 |  |
|  |  | CUSTOMER ORDER NO. | 4503537176 |  |

BILL TO:
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

SHIP TO:
NORTEL NETWORKS/ SAP PLT 1600
919-992-2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PA NC 27709

SOLD TO:
CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | VXL7-50<br>COAXIAL CABLE, 1-5/8" 50 OHM<br>WITH PE FOAM DIELECTRIC AND<br>PE JACKET | 6 @ 762 | 4,572 | M | 13.72 | 62,727.84 |
|  | DELIVERY NUMBER: 501202913 |  |  |  |  |  |
|  | PO ITEM REF: A0504552 |  |  |  |  |  |
| AOP | VXL7-50<br>COAXIAL CABLE, 1-5/8" 50 OHM<br>WITH PE FOAM DIELECTRIC AND<br>PE JACKET | 6 @ 762 | 4,572 | M | 13.72 | 62,727.84 |
|  | DELIVERY NUMBER: 501202914 |  |  |  |  |  |
|  | PO ITEM REF: A0504552 |  |  |  |  |  |

| | NET VALUE | 125,455.68 |
|---|---|---|
| | SALES TAX | 0.00 |
| | TOTAL USD | 125,455.68 |

DIRECT INQUIRIES TO:        AOP Debra L. Kollman            ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700957971 | PAGE 2 OF 2 |
| | ANDREW ORDER NO. | 1937277 | |
| | CUSTOMER ORDER NO. | 4503537176 | |

CUSTOMER CODE:   170123

**B**  NORTEL NETWORKS
**I**  ATTN ACCOUNTS PAYABLE (800)684-2228
**L**  PO BOX 280510
**L**
**T**  NASHVILLE TN 37228
**O**

CUSTOMER CODE:     1000011574

NORTEL NETWORKS

NORTEL NETWORKS/ SAP PLT 1600

**S**  919-992-2842
**H**
**I**  4001 E CHAPEL HILL NELSON HWY
**P**  RESEARCH TRIANGLE PA NC 27709
**T**
**O**

**S**  ATTN: ACCOUNTS PAYABLE
**O**  P.O. BOX 280510
**L**
**D**  NASHVILLE TN 37228
**T**
**O**

| | INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|---|
| | EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

Delivery Number:   0501202913
Carrier:               CUSTOMER ROUTING
Tracking Number(s):  SEAL: 4344
                          ORDER: 1937277
                          LANDSTAR TO PU
                          7000198244
                          ASSET# 35664
                          FOR RYDER

Delivery Number:   0501202914
Tracking Number(s):  SEAL: 4318
                          ORDER: 1937277
                          LANDSTAR TO PU
                          FOR RYDER
                          ASSET# 35662
                          7000198242

**MARK FOR - HEADER**
POS
100009635
1001984000
D345144

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                          ANDREW LLC
                                      TEL:  779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700957972 | PAGE 1 OF 3 |
| | ANDREW ORDER NO. | 1947311 | |
| | CUSTOMER ORDER NO. | 4503585144 | |

**B I L L T O**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**S O L D T O**

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-3M  CABLE ASSEMBLY, FSJ4-50B  DIN MALE/DIN MALE  3 METRE LENGTH  (FOR SPANISH WAREHOUSE) | | 2 | EA | 68.80 | 137.60 |
| | DELIVERY NUMBER: 501203063 | | | | | |
| | PO ITEM REF: N0160224 | | | | | |
| AOP | 40417  NYLON CABLE TIE KIT, QTY.50 | | 2 | EA | 8.87 | 17.74 |
| | DELIVERY NUMBER: 501203063 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | AVA7-50 | 1 @ 137 | 137 | M | 13.72 | 1,879.64 |
| | DELIVERY NUMBER: 501203063 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AL7DF-PS  DIN FEMALE POSITIVE STOP CONNECTOR | | 4 | EA | 56.10 | 224.40 |
| | DELIVERY NUMBER: 501203063 | | | | | |
| | PO ITEM REF: N0155711 | | | | | |

