

**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700958757        PAGE 5 OF 5

ANDREW ORDER NO.     1947293

CUSTOMER ORDER NO.   4503585249

CUSTOMER CODE:   170123

BILL TO
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200
SHIP TO
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

SOLD TO
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman
                           TEL: 779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | RP | INVOICE NO. | 700958758 | PAGE 1 OF 3 |
|---|---|---|---|---|

ANDREW ORDER NO.    1947335

CUSTOMER ORDER NO.    4503583010

CUSTOMER CODE:    170123

**B I L L T O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000011574
NORTEL NETWORKS

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**S O L D T O**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 40417<br>NYLON CABLE TIE KIT, QTY.50 | | 4 | EA | 8.87 | 35.48 |
| | DELIVERY NUMBER: 501202670 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | 221213<br>CONNECTOR WEATHER PROOFING KIT<br>UNIVERSAL | | 4 | EA | 11.23 | 44.92 |
| | DELIVERY NUMBER: 501202670 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |
| AOP | AL7DF-PS<br>DIN FEMALE POSITIVE STOP CONNECTOR | | 8 | EA | 56.10 | 448.80 |
| | DELIVERY NUMBER: 501202670 | | | | | |
| | PO ITEM REF: N0155711 | | | | | |
| AOP | L7CLICK<br>LDF7 CLICK-ON HANGERS<br>(KIT OF 10) | | 24 | EA | 19.83 | 475.92 |
| | DELIVERY NUMBER: 501202670 | | | | | |
| | PO ITEM REF: A818987 | | | | | |

DIRECT INQUIRIES TO:    AOP Debra L. Kollman    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 700958758 | PAGE 2 OF 3 |
| | ANDREW ORDER NO. | 1947335 |
| | CUSTOMER ORDER NO. | 4503583010 |

CUSTOMER CODE:    170123

**B
I
L
L
T
O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S
H
I
P
T
O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574

**S
O
L
D
T
O**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 31768A<br>STANDARD ANGLE ADAPTER KIT,QTY 10<br>FOR CABLE SIZES 1 5/8" AND BELOW<br>UTILIZE PART-NUMBER 243684<br>AS A LOWER PRICE ALTERATIVE | | 24 | EA | 35.04 | 840.96 |
| | DELIVERY NUMBER: 501202670 | | | | | |
| | PO ITEM REF: A0701483 | | | | | |
| AOP | L7SGRIP<br>SUPPORT/HOISTING GRIP FOR<br>LDF7. INCLUDES NON-LACE GRIP<br>AND 1 LDF7 CABLE CLAMP<br>**REQUIRES SPECIAL TOOL*** | | 8 | EA | 17.46 | 139.68 |
| | DELIVERY NUMBER: 501202670 | | | | | |
| | PO ITEM REF: A0789845 | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 1,985.76 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 1,985.76 |

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                           ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW** ®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | | |
|---|---|---|
| INVOICE NO. | 700958758 | PAGE 3 OF 3 |
| ANDREW ORDER NO. | 1947335 | |
| CUSTOMER ORDER NO. | 4503583010 | |

CUSTOMER CODE: 170123

B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L
L  PO BOX 280510
T
O  NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200
S  MIAMI LOC (NORTEL)
H  10205 NW 108TH AVENUE
I
P  MEDLEY FL 33178
T
O

CUSTOMER CODE:      1000011574
NORTEL NETWORKS
S  ATTN: ACCOUNTS PAYABLE
O
L  P.O. BOX 280510
D  NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

Delivery Number:      0501202670
Carrier:              CUSTOMER ROUTING
Tracking Number(s):   403-279995
                      CONWAY TO PU-NORTEL

**MARK FOR - HEADER**
POS
100018820
1002003225
D342754

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                        ANDREW LLC
                           TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700958759 | PAGE 1 OF 3 |
| | ANDREW ORDER NO. | 1947357 | |

CUSTOMER CODE: 170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503583020

CUSTOMER CODE:    1000011574

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 40417 NYLON CABLE TIE KIT, QTY.50 | | 6 | EA | 8.87 | 53.22 |
| | DELIVERY NUMBER: 501202672 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | 221213 CONNECTOR WEATHER PROOFING KIT UNIVERSAL | | 6 | EA | 11.23 | 67.38 |
| | DELIVERY NUMBER: 501202672 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |
| AOP | AL7DF-PS DIN FEMALE POSITIVE STOP CONNECTOR | | 12 | EA | 56.10 | 673.20 |
| | DELIVERY NUMBER: 501202672 | | | | | |
| | PO ITEM REF: N0155711 | | | | | |
| AOP | L7CLICK LDF7 CLICK-ON HANGERS (KIT OF 10) | | 39 | EA | 19.83 | 773.37 |
| | DELIVERY NUMBER: 501202672 | | | | | |
| | PO ITEM REF: A0818987 | | | | | |

DIRECT INQUIRIES TO:    AOP Debra L. Kollman                    ANDREW LLC
                        TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  |  |  |
|---|---|---|---|
| RP | INVOICE NO. | 700958759 | PAGE 2 OF 3 |
|  | ANDREW ORDER NO. | 1947357 |  |
|  | CUSTOMER ORDER NO. | 4503583020 |  |

**BILL TO**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
**SOLD TO**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 31768A<br>STANDARD ANGLE ADAPTER KIT,QTY 10<br>FOR CABLE SIZES 1 5/8" AND BELOW<br>UTILIZE PART-NUMBER 243684<br>AS A LOWER PRICE ALTERATIVE |  | 39 | EA | 35.04 | 1,366.56 |
|  | DELIVERY NUMBER: 501202672 |  |  |  |  |  |
|  | PO ITEM REF: A0701483 |  |  |  |  |  |
| AOP | L7SGRIP<br>SUPPORT/HOISTING GRIP FOR<br>LDF7. INCLUDES NON-LACE GRIP<br>AND 1 LDF7 CABLE CLAMP<br>**REQUIRES SPECIAL TOOL*** |  | 12 | EA | 17.46 | 209.52 |
|  | DELIVERY NUMBER: 501202672 |  |  |  |  |  |
|  | PO ITEM REF: A0789845 |  |  |  |  |  |

|  |  |
|---|---|
| NET VALUE | 3,143.25 |
| SALES TAX | 0.00 |
| TOTAL USD | 3,143.25 |

---

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                              ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP    INVOICE NO.          700958759          PAGE 3 OF 3

ANDREW ORDER NO.     1947357

CUSTOMER ORDER NO.   4503583020

CUSTOMER CODE:    170123
B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
L  NASHVILLE TN 37228
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
NORTEL NETWORKS / SAP PLT 7200     S  ATTN: ACCOUNTS PAYABLE
S  MIAMI LOC (NORTEL)              O  P.O. BOX 280510
H  10205 NW 108TH AVENUE           L  NASHVILLE TN 37228
I  MEDLEY FL 33178                 D
P                                  T
                                   O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

Delivery Number:    0501202672
Carrier:            CUSTOMER ROUTING
Tracking Number(s): 403-279995
                    CONWAY TO PU-NORTEL

MARK FOR - HEADER
POS
100018820
1002003305
D342755

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 700958760 PAGE 1 OF 4 |
| ANDREW ORDER NO. | 1947364 |
| CUSTOMER ORDER NO. | 4503585036 |

CUSTOMER CODE: 170123

**B I L L   T O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

**S O L D   T O**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

**S H I P   T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L4A-PDMDM-3M<br>LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | 2 | EA | 39.42 | 78.84 |
| | DELIVERY NUMBER: 501202673 | | | | | |
| | PO ITEM REF: N0040488 | | | | | |
| AOP | 40417<br>NYLON CABLE TIE KIT, QTY.50 | | 2 | EA | 8.87 | 17.74 |
| | DELIVERY NUMBER: 501202673 | | | | | |
| | PO ITEM REF: N0128280 | | | | | |
| AOP | 221213<br>CONNECTOR WEATHER PROOFING KIT<br>UNIVERSAL | | 2 | EA | 11.23 | 22.46 |
| | DELIVERY NUMBER: 501202673 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |
| AOP | AVA5-50<br>COAXIAL CABLE, 7/8" 50 OHM<br>WITH PE FOAM DIELECTRIC AND<br>PE JACKET | 1 @ 61 | 61 | M | 6.08 | 370.88 |
| | DELIVERY NUMBER: 501202673 | | | | | |
| | PO ITEM REF: N0023982 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                                    ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

