
*A CommScope Company*

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700964465 | PAGE 2 OF 2 |
|---|----|-------------|-----------|-------------|

ANDREW ORDER NO.    1947300

CUSTOMER ORDER NO.    4503585014

**BILL TO**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574

**SOLD TO**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|-----------|---------------|-------------|--------------|--------------|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|------|-------------------------|------------|------------|-----|------------|--------------|

MARK FOR - HEADER
POS
100018820
1002003990
D342756

AOP JOLIET, IL USA

---

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                          ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____


ANDREW®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700964466 | PAGE 1 OF 2 |
| | ANDREW ORDER NO. | 1947335 | |
| | CUSTOMER ORDER NO. | 4503583010 | |

CUSTOMER CODE:  170123

**BILL TO**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:   1000011574

**SOLD TO**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-3M<br>CABLE ASSEMBLY, FSJ4-50B<br>DIN MALE/DIN MALE<br>3 METRE LENGTH<br>(FOR SPANISH WAREHOUSE) | | 4 | EA | 68.80 | 275.20 |
| | DELIVERY NUMBER: 501210544 | | | | | |
| | PO ITEM REF: N0160224 | | | | | |
| AOP | L4A-PDMDM-3M<br>LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | 4 | EA | 39.42 | 157.68 |
| | DELIVERY NUMBER: 501210544 | | | | | |
| | PO ITEM REF: N0040488 | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 432.88 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 432.88 |

Delivery Number:    0501210544
Carrier:           CUSTOMER ROUTING
Tracking Number(s): ASSET#35788
                    NORTEL\SET UP TRUCK
                    STI#FR1029

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                          ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 700964466 |
| ANDREW ORDER NO. | 1947335 |
| CUSTOMER ORDER NO. | 4503583010 |

PAGE 2 OF 2

CUSTOMER CODE:    170123
B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T  NASHVILLE TN 37228
O

CUSTOMER CODE:         1000011574
S  NORTEL NETWORKS
O  ATTN: ACCOUNTS PAYABLE
L  P.O. BOX 280510
D  NASHVILLE TN 37228
T
O

NORTEL NETWORKS / SAP PLT 7200
S  MIAMI LOC (NORTEL)
H  10205 NW 108TH AVENUE
I  MEDLEY FL 33178
P
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
POS
100018820
1002003225
D342754

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:            AOP Debra L. Kollman
                               TEL:  779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP    INVOICE NO.          700964467          PAGE 1 OF 2

ANDREW ORDER NO.      1947357

CUSTOMER ORDER NO.    4503583020

CUSTOMER CODE:    170123
**B**  NORTEL NETWORKS
**I**  ATTN ACCOUNTS PAYABLE (800)684-2228
**L**  PO BOX 280510
**L**
**T**  NASHVILLE TN 37228
**O**

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200
**S**  MIAMI LOC (NORTEL)
**H**  10205 NW 108TH AVENUE
**I**  MEDLEY FL 33178
**P**
**T**
**O**

**S**
**O**
**L**
**D**
**T**
**O**

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-3M | | 6 | EA | 68.80 | 412.80 |
| | CABLE ASSEMBLY, FSJ4-50B | | | | | |
| | DIN MALE/DIN MALE | | | | | |
| | 3 METRE LENGTH | | | | | |
| | (FOR SPANISH WAREHOUSE) | | | | | |
| | | DELIVERY NUMBER: 501210547 | | | | |
| | PO ITEM REF: N0160224 | | | | | |
| AOP | L4A-PDMDM-3M | | 6 | EA | 39.42 | 236.52 |
| | LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | | | | |
| | | DELIVERY NUMBER: 501210547 | | | | |
| | PO ITEM REF: N0040488 | | | | | |

NET VALUE        649.32

SALES TAX          0.00

TOTAL USD        649.32

Delivery Number:    0501210547
Carrier:            CUSTOMER ROUTING
Tracking Number(s): ASSET#35788
                    NORTEL\SET UP TRUCK
                    STI#FR1029

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                            TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          700964467        PAGE 2 OF 2

ANDREW ORDER NO.     1947357

CUSTOMER ORDER NO.   4503583020

CUSTOMER CODE:   170123

B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
L  NASHVILLE TN 37228
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200
S  MIAMI LOC (NORTEL)              S  ATTN: ACCOUNTS PAYABLE
H  10205 NW 108TH AVENUE            O  P.O. BOX 280510
I  MEDLEY FL 33178                  L  NASHVILLE TN 37228
P                                   D
T                                   T
O                                   O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|-----------|---------------|-------------|--------------|--------------|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|------|------------------------|------------|-----------|-----|------------|--------------|

MARK FOR - HEADER
POS
100018820
1002003305
D342755

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                            TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700964468 | PAGE 1 OF 2 |
|---|---|---|---|---|

CUSTOMER CODE:    170123

B
I
L    NORTEL NETWORKS
L    ATTN ACCOUNTS PAYABLE (800)684-2228
T    PO BOX 280510
O    NASHVILLE TN 37228

ANDREW ORDER NO.        1947364

CUSTOMER ORDER NO.      4503585036

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200
S    MIAMI LOC (NORTEL)
H    10205 NW 108TH AVENUE
I    MEDLEY FL 33178
P
T
O

S    ATTN: ACCOUNTS PAYABLE
O    P.O. BOX 280510
L    NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | F4A-PDMDM-3M | | 2 | EA | 68.80 | 137.60 |
| | CABLE ASSEMBLY, FSJ4-50B | | | | | |
| | DIN MALE/DIN MALE | | | | | |
| | 3 METRE LENGTH | | | | | |
| | (FOR SPANISH WAREHOUSE) | | | | | |
| | | DELIVERY NUMBER: 501210548 | | | | |
| | PO ITEM REF: N0160224 | | | | | |

