

**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 113740463 | PAGE 10 OF 21 |
| | ANDREW ORDER NO. | 200148100 | |
| | CUSTOMER ORDER NO. | 4503541289 | |

CUSTOMER CODE:   1000060271

**B I L L   T O**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**S H I P   T O**
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:           1000060271

**S O L D   T O**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194698<br>Serial No: PITS01G91297 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194699<br>Serial No: PITS01G91301 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

DIRECT INQUIRIES TO:            Janet Sanderson

By _____


**ANDREW** ®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| INVOICE NO. | 113740463 | PAGE 11 OF 21 |
|---|---|---|
| ANDREW ORDER NO. | 200148100 | |
| CUSTOMER ORDER NO. | 4503541289 | |

CUSTOMER CODE:   1000060271

BILL TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO:
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:        1000060271
SOLD TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194700<br>Serial No: PITS01G99988 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194701<br>Serial No: PITS01G91304 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194702<br>Serial No: PITS01G91308 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:        Janet Sanderson

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 113740463 | PAGE 12 OF 21 |

| ANDREW ORDER NO. | 200148100 |
| CUSTOMER ORDER NO. | 4503541289 |

CUSTOMER CODE:  1000060271
B
I   NORTEL
L   NAAP MS: 438-03-02
L   220 ATHENS WAY
T   NASHVILLE TN 37228
O

NORTEL C/O CTDI
S   1334 ENTERPRISE DRIVE
H   WEST CHESTER PA 19380
I
P
T
O

CUSTOMER CODE:          1000060271
S   NORTEL
O   NAAP MS: 438-03-02
L   220 ATHENS WAY
D   NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194676 Serial No: PITS01Z36790 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194707 Serial No: PITS01Z00084 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| INVOICE NO. | 113740463 | PAGE 13 OF 21 |
|---|---|---|
| ANDREW ORDER NO. | 200148100 | |
| CUSTOMER ORDER NO. | 4503541289 | |

CUSTOMER CODE: 1000060271

BILL TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE: 1000060271

SOLD TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194708<br>Serial No: PITS01G80228 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194713<br>Serial No: PITS01G76701 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194709<br>Serial No: PITS01G81032 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:        Janet Sanderson

By _____  _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

INVOICE

RP   INVOICE NO.          113740463          PAGE 14 OF 21

CUSTOMER CODE:   1000060271

ANDREW ORDER NO.         200148100

CUSTOMER ORDER NO.       4503541289

B
I
L
L
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

S
O
L
D
T
O

CUSTOMER CODE:        1000060271
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP  PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115  POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194710  Serial No: PITS01G91978 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP  PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115  POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194711  Serial No: PITS01G99981 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP  PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | | |
|---|---|---|
| INVOICE NO. | 113740463 | PAGE 15 OF 21 |
| ANDREW ORDER NO. | 200148100 | |
| CUSTOMER ORDER NO. | 4503541289 | |

CUSTOMER CODE:   1000060271

**BILL TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**SHIP TO**
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:   1000060271

**SOLD TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194712<br>Serial No: PITS01G87773 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194638<br>Serial No: PITS01072857 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194628<br>Serial No: NNTM6100VHDV | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 113740463 |
| ANDREW ORDER NO. | 200148100 |
| CUSTOMER ORDER NO. | 4503541289 |

PAGE 16 OF 21

CUSTOMER CODE:  1000060271

**BILL TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**SHIP TO**
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:   1000060271

**SOLD TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194626 Serial No: NNTM61013027 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194631 Serial No: PITS01061262 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| INVOICE NO. | 113740463 | PAGE 17 OF 21 |
|---|---|---|
| ANDREW ORDER NO. | 200148100 | |
| CUSTOMER ORDER NO. | 4503541289 | |

CUSTOMER CODE:   1000060271

BILL TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:        1000060271

SOLD TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194632 Serial No: NNTM6100KGR2 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194633 Serial No: NNTM6100KWTR | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194637 Serial No: PITS01090322 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 113740463    PAGE 18 OF 21 |
| ANDREW ORDER NO. | 20014B100 |
| CUSTOMER ORDER NO. | 4503541289 |

CUSTOMER CODE:    1000060271

**B I L L T O**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**S H I P T O**
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:    1000060271

