## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
                               :

*In re*                                     :        Chapter 11

Nortel Networks Inc., *et al.*, [1]       :        Case No. 09-10138 (KG)

                   Debtors.       :        Jointly Administered

                                 :
------------------------------------------------------X

### NOTICE OF SERVICE [RE: D.I. 220, 221, 222 AND 223]

PLEASE TAKE NOTICE that on February 5, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list:

- **Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, Nunc Pro Tunc to the Petition Date** (D.I. 220, Entered 2/4/09);

- **Order Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP for Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date** (D.I. 221, Entered 2/4/09);

- **Administrative Order Establishing Procedures for Interim Compensation of Fees and Reimbursement of Expenses of Professionals and Official Committee Members** (D.I. 222, Entered 2/4/09); and

- **Order Extending the Debtors' Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs** (D.I. 223, Entered 2/4/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated:  February 5, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession

2718647.1