IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re                                           : Chapter 11
                                                :
Nortel Networks Inc., *et al.*,[1]              : Case No. 09-10138 (KG)
                                                :
                         Debtors.               : Jointly Administered
                                                :
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 235]

PLEASE TAKE NOTICE that on February 5, 2009, copies of the **Final Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of the Debtors' Parents' Equity Securities** (D.I. 235, Entered 2/5/09) were served in the manner indicated on the entities identified on the attached service list.

PLEASE TAKE FURTHER NOTICE that on February 6, 2009, a copy of the **Final Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of the Debtors' Parents' Equity Securities** (D.I. 235, Entered 2/5/09) was served in the manner indicated on the entity identified below.

### VIA FIRST CLASS MAIL

Computershare Trust Co. of Canada
100 University Avenue, 9th Floor
Toronto, Ontario M5J 2Y1
Canada

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: February 6, 2009
      Wilmington, Delaware

              CLEARY GOTTLIEB STEEN & HAMILTON LLP

              James L. Bromley
              Lisa M. Schweitzer
              One Liberty Plaza
              New York, New York 10006
              Telephone: (212) 225-2000
              Facsimile: (212) 225-3999

                      - and -

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              _____
              Derek C. Abbott (No. 3376)
              Eric D. Schwartz (No. 3134)
              Thomas F. Driscoll III (No. 4703)
              Ann C. Cordo (No. 4817)
              1201 North Market Street, 18th Floor
              P.O. Box 1347
              Wilmington, DE 19899-1347
              Telephone: (302) 658-9200
              Facsimile: (302) 425-4663

              Counsel for the Debtors and Debtors in Possession

2720108.1