IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 236, 237, 238, 239, 240 AND 241]

PLEASE TAKE NOTICE that on February 5, 2009, copies of the following were served in the manner indicated on the entities identified on the service list attached hereto as **Exhibit A**:

- **Order Authorizing The Debtors To Retain And Employ Professionals Used In The Ordinary Course Of Business Nunc Pro Tunc To The Petition Date** (D.I. 236, Entered 2/5/09); and

- **Order Clarifying Relief Granted Authorizing Debtors To Honor Prepetition Obligations To Their Customers** (D.I. 237, Entered 2/5/09);

- **Order Granting Debtors Additional Time to File Reports of Financial Information or to Seek a Modification of Such Reporting Requirement** (D.I. 238, Entered 2/5/09);

- **Order Supplementing Certain of First Day Orders** (D.I. 239, Entered 2/5/09);

- **Final Order (I) Restraining Utility Companies From Discontinuing, Altering or Refusing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment** (D.I. 240, Entered 2/5/09)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- Order Approving Stipulation as to Notice of Withdrawal of Objection of Public Service Company of North Carolina, Incorporated to Debtors' Motion for Interim and Final Orders (I) Restraining Utility Companies from Discontinuing, Altering or Refusing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Assurance (D.I. 241, Entered 2/5/09).

PLEASE TAKE FURTHER NOTICE that on February 5, 2009, copies of the Order Approving Stipulation as to Notice of Withdrawal of Objection of Public Service Company of North Carolina, Incorporated to Debtors' Motion for Interim and Final Orders (I) Restraining Utility Companies from Discontinuing, Altering or Refusing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Assurance (D.I. 241, Entered 2/5/09) were served in the manner indicated upon the entity identified below:

### VIA FIRST CLASS MAIL

David B. Wheeler, Esq.
Moore & Van Allen, PLLC
40 Calhoun Street
Suite 300
Charleston, SC 29401

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: February 9, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

2719319.2