**EXHIBIT B**

# UTILITIES SERVICE LIST

**VIA FIRST CLASS MAIL**

Atmos Energy
P.O. Box 78108
Phoenix, AZ  85062-8108

City of Richardson
P.O. Box 831907
Richardson, TX  75083

Suez Energy Resources NA Inc.
P.O. Box 25237
Lehigh Valley, PA  18002-5237

TXU Energy
P.O. Box 1000001
Dallas, TX  75310-0001

Com Ed
P.O. Box 805376
Chicago, IL  60680-5376

PSNC Energy
P.O. Box 100256
Columbia, SC  29202-3256

City of Durham
P.O. Box 30040
Durham, NC  27702-3040

Duke Energy Company
P.O. Box 70516
Charlotte, NC  28272-0516

National Fuel
P.O. Box 4103
Buffalo, NY  14264

JCP&L
P.O. Box 3687
Akron, OH  44309-3687

City of Santa Clara
P.O. Box 58000
Santa Clara, CA  95052-8000

PG&E - CA
P.O. Box 997300
Sacramento, CA  95899-7300

National Grid
P.O. Box 4300
Woburn, MA  01888-4321

National Grid - Massachusetts
P.O. Box 1005
Woburn, MA  01807-0005

Town of Billerica
P.O. Box 369
Billerica, MA  02155-0004

LIPA
P.O. Box 9039
Hicksville, NY  11802-9686

National Grid - Melville
P.O. Box 9037
Hicksville, NY  11802-9037

Suffolk County Water Authority
P.O. Box 1149
Newark, NJ  07101-1149

Great Oaks Water Co.
P.O. Box 23490
San Jose, CA  95153

AT&T
P.O. Box 105262
Atlanta, GA  30348-5262

AT&T
P.O. Box 105414
Atlanta, GA  30348-5414

AT&T
P.O. Box 105503
Atlanta, GA  30348-5503

AT&T
P.O. Box 13140
Newark, NJ  07101-5640

AT&T
P.O. Box 13146
Newark, NJ  07101-5646

AT&T
P.O. Box 5001
Carol Stream, IL  60197-5001

AT&T
P.O. Box 5011
Carol Stream, IL  60197-5001

AT&T
P.O. Box 8100
Aurora, IL  60507-8100

AT&T
P.O. Box 8110
Aurora, IL  60507-8110

AT&T
Payment Center
Sacramento, CA  95887-0001

AT&T Teleconference Services
P.O. Box 2840
Omaha, NE  68103-2840

AT&T Global Network Services LLC
Maildrop P308
3405 W Dr M.L.K. Jr. Blvd
Tampa, FL  33607

BT Americas Inc.
Attn:  Dept CH 19234
Palatine, IL  60055-9234

Cablevision Lightpath, Inc.
P.O. Box 360111
Pittsburgh, PA  15251-6111

China Telecom Americas Corp
607 Herndon Parkway
Suite 201
Herndon, VA  20170

Cincinnati Bell
P.O. Box 748003
Cincinnati, OH  45274-8003

Comcast
P.O. Box 3005
Southeastern, PA  19398-3005

Cox Communications
P.O. Box 2380
Omaha, NE  68103-2380

Embarq
P.O. Box 660068
Dallas, TX  75266-0068

Embarq
P.O. Box 96064
Charlotte, NC  28296-0064

First Digital Telecom
Billing Department
P.O. Box 1499
Salt Lake City, UT  84110-1499

Frontier Communications
P.O. Box 20567
Rochester, NY  14602-0567

Global Crossing Conferencing
P.O. Box 790407
St. Louis, MO  63179-0407

KDDI
P.O. Box 7777
W510005
Philadelphia, PA  19175-0005

Level 3 Communications LLC
Department 1782
Denver, CO  80291-1782

Level 3 Communications LLC
Department 182
Denver, CO  80291-0182

Masergy Communications, Inc.
P.O. Box 671454
Dallas, TX  75267-1454

McDonald County Telephone Co.
P.O. Box 207
Pineville, MO  64856-0207

MCI International Inc.
P.O. Box 382077
Philadelphia, PA  15251-8077

PCCW Global Inc.
P.O. Box 75056
Baltimore, MD  21275

Qwest
Business Services
P.O. Box 856169
Louisville, KY  40285-6169

Qwest
P.O. Box 17360
Denver, CO  80217-0360

Qwest
P.O. Box 173638
Denver, CO  80217-3638

Qwest
P.O. Box 29039
Phoenix, AZ  85038-9039

Qwest
P.O. Box 91154
Seattle, WA  98111-9254

Qwest
P.O. Box 91155
Seattle, WA  98111-9255

Sprint
P.O. Box 219530
Kansas City, MO  64121-9530

Sprint
P.O. Box 219623
Kansas City, MO   64121-9623

TelCove Operations
P.O. Box 931843
Atlanta, GA   31193-1843

Telefonica USA, Inc.
1111 Brickell Avenue
10th Floor
Miami, FL   33131

Telepacific Communications
P.O. Box 526015
Sacramento, CA   95852-6015

TelMex USA LLC
3350 SW 148 Avenue
Suite 400
Miramar, FL   33027

Time Warner Cable
P.O. Box 70873
Charlotte, NC   28272-0873

TW Telecom
P.O. Box 172567
Denver, CO   80217-2567

Verisign, Inc.
P.O. Box 849985
Dallas, TX   75284-9985

Verizon
P.O. Box 1100
Albany, NY   12250-0001

Verizon
P.O. Box 15124
Albany, NY   12212-5124

Verizon
P.O. Box 9688
Mission Hills, CA   91346-9688

Verizon
P.O. Box 28000
Lehigh Valley, PA   18002-8000

Verizon
P.O. Box 4648
Trenton, NJ   08650-4648

Verizon
P.O. Box 4833
Trenton, NJ   08650-4833

Verizon
P.O. Box 660720
Dallas, TX   75266-0720

Verizon
P.O. Box 660748
Dallas, TX   75266-0748

Verizon Business
P.O. Box 70928
Chicago, IL   60673-0928

Verizon Business
P.O. Box 371322
Pittsburgh, PA   15250-7322

Verizon Business
P.O. Box 371355
Pittsburgh, PA   15250-7355

Verizon Business
P.O. Box 371873
Pittsburgh, PA   15250-7873

Verizon Business
P.O. Box 371392
Pittsburgh, PA   15250

Verizon California
P.O. Box 9688
Mission Hills, CA   91346-9688

Verizon North
P.O. Box 9688
Mission Hills, CA   91346-9688

Verizon Northwest
P.O. Box 9688
Mission Hills, CA   91346-9688

Verizon South
P.O. Box 920041
Dallas, TX   75392-0041

Verizon Florida LLC
600 Hidden Ridge
Irving, TX   75038-3809

WilTel Communications
Department 182
Denver, CO   80291-0182

Windstream
P.O. Box 9001908
Louisville, KY   40290-1908

```
XO Communications
14239 Collections Center Dr.
Chicago, IL  60693

Century Tel
P.O. Box 4300
Carol Stream, IL  60197-4300
```