UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF RECLAMATION BY EXCELIGHT COMMUNICATIONS, INC.

Please be advised that a written reclamation demand on behalf of Excelight Communications, Inc. was served on February 5, 2009, through counsel, on Nortel Networks, Inc. and its attorneys of record, Derek C. Abbott, Morris, Nichols, Arsht & Tunnell LLP. A true and correct copy of the written reclamation demand with exhibits is attached hereto as *Exhibit A* and incorporated herein by reference for all purposes.

Dated: February 9, 2009

HUNTON & WILLIAMS LLP

*/s/ Michael Wilson*
Michael G. Wilson (VSB No. 48927, DE No. 4022)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopy: (804) 788-8218

-and-

Lynnette R. Warman
Texas State Bar No. 20867940
SD Bar No. 13332
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
Telephone: (214) 855-4500
Telecopy: (214) 855-4300

**ATTORNEYS FOR EXCELIGHT COMMUNICATIONS, INC.**

## **CERTIFICATE OF SERVICE**

      This is to certify that on February 9, 2009, a copy of the foregoing Notice of Reclamation was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware. A separate certificate of service shall be filed with respect to those parties on the Clerk's list who do not receive electronic e-mail service.

                                              */s/ Lynnette Warman*
                                              Lynnette R. Warman