**EXHIBIT A**



HUNTON &
WILLIAMS

HUNTON & WILLIAMS LLP
FOUNTAIN PLACE
1445 ROSS AVENUE
SUITE 3700
DALLAS, TEXAS 75202-2799

TEL    214 • 979 • 3000
FAX    214 • 880 • 0011

CAROLINE R. PENNINCK
DIRECT DIAL: 214-979-3091
EMAIL:  cpenninck@hunton.com

FILE NO: 75285.000002

February 5, 2009

**VIA FEDEX and U.S. MAIL**
Nortel Networks, Inc.
Attn: Alf Decardenas
4001 East Chapel Hill-Nelson Highway
Research Triangle Park, NC 27709

**VIA U.S. MAIL**
Nortel Networks, Inc.
Attn: Accounts Payable
P. O. Box 280510
Nashville, TN 37228

**VIA FEDEX and FAX (302-658-3989)**
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1334

Re:    *In re Nortel Networks Inc., et al.*, Cause No. 09-10138-KB (the "Bankruptcy Case");
       Reclamation of Goods Delivered by Excelight Communications, Inc. ("Excelight")

Gentlemen:

We represent Excelight in connection with its delivery of goods to Nortel Networks, Inc. (the "Debtor") prior to the filing of the Bankruptcy Case on January 14, 2009 (the "Petition Date"). Pursuant to Section 546(c) of the United States Bankruptcy Code and Section 20702 of the Uniform Commercial Code, as codified under applicable state law, Excelight hereby demands reclamation of all goods delivered to, and received by, the Debtor or its agents at any time during the 45-day period preceding the Petition Date. This demand for reclamation includes, but is not limited to, those goods (the "Goods") shipped, delivered and received by the Debtor, pursuant to the Debtor's request and as itemized on invoice nos. 55629, 55724, 55773, 55849,



Nortel Networks, Inc.
February 5, 2009
Page 2

55881, 55895, 55975, 56007, 56215, 56324, 56325, 56323, and 56347 (the "Invoices").  For your reference, the Invoices and related packaging slips and tracking summaries containing proof of delivery are attached hereto as *Exhibit A*.

You are hereby directed to set aside all goods which are subject to Excelight's right of reclamation, and to cease all use of those goods unless otherwise directed by a court of competent jurisdiction.

Please contact me as soon as possible to make arrangements for return of the goods which are subject to Excelight's right of reclamation.

Sincerely yours,

Caroline R. Penninck

CRP:cc

cc:    Lynnette Warman, Esq.
       Chris Finch

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

| | | |
|---|---|---|
| **Invoice No.** EXL 55629 | | |
| **Page** 1 | | |
| **Date Invoiced** 12/02/08 | | |
| **Date Due** 01/31/09 | | |
| **Salesman** | | |
| **Invoice Type** REGULAR INVOICE | | |
| **Tax ID** 56-2203562 | | |
| **Date Shipped** 12/01/08 | | |

**B L L T O**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**S H I P T O**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E084913 | 4503449130 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 10.000 | 10.000 | EA | DWDM OC48 SFP | 590.00000 | 5,900.00 |
| | | | | CI: NTK585AE | | |
| | | | | Item: SCP9EA8-N1-CN-F590 | | |

EXHIBIT
A
tabbies®

| SALES AMOUNT | 5,900.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **5,900.00** |

## ORIGINAL INVOICE

Any amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

**Remit to:**
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34405

CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

(1)
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

Billing Contact:
Order Contact:

Contact:
Ship Acct: E527E8

| Pack Date | Cust PO | | | | | Weight(KG) | For | Shipping Terms |
|---|---|---|---|---|---|---|---|---|
| 12/01/08 | E084913  4503449130 | | | UPS Ground | 0.00 | 0 | Origin | Collect |
| Line No | | | | Description | | | | QTY ORDERED |
| 10 | SCP9EA8-N1-CN-F590 | | | DWDM OC48 SFP | | | EA | 10.00 |

C/I: NTK585AE

2A1V83      DEC 1, 2008          ACT WT   1.1 LBS    #PK 1
SERVICE GNDCOM                   BILL WT  2.0 LBS
TRACKING# 1Z2A1V8303439B0904     ALL CURRENCY USD
REF 1:E084913
REF 2:
                                 FRT: REC
HANDLING CHARGE 0.00             SVC  F/C USD
SHIPMENT PUB RATE CHARGES:       RS   0.00
DV  0.00           COD  0.00     SD   0.00
DC  0.00           DG   0.00     SP   0.00
AH  0.00           PR   0.00     PUB+HANDLING    4.56
TOT PUB CHG  4.56



