**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., *et. al*, ) | |
| ) | Case No. 09-10138 (KG) |
| Debtors. ) | Jointly Administered |
| ) | Hearing Date: March 5, 2009 at 10:00 a.m. |
| ) | Objection Date: February 26, 2009 at 4:00 p.m. |

**NOTICE OF EXCELIGHT COMMUNICATIONS, INC.'S
MOTION FOR ALLOWANCE AND PAYMENT OF
<u>ADMINISTRATIVE CLAIM UNDER §503(b)(9)</u>**

PLEASE TAKE NOTICE that on February 9, 2009, Excelight Communications, Inc. filed the **Motion for Allowance and Payment of Administrative Claim Under § 503(b)(9)** (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to approval of the Motion must (a) be in writing and served on or before **February 26, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) be served so as to be received on or before the Objection Deadline by the undersigned attorneys for Excelight Communications, Inc.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **MARCH 5, 2009 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  February 9, 2009

HUNTON & WILLIAMS LLP

*/s/ Michael Wilson*
Michael G. Wilson (VSB No. 48927, DE No. 4022)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Telecopy:  (804) 788-8218

-and-

Lynnette R. Warman
Texas State Bar No. 20867940
SD Bar No. 13332
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202-2799
Telephone:  (214) 855-4500
Telecopy:   (214) 855-4300

**ATTORNEYS FOR EXCELIGHT COMMUNICATIONS, INC.**