# EXHIBIT B



**ExceLight**
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**Invoice No. EXL 56215**
Page 1
Date Invoiced 12/30/08
Date Due 02/28/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 12/29/08

**BILL TO:**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO:**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085708 | 4503615864 | | 0.0 | UPS | 60 days | None |

| LINE/REL. | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 20 | 7.000 | 7.000 | EA | 10G Base XFP - Nortel | 269.50000 | 1,886.50 |
| | CI: NTTP84BA | | | Item: SXP3100NV-N62 | | |

| | SALES AMOUNT | 1,886.50 |
|---|---|---|
| | MISC CHG | 0.00 |
| | FREIGHT | 0.00 |
| | SALES TAX | 0.00 |
| | PREPAID | |
| | TOTAL | 1,886.50 |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

Remit to:
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

**ORIGINAL INVOICE**

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34849

| BILL TO | SHIP TO |
|---|---|
| CN00779 | (1) |
| Nortel Networks Inc | Nortel Networks |
| Attn: Accounts Payable | SAP Plant 1600 |
| P.O. Box 280510 | 4001 E.Chapel Hill-Nelson Hwy |
| Nashville TN 37228 | RTP NC 27709 |

Billing Contact:
Order Contact:

Contact:
Ship Acct: E527E8

| Pack Date | Order# | Cust PO | Ship Via | Weight | Pkgs # | FOB: | Shipping Terms: |
|---|---|---|---|---|---|---|---|
| 12/29/08 | E085708 | 4503615864 | UPS Ground | 0.00 | 0 | Origin | Collect |

| Line/Rel | Item | Description | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 20 | SXP3100NV-N62 | 10G Base XFP - Nortel | EA | 7.00 | 7.00 |

C/I: NTTP84BA

```
2A1V83      DEC 29, 2008        ACT WT  1.2 LBS    #PK 1
SERVICE GNDCOM                  BILL WT 2.0 LBS
TRACKING# 1Z2A1V8303442644418   ALL CURRENCY USD
REF 1:E085708
REF 2:

HANDLING CHARGE 0.00                      FRT: REC
SHIPMENT PUB RATE CHARGES:                SVC F/C USD
DV  0.00      COD  0.00                   RS   0.00
DC  0.00      DG   0.00                   SD   0.00
AH  0.00      PR   0.00                   SP   0.00
TOT PUB CHG    4.56    PUB+HANDLING            4.56
```



[Close Window]

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4426 441 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/30/2008 8:56 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |

Tracking results provided by UPS: 02/03/2009 3:00 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

[Close Window]

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

**Invoice No.** EXL 56324
**Page** 1
**Date Invoiced** 01/08/09
**Date Due** 03/09/09
**Salesman**
**Invoice Type** REGULAR INVOICE
**Tax ID** 56-2203562
**Date Shipped** 01/07/09

**BILL TO:** CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO:** 1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085794 | 450362789 |  | 0.0 | UPS | 60 days | None |

| LINE/REL. | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 60.000 | 60.000 | EA | OC-3/12 Dual Rate SR-1SFP TRX - Nortel<br>CI: NTTP04BF  Item: SCP6822-N2-AUE | 41.50000 | 2,490.00 |

| SALES | |
|---|---|
| AMOUNT | 2,490.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **2,490.00** |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

**Remit to:**
ExceLight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

**ORIGINAL INVOICE**

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

## PACKING SLIP

Page: 1
Packing Slip: 34943

**B** CN00779
**I** Nortel Networks Inc
**L** Attn: Accounts Payable
**L** P.O. Box 280510
**T** Nashville TN 37228
**O**

**S** (1)
**H** Nortel Networks
**I** SAP Plant 1600
**P** 4001 E.Chapel Hill-Nelson Hwy
**T** RTP NC 27709
**O**

Billing Contact:
Order Contact:

Contact:
Ship Acct: E527E8

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # | FOB | Shipping Terms |
|---|---|---|---|---|---|---|---|
| 01/07/09 | E085794 | 4503627849 | UPS Ground | 0.00 | 0 | Origin | Collect |

| Line/Rel | Item | Description | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 10 | SCP6822-N2-AUE | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | EA | 60.00 | 60.00 |

C/I: NTTP04BF

```
2A1V83     JAN 7, 2009       ACT WT  4.4 LBS    #PK 1
SERVICE GNDCOM                BILL WT 5.0 LBS
TRACKING# 1ZZA1V8303433054814           ALL CURRENCY USD
REF 1: E085794
REF 2:

HANDLING CHARGE 0.00                    FRT:  REC
SHIPMENT PUB RATE CHARGES:              SVC   F/C USD
DV  0.00    COD 0.00                    RS   0.00
DC  0.00    DG  0.00                    SD   0.00
AH  0.00    PR  0.00                    SP   0.00
TOT PUB CHG  5.30    PUB+HANDLING            5.30
```



**Close Window**

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4306 481 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/08/2009 11:46 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |
| Multiple Packages: | 3 |

