# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, ) | |
| ) | (Chapter 11) |
| Debtors. ) | |
| ) | Jointly Administered |
| _____ ) | |

**ORDER GRANTING MOTION FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT TO §503(9)(b)**

Came on for consideration Excelight Communications, Inc.'s ("Excelight"), a creditor and party-in-interest in the above captioned bankruptcy case (the "Bankruptcy Case"), Motion for Allowance and Payment of Administrative Claim, which seeks allowance and payment of an administrative claim for goods sold to, and received by, the Debtor within twenty days before commencement of the Bankruptcy Case under 11 U.S.C. Section 503(b)(9) in the aggregate amount of **$13,663.30** (the "Motion"). The Court, having reviewed the Motion, and having heard arguments of counsel and seen the evidence presented at a hearing before the Court, finds: that the Court has jurisdiction over the subject matter of the Motion under 28 U.S.C. § 1334(b), that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B), that notice of the Motion and the hearing thereon was sufficient under applicable rules, and that Excelight has established adequate legal and factual grounds and cause for the relief requested in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

**ORDER GRANTING MOTION FOR ALLOWANCE AND PAYMENT
OF ADMINISTRATIVE CLAIM PURSUANT TO §503(9)(b) - Page 1**
75285.000002 EMF_US 26808782v1

2.	Excelight's administrative claim in the amount of **$13,663.30** is hereby allowed against the estate of Nortel Networks Inc., a debtor in the Bankruptcy Case (the "Debtor"), pursuant to section 503(b)(9) of the Bankruptcy Code.

3.	The Debtor is hereby directed to pay the amount of the allowed administrative claim to Excelight within thirty days of the entry of this order.

Dated: _____, 2008

_____
United States Bankruptcy Judge

**ORDER GRANTING MOTION FOR ALLOWANCE AND PAYMENT**
**OF ADMINISTRATIVE CLAIM PURSUANT TO §503(9)(b) - Page 2**
75285.000002 EMF_US 26808782v1