

One Tower Square, 5MN
Hartford, CT 06183

ACCOUNT RESOLUTION
CHANTEL PINNOCK
(860) 277-9791 (DIRECT)
(FAX)



February 03, 2009

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**IN RE:** NORTEL NETWORKS INC., CASE # 09-10150 KG

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS.

---

TRAVELERS AND ITS AFFILIATES ("TRAVELERS"), A CREDITOR AND PARTY IN INTEREST, ENTERS ITS APPEARANCE IN THIS CASE. TRAVELERS REQUESTS THAT THE BELOW UNDERSIGNED RECEIVE ALL COPIES OF ALL MATTERS FILED OR NOTICED BY ANY PARTY HEREIN, INCLUDING BUT NOT LIMITED TO ALL PLANS AND DISCLOSURE STATEMENTS. COPIES SHOULD BE SENT TO:

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

ATTENTION: CHANTEL PINNOCK
ACCOUNT RESOLUTION
(860) 277-9791 (DIRECT)
(860) 277-2158 (FAX)

RESPECTFULLY SUBMITTED February 03, 2009

_____
CHANTEL PINNOCK
CASE MANAGER
TRAVELERS


CC:  DEREK C. ABBOTT
     MARY DUFFY BOARDMAN - TRAVELERS