**UNITED STATES BANKRUPTCY COURT**
**For the District of Delaware**

In Re:    Nortel Networks, Inc.              Case No. 09-10138

         Debtor                              Chapter 11 Case

**Request of Unisys Corporation**
**Pursuant to Bankruptcy Rule 2002(g) For Address of Notices**

Pursuant to Bankruptcy Rule 2002(g), creditor Unisys Corporation requests that all notices, pleadings and distributions to which it is entitled shall be directed to the following address:

> Janet Fitzpatrick
> Legal Assistant
> Unisys Corporation
> Unisys Way
> P.O. Box 500, M/S E8-108
> Blue Bell, PA  19424

Date: 2/5/2009

By: *Janet Fitzpatrick*
Name: Janet Fitzpatrick
Title: Legal Assistant
Unisys Corporation
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA  19424
Telephone: 215-986-6265
Facsimile:  215-986-5721