## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 10th day of February, 2009, I caused a

copy of the foregoing **Notice of Appearance** to be served on the parties listed below *via* First

Class U.S. Mail.

_Daniel O'Brien_
_____
Daniel A. O'Brien (No. 4897)

## VIA FIRST CLASS U.S. MAIL

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Thomas F. Driscoll, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Nortel Networks, Inc.
221 Lakeside Boulevard
Richardson, TX 75082

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Peter James Duhig, Esquire
Mary Caloway, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

{BAY:01246525v1}