UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

**NORTEL NETWORKS, INC.**, *et al.*,

*Debtor*.

Case No. 09-10138-KG
Chapter 11 – Jointly Administered

## REQUEST FOR NOTICE

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002, 317 and 9007, that all notices given or required to be given in this case and all papers, pleadings, motions, applications, plans and disclosure statements (if applicable) served or required to be served in this case shall be directed to the undersigned counsel for the County of Loudoun, Virginia, whose office address, post office address, electronic mail address, telephone and facsimile numbers are set forth below. Specifically requested is anything filed in relation to the sale of assets or termination of executory contracts.

Respectfully submitted,
The COUNTY of LOUDOUN, VIRGINIA
By counsel

JOHN R. ROBERTS
COUNTY ATTORNEY

By    /s/ *Karen J. Stapleton*
    Karen J. Stapleton (VSB #21526)
    Assistant County Attorney
    One Harrison Street, S.E., 5th Floor
    Leesburg, Virginia  20175-3102
    Telephone:  (703) 777-0307
    Telecopier:  (703) 771-5025
    Electronic Mail:  Karen.Stapleton@loudoun.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Request was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

| Ann C. Cordo, Esq. | Peter James Duhig, Esq. |
| --- | --- |
| Morris Nichols Arsht & Tunnell | Buchanan Ingersoll & Rooney PC |
| acordo@mnat.com | duhig@klettrooney.com |
| *Counsel for Debtors* | *Counsel for Foreign Representative* |

| | |
|---|---|
| Christopher M. Samis, Esq. | Mary Caloway, Esq. |
| RICHARDS, LAYTON & FINGER, PA | BUCHANAN INGERSOLL & ROONEY PC |
| samis@rlf.com | mary.caloway@bipc.com |
| *Counsel for Unsecured Creditors Committee* | *Counsel for Foreign Representative* |

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware  19899-0035

                                                                                                              /s/ *Karen J. Stapleton*