UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   09-10138-11 |
| NORTEL NETWORKS, INC. | § | |
| DEBTOR(S), | § | CHAPTER   11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Harris County**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P O BOX 3064
HOUSTON, TX 77253-3064
Telephone:  (713)844-3478
Facsimile:  (713)844-3503
Email:  houston_bankruptcy@publicans.com

By: _____
John P. Dillman          State Bar No.          05874400

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

| DEREK C ABBOTT | US TRUSTEE (DELAWARE) | NORTEL NETWORKS, INC. |
|---|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | 844 KING STREET, RM 2207 | 2221 LAKESIDE BOULEVARD |
| 1201 N MARKET ST., P O BOX 1347 | LOCK BOX #35 | RICHARDSON, TX 75082 |
| WILMINGTON, DE 19899 | WILMINGTON, DE 19899-0035 | |

Dated this 10TH day of FEB, 2009.  _____

John P. Dillman