IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Nortel Networks, Inc., et al., | : | |
| | : | Case No. 09-10138 (KG) |
| Debtors | : | |
| | : | (Jointly Administered) |
| _____ | : | |

## NOTICE OF REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that APC Workforce Solutions, LLC, a party-in-interest in the above captioned cases, pursuant to Bankruptcy Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in the above-captioned case be given to and served upon the following:

>Doug Goin
>Chief Financial Officer
>APC Workforce Solutions, LLC
>420 South Orange Avenue
>6th Floor
>Orlando, FL 32801
>Telephone: (407) 770-6104
>Fax: (407) 770-6162
>Email: dgoin@zerochaos.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitations, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

Dated this __6__ day of February, 2009

_____
Doug Goin
Chief Financial Officer
APC Workforce Solutions, LLC
420 South Orange Avenue
6th Floor
Orlando, FL  32801
Telephone:  (407) 770-6104
Fax:  (407) 770-6162
Email: dgoin@zerochaos.com

Mail to:

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE  19801

009900, 000010, 502252966, APC Letter