IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP and Klee, Tuchin, Bogdanoff & Stern LLP hereby appear as counsel to **Sanmina-SCI Corporation** in the above-captioned cases, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in these cases. All such notices should be addressed as follows:

| | |
|---|---|
| Jeffrey C. Wisler, Esq. | Edward T. Attanasio, Esq. |
| Marc J. Phillips, Esq. | Klee, Tuchin, Bogdanoff & Stern LLP |
| Connolly Bove Lodge & Hutz LLP | 1999 Avenue of the Stars, 39th Floor |
| The Nemours Building | Los Angeles, CA 90067-6049 |
| 1007 North Orange Street | Telephone: (310) 407-4000 |
| P. O. Box 2207 | Facsimile: (310) 407-9090 |
| Wilmington, DE 19899 | eattanasio@ktbslaw.com |
| Telephone: (302) 658-9141 | |
| Facsimile: (302) 658-0380 | |
| jwisler@cblh.com | |
| mphillips@cblh.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint,

demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Dated: February 11, 2009                CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler

Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-0380

-and-

Edward T. Attanasio, Esq.
Klee, Tuchin, Bodganoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

*Attorneys for Sanmina-SCI Corporation*

#662672v1

-2-