## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 11th day of February, 2009, I served a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** upon the parties listed below in the manner indicated.

_____
Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Patrick Tinker, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Straus Hauer & Feld LLP
One Bryant Park
New York, NY 10036

#662677v1