UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
Nortel Networks Inc., et al.,                   :   Case No. 09-10138 (KG)
                                                :
                                                :   Joint Administration Pending
               Debtors.                         x
----------------------------------------------------------

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF LAURA D. METZGER

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Laura D. Metzger, Esquire of Orrick, Herrington & Sutcliffe LLP to represent ABN AMRO Bank N.V. in the above-captioned cases.

Date:  February 11, 2009
       Wilmington, Delaware

                                        Respectfully submitted,

                                        Polsinelli Shughart PC

                                        /s/ Christopher A. Ward
                                        Christopher A. Ward (No. 3877)
                                        222 Delaware Avenue, Suite 1101
                                        Wilmington, DE 19801
                                        Tel: (302) 252-0922
                                        Fax: (302) 252-0921
                                        cward@polsinelli.com

OHS East:160522427.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing, as a member of the Bar of the State of New York and the U.S. District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court

Laura D. Metzger, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
E-mail: lmetzger@orrick.com
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted

Date: _____

_____
Honorable Kevin Gross
United States Bankruptcy Judge