UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Rod Anderson, of the firm of Holland & Knight LLP, to represent Jabil Circuit, Inc. in this action.

*/s/ Ronald S. Gellert*

Ronald S. Gellert (DE 4259)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: 302-425-0430
E-mail: rgellert@eckertseamans.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida, and the United States District Court for the Middle District of Florida since Fall of 1983, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I

further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____
Rod Anderson
Florida Bar No. 370762
HOLLAND & KNIGHT LLP
P.O. Box 1288
Tampa, Florida 33601-1288
Telephone: (813) 227-8500
Fax: (813) 229-0134
E-mail: rod.anderson@hklaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____ 2009

_____
Honorable Peter J. Walsh
Judge, United States Bankruptcy Court