## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February _11_, 2009, a true and correct copy of the foregoing Motion has been furnished either by U.S. Mail or the court's electronic notification system to:

Nortel Networks, Inc.
2221 Lakeside Boulevard
Richardson, TX 75082

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll III
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Peter James Duhig
Mary Caloway
Buchanan Ingersoll & Rooney PC
1000 West Street
Suite 1410
Wilmington, DE 19801

U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Those parties participating
In CM/ECF

_____
Attorney

# 6060030_v1

3