# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **NORTEL NETWORKS INC., et al.,** | ) | **Case No. 09-10138-KG** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the Notice of Reclamation by Excelight Communications, Inc. (the "Notice") were also forwarded to the persons and companies who did not receive electronic mail notification and whose names appear on the attached service list, via first class United States Mail, postage prepaid, on the 10th day of February, 2009.  The undersigned further certifies that copies of Notice were forwarded to the Debtors c/o Cleary Gottlieb, Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James Bromley and Lisa Schweitzer), via Federal Express and first class United States Mail, postage prepaid, with a copy to Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4601, New York, New York 10163-4601, via first class United States Mail, postage pre-paid, on the 10th day of February, 2009.

**HUNTON & WILLIAMS LLP**

Michael G. Wilson (VSB No. 48927, DE No. 4022)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopy: (804) 788-8218

-and-

*/s/ Lynnette R. Warman*
Lynnette R. Warman
Texas State Bar No. 20867940
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
Telephone: (214) 468-3393
Telecopy: (214) 740-7181

**ATTORNEYS FOR EXCELIGHT COMMUNICATIONS, INC.**

## SERVICE LIST

Alteon WebSystems, Inc.
c/o Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Hewlett-Packard Company
Ramona Neal
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

Volex, Inc.
c/o Lisa Jack
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Bookham Technology Plc.
George W. Shuster, Jr./Lisa Jack
Wilmer Cutler Pickering Hale and Dorr LLP
George W. Shuster, Jr.
60 State Street
Boston, MA 02109

Starent Networks Corp.
c/o Dennis L. Jenkins, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Margolis Edelstein
750 Shipyard Dr., Ste. 102
Wilmington, DE 19801

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, Il 60181