IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et. al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES FOR ANDREW, LLC AND APPLICABLE AFFILIATES

**PLEASE TAKE NOTICE THAT** Andrew, LLC and Applicable Affiliates ("Andrew"), a creditor in the above-captioned case, hereby appears in the above-captioned case by its counsel, Brett D. Fallon of Morris James LLP, and David M. Schilli and Ty E. Shaffer of Robinson, Bradshaw & Hinson, P.A., and such counsel hereby enter their appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

| | |
|---|---|
| Brett D. Fallon, Esquire | David M. Schilli, Esquire |
| Morris James LLP | Ty E. Shaffer, Esquire |
| 500 Delaware Avenue, Suite 1500 | Robinson, Bradshaw & Hinson, P.A. |
| P.O. Box 2306 | 101 North Tryon Street, Suite 1900 |
| Wilmington, DE 19899-2306 | Charlotte, NC 28246 |
| Telephone: (302) 888-6888 | Telephone: (704) 377-2536 |
| Facsimile: (302) 571-1750 | Facsimile: (704) 378-4000 |
| Email: bfallon@morrisjames.com | Email: dschilli@rbh.com |
| | tshaffer@rbh.com |

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice,

2135373

application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT,** neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) Andrew's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Andrew's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Andrew's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Andrew may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Andrew expressly reserves.

Dated: February 11, 2009      **MORRIS JAMES LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302)888-6800
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

-and-

2

2135373

David M. Schilli, Esquire
Ty E. Shaffer, Esquire
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
Email: dschilli@rbh.com
      tshaffer@rbh.com

*Attorneys for Andrew, LLC and Applicable Affiliates*

2135373