IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 11, 2009, I caused service of the following:

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
FOR ANDREW, LLC AND APPLICABLE AFFILIATES**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: February 11, 2009

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 11th day of February, 2009.

GRACE C. ANAGNOSTOU
Notary Public - State of Delaware
My Comm. Expires May 22, 2010

NOTARY
My commission expires:_____

WWW/099999-7777/2136267/1

| | |
|---|---|
| NORTEL NETWORKS, INC, et al.<br>Case No. 09-10138 (KG)<br>Rule 2002 Service List | Derek C. Abbott, Esq./ Eric D. Swartz, Esq.<br>Thomas F. Driscoll III, Esq./Ann C. Cordo, Esq.<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>[Counsel for the Debtors and<br>Debtors-in-Possession] |
| Thomas Patrick Tinker<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 North King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>[Counsel to the Official Committee<br>of Unsecured Creditors] |
| James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Facsimile: (212) 225-3999<br>[Counsel for the Debtors and<br>Debtors-in-Possession] | Fred S. Hodara, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Facsimile: (212) 872-1002<br>[Counsel to the Official Committee<br>of Unsecured Creditors] |
| ADVANCED INFORMATION MANAGEMENT<br>NED NELSON<br>P.O. BOX 1150<br>COLLIERVILLE, TN 38027-1150 | AIRSPAN COMMUNICATIONS LTD.<br>SENIOR VICE PRESIDENT & CFO<br>777 YAMATO ROAD<br>SUITE 105<br>BOCA RATON, FL 33431 |
| ALLEN & OVERY LLP<br>COUNSEL TO ERNST & YOUNG INC.<br>KEN COLEMAN, ESQ & LISA J.P. KRAIDIN, ESQ.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | ANIXTER<br>JILL M. STANDIFER<br>4711 GOLF ROAD<br>SHOKIE, IL 60076 |

| | |
|---|---|
| ARCHER & GREINER PC<br>COUNSEL TO AUTOMOTIVE RENTALS, INC.<br>JOHN V. FIORELLA ESQ.<br>300 DELAWARE AVE<br>SUITE 1370<br>WILMINGTON, DE 19801 | ARNALL GOLDEN GREGORY LLP<br>COUNSEL TO CELLCO PARTNERSHIP<br>D/B/A VERIZON WIRELESS<br>DARRYL S. LADDIN ESQ.<br>FRANK N. WHITE, ESQ.<br>171 17TH ST NW, STE 2100<br>ATLANTA, GA 30363-1031 |
| ASSISTANT ATTORNEY GENERAL<br>COUNSEL TO TEXAS COMPTROLLER<br>OF PUBLIC ACCOUNTS<br>MARK BROWNING<br>BANKRUPTCY & COLLECTIONS DIV<br>P.O. BOX 12548<br>AUSTIN, TX 78711 | BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>COUNSEL TO UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>JEFFREY MEYERS, ESQ.<br>51ST FL MELLON BANK CTR<br>1735 MARKET ST<br>PHILADELPHIA, PA 19103 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>COUNSEL TO UBS REALTY INVESTORS, LLC<br>TOBEY M. DALUZ, ESQ.<br>LESLIE HEILMAN, ESQ.<br>919 MARKET ST<br>12TH FLOOR<br>WILMINGTON, DE 19801 | BARTLETT HACKETT FEINBERG P.C.<br>COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.<br>FRANK F. MCGINN ESQ.<br>155 FEDERAL ST<br>9TH FLOOR<br>BOSTON, MA 02110 |
| BEELINE<br>CHIEF LEGAL OFFICER<br>1300 MARSH LANDING PARKWAY<br>JACKSONVILLE BEACH, FL 32250 | BRANSTETTER, KILGORE, STRANCH & JENNINGS<br>JANE B. STRANCH<br>227 SECOND AVENUE NORTH<br>FOURTH FLOOR<br>NASHVILLE, TN 37201-1631 |
| BUCHANAN INGERSOLL & ROONEY<br>MARY F. CALOWAY, ESQ.<br>P.J. DUHIG, ESQ.<br>1000 WEST STREET<br>SUITE 1410<br>WILMINGTON, DE 19801 | COAMS INC.<br>CHIEF LEGAL OFFICER<br>175 W. JACKSON<br>SUITE 1750<br>CHICAGO, IL 60604 |

