**CERTIFICATE OF SERVICE**

      I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Amended Declaration Of Tai H. Park In Support Of The Application Of The Debtors Pursuant To 11 U.S.C. § 327(e) To Retain And Employ Shearman & Sterling LLP As Non-Ordinary Course Professional Special Litigation Counsel For The Debtors** *Nunc Pro Tunc* **To January 14, 2009** was caused to be made on February 11, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: February 11, 2009

                                               */s/ Thomas F. Driscoll III*
                                               Thomas F. Driscoll III (No. 4703)

2727466.1