# Notice Recipients

District/Off: 0311−1 User: Theresa Date Created: 2/12/2009
Case: 09−10138−KG Form ID: ntc Total: 10

**Recipients of Notice of Electronic Filing:**

ust United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Nortel Networks Inc., et al. 2221 Lakeside Boulevard Richardson, TX 75082
frep Allen &Overy LLP, 1221 Avenue of the Americas New York, NY 10020
aty Ann C. Cordo Morris Nichols Arsht &Tunnell LLP 1201 N. Market Street P.O. Box 1347 Wilmington, DE 19899−1347
aty Derek C. Abbott Morris Nichols Arsht &Tunnell 1201 N. Market Street Wilmington, DE 19899
aty Eric D. Schwartz Morris, Nichols, Arsht &Tunnell 1201 N.Market Street P. O. Box 1347 Wilmington, DE 19801
aty Mary Caloway Buchanan Ingersoll &Rooney PC 1000 West Street Ste 1410 Wilmington, DE 19801
aty Peter James Duhig Buchanan Ingersoll &Rooney PC The Brandywine Building 1000 West Street Suite 1410, P.O. Box 1397 Wilmington, DE 19899
aty Thomas F. Driscoll Morris, Nichols, Arsht &Tunnell LLP 1201 North Market Street Wilmington, DE 19801
aty Thomas F. Driscoll Morris, Nichols, Arsht &Tunnell LLP 1201 North Market Street Wilmington, DE 19801

TOTAL: 9