## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS, INC., *et al.*, | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Carren B. Shulman of Sheppard Mullin Richter & Hampton LLP, to represent NeoPhotonics Corporation in this action.

Dated: February __, 2009

POTTER ANDERSON & CORROON LLP

_____
Theresa V. Brown-Edwards (DE Bar No. 4225)
1313 North Market Street
Hercules Plaza, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000

*Attorney for NeoPhotonics Corporation*

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____
Carren B. Shulman
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
(212) 332-3611
cshulman@sheppardmullin.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
The Honorable Kevin Gross

PAC 901874v.1