**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR ALL**
**NOTICES AND DEMAND FOR SERVICE OF ALL PAPERS**

PLEASE TAKE NOTICE THAT Pepper Hamilton LLP ("Pepper") as counsel hereby enters its appearance on behalf of Right Management, Inc. in these chapter 11 cases. Pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Pepper requests that all notices given or required to be given in these cases, and all papers served or required to be served, be given and served upon Pepper at the office, address, telephone and facsimile numbers set forth below and that the following name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Henry Jaffe, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: jaffeh@pepperlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code and Rule 3017(a) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans, disclosure statements, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, which are filed or made with regard to the captioned cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) the party's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the party's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) the party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments this party expressly reserves.  Further, this Entry of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the

jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

| | |
|---|---|
| Dated: February 12, 2009<br>Wilmington, DE | PEPPER HAMILTON LLP<br><br>　/s/ Henry Jaffe　　　　<br>Henry Jaffe (No. 2987)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware  19899-1709<br>(302) 777-6500<br><br>*Counsel for Right Management, Inc.* |