IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                    )
**In re:**                                          )    **Chapter 11**
                                                    )
**NORTEL NETWORKS INC.,** *et al.***,**             )    **Case No. 09-10138 (KG)**
                                                    )
        **Debtors.**                                )    **Jointly Administered**
_____)

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned, as counsel to Anixter, Inc. ("Anixter"), hereby enters their appearances in the above-captioned Chapter 11 cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and hereby requests that all notices, including those required by Sections 342 and 1109 of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, given or required to be given, and all papers served or required to be served, in these cases or any related adversary proceedings be given to, and served upon counsel at the following addresses, telephone/facsimile numbers, and email addresses:

| | |
|---|---|
| SCHIFF HARDIN LLP | CAMPBELL & LEVINE, LLC |
| 6600 Sears Tower | 800 N. King Street |
| Chicago, IL  60606-6473 | Suite 300 |
| Tel:    (312) 258-5500 (phone) | Wilmington, DE 19801 |
| Fax:    (312) 258-5700 (fax) | Tel:    (302) 426-1900 |
| Attn:    John C. Vigano | Fax:    (302) 426-9947 |
|              Patricia J. Fokuo | Attn:    Marla R. Eskin |
| Email: jvigano@schiffhardin.com |              Ayesha S. Chacko |
|             pfokuo@schiffhardin.com | Email: meskin@camlev.com |
| |              achacko@camlev.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, any notices, applications, motions, orders, complaints, demands, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document

{D0146243.1 }

brought before this Court with regard to the above-referenced proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers shall not be deemed or construed to be a waiver by Anixter: (1) of the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) of the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, setoffs, or recoupments to which Anixter is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Anixter expressly reserves.

Dated:  February 12, 2009

/s/*Ayesha S. Chacko*
Marla R. Eskin (#2989)
Ayesha S. Chacko (#4994)
CAMPBELL & LEVINE LLC
800 North King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900
(302) 426-9947
meskin@camlev.com
achacko@camlev.com

-and-

Jon C. Vigano (Illinois #6257850)
Patricia J. Fokuo (Illinois # 6277431)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)
jvigano@schiffhardin.com
pfokuo@schiffhardin.com
**Counsel for Anixter, Inc.**

{D0146243.1 }