IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                              )

**In re:**                                      )         **Chapter 11**

                                              )

**NORTEL NETWORKS INC.,** *et al.*,    )         **Case No. 09-10138 (KG)**

                                              )

                **Debtors.**                   )         **Jointly Administered**
_____)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February 2009, I caused copies of the foregoing *Notice of Appearance and Request for Notices and Service of Papers* to be served on the party listed below in the manner and method indicated:

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Thomas F. Driscoll, III, Esq.<br>Ann C. Cordo, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br><br>**HAND DELIVERY** | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br><br>**HAND DELIVERY** |

Date: February 12, 2009

                                                 */s/ Ayesha S. Chacko*
                                                 Ayesha S. Chacko (#4994)