IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------
                                )
In re:                          )    Chapter 11
                                )
NORTEL NETWORKS, INC., et al.,  )    Case No. 09-10138 (KG)
                                )
        Debtors.                )    Jointly Administered
----------------------------------------------------

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 12, 2009, I caused service of the following:

**OBJECTION OF ANDREW, LLC AND APPLICABLE AFFILIATES TO DEBTORS' MOTION FOR AN ORDER ESTABLISHING PROCEDURES FOR ADDRESSING RECLAMATION DEMANDS PURSUANT TO SECTIONS 105(a), 362 AND 546(c) OF THE BANKRUPTCY CODE AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: February 12, 2009

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 12th day of February, 2009.

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

WWW/115500-0001/2136783/1

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Eric D. Swartz, Esq.
Thomas F. Driscoll III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

**VIA FACSIMILE**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999
[Counsel for the Debtors and
Debtors-in-Possession]

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer
& Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: (212) 872-1002
[Counsel to the Official Committee
of Unsecured Creditors]