IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| NORTEL NETWORKS INC., et al., | ) ) | Case No. 09-10138-KG (Jointly Administered) |
| Debtors. | ) ) |  |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**PLEASE TAKE NOTICE**, that The Prudential Insurance Company of America ("Prudential") hereby appears in the above caption bankruptcy cases and demands, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, that all notices given or required to be given in these cases, and all papers served in these cases, be given to and served upon Prudential's counsel at the office, post office address and telephone numbers set forth below.[1]

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any and all notices, applications, motions, legal memoranda, petitions, plans, disclosure statements, complaints, answers, pleadings, requests, demands, replies, proposed orders and judgments, statements and operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight courier, personal delivery, telephone,

---

[1] Please note that Prudential is also represented in these cases with respect to certain matters by the law firm of Lewis and Roca LLP.

2281544.1

telegraph, telefax, electronic mail or otherwise, which affect the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE**, that nothing contained herein shall be deemed or construed as (i) the consent by Prudential to the jurisdiction of the Bankruptcy Court over any matter or proceeding, or (ii) a waiver by Prudential (a) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (b) to trial by jury in any matter or proceeding so triable, (c) to have the District Court withdraw the reference of any matter or proceeding, (d) to have the Bankruptcy Court or District Court abstain from hearing any matter or proceeding, or (e) to any other rights, liens, claims, defenses, actions, set offs or recoupments to which Twin City may be entitled, all of which are expressly reserved.

Dated: February 12, 2009           Respectfully submitted,

                                                **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Mark G. Ledwin*
      Mark G. Ledwin, Esq. (ML-6873)
      3 Gannett Drive
      White Plains, New York 10604
      Tel: (914) 323-7000
      Fax: (914) 323-7001
      Email: mark.ledwin@wilsonelser.com

Attorneys for The Prudential Insurance Company of America

TO:   All Parties and Counsel via the Court's CM/ECF System

2281544.1