UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE

Rod Anderson, Esq. and Noel R. Boeke of the law firm of Holland & Knight LLP hereby

enters this Notice of Appearance as counsel on behalf of Jabil Circuit, Inc., in the above-captioned

cause.

_____
Rod Anderson
Florida Bar No. 370762
Noel R. Boeke
Florida Bar No. 151830
HOLLAND & KNIGHT LLP
P.O. Box 1288
Tampa, Florida  33601-1288
Telephone:  (813) 227-8500
Fax:  (813) 229-0134
E-mail:  rod.anderson@hklaw.com