UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF RECLAMATION AND ADMINISTRATIVE
AND PRIORITY CLAIM OF JABIL CIRCUIT, INC.**

Please be advised that a written reclamation demand on behalf of Jabil Circuit, Inc. was served on February 2, 2009, on Nortel Networks Inc. and Nortel Networks Limited. A true and correct copy of the written reclamation demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Dated: February 12, 2009.

_____
Rod Anderson
Florida Bar No. 370762
rod.anderson@hklaw.com
Keith S. Shotzberger
Florida Bar No. 0154600
keith.shotzberger@hklaw.com
HOLLAND & KNIGHT LLP
Suite 4100
100 N. Tampa Street
Tampa, FL 33602
813-227-8500 phone
813-229-0134 fax
Attorneys for Jabil Circuit, Inc.

# 6060022_v1