# EXHIBIT A

**JABIL**

February 2, 2009

**VIA OVERNIGHT MAIL**

Nortel Networks Inc.
4001 E. Chapel Hill Nelson Highway
Research Triangle Park, NC 27709

Nortel Networks Limited
195 The West Mall
Toronto M9C5K1 Ontario

**VIA FIRST CLASS MAIL**

Nortel Networks Limited
P.O. Box 280510
Nashville, TN 37228

RE:    Reclamation Demand from Jabil Circuit, Inc.

To Whom It May Concern:

Notice is hereby given pursuant to Section 2-702 of the Uniform Commercial Code and, to the extent applicable, common law and the United States Bankruptcy Code (11 U.S.C. § 546), that Jabil Circuit, Inc. hereby demands return of and exercises its right to reclaim all of products identified on the enclosed invoices (listed below) and which were received by Debtors within forty-five (45) days before the January 14, 2009 petition date (the "**Petition Date**"):

| Invoice Date | Invoice No. |
|---|---|
| 12/22/08 | 9403203207 |
| 12/23/08 | 9403203210 |
| 12/23/08 | 9403203211 |
| 12/24/08 | 9403286133 |
| 12/26/08 | 9403286140 |
| 12/26/08 | 9403286142 |
| 12/29/08 | 9403286145 |

10560 DR. MARTIN LUTHER KING, JR. ST. N.
ST. PETERSBURG, FLORIDA 33716 USA
+1.727.577.9749
+1.727.579.8529

WWW.JABIL.COM

February 2, 2009
Page 2

| | |
|---|---|
| 12/30/08 | 9403286146 |
| 12/31/08 | 9403286165 |
| 12/31/08 | 9403286171 |
| 01/02/09 | 9403365777 |
| 01/02/09 | 9403365778 |
| 01/05/09 | 9403436334 |
| 01/05/09 | 9403436335 |
| 01/05/09 | 9403365780 |
| 01/06/09 | 9403354520 |
| 01/07/09 | 9403354521 |
| 01/07/09 | 9403365804 |
| 01/08/09 | 9403354537 |
| 01/09/09 | 9403354544 |
| 01/12/09 | 9403354515 |
| 01/12/09 | 9403354516 |

Jabil Circuit, Inc. hereby demands that the referenced goods be accounted for and that an inventory be taken of all such goods on hand at the time you receive this notice. The result of such inventory should be immediately supplied to Jabil Circuit, Inc. Jabil Circuit, Inc. further demands that that the goods be immediately segregated and that Debtors promptly return such goods to Jabil Circuit, Inc.

Jabil Circuit, Inc. reserves its rights under 11 U.S.C. section 503(b)(9) of the Bankruptcy Code for allowance of an administrative claim for the value of any goods received by Debtor (or any other Debtor entity) within twenty (20) days before the Petition Date. In addition, Jabil

February 2, 2009
Page 3

Circuit, Inc. reserves the right to supplement this reclamation demand to identify goods received by other Nortel entities within 45 days prior to the Petition Date.

      If you determine it appropriate, please contact me to further discuss these matters. We look forward to your response to this letter.

                                 Sincerely,

                                 Jabil Circuit, Inc., a Delaware corporation

                               By:                                  
                                      Forbes Alexander
                                      Chief Financial Officer

Enclosures

bc: Keith S. Shotzberger
    Holland & Knight LLP

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 12/22/2008 | 9403203207 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004838494 | 4503580926 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 12/22/2008 | 806344965 | | FCA Point of |

| | | | | | |
|---|---|---|---|---|---|
| 3 | NTPB08AG 6 Mod High Density AS FP | 4,697.16 | EA | 14,091.48 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | 4,697.16 | EA | 23,485.80 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | 4,697.16 | EA | 23,485.80 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | 4,697.16 | EA | 23,485.80 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | 4,697.16 | EA | 23,485.80 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | 4,697.16 | EA | 23,485.80 | USD |
| 2 | NTPB08AG 6 Mod High Density AS FP | 4,697.16 | EA | 9,394.32 | USD |

| | | |
|---|---|---|
| NET TOTAL | 140,914.80 | USD |
| INVOICE TOTAL | 140,914.80 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 12/23/2008 | 9403203210 |
|---|---|

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004838494 | 4503580926 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/23/2008 | 806358904 | | FCA Point of | |

| | | | | | |
|---|---|---|---|---|---|
| 3 | NTPB08AG<br>6 Mod High Density AS FP | 4,697.16 | EA | 14,091.48 | USD |

| | | |
|---|---|---|
| NET TOTAL | 14,091.48 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 14,091.48 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 12/26/2008 | 9403286140 |
|---|---|

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004838494 | 4503580926 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 12/26/2008 | 806377876 | | FCA Point of |

| | | | | | |
|---|---|---|---|---|---|
| 5 | NTPB08AG<br>6 Mod High Density AS FP | 4,697.16 | EA | 23,485.80 | USD |

| | NET TOTAL | 23,485.80 | USD |
|---|---|---|---|
| | INVOICE TOTAL | 23,485.80 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 12/23/2008 | 9403203211 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS | |
|---|---|---|---|---|---|---|
| 0000032624 | 7004838497 | 4503580931 | | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | | |
| XX | 12/23/2008 | 806358957 | | FCA Point of | | |
| | 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 USD |
| | 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 USD |
| | 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 USD |
| | 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 USD |
| | 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 USD |
| | 3 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 14,091.48 USD |
| | 4 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 18,788.64 USD |
| | | | | NET TOTAL | 150,309.12 | USD |
| | | | | INVOICE TOTAL | 150,309.12 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenae No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 12/26/2008 | 9403286142 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7004838529 | 4503580937 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 12/26/2008 | 806377886 | | FCA Point of | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | NTPB08AG<br>6 Mod High Density AS FP | 4,697.16 | EA | 23,485.80 | USD |
| 4 | NTPB08AG<br>6 Mod High Density AS FP | 4,697.16 | EA | 18,788.64 | USD |

| | | |
|---|---|---|
| NET TOTAL | 42,274.44 | USD |
| INVOICE TOTAL | 42,274.44 | USD |

Repeat printout

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 12/29/2008 | 9403286145 |
|------------|------------|

**REMIT TO:**          **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS | |
|---|---|---|---|---|---|---|
| 0000032624 | 7004838529 | 4503580937 | | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | | |
| XX | 12/29/2008 | 806396037 | | FCA Point of | | |
| | 1 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 4,697.16 USD |
| | 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 USD |
| | 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 USD |
| | 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 USD |
| | 3 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 14,091.48 USD |

| | | | |
|---|---|---|---|
| | NET TOTAL | 89,246.04 | USD |
| | INVOICE TOTAL | 89,246.04 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| 12/24/2008 | 9403286133 |

**REMIT TO:**

Jabil Circuit, Inc.

P.O. BOX 93303

Chicago, IL 60673-0870

**INVOICE**

**PAYER:**

Nortel Networks Limited (0101/1002

Attention: Accounts Payable

PO Box 280510

NASHVILLE TN  37228

USA

**SHIP TO:**

Nortel Networks, Inc

4001 E. Chapel Hill Nelson Highwa

RESEARCH TRIANGLE PARK NC  27709

USA

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004838497 | 4503580931 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/24/2008 | 806370475 | | FCA Point of | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 | USD |
| 1 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 4,697.16 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | | 4,697.16 | EA | 23,485.80 | USD |

| | | |
|---|---|---|
| NET TOTAL | 75,154.56 | USD |
| INVOICE TOTAL | 75,154.56 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00



| 12/30/2008 | 9403286146 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004838529 | 4503580937 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/30/2008 | 806410249 | | FCA Point of | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | NTPB08AG | 6 Mod High Density AS FP | 4,697.16 | EA | 4,697.16 | USD |

|  |  |  |
|---|---|---|
| NET TOTAL | 4,697.16 | USD |
| INVOICE TOTAL | 4,697.16 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 12/31/2008 | 9403286165 |
|---|---|

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004838529 | 4503580937 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 12/31/2008 | 806414973 | | PCA Point of |

| | | | | |
|---|---|---|---|---|
| 1 | NTPB08AG<br>6 Mod High Density AS FP | 4,697.16 | EA | 4,697.16   USD |

|  |  |  |
|---|---|---|
| NET TOTAL | 4,697.16 | USD |
| INVOICE TOTAL | 4,697.16 | USD |

Repeat printout

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 01/12/2009 | 9403354515 |
|---|---|

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005562324 | 4503326873 | | |
| **SLS NO** | **DATE SHIPPED** | **DELIVERY NO.** | **SHIP VIA** | **SHIPPING POINT** |
| XX | 01/12/2009 | 806475809 | | FCA ZAPOPAN |

| | | | | |
|---|---|---|---|---|
| 2 | NTHW06GG<br>CP3, ROHS, DS1 BITS | 1,897.67 EA | 3,795.34 | USD |

| | | |
|---|---|---|
| NET TOTAL | 3,795.34 | USD |
| INVOICE TOTAL | 3,795.34 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 12/31/2008 | 9403286171 |
|---|---|

**REMIT TO:**                    **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                          **SHIP TO:**
Nortel Networks Limited (0101/1002        Nortel Networks, Inc
Attention: Accounts Payable                4001 E. Chapel Hill Nelson Highwa
PO Box 280510                              RESEARCH TRIANGLE PARK NC  27709
NASHVILLE TN  37228                        USA
USA

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004838529 | 4503580937 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 12/31/2008 | 806422334 | | FCA Point of |

| | | | | |
|---|---|---|---|---|
| 5 | NTPB08AG<br>6 Mod High Density AS FP | 4,697.16 | EA | 23,485.80 | USD |

| | | | |
|---|---|---|---|
| NET TOTAL | 23,485.80 | USD |
| INVOICE TOTAL | 23,485.80 | USD |

Repeat printout                                          Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00



| 01/06/2009 | 9403354520 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN 37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC 27709
USA

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 0000032624 | 7004838529 | 4503580937 | | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | | |
| XX | 01/06/2009 | 806440941 | | FCA Point of | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | NTPB08AG<br>6 Mod High Density AS FP | | 4,612.45 | EA | 9,224.90 | USD |

| | NET TOTAL | 9,224.90 | USD |
|---|---|---|---|
| | INVOICE TOTAL | 9,224.90 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| 01/12/2009 | 9403354516 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005536970 | 4503701543 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/12/2009 | 806475814 | | FCA Point of | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | NTHW31AG | | 4,326.82 | EA | 4,326.82 | USD |
| | FP, ROHS, 16P OC3, SFF-LC | | | | | |

| | | |
|---|---|---|
| NET TOTAL | 4,326.82 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 4,326.82 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| 01/07/2009 | 9403354521 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005461749 | 4503682375 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/07/2009 | 806450892 | | FCA Point of | |

| | | | | |
|---|---|---|---|---|
| 2 | NTPN49AG | 6,712.27 | EA | 13,424.54 | USD |
| | FP, ROHS, 4P GIGABIT ETHERNET MS3 (RSP2. | | | | |

| | | |
|---|---|---|
| NET TOTAL | 13,424.54 | USD |
| INVOICE TOTAL | 13,424.54 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00


01/08/2009 | 9403354537

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN 37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC 27709
USA

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | | SPECIAL INSTRUCTIONS | |
|---|---|---|---|---|---|---|---|
| 0000032624 | 7004838529 | 4503580937 | | | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | | | |
| XX | 01/08/2009 | 806459090 | | FCA Point of | | | |
| 3 | NTPB08AG 6 Mod High Density AS FP | | | 4,612.45 | EA | 13,837.35 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | | | 4,612.45 | EA | 23,062.25 | USD |
| 5 | NTPB08AG 6 Mod High Density AS FP | | | 4,612.45 | EA | 23,062.25 | USD |
| 2 | NTPB08AG 6 Mod High Density AS FP | | | 4,612.45 | EA | 9,224.90 | USD |
| | | | | NET TOTAL | | 69,186.75 | USD |
| | | | | INVOICE TOTAL | | 69,186.75 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 01/02/2009 | 9403365777 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks, Inc
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004840416 | 4503539826 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/02/2009 | 806427150 | | FCA Zapopan | |

| 2 | NTHW05AG FP, ROHS, 4P OC-3C MULTI-MODE | 1,884.60 | EA | 3,769.20 | USD |

| | NET TOTAL | 3,769.20 | USD |
| | INVOICE TOTAL | 3,769.20 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00



| 01/09/2009 | 9403354544 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004838529 | 4503580937 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/09/2009 | 806467821 | | FCA Point of | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | NTPB08AG 6 Mod High Density AS FP | | | 4,612.45 | EA | 9,224.90 | USD |

| | | |
|---|---|---|
| NET TOTAL | 9,224.90 | USD |
| INVOICE TOTAL | 9,224.90 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00



| 01/05/2009 | 9403365780 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks, Inc
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7004840416 | 4503539826 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/05/2009 | 806432359 | | FCA Zapopan | |

| | | | | |
|---|---|---|---|---|
| 2 | NTHW05AG<br>FP, ROHS, 4P OC-3C MULTI-MODE | 1,884.60 | EA | 3,769.20 USD |

| | | |
|---|---|---|
| NET TOTAL | 3,769.20 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 3,769.20 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| 01/02/2009 | 9403365778 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks, Inc
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004840416 | 4503539826 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/02/2009 | 806427241 | | FCA Zapopan | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | NTHW05AG | | 1,884.60 | EA | 3,769.20 | USD |
| | FP, ROHS, 4P OC-3C MULTI-MODE | | | | | |

| | | |
|---|---|---|
| NET TOTAL | 3,769.20 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 3,769.20 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00



| 01/07/2009 | 9403365804 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks, Inc
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks, Inc
4001 E. Chapel Hill Nelson Highwa
RESEARCH TRIANGLE PARK NC  27709
USA

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004842649 | 4503582409 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/07/2009 | 806450890 | | FCA Point of | |

| 5 | NTHW48AG | | 5,410.14 | EA | | 27,050.70 | USD |
| | FP, ROHS, 16P OC3/STM-1 MS3 | POS ATM | (RSP | | | | |

| | | NET TOTAL | 27,050.70 | USD |
|---|---|---|---|---|
| | | INVOICE TOTAL | 27,050.70 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 01/05/2009 | 9403436334 |
|---|---|

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks Limited (0101/100
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**TERMS:**  Within 42 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 0070096578 | 4320062592 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | | | | FCA Zapopan |

| | | | | | |
|---|---|---|---|---|---|
| 20 | NRE_0105NORTEL<br>NRE -Rework ECO-0006442 NTHW06GG/08EG | 101.25 | EA | 2,025.00 | USD |

| | NET TOTAL | 2,025.00 | USD |
|---|---|---|---|
| | INVOICE TOTAL | 2,025.00 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 01/05/2009 | 9403436335 |

**REMIT TO:**                    **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                    **SHIP TO:**
Nortel Networks Limited (0101/1002           Nortel Networks Limited (0101/100
Attention: Accounts Payable                  Attention: Accounts Payable
PO Box 280510                                PO Box 280510
NASHVILLE TN  37228                          NASHVILLE TN  37228
USA                                          USA

**TERMS:**  Within 42 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS | |
|---|---|---|---|---|---|
| 0000032624 | 0070096581 | 4320060020 | | | |
| SLS NO XX | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT FCA Zapopan | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | NRE_0105NORTEL NRE REWORK ECO-6471 NTHW0 6EG | | 15.66 | EA | 78.30 | USD |
| 5 | NRE_0105NORTEL NRE REWORK ECO-6471 NTHW0 8CG | | 15.66 | EA | 78.30 | USD |
| 61 | NRE_0105NORTEL NRE REWORK ECO-6471 NTHW0 632 | | 2.78 | EA | 169.58 | USD |
| 104 | NRE_0105NORTEL NRE REWORK ECO-6471 NTHW0 832 | | 2.78 | EA | 289.12 | USD |

| NET TOTAL | 615.30 | USD |
|---|---|---|

| INVOICE TOTAL | 615.30 | USD |
|---|---|---|

Repeat printout                                          Page:  1