IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-101380 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Brya M. Keilson, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Reclamation and Administrative and Priority Claim of Jabil Circuit, Inc. was caused to be made on February 12, 2009, via court's electronic notification system and U.S. first class mail, postage prepaid upon the parties on the attached list.

Date: February 12, 2009

ECKERT, SEAMANS, CHERIN & MELLOTT, LLC

_____
Brya M. Keilson, Esquire

{M0712931.1}

**SERVICE LIST**

Alteon WebSystems, Inc.
c/o Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Bookham Technology Plc.
George W. Shuster, Jr./Lisa Jack
Wilmer Cutler Pickering Hale and Dorr LLP
George W. Shuster, Jr.
60 State Street
Boston, MA 02109

Hewlett-Packard Company
Ramona Neal
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

Starent Networks Corp.
c/o Dennis L. Jenkins, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

Margolis Edelstin
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Nortel Networks, Inc.
2221 Lakeside Boulevard
Richardson, TX 75082

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Volex, Inc.
c/o Lisa Jack
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Peter James Duhig
Mary Caloway
Buchanan Ingersoll & Rooney PC
1000 West Street
Suite 1410
Wilmington, DE 19801

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

U.S. Trustee 844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899=--35

{M0712840.1}

| | |
|---|---|
| Derek C. Abbott<br>Eric D. Schwartz<br>Thomas F. Driscoll III<br>Ann C. Cordo<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Those parties participating In CM/ECF |

{M0712840.1}