# EXHIBIT A

**JABIL**

February 3, 2009

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Nortel Networks Limited
195 The West Mall
Toronto M9C5K1 Ontario
Fax: 905-863-2496

Nortel Networks Uk Ltd.
London Road, Haelow
ESSEX, CM17 9NA
United Kingdom
Fax: +44 (01628) 432810

RE:    Reclamation Demand from Jabil Circuit, Inc. (UK Goods)

To Whom It May Concern:

Notice is hereby given pursuant to Section 2-702 of the Uniform Commercial Code and, to the extent applicable, common law and the United States Bankruptcy Code (11 U.S.C. § 546), that Jabil Circuit, Inc. hereby demands return of and exercises its right to reclaim all of products identified on the enclosed invoices (listed below) and which were received by Debtors within forty-five (45) days before the January 14, 2009 petition date (the "**Petition Date**"):

| Invoice Date | Invoice No. |
|---|---|
| 12/22/2008 | 9403203206 |
| 12/22/2008 | 9403203208 |
| 12/23/2008 | 9403203209 |
| 12/24/2008 | 9403203212 |
| 12/24/2008 | 9403203213 |
| 12/24/2008 | 9403203214 |
| 12/24/2008 | 9403203215 |
| 12/24/2008 | 9403203216 |
| 12/24/2008 | 9403203217 |
| 12/24/2008 | 9403203218 |
| 12/24/2008 | 9403203219 |
| 12/24/2008 | 9403203220 |

10560 DR. MARTIN LUTHER KING, JR. ST. N.
ST. PETERSBURG, FLORIDA 33716 USA
☎ +1.727.577.9749
📠 +1.727.579.8529

WWW.JABIL.COM

February 3, 2009
Page 2

| | |
|---|---|
| 12/24/2008 | 9403203221 |
| 12/31/2008 | 9403286123 |
| 12/31/2008 | 9403286125 |
| 12/31/2008 | 9403286130 |
| 12/31/2008 | 9403286131 |
| 12/24/2008 | 9403286132 |
| 12/24/2008 | 9403286134 |
| 12/24/2008 | 9403286135 |
| 12/24/2008 | 9403286136 |
| 12/26/2008 | 9403286137 |
| 12/26/2008 | 9403286138 |
| 12/26/2008 | 9403286139 |
| 12/26/2008 | 9403286141 |
| 12/26/2008 | 9403286143 |
| 12/26/2008 | 9403286144 |
| 12/31/2008 | 9403286147 |
| 12/31/2008 | 9403286148 |
| 12/31/2008 | 9403286149 |
| 12/31/2008 | 9403286150 |
| 12/31/2008 | 9403286151 |
| 12/31/2008 | 9403286152 |
| 12/31/2008 | 9403286153 |
| 12/31/2008 | 9403286154 |
| 12/31/2008 | 9403286155 |
| 12/31/2008 | 9403286156 |
| 12/31/2008 | 9403286157 |
| 12/31/2008 | 9403286158 |

February 3, 2009
Page 3

| | |
|---|---|
| 12/31/2008 | 9403286159 |
| 12/31/2008 | 9403286160 |
| 12/31/2008 | 9403286161 |
| 12/31/2008 | 9403286162 |
| 12/31/2008 | 9403286163 |
| 12/31/2008 | 9403286164 |
| 12/31/2008 | 9403286166 |
| 12/31/2008 | 9403286167 |
| 12/31/2008 | 9403286168 |
| 12/31/2008 | 9403286169 |
| 12/31/2008 | 9403286170 |
| 12/31/2008 | 9403286174 |
| 12/31/2008 | 9403286179 |
| 12/31/2008 | 9403286180 |
| 12/31/2008 | 9403286181 |
| 12/31/2008 | 9403286182 |
| 1/12/2009 | 9403354373 |
| 1/14/2009 | 9403354374 |
| 1/2/2009 | 9403354503 |
| 1/2/2009 | 9403354504 |
| 1/8/2009 | 9403354505 |
| 1/8/2009 | 9403354506 |
| 1/8/2009 | 9403354507 |
| 1/8/2009 | 9403354508 |
| 1/8/2009 | 9403354509 |
| 1/8/2009 | 9403354510 |
| 1/8/2009 | 9403354511 |

February 3, 2009
Page 4

| | |
|---|---|
| 1/9/2009 | 9403354512 |
| 1/9/2009 | 9403354513 |
| 1/9/2009 | 9403354514 |
| 1/2/2009 | 9403354519 |
| 1/8/2009 | 9403354522 |
| 1/8/2009 | 9403354523 |
| 1/8/2009 | 9403354524 |
| 1/8/2009 | 9403354525 |
| 1/8/2009 | 9403354526 |
| 1/8/2009 | 9403354527 |
| 1/8/2009 | 9403354528 |
| 1/8/2009 | 9403354529 |
| 1/8/2009 | 9403354530 |
| 1/8/2009 | 9403354531 |
| 1/8/2009 | 9403354532 |
| 1/8/2009 | 9403354533 |
| 1/8/2009 | 9403354534 |
| 1/8/2009 | 9403354535 |
| 1/8/2009 | 9403354536 |
| 1/8/2009 | 9403354538 |
| 1/9/2009 | 9403354539 |
| 1/9/2009 | 9403354540 |
| 1/9/2009 | 9403354541 |
| 1/9/2009 | 9403354542 |
| 1/9/2009 | 9403354543 |
| 1/9/2009 | 9403354545 |
| 1/9/2009 | 9403354546 |

February 3, 2009
Page 5

| 1/9/2009 | 9403354547 |
|----------|------------|
| 1/9/2009 | 9403354548 |
| 1/2/2009 | 9403365779 |
| 1/8/2009 | 9403365781 |
| 1/8/2009 | 9403365782 |
| 1/2/2009 | 9403365801 |
| 1/2/2009 | 9403365802 |
| 1/2/2009 | 9403365803 |
| 1/8/2009 | 9403365805 |
| 1/8/2009 | 9403365806 |

Jabil Circuit, Inc. hereby demands that the referenced goods be accounted for and that an inventory be taken of all such goods on hand at the time you receive this notice. The result of such inventory should be immediately supplied to Jabil Circuit, Inc. Jabil Circuit, Inc. further demands that that the goods be immediately segregated and that Debtors promptly return such goods to Jabil Circuit, Inc.

Jabil Circuit, Inc. reserves its rights under 11 U.S.C. section 503(b)(9) of the Bankruptcy Code for allowance of an administrative claim for the value of any goods received by Debtor (or any other Debtor entity) within twenty (20) days before the Petition Date. In addition, Jabil Circuit, Inc. reserves the right to supplement this reclamation demand to identify goods received by other Nortel entities within 45 days prior to the Petition Date.

If you determine it appropriate, please contact me to further discuss these matters. We look forward to your response to this letter.

Sincerely,

Jabil Circuit, Inc., a Delaware corporation

By: _____

Forbes Alexander
Chief Financial Officer

Enclosures
bc:    Keith S. Shotzberger
       Holland & Knight LLP

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/31/2008 | 9403286174 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005455465 | 4503510219 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 12/31/2008 | 806414966 | | FCA Zapopan |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | COM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTPN27AG 4POC3CH FP | | 4,893.09 | EA | 4,893.09 | USD |
| | | | NET TOTAL | | 4,893.09 | USD |
| | | | INVOICE TOTAL | | 4,893.09 | USD |

Repeat printout

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE # |
|---|---|
| 12/31/2008 | 9403286179 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | | SPECIAL INSTRUCTIONS | |
|---|---|---|---|---|---|---|---|
| 0000032624 | 7005453485 | 4503518251 | | | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | | | |
| XX | 12/31/2008 | 806411689 | | FCA Zapopan | | | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 7 | NTPN27AG<br>4POC3CH FP | | 4,893.09 | EA | 34,251.63 | USD |

| | | |
|---|---|---|
| NET TOTAL | 34,251.63 | USD |
| INVOICE TOTAL | 34,251.63 | USD |

Repeat printout                                        Page:   1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 12/31/2008 | 9403286180 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005453491 | 4503518253 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/31/2008 | 806411705 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTPN27AG | 4POC3CH FP | 4,893.09 | EA | 4,893.09 | USD |

| | | |
|---|---|---|
| NET TOTAL | 4,893.09 | USD |
| INVOICE TOTAL | 4,893.09 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/31/2008 | 9403286181 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005453487 | 4503518252 | | |

| SLS NO. | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/31/2008 | 806411698 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 4 | NTPN27AG 4POC3CH FP | | 4,893.09 | EA | 19,572.36 | USD |

| | | |
|---|---|---|
| NET TOTAL | 19,572.36 | USD |
| INVOICE TOTAL | 19,572.36 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 12/31/2008 | 9403286182 |

**REMIT TO:**                              **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                          **SHIP TO:**
Nortel Networks Uk Ltd                    Nortel Networks UK Ltd
London Road, Haelow                       Monkstown Industrial State
ESSEX, CM17 9NA                            Doagh Road
Essex                                     NEWTOWNABBEY
CM17 9NA                                   Belfast
UNITED KINGDOM                            BT36 6XA
                                          UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005455467 | 4503535999 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 12/31/2008 | 806414970 | | FCA Zapopan |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 1 | NTPN27AG 4POC3CH FP | 4,893.09 | EA | 4,893.09 | USD |
| | NET TOTAL | | | 4,893.09 | USD |
| | INVOICE TOTAL | | | 4,893.09 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/12/2009 | 9403354373 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005566621 | 4503324902 | reversa de | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/12/2009 | 806477493 | | FCA ZAPOPAN | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTPN49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 (RSP2. | 6,064.02 | EA | 6,064.02 | USD |

| | | |
|---|---|---|
| NET TOTAL | 6,064.02 | USD |
| INVOICE TOTAL | 6,064.02 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/14/2009 | 9403354374 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005566557 | 4503187069 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/14/2009 | 806477476 | | FCA ZAPOPAN | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTPN49AG FP, ROHS, 4P GIGABIT ETHERNET MS3 (RSP2. | | 6,064.02 | EA | 12,128.04 | USD |

| | | |
|---|---|---|
| NET TOTAL | 12,128.04 | USD |
| INVOICE TOTAL | 12,128.04 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/02/2009 | 9403354503 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004801792 | 4503287245 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/02/2009 | 806427143 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 2 | NTPN27AG 4POC3CH FP | 4,981.72 | EA | 9,963.44 | USD |
| | | | NET TOTAL | 9,963.44 | USD |
| | | | INVOICE TOTAL | 9,963.44 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zopopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 01/02/2009 | 9403354504 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7004801792 | 4503287245 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 01/02/2009 | 806427242 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 3 | NTPN27AG 4POC3CH FP | | 4,981.72 | EA | 14,945.16 | USD |

| | | |
|---|---|---|
| NET TOTAL | 14,945.16 | USD |
| INVOICE TOTAL | 14,945.16 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE # |
|---|---|
| 01/08/2009 | 9403354505 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004802110 | 4503540411 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX. | 01/08/2009 | 806441860 | | FCA Zapopan |

| QTY SHIPPED | PART NUMBER DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 4 | NTHW31AG<br>FP, ROHS, 16P OC3, SFF-LC | 4,326.82 | EA | 17,307.28 | USD |
| | | NET TOTAL | | 17,307.28 | USD |
| | | INVOICE TOTAL | | 17,307.28 | USD |

Repeat printout                                        Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE |
|---|---|
| 01/08/2009 | 9403354506 |

**REMIT TO:**                                    **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                        **SHIP TO:**
Nortel Networks Uk Ltd              Nortel Networks UK Ltd
London Road, Haelow                 Monkstown Industrial State
ESSEX, CM17 9NA                     Doagh Road
Essex                               NEWTOWNABBEY
CM17 9NA                            Belfast
UNITED KINGDOM                      BT36 6XA
                                    UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005466432 | 4503540411 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/08/2009 | 806441964 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 54 | NTHW46AG<br>FP, ROHS, 4P MULTI-RATE MS3 POS ATM | | 5,203.80 | EA | 281,005.20 | USD |

|  |  |  |
|---|---|---|
| NET TOTAL | 281,005.20 | USD |
| INVOICE TOTAL | 281,005.20 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 01/08/2009 | 9403354507 |

**REMIT TO:**                               **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                          **SHIP TO:**
Nortel Networks Uk Ltd                   Nortel Networks UK Ltd
London Road, Haelow                      Monkstown Industrial State
ESSEX, CM17 9NA                          Doagh Road
Essex                                    NEWTOWNABBEY
CM17 9NA                                 Belfast
UNITED KINGDOM                           BT36 6XA
                                         UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005466432 | 4503540411 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/08/2009 | 806443208 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 6 | NTHW46AG<br>FP, ROHS, 4P MULTI-RATE MS3 POS ATM | 5,203.80 | EA | 31,222.80 | USD |
| | | | NET TOTAL | 31,222.80 | USD |
| | | | INVOICE TOTAL | 31,222.80 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | PACKING |
|---|---|
| 01/08/2009 | 9403354508 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004801792 | 4503287245 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 01/08/2009 | 806442121 | | FCA Zapopan |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | UNIT PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 3 | NTPN27AG 4POC3CH FP | | 4,981.72 | EA | 14,945.16 | USD |
| | | | | NET TOTAL | 14,945.16 | USD |
| | | | | INVOICE TOTAL | 14,945.16 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 01/08/2009 | 9403354509 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004801837 | 4503299097 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 01/08/2009 | 806442127 | | FCA Zapopan |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 2 | NTPN27AG<br>4POC3CH FP | 4,981.72 | EA | 9,963.44 | USD |
| | | | NET TOTAL | 9,963.44 | USD |
| | | | INVOICE TOTAL | 9,963.44 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1998 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/08/2009 | 9403354510 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004801837 | 4503299097 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/08/2009 | 806443210 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 2 | NTPN27AG 4POC3CH FP | 4,981.72 | EA | 9,963.44 | USD |

| | | |
|---|---|---|
| NET TOTAL | 9,963.44 | USD |
| INVOICE TOTAL | 9,963.44 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/08/2009 | 9403354511 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004801971 | 4503331204 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 01/08/2009 | 806450904 | | FCA Zapopan |

| QUANTITY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 2 | NTPN27AG 4POC3CH FP | 4,981.72 | EA | 9,963.44 | USD |

| | | |
|---|---|---|
| NET TOTAL | 9,963.44 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 9,963.44 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/09/2009 | 9403354512 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004802110 | 4503540411 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/09/2009 | 806461372 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 6 | NTHW31AG | FP, ROHS, 16P OC3, SFF-LC | 4,326.82 | EA | 25,960.92 | USD |
| | | | NET TOTAL | | 25,960.92 | USD |
| | | | INVOICE TOTAL | | 25,960.92 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/09/2009 | 9403354513 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

| PAYER: | SHIP TO: |
|---|---|
| Nortel Networks Uk Ltd | Nortel Networks UK Ltd |
| London Road, Haelow | Monkstown Industrial State |
| ESSEX, CM17 9NA | Doagh Road |
| Essex | NEWTOWNABBEY |
| CM17 9NA | Belfast |
| UNITED KINGDOM | BT36 6XA |
| | UNITED KINGDOM |

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004801971 | 4503331204 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 01/09/2009 | 806461377 | | FCA Zapopan |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 1 | NTPN27AG<br>4POC3CH FP | 4,981.72 | EA | 4,981.72 | USD |
| | | NET TOTAL | | 4,981.72 | USD |
| | | INVOICE TOTAL | | 4,981.72 | USD |

Repeat printout                                          Page: 1



**JABIL** Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 01/09/2009 | 9403354514 |

**REMIT TO:**          INVOICE
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                    **SHIP TO:**
Nortel Networks Uk Ltd                Nortel Networks UK Ltd
London Road, Haelow                   Monkstown Industrial State
ESSEX, CM17 9NA                        Doagh Road
Essex                                 NEWTOWNABBEY
CM17 9NA                              Belfast
UNITED KINGDOM                        BT36 6XA
                                      UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS | | |
|---|---|---|---|---|---|---|
| 0000032624 | 7004802065 | 4503461206 | | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | | |
| XX | 01/09/2009 | 806467830 | | FCA Zapopan | | |
| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
| 2 | NTPN27AG 4POC3CH FP | | 4,981.72 | EA | 9,963.44 | USD |
| | | | NET TOTAL | | 9,963.44 | USD |
| | | | INVOICE TOTAL | | 9,963.44 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepeñas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 02.01.2009 | 9403354519 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119810 | 4503623519 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 02.01.2009 | 806427139 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,390.42 | EA | 8,780.84 | USD |

|  |  |  |
|---|---|---|
| NET TOTAL | 8,780.84 | USD |
| INVOICE TOTAL | 8,780.84 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403354522 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS | |
|---|---|---|---|---|---|
| 0000032624 | 7005438577 | 4503677345 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 08.01.2009 | 806441805 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW08CG CP3, ROHS, E1 BITS | | 1,784.18 | EA | 1,784.18 | USD |

| | | |
|---|---|---|
| NET TOTAL | 1,784.18 | USD |
| INVOICE TOTAL | 1,784.18 | USD |

Repeat printout                                         Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403354523 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005438581 | 4503677352 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 08.01.2009 | 806441812 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER DESCRIPTION | U PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 2 | NTHW08CG<br>CP3, ROHS, E1 BITS | 1,784.18 | EA | 3,568.36 | USD |

| | | | |
|---|---|---|---|
| | NET TOTAL | 3,568.36 | USD |
| | INVOICE TOTAL | 3,568.36 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 08.01.2009 | 9403354524 |
|---|---|

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005438579 | 4503677346 | | | |
| SLS NO. | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 08.01.2009 | 806441823 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTHW08CG CP3, ROHS, E1 BITS | | 1,784.18 | EA | 3,568.36 | USD |

| | | |
|---|---|---|
| NET TOTAL | 3,568.36 | USD |
| INVOICE TOTAL | 3,568.36 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403354525 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005183420 | 4503630331 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 08.01.2009 | 806441987 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 5 | NTHW48AG<br>FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,519.72 | EA | 27,598.60 | USD |
| | | NET TOTAL | | 27,598.60 | USD |
| | | INVOICE TOTAL | | 27,598.60 | USD |

Repeat printout                                   Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403354526 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183421 | 4503630332 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 08.01.2009 | 806441991 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW48AG | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,519.72 | EA | 27,598.60 | USD |

| | NET TOTAL | 27,598.60 | USD |
|---|---|---|---|
| | INVOICE TOTAL | 27,598.60 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopen, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 08.01.2009 | 9403354527 |

**REMIT TO:**                                    **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                        **SHIP TO:**
Nortel Networks Limited (0101/1002              Nortel Networks UK Ltd
Attention: Accounts Payable                     Monkstown Industrial State
PO Box 280510                                   Doagh Road
NASHVILLE TN  37228                             NEWTOWNABBEY
USA                                             Belfast
                                                BT36 6XA
                                                UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005119802 | 4503623527 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 08.01.2009 | 806441999 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW49AG | | 4,390.42 | EA | 4,390.42 | USD |
| | FP, ROHS, 4P GIGABIT ETHERNET MS3 | | | | | |
| | | | | NET TOTAL | 4,390.42 | USD |
| | | | | INVOICE TOTAL | 4,390.42 | USD |

Repeat printout                                              Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
| --- | --- |
| 08.01.2009 | 9403354528 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
| --- | --- | --- | --- | --- |
| 0000032624 | 7005119806 | 4503623520 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
| --- | --- | --- | --- | --- |
| XX | 08.01.2009 | 806442054 | | FCA Point of |

| QTY. SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
| --- | --- | --- | --- | --- | --- | --- |
| 5 | NTHW49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 21,952.10 | USD |

| | | | NET TOTAL | 21,952.10 | USD |
| --- | --- | --- | --- | --- | --- |
| | | | INVOICE TOTAL | 21,952.10 | USD |

Repeat printout                                    Page:   1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE |
|---|---|
| 08.01.2009 | 9403354529 |

REMIT TO:                    INVOICE
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

PAYER:                                   SHIP TO:
Nortel Networks Limited (0101/1002       Nortel Networks UK Ltd
Attention: Accounts Payable              Monkstown Industrial State
PO Box 280510                            Doagh Road
NASHVILLE TN  37228                      NEWTOWNABBEY
USA                                      Belfast
                                         BT36 6XA
                                         UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119810 | 4503623519 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 08.01.2009 | 806442068 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 3 | NTHW49AG | | 4,390.42 | EA | 13,171.26 | USD |
| | | FP, ROHS, 4P GIGABIT ETHERNET MS3 | | | | |

|  | NET TOTAL | 13,171.26 | USD |
|---|---|---|---|
|  | INVOICE TOTAL | 13,171.26 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | PAGE NO |
|---|---|
| 08.01.2009 | 9403354530 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119800 | 4503623522 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX 08 | 08.01.2009 | 806442094 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 5 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 21,952.10 | USD |

| | | |
|---|---|---|
| NET TOTAL | 21,952.10 | USD |
| INVOICE TOTAL | 21,952.10 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403354531 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119805 | 4503623523 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 08.01.2009 | 806442103 | | FCA Point of |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 5 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 21,952.10 | USD |
| | | NET TOTAL | | 21,952.10 | USD |
| | | INVOICE TOTAL | | 21,952.10 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)8I9-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403354532 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005119793 | 4503623524 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 08.01.2009 | 806442107 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 21,952.10 | USD |

| | | |
|---|---|---|
| NET TOTAL | 21,952.10 | USD |
| INVOICE TOTAL | 21,952.10 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 08.01.2009 | 9403354533 |

**REMIT TO:**                    **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                    **SHIP TO:**
Nortel Networks Limited (0101/1002)          Nortel Networks UK Ltd
Attention: Accounts Payable                  Monkstown Industrial State
PO Box 280510                                Doagh Road
NASHVILLE TN  37228                          NEWTOWNABBEY
USA                                          Belfast
                                             BT36 6XA
                                             UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005119801 | 4503623525 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 08.01.2009 | 806442116 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 21,952.10 | USD |
| | | | NET TOTAL | | 21,952.10 | USD |
| | | | INVOICE TOTAL | | 21,952.10 | USD |

Repeat printout                                        Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403354534 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119802 | 4503623527 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 08.01.2009 | 806443209 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTHW49AG FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,390.42 | EA | 8,780.84 | USD |

| | | |
|---|---|---|
| NET TOTAL | 8,780.84 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 8,780.84 | USD |