# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403354535 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119802 | 4503623527 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 08.01.2009 | 806450898 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,390.42 | EA | 8,780.84 | USD |

| | | |
|---|---|---|
| NET TOTAL | 8,780.84 | USD |
| INVOICE TOTAL | 8,780.84 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 08.01.2009 | 9403354536 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183419 | 4503630334 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 08.01.2009 | 806450902 | | FCA Point of |

| QTY. SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 3 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 13,171.26 | USD |

| | | |
|---|---|---|
| NET TOTAL | 13,171.26 | USD |
| INVOICE TOTAL | 13,171.26 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 08.01.2009 | 9403354538 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000877 | 4503603018 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 08.01.2009 | 806450927 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 20 | NTPN28AA | PCP ASSY, ALCATEL-LUCENT Customized, | 765.80 | EA PDB | 15,316.00 | USD |

| | | |
|---|---|---|
| NET TOTAL | 15,316.00 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 15,316.00 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09.01.2009 | 9403354539 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183418 | 4503630333 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 09.01.2009 | 806461375 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW49AG FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,390.42 | EA | 21,952.10 | USD |
| | | | NET TOTAL | | 21,952.10 | USD |
| | | | INVOICE TOTAL | | 21,952.10 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09.01.2009 | 9403354540 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183409 | 4503630335 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 09.01.2009 | 806467757 | | FCA Point of |

| QTY. SHIPPED | PART NUMBER DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 5 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 21,952.10 | USD |
| | | NET TOTAL | | 21,952.10 | USD |
| | | INVOICE TOTAL | | 21,952.10 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09.01.2009 | 9403354541 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183423 | 4503630336 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 09.01.2009 | 806467780 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 21,952.10 | USD |
| | | | | NET TOTAL | 21,952.10 | USD |
| | | | | INVOICE TOTAL | 21,952.10 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE No. |
|---|---|
| 09.01.2009 | 9403354542 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183417 | 4503630337 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 09.01.2009 | 806467797 | | FCA Point of |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 5 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 21,952.10 | USD |
| | | NET TOTAL | | 21,952.10 | USD |
| | | INVOICE TOTAL | | 21,952.10 | USD |

Repeat printout                                        Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | ACCOUNT NO. |
|---|---|
| 09.01.2009 | 9403354543 |

**REMIT TO:**                         **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                                  **SHIP TO:**
Nortel Networks Limited (0101/1002)        Nortel Networks UK Ltd
Attention: Accounts Payable                Monkstown Industrial State
PO Box 280510                              Doagh Road
NASHVILLE TN  37228                        NEWTOWNABBEY
USA                                        Belfast
                                           BT36 6XA
                                           UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005438575 | 4503677347 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 09.01.2009 | 806467799 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 4 | NTHW49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,390.42 | EA | 17,561.68 | USD |

| | | | | | |
|---|---|---|---|---|---|
| | NET TOTAL | | 17,561.68 | USD | |
| | INVOICE TOTAL | | 17,561.68 | USD | |

Repeat printout                                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09.01.2009 | 9403354545 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000877 | 4503603018 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 09.01.2009 | 806461381 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 20 | NTPN28AA PCP ASSY, ALCATEL-LUCENT Customized, | | 765.80 | EA PDB | 15,316.00 | USD |
| | | | NET TOTAL | | 15,316.00 | USD |
| | | | INVOICE TOTAL | | 15,316.00 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09.01.2009 | 9403354546 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN   37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000877 | 4503603018 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 09.01.2009 | 806467833 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 15 | NTPN28AA<br>PCP ASSY, ALCATEL-LUCENT Customized, | | 765.80 | EA<br>PDB | 11,487.00 | USD |

| | | | | NET TOTAL | 11,487.00 | USD |
| | | | | INVOICE TOTAL | 11,487.00 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09.01.2009 | 9403354547 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005317193 | 4503650273 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 09.01.2009 | 806461384 | | FCA Point of | |

| SHIPPED | ITEM NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTPN49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 (RSP2. | 6,712.27 | EA | 6,712.27 | USD |

| | | |
|---|---|---|
| NET TOTAL | 6,712.27 | USD |
| INVOICE TOTAL | 6,712.27 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 09.01.2009 | 9403354548 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**   Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005317194 | 4503650274 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | | |
|---|---|---|---|---|---|---|
| XX | 09.01.2009 | 806461388 | | FCA Point of | | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTPN49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 (RSP2. | 6,712.27 | EA | 13,424.54 | USD |

| | | |
|---|---|---|
| NET TOTAL | 13,424.54 | USD |
| INVOICE TOTAL | 13,424.54 | USD |

Repeat printout                                              Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 01/02/2009 | 9403365779 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

| **PAYER:** | **SHIP TO:** |
|---|---|
| Nortel Networks Uk Ltd | Nortel Networks UK Ltd |
| London Road, Haelow | Monkstown Industrial State |
| ESSEX, CM17 9NA | Doagh Road |
| Essex | NEWTOWNABBEY |
| CM17 9NA | Belfast |
| UNITED KINGDOM | BT36 6XA |
| | UNITED KINGDOM |

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004802315 | 4503539662 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/02/2009 | 806427129 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW46AG | | 5,205.61 | EA | 26,028.05 | USD |
| | FP, ROHS, 4P MULTI-RATE MS3 | POS ATM | | | | |

| | | |
|---|---|---|
| NET TOTAL | 26,028.05 | USD |
| INVOICE TOTAL | 26,028.05 | USD |

Repeat printout                                    Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 01/08/2009 | 9403365781 |

**REMIT TO:**                                    **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                        **SHIP TO:**
Nortel Networks Uk Ltd                  Nortel Networks UK Ltd
London Road, Haelow                     Monkstown Industrial State
ESSEX, CM17 9NA                         Doagh Road
Essex                                   NEWTOWNABBEY
CM17 9NA                                Belfast
UNITED KINGDOM                          BT36 6XA
                                        UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7004802315 | 4503539662 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/08/2009 | 806441946 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 4 | NTHW46AG FP, ROHS, 4P MULTI-RATE MS3 | POS ATM | 5,205.61 | EA | 20,822.44 | USD |

| | | |
|---|---|---|
| NET TOTAL | 20,822.44 | USD |
| INVOICE TOTAL | 20,822.44 | USD |

Repeat printout                                        Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepeñas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| INV. DATE | INV. NO. |
|-----------|----------|
| 01/08/2009 | 9403365782 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004802218 | 4503514426 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 01/08/2009 | 806450929 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 2 | NTPN06AG<br>CP4, ROHS, DS1 BITS | 2,037.45 | EA | 4,074.90 | USD |
| | | NET TOTAL | | 4,074.90 | USD |
| | | INVOICE TOTAL | | 4,074.90 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 02.01.2009 | 9403365801 |
|---|---|

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119795 | 4503623518 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 02.01.2009 | 806427133 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTHW49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,394.90 | EA | 8,789.80 | USD |

| | | |
|---|---|---|
| NET TOTAL | 8,789.80 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 8,789.80 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 02.01.2009 | 9403365802 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005000876 | 4503603017 | | | |
| SIS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 02.01.2009 | 806427145 | | FCA Point of | |

| QTY. SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 40 | NTPN28AA | PCP ASSY, ALCATEL-LUCENT Customized, | 757.92 | EA PDB | 30,316.80 | USD |
| | | | NET TOTAL | | 30,316.80 | USD |
| | | | INVOICE TOTAL | | 30,316.80 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 02.01.2009 | 9403365803 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000876 | 4503603017 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 02.01.2009 | 806427240 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 24 | NTPN28AA PCP ASSY, ALCATEL-LUCENT Customized, | | 757.92 | EA PDB | 18,190.08 | USD |
| | | NET TOTAL | | | 18,190.08 | USD |
| | | INVOICE TOTAL | | | 18,190.08 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3) 819-13-00



| INVOICE DATE | INVOICE NO |
|---|---|
| 08.01.2009 | 9403365805 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005183414 | 4503630330 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 08.01.2009 | 806441975 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW48AG FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | | 5,428.38 | EA | 5,428.38 | USD |
| | | | NET TOTAL | | 5,428.38 | USD |
| | | | INVOICE TOTAL | | 5,428.38 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit ~Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 08.01.2009 | 9403365806 |

**REMIT TO:**                                      **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                          **SHIP TO:**
Nortel Networks Limited (0101/1002                 Nortel Networks UK Ltd
Attention: Accounts Payable                        Monkstown Industrial State
PO Box 280510                                      Doagh Road
NASHVILLE TN  37228                                NEWTOWNABBEY
USA                                                Belfast
                                                   BT36 6XA
                                                   UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005000876 | 4503603017 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 08.01.2009 | 806443211 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 20 | NTPN28AA  PCP ASSY, ALCATEL-LUCENT Customized, | 757.92 | EA  PDB | 15,158.40 | USD |

|  | NET TOTAL | 15,158.40 | USD |
|---|---|---|---|
|  | INVOICE TOTAL | 15,158.40 | USD |

Repeat printout                                    Page:   1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 22.12.2008 | 9403203206 |

REMIT TO:                              **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                        **SHIP TO:**
Nortel Networks Limited (0101/1002          Nortel Networks UK Ltd
Attention: Accounts Payable                 Monkstown Industrial State
PO Box 280510                               Doagh Road
NASHVILLE TN  37228                         NEWTOWNABBEY
USA                                         Belfast
                                            BT36 6XA
                                            UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005357033 | 4503656221 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 22.12.2008 | 806328079 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 19 | NTPN49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 (RSP2. | 6,615.94 | EA | 125,702.86 | USD |
| | | NET TOTAL | | | 125,702.86 | USD |
| | | INVOICE TOTAL | | | 125,702.86 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 22.12.2008 | 9403203208 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004885687 | 4503588412 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 22.12.2008 | 806344978 | | FCA Point of |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 10 | NTPN28AA<br>PCP ASSY, ALCATEL-LUCENT Customized, | 757.95 | EA<br>PDB | 7,579.50 | USD |
| | | NET TOTAL | | 7,579.50 | USD |
| | | INVOICE TOTAL | | 7,579.50 | USD |

Repeat printout                                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| DATE | INVOICE NO. |
|---|---|
| 23.12.2008 | 9403203209 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:** Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004885687 | 4503588412 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 23.12.2008 | 806358603 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 8 | NTPN28AA | PCP ASSY, ALCATEL-LUCENT Customized, | 757.95 | EA PDB | 6,063.60 | USD |

| | | |
|---|---|---|
| NET TOTAL | 6,063.60 | USD |
| INVOICE TOTAL | 6,063.60 | USD |

Repeat printout                                  Page:  1

# JABIL

Jabil Circuit -Guadalajara .US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 24.12.2008 | 9403203212 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005119781 | 4503623499 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 24.12.2008 | 806360691 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW48AG FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | | 5,428.38 | EA | 27,141.90 | USD |

| | | |
|---|---|---|
| NET TOTAL | 27,141.90 | USD |
| INVOICE TOTAL | 27,141.90 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 24.12.2008 | 9403203213 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119780 | 4503623500 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 24.12.2008 | 806360694 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTHW48AG | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,428.38 | EA | 10,856.76 | USD |

| | NET TOTAL | 10,856.76 | USD |
|---|---|---|---|
| | INVOICE TOTAL | 10,856.76 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| NET DATE | INVOICE |
| 24.12.2008 | 9403203214 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN 37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005023963 | 4503608396 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 24.12.2008 | 806360698 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW48AG | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,428.38 | EA | 5,428.38 | USD |

| | | |
|---|---|---|
| NET TOTAL | 5,428.38 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 5,428.38 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 24.12.2008 | 9403203215 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN 37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119811 | 4503623511 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 24.12.2008 | 806360703 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 3 | NTHW49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,394.90 | EA | 13,184.70 | USD |

| | | |
|---|---|---|
| NET TOTAL | 13,184.70 | USD |
| INVOICE TOTAL | 13,184.70 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 24.12.2008 | 9403203216 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN 37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119796 | 4503623512 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 24.12.2008 | 806360708 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 3 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,394.90 | EA | 13,184.70 | USD |

| | | |
|---|---|---|
| NET TOTAL | 13,184.70 | USD |
| INVOICE TOTAL | 13,184.70 | USD |

Repeat printout                                          Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 24.12.2008 | 9403203217 |

**INVOICE**

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004885687 | 4503588412 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 24.12.2008 | 806360736 | | FCA Point of |

| QTY. SHIPPED | PART NUMBER | DESCRIPTION | PRICE | BOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 14 | NTPN28AA | PCP ASSY, ALCATEL-LUCENT Customized, | 757.95 | EA PDB | 10,611.30 | USD |

| | | |
|---|---|---|
| NET TOTAL | 10,611.30 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 10,611.30 | USD |

Repeat printout                                           Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 24.12.2008 | 9403203218 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000881 | 4503603016 | | |

| SLS NO. | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 24.12.2008 | 806360740 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 9 | NTPN28AA | PCP ASSY, ALCATEL-LUCENT Customized, | 757.92 | EA PDB | 6,821.28 | USD |

| | NET TOTAL | 6,821.28 | USD |
|---|---|---|---|
| | INVOICE TOTAL | 6,821.28 | USD |

Repeat printout

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 24.12.2008 | 9403203219 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000876 | 4503603017 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 24.12.2008 | 806360760 | | FCA Point of | |

| ORDERED | SHIPPED | PART NUMBER / DESCRIPTION | PRICE | EOU | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| | 10 | NTPN28AA<br>PCP ASSY, ALCATEL-LUCENT Customized, | 757.92 | EA<br>PDB | 7,579.20 | USD |

| | | |
|---|---|---|
| NET TOTAL | 7,579.20 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 7,579.20 | USD |

Repeat printout                                      Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/24/2008 | 9403203220 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7004802141 | 4503540411 | | | |

| SIS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/24/2008 | 806370794 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | SOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW86CG | | 3,798.08 | EA | 3,798.08 | USD |
| | FP, ROHS, 4P OC12, SMIR (CPAC2, PQC12) | | | | | |

| | | |
|---|---|---|
| NET TOTAL | 3,798.08 | USD |
| INVOICE TOTAL | 3,798.08 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 24.12.2008 | 9403203221 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000876 | 4503603017 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 24.12.2008 | 806370796 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 6 | NTPN28AA | PCP ASSY, ALCATEL-LUCENT Customized, | 757.92 | EA PDB | 4,547.52 | USD |

| | | | | |
|---|---|---|---|---|
| | | NET TOTAL | 4,547.52 | USD |
| | | INVOICE TOTAL | 4,547.52 | USD |

Repeat printout                          Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/31/2008 | 9403286123 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004801993 | 4503331205 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 12/31/2008 | 806411682 | | FCA Zapopan |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTPN27AG 4POC3CH FP | | 4,893.09 | EA | 9,786.18 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | NET TOTAL | | 9,786.18 | USD |
| | | | INVOICE TOTAL | | 9,786.18 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/31/2008 | 9403286125 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004802218 | 4503514426 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/31/2008 | 806414955 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 4 | NTPN06AG<br>CP4, ROHS, DS1 BITS | 2,037.45 | EA | 8,149.80 | USD |

| | | |
|---|---|---|
| NET TOTAL | 8,149.80 | USD |
| INVOICE TOTAL | 8,149.80 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/31/2008 | 9403286130 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004802315 | 4503539662 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/31/2008 | 806411651 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 6 | NTHW46AG<br>FP, ROHS, 4P MULTI-RATE MS3 POS ATM | | 5,205.61 | EA | 31,233.66 | USD |
| | | | NET TOTAL | | 31,233.66 | USD |
| | | | INVOICE TOTAL | | 31,233.66 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 .C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/31/2008 | 9403286131 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Uk Ltd
London Road, Haelow
ESSEX, CM17 9NA
Essex
CM17 9NA
UNITED KINGDOM

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004802315 | 4503539662 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | | |
|---|---|---|---|---|---|---|
| XX | 12/31/2008 | 806414946 | | FCA Zapopan | | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW46AG<br>FP, ROHS, 4P MULTI-RATE MS3 | POS ATM | 5,205.61 | EA | 5,205.61 | USD |
| | | | NET TOTAL | | 5,205.61 | USD |
| | | | INVOICE TOTAL | | 5,205.61 | USD |

Repeat printout

Page: 1



# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/24/2008 | 9403286132 |

**REMIT TO:**                         **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                    **SHIP TO:**
Nortel Networks Uk Ltd            Nortel Networks UK Ltd
London Road, Haelow              Monkstown Industrial State
ESSEX, CM17 9NA                   Doagh Road
Essex                                      NEWTOWNABBEY
CM17 9NA                              Belfast
UNITED KINGDOM                  BT36 6XA
                                             UNITED KINGDOM

**TERMS:**  Within 30 days Due net

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7004802141 | 4503540411 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 12/24/2008 | 806360712 | | FCA Zapopan | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR. |
|---|---|---|---|---|---|
| 11 | NTHW86CG<br>FP, ROHS, 4P OC12, SMIR (CPAC2, PQC12) | 3,798.08 | EA | 41,778.88 | USD |

|  | NET TOTAL | 41,778.88 | USD |
|---|---|---|---|
|  | INVOICE TOTAL | 41,778.88 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 24.12.2008 | 9403286134 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119780 | 4503623500 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 24.12.2008 | 806370771 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 3 | NTHW48AG<br>FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,428.38 | EA | 16,285.14 | USD |

| | | | | |
|---|---|---|---|---|
| | | NET TOTAL | 16,285.14 | USD |
| | | INVOICE TOTAL | 16,285.14 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE # |
|---|---|
| 24.12.2008 | 9403286135 |

**REMIT TO:**                     **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                        **SHIP TO:**
Nortel Networks Limited (0101/1002)    Nortel Networks UK Ltd
Attention: Accounts Payable              Monkstown Industrial State
PO Box 280510                            Doagh Road
NASHVILLE TN  37228                      NEWTOWNABBEY
USA                                      Belfast
                                         BT36 6XA
                                         UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119796 | 4503623512 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 24.12.2008 | 806370783 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTHW49AG | FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,394.90 | EA | 8,789.80 | USD |

|  |  |  |  |
|---|---|---|---|
| | NET TOTAL | 8,789.80 | USD |
| | INVOICE TOTAL | 8,789.80 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 24.12.2008 | 9403286136 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119804 | 4503623513 | | |

| SLS NO. | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 24.12.2008 | 806370791 | | FCA Point of |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 2 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,394.90 | EA | 8,789.80 | USD |
| | NET TOTAL | | | 8,789.80 | USD |
| | INVOICE TOTAL | | | 8,789.80 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 26.12.2008 | 9403286137 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004961684 | 4503596437 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 26.12.2008 | 806377850 | | FCA Point of |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | UNIT PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 2 | NTPN08AG<br>CP4, ROHS, E1 BITS | 2,025.82 | EA | 4,051.64 | USD |
| | | NET TOTAL | | 4,051.64 | USD |
| | | INVOICE TOTAL | | 4,051.64 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepeñas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 26.12.2008 | 9403286138 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000003262 | 4700511979 | 0 4503623504 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 26.12.2008 | 806377858 | | FCA Point of | |

| QTY. SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 4 | NTHW48AG FP, ROHS, 16P OC3/STM-1 MS3 | POS ATM (RSP | 5,428.38 | EA | 21,713.52 | USD |

| | | |
|---|---|---|
| NET TOTAL | 21,713.52 | USD |
| INVOICE TOTAL | 21,713.52 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 26.12.2008 | 9403286139 |
|---|---|

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005119804 | 4503623513 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 26.12.2008 | 806377870 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 3 | NTHW49AG FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,394.90 | EA | 13,184.70 | USD |

| | NET TOTAL | 13,184.70 | USD |
|---|---|---|---|
| | INVOICE TOTAL | 13,184.70 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 26.12.2008 | 9403286141 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119794 | 4503623514 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 26.12.2008 | 806377878 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 5 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,394.90 | EA | 21,974.50 | USD |

| | | | |
|---|---|---|---|
| NET TOTAL | 21,974.50 | USD | |
| INVOICE TOTAL | 21,974.50 | USD | |