# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 26.12.2008 | 9403286143 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119809 | 4503623515 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 26.12.2008 | 806378645 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW49AG FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,394.90 | EA | 21,974.50 | USD |

| | | |
|---|---|---|
| NET TOTAL | 21,974.50 | USD |
| INVOICE TOTAL | 21,974.50 | USD |

Repeat printout

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 26.12.2008 | 9403286144 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119788 | 4503623501 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 26.12.2008 | 806378655 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 4 | NTHW48AG FP, ROHS, 16P OC3/STM-1 MS3 | POS ATM (RSP | 5,428.38 | EA | 21,713.52 | USD |

|  |  |  |  |
|---|---|---|---|
| | NET TOTAL | 21,713.52 | USD |
| | INVOICE TOTAL | 21,713.52 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45230
Tel: (3)619-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286147 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183413 | 4503630326 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806411644 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 4 | NTHW08CG | CP3, ROHS, E1 BITS | 1,780.95 | EA | 7,123.80 | USD |
| | | | | NET TOTAL | 7,123.80 | USD |
| | | | | INVOICE TOTAL | 7,123.80 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| 31.12.2008 | 9403286148 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005438573 | 4503677353 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 31.12.2008 | 806411645 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW25BG | FP, 4PT VOICE SERV PROC 4E (4PVSP4E) | 8,883.34 | EA | 8,883.34 | USD |

| | | | | NET TOTAL | 8,883.34 | USD |
|---|---|---|---|---|---|---|
| | | | | INVOICE TOTAL | 8,883.34 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 31.12.2008 | 9403286149 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119797 | 4503623516 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806411659 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW49AG  FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,394.90 | EA | 21,974.50 | USD |

| | | |
|---|---|---|
| NET TOTAL | 21,974.50 | USD |
| INVOICE TOTAL | 21,974.50 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE No. |
|---|---|
| 31.12.2008 | 9403286150 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005438576 | 4503677349 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806411668 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CCY |
|---|---|---|---|---|---|---|
| 1 | NTHW77AG VSP30 5/6 ROHS COMPLIANT | | 7,207.34 | EA | 7,207.34 | USD |
| | | | NET TOTAL | | 7,207.34 | USD |
| | | | INVOICE TOTAL | | 7,207.34 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286151 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7004961684 | 4503596437 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806411675 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 15 | NTPN08AG | CP4, ROHS, E1 BITS | 2,025.82 | EA | 30,387.30 | USD |

| | | |
|---|---|---|
| NET TOTAL | 30,387.30 | USD |
| INVOICE TOTAL | 30,387.30 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286152 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 000003262 | 47005119788 | 4503623501 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806412516 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 1 | NTHW48AG | 5,428.38 | EA | 5,428.38 | USD |
| | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | | | | |

| | | | |
|---|---|---|---|
| | NET TOTAL | 5,428.38 | USD |
| | INVOICE TOTAL | 5,428.38 | USD |

Repeat printout

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE |
|---|---|
| 31.12.2008 | 9403286153 |

**REMIT TO:**
Jabil Circuit, Inc.                      **INVOICE**
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119784 | 4503623502 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806412532 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER / DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 5 | NTHW48AG<br>FP, ROHS, 16P OC3/STM-1 MS3 POS ATM | 5,428.38 | EA (RSP | 27,141.90 | USD |

| | | |
|---|---|---|
| NET TOTAL | 27,141.90 | USD |
| INVOICE TOTAL | 27,141.90 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-23-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286154 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 00000326247005119791 | 4503623503 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806412549 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW48AG | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,428.38 | EA | 27,141.90 | USD |

| | | | |
|---|---|---|---|
| | NET TOTAL | 27,141.90 | USD |
| | INVOICE TOTAL | 27,141.90 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| VOICE DATE | VOICE NO. |
|------------|-----------|
| 31.12.2008 | 9403286155 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000879 | 4503603015 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806412560 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 2 | NTHW48AG | | 5,428.38 | EA | 10,856.76 | USD |
| | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | | | | | |

| | NET TOTAL | 10,856.76 | USD |
|---|---|---|---|
| | INVOICE TOTAL | 10,856.76 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286156 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005054541 | 4503611122 | | |

| SLS NO. | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 31.12.2008 | 806412569 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW48AG<br>FP, ROHS, 16P OC3/STM-1 MS3 | POS ATM (RSP | 5,428.38 | EA | 27,141.90 | USD |

|  |  |  |
|---|---|---|
| NET TOTAL | 27,141.90 | USD |
| INVOICE TOTAL | 27,141.90 | USD |

Repeat printout                                          Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286157 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119783 | 4503623505 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806412578 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW48AG | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM | 5,428.38 | EA | 27,141.90 | USD |
| | | (RSP | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | NET TOTAL | 27,141.90 | USD |
| | | | INVOICE TOTAL | 27,141.90 | USD |

Repeat printout

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286158 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS | |
|---|---|---|---|---|---|
| 0000032624 | 7005054534 | 4503611123 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 31.12.2008 | 806412583 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW48AG<br>FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | | 5,428.38 | EA | 5,428.38 | USD |

| | | NET TOTAL | 5,428.38 | USD |
|---|---|---|---|---|
| | | INVOICE TOTAL | 5,428.38 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| DATE | PAYER |
|---|---|
| 31.12.2008 | 9403286159 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119786 | 4503623506 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 31.12.2008 | 806412591 | | FCA Point of |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CCY |
|---|---|---|---|---|---|---|
| 1 | NTHW48AG<br>FP, ROHS, 16P OC3/STM-1 MS3 | POS ATM (RSP | 5,428.38 | EA | 5,428.38 | USD |

| | | | | NET TOTAL | 5,428.38 | USD |
|---|---|---|---|---|---|---|
| | | | | INVOICE TOTAL | 5,428.38 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 31.12.2008 | 9403286160 |

**REMIT TO:**                    **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                    **SHIP TO:**
Nortel Networks Limited (0101/1002)          Nortel Networks UK Ltd
Attention: Accounts Payable                  Monkstown Industrial State
PO Box 280510                                Doagh Road
NASHVILLE TN  37228                          NEWTOWNABBEY
USA                                          Belfast
                                             BT36 6XA
                                             UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005183411 | 4503630327 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 31.12.2008 | 806412600 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW48AG FP, ROHS, 16P OC3/STM-1 MS3 POS ATM | | 5,428.38 | EA (RSP | 27,141.90 | USD |

| | | |
|---|---|---|
| NET TOTAL | 27,141.90 | USD |
| INVOICE TOTAL | 27,141.90 | USD |

Repeat printout                                    Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| | |
|---|---|
| 31.12.2008 | 9403286161 |

**REMIT TO:**                               **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                              **SHIP TO:**
Nortel Networks Limited (0101/1002)      Nortel Networks UK Ltd
Attention: Accounts Payable              Monkstown Industrial State
PO Box 280510                            Doagh Road
NASHVILLE TN  37228                      NEWTOWNABBEY
USA                                      Belfast
                                         BT36 6XA
                                         UNITED KINGDOM

**TERMS:**   Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183408 | 4503630328 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806412605 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW48AG | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,428.38 | EA | 27,141.90 | USD |

| | | |
|---|---|---|
| NET TOTAL | 27,141.90 | USD |
| INVOICE TOTAL | 27,141.90 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286162 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183412 | 4503630329 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806412608 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW48AG | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,428.38 | EA | 27,141.90 | USD |

| | | |
|---|---|---|
| NET TOTAL | 27,141.90 | USD |
| INVOICE TOTAL | 27,141.90 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit –Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286163 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005183414 | 4503630330 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 31.12.2008 | 806412609 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 3 | NTHW48AG | FP, ROHS, 16P OC3/STM-1 MS3 POS ATM (RSP | 5,428.38 | EA | 16,285.14 | USD |

| | | |
|---|---|---|
| NET TOTAL | 16,285.14 | USD |

| | | |
|---|---|---|
| INVOICE TOTAL | 16,285.14 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.

Zapopan, JAL 45130

Tel: (3)619-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 31.12.2008 | 9403286164 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**   Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000880 | 4503603013 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806414963 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 4 | NTPN08AG | CP4, ROHS, E1 BITS | 2,025.82 | EA | 8,103.28 | USD |
| | | | NET TOTAL | | 8,103.28 | USD |
| | | | INVOICE TOTAL | | 8,103.28 | USD |

Repeat printout

Page:   1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO. |
|---|---|
| 31.12.2008 | 9403286166 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**   Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005183414 | 4503630330 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 31.12.2008 | 806422325 | | FCA Point of |

| QNT SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 1 | NTHW48AG<br>FP, ROHS, 16P OC3/STM-1 MS3 | POS ATM (RSP | 5,428.38 | EA | 5,428.38 | USD |

| | | | | NET TOTAL | 5,428.38 | USD |
|---|---|---|---|---|---|---|
| | | | | INVOICE TOTAL | 5,428.38 | USD |

Repeat printout

Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| NET DATE | NUMBER |
|----------|--------|
| 31.12.2008 | 9403286167 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005119799 | 4503623517 | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
|---|---|---|---|---|
| XX | 31.12.2008 | 806422327 | | FCA Point of |

| QUAN SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 5 | NTHW49AG FP, ROHS, 4P GIGABIT ETHERNET MS3 | | 4,394.90 | EA | 21,974.50 | USD |

| | | |
|---|---|---|
| NET TOTAL | 21,974.50 | USD |
| INVOICE TOTAL | 21,974.50 | USD |

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | PAGE NO. |
|---|---|
| 31.12.2008 | 9403286168 |

**REMIT TO:**                                          **INVOICE**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**PAYER:**                                             **SHIP TO:**
Nortel Networks Limited (0101/1002)                    Nortel Networks UK Ltd
Attention: Accounts Payable                            Monkstown Industrial State
PO Box 280510                                          Doagh Road
NASHVILLE TN  37228                                    NEWTOWNABBEY
USA                                                    Belfast
                                                       BT36 6XA
                                                       UNITED KINGDOM

**TERMS:**   Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005119795 | 4503623518 | | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
| XX | 31.12.2008 | 806422329 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER   DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 3 | NTHW49AG<br>FP, ROHS, 4P GIGABIT ETHERNET MS3 | 4,394.90 | EA | 13,184.70 | USD |
| | | | | | |
| | NET TOTAL | | | 13,184.70 | USD |
| | INVOICE TOTAL | | | 13,184.70 | USD |

Repeat printout                                        Page: 1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | NOTE NO. |
|---|---|
| 31.12.2008 | 9403286169 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:**  Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 0000032624 | 7005000880 | 4503603013 | | | |

| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT | |
|---|---|---|---|---|---|
| XX | 31.12.2008 | 806422331 | | FCA Point of | |

| QTY SHIPPED | PART NUMBER | DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 11 | NTPN08AG | CP4, ROHS, E1 BITS | 2,025.82 | EA | 22,284.02 | USD |

| | | |
|---|---|---|
| NET TOTAL | 22,284.02 | USD |
| INVOICE TOTAL | 22,284.02 | USD |

Repeat printout

Page:  1

# JABIL

Jabil Circuit -Guadalajara US

Av. Valdepenas No. 1993 C.P.
Zapopan, JAL 45130
Tel: (3)819-13-00

| INVOICE DATE | INVOICE NO |
|---|---|
| 31.12.2008 | 9403286170 |

**REMIT TO:**
Jabil Circuit, Inc.
P.O. BOX 93303
Chicago, IL 60673-0870

**INVOICE**

**PAYER:**
Nortel Networks Limited (0101/1002)
Attention: Accounts Payable
PO Box 280510
NASHVILLE TN  37228
USA

**SHIP TO:**
Nortel Networks UK Ltd
Monkstown Industrial State
Doagh Road
NEWTOWNABBEY
Belfast
BT36 6XA
UNITED KINGDOM

**TERMS:** Due 30 days from end of month

| CUSTOMER NO. | SALES ORDER NO. | PURCHASE ORDER NO. | Customer Delivery Reference | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| 0000032624 | 7005000876 | 4503603017 | | |
| SLS NO | DATE SHIPPED | DELIVERY NO. | SHIP VIA | SHIPPING POINT |
| XX | 31.12.2008 | 806422332 | | FCA Point of |

| QTY SHIPPED | PART NUMBER DESCRIPTION | PRICE | UOM | AMOUNT | CUR |
|---|---|---|---|---|---|
| 20 | NTPN28AA<br>PCP ASSY, ALCATEL-LUCENT Customized, | 757.92 | EA<br>PDB | 15,158.40 | USD |

| | | | |
|---|---|---|---|
| NET TOTAL | 15,158.40 | USD |
| INVOICE TOTAL | 15,158.40 | USD |