## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE
## DELAWARE DIVISION

| | |
|---|---|
| IN RE:<br><br>Nortel Networks, Inc.<br><br>      Debtor(s) | CASE NO. 09-10138-KG<br>(Chapter 11) |

### REQUEST FOR SERVICE OF NOTICES

  YOU ARE REQUESTED to serve all notices, including the notices required to be sent to creditors under Fed. R. Bankr. P. 2002, 3017, 4001 and 9007, on Perkins Coie LLP, a party-in-interest in this matter, by service to Alan D. Smith and Chun M. Ng at the addresses listed below.

  The foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, pleadings or papers seeking relief from stay, assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset of the Debtor, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, operating reports, whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date upon which a proof of claim may be filed.

  The Clerk of the Bankruptcy Court is further requested to add the names and addresses stated below to the master mailing list in this case:

      Alan D. Smith
      Perkins Coie LLP
      1201 Third Avenue, 48th Floor
      Seattle, WA  98101-3099

Chun M. Ng
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, WA  98101-3099

Mr. Smith and Mr. Ng herby also consent to email service, including ECF service, at the following email addresses:   ADSmith@perkinscoie.com and CNg@perkinscoie.com.

Respectfully Submitted,

**PERKINS COIE LLP**

By:  /s/  Alan D. Smith
ALAN D. SMITH
WA State Bar No. 24964
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
206.359.8000
206.359.9000 FAX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above REQUEST FOR SERVICE OF NOTICES, has been served upon the parties listed below, via U.S. first class mail, on this date: February 12, 2009.

| | |
|---|---|
| Derek C. Abbott, Esq. | United States Trustee |
| Eric D. Schwartz, Esq. | 844 King Street, Room 2207 |
| Thomas F. Driscoll, III, Esq. | Lockbox #25 |
| Ann C. Cordo, Esq. | Wilmington, DE  19899-0035 |
| Morris, Nichols, Arsht & Tunnell LLP | |
| 1201 North Market Street | |
| Wilmington, DE  19801 | |

　　　　　　　 /s/  Susan Lanning
Susan Lanning