## ` CERTIFICATE OF SERVICE

  I, Deborah Schneider certify that I am not less than 18 years of age, and that service of the foregoing **Statement Of Helein & Marashlian, LLC Pursuant To Fed R. Bankr. P. 2014 And Order Authorizing Debtors To Employ, Retain And Compensate Professionals In The Ordinary Course** was caused to be made on February 13, 2009, in the manner indicated upon the entities identified below.

Dated: February 13, 2009

*/s/ Deborah Schneider*
Deborah Schneider

**VIA FIRST CLASS U.S. MAIL:**
Derek C. Abbott, Esq.,
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, New York 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801.

Fred Hodara, Esq
Akin Gump LLP
One Bryant Park
New York, NY 10036.

272931 5.1