# EXHIBIT A

## James J. Regan Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                        :
*In re*                                 :      Chapter 11
                                        :
Nortel Networks Inc., *et al.*,[5]      :      Case No. 09-10138 (KG)
                                        :
                    Debtors.            :      Jointly Administered
-------------------------------------------------------X

## DECLARATION OF JAMES J. REGAN IN SUPPORT OF THE APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 327(e) TO RETAIN AND EMPLOY CROWELL & MORING LLP AS SPECIAL COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO JANUARY 14, 2009

I, James J. Regan, hereby declare under penalty of perjury:

1.      I am an attorney at law admitted to practice before the courts in the District of Columbia and before the U.S. District Court for the District of Columbia and the U.S. Court of Federal Claims.  I am a partner of the firm of Crowell & Moring LLP ("Crowell"), which maintains offices for the practice of law at 1001 Pennsylvania Avenue, NW, Washington, D.C. 20004.

2.      I submit this declaration (the "Declaration") in connection with the application (the "Application") of Nortel Networks Inc. ("NNI") and certain of its affiliates, as

---

[5]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

debtors and debtors in possession, (collectively, the "Debtors"), in the above-captioned chapter 11 cases (the "Cases") to retain and employ Crowell as Special Counsel to the Debtors.[6]

3.    Since 1999, Crowell has represented certain of the Debtors, the Canadian Debtors, the EMEA Debtors, and non-debtor affiliates (collectively, "Nortel") on a variety of matters, including general advice and legal services relating to the following practice areas: antitrust; corporate; government contracts; intellectual property; international business; international regulatory and compliance; labor and employment; litigation; mergers and acquisitions, divestitures and corporate governance; technology, media and telecommunications; white collar litigation; and related matters, as well as advice and services relating to the laws of certain non-U.S., non-Canadian jurisdictions (collectively, "Crowell's Services").    After the Petition Date, where requested to do so, Crowell continues to provide Nortel with Crowell's Services.

4.    All statements made herein are true and correct to the best of our knowledge, information and belief.

5.    At the Debtors' request, Crowell proposes to provide Crowell's Services. Prior to the Petition Date, Crowell has advised and represented the Debtors with regard to similar issues.    While certain of Crowell's work, such as representation of the Debtors in connection with asset divestitures, may be ancillary to the Debtors' reorganization process, Crowell is not being retained, and has not been asked, to provide advice with respect to conducting the Debtors' bankruptcy cases.

---

[6]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.    Crowell does not waive by the Application and this Declaration and their contents, and hereby reserves and preserves, any and all rights, remedies, claims, and privileges.

6.     Crowell is not being retained, and has not been asked, to provide advice with respect to the Debtors' bankruptcy cases.

7.     Except as stated herein, to the best of my knowledge, Crowell, as well as its partners and associates, (i) except as disclosed herein, does not have any connection with Debtors or with its creditors or other parties in interest and (ii) does not hold or represent an interest materially adverse to the estates.

8.     I conducted, or caused to be conducted, a search of Crowell's records regarding active and inactive client files maintained for that purpose for potential adverse parties. The search demonstrated that Crowell is not engaged in any matter that would disqualify it from providing legal services to the Debtors.

9.     I have reviewed, or caused to be reviewed, the records of Crowell to determine the existence of any interest adverse to the Debtors or which would otherwise create a conflict of interest in connection with Crowell's engagement in this matter.  Based upon such review, and except as may be further noted in this Declaration, it is my belief that Crowell does not have an interest adverse to the interest of the Debtors with respect to the matters on which Crowell is to be employed, nor does it have any relationship, direct or indirect with the Debtors or any other party claiming an interest in the Debtors.

10.     Due to the size and diversity of Crowell's practice, Crowell may have advised, represented, provided services for or otherwise dealt with or may now be advising, representing, providing services for or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases.  However, while Crowell may continue to provide advice, representation and services to the Debtors' affiliates during these chapter 11 cases,

3

Crowell is not and will not advise, represent or provide services for any entity other than Nortel in connection with these chapter 11 cases.

11.     The Debtors' bankruptcy counsel provided Crowell with a list (the "Conflicts Check List") of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors, and (iv) certain other parties in interest in these chapter 11 cases.  The Conflicts Check List is attached hereto as Exhibit I.  Crowell's Conflicts Department ran a computerized check of each of these persons or entities against Crowell's client database (the "Client Database") to determine which persons or entities, if any, Crowell currently represents ("Current Clients") or has represented in the past ("Former Clients").  A list of Current Clients matching those entities on the Conflicts Check List is attached hereto as Exhibit II.  A list of Former Clients matching those entities on the Conflicts Check List is attached hereto as Exhibit III.  To the extent that Crowell discovers additional information that it determines should be disclosed, Crowell will file a supplemental disclosure with the Court promptly.

12.     Other than as set forth herein, Crowell is neither a creditor of the Debtors, an equity holder of the Debtors nor an insider of the Debtors.

13.     Crowell rendered prepetition services to the Debtors, the Canadian Debtors, the EMEA Debtors and their affiliates for which it has yet to be paid.  The aggregate value of such prepetition services is approximately $1,052,077.75. Pursuant to section 329(a) of the Bankruptcy Code, an attorney representing a debtor in connection with a pending bankruptcy case shall file a statement with the Court disclosing payments made to the attorney within one year prior to the petition date.  Although Crowell does not believe that the services rendered to Nortel were in connection with this bankruptcy case, in the interest of full disclosure to the

4

Court, in the one year prior to the Petition Date, Crowell received payments from Nortel for services rendered in the approximate amount of $2,457,941.82.

14.     Subject to Court approval in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the orders and local rules of this Court, and except for one matter described herein, the Debtors propose to pay Crowell on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Crowell on the Debtors' behalf.

15.     Crowell understands that any compensation and expenses paid to it must be approved by this Court upon application consistent with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and the Orders of this Court.

16.     Crowell intends to charge the Debtors' estates for Crowell's services as follows. Subject to applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the orders and local rules of this Court, and except for one matter described herein, compensation will be payable to Crowell on an hourly basis at its customary hourly rates for the respective services rendered as in effect from time to time, plus reimbursement of actual, necessary expenses incurred by Crowell. Crowell adjusts the hourly rates for its attorneys from time to time, usually at the beginning of each calendar year. Crowell's hourly rates currently range as follows:

| | |
|---|---|
| Partners: | $480-$895 |
| Counsel | $435-$645 |
| Associates: | $275-$535 |
| Paralegals: | $135-$270 |

17.     The hourly rates set forth above are Crowell's general hourly "A" rates for work of this nature. With respect to one matter relating to Crowell's preparation of the Debtors' affirmative action plans and other affirmative action-related counseling services, Crowell's compensation for 2009 will be made on the following modified fixed fee basis: If the value of

5

Crowell's fees and expenses at "B" rates, less a 10% discount, is less than $85,000, the Debtors and Crowell will split the difference. If the value of Crowell's fees and expenses at "B" rates, less a 10% discount, is greater than $85,000, the Debtors and Crowell will split the difference up to a maximum of $100,000. These rates are set at a level designed to fairly compensate Crowell for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

18.     It is Crowell's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, computerized research and transcription costs. Crowell will charge the estate for these expenses in a manner and at rates consistent with charges made generally to Crowell's other clients. Crowell believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

19.     Crowell will comply with all of the requirements of this Court and of the Bankruptcy Code and Bankruptcy Rules with respect to fee and expense applications of professionals employed by bankruptcy estates.

20.     No promises have been received by Crowell or by any member or professional thereof as to compensation in connection with its representation of the Debtors in these cases other than as set forth in the Application.

21.     Crowell has no agreement with any entity to share any compensation received by Crowell.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

6

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 13, 2009
Washington, District of Columbia

_____
James J. Regan

## EXHIBIT I: Conflict Check List Entities

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH

1

Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation

2

PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.

3

Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH


*Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

4

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### Debtors' Significant Equity Investors

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### Current Directors and Officers of the Debtors and for two years prior to the Petition Date

<u>Current Directors and Officers of NNI</u>

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

<u>Former Directors and Officers of NNI for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

[New York #2011782 v2]

<u>Current Directors and Officers of NNCC</u>

Paul W. Karr
John Doolittle
Jeffrey T. Wood
William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

<u>Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date</u>

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

<u>Current Directors and Officers of Alteon WebSystems, Inc.</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

<u>Current Directors and Officers of Alteon WebSystems International, Inc.</u>

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

6

Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Architel Systems (U.S.) Corporation

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Xros, Inc..

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney

7

Karen E. Sledge
William R. Ellis

Current Directors and Officers of Sonoma Systems

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

Current Directors and Officers of Qtera Corporation

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

8

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Optical Components Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

[New York #2011782 v2]

<u>Current Directors and Officers of Nortel Networks HPOCS Inc.</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the
Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Directors and Officers of Nortel Networks International Inc.</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to
the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

<u>Current Directors and Officers of Northern Telecom International Inc.</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

10

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser

11

Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

<u>Former Directors and Officers of Nortel Networks Cable Solutions, Inc.</u>

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald

12

Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation

13

Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

***Debtors' Litigants***

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.

14

Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


***Debtors' Lenders***

Export Development Canada

***Debtors' Banks and Money Market Funds***

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### Debtors' Significant Customers

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

### Debtors' Landlords

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.

16

TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.

17

Technology Park V LP

### *Debtors' Insurers*

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon

18

Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[7]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank

---

[7]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust
Company; the beneficial holders are not known to the Debtors.

[New York #2011782 v2]

Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company

20

Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### *Debtors' Proposed Professionals*

Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP

### *Debtors' Major Competitors*
Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

21

*Top 40 Unsecured Creditors*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation

[New York #2011782 v2]

Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

***Utilities***

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

23

## *Others*

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil

24

## EXHIBIT II:  Current Clients

### Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))

As described in the Application, Crowell has represented Nortel, a long standing firm client, and its affiliates, regarding a variety of matters, including general advice and legal services relating to the following practice areas: antitrust; corporate; government contracts; intellectual property; international business; international regulatory and compliance; labor and employment; litigation; mergers and acquisitions, divestitures and corporate governance; technology, media and telecommunications; white collar litigation; and related matters, as well as advice and services relating to the laws of certain non-U.S., non-Canadian jurisdictions.

### Debtors' Vendors

Crowell represents the following entities on matters unrelated to the Debtors:
Amphenol Corp
IBM Corp
Motorola
Microsoft Corp.
Sun Microsystems Inc.
Anixter Intl Inc.
Cigna
Emerson Electric Co and Emerson Process Management

### Debtors' Litigants

Crowell represents the following entities on matters unrelated to the Debtors:
Motorola
Harris Corp

### Debtors' Banks and Money Market Funds

Crowell represents the following entities on matters unrelated to the Debtors:
JPMorgan
Bank of America
Deutsche Bank
Raymond James & Associates, Inc.
UBS

### Debtors' Significant Customers

Crowell represents the following entities on matters unrelated to the Debtors:
AT&T
British Telecom Ltd
France Telecom/Orange PCSL

1

[New York #2011782 v2]

Motorola
Sprint Nextel Corp
Tech Data Corp

### *Debtors' Landlords*

Crowell represents the following entities on matters unrelated to the Debtors:
The Irvine Co.

### *Debtors' Insurers*

Crowell represents the following entities on matters unrelated to the Debtors:
ACE USA
Great American Ins Co.
Zurich Ins Co (Zurich North America Ins Co)

### *Debtors' Bondholders and Trustees*

Crowell represents the following entities on matters unrelated to the Debtors:
Banc of America Securities LLC
Bank of America
Citigroup Inc.
Comerica Inc.
Credit Suisse Group
Deutsche Bank
Dresdner Kleinwort Services LLC
Goldman Sachs
JPMorgan
Lehman Brothers
Oppenheimer & Co. Inc.
Raymond James & Associates, Inc.
Wachovia Corp
Wilmington Trust Co.

### *Debtors' Major Competitors*

Crowell represents the following entities on matters unrelated to the Debtors:
Juniper Networks
Foundry Networks
Hitachi Cable Ltd
IBM Corp
Motorola

### *Top 40 Unsecured Creditors*

Crowell represents the following entities on matters unrelated to the Debtors:

2

Anixter International Inc
Citigroup
IBM Corporation
GFI Group Inc.

### *Utilities*

Crowell represents the following entities on matters unrelated to the Debtors:
Duke Energy
AT&T
MTS Allstream Inc.

### *Others*

Crowell represents the following entities on matters unrelated to the Debtors:
Ernst & Young Inc.

3

## EXHIBIT III:  Former Clients

### Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))

As described in the Application, Crowell has represented Nortel, a long standing firm client, and its affiliates, regarding a variety of matters, including general advice and legal services relating to the following practice areas: antitrust; corporate; government contracts; intellectual property; international business; international regulatory and compliance; labor and employment; litigation; mergers and acquisitions, divestitures and corporate governance; technology, media and telecommunications; white collar litigation; and related matters, as well as advice and services relating to the laws of certain non-U.S., non-Canadian jurisdictions.

### Debtors' Vendors

Crowell has represented the following entities on matters unrelated to the Debtors:
Andrew Corp
Qualcomm Inc.
Sanmina SCI Corp
Texas Instruments Inc.
Hewlett Packard
ITC (IntelliSys Technology Corp)
Oracle Corp

### Debtors' Litigants

Crowell has represented the following entities on matters unrelated to the Debtors:
Federal Ins Co (Chubb)

### Debtors' Banks and Money Market Funds

Crowell has represented the following entities on matters unrelated to the Debtors:
Citibank
Morgan Stanley

### Debtors' Significant Customers

Crowell has represented the following entities on matters unrelated to the Debtors:
Verizon

### Debtors' Landlords

Crowell has represented the following entities on matters unrelated to the Debtors:
State Street Bank & Trust Co.

1

### Debtors' Insurers

Crowell has represented the following entities on matters unrelated to the Debtors:
ACE Bermuda Ins Ltd.

### Debtors' Bondholders and Trustees

Crowell has represented the following entities on matters unrelated to the Debtors:
Citibank NA
E*Trade Financial Corp
Salomon Brothers
SunTrust Banks Inc. (One of Crowell's retired partners, Karen Hastie Williams, is currently on
the board of directors.)
Merrill Lynch Pierce Fenner & Smith Inc.
LPL Financial Services

### Debtors' Proposed Professionals

Crowell has represented the following entities on matters unrelated to the Debtors:
Lazard Freres & Co. LLC

### Debtors' Major Competitors

Crowell has represented the following entities on matters unrelated to the Debtors:
Alacatel-Lucent
Cisco Systems
Hewlett Packard

### Top 40 Unsecured Creditors

Crowell has represented the following entities on matters unrelated to the Debtors:
Computer Sciences Corp
Johnson Controls Inc.
Pension Benefit Guaranty Corporation

### Utilities

Crowell has represented the following entities on matters unrelated to the Debtors:
National Fuel
Cincinnati Bell
LIPA (Long Island Lighting Co)
National Grid Holdings Co.
MCI Inc.

### Others

Crowell has represented the following entities on matters unrelated to the Debtors:
Ogilvy Renault LLP

[New York #2011782 v2]