## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Application Of The Debtors Pursuant To 11 U.S.C. § 327(e) To Retain And Employ Crowell & Moring LLP As Special Counsel For The Debtors** *Nunc Pro Tunc* **To January 14, 2009** was caused to be made on February 13, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated:  February 13, 2009

_____
Thomas F. Driscoll III (No. 4703)

2729819.1