## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et. al.*, | Case No. 09-10138-KG |
| Debtors. | Jointly Administered |
|  | **Objections Due: February 26, 2009 at 4:00 p.m. ET**<br>**Hearing Date: March 5, 2009 at 10:00 a.m. ET** |

## MOTION OF ANDREW, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(9)

Andrew, LLC and applicable affiliates (collectively, "Andrew"), by and through undersigned counsel, hereby moves this Court for allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      Venue is vested in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The claim for relief is founded upon 11 U.S.C. §§ 503(b)(9), 507(a)(2) and 105.

### BACKGROUND

4.      On January 14, 2009 (the "Petition Date"), Nortel Networks, Inc. and its affiliates (the "Debtors") filed a voluntary petition under chapter 11 of title 11 of the United States Code §§ 101, et seq. (the "Bankruptcy Code"). The Debtors have continued to operate their businesses as debtors-in-possession.

5.      Prior to the Petition Date, the Debtors ordered goods from Andrew on credit in the ordinary course of the Debtors' business. An invoice summary is attached hereto as Exhibit

2136877

A and a copy of the invoices for these goods is attached hereto as Exhibit B (together with Exhibit A, the "Exhibits").

6.     Pursuant to these orders, the Debtors received from Andrew within the twenty (20) days preceding the Petition Date goods having a value of not less than $112,557.86.

7.     The Debtors have failed to pay for these goods.

### RELIEF REQUESTED

8.     Andrew seeks an order from this Court allowing a claim for $112,557.86 as an administrative expense pursuant to 11 U.S.C. § 503(b)(9), which claim is entitled to a priority under 11 U.S.C. § 507(a)(2).

### BASIS FOR RELIEF

9.     The claim for $112,557.86 is an administrative expense.  Bankruptcy Code § 503(b)(9) provides, in pertinent part:  "After notice and a hearing, there shall be allowed administrative expenses ... including... (9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

10.     Andrew's administrative expense claim satisfies the statutory requirements.  The products shipped by Andrew to the Debtors were goods actually received by the Debtors.  As shown in the Exhibits, the goods were actually received by the Debtors within 20 days of the Petition Date.  See In re Trico Steel Co., 282 B.R. 318, 323-24 (Bankr. D. Del. 2002); Uniform Commercial Code § 2-103(1)(c).

11.     The goods received by the Debtors within said period were valued at not less than $112,557.86, as reflected on the Exhibits.  Further, the contract rate is presumed to set the reasonable value of an administrative expense claim.  See In re Patient Educ. Media, Inc., 221 B.R. 97, 104 (Bankr. S.D.N.Y. 1998).

2

2136877

12.    The goods were sold to the Debtors in the ordinary course of business.    The Debtors are in the business of developing, manufacturing and servicing communications capabilities.    Andrew is a vendor of the Debtors supplying electronic components for use in the Debtors' operations.    There is an established history between Andrew and the Debtors of supplying these goods on the terms and conditions of the invoices supporting this Motion.

13.    Notice of this Motion has been given to the Office of the United States Trustee, counsel for the Debtors and all parties on the 2002-1 list.

## CONCLUSION

14.    For the forgoing reasons, Andrew submits that it is entitled to a claim for $112,557.86 as an administrative expense pursuant to 11 U.S.C. § 503(b)(9), which claim is entitled to a priority under 11 U.S.C. § 507(a)(2).

WHEREFORE, Andrew requests entry of an order of this Court (i) allowing a claim by Andrew of $112,557.86 as an administrative expense pursuant to 11 U.S.C. § 503(b)(9), which claim is entitled to a priority under 11 U.S.C. 507(a)(2), and (ii) directing the Debtors to promptly pay the allowed claim on the earlier of (a) the effective date of a confirmed Chapter 11 plan, or (b) such other date that 11 U.S.C. § 503(b)(9) claimants, as a class, are paid; or (c) such earlier time as agreed to by the parties or ordered by the Court.

Dated:  February 13, 2009

**MORRIS JAMES LLP**

Brett D. Fallon (DE Bar No. 2480)
Ericka F. Johnson (DE Bar No. 5024)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  bfallon@morrisjames.com
E-mail:  ejohnson@morrisjames.com

- and -

David M. Schilli
Ty E. Shaffer
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone:  (704) 377-2536
Facsimile:  (704) 339-3442
E-mail: dschilli@rbh.com
E-mail: tshaffer@rbh.com

*Attorneys for Andrew, LLC*