IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NORTEL NETWORKS, INC., *et. al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138-KG<br><br>Jointly Administered<br><br>Objections Due: February 26, 2009 at 4:00 p.m. ET<br>Hearing Date: March 5, 2009 at 10:00 a.m. ET |

## NOTICE OF MOTION OF ANDREW, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(9)

To:    See attached service list.

PLEASE TAKE NOTICE THAT on February 13, 2009, Andrew, LLC and applicable affiliates (collectively, "Andrew") filed the attached Motion (the "Motion") for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9). By the Motion, Andrew seeks entry of an order allowing and ordering payment of administrative expenses in favor of Andrew.

PLEASE TAKE FURTHER NOTICE THAT if you wish to file a response to the Motion, you must file such response on or before **February 26, 2009 at 4:00 p.m.** prevailing Eastern Time (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT if you file a response, you must also serve such response on the following counsel to Andrew so as to be actually received by the Objection Deadline:

| | |
|---|---|
| Brett D. Fallon<br>Ericka F. Johnson<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801-1494 | David M. Schilli<br>Ty E. Shaffer<br>ROBINSON, BRADSHAW &<br>HINSON, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246 |

HEARING ON THE MOTION WILL BE HELD ON **MARCH 5, 2009 AT 10:00 A.M.** PREVAILING EASTERN TIME BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURT ROOM # 3, WILMINGTON, DELAWARE.

2137876

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 13, 2009

**MORRIS JAMES LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (DE Bar No. 2480)
Ericka F. Johnson (DE Bar No.5024)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com
E-mail: ejohnson@morrisjames.com

-and-

David M. Schilli
Ty E. Shaffer
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 339-3442
E-mail: dschilli@rbh.com
E-mail: tshaffer@rbh.com

*Attorneys for Andrew, LLC*

2137876