# EXHIBIT A

## INVOICE SUMMARY

NORTEL INVOICES

| SOrg. | Sales Org. Desc. | Number | Customer | Billing Nr | Type | Date | Dest. | Cty | Net Invoice Amt USD |
|---|---|---|---|---|---|---|---|---|---|
| USA | USA | 1000011574 | NORTEL NETWORKS | 700972332 | ZF2 | 12/23/2008 | US | US | $ 3,545.64 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700972881 | ZF2 | 12/24/2008 | US | US | $ 238.56 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700973871 | ZF2 | 12/29/2008 | US | US | $ 2,876.20 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700974746 | ZF2 | 12/30/2008 | US | US | $ 15,722.88 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700975978 | ZF2 | 01/05/2009 | US | US | $ 60,903.08 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700976642 | ZF2 | 01/06/2009 | US | US | $ 148.00 |
| USA | USA | 1000011574 | NORTEL NETWORKS | 700977255 | ZF2 | 01/07/2009 | US | US | $ 1,559.36 |
| | | 1000011574 Total | | | | | | | $ 84,993.72 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009158 | ZFR | 12/30/2008 | US | US | $ 2,351.80 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009159 | ZFR | 12/30/2008 | US | US | $ 666.42 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009160 | ZFR | 12/30/2008 | US | US | $ 4,999.44 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009229 | ZFR | 12/31/2008 | US | US | $ 940.72 |
| ATBF | Andrew Telia (S.A.S) | 1000055034 | CTDI-NORTEL | 8000009230 | ZFR | 12/31/2008 | US | US | $ 4,280.76 |
| | | 1000055034 Total | | | | | | | $ 13,239.14 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744643 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744644 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744645 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744646 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744647 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744649 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113744650 | ZFR | 12/24/2008 | US | US | $ 210.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746093 | ZFR | 01/09/2009 | US | US | $ 360.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746094 | ZFR | 01/09/2009 | US | US | $ 2,430.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746095 | ZFR | 01/09/2009 | US | US | $ 1,350.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746096 | ZFR | 01/09/2009 | US | US | $ 1,980.00 |
| ACMC | Andrew CSI | 1000060271 | NORTEL | 113746097 | ZFR | 01/09/2009 | US | US | $ 6,030.00 |
| | | 1000060271 Total | | | | | | | $ 13,620.00 |
| ACMC | Andrew CSI | 1000075663 | NORTEL | 113746267 | ZFR | 01/12/2009 | US | US | $ 705.00 |
| | | 1000075663 Total | | | | | | | $ 705.00 |
| | | Grand Total | | | | | | | $ 112,557.86 |