# EXHIBIT B

## INVOICES



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700972332 | PAGE 1 OF 1 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1941716 |  |
|  |  | CUSTOMER ORDER NO. | 4503555081 |  |

CUSTOMER CODE:    170123

B
I   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800)684-2228
L   PO BOX 280510
T   NASHVILLE TN 37228
O

NORTEL NETWORKS/SAP PLT 1600
919-992-2842
4001 E CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PA NC 27709

(S H I P T O)

CUSTOMER CODE:        1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

(S O L D T O)

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/21/2009 | 12/23/2008 | 12/23/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | SGL7-06B2 |  | 294 | EA | 12.06 | 3,545.64 |
|  | 1 5/8" SURGEGROUND GROUNDING |  |  |  |  |  |
|  | KIT, 2 HOLE, 24", FACTORY |  |  |  |  |  |
|  | ATTACHED LUG |  |  |  |  |  |

DELIVERY NUMBER: 501224888

PO ITEM REF: A0765895

|  |  |
|---|---|
| NET VALUE | 3,545.64 |
| SALES TAX | 0.00 |
| TOTAL USD | 3,545.64 |

Delivery Number:    0501224888
Carrier:                CONWAY LTL
Tracking Number(s):  403-213532

**MARK FOR - HEADER**
PO
100009635
1001984000
D345144

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:            AOP Debra L. Kollman                    ANDREW LLC
                    TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700972881 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    1962997

CUSTOMER ORDER NO.    4503640711

B
I    CUSTOMER CODE:    170123
L    NORTEL NETWORKS
L    ATTN ACCOUNTS PAYABLE (800)684-2228
     PO BOX 280510
T    NASHVILLE TN 37228
O

S    NORTEL NETWORKS / SAP PLT 7200
H    MIAMI LOC (NORTEL)
I    10205 NW 108TH AVENUE
P    MEDLEY FL 33178
T
O

S    CUSTOMER CODE:    1000011574
O    NORTEL NETWORKS
L    ATTN: ACCOUNTS PAYABLE
D    P.O. BOX 280510
T    NASHVILLE TN 37228
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/22/2009 | 12/24/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | V5TDF-PS | | 16 | EA | 14.91 | 238.56 |
|  | DIN FEMALE CONN (POSITIVE STOP TRIMETAL) | | | | | |
|  | DELIVERY NUMBER: 501226677 | | | | | |
|  | PO ITEM REF: N0077190 | | | | | |

NET VALUE    238.56

SALES TAX    0.00

TOTAL USD    238.56

Delivery Number:    0501226677
Carrier:    FEDEX EXPRESS
Tracking Number(s):    060536750233679

**MARK FOR - HEADER**
pos
100009635
1002028229
d346552

AOP  JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 700973871 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 1953345 | |
| | CUSTOMER ORDER NO. | DEQ00091 | |

CUSTOMER CODE:    170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL
C/O K &N LOGISTICS RTP
4001 E CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PA NC 27709

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/27/2009 | 12/29/2008 | 12/29/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | LDF2-50 | 1 @ 985 | 985 | M | 2.92 | 2,876.20 |
| | COAXIAL CABLE, 3/8" 50 OHM | | | | | |
| | WITH PE FOAM DIELECTRIC AND | | | | | |
| | PE JACKET | | | | | |
| | MAXIMUM CONT LENGTH 5000 FT | | | | | |

DELIVERY NUMBER: 501226975

PO ITEM REF: R0116726

| | | |
|---|---|---|
| NET VALUE | 2,876.20 |
| SALES TAX | 0.00 |
| TOTAL USD | 2,876.20 |

Delivery Number:    0501226975
Carrier:    CONWAY LTL
Tracking Number(s):    403-213543

MARK FOR - HEADER
PO DEQ00091

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:    AOP Debra L. Kollman
TEL: 779-435-6192 FAX:779-435-8551

ANDREW LLC

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700974746 | PAGE 1 OF 3 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 1960174 |  |
|  |  | CUSTOMER ORDER NO. | 4503603493 |  |

CUSTOMER CODE:    170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

NORTEL NETWORKS / SAP PLT 7200

S
H
I
P
T
O

MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

CUSTOMER CODE:    1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE

S
O
L
D
T
O

P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/28/2009 | 12/30/2008 | 12/30/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA5-50 COAXIAL CABLE, 7/8" 50 OHM WITH PE FOAM DIELECTRIC AND PE JACKET | 1 @ 654 | 654 | M | 6.08 | 3,976.32 |
|  | DELIVERY NUMBER: 501229178 |  |  |  |  |  |
|  | PO ITEM REF: N0023982 |  |  |  |  |  |
| AOP | AVA5-50 COAXIAL CABLE, 7/8" 50 OHM WITH PE FOAM DIELECTRIC AND PE JACKET | 1 @ 732 | 732 | M | 6.08 | 4,450.56 |
|  | DELIVERY NUMBER: 501229178 |  |  |  |  |  |
|  | PO ITEM REF: N0023982 |  |  |  |  |  |
| AOP | AVA5-50 COAXIAL CABLE, 7/8" 50 OHM WITH PE FOAM DIELECTRIC AND PE JACKET | 1 @ 600 | 600 | M | 6.08 | 3,648.00 |
|  | DELIVERY NUMBER: 501229178 |  |  |  |  |  |
|  | PO ITEM REF: N0023982 |  |  |  |  |  |

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                        ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

| | |
|---|---|
| INVOICE NO. | 700974746    PAGE 2 OF 3 |
| ANDREW ORDER NO. | 1960174 |
| CUSTOMER ORDER NO. | 4503603493 |

CUSTOMER CODE:    170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000011574
NORTEL NETWORKS

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/28/2009 | 12/30/2008 | 12/30/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA5-50 | 1 @ 600 | 600 | M | 6.08 | 3,648.00 |
| | COAXIAL CABLE, 7/8" 50 OHM | | | | | |
| | WITH PE FOAM DIELECTRIC AND | | | | | |
| | PE JACKET | | | | | |

DELIVERY NUMBER: 501229178

| | |
|---|---|
| NET VALUE | 15,722.88 |
| SALES TAX | 0.00 |
| TOTAL USD | 15,722.88 |

Delivery Number:    0501229178
Carrier:            CUSTOMER ROUTING
Tracking Number(s): 403-213554
                    CONWAY PU FOR NORTEL

**MARK FOR - HEADER**
POS
100008511
1002012309
D345043

DIRECT INQUIRIES TO:              AOP Debra L. Kollman                    ANDREW LLC
                                  TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO :
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP    INVOICE NO.              700974746        PAGE 3 OF 3

ANDREW ORDER NO.        1960174

CUSTOMER CODE:    170123

B
I   NORTEL NETWORKS
L   ATTN ACCOUNTS PAYABLE (800)684-2228
L   PO BOX 280510
T   NASHVILLE TN 37228
O

CUSTOMER ORDER NO.      4503603493

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

S   NORTEL NETWORKS / SAP PLT 7200
H   MIAMI LOC (NORTEL)
I   10205 NW 108TH AVENUE
P   MEDLEY FL 33178
T
O

S   ATTN: ACCOUNTS PAYABLE
O   P.O. BOX 280510
L   NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 2/28/2009 | 12/30/2008 | 12/30/2008 |

| SLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                    ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP     INVOICE NO.          700975978          PAGE 1 OF 3

ANDREW ORDER NO.     1955281

CUSTOMER CODE:   170123

CUSTOMER ORDER NO.   4503603493

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:           1000011574
NORTEL NETWORKS

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/6/2009 | 1/5/2009 | 1/5/2009 |

| BLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA7-50 | 1 @ 461 | 461 | M | 13.72 | 6,324.92 |
| | DELIVERY NUMBER: 501229649 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 710 | 710 | M | 13.72 | 9,741.20 |
| | DELIVERY NUMBER: 501229649 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 734 | 734 | M | 13.72 | 10,070.48 |
| | DELIVERY NUMBER: 501229649 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 718 | 718 | M | 13.72 | 9,850.96 |
| | DELIVERY NUMBER: 501229649 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 707 | 707 | M | 13.72 | 9,700.04 |
| | DELIVERY NUMBER: 501229649 | | | | | |
| | PO ITEM REF: N0176669 | | | | | |

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                              ANDREW LLC
TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 700975978 | PAGE 2 OF 3 |
|---|---|---|---|---|

| | |
|---|---|
| CUSTOMER CODE: 170123 | ANDREW ORDER NO. 1955281 |

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.    4503603493

CUSTOMER CODE:        1000011574

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/6/2009 | 1/5/2009 | 1/5/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | AVA7-50 | 1 @ 740 | 740 | M | 13.72 | 10,152.80 |
| | | DELIVERY NUMBER: 501229649 | | | | |
| | PO ITEM REF: N0176669 | | | | | |
| AOP | AVA7-50 | 1 @ 369 | 369 | M | 13.72 | 5,062.68 |
| | | DELIVERY NUMBER: 501229649 | | | | |
| | PO ITEM REF: N0176669 | | | | | |

|  |  |
|---|---|
| NET VALUE | 60,903.08 |
| SALES TAX | 0.00 |
| TOTAL USD | 60,903.08 |

Delivery Number:      0501229649
Carrier:              CUSTOMER ROUTING
Tracking Number(s):   ASSET# 35996
                      FOR RYDER/NORTEL
                      LANDSTAR TO PU

DIRECT INQUIRIES TO:        AOP Debra L. Kollman                          ANDREW LLC
                            TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 700975978 | PAGE 3 OF 3 |
|---|---|---|---|---|

| | | ANDREW ORDER NO. | 1955281 | |

CUSTOMER CODE:    170123

| B I L L T O | NORTEL NETWORKS |
|---|---|
| | ATTN ACCOUNTS PAYABLE (800)684-2228 |
| | PO BOX 280510 |
| | NASHVILLE TN 37228 |

CUSTOMER ORDER NO.    4503603493

CUSTOMER CODE:        1000011574

| S H I P T O | NORTEL NETWORKS / SAP PLT 7200 |
|---|---|
| | MIAMI LOC (NORTEL) |
| | 10205 NW 108TH AVENUE |
| | MEDLEY FL 33178 |

| S O L D T O | NORTEL NETWORKS |
|---|---|
| | ATTN: ACCOUNTS PAYABLE |
| | P.O. BOX 280510 |
| | NASHVILLE TN 37228 |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/6/2009 | 1/5/2009 | 1/5/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
PO
100008511
1002012309
CALA-08-0768 D3


AOP JOLIET, IL USA

---

DIRECT INQUIRIES TO:       AOP Debra L. Kollman                                    ANDREW LLC
                          TEL.: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700976642 | PAGE 1 OF 2 |
| | | ANDREW ORDER NO. | 1964001 | |
| | | CUSTOMER ORDER NO. | 4503672542 | |

CUSTOMER CODE: 170123

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE: 1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/7/2009 | 1/6/2009 | 1/6/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| AOP | MCPT-78 | | 1 | EA | 18.57 | 18.57 |
| | Manual Easiax cutting tool for | | | | | |
| | LDF5-50A VXL5, and LDF5 connectors. | | | | | |
| | Does not compliment LDF5-50B one-piece connectors. | | | | | |
| | DELIVERY NUMBER: 501229461 | | | | | |
| | | | | | | |
| | PO ITEM REF: N0140446 | | | | | |
| | | | | | | |
| AOP | CPT-158U | | 1 | EA | 129.43 | 129.43 |
| | UNIVERSAL AUTOMATED PREP TOOL,1-5/8" CBL | | | | | |
| | DELIVERY NUMBER: 501229461 | | | | | |
| | | | | | | |
| | PO ITEM REF: N0202043 | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 148.00 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 148.00 |

| | | |
|---|---|---|
| Delivery Number: | 0501229461 | |
| Carrier: | FEDEX EXPRESS | |
| Tracking Number(s): | 060536750234775 | |

DIRECT INQUIRIES TO:    AOP Debra L. Kollman                    ANDREW LLC
                        TEL: 779-435-6192 FAX:779-435-8551

By _____



**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP

INVOICE NO.                    700976642          PAGE 2 OF 2

ANDREW ORDER NO.               1964001

CUSTOMER CODE:    170123

CUSTOMER ORDER NO.             4503672542

BILL TO:
NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:              1000011574
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE

SHIP TO:
NORTEL NETWORKS / SAP PLT 7200
MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

SOLD TO:
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/7/2009 | 1/6/2009 | 1/6/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|

MARK FOR - HEADER
pos
100008511
1002041028
d346941

AOP JOLIET, IL USA

DIRECT INQUIRIES TO:          AOP Debra L. Kollman                    ANDREW LLC
                             TEL: 779-435-6192 FAX:779-435-8551

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
PO BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | | | |
|---|---|---|---|
| | RP | INVOICE NO. | 700977255 | PAGE 1 OF 1 |
| | | ANDREW ORDER NO. | 1964001 | |
| CUSTOMER CODE: 170123 | | CUSTOMER ORDER NO. | 4503672542 | |

B
I
L
L
T
O

NORTEL NETWORKS
ATTN ACCOUNTS PAYABLE (800)684-2228
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:          1000011574
NORTEL NETWORKS

NORTEL NETWORKS / SAP PLT 7200

S
H
I
P
T
O

MIAMI LOC (NORTEL)
10205 NW 108TH AVENUE
MEDLEY FL 33178

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW FACTORY | NET 60 DAYS | 3/8/2009 | 1/7/2009 | 1/7/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| NDTX | RM-A800 | | 32 | EA | 48.73 | 1,559.36 |
| | ROUND MEMBER ADAPTER KIT (2" - 10") | | | | | |

DELIVERY NUMBER: 501233282

PO ITEM REF: N0202090

| | | |
|---|---|---|
| | NET VALUE | 1,559.36 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 1,559.36 |

Delivery Number:     0501233282
Carrier:             FEDEX EXPRESS
Tracking Number(s):  075204030269480

MARK FOR - HEADER
pos
100008511
1002041028
d346941

NDTX DALLAS, TX USA

DIRECT INQUIRIES TO:       AOP Debra L. Kollman                        ANDREW LLC
                           TEL: 779-435-6192 FAX:779-435-8551

By _____

**ANDREW**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

BILL TO:
CUSTOMER CODE:  1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

INVOICE NO.                8000009158         PAGE 1 OF 6

ANDREW ORDER NO.           200149509

CUSTOMER ORDER NO.         4503595411

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:    1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100306 | | 1 | EA | 0.00 | 0.00 |
| | FG. HePA850 MHZ | | | | | |
| | DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN: US | | | | | |
| | SERIAL NR.: ( ANDWCS801816 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 0.00 | 0.00 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999 | | | | | |
| | DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030 | | | | | |
| | DELIVERY NUMBER: 501220003 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( FORM01648614 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 470.36 | 470.36 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999 | | | | | |
| | DELIVERY NUMBER: 501224313 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030 | | | | | |
| | DELIVERY NUMBER: 501220005 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( FORM01657650 ) | | | | | |

DIRECT INQUIRIES TO:          Sylvain Guerineau

**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

| | | |
|---|---|---|
| B I L L T O | CUSTOMER CODE:  1000055034 CTDI-NORTEL 1373 ENTERPRISE DRIVE WEST CHESTER PA 19380 UNITED STATES | INVOICE NO.      8000009158    PAGE 2 OF 6 ANDREW ORDER NO.     200149509 CUSTOMER ORDER NO.    4503695411 |

| | |
|---|---|
| S H I P T O: CTDI-NORTEL 1373 ENTERPRISE DRIVE WEST CHESTER PA 19380 UNITED STATES | S O L D T O: CUSTOMER CODE:  1000055034 CTDI-NORTEL 1373 ENTERPRISE DRIVE WEST CHESTER PA 19380 UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT ATP PRODUCT ATP COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313     ORIGIN: FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263 HEPA 1900 MHZ AMPLIFIER, V1 COMMODITY CODE: 85184030   DELIVERY NUMBER: 501220009     ORIGIN: FR SERIAL NR.: ( FORM01668450 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313     ORIGIN: FR | | 1 | EA | 470.36 | 470.36 |
| ATBF | RF100263 HEPA 1900 MHZ AMPLIFIER, V1 COMMODITY CODE: 85184030   DELIVERY NUMBER: 501215238     ORIGIN: FR SERIAL NR.: ( FORM01749962 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313     ORIGIN: FR | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:      Sylvain Guerineau



**ANDREW**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30   Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

# INVOICE

BILL TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

INVOICE NO.                 8000009158        PAGE 3 OF  6

ANDREW ORDER NO.            200149509

CUSTOMER ORDER NO.          4503595411

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501215240<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD003656 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | | 1 | EA | 470.36 | 470.36 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501220012<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006070 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501220013<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006902 ) | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:          Sylvain Guerineau

# ANDREW.
A CommScope Company
Andrew Telecommunications Products
11 rue Ficuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

## INVOICE

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

BILL TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

INVOICE NO.                         8000009158          PAGE 4 OF 6

ANDREW ORDER NO.                    200149509

CUSTOMER ORDER NO.                  4503595411

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT ATP<br>PRODUCT ATP<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN: FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501215241<br>ORIGIN: FR<br>SERIAL NR.: ( ANDWBD006919 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN: FR | | 1 | EA | 470.36 | 470.36 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501215242<br>ORIGIN: FR<br>SERIAL NR.: ( ANDWBD007685 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN: FR | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:              Sylvain Guerineau

# ANDREW®

A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

## INVOICE

| | | |
|---|---|---|
| **B I L L T O** | CUSTOMER CODE: 1000055034<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES | |

INVOICE NO.                          8000009158          PAGE 5 OF 6

ANDREW ORDER NO.              200149509

CUSTOMER ORDER NO.        4503595411

| **S H I P T O** | CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES | **S O L D T O** | CUSTOMER CODE:  1000055034<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| INCOTERMS<br>DDU DESTINATION | PAYMENT TERMS<br>NET 30 DAYS | PAYMENT DUE<br>29.1.2009 | DATE SHIPPED<br>22.12.2008 | INVOICE DATE<br>30.12.2008 |
|---|---|---|---|---|
| SLOC    TYPE NUMBER/DESCRIPTION | | QTY/LENGTH    TOTAL QTY    UM | UNIT PRICE | TOTAL PRICE |

| SLOC | TYPE NUMBER/DESCRIPTION | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501220015<br>ORIGIN:  FR<br>SERIAL NR.: ( FORM01759937 ) | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | 1 | EA | 470.36 | 470.36 |
| ATBF | RF100576<br>FG, HePA1900 V3<br><br>ORIGIN:  FR   DELIVERY NUMBER: 501224453<br>SERIAL NR.: ( ANDWCS900510 ) | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224313<br>ORIGIN:  FR | 1 | EA | 0.00 | 0.00 |

Code    FY Output VAT - Non EC Sales

NET VALUE          2,351.80

VAT      0.000          0.00

TOTAL USD        2,351.80

DIRECT INQUIRIES TO:              Sylvain Guerineau

# ANDREW

A CommScope Company

Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

## INVOICE

**REMIT TO:**

SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

**B I L L T O**
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

INVOICE NO.                          8000009158          PAGE 6 OF  6

ANDREW ORDER NO.                     200149509

CUSTOMER ORDER NO.                   4503595411

**S H I P T O**
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

**S O L D T O**
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| GROSS WEIGHT: | 16.576KG   NET WEIGHT: | 10.500KG | | | | |

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

DIRECT INQUIRIES TO:                  Sylvain Guerineau


**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fiezzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30   Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Burdeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

# INVOICE

BILL TO:
CUSTOMER CODE:   1000011574 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

INVOICE NO.                          8000009169        PAGE 1 OF  2

ANDREW ORDER NO.              200152936

CUSTOMER ORDER NO.          4502308477

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | 7571300 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMP | | | | | |
| | COMMODITY CODE: 8529102050 DELIVERY NUMBER: 501224316 | | | | | |
| | ORIGIN:  US | | | | | |
| | SERIAL NR.: ( SPCR020033HL ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 222.14 | 222.14 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224316 | | | | | |
| | ORIGIN:  FR | | | | | |
| ATBF | 7571300 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMP | | | | | |
| | COMMODITY CODE: 8529102050 DELIVERY NUMBER: 501224318 | | | | | |
| | ORIGIN:  US | | | | | |
| | SERIAL NR.: ( SPCR020038FA ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 222.14 | 222.14 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224316 | | | | | |
| | ORIGIN:  FR | | | | | |
| ATBF | 7571300 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMP | | | | | |
| | COMMODITY CODE: 8529102050 DELIVERY NUMBER: 501224319 | | | | | |
| | ORIGIN:  US | | | | | |
| | SERIAL NR.: ( SPCR020039BP ) | | | | | |

DIRECT INQUIRIES TO:

Brigitte Boireau-Leduc
TEL:  5 57 19 99 30 FAX:5 57 19 99 32

# ANDREW®
A CommScope Company
Andrew Telecommunications Products
11 rue Fleizal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

## INVOICE

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

| | |
|---|---|
| **BILL TO** | CUSTOMER CODE:  1000011574 / 1000055034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

| INVOICE NO. | 8000009159 | PAGE 2 OF 2 |
|---|---|---|
| ANDREW ORDER NO. | 200152936 | |
| CUSTOMER ORDER NO. | 4502308477 | |

**SHIP TO**
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

**SOLD TO**
CUSTOMER CODE:  1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224316<br>ORIGIN:  FR | | 1 | EA | 222.14 | 222.14 |

| | | |
|---|---|---|
| | NET VALUE | 666.42 |
| Code   FY Output VAT - Non EC Sales | VAT      0.000 | 0.00 |
| | TOTAL USD | 666.42 |

GROSS WEIGHT:        0.000    NET WEIGHT:        0.000

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

DIRECT INQUIRIES TO:            Brigitte Boireau-Leduc
                               TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

BILL TO
CUSTOMER CODE:   1000011574 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

INVOICE NO.              8000009160      PAGE 1 OF 7

ANDREW ORDER NO.         200153334

CUSTOMER ORDER NO.       4503637349

SHIP TO
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS DDU DESTINATION | PAYMENT TERMS NET 30 DAYS | PAYMENT DUE 29.1.2009 | DATE SHIPPED 22.12.2008 | INVOICE DATE 30.12.2008 |
|---|---|---|---|---|

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100306 | | 1 | EA | 0.00 | |
| | FG, HePA850 MHZ | | | | | |
| | DELIVERY NUMBER: 501224454 | | | | | |
| | ORIGIN:  US | | | | | |
| | SERIAL NR.: ( ANDWCS809062 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 359.34 | 359.34 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454 | | | | | |
| | ORIGIN:  FR | | | | | |
| ATBF | RF100306 | | 1 | EA | 0.00 | 0.00 |
| | FG, HePA850 MHZ | | | | | |
| | DELIVERY NUMBER: 501224456 | | | | | |
| | ORIGIN:  US | | | | | |
| | SERIAL NR.: ( ANDWCS802769 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 359.34 | 359.34 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454 | | | | | |
| | ORIGIN:  FR | | | | | |
| ATBF | RF100306 | | 1 | EA | 0.00 | 0.00 |
| | FG, HePA850 MHZ | | | | | |
| | DELIVERY NUMBER: 501224591 | | | | | |
| | ORIGIN:  US | | | | | |
| | SERIAL NR.: ( ANDWCS803425 ) | | | | | |

DIRECT INQUIRIES TO:

Brigitte Boirenu-Leduc
TEL.:  5 57 19 99 30 FAX:5 57 19 99 32



**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fiorzzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

**INVOICE**

| | |
|---|---|
| B I L L  T O | CUSTOMER CODE:  1000011574 / 1000055034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

INVOICE NO.                    8000009160      PAGE 2 OF 7

ANDREW ORDER NO.               200153334

CUSTOMER ORDER NO.             4503637349

| | |
|---|---|
| S H I P  T O | CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| | |
|---|---|
| S O L D  T O | CUSTOMER CODE:  1000055034<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT ATP<br>PRODUCT ATP<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN: FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224819<br>ORIGIN: FR<br>SERIAL NR.: ( FORM01603473 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN: FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224460<br>ORIGIN: FR<br>SERIAL NR.: ( FORM01644732 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN: FR | | 1 | EA | 475.64 | 475.64 |

DIRECT INQUIRIES TO:

Brigitte Boireau-Leduc
TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros –
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

**INVOICE**

| | |
|---|---|
| B I L L T O | CUSTOMER CODE:  1000011574 / 1000055034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

INVOICE NO.                    8000009160        PAGE 3 OF  7

ANDREW ORDER NO.        200153334

CUSTOMER ORDER NO.    4503637349

| | |
|---|---|
| S H I P T O | CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

CUSTOMER CODE:    1000055034
S O L D T O
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS<br>DDU DESTINATION | PAYMENT TERMS<br>NET 30 DAYS | PAYMENT DUE<br>29.1.2009 | DATE SHIPPED<br>22.12.2008 | INVOICE DATE<br>30.12.2008 |
|---|---|---|---|---|

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224611<br>ORIGIN: FR<br>SERIAL NR.: ( FORM01657697 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN: FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224605<br>ORIGIN: FR<br>SERIAL NR.: ( ANDWBD000969 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN: FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224606<br>ORIGIN: FR<br>SERIAL NR.: ( ANDWBD001914 ) | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:          Brigitte Boireau-Leduc
                                         TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:

SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

| | |
|---|---|
| **BILL TO** | CUSTOMER CODE: 1000011574 / 1000055034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

| INVOICE NO. | 8000009160 | PAGE 4 OF 7 |
|---|---|---|
| ANDREW ORDER NO. | 200153334 | |
| CUSTOMER ORDER NO. | 4503637349 | |

**SHIP TO**
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

**SOLD TO**
CUSTOMER CODE: 1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224608<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD002563 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224610<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD002676 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |

DIRECT INQUIRIES TO:            Brigitte Boireau-Leduc
                               TEL: 5 57 19 99 30 FAX:5 57 19 99 32

# ANDREW.
A CommScope Company
Andrew Telecommunications Products
11 rue Fiorzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

## INVOICE

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

| | |
|---|---|
| BILL TO | CUSTOMER CODE: 1000011574 / 1000055034 |
| | NORTEL NETWORKS |
| | ATTN: ACCOUNTS PAYABLE |
| | P.O. BOX 280510 |
| | NASHVILLE TN 37228 |
| | UNITED STATES |

INVOICE NO.          8000009160      PAGE 5 OF 7

ANDREW ORDER NO.          200153334

CUSTOMER ORDER NO.          4503837349

| | |
|---|---|
| SHIP TO | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

| | |
|---|---|
| SOLD TO | CUSTOMER CODE: 1000055034 |
| | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224614 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( ANDWBD003433 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 475.64 | 475.64 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224609 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( ANDWBD004392 ) | | | | | |
| ATBF | PRODUCT REPAIRED | | 1 | EA | 0.00 | 0.00 |
| | PRODUCT REPAIRED | | | | | |
| | COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454 | | | | | |
| | ORIGIN: FR | | | | | |
| ATBF | RF100263 | | 1 | EA | 0.00 | 0.00 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224601 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( ANDWBD006266 ) | | | | | |

DIRECT INQUIRIES TO:          Brigitte Boireau-Leduc
TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

**INVOICE**

BILL TO:
CUSTOMER CODE:  1000011574 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

INVOICE NO.                    8000009160       PAGE 6 OF 7

ANDREW ORDER NO.               200153334

CUSTOMER ORDER NO.             4503637349

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 475.64 | 476.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030  DELIVERY NUMBER: 501224604<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006338 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030  DELIVERY NUMBER: 501224457<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD006950 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED<br>PRODUCT REPAIRED<br>COMMODITY CODE: 99999999  DELIVERY NUMBER: 501224454<br>ORIGIN:  FR | | 1 | EA | 0.00 | 0.00 |

DIRECT INQUIRIES TO:        Brigitte Boireau-Leduc
                            TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

B I L L   CUSTOMER CODE:   1000011574 / 1000055034
T O   NORTEL NETWORKS
     ATTN: ACCOUNTS PAYABLE
     P.O. BOX 280510
     NASHVILLE TN 37228
     UNITED STATES

| | |
|---|---|
| INVOICE NO. | 8000009160 |
| ANDREW ORDER NO. | 200153334 |
| CUSTOMER ORDER NO. | 4803637349 |

PAGE 7 OF  7

S H I P   CTDI-NORTEL
T O   1373 ENTERPRISE DRIVE
     WEST CHESTER PA 19380
     UNITED STATES

S O L D   CUSTOMER CODE:   1000055034
T O   CTDI-NORTEL
     1373 ENTERPRISE DRIVE
     WEST CHESTER PA 19380
     UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 29.1.2009 | 22.12.2008 | 30.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263 HEPA 1900 MHZ AMPLIFIER, V1 COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224596 ORIGIN:  FR SERIAL NR.: ( FORM01557857 ) | | 1 | EA | 0.00 | 0.00 |
| ATBF | PRODUCT REPAIRED PRODUCT REPAIRED COMMODITY CODE: 99999999   DELIVERY NUMBER: 501224454 ORIGIN:  FR | | 1 | EA | 475.64 | 475.64 |

| | | |
|---|---|---|
| | NET VALUE | 4,999.44 |
| Code   FY Output VAT - Non EC Sales | | |
| | VAT    0.000 | 0.00 |
| | TOTAL USD | 4,999.44 |

GROSS WEIGHT:        23.956KG    NET WEIGHT:        15.750KG

Andrew Telecommunications Products VAT REGISTRATION NO: FRO2380341685

*GRAVELEAU 7080203059*

DIRECT INQUIRIES TO:        Brigite Boireau-Leduc
                            TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

REMIT TO:
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

**INVOICE**

BILL TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| | |
|---|---|
| INVOICE NO. | 8000009229 |
| ANDREW ORDER NO. | 200149509 |
| CUSTOMER ORDER NO. | 4503595411 |

PAGE 1 OF 1

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:   1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 30.1.2009 | 22.12.2008 | 31.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263 | | 1 | EA | 470.36 | 470.36 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224757 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( FORMO1749988 ) | | | | | |
| | | | | | | |
| ATBF | RF100263 | | 1 | EA | 470.36 | 470.36 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224758 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( FORMO1756932 ) | | | | | |

NET VALUE                   940.72

Code   FY Output VAT - Non EC Sales

VAT      0.000          0.00

TOTAL USD              940.72

GROSS WEIGHT:        6.926KG    NET WEIGHT:        5.250KG

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

DIRECT INQUIRIES TO:        Sylvain Guerineau

**ANDREW®**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**INVOICE**

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 08

| | |
|---|---|
| B I L L T O | CUSTOMER CODE:   1000011574 / 1000065034<br>NORTEL NETWORKS<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 280510<br>NASHVILLE TN 37228<br>UNITED STATES |

| | |
|---|---|
| INVOICE NO. | 8000009230 |
| ANDREW ORDER NO. | 200153334 |
| CUSTOMER ORDER NO. | 4503637349 |

PAGE 1 OF 3

| | |
|---|---|
| S H I P T O | CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| | |
|---|---|
| S O L D T O | CUSTOMER CODE:   1000065034<br>CTDI-NORTEL<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER PA 19380<br>UNITED STATES |

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 30.1.2009 | 22.12.2008 | 31.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224760<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD002219 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224761<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD003419 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224762<br>ORIGIN:  FR<br>SERIAL NR.: ( FORM01427898 ) | | 1 | EA | 475.64 | 475.64 |
| ATBF | RF100263<br>HEPA 1900 MHZ AMPLIFIER, V1<br>COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224763<br>ORIGIN:  FR<br>SERIAL NR.: ( ANDWBD007676 ) | | 1 | EA | 475.64 | 475.64 |

DIRECT INQUIRIES TO:

Brigitte Boireau-Leduc
TEL:  5 57 19 99 30 FAX:5 57 19 99 32

**ANDREW.**
A CommScope Company
Andrew Telecommunications Products
11 rue Fleuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

RP

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

**INVOICE**

BILL TO:
CUSTOMER CODE:   1000011574 / 1000055034
NORTEL NETWORKS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

INVOICE NO.                              8000009230          PAGE 2 OF 3

ANDREW ORDER NO.                         200153334

CUSTOMER ORDER NO.                       4503637349

SHIP TO:
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

SOLD TO:
CUSTOMER CODE:    1000055034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 30.1.2009 | 22.12.2008 | 31.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263 | | 1 | EA | 475.64 | 475.64 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224764 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( ANDWBD000820 ) | | | | | |
| ATBF | RF100263 | | 1 | EA | 475.64 | 475.64 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224766 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( ANDWBD000410 ) | | | | | |
| ATBF | RF100263 | | 1 | EA | 475.64 | 475.64 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224767 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( FORMO1762003 ) | | | | | |
| ATBF | RF100263 | | 1 | EA | 475.64 | 475.64 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224769 | | | | | |
| | ORIGIN: FR | | | | | |
| | SERIAL NR.: ( FORMO1762083 ) | | | | | |

DIRECT INQUIRIES TO:        Brigitte Boireau-Leduc
                            TEL:  5 57 19 99 30 FAX:5 57 19 99 32

# ANDREW.
### A CommScope Company
Andrew Telecommunications Products
11 rue Fieuzal
33520 Bruges, FRANCE FRANCE
Tel. +33(0)557 19 99 30  Fax. +33(0)557 19 99 32
Internet: www.andrew.com
S.A.S au capital de 160 000 euros -
R.C.S. Bordeaux B 380 341 685
APE 322 A - VAT Reg.No FR 02 380 341 685

**REMIT TO:**
SBCIC
42, Cours du Chapeau Rouge
33000 Bordeaux
FR76 1005 7190 1200 0144 1670 206
00014416702 06

RP

## INVOICE

| | |
|---|---|
| **B I L L   T O** | CUSTOMER CODE:  1000011574 / 1000065034 |
| | NORTEL NETWORKS |
| | ATTN: ACCOUNTS PAYABLE |
| | P.O. BOX 280510 |
| | NASHVILLE TN 37228 |
| | UNITED STATES |

INVOICE NO.                    8000009230          PAGE 3 OF 3

ANDREW ORDER NO.               200153334

CUSTOMER ORDER NO.             4503637349

| | |
|---|---|
| **S H I P   T O** | CTDI-NORTEL |
| | 1373 ENTERPRISE DRIVE |
| | WEST CHESTER PA 19380 |
| | UNITED STATES |

**S O L D   T O**
CUSTOMER CODE:  1000065034
CTDI-NORTEL
1373 ENTERPRISE DRIVE
WEST CHESTER PA 19380
UNITED STATES

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| DDU DESTINATION | NET 30 DAYS | 30.1.2009 | 22.12.2008 | 31.12.2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| ATBF | RF100263 | | 1 | EA | 475.64 | 475.64 |
| | HEPA 1900 MHZ AMPLIFIER, V1 | | | | | |
| | COMMODITY CODE: 85184030   DELIVERY NUMBER: 501224772 | | | | | |
| | ORIGIN:  FR | | | | | |
| | SERIAL NR.: ( FORM01648779 ) | | | | | |

NET VALUE        4,280.76

Code   FY Output VAT - Non EC Sales

VAT      0.000           0.00

TOTAL USD        4,280.76

GROSS WEIGHT:        10.104KG    NET WEIGHT:        5.250KG

Andrew Telecommunications Products VAT REGISTRATION NO: FR02380341685

DIRECT INQUIRIES TO:

Brigitte Boireau-Leduc
TEL:  5 57 19 99 30 FAX:5 57 19 99 32



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

RP   INVOICE NO.            113744643        PAGE 1 OF 1

ANDREW ORDER NO.       200141503

CUSTOMER ORDER NO.     4503399910

CUSTOMER CODE:   1000060271

B   NORTEL
I   ATTN: ACCOUNTS PAYABLE
L   PO BOX 280510
T   NASHVILLE TN 37228
O

S   NORTEL C/O CTDI
H   1334 ENTERPRISE DRIVE
I   WEST CHESTER PA 19380
P
T
O

CUSTOMER CODE:         1000060271
NORTEL
S   ATTN: ACCOUNTS PAYABLE
O   PO BOX 280510
L   NASHVILLE TN 37228
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| BLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501225461 Serial No: SPCR010007NR | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |

NET VALUE     210.00

SALES TAX       0.00

TOTAL USD     210.00

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 113744644 | PAGE 1 OF 1 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 200141503 |  |

CUSTOMER CODE: 1000060271

B
I
L
L
T
O

NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER ORDER NO.        4503399910

CUSTOMER CODE:        1000060271
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 |  | 1 | EA | 0.00 | 0.00 |
|  | POWER AMPLIFIERS |  |  |  |  |  |
|  | DELIVERY NUMBER: 501225459 |  |  |  |  |  |
|  | Serial No: SPCR0200039W |  |  |  |  |  |
|  | PO ITEM REF: NTQA50BA |  |  |  |  |  |
| ACMC | PRODUCT REPAIRED |  | 1 | EA | 210.00 | 210.00 |
|  | PRODUCT REPAIRED |  |  |  |  |  |
|  | DELIVERY NUMBER: 501197922 |  |  |  |  |  |

|  |  |
|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | | |
|---|---|---|---|---|
| | RP | INVOICE NO. | 113744645 | PAGE 1 OF 1 |
| | | ANDREW ORDER NO. | 200141503 | |
| CUSTOMER CODE:  1000060271 | | CUSTOMER ORDER NO. | 4503399910 | |

B
I
L
L
T
O

NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

S
O
L
D
T
O

CUSTOMER CODE:                    1000060271
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | | DELIVERY NUMBER: 501225474 | | | | |
| | | Serial No: HTPD0105228P | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | | DELIVERY NUMBER: 501197922 | | | | |

| | |
|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:          Azure Edwards

By _____


ANDREW®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

| | RP | INVOICE NO. | 113744646 | PAGE 1 OF 1 |
|---|---|---|---|---|

ANDREW ORDER NO.    200141503

CUSTOMER ORDER NO.    4503399910

CUSTOMER CODE:    1000060271

B
I
L
L
T
O

NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE:    1000060271
NORTEL

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| FXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 POWER AMPLIFIERS | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501225479 Serial No: 000000000000019158 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | DELIVERY NUMBER: 501197922 | | | | | |

| | | |
|---|---|---|
| NET VALUE | | 210.00 |
| SALES TAX | | 0.00 |
| TOTAL USD | | 210.00 |

Carrier:    SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:    Azure Edwards

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | |
|---|---|---|
| RP | INVOICE NO. | 113744647 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 200141503 |
| | CUSTOMER ORDER NO. | 4503399910 |

CUSTOMER CODE:  1000060271

B
I
L
L
T
O

NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:          1000060271
NORTEL

S
O
L
D
T
O

ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| \CMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | DELIVERY NUMBER: 501225470 | | | | | |
| | Serial No: SPCR02000L91 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| \CMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | DELIVERY NUMBER: 501197922 | | | | | |

|  |  |
|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:        SURFACE

\CMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Azure Edwards

By _____


**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP

| | | |
|---|---|---|
| INVOICE NO. | 113744649 | PAGE 1 OF 1 |
| ANDREW ORDER NO. | 200141503 | |
| CUSTOMER ORDER NO. | 4503399910 | |

CUSTOMER CODE:   1000060271

BILL TO
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

SHIP TO
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:               1000060271
NORTEL
SOLD TO
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| LOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| CMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | | DELIVERY NUMBER: 501225465 | | | | |
| | | Serial No: HTPD01002254 | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| CMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | | DELIVERY NUMBER: 501197922 | | | | |

| | |
|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:          SURFACE

CMC MILPITAS, CA USA

DIRECT INQUIRIES TO:          Azure Edwards

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 113744650 | PAGE 1 OF 1 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 200141503 |  |
|  |  | CUSTOMER ORDER NO. | 4503399910 |  |

CUSTOMER CODE:    1000060271

BILL TO:
NORTEL
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

SHIP TO:
NORTEL C/O CTDI
1334 ENTERPRISE DRIVE
WEST CHESTER PA 19380

CUSTOMER CODE:              1000060271
NORTEL
SOLD TO:
ATTN: ACCOUNTS PAYABLE
PO BOX 280510
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 2/22/2009 | 12/22/2008 | 12/24/2008 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7571301 | | 1 | EA | 0.00 | 0.00 |
| | POWER AMPLIFIERS | | | | | |
| | DELIVERY NUMBER: 501225477 | | | | | |
| | Serial No: 000000000000019301 | | | | | |
| | PO ITEM REF: NTQA50BA | | | | | |
| | | | | | | |
| ACMC | PRODUCT REPAIRED | | 1 | EA | 210.00 | 210.00 |
| | PRODUCT REPAIRED | | | | | |
| | DELIVERY NUMBER: 501197922 | | | | | |

|  | | |
|---|---|---|
| NET VALUE | 210.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 210.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:          Azure Edwards

By _____


**ANDREW**®
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 113746093 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 200156244 | |
| | CUSTOMER ORDER NO. | 4503638405 | |

CUSTOMER CODE:    1000060271

B
I
L
L
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER CODE:                1000060271
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 8 | EA | 45.00 | 360.00 |
| | ATP No Trouble Found  Failure - MATE | | | | | |

| | |
|---|---|
| NET VALUE | 360.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 360.00 |

Carrier:          SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:          Joan Serafino

By _____



**ANDREW**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

|  | RP | INVOICE NO. | 113746094 | PAGE 1 OF 1 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 200156245 |  |
|  |  | CUSTOMER ORDER NO. | 4503491051 |  |

CUSTOMER CODE:    1000060271

BILL TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER CODE:        1000060271
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SHIP TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

SOLD TO
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 54 | EA | 45.00 | 2,430.00 |
|  | ATP No Trouble Found  Failure - MATE | | | | | |

|  |  |
|---|---|
| NET VALUE | 2,430.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 2,430.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Janet Sanderson

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | | | |
|---|---|---|---|
| RP | INVOICE NO. | 113746095 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 200156246 | |
| | CUSTOMER ORDER NO. | 4503638405 | |

CUSTOMER CODE:   1000060271

**B I L L   T O**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER CODE:                    1000060271

**S H I P   T O**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**S O L D   T O**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 30 | EA | 45.00 | 1,350.00 |
| | ATP No Trouble Found  Failure - MATE | | | | | |

|  |  |
|---|---|
| NET VALUE | 1,350.00 |
| SALES TAX | 0.00 |
| TOTAL USD | 1,350.00 |

Carrier:          SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:          Joan Serafino

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

**REMIT TO:**
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | | |
|---|---|---|---|
| RP | INVOICE NO. | 113746096 | PAGE 1 OF 1 |
| | ANDREW ORDER NO. | 200156247 | |
| | CUSTOMER ORDER NO. | 4503491051 | |

CUSTOMER CODE:    1000060271

B
I   NORTEL
L   NAAP MS: 438-03-02
L   220 ATHENS WAY
O   NASHVILLE TN 37228

CUSTOMER CODE:        1000060271
NORTEL
S   NAAP MS: 438-03-02
H   220 ATHENS WAY
I   NASHVILLE TN 37228
P
O

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 44 | EA | 45.00 | 1,980.00 |
| | ATP No Trouble Found  Failure - MATE | | | | | |

| | | |
|---|---|---|
| | NET VALUE | 1,980.00 |
| | SALES TAX | 0.00 |
| | TOTAL USD | 1,980.00 |

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Joan Serafino

By _____


**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

RP    INVOICE NO.              113746097          PAGE 1 OF 1

ANDREW ORDER NO.         200156248

CUSTOMER ORDER NO.       4503465596

CUSTOMER CODE:   1000060271

**BILL TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

CUSTOMER CODE:              1000060271
NORTEL

**SHIP TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

**SOLD TO**
NORTEL
NAAP MS: 438-03-02
220 ATHENS WAY
NASHVILLE TN 37228

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/10/2009 | 1/9/2009 | 1/9/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | ATP-MATE | | 134 | EA | 45.00 | 6,030.00 |
| | ATP No Trouble Found  Failure - MATE | | | | | |

NET VALUE        6,030.00

SALES TAX            0.00

TOTAL USD        6,030.00

Carrier:        SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:        Joan Serafino

By _____



**ANDREW**
*A CommScope Company*

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

**INVOICE**

| | | RP | INVOICE NO. | 113746267 | PAGE 1 OF 3 |
|---|---|---|---|---|---|
| | | | ANDREW ORDER NO. | 200154510 | |
| CUSTOMER CODE: | 1000075663 | | CUSTOMER ORDER NO. | 4503652591 | |

B
I
L   NORTEL
L   ATTN: Accounts Payable
T   PO BOX 280510
O   NASHVILLE TN 37228

CUSTOMER CODE:                    1000075663
NORTEL
S   ATTN: Accounts Payable
O   PO BOX 280510
L
D   NASHVILLE TN 37228
T
O

S   NORTEL NETWORKS
H   ATTN: RAY MEJIA
I   DOCK 15 7710 North 30th Street
P   TAMPA FL 33610
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/13/2009 | 1/9/2009 | 1/12/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | 7570302<br>NORTEL AMPLIFIER | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235545<br>Serial No: PWWT03D51NEP | | | | | |
| | PO ITEM REF: NTQA50GA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 235.00 | 235.00 |
| | DELIVERY NUMBER: 501235545 | | | | | |
| ACMC | 7570302<br>NORTEL AMPLIFIER | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235546<br>Serial No: PWWT04F2TWHH | | | | | |
| | PO ITEM REF: NTQA50GA | | | | | |
| ACMC | PRODUCT REPAIRED<br>PRODUCT REPAIRED | | 1 | EA | 235.00 | 235.00 |
| | DELIVERY NUMBER: 501235545 | | | | | |
| ACMC | 7570302<br>NORTEL AMPLIFIER | | 1 | EA | 0.00 | 0.00 |
| | DELIVERY NUMBER: 501235551<br>Serial No: PWWT04F272VH | | | | | |
| | PO ITEM REF: NTQA50GA | | | | | |

DIRECT INQUIRIES TO:          Janet Sanderson

By _____



**ANDREW®**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL U.S.A. 60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  | RP | INVOICE NO. | 113746267 | PAGE 2 OF 3 |
|---|---|---|---|---|
|  |  | ANDREW ORDER NO. | 200154510 |  |
| CUSTOMER CODE: 1000075663 |  | CUSTOMER ORDER NO. | 4503652591 |  |

B
I
L
L
T
O

NORTEL
ATTN: Accounts Payable
PO BOX 280510
NASHVILLE TN 37228

CUSTOMER CODE: 1000075663
NORTEL
ATTN: Accounts Payable
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS
ATTN: RAY MEJIA
DOCK 15 7710 North 30th Street
TAMPA FL 33610

S
O
L
D
T
O

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/13/2009 | 1/9/2009 | 1/12/2009 |

| BLOC. | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY. | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
| ACMC | PRODUCT UNREPAIRED PRODUCT UNREPAIRED |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501235545 |  |  |  |  |  |
| ACMC | 7570302 NORTEL AMPLIFIER |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501235547 Serial No: PWWT04F4680H |  |  |  |  |  |
|  | PO ITEM REF: NTQA50GA |  |  |  |  |  |
| ACMC | PRODUCT REPAIRED PRODUCT REPAIRED |  | 1 | EA | 235.00 | 235.00 |
|  | DELIVERY NUMBER: 501235545 |  |  |  |  |  |
| ACMC | 7570302 NORTEL AMPLIFIER |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501235549 Serial No: PWWT03D54E7P |  |  |  |  |  |
|  | PO ITEM REF: NTQA50GA |  |  |  |  |  |
| ACMC | PRODUCT UNREPAIRED PRODUCT UNREPAIRED |  | 1 | EA | 0.00 | 0.00 |
|  | DELIVERY NUMBER: 501235545 |  |  |  |  |  |
|  |  |  |  | NET VALUE |  | 705.00 |

DIRECT INQUIRIES TO:        Janet Sanderson

By _____



**ANDREW.**
A CommScope Company

ANDREW LLC,
2700 ELLIS ROAD
JOLIET, IL  U.S.A.  60433
PHONE: 1-800-255-1479
FAX: (779) 435-8576
www.andrew.com

REMIT TO:
ANDREW LLC
P.O. BOX 96879
CHICAGO IL 60693
UNITED STATES

## INVOICE

|  |  |  |  |
|---|---|---|---|
| RP | INVOICE NO. | 113746267 | PAGE 3 OF 3 |
|  | ANDREW ORDER NO. | 200154510 |  |
| CUSTOMER CODE:  1000075663 | CUSTOMER ORDER NO. | 4503652591 |  |

B
I
L
L
T
O

NORTEL
ATTN: Accounts Payable
PO BOX 280510
NASHVILLE TN 37228

S
O
L
D
T
O

CUSTOMER CODE:          1000075663
NORTEL
ATTN: Accounts Payable
PO BOX 280510
NASHVILLE TN 37228

S
H
I
P
T
O

NORTEL NETWORKS
ATTN: RAY MEJIA
DOCK 15 7710 North 30th Street
TAMPA FL 33610

| INCOTERMS | PAYMENT TERMS | PAYMENT DUE | DATE SHIPPED | INVOICE DATE |
|---|---|---|---|---|
| EXW SHIPPING POINT | NET 60 DAYS | 3/13/2009 | 1/9/2009 | 1/12/2009 |

| SLOC | TYPE NUMBER/DESCRIPTION | QTY/LENGTH | TOTAL QTY | UM | UNIT PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

|  |  |
|---|---|
| SALES TAX | 0.00 |
| TOTAL USD | 705.00 |

Carrier:          SURFACE

ACMC MILPITAS, CA USA

DIRECT INQUIRIES TO:          Janet Sanderson

By _____