IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> NORTEL NETWORKS, INC., *et. al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138-KG <br><br> Jointly Administered <br><br> Re: Docket No. _____ |

**ORDER GRANTING MOTION OF ANDREW, LLC FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIM PURSUANT TO 11 U.S.C. §503(b)(9)**

Upon the Motion of Andrew, LLC and applicable affiliates (collectively, "Andrew") for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (the "Motion"), this Court has considered the Motion and finds that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that notice of the Motion was sufficient; and the Court has determined that the legal and factual bases set forth in the Motion established cause for the relief granted herein:

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. Andrew is entitled to an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9), in the amount of $112,557.86 (the "Administrative Claim"); and

3. The Administrative Claim shall be paid by the Debtors on the earlier of: (a) the effective date of a confirmed Chapter 11 plan, or (b) such other

2136944

date that 11 U.S.C. § 503(b)(9) claimants, as a class, are paid; or (c) such earlier time as agreed to by the parties or ordered by the Court.

Dated: March ____, 2009
       Wilmington, Delaware

 

_____
The Honorable Kevin Gross
United States Bankruptcy Judge