IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 13, 2009, I caused service of the following:

### MOTION OF ANDREW, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)

Service of the entire Motion (with the Exhibits A & B) was completed upon the parties on the list, attached hereto as Exhibit 1, as indicated thereon.

Additionally, and due to the voluminous nature of the exhibits to the Motion, the Motion without Exhibits A &B was served upon the parties on the Del. Bankr. L.R. 2002 service list, hereto as Exhibit 2, via hand delivery for local counsel, and first-class mail, postage prepaid for all other listed parties. However, any party that wishes to receive the complete filing may contact the undersigned to this Affidavit (wweller@morrisjames.com) or the undersigned to the Motion.

Dated: February 13, 2009

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 13th day of February, 2009.

_____
NOTARY
My commission expires:_____

WWW/115500-0001/2138426/1

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

# EXHIBIT 1

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Eric D. Swartz, Esq.
Thomas F. Driscoll III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

**VIA FIRST CLASS MAIL**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999
[Counsel for the Debtors and
Debtors-in-Possession]

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer
& Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: (212) 872-1002
[Counsel to the Official Committee
of Unsecured Creditors]

# EXHIBIT 2

NORTEL NETWORKS, INC, et al.
Case No. 09-10138 (KG)
Rule 2002 Service List

Derek C. Abbott, Esq./ Eric D. Swartz, Esq.
Thomas F. Driscoll III, Esq./Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999
[Counsel for the Debtors and
Debtors-in-Possession]

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: (212) 872-1002
[Counsel to the Official Committee
of Unsecured Creditors]

ADVANCED INFORMATION MANAGEMENT
NED NELSON
P.O. BOX 1150
COLLIERVILLE, TN 38027-1150

AIRSPAN COMMUNICATIONS LTD.
SENIOR VICE PRESIDENT & CFO
777 YAMATO ROAD
SUITE 105
BOCA RATON, FL 33431

ALLEN & OVERY LLP
COUNSEL TO ERNST & YOUNG INC.
KEN COLEMAN, ESQ & LISA J.P. KRAIDIN, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ANIXTER
JILL M. STANDIFER
4711 GOLF ROAD
SHOKIE, IL 60076

| | |
|---|---|
| ARCHER & GREINER PC<br>COUNSEL TO AUTOMOTIVE RENTALS, INC.<br>JOHN V. FIORELLA ESQ.<br>300 DELAWARE AVE<br>SUITE 1370<br>WILMINGTON, DE 19801 | ARNALL GOLDEN GREGORY LLP<br>COUNSEL TO CELLCO PARTNERSHIP<br>D/B/A VERIZON WIRELESS<br>DARRYL S. LADDIN ESQ.<br>FRANK N. WHITE, ESQ.<br>171 17TH ST NW, STE 2100<br>ATLANTA, GA 30363-1031 |
| ASSISTANT ATTORNEY GENERAL<br>COUNSEL TO TEXAS COMPTROLLER<br>OF PUBLIC ACCOUNTS<br>MARK BROWNING<br>BANKRUPTCY & COLLECTIONS DIV<br>P.O. BOX 12548<br>AUSTIN, TX 78711 | BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>COUNSEL TO UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>JEFFREY MEYERS, ESQ.<br>51ST FL MELLON BANK CTR<br>1735 MARKET ST<br>PHILADELPHIA, PA 19103 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>COUNSEL TO UBS REALTY INVESTORS, LLC<br>TOBEY M. DALUZ, ESQ.<br>LESLIE HEILMAN, ESQ.<br>919 MARKET ST<br>12TH FLOOR<br>WILMINGTON, DE 19801 | BARTLETT HACKETT FEINBERG P.C.<br>COUNSEL TO IRON MOUNTAIN INFORMATION<br>MGMT INC.<br>FRANK F. MCGINN ESQ.<br>155 FEDERAL ST<br>9TH FLOOR<br>BOSTON, MA 02110 |
| BEELINE<br>CHIEF LEGAL OFFICER<br>1300 MARSH LANDING PARKWAY<br>JACKSONVILLE BEACH, FL 32250 | BRANSTETTER, KILGORE, STRANCH & JENNINGS<br>JANE B. STRANCH<br>227 SECOND AVENUE NORTH<br>FOURTH FLOOR<br>NASHVILLE, TN 37201-1631 |
| BUCHANAN INGERSOLL & ROONEY<br>MARY F. CALOWAY, ESQ.<br>P.J. DUHIG, ESQ.<br>1000 WEST STREET<br>SUITE 1410<br>WILMINGTON, DE 19801 | COAMS INC.<br>CHIEF LEGAL OFFICER<br>175 W. JACKSON<br>SUITE 1750<br>CHICAGO, IL 60604 |

| | |
|---|---|
| COMMUNICATIONS TEST DESIGN INC.<br>GERALD J. PARSONS<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER, PA 19380 | COMPUTER SCIENCE CORPORATION<br>HAYWARD D. FISK ESQ.<br>2100 EAST GRAND AVENUE<br>EL SEGUNDO, CA 90245 |
| COMPUTER SCIENCE CORPORATION<br>SCOTT CREASY<br>3306 CHAPEL HILL - NELSON HWY<br>RESEARCH TRIANGLE PARK, NC 27709 | COMPUTER SCIENCE CORPORATION<br>CLIFF PLAXCO<br>3170 FAIRVIEW PARK DRIVE<br>FALLS CHURCH, VA 22042 |
| COVERGENCE INC.<br>CHIEF LEGAL OFFICER<br>ONE CLOCK TOWER PLACE<br>MAYNARD, MA 01754 | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>COUNSEL TO FLEXTRONICS INTERNATIONAL<br>STEVEN J. REISMAN, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0061 |
| DIVISION OF CORPORATIONS FRANCHISE TAX<br>SECRETARY OF STATE<br>P.O. BOX 7040<br>DOVER, DE 19903 | EMERSON NETWORK POWER EMBEDDED<br>CHIEF LEGAL OFFICER<br>2900 SOUTH DIABLO WAY<br>TEMPE, AZ 85282-3214 |
| EXPORT DEVELOPMENT CANADA<br>STEPHANE LUPIEN<br>151 O'CONNOR STREET<br>OTTAWA, ON K1A 1K3 CANADA | GFI INC.<br>CHIEF LEGAL OFFICER<br>180 AVE LABROSSE<br>POINTE CLAIRE, QC H9R 1A1 CANADA |

| | |
|---|---|
| GLOW NETWORKS<br>2140 LAKE PARK BOULEVARD<br>RICHARDSON, TX 75080-2290 | HINCKLEY, ALLEN & SNYDER LLP<br>COUNSEL TO TECHNOLOGY PARK X LTD PARTNERSHIP &<br>TECHNOLOGY PARK V LIMITED PARTNERSHIP<br>JENNIFER V. DORAN, ESQ.<br>28 STATE STREET<br>BOSTON, MA 02109 |
| IBM CORPORATION<br>ROBERT C. WEBER<br>NEW ORCHARD ROAD<br>ARMONK, NY 10504 | INFOSYS TECHNOLOGIES LTD.<br>PLOT NO 45 & 46 ELECTRONICS<br>BANGALORE 560100 INDIA |
| INFOSYS TECHNOLOGIES LTD.<br>HEAD OF SALES - COMMUNICATIONS & PRODUCT SERVICES<br>34760 CAMPUS DRIVE<br>FREMONT, CA 94555 | INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>ROOM 1150<br>BALTIMORE, MD 21201 |
| ITC NETWORKS<br>CHIEF LEGAL OFFICER<br>167 CALEA FLOREASCA, SECTOR 1<br>BUCHAREST 14459 ROMANIA | JABIL CIRCUIT INC (GDL)<br>JOE ADAMS<br>10560 DR MARTIN LUTHER KING JR. STREET<br>ST. PETERSBURG, FL 33716-3718 |
| JDS UNIPHASE CORPORATION<br>DOUG ALTEEN<br>3000 MERIVALE ROAD<br>OTTAWA, ON K2G 6N7 CANADA | JDS UNIPHASE CORPORATION<br>CHRIS DEWEES<br>1768 AUTOMATION PARKWAY<br>SAN JOSE, CA 95131 |

| | |
|---|---|
| JOHNSON CONTROLS INC.<br>CHIEF LEGAL OFFICER<br>2215 YORK ROAD<br>OAK BROOK, IL 60523 | KLEHR, HARRISON, HARVEY, BRANZBURG &<br>ELLERS LLP<br>COUNSEL TO EXPORT DEVELOPMENT CANADA<br>JOANNE B. WILLS, ESQ.<br>919 MARKET STREET, SUITE 100<br>WILMINGTON, DE 19801 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO CITY OF RICHARDSON TX<br>ELIZABETH WELLER, ESQ.<br>2323 BRYAN STREET<br>SUITE 1600<br>DALLAS, TX 75201 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO BEXAR COUNTY<br>DAVID G. AELVOET<br>TRAVIS BUILDING<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 |
| LUXOFT<br>CHIEF LEGAL OFFICER<br>10-3, 1-VOLOKOLAMSKY PROEZD<br>MOSCOW  123060 RUSSIA | MARGOLIS EDELSTEIN<br>JAMES E. HUGGETT, ESQ.<br>750 SHIPYARD DR<br>SUITE 102<br>WILMINGTON, DE 19801 |
| MAYER BROWN LLP<br>COUNSEL TO EXPORT DEVELOPMENT CANADA<br>DAVID S. CURRY, ESQ., CRAIG E. REIMER, ESQ.<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | MAYER BROWN LLP<br>COUNSEL TO EXPORT DEVELOPMENT CANADA<br>ANDREW D. SHAFFER, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| MCCANN ERICKSON SAN FRANCISCO<br>CHIEF LEGAL OFFICER<br>600 BATTERY STREET<br>SAN FRANCISCO, CA 94111 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS DUNNE, ESQ.<br>ONE CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005-1413 |

| | |
|---|---|
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>COUNSEL TO ABN AMRO BANK N.V.<br>RANIERO D'AVERSA JR, ESQ & LAURA D<br>METZGER, ESQ<br>WESTON T EGUCHI, ESQ<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103-0001 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>DEPARTMENT OF INSURACNE SUPERVISION AND<br>COMPLIANCE<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>COUNSEL TO RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, ESQ.<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | POLSINELLI SHUGART PC<br>COUNSEL TO WESTCON GROUP NORTH AMERICA, INC.<br>CHRISTOPHER A. WARD, ESQ., JUSTIN K. EDELSON, ESQ.<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 |
| SEAL CONSULTING<br>ATTN: CHIEF LEGAL OFFICER<br>105 FIELD CREST AVENUE<br>EDISON, NJ 08837 | SECRETARY OF TREASURY<br>P.O. BOX 7040<br>DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ALISTAR BAMBACH, BANKRUPTCY DIVISION<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 |
| TATA CONSULTANCY SERVICES<br>ATTN: PRESIDENT<br>PARK WEST II KULUPWADI ROAD<br>MUMBAI 400066 INDIA | TEKSYSTEMS INC.<br>CHIEF LEGAL OFFICER<br>7437 RACE ROAD<br>HANOVER, MD 21076 |

| | |
|---|---|
| TELRAD NETWORKS LTD.<br>YAACOV OMER, YOSSI BENJI, SIMCHA GUTGOLD<br>TELRAD PARK AFEK<br>14 HAMELACHA ST., P.O. BOX 488<br>ROSH HA'AVIN  48091 ISRAEL | THE BANK OF NEW YORK MELLON<br>VANESSA MACK<br>101 BARCLAY STREET - 4 E<br>NEW YORK, NY 10286 |
| UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON, DE 19801 | VEDDER PRICE P.C.<br>COUNSEL TO TELMAR NETWORK TECHNOLOGY INC.<br>MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY 10019 |
| WIPRO SYSTEMS LTD.<br>CHIEF LEGAL OFFICER<br>40 1A LAVELLE ROAD<br>BANGALORE  560001 INDIA | WIPRO TECHNOLOGIES<br>KUMUDHA SRIDHARAN<br>PLOT 72, KEONICS ELECTRONIC CITY<br>HOSUR MAIN ROAD<br>BANGALORE  561229 INDIA |
| WIPRO TECHNOLOGIES<br>DR. A.L. RAO<br>NO. 8, 7 MAIN 1 BLOCK<br>KORAMANGALA<br>BANGALORE  560034 INDIA | WISTRON INFOCOMM TECHNOLOGY CORP.<br>CHIEF LEGAL OFFICER<br>800 PARKER SQUARE<br>FLOWER MOUND, TX 75028 |
| TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE - 5MN<br>HARTFORD, CT 06183-4044<br>ATTN: CHANTEL PINNOCK<br>ACCOUNT RESOLUTION | JANET FITZPATRICK<br>LEGAL ASSISTANT<br>UNISYS CORPORATION<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |

| | |
|---|---|
| CHARLENE D. DAVIS, ESQ.<br>DANIEL A. O'BRIEN, ESQ.<br>BAYARD, P.A.<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | JOHN M. HICKEY, ESQ.<br>BARBER & BARTZ<br>525 S. MAIN STREET, SUITE 800<br>TULSA, OK 74103-4511 |
| KAREN J. STAPLETON<br>ASSISTANT COUNTY ATTORNEY<br>FOR THE COUNTY OF LOUDOUN, VA<br>ONE HARRISON STREET, S.E., 5TH FLOOR<br>LEESBURG, VA 20175-3102 | JOHN P. DILLMAN<br>LINEBARGER GOOGGAN BLAIR<br>& SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 |
| DOUG GOIN<br>CHIEF FINANCIAL OFFICER<br>APC WORKFORCE SOLUTIONS, LLC<br>420 SOUTH ORANGE AVENUE<br>6TH FLOOR<br>ORLANDO, FL 32801 | JEFFREY C. WISLER, ESQ.<br>MARC J. PHILLIPS, ESQ.<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>P.O. BOX 2207<br>WILMINGTON, DE 19899 |
| EDWARD T. ATTANASIO, ESQ.<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | |