# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No. 09-10138(KG) |
| Nortel Networks Inc., et al., | Jointly Administered |
| Debtors | |

## DECLARATION OF MICHAEL J. WUNDER

**MICHAEL J. WUNDER**, hereby declares:

1.      I am an attorney at law admitted to practice in the Province of Ontario, Canada. I am a member (partner) of the firm of Fraser Milner Casgrain LLP ("FMC"), which firm maintains offices at 1 First Canadian Place, Suite 4200, Toronto, Ontario, Canada M5X 1B2.

2.      I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. ("Nortel U.S.") and certain of its direct and indirect subsidiaries (collectively with Nortel U.S., the "Debtors") to retain and employ FMC, nunc pro tunc to January 26, 2009, as Canadian counsel to the Committee (the "Application").

3.      On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware appointed the Committee.  The Committee currently consists of four members: (a) Flextronics Corporation; (b) Airvana, Inc.; (c) The Bank of New York Mellon; and (d) Pension Benefit Guaranty Corp.

4.      On the Committee Formation Date, the Committee selected Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") to serve as lead counsel to the Committee pursuant to

-2-

section 1103(a) of the Bankruptcy Code. On January 26, 2009, the Committee selected FMC to serve as its Canadian counsel pursuant to section 1103(a) of the Bankruptcy Code.

5.    I am not, nor is FMC, an insider of the Debtors. Neither FMC nor I hold directly any claim, debt or equity security of the Debtors.

6.    To the best of my knowledge and information, no member of FMC has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of the Debtors as specified in subparagraph (B) of 11 U.S.C. § 101(14), except for Lori Tse who works in FMC's technology support group (i.e. a non-lawyer) who worked at Nortel Networks Limited in 2007 until January, 2008 in the technology department as a server administrator.

7.    FMC does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in subparagraph (C) of Bankruptcy Code section 101(14), or for any other reason.

8.    FMC does not currently represent the Debtors or to the best of my knowledge and information, any of their related parties, affiliates, partners, or subsidiaries, and FMC will not undertake the representation of the Debtors or related entities during this engagement. FMC's Edmonton office did act in a limited capacity as "service agent" for Nortel Networks Corporation, Nortel Networks Limited and Nortel Networks Technology Corporation (collectively, the "Nortel Canadian Services Parties") in the Province of Alberta. The Nortel Canadian Service Parties have retained another law firm to act as service agent in the Province of Alberta, and FMC's retainer for that engagement has been terminated. FMC will not be billing the Nortel Canadian Service Parties for any unbilled fees and disbursements from such

- 3 -

terminated retainer such that no amounts are or will be owing by the Nortel Canadian Service Parties (or any other "Nortel" entities) to FMC. FMC will not undertake the representation of any party other than the Committee in connection with the Debtors' chapter 11 proceedings and the Canadian Proceeding.[1]

9.    To the best of my knowledge and information, FMC neither holds nor represents any interest adverse to the Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in these chapter 11 cases. Based upon information available to me, I believe that FMC is a "disinterested person" within the meaning of the Bankruptcy Code.

10.    In preparing this Declaration, through my colleagues, I submitted to FMC's client and conflict database (the "Conflict Database")[2] the names set forth in a list of parties identified in the Debtors' application to retain Cleary Gottlieb Steen & Hamilton, LLP ("Cleary") as counsel to the Debtors (the "Cleary Application"), and additional parties identified by Akin Gump, which included: (i) the Debtors; (ii) the Debtors' affiliates; (iii) significant stockholders/investors; (iv) current and former directors/managers (up to two years); (v) current and former officers (up to two years); (vi) vendors and counterparties to significant contracts; (vii) litigation parties; (viii) the Debtors' lenders; (ix) the Debtors' banks and money market funds; (x) the Debtors' significant customers; (xi) the Debtors' landlords; (xii) insurance companies; (xiii) bondholders and trustees; (xiv) the Debtors' proposed professionals; (xv) the Debtors' major competitors; (xvi) top 40 unsecured creditors; (xvii) utilities; (xviii) other parties in interest; (xix) parties that have filed notices of appearance in these cases as of January 26,

---

[1] All terms not otherwise defined herein will have the meanings ascribed to them in the Application.

[2] The Conflict Database maintained by FMC includes all matters in which the firm is now or has previously been engaged, the entity by which the firm is now or has previously been engaged and, as applicable, the identity of related parties, adverse parties and the attorneys in the firm that are knowledgeable about the matter. No new matter may be accepted or opened within the firm without completing and submitting to the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the nature of the representation and any related and adverse parties.

- 4 -

2009; and (xx) current members of the Committee and their proposed professionals. A copy of the list of the parties searched by FMC is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). With the exception of sub-categories (xix) and (xx), the entities listed in Schedule 1 were identified in the Clearly Application.

### Representations of Parties in Interest

11.    Set forth in Schedule 2 annexed hereto, is a listing of those Searched Parties that FMC either (i) currently represents in matters wholly unrelated to the Debtors' chapter 11 cases ("Current Clients"), or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases. In connection with the services to be rendered to the Committee, FMC will not commence a cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless FMC receives a waiver from the Current Client allowing FMC to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting FMC to participate in such action, the Committee will use conflicts counsel to represent the interests of the unsecured creditors of the Debtors.

12.    Set forth in Schedule 3 annexed hereto, is a listing of those parties from Schedule 1 (Searched Parties) that are currently or have in the past been adverse to clients of FMC in matters wholly unrelated to these Chapter 11 cases.

### Connection with Parties representing 1% or more of FMC's Revenues

13.    FMC's revenues for services rendered on behalf of the parties in interest identified on Schedule 2 aggregate, with respect to each such party in interest, are less than 1% of FMC's annual revenues in each of FMC's fiscal years ended January 31, 2007, January 31, 2008 and January 31, 2009. I note that on Schedule 1 under the heading "Debtors' Bondholders and

- 5 -

Trustees", each of (i) BMO Nesbitt Burns Inc.; (ii) RBC Dominion Securities Inc. and (iii) RBC Capital Markets Corporation is listed. BMO Nesbitt Burns Inc. is a subsidiary of Bank of Montreal. Each of RBC Dominion Securities Inc. and RBC Capital Markets Corporation is a subsidiary of Royal Bank of Canada. FMC's revenues for services rendered on behalf of Bank of Montreal and Royal Bank of Canada (in each case, for (a) Bank of Montreal and all of its subsidiaries and (b) Royal Bank of Canada and all of its subsidiaries) is greater than 1% of FMC's annual revenues in one or more of FMC's fiscal years ended January 31, 2007, January 31, 2008 and January 31, 2009.

### Connections and General Disclosures

14.     FMC's Calgary office acts on behalf of Alberta Health Services (formerly Calgary Health Region) ("AHS"). I am advised that (i) Nortel Networks Limited ("Nortel Landlord") owns an office building in Calgary, Alberta (ii) AHS entered into a sublease with Flextronics (Canada) Inc. ("Flextronics Canada"), (iii) Nortel Landlord terminated the head lease between Nortel Landlord and Flextronics Canada which caused a termination of the sublease between Flextronics Canada and AHS, and (iv) AHS may advance a claim against Flextronics Canada for wrongful termination of the sublease.

15.     FMC has not previously acted for or against the Committee's advisors, Akin Gump, Jefferies & Company, Inc., Capstone Advisory Group, LLC, Richards, Layton & Finger or Ashurst (the Committee's UK counsel).

16.     After the commencement of the Canadian Proceeding, FMC provided advice to certain clients of FMC who are creditors of one or more of the Debtors in connection with the Canadian Proceeding. Upon FMC being retained to act as Canadian counsel to the Committee, FMC terminated all of those retainers and is no longer providing any advice to such parties.

- 6 -

17.   FMC's Ottawa office acted on behalf of a former employee of Nortel Networks Limited (Paul Theriault) in connection with the negotiation of a severance package in 2003. That matter is closed and there is no ongoing work relating to that engagement.

18.   Two lawyers in FMC's Montreal office previously worked at Ogilvy Renault LLP ("Ogilvy Renault"), Canadian counsel for the Nortel entities. Neither of those lawyers will be participating in FMC's engagement in representing the Committee.

19.   A lawyer in FMC's Edmonton office had limited retainer engagements with Ogilvy Renault (for certain "Nortel" entities) to complete corporate and lien searches from time to time. As a result of FMC's retainer to act on behalf of the Committee, that FMC lawyer in Edmonton has advised Ogilvy Renault that FMC will not be in a position to complete any such corporate and lien searches in Alberta in the future. All such files maintained by that FMC Edmonton lawyer have been closed.

20.   A lawyer in FMC's Calgary office has previously acted on behalf of Torys LLP in Alberta as Alberta agent counsel in connection with the issuance of convertible notes by certain Canadian Nortel entities. All files relating to those matters have been closed and there is no ongoing work in connection with those prior engagements.

21.   Nortel I and II Global Class Action Settlements: FMC was retained by (a) the lead U.S. plaintiff's counsel in Nortel II on behalf of its clients, the lead plaintiffs in the U.S. Nortel II class action, to assist with the Canadian aspects of the global settlement, including court approval from Canadian courts in Ontario and Quebec of the settlement and issues concerning the compensation of Canadian class counsel and (b) the lead U.S. plaintiff's counsel in Nortel I on behalf of its clients, the lead plaintiff in the U.S. Nortel I class action, to assist with the Quebec aspects of the global settlement including all aspects of the Court approval in Quebec

- 7 -

and the Court approval in Ontario of the compensation for Canadian class counsel (collectively, the "Nortel Settlement Retainers"). Court approval in all Canadian provinces was obtained in early 2007. FMC's engagement still remains active in Quebec on the issue of the compensation of Quebec class counsel in Nortel I and II which has not yet been decided by the Quebec Court. We understand that Nortel has no interest in this outstanding issue. The global settlement involved cash and shares. The cash was funded at around the time of settlement approval, and we are advised that the share certificates were issued on or about April 28, 2008, with additional certificates issued thereafter. We understand from U.S. counsel that not all of the share certificates have been issued (owing to Computershare's rejection of the name/address information content and/or format) and there are certificates that, though issued, have been returned to Computershare as undeliverable. We are further advised by U.S. counsel that Nortel has no interest in any aspect of the distribution of the remaining settlement proceeds except that it is seeking reimbursement for certain costs of its transfer agent in connection with the issuance of the shares and there is an issue about the types of costs that are to be included in the reimbursement that is briefed for decision by the US Court. FMC has had no involvement in this issue as it does not involve the Courts in Canada. The FMC's lawyers who were involved in the Nortel Settlement Retainers will not be providing any services to the Committee as part of FMC's engagement as Canadian counsel to the Committee.[3]

22.    A lawyer at FMC's Toronto office previously practiced law with Stikeman Elliott LLP. That lawyer, while at Stikeman Elliott LLP, acted on behalf of certain excess insurers in connection with a claim by Frank Dunn and Douglas Beatty (two former officers and directors of Nortel Networks Corporation BUT whose names are not listed on Schedule 1) which related to a

---

[3] Certain FMC lawyers who had only minor involvement in the Nortel Settlement Retainers (i.e. those lawyers who billed less than 10 hours on that matter) may provide services to Committee as part of FMC's engagement as Canadian counsel to the Committee.

- 8 -

claim by Frank Dunn and Douglas Beatty under certain officers and directors insurance policies for payment of costs in connection with litigation against them in their capacities as officers and directors and a denial of payment of such costs by the applicable insurers. That FMC lawyer will not be providing any services to the Committee as part of FMC's engagement as Canadian counsel to the Committee.

23. In 2001, FMC acted on behalf of Bank of Montreal as agent for a group of purchasers relating to a receivables purchase transaction among Nortel Networks Limited, Bank of Montreal, in its capacity as agent, and the purchasers of the applicable receivables. I am advised that amounts owing to the purchasers of the receivables were paid in full in 2002 and our file was closed at that time.

24. FMC may have represented in the past and/or may currently or in the future represent entities (other than parties in the attached schedules) not currently known to FMC in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases. To the extent that FMC discovers any such information or needs to update the information disclosed herein, FMC will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

25. For the reasons stated herein, FMC represents no interests adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee and the unsecured creditors that the Committee represents.

26. Because the equity of Nortel Networks Corporation is so widely held in Canada, it would not be practical for FMC to confirm that no partners, associates or staff employed by FMC hold any common equity or notes of Nortel Networks Corporation, the Debtors or any of their other affiliates and subsidiaries. Similarly, it would not be practical for FMC to request that

all FMC partners, associates and staff confirm that they do not have any family members who are employed by Nortel Networks Corporation, the Debtors or any of their respective affiliates and subsidiaries. Instead, I confirm that FMC has implemented an internal cone of silence (the "Wall") pursuant to which all documents and electronic information relating to FMC's engagement on behalf of the Committee will be secured in such a manner that only those partners, associates and staff designated to work on behalf of the engagement on the Committee will have access to such documents and electronic information. A memo has been circulated to all lawyers and staff at FMC advising them of the Wall and directing that no FMC Committee Service Provider (as defined below) shall discuss or disclose any information or documentation relating to FMC's engagement as Canadian counsel to the Committee, to any other person at FMC who is not an FMC Committee Service Provider.

27.    Each FMC partner, associate or staff who will provide services in connection with FMC's engagement as Canadian counsel for the Committee (each, an "FMC Committee Service Provider") has confirmed or (before providing any such services) will confirm that he or she (i) does not directly hold any equity or notes of Nortel Networks Corporation, the Debtors or any of their subsidiaries and affiliates, (ii) has not worked for Nortel Networks Corporation, the Debtors and any of their respective affiliates and subsidiaries[4], and (iii) does not currently have a direct family member (i.e. parent, child or sibling) living with him or her who is currently an employee of Nortel Networks Corporation, the Debtors or any of their respective affiliates and subsidiaries. For greater certainty, one or more of such FMC Committee Service Providers may indirectly

---

[4] Jane Dietrich, an associate in FMC's Insolvency and Workout Group in Toronto, who will be providing services to the Committee as part of FMC's engagement as Canadian counsel to the Committee, worked for Nortel Networks Limited as co-op student from September-December, 1997 and worked from April 1988 until the Spring of 2000 in the Environment Health & Safety Department in Calgary, Alberta (working as an ergonomist and safety specialist). Ms. Dietrich does not have any pension entitlement from any Nortel entity. Ms. Dietrich indirectly owned equity in Nortel Networks Corporation through units held in the Nortel Networks Stk Fund (a mutual fund), but Ms. Dietrich has sold all of the units previously held by her in that mutual fund.

hold interests in equity or notes of Nortel Networks Corporation, the Debtors or their respective affiliates and subsidiaries including without limitation by way of units held in mutual funds or other traded funds which are not managed by such FMC Committee Service Provider.

28.     FMC is willing to be retained by the Committee as its Canadian counsel and will make appropriate applications to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the District of Delaware and the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professional and Official Committee Members.[5]  FMC will bill at its standard hourly rates, in Canadian dollars, which currently, in its Toronto office, are $475-$1,000 for partners and senior consultants/counsel, $295-$500 for associates, and $100-$320 for paraprofessionals including articling students.[6]   The current hourly rates for the FMC professionals with primary responsibility for this matter are:

| Lawyer | | Billing Category | Department | Hourly Rate |
|--------|---|---------|-----------|-------------|
| R. Shayne Kukulowicz | | Partner | Insolvency and Workout Group | $775 |
| Alex L. MacFarlane | | Partner | Insolvency and Workout Group | $750 |
| Michael J. Wunder | | Partner | Insolvency and Workout Group | $725 |
| Jane O. Dietrich | | Associate | Insolvency and Workout Group | $480 |

[5] FMC specifically reserves its right to file an application for an allowance of an enhanced fee award at the end of this proceeding, subject to the discretion of the Committee.
[6] To avoid the burden and administrative costs of currency conversion, the Debtors have agreed that FMC's fees and expenses will be paid in Canadian dollars by Nortel Networks Limited, which amounts will be subject to and intercompany charge back to the applicable U.S. estate based on the exchange rate in effect on the date such payment is made to FMC.

- 11 -

29.    The hourly rates set forth above are FMC's standard hourly rates for work of this nature.  These rates are set at a level designated to fairly compensate FMC for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. The foregoing hourly rates (and the hourly rates of any FMC professional) are exclusive of all applicable federal and provincial goods and services and sales taxes (if any) on the provision of legal services and are subject to change from time to time in accordance with FMC's established billing practices and procedures in the normal course of FMC's business.

30.    Other attorneys and paralegals will, from time to time, assist in the representation of the Committee in connection with these cases at FMC's standard hourly rates for work of this nature in effect for those personnel.  FMC's rates for certain individual attorneys may vary as a function of the type of matter, and geographic and other factors.

31.    It is FMC's policy to charge its clients for expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll charges, photocopying charges, travel expenses, expenses for "working meals" and computerized research, as well as non-ordinary overhead expenses, such as secretarial overtime.  FMC will seek reimbursement for its expenses pursuant to, among other things, any applicable guidelines established by the Office of the United States Trustee for the District of Delaware.

32.    No agreement exists, nor will any be made, to share any compensation received by FMC for its services with any other person or firm other than members of FMC.

33.    For the reasons stated herein, FMC represents no interest adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its fiduciary duty to the Committee and the unsecured creditors that the Committee represents.

- 12 -

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2009

Michael J. Wunder

**Schedule 1**

## (i) Debtors and Debtors' Affiliates, Subsidiaries

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl

Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.

4.

Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH
1328556 Ontario Limited
BNR Europe Limited
Brightspeed SAS
Integrated Networks Limited
Pingtel Corp.
Nortel Limited. United Kingdom
Nortel Networks (CALA) Inc.
Nortel Networks Applications Management Solutions Inc.
Nortel Networks BV. The Netherlands
Nortel Networks Cable Solutions Inc.
Nortel Networks Capital Corporation
Nortel Networks Corporation (CAN)
Nortel Networks del Ecuador S.A.
Nortel Networks India Technology Private Limited.
Nortel Networks Northern Telecom Services de Argentina S.A.
Nortel Networks Telecomunicacoes Industria e Comercio Ltda.


## (ii) Debtors' 5% Shareholders

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders
for conflict check purposes.
NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5%
shareholders for conflict check purposes.
Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are
no 5% shareholders for conflicts purposes.
Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon
WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.
Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel
Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.
Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.
Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.
Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5%
shareholders for conflicts purposes.
CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.
Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly
owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.
Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and
NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.
Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.
Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.
Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### (iii) Debtors' Significant Equity Investors

(no significant equity investors for conflict check purposes)

### (iv) Current Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

### (v) Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

### (vi) Current Directors and Officers of NNCC

Paul W. Karr

Schedules Combined v2.doc

John Doolittle
Jeffrey T. Wood
William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

**(vii)   Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date**

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

**(viii)   Current Directors and Officers of Alteon WebSystems, Inc.**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(ix) Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

**(x) Current Directors and Officers of Alteon WebSystems International, Inc.**

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood

Lynn C. Egan
John Doolittle

**(xi) Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date**

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

**(xii)    Current Directors and Officers of Architel Systems (U.S.) Corporation**

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(xiii)    Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

**(xiv)    Current Directors and Officers of Xros, Inc..**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(xv)    Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

**(xvi)    Current Directors and Officers of Sonoma Systems**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(xvii)    Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

**(xviii)    Current Directors and Officers of Qtera Corporation**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(xix)    Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date**

Kimberly P. Poe

Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## (xx)   Current Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

## (xxi)   Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

## (xxii)   Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## (xxiii)  Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

**(xxiv)  Current Directors and Officers of Nortel Networks Optical Components Inc.**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(xxv)  Former Directors and Officers of Nortel Networks Optical Components Inc. for the
Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

**(xxvi)  Current Directors and Officers of Nortel Networks HPOCS Inc.**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(xxvii)  Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years
Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

**(xxviii) Current Directors and Officers of Nortel Networks International Inc.**

Gordon A. Davies
Dennis Carey

William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(xxix)  Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

**(xxx)   Current Directors and Officers of Northern Telecom International Inc.**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**(xxxi)  Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

**(xxxii) Current Directors and Officers of Nortel Networks Cable Solutions, Inc.**

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood

12.

Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg

13.

James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

## (xxxiii)Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

14.

**(xxxiv)Debtors' Vendors**

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys

15.

Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


## (xxxv) Debtors' Litigants

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips

Nortel Networks Corp. "ERISA" Litigation Plaintiffs

### (xxxvi) Debtors' Lenders

Export Development Canada

### (xxxvii)    Debtors' Banks and Money Market Funds

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### (xxxviii)    Debtors' Significant Customers

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL

China Mobility

## (xxxix)Debtors' Landlords

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC

Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP


### (xl)Debtors' Insurers

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate

19.

Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

(xli)    **Counterparties to Debtors' Significant Contracts (The counterparties to the Debtors**
         **significant contracts are the Debtors' significant customers and vendors, as listed**
         **above.)**

(xlii)   **Debtors' Bondholders and Trustees**

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.

CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA.
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank

NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank


## (xliii)  Debtors' Proposed Professionals

Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP
Cleary Gottlieb Steen & Hamilton LLP
Epiq Bankruptcy Solutions, LLC

### (xliv)  Debtors' Major Competitors

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

### (xlv)  Top 40 Unsecured Creditors

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes,

### (xlvi)  Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline

Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation


**(xlvii) Utilities**

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA

Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc


## (xlviii) **Others**

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Alan Bloom
Bennett Jones LLP
Cleary Gottlieb Steen & Hamilton
Craig and Macauley, PC
Curtis, Mallet-Prevost, Colt & Mosle LLP
Ernst & Young LLP
Fidelity Investments
Frankling
Goodmans LLP
Gordon Davies
Herbert Smith LLP
Judge Kevin Gross
Lathan & Watkins LLP
Milbank, Tweed, Hadley & McCloy LLP
Murray A. McDonald
Sankaty Advisors LLO

**(xlix)  Members of the Committee and Proposed Professionals**

Airvana, Inc.
The Bank of New York Mellon
Flextronics Corporation
Pension Benefit Guaranty Corporation
Akin Gump Strauss Hauer & Feld LLP
Richards, Layton & Finger
Capstone Advisory Group, LLC
Jefferies & Company, Inc.
Kutzman Carson Consultants
Ashurst LLP


**(l)  Parties Filing a Notice of Appearance (As of January 26, 2009)**

Richardson ISD (Texas)
Dallas County, City of Richardson (Texas)
Texas Comptroller of Public Accounts
Margolis Edelstein
Iron Mountain Information Management, Inc.
Telmar Network Technology, Inc.
Precision Communication Services, Inc.
UBS Realty Investors LLC
Technology Park X Limited Partnership
Allen & Overy LLP
Export Development Canada
Bexar County (Texas)
Westcon Group North America Inc.
Communications Test Design, Inc.
Microsoft Corporation
Microsoft Licensing, GP
SprintCom, Inc.
Sprint/United Management Company
JDS Uniphase Corporation
Flextronics Telecom Systems Ltd.
The Prudential Insurance Company of America
American International Corporation
Tata Consultancy Services Limited
Scott Douglass
Hewlett-Packard Company
Sun Microsystems, Inc.
Polycom, Inc.
Campbell Creek, Ltd.
Tellabs Operations, Inc.
Computer Sciences Corporation

Glow Networks, Inc.
IBM Corporation
Powerwave Technologies, Inc.
Johnson Controls, Inc.
NeoPhotonics Corporation
Emerson Network Power Embedded
Oracle USA, Inc.
Verizon Communications Inc.
Cellco Partnership d/b/a Verizon Wireless
Cummins, Inc.
Cummins Power Generation
Cummins Filtration
Cummins Emission Solutions
Cummins Fuel Systems
Cummins Turbo Technologies
Hewlett-Packard Financial Services, Inc.
485 Lexington Owner LLC
Reckson Operating Partnership, L.P.
GTCI

27.

## Schedule 2

## Searched Parties that are Current or Former Clients of Fraser Milner Casgrain LLP in Matters Wholly Unrelated to the Debtors' Chapter 11 Cases[1]

**(i)    Debtors and Debtors' Affiliates, Subsidiaries**

Fraser Milner Casgrain has represented the following companies and/or related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Nortel Networks Corporation
Nortel Networks Ltd.
Nortel Networks Technology Corporation
Northern Telecom Canada Ltd.
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.

**(ii)    Debtors' 5% Shareholders**

Fraser Milner Casgrain has not represented any of these individuals.

**(iii)    Debtors' Significant Equity Investors**

(no significant equity investors for conflict check purposes)

**(iv)    Current Directors and Officers of NNI**

Fraser Milner Casgrain has not represented any of these individuals.

**(v)    Former Directors and Officers of NNI for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

**(vi)    Current Directors and Officers of NNCC**

Fraser Milner Casgrain has not represented any of these individuals.

**(vii)    Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

---

[1] The subheadings appearing on Schedule 2 correspond to the categories of parties listed on Schedule 1 and enumerated in paragraph 10 of the Wunder Declaration.

(viii) **Current Directors and Officers of Alteon WebSystems, Inc.**

Fraser Milner Casgrain has not represented any of these individuals.

(ix) **Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(x) **Current Directors and Officers of Alteon WebSystems International, Inc.**

Fraser Milner Casgrain has not represented any of these individuals.

(xi) **Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xii) **Current Directors and Officers of Architel Systems (U.S.) Corporation**

Fraser Milner Casgrain has not represented any of these individuals.

(xiii) **Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xiv) **Current Directors and Officers of Xros, Inc..**

Fraser Milner Casgrain has not represented any of these individuals.

(xv) **Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xvi) **Current Directors and Officers of Sonoma Systems**

Fraser Milner Casgrain has not represented any of these individuals.

(xvii) **Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xviii) **Current Directors and Officers of Qtera Corporation**

Fraser Milner Casgrain has not represented any of these individuals.

(xix) **Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xx) **Current Officers and Directors of CoreTek, Inc.**

Fraser Milner Casgrain has not represented any of these individuals.

(xxi) **Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xxii) **Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.**

Fraser Milner Casgrain has not represented any of these individuals.

(xxiii) **Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xxiv) **Current Directors and Officers of Nortel Networks Optical Components Inc.**

Fraser Milner Casgrain has not represented any of these individuals.

(xxv) **Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xxvi) **Current Directors and Officers of Nortel Networks HPOCS Inc.**

Fraser Milner Casgrain has not represented any of these individuals.

(xxvii) **Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

(xxviii)**Current Directors and Officers of Nortel Networks International Inc.**

Fraser Milner Casgrain has not represented any of these individuals.

**(xxix)  Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

**(xxx)  Current Directors and Officers of Northern Telecom International Inc.**

Fraser Milner Casgrain has not represented any of these individuals.

**(xxxi)  Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date**

Fraser Milner Casgrain has not represented any of these individuals.

**(xxxii)  Current Directors and Officers of Nortel Networks Cable Solutions, Inc.**

Fraser Milner Casgrain has represented the following directors and officers on maters wholly unrelated to the Debtors' chapter 11 cases:

Steven Woods[2]

**(xxxiii)Former Directors and Officers of Nortel Networks Cable Solutions, Inc.**

Fraser Milner Casgrain has represented and currently represents the following directors and officers on maters wholly unrelated to the Debtors' chapter 11 cases:

Fraser Milner Casgrain has represented the following directors and officers on maters wholly unrelated to the Debtors' chapter 11 cases:

David Price[3]
Bill Thompson[4]

**(xxxiv)Debtors' Vendors**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Broadcom Corporation
Brookfield Lepage Johnson

---

[2] We have been unable to determine if the Steven Woods in our records is the same person, so out of an abundance of caution we have left his name in this Schedule.
[3] We have been unable to determine if the David Price in our records is the same person, so out of an abundance of caution we have left his name in this Schedule.
[4] We have been unable to determine if the Bill Thompson in our records is the same person, so out of an abundance of caution we have left his name in this Schedule.

Freescale Semiconductor
Hewlett Packard
IBM
Infosys
JDS Uniphase Corporation
Johnson Controls Inc.
Kuehne & Nagel International AG
Motorola Corporation
Sasken
STMicroelectronics
Tejas
Texas Instruments Inc.
Xilinx Inc.

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Altera
Cigna
Flextronics
Microsoft
Oracle Corporation
Sanmina SCI Corporation
Sun Microsystems
Wind River Systems Inc.

## (xxxv) Debtors' Litigants

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Motorola
Verizon New York, Inc.

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Federal Insurance Company (Chubb)
Harris Corporation
Scott M. Johnson

## (xxxvi) Debtors' Lenders

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Export Development Canada

**(xxxvii)      Debtors' Banks and Money Market Funds**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Bank of America
Citibank
Deutsche Bank
JP Morgan
JP Morgan U.S. Money Markey Funds
Morgan Stanley
UBS

**(xxxviii)      Debtors' Significant Customers**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

AT&T
Motorola
Tech Data Corp.
Telefonica
Telus
Verizon

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

BCE
British Telecom
Sprint Nextel

**(xxxix) Debtors' Landlords**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Genesis Building LLC
Hewlett Packard Financial Services
Teachers Insurance & Annuity Corp.

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

State Street Bank & Trust Co.

**(xl)    Debtors' Insurers**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

ACE INA Insurance
ACE USA
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
American Home Assurance Company
American Home Assurance Company (National Union)
Chubb Insurance Company of Canada
Continental Casualty Company
GCAN Insurance Company
Great American Insurance Group
Liberty International Underwriters Canada
QBE Specialty
Travelers Guarantee Company of Canada

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Hartford Fire Insurance Company
Zurich Insurance Company

**(xli)    Counterparties to Debtors' Significant Contracts (The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.)**

**(xlii)    Debtors' Bondholders and Trustees**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
Bank of America/La Salle
Barclay's Capital, Inc., LE
Barclay's Capital, Inc./Fixed Income Bond-C
BMO Nesbitt Burns, Inc/CDS
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA

Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Citigroup Global Markets, Inc./Salomon Brothers
Citigroup Private Bank & Trust
Comerica Bank
Credit Suisse Securities (USA)
Deutsche Bank Securities, Inc.
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
H&R Block
Haywood Securities, Inc.
JP Morgan Chase Bank, National Association
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
Laurential Bank of Canada
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley & Co Inc./Retail
Morgan Stanley & Co. Inc.
Morgan, Keegan & Company, Inc.
Raymond James Ltd
RBC Capital Markets Corporation
RBC Dominion Securities Inc
Scotia Capital Inc
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
The Northern Trust Company
UBS Financial Services, Inc.
UBS Securities, LLC
Wachovia Bank, NA
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association

Fraser Milner Casgrain has represented the following companies and/or certain related
parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Bank of New York
Bank of New York/Barclays
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income

BNP/PPBC
Brown Brothers Harriman & Co.
Charles Schwab & Co., Inc.
Fiducie Desjardins, Inc.
Keybank National Association
Lehman Brothers, Inc.
LPL Financial Corporation
Oppenheimer & Co., Inc.
PNC Bank, NA
Suntrust Bank
The Fifth Third Bank

### (xliii)  Debtors' Proposed Professionals

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Clearly Gottlieb Steen & Hamilton LLP
Lazard Freres & Co., LLC

### (xliv)  Debtors' Major Competitors

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Alcatel-Lucent
Avaya
Cisco Systems, Inc.
Foundry
Hewlett Packard
Hitachi Cable
IBM
Motorola
Tellabs, Inc.

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

NEC

### (xlv)  Top 40 Unsecured Creditors

Fraser Milner Casgrain has not represented this creditor.

**(xlvi)  Due 2016**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Computer Science Corporation
Export Development Canada
IBM Corporation
Infosys Technologies Ltd.
JDS Uniphase Corporation
Johnson Controls Inc.
TEKsystems Inc.

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Anixter
Flextronics
Flextronics America LLC
Flextronics International
Flextronics International Europe BV
Flextronics Logistics USA Inc.
Flextronics Sales & Marketing North
Pension Benefit Guaranty Corporation

**(xlvii)  Utilities**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

AT&T
Cincinnati Bell
FPL
Hydro One Telecom Inc.
MCI
MTS Allstream Inc.
Suez Energy Resources N.A. Inc.

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

China Telecom Americas Corp
Comcast
Level 3 Communications LLC

SRP

### (xlviii) Others

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Ogilvy Renault LLP
Ernst & Young Inc.

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Allen & Overy LLP

### (xlix)  Members of the Committee and Proposed Professionals

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Flextronics Corporation
Pension Benefit Guaranty Corporation

### (l)   Parties Filing a Notice of Appearance (As of January 26, 2009)

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

American International Corporation
Computer Sciences Corporation
Export Development Canada
Hewlett-Packard Company
Hewlett-Packard Financial Services, Inc.
IBM Corporation
JDS Uniphase Corporation
Johnson Controls, Inc.
Tellabs Operations, Inc.
UBS Realty Investors LLC
Verizon Communications Inc.

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Allen & Overy LLP
Cummins Emission Solutions
Cummins Filtration

Cummins Fuel Systems
Cummins Power Generation
Cummins Turbo Technologies
Cummins, Inc.
Flextronics Telecom Systems Ltd.
Microsoft Corporation
Microsoft Licensing, GP
Sprint/United Management Company
SprintCom, Inc.
Sun Microsystems, Inc.
The Prudential Insurance Company of America

**(ii)** **Official committee of unsecured creditors**

Fraser Milner Casgrain has represented and currently represents the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Akin Gump Strauss Hauer & Feld LLP
Bennett Jones LLP
Goodmans LLP
Latham & Watkins LLP
Loomis

Fraser Milner Casgrain has represented the following companies and/or certain related parties of such companies on maters wholly unrelated to the Debtors' chapter 11 cases:

Milbank, Tweed, Hadley & McCloy LLP

## Schedule 3

**Parties and/or Related Parties Listed on Schedule 1 who are Recorded in the Conflict Database as being Currently or Formerly Adverse to Clients of Fraser Milner Casgrain LLP**

ACE INA Insurance
ACE USA
AIG Commercial Insurance Company of Canada
Airvana
Airvana, Inc.
Allianz Global Risks US Insurance Company
American Home Assurance Company
American Home Assurance Company (National
Union)
Amphenol
Anixter
Applied Micro Circuits Corporation
Arch Insurance Company
Artesyn Technologies
Astec
AT&T
Avaya
Banc of America Securities, LLC; NationsBank of
Texas, NA; Banc of America
Bank of New York
Bank of New York/Barclays
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Barclay's Capital, Inc., LE
Barclay's Capital, Inc./Fixed Income Bond-C
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas
Informaticos Lda.
BCE
Bennett Jones LLP
Bill Thompson
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Cellco Partnership d/b/a Verizon Wireless
Chubb Insurance Company of Canada
CIBC World Markets, Inc
Cigna

Cisco Systems, Inc.
Citadel Derivatives Group, LLC or Citidel Trading
Group, LLC
Citibank
Citibank, NA
Citigroup Global Markets, Inc. or Citigroup
Financial Services Corp.
Citigroup Global Markets, Inc./Salomon Brothers
Citigroup Private Bank & Trust
Comcast
Comerica Bank
Computer Science Corporation
Computer Sciences Corporation
Continental Casualty Company
David Price
Dennis Lloyd
Deutsche Bank
Deutsche Bank Securities, Inc.
Duke Energy Company
Flextronics
Flextronics America LLC
Flextronics Corporation
Flextronics International
Flextronics International Europe BV
Flextronics Logistics USA Inc.
Flextronics Sales & Marketing North
Flextronics Telecom Systems Ltd.
France Telecom/Orange
GCAN Insurance Company
GFI Inc.
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Great American Insurance Group
Guangdong – Nortel Telecommunications
Equipment Co., Ltd.
H&R Block
Harris Corporation
Hartford Fire Insurance Company
Haywood Securities, Inc.

Hewlett Packard
Hewlett Packard Financial Services
Hewlett-Packard Company
Hewlett-Packard Financial Services, Inc.
Highpoint Telecommunications Inc.
Hiscox Syndicate
Hydro One Telecom Inc.
IBM
IBM
IBM Corporation
ITC
ITC Networks
Jabil Circuit Inc (GDL)
John D. Atkinson
Johnson Controls Inc.
Johnson Controls, Inc.
Jones (Edward D.) & Co.
JP Morgan
JP Morgan Chase Bank, National Association
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.
JP Morgan U.S. Money Markey Funds
JPM/CCS2
JPM/GS CAP
Korea Telecom – Freetel
Kuehne & Nagel International AG
Laurential Bank of Canada
Lehman Brothers, Inc.
Loomis
MCI
Mellon Trust of New England, NA
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley
Morgan Stanley & Co Inc./Retail
Morgan Stanley & Co. Inc.
Morgan, Keegan & Company, Inc.
Motorola
Motorola Corporation
Nortel Ltd.
Nortel Networks Corporation
Nortel Networks Ltd.
Nortel Networks Technology Corporation
Northern Telecom Canada Ltd.
Polycom
Polycom, Inc.
Qualcomm Inc.
Raymond James Ltd
RBC Capital Markets Corporation

RBC Dominion Securities Inc
Robert Saunders
Scotia Capital Inc
Scott M. Johnson
Serge Caron
Sprint Nextel
Sprint/United Management Company
SprintCom, Inc.
SRP
Sun Microsystems
Sun Microsystems, Inc.
Taconic
TD Ameritrade Inc.
TD Waterhouse Canada, Inc.
TEKsystems Inc.
Tellabs Operations, Inc.
Tellabs, Inc.
Telus
Texas Instruments Inc.
The Bank of New York Mellon
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes,
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
The Fifth Third Bank
The Northern Trust Company
The Prudential Insurance Company of America
Tom P. Taylor
Travelers Guarantee Company of Canada
UBS
UBS Financial Services, Inc.
UBS Realty Investors LLC
UBS Securities, LLC
Verizon
Verizon Communications Inc.
Verizon New York, Inc.

Schedules Combined v2.doc

41.

Wells Fargo Bank, National Association
Wipro
Wipro Systems Ltd.
Wipro Technologies
Woodfield Holdings Pt., LLC
Xilinx Inc.
Zurich Insurance Company