**Exhibit B**
**"Boothman Declaration"**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                           :
In re                                      :        Chapter 11
                                           :        Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]           :        Jointly Administered
                                           :
                         Debtors           :
                                           :
------------------------------------------------------X
```

## DECLARATION OF GILES BOOTHMAN

**GILES BOOTHMAN,** hereby declares:

1.     I am a solicitor admitted to practice by the Law Society of England and Wales.  I am a Member of the limited liability partnership known as Ashurst LLP ("Ashurst")[2], which firm maintains its London office at Broadwalk House, 5 Appold Street, London EC2A 2HA, United Kingdom.

2.     I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. ("Nortel") and certain of its direct and indirect

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks, Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

[2] Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP, and the non-members who are designated as partners, and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term "partner" in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or to consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Brussels, Dubai, Frankfurt, Hong Kong, London, Madrid, Milan, Munich, New Delhi, New York, Paris, Singapore, Stockholm, and Tokyo. In some jurisdictions (currently Hong Kong, Italy, Japan and Sweden), independent local partnerships, companies or other entities are authorized to use the name "Ashurst" or described themselves as being affiliated with Ashurst LLP; some members of these are also limited liabilities entities.  In this Declaration references to "Ashurst" mean the partnerships, companies or other entities authorized to use the name "Ashurst".

subsidiaries (collectively with Nortel, the "Debtors") to retain and employ Ashurst, nunc pro tunc to January 30, 2009, as European counsel to the Committee (the "Application").

3. On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware appointed the Committee. The Committee currently consists of four members: Flextronics Corporation (Chairperson); The Bank of New York Mellon, as indenture trustee; Airvana, Inc.; and Pension Benefit Guaranty Corporation.

4. On the Committee Formation Date, the Committee selected Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") to serve as lead counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code. On January 30, 2009, the Committee selected Ashurst to serve as its European counsel pursuant to section 1103(a) of the Bankruptcy Code.

5. I am not, nor is Ashurst, an insider of the Debtors. Except as set forth below, neither Ashurst nor I hold directly any claim, debt or equity security of the Debtors.

6. To the best of my knowledge and information, no member of Ashurst has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of the Debtors as specified in subparagraph (B) of 11 U.S.C. § 101(14).

7. Ashurst does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in subparagraph (C) of Bankruptcy Code section 101(14), or for any other reason.

8. Ashurst does not currently represent the Debtors or to the best of my knowledge and information, any of their related parties, affiliates, partners, or subsidiaries, and Ashurst will not undertake the representation of the Debtors or related entities during this engagement.

- 3 -

Moreover, Ashurst will not undertake the representation of any party other than the Committee in connection with the Debtors' chapter 11 proceedings and the European Proceeding.[3]

9.     To the best of my knowledge and information, Ashurst neither holds nor represents any interest adverse to the Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in these chapter 11 cases. Based upon information available to me, I believe that Ashurst is a "disinterested person" within the meaning of the Bankruptcy Code.

10.     In preparing this Declaration, through my colleagues, I submitted to Ashurst's client and conflict database (the "Conflict Database")[4] the names set forth in a list of parties identified in the Debtors' application to retain Cleary Gottlieb Steen & Hamilton, LLP ("Cleary") as counsel to the Debtors (the "Cleary Application"), and additional parties identified by Akin Gump, which included: (i) the Debtors; (ii) the Debtors' affiliates; (iii) significant stockholders/investors; (iv) current and former directors/managers (up to two years); (v) current and former officers (up to two years); (vi) vendors and counterparties to significant contracts; (vii) litigation parties; (viii) the Debtors' lenders; (ix) the Debtors' banks and money market funds; (x) the Debtors' significant customers; (xi) the Debtors' landlords; (xii) insurance companies; (xiii) bondholders and trustees; (xiv) the Debtors' proposed professionals; (xv) the

---

[3] All terms not otherwise defined herein will have the meanings ascribed to them in the Application.

[4] The Conflict Database maintained by Ashurst includes all matters in which the firm is now or has previously been engaged, the entity by which the firm is now or has previously been engaged, a matter name describing that matter which should include the salient party involved in that matter, and the attorneys in the firm that are knowledgeable about the matter. Prior to November 10, 2008, Ashurst had a conflict checking system that imposed prime responsibility on the partner taking on the matter to do such checks with the assistance of a registry unit. On November 10, 2008, Ashurst established a new business intake system which includes a dedicated conflict check function performed by a newly instituted Compliance Team. This enables the firm to capture all matters in which the firm is currently engaged, the entity by which the firm is engaged and, as applicable, the identity of related parties and adverse parties and the attorneys in the firm that are knowledgeable about the matter. Since that date, no new matter may be accepted or opened within the firm without completing and submitting to the Compliance Team the information necessary to check each such matter for conflicts, including the identity of the prospective client, the nature of the representation and any related and adverse parties.

Debtors' major competitors; (xvi) top 40 unsecured creditors; (xvii) utilities; (xviii) other parties in interest; (xix) parties that have filed notices of appearance in these cases as of January 26, 2009; and (xx) current members of the Committee and their proposed professionals. A copy of the list of the parties searched by Ashurst is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). With the exception of sub-categories (xix) and (xx), the entities listed in Schedule 1 were identified in the Cleary Application.

11.     Set forth in Schedule 2 annexed hereto, is a listing of those Searched Parties that Ashurst either (i) currently represents in matters wholly unrelated to the Debtors' chapter 11 cases, or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases.

12.     Set forth in Schedule 3 annexed hereto, is a listing of those parties from Schedule 1 (Searched Parties) that may currently be or may in the past have been adverse to clients of Ashurst in matters wholly unrelated to these chapter 11 cases.

## Connections and General Disclosures

13.     Prior to the commencement of the Debtors' Chapter 11 case, Ashurst was asked to provide certain generic advice concerning the UK for a potential bidder of some of the Debtors' assets. No work had been done on this matter since December 29, 2008, and Ashurst's fees were less than £25,000 and Ashurst has no ongoing role on this matter and will not be providing any further advice on this matter.

14.     Prior to Ashurst being retained by the Committee, one of Ashurst's UK real estate partners was asked by an existing client which is a landlord of one of the UK properties occupied by one of the Debtor's UK subsidiaries to explain the effect of the UK administration on that subsidiary (which is not in fact currently in administration). Ashurst has since informed this

party that it is no longer able to provide any further advice on this matter. The fees for the matters referred to in paragraphs 13 and 14 represent less than 1% of Ashurst's revenue for the financial year ended on 30 April 2008.

15.    In September 2004 Ashurst acted on a matter in which it was instructed by Ogilvy Renault LLP to provide a legal opinion addressed to a third party. In accordance with the billing arrangements agreed between the parties, Nortel Networks Limited ("NNL") paid Ashurst's fees in connection with the provision of the legal opinion. Ashurst's involvement on this matter ended shortly after the matter was incepted and Ashurst has not and will not be providing any further advice on this matter.

16.    In January 2008 Ashurst acted on a matter for a company by the name of X-CEL Communications Limited. The name of this company is similar to the Debtor Affiliate by the name of X-CEL Communications Ltd. Ashurst's involvement on this matter ended in March 2008 and Ashurst has not and will not be providing any further advice on this matter.

17.    In addition, certain professionals retained by the Debtors and proposed to be retained by the Committee may have been involved in or have been involved in cases in which Ashurst serves as counsel.

18.    Ashurst may have represented in the past and/or may currently or in the future represent entities (other than parties in the attached schedules) not currently known to Ashurst in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases.  To the extent that Ashurst discovers any such information or needs to update the information disclosed herein, Ashurst will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

19.    None of Ashurst's representations of creditors or other parties in interest who are

involved in these chapter 11 cases comprise a material component of Ashurst's practice, nor does Ashurst currently represent such parties on any issue relating to these chapter 11 cases. For the reasons stated herein, Ashurst represents no interests adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its fiduciary duty.

20.    Ashurst is willing to be retained by the Committee as its European counsel and will make appropriate applications to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the District of Delaware and the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members.[5] Ashurst will bill at its standard hourly rates, in Pounds Sterling, which currently are £580 - £650 for partners, £290 - £550 for associates, and £160 for paraprofessionals.[6] The current hourly rates for the Ashurst professionals with primary responsibility for this matter are:

| Lawyer | Billing Category | Department | Hourly Rate |
|--------|------------------|------------|-------------|
| Giles Boothman | Partner | Restructuring and Special Situations Group | £610 |
| Simon Baskerville | Senior Associate | Restructuring and Special Situations Group | £500 |
| Luke Rollason | Associate | Restructuring and Special Situations Group | £395 |
| Paul Bagon | Solicitor | Restructuring and Special Situations Group | £290 |

---

[5] Ashurst specifically reserves its right to file an application for an allowance of an enhanced fee award at the end of this proceeding, subject to the discretion of the Committee.
[6] To avoid the administrative burden of fluctuating exchange rates, the Committee has requested that payments made by the Debtors to Ashurst for services rendered to the Committee be made in U.S. currency based on the applicable exchange rate in effect on the date such payment is made to Ashurst.

| Steven Hull | Partner | Pensions Group | £610 |

21.    The hourly rates set forth above are Ashurst's standard hourly rates for work of this nature. These rates are set at a level designated to fairly compensate Ashurst for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. The foregoing hourly rates (and the hourly rates of any Ashurst professional) are exclusive of VAT or other applicable taxes and are subject to change from time to time in accordance with Ashurst's established billing practices and procedures in the normal course of Ashurst's business.

22.    Other attorneys and paralegals will, from time to time, assist in the representation of the Committee in connection with these cases at Ashurst's standard hourly rates in effect for those personnel. Ashurst's rates for certain individual attorneys may vary as a function of the type of matter, and other factors.

23.    It is Ashurst's policy to charge its clients for expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, photocopying charges, travel expenses, expenses for "working meals" and computerized research, as well as non-ordinary overhead expenses, such as secretarial overtime. It may also be necessary for Ashurst to retain local counsel ("Local Counsel") in those European jurisdictions where Ashurst does not have an international practice on behalf of the Committee from time to time to assist with discrete matters related to the laws of such jurisdictions or to deal with matters or proceedings within such jurisdictions on a cost-effective basis. Where Local Counsel is retained, Ashurst will require that such counsel perform a conflicts check similar to that performed by the Committee's other professionals to ensure that such counsel is a "disinterested person" within the meaning of the Bankruptcy Code. Further, the fees and costs of such Local Counsel will be disbursed as a cost incurred by Ashurst on behalf of the Committee.

- 8 -

Ashurst will seek reimbursement for its expenses pursuant to, among other things, any applicable guidelines established by the Office of the United States Trustee for the District of Delaware.

24.    No agreement exists, nor will any be made, to share any compensation received by Ashurst for its services with any other person or firm other than members of Ashurst.

25.    For the reasons stated herein, Ashurst represents no interest adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its fiduciary duty to the Committee and the unsecured creditors that the Committee represents.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on *February 12, 2009*

Giles Boothman

- 1 -

## SCHEDULE 1

**(i) and (ii)**　　**Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))**

Nortel Networks Inc.
Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD

- 2 -

Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.

- 3 -

Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS

- 4 -

Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

(iii)    **Debtors' 5% Shareholders**

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### Debtors' Significant Equity Investors

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### (iv) and (v)    Current Directors and Officers of the Debtors and for two years prior to the Petition Date

Current Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

- 6 -

Current Directors and Officers of NNCC

Paul W. Karr
John Doolittle
Jeffrey T. Wood
William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

Current Directors and Officers of Alteon WebSystems, Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Alteon WebSystems International, Inc.

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

- 7 -

Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior
to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Architel Systems (U.S.) Corporation

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to
the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Xros, Inc..

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney

- 8 -

Karen E. Sledge
William R. Ellis

Current Directors and Officers of Sonoma Systems

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

Current Directors and Officers of Qtera Corporation

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

- 9 -

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Optical Components Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

- 10 -

Current Directors and Officers of Nortel Networks HPOCS Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

Current Directors and Officers of Northern Telecom International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser

Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown

- 13 -

Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

## (vi)    **Debtors' Vendors**

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation

Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


(vii)    **Debtors' Litigants**

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney

A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

**(viii)   Debtors' Lenders**

Export Development Canada

**(ix)    Debtors' Banks and Money Market Funds**

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

**(x)    Debtors' Significant Customers**

Verizon
Korea Telecom – Freetel
AT&T

BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


## (xi)    Debtors' Landlords

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio

Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

**(xii)    Debtors' Insurers**

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd
Zurich Insurance Company

## Counterparties to Debtors' Significant Contracts

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

**(xiii)    Debtors' Bondholders and Trustees**

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C

Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[7]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.

---

[7]     Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust

Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank


**(xiv)** **Debtors' Proposed Professionals**

Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP
Cleary Gottlieb Steen & Hamilton LLP
Epiq Bankruptcy Solutions, LLC
Shearman & Sterling LLP


**(xv)** **Debtors' Major Competitors**

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

**(xvi)**  **Top 40 Unsecured Creditors**

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

IBM Corporation

Nortel Networks Corp. "ERISA" Litigation

Pension Benefit Guaranty Corporation

## (xvii)  <u>Utilities</u>

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

**(xviii)  Other Interested Parties**

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Herbert Smith LLP

**(xix)    Parties Filing a Notice of Appearance (As of January 26, 2009)**

Richardson ISD (Texas)
Dallas County, City of Richardson (Texas)
Texas Comptroller of Public Accounts
Margolis Edelstein
Iron Mountain Information Management, Inc.
Telmar Network Technology, Inc.
Precision Communication Services, Inc.
UBS Realty Investors LLC
Technology Park X Limited Partnership
Allen & Overy LLP
Export Development Canada
Bexar County (Texas)
Westcon Group North America Inc.
Communications Test Design, Inc.
Microsoft Corporation
Microsoft Licensing, GP
SprintCom, Inc.
Sprint/United Management Company
JDS Uniphase Corporation
Flextronics Telecom Systems Ltd.
The Prudential Insurance Company of America
American International Corporation
Tata Consultancy Services Limited
Scott Douglass
Hewlett-Packard Company
Sun Microsystems, Inc.
Polycom, Inc.
Campbell Creek, Ltd.
Tellabs Operations, Inc.
Computer Sciences Corporation
Glow Networks, Inc.
IBM Corporation
Powerwave Technologies, Inc.
Johnson Controls, Inc.
NeoPhotonics Corporation
Emerson Network Power Embedded
Oracle USA, Inc.

- 25 -

Verizon Communications Inc.
Cellco Partnership d/b/a Verizon Wireless
Cummins, Inc.
Cummins Power Generation
Cummins Filtration
Cummins Emission Solutions
Cummins Fuel Systems
Cummins Turbo Technologies
Hewlett-Packard Financial Services, Inc.
485 Lexington Owner LLC
Reckson Operating Partnership, L.P.
GTCI

**(xx)    Members of the Committee and Proposed Professionals**

Airvana, Inc.
The Bank of New York Mellon
Flextronics Corporation
Pension Benefit Guaranty Corporation
Fraser Milner Casgrain LLP
Richards, Layton & Finger
Capstone Advisory Group, LLC
Jefferies & Company, Inc.
Kurtzman Carson Consultants

## SCHEDULE 2
## SEARCHED PARTIES THAT ARE FORMER OR CURRENT CLIENTS OF ASHURST LLP AND ITS AFFILIATES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES[8]

**(i) and (ii)      Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Ontario Inc.

**(iii)    Debtors' 5% Shareholders**

Ashurst LLP and its affiliates has not represented any of these companies.

### Debtors' Significant Equity Investors

As specified in Schedule 1, given the Debtors are wholly or jointly owned affiliates, there are no significant equity investors for conflict check purposes.

**(iv) and (v)    Current Directors and Officers of the Debtors and for Two Years Prior to the Petition Date**

Ashurst LLP and its affiliates has not represented any of the individuals listed in their capacity of current Directors and Officers or former Directors and Officers for Two Years Prior to the Petition Date for the listed entities in Schedule 1.

**(vi)    Debtors' Vendors**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Alpha Networks
Amphenol
Anixter International
Astec
Bookham Technology Ltd.
Delta Networks Systems SA DE CV
Emerson

---

[8] The subheadings appearing on Schedule 2 correspond to the categories of parties listed on Schedule 1 and enumerated in paragraph 10 of this Application.

Flextronics
Hewlett Packard
IBM
Infosys
JDS Uniphase Corporation
Johnson Controls Inc.
Microsoft
Motorola Corporation
Spectra Link
STMicroelectronics
Sun Microsystems
Xilinx Inc.

Ashurst LLP and its affiliates has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Broadcom Corporation
Qualcomm Inc.

**(vii)** **Debtors' Litigants**

Ashurst LLP and its affiliates has in the past represented and currently represents the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' Chapter 11 cases:

California State Board of Equalization
Federal Insurance Company (Chubb)
Motorola

**(viii)** **Debtors' Lenders**

Ashurst LLP and its affiliates has not represented any of these companies.

**(ix)** **Debtors' Banks and Money Market Funds**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Bank of America
Citibank
Deutsche Bank
JP Morgan
Morgan Stanley
UBS

**(x)    Debtors' Significant Customers**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

AT&T
British Telecom
Deutsche Telecom
France Telecom/ Orange
Motorola
SK Telecom

**(xi)    Debtors' Landlords**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Behringer Harvard TIC
California State Teachers Retierment
City of Bonham
Deka Immobilien Investment GMBH
Hewlett Packard Financial Services
Insignia ESG, Inc.
New Boston 175 Capital Boulevard LP
State Street Bank & Trust Co.
Teachers Insurance & Annuity Corp.
Technology Park X LTD Partnership
The Irvine Company and ACE Parking Management
The Plaza CP, LLC
Wireless (TX) LP QRS 14

**(xii)    Debtors' Insurers**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

American Home Assurance Company
American Home Assurance Company (National Union)
Arch Insurance Company
Beazley Syndicate
Chubb Insurance Company of Canada

- 4 -

Hiscox Syndicate
Princeton E&S
QBE Specialty
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd
Zurich Insurance Company

## Counterparties to Debtors' Significant Contracts

As specified in Schedule 1 above, the counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors. Please refer to points (x) and (vi) above.

## (xiii)   Debtors' Bondholders and Trustees

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

The Bank of New York Mellon
Bank of New York/ London
Bank of America
BNP of Paribas Prime Brokerage, Inc.
Brown Brothers Harriman & Co.
CIBC World Markets, Inc.
Citibank, NA
Citigroup Global Markets, Inc./Salomon Brothers
Comerica Bank
Credit Suisse Securities (USA)
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities, Inc.
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
H&R Block
Jefferies & Co., Inc.
JP Morgan Securities, Inc.
JP Morgan Chase Bank, National Association
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
Lehman Brothers, Inc.
Merrill Lynch Pierce Fenner & Smith Inc.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.

Morgan Stanley & Co Inc./Retail
Morgan Stanley & Co. Inc.
Oppenheimer & Co., Inc.
Raymond James & Associates, Inc
Raymond James Ltd
RBC Capital Markets Corporation
RBC Dominion Securities Inc
Scotia Capital Inc
TD Waterhouse Canada, Inc.
UBS Financial Services, Inc.
UBS Securities, LLC
US Bank NA
Wachovia Bank, NA
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Northern Trust Company Limited


**(xiv)    Debtors' Proposed Professionals**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP


**(xv)    Debtors' Major Competitors**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Alcatel-Lucent
Avaya
Hewlett Packard
IBM
Motorola
NEC
Nokia
Tellabs, Inc.

- 6 -

Ashurst LLP and its affiliates has in the past represented the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' Chapter 11 cases:

Tellabs Inc

### (xvi)  Top 40 Unsecured Creditors

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Infosys Technologies Ltd
The Bank of New York Mellon
IBM
Tata Consulting Services Ltd

### (xvii)  Utilities

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

AT&T
Level 3 Communications LLC
MCI
National Grid
National Grid – Massachusetts
National Grid - Melville

### (xviii)  Other Interested Parties

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases

Allen & Overy LLP
Ernst & Young Inc.

Ashurst LLP and its affiliates has in the past represented the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' Chapter 11 cases:

Ogilvy Renault LLP

**(xix)    Parties Filing a Notice of Appearance (As of January 26, 2009)**

Ashurst LLP and its affiliates has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' Chapter 11 cases:

Allen & Overy LLP
Emerson Network Power Embedded
Flextronics Telecom Systems Ltd.
Hewlett-Packard Company
Hewlett-Packard Financial Services, Inc.
IBM Corporation
Iron Mountain Information Management, Inc.
JDS Uniphase Corporation
Johnson Controls, Inc.
Microsoft Corporation
Microsoft Licensing, GP
Oracle USA, Inc.
Richardson ISD (Texas)
Sun Microsystems, Inc.
Tata Consulting Services Limited
Tellabs Operations, Inc.
UBS Realty Investors LLC


**(xx)    Members of the Committee and Proposed Professionals**

Ashurst LLP and its affiliates has in the past represented and currently represents the following company and/or certain related parties of such company on matters wholly unrelated to the Debtors' Chapter 11 cases:

Flextronics Corporation
Jefferies & Company, Inc.
The Bank of New York Mellon

## SCHEDULE 3

### PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY OR FORMERLY ADVERSE TO CLIENTS OF ASHURST LLP AND ITS AFFILIATES

Huawei
NEC
IBM
Avaya
Hewlett Packard
State Street Bank & Trust Co.
Lehman Brothers, Inc.
AMX
AT&T
BCE
British Telecom
Deutsche Telecom
France Telecom/ Orange
LGT
Motorola
Telefonica
Verizon
Bank of America
Citibank
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Amphenol
Andrew Corporation
Broadcom Corporation
Flextronics
Infosys
ITC
Microsoft
Oracle Corporation
Qualcomm Inc.
STMicroelectronics
Texas Instruments Inc.
American Movil