IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Objection Deadline: February 26, 2009 at 4:00 p.m.<br>Hearing Date: March 5, 2009 at 10:00 a.m. |

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that on February 13, 2009, the Official Committee of Unsecured Creditors filed the **Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel, Nunc Pro Tunc to January 22, 2009** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **4:00 p.m. on February 26, 2009.**

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received a hearing with respect to the Application will be held on **March 5, 2009**

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

RLF1-3368479-1

**10:00 a.m.** before The Honorable Kevin Gross at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 13, 2009
Wilmington, Delaware

/s/ Mark D. Collins
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S, Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Proposed Counsel to the Official Committee
of Unsecured Creditors of Nortel Networks
Inc., *et al.*