# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                      :
In re                                 :       Chapter 11
                                      :       Case No. 09-10138 (KG)
Nortel Networks Inc., et al., [1]     :       Jointly Administered
                                      :
                  Debtors             :
                                      :
-------------------------------------------------------X

## DECLARATION OF FRED S. HODARA

**FRED S. HODARA**, hereby declares:

1.      I am an attorney at law admitted to practice before the state court of New York.  I

am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which firm

maintains offices at One Bryant Park, New York, New York 10036.

2.      I am familiar with the matters set forth herein and make this declaration (the

"Declaration") in support of the Application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (collectively, the

"Debtors") seeking approval to retain and employ Akin Gump, nunc pro tunc to January 22,

2009, as co-counsel to the Committee.

3.      On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102

of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the

District of Delaware (the "U.S. Trustee") appointed the Committee.  The Committee currently

consists of four members:  Airvana, Inc.; Flextronics Corporation (Chairperson); Pension Benefit

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon
Websystems, Inc.; Alteon Websystems International, Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek,
Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel
Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom
International Inc.; and Nortel Networks Cable Solutions Inc.

Guaranty Corporation; and The Bank of New York Mellon, as Indenture Trustee. On January 22, 2009, the Committee selected Akin Gump to serve as co-counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code.

4.      I am not, nor is Akin Gump, an insider of the Debtors. Except as set forth below, neither Akin Gump nor I hold directly any claim, debt or equity security of the Debtors.

5.      To the best of my knowledge and information, no member of Akin Gump has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of the Debtors as specified in section 101(14)(B) of the Bankruptcy Code.

6.      Akin Gump does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in section 101(14)(C) of the Bankruptcy Code, or for any other reason.

7.      Akin Gump does not currently represent the Debtors or, to the best of my knowledge and information, any of their related parties, affiliates, partners, or subsidiaries, and Akin Gump will not undertake the representation of the Debtors or related entities during this engagement. Moreover, Akin Gump will not undertake the representation of any party other than the Committee in connection with the Debtors' chapter 11 cases.

8.      To the best of my knowledge and information, Akin Gump neither holds nor represents any interest adverse to the Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in these chapter 11 cases. Based upon information available to me, I believe that Akin Gump is a "disinterested person" within the meaning of the Bankruptcy Code.

9.      In preparing this Declaration, through my colleagues, I submitted to Akin Gump's computerized client and conflict database (the "Conflict Database") the names set forth in a list of parties identified in the Debtors' application to retain Cleary Gottlieb Steen & Hamilton, LLP ("Cleary") as counsel to the Debtors (the "Cleary Application"), and additional parties identified by Akin Gump, which included: (i) the Debtors; (ii) the Debtors' affiliates; (iii) significant stockholders/investors; (iv) current and former directors/managers (up to two years); (v) current and former officers (up to two years); (vi) vendors and counterparties to significant contracts; (vii) litigation parties; (viii) the Debtors' lenders; (ix) the Debtors' banks and money market funds; (x) the Debtors' significant customers; (xi) the Debtors' landlords; (xii) insurance companies; (xiii) bondholders and trustees; (xiv) the Debtors' proposed professionals; (xv) the Debtors' major competitors; (xvi) top 40 unsecured creditors; (xvii) utilities; (xviii) other parties in interest; (xix) parties that have filed notices of appearance in these cases as of February 6, 2009; and (xx) current members of the Committee and their proposed professionals. A copy of the list of the parties searched by Akin Gump is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). With the exception of sub-categories (xix) and (xx), the entities listed in Schedule 1 were identified in the Clearly Application.

10.      The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter. It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client,

the matter, and related and adverse parties. Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

## REPRESENTATION OF PARTIES IN INTEREST[2]

11.    Set forth in Schedule 2 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases. In connection with the services to be rendered to the Committee, Akin Gump will not commence a cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, the Committee will use conflicts counsel to represent the interests of the Debtors' unsecured creditors.

12.    Set forth in Schedule 3 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

## CONNECTIONS WITH PARTIES REPRESENTING 1% OR MORE OF AKIN GUMP'S REVENUES FOR 2006, 2007 OR 2008 (THROUGH JUNE 30, 2008)

13.    At the inception of each engagement for which a declaration is required pursuant to Federal Rule of Bankruptcy Procedure 2014, Akin Gump reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its

---

[2] Akin Gump does not act as general counsel to any of the parties in interest or related entities described herein.

known related entities, were clients of Akin Gump and as a result made payments to Akin Gump for services rendered in calendar years prior to the date of review that in the aggregate for each such party exceeds 1% of Akin Gump's total revenues for such calendar year. In connection with this Declaration, Akin Gump has reviewed similar information for the years 2006, 2007 and 2008 (through June 30, 2008).

14.       Akin Gump's revenues for services rendered on behalf of the parties in interest identified in Schedule 2 aggregate, with respect to each such party in interest, less than 1% of Akin Gump's annual revenues in each of calendar year 2006, 2007 and 2008 (through June 30, 2008).

## CONNECTIONS WITH MEMBERS OF THE COMMITTEE AND ITS PROPOSED PROFESSIONALS

15.       Akin Gump serves as counsel to informal and official committees of creditors in many restructurings and/or chapter 11 cases. Of the current Committee members, Bank of New York Mellon ("BONY"), and/or certain related parties of BONY, and Pension Benefit Guaranty Corporation ("PBGC"), and/or certain related parties of PBGC, have in the past served and/or currently serve as members of informal and/or official creditors' committees that are represented by Akin Gump. In addition, certain professionals retained by the Debtors and proposed to be retained by the Committee are involved in many cases in which Akin Gump serves as counsel to informal and/or official committees.

16.       Akin Gump has in the past represented and currently represents BONY on matters wholly unrelated to the Debtors' chapter 11 cases. In addition, Akin Gump has in the past represented PBGC and Flextronics Corporation on matters wholly unrelated to the Debtors' chapter 11 cases.

17.    Finally, Akin Gump has in the past and currently represents Jefferies & Company, Inc., the proposed investment banker to the Committee, and has in the past represented Fraser Milner Casgrain LLP, the proposed Canadian counsel to the Committee and Richards, Layton & Finger, P.C., proposed co-counsel to the Committee, on matters wholly unrelated to the Debtors' chapter 11 cases.

## CONNECTIONS WITH THE DEBTORS

18.    Akin Gump has in the past represented Northern Telecom International Inc. ("Northern Telecom") and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases. This representation ended in 1989.

## SEARCHED PARTIES THAT CURRENTLY SERVE OR HAVE SERVED ON INFORMAL AND/OR OFFICIAL CREDITORS' COMMITTEES REPRESENTED BY AKIN GUMP DURING THE PERIOD JANUARY 1, 2005 THROUGH THE PRESENT

19.    Set forth in Schedule 4 annexed hereto is a list of those Searched Parties that currently serve or have served on informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

## OTHER CONNECTIONS AND GENERAL DISCLOSURES

20.    Akin Gump may have represented in the past and/or may currently represent or in the future represent entities (other than parties in the attached schedules) not currently known to Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases. To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

21.    On January 27, 2009, Akin Gump solicited information by firm wide email from its partners, associates and staff to determine if any person employed by Akin Gump holds any of the Debtors' common equity or notes. To the best of my knowledge and information based on

the responses received to the foregoing information request, two attorneys and no staff members of Akin Gump hold *de minimis* amounts of common stock of the Debtors, and no employees or attorneys of Akin Gump hold debt securities of the Debtors. It is possible that a professionally managed retirement plan on behalf of Akin Gump employees or members of a 401(k) type plan may hold equity interests in or other securities of the Debtors but it is unknown to me at this time.

22.        Akin Gump, on behalf of a firm client, was retained some time ago to study certain discrete intellectual property owned by the Debtors' Canadian affiliates to provide the client with advice. Prior to the commencement of the Debtors' bankruptcy proceedings, Akin Gump was in the process of drafting opinion letters relating to such specific intellectual property for the existing client. Such opinion letters are in an advanced stage of preparation. Akin Gump has created an ethical wall with respect to these matters between the professionals involved in preparing the opinions and the professionals representing the Committee. Conflicts counsel for the Committee would handle any issue that might arise during the Debtors' bankruptcy proceedings that would involve a conflict with respect to the existing client, although no such issue is anticipated.

23.        Akin Gump has in the past represented a former employee of Nortel Networks Corporation ("NNC") in connection with an alleged accounting fraud at NNC. Such representation has been concluded and all fees paid.

24.        The father of a member of the firm, Stephen Kuhn, who is expected to provide services to the Committee, was a member of the Board of Directors of Northern Telecom, predecessor to Nortel Networks Limited, from 1985 to 1997. Further, Raj Krishnan, a former associate at Akin Gump from June 1, 2004 through July 15, 2005, is a current Director of Debtor

Nortel Networks Cable Solutions Inc. Additionally, the husband of Connie Christensen, a legal secretary at the firm, is currently employed by Nortel Networks Inc. at its Richardson, Texas facility. An ethical wall with respect to this matter has been established between Ms. Christensen and the Akin Gump professionals working on this matter.

25.    The Judge presiding over these bankruptcy cases, the Honorable Kevin Gross, while a partner of the firm Rosenthal, Monhait, Gross & Goddess, P.A., was co-counsel with Akin Gump in connection with the representation of the Official Committee of Unsecured Creditors of Eagle Geophysical, Inc. and related debtors (the "Eagle Geophysical Case") which was pending in the United States Bankruptcy Court for the District of Delaware. The plan of reorganization in the Eagle Geophysical Case was confirmed on June 28, 2000 and became effective on July 11, 2000. Akin Gump's representation of the committee ended on July 11, 2000. The Eagle Geophysical Case was closed by the bankruptcy court on February 13, 2004.

26.    None of Akin Gump's representations of creditors or other parties in interest who are involved in these chapter 11 cases comprise a material component of Akin Gump's practice, nor does Akin Gump currently represent such parties on any issue relating to these chapter 11 cases. To the best of my knowledge, the standard articulated by courts of the Third Circuit regarding the appointment of counsel by a creditors' committee has been met by Akin Gump in these cases. For instance, one bankruptcy court explains that counsel to a creditors' committee, which owes a fiduciary duty both to the committee and to the individual creditors that the committee represents, may not represent any other entity having an interest adverse to the individual creditors. In re Mesta Machine Company, 67 B.R. 151, 920 (Bankr. W.D. Pa. 1986).

8

27.    For the reasons stated herein, Akin Gump represents no interests adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee.

28.    Akin Gump is willing to be retained by the Committee as its co-counsel and will make appropriate applications to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any orders of this Court. Akin Gump will bill at its standard hourly rates which currently are $460-$1,050 for partners, $250-$810 for special counsel and counsel, $175-$580 for associates, and $75-$250 for paraprofessionals. The current hourly rates for the Akin Gump professionals with primary responsibility for this matter are:

(a)    Fred S. Hodara (Partner – Financial Restructuring Department), $950/hour;

(b)    David H. Botter (Partner – Financial Restructuring Department), $825/hour;

(c)    Kenneth A. Davis (Senior Counsel – Financial Restructuring Department), $620/hour;

(d)    Ryan C. Jacobs (Counsel – Financial Restructuring Department), $530/hour;

(e)    Joshua Y. Sturm (Associate – Financial Restructuring Department), $420/hour;

(f)    Brad M. Kahn (Associate – Financial Restructuring Department), $375/hour.

The foregoing hourly rates are subject to periodic increase (typically in January of each year) in the normal course of Akin Gump's business. Other attorneys and paraprofessionals will, from time to time, assist in the representation of the Committee in connection with these cases at Akin Gump's standard hourly rates in effect for those personnel. The hourly rates set forth above are Akin Gump's standard hourly rates for work of this nature. These rates are set at a level

designated to fairly compensate Akin Gump for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. Akin Gump operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance and reputation, the nature of the work involved and other factors. Because the sub-markets for legal services are fragmented and are affected by a variety of individualized and interdependent factors, Akin Gump rates for certain individual attorneys may vary as a function of the type of matter, geographic factors, the nature of certain long-term client relationships, and various factors, including those enumerated above. Akin Gump specifically reserves its right to file an application for an allowance of an enhanced fee award at the end of this proceeding, subject to the discretion of the Committee.

29.     It is Akin Gump's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and facsimile charges, photocopying charges, travel expenses, expenses for "working meals" and computerized research, as well as non-ordinary overhead expenses, such as secretarial overtime. Akin Gump will seek reimbursement for such expenses pursuant to, among other things, any applicable guidelines established by the Court and the United States Trustee's Office.

30.     No agreement exists, nor will any be made, to share any compensation received by Akin Gump for its services with any other person or firm other than members of Akin Gump.

I hereby declare under the penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on February 13, 2009

Fred S. Hodara

## SCHEDULE 1

### *Debtors*

Nortel Networks Inc.
Nortel Networks Capital Corporation
Alteon WebSystems, Inc.
Alteon WebSystems International, Inc.
Xros, Inc.
Sonoma Systems
Qtera Corporation
CoreTek, Inc.
Nortel Networks Applications Management Solutions Inc.
Nortel Networks Optical Components Inc.
Nortel Networks HPOCS Inc.
Architel Systems (U.S.) Corporation
Nortel Networks International Inc.
Northern Telecom International Inc.
Nortel Networks Cable Solutions Inc.
Nortel Networks Corporation
Nortel Networks Limited
Nortel Networks Technology Corporation
Nortel Networks Global Corporation
Nortel Networks International Corporation

### *Debtors' Affiliates*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.

Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.

8121258 v2

Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.

3

CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### Debtors' 5% Shareholders

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

4

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

<u>Current Directors and Officers of NNI</u>

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun

5

Paul W. Karr
Dennis Carey

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

Current Directors and Officers of NNCC

Paul W. Karr
John Doolittle
Jeffrey T. Wood
William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

Current Directors and Officers of Alteon WebSystems, Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney

6

A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Alteon WebSystems International, Inc.

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Architel Systems (U.S.) Corporation

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Xros, Inc..

Gordon A. Davies
Dennis Carey
William R. Ellis

7

8121258 v2

Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Sonoma Systems

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

Current Directors and Officers of Qtera Corporation

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge

8

8121258 v2

William R. Ellis

## Current Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

## Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

## Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks Optical Components Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton

9

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks HPOCS Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the
Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to
the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

8121258 v2

<u>Current Directors and Officers of Northern Telecom International Inc.</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to
the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Directors and Officers of Nortel Networks Cable Solutions, Inc.</u>

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine

11

James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius

12

Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell


**_Debtors' Vendors_**

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation

13

Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


### *Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon

14

Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

### *Debtors' Lenders*

Export Development Canada

### *Debtors' Banks and Money Market Funds*

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

15

**Debtors' Significant Customers**

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

**Debtors' Landlords**

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP

16

Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retirement
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

17

*Debtors' Insurers*

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

*Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

*Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB

18

BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citadel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.

---

[1]      Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the
beneficial holders are not known to the Debtors.

JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.

UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank


***Debtors' Proposed Professionals***

Cleary Gottlieb Steen & Hamilton LLP
Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP
Epiq Bankruptcy Solutions, LLC
Shearman & Sterling LLP


***Debtors' Major Competitors***

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard


***Top 40 Unsecured Creditors***

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

8121258 v2

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

IBM Corporation

Nortel Networks Corp. "ERISA" Litigation

Pension Benefit Guaranty Corporation

*Utilities*

Atmos Energy

City of Richardson

Suez Energy Resources N.A. Inc.

22

8121258 v2

TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

*Others*

Ogilvy Renault LLP (Debtors' Canadian counsel)
Ernst & Young Inc. (Monitor in Canadian Proceeding)
Allen & Overy LLP (Monitor's U.S. counsel)
Goodmans LLP (Canadian counsel to the Monitor)
American Movil
Credit Suisse (Debtors' financial advisor)
Herbert Smith LLP

8121258 v2

*Members of the Committee and Proposed Professionals*

Airvana, Inc.
The Bank of New York Mellon
Flextronics Corporation
Pension Benefit Guaranty Corporation
Fraser Milner Casgrain LLP
Richards, Layton & Finger
Capstone Advisory Group, LLC
Jefferies & Company, Inc.
Ashurst LLP
Kurtzman Carson Consultants

*Parties Filing a Notice of Appearance (As of February 6, 2009)*

Richardson ISD (Texas)
Dallas County, City of Richardson (Texas)
Texas Comptroller of Public Accounts
Margolis Edelstein
Verizon Communications, Inc.
Cellco Partnership d/b/a Verizon Wireless
Iron Mountain Information Management, Inc.
Telmar Network Technology, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank, N.V.
Precision Communication Services, Inc.
UBS Realty Investors LLC
Technology Park X Limited Partnership
Allen & Overy LLP
Export Development Canada
Bexar County (Texas)
Westcon Group North America Inc.
Communications Test Design, Inc.
Microsoft Corporation
Microsoft Licensing, GP
SprintCom, Inc.
Sprint/United Management Company
JDS Uniphase Corporation
Flextronics Telecom Systems Ltd.
The Prudential Insurance Company of America
American International Corporation
Tata Consultancy Services Limited
Scott Douglass
Hewlett-Packard Company
Sun Microsystems, Inc.
Polycom, Inc.
Campbell Creek, Ltd.

24

8121258 v2

Tellabs Operations, Inc.
Computer Sciences Corporation
Glow Networks, Inc.
IBM Corporation
Powerwave Technologies, Inc.
Johnson Controls, Inc.
NeoPhotonics Corporation
Emerson Network Power Embedded
Oracle USA, Inc.
Cummins, Inc.
Cummins Power Generation
Cummins Filtration
Cummins Emission Solutions
Cummins Fuel Systems
Cummins Turbo Technologies
Hewlett-Packard Financial Services, Inc.
485 Lexington Owner LLC
Reckson Operating Partnership, L.P.
GTCI
iStar Ctl, L.P.
SAF America, Inc.
Qwest Communications Corporation
Qwest Corporation
Pension Benefit Guaranty Corporation
Sumitomo Electric Ligthwave Corporation
AT&T
Insight Direct USA, Inc.
Amphenol Corporation
ITC Networks SRL

## SCHEDULE 2

**Debtors**

Akin Gump has in the past represented Northern Telecom International Inc. on matters wholly unrelated to the Debtors' chapter 11 cases. The representation ended in 1989.

**Debtors' Affiliates (As such term is defined in 11 U.S.C. §101(2))**

Except as described above, Akin Gump has not represented any of these entities.

**Debtors' 5% Shareholders**

Akin Gump has not represented any of theses parties.

**Current Directors and Officers of NNI**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of NNI
for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of NNCC**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of NNCC
for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Alteon WebSystems, Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Alteon WebSystems, Inc.
for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Alteon WebSystems International, Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Alteon WebSystems**
**International, Inc. for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Architel Systems (U.S.) Corporation**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Architel Systems**
**(U.S.) Corporation for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Xros, Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Xros, Inc.**
**for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Sonoma Systems**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Sonoma Systems**
**for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Qtera Corporation**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Qtera Corporation**
**for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of CoreTek, Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of CoreTek, Inc.**
**for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

8121258 v2

**Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Nortel Networks Optical Components Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Nortel Networks HPOCS Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Nortel Networks International Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Current Directors and Officers of Northern Telecom International Inc.**

Akin Gump has not represented any of these individuals.

**Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

3

**Current Directors and Officers of Nortel Networks**
**Cable Solutions, Inc.**

Akin Gump has not represented any of these individuals. Raj Krishnan, a current director of Nortel Networks Cable Solutions, Inc., was an associate in Akin Gump's Dallas office from June 1, 2004 through July 15, 2005.

**Former Directors and Officers of Nortel Cable**
**Solutions, Inc. for the Two Years Prior to the Petition Date**

Akin Gump has not represented any of these individuals.

**Debtors' Vendors**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Texas Instruments Inc. | Freescale Semiconductor |
| Motorola Corporation | STMicorelectronics |
| Sanmina SCI Corporation | Broadcam Corporation |
| Xilinx Inc. | Johnson Controls Inc. |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| IBM | Tejas |
| Qualcomm Inc. | Polycom |
| Hewlett Packard | Flextronics |
| Sun Microsystems | Polytronix |
| Microsoft | Emerson |
| Oracle Corporation | Cigna |

**Debtors' Litigants**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Motorola | Verizon New York, Inc. |

Akin Gump has in the past represented Federal Insurance Company (Chubb) and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.

8121258 v2

**Debtors' Lender**

Akin Gump has in the past represented Export Development Canada and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.

**Debtors' Bank and Money Market Funds**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Citibank | Morgan Stanley |
| Bank of America | JP Morgan U.S. Money Market Funds |
| Deutsche Bank | Fidelity Treasury Portfolio Fund |
| JP Morgan | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| UBS | Dreyfus Government Cash Management Fund |

**Debtors' Significant Customers**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Verizon | Alltel |
| AT&T | Motorola |
| Sprint Nextel | China Mobility |
| France Telecom/Orange | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Korea Telecom – Frestel | SK Telecom |
| BCE | Deutsche Telecom |
| Telefonica | |

5

**Debtors' Landlords**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

State Street Bank & Trust Co.

Behringer Harvard TIC

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Hewlett Packard Financial Services

Omaha Plaza Investments c/o CBRE The Mega Group

USAA Real Estate Company

Talcott II Alamo LP

Insignia ESG, Inc.

California State Teachers Retirement

Teachers Insurance & Annuity Corp.

**Debtors' Insurers**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

ACE USA

Continental Casualty Company

ACE INA Insurance

American Home Assurance Company (National Union)

ACE Bermuda Insurance Ltd.

American Home Assurance Company

Hartford Fire Insurance Company

AIG Commercial Insurance Company of Canada

Liberty International Underwriters Canada

Beazley Syndicate

Allianz Global Risks US Insurance Company

Hiscox Syndicate

QBE Specialty

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Chubb Insurance Company of Canada

XL Insurance (Bermuda) Ltd.

Empire Indemnity

XL Insurance Company Ltd.

Great American Insurance Group

Zurich Insurance Company

Travelers Guarantee Company of Canada

8121258 v2

## Debtors' Bondholders and Trustees

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Banc of America Securities, LLC

NationsBank of Texas, NA

Banc of America

The Bank of New York Mellon

Barclay's Capital, Inc./Fixed Income Bond-C

Barclay's Capital, Inc., LE

BMO Nesbitt Burns, Inc./CDS

BNY-SBL/PB

Bank of New York/LDSEG

Bank of New York/London

Bank of New York/Prudential

Bank of New York/TD BK

Mellon Trust of New England, NA

Bank of America/LaSalle

Bank of New York/Barclays

Brown Brothers Harriman & Co.

Citigroup Global Markets, Inc./Salomon Brothers

Citadel Derivatives Group, LLC

Citadel Trading Group, LLC

Citibank, NA

Citigroup Private Bank & Trust

Citigroup Global Markets, Inc.

Citigroup Financial Services Corp.

Comerica Bank

Credit Suisse Securities (USA)

Davidson (D.A.) & Co., Inc.

Deutsche Bank Securities, Inc.

Dresdner Kleinwart Securities, LLC

E*Trade Capital Markets, LLC

First Southwest Company

Goldman Sachs & Co.

Goldman Sachs Execution & Clearing, LP

Goldman Sachs International Ltd.

Jefferies & Co., Inc.

JP Morgan Securities, Inc.

JPM/CCS2

JPM/GS CAP

JP Morgan Clearing Corp.

JP Morgan International

JP Morgan Chase Bank, National Association

JP Morgan Securities Inc./Fixed Income

Lehman Brothers, Inc.

Merrill Lynch Pierce Fenner & Smith Inc.

8121258 v2

| | |
|---|---|
| Morgan, Keegan & Company, Inc. | Union Bank of California |
| Morgan Stanley & Co. Inc. | US Bank NA |
| Morgan Stanley & Co. Inc./Retail | Wachovia Bank, NA |
| Oppenheimer & Co., Inc. | Wachovia Securities, LLC |
| PNC Bank, NA | Wachovia Capital Markets, LLC |
| SSB&T Co. | Wells Fargo Bank, National Association |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| BNP of Paribas Prime Brokerage, Inc. | Raymond James & Associates, Inc. |
| BNP Paribas Securities Corp/Fixed Income | Raymond James Ltd. |
| BNP/PPBC | RBC Dominion Securities Inc. |
| Charles Schwab & Co. Inc. | RBC Capital Markets Corporation |
| CIBC World Markets, Inc. | Southwest Securities Inc. |
| Huntington National Bank | Suntrust Bank |
| Janney Montgomery Scott, LLC | UBS Financial Services, Inc. |
| Jones (Edward D.) & Co. | UBS Securities, LLC |
| Keybank National Association | UMB Bank NA |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Wilmington Trust Company |

## Debtors' Proposed Professionals

Akin Gump has in the past represented and currently represents Lazard Freres & Co., LLC and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.

In addition, Vernon C. Jordan, special counsel with Akin Gump, is a senior managing director at Lazard Freres & Co., LLC.

8

## Debtors' Major Competitors

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Juniper Networks Inc. | Huawei |
| Siemens Enterprise | Avaya |
| Siemens Networks | Motorola |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Sony Ericsson Mobile Communications A.B. | Nokia |
| | IBM |
| Alcatel-Lucent | Hewlett Packard |
| Cisco Systems, Inc. | |

## Top 40 Unsecured Creditors

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| The Bank of New York Mellon, as Indenture Trustee | Johnson Controls, Inc. |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Export Development Canada | Flextronics Sales & Marketing North |
| Flextronics | IBM Corporation |
| Flextronics America LLC | Pension Benefit Guaranty Corporation |
| Flextronics International Europe BV | Tata Consultancy Services |
| Computer Science Corporation | Flextronics International |
| Covergence Inc. | Flextronics Logistics USA, Inc. |

In addition, Convergence Inc. provides accounting services to Akin Gump.

## Utilities

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Suez Energy Resources N.A. Inc. | AT&T |
| JCP&L | Cablevision Lightpath, Inc. |
| PG&E – California | Level 3 Communications LLC |
| SRP | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Duke Energy Company | Comcast |
| National Fuel | Cox Communications |
| FPL | MCI |

## Others

Akin Gump has in the past represented and currently represents Ernst & Young and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.

## Members of the Committee and Proposed Professionals

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| The Bank of New York Mellon | Jefferies & Company, Inc. |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Flextronics Corporation | Richards, Layton & Finger |
| Pension Benefit Guaranty Corporation | Ashurst |
| Fraser Milner Casgrain LLP | |

10

**Parties Filing a Notice of Appearance**
**(as of February 6, 2009)**

Akin Gump has in the past represented and currently represents the following companies and/or
certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11
cases:

Verizon Communications Inc.

Cellco Partnership d/b/a Verizon Wireless

SprintCom, Inc.

Sprint/United Management Company

The Prudential Insurance Company of
America

Johnson Controls, Inc.

AT&T

Akin Gump has in the past represented the following companies and/or certain related parties of
such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Richardson ISD (Texas)

Dallas County, City of Richardson (Texas)

ABN AMRO Bank, N.V.

UBS Realty Investors LLC

Export Development Canada

Bexar County (Texas)

Westcon Group North America Inc.

Microsoft Corporation

Microsoft Licensing, GP

Flextronics Telecom Systems Ltd.

Tata Consultancy Services Limited

Hewlett-Packard Company

Sun Microsystems, Inc.

Polycom, Inc.

Computer Sciences Corporation

Glow Networks, Inc.

IBM Corporation

Oracle USA, Inc.

Cummins, Inc.

Cummins Power Generation

Cummins Filtration

Cummins Emission Solutions

Cummins Fuel Systems

Cummins Turbo Technologies

Hewlett-Packard Financial Services, Inc.

Pension Benefit Guaranty Corporation

8121258 v2

## SCHEDULE 3

## PARTIES AND/OR CERTAIN RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY OR FORMERLY ADVERSE TO CLIENTS OF AKIN GUMP

A.W. Chesterton, Inc.
ACE Bermuda Insurance Ltd.
ACE INA Insurance
ACE USA
AIG Commercial Insurance Company of Canada
Alcatel-Lucent
Aldine Independent School District
Allianz Global Risks US Insurance Company
Allied World Assurance Company Ltd
Alltel (ACI)
American Home Assurance Company
American Home Assurance Company
  (National Union)
American International Corporation
Andrew Corporation
Arch Insurance Company
Astec
AT&T
Avaya
Banc of America
Banc of America Securities, LLC;
Bank of America
Bank of America/La Salle
Bank of New York
Bank of New York/Barclays
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Barclay's Capital, Inc., LE
Barclay's Capital, Inc./Fixed Income Bond-C
BCE
Bexar County (Texas)
BMO Nexbitt Burns, Inc/CDS
BNP of Paribas Prime Brokerage, Inc
BNP Pribas Securities Corp/Fixed Income
BNP/PPBC
BNY-SBL/PB
British Telecom
Broadcom Corporation

Brown Brothers Harriman & Co.
BT Americas Inc
California State Board of Equalization
California State Teachers Retirement
Campbell Creek, Ltd.
Cede & Co.
Cellco Partnership d/b/a Verizon Wireless
Charles Schwab & Co., Inc.
Chubb Insurance Company of Canada
CIBC World Markets, Inc.
Cigna
Cincinnati Bell
Cisco Systems, Inc.
Citadel Derivatives Group, LLC
Citadel Trading Group, LLC
Citibank, NA
Citigroup Financial Services Corp.
Citigroup Global Markets, Inc.
Citigroup Global Markets, Inc./Salomon
  Brothers
Citigroup Private Bank & Trust
City of Richardson
City of Santa Clara
Cleary Gottlieb Steen & Hamilton LLP
Comcast
Comerica Bank
Computer Science Corporation
Con Ed
Cox Communications
Credit Suisse Securities (USA)
Cummins Emission Solutions
Cummins Filtration
Cummins Fuel Systems
Cummins Power Generation
Cummins Turbo Technologies
Cummins, Inc.
Dallas County, City of Richardson (Texas)
Davidson (D.A.) & Co., Inc.
Deutsche Bank
Deutsche Bank Securities, Inc.

Deutsche Telecom
Dresdner Kleinwort Securities LLC
Dreyfus Government Cash Management Fund
Duke Energy Company
Duke Realty Ohio
E*Trade Capital Markets, LLC;
E*Trade, LLC
Emerson
Emmet Larkin Co., Inc.
Ernst & Young Inc
Excelight Communications Inc.
Falvey Cargo Underwriting
Federal Insurance Company (Chubb)
Fidelity Treasury Portfolio Fund
First Southwest Company
Flextronics Corporation
FPL
France Telecom/Orange
Freescale Semiconductor
Global Crossing Conferencing
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Great American Insurance Group
H&R Block
Harris Corporation
Hartford Fire Insurance Company
Hewlett Packard Financial Services
Hewlett-Packard Company
Hiscox Syndicate
Hitachi Cable
Huntington National Bank
IBM Corporation
Insignia ESG, Inc.
Iron Mountain Information Management, Inc.
IStar Ctl. 1, L.P./Lehman Ali Inc.
JCP&L
JDS Uniphase Corporation
Jeffries & Company, Inc.
Johnson Controls Inc.
Jones (Edward D.) & Co.
JP Morgan Chase Bank, National Association
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.

JP Morgan U.S. Money Market Funds
JPM/CCS2
JPM/GS CAP
Juniper Networks, Inc.
Keybank National Association
Korea Telecom
Lazard Freres & Co., LLC
Lehman Brothers, Inc.
Level 3 Communications LLC
Liberty International Underwriters Canada
LIPA
McCann Erickson San Francisco
MCI
Mellon Trust of New England, NA
Merrill Lynch Pierce Fenner & Smith Inc.
Micron
Microsoft Corporation
Microsoft Licensing, GP
Minerva Systems Inc.
Morgan Stanley & Co Inc./Retail
Morgan Stanley & Co., Inc.
Morgan, Keegan & Company, Inc.
National City Bank
National Fuel
National Grid
National Grid – Massachusetts
National Grid – Melville
NationsBank of Texas, NA
NEC
New Boston 175 Capital Boulevard LP
Nortel Networks Inc.
Nortel Networks Ltd.
Northern Telecom International Inc.
Omaha Plaza Investments c/o CBRE
   The Mega Group
Ontario Inc.
Oppenheimer & Co., Inc.
Oracle Corporation
Oracle USA, Inc.
Pension Benefit Guaranty Corporation
Pershing, LLC
PG&E – California
PNC Bank, NA
Qualcomm Inc.
Qwest Communications Corporation
Qwest Corporation

8121258 v2

Raymond James & Associates, Inc.
Raymond James Ltd
RBC Capital Markets Corporation
RBC Dominion Securities Inc
Reckson Operating Partnership, L.P.
Richards, Layton & Finger
Richardson ISD (Texas)
Sanmina SCI Corporation
Scansoft
Shearman & Sterling LLP
Siemens Enterprise
Siemens Networks
Sony Ericsson Mobile Communications A.B.
Southwest Securities Inc
Sprint Nextel
Sprint/United Management Company
SprintCom, Inc.
State Street Bank & Trust Co.
STMicroelectronics
Suez Energy Resources N.A. Inc.
Suffolk County Water Authority
Sun Microsystems Inc.
Suntrust Bank
Teachers Insurance & Annuity Corp.
Tejas
Telefonica
Texas Comptroller of Public Accounts
Texas Instruments Inc.
The Bank of New York Mellon
The Bank of Tokyo-Mitsubishi UFJ, Ltd.

The Fifth Third Bank
The Irving Company and ACE Parking
   Management
The Northern Trust Company
The Prudential Insurance Company of America
Town of Billerica
Travelers Guarantee Company of Canada
TXU Energy
UBS
UBS Financial Services, Inc.
UBS Realty Investors LLC
UBS Securities, LLC
Union Bank of California
US Bank NA
US Cellular
USAA Real Estate Company
Verizon Communications Inc.
Verizon New York, Inc.
Wachovia Bank, NA
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association
Westcon Group North America Inc.
Wilmington Trust Company
Wind River Systems Inc.
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
ZTE
Zurich Insurance Company

3

# SCHEDULE 4

## PARTIES AND/OR CERTAIN RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS SERVING OR HAVING SERVED ON OTHER INFORMAL AND/OR OFFICIAL CREDITORS' COMMITTEES REPRESENTED BY AKIN GUMP

AIG Commercial Insurance Company of
  Canada
American Home Assurance Company
American Home Assurance Company
  (National Union)
Banc of America
Banc of America Securities, LLC
Bank of America
Bank of America/La Salle
Bank of New York/Barclays
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Barclay's Capital, Inc., LE
Barclay's Capital, Inc./Fixed Income Bond-C
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
Cellco Partnership d/b/a Verizon Wireless
Citadel Derivatives Group, LLC
Citadel Trading Group, LLC
Citibank, N.A.
Citigroup Global Markets, Inc.
Citigroup Global Markets, Inc./Salomon
  Brothers
Citigroup Private Bank & Trust
Covergence Inc.
Credit Suisse Securities (USA)
Deutsche Bank
Deutsche Bank Securities, Inc.
Dreyfus Government Cash Management Fund
Fidelity Treasury Portfolio Fund
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP

Goldman Sachs International Ltd.
Hewlett Packard
JP Morgan Chase Bank, National Association
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.
JP Morgan U.S. Money Market Funds
JPM/CCS2
JPM/GS CAP
Lehman Brothers, Inc.
Liberty International Underwriters Canada
Mellon Trust of New England, NA
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley & Co Inc./Retail
Morgan Stanley & Co. Inc.
National City Bank
NationsBank of Texas, NA
Oppenheimer & Co., Inc.
Pension Benefit Guaranty Corporation
SSB&T Co.
Suntrust Bank
The Bank of New York Mellon
UBS
UBS Financial Services, Inc.
UBS Securities, LLC
US Bank NA
Verizon Communications Inc.
Verizon New York, Inc.
Wachovia Bank, NA
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company