# Exhibit B

### Borow Affidavit

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                          :
```
*In re*                                   :         Chapter 11
                                          :         Case No. 09-10138 (KG)
Nortel Networks Inc., <u>et al.</u>,[1]          :         Jointly Administered
                                          :
                Debtors   :
                                          :
```
------------------------------------------------------X
```

## AFFIDAVIT OF JAY I. BOROW IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF CAPSTONE ADVISORY GROUP LLC AS FINANCIAL ADVISOR, NUNC PRO TUNC TO JANUARY 26, 2009

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

      Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware (the "<u>Local Bankruptcy Rules</u>"), **JAY I. BOROW**, being duly sworn, deposes and says:

      1.    I am a member of the firm and Executive Director of Capstone Advisory Group, LLC ("<u>Capstone</u>"), a professional services firm with offices located at 1065 Avenue of the Americas, Suite 1801, New York, NY 10018. I am duly authorized to make this affidavit on

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

behalf of Capstone. Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.[2]

2.     I submit this Affidavit in support of the application ("Application")[3] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order authorizing the Committee to employ and retain Capstone as financial advisor to the Committee, *nunc pro tunc* to January 26, 2009 under sections 328(a) and 1103(a) title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended and supplemented, the "Bankruptcy Code") and Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rule 2014-1.

3.     Capstone is well-suited to act as financial advisors to the Committee in these Chapter 11 Cases. Capstone has acted as financial advisors, crisis managers and corporate officers in middle market to multinational restructurings across a wide array of industries. Capstone has experience in restructuring, solvency and valuation matters and has provided analyses of all alternatives available, and provided a focus on viable solutions that maximize value for restructuring companies and creditors. Capstone's services include forensic analysis, plan development, implementation and advice on sale/merger transactions. Moreover, Capstone professionals have assisted and advised debtors, creditors, creditors' committees, bondholders, investors and others in numerous bankruptcy cases, including Tropicana Entertainment, LLC, Spiegel Inc., W.R. Grace, Kmart Corp., Mirant Energy, Adelphia, Owens-Corning, Polaroid, Sunbeam, U.S. Office Products, Collins & Aikman, Federal-Mogul, U.S. Industries and Calpine.

---

[2]    Certain of the disclosures set forth herein relate to matters within the knowledge of other professionals at Capstone and are based on information provided by them.

[3]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

4.      On January 26, 2009, the Committee formally engaged Capstone to perform financial and restructuring consulting services in connection with the Chapter 11 Cases. Since its retention by the Committee, Capstone has become familiar with the Debtors' businesses and financial affairs and is therefore particularly qualified to serve as the Committee's financial advisor in the Chapter 11 Cases. Capstone has agreed to provide financial advisory services to the Committee pursuant to the engagement letter between the Committee and Capstone dated as of January 26, 2009 (the "Engagement Letter"), a copy of which attached as Exhibit A to the Application. The services that Capstone will render to the Committee in these Chapter 11 Cases shall include the following:

(i)      advise and assist the Committee in its analysis and monitoring of the Debtors' historical, current and projected financial affairs, including without limitation, schedules of assets and liabilities, statement of financial affairs, periodic operating reports, analyses of cash receipts and disbursements, analyses of cash flow forecasts, analyses of intercompany transactions, analyses of trust accounting, analyses of various asset and liability accounts, analyses of cost-reduction programs, analyses of any unusual or significant transactions between the Debtors and any other entities, and analyses of proposed restructuring transactions;

(ii)     analyze the Debtors' Operative Business Plan, including forecasted operating statements, balance sheets, cash flows and the related underlying assumptions and support thereto;

(iii)    develop a monthly monitoring report to enable the Committee to effectively evaluate the Debtors' performance on an ongoing basis;

(iv)     monitor and analyze the Debtors' cash position, liquidity, intercompany charges, and financial results versus forecast and budget;

(v)      assist and advise the Committee and counsel in reviewing and evaluating any court motions, applications or other forms of relief filed or to be filed by the Debtors, Canadian Debtors or any other parties-in-interest;

(vi)     analyze any intercompany charge financing arrangements;

(vii)    monitor Debtors' claims management process, analyze claims, analyze guarantees, and summarize claims by entity;

3

(viii)   analyze the impact of the bankruptcy filing on strategic alliances and long-term supply agreements;

(ix)    analyze any proposed critical vendor arrangements, current status of trade support and monitor any subsequent changes in amounts and terms of credit extension;

(x)    advise and assist the Committee in identifying and/or reviewing preference payments, fraudulent conveyances and other causes of action that the Debtors' estates may hold against third parties;

(xi)    analyze the Debtors' assets and analyze possible recovery to the various creditor constituencies under various scenarios;

(xii)    analyze alternative reorganization scenarios;

(xiii)    assist and advise the Committee in evaluating and analyzing restructuring proposals of the Debtors and assist counsel and the Committee in developing negotiation strategies to support the Committee's position;

(xiv)    advise and assist the Committee in its assessment of proposed bonus, incentive and retention plans;

(xv)    advise and assist the Committee in reviewing any proposed sales or acquisitions of assets or business units as to the impact on remaining business units;

(xvi)    advise and assist the Committee in its review of intercompany transactions between the Debtors' and non-debtor subsidiaries and affiliates;

(xvii)    render expert testimony as requested from time to time by the Committee and counsel, regarding the feasibility of a plan of reorganization and other matters;

(xviii)    attend Committee meetings and court hearings as may be required in the role of advisors to the Committee; and

(xix)    provide other services that are consistent with the Committee's role and duties as may be requested from time to time.

5.    The terms and conditions of the Engagement Letter were negotiated between the Committee and Capstone, and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.

6.    As is customary in similar engagements, Capstone will be entitled to receive, as compensation for its services, fees based on the following hourly rates:

4

| | |
|---|---|
| Executive Directors | $550 - $795 |
| Staff | $250 - $625 |
| Support Staff | $110 - $170 |

7.    It is Capstone's policy to charge its clients for all disbursements and expenses incurred in the rendition of services. These disbursements and expenses include, among other things, costs for travel, report preparation, delivery services and other necessary costs incurred in connection with providing services to the Committee.

8.    Capstone intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules (including any order adopting any guidelines promulgated by the Office of the United States Trustee), the Engagement Letter and any additional procedures that may be established by the Court in the Chapter 11 Cases.

9.    Capstone is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code because Capstone, its members and employees:

(a)    are not creditors, equity security holders or insiders of the Debtors;

(b)    are not and were not, within 2 years before the Petition Date, directors, officers, or employees of the Debtors; and

(c)    do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason.

10.    Moreover, to the best of my knowledge, information and belief formed after reasonable inquiry, Capstone, its members and employees have no interests that are materially adverse to the Debtors' estates or the creditors in these Chapter 11 Cases.

11.    To determine Capstone's relationship with the parties-in-interest identified by the Committee to Capstone, in preparing this Affidavit, I caused the names of the parties set forth in

5

Exhibit B-1, which is attached hereto, to be submitted to Capstone's internal conflicts procedures. To the best of my knowledge, information and belief, neither I nor any other member or employee of Capstone has any connection with or holds any interest adverse to the Debtors, their estates, creditors, shareholders, or any other party in interest herein or their respective attorneys in the matters for which Capstone is proposed to be retained, except that Capstone has provided other consulting services, and may in the future provide such services, to certain of the Debtors' creditors or other parties-in-interest unrelated to the Debtors' Chapter 11 Cases. As set forth in Exhibit B-2, which is attached hereto, Capstone has certain relationships with certain parties-in-interest in these Chapter 11 Cases, but such relationships are unrelated to either the Debtors or their Chapter 11 Cases.

12.     None of the engagements set forth in Exhibit B-2 are related to the Chapter 11 Cases. Certain of Capstone's engagements are for syndicated lending groups and a number of the financial institutions listed on Exhibit B-2 are either agents or participating lenders in such groups. It is typical in such engagements for Capstone's bills to be rendered to the related borrower, not to Capstone's clients. As such, Capstone maintains it's billing records on an "engagement" basis. Accordingly, the precise amount of fees that may be indirectly ascribed or applicable to each of these institutions is not readily or accurately discernable. This is due to, among other reasons, regular commonly active trading of debt. Capstone has been directly involved in or served in matters with parties listed in Exhibit B-2. In addition, Capstone's members and employees may have business associations with certain of the Debtors' creditors or other parties-in-interest herein, or interests adverse to such creditors, shareholders or parties-in-interest, which associations are unrelated to these Chapter 11 Cases.

6

13.    To the extent I discover any additional facts bearing on the matters described herein during the period of the Committee's retention of Capstone, I will supplement the information contained in this Affidavit.

14.    To the best of my knowledge, Capstone has not been retained to assist any entity or person other than the Committee on matters relating to, or in connection with, these Chapter 11 Cases. If this Court approves the proposed employment of Capstone by the Committee, then Capstone will not accept any engagement or perform any service in these cases for any entity or person other than the Committee. Capstone may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors in these Chapter 11 Cases; provided, however, that such services do not and will not relate to, or have any direct connection with, these Chapter 11 Cases.

15.    I am not related or connected to and, to the best of my knowledge, no other member or employee of Capstone is related or connected to any United States Bankruptcy Judge or District Judge for the District of Delaware or the United States Trustee for the District of Delaware or to any employee in the offices thereof.

16.    No promises have been received by Capstone nor any member or employee thereof as to payment or compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. Neither Capstone nor any of its members and employees has entered into an agreement or understanding to share compensation as described in Bankruptcy Rule 2016.

17.    The Committee requires knowledgeable consultants to provide essential professional services in these Chapter 11 Cases. The Committee has selected Capstone as its financial advisor because of the firm's diverse experience and extensive knowledge in the field

7

of bankruptcy. As a result, Capstone is well qualified to perform these services in an efficient manner and represent the Committee's interests in these Chapter 11 Cases.

18.    The Committee believes that Capstone's employment is in the best interests of the Debtors and their estates and creditors. Because of Capstone's extensive experience in business reorganizations and mergers and acquisitions as well as its familiarity with the Debtors' business operations, the Committee believes that Capstone is exceptionally well qualified to serve as its financial advisors in these Chapter 11 cases.

19.    The foregoing constitutes the statement of Capstone pursuant to sections 504 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016(b) and 5002, and Local Bankruptcy Rule 2014-1.

_____
Jay I. Borow

Sworn to before me this
18th day of February, 2009

_____
Notary Public

TIFFANY MATOS
Notary Public, State of New York
No. 01MA6087957
Qualified in Suffolk County
Commission Expires March 30, 20 11

8

## Exhibit B-1

### Parties in Interest Submitted to Capstone's Internal Conflicts Procedures

**Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))**
Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.

Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Technology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia

Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.

3

Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH


**Debtors' 5% Shareholders**
NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

**Debtors' Significant Equity Investors**
Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

**Current Directors and Officers of the Debtors and for two years prior to the Petition Date**

**Current Directors and Officers of NNI**
Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

**Former Directors and Officers of NNI for the Two Years Prior to the Petition Date**
Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

**Current Directors and Officers of NNCC**
Paul W. Karr
John Doolittle
Jeffrey T. Wood

5

William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

## Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date
Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

## Current Directors and Officers of Alteon WebSystems, Inc.
Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

## Current Directors and Officers of Alteon WebSystems International, Inc.
Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai

6

Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

## Current Directors and Officers of Architel Systems (U.S.) Corporation
Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date
Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

## Current Directors and Officers of Xros, Inc..
Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Sonoma Systems
Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

### Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

### Current Directors and Officers of Qtera Corporation
Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

### Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

### Current Officers and Directors of CoreTek, Inc.
Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

### Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

### Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.
Gordon A. Davies
Dennis Carey

8

William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date**
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

**Current Directors and Officers of Nortel Networks Optical Components Inc.**
Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date**
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

**Current Directors and Officers of Nortel Networks HPOCS Inc.**
Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date**
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs

9

Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks International Inc.
Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

## Current Directors and Officers of Northern Telecom International Inc.
Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks Cable Solutions, Inc.
Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell

John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi

11

Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

## Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain

Cortland Wolfe
Alan P. Wendell

## Ad Hoc Bondholder Committee
Loomis Sayles & Company
Fidelity Investments
MacKay Shields LLC
Franklin Templeton Mutual Funds
Taconic Capital Advisors LP
Sankaty Advisors, LLC

## Debtors' Vendors
Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.

13

Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


**Debtors' Litigants**
California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy

Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


**Debtors' Lenders**
Export Development Canada

**Debtors' Banks and Money Market Funds**
Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund


**Debtors' Significant Customers**
Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom

US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


**Debtors' Landlords**
Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP

Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP


**Debtors' Insurers**
 ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity

Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

## Counterparties to Debtors' Significant Contracts

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

## Debtors' Bondholders and Trustees

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc

Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

**Debtors' Proposed Professionals**
Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP
Cleary Gottlieb Steen & Hamilton LLP
Ogilvy Renault LLP
Epiq Bankruptcy Solutions, LLC
Shearman & Sterling LLP

**Debtors' Major Competitors**
Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

**Top 40 Unsecured Creditors**
The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV

SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation


**Utilities**
Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid

National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

**Other Parties**
Allen & Overy LLP
American Movil
Morris Nichols Arsht & Tunnell LLP
Bennett Jones LLP
Milbank, Tweed, Hadley & McCloy LLP
Goodmans LLP
Herbert Smith LLP
Ernst & Young Inc.

**Members of the Committee and Proposed Professionals**
Airvana, Inc.
Craig and Macauley, PC
The Bank of New York Mellon
Latham & Watkins LLP
Flextronics Corporation
Curtis, Mallet-Prevost, Colt & Mosle LLP
Pension Benefit Guaranty Corporation

Fraser Milner Casgrain LLP
Richards, Layton & Finger
Jefferies & Company, Inc.
Akin Gump Strauss Hauer & Feld LLP
Ashurst LLP

## Parties Filing a Notice of Appearance (As of January 26, 2009)

Richardson ISD (Texas)
Dallas County, City of Richardson (Texas)
Texas Comptroller of Public Accounts
Margolis Edelstein
Iron Mountain Information Management, Inc.
Telmar Network Technology, Inc.
Precision Communication Services, Inc.
UBS Realty Investors LLC
Technology Park X Limited Partnership
Allen & Overy LLP
Export Development Canada
Bexar County (Texas)
Westcon Group North America Inc.
Communications Test Design, Inc.
Microsoft Corporation
Microsoft Licensing, GP
SprintCom, Inc.
Sprint/United Management Company
JDS Uniphase Corporation
Flextronics Telecom Systems Ltd.
The Prudential Insurance Company of America
American International Corporation
Tata Consultancy Services Limited
Scott Douglass
Hewlett-Packard Company
Sun Microsystems, Inc.
Polycom, Inc.
Campbell Creek, Ltd.
Tellabs Operations, Inc.
Computer Sciences Corporation
Glow Networks, Inc.
IBM Corporation
Powerwave Technologies, Inc.
Johnson Controls, Inc.
NeoPhotonics Corporation
Emerson Network Power Embedded
Oracle USA, Inc.
Verizon Communications Inc.
Cellco Partnership d/b/a Verizon Wireless

24

Cummins, Inc.
Cummins Power Generation
Cummins Filtration
Cummins Emission Solutions
Cummins Fuel Systems
Cummins Turbo Technologies
Hewlett-Packard Financial Services, Inc.
485 Lexington Owner LLC
Reckson Operating Partnership, L.P.
GTCI

**Additional Parties**
1328556 Ontario Inc.
AC Technologies, Inc.
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos, Lda.
BNR Europe Limited.
Brightspeed SAS.
Capital Telecommunications Funding Corporation
Clarify K.K.
Clarify Limited.
CTFC Canada Inc.
Frisken Investments Pty. Ltd.
Guangdong-Nortel Telecommunications Equipment Company Ltd.
Integrated Networks Limited.
LG-Nortel Co. Ltd.
Matra Communication Cellular Terminals GmbH.
Matra Communications Business Systeme GmbH Germany.
Nor.Web DPL Limited.
Nortel Australia Communication Systems Pty. Limited.
Nortel Communications Holdings (1997) Limited.
Nortel Communications Inc.
Nortel de Mexico, S. de R.L. de C.V.
Nortel GmbH.
Nortel Government Solutions Incorporated.
Nortel Limited. United Kingdom
Nortel Networks (Asia) Limited.
Nortel Networks (Austria) GmbH.
Nortel Networks (Bulgaria) EOOD.
Nortel Networks (CALA) Inc.
Nortel Networks (China) Limited.
Nortel Networks (India) Private Limited.
Nortel Networks (Ireland) Limited.
Nortel Networks (Northern Ireland) Limited.
Nortel Networks (Photonics) Pty Ltd.
Nortel Networks (Shannon) Limited.

Nortel Networks (Thailand) Ltd.
Nortel Networks AB.
Nortel Networks AG.
Nortel Networks Applications Management Solutions Inc.
Nortel Networks AS.
Nortel Networks Australia Pty Limited.
Nortel Networks BV. The Netherlands
Nortel Networks Cable Solutions Inc.
NORTEL NETWORKS CAPITAL CORPORATION
Nortel Networks Chile S.A.
Nortel Networks Communications (Israel) Limited.
Nortel Networks Communications Engineering Ltd.
Nortel Networks Corporation (CAN)
Nortel Networks de Argentina S.A.
Nortel Networks de Bolivia S.A.
Nortel Networks de Colombia S.A.
Nortel Networks de Guatemala Ltda.
Nortel Networks de Mexico S.A. de C.V.
Nortel Networks de Panama S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks del Ecuador S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks del Uruguay S.A.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Networks Electronics Corporation.
Nortel Networks Employee Benefit Trustee Company Limited.
Nortel Networks Engineering Service Kft.
Nortel Networks Europe Sales Limited.
Nortel Networks Financial Services Limited Liability Company.
Nortel Networks France SAS.
Nortel Networks Global Corporation.
Nortel Networks Hispania, S.A.
Nortel Networks HPOCS Inc.
Nortel Networks India International Inc.
Nortel Networks India Technology Private Limited.
Nortel Networks International Corporation.
Nortel Networks International Finance & Holding B.V.
Nortel Networks Israel (Sales and Marketing) Limited.
Nortel Networks Japan.
Nortel Networks Korea Limited.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks Malta Limited.
Nortel Networks Mauritius Ltd.
Nortel Networks Netas Telekomunikasyon A.S.
Nortel Networks New Zealand Limited.
Nortel Networks Northern Telecom Services de Argentina S.A.

Nortel Networks O.O.O.
Nortel Networks Optical Components Inc.
Nortel Networks OY.
Nortel Networks Peru S.A.C.
Nortel Networks Polska Sp. z o.o.
Nortel Networks Portugal, S.A.
Nortel Networks Properties Limited.
Nortel Networks Romania Srl.
Nortel Networks S.p.A.
Nortel Networks S.R.O.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Slovensko, s.r.o.
Nortel Networks South Africa (Proprietary) Limited.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Networks Technology Corporation.
Nortel Networks Telecommunications Equipment (Shanghai) Co., Ltd.
Nortel Networks Telecomunicacoes do Brasil Industria e Comercio Ltda.
Nortel Networks Telecomunicacoes Industria e Comercio Ltda.
Nortel Networks UK Limited.
Nortel Technology Excellence Centre Private Limited.
Nortel Trinidad and Tobago Limited.
Nortel Ukraine Ltd.
Nortel Ventures LLC.
Nortel Vietnam Limited.
Northern Telecom Canada Limited.
Northern Telecom France SA.
Northern Telecom International Inc.
Northern Telecom Maroc SA.
Northern Telecom PCN Limited.
Penril Datacomm Limited.
Periphonics Limited.
Pingtel Corp.
Promatory Communications (UK) Limited
PT Nortel Networks Indonesia.
Qtera Corporation.
R. Betts Investments Pty. Ltd.
Regional Telecommunications Funding Corporation.
Shenyang Nortel Telecommunications Co., Ltd.
Sonoma Systems Europe Limited.
Star 21 Networks GmbH.
Telephone Switching International Limited.
The Nortel Foundation.
TSFC Canada Inc.
X-CEL Communications Limited.
Nortel Networks Corporation

# Exhibit B-2

**List of Parties in Interest, or Affiliates Thereof That Have Engaged, Currently Engage, or Served in Matters with Capstone and their Relationship to the Debtors**

1. Capstone has a relationship with Bank of America, N.A., an apparent affiliate of Bank of America/La Salle, Banc of America Securities, LLC, NationsBank of Texas, NA, and Banc of America on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

2. Capstone has a relationship with The Bank of New York Mellon Corporation, an apparent affiliate of Bank of New York/LDSEG, Bank of New York/London, Bank of New York/Prudential, and Bank of New York/TD BK, Bank of New York/Barclays on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

3. Capstone has a relationship with The Bank of Tokyo Trust Company, an apparent affiliate of The Bank of Tokyo-Mitsubishi UFJ, Ltd. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

4. Capstone has a relationship with Barclays Bank PLC, an apparent affiliate of Barclay's Capital, Inc./Fixed Income Bond-C, Barclay's Capital, Inc., LE on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

5. Capstone has a relationship with BCE on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

6. Capstone has a relationship with BMO Financial Group, an apparent affiliate of BMO Nesbitt Burns, Inc/CDS on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

7. Capstone has a relationship with BNP Paribas, an apparent affiliate of BNP of Paribas Prime Brokerage, Inc., BNP Paribas Securities Corp/Fixed Income, BNP/PPBC on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

8. Capstone has a relationship with Brown Brothers Harriman & Co. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

9. Capstone has a relationship with CIBC World Markets, Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

10. Capstone has a relationship with Comerica Bank on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

11. Capstone has a relationship with Cigna on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

12. Capstone has a relationship with Citadel Investment Group, an apparent affiliate of Citadel Derivatives Group, LLC, Citadel Trading Group, LLC on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

13. Capstone has a relationship with Citigroup Inc. (and certain affiliates including Citigroup Global Markets, Inc.), an apparent affiliate of Citigroup Private Bank & Trust, Citigroup Global Markets, Inc., and Citigroup Financial Services Corp. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

14. Capstone has a relationship with Credit Suisse Group, an apparent affiliate of Credit Suisse Securities (USA) on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

15. Capstone has a relationship with Deutsche Bank, an apparent affiliate of Deutsche Bank Securities, Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

16. Capstone has a relationship with Dresdner Kleinwort Wasserstein, an apparent affiliate of Dresdner Kleinwort Securities LLC on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

17. Capstone has a relationship with Duke Energy on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

18. Capstone has a relationship with Export Development Canada on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

2

19. Capstone has a relationship with Franklin Mutual, an apparent affiliate of Franklin Templeton Mutual Funds on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

20. Capstone has a relationship with Fidelity, an apparent affiliate of Fidelity Investments and Fidelity Treasury Portfolio Fund on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

21. Capstone has a relationship with Goldman Sachs & Co., an apparent affiliate of Goldman Sachs Execution & Clearing, LP and Goldman Sachs International Ltd. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

22. Capstone has a relationship with IBM Corporation on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

23. Capstone has a relationship with Iron Mountain Information Management, Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

24. Capstone has a relationship with Jefferies & Company, Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

25. Capstone has a relationship with JPMorgan Chase & Co., an apparent affiliate of JP Morgan Securities, Inc., JPM/CCS2, JPMGS CAP, JP Morgan Clearing Corp., JP Morgan International, JP Morgan Chase Bank, National Association, JP Morgan Securities Inc./Fixed Income, JP Morgan U.S. Money Market Funds on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

26. Capstone has a relationship with Juniper Networks, Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

27. Capstone has a relationship with KeyBank, N.A. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

28. Capstone has a relationship with Lehman Brothers, Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

3

29. Capstone has a relationship with Loomis Sayles & Company on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

30. Capstone has a relationship with Mackay Shields LLC on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

31. Capstone has a relationship with Merrill Lynch, an apparent affiliate of Merrill Lynch Pierce Fenner & Smith Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

32. Capstone has a relationship with Morgan Stanley, an apparent affiliate of Morgan Stanley & Co. Inc. and Morgan Stanley & Co. Inc./Retail on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

33. Capstone has a relationship with National City Corporation, an apparent affiliate of National City Bank on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

34. Capstone has a relationship with PNC Bank, N.A. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

35. Capstone has a relationship with Pension Benefit Guaranty Corporation on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

36. Capstone has a relationship with Raymond James & Associates, Inc., an apparent affiliate of Raymond James Ltd on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

37. Capstone has a relationship with Royal Bank of Canada and RBC Capital Markets Corporation, an apparent affiliate of RBC Dominion Securities Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

38. Capstone has a relationship with Sankaty Advisors, LLC on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

39. Capstone has a relationship with Scotia Capital Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

40. Capstone has a relationship with SunTrust Bank, Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

41. Capstone has a relationship with TD Securities, an apparent affiliate of TD Ameritrade Inc., TD Waterhouse Canada, Inc. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

42. Capstone has a relationship with UBS, an apparent affiliate of UBS Financial Services, Inc. and UBS Securities, LLC, UBS Realty Investors, LLC on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

43. Capstone has a relationship with Union Bank of California, N.A. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

44. Capstone has a relationship with US Bank, N.A. on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

45. Capstone has a relationship with Wachovia Bank, N.A., an apparent affiliate of Wachovia Securities, LLC, Wachovia Capital Markets, LLC on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

46. Capstone has a relationship with Wells Fargo Bank, National Association (and certain affiliates), on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

47. Capstone has a relationship with Wilmington Trust Company on matters unrelated to the Debtors. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

48. Capstone has in the past worked with, continues to work with, and has mutual clients with, certain law firms who are potential parties-in-interest in these cases or who represent such parties, including, without limitation, Morris Nichols Arsht & Tunnell; Akin Gump Strauss Hauer & Feld LLP; Richards, Layton & Finger, P.A.; Latham & Watkins LLP; Cleary Gottlieb Steen & Hamilton LLP; Bennett Jones LLP; Milbank, Tweed, Hadley & McCloy LLP. Capstone does not believe that these relationships create a conflict of interest regarding the Debtors or these Chapter 11 Cases.

49. Capstone has in the past worked with, continues to work with, and has mutual clients with, certain accounting firms who are potential parties-in-interest in these cases or who represent such parties, including, without limitation, Ernst & Young LLP. Capstone does not believe that this relationship creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

50. Capstone routinely advises businesses in Chapter 11 proceedings, including in Delaware, and may know all or some of the U.S. Trustees and judges involved in this case. Capstone does not believe that this creates a conflict of interest regarding the Debtors or these Chapter 11 Cases.

51. The Debtors have numerous customers, creditors and other parties with whom they maintain business relationships. In addition, there may be a number of smaller firms that are not listed as potential parties-in-interest. Capstone may have advisory or other commercial or professional relationships with such entities or persons unrelated to the Debtors or these Chapter 11 Cases. Capstone does not believe that these relationships create a conflict of interest regarding the debtors or these Chapter 11 Cases.

52. Capstone may have in the past employed and may continue to employ certain insurers or insurance brokers (or their apparent affiliates) who are potential parties-in-interest in these cases. Capstone does not believe that these relationships create a conflict of interest regarding the Debtors or these Chapter 11 Cases.

53. Capstone has in the past and may continue to work on engagements where certain investment banking firms represented or represent the same or other parties, including, without limitation, Jefferies & Company, Inc. and Lazard Frères & Co. LLC. Capstone does not believe that these relationships create a conflict of interest regarding the Debtors or these Chapter 11 Cases.