**Exhibit A**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------X

| | |
|---|---|
| In re: | : |
| | : |
| NORTEL NETWORKS INC., ET AL.,[1] | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Debtors. | : |
| | : |

-----------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## <u>AFFIDAVIT OF MICHAEL HENKIN</u>

I, Michael Henkin, a Managing Director of Jefferies, being duly sworn, hereby deposes and says:

1.     I am a Managing Director of Jefferies & Company, Inc. ("Jefferies"), an investment banking firm with its principal office located at 520 Madison Avenue, New York, NY 10022 with offices located world-wide. I am duly authorized to make and submit this Affidavit on behalf of Jefferies in accordance with section 1103 of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in connection with the application (the "Application"), of the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee") for an order pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code authorizing the Committee to retain and employ Jefferies as its investment

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc..

banker, and Request for Waiver of Certain Requirements Under Local Rules 2016-2(d) and 2016-2(h).

2.      Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[2] Capitalized terms and phrases not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3.      I believe that Jefferies and the professionals it employs are uniquely qualified to advise the Committee in the matters for which Jefferies is proposed to be employed.

4.      In its capacity as the Committee's investment banker as outlined in the Jefferies Engagement Letter, Jefferies is prepared to perform certain post-petition services, including, without limitation, the following:

(a)     become familiar with, to the extent Jefferies deems appropriate, and analyze the business, operations, assets, financial condition and prospects of the Debtors;

(b)     provide a valuation analyses of the Debtors if requested, the form of which will be agreed upon by Jefferies and the Debtors, and provide expert testimony relating to any such valuation;

(c)     advise the Committee on the current state of the restructuring and capital markets;

(d)     assist and advise the Committee in examining and analyzing any potential or proposed strategy for restructuring, amending, redeeming or otherwise adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, any sale under section 363 the Bankruptcy Code, a liquidation, or otherwise (the "Restructuring"), including, where appropriate, assisting the Committee in developing its own strategy for accomplishing a Restructuring;

---

[2] Certain of the disclosures set forth herein relate to matters within the knowledge of other employees at Jefferies and are based on information provided by them.

(e)     assist and advise the Committee in evaluating and analyzing the proposed implementation of any Restructuring, including the value of the securities, if any, that may be issued under any plan of reorganization;

(f)     assist and advise the Committee in evaluating potential financing transactions by the Debtors;

(g)     assist and advise the Committee on tactics and strategies for negotiating with other stakeholders;

(h)     attend meetings of the Committee with respect to matters on which we have been engaged to advise the Committee;

(i)     provide testimony, as necessary and as agreed upon between Jefferies and the Committee, with respect to matters on which we have been engaged to advise the Committee in any proceeding before the Bankruptcy Court;

(j)     render such other advisory services as may from time to time be agreed upon by the Committee and Jefferies, including, but not limited to, providing expert testimony, and other expert and support related to any threatened, expected, or initiated litigation.

5.     In order to perform these services in a cost-effective manner, Jefferies will endeavor to coordinate all its services to the Committee with the other professionals retained in these cases so as to minimize (and, wherever possible, avoid) any unnecessary duplication of services and lessen any potential burden on the Debtors and their professional advisors. Representatives of Jefferies have met with the representatives of Capstone Advisory Group, LLC ("Capstone"), the Committee's financial advisors, and have worked out an appropriate and efficient division of responsibilities.

6.     In connection with its retention by the Committee, Jefferies researched its client database to determine whether it had any relationships with the following categories of entities:

a)     The Debtors and their affiliates;

b)     The Debtors' shareholder;

c)     The Debtors' former and current officers and directors;

3

d)   The Debtors' professionals;

e)   The Debtors' financing providers;

f)   The Debtors' vendors;

g)   The Debtors' litigants;

h)   The Debtors' banks and money market funds;

i)   The Debtors' significant customers;

j)   The Debtors' landlords;

k)   The Debtors' insurers;

l)   Counterparties' to Debtors' Significant Contracts;

m)   The Debtors' Bondholders and Trustees;

n)   The Debtors' Proposed Professionals;

o)   The Debtors' major competitors;

p)   Utilities;

q)   Members of the Committee and proposed professionals;

r)   The indenture trustee;

s)   Other general unsecured creditors on the top 40 consolidated creditor list;

t)   The United States Bankruptcy Judges for the District of Delaware;

u)   The U.S. Trustee;

v)   Parties filing a notice of appearance; and

w)   Ernst and Young, Inc.

The full list of parties in the above categories is included in Schedule 1 attached hereto (the "Potential Parties in Interest"). As part of this inquiry, Jefferies entered the names of Potential Parties in Interest into a computer database containing the names of all clients and conflict information concerning the clients of Jefferies. This inquiry revealed that certain of the Potential

Parties in Interest were current or former Jefferies clients (the list of such clients is referred to herein as the "Client Match List"). Through the information generated from the above-mentioned computer inquiry, and through follow-up inquiries with Jefferies' professionals responsible for certain clients listed on the Client Match List, Jefferies determined that the representation of, or relationship with, the clients on the Client Match List concerned matters unrelated to the Debtors. In particular, to the best of my knowledge, information and belief, Jefferies (a) currently or formerly represented the entities identified on Schedule 2 annexed hereto on matters unrelated to these cases and (b) either made a market in and/or published research on the securities of the entities identified on Schedule 3 annexed hereto.

7.    Also, as part of its diverse global activities, Jefferies is involved in numerous cases, proceedings and transactions involving many different professionals, attorneys, accountants and financial consultants, some of which may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Further, Jefferies has in the past, and may in the future, be represented by several attorneys and law firms in the legal community, some of whom may be involved in these cases. In addition, Jefferies has in the past, and may in the future, be working with or against other professionals involved in these cases in matters wholly unrelated to these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these business relationships constitute interests materially adverse to the Committee herein in matters upon which Jefferies is to be employed, and none are in connection with these cases.

8.    As to the remainder of the individuals and entities set forth in paragraph 6 above, to the best of my knowledge, Jefferies has not been employed by or rendered advisory services to any of them within the past five years.

9.     Except as described herein, neither Jefferies nor, to the best of my knowledge, any employee of Jefferies is or was a creditor or equity holder of the Debtors.

10.     Neither Jefferies nor, to the best of my knowledge, any employee of Jefferies is or was an investment banker for any outstanding security of the Debtors.

11.     Neither Jefferies nor, to the best of my knowledge, any employee of Jefferies is or was, within three years before the commencement of these cases, an investment banker for the Debtors, in connection with the offer, sale or issuance of a security of the Debtors.

12.     Neither Jefferies nor, to the best of my knowledge, any employee of Jefferies is or was within two years before the commencement of these cases, a director, officer or employee of the Debtors.

13.     Jefferies is a global investment banking firm with broad activities covering trading in equities, convertible securities and corporate bonds in addition to its investment banking and financial advisory practice. With more than 80,000 customer accounts around the world, it is possible that one of its clients or a counter-party to a security transaction may hold a claim or otherwise is a party-in-interest in these chapter 11 cases. Furthermore, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, Jefferies regularly enters into securities transactions with other registered broker-dealers as a part of its daily activities. Some of these counter-parties may be creditors of the Debtors. Jefferies believes none of these business relationships constitute interests materially adverse to the Debtors' estates herein in matters upon which Jefferies is to be employed, and none are in connection with these cases.

14.     Jefferies will not, during its engagement in these cases, trade in any securities of the Debtors for or on its own account, and any such trading on account of Jefferies'

6

customers will be conducted only at clients' direction, with Jefferies acting solely as such clients' agent. While Jefferies and/or its affiliates have previously traded and in certain instances held certain securities of the Debtors, neither Jefferies nor its affiliates have any present holdings with respect to the Debtors. Furthermore, the restructuring professionals at Jefferies are not privy to the trading activities of the firm and are not involved in any trading decisions with respect thereto.

15.     Except as may be otherwise set forth herein, to the best of my knowledge, Jefferies, its principals and professionals (i) do not have any connection with the Debtors or their affiliates, their creditors or any other party in interests, and (ii) do not represent any other entity having an adverse interest in connection with these cases. Jefferies does not, has not and will not represent any entity, other than the Committee, in matters related to these chapter 11 cases.

16.     The Debtors have numerous creditors and relationships with various individuals and entities that may be parties in interest in these cases. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflict, including the efforts outlined above, Jefferies is unable to state with certainty whether one of its clients or an affiliated entity holds a claim or otherwise is a party in interest in these chapter 11 cases. If Jefferies discovers any information that is contrary to or pertinent to the statements made herein, Jefferies will promptly disclose such information to the Court on notice to creditors and the United States Trustee. Jefferies does not advise, has not advised, and will not advise any entity, other than the Committee, in matters related to these chapter 11 cases.

17.     The Fee Structure is consistent with Jefferies' typical fee for work of this nature. The fees are set at a level designed to compensate Jefferies fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses. It is Jefferies'

policy to charge its clients for all disbursements and expenses incurred in the rendition of services.

18.     It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys. Jefferies' restructuring professionals, when formally retained in chapter 11 cases, and when required by local rules, do, and in these chapter 11 cases will, keep time records describing their general daily activities, the identity of persons who performed such tasks and the estimated amount of time expended on each activity on a daily basis. Jefferies' restructuring personnel do not maintain their time records on a "project category" basis. I believe that for Jefferies to recreate the time entries for its restructuring personnel and require its non-restructuring personnel to record their time as prescribed by the Local Rules would be, in each case, unduly burdensome and time-consuming.

19.     The Fee Structure is comparable to those generally charged by financial advisory and investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court, and reflect a balance between a fixed, monthly fee, and a contingency amount which is tied to the consummation and closing of the transactions contemplated in the Jefferies Engagement Letter.

20.     The Indemnity is a reasonable term and condition of Jefferies' engagement. Unlike the market for other professionals that a debtor or committee may retain, indemnification is a standard term of the market for investment bankers and financial advisors. In fact, the Indemnity is comparable to those generally obtained by financial advisory and investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court.

8

21.     The proposed retention is reasonable and based on the customary compensation charged by Jefferies and comparably skilled practitioners in matters outside and other than chapter 11 cases, as well as cases under chapter 11, and has been approved and implemented in not just this jurisdiction but also in chapter 11 cases elsewhere. Indeed, the entire engagement as set forth in the Jefferies Engagement Letter is common within the industry and reflects what is considered to be "market" both in and out of chapter 11 proceedings, in each case, in light of Jefferies' experience in reorganizations and the scope of work to be performed pursuant to its retention.

22.     Other than as set forth above, no other arrangement is proposed between the Committee and Jefferies for compensation to be paid in these cases.

23.     Jefferies recognizes that there is an ongoing obligation to disclose relevant information with respect to the matters contained herein. Jefferies will file supplemental affidavits regarding this retention if any additional relevant information comes to its attention.

24.     The foregoing constitutes the statement of Jefferies pursuant to sections 504 and 1103 of the Bankruptcy Code, and Bankruptcy Rules 2014(a) and 2016(b).

*[Continued on Next Page]*

I declare that the foregoing is true and correct to the best of my knowledge.  Executed this 2th

day of February, 2009 in New York.

_____
Michael Henkin
Managing Director

SWORN TO AND SUBSCRIBED before
me this __12__ day of February, 2009 in _New York_

_____
            Notary Public

**CAITLIN YARDENY**
Notary Public  State of New York
No  01YA6115750
Qualified in Kings County
My Commission Expires September 13, 2012

DB02:7804965.3                                                    900002.0001

## Schedule 1

### Disclosure of Jefferies & Company, Inc.

### Potential Parties in Interest

## Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.

11

Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.

Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.

Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

**Current Directors and Officers of the Debtors and for two years prior to the Petition Date**

## Current Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

## Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

## Current Directors and Officers of NNCC

Paul W. Karr
John Doolittle
Jeffrey T. Wood

14

William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

## Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

## Current Directors and Officers of Alteon WebSystems, Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

## Current Directors and Officers of Alteon WebSystems International, Inc.

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date**

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

**Current Directors and Officers of Architel Systems (U.S.) Corporation**

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

**Current Directors and Officers of Xros, Inc..**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri

16

Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Sonoma Systems

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

## Current Directors and Officers of Qtera Corporation

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

## Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

## Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks Optical Components Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

18

## Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks HPOCS Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs

Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

## Current Directors and Officers of Northern Telecom International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura

Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

## Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

## Debtors' Vendors

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation

22

Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International

23

Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

## Debtors' Litigants

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

## Debtors' Lenders

Export Development Canada

## Debtors' Banks and Money Market Funds

Citibank
Bank of America

Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

## Debtors' Significant Customers

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

## Debtors' Landlords

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership

IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company

Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

**Debtors' Insurers**

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

**Debtors' Bondholders and Trustees**

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[3]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.

---

[3]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

28

First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc

SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

## Debtors' Proposed Professionals

Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP
Cleary Gottlieb Steen & Hamilton LLP
Shearman & Sterling LLP
Epiq Bankruptcy Solutions, LLC

## Debtors' Major Competitors

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE

NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

## Top 40 Unsecured Creditors

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

## Utilities

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing

Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc
American Movil
Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP

## Members of the Committee and Proposed Professionals

Airvana, Inc.
The Bank of New York Mellon
Flextronics Corporation
Pension Benefit Guaranty Corporation
Fraser Milner Casgrain LLP
Richards, Layton & Finger
Capstone Advisory Group, LLC
Akin Gump Strauss Hauer & Feld LLP
Ashurst LLP

## Parties Filing a Notice of Appearance (As of January 26, 2009)

Richardson ISD (Texas)
Dallas County, City of Richardson (Texas)
Texas Comptroller of Public Accounts
Margolis Edelstein
Iron Mountain Information Management, Inc.
Telmar Network Technology, Inc.
Precision Communication Services, Inc.
UBS Realty Investors LLC
Technology Park X Limited Partnership
Allen & Overy LLP
Export Development Canada
Bexar County (Texas)
Westcon Group North America Inc.
Communications Test Design, Inc.
Microsoft Corporation
Microsoft Licensing, GP
SprintCom, Inc.
Sprint/United Management Company
JDS Uniphase Corporation
Flextronics Telecom Systems Ltd.

The Prudential Insurance Company of America
American International Corporation
Tata Consultancy Services Limited
Scott Douglass
Hewlett-Packard Company
Sun Microsystems, Inc.
Polycom, Inc.
Campbell Creek, Ltd.
Tellabs Operations, Inc.
Computer Sciences Corporation
Glow Networks, Inc.
IBM Corporation
Powerwave Technologies, Inc.
Johnson Controls, Inc.
NeoPhotonics Corporation
Emerson Network Power Embedded
Oracle USA, Inc.
Verizon Communications Inc.
Cellco Partnership d/b/a Verizon Wireless
Cummins, Inc.
Cummins Power Generation
Cummins Filtration
Cummins Emission Solutions
Cummins Fuel Systems
Cummins Turbo Technologies
Hewlett-Packard Financial Services, Inc.
485 Lexington Owner LLC
Reckson Operating Partnership, L.P.
GTCI

34

## Schedule 2

### Disclosure of Jefferies & Company, Inc.

#### Results of Conflicts Search – Current/Former Clients and/or Representations

| Party | Relationship |
|-------|--------------|
| X-CEL Communications | Current or former client on a matter unrelated to these cases [or the Debtors] [for all similar descriptions] |
| JDS Uniphase Corporation | Current or former client on a matter unrelated to these cases |
| Motorola Corporation | Current or former client on a matter unrelated to these cases |
| Artesyn Technologies | Current or former client on a matter unrelated to these cases |
| Audiocodes Ltd. | Current or former client on a matter unrelated to these cases |
| Astec | Current or former client on a matter unrelated to these cases |
| Qualcomm Inc. | Current or former client on a matter unrelated to these cases |
| Trapeze Networks Inc. | Current or former client on a matter unrelated to these cases |
| Hewlitt Packard | Current or former client on a matter unrelated to these cases |
| Sun Microsystems | Current or former client on a matter unrelated to these cases |
| Wipro | Current or former client on a matter unrelated to these cases |
| ITC | Current or former client on a matter unrelated to these cases |
| Polycom | Current or former client on a matter unrelated to these cases |
| Johnson Controls Inc. | Current or former client on a matter unrelated to these cases |
| Cigna | Current or former client on a matter unrelated to these cases |
| Verizon New York, Inc. | Current or former client on a matter unrelated to these cases |
| Citibank | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |

| | |
|---|---|
| Bank of America | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Deutsche Bank | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case unrelated to these cases |
| JP Morgan | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Morgan Stanley | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| UBS | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Federated Treasury Obligations | Current or former client on a matter unrelated to these cases |
| JP Morgan U.S. Money Market Funds | Current or former client on a matter unrelated to these cases |
| Fidelity Treasury Portfolio Fund | Current or former client on a matter unrelated to these cases |
| Dreyfus Government Cash Management Fund | Current or former client on a matter unrelated to these cases |
| Government Prime Cash Management Fund | Current or former client on a matter unrelated to these cases |
| Reserve Primary Fund | Current or former client on a matter unrelated to these cases |
| Verizon | Current or former client on a matter unrelated to these cases |
| AT&T | Current or former client on a matter unrelated to these cases |
| BCE | Current or former client on a matter unrelated to these cases |
| Telefonica | Current or former client on a matter unrelated to these cases |
| Datatec Networking and Com. | Current or former client on a matter unrelated to these cases |
| Tech Data Corp. | Current or former client on a matter unrelated to these cases |

| | |
|---|---|
| Hewlitt Packard Financial Services | Current or former client on a matter unrelated to these cases |
| AIG Commercial Insurance Company of Canada | Current or former client on a matter unrelated to these cases |
| Great American Insurance Group | Current or former client on a matter unrelated to these cases |
| Bank of New York | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Amalgated Bank | Current or former client on a matter unrelated to these cases |
| Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America | Current or former client on a matter unrelated to these cases |
| The Bank of New York Mellon | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Barclay's Capital, Inc./Fixed Income Bond-C | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Barclay's Capital, Inc., LE | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| BNY-SBL/PB | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| BNP Paribas Prime Brokerage, Inc. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| BNP Paribas Securities Corp/Fixed Income | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| BNP/PPBC | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |

| | |
|---|---|
| Bank of New York/LDSEG | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Bank of New York/London | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Bank of New York/Prudential | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Bank of New York/TD BK | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Bank of America/ La Salle | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Bank of New York/Barclays | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Citigroup Global Markets, Inc./Salomon Brothers | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| CIBC World Markets, Inc. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Citigroup Private Bank & Trust | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Citigroup Global Markets, Inc. or Citigroup Financial Services Corp. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Credit Suisse Securities (USA) | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |

| | |
|---|---|
| Deutsche Bank Securities, Inc. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Dresdner Kleinwort Securities LLC | Current or former client on a matter unrelated to these cases |
| E*Trade Capital Markets, LLC; E*Trade Cleary, LLC | Current or former client on a matter unrelated to these cases |
| Goldman Sachs & Co. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Goldman Sachs Execution & Clearing, LP | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Goldman Sachs International Ltd. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| JP Morgan Securities, Inc. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| JPM/CCS2 | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| JPM/GS CAP | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| JP Morgan Clearing Corp. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| JP Morgan International | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| JP Morgan Chase Bank, National Association | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |

| | |
|---|---|
| JP Morgan Securities Inc./Fixed Income | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Keybank National Association | Current or former client on a matter unrelated to these cases |
| Lehman Brothers, Inc. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Morgan Stanley & Co. Inc. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Morgan Stanley & Co. Inc./Retail | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| National City Bank | Current or former client on a matter unrelated to these cases |
| PNC Bank, NA | Current or former client on a matter unrelated to these cases |
| Raymond James & Associates, Inc. | Current or former client on a matter unrelated to these cases |
| Raymond James Ltd. | Current or former client on a matter unrelated to these cases |
| Scotia Capital Inc. | Current or former client on a matter unrelated to these cases |
| UBS Financial Services, Inc. | Current or former client on a matter unrelated to these cases |
| UBS Securities, LLC | Current or former client on a matter unrelated to these cases |
| US Bank NA | Current or former client on a matter unrelated to these cases |
| Wachovia Bank, NA | Jefferies had numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Wachovia Securities, LLC | Jefferies had numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |

| | |
|---|---|
| Wachovia Capital Markets, LLC | Jefferies had numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case |
| Morris, Nichols, Arsht & Tunnell LLP | Jefferies has employed this firm in other matters in the past. We do not believe any of the relationships pose a conflict of interest in this case |
| Tellabs, Inc. | Current or former client on a matter unrelated to these cases |
| Siemens Enterprise | Current or former client on a matter unrelated to these cases |
| Siemens Networks | Current or former client on a matter unrelated to these cases |
| Avaya | Current or former client on a matter unrelated to these cases |
| IBM | Current or former client on a matter unrelated to these cases |
| Computer Science Corporation | Current or former client on a matter unrelated to these cases |
| Tata Consultancy Services | Current or former client on a matter unrelated to these cases |
| Wipro Systems Ltd. | Current or former client on a matter unrelated to these cases |
| Wipro Technologies | Current or former client on a matter unrelated to these cases |
| GFI Inc. | Current or former client on a matter unrelated to these cases |
| Pension Benefit Guaranty Corporation | Current or former client on a matter unrelated to these cases |
| Con Ed | Current or former client on a matter unrelated to these cases |
| Comcast | Current or former client on a matter unrelated to these cases |
| Level 3 Communications | Current or former client on a matter unrelated to these cases |
| Masergy Communications, Inc. | Current or former client on a matter unrelated to these cases |
| MCI | Current or former client on a matter unrelated to these cases |
| Ernst & Young Inc. | Ernst & Young provides Jefferies with accounting services |
| Polycom | Current or former client on a matter unrelated to these cases |

| Powerwave Technologies, Inc. | Current or former client on a matter unrelated to these cases |
| NeoPhotonics Corporation | Current or former client on a matter unrelated to these cases |

## Schedule 3

### Disclosure of Jefferies & Company, Inc.

<u>Results of Conflicts Search – Market Making and Research</u>

| Party | Relationship |
|---|---|
| JDS Uniphase Corporation | Jefferies makes a market in securities of this company |
| Applied Micro Circuits Corporation | Jefferies makes a market in securities of this company |
| Audiocodes Ltd. | Jefferies makes a market in securities of this company |
| Sanmina SCI Corporation | Jefferies makes a market in securities of this company |
| Astec | Jefferies makes a market in securities of this company |
| Qualcomm Inc. | Jefferies makes a market in securities of this company |
| Xilinx Inc. | Jefferies makes a market in securities of this company |
| Altera | Jefferies makes a market in securities of this company |
| Broadcom Corporation | Jefferies makes a market in securities of this company |
| Sun Microsystems | Jefferies makes a market in securities of this company |
| Airvana | Jefferies makes a market in securities of this company |
| Microsoft Corporation | Jefferies makes a market in securities of this company |
| Oracle Corporation | Jefferies makes a market in securities of this company |
| Wind River Systems Inc. | Jefferies makes a market in securities of this company |
| Tejas | Jefferies makes a market in securities of this company |
| Infosys | Jefferies makes a market in securities of this company |
| Bell Micro | Jefferies makes a market in securities of this company |
| ITC | Jefferies makes a market in securities of this company |

| | |
|---|---|
| Airspan | Jefferies makes a market in securities of this company |
| Polycom | Jefferies makes a market in securities of this company |
| Flextronics | Jefferies makes a market in securities of this company |
| Tech Data Corp. | Jefferies makes a market in securities of this company |
| Charles Schwab & Co., Inc. | Jefferies makes a market in securities of this company |
| Huntington National Bank | Jefferies makes a market in securities of this company |
| Interactive Brokers, LLC/Retail Clearance | Jefferies makes a market in securities of this company |
| The Northern Trust Company | Jefferies makes a market in securities of this company |
| TD Ameritrade Inc. | Jefferies makes a market in securities of this company |
| Trustmark | Jefferies makes a market in securities of this company |
| UMB Bank NA | Jefferies makes a market in securities of this company |
| The Fifth Third Bank | Jefferies makes a market in securities of this company |
| Ciena Corporation | Jefferies makes a market in securities of this company |
| Cisco Systems, Inc. | Jefferies makes a market in securities of this company |
| Tellabs, Inc. | Jefferies makes a market in securities of this company |
| Juniper Networks, Inc. | Jefferies makes a market in securities of this company |
| NEC | Jefferies makes a market in securities of this company |
| Foundry | Jefferies makes a market in securities of this company |
| Flextronics | Jefferies makes a market in securities of this company |
| Flextronics America LLC | Jefferies makes a market in securities of this company |
| Flextronics International Europe BV | Jefferies makes a market in securities of this company |
| Flextronics International | Jefferies makes a market in securities of this company |

| | |
|---|---|
| Infosys Technologies Ltd. | Jefferies makes a market in securities of this company |
| Airspan Communications Ltd. | Jefferies makes a market in securities of this company |
| GFI Inc. | Jefferies makes a market in securities of this company |
| Global Crossing Conferencing | Jefferies makes a market in securities of this company |
| Level 3 Communications | Jefferies makes a market in securities of this company |
| PCCW Global Inc. | Jefferies makes a market in securities of this company |
| Microsoft Licensing, GP | Jefferies makes a market in securities of this company |
| Flextronics Telecom Systems Ltd. | Jefferies makes a market in securities of this company |
| Tellabs Operations Inc. | Jefferies makes a market in securities of this company |
| Powerwave Technologies, Inc. | Jefferies makes a market in securities of this company |
| Oracle USA, Inc. | Jefferies makes a market in securities of this company |
| Alcatel-Lucent | Jefferies publishes research on this company |
| Allianz Global Risks US Insurance Company | Jefferies publishes research on this company |
| Altera | Jefferies publishes research on this company |
| Broadcom Corporation | Jefferies publishes research on this company |
| Ciena Corporation | Jefferies publishes research on this company |
| Cisco Systems, Inc. | Jefferies publishes research on this company |
| Computer Science Corporation | Jefferies publishes research on this company |
| Con Ed | Jefferies publishes research on this company |
| Duke Energy Company | Jefferies publishes research on this company |
| Embarq | Jefferies publishes research on this company |
| Foundry | Jefferies publishes research on this company |

| | |
|---|---|
| FPL | Jefferies publishes research on this company |
| GFI Inc. | Jefferies publishes research on this company |
| Global Crossing Conferencing | Jefferies publishes research on this company |
| Infosys Technologies Ltd. | Jefferies publishes research on this company |
| Juniper Networks, Inc. | Jefferies publishes research on this company |
| Kuehne & Nagel International AG | Jefferies publishes research on this company |
| Level 3 Communications LLC | Jefferies publishes research on this company |
| Microsoft Corporation | Jefferies publishes research on this company |
| Microsoft Licensing GP | Jefferies publishes research on this company |
| Motorola Corporation | Jefferies publishes research on this company |
| Nortel Networks Corporation | Jefferies publishes research on this company |
| Oracle Corporation | Jefferies publishes research on this company |
| Oracle USA, Inc. | Jefferies publishes research on this company |
| PG&E – California | Jefferies publishes research on this company |
| Polycom,Inc. | Jefferies publishes research on this company |
| Powerwave Technologies, Inc. | Jefferies publishes research on this company |
| Qualcomm Inc. | Jefferies publishes research on this company |
| Tellabs Operations, Inc | Jefferies publishes research on this company |
| Texas Instruments Inc. | Jefferies publishes research on this company |
| Xilinx Inc. | Jefferies publishes research on this company |