**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
:
*In re* :                                              Chapter 11
:                                                      Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                       :   Jointly Administered
:
Debtors                           :
:
------------------------------------------------------X

## AFFIDAVIT OF MICHAEL J. FRISHBERG IN SUPPORT OF
## THE APPLICATION FOR ORDER UNDER 11 U.S.C. 105(A), 1102(B)(3) AND 1103(C)
## AUTHORIZING THE RETENTION OF KURTZMAN CARSON CONSULTANTS, LLC
## AS COMMUNICATIONS AGENT FOR THE OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS AND APPROVING RELATED AGREEMENT,
## NUNC PRO TUNC TO JANUARY 26, 2009

State of California          )
) ss:
County of Los Angeles        )

I, Michael J. Frishberg, being duly sworn, deposes and says:

1.       I am the Director of Restructuring Services of Kurtzman Carson Consultants,

LLC ("KCC") and I am authorized to make and submit this affidavit (the "Affidavit") on behalf

of KCC. This Affidavit is submitted in support of the Application of the Official Committee of

Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al., (collectively, the

"Debtors"), for authorization to retain KCC as official communications agent ("Agent") in the

Debtors' chapter 11 cases, pursuant to §§ 11 U.S.C. 105(a), 1102(b)(3) and 1103(c) (the

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

"Application") and to approve a related agreement, nunc pro tunc to January 26, 2009. The statements contained herein are based upon personal knowledge.

2.    KCC is one of the country's leading chapter 11 administrators with expertise in noticing, claims processing, balloting and distribution. In the normal course of its business, KCC is often called upon to create websites for the purpose of providing access to information to creditors. KCC is well qualified to provide the Committee and the Debtors' creditors with access to information in connection with these cases. Recent large chapter 11 cases in this and other Districts in which KCC has been retained as noticing and claims agent and created websites to provide access to information include: In re VeraSun Energy Corporation, et al., Case No. 08-12606 (Bankr. D. Del. 2008); In re Mervyn's Holdings, LLC, et al., Case No. 08-11586 (Bankr. D. Del. 2008); In re Washington Mutual, Inc., et al., Case No. 08-12229 (Bankr. D. Del. 2008); In re Archway Cookies LLC, et al., Case No. 08-12323 (Bankr. D. Del. 2008); In re Sharper Image Corporation, Case No. 08-10322 (Bankr. D. Del. 2008); In re Paper International, Inc., et al., Case No. 08-13917 (Bankr. S.D.N.Y. 2008); In re Interep National Radio Sales, Inc., et al., Case No. 08-11079 (Bankr. S.D.N.Y. 2008); In re Tricom S.A., Case No. 08-10720 (Bankr. S.D.N.Y. 2008); In re Wellman, Inc., et al., Case No. 08-10595 (Bankr. S.D.N.Y. 2008); In re Woodside Group, LLC, et al., Case No. 08-20682 (Bankr. C.D. Cal. 2008); In re CHA Hawaii, LLC, Case No. 08-12027 (Bankr. D. Hawaii 2008); In re Kimball Hill, Inc., et al., Case No. 08-10095 (Bankr. N.D. Ill. 2008); In re BHM Technologies Holdings, Inc., et al., Case No. 08-04413 (Bankr. W.D. Mich. 2008); In re The Wornick Company, et al., Case No. 08-10654 (Bankr. S.D. Ohio 2008); In re TOUSA, Inc. et al., Case No. 08-10928 (Bankr. S.D. Fla. 2008); In re Levitt and Sons, LLC, et al., Case No. 07-19845, (Bankr. S.D. Fla., 2007). As such, KCC

is well qualified to prepare the Committee Website and to assist the Committee in providing the Debtors' unsecured creditors with access to information in connection with these cases.

3.      The Committee selected KCC to serve as its communications agent for these cases, as set forth in more detail in the Application filed contemporaneously herewith. To the best of my knowledge, neither KCC, nor any of its professional personnel, have any relationship with the Committee or the Debtors that would impair KCC's ability to serve as Agent. KCC does have relationships with some of the Debtors' creditors, but they are in matters completely unrelated to these cases, either as vendors or in cases where KCC serves in a neutral capacity as a bankruptcy claims and noticing agent or class action settlement claims administrator. KCC's assistance in the cases where KCC acts as a bankruptcy claims and noticing agent or class action settlement claims administrator has been primarily related to the design and dissemination of legal notice and other administrative functions in class actions. KCC has working relationships with certain of the professionals retained by the Committee or the Debtors and other parties herein, but such relationships are completely unrelated to the Debtors' cases. In addition, KCC personnel may have relationships with some of the Debtors' creditors. Such relationships are, however, of a personal financial nature and are wholly unrelated to the Debtors' cases. KCC has and will continue to represent clients in matters unrelated to the Debtors' cases and has had and will continue to have relationships in the ordinary course of its business with certain vendors and professionals in connection with matters unrelated to these cases.

4.      In connection with its proposed retention by the Committee in these cases, KCC undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. In connection with this inquiry, KCC obtained the names set forth in a list of parties identified in the Debtors'

application to retain Cleary Gottlieb Steen & Hamilton LLP ("Cleary") as counsel to the Debtors (the "Cleary Application"), and additional parties identified by Akin Gump Strauss Hauer & Feld LLP (counsel to the Committee), which included: (i) the Debtors; (ii) the Debtors' affiliates; (iii) significant stockholders/investors; (iv) current and former directors/managers (up to two years); (v) current and former officers (up to two years); (vi) vendors and counterparties to significant contracts; (vii) litigation parties; (viii) the Debtors' lenders; (ix) the Debtors' banks and money market funds; (x) the Debtors' significant customers; (xi) the Debtors' landlords; (xii) insurance companies; (xiii) bondholders and trustees; (xiv) the Debtors' proposed professionals; (xv) the Debtors' major competitors; (xvi) top 40 unsecured creditors; (xvii) utilities; (xviii) other parties in interest; (xix) parties that have filed notices of appearance in these cases as of January 26, 2009; and (xx) current members of the Committee and their proposed professionals.    A copy of the list of the parties searched by KCC is annexed hereto as Schedule 1 (collectively, the "Searched Parties").  With the exception of sub-categories (xix) and (xx) listed above, the entities listed in Schedule 1 were identified in the Cleary Application.

5.    KCC is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, in that KCC and its professional personnel: (a) are not creditors, equity security holders or insiders of the Debtors; (b) are not and were not, within two years before the date of the filing of the Debtors' petitions, directors, officers or employees of the Debtors; and (c) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

6.    To the best of my knowledge, KCC has not been retained to assist any entity or person other than the Committee on matters relating to, or in connection with, these chapter 11 cases. If KCC's proposed retention is approved by this Court, KCC will not accept any engagement or perform any service for any entity or person other than the Committee in the Debtors' cases. KCC may, however, provide professional services to entities or persons that may be creditors or parties in interest in the Debtors' cases, which services do not relate to, or have any direct connection with, the Debtors' cases, the Committee or the Debtors.

Michael J. Frishberg

Subscribed and sworn to (or affirmed) before me
this 12th day of February, 2009 by Michael J. Frishberg,
proved to me on the basis of satisfactory evidence to be
the person who appeared before me.

Notary Public
Commission # 1610322
Expires 10/1/2009

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

**SCHEDULE 1**

**Potential Parties in Interest**

**Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))**

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD

Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.

2

Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS

3

Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

**Current Directors and Officers of the Debtors and for two years prior to the Petition Date**

## Current Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

## Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

## Current Directors and Officers of NNCC

Paul W. Karr
John Doolittle
Jeffrey T. Wood
William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

4

**Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date**

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

**Current Directors and Officers of Alteon WebSystems, Inc.**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

**Current Directors and Officers of Alteon WebSystems International, Inc.**

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date**

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney

5

A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

## Current Directors and Officers of Architel Systems (U.S.) Corporation

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

## Current Directors and Officers of Xros, Inc..

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Sonoma Systems

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

## Current Directors and Officers of Qtera Corporation

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

7

**Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date**

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

**Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.**

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

**Current Directors and Officers of Nortel Networks Optical Components Inc.**

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

**Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date**

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri

8

Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks HPOCS Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

## Current Directors and Officers of Northern Telecom International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

## Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

## Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt

10

Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

## Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood

Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

## Debtors' Vendors

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation

12

Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

## Debtors' Litigants

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

## Debtors' Lenders

Export Development Canada

## Debtors' Banks and Money Market Funds

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund

Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

## Debtors' Significant Customers

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

## Debtors' Landlords

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.

USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC

16

Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

## Debtors' Insurers

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

## Debtors' Bondholders and Trustees

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C

17

Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank

---

[1]     Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the
beneficial holders are not known to the Debtors.

Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank

19

TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

**Debtors' Proposed Professionals**

Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP
Cleary Gottlieb Steen & Hamilton LLP
Shearman & Sterling LLP
Epiq Bankruptcy Solutions, LLC

**Debtors' Major Competitors**

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

20

**<u>Top 40 Unsecured Creditors</u>**

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

IBM Corporation

Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

**Utilities**

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc
American Movil

22

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP

## Members of the Committee and Proposed Professionals

Airvana, Inc.
The Bank of New York Mellon
Flextronics Corporation
Pension Benefit Guaranty Corporation
Fraser Milner Casgrain LLP
Richards, Layton & Finger
Capstone Advisory Group, LLC
Akin Gump Strauss Hauer & Feld LLP
Ashurst LLP

## Parties Filing a Notice of Appearance (As of January 26, 2009)

Richardson ISD (Texas)
Dallas County, City of Richardson (Texas)
Texas Comptroller of Public Accounts
Margolis Edelstein
Iron Mountain Information Management, Inc.
Telmar Network Technology, Inc.
Precision Communication Services, Inc.
UBS Realty Investors LLC
Technology Park X Limited Partnership
Allen & Overy LLP
Export Development Canada
Bexar County (Texas)
Westcon Group North America Inc.
Communications Test Design, Inc.
Microsoft Corporation
Microsoft Licensing, GP
SprintCom, Inc.
Sprint/United Management Company
JDS Uniphase Corporation
Flextronics Telecom Systems Ltd.
The Prudential Insurance Company of America
American International Corporation
Tata Consultancy Services Limited
Scott Douglass
Hewlett-Packard Company
Sun Microsystems, Inc.
Polycom, Inc.
Campbell Creek, Ltd.

Tellabs Operations, Inc.
Computer Sciences Corporation
Glow Networks, Inc.
IBM Corporation
Powerwave Technologies, Inc.
Johnson Controls, Inc.
NeoPhotonics Corporation
Emerson Network Power Embedded
Oracle USA, Inc.
Verizon Communications Inc.
Cellco Partnership d/b/a Verizon Wireless
Cummins, Inc.
Cummins Power Generation
Cummins Filtration
Cummins Emission Solutions
Cummins Fuel Systems
Cummins Turbo Technologies
Hewlett-Packard Financial Services, Inc.
485 Lexington Owner LLC
Reckson Operating Partnership, L.P.
GTCI