**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                                       :
                                                       :    Chapter 11
                                                       :
In re                                                  :
                                                       :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                         :
                                                       :    Jointly Administered
                         Debtors.                      :
                                                       :
                                                       :
                                                       :
-------------------------------------------------------X
```

## DECLARATION OF FRANK A. SAVAGE IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF LAZARD FRÈRES & CO. LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

I, Frank A. Savage, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge:

1.      I am a Managing Director of the firm Lazard Frères & Co. LLC ("Lazard" or the "Firm"), which has its principal office at 30 Rockefeller Plaza, New York, New York 10020.  I am authorized to execute this declaration on behalf of Lazard.  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.      This declaration is being submitted in connection with the proposed retention of Lazard as financial advisor to the Debtors to perform services as set forth in the Debtors'

---

¹       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

application for an order authorizing the employment and retention of Lazard (the "Application").[2]

3.     Lazard is the US operating subsidiary of a preeminent international financial advisory and asset management firm.  Lazard, together with its predecessors and affiliates, has been advising clients around the world for over 150 years.  Lazard has dedicated professionals who provide restructuring services to its clients.

4.     The current managing directors, directors, vice presidents and associates of Lazard have extensive experience working with financially troubled companies in complex financial restructurings out-of-court and in chapter 11 proceedings.  Lazard and its principals have been involved as advisor to debtor, creditor and equity constituencies and government agencies in many reorganization cases.  Since 1990, Lazard's professionals have been involved in over 250 restructurings, representing over $1,000 billion in debtor assets.

5.     Lazard has provided financial advisory services to Nortel Networks Corporation (and, at times, its controlled subsidiaries) ("NNC") and certain of its legal counsel in connection with a variety of matters, dating back to as early as 2005.  In particular, starting in 2005, Lazard provided financial advisory services to NNC's legal counsel in connection with various suits involving NNC, including the class action compliant filed in the U.S. District Court for the Middle District of Tennessee on behalf of participants and beneficiaries of the Nortel Networks Long-Term Investment Plan under the Employee Retirement Income Security Act.  In 2006 and 2007, Lazard provided financial advisory services to NNC in connection with the refinancing of NNC's senior notes and a potential transaction with a particular counterparty (along with other alternative transactions).  And, in 2008, Lazard acted as a financial advisor to NNC in connection

---

[2]     Capitalized terms used, but not defined, herein shall have the same meanings as in the Application.

with evaluating the financial implications of certain potential transactions that NNC contemplated.  In addition, LCM (as defined below) served as a co-manager in NNC's March 2007 offering of senior unsecured convertible notes.

6.      Also, prior to the commencement of these cases, Lazard advised the Debtors and their affiliates, including their Canadian parents, regarding various restructuring and other matters.  Because the Debtors' and their Canadian parents' interests are united in their integrated, co-dependent business relationship, the Debtors' ability to successfully reorganize is dependent on the reorganization of the jointly operated Nortel businesses in Canada and in the U.S. in a strategic transaction, on a stand alone basis, and/or through the sale of one of more Nortel business segments that are located in both Canada and the U.S.  As a result, the Debtors and their Canadian parents desire to have Lazard continue to provide advice to all of them pursuant to the Agreement regarding issues that affect their joint interests and their respective reorganization efforts in order to facilitate a joint and harmonious approach to the Company's restructuring in both jurisdictions.  Both the Debtors and their Canadian parents, therefore, are parties to the Agreement as the services thereunder may benefit the Debtors, their Canadian parents and/or their affiliates.

7.      In connection with its proposed retention by the Debtors in these cases, Lazard undertook to determine whether Lazard had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors.  Specifically, Lazard obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Potential Parties-in-Interest") and such parties are listed on Schedule 1 annexed hereto.  Lazard has researched its electronic client files and records to determine its connections with the Potential

2

Parties-in-Interest. To the extent that I have been able to ascertain that Lazard has been retained within the last three years to represent any Potential Party-in-Interest (or its apparent parent company or an apparent subsidiary of such parent company (any of such, a "Related Entity")) in matters unrelated to these cases, such Potential Party-in-Interest (or the apparent parent company) is listed on Schedule 2 annexed hereto. Lazard's representation of each entity listed on Schedule 2 (or its Related Entity), however, was or is only on matters that are unrelated to the Debtors and these cases. Other than as listed on Schedule 2 or otherwise set forth herein, I am unaware of any engagements of Lazard by the Potential Parties-in-Interest (or their Related Entities) within the last three years.[3]

8.      In addition to the entities listed on Schedule 2, Lazard may also have represented certain Potential Parties-in-Interest (or their Related Entities) in the past and Lazard may have worked with, continue to work with, and/or have mutual clients with, certain accounting and law firms who appear on the Potential Parties-in-Interest list.

9.      Given the size of the Firm and the breadth of Lazard's client base, it is possible that Lazard may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge. In addition, the Debtors have numerous customers, creditors and other parties with whom they maintain business relationships and some may not be included as Potential Parties-in-Interest. To the extent that Lazard discovers any, or enters into any new, material relationship with Potential Parties-in-Interest, it will use reasonable efforts to supplement this disclosure to the Court. Additionally, as noted above, Lazard is the US operating subsidiary of an international financial advisory and asset management firm and thus

---

[3]      In addition to that otherwise set forth herein, it is noted that a Lazard Managing Director that is on the team advising the Debtors sits on the board of directors of Jabil Circuit, Inc. ("Jabil"), one of the Debtors' creditors. This Managing Director has agreed to recuse himself in his capacity as director of Jabil from any deliberations or decisions taken by the board of Jabil regarding the Debtors and to recuse himself from advising the Debtors in respect of deliberations or decisions taken by the Debtors regarding Jabil.

has several legally separate and distinct affiliates. Although it is possible that employees of certain affiliates may assist Lazard in connection with Lazard's engagement, as Lazard is the only entity being retained by the Debtors, we have researched only the electronic client files and records of Lazard, not of all of its affiliates, to determine connections with any Potential Parties-in-Interest.

10.    Lazard also has an asset management affiliate, Lazard Asset Management LLC ("LAM"). While Lazard receives payments from LAM generated by LAM's business operations, LAM is operated as a separate and distinct affiliate and is separated from the Firm's other businesses, including Lazard's financial advisory services group and its managing directors and employees advising the Debtors, by an ethical wall. As part of its regular business operations, LAM may act as an investment advisor or trade securities (including in discretionary client accounts, and through LAM's operation of hedge funds and mutual funds, in which cases investment decisions are made by LAM), including on behalf of creditors, equity holders or other parties in interest in these cases, and Lazard or its affiliates, managing directors and employees. Some of these LAM accounts and funds may now or in the future hold debt or equity securities of the Debtors. Lazard has in place compliance procedures to ensure that no confidential or non-public information concerning the Debtors has been or will be available to employees of LAM.[4]

---

[4]    Effective May 10, 2005, Lazard transferred its alternative investments business (which includes fund management and investment) and capital markets business (which includes equity research, syndicate, sales and trading) to new privately-held companies, Lazard Alternative Investments LLC ("LAI") and Lazard Capital Markets LLC ("LCM"), respectively, which are neither owned nor controlled by Lazard. LAI and LCM are owned and operated by LFCM Holdings LLC ("LFCM"), which is owned in large part by Lazard managing directors. LFCM is separate from Lazard and its businesses, including its financial advisory services group and its managing directors and employees advising the Debtors. LFCM does not hold any proprietary interest in any of the Debtors' debt or equity securities. Potential Parties-in-Interest may be customers of LFCM or investors in funds managed by subsidiaries of LFCM and LCM may have acted as an underwriter in connection with offerings by Potential Parties-in-Interest (or their Related Entities); to the extent LCM has so acted as an underwriter in the last three years, the relevant Potential Party-in-Interest (or the apparent parent company thereof) is listed on Schedule 2.

11.    Other than as disclosed herein, Lazard has no relationship with the Debtors of which I am aware after due inquiry.

12.    Lazard has provided and agrees to continue to provide assistance to the Debtors in accordance with the terms and conditions set forth in the Application and the Engagement Agreement and Indemnification Agreement, which are annexed to the Application as Exhibits C and D.  Accordingly, I make this declaration in support of an order authorizing such retention.

13.    It is the intention of Lazard to seek compensation for its services as described in the Application and the Agreement in accordance with the Bankruptcy Code, the Bankruptcy Rules, the United States Trustees' Guidelines and any and all rules of this Court.

14.    Lazard charges its clients for reasonable expenses associated with an assignment. Except as necessary to comply with an applicable administrative order, all such expense billings are in accordance with the Firm's customary practices.

15.    The Debtors did not make any payments to Lazard during the 90 day period prior to the Petition Date.[5]  Shortly after the Petition Date, however, the Debtors wired $575,000 to Lazard pursuant to the Engagement Agreement.  This amount was invoiced to the Company prior to the Petition Date, but was not received until January 20, 2009.  Lazard therefore proposes that this $575,000 be held by Lazard and be applied to Lazard's postpetition fees and/or expenses as and when any such fees and/or expenses are approved by the Court in accordance with any applicable fee application procedures utilized in these cases.  This will ensure that that this postpetition wire is applied only against postpetition fees and/or expenses approved by the Court.  Lazard further states that, notwithstanding anything to the contrary in the Engagement

---

[5]    Lazard did receive a payment of $645,985.69 from the Debtors' Canadian indirect parent, NNC, a non-debtor, on November 17, 2008.  The Debtors' Canadian direct parent, NNL, also a non-debtor, paid Lazard $575,000.00 on February 12, 2009 in connection with amounts invoiced to the Company prior to the commencement of the Company's insolvency proceedings.

Agreement, to the extent any other fees and expense reimbursement remained due from the Debtors as of the Petition Date, if any, Lazard has agreed to waive any claim for any such fees and expense reimbursement as against the Debtors.

16.    Based upon the foregoing, I believe Lazard is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.


[Signature Page Follows]

Dated:  February 13, 2009

LAZARD FRERES & CO. LLC

By: _____
     Name:  Frank A. Savage
     Title:  Managing Director

## Schedule 1

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

***Debtors' 5% Shareholders***

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders
for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5%
shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are
no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon
WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel
Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5%
shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5%
shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly
owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and
NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks
Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

***Debtors' Significant Equity Investors***

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

***Current Directors and Officers of the Debtors and for two years prior to the Petition Date***

Current Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

Current Directors and Officers of NNCC

Paul W. Karr
John Doolittle
Jeffrey T. Wood

12

William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

Current Directors and Officers of Alteon WebSystems, Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Alteon WebSystems International, Inc.

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs

Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Architel Systems (U.S.) Corporation

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Xros, Inc..

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

14

<u>Current Directors and Officers of Sonoma Systems</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

<u>Current Directors and Officers of Qtera Corporation</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Officers and Directors of CoreTek, Inc.</u>

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

<u>Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date</u>

Laurie A. Krebs
Clare A. Barbieri

Robert J. Looney
Michael W. McCorckle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Optical Components Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks HPOCS Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood

Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

Current Directors and Officers of Northern Telecom International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng

Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd

Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

### Debtors' Vendors

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems

Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

**Debtors' Litigants**
California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel

Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

***Debtors' Lenders***
Export Development Canada

***Debtors' Banks and Money Market Funds***
Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

***Debtors' Significant Customers***
Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal

SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


***Debtors' Landlords***
Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC

Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP


***Debtors' Insurers***

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company

Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company


***Counterparties to Debtors' Significant Contracts***

The counterparties to the Debtors significant contracts are the Debtors' significant customers and
vendors, as listed above.


***Debtors' Bondholders and Trustees***

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK

Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[6]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income

---

[6]     Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the
beneficial holders are not known to the Debtors.

Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA

Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

***Debtors' Proposed Professionals***
Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP

***Debtors' Major Competitors***
Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

***Top 40 Unsecured Creditors***
The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

*Utilities*
Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy

National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

***Others***

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil

## Schedule 2

ACE Limited

Alcatel-Lucent

American International Group, Inc.

Ameriprise Financial Inc.

Atmos Energy Corp.

Barclays Bank, PLC

Behringer Harvard

CIGNA Corp.

Cisco Systems, Inc.

Comcast Corporation

Duke Energy Corp.

H&R Block, Inc.

Hitachi, Ltd.

International Business Machines Corp.

JPMorgan Chase & Co.

Lehman Brothers

LG Corp.

MCI, Inc.

Microsoft Corp.

Mitsubishi UFJ Financial Group

Prudential Financial Inc.

Royal Bank of Canada

Siemens AG

Sprint Nextel Corp.

Tata Group

Texas Instruments Incorporated

The Bank of New York Mellon Corporation

The Travelers Companies, Inc.

TXU Corp.

UBS AG

Wachovia Corp.

XL Capital Ltd.