## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Application For An Order Authorizing Employment And Retention Of Lazard Frères & Co. LLC** *Nunc Pro Tunc* **To The Petition Date As Financial Advisor And Investment Banker For The Debtors And Debtors In Possession** was caused to be made on February 13, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: February 13, 2009

_____
Thomas F. Driscoll III (No. 4703)

2730966.1