# EXHIBIT A

# Thorne Declaration

[New York #2012597 v1]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
*In re*                                              :     Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[5]                   :     Case No. 09-10138 (KG)
                                                     :
                  Debtors.          :     Jointly Administered
------------------------------------------------------------X

**DECLARATION OF RENÉ E. THORNE IN SUPPORT OF THE APPLICATION OF
THE DEBTORS PURSUANT TO 11 U.S.C. § 327(e) TO RETAIN AND EMPLOY
JACKSON LEWIS LLP AS COUNSEL FOR THE DEBTORS
*NUNC PRO TUNC* TO JANUARY 14, 2009**

I, René E. Thorne hereby declare under penalty of perjury:

1. I am the Resident Manager and Partner in the New Orleans office of Jackson Lewis LLP ("Jackson Lewis"), in its Louisiana office at 650 Poydras Street, Suite 1900, New Orleans, Louisiana 70130. I am an attorney at law duly admitted and in good standing to practice in the state of Louisiana, as well as before the courts before the Fifth Circuit Court of Appeals, Seventh Circuit Court of Appeals, and the United States District Courts, Eastern, Middle and Western Districts, of Louisiana.

2. I submit this Declaration (the "Declaration") in connection with the Application (the "Application") of Nortel Networks Inc. ("NNI") and certain of its affiliates,

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

as debtors and debtors in possession, (collectively, the "Debtors"), in the above-captioned Chapter 11 cases (the "Cases") to retain and employ Jackson Lewis as counsel of record to the Debtors, with respect to the ongoing class action matter entitled *In Re Nortel Networks Corporation ERISA Litigation*, No. 3:03-MDL-1537, pending in the Middle District of Tennessee (the "ERISA Class Action").

3. All statements made herein are true and correct to the best of our knowledge, information and belief.

4. At the Debtors' request, Jackson Lewis proposes to provide legal services in the ongoing ERISA Class Action. Prior to the Petition Date, Jackson Lewis has advised and represented the Debtors in this matter. In addition, Jackson Lewis also represents NNL, NNC and certain former and current Nortel directors and officers in the ERISA Class Action.

5. Jackson Lewis is not being retained, and has not been asked, to provide advice with respect to the Debtors' bankruptcy cases.

6. Except as stated herein, to the best of my knowledge, Jackson Lewis, as well as its partners and associates, (i) except as disclosed herein, does not have any connection with Debtors or with its creditors or other parties in interest and (ii) does not hold or represent an interest materially adverse to the estates.

7. I conducted, or caused to be conducted, a search of Jackson Lewis records regarding active and inactive client files maintained for that purpose for potential adverse parties. The search demonstrated that Jackson Lewis is not engaged in any matter that would disqualify it from providing legal services to the Debtors.

8. I have reviewed, or caused to be reviewed, the records of Jackson Lewis to determine the existence of any interest adverse to the Debtors or which would otherwise

2

[New York #2012597 v1]

create a conflict of interest in connection with Jackson Lewis engagement in this matter. Based upon such review, and except as may be further noted in this Declaration, it is my belief that Jackson Lewis does not have an interest adverse to the interest of the Debtors, nor does it have any relationship, direct or indirect with the Debtors or any other party claiming an interest in the Debtors.

9. Due to the size and diversity of Jackson Lewis's practice, Jackson Lewis may have advised, represented, provided services for or otherwise dealt with or may now be advising, representing, providing services for or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases. However, Jackson Lewis is not and will not advise, represent or provide services for any entity other than Nortel in connection with these Chapter 11 cases.

10. To the best of my knowledge, information and belief, (a) Jackson Lewis currently serves as counsel to the entities identified on the schedule annexed hereto as Schedule 1 on matters unrelated to these Cases; and (b) Jackson Lewis formerly represented those entities on Schedule 2 on matters unrelated to these cases. To the extent that Jackson Lewis discovers additional information that it determines should be disclosed, Jackson Lewis will file a supplemental disclosure with the Court promptly.

11. Other than as set forth herein, Jackson Lewis is neither a creditor of the Debtors, an equity holder of the Debtors nor an insider of the Debtors.

12. Jackson Lewis rendered pre-petition services to the Debtors for which it has yet to be paid. The value of such prepetition services is approximately $510,977.00. Pursuant to Section 329(a) of the Bankruptcy Code, an attorney representing a debtor in

3

connection with a pending bankruptcy case shall file a statement with the Court disclosing payments made to the attorney within one year prior to the petition date. Although Jackson Lewis does not believe that the services rendered to the Debtors were in connection with this bankruptcy case, in the interest of full disclosure to the Court, in the one year prior to the Petition Date, Jackson Lewis received payments from the Debtors for services rendered in the approximate amount of $816,213.43.

13. Subject to Court approval in accordance with Bankruptcy Code Sections 330 and 331, the Bankruptcy Rules, and the orders and local rules of this Court, the Debtors propose to pay Jackson Lewis on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Jackson Lewis on the Debtors' behalf.

14. Jackson Lewis understands that any compensation and expenses paid to it must be approved by this Court upon application consistent with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and the Orders of this Court.

15. Jackson Lewis LLP intends to charge the Debtors' estates for Jackson Lewis LLP's services as follows:

| | |
|---|---|
| Partners: | $485-$525 |
| Associates: | $375-$425 |
| Paraprofessionals: | $150 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions.

16. Jackson Lewis will also seek reimbursement for necessary expenses incurred, which shall include travel, photocopying, delivery service, postage, vendor charges and other out of pocket expenses incurred in providing professional services.

[New York #2012597 v1]

17. Jackson Lewis will comply with all of the requirements of this Court and of the Bankruptcy Code and Bankruptcy Rules with respect to fee and expense applications of professionals employed by bankruptcy estates.

18. In the ordinary course of Jackson Lewis's representation of the Debtors, Jackson Lewis is compensated and reimbursed for a portion of its services and expenses by certain insurers ("Insurers"), including Chubb Insurance Company of Canada, with whom the Debtors have policies. Jackson Lewis requests to seek to continue such compensation and reimbursement of expenses consistent with the terms of any applicable insurance policies or other agreements and/or arrangements with the Debtors and Jackson Lewis. Jackson Lewis will submit invoices to applicable Insurers as it has done in the past consistent with such practices, including any previously agreed upon billing rates between the Insurers and Jackson Lewis. Jackson Lewis intends to seek compensation and reimbursement from the Insurers with respect to those amounts that were outstanding as of the Petition Date.

19. No promises have been received by Jackson Lewis or by any member or professional thereof as to compensation in connection with its representation of the Debtors in these cases other than as set forth in the Application.

20. Jackson Lewis has no agreement with any entity to share any compensation received by Jackson Lewis.

21. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 12, 2009
New Orleans, Louisiana, Parish of Orleans

_____
RENÉ E. THORNE

## SCHEDULE 1

Current clients of Jackson Lewis LLP who are or may be creditors or parties in interest or affiliates of creditors or parties in interest of the Debtors:

ACE USA
AIG Commercial Insurance Company of Canada
Alcatel-Lucent
Allen & Overy LLP
Allied World Assurance Company Ltd
Alltel (ACI)
Ameriprise Financial Services, Inc.
Amphenol
AMX (American Express)
Andrew Corporation
Arch Insurance Company
AT&T
AT&T
Atmos Energy
Bank of New York/Barclays
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Beeline (Beeline Group)
BNY-SBL/PB
BT Americas Inc
Charles Schwab & Co., Inc.
Chubb Insurance Company of Canada
Cigna
Citibank
Citibank, NA
Citigroup
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Citigroup Global Markets, Inc./Salomon Brothers
Citigroup Global Markets, Inc./Salomon Brothers
Citigroup NA
Citigroup Private Bank & Trust

City of Durham
City of Santa Clara
Computer Science Corp. (Computer Sciences Corp)
Cox Communications
Credit Suisse Securities (USA)
Credit Suisse Securities (USA), LLC
Deutsche Bank
Deutsche Bank Securities
Deutsche Bank Securities, Inc.
Dreyfus Government Cash Management Fund (Mellon Bank/Dreyfus)
Duke Realty Ohio
Duke Realty Ohio
E*Trade Capital Markets, LLC
E*Trade Cleary, LLC
Emerson (Emerson Electric)
Federal Insurance Company (Chubb)
Fidelity Treasury Portfolio Fund (Fidelity Investments Corp)
Flextronics
Flextronics
Flextronics America LLC
Flextronics Manufacturing Mex SA de CV
Goldman Sachs & Co.
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Limited
Great American Insurance Group
H&R Block
Hartford Fire Insurance Company
Hiscox Syndicate
IBM
JP Morgan – awaiting confirmation from LL that account closed
JP Morgan Chase Bank, National Association

- JP Morgan Chase Bank, National Association
- JP Morgan Chase/JP Morgan International
- JP Morgan Clearing Corp.
- JP Morgan International
- JP Morgan Securities Inc./Fixed Income
- JP Morgan Securities, Inc.
- JPM/CCS2
- JPM/GS CAP
- Juniper Networks, Inc.
- Keybank National Association
- Lehman Brothers, Inc.
- Level 3 Communications LLC
- Liberty International Underwriters Canada
- LPL Financial Corporation
- MBY/DBTC Americas/Deutsche Bank London Prime
- McCann Erickson San Francisco (Interpublic Group - Parent)
- Mellon Trust of New England
- Mellon Trust of New England, NA
- Micron
- National City Bank
- National Grid
- National Grid – Massachusetts
- National Grid - Melville
- NEC
- Northern Trust Company
- Ogilvy Renault LLP
- Pershing, LLC
- PNC Bank N.A.
- PNC Bank, NA
- Polycom
- RBC Capital Markets Corporation
- RBC Dominion Securities Inc
- Reckson Operating Partnership
- Reserve Primary Fund (The Reserve)
- Sanmina SCI Corporation
- Shenyang Nortel Telecommunications Company Limited
- Siemens Enterprise
- Siemens Networks
- Sony Ericsson Mobile Communications A.B.
- Sprint Nextel
- SSB&T Co.
- SSBIBT/BGI
- SSB-SPDR'S
- SSBT/IBT
- SSB-Trust Custody
- State Street Bank & Trust Co.
- State Street Bank & Trust Co./IBT
- State Street Bank and Trust Company
- Sun Microsystems
- Suntrust Bank
- Suntrust Bank
- Tech Data Corp.
- Telrad Networks Ltd. (Telrad Connegy)
- Texas Instruments Incorporated
- The Bank of New York Mellon
- The Bank of New York Mellon
- The Northern Trust Company
- Travelers Guarantee Company of Canada
- UBS
- UBS Financial Services, Inc.
- UBS Securities, LLC
- UBS Securities, LLC
- Verizon
- Verizon New York, Inc.
- Wachovia Bank, NA
- Wachovia Capital Markets, LLC
- Wachovia Securities, LLC
- Wells Fargo Bank, National Association
- XL Insurance (Bermuda) Ltd
- XL Insurance Company Limited
- Zurich Insurance Company

# SCHEDULE 1

Current clients of Jackson Lewis LLP who are or may be creditors or parties in interest or affiliates of creditors or parties in interest of the Debtors:

ACE USA
AIG Commercial Insurance Company of Canada
Alcatel-Lucent
Allen & Overy LLP
Allied World Assurance Company Ltd
Alltel (ACI)
Ameriprise Financial Services, Inc.
Amphenol
AMX (American Express)
Andrew Corporation
Arch Insurance Company
AT&T
AT&T
Atmos Energy
Bank of New York/Barclays
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Beeline (Beeline Group)
BNY-SBL/PB
BT Americas Inc
Charles Schwab & Co., Inc.
Chubb Insurance Company of Canada
Cigna
Citibank
Citibank, NA
Citigroup
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Citigroup Global Markets, Inc./Salomon Brothers
Citigroup Global Markets, Inc./Salomon Brothers
Citigroup NA
Citigroup Private Bank & Trust

City of Durham
City of Santa Clara
Computer Science Corp. (Computer Sciences Corp)
Cox Communications
Credit Suisse Securities (USA)
Credit Suisse Securities (USA), LLC
Deutsche Bank
Deutsche Bank Securities
Deutsche Bank Securities, Inc.
Dreyfus Government Cash Management Fund (Mellon Bank/Dreyfus)
Duke Realty Ohio
Duke Realty Ohio
E*Trade Capital Markets, LLC
E*Trade Cleary, LLC
Emerson (Emerson Electric)
Federal Insurance Company (Chubb)
Fidelity Treasury Portfolio Fund (Fidelity Investments Corp)
Flextronics
Flextronics
Flextronics America LLC
Flextronics Manufacturing Mex SA de CV
Goldman Sachs & Co.
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Limited
Great American Insurance Group
H&R Block
Hartford Fire Insurance Company
Hiscox Syndicate
IBM
JP Morgan – awaiting confirmation from LL that account closed
JP Morgan Chase Bank, National Association

JP Morgan Chase Bank, National Association
JP Morgan Chase/JP Morgan International
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
Juniper Networks, Inc.
Keybank National Association
Lehman Brothers, Inc.
Level 3 Communications LLC
Liberty International Underwriters Canada
LPL Financial Corporation
MBY/DBTC Americas/Deutsche Bank London Prime
McCann Erickson San Francisco (Interpublic Group - Parent)
Mellon Trust of New England
Mellon Trust of New England, NA
Micron
National City Bank
National Grid
National Grid – Massachusetts
National Grid - Melville
NEC
Northern Trust Company
Ogilvy Renault LLP
Pershing, LLC
PNC Bank N.A.
PNC Bank, NA
Polycom
RBC Capital Markets Corporation
RBC Dominion Securities Inc
Reckson Operating Partnership
Reserve Primary Fund (The Reserve)
Sanmina SCI Corporation
Shenyang Nortel Telecommunications Company Limited
Siemens Enterprise
Siemens Networks
Sony Ericsson Mobile Communications A.B.
Sprint Nextel
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
SSB-Trust Custody
State Street Bank & Trust Co.
State Street Bank & Trust Co./IBT
State Street Bank and Trust Company
Sun Microsystems
Suntrust Bank
Suntrust Bank
Tech Data Corp.
Telrad Networks Ltd. (Telrad Connegy)
Texas Instruments Incorporated
The Bank of New York Mellon
The Bank of New York Mellon
The Northern Trust Company
Travelers Guarantee Company of Canada
UBS
UBS Financial Services, Inc.
UBS Securities, LLC
UBS Securities, LLC
Verizon
Verizon New York, Inc.
Wachovia Bank, NA
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association
XL Insurance (Bermuda) Ltd
XL Insurance Company Limited
Zurich Insurance Company

## SCHEDULE 2

Former clients of Jackson Lewis LLP who are or may be creditors or parties in interest or affiliates of creditors or parties in interest of the Debtors:

Allianz Global Risks US Insurance Company
Astec
Banc of America Securities, LLC
Banc of America Securities, LLC
Bank of America
Bank of America/La Salle
Bell Micro
British Telecom
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Comcast
Continental Casualty Company
Duke Energy Company
Ernst & Young Inc.
FPL (Florida Power Corporation)
Harris Corporation
Hewlett Packard
Hewlett Packard
Hewlett Packard Financial Services
Hitachi Cable
ITC
JDS Uniphase Corporation
Johnson Controls Incorporated
Kuehne & Nagel International AG
MCI
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley
Morgan Stanley & Co Inc./Retail
Morgan Stanley & Co.
Morgan Stanley & Co. Inc.
Motorola
Motorola
Motorola
Motorola Corporation
MTS Allstream Inc.
Tellabs, Inc.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
Union Bank of California