## CERTIFICATE OF SERVICE

      I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Application Of The Debtors Pursuant To 11 U.S.C. § 327(e) To Retain And Employ Jackson Lewis LLP As Counsel For The Debtors *Nunc Pro Tunc* To January 14, 2009** was caused to be made on February 13, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: February 13, 2009

                                                                          Thomas F. Driscoll III (No. 4703)

2730962.1