**EXHIBIT A**

# NORTEL NETWORKS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLIACENSE | 20400 STEVENS CREEK BLVD., SUITE 500, CUPERTINO, CA 95014 |
| BT GROUP PLC | BT CENTRE, 81 NEWGATE STREET, LONDON, EC1A 7AJ UNITED KINGDOM |
| CISRO | PO BOX 225, DICKSON, 2602 AUSTRALIA |
| CMS TECHNOLOGIES | 36528 GRAND RIVER AVE., SUITE A-1, FARMINGTON, MI 48335 |
| CSIRO | LIMESTONE AVENUE, CAMPBELL, 2612 AUSTRALIA |
| DATASCAPE, INC. | 8613 ROSWELL ROAD, SUITE 202, ATLANTA, GA 30350 |
| ERICSSON INC. | EUS, NORTH AMERICAN HEADQUARTERS, 6300 LEGACY DRIVE, PLANO, TX 75024 |
| FRANCE TELECOM SA | 6 PLACE D'ALLERAY, CEDEX 15, PARIS, 75505 FRANCE |
| FRANCE TELECOM USA LLC | 1950 N STEMMONS FWY, DALLAS, TX 75207-3134 |
| HARRIS CORPORATION | HEADQUARTERS, 1025 WEST NASA BLVD., MELBOURNE, FL 32919-0001 |
| MOSAID TECHNOLOGIES INCORPORATED | CORPORATE HEADQUARTERS, 11 HINES ROAD, SUITE 203, KANATA, ON NK2 2X1 CANADA |
| NETWORK-1 | 445 PARK AVENUE, SUITE 1028, NEW YORK, NY 10022 |
| SERCONET INC. | CITY NATIONAL BANK BUILDING, 911 NW LOOP 281, SUITE 211-23, LONGVIEW, TX 75604 |
| TELCORDIA | CORPORATE HEADQUARTERS, RARITAN RIVER SOFTWARE SYSTEMS CENTER, ONE TELCORDIA DRIVE, PISCATAWAY, NJ 08854-4151 |
| TRILLIUM PHOTONICS INC. | 750 PALLADIUM DRIVE, OTTAWA, ON K2V 1C7 CANADA |
| VONAGE HOLDINGS CORP | 23 MAIN STREET, HOLMDEL, NJ.07733 |
| WI-LAN | HEAD OFFICE, 11 HOLLAND AVE., SUITE 608, OTTAWA, ON K1Y 4S1 CANADA |

**Total Creditor Count 17**