DIRECT INQUIRIES TO:        AOP Debra L. Koltman        ANDREW LLC
                            TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | |
|---|---|---|
| RP | INVOICE NO. | 700957972 | PAGE 2 OF 3 |
| | ANDREW ORDER NO. | 1947311 | |
| | CUSTOMER ORDER NO. | 4503585144 | |

CUSTOMER CODE:   170123

B I L L T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S H I P T O
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

S O L D T O
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L7CLICK | | 7 | EA | 19.83 | 138.81 |
| | LDF7 CLICK-ON HANGERS | | | | | |
| | (KIT OF 10) | | | | | |
| | DELIVERY NUMBER: 501203063 | | | | | |
| | PO ITEM REF: A0818987 | | | | | |
| AOP | 31768A | | 7 | EA | 35.04 | 245.28 |
| | STANDARD ANGLE ADAPTER KIT,QTY 10 | | | | | |
| | FOR CABLE SIZES 1 5/8" AND BELOW | | | | | |
| | UTILIZE PART-NUMBER 243684 | | | | | |
| | AS A LOWER PRICE ALTERATIVE | | | | | |
| | DELIVERY NUMBER: 501203063 | | | | | |
| | PO ITEM REF: A0701483 | | | | | |
| AOP | L7SGRIP | | 4 | EA | 17.46 | 69.84 |
| | SUPPORT/HOISTING GRIP FOR | | | | | |
| | LDF7. INCLUDES NON-LACE GRIP | | | | | |
| | AND 1 LDF7 CABLE CLAMP | | | | | |
| | **REQUIRES SPECIAL TOOL*** | | | | | |
| | DELIVERY NUMBER: 501203063 | | | | | |
| | PO ITEM REF: A0789845 | | | | | |

NET VALUE        2,713.31

DIRECT INQUIRIES TO:        AOP Debra L. Kollman        ANDREW LLC
TEL:  779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700957972 | PAGE 3 OF 3 |
| | | ANDREW ORDER NO. | 1947311 | |
| | | CUSTOMER ORDER NO. | 4503585144 | |

CUSTOMER CODE:   170123

**B I L L T O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574

**S O L D T O**
NORTEL NETWORKS
ATTN; ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

SALES TAX        0.00

TOTAL USD      2,713.31

Delivery Number:   0501203063
Carrier:           CONWAY LTL
Tracking Number(s): 403-279962

**MARK FOR - HEADER**
pos
100018820
1002004020
d342758

AOP JOLIET, IL USA

| | | |
|---|---|---|
| DIRECT INQUIRIES TO: | AOP Debra L. Kollman | ANDREW LLC |
| | TEL: 779-435-6192 FAX:779-435-8551 | |

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | |
|---|---|---|
| RP | INVOICE NO. | 700957973 | PAGE 1 OF 6 |
| | ANDREW ORDER NO. | 1941716 | |
| | CUSTOMER ORDER NO. | 4503555081 | |

CUSTOMER CODE:   170123

B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T  NASHVILLE TN 37228
O

CUSTOMER CODE:          1000011574

NORTEL NETWORKS/SAP PLT 1600          NORTEL NETWORKS
S  919-992-2842          S  ATTN: ACCOUNTS PAYABLE
H  4001 E CHAPEL HILL-NELSON HWY          O  P.O. BOX 280510
I  RESEARCH TRIANGLE PA NC 27709          L  NASHVILLE TN 37228
P          D
T          T
O          O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-12-USA<br>CA:FSJ4 PREMIUM SUREFLEX ASSY 12 FT | | 158 | EA | 75.58 | 11,941.64 |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | PO ITEM REF: N0186412 | | | | | |
| AOP | 204673-4<br>ENTRY PLATE, WITH FOUR 4"<br>OPENINGS | | 2 | EA | 64.88 | 129.76 |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | PO ITEM REF: A0704199 | | | | | |
| AOP | SEC-358<br>SNAP-SEAL ENTRY CUSHION 3 X 5/8" KT OF 1 | | 78 | EA | 26.02 | 2,029.56 |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | PO ITEM REF: A0897474 | | | | | |
| AOP | SEC-378<br>SNAP-SEAL ENTRY CUSHION 3 X 7/8" KT OF 1 | | 1 | EA | 23.30 | 23.30 |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | PO ITEM REF: A0645550 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman          ANDREW LLC
          TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 700957973 |
| ANDREW ORDER NO. | 1941716 |
| CUSTOMER ORDER NO. | 4503555081 |

PAGE 2 OF 6

**BILL TO**
CUSTOMER CODE: 170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SOLD TO**
CUSTOMER CODE: 1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS/SAP PLT 1600
919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PA NC 27709

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AL7DF-PS<br>DIN FEMALE POSITIVE STOP CONNECTOR<br><br>DELIVERY NUMBER: 501203206<br><br>PO ITEM REF: N0155711 | | 158 | EA | 56.10 | 8,863.80 |
| AOP | V5TDF-PS<br>DIN FEMALE CONN (POSITIVE STOP TRIMETAL)<br><br>DELIVERY NUMBER: 501203206<br><br>PO ITEM REF: N0077190 | | 2 | EA | 14.91 | 29.82 |
| AOP | L7CLICK<br>LDF7 CLICK-ON HANGERS<br>(KIT OF 10)<br><br>DELIVERY NUMBER: 501203206<br><br>PO ITEM REF: A0818987 | | 260 | EA | 19.83 | 5,155.80 |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                              ANDREW LLC
                             TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

<u>**INVOICE**</u>

|  | RP | INVOICE NO. | 700957973 | PAGE 3 OF 6 |
|--|----|-------------|-----------|-------------|
|  |  | ANDREW ORDER NO. | 1941716 |  |
|  |  | CUSTOMER ORDER NO. | 4503555081 |  |

B
I   CUSTOMER CODE:   170123
L   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800)684-2228
    PO BOX 280510
T   NASHVILLE TN 37228
O

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

S   NORTEL NETWORKS/SAP PLT 1600
H   919-992-2842                          S   ATTN: ACCOUNTS PAYABLE
I   4001 E CHAPEL HILL-NELSON HWY         O   P.O. BOX 280510
P   RESEARCH TRIANGLE PA NC 27709         L   NASHVILLE TN 37228
T                                         D
O                                         T
                                          O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|-----------|---------------|-------------|--------------|--------------|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|------|-------------------------|------------|-----------|----|-----------|--------------|
| AOP | L5CLICKB | | 3 | EA | 15.50 | 46.50 |
|  | LDF5 CLICK-ON HANGER KIT | | | | | |
|  | INCLUDES 10 CLICK-ON HANGERS | | | | | |
|  | NOTE: MOUNTING HARDWARE SOLD | | | | | |
|  | SEPERATELY | | | | | |
|  | DELIVERY NUMBER: 501203206 | | | | | |
|  | PO ITEM REF: N0132715 | | | | | |
| AOP | 31768A | | 260 | EA | 35.04 | 9,110.40 |
|  | STANDARD ANGLE ADAPTER KIT,QTY 10 | | | | | |
|  | FOR CABLE SIZES 1 5/8" AND BELOW | | | | | |
|  | UTILIZE PART-NUMBER 243684 | | | | | |
|  | AS A LOWER PRICE ALTERATIVE | | | | | |
|  | DELIVERY NUMBER: 501203206 | | | | | |
|  | PO ITEM REF: A0689915 | | | | | |
| AOP | L7SGRIP | | 84 | EA | 17.46 | 1,466.64 |
|  | SUPPORT/HOISTING GRIP FOR | | | | | |
|  | LDF7. INCLUDES NON-LACE GRIP | | | | | |
|  | AND 1 LDF7 CABLE CLAMP | | | | | |
|  | **REQUIRES SPECIAL TOOL*** | | | | | |
|  | DELIVERY NUMBER: 501203206 | | | | | |
|  | PO ITEM REF: A0789845 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                          ANDREW LLC
                              TEL:  779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 700957973 |
| ANDREW ORDER NO. | 1941716 |
| CUSTOMER ORDER NO. | 4503555081 |

PAGE 4 OF 6

CUSTOMER CODE:    170123

**B**
**I** NORTEL NETWORKS
**L** ATTN ACCOUNTS PAYABLE (800)684-2228
**L** PO BOX 280510
**T** NASHVILLE TN 37228
**O**

CUSTOMER CODE:    1000011574
NORTEL NETWORKS

**S**
**H** NORTEL NETWORKS/SAP PLT 1600
**I** 919-992-2842
**P** 4001 E CHAPEL HILL-NELSON HWY
**T** RESEARCH TRIANGLE PA NC 27709
**O**

**S**
**O** ATTN: ACCOUNTS PAYABLE
**L** P.O. BOX 280510
**D** NASHVILLE TN 37228
**T**
**O**

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L5SGRIP | | 1 | EA | 14.55 | 14.55 |
| | SUPPORT/HOISTING GRIP FOR | | | | | |
| | LDF5. INCLUDES NON-LACE GRIP | | | | | |
| | AND 1 LDF5 CABLE CLAMP | | | | | |
| | **REQUIRES SPECIAL TOOL*** | | | | | |
| | note-if factory attached connectors are being used contact product | | | | | |
| | line | | | | | |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | | | | | | |
| | PO ITEM REF: A0506685 | | | | | |
| | | | | | | |
| AOP | SGL5-06B2 | | 4 | EA | 11.35 | 45.40 |
| | SUREGROUND GROUNDING KIT | | | | | |
| | LDF5 (7/8") 0.6 METERS (24") | | | | | |
| | TWO HOLE FACTORY ATTACHED | | | | | |
| | LUG | | | | | |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | | | | | | |
| | PO ITEM REF: A0765893 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                                              ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 700957973 | PAGE 5 OF 6 |
| | ANDREW ORDER NO. | 1941716 |
| | CUSTOMER ORDER NO. | 4503555081 |

CUSTOMER CODE:   170123

B I L L   T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

NORTEL NETWORKS/SAP PLT 1600
919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PA NC 27709

S H I P   T O

ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S O L D   T O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 243095-2 THREE STACK 3/8" HARDWARE FOR 1/ 1/4" OR 1 5/8" CABLE Imperial hardware | | 260 | EA | 14.79 | 3,845.40 |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | PO ITEM REF: A0990412 | | | | | |
| AOP | 243095-1 THREE STACK 3/8" HARDWARE FOR 1/2" OR 7/8" CABLE | | 3 | EA | 11.21 | 33.63 |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | PO ITEM REF: A0990407 | | | | | |
| AOP | VXL5-50 NEW COAXIAL CABLE, 7/8" 50 OHM WITH PE FOAM DIELECTRIC AND PE JACKET. MORE FLEXIBLE THAN LDF5-50. | 1 @ 181 | 181 | M | 6.03 | 1,091.43 |
| | DELIVERY NUMBER: 501203206 | | | | | |
| | PO ITEM REF: A0836952 | | | | | |

NET VALUE    43,827.63

SALES TAX    0.00

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP   INVOICE NO.          700957973          PAGE 6 OF 6

ANDREW ORDER NO.      1941716

CUSTOMER ORDER NO.    4503555081

**BILL TO**
CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS/SAP PLT 1600
919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PA NC 27709

**SOLD TO**
CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

TOTAL USD       43,827.63

Delivery Number:    0501203206
Carrier:            CONWAY LTL
Tracking Number(s): 403-279973

**MARK FOR - HEADER**
PO
100009635
1001984000
D345144

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:      AOP Debra L. Kollman                    ANDREW LLC
                         TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700957974          PAGE 1 OF 1

ANDREW ORDER NO.     1947335

CUSTOMER ORDER NO.   4503583010

B I L L   T O:
CUSTOMER CODE:  170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:      1000011574
NORTEL NETWORKS

S H I P   T O:
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S O L D   T O:
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 1/31/2009 | 12/2/2008 | 12/2/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WAGA | SGL7-06B2 | | 2 | EA | 12.06 | 24.12 |
| | 1 5/8" SURGEGROUND GROUNDING | | | | | |
| | KIT, 2 HOLE, 24", FACTORY | | | | | |
| | ATTACHED LUG | | | | | |

DELIVERY NUMBER: 501203834

PO ITEM REF: A0765895

NET VALUE          24.12

SALES TAX          0.00

TOTAL USD          24.12

Delivery Number:    0501203834
Carrier:            FEDEX EXPRESS
Tracking Number(s): 834897730001075

MARK FOR - HEADER
POS
100018820
1002003225
D342754

WAGA ATLANTA, GA USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| INVOICE NO. | 700958754 | PAGE 1 OF 1 |
| ANDREW ORDER NO. | 1941716 | |
| CUSTOMER ORDER NO. | 4503555081 | |

CUSTOMER CODE:   170123

**B I L L   T O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P   T O**
NORTEL NETWORKS/SAP PLT 1600
919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PA NC 27709

CUSTOMER CODE:     1000011574
**S O L D   T O**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | UMWD-06516-2DH | | 1 | EA | 337.50 | 337.50 |
| | ANTENNA, DP 1710-2170 W/HI ENVIRO MTG | | | | | |

DELIVERY NUMBER: 501198365
Serial No: 08DESA0903172

PO ITEM REF: N0186044

| | |
|---|---|
| NET VALUE | 337.50 |
| SALES TAX | 0.00 |
| TOTAL USD | 337.50 |

Delivery Number:      0501198365
Carrier:          UPS
Tracking Number(s):   1Z6484350367917487

**MARK FOR - HEADER**
PO
100009635
1001984000
D345144

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:      AOP Debra L. Kollman              ANDREW LLC
                TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700958755          PAGE 1 OF 1

ANDREW ORDER NO.     1948167

CUSTOMER ORDER NO.   DEQ00092

CUSTOMER CODE:   170123
B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T  NASHVILLE TN 37228
O

NORTEL NETWORKS
S  C/O K & N RTP
H  4001 E CHAPEL HILL NELSON HWY
I  RESEARCH TRIANGLE PA NC 27709
P
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
S  ATTN: ACCOUNTS PAYABLE
O  P.O. BOX 280510
L  NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | LDF2-50 | 1 @ 821 | 821 | M | 2.92 | 2,397.32 |
|  | COAXIAL CABLE, 3/8" 50 OHM |  |  |  |  |  |
|  | WITH PE FOAM DIELECTRIC AND |  |  |  |  |  |
|  | PE JACKET |  |  |  |  |  |
|  | MAXIMUM CONT LENGTH 5000 FT |  |  |  |  |  |

DELIVERY NUMBER: 501201869

PO ITEM REF: R0116726

NET VALUE          2,397.32

SALES TAX          0.00

TOTAL USD          2,397.32

Delivery Number:     0501201869
Carrier:             CUSTOMER ROUTING
Tracking Number(s):  403-212644
                     CONWAY TO PU-NORTEL

**MARK FOR - HEADER**
PO 4503553119

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700958756 | PAGE 1 OF 2 |
| | | ANDREW ORDER NO. | 1937277 | |

CUSTOMER CODE:    170123

**B I L L T O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503537176

CUSTOMER CODE:    1000011574
NORTEL NETWORKS

**S H I P T O**
NORTEL NETWORKS/ SAP PLT 1600
919-992-2842
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PA NC 27709

**S O L D T O**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|---|
| AOP | VXL7-50 COAXIAL CABLE, 1-5/8" 50 OHM WITH PE FOAM DIELECTRIC AND PE JACKET | 3 @ 762 | | 2,286 | M | 13.72 | 31,363.92 |
| | DELIVERY NUMBER: 501202582 | | | | | | |
| | PO ITEM REF: A0504552 | | | | | | |
| AOP | VXL7-50 COAXIAL CABLE, 1-5/8" 50 OHM WITH PE FOAM DIELECTRIC AND PE JACKET | 1 @ 756 | | 756 | M | 13.72 | 10,372.32 |
| | DELIVERY NUMBER: 501202582 | | | | | | |
| | PO ITEM REF: A0504552 | | | | | | |
| AOP | VXL7-50 COAXIAL CABLE, 1-5/8" 50 OHM WITH PE FOAM DIELECTRIC AND PE JACKET | 6 @ 762 | | 4,572 | M | 13.72 | 62,727.84 |
| | DELIVERY NUMBER: 501202912 | | | | | | |
| | PO ITEM REF: A0504552 | | | | | | |

NET VALUE    104,464.08

SALES TAX    0.00

DIRECT INQUIRIES TO:    AOP Debra L. Koltman
TEL: 779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700958756        PAGE 2 OF 2

ANDREW ORDER NO.     1937277

CUSTOMER ORDER NO.   4503537176

CUSTOMER CODE:    170123

B
I   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800)684-2228
L   PO BOX 280510
T
O   NASHVILLE TN 37228

NORTEL NETWORKS/ SAP PLT 1600
S   919-992-2842
H   4001 E CHAPEL HILL NELSON HWY
I
P   RESEARCH TRIANGLE PA NC 27709
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
S   ATTN: ACCOUNTS PAYABLE
O   P.O. BOX 280510
L
D   NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

TOTAL USD    104,464.08

Delivery Number:      0501202582
Carrier:              CUSTOMER ROUTING
Tracking Number(s):   ABSOLUTE PICKED UP
                      FOR RYDER

Delivery Number:      0501202912
Carrier:              Landstar Inway
Tracking Number(s):   LANDSTAR PICKUP FOR
                      RYDER

MARK FOR - HEADER
POS
100009635
1001984000
D345144

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman              ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.              700958757          PAGE 1 OF 5

ANDREW ORDER NO.      1947293

CUSTOMER ORDER NO.    4503585249

CUSTOMER CODE:    170123

B I L L   T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:          I000011574
NORTEL NETWORKS

S H I P   T O
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S O L D   T O
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-3M CABLE ASSEMBLY, FSJ4-50B DIN MALE/DIN MALE 3 METRE LENGTH (FOR SPANISH WAREHOUSE) | | 2 | EA | 68.80 | 137.60 |
| | DELIVERY NUMBER: 501202667 | | | | | |
| | PO ITEM REF: N0160224 | | | | | |
| AOP | L4A-PDMDM-3M LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | 2 | EA | 39.42 | 78.84 |
| | DELIVERY NUMBER: 501202667 | | | | | |
| | PO ITEM REF: N0040488 | | | | | |
| AOP | 40417 NYLON CABLE TIE KIT, QTY.50 | | 2 | EA | 8.87 | 17.74 |
| | DELIVERY NUMBER: 501202667 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | 221213 CONNECTOR WEATHER PROOFING KIT UNIVERSAL | | 2 | EA | 11.23 | 22.46 |
| | DELIVERY NUMBER: 501202667 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                              ANDREW LLC
                              TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | | |
|---|---|---|
| RP | INVOICE NO. | 700958757    PAGE 2 OF 5 |
| | ANDREW ORDER NO. | 1947293 |
| | CUSTOMER ORDER NO. | 4503585249 |

**B I L L   T O**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P   T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**S O L D   T O**
CUSTOMER CODE:         1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA5-50<br>COAXIAL CABLE, 7/8" 50 OHM<br>WITH PE FOAM DIELECTRIC AND<br>PE JACKET | 1 @ 65 | 65 | M | 6.08 | 395.20 |
| | DELIVERY NUMBER: 501202667 | | | | | |
| | PO ITEM REF: N0023982 | | | | | |
| AOP | AL5DF-PS<br>DIN FEMALE POSITIVE STOP CONNECTOR | | 4 | EA | 13.90 | 55.60 |
| | DELIVERY NUMBER: 501202667 | | | | | |
| | PO ITEM REF: N0026898 | | | | | |
| AOP | L5CLICKB<br>LDF5 CLICK-ON HANGER KIT<br> INCLUDES 10 CLICK-ON HANGERS<br> NOTE: MOUNTING HARDWARE SOLD<br> SEPERATELY | | 4 | EA | 15.50 | 62.00 |
| | DELIVERY NUMBER: 501202667 | | | | | |
| | PO ITEM REF: N0132715 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Koltman          ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700958757 | PAGE 3 OF 5 |
|---|---|---|---|---|

ANDREW ORDER NO.    1947293

CUSTOMER ORDER NO.    4503585249

B
I
L
L
T
O

CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
S   ATTN: ACCOUNTS PAYABLE
O   P.O. BOX 280510
L   NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 243684<br>HANGER, COMPACT ANGLE<br>ADAPTER KIT OF 10 |  | 4 | EA | 24.58 | 98.32 |
|  | DELIVERY NUMBER: 501202667 |  |  |  |  |  |
|  | PO ITEM REF: A0500946 |  |  |  |  |  |
| AOP | L5SGRIP<br>SUPPORT/HOISTING GRIP FOR<br>LDF5. INCLUDES NON-LACE GRIP<br>AND 1 LDF5 CABLE CLAMP<br>**REQUIRES SPECIAL TOOL***<br>note-if factory attached connectors are being used contact product<br>line |  | 2 | EA | 14.55 | 29.10 |
|  | DELIVERY NUMBER: 501202667 |  |  |  |  |  |
|  | PO ITEM REF: A0506685 |  |  |  |  |  |
| AOP | SGL5-06B2<br>SUREGROUND GROUNDING KIT<br>LDF5 (7/8") 0.6 METERS (24")<br>TWO HOLE FACTORY ATTACHED<br>LUG |  | 6 | EA | 11.35 | 68.10 |
|  | DELIVERY NUMBER: 501202667 |  |  |  |  |  |
|  | PO ITEM REF: A0765893 |  |  |  |  |  |

DIRECT INQUIRIES TO:        AOP Debra L. Kollman        ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | |
|---|---|---|
| RP | INVOICE NO. | 700958757 | PAGE 4 OF 5 |
| | ANDREW ORDER NO. | 1947293 |
| | CUSTOMER ORDER NO. | 4503585249 |

CUSTOMER CODE:  170123
B NORTEL NETWORKS
I ATTN ACCOUNTS PAYABLE (800)684-2228
L PO BOX 280510
T NASHVILLE TN 37228
O

NORTEL NETWORKS / SAP PLT 7200
S MIAMI LOC (NORTEL)
H 10205 NW 108TH AVENUE
I MEDLEY FL 33178
P
T
O

CUSTOMER CODE:          1000011574
S NORTEL NETWORKS
O ATTN: ACCOUNTS PAYABLE
L P.O. BOX 280510
D NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 243095-1 | | 4 | EA | 11.21 | 44.84 |
| | THREE STACK 3/8" HARDWARE | | | | | |
| | FOR 1/2" OR 7/8" CABLE | | | | | |

DELIVERY NUMBER: 501202667

PO ITEM REF: A0990407

| | | |
|---|---|---|
| | NET VALUE | 1,009.80 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 1,009.80 |

Delivery Number:     0501202667
Carrier:                    CUSTOMER ROUTING
Tracking Number(s):   403-279995
                                CONWAY TO PU-NORTEL

MARK FOR - HEADER
POS
100018820
1002004045
D342759

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                          ANDREW LLC
                                            TEL: 779-435-6192 FAX:779-435-8551

By _____