## INVOICE

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700958760 | PAGE 2 OF  4 |
| | | ANDREW ORDER NO. | 1947364 | |
| | | CUSTOMER ORDER NO. | 4503585036 | |

CUSTOMER CODE:    170123

**B
I
L
L
T
O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:        J000011574

**S
H
I
P
T
O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**S
O
L
D
T
O**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AL5DF-PS<br>DIN FEMALE POSITIVE STOP CONNECTOR<br><br>DELIVERY NUMBER: 501202673<br><br>PO ITEM REF: N0026898 | | 4 | EA | 13.90 | 55.60 |
| AOP | L5CLICKB<br>LDF5 CLICK-ON HANGER KIT<br>INCLUDES 10 CLICK-ON HANGERS<br>NOTE: MOUNTING HARDWARE SOLD<br>SEPERATELY<br><br>DELIVERY NUMBER: 501202673<br><br>PO ITEM REF: N0132715 | | 4 | EA | 15.50 | 62.00 |
| AOP | 243684<br>HANGER, COMPACT ANGLE<br>ADAPTER KIT OF 10<br><br>DELIVERY NUMBER: 501202673<br><br>PO ITEM REF: A0500946 | | 4 | EA | 24.58 | 98.32 |

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700958760 | PAGE 3 OF 4 |
| | ANDREW ORDER NO. | 1947364 | |
| | CUSTOMER ORDER NO. | 4503585036 | |

CUSTOMER CODE:   170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200

S
H
I
P
T
O

MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L5SGRIP | | 2 | EA | 14.55 | 29.10 |
| | SUPPORT/HOISTING GRIP FOR | | | | | |
| | LDF5. INCLUDES NON-LACE GRIP | | | | | |
| | AND 1 LDF5 CABLE CLAMP | | | | | |
| | **REQUIRES SPECIAL TOOL*** | | | | | |
| | note-if factory attached connectors are being used contact product line | | | | | |
| | DELIVERY NUMBER: 501202673 | | | | | |
| | PO ITEM REF: A0506685 | | | | | |
| AOP | SGL5-06B2 | | 6 | EA | 11.35 | 68.10 |
| | SUREGROUND GROUNDING KIT | | | | | |
| | LDF5 (7/8") 0.6 METERS (24") | | | | | |
| | TWO HOLE FACTORY ATTACHED | | | | | |
| | LUG | | | | | |
| | DELIVERY NUMBER: 501202673 | | | | | |
| | PO ITEM REF: A0765893 | | | | | |
| AOP | 243095-1 | | 4 | EA | 11.21 | 44.84 |
| | THREE STACK 3/8" HARDWARE | | | | | |
| | FOR 1/2" OR 7/8" CABLE | | | | | |
| | DELIVERY NUMBER: 501202673 | | | | | |
| | PO ITEM REF: A0990407 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                              ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP   INVOICE NO.          700958760        PAGE 4 OF 4

ANDREW ORDER NO.      1947364

CUSTOMER ORDER NO.    4503585036

CUSTOMER CODE:   170123
B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
L  NASHVILLE TN 37228
T
O

NORTEL NETWORKS / SAP PLT 7200
S  MIAMI LOC (NORTEL)
H  10205 NW 108TH AVENUE
I  MEDLEY FL 33178
P
T
O

CUSTOMER CODE:          1000011574
NORTEL NETWORKS
S  ATTN: ACCOUNTS PAYABLE
O  P.O. BOX 280510
L  NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|-----------|---------------|-------------|--------------|--------------|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|------|------------------------|------------|-----------|----|-----------| -------------|

NET VALUE       847.88

SALES TAX         0.00

TOTAL USD       847.88

Delivery Number:      0501202673
Carrier:              CUSTOMER ROUTING
Tracking Number(s):   403-279995
                      CONWAY TO PU-NORTEL

**MARK FOR - HEADER**
pos
100018820
1002003997
d342757

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | |
|---|---|---|
| RP | INVOICE NO. | 700958761 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 1910358 | |
| | CUSTOMER ORDER NO. | DEQ00089 | |

CUSTOMER CODE:   170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O K&N LOGISTICS
4001 E. CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PA NC 27709

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|---|
| AOP | LDF2-50 | 1 @ 1,641 | | 1,641 | M | 2.92 | 4,791.72 |
| | COAXIAL CABLE, 3/8" 50 OHM | | | | | | |
| | WITH PE FOAM DIELECTRIC AND | | | | | | |
| | PE JACKET | | | | | | |
| | MAXIMUM CONT LENGTH 5000 FT | | | | | | |

DELIVERY NUMBER: 501203008

PO ITEM REF: R0116726

| | |
|---|---|
| NET VALUE | 4,791.72 |
| SALES TAX | 0.00 |
| TOTAL USD | 4,791.72 |

Delivery Number:     0501203008
Carrier:                    CUSTOMER ROUTING
Tracking Number(s):  403-279984
                                CONWAY TO PU-NORTEL

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                                          TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700958762 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 1947314 | |
| | CUSTOMER ORDER NO. | 4503585145 | |

CUSTOMER CODE: 170123

B I L L T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200

S H I P T O
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE: 1000011574
NORTEL NETWORKS

S O L D T O
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/1/2009 | 12/3/2008 | 12/3/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 221213 | | 2 | EA | 11.23 | 22.46 |
| | CONNECTOR WEATHER PROOFING KIT | | | | | |
| | UNIVERSAL | | | | | |
| | DELIVERY NUMBER: 501205540 | | | | | |
| | PO ITEM REF: A0689977 | | | | | |

| | | |
|---|---|---|
| NET VALUE | | 22.46 |
| SALES TAX | | 0.00 |
| TOTAL USD | | 22.46 |

Delivery Number:      0501205540
Carrier:              UPS
Tracking Number(s):   1Z4R90380341101962

MARK FOR - HEADER
POS
100018820
1002004020
D342758

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                          ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX:  (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700959802 | PAGE 1 OF 1 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1947300 |  |

CUSTOMER CODE:    170123

B
I  NORTEL NETWORKS
L  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T  NASHVILLE TN 37228
O

CUSTOMER ORDER NO.    4503585014

CUSTOMER CODE:         1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200
S  MIAMI LOC (NORTEL)
H  10205 NW 108TH AVENUE
I  MEDLEY FL 33178
P
T
O

S  NORTEL NETWORKS
O  ATTN: ACCOUNTS PAYABLE
L  P.O. BOX 280510
D  NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/2/2009 | 12/4/2008 | 12/4/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA7-50 | 1 @ 281 | 281 | M | 13.72 | 3,855.32 |
|  | DELIVERY NUMBER: 501203397 |  |  |  |  |  |

PO ITEM REF: N0176669

| | |
|---|---|
| NET VALUE | 3,855.32 |
| SALES TAX | 0.00 |
| TOTAL USD | 3,855.32 |

Delivery Number:     0501203397
Carrier:             CUSTOMER ROUTING
Tracking Number(s):  403-213521
                     CONWAY PU FOR NORTEL

**MARK FOR - HEADER**
POS
100018820
1002003990
D342756

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:         AOP Debra L. Kollman                ANDREW LLC
                             TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP   INVOICE NO.          700959803        PAGE 1 OF 1

ANDREW ORDER NO.      1947335

CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503583010

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:      1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/2/2009 | 12/4/2008 | 12/4/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|---|
| AOP | AVA7-50 | 1 @ 471 | | 471 | M | 13.72 | 6,462.12 |
| | DELIVERY NUMBER: 501203398 | | | | | | |

PO ITEM REF: N0176669

NET VALUE        6,462.12

SALES TAX            0.00

TOTAL USD        6,462.12

Delivery Number:      0501203398
Carrier:              CUSTOMER ROUTING
Tracking Number(s):   403-213521
                      CONWAY PU FOR NORTEL

**MARK FOR - HEADER**
POS
100018820
1002003225
D342754

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman              ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP  | INVOICE NO. | 700959804 | PAGE 1 OF 1

ANDREW ORDER NO. | 1947357

CUSTOMER ORDER NO. | 4503583020

B
I
L
L
T
O

CUSTOMER CODE:  170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:  1000011574
NORTEL NETWORKS

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/2/2009 | 12/4/2008 | 12/4/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA7-50 | 1 @ 741 | 741 | M | 13.72 | 10,166.52 |

DELIVERY NUMBER: 501203399

PO ITEM REF: N0176669

| | |
|---|---|
| NET VALUE | 10,166.52 |
| SALES TAX | 0.00 |
| TOTAL USD | 10,166.52 |

Delivery Number:  0501203399
Carrier:  CUSTOMER ROUTING
Tracking Number(s):  403-213510
CONWAY PU FOR NORTEL

**MARK FOR - HEADER**
POS
100018820
1002003305
D342755

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:  AOP Debra L. Kollman                    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700960690          PAGE 1 OF 1

ANDREW ORDER NO.     1943184

CUSTOMER ORDER NO.   DEQ00090

CUSTOMER CODE:   170123
B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
L  NASHVILLE TN 37228
O

NORTEL                              CUSTOMER CODE:        1000011574
S  C/O K & N LOGISTICS RTP          NORTEL NETWORKS
H  4001 E CHAPEL HILL NELSON HWY    S  ATTN: ACCOUNTS PAYABLE
I  RESEARCH TRIANGLE PA NC 27709    O  P.O. BOX 280510
P                                   L  NASHVILLE TN 37228
T                                   D
O                                   T
                                    O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/3/2009 | 12/5/2008 | 12/5/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|---|
| AOP | LDF2-50 | 1 @ 1,641 | | 1,641 | M | 2.92 | 4,791.72 |
| | COAXIAL CABLE, 3/8" 50 OHM | | | | | | |
| | WITH PE FOAM DIELECTRIC AND | | | | | | |
| | PE JACKET | | | | | | |
| | MAXIMUM CONT LENGTH 5000 FT | | | | | | |

DELIVERY NUMBER: 501207723

PO ITEM REF: R0116726

NET VALUE     4,791.72

SALES TAX     0.00

TOTAL USD     4,791.72

Delivery Number:      0501207723
Carrier:              CUSTOMER ROUTING
Tracking Number(s):   403-212655
                      CONWAY PU FOR NORTEL

MARK FOR - HEADER
CUT PO# 4503546297

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman          ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____



ANDREW®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP    INVOICE NO.          700960691          PAGE 1 OF 1

ANDREW ORDER NO.     1954516

CUSTOMER ORDER NO.   4503621477

B  CUSTOMER CODE:   170123
I  NORTEL NETWORKS
L  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T  NASHVILLE TN 37228
O

S  NORTEL NETWORKS / SAP PLT 7200
H  MIAMI LOC (NORTEL)
I  10205 NW 108TH AVENUE
P  MEDLEY FL 33178
T
O

CUSTOMER CODE:         I000011574
NORTEL NETWORKS
S  ATTN: ACCOUNTS PAYABLE
O  P.O. BOX 280510
L  NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/3/2009 | 12/5/2008 | 12/5/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD   WITH MOUNT | | | | | |

DELIVERY NUMBER: 501208298
Serial No: 08DESA1083878

PO ITEM REF: N0131559

NET VALUE        936.00

SALES TAX          0.00

TOTAL USD        936.00

Delivery Number:    0501208298
Carrier:            CONWAY LTL
Tracking Number(s): 792-113895

**MARK FOR - HEADER**
POS
100008495
1002019500
D346338

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:         AOP Debra L. Kollman                    ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 700962525    PAGE 1 OF 1 |
| ANDREW ORDER NO. | 1956386 |
| CUSTOMER ORDER NO. | 4503630575 |

CUSTOMER CODE:    170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000011574

NORTEL NETWORKS / SAP PLT 7200

S
H
I
P
T
O

MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 3 | EA | 468.00 | 1,404.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211483
Serial No: 08DESA1083939

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 1,404.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,404.00 |

Delivery Number:    0501211483
Carrier:    BAX GLOBAL
Tracking Number(s):    AWB# 346224443

MARK FOR - HEADER
pos
100008495
1002019515
d346353

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| INVOICE NO. | 700962526 | PAGE 1 OF 1 |
| --- | --- | --- |
| ANDREW ORDER NO. | 1956385 | |
| CUSTOMER ORDER NO. | 4503630581 | |

CUSTOMER CODE:    170123

B
I   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800) 684-2228
L   PO BOX 280510
T   NASHVILLE TN 37228
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200

S   MIAMI LOC (NORTEL)
H   10205 NW 108TH AVENUE
I   MEDLEY FL 33178
P
T
O

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
| --- | --- | --- | --- | --- |
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD   WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211484
Serial No: 08DESA1083911

PO ITEM REF: N0131559

| | | |
| --- | --- | --- |
| NET VALUE | 936.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 936.00 |

Delivery Number:    0501211484
Carrier:                  BAX GLOBAL
Tracking Number(s):  AWB# 346224443

MARK FOR - HEADER
pos
100008495
1002019521
d346359

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                          ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW LLC,**
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700962527 | PAGE 1 OF 1 |

ANDREW ORDER NO.   1956381

CUSTOMER CODE:   170123

CUSTOMER ORDER NO.   4503630582

BILL TO:
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:   1000011574
NORTEL NETWORKS

SHIP TO:
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

SOLD TO:
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211485
Serial No: 08DESA1083910

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 936.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 936.00 |

Delivery Number:   0501211485
Carrier:   BAX GLOBAL
Tracking Number(s):   AWB# 346224443

**MARK FOR - HEADER**
pos
100008495
1002019522
d346360

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:   AOP Debra L. Kollman                ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW LLC,**
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | RP | INVOICE NO. | 700962528 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    1956376

CUSTOMER ORDER NO.    4503630579

**B I L L T O**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
**S O L D T O**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211486
Serial No: 08DESA1083912

PO ITEM REF: N0131559

NET VALUE    468.00

SALES TAX    0.00

TOTAL USD    468.00

Delivery Number:    0501211486
Carrier:    FEDEX EXPRESS
Tracking Number(s):    9764 5982 2190

**MARK FOR - HEADER**
pos
100008495
1002019519
d346357

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700962529 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    1956372

CUSTOMER ORDER NO.    4503630587

B
I
L
L
T
O

CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 3 | EA | 468.00 | 1,404.00 |
| | ANTENNA, CTSDG-06513-XD   WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211487
Serial No: 08DESA1083930

PO ITEM REF: N0131559

|  |  |
|---|---|
| NET VALUE | 1,404.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,404.00 |

Delivery Number:    0501211487
Carrier:    BAX GLOBAL
Tracking Number(s):    AWB# 346224443

**MARK FOR - HEADER**
pos
100008495
1002019537
d346365

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700962530        PAGE 1 OF 1

ANDREW ORDER NO.     1956369

CUSTOMER CODE:    170123          CUSTOMER ORDER NO.    4503630588

B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
L  NASHVILLE TN 37228
T
O

CUSTOMER CODE:          1000011574

NORTEL NETWORKS / SAP PLT 7200     NORTEL NETWORKS
S  MIAMI LOC (NORTEL)              S  ATTN: ACCOUNTS PAYABLE
H  10205 NW 108TH AVENUE           O  P.O. BOX 280510
I  MEDLEY FL 33178                 L  NASHVILLE TN 37228
P                                  D
T                                  T
O                                  O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211488
Serial No: 08DESA1083937

PO ITEM REF: N0131559

NET VALUE      936.00

SALES TAX        0.00

TOTAL USD      936.00

Delivery Number:    0501211488
Carrier:            BAX GLOBAL
Tracking Number(s):  AWB# 346224443

**MARK FOR - HEADER**
pos
100008495
1002019528
d346366

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700962531 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    1956367

CUSTOMER ORDER NO.    4503630589

**B I L L T O**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574
NORTEL NETWORKS

**S O L D T O**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 3 | EA | 468.00 | 1,404.00 |
|  | ANTENNA, CTSDG-06513-XD   WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211489
Serial No: 08DESA1083926

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 1,404.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,404.00 |

Delivery Number:    0501211489
Carrier:    BAX GLOBAL
Tracking Number(s):    AWB# 346224443

**MARK FOR - HEADER**
pos
100008495
1002019529
d346367

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman                    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | |
|---|---|---|
| RP | INVOICE NO. | 700962532 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 1956365 |
| | CUSTOMER ORDER NO. | 4503630583 |

CUSTOMER CODE:   170123
B NORTEL NETWORKS
I ATTN ACCOUNTS PAYABLE (800)684-2228
L PO BOX 280510
T NASHVILLE TN 37228
O

NORTEL NETWORKS / SAP PLT 7200
S MIAMI LOC (NORTEL)
H 10205 NW 108TH AVENUE
I MEDLEY FL 33178
P
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
S ATTN: ACCOUNTS PAYABLE
O P.O. BOX 280510
L NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211490
Serial No: 08DESA1083908

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 468.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 468.00 |

Delivery Number:   0501211490
Carrier:           FEDEX EXPRESS
Tracking Number(s): 9764 5982 2204

MARK FOR - HEADER
pos
100008495
1002019523
d346361

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Koliman        ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  |  |  |  |
|---|---|---|---|
| RP | INVOICE NO. | 700962533 | PAGE 1 OF 1 |
|  | ANDREW ORDER NO. | 1956362 |  |
|  | CUSTOMER ORDER NO. | 4503630584 |  |

CUSTOMER CODE:   170123
B NORTEL NETWORKS
I ATTN ACCOUNTS PAYABLE (800)684-2228
L PO BOX 280510
T NASHVILLE TN 37228
O

NORTEL NETWORKS / SAP PLT 7200
S MIAMI LOC (NORTEL)
H 10205 NW 108TH AVENUE
I MEDLEY FL 33178
P
T
O

CUSTOMER CODE:        1000011574
S NORTEL NETWORKS
O ATTN: ACCOUNTS PAYABLE
L P.O. BOX 280510
D NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211491
Serial No: 08DESA1083875

PO ITEM REF: N0131559

|  |  |
|---|---|
| NET VALUE | 468.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 468.00 |

Delivery Number:    0501211491
Carrier:            FEDEX EXPRESS
Tracking Number(s): 9764 5982 2215

**MARK FOR - HEADER**
pos
100008495
1002019524
d346362

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:           AOP Debra L. Kollman                    ANDREW LLC
                               TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE:  1-800-255-1479
FAX:  (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  |  |  |  |
|---|---|---|---|
| RP | INVOICE NO. | 700962534 | PAGE 1 OF 1 |
|  | ANDREW ORDER NO. | 1956360 |  |
|  | CUSTOMER ORDER NO. | 4503630586 |  |

**BILL TO:**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574

**SOLD TO:**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM<br>ANTENNA, CTSDG-06513-XD   WITH MOUNT |  | 2 | EA | 468.00 | 936.00 |

DELIVERY NUMBER: 501211492
Serial No: 08DESA1083924

PO ITEM REF: N0131559

|  |  |
|---|---|
| NET VALUE | 936.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 936.00 |

Delivery Number:    0501211492
Carrier:            BAX GLOBAL
Tracking Number(s):  AWB# 346224443

MARK FOR - HEADER
pos
100008495
1002019526
d346364

WATX MCALLEN, TX USA

| DIRECT INQUIRIES TO: | AOP Debra L. Kollman | ANDREW LLC |
|---|---|---|
|  | TEL: 779-435-6192 FAX:779-435-8551 |  |

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | |
|---|---|
| RP | INVOICE NO. |
| | ANDREW ORDER NO. |
| | CUSTOMER ORDER NO. |

INVOICE NO.        700962535        PAGE 1 OF 1

ANDREW ORDER NO.        1956358

CUSTOMER ORDER NO.        4503630590

CUSTOMER CODE:   1000075437 / 170123

BILL TO
NORTEL NETWORKS UK LTD (0710/4360)
ACCOUNTS PAYABLE
LONDON ROAD
HARLOW
ESSEX
NORTEL NETWORKS / SAP PLT 7200

SHIP TO
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574

SOLD TO
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211496
Serial No: 08DESA1083919

PO ITEM REF: N0131559

| | | |
|---|---|---|
| NET VALUE | | 936.00 |
| SALES TAX | | 0.00 |
| TOTAL USD | | 936.00 |

Delivery Number:        0501211496
Carrier:        BAX GLOBAL
Tracking Number(s):        AWB# 346224443

MARK FOR - HEADER
pos
100008495
1002019530
d346368

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Koltman        ANDREW LLC
        TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP  INVOICE NO.            700962536          PAGE 1 OF 1

ANDREW ORDER NO.       1956357

CUSTOMER ORDER NO.     4503630591

**BILL TO:**
CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800) 684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**SOLD TO:**
CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM<br>ANTENNA, CTSDG-06513-XD  WITH MOUNT | | 3 | EA | 468.00 | 1,404.00 |

DELIVERY NUMBER: 501211498
Serial No: 08DESA1083932

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 1,404.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,404.00 |

Delivery Number:     0501211498
Carrier:             BAX GLOBAL
Tracking Number(s):  AWB# 346224443

**MARK FOR - HEADER**
pos
100008495
1002019531
d346369

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:      AOP Debra L. Kollman               ANDREW LLC
                         TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 700962537 |
| ANDREW ORDER NO. | 1956356 |
| CUSTOMER ORDER NO. | 4503630593 |

PAGE 1 OF 1

B
I
L
L
T
O

CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211502
Serial No: 08DESA1083889

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 468.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 468.00 |

Delivery Number:      0501211502
Carrier:              FEDEX EXPRESS
Tracking Number(s):   9764 5982 2226

MARK FOR - HEADER
pos
100008495
1002019532
d346370

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                          ANDREW LLC
                            TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | RP | INVOICE NO. | 700962538 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    1956355

CUSTOMER CODE:    170123
B I L L T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503630585

NORTEL NETWORKS / SAP PLT 7200
S H I P T O
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
S O L D T O
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211506
Serial No: 08DESA1083868

PO ITEM REF: N0131559

| | | |
|---|---|---|
| NET VALUE | 468.00 | |
| SALES TAX | 0.00 | |
| TOTAL USD | 468.00 | |

Delivery Number:    0501211506
Carrier:    FEDEX EXPRESS
Tracking Number(s):    9764 5982 2237

MARK FOR - HEADER
pos
100008495
1002019525
d346363

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman    ANDREW LLC
TEL:  779-435-6192 FAX:779-435-8551

By _____



ANDREW®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | RP | INVOICE NO. | 700962539 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    1956544

B
I    CUSTOMER CODE:    170123
L    NORTEL NETWORKS
L    ATTN ACCOUNTS PAYABLE (800)684-2228    CUSTOMER ORDER NO.    4503630562
    PO BOX 280510
T    NASHVILLE TN 37228
O

CUSTOMER CODE:    1000011574

NORTEL NETWORKS / SAP PLT 7200        NORTEL NETWORKS
S    MIAMI LOC (NORTEL)            S    ATTN: ACCOUNTS PAYABLE
H    10205 NW 108TH AVENUE        O    P.O. BOX 280510
I    MEDLEY FL 33178            L    NASHVILLE TN 37228
P                        D
T                        T
O                        O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211512
Serial No: 08DESA1083923

PO ITEM REF: N0131559

| | | |
|---|---|---|
| NET VALUE | 936.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 936.00 |

Delivery Number:    0501211512
Carrier:    BAX GLOBAL
Tracking Number(s):    AWB# 346224443

**MARK FOR - HEADER**
pos
100008495
1002019504
d346342

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman        ANDREW LLC
                TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | | |
|---|---|---|
| RP | INVOICE NO. | 700962540 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 1956541 |
| | CUSTOMER ORDER NO. | 4503630564 |

CUSTOMER CODE:    170123
B I L L T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
S O L D T O
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200
S H I P T O
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211516
Serial No: 08DESA1083867

PO ITEM REF: N0131559

| | | |
|---|---|---|
| NET VALUE | 468.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 468.00 |

Delivery Number:      0501211516
Carrier:              FEDEX EXPRESS
Tracking Number(s):   9764 5982 2248

MARK FOR - HEADER
pos
100008495
1002019505
d346343

WATX MCALLEN, TX USA

---

DIRECT INQUIRIES TO:         AOP Debra L. Kollman            ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  |  |
|---|---|---|
| RP | INVOICE NO. | 700962541 | PAGE 1 OF 1 |
|  | ANDREW ORDER NO. | 1956539 |
|  | CUSTOMER ORDER NO. | 4503630565 |

**B I L L T O**
CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
**S O L D T O**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
|  | ANTENNA, CTSDG-06513-XD   WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211519
Serial No: 08DESA1083901

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 468.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 468.00 |

Delivery Number:    0501211519
Carrier:              FEDEX EXPRESS
Tracking Number(s):  9764 5982 2259

**MARK FOR - HEADER**
pos
100008495
1002019506
d346344

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                            TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP   INVOICE NO.          700962542        PAGE 1 OF 1

ANDREW ORDER NO.       1956537

CUSTOMER ORDER NO.     4503630561

CUSTOMER CODE:   170123
**BILL TO**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
**SOLD TO**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211523
Serial No: 08DESA1083905

PO ITEM REF: N0131559

NET VALUE        468.00

SALES TAX          0.00

TOTAL USD        468.00

Delivery Number:    0501211523
Carrier:            FEDEX EXPRESS
Tracking Number(s): 9764 5982 2260

**MARK FOR - HEADER**
pos
100008495
1002019503
d346341

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By  _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700962543 | PAGE 1 OF 1 |
| | | ANDREW ORDER NO. | 1956535 | |
| | | CUSTOMER ORDER NO. | 4503630568 | |

**BILL TO**
CUSTOMER CODE: 170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE: 1000011574
NORTEL NETWORKS

**SOLD TO**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211524
Serial No: 08DESA1083917

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 468.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 468.00 |

Delivery Number:     0501211524
Carrier:                    FEDEX EXPRESS
Tracking Number(s):  9764 5982 2270

MARK FOR - HEADER
pos
100008495
1002019509
d346347

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                                    ANDREW LLC
                                             TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.           700962544          PAGE 1 OF 1

ANDREW ORDER NO.      1956534

CUSTOMER ORDER NO.    4503630566

B
I   CUSTOMER CODE:   170123
L   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800)684-2228
    PO BOX 280510
T   NASHVILLE TN 37228
O

                        CUSTOMER CODE:          1000011574
S   NORTEL NETWORKS / SAP PLT 7200     NORTEL NETWORKS
H   MIAMI LOC (NORTEL)              S  ATTN: ACCOUNTS PAYABLE
I   10205 NW 108TH AVENUE          O  P.O. BOX 280510
P   MEDLEY FL 33178                D  NASHVILLE TN 37228
T                                  T
O                                  O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211526
Serial No: B3084812619

PO ITEM REF: N0131559

NET VALUE      468.00

SALES TAX        0.00

TOTAL USD      468.00

Delivery Number:    0501211526
Carrier:            FEDEX EXPRESS
Tracking Number(s): 9764 5982 2329

**MARK FOR - HEADER**
pos
100008495
1002019507
d346345

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman          ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700962545 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 1956528 | |
| | CUSTOMER ORDER NO. | 4503630569 | |

CUSTOMER CODE:   170123

**BILL TO**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:      1000011574
NORTEL NETWORKS
**SOLD TO**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211529
Serial No: 08DESA1083931

PO ITEM REF: N0131559

| | | |
|---|---|---|
| | NET VALUE | 468.00 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 468.00 |

Delivery Number:   0501211529
Carrier:           FEDEX EXPRESS
Tracking Number(s): 9764 5982 2307

**MARK FOR - HEADER**
pos
100008495
1002019510
d346348

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.           700962546        PAGE 1 OF  1

ANDREW ORDER NO.     1956406

CUSTOMER ORDER NO.   4503630571

**BILL TO**
CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)584-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**SOLD TO**
CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD   WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211531
Serial No: 08DESA1083915

PO ITEM REF: N0131559

NET VALUE        468.00

SALES TAX          0.00

TOTAL USD        468.00

Delivery Number:   0501211531
Carrier:           FEDEX EXPRESS
Tracking Number(s):  9764 5982 2318

**MARK FOR - HEADER**
pos
100008495
1002019511
d346349

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700962547 | PAGE 1 OF 1 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1956396 |  |
|  |  | CUSTOMER ORDER NO. | 4503630572 |  |

B
I   CUSTOMER CODE:   170123
L   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800) 684-2228
T   PO BOX 280510
O   NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

S   NORTEL NETWORKS / SAP PLT 7200      S   ATTN: ACCOUNTS PAYABLE
H   MIAMI LOC (NORTEL)                  O   P.O. BOX 280510
I   10205 NW 108TH AVENUE              L   NASHVILLE TN 37228
P   MEDLEY FL 33178                     D
T                                       T
O                                       O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
|  | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211536
Serial No: 08DESA1083909

PO ITEM REF: N0131559

| | NET VALUE | 468.00 |
|---|---|---|
| | SALES TAX | 0.00 |
| | TOTAL USD | 468.00 |

Delivery Number:       0501211536
Carrier:               FEDEX EXPRESS
Tracking Number(s):    9764 5982 2281

**MARK FOR - HEADER**
pos
100008495
1002019512
d346350

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:            AOP Debra L. Kollman              ANDREW LLC
                               TEL: 779-435-6192 FAX: 779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700962548 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    1956545

CUSTOMER ORDER NO.    4503630559

CUSTOMER CODE:    170123
B I L L T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
S O L D T O
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200
S H I P T O
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/7/2009 | 12/9/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 1 | EA | 468.00 | 468.00 |
| | ANTENNA, CTSDG-06513-XD   WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211542
Serial No: 08DESA1083891

PO ITEM REF: N0131559

| | | |
|---|---|---|
| NET VALUE | 468.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 468.00 |

Delivery Number:    0501211542
Carrier:    FEDEX EXPRESS
Tracking Number(s):    9764 5982 2292

**MARK FOR - HEADER**
pos
100008495
1002019501
d346339

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman
TEL: 779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP  INVOICE NO.          700963483          PAGE 1 OF 2

ANDREW ORDER NO.        1953345

CUSTOMER ORDER NO.      DEQ00091

CUSTOMER CODE:   170123

B
I  NORTEL NETWORKS
L  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
O  NASHVILLE TN 37228
T

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

NORTEL
S  C/O K &N LOGISTICS RTP
H  4001 E CHAPEL HILL NELSON HWY
I  RESEARCH TRIANGLE PA NC 27709
P
T
O

S  ATTN: ACCOUNTS PAYABLE
O  P.O. BOX 280510
L  NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L42EWT<br>CONNECTOR:LDF2-50 TNC STRAIGHT MALE<br><br>DELIVERY NUMBER: 501209848<br><br>PO ITEM REF: A0501327 | | 4 | EA | 51.86 | 207.44 |
| AOP | 221213<br>CONNECTOR WEATHER PROOFING KIT<br>UNIVERSAL<br><br>DELIVERY NUMBER: 501209848<br><br>PO ITEM REF: A0689977 | | 6 | EA | 11.23 | 67.38 |
| AOP | L2PNM-HC<br>CONNECTOR:LDF2-50 N STRAIGHT MALE<br><br>DELIVERY NUMBER: 501209848<br><br>PO ITEM REF: A0827254 | | 16 | EA | 17.57 | 281.12 |

NET VALUE       555.94

SALES TAX       0.00

TOTAL USD       555.94

DIRECT INQUIRIES TO:        AOP Debra L. Kollman        ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700963483 | PAGE 2 OF 2 |
| | ANDREW ORDER NO. | 1953345 | |
| | CUSTOMER ORDER NO. | DEQ00091 | |

CUSTOMER CODE:   170123

B I L L T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

S H I P T O
NORTEL
C/O K &N LOGISTICS RTP
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PA NC 27709

S O L D T O
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

Delivery Number:      0501209848
Carrier:              UPS
Tracking Number(s):   1Z4R90380340581517

**MARK FOR - HEADER**
PO DEQ00091

AOP  JOLIET, IL USA

| | | |
|---|---|---|
| DIRECT INQUIRIES TO: | AOP Debra L. Kollman | ANDREW LLC |
| | TEL:  779-435-6192 FAX:779-435-8551 | |

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 700963484 | PAGE 1 OF 1 |

ANDREW ORDER NO.    1956538

CUSTOMER CODE:    170123
**B**   NORTEL NETWORKS
**I**   ATTN ACCOUNTS PAYABLE (800)684-2228
**L**   PO BOX 280510
**L**
**T**
**O**   NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503630560

NORTEL NETWORKS / SAP PLT 7200
**S**   MIAMI LOC (NORTEL)
**H**   10205 NW 108TH AVENUE
**I**   MEDLEY FL 33178
**P**
**T**
**O**

CUSTOMER CODE:    1000011574
**S**   NORTEL NETWORKS
**O**   ATTN: ACCOUNTS PAYABLE
**L**   P.O. BOX 280510
**D**   NASHVILLE TN 37228
**T**
**O**

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211521
Serial No: 08DESA1083914

PO ITEM REF: N0131559

NET VALUE          936.00

SALES TAX          0.00

TOTAL USD          936.00

Delivery Number:      0501211521
Carrier:              BAX GLOBAL
Tracking Number(s):   AWB# 346660484

**MARK FOR - HEADER**
pos
100008495
1002019502
d346340

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman          ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| INVOICE NO. | 700963485 | PAGE 1 OF 1 |
| ANDREW ORDER NO. | 1956632 | |
| CUSTOMER ORDER NO. | 4503630567 | |

**BILL TO**
CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**SOLD TO**
CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM ANTENNA, CTSDG-06513-XD   WITH MOUNT | | 2 | EA | 468.00 | 936.00 |

DELIVERY NUMBER: 501211527
Serial No: 08DESA1083938

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 936.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 936.00 |

Delivery Number:      0501211527
Carrier:                   BAX GLOBAL
Tracking Number(s):   AWB# 346660484

MARK FOR - HEADER
pos
100008496
1002019508
d346346

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:
AOP Debra L. Kollman
TEL: 779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700963486 | PAGE 1 OF 1 |

ANDREW ORDER NO.    1956402

CUSTOMER ORDER NO.    4503630573

CUSTOMER CODE:    170123

BILL TO:
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200
SHIP TO:
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

SOLD TO:
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211532
Serial No: 08DESA1083934

PO ITEM REF: N0131559

| | | |
|---|---|---|
| NET VALUE | 936.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 936.00 |

Delivery Number:    0501211532
Carrier:    BAX GLOBAL
Tracking Number(s):    AWB# 346660484

MARK FOR - HEADER
pos
100008495
1002019513
d346351

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman
TEL: 779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  |  |  |
|---|---|---|---|
| RP | INVOICE NO. | 700963487 | PAGE 1 OF 1 |
|  | ANDREW ORDER NO. | 1956400 |  |
|  | CUSTOMER ORDER NO. | 4503630574 |  |

CUSTOMER CODE: 170123

**BILL TO**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:   I000011574

**SOLD TO**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 2 | EA | 468.00 | 936.00 |
| | ANTENNA, CTSDG-06513-XD WITH MOUNT | | | | | |
| | DELIVERY NUMBER: 501211533 | | | | | |
| | Serial No: 08DESA1083933 | | | | | |
| | PO ITEM REF: N0131559 | | | | | |

|  |  |
|---|---|
| NET VALUE | 936.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 936.00 |

Delivery Number:    0501211533
Carrier:    BAX GLOBAL
Tracking Number(s):    AWB# 346660484

**MARK FOR - HEADER**
pos
100008495
1002019514
d346352

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____


A CommScope Company

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**INVOICE**

| | | |
|---|---|---|
| RP | INVOICE NO. | 700963488 |  PAGE 1 OF 1
| | ANDREW ORDER NO. | 1956398 |
| | CUSTOMER ORDER NO. | 4503630577 |

CUSTOMER CODE:    170123
B
I    NORTEL NETWORKS
L    ATTN ACCOUNTS PAYABLE (800)684-2228
L    PO BOX 280510
T    NASHVILLE TN 37228
O

NORTEL NETWORKS / SAP PLT 7200
S                                          CUSTOMER CODE:        1000011574
H    MIAMI LOC (NORTEL)                    S    NORTEL NETWORKS
I    10205 NW 108TH AVENUE                 O    ATTN: ACCOUNTS PAYABLE
P    MEDLEY FL 33178                       L    P.O. BOX 280510
T                                          D    NASHVILLE TN 37228
O                                          T
                                           O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 3 | EA | 468.00 | 1,404.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211535
Serial No: 08DESA1083921

PO ITEM REF: N0131559

| | | |
|---|---|---|
| NET VALUE | 1,404.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,404.00 |

Delivery Number:        0501211535
Carrier:                BAX GLOBAL
Tracking Number(s):     AWB# 346660484

**MARK FOR - HEADER**
pos
100008495
1002019517
d346355

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:            AOP Debra L. Kollman                        ANDREW LLC
                                TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700963489 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    1956393

CUSTOMER ORDER NO.    4503630576

**B I L L T O**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**S O L D T O**
CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM<br>ANTENNA, CTSDG-06513-XD  WITH MOUNT | | 2 | EA | 468.00 | 936.00 |

DELIVERY NUMBER: 501211538
Serial No: 08DESA1083918

PO ITEM REF: N0131559

|  |  |
|---|---|
| NET VALUE | 936.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 936.00 |

Delivery Number:      0501211538
Carrier:              BAX GLOBAL
Tracking Number(s):   AWB# 346660484

MARK FOR - HEADER
pos
100008495
1002019516
d346354

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                             TEL:  779-435-6192 FAX:779-435-8551

By _____


A CommScope Company

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**INVOICE**

|  | RP | INVOICE NO. | 700963490 | PAGE 1 OF 1 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1956392 |  |

CUSTOMER CODE:    170123

**B**
**I** NORTEL NETWORKS
**L** ATTN ACCOUNTS PAYABLE (800)684-2228          CUSTOMER ORDER NO.    4503630578
**L** PO BOX 280510
**T**
**O** NASHVILLE TN 37228

CUSTOMER CODE:          1000011574
NORTEL NETWORKS / SAP PLT 7200                    NORTEL NETWORKS
**S**                                              **S**
**H** MIAMI LOC (NORTEL)                            **O** ATTN: ACCOUNTS PAYABLE
**I** 10205 NW 108TH AVENUE                         **L** P.O. BOX 280510
**P** MEDLEY FL 33178                               **D** NASHVILLE TN 37228
**T**                                              **T**
**O**                                              **O**

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 3 | EA | 468.00 | 1,404.00 |
| | ANTENNA, CTSDG-06513-XD  WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211540
Serial No: CS7212603.01

PO ITEM REF: N0131559

| | | |
|---|---|---|
| NET VALUE | 1,404.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,404.00 |

Delivery Number:      0501211540
Carrier:              BAX GLOBAL
Tracking Number(s):   AWB# 346660484

**MARK FOR - HEADER**
pos
100008495
1002019518
d346356

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | |
|---|---|
| RP  INVOICE NO. | 700963491          PAGE 1 OF  1 |
| ANDREW ORDER NO. | 1956390 |
| CUSTOMER ORDER NO. | 4503630580 |

CUSTOMER CODE:    170123

B
I  NORTEL NETWORKS
L  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T
O  NASHVILLE TN 37228

CUSTOMER CODE:          1000011574

NORTEL NETWORKS / SAP PLT 7200

S  MIAMI LOC (NORTEL)
H  10205 NW 108TH AVENUE
I  MEDLEY FL 33178
P
T
O

NORTEL NETWORKS
S  ATTN: ACCOUNTS PAYABLE
O  P.O. BOX 280510
L  NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/8/2009 | 12/10/2008 | 12/10/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WATX | CTSDG-06513-XDM | | 3 | EA | 468.00 | 1,404.00 |
| | ANTENNA, CTSDG-06513-XD   WITH MOUNT | | | | | |

DELIVERY NUMBER: 501211544
Serial No: 08DESA1083906

PO ITEM REF: N0131559

| | |
|---|---|
| NET VALUE | 1,404.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,404.00 |

Delivery Number:     0501211544
Carrier:             BAX GLOBAL
Tracking Number(s):  AWB# 346660484

**MARK FOR - HEADER**
pos
100008495
1002019520
d346358

WATX MCALLEN, TX USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman          ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700964462      PAGE 1 OF 2

ANDREW ORDER NO.     1947319

CUSTOMER ORDER NO.   4503583004

CUSTOMER CODE:    170123

| | |
|---|---|
| B | NORTEL NETWORKS |
| I | ATTN ACCOUNTS PAYABLE (800)684-2228 |
| L | PO BOX 280510 |
| T | NASHVILLE TN 37228 |
| O | |

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

| | |
|---|---|
| S | NORTEL NETWORKS / SAP PLT 7200 |
| H | MIAMI LOC (NORTEL) |
| I | 10205 NW 108TH AVENUE |
| P | MEDLEY FL 33178 |
| T | |
| O | |

| | |
|---|---|
| S | NORTEL NETWORKS |
| O | ATTN: ACCOUNTS PAYABLE |
| L | P.O. BOX 280510 |
| D | NASHVILLE TN 37228 |
| T | |
| O | |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | SGL7-06B2 1 5/8" SURGEGROUND GROUNDING KIT, 2 HOLE, 24", FACTORY ATTACHED LUG | | 12 | EA | 12.06 | 144.72 |
| | DELIVERY NUMBER: 501209805 | | | | | |
| | PO ITEM REF: A0765895 | | | | | |
| AOP | F4A-PDMDM-3M CABLE ASSEMBLY, FSJ4-50B DIN MALE/DIN MALE 3 METRE LENGTH (FOR SPANISH WAREHOUSE) | | 4 | EA | 68.80 | 275.20 |
| | DELIVERY NUMBER: 501210543 | | | | | |
| | PO ITEM REF: N0160224 | | | | | |
| AOP | L4A-PDMDM-3M LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | 4 | EA | 39.42 | 157.68 |
| | DELIVERY NUMBER: 501210543 | | | | | |
| | PO ITEM REF: N0040488 | | | | | |

NET VALUE      577.60

SALES TAX      0.00

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**

ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700964462 | PAGE 2 OF 2 |

ANDREW ORDER NO.    1947319

CUSTOMER ORDER NO.    4503583004

**B I L L T O**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**S O L D T O**
CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

TOTAL USD          577.60

Delivery Number:     0501209805
Carrier:             CUSTOMER ROUTING
Tracking Number(s):  ASSET#35788
                     NORTEL\SET UP TRUCK
                     STI#FR1029

Delivery Number:     0501210543
Carrier:             CUSTOMER ROUTING
Tracking Number(s):  ASSET#35788
                     NORTEL\SET UP TRUCK
                     STI#FR1029

MARK FOR - HEADER
POS
100018820
1002003220
D342753

AOP JOLIET, IL USA

| DIRECT INQUIRIES TO: | AOP Debra L. Kollman | ANDREW LLC |
|---|---|---|
| | TEL: 779-435-6192 FAX:779-435-8551 | |

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| | RP | INVOICE NO. | 700964463 | PAGE 1 OF 6 |

ANDREW ORDER NO.    1951070

CUSTOMER CODE:    170123

B
I    NORTEL NETWORKS
L    ATTN ACCOUNTS PAYABLE (800)684-2228
L    PO BOX 280510
T    NASHVILLE TN 37228
O

CUSTOMER ORDER NO.    4503603493

S    NORTEL NETWORKS / SAP PLT 7200
H    MIAMI LOC (NORTEL)
I    10205 NW 108TH AVENUE
P    MEDLEY FL 33178
T
O

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
S    ATTN: ACCOUNTS PAYABLE
O    P.O. BOX 280510
L    NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AL5DF-PS | | 185 | EA | 13.90 | 2,571.50 |
| | DIN FEMALE POSITIVE STOP CONNECTOR | | | | | |
| | DELIVERY NUMBER: 501210445 | | | | | |
| | PO ITEM REF: N0169988 | | | | | |
| AOP | L5CLICKB | | 411 | EA | 15.50 | 6,370.50 |
| | LDF5 CLICK-ON HANGER KIT | | | | | |
| | INCLUDES 10 CLICK-ON HANGERS | | | | | |
| | NOTE: MOUNTING HARDWARE SOLD | | | | | |
| | SEPERATELY | | | | | |
| | DELIVERY NUMBER: 501210445 | | | | | |
| | PO ITEM REF: N0132715 | | | | | |
| AOP | 243684 | | 156 | EA | 24.58 | 3,834.48 |
| | HANGER, COMPACT ANGLE | | | | | |
| | ADAPTER KIT OF 10 | | | | | |
| | DELIVERY NUMBER: 501210445 | | | | | |
| | PO ITEM REF: A0500946 | | | | | |

DIRECT INQUIRIES TO:    AOP Debra L. Kollman    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700964463 | PAGE 2 OF 6 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1951070 |  |

CUSTOMER CODE:  170123

**B I L L   T O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503603493

**S H I P   T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:         1000011574
NORTEL NETWORKS

**S O L D   T O**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 243095-1 | | 156 | EA | 11.21 | 1,748.76 |
| | THREE STACK 3/8" HARDWARE | | | | | |
| | FOR 1/2" OR 7/8" CABLE | | | | | |
| | | DELIVERY NUMBER: 501210445 | | | | |
| | PO ITEM REF: A0990407 | | | | | |
| AOP | SGL5-06B2 | | 281 | EA | 11.35 | 3,189.35 |
| | SUREGROUND GROUNDING KIT | | | | | |
| | LDF5 (7/8") 0.6 METERS (24") | | | | | |
| | TWO HOLE FACTORY ATTACHED | | | | | |
| | LUG | | | | | |
| | | DELIVERY NUMBER: 501210445 | | | | |
| | PO ITEM REF: A0765893 | | | | | |
| AOP | 221213 | | 202 | EA | 11.23 | 2,268.46 |
| | CONNECTOR WEATHER PROOFING KIT | | | | | |
| | UNIVERSAL | | | | | |
| | | DELIVERY NUMBER: 501210445 | | | | |
| | PO ITEM REF: A0689977 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700964463 | PAGE 3 OF 6 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1951070 |  |
|  |  | CUSTOMER ORDER NO. | 4503603493 |  |

B
I
L
L
T
O

CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:       1000011574
NORTEL NETWORKS

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L5SGRIP<br>SUPPORT/HOISTING GRIP FOR<br>LDF5. INCLUDES NON-LACE GRIP<br>AND 1 LDF5 CABLE CLAMP<br>**REQUIRES SPECIAL TOOL***<br>note-if factory attached connectors are being used contact product<br>line<br><br>DELIVERY NUMBER: 501210445<br><br>PO ITEM REF: A0506685 |  | 11 | EA | 14.55 | 160.05 |
| AOP | 40417<br>NYLON CABLE TIE KIT, QTY.50<br>DELIVERY NUMBER: 501210445<br><br>PO ITEM REF: A0828506 |  | 202 | EA | 8.87 | 1,791.74 |
| AOP | CM-TW<br>Coax Electrical Tape, White 3/4" x 66'<br>DELIVERY NUMBER: 501210445<br><br>PO ITEM REF: N0023455 |  | 29 | EA | 2.85 | 82.65 |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                              ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP   INVOICE NO.          700964463       PAGE 4 OF 6

ANDREW ORDER NO.      1951070

CUSTOMER ORDER NO.    4503603493

B  CUSTOMER CODE:   170123
I  NORTEL NETWORKS
L  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T  NASHVILLE TN 37228
O

S  NORTEL NETWORKS / SAP PLT 7200
H  MIAMI LOC (NORTEL)
I  10205 NW 108TH AVENUE
P  MEDLEY FL 33178
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
S  ATTN: ACCOUNTS PAYABLE
O  P.O. BOX 280510
L  NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AL7DF-PS<br>DIN FEMALE POSITIVE STOP CONNECTOR<br>DELIVERY NUMBER: 501210445<br><br>PO ITEM REF: N0155711 | | 231 | EA | 56.10 | 12,959.10 |
| AOP | L7CLICK<br>LDF7 CLICK-ON HANGERS<br>(KIT OF 10)<br>DELIVERY NUMBER: 501210445<br><br>PO ITEM REF: A0818987 | | 404 | EA | 19.83 | 8,011.32 |
| AOP | 31768A<br>STANDARD ANGLE ADAPTER KIT,QTY 10<br>FOR CABLE SIZES 1 5/8" AND BELOW<br>UTILIZE PART-NUMBER 243684<br>AS A LOWER PRICE ALTERATIVE<br>DELIVERY NUMBER: 501210445<br><br>PO ITEM REF: A0689915 | | 152 | EA | 35.04 | 5,326.08 |

DIRECT INQUIRIES TO:        AOP Debra L. Kollman
                           TEL: 779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____



**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700964463 | PAGE 5 OF 6 |
| | | ANDREW ORDER NO. | 1951070 | |
| | | CUSTOMER ORDER NO. | 4503603493 | |

B
I
L
L
T
O

CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | 243095-2<br>THREE STACK 3/8" HARDWARE<br>FOR 1/ 1/4" OR 1 5/8" CABLE<br>Imperial hardware | | 152 | EA | 14.79 | 2,248.08 |
| | DELIVERY NUMBER: 501210445 | | | | | |
| | PO ITEM REF: A0990412 | | | | | |
| AOP | L7SGRIP<br>SUPPORT/HOISTING GRIP FOR<br>LDF7. INCLUDES NON-LACE GRIP<br>AND 1 LDF7 CABLE CLAMP<br>**REQUIRES SPECIAL TOOL*** | | 129 | EA | 17.46 | 2,252.34 |
| | DELIVERY NUMBER: 501210445 | | | | | |
| | PO ITEM REF: A0789845 | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 52,814.41 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 52,814.41 |

| | | |
|---|---|---|
| DIRECT INQUIRIES TO: | AOP Debra L. Kollman<br>TEL: 779-435-6192 FAX:779-435-8551 | ANDREW LLC |

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP | INVOICE NO. | 700964463 | PAGE 6 OF 6

ANDREW ORDER NO. 1951070

CUSTOMER ORDER NO. 4503603493

CUSTOMER CODE: 170123
B
I    NORTEL NETWORKS
L    ATTN ACCOUNTS PAYABLE (800) 684-2228
L    PO BOX 280510
T    NASHVILLE TN 37228
O

NORTEL NETWORKS / SAP PLT 7200
S    MIAMI LOC (NORTEL)
H    10205 NW 108TH AVENUE
I    MEDLEY FL 33178
P
T
O

CUSTOMER CODE: 1000011574
NORTEL NETWORKS
S    ATTN: ACCOUNTS PAYABLE
O    P.O. BOX 280510
L    NASHVILLE TN 37228
D
T
O

| | INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|---|
| | EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

Delivery Number:      0501210445
Carrier:                 CUSTOMER ROUTING
Tracking Number(s):  ASSET#35788
                            NORTEL\SET UP TRUCK
                            STI#FR1029

**MARK FOR - HEADER**
pos
100008511
1002012309
cala-08-0768 d3

AOP JOLIET, IL USA

---

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                          ANDREW LLC
                                        TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700964464 | PAGE 1 OF 2 |
|---|---|---|---|---|

ANDREW ORDER NO.    1945908

CUSTOMER ORDER NO.    4503579077

B I L L T O
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S H I P T O
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S O L D T O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-3M<br>CABLE ASSEMBLY, FSJ4-50B<br>DIN MALE/DIN MALE<br>3 METRE LENGTH<br>(FOR SPANISH WAREHOUSE) | | 6 | EA | 68.80 | 412.80 |
| | DELIVERY NUMBER: 501210523 | | | | | |
| | PO ITEM REF: N0160224 | | | | | |
| AOP | L4A-PDMDM-3M<br>LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | 6 | EA | 39.42 | 236.52 |
| | DELIVERY NUMBER: 501210523 | | | | | |
| | PO ITEM REF: N0040488 | | | | | |

NET VALUE    649.32

SALES TAX    0.00

TOTAL USD    649.32

Delivery Number:    0501210523
Carrier:    CUSTOMER ROUTING
Tracking Number(s):    ASSET#35788
NORTEL\SET UP TRUCK
STI#FR1029

DIRECT INQUIRIES TO:    AOP Debra L. Kollman    ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP    INVOICE NO.            700964464        PAGE 2 OF 2

ANDREW ORDER NO.        1945908

CUSTOMER ORDER NO.      4503579077

CUSTOMER CODE:   170123

B   NORTEL NETWORKS
I   ATTN ACCOUNTS PAYABLE (800)684-2228
L   PO BOX 280510
T   NASHVILLE TN 37228
O

NORTEL NETWORKS / SAP PLT 7200
S   MIAMI LOC (NORTEL)
H   10205 NW 108TH AVENUE
I   MEDLEY FL 33178
P
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
S   ATTN: ACCOUNTS PAYABLE
O   P.O. BOX 280510
L   NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
pos
100018820
1002001379
d342752

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| INVOICE NO. | 700964465 | PAGE 1 OF 2 |
|---|---|---|
| ANDREW ORDER NO. | 1947300 | |
| CUSTOMER ORDER NO. | 4503585014 | |

B
I
L
L
T
O
CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
S
O
L
D
T
O
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-3M<br>CABLE ASSEMBLY, FSJ4-50B<br>DIN MALE/DIN MALE<br>3 METRE LENGTH<br>(FOR SPANISH WAREHOUSE) | | 4 | EA | 68.80 | 275.20 |
| | DELIVERY NUMBER: 501210539 | | | | | |
| | PO ITEM REF: N0160224 | | | | | |
| AOP | L4A-PDMDM-3M<br>LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | 4 | EA | 39.42 | 157.68 |
| | DELIVERY NUMBER: 501210539 | | | | | |
| | PO ITEM REF: N0040488 | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 432.88 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 432.88 |

Delivery Number:   0501210539
Carrier:           CUSTOMER ROUTING
Tracking Number(s):   ASSET#35788
                      NORTEL\SET UP TRUCK
                      STI#FR1029

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                          ANDREW LLC
                            TEL:  779-435-6192 FAX:779-435-8551

By _____