NET VALUE        137.60

SALES TAX        0.00

TOTAL USD        137.60

Delivery Number:    0501210548
Carrier:            CUSTOMER ROUTING
Tracking Number(s): ASSET#35788
                    NORTEL\SET UP TRUCK
                    STI#FR1029

DIRECT INQUIRIES TO:        AOP Debra L. Kollman            ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 700964468 | PAGE 2 OF 2 |
| | ANDREW ORDER NO. | 1947364 |
| | CUSTOMER ORDER NO. | 4503585036 |

CUSTOMER CODE:   170123
BILL TO
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200
SHIP TO
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:   I000011574
SOLD TO
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
pos
100018820
1002003997
d342757

AOP JOLIET, IL USA

| DIRECT INQUIRIES TO: | AOP Debra L. Kollman | ANDREW LLC |
|---|---|---|
| | TEL: 779-435-6192 FAX:779-435-8551 | |

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP   INVOICE NO.         700964469        PAGE 1 OF 1

ANDREW ORDER NO.     1947314

CUSTOMER ORDER NO.   4503585145

CUSTOMER CODE:   170123
B  NORTEL NETWORKS
I  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
L  NASHVILLE TN 37228
T
O

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200
S  MIAMI LOC (NORTEL)          S  ATTN: ACCOUNTS PAYABLE
H  10205 NW 108TH AVENUE       O  P.O. BOX 280510
I  MEDLEY FL 33178             L  NASHVILLE TN 37228
P                              D
T                              T
O                              O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/9/2009 | 12/11/2008 | 12/11/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | L4A-PDMDM-3M | | 2 | EA | 39.42 | 78.84 |
| | LDF4 SUREFLEX CABLE ASSEMBLY, 3METRES | | | | | |

DELIVERY NUMBER: 501211188

PO ITEM REF: N0040488

NET VALUE       78.84

SALES TAX        0.00

TOTAL USD       78.84

Delivery Number:     0501211188
Carrier:             UPS
Tracking Number(s):  1Z4R90380342826384

MARK FOR - HEADER
POS
100018820
1002004020
D342758

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP   INVOICE NO.              700970471          PAGE 1 OF 1

ANDREW ORDER NO.       1961310

CUSTOMER ORDER NO.    4503640711

**BILL TO**
CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
**SOLD TO**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/17/2009 | 12/19/2008 | 12/19/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WAGA | V5TDF-PS | | 16 | EA | 14.91 | 238.56 |
| | DIN FEMALE CONN (POSITIVE STOP TRIMETAL) | | | | | |
| | DELIVERY NUMBER: 501223143 | | | | | |

NET VALUE       238.56

SALES TAX         0.00

TOTAL USD      238.56

Delivery Number:    0501223143
Carrier:            FEDEX EXPRESS
Tracking Number(s): 834897730001181

**MARK FOR - HEADER**
pos
100009635
1002028229
d346552

WAGA ATLANTA, GA USA

DIRECT INQUIRIES TO:         AOP Debra L. Kollman
                             TEL: 779-435-6192 FAX:779-435-8551            ANDREW LLC

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700972332 | PAGE 1 OF 1 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1941716 |  |
|  |  | CUSTOMER ORDER NO. | 4503555081 |  |

B
I
L
L
T
O

CUSTOMER CODE:   170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
O
L
D
T
O

S
H
I
P
T
O

NORTEL NETWORKS/SAP PLT 1600
919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PA NC 27709

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/21/2009 | 12/23/2008 | 12/23/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | SGL7-06B2 1 5/8" SURGEGROUND GROUNDING KIT, 2 HOLE 24", FACTORY ATTACHED LUG |  | 294 | EA | 12.06 | 3,545.64 |

DELIVERY NUMBER: 501224888

PO ITEM REF: A0765895

|  | NET VALUE | 3,545.64 |
|---|---|---|
|  | SALES TAX | 0.00 |
|  | TOTAL USD | 3,545.64 |

Delivery Number:    0501224888
Carrier:                   CONWAY LTL
Tracking Number(s):  403-213532

**MARK FOR - HEADER**
PO
100009635
1001984000
D345144

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                          ANDREW LLC
                                          TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | | |
|---|---|---|
| RP | INVOICE NO. | 700972881 | PAGE 1 OF 1 |

ANDREW ORDER NO.   1962997

CUSTOMER CODE:   170123
B I L L T O
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.   4503640711

NORTEL NETWORKS / SAP PLT 7200
S H I P T O
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:   1000011574
NORTEL NETWORKS
S O L D T O
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/22/2009 | 12/24/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | V5TDF-PS | | 16 | EA | 14.91 | 238.56 |
| | DIN FEMALE CONN (POSITIVE STOP TRIMETAL) | | | | | |
| | DELIVERY NUMBER: 501226677 | | | | | |
| | PO ITEM REF: N0077190 | | | | | |

NET VALUE   238.56

SALES TAX   0.00

TOTAL USD   238.56

Delivery Number:   0501226677
Carrier:   FEDEX EXPRESS
Tracking Number(s):   060536750233679

**MARK FOR - HEADER**
pos
100009635
1002028229
d346552

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman            ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  |  |  |
|---|---|---|
| RP | INVOICE NO. | 700973871 | PAGE 1 OF 1 |
|  | ANDREW ORDER NO. | 1953345 |
|  | CUSTOMER ORDER NO. | DEQ00091 |

CUSTOMER CODE:   170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:   1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

NORTEL
C/O K &N LOGISTICS RTP
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PA NC 27709

S
H
I
P
T
O

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/27/2009 | 12/29/2008 | 12/29/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | LDF2-50 COAXIAL CABLE, 3/8" 50 OHM WITH PE FOAM DIELECTRIC AND PE JACKET MAXIMUM CONT LENGTH 5000 FT | 1 @ 985 | 985 | M | 2.92 | 2,876.20 |

DELIVERY NUMBER: 501226975

PO ITEM REF: R0116726

| | |
|---|---|
| NET VALUE | 2,876.20 |
| SALES TAX | 0.00 |
| TOTAL USD | 2,876.20 |

Delivery Number:   0501226975
Carrier:            CONWAY LTL
Tracking Number(s): 403-213543

**MARK FOR - HEADER**
PO DEQ00091

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  |  |  |
|---|---|---|
| RP | INVOICE NO. | 700974746 | PAGE 1 OF 3 |
|  | ANDREW ORDER NO. | 1960174 |
|  | CUSTOMER ORDER NO. | 4503603493 |

**BILL TO**
CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

**SOLD TO**

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/28/2009 | 12/30/2008 | 12/30/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA5-50<br>COAXIAL CABLE, 7/8" 50 OHM<br>WITH PE FOAM DIELECTRIC AND<br>PE JACKET | 1 @ 654 | 654 | M | 6.08 | 3,976.32 |
|  | DELIVERY NUMBER: 501229178 |  |  |  |  |  |
|  | PO ITEM REF: N0023982 |  |  |  |  |  |
| AOP | AVA5-50<br>COAXIAL CABLE, 7/8" 50 OHM<br>WITH PE FOAM DIELECTRIC AND<br>PE JACKET | 1 @ 732 | 732 | M | 6.08 | 4,450.56 |
|  | DELIVERY NUMBER: 501229178 |  |  |  |  |  |
|  | PO ITEM REF: N0023982 |  |  |  |  |  |
| AOP | AVA5-50<br>COAXIAL CABLE, 7/8" 50 OHM<br>WITH PE FOAM DIELECTRIC AND<br>PE JACKET | 1 @ 600 | 600 | M | 6.08 | 3,648.00 |
|  | DELIVERY NUMBER: 501229178 |  |  |  |  |  |
|  | PO ITEM REF: N0023982 |  |  |  |  |  |

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | RP | INVOICE NO. | 700974746 | PAGE 2 OF 3 |
|---|---|---|---|---|
| | | ANDREW ORDER NO. | 1960174 | |
| | | CUSTOMER ORDER NO. | 4503603493 | |

CUSTOMER CODE:   170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:        1000011574
NORTEL NETWORKS

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/28/2009 | 12/30/2008 | 12/30/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA5-50 | 1 @ 600 | 600 | M | 6.08 | 3,648.00 |
| | COAXIAL CABLE, 7/8" 50 OHM | | | | | |
| | WITH PE FOAM DIELECTRIC AND | | | | | |
| | PE JACKET | | | | | |

DELIVERY NUMBER: 501229178

|  |  |
|---|---|
| NET VALUE | 15,722.88 |
| SALES TAX | 0.00 |
| TOTAL USD | 15,722.88 |

Delivery Number:      0501229178
Carrier:                    CUSTOMER ROUTING
Tracking Number(s):  403-213554
                              CONWAY PU FOR NORTEL

MARK FOR - HEADER
POS
100008511
1002012309
D345043

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                                    ANDREW LLC
                                            TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.           700974746        PAGE 3 OF 3

ANDREW ORDER NO.       1960174

CUSTOMER ORDER NO.    4503603493

CUSTOMER CODE:    170123
B
I   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800)684-2228
L   PO BOX 280510
T
O   NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200
S   MIAMI LOC (NORTEL)
H   10205 NW 108TH AVENUE
I
P   MEDLEY FL 33178
T
O

CUSTOMER CODE:              1000011574
NORTEL NETWORKS
S   ATTN: ACCOUNTS PAYABLE
O   P.O. BOX 280510
L   NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/28/2009 | 12/30/2008 | 12/30/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                              TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  | RP | INVOICE NO. | 700975978 | PAGE 1 OF 3 |
|---|---|---|---|---|---|

| | |
|---|---|
| | ANDREW ORDER NO.     1955281 |
| CUSTOMER CODE:    170123 | CUSTOMER ORDER NO.    4503603493 |

**BILL TO:**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:                1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

**SHIP TO:**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**SOLD TO:** (see above)

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/6/2009 | 1/5/2009 | 1/5/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA7-50 | 1 @ 461 | 461 | M | 13.72 | 6,324.92 |
| | | DELIVERY NUMBER: 501229649 | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 710 | 710 | M | 13.72 | 9,741.20 |
| | | DELIVERY NUMBER: 501229649 | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 734 | 734 | M | 13.72 | 10,070.48 |
| | | DELIVERY NUMBER: 501229649 | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 718 | 718 | M | 13.72 | 9,850.96 |
| | | DELIVERY NUMBER: 501229649 | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 707 | 707 | M | 13.72 | 9,700.04 |
| | | DELIVERY NUMBER: 501229649 | | | | |
| | PO ITEM REF: N0176669 | | | | | |

| DIRECT INQUIRIES TO: | AOP Debra L. Kollman | ANDREW LLC |
|---|---|---|
| | TEL: 779-435-6192 FAX:779-435-8551 | |

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700975978 | PAGE 2 OF 3 |
| | ANDREW ORDER NO. | 1955281 | |
| | CUSTOMER ORDER NO. | 4503603493 | |

B
I
L
L
T
O

CUSTOMER CODE:  170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:          1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/6/2009 | 1/5/2009 | 1/5/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA7-50 | 1 @ 740 | 740 | M | 13.72 | 10,152.80 |
| | DELIVERY NUMBER: 501229649 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 369 | 369 | M | 13.72 | 5,062.68 |
| | DELIVERY NUMBER: 501229649 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |

| | | |
|---|---|---|
| NET VALUE | 60,903.08 |
| SALES TAX | 0.00 |
| TOTAL USD | 60,903.08 |

Delivery Number:     0501229649
Carrier:             CUSTOMER ROUTING
Tracking Number(s):  ASSET# 35996
                     FOR RYDER/NORTEL
                     LANDSTAR TO PU

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP   INVOICE NO.          700975978          PAGE 3 OF 3

ANDREW ORDER NO.     1955281

CUSTOMER ORDER NO.   4503603493

| B I L L | CUSTOMER CODE:   170123 |
| T O | NORTEL NETWORKS |
| | ATTN ACCOUNTS PAYABLE (800)684-2228 |
| | PO BOX 280510 |
| | NASHVILLE TN 37228 |

CUSTOMER CODE:          1000011574

| S H I P | NORTEL NETWORKS / SAP PLT 7200 |
| T O | MIAMI LOC (NORTEL) |
| | 10205 NW 108TH AVENUE |
| | MEDLEY FL 33178 |

| S O L D | NORTEL NETWORKS |
| T O | ATTN: ACCOUNTS PAYABLE |
| | P.O. BOX 280510 |
| | NASHVILLE TN 37228 |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/6/2009 | 1/5/2009 | 1/5/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
PO
100008511
1002012309
CALA-08-0768 D3

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman          ANDREW LLC
                              TEL:  779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700976642 | PAGE 1 OF 2 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1964001 |  |
|  |  | CUSTOMER ORDER NO. | 4503672542 |  |

CUSTOMER CODE: 170123

**B I L L T O**
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE: 1000011574
NORTEL NETWORKS

**S H I P T O**
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

**S O L D T O**
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/7/2009 | 1/6/2009 | 1/6/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | MCPT-78 |  | 1 | EA | 18.57 | 18.57 |
|  | Manual Easiax cutting tool for |  |  |  |  |  |
|  | LDF5-50A VXL5, and LDF5 connectors. |  |  |  |  |  |
|  | Does not compliment LDF5-50B one-piece connectors. |  |  |  |  |  |
|  | DELIVERY NUMBER: 501229461 |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | PO ITEM REF: N0140446 |  |  |  |  |  |
|  |  |  |  |  |  |  |
| AOP | CPT-158U |  | 1 | EA | 129.43 | 129.43 |
|  | UNIVERSAL AUTOMATED PREP TOOL,1-5/8" CBL |  |  |  |  |  |
|  | DELIVERY NUMBER: 501229461 |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | PO ITEM REF: N0202043 |  |  |  |  |  |

| | NET VALUE | 148.00 |
|---|---|---|
| | SALES TAX | 0.00 |
| | TOTAL USD | 148.00 |

Delivery Number:     0501229461
Carrier:             FEDEX EXPRESS
Tracking Number(s):  060536750234775

---

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                          ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP  INVOICE NO.              700976642        PAGE 2 OF 2

ANDREW ORDER NO.         1964001

CUSTOMER ORDER NO.       4503672542

CUSTOMER CODE:    170123
B  NORTEL NETWORKS
I
L  ATTN ACCOUNTS PAYABLE (800)684-2228
L  PO BOX 280510
T
O  NASHVILLE TN 37228

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200
S  MIAMI LOC (NORTEL)
H  10205 NW 108TH AVENUE
I
P  MEDLEY FL 33178
T
O

S  ATTN: ACCOUNTS PAYABLE
O  P.O. BOX 280510
L
D  NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/7/2009 | 1/6/2009 | 1/6/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
pos
100008511
1002041028
d346941

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                              ANDREW LLC
                              TEL: 779-436-6192 FAX:779-435-8551

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700977255 | PAGE 1 OF 1 |
| | | ANDREW ORDER NO. | 1964001 | |

B
I
L
L
T
O

CUSTOMER CODE:    170123
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800) 684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503672542

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/8/2009 | 1/7/2009 | 1/7/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| WDTX | RM-A800 | | 32 | EA | 48.73 | 1,559.36 |
| | ROUND MEMBER ADAPTER KIT (2" - 10") | | | | | |

DELIVERY NUMBER: 501233282

PO ITEM REF: N0202090

| | |
|---|---|
| NET VALUE | 1,559.36 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,559.36 |

Delivery Number:    0501233282
Carrier:            FEDEX EXPRESS
Tracking Number(s): 075204030269480

**MARK FOR - HEADER**
pos
100008511
1002041028
d346941

WDTX DALLAS, TX USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____

**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

**INVOICE**

| BILL TO | |
|---|---|
| CUSTOMER CODE: | 1000055034 |
| CTDI-NORTEL | |
| 1373 ENTERPRISE DRIVE | |
| WEST CHESTER PA 19380 | |
| UNITED STATES | |

INVOICE NO.                    8000009158        PAGE 1 OF 6

ANDREW ORDER NO.          200149509

CUSTOMER ORDER NO.      4503595411

| SHIP TO | SOLD TO |
|---|---|
| CTDI-NORTEL | CUSTOMER CODE:  1000055034 |
| 1373 ENTERPRISE DRIVE | CTDI-NORTEL |
| WEST CHESTER PA 19380 | 1373 ENTERPRISE DRIVE |
| UNITED STATES | WEST CHESTER PA 19380 |
| | UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100306 | | 1 | EA | 0.00 | 0.00 |
| | FG, HePA850 MHZ | | | | | |
| | ORIGIN: US      DELIVERY NUMBER: 501224313 | | | | | |
| | SERIAL NR.: ( ANDWCS801816 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 0.00 | 0.00 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999      DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030      DELIVERY NUMBER: 501220003 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( FORM01648614 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 470.36 | 470.36 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999      DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030      DELIVERY NUMBER: 501220005 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( FORM01657650 ) | | | | | |

DIRECT INQUIRIES TO:              Sylvain Guerineau

**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

| | |
|---|---|
| B I L L  T O | CUSTOMER CODE:   1000055034 |
| | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

INVOICE NO.                    8000009158          PAGE 2 OF 6

ANDREW ORDER NO.          200149509

CUSTOMER ORDER NO.      4503595411

| | |
|---|---|
| S H I P  T O | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

| | |
|---|---|
| S O L D  T O | CUSTOMER CODE:   1000055034 |
| | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT ATP | | 1 | EA | 0.00 | 0.00 |
| | PRODUCT ATP | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN:  FR | | | | | |
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501220009 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( FORM01668450 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 470.36 | 470.36 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN:  FR | | | | | |
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501215238 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( FORM01749962 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 0.00 | 0.00 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN:  FR | | | | | |

DIRECT INQUIRIES TO:          Sylvain Guerineau

**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

| | |
|---|---|
| B/I/L/L T/O | CUSTOMER CODE:  1000055034<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| INVOICE NO. | 8000009158 | PAGE 3 OF  6 |
|---|---|---|
| ANDREW ORDER NO. | 200149509 | |
| CUSTOMER ORDER NO. | 4503595411 | |

S/H/I/P T/O
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

S/O/L/D T/O
CUSTOMER CODE:  1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501215240<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD003656 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | | 1 | EA | 470.36 | 470.36 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501220012<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006070 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501220013<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006902 ) | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:              Sylvain Guerineau

**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 08

RP

**INVOICE**

B
I
L
L
T
O

CUSTOMER CODE:  1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INVOICE NO. | 8000009158 | PAGE 4 OF 6 |
|---|---|---|
| ANDREW ORDER NO. | 200149509 | |
| CUSTOMER ORDER NO. | 4503595411 | |

S
H
I
P
T
O

CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

S
O
L
D
T
O

CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT ATP<br>PRODUCT ATP<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501215241<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006919 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | | 1 | EA | 470.36 | 470.36 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501215242<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD007685 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:          Sylvain Guerineau

# ANDREW.
A CommScope Company

**Andrew Telecommunications Products**
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30   Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**

SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

# INVOICE

| | |
|---|---|
| **BILL TO** | CUSTOMER CODE:   1000055034 |
| | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

| | |
|---|---|
| INVOICE NO. | 8000009158 |
| ANDREW ORDER NO. | 200149509 |
| CUSTOMER ORDER NO. | 4503595411 |

PAGE 5 OF 6

| | |
|---|---|
| **SHIP TO** | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

| | |
|---|---|
| **SOLD TO** | CUSTOMER CODE:   1000055034 |
| | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501220015 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( FORMO1759937 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 470.36 | 470.36 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN:  FR | | | | | |
| ATBF | RF100576 | | 1 | EA | 0.00 | 0.00 |
| | FG, HePA1900 V3 | | | | | |
| | DELIVERY NUMBER: 501224453 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( ANDWCS900510 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 0.00 | 0.00 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN:  FR | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 2,351.80 |
| Code   FY Output VAT - Non EC Sales | | |
| | VAT   0.000 | 0.00 |
| | TOTAL USD | 2,351.80 |

DIRECT INQUIRIES TO:            Sylvain Guerineau

**ANDREW®**

A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:

SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

B I L L T O
CUSTOMER CODE:    1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

INVOICE NO.                          8000009158        PAGE 6 OF 6

ANDREW ORDER NO.              200149509

CUSTOMER ORDER NO.          4503595411

S H I P T O
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

S O L D T O
CUSTOMER CODE:    1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|

GROSS WEIGHT:        16.576KG      NET WEIGHT:        10.500KG

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

DIRECT INQUIRIES TO:              Sylvain Guerineau

**ANDREW**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

BILL TO:
CUSTOMER CODE:   1000011674 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

INVOICE NO.                    8000009159        PAGE 1 OF 2

ANDREW ORDER NO.        200152936

CUSTOMER ORDER NO.      4502308477

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | 7571300 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMP | | | | | |
| | COMMODITY CODE: 8529102050 DELIVERY NUMBER: 501224316 | | | | | |
| | ORIGIN: US | | | | | |
| | SERIAL NR.: ( SPCR020033HL ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 222.14 | 222.14 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224316 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | 7571300 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMP | | | | | |
| | COMMODITY CODE: 8529102050 DELIVERY NUMBER: 501224318 | | | | | |
| | ORIGIN: US | | | | | |
| | SERIAL NR.: ( SPCR020038FA ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 222.14 | 222.14 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224316 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | 7571300 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMP | | | | | |
| | COMMODITY CODE: 8529102050 DELIVERY NUMBER: 501224319 | | | | | |
| | ORIGIN: US | | | | | |
| | SERIAL NR.: ( SPCR020039BP ) | | | | | |

DIRECT INQUIRIES TO:

Brigitte Boireau-Leduc
TEL: 5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Flexzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1870 206
00014418702 06

| | |
|---|---|
| **BILL TO** CUSTOMER CODE: 1000011574 / 1000055034 | INVOICE NO. 8000009159   PAGE 2 OF 2 |
| NORTEL NETWORKS | |
| ATTN: ACCOUNTS PAYABLE | ANDREW ORDER NO. 200152936 |
| P.O. BOX 280510 | |
| NASHVILLE TN 37228 | CUSTOMER ORDER NO. 4602308477 |
| UNITED STATES | |

**SHIP TO**
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

**SOLD TO**
CUSTOMER CODE: 1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT REPAIRED | | 1 | EA | 222.14 | 222.14 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999998   DELIVERY NUMBER: 501224316 | | | | | |
| | ORIGIN:  FR | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 666.42 |
| Code   FY Output VAT - Non EC Sales | VAT     0.000 | 0.00 |
| | TOTAL USD | 666.42 |

GROSS WEIGHT:          0.000   NET WEIGHT:          0.000

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

DIRECT INQUIRIES TO:          Brigitte Boireau-Leduc
                              TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

CUSTOMER CODE:  1000011574 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

INVOICE NO.                8000009160          PAGE 1 OF 7

ANDREW ORDER NO.           200153334

CUSTOMER ORDER NO.         4503637349

SHIP TO
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO
CUSTOMER CODE:    1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100306 | | 1 | EA | 0.00 | 0.00 |
| | FG, HePA850 MHZ | | | | | |
| | DELIVERY NUMBER: 501224454 | | | | | |
| | ORIGIN: US | | | | | |
| | SERIAL NR.: ( ANDWCS809062 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 359.34 | 359.34 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999    DELIVERY NUMBER: 501224454 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | RF100306 | | 1 | EA | 0.00 | 0.00 |
| | FG, HePA850 MHZ | | | | | |
| | DELIVERY NUMBER: 501224456 | | | | | |
| | ORIGIN: US | | | | | |
| | SERIAL NR.: ( ANDWCS802769 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 359.34 | 359.34 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999    DELIVERY NUMBER: 501224454 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | RF100306 | | 1 | EA | 0.00 | 0.00 |
| | FG, HePA850 MHZ | | | | | |
| | DELIVERY NUMBER: 501224591 | | | | | |
| | ORIGIN: US | | | | | |
| | SERIAL NR.: ( ANDWCS803425 ) | | | | | |

DIRECT INQUIRIES TO:        Brigitte Boireau-Leduc
                           TEL: 5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A – VAT Reg.No FR 02 380 341 685

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

**INVOICE**

| BILL TO | | SHIP TO | SOLD TO |
|---|---|---|---|
| CUSTOMER CODE: 1000011574 / 1000055034 | | | |

CUSTOMER CODE:   1000011574 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**S I P T O**
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

INVOICE NO.                    8000009160          PAGE 2 OF 7

ANDREW ORDER NO.          200153334

CUSTOMER ORDER NO.      4503637349

CUSTOMER CODE:    1000055034

**S O L D T O**
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS DDU DESTINATION | PAYMENT TERMS NET 30 DAYS | PAYMENT DUE 29.1.2009 | DATE SHIPPED 22.12.2008 | INVOICE DATE 30.12.2008 |
|---|---|---|---|---|

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT ATP PRODUCT ATP COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454 ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263 HEPA 1900 MHZ AMPLIFIER, V1 COMMODITY CODE: 85184030  DELIVERY NUMBER: 501224819 ORIGIN:  FR SERIAL NR.: ( FORM01603473 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454 ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263 HEPA 1900 MHZ AMPLIFIER, V1 COMMODITY CODE: 85184030  DELIVERY NUMBER: 501224460 ORIGIN:  FR SERIAL NR.: ( FORM01644732 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454 ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |

DIRECT INQUIRIES TO:              Brigitte Boireau-Leduc
                                            TEL:  5 57 19 99 30 FAX:5 57 19 99 32



**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

| | |
|---|---|
| **BILL TO** CUSTOMER CODE:  1000011574 / 1000055034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES | INVOICE NO.            8000009160       PAGE 3 OF 7<br><br>ANDREW ORDER NO.       200153334<br><br>CUSTOMER ORDER NO.     4503637349 |
| **SHIP TO** CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES | **SOLD TO** CUSTOMER CODE:   1000055034<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224611<br>  ORIGIN:  FR<br>SERIAL NR.: ( FORM01657697 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>  ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224605<br>  ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD000969 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>  ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224606<br>  ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD001914 ) | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:        Brigitte Boireau-Leduc
                           TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

BILL TO:
CUSTOMER CODE:  1000011574 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

INVOICE NO.                8000009160      PAGE 4 OF 7

ANDREW ORDER NO.           200153334

CUSTOMER ORDER NO.         4503637349

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454 ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263 HEPA 1900 MHZ AMPLIFIER, V1 COMMODITY CODE: 85184030  DELIVERY NUMBER: 501224608 ORIGIN:  FR SERIAL NR.: ( ANDWBD002563 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454 ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263 HEPA 1900 MHZ AMPLIFIER, V1 COMMODITY CODE: 85184030  DELIVERY NUMBER: 501224610 ORIGIN:  FR SERIAL NR.: ( ANDWBD002676 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454 ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |

DIRECT INQUIRIES TO:

Brigitte Boireau-Leduc
TEL:  5 57 19 99 30 FAX:5 57 19 99 32


**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

**INVOICE**

| | | |
|---|---|---|
| **BILL TO** CUSTOMER CODE:  1000011574 / 1000055034 | INVOICE NO. | 8000009160 |
| NORTEL NETWORKS | | PAGE 5 OF 7 |
| ATTN: ACCOUNTS PAYABLE | ANDREW ORDER NO. | 200153334 |
| P.O. BOX 280510 | | |
| NASHVILLE TN 37228 | CUSTOMER ORDER NO. | 4503637349 |
| UNITED STATES | | |

**SHIP TO**
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

**SOLD TO**
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224614<br>ORIGIN: FR<br>SERIAL NR.: ( ANDWBD003433 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999    DELIVERY NUMBER: 501224454<br>ORIGIN: FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224609<br>ORIGIN: FR<br>SERIAL NR.: ( ANDWBD004392 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999    DELIVERY NUMBER: 501224454<br>ORIGIN: FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224601<br>ORIGIN: FR<br>SERIAL NR.: ( ANDWBD006256 ) | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:          Brigitte Boireau-Leduc
                    TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros ·
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

| | | |
|---|---|---|
| **B I L L** **T O** | CUSTOMER CODE:  1000011574 / 1000055034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES | INVOICE NO.  8000009160   PAGE 6 OF 7<br><br>ANDREW ORDER NO.  200153334<br><br>CUSTOMER ORDER NO.  4503637349 |
| **S H I P** **T O** | CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES | **S O L D** **T O**   CUSTOMER CODE:  1000055034<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| AT8F | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 475.64 | 476.64 |
| AT8F | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224604<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006336 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224457<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006950 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:

Brigitte Boireau-Leduc
TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

B  CUSTOMER CODE:  1000011574 / 1000055034
I  NORTEL NETWORKS
L  ATTN: ACCOUNTS PAYABLE
L  P.O. BOX 280510
T  NASHVILLE TN 37228
O  UNITED STATES

INVOICE NO.               8000009160        PAGE 7 OF 7

ANDREW ORDER NO.         200153334

CUSTOMER ORDER NO.       4503637349

S  CTDI-NORTEL
H  1373 ENTERPRISE DRIVE
I  WEST CHESTER PA 19380
P  UNITED STATES
T
O

CUSTOMER CODE:    1000055034
S  CTDI-NORTEL
O  1373 ENTERPRISE DRIVE
L  WEST CHESTER PA 19380
D  UNITED STATES
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263 HEPA 1900 MHZ AMPLIFIER, V1 COMMODITY CODE: B5184030   DELIVERY NUMBER: 501224596 ORIGIN:  FR SERIAL NR.: ( FORM01557857 ) | | 1 | EA | 0.00 | 0.00 |
| AT8F | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454 ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |

Code   FY Output VAT - Non EC Sales

NET VALUE         4,999.44

VAT     0.000       0.00

TOTAL USD    4,999.44

GROSS WEIGHT:        23.956KG    NET WEIGHT:        15.750KG

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

GRAVELEAU
TD8020305°9

DIRECT INQUIRIES TO:        Brigitte Boireau-Leduc
TEL:  5 57 19 99 30 FAX:5 57 19 99 32

# ANDREW.

A CommScope Company

Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**

SBCIC
42. Cours du Chapeau Rouge
33000 Bordeaux
FR76  1005 7190 1200 0144 1670 206
00014416702 06

RP

## INVOICE

| | |
|---|---|
| BILL TO | CUSTOMER CODE:   1000055034 |
| | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

| | |
|---|---|
| INVOICE NO. | 8000009229 |
| ANDREW ORDER NO. | 200149509 |
| CUSTOMER ORDER NO. | 4503595411 |

PAGE 1 OF 1

| SHIP TO | SOLD TO |
|---|---|
| CTDI-NORTEL | CUSTOMER CODE:   1000055034 |
| 1373 ENTERPRISE DRIVE | CTDI-NORTEL |
| WEST CHESTER PA 19380 | 1373 ENTERPRISE DRIVE |
| UNITED STATES | WEST CHESTER PA 19380 |
| | UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 30.1.2009 | 22.12.2008 | 31.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263 | | 1 | EA | 470.36 | 470.36 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224757 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( FORM01749988 ) | | | | | |
| | | | | | | |
| ATBF | RF100263 | | 1 | EA | 470.36 | 470.36 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224758 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( FORM01756932 ) | | | | | |

|  | |
|---|---|
| NET VALUE | 940.72 |
| Code    FY Output VAT - Non EC Sales | |
| VAT    0.000 | 0.00 |
| TOTAL USD | 940.72 |

GROSS WEIGHT:        6.926KG    NET WEIGHT:        5.250KG

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

DIRECT INQUIRIES TO:        Sylvain Guerineau

# ANDREW.

A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

## INVOICE

| | |
|---|---|
| **BILL TO**<br>CUSTOMER CODE: 1000011574 / 1000055034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES | INVOICE NO.  8000009230    PAGE 1 OF 3<br><br>ANDREW ORDER NO.  200153334<br><br>CUSTOMER ORDER NO.  4503637349 |
| **SHIP TO**<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES | **SOLD TO**<br>CUSTOMER CODE:  1000055034<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 30.1.2009 | 22.12.2008 | 31.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224760<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD002219 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224761<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD003419 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224762<br>ORIGIN:  FR<br>SERIAL NR.: ( FORM01427898 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224763<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD007676 ) | | 1 | EA | 475.64 | 475.64 |

DIRECT INQUIRIES TO:  Brigitte Boireau-Leduc
TEL: 5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

B I L L T O:
CUSTOMER CODE: 1000011574 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

| INVOICE NO. | 8000009230 | PAGE 2 OF 3 |
|---|---|---|
| ANDREW ORDER NO. | 200153334 | |
| CUSTOMER ORDER NO. | 4503637349 | |

S H I P T O:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

S O L D T O:
CUSTOMER CODE: 1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 30.1.2009 | 22.12.2008 | 31.12.2008 |

| SLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224764<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD000820 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224766<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD000410 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224767<br>ORIGIN:  FR<br>SERIAL NR.: ( FORM01762003 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030    DELIVERY NUMBER: 501224769<br>ORIGIN:  FR<br>SERIAL NR.: ( FORM01762083 ) | | 1 | EA | 475.64 | 475.64 |

DIRECT INQUIRIES TO:              Brigitte Boireau-Leduc
                                  TEL:  5 57 19 99 30 FAX:5 57 19 99 32

# ANDREW.

A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**

SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

## INVOICE

| | | |
|---|---|---|
| **B**<br>**I**<br>**L**<br>**L**<br>**T**<br>**O** | CUSTOMER CODE:  1000011574 / 1000055034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES | INVOICE NO.          8000009230     PAGE 3 OF 3<br><br>ANDREW ORDER NO.     200153334<br><br>CUSTOMER ORDER NO.   4503637349 |
| **S**<br>**H**<br>**I**<br>**P**<br>**T**<br>**O** | CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES | CUSTOMER CODE:  1000055034<br>**S**<br>**O**  CTDI-NORTEL<br>**L**  1373 ENTERPRISE DRIVE<br>**D**<br>**T**  WEST CHESTER PA 19380<br>**O**  UNITED STATES |

| INCOTERMS<br>DDU DESTINATION | PAYMENT TERMS<br>NET 30 DAYS | PAYMENT DUE<br>30.1.2009 | DATE SHIPPED<br>22.12.2008 | INVOICE DATE<br>31.12.2008 |
|---|---|---|---|---|
| SLOC   TYPE NUMBER/DESCRIPTION | | QTY/LENGTH   TOTAL QTY   UM | UNIT PRICE | TOTAL PRICE |

ATBF   RF100263
     HEPA 1900 MHZ AMPLIFIER, V1                 1    EA     475.84     475.64
     COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224772
       ORIGIN:  FR
     SERIAL NR.: ( FORMO1648779 )

Code   FY Output VAT - Non EC Sales

NET VALUE     4,280.76

VAT   0.000     0.00

TOTAL USD     4,280.76

GROSS WEIGHT:     10.104KG   NET WEIGHT:     5.250KG

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

DIRECT INQUIRIES TO:     Brigitte Boireau-Leduc
                       TEL: 5 57 19 99 30 FAX:5 57 19 99 32


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 113740463 | PAGE 1 OF 21 |
| | ANDREW ORDER NO. | 200148100 |
| | CUSTOMER ORDER NO. | 4503541289 |

CUSTOMER CODE:   1000060271

BILL TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO:
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:   1000060271

SOLD TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194677<br>Serial No: PITS01Z36804 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194678<br>Serial No: PITS01G91970 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194680<br>Serial No: PITS01Z13846 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP   INVOICE NO.                113740463         PAGE 2 OF 21

ANDREW ORDER NO.         200148100

CUSTOMER ORDER NO.      4503541289

CUSTOMER CODE:   1000060271

BILL TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO:
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:    1000060271
SOLD TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194681<br>Serial No: PITS01Z00087 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194682<br>Serial No: PITS01G91321 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

DIRECT INQUIRIES TO:         Janet Sanderson

By _____


A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  |  |  |
|---|---|---|---|
| RP | INVOICE NO. | 113740463 | PAGE 3 OF 21 |
|  | ANDREW ORDER NO. | 200148100 |  |
|  | CUSTOMER ORDER NO. | 4503541289 |  |

CUSTOMER CODE:   1000060271

**BILL TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**SHIP TO**
NORTEL C/O CTDI
0334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:        1000060271

**SOLD TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194635<br>Serial No: PITS01G96686 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194683<br>Serial No: PITS01G91311 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194684<br>Serial No: PITS01G97531 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 113740463    PAGE 4 OF 21 |
| ANDREW ORDER NO. | 200148100 |
| CUSTOMER ORDER NO. | 4503541289 |

CUSTOMER CODE:    1000060271

B
I  NORTEL
L  NAAP MS: 438-03-02
L  220 ATHENS WAY
T  NASHVILLE TN 37228
O

NORTEL C/O CTDI
S  1334 ENTERPRISE DRIVE
H  WEST CHESTER PA 19380
I
P
T
O

CUSTOMER CODE:    1000060271
S  NORTEL
O  NAAP MS: 438-03-02
L  220 ATHENS WAY
D  NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194714<br>Serial No: PITS01G76703 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194685<br>Serial No: PITS01G99944 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

DIRECT INQUIRIES TO:        Janet Sanderson

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | RP | INVOICE NO. | 113740463 | PAGE 5 OF 21 |
|---|---|---|---|---|---|

CUSTOMER CODE:   1000060271

ANDREW ORDER NO.          200148100

CUSTOMER ORDER NO.      4603541289

**BILL TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**SHIP TO**
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

**SOLD TO**
CUSTOMER CODE:          1000060271
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571116<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194686<br>Serial No: PITS01G91951 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194687<br>Serial No: PITS01Z13087 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194688<br>Serial No: PITS01G93903 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 113740463 | PAGE 6 OF 21 |
| | ANDREW ORDER NO. | 200148100 | |
| | CUSTOMER ORDER NO. | 4503541289 | |

CUSTOMER CODE:    1000060271

BILL TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:                1000060271
SOLD TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194634<br>Serial No: PITS01G87785 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194689<br>Serial No: PITS01G91925 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

DIRECT INQUIRIES TO:         Janet Sanderson

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 113740463 |
| ANDREW ORDER NO. | 200148100 |
| CUSTOMER ORDER NO. | 4503541289 |

PAGE 7 OF 21

CUSTOMER CODE:  1000060271

B I L L   T O
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S H I P   T O
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:                    1000060271

S O L D   T O
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194690 Serial No: PITS01G99796 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194691 Serial No: PITS01G81022 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194692 Serial No: PITS01G99982 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:

ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  |  |
|---|---|---|
| RP | INVOICE NO. | 113740463 |  PAGE 8 OF 21 |
|  | ANDREW ORDER NO. | 200148100 |
|  | CUSTOMER ORDER NO. | 4503541289 |

CUSTOMER CODE:    1000060271

BILL TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO:
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:    1000060271
SOLD TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP<br>PRODUCT ATP |  | 1 | EA | 72.00 | 72.00 |
|  | DELIVERY NUMBER: 501194677 |  |  |  |  |  |
| ACMC | 7571115<br>POWER SUPPLY |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501194693<br>Serial No: PITS01G99956 |  |  |  |  |  |
|  | PO ITEM REF: NTQA91AA |  |  |  |  |  |
| ACMC | PRODUCT ATP<br>PRODUCT ATP |  | 1 | EA | 72.00 | 72.00 |
|  | DELIVERY NUMBER: 501194677 |  |  |  |  |  |
| ACMC | 7571115<br>POWER SUPPLY |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501194694<br>Serial No: PITS01G99955 |  |  |  |  |  |
|  | PO ITEM REF: NTQA91AA |  |  |  |  |  |
| ACMC | PRODUCT ATP<br>PRODUCT ATP |  | 1 | EA | 72.00 | 72.00 |
|  | DELIVERY NUMBER: 501194677 |  |  |  |  |  |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | | |
|---|---|---|
| INVOICE NO. | 113740463 | PAGE 9 OF 21 |
| ANDREW ORDER NO. | 200148100 | |
| CUSTOMER ORDER NO. | 4503541289 | |

CUSTOMER CODE:  1000060271

B
I
L
L
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:     1000060271

S
O
L
D
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194695<br>Serial No: PITS01G91976 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194696<br>Serial No: PITS01Z13086 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194697<br>Serial No: PITS01Z13076 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____