**S O L D T O**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194639<br>Serial No: PITSO1089072 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194640<br>Serial No: PITS01142852 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

DIRECT INQUIRIES TO:        Janet Sanderson

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 113740463   PAGE 19 OF 21 |
| ANDREW ORDER NO. | 200148100 |
| CUSTOMER ORDER NO. | 4503541289 |

CUSTOMER CODE: 1000060271
B
I
L NORTEL
L NAAP MS: 438-03-02
T 220 ATHENS WAY
O NASHVILLE TN 37228

NORTEL C/O CTDI
S 1334 ENTERPRISE DRIVE
H WEST CHESTER PA 19380
I
P
T
O

CUSTOMER CODE:          1000060271
S NORTEL
O NAAP MS: 438-03-02
L 220 ATHENS WAY
D NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194636 Serial No: PITS01092162 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194641 Serial No: NNTM6100UG51 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115 POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194642 Serial No: NNTM6100WEL4 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP  INVOICE NO.        113740463      PAGE 20 OF 21

ANDREW ORDER NO.    200148100

CUSTOMER ORDER NO.  4503541289

CUSTOMER CODE:   1000060271

BILL TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:              1000060271
SOLD TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194647<br>Serial No: PITS01092161 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |
| ACMC | 7571115<br>POWER SUPPLY | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501194652<br>Serial No: PITS01097155 | | | | | |
| | PO ITEM REF: NTQA91AA | | | | | |
| ACMC | PRODUCT ATP<br>PRODUCT ATP | | 1 | EA | 72.00 | 72.00 |
| | DELIVERY NUMBER: 501194677 | | | | | |

NET VALUE        3,600.00

DIRECT INQUIRIES TO:        Janet Sanderson

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 113740463 |
| ANDREW ORDER NO. | 200148100 |
| CUSTOMER ORDER NO. | 4503541289 |

PAGE 21 OF 21

CUSTOMER CODE: 1000060271

B
I
L
L
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:     1000060271

S
O
L
D
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/24/2009 | 11/21/2008 | 11/25/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| SALES TAX | 0.00 |
| TOTAL USD | 3,600.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Janet Sanderson

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | | |
|---|---|---|
| INVOICE NO. | 113740726 | PAGE 1 OF 3 |
| ANDREW ORDER NO. | 200141503 | |
| CUSTOMER ORDER NO. | 4503399910 | |

CUSTOMER CODE:   1000060271

**BILL TO**
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

**SHIP TO**
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

**SOLD TO**
CUSTOMER CODE:          1000060271
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/25/2009 | 11/25/2008 | 11/26/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UN | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301<br>POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197926<br>Serial No: PWWT0107346P | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301<br>POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197919<br>Serial No: HTPD0104676P | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301<br>POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197910<br>Serial No: HTPD01003593 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |

DIRECT INQUIRIES TO:          Azure Edwards

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 113740726 |
| ANDREW ORDER NO. | 200141503 |
| CUSTOMER ORDER NO. | 4503399910 |

PAGE 2 OF 3

CUSTOMER CODE:   1000060271

BILL TO:
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

SHIP TO:
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:    1000060271

SOLD TO:
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/25/2009 | 11/25/2008 | 11/26/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301<br>POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197927<br>Serial No: PWWT0207930P | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301<br>POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197913<br>Serial No: 000000000000017334 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |

DIRECT INQUIRIES TO:        Azure Edwards

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | |
|---|---|
| INVOICE NO. | 113740726    PAGE 3 OF 3 |
| ANDREW ORDER NO. | 200141503 |
| CUSTOMER ORDER NO. | 4503399910 |

CUSTOMER CODE:    1000060271
B I L L T O
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

NORTEL C/O CTDI
S H I P T O
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:    1000060271
NORTEL
S O L D T O
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/25/2009 | 11/25/2008 | 11/26/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197930 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |

Serial No: 000000000000005046

|  | |
|---|---|
| NET VALUE | 1,260.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,260.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____


**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.            113740882        PAGE 1 OF 2

ANDREW ORDER NO.      200141503

CUSTOMER ORDER NO.    4503399910

CUSTOMER CODE:    1000060271

B  NORTEL
I  ATTN: ACCOUNTS PAYABLE
L  PO BOX 280510
L  NASHVILLE TN 37228
T
O

CUSTOMER CODE:              1000060271

NORTEL C/O CTDI                  NORTEL
S 1334 ENTERPRISE DRIVE      S ATTN: ACCOUNTS PAYABLE
H WEST CHESTER PA 19380      O PO BOX 280510
I                             L NASHVILLE TN 37228
P                             D
T                             T
O                             O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/25/2009 | 11/25/2008 | 11/26/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197922 Serial No: 000000000000006294 | | | | | |
| | PO ITEM REF: NTQA508A | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197916 Serial No: HTPD0105175P | | | | | |
| | PO ITEM REF: NTQA508A | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501197924 Serial No: 000000000000018735 | | | | | |
| | PO ITEM REF: NTQA508A | | | | | |

DIRECT INQUIRIES TO:        Azure Edwards

By _____


**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | | |
|---|---|---|
| INVOICE NO. | 113740882 | PAGE 2 OF 2 |
| ANDREW ORDER NO. | 200141503 | |
| CUSTOMER ORDER NO. | 4503399910 | |

CUSTOMER CODE:  1000060271

B
I
L
L
T
O
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:       1000060271

S
O
L
D
T
O
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 1/25/2009 | 11/25/2008 | 11/26/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |

DELIVERY NUMBER: 501197922

| | |
|---|---|
| NET VALUE | 630.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 630.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:            Azure Edwards

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96870
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 113742664 | PAGE 1 OF 4 |
|---|---|---|---|---|

ANDREW ORDER NO.    200141503

CUSTOMER CODE:    1000060271

B I L L   T O
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503399910

CUSTOMER CODE:    1000060271
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S H I P   T O
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

S O L D   T O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/7/2009 | 12/5/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 POWER AMPLIFIERS |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501208713 Serial No: PWWT0207871P |  |  |  |  |  |
|  | PO ITEM REF: NTQA50BA |  |  |  |  |  |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED |  | 1 | EA | 210.00 | 210.00 |
|  | DELIVERY NUMBER: 501197922 |  |  |  |  |  |
| ACMC | 7571301 POWER AMPLIFIERS |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501208709 Serial No: 000000000000003898 |  |  |  |  |  |
|  | PO ITEM REF: NTQA50BA |  |  |  |  |  |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED |  | 1 | EA | 210.00 | 210.00 |
|  | DELIVERY NUMBER: 501197922 |  |  |  |  |  |
| ACMC | 7571301 POWER AMPLIFIERS |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501208717 Serial No: 000000000000051175 |  |  |  |  |  |
|  | PO ITEM REF: NTQA50BA |  |  |  |  |  |

DIRECT INQUIRIES TO:        Azure Edwards

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  |  |  |  |
|---|---|---|---|
| RP | INVOICE NO. | 113742664 | PAGE 2 OF 4 |
|  | ANDREW ORDER NO. | 200141503 |  |
|  | CUSTOMER ORDER NO. | 4503399910 |  |

CUSTOMER CODE: 1000060271

B
I
L
L
T
O

NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE: 1000060271
NORTEL

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/7/2009 | 12/5/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501208719 Serial No: 000000000000018811 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501208721 Serial No: HTPD0104453P | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |

DIRECT INQUIRIES TO:        Azure Edwards

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 113742664 | PAGE 3 OF 4 |

CUSTOMER CODE: 1000060271

B I L L T O
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

ANDREW ORDER NO.      200141503

CUSTOMER ORDER NO.    4503399910

S H I P T O
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:          1000060271
NORTEL
S O L D T O
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/7/2009 | 12/5/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501208705 Serial No: HTPD0104714P | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501208710 Serial No: 000000000000004014 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 1,470.00 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 1,470.00 |

DIRECT INQUIRIES TO:          Azure Edwards

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP  INVOICE NO.          113742664          PAGE 4 OF 4

ANDREW ORDER NO.     200141503

CUSTOMER ORDER NO.    4503399910

CUSTOMER CODE:  1000060271

B  NORTEL
I  ATTN: ACCOUNTS PAYABLE
L  PO BOX 280510
T  NASHVILLE TN 37228
O

NORTEL C/O CTDI
S  1334 ENTERPRISE DRIVE
H  WEST CHESTER PA 19380
I
P
T
O

CUSTOMER CODE:         1000060271
NORTEL
S  ATTN: ACCOUNTS PAYABLE
O  PO BOX 280510
L  NASHVILLE TN 37228
D

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/7/2009 | 12/5/2008 | 12/9/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | RP | INVOICE NO. | 113743166 | PAGE 1 OF 1 |
|---|---|---|---|---|
| | | ANDREW ORDER NO. | 200141503 | |
| | | CUSTOMER ORDER NO. | 4503399910 | |

CUSTOMER CODE:  1000060271

BILL TO
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

SHIP TO
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:        1000060271
SOLD TO
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/10/2009 | 12/5/2008 | 12/12/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | DELIVERY NUMBER: 501208711 | | | | | |
| | Serial No: SPCR01000AHG | | | | | |
| | PO ITEM REP: NTQA50BA | | | | | |
| | | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | DELIVERY NUMBER: 501197922 | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 210.00 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 210.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  |  |  |
|---|---|---|---|
| RP | INVOICE NO. | 113744643 | PAGE 1 OF 1 |
|  | ANDREW ORDER NO. | 200141503 |  |
|  | CUSTOMER ORDER NO. | 4503399910 |  |

CUSTOMER CODE: 1000060271

B
I   NORTEL
L   ATTN: ACCOUNTS PAYABLE
L   PO BOX 280510
T   NASHVILLE TN 37228
O

NORTEL C/O CTDI
S   1334 ENTERPRISE DRIVE
H   WEST CHESTER PA 19380
I
P
T
O

CUSTOMER CODE:            1000060271
NORTEL
S   ATTN: ACCOUNTS PAYABLE
O   PO BOX 280510
L   NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | | DELIVERY NUMBER: 501225461 | | | | |
| | | Serial No: SPCR010007NR | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| | | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | | DELIVERY NUMBER: 501197922 | | | | |

|  |  |
|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:            SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:            Azure Edwards

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 113744644 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    200141503

CUSTOMER CODE:   1000060271

B
I   NORTEL
L   ATTN: ACCOUNTS PAYABLE
T   PO BOX 280510
O   NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503399910

CUSTOMER CODE:             1000060271
NORTEL
S   ATTN: ACCOUNTS PAYABLE
O   PO BOX 280510
L   NASHVILLE TN 37228
D
T
O

NORTEL C/O CTDI
S   1334 ENTERPRISE DRIVE
H   WEST CHESTER PA 19380
I
P
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | | DELIVERY NUMBER: 501225459 | | | | |
| | | Serial No: SPCR0200039W | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | | DELIVERY NUMBER: 501197922 | | | | |

| | | |
|---|---|---|
| | NET VALUE | 210.00 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 210.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 113744645 | PAGE 1 OF 1 |
| | | ANDREW ORDER NO. | 200141503 | |
| | | CUSTOMER ORDER NO. | 4503399910 | |

CUSTOMER CODE: 1000060271
B
I NORTEL
L ATTN: ACCOUNTS PAYABLE
T PO BOX 280510
O NASHVILLE TN 37228

CUSTOMER CODE:        1000060271
NORTEL
S ATTN: ACCOUNTS PAYABLE
O PO BOX 280510
L NASHVILLE TN 37228
D
T
O

NORTEL C/O CTDI
S 1334 ENTERPRISE DRIVE
H WEST CHESTER PA 19380
I
P
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | | DELIVERY NUMBER: 501225474 | | | | |
| | | Serial No: HTPD0105228P | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | | DELIVERY NUMBER: 501197922 | | | | |

| | |
|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 113744646 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 200141503 | |
| | CUSTOMER ORDER NO. | 4503399910 | |

CUSTOMER CODE:   1000060271

B
I
L
L
T
O

NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:          1000060271
NORTEL

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | DELIVERY NUMBER: 501225479 | | | | | |
| | Serial No: 000000000000019158 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | DELIVERY NUMBER: 501197922 | | | | | |

| | | |
|---|---|---|
| NET VALUE | | 210.00 |
| SALES TAX | | 0.00 |
| TOTAL USD | | 210.00 |

Carrier:          SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:          Azure Edwards

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 113744647 |  PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 200141503 | |
| | CUSTOMER ORDER NO. | 4503399910 | |

CUSTOMER CODE:   1000060271

BILL TO
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

SHIP TO
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:      1000060271

SOLD TO
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | | DELIVERY NUMBER: 501225470 | | | | |
| | | Serial No: SPCR02000L91 | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| | | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | | DELIVERY NUMBER: 501197922 | | | | |

| | |
|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:       SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:         Azure Edwards

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 113744649 | PAGE 1 OF 1 |

ANDREW ORDER NO.    200141503

CUSTOMER ORDER NO.    4503399910

CUSTOMER CODE:    1000060271

B
I
L
L
T
O

NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:    1000060271
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301<br>POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501225465<br>Serial No: HTPD01002254 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 210.00 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 210.00 |

Carrier:    SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:    Azure Edwards

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | | |
|---|---|---|
| INVOICE NO. | 113744650 | PAGE 1 OF 1 |
| ANDREW ORDER NO. | 200141503 | |
| CUSTOMER ORDER NO. | 4503399910 | |

CUSTOMER CODE: 1000060271

B
I   NORTEL
L   ATTN: ACCOUNTS PAYABLE
L   PO BOX 280510
T   NASHVILLE TN 37228
O

S   NORTEL C/O CTDI
H   1334 ENTERPRISE DRIVE
I   WEST CHESTER PA 19380
P
T
O

CUSTOMER CODE:        1000060271
S   NORTEL
O   ATTN: ACCOUNTS PAYABLE
L   PO BOX 280510
D   NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | DELIVERY NUMBER: 501225477 | | | | | |
| | Serial No: 000000000000019301 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | DELIVERY NUMBER: 501197922 | | | | | |

| | | |
|---|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | |
|---|---|---|
| RP | INVOICE NO. | 113746093    PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 200156244 |
| | CUSTOMER ORDER NO. | 4503638405 |

CUSTOMER CODE: 1000060271

B
I
L
L
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER CODE:                1000060271
NORTEL

S
O
L
D
T
O

NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE<br>ATP No Trouble Found  Failure - MATE | | 8 | EA | 45.00 | 360.00 |

| | |
|---|---|
| NET VALUE | 360.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 360.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Joan Serafino

By _____


**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 113746094 | PAGE 1 OF 1 |
| ANDREW ORDER NO. | 200156245 |
| CUSTOMER ORDER NO. | 4503491051 |

CUSTOMER CODE: 1000060271

B
I  NORTEL
L  NAAP MS: 438-03-02
T  220 ATHENS WAY
O  NASHVILLE TN 37228

CUSTOMER CODE:        1000060271
NORTEL

S  NORTEL
H  NAAP MS: 438-03-02
I  220 ATHENS WAY
P  NASHVILLE TN 37228
T
O

S  NORTEL
O  NAAP MS: 438-03-02
L  220 ATHENS WAY
D  NASHVILLE TN 37228
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 54 | EA | 45.00 | 2,430.00 |
| | ATP No Trouble Found  Failure - MATE | | | | | |

| | |
|---|---|
| NET VALUE | 2,430.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 2,430.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Janet Sanderson

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP    INVOICE NO.        113746095        PAGE 1 OF 1

ANDREW ORDER NO.        200156246

CUSTOMER ORDER NO.    4503638405

CUSTOMER CODE:  1000060271

B
I
L
L
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER CODE:        1000060271

S
O
L
D
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 30 | EA | 45.00 | 1,350.00 |
| | ATP No Trouble Found  Failure - MATE | | | | | |

NET VALUE        1,350.00

SALES TAX        0.00

TOTAL USD        1,350.00

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Joan Serafino

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | |
|---|---|---|
| RP | INVOICE NO. | 113746096 | PAGE 1 OF 1 |

| | |
|---|---|
| ANDREW ORDER NO. | 200156247 |
| CUSTOMER ORDER NO. | 4503491051 |

CUSTOMER CODE:  1000060271

**BILL TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**SHIP TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER CODE:         1000060271
**SOLD TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE<br>ATP No Trouble Found  Failure - MATE | | 44 | EA | 45.00 | 1,980.00 |

| | |
|---|---|
| NET VALUE | 1,980.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,980.00 |

Carrier:         SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:         Joan Serafino

By _____


**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| INVOICE NO. | 113746097 | PAGE 1 OF 1 |
|---|---|---|
| ANDREW ORDER NO. | 200156248 | |
| CUSTOMER ORDER NO. | 4503465596 | |

CUSTOMER CODE: 1000060271

B
I
L
L
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER CODE:        1000060271
NORTEL

S
O
L
D
T
O

NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 134 | EA | 45.00 | 6,030.00 |
| | ATP No Trouble Found Failure - MATE | | | | | |

|  |  |
|---|---|
| NET VALUE | 6,030.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 6,030.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Joan Serafino

By _____



**ANDREW**®
*A CommScope Company*

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

*Repair*

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.          113742070        PAGE 1 OF 1

CUSTOMER CODE:   1000060633 / 1000060634      ANDREW ORDER NO.      200152621

BILL TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER ORDER NO.      4503205055

SHIP TO
NORTEL NETWORKS
GLOBAL REPAIR & DELIVERY SERVICES
600 TECHNOLOGY PARK DRIVE
BILLERICA MA 01821

SOLD TO
CUSTOMER CODE:        1000060634
NORTEL NETWORKS
GLOBAL REPAIR & DELIVERY SERVICES
600 TECHNOLOGY PARK DRIVE
BILLERICA MA 01821

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/3/2009 | 12/5/2008 | 12/5/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | | | | |
| | ATP No Trouble Found  Failure - MATE | | 23 | EA | 37.00 | 851.00 |

NET VALUE      851.00

SALES TAX      0.00

TOTAL USD     851.00

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Joan Serafino

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

*Repair*

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 113742071 |
| ANDREW ORDER NO. | 200152522 |
| CUSTOMER ORDER NO. | 4503399910 |

PAGE 1 OF 1

CUSTOMER CODE:    1000060633 / 1000060634

**BILL TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**SHIP TO**
NORTEL NETWORKS
GLOBAL REPAIR & DELIVERY SERVICES
600 TECHNOLOGY PARK DRIVE
BILLERICA MA 01821

**SOLD TO**
CUSTOMER CODE:            1000060634
NORTEL NETWORKS
GLOBAL REPAIR & DELIVERY SERVICES
600 TECHNOLOGY PARK DRIVE
BILLERICA MA 01821

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/3/2009 | 12/5/2008 | 12/5/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | | | | |
| | ATP No Trouble Found  Failure - MATE | | 36 | EA | 37.00 | 1,332.00 |

| | |
|---|---|
| NET VALUE | 1,332.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,332.00 |

Carrier:            SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:            Joan Serafino

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

*Repair*

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 113742072 |
| ANDREW ORDER NO. | 200152523 |
| CUSTOMER ORDER NO. | 4500099910 |

PAGE 1 OF 1

CUSTOMER CODE: 1000060633 / 1000060634

BILL TO:
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO:
NORTEL NETWORKS
GLOBAL REPAIR & DELIVERY SERVICES
600 TECHNOLOGY PARK DRIVE
BILLERICA MA 01821

CUSTOMER CODE:          1000060634

SOLD TO:
NORTEL NETWORKS
GLOBAL REPAIR & DELIVERY SERVICES
600 TECHNOLOGY PARK DRIVE
BILLERICA MA 01821

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/3/2009 | 12/5/2008 | 12/5/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 64 | EA | 37.00 | 2,368.00 |
| | ATP No Trouble Found  Failure - MATE | | | | | |

| | |
|---|---|
| NET VALUE | 2,368.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 2,368.00 |

Carrier:          SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:          Joan Serafino

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

*Repair*

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 113742073 |
| ANDREW ORDER NO. | 200152524 |
| CUSTOMER ORDER NO. | 4503462434 |

PAGE 1 OF 1

CUSTOMER CODE:    1000060633 / 1000060634

B
I
L
L
T
O
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
H
I
P
T
O
NORTEL NETWORKS
GLOBAL REPAIR & DELIVERY SERVICES
600 TECHNOLOGY PARK DRIVE
BILLERICA MA 01821

CUSTOMER CODE:    1000060634

S
O
L
D
T
O
NORTEL NETWORKS
GLOBAL REPAIR & DELIVERY SERVICES
600 TECHNOLOGY PARK DRIVE
BILLERICA MA 01821

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/3/2009 | 12/5/2008 | 12/5/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 102 | EA | 37.00 | 3,774.00 |
| | ATP No Trouble Found  Failure - MATE | | | | | |

| | |
|---|---|
| NET VALUE | 3,774.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 3,774.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Joan Serafino

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 113746267 |

PAGE 1 OF 3

| | |
|---|---|
| ANDREW ORDER NO. | 200154510 |

CUSTOMER CODE: 1000075663
NORTEL
ATTN: Accounts Payable
PO BOX 280510
NASHVILLE TN 37228

| | |
|---|---|
| CUSTOMER ORDER NO. | 4503652591 |

BILL TO

NORTEL NETWORKS
ATTN: RAY MEJIA
DOCK 15 7710 North 30th Street
TAMPA FL 33610

SHIP TO

CUSTOMER CODE:        1000075663
NORTEL
ATTN: Accounts Payable
PO BOX 280510
NASHVILLE TN 37228

SOLD TO

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/13/2009 | 1/9/2009 | 1/12/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7570302<br>NORTEL AMPLIFIER | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235545<br>Serial No: PWWT03D51NEP | | | | | |
| | PO ITEM REF: NTQA50GA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 235.00 | 235.00 |
| | DELIVERY NUMBER: 501235545 | | | | | |
| ACMC | 7570302<br>NORTEL AMPLIFIER | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235546<br>Serial No: PWWT04F2TWHH | | | | | |
| | PO ITEM REF: NTQA50GA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 235.00 | 235.00 |
| | DELIVERY NUMBER: 501235545 | | | | | |
| ACMC | 7570302<br>NORTEL AMPLIFIER | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235551<br>Serial No: PWWT04F272VH | | | | | |
| | PO ITEM REF: NTQA50GA | | | | | |

DIRECT INQUIRIES TO:        Janet Sanderson

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.    113746267    PAGE 2 OF 3

ANDREW ORDER NO.    200154510

CUSTOMER ORDER NO.    4503652591

CUSTOMER CODE:    1000075663

B  NORTEL
I  ATTN: Accounts Payable
L  PO BOX 280510
T  NASHVILLE TN 37228
O

CUSTOMER CODE:    1000075663
NORTEL

NORTEL NETWORKS
S  ATTN: RAY MEJIA
H  DOCK 15 7710 North 30th Street
I  TAMPA FL 33610
P
T
O

S  ATTN: Accounts Payable
O  PO BOX 280510
L  NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/13/2009 | 1/9/2009 | 1/12/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT UNREPAIRED<br>PRODUCT UNREPAIRED | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235545 | | | | | |
| ACMC | 7570302<br>NORTEL AMPLIFIER | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235547<br>Serial No: PWWT04F4680H | | | | | |
| | PO ITEM REF: NTQA50GA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 235.00 | 235.00 |
| | DELIVERY NUMBER: 501235545 | | | | | |
| ACMC | 7570302<br>NORTEL AMPLIFIER | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235549<br>Serial No: PWWT03D54E7P | | | | | |
| | PO ITEM REF: NTQA50GA | | | | | |
| ACMC | PRODUCT UNREPAIRED<br>PRODUCT UNREPAIRED | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235545 | | | | | |

NET VALUE    705.00

DIRECT INQUIRIES TO:    Janet Sanderson

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 98879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.        113746267        PAGE 3 OF 3

ANDREW ORDER NO.        200154510

CUSTOMER ORDER NO.        4503652591

CUSTOMER CODE:    1000075663

B
I  NORTEL
L  ATTN: Accounts Payable
T  PO BOX 280510
O  NASHVILLE TN 37228

CUSTOMER CODE:        1000075663
NORTEL
S  ATTN: Accounts Payable
O
L  PO BOX 280510
D
T  NASHVILLE TN 37228
O

NORTEL NETWORKS
S  ATTN: RAY MEJIA
H
I  DOCK 15 7710 North 30th Street
P
T  TAMPA FL 33610
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/13/2009 | 1/9/2009 | 1/12/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

SALES TAX        0.00

TOTAL USD        705.00

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Janet Sanderson

By _____