⊠Close Window

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4398 090 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/02/2008 |
| | 10:22 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |

Tracking results provided by UPS: 02/03/2009 3:45 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**Invoice No. EXL 55724**
Page 1
**Date Invoiced** 12/03/08
**Date Due** 02/01/09
**Salesman**
**Invoice Type** REGULAR INVOICE
Tax ID 56-2203562
**Date Shipped** 12/02/08

B&L TO
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

SHIP TO
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|--------|-------------|------|--------|----------|---------------|---------------|
| E085616 | 4503589018 | 1 | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|-------------|-----|-------------|------------|----------------|
| 10 | 160.000 | 160.000 | EA | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | 43.00000 | 6,880.00 |
| | | | | Item: SCP6822-N2-AUE | | |
| | | | | CI: NTTP04BF | | |

|  |  |
|---|---|
| SALES AMOUNT | 6,880.00 |
| MISC.CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **6,880.00** |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

## ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

# PACKING SLIP

**Page:** 1
**Packing Slip:** 34429

**ExceLight**
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

(i)
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

Billing Contact:
Order Contact:       Contact:
                     Ship Acct:E527e8

| Pck Date | Order | Cus PO | Weight | Pkgs | Origin | Qty Orders | Qty Packed | Shipping Terms |
|---|---|---|---|---|---|---|---|---|
| 12/02/08 | E085616  4503589018 | | 0.00 | 0 | Origin | 160.00 | 160.00 | Collect |
| 10 | SCP6822-N2-AUE | | | | | | | |

C/I: NTTP04BF

Ship Via: UPS Ground

Service GNDCOM

OC-3/12 Dual Rate SR-1SFP TRX - Nortel      EA

2A1V83       DEC 2, 2008      ACT WT 11.0 LBS  #PK 1
SERVICE GNDCOM                BILL WT 11.0 LBS  ALL CURRENCY USD
TRACKINGH 1ZZA1V83034587073
REF 1:E085616
REF 2:

HANDLING CHARGE 0.00          FRT; REC
SHIPMENT PUB RATE CHARGES:    SVC F/C USD
DV 0.00          COD  0.00         RS  0.00
DC 0.00          DG   0.00         SD  0.00
AH 0.00          PR   0.00         SP  0.00
TOT PUB CHG  6.17    PUB+HANDLING  6.17



☒Close Window

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4587 107 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/03/2008<br>11:41 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |

Tracking results provided by UPS: 02/03/2009 3:48 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**Invoice No.** EXL 55773
Page 1
**Date Invoiced** 12/05/08
**Date Due** 02/03/09
**Salesman**
**Invoice Type** REGULAR INVOICE
**Tax ID** 56-2203562
**Date Shipped** 12/04/08

**B I L L T O**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**S H I P T O**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER # | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---------|-------------|------|--------|----------|---------------|---------------|
| E085191 | 4503499740 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|----------|--------------|-------------|-----|-------------|------------|----------------|
| 10 | 40.000 | 40.000 | EA | OC-48 IR SFP TRX Nortel Custom | 105.00000 | 4,200.00 |
| | | | | Item: SCP6808-N1-AUE | | |
| | CI: NTTP03CF | | | | | |

| | |
|---|---|
| SALES AMOUNT | 4,200.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **4,200.00** |

## ORIGINAL INVOICE

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

**Remit to:**
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

# PACKING SLIP

Pg  1

Packing Slip: 34478

**ExceLight**
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

CN00779

Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

(1)
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

Contact:

Ship Acct: E527E8

Billing Contact:
Order Contact:

| Cust Date | Order | Cust PO | Ship Via | Pos Sh | Weight | Pos No | FOB | Shipping Terms |
|---|---|---|---|---|---|---|---|---|
| | | | UPS Ground | 0.00 | 0 | 0.00 | Origin | Collect |

12/04/08   E085191   4503499740

SCP6808-N1-AUE

10                                      OC-48 IR SFP TRX Nortel Custom    EA    40.00    40.00

C/I: NTTP03CF

201V83     DEC 4, 2008        ACT WT   3.4 LBS    #PK 1
SERVICE CNDCOM               BILL WT  4.0 LBS
TRACKING# 1Z2A1V8303430663315    ALL CURRENCY USD
REF 1:E085191
REF 2:

                              FRT: REC
                                 SVC   F/C USD
HANDLING CHARGE 0.00
SHIPMENT PUB RATE CHARGES:          RS     0.00
DV  0.00         COD    0.00        SD     0.00
DC  0.00         DG     0.00        DG     0.00
AH  0.00         PR     0.00        SP     4.73
TOT PUB CHG   4.73    PUB+HANDLING     4.73

Close Window



# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4306 331 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/05/2008<br>11:33 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | BENNETT |
| Service: | GROUND |

Tracking results provided by UPS:  02/03/2009 3:46 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

Invoice No. EXI 55849
Page 1
Date Invoiced 12/09/08
Date Due 02/07/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 12/08/08

**BILL TO:**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO:**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085235 | 4503506377 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 150.000 | 150.000 | EA | SFP Gbe 10km TRX Nortel Custom | 45.00000 | 6,750.00 |
| | | | | CI: NTTP01CF | | |
| | | | | Item: SCP6844-N1-AUE | | |

| | |
|---|---|
| SALES AMOUNT | 6,750.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | 0.00 |
| **TOTAL** | **6,750.00** |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

## ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance
charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge
exceed the highest rate permitted by law.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34547

B: CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

S: (1)
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

Contact:
Ship Acct:E527E8

Billing Contact:
Order Contact:

| Pack Date | Order # | Cust PO |
| --- | --- | --- |
| 12/08/08 | E085235 | 450350 6377 |

| Line/Rel | Item | Ship Via | Weight | Pkgs. # | FOB | Shipping Terms |
| --- | --- | --- | --- | --- | --- | --- |
| | | UPS Ground | 0.00 | 0 | Origin | Collect |
| 10 | SCP6844-N1-AUE | Description | | | U/M | Qty Ordered | Qty Packed |

SFP Gbe 10Km TRX Nortel Custom                    EA    150.00    150.00

C/I: NTTP01CF

2R1V83    DEC 8, 2008    ACT WT  11.3 LBS   #PK 1
SERVICE GNDCOM                BTLL WT  12.0 LBS
TRACKING# 1ZZR1V830345181407   ALL CURRENCY USD
REF 1:E085235
REF 2:

                                        FRT: REC
HANDLING CHARGE 0.00                SVC F/C USD
SHIPMENT PUB RATE CHARGES:       COD  0.00     RS   0.00
DV  0.00                          DG   0.00     SD   0.00
DC  0.00                          PR   0.00     SP   0.00
RH  0.00
TOT PUB CHG   6.35               PUB+HANDLING    6.35



⊠Close Window

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4518 140 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/09/2008 |
| | 12:01 P.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |

Tracking results provided by UPS: 02/03/2009 3:39 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

Invoice No. EXL 55881
Page 1
Date Invoiced 12/10/08
Date Due 02/08/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 12/09/08

| B I L L T O | CN00779<br>Nortel Networks Inc<br>Attn: Accounts Payable<br>P.O. Box 280510<br>Nashville TN 37228 |
|---|---|

| S H I P T O | 1<br>Nortel Networks<br>SAP Plant 1600<br>4001 E.Chapel Hill-Nelson Hwy<br>RTP NC 27709 |
|---|---|

| ORDER# | P.O. NUMBER | PKGS. | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085210 | 4503503264 | | 0.0 | UPS | 60 days | None |

| LINE/REL. | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 60.000<br>CI: NTTP03CF | 60.000 | EA | OC-48 IR SFP TRX Nortel Custom<br>Item: SCP6808-N1-AUE | 105.00000 | 6,300.00 |

|  |  |
|---|---|
| SALES AMOUNT | 6,300.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 6,300.00 |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance
charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge
exceed the highest rate permitted by law.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

# PACKING SLIP

Page: 1
Packing Slip: 34554

**ExceLight**
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

(1)
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

Contact:
Ship Acct: E527E8

Billing Contact:
Order Contact:

| Pack Date | Order | Customer PO | Shipped Via | Weight | Units Shipped | Units Ordered | Units Back Ord | FOB Point | Shipping Terms |
|-----------|-------|-------------|-------------|--------|---------------|---------------|----------------|-----------|----------------|
| 12/09/08  | E085210  450350326 | 4 | UPS Ground | 0.00 | 0 | 0 | Origin | Collect |

| Line/Rel | Item | Description | | | |
|----------|------|-------------|--|--|--|
| 10 | SCP6808-N1-AUB | OC-48 IR SFP TRX Nortel Custom | EA | 60.00 | 60.00 |

C/I: NTTP03CP

```
2A1V83           DEC  9,  2008      ACT WT  4.7 LBS    #PK  1
SERVICE GNDCOM                      BILL WT  5.0 LBS
TRACKING# 1Z2A1V30344191550        ALL CURRENCY USD
REF 1:E085210
REF 2:

                                     FRT: REC
HANDLING CHARGE 0.00                 SVC  F/C USD
SHIPMENT PUB RATE CHARGES :
DV 0.00              COD   0.00        RS    0.00
DC 0.00              DG    0.00        SD    0.00
AH 0.00              PR    0.00        SP    0.00
TOT PUB CHG  4.95          PUB+HANDLING       4.95
```



⊠Close Window

## Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4419 155 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/10/2008 |
| | 11:58 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |
| Multiple Packages: | 2 |

Tracking results provided by UPS: 02/03/2009 3:37 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**Invoice No.** EXL 55895
Page 1
**Date Invoiced** 12/10/08
**Date Due** 02/08/09
**Salesman**
**Invoice Type** REGULAR INVOICE
**Tax ID** 56-2203562
**Date Shipped** 12/09/08

**B** CN00779
**I** Nortel Networks Inc
**L** Attn: Accounts Payable
**L** P.O. Box 280510
**T** Nashville TN 37228
**O**

**S** 1
**H** Nortel Networks
**I** SAP Plant 1600
**P** 4001 E.Chapel Hill-Nelson Hwy
**T** RTP NC 27709
**O**

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085793 | 4503627549 | 0 | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 70.000 | 70.000 | EA | OC-48 IR SFP TRX Nortel Custom | 105.00000 | 7,350.00 |
| | | | | CI: NTTP03CF | | |
| | | | | Item: SCP6808-N1-AUE | | |

| | |
|---|---|
| SALES AMOUNT | 7,350.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **7,350.00** |

**ORIGINAL INVOICE**

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

PACKING SLIP

Page: 1
Packing Slip: 34555

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

B  CN00779
I  Nortel Networks Inc
L  Attn: Accounts Payable
L  P.O. Box 280510
T  Nashville TN 37228
O

S  (1)
H  Nortel Networks
I  SAP Plant 1600
P  4001 E.Chapel Hill-Nelson Hwy
T  RTP NC 27709
O

Billing Contact:
Order Contact:

Contact:
Ship Acct: E527E8

| PackDate | Order # | CustPO | SAP PN | Description | Weight | Pkgs | QB | UM | Origin | ShippingVia | QtyOrdered | QtyPacked |
|----------|---------|--------|--------|-------------|--------|------|-----|-----|--------|-------------|-----------|-----------|
| 12/09/08 | E085793 | 4503627549 | | UPS Ground | 0.00 | 0 | EA | | Origin | Collect | 70.00 | 70.00 |

Line/Rel
10        SCP6808-N1-AUE
          OC-48 IR SFP TRX Nortel Custom

C/I: NTTP03CF

2AIV83      DEC 9, 2008      ACT WT  7.0 LBS   #PK 1
SERVICE GNDCOM             BILL WT  7.0 LBS
TRACKING# 1Z2A1V8303A3265537    ALL CURRENCY USD
REF 1:E085793
REF 2:

HANDLING CHARGE 0.00         FRT: REC
SHIPMENT PUB RATE CHARGES:        SVC  F/C USD
DV 0.00              CDD  0.00    RS  0.00
DC 0.00              DG   0.00    SD  0.00
AH 0.00              PR   0.00    SP  0.00
TOT PUB  CHG   5.39      PUB+HANDLING   5.39



☒Close Window

# Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4325 553 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/10/2008 |
| | 11:58 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |
| Multiple Packages: | 2 |

Tracking results provided by UPS: 02/03/2009 3:43 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

Invoice No. EXL 55975
Page 1
Date Invoiced 12/15/08
Date Due 02/13/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 12/12/08

**BILL TO**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O.NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085708 | 4503615864 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 168.000 | 168.000 | EA | 10G Base XFP - Nortel | 307.00000 | 51,576.00 |
| | | | | CI: NTTP84BA | | |
| | | | | Item: SXP3100NV-N62 | | |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

## ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

| | |
|---|---|
| SALES AMOUNT | 51,576.00 |
| MISC. CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **51,576.00** |

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34638

B  CNO0779
I  Nortel Networks Inc
L  Attn: Accounts Payable
L  P.O. Box 280510
    Nashville TN 37228
T
O

S  (1)
H  Nortel Networks
I  SAP Plant 1600
P  4001 E.Chapel Hill-Nelson Hwy
    RTP NC 27709
T
O

Contact:
Ship Acct: E527E8

Billing Contact:
Order Contact:

| Weight | # Pkgs | FOB | Shipping Terms |
|--------|--------|-----|----------------|
| 0.00 | 0 | Origin | Collect |

| Ship Via | Disposition | U/M | Qty Ordered | Qty Packed |
|----------|-------------|-----|-------------|------------|
| UPS Ground | | EA | 168.00 | 168.00 |
| | 10G Base XFP - Nortel | | | |

| Pack Date | Order# | Cust PO |
|-----------|--------|---------|
| 12/12/08 | E085708 | 4503615864 |

| Line/Rel | Item |
|----------|------|
| 10 | SXP3100NV-N62 |

C/I: NTTP84BA

2R1V83    DEC 12, 2008    ACT WT  17.4 LBS  #PK 1
SERVICE GNDCOM                BILL WT  18.0 LBS
TRACKING# 1ZZA1V83034577589G   ALL CURRENCY USD
REF 1:E085708
REF 2:                          FRT: REC
                                SVC  F/C USD
HANDLING  CHARGE  0.00           RS   0.00
SHIPMENT  PUB RATE  CHARGES: 0.00  SD   0.00
DV  0.00           COD   0.00      SP   7.13
DC  0.00           DG    0.00
AH  0.00           PR    0.00   PUB+HANDLING
    TOT PUB  CHG  7.13          7.13

⊠Close Window



# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4577 569 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/15/2008 |
| | 11:30 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |

Tracking results provided by UPS: 02/03/2009 3:42 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

Invoice No. EXL 56007

Page 1

Date Invoiced 12/16/08
Date Due 02/14/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 12/15/08

| B-I-L-L TO | | S-H-I-P TO |
|---|---|---|
| CN00779 | | 1 |
| Nortel Networks Inc | | Nortel Networks |
| Attn: Accounts Payable | | SAP Plant 1600 |
| P.O. Box 280510 | | 4001 E.Chapel Hill-Nelson Hwy |
| Nashville TN 37228 | | RTP NC 27709 |

| ORDER# | P.O. NUMBER | PKGS. | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085567 | 4503574873 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 20.000 | 20.000 | EA | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | 43.00000 | 860.00 |
| | | | | Item: SCP6822-N2-AUE | | |
| | | | | CI: NTTP04BF | | |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

## ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance
charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge
exceed the highest rate permitted by law.

Remit to:
Exceight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

| SALES AMOUNT | 860.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 860.00 |

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34670

**B** CN00779
**I** Nortel Networks Inc
**L** Attn: Accounts Payable
**L** P.O. Box 280510
**T** Nashville TN 37228
**O**

**S** (1)
**H** Nortel Networks
**I** SAP Plant 1600
**P** 4001 E.Chapel Hill-Nelson Hwy
**T** RTP NC 27709
**O**

Billing Contact:
Order Contact:

Contact:
Ship Acct: A43W59

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs | F.O.B. | Shipping Terms |
|---|---|---|---|---|---|---|---|
| 12/15/08 | E085567 4503574873 | | UPS Ground | 0.00 0 | 0 | Origin | Collect |

| Line/Rel | Item | Description | Qty Ordered | Qty Shipped | U/M | Qty Packed |
|---|---|---|---|---|---|---|
| 10 | SCF6822-N2-AUE | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | 20.00 | 20.00 | EA | 20.00 |

C/I: NTTP04BF

```
2A1V83     DEC 15, 2008    ACT WT  2.1 LBS   #PK 1
SERVICE GNDCOM                 BILL WT  3.0 LBS
TRACKING# 1Z2A1V8303448Z1824             ALL CURRENCY USD
REF 1:E085567
REF 2:
                                    FRT: REC
HANDLING CHARGE 0.00                SVC F/C USD
SHIPMENT PUB RATE CHARGES:      RS      0.00
DV 0.00        COD      0.00    SD      0.00
DG 0.00        DG       0.00    SP      0.00
AH 0.00        PR       0.00    PUB+HANDLING   4.60
TOT PUB CHG  4.60
```



☒Close Window

# Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4482 182 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/16/2008 |
| | 11:17 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | BRAN |
| Service: | GROUND |

Tracking results provided by UPS: 02/03/2009 3:40 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**Invoice No. EXI 56215**
Page 1
Date Invoiced 12/30/08
Date Due 02/28/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 12/29/08

| B I L L T O | | S H I P T O |
|---|---|---|
| CN00779 | | 1 |
| Nortel Networks Inc | | Nortel Networks |
| Attn: Accounts Payable | | SAP Plant 1600 |
| P.O. Box 280510 | | 4001 E.Chapel Hill-Nelson Hwy |
| Nashville TN 37228 | | RTP NC 27709 |

| | PAYMENT TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| | 60 days | UPS | None |

| ORDER # | P.O. NUMBER | PKGS. | WEIGHT | | |
|---|---|---|---|---|---|
| E085708 | 4503615864 | | 0.0 | | |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 20 | 7.000 | 7.000 | EA | 10G Base XFP - Nortel | 269.50000 | 1,886.50 |
| | | | | CI: NTTP84BA | | |
| | | | | Item: SXP3100NV-N62 | | |

| | |
|---|---|
| SALES AMOUNT | 1,886.50 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,886.50 |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

## ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

Page: 1
Packing Slip: 34849

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

## PACKING SLIP

B  CN00779
I  Nortel Networks Inc
L  Attn: Accounts Payable
L  P.O. Box 280510
T  Nashville TN 37228
O

S  (1)
H  Nortel Networks
I  SAP Plant 1600
P  4001 E.Chapel Hill-Nelson Hwy
T  RTP NC 27709
O

Billing Contact:
Order Contact:

Contact:
Ship Acct: E527E8

| Back Date | Order# | Cust.PO | Ship Via | Weight | Pkgs.# | FOB | Shipping Terms: |
|---|---|---|---|---|---|---|---|
| 12/29/08 | E085708 | 4503615864 | UPS Ground | 0.00 | 0 | Origin | Collect |

| Line/Rel | Item | Description | UM | Qty.Ordered | Qty.Packed |
|---|---|---|---|---|---|
| 20 | SXP3100NV-N62 | 10G Base XFP - Nortel | EA | 7.00 | 7.00 |

C/I: NTTP84BA

```
2A1V83        DEC 29, 2008      ACT WT  1.2 LBS    #PK 1
SERVICE  GNDCOM               BILL WT  2.0 LBS
TRACKING# 1Z2A1V830344284418    ALL CURRENCY USD
REF 1:E085708
REF 2:

                                        FRT: REC
HANDLING CHARGE 0.00                 SVC  F/C USD
SHIPMENT PUB RATE CHARGES:          RS  0.00
DV  0.00              COD  0.00      SD  0.00
DC  0.00              DG   0.00      SP  0.00
AH  0.00              PR   0.00
TOT PUB CHG  4.56                   PUB+HANDLING
                                             4.56
```

⊠Close Window

# Tracking Summary

**Tracking Numbers**

**Tracking Number:**  1Z 2A1 V83 03 4426 441 8
Type:                Package
Status:              **Delivered**
Delivered On:        12/30/2008
                     8:56 A.M.
Delivered To:        DURHAM, NC, US
Signed By:           WOODS
Service:             GROUND

Tracking results provided by UPS: 02/03/2009 3:00 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

Invoice No. EXL 56324
Page 1
Date Invoiced 01/08/09
Date Due 03/09/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 01/07/09

**BILL TO**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER # | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | FREIGHT TERMS | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| E085794 | 4503627849 | | 0.0 | UPS | None | 60 days |

| LINE/REL | QTY.ORDERED | QTY.BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 60.000 | 60.000 | EA | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | 41.50000 | 2,490.00 |
| | | | | Item: SCP6822-N2-AUE | | |
| | | | | CI: NTTP04BF | | |

| | |
|---|---|
| SALES AMOUNT | 2,490.00 |
| MISC.CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,490.00 |

## ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

Page: 1
Packing Slip: 34943

# PACKING SLIP

**ExceLight**
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

B  CN00779
I  Nortel Networks Inc
L  Attn: Accounts Payable
L  P.O. Box 280510
T  Nashville TN 37228
O

S  (1)
H  Nortel Networks
I  SAP Plant 1600
P  4001 E.Chapel Hill-Nelson Hwy
T  RTP NC 27709
O

Billing Contact:
Order Contact:
Contact:

Ship Acct: E527E8

| Pack Date | Order | Cust PO | Ship Via | Disc Terms | Weight | Pkgs # | F.O.B. | Shipping Terms |
|---|---|---|---|---|---|---|---|---|
| 01/07/09 | E085794 | 4503627849 | UPS Ground | | 0.00 | | Origin | Collect |

| Line/Rel | Item | UM | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 10 | SCP6822-N2-AUE | | | |
| | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | EA | 60.00 | 60.00 |

C/I: NTTP04BF

2Q1V83
SERVICE GNDCOM          JAN 7, 2009    ACT WT  4.4 LBS    #PK 1
TRACKING# 1ZZA1V8303443056481A       BILL WT  5.0 LBS
REF 1: E085794                        ALL CURRENCY USD
REF 2:

                                      FRT: REC
                                      SVC F/C USD
HANDLING CHARGE 0.00                  RS    0.00
SHIPMENT PUB RATE CHARGES:            SD    0.00
DV  0.00    COD  0.00                 SP    5.30
DC  0.00    DG   0.00
AH  0.00    PR   0.00          PUB+HANDLING
TOT PUB CHG  5.30                        5.30

☒Close Window

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4306 481 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/08/2009 |
| | 11:46 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |
| Multiple Packages: | 3 |

Tracking results provided by UPS: 02/03/2009 2:57 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**Invoice No. EXL 56325**
Page 1
Date Invoiced 01/08/09
Date Due 03/09/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 01/07/09

**B L T O**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**S H P T O**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085817 | 450363 0834 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 60.000 | 60.000 | EA | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | 41.50000 | 2,490.00 |
| | | | | CI: NTTP04BF | | |
| | | | | Item: SCP6B22-N2-AUE | | |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

**ORIGINAL INVOICE**

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance
charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge
exceed the highest rate permitted by law.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

| | |
|---|---|
| SALES AMOUNT | 2,490.00 |
| MISC CHG | 0.00 |
| FREIGHT | |
| SALES TAX | 0.00 |
| PREPAID | 0.00 |
| TOTAL | 2,490.00 |

Page: 1
Packing Slip: 34944

# PACKING SLIP

## ExceLight

4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

B  CN00779
I  Nortel Networks Inc
L  Attn: Accounts Payable
L  P.O. Box 280510
T  Nashville TN 37228
O

S  (1)
H  Nortel Networks
I  SAP Plant 1600
P  4001 E.Chapel Hill-Nelson Hwy
T  RTP NC 27709
O

Billing Contact:
Order Contact:

Contact:
Ship Acct#: E527E8

| Pack Date | Order# | Cust PO | Ship Via | Weight | Pkgs. | FOB | Origin | Shipping Terms |
|---|---|---|---|---|---|---|---|---|
| 01/07/09 | E085817 | 4503630834 | UPS Ground | 0.00 | 0 | 0 | Origin | Collect |

| Line/Rel | Item | Description | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 10 | SCP6822-N2-AUB | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | EA | 60.00 | 60.00 |

C/I: NTTP04BF

2A1V83    JAN 7, 2009    ACT WT  4.7 LBS    #PK 1
SERVICE GNDCOM              BILL WT  5.0 LBS
TRACKING# 1Z2A1V8303459Z2773    ALL CURRENCY USD
REF 1:E085817
REF 2:
                            FRT. REC
HANDLING CHARGE 0.00        SVC  F/C USD
SHIPMENT PUB RATE CHARGES:
DV 0.00          COD  0.00    RS  0.00
DC 0.00          DG  0.00     SD  0.00
AH 0.00          PR  0.00     SP  5.30
TOT PUB CHG  5.30    PUB+HANDLING  5.30



⊠Close Window

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4599 277 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/08/2009<br>11:46 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |
| Multiple Packages: | 3 |

Tracking results provided by UPS: 02/03/2009 2:56 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

Invoice No. EXL 56323
Page 1
Date Invoiced 01/08/09
Date Due 03/09/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 01/07/09

**BILL TO:**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO:**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER # | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085781 | 4503618147 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY ORDERED | QTY BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 2.000 | 2.000 | EA | DWDM OC48 SFP | 566.40000 | 1,132.80 |
| | | | | CI: NTK585CJ | | |
| | | | | Item: SCP9EA8-N1-CN-F330 | | |

| | |
|---|---|
| SALES AMOUNT | 1,132.80 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 1,132.80 |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

## ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079



# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34942

B  CN00779
I  Nortel Networks Inc
L  Attn: Accounts Payable
L  P.O. Box 280510
T  Nashville TN 37228
O

S  (1)
H  Nortel Networks
I  SAP Plant 1600
P  4001 E.Chapel Hill-Nelson Hwy
T  RTP NC 27709
O

Contact:
Ship Acct: E527E8                              Shipping Terms:
                                               Collect

Billing Contact:
Order Contact:

| Pack Date | Order PO | Cust PO | Ship Via | | | FOB | | |
|-----------|----------|---------|----------|---|---|-----|---|---|
| 01/07/09 | E085781 | 4503618147 | UPS Ground | | | Origin | | |

| Line/Rel | Item No. | Description | | Pcs # | Weight | U/M | Qty Ordered | Qty Packed |
|----------|----------|-------------|---|-------|--------|-----|-------------|------------|
| 10 | SCP9EA8-N1-CN-F330 | DWDM OC48 SFP | 0 | 0.00 | EA | 2.00 | 2.00 |

C/I: NTK585CJ

2A1V83       JAN 7, 2009      ACT WT   0.7 LBS   MPK 1
SERVICE GNDCOM            BILL WT  1.0 LBS
TRACKING# 1Z2A1V830343814763        ALL CURRENCY USD
REF 1:E085781
REF 2:

                                    FRT: REC
HANDLING CHARGE 0.00        SVC F/C USD
SHIPMENT PUB RATE CHARGES:        RS      0.00
DV   0.00     COD   0.00          SD      0.00
DC   0.00     DG    0.00          SP      4.79
AH   0.00     PR    0.00     PUB+HANDLING  4.79
TOT PUB CHG  4.79



⊠Close Window

# Tracking Summary

---

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4381 476 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/08/2009 |
| | 11:46 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |
| Multiple Packages: | 3 |

Tracking results provided by UPS: 02/03/2009 2:52 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

---

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Technology Partner Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**Invoice No.** EXL  56347
Page 1
**Date Invoiced** 01/09/09
**Date Due** 03/10/09
**Salesman**
**Invoice Type** REGULAR INVOICE
**Tax ID** 56-2203562
**Date Shipped** 01/08/09

**B**
**I**
**L**
**L**

**T**
**O**

CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**S**
**H**
**I**
**P**

**T**
**O**

1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085369 | 4503524228 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 10.000 | 10.000 | EA | DWDM OC48 SFP | 566.40000 | 5,664.00 |
| | | | | CI: NTK585CG | | |
| | | | | Item: SCP9BA8-N1-CN-F340 | | |

| | |
|---|---|
| SALES | |
| AMOUNT | 5,664.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 5,664.00 |

## ORIGINAL INVOICE

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance
charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge
exceed the highest rate permitted by law.

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34975

B  CNO0779
I  Nortel Networks Inc
L  Attn: Accounts Payable
L  P.O. Box 280510
T  Nashville TN 37228
O

S  (1)
H  Nortel Networks
I  SAP Plant 1600
P  4001 E.Chapel Hill-Nelson Hwy
T  RTP NC 27709
O

Contact:

Billing Contact:
Order Contact:

Ship Acct: E527E8

| Pack Date | Order# | Cust PO# | Ship Via | Description | Weight | FOB | Ship Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/08/09 | E085369 | 450352422B | UPS Ground | | 0.00 | Origin | Collect | | | |

Contact:

| Line/Ref# | Item# | | | Description | | U/M | Qty Ordered | Qty Shipped | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | SCP9EA8-N1-CN-F340 | | | DWDM OC48 SFP | | EA | 10.00 | 10.00 | | |

C/I: NTK585CG

2A1V83     JAN 8, 2009      ACT WT   1.1 LBS    #PK 1
SERVICE GNDCOM              BILL WT  2.0 LBS
TRACKING# 1ZZA1V830344126880    ALL CURRENCY USD
REF 1:E085369
REF 2:

                                    FRT: REC
HANDLING CHARGE 0.00              SVC F/C USD
SHIPMENT PUB RATE CHARGES:
DV  0.00              COD  0.00      RS  0.00
DC  0.00              DG   0.00      SD  0.00
AH  0.00              PR   0.00      SP  0.00
TOT PUB CHG   4.87       PUB+HANDLING     4.87

☒Close Window

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4412 688 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/09/2009 |
| | 12:27 P.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |

Tracking results provided by UPS: 02/03/2009 2:54 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.