Tracking results provided by UPS: 02/03/2009 2:57 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

**Close Window**

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**Invoice No.** EXL 56325
Page 1
**Date Invoiced** 01/08/09
**Date Due** 03/09/09
**Salesman**
**Invoice Type** REGULAR INVOICE
**Tax ID** 56-2203562
**Date Shipped** 01/07/09

**BILL TO:**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO:**
1
Nortel Networks
SAP Plant 1600
4001 E. Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085817 | 4503630834 | | 0.0 | UPS | 60 days | None |

| LINE/REL. | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 60.000 | 60.000 | EA | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | 41.50000 | 2,490.00 |
| | CI: NTTP04BF | | | Item: SCP6822-N2-AUE | | |

| | SALES AMOUNT | 2,490.00 |
|---|---|---|
| | MISC CHG | 0.00 |
| | FREIGHT | 0.00 |
| | SALES TAX | |
| | PREPAID | 0.00 |
| | **TOTAL** | **2,490.00** |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

**Remit to:**
Excelight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

**ORIGINAL INVOICE**

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34944

B: CN00779
L: Nortel Networks Inc
L: Attn: Accounts Payable
T: P.O. Box 280510
O: Nashville TN 37228

S: (1)
H: Nortel Networks
I: SAP Plant 1600
P: 4001 E.Chapel Hill-Nelson Hwy
T: RTP NC 27709
O:

Billing Contact:
Order Contact:                              Contact:
                                            Ship Acct: E527E8

| Pack Date | Order# | Cust PO | Ship Via | Weight | Pkgs# | FOB | Shipping Terms |
|---|---|---|---|---|---|---|---|
| 01/07/09 | E085817 | 4503630834 | UPS Ground | 0.00 | 0 | Origin | Collect |

| Line/Rel | Item | Description | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 10 | SCP6822-N2-AUE | OC-3/12 Dual Rate SR-1SFP TRX - Nortel | EA | 60.00 | 60.00 |

C/I: NTTP04BF

2A1V83     JAN 7, 2009     ACT WT  4.7 LBS    #PK 1
SERVICE GNDCOM              BILL WT 5.0 LBS
TRACKING# 1Z2A1V8303459927773    ALL CURRENCY USD
REF 1: E085817
REF 2:

HANDLING CHARGE 0.00                    FRT: REC
SHIPMENT PUB RATE CHARGES:              SVC  F/C USD
DV  0.00    COD  0.00                   RS  0.00
DC  0.00    DG   0.00                   SD  0.00
AH  0.00    PR   0.00                   SP  0.00
TOT PUB CHG 5.30    PUB+HANDLING        5.30



**Close Window**

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4599 277 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/08/2009 11:46 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |
| Multiple Packages: | 3 |

Tracking results provided by UPS: 02/03/2009 2:56 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

**Close Window**

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

**Invoice No. EXL 56323**
Page 1
Date Invoiced 01/08/09
Date Due 03/09/09
Salesman
Invoice Type REGULAR INVOICE
Tax ID 56-2203562
Date Shipped 01/07/09

| B-I-L-T-O | |
|---|---|
| CN00779 | |
| Nortel Networks Inc | |
| Attn: Accounts Payable | |
| P.O. Box 280510 | |
| Nashville TN 37228 | |

| S-H-I-P-T-O | |
|---|---|
| 1 | |
| Nortel Networks | |
| SAP Plant 1600 | |
| 4001 E.Chapel Hill-Nelson Hwy | |
| RTP NC 27709 | |

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085781 | 4503618147 | | 0.0 | UPS | 60 days | None |

| LINE/REL | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 2.000 | 2.000 | EA | DWDM OC48 SFP | 566.40000 | 1,132.80 |
| | CI: NTK585CJ | | | Item: SCP9EA8-N1-CN-F330 | | |

| | SALES AMOUNT | 1,132.80 |
|---|---|---|
| | MISC CHG | 0.00 |
| | FREIGHT | 0.00 |
| | SALES TAX | 0.00 |
| | PREPAID | |
| | **TOTAL** | **1,132.80** |

Thank you for choosing ExceLight Communications - The Bright Choice for Optical Solutions.

**Remit to:**
ExceLight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

**ORIGINAL INVOICE**

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600 Fax (919) 361-1619

**PACKING SLIP**

Page: 1
Packing Slip: 34942

**BILL TO:**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO:**
(1)
Nortel Networks
SAP Plant 1600
4001 E. Chapel Hill-Nelson Hwy
RTP NC 27709

Billing Contact:
Order Contact:

Contact:
Ship Acct: E527E8

| Pack Date | Order # | Cust PO | Ship Via | Weight | Pkgs # | U/M | FOB | Shipping Terms |
|---|---|---|---|---|---|---|---|---|
| 01/07/09 | E085781 | 4503618147 | UPS Ground | 0.00 | 0 | EA | Origin | Collect |

| Line/Rel | Item | Description | Qty Ordered | Qty Packed |
|---|---|---|---|---|
| 10 | SCP9EA8-N1-CN-F330 | DWDM OC48 SFP | 2.00 | 2.00 |

C/I: NTK585CJ

```
2A1V83           JAN 7, 2009     ACT WT  0.7 LBS   #PK 1
SERVICE GNDCOM                   BILL WT 1.0 LBS
TRACKING# 1ZZA1V8303438147763              ALL CURRENCY USD
REF 1: E085781
REF 2:

HANDLING CHARGE 0.00                    FRT: REC
SHIPMENT  PUB RATE  CHARGES:            SVC F/C USD
DV  0.00            COD  0.00           RS  SD  0.00
DC  0.00            DG   0.00                   0.00
AH  0.00            PR   0.00           SP      0.00
TOT PUB CHG    4.79     PUB+HANDLING            4.79
```



⊠Close Window

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4381 476 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/08/2009 11:46 A.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |
| Multiple Packages: | 3 |

Tracking results provided by UPS: 02/03/2009 2:52 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

# ExceLight

A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

**Invoice No.** EXL 56347
**Page** 1
**Date Invoiced** 01/09/09
**Date Due** 03/10/09
**Salesman**
**Invoice Type** REGULAR INVOICE
**Tax ID** 56-2203562
**Date Shipped** 01/08/09

**BILL TO:**
CN00779
Nortel Networks Inc
Attn: Accounts Payable
P.O. Box 280510
Nashville TN 37228

**SHIP TO:**
1
Nortel Networks
SAP Plant 1600
4001 E.Chapel Hill-Nelson Hwy
RTP NC 27709

| ORDER# | P.O. NUMBER | PKGS | WEIGHT | SHIP VIA | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| E085369 | 450524228 | | 0.0 | UPS | 60 days | None |

| LINE/REL. | QTY. ORDERED | QTY. BILLED | U/M | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 10.000 | 10.000 | EA | DWDM OC48 SFP | 566.40000 | 5,664.00 |
| | CI: NTK585CG | | | Item: SCP9EA8-N1-CN-F340 | | |

| SALES AMOUNT | 5,664.00 |
|---|---|
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **5,664.00** |

Thank you for choosing ExceLight Communications -
The Bright Choice for Optical Solutions.

**Remit to:**
ExceLight Communications, Inc.
P.O. Box 7247-6079
Philadelphia, PA 19170-6079

**ORIGINAL INVOICE**

Any Amounts not paid by due date shall be subject to a finance charge of one percent (1%) per month until paid. The rate of said finance charge being equivalent to an annual rate of twelve percent (12%) per annum. In no event, however, shall the rate of said finance charge exceed the highest rate permitted by law.

# ExceLight
A Sumitomo Electric Company
4021 Stirrup Creek Drive
Suite 200
Durham, NC 27703
(919) 361-1600  Fax (919) 361-1619

## PACKING SLIP

Page: 1
Packing Slip: 34975

**B** CN00779
**I** Nortel Networks Inc
**L** Attn: Accounts Payable
**L** P.O. Box 280510
**T** Nashville TN 37228
**O**

**S** (1)
**H** Nortel Networks
**I** SAP Plant 1600
**P** 4001 E.Chapel Hill-Nelson Hwy
**T** RTP NC 27709
**O**

Billing Contact:
Order Contact:

Contact:
Ship Acct: E527E8

| Pack Date | Order# | Cust PO | Ship Via | Weight | Pkgs # | FOB: Origin | Shipping Terms: |
|---|---|---|---|---|---|---|---|
| 01/08/09 | E085369 | 450324228 | UPS Ground | 0.00 | 0 | | Collect |

| Line/Rel | Item | Description | U/M | Qty Ordered | Qty Packed |
|---|---|---|---|---|---|
| 10 | SCP9EA8-N1-CN-F340 | DWDM OC48 SFP | EA | 10.00 | 10.00 |

C/I: NTK585CG

```
                    2A1V83    JAN 8, 2009     ACT WT   1.1 LBS   #PK 1
              SERVICE GNDCOM                  BILL WT  2.0 LBS
              TRACKING# 1Z2A1V8303441268880             ALL CURRENCY USD
              REF 1:E085369
              REF 2:

              HANDLING CHARGE 0.00                        FRT: REC
              SHIPMENT PUB RATE CHARGES:              SVC  F/C  USD
              DV    0.00           COD    0.00         RS  0.00
              DC    0.00           DG     0.00         SD  0.00
              AH    0.00           PR     0.00         SP  0.00
              TOT PUB CHG    4.87       PUB+HANDLING       4.87
```



⊠ Close Window

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 2A1 V83 03 4412 688 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/09/2009 12:27 P.M. |
| Delivered To: | DURHAM, NC, US |
| Signed By: | WOODS |
| Service: | GROUND |

Tracking results provided by UPS: 02/03/2009 2:54 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠ Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.