Case 09-10138-MFW   Doc 263-1   Filed 02/11/09   Page 4 of 9

| | |
|---|---|
| COMMUNICATIONS TEST DESIGN INC.<br>GERALD J. PARSONS<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER, PA 19380 | COMPUTER SCIENCE CORPORATION<br>HAYWARD D. FISK ESQ.<br>2100 EAST GRAND AVENUE<br>EL SEGUNDO, CA 90245 |
| COMPUTER SCIENCE CORPORATION<br>SCOTT CREASY<br>3306 CHAPEL HILL - NELSON HWY<br>RESEARCH TRIANGLE PARK, NC 27709 | COMPUTER SCIENCE CORPORATION<br>CLIFF PLAXCO<br>3170 FAIRVIEW PARK DRIVE<br>FALLS CHURCH, VA 22042 |
| COVERGENCE INC.<br>CHIEF LEGAL OFFICER<br>ONE CLOCK TOWER PLACE<br>MAYNARD, MA 01754 | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>COUNSEL TO FLEXTRONICS INTERNATIONAL<br>STEVEN J. REISMAN, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0061 |
| DIVISION OF CORPORATIONS FRANCHISE TAX<br>SECRETARY OF STATE<br>P.O. BOX 7040<br>DOVER, DE 19903 | EMERSON NETWORK POWER EMBEDDED<br>CHIEF LEGAL OFFICER<br>2900 SOUTH DIABLO WAY<br>TEMPE, AZ 85282-3214 |
| EXPORT DEVELOPMENT CANADA<br>STEPHANE LUPIEN<br>151 O'CONNOR STREET<br>OTTAWA, ON K1A 1K3 CANADA | GFI INC.<br>CHIEF LEGAL OFFICER<br>180 AVE LABROSSE<br>POINTE CLAIRE, QC H9R 1A1 CANADA |

| | |
|---|---|
| GLOW NETWORKS<br>2140 LAKE PARK BOULEVARD<br>RICHARDSON, TX 75080-2290 | HINCKLEY, ALLEN & SNYDER LLP<br>COUNSEL TO TECHNOLOGY PARK X LTD<br>PARTNERSHIP &<br>TECHNOLOGY PARK V LIMITED PARTNERSHIP<br>JENNIFER V. DORAN, ESQ.<br>28 STATE STREET<br>BOSTON, MA 02109 |
| IBM CORPORATION<br>ROBERT C. WEBER<br>NEW ORCHARD ROAD<br>ARMONK, NY 10504 | INFOSYS TECHNOLOGIES LTD.<br>PLOT NO 45 & 46 ELECTRONICS<br>BANGALORE  560100 INDIA |
| INFOSYS TECHNOLOGIES LTD.<br>HEAD OF SALES - COMMUNICATIONS &<br>PRODUCT SERVICES<br>34760 CAMPUS DRIVE<br>FREMONT, CA 94555 | INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>ROOM 1150<br>BALTIMORE, MD 21201 |
| ITC NETWORKS<br>CHIEF LEGAL OFFICER<br>167 CALEA FLOREASCA, SECTOR 1<br>BUCHAREST  14459 ROMANIA | JABIL CIRCUIT INC (GDL)<br>JOE ADAMS<br>10560 DR MARTIN LUTHER KING JR. STREET<br>ST. PETERSBURG, FL 33716-3718 |
| JDS UNIPHASE CORPORATION<br>DOUG ALTEEN<br>3000 MERIVALE ROAD<br>OTTAWA, ON K2G 6N7 CANADA | JDS UNIPHASE CORPORATION<br>CHRIS DEWEES<br>1768 AUTOMATION PARKWAY<br>SAN JOSE, CA 95131 |

| | |
|---|---|
| JOHNSON CONTROLS INC.<br>CHIEF LEGAL OFFICER<br>2215 YORK ROAD<br>OAK BROOK, IL 60523 | KLEHR, HARRISON, HARVEY, BRANZBURG &<br>ELLERS LLP<br>COUNSEL TO EXPORT DEVELOPMENT CANADA<br>JOANNE B. WILLS, ESQ.<br>919 MARKET STREET, SUITE 100<br>WILMINGTON, DE 19801 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO CITY OF RICHARDSON TX<br>ELIZABETH WELLER, ESQ.<br>2323 BRYAN STREET<br>SUITE 1600<br>DALLAS, TX 75201 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO BEXAR COUNTY<br>DAVID G. AELVOET<br>TRAVIS BUILDING<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 |
| LUXOFT<br>CHIEF LEGAL OFFICER<br>10-3, 1-VOLOKOLAMSKY PROEZD<br>MOSCOW 123060 RUSSIA | MARGOLIS EDELSTEIN<br>JAMES E. HUGGETT, ESQ.<br>750 SHIPYARD DR<br>SUITE 102<br>WILMINGTON, DE 19801 |
| MAYER BROWN LLP<br>COUNSEL TO EXPORT DEVELOPMENT CANADA<br>DAVID S. CURRY, ESQ., CRAIG E. REIMER, ESQ.<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | MAYER BROWN LLP<br>COUNSEL TO EXPORT DEVELOPMENT CANADA<br>ANDREW D. SHAFFER, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| MCCANN ERICKSON SAN FRANCISCO<br>CHIEF LEGAL OFFICER<br>600 BATTERY STREET<br>SAN FRANCISCO, CA 94111 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS DUNNE, ESQ.<br>ONE CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005-1413 |

| | |
|---|---|
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>COUNSEL TO ABN AMRO BANK N.V.<br>RANIERO D'AVERSA JR, ESQ & LAURA D METZGER, ESQ<br>WESTON T EGUCHI, ESQ<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103-0001 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>DEPARTMENT OF INSURACNE SUPERVISION AND COMPLIANCE<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>COUNSEL TO RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, ESQ.<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | POLSINELLI SHUGART PC<br>COUNSEL TO WESTCON GROUP NORTH AMERICA, INC.<br>CHRISTOPHER A. WARD, ESQ., JUSTIN K. EDELSON, ESQ.<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 |
| SEAL CONSULTING<br>ATTN: CHIEF LEGAL OFFICER<br>105 FIELD CREST AVENUE<br>EDISON, NJ 08837 | SECRETARY OF TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ALISTAR BAMBACH, BANKRUPTCY DIVISION<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 |
| TATA CONSULTANCY SERVICES<br>ATTN: PRESIDENT<br>PARK WEST II KULUPWADI ROAD<br>MUMBAI 400066 INDIA | TEKSYSTEMS INC.<br>CHIEF LEGAL OFFICER<br>7437 RACE ROAD<br>HANOVER, MD 21076 |

TELRAD NETWORKS LTD.
YAACOV OMER, YOSSI BENJI, SIMCHA GUTGOLD
TELRAD PARK AFEK
14 HAMELACHA ST., P.O. BOX 488
ROSH HA'AVIN  48091 ISRAEL

THE BANK OF NEW YORK MELLON
VANESSA MACK
101 BARCLAY STREET - 4 E
NEW YORK, NY 10286

UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 N. ORANGE STREET
WILMINGTON, DE 19801

VEDDER PRICE P.C.
COUNSEL TO TELMAR NETWORK TECHNOLOGY INC.
MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019

WIPRO SYSTEMS LTD.
CHIEF LEGAL OFFICER
40 1A LAVELLE ROAD
BANGALORE  560001 INDIA

WIPRO TECHNOLOGIES
KUMUDHA SRIDHARAN
PLOT 72, KEONICS ELECTRONIC CITY
HOSUR MAIN ROAD
BANGALORE  561229 INDIA

WIPRO TECHNOLOGIES
DR. A.L. RAO
NO. 8, 7 MAIN 1 BLOCK
KORAMANGALA
BANGALORE  560034 INDIA

WISTRON INFOCOMM TECHNOLOGY CORP.
CHIEF LEGAL OFFICER
800 PARKER SQUARE
FLOWER MOUND, TX 75028

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044
ATTN: CHANTEL PINNOCK
ACCOUNT RESOLUTION

JANET FITZPATRICK
LEGAL ASSISTANT
UNISYS CORPORATION
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

| | |
|---|---|
| CHARLENE D. DAVIS, ESQ.<br>DANIEL A. O'BRIEN, ESQ.<br>BAYARD, P.A.<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | JOHN M. HICKEY, ESQ.<br>BARBER & BARTZ<br>525 S. MAIN STREET, SUITE 800<br>TULSA, OK 74103-4511 |
| KAREN J. STAPLETON<br>ASSISTANT COUNTY ATTORNEY<br>FOR THE COUNTY OF LOUDOUN, VA<br>ONE HARRISON STREET, S.E., 5TH FLOOR<br>LEESBURG, VA 20175-3102 | JOHN P. DILLMAN<br>LINEBARGER GOOGGAN BLAIR<br>& SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 |
| DOUG GOIN<br>CHIEF FINANCIAL OFFICER<br>APC WORKFORCE SOLUTIONS, LLC<br>420 SOUTH ORANGE AVENUE<br>6TH FLOOR<br>ORLANDO, FL 32801 | JEFFREY C. WISLER, ESQ.<br>MARC J. PHILLIPS, ESQ.<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>P.O. BOX 2207<br>WILMINGTON, DE 19899 |
| EDWARD T. ATTANASIO, ESQ.<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | |