# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 14, 2009 Through January 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $ 150.00 |
| Transcripts | | 632.50 |
| Photos/Art/ Spec Duplicating | | 8,772.47 |
| Meals | | 873.57 |
| Messenger Service | | 66.00 |
| Courier/Delivery Service | | 9,083.72 |
| Computer Research | Westlaw | 6.53 |
| Duplicating | In Office | 1,402.20 |
| Telephone | | 15.01 |
| Facsimile | | 1,707.50 |
| Secretarial Overtime | | 267.37 |
| Computer Research | Lexis | 23.06 |
| Paralegal Overtime[6] | | 353.98 |
| **Grand Total Expenses** | | **$23,353.91** |

6 Work performed by paralegals on behalf of the Debtors outside of normal business hours.

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 686704 | 01/14/09 | B | 150.00 | Court Costs - CLERK, U.S. DISTRICT COURT` MOTIONS FOR ADMISSION PRO HAC VICE OF JANE K WANDA OLSON, LISA SCHWEITZER, JAMES BROMLEY, CRAIG BROD, AND NORA SALVATORE | 503 M, | 833 | 157859 |
| 689909 | 01/15/09 | B | 632.50 | Transcripts - LAWS TRANSCRIPTION SERVICE` BANKRUPTCY #09-10138 (KG) - TRANSCRIPT | 506 | 833 | 158351 |
| 687319 | 01/21/09 | B | 20.00 | Transcripts - CLERK OF COURTS` CD OF THE 11/15/09 HEARING BEFORE JUDGE GROS | 506 | 322 | 157996 |
| 687551 | 01/21/09 | B | (20.00 | )Reversal from Void Check Number: 59941 Bank ID: 01 Voucher ID: 157996 Vendor: CLERK OF COURTS | 506 | 322 | 158081 |
| 687459 | 01/14/09 | B | 2,380.70 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` BINDER - 3", BINDER - 2", TABS (ALPHA/ NUMERIC), AND B&W COPIES B - LIGHT LITIGATIO | 510 | 597 | 158068 |
| 688676 | 01/15/09 | B | 693.00 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS, AND ENVELOPES | 510 | 594 | 158154 |
| 688677 | 01/16/09 | B | 2,249.53 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS, AND ENVELOPES | 510 | 597 | 158155 |
| 688678 | 01/16/09 | B | 194.75 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS, AND ENVELOPES | 510 | 597 | 158156 |
| 688674 | 01/16/09 | B | 225.32 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS AND ENVELOPES | 510 | 597 | 158152 |
| 687452 | 01/16/09 | B | 147.51 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 158061 |
| 688679 | 01/19/09 | B | 280.86 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS, AND ENVELOPES | 510 | 594 | 158157 |
| 688680 | 01/21/09 | B | 241.48 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS, AND ENVELOPES | 510 | 597 | 158158 |
| 689147 | 01/23/09 | B | 1,367.61 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 158255 |
| 689146 | 01/26/09 | B | 241.76 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 158254 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 689420 | 01/28/09 | B | 152.32 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 158303 |
| 689418 | 01/29/09 | B | 446.61 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 158301 |
| 690865 | 01/30/09 | B | 151.02 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 158392 |
| 687013 | 01/14/09 | B | 399.73 | Meals - DEREK C. ABBOTT` REIMBURSEMENT OF DINNER MEETING AT DEEP BLUE WITH DRISCOLL, CORDO, KLEIN, BROMLEY, AND BYRD - 01/14/09 | 512 SCHWA RTZ, | 322 | 157941 |
| 687009 | 01/15/09 | B | 102.75 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 15 PER D. ABBOTT - 01/15/09 | 512 | 322 | 157935 |
| 688703 | 01/15/09 | B | 312.50 | Meals - MOVABLE FEAST INC.` BREAKFAST AND LUNCH FOR 15 PER D. ABBOTT/ A. CORDO - 01/15/09 | 512 | 322 | 158182 |
| 688733 | 01/21/09 | B | 18.09 | Meals - ANDREW REMMING` WORKING MEAL FROM GROTTO'S PIZZA FOR A. REMMING | 512 | 961 | 158209 |
| 687561 | 01/22/09 | B | 40.50 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 5 PER D. ABBOTT - 01/22/09 | 512 | 322 | 158083 |
| 689124 | 01/14/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 689125 | 01/14/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 689137 | 01/14/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 689153 | 01/15/09 | B | 18.00 | Messenger Service | 513S | 597 | |
| 689165 | 01/15/09 | B | 3.00 | Messenger Service | 513S | 833 | |
| 689433 | 01/20/09 | B | 9.00 | Messenger Service | 513S | 594 | |
| 690725 | 01/21/09 | B | 3.00 | Messenger Service | 513S | 594 | |
| 690728 | 01/21/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 690729 | 01/21/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 690735 | 01/21/09 | B | 3.00 | Messenger Service | 513S | 322 | |
| 690770 | 01/26/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 690840 | 01/30/09 | B | 9.00 | Messenger Service | 513S | 597 | |
| 687617 | 01/14/09 | B | 14.49 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687618 | 01/14/09 | B | 13.13 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687619 | 01/14/09 | B | 8.70 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687620 | 01/14/09 | B | 13.85 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687621 | 01/14/09 | B | 13.85 | Courier/Delivery Service | 514 | 000 | 158101 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 687622 | 01/14/09 | B | 13.13 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687624 | 01/14/09 | B | 13.13 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687625 | 01/14/09 | B | 13.85 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687626 | 01/14/09 | B | 13.13 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687627 | 01/14/09 | B | 14.09 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687628 | 01/14/09 | B | 12.50 | Courier/Delivery Service | 514 | 000 | 158101 |
| 687706 | 01/14/09 | B | 13.13 | Courier/Delivery Service | 514 | 000 | 158107 |
| 687629 | 01/15/09 | B | 20.54 | Courier/Delivery Service | 514 | 833 | 158101 |
| 687630 | 01/15/09 | B | 15.37 | Courier/Delivery Service | 514 | 833 | 158101 |
| 687631 | 01/15/09 | B | 22.38 | Courier/Delivery Service | 514 | 833 | 158101 |
| 687623 | 01/15/09 | B | 22.38 | Courier/Delivery Service | 514 | 833 | 158101 |
| 688625 | 01/15/09 | B | 89.18 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 597 | 158126 |
| 688626 | 01/15/09 | B | 80.75 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 158126 |
| 688627 | 01/15/09 | B | 94.05 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 833 | 158126 |
| 688630 | 01/16/09 | B | 51.30 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 594 | 158126 |
| 688141 | 01/19/09 | B | 41.65 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 158108 |
| 688142 | 01/19/09 | B | 84.40 | Courier/Delivery Service | 514 | 000 | 158109 |
| 688143 | 01/19/09 | B | 84.40 | Courier/Delivery Service | 514 | 000 | 158109 |
| 688144 | 01/19/09 | B | 42.31 | Courier/Delivery Service | 514 | 000 | 158109 |
| 688145 | 01/19/09 | B | 42.31 | Courier/Delivery Service | 514 | 000 | 158109 |
| 689656 | 01/19/09 | B | 42.31 | Courier/Delivery Service | 514 | 000 | 158327 |
| 690630 | 01/19/09 | B | 11.91 | Courier/Delivery Service | 514 | 000 | 158372 |
| 690940 | 01/19/09 | B | 42.31 | Courier/Delivery Service | 514 | 000 | 158430 |
| 687655 | 01/19/09 | B | 26.00 | Courier/Delivery Service | 514 | 000 | 158105 |
| 687656 | 01/19/09 | B | 26.00 | Courier/Delivery Service | 514 | 000 | 158105 |
| 687657 | 01/19/09 | B | 26.00 | Courier/Delivery Service | 514 | 000 | 158105 |
| 687672 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687673 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687674 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687675 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687676 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687677 | 01/19/09 | B | 55.26 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687678 | 01/19/09 | B | 55.26 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687679 | 01/19/09 | B | 55.26 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687680 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687681 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687682 | 01/19/09 | B | 12.65 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687683 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/12/09 16:09:57

PRO FORMA 219111 AS OF 01/31/09 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 687684 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687685 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687686 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687687 | 01/19/09 | B | 12.65 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687688 | 01/19/09 | B | 55.26 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687689 | 01/19/09 | B | 55.26 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687690 | 01/19/09 | B | 17.02 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687691 | 01/19/09 | B | 14.84 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687692 | 01/19/09 | B | 14.84 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687693 | 01/19/09 | B | 14.84 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687694 | 01/19/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687695 | 01/19/09 | B | 14.84 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687696 | 01/19/09 | B | 14.44 | Courier/Delivery Service | 514 | 000 | 158106 |
| 687705 | 01/20/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158107 |
| 687707 | 01/20/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158107 |
| 687708 | 01/20/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158107 |
| 687709 | 01/20/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158107 |
| 689776 | 01/21/09 | B | 107.37 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 594 | 158330 |
| 689777 | 01/21/09 | B | 101.44 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 597 | 158330 |
| 689779 | 01/21/09 | B | 69.94 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 594 | 158330 |
| 688146 | 01/21/09 | B | 26.00 | Courier/Delivery Service | 514 | 000 | 158109 |
| 688187 | 01/21/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158110 |
| 688188 | 01/21/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158110 |
| 688190 | 01/21/09 | B | 6.17 | Courier/Delivery Service | 514 | 000 | 158110 |
| 688191 | 01/21/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158110 |
| 688192 | 01/21/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158110 |
| 688193 | 01/21/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158110 |
| 688194 | 01/22/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158110 |
| 688189 | 01/22/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 158110 |
| 691773 | 01/23/09 | B | 42.31 | Courier/Delivery Service | 514 | 000 | 158574 |
| 689775 | 01/23/09 | B | 160.48 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 597 | 158330 |
| 689332 | 01/23/09 | B | 42.31 | Courier/Delivery Service | 514 | 000 | 158279 |
| 689333 | 01/23/09 | B | 84.40 | Courier/Delivery Service | 514 | 000 | 158279 |
| 689334 | 01/23/09 | B | 42.31 | Courier/Delivery Service | 514 | 000 | 158279 |
| 689335 | 01/23/09 | B | 42.31 | Courier/Delivery Service | 514 | 000 | 158279 |
| 689608 | 01/23/09 | B | 41.65 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 158325 |
| 689625 | 01/23/09 | B | 40.56 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689626 | 01/23/09 | B | 40.56 | Courier/Delivery Service | 514 | 833 | 158326 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 689627 | 01/23/09 | B | 40.56 | Courier/Delivery Service | 514 | 833 | 158326 |
| 688441 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688442 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688443 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688444 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688445 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688446 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688447 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688448 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688449 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688450 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688451 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688452 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688453 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688454 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688455 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688456 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688457 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688458 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688459 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688460 | 01/23/09 | B | 29.81 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688461 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688462 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688463 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688464 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688465 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688466 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688467 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688468 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688469 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688470 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688471 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688472 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688473 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688474 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688475 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688476 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688477 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 688478 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688479 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688480 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688481 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688482 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688483 | 01/23/09 | B | 29.81 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688484 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688485 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688486 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688487 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688488 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688489 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688490 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688491 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688492 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688493 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688494 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688495 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688496 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688497 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688498 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688499 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688500 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688501 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688502 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688503 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688504 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688505 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688506 | 01/23/09 | B | 29.81 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688507 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688508 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158116 |
| 688509 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158116 |
| 690975 | 01/23/09 | B | 29.81 | Courier/Delivery Service | 514 | 833 | 158431 |
| 690976 | 01/23/09 | B | 29.81 | Courier/Delivery Service | 514 | 833 | 158431 |
| 690977 | 01/23/09 | B | 29.81 | Courier/Delivery Service | 514 | 833 | 158431 |
| 691144 | 01/23/09 | B | 42.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 158479 |
| 688771 | 01/23/09 | B | 84.40 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 158225 |
| 688772 | 01/23/09 | B | 44.56 | Courier/Delivery Service | 514 | 000 | 158226 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/12/09 16:09:57

PRO FORMA 219111

AS OF 01/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 688773 | 01/23/09 | B | 26.00 | Courier/Delivery Service | 514 | 000 | 158226 |
| 688774 | 01/23/09 | B | 26.00 | Courier/Delivery Service | 514 | 000 | 158226 |
| 688787 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688788 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688789 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688790 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688791 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688792 | 01/23/09 | B | 40.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688793 | 01/23/09 | B | 42.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688794 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688795 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688796 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688797 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688798 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688799 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688800 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688801 | 01/23/09 | B | 42.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688802 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688803 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688804 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688805 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688806 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688807 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688808 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688809 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688810 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688811 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688812 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688813 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688814 | 01/23/09 | B | 32.06 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688815 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688816 | 01/23/09 | B | 32.06 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688817 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688818 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688819 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688820 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688821 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688822 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 688823 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688824 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688825 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688826 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688827 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688828 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688829 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688830 | 01/23/09 | B | 40.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688831 | 01/23/09 | B | 42.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688832 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688833 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688834 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688835 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688836 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688837 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688838 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688839 | 01/23/09 | B | 42.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688840 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688841 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688842 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688843 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688844 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688845 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688846 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688847 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688848 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688849 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688850 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688851 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688852 | 01/23/09 | B | 32.06 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688853 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688854 | 01/23/09 | B | 32.06 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688855 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688856 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688857 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688858 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688859 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688860 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 688861 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688862 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688863 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688864 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688865 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688866 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688867 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688868 | 01/23/09 | B | 40.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688869 | 01/23/09 | B | 42.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688870 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688871 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688872 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688873 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688874 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688875 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688876 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688877 | 01/23/09 | B | 42.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688878 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688879 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688880 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688881 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688882 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688883 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688884 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688885 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688886 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688887 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688888 | 01/23/09 | B | 28.04 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688889 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688890 | 01/23/09 | B | 32.06 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688891 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688892 | 01/23/09 | B | 32.06 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688893 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688894 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688895 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688896 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688897 | 01/23/09 | B | 32.58 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688898 | 01/23/09 | B | 26.20 | Courier/Delivery Service | 514 | 833 | 158227 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 688899 | 01/23/09 | B | 30.96 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688900 | 01/23/09 | B | 30.56 | Courier/Delivery Service | 514 | 833 | 158227 |
| 688917 | 01/26/09 | B | 6.48 | Courier/Delivery Service | 514 | 000 | 158228 |
| 689651 | 01/27/09 | B | 5.99 | Courier/Delivery Service | 514 | 000 | 158326 |
| 689983 | 01/29/09 | B | 16.46 | Courier/Delivery Service | 514 | 833 | 158369 |
| 689984 | 01/29/09 | B | 17.02 | Courier/Delivery Service | 514 | 833 | 158369 |
| 689628 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689629 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689630 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689631 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689632 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689633 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689634 | 01/29/09 | B | 11.91 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689635 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689636 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689637 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689638 | 01/29/09 | B | 11.91 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689639 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689640 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689641 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689642 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689643 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689644 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689645 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689646 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689647 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689648 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689649 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 689650 | 01/29/09 | B | 10.07 | Courier/Delivery Service | 514 | 833 | 158326 |
| 690631 | 01/29/09 | B | 14.44 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690632 | 01/29/09 | B | 14.44 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690633 | 01/29/09 | B | 15.93 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690634 | 01/29/09 | B | 16.46 | Courier/Delivery Service | 514 | 833 | 158372 |
| 691603 | 01/29/09 | B | 14.84 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 158533 |
| 691697 | 01/29/09 | B | 89.93 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 597 | 158544 |
| 691705 | 01/29/09 | B | 49.05 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 597 | 158544 |
| 690635 | 01/29/09 | B | 16.46 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690636 | 01/29/09 | B | 15.93 | Courier/Delivery Service | 514 | 833 | 158372 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 690637 | 01/29/09 | B | 14.84 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690638 | 01/29/09 | B | 16.46 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690639 | 01/29/09 | B | 14.84 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690640 | 01/29/09 | B | 16.46 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690641 | 01/29/09 | B | 14.44 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690642 | 01/29/09 | B | 14.84 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690643 | 01/29/09 | B | 13.68 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690644 | 01/29/09 | B | 14.44 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690645 | 01/29/09 | B | 14.44 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690646 | 01/29/09 | B | 14.44 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690647 | 01/29/09 | B | 16.46 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690648 | 01/29/09 | B | 16.46 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690649 | 01/29/09 | B | 16.46 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690650 | 01/29/09 | B | 14.44 | Courier/Delivery Service | 514 | 833 | 158372 |
| 690655 | 01/29/09 | B | 26.00 | Courier/Delivery Service | 514 | 833 | 158373 |
| 688391 | 01/16/09 | B | 6.53 | Computer Research - Westlaw Search Performed by: PRINT,WESTLAW CASE | 515 | 000 | |
| 688318 | 01/14/09 | B | 120.71 | Secretarial Overtime | 516S | 593 | |
| 688431 | 01/15/09 | B | 146.66 | Secretarial Overtime | 516S | 579 | |
| 690878 | 01/14/09 | B | 190.50 | In-House Duplicating | 519 | 904 | |
| 686790 | 01/14/09 | B | 50.50 | In-House Duplicating | 519 | 662 | |
| 686791 | 01/14/09 | B | 47.00 | In-House Duplicating | 519 | 662 | |
| 687764 | 01/14/09 | B | 50.50 | In-House Duplicating | 519 | 662 | |
| 687765 | 01/14/09 | B | 47.00 | In-House Duplicating | 519 | 662 | |
| 686776 | 01/14/09 | B | 7.20 | In-House Duplicating | 519 | 546 | |
| 686777 | 01/14/09 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 686778 | 01/14/09 | B | 32.10 | In-House Duplicating | 519 | 597 | |
| 686779 | 01/14/09 | B | 6.90 | In-House Duplicating | 519 | 546 | |
| 686780 | 01/14/09 | B | 4.40 | In-House Duplicating | 519 | 546 | |
| 686781 | 01/14/09 | B | 1.80 | In-House Duplicating | 519 | 597 | |
| 686782 | 01/14/09 | B | 31.10 | In-House Duplicating | 519 | 594 | |
| 686783 | 01/14/09 | B | 0.20 | In-House Duplicating | 519 | 594 | |
| 686784 | 01/14/09 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 686785 | 01/14/09 | B | 1.20 | In-House Duplicating | 519 | 597 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 686786 | 01/14/09 | B | 2.60 | In-House Duplicating | 519 | 597 | |
| 686787 | 01/14/09 | B | 2.10 | In-House Duplicating | 519 | 597 | |
| 686788 | 01/14/09 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 686789 | 01/14/09 | B | 28.60 | In-House Duplicating | 519 | 597 | |
| 687750 | 01/14/09 | B | 7.20 | In-House Duplicating | 519 | 546 | |
| 687751 | 01/14/09 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 687752 | 01/14/09 | B | 32.10 | In-House Duplicating | 519 | 597 | |
| 687753 | 01/14/09 | B | 6.90 | In-House Duplicating | 519 | 546 | |
| 687754 | 01/14/09 | B | 4.40 | In-House Duplicating | 519 | 546 | |
| 687755 | 01/14/09 | B | 1.80 | In-House Duplicating | 519 | 597 | |
| 687756 | 01/14/09 | B | 31.10 | In-House Duplicating | 519 | 594 | |
| 687757 | 01/14/09 | B | 0.20 | In-House Duplicating | 519 | 594 | |
| 687758 | 01/14/09 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 687759 | 01/14/09 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 687760 | 01/14/09 | B | 2.60 | In-House Duplicating | 519 | 597 | |
| 687761 | 01/14/09 | B | 2.10 | In-House Duplicating | 519 | 597 | |
| 687762 | 01/14/09 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 687763 | 01/14/09 | B | 28.60 | In-House Duplicating | 519 | 597 | |
| 687983 | 01/14/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 687984 | 01/14/09 | B | 107.40 | In-House Duplicating | 519 | 546 | |
| 687985 | 01/14/09 | B | 21.30 | In-House Duplicating | 519 | 546 | |
| 687986 | 01/14/09 | B | 54.30 | In-House Duplicating | 519 | 597 | |
| 687987 | 01/14/09 | B | 40.80 | In-House Duplicating | 519 | 597 | |
| 687988 | 01/14/09 | B | 56.50 | In-House Duplicating | 519 | 594 | |
| 687989 | 01/14/09 | B | 18.80 | In-House Duplicating | 519 | 594 | |
| 687990 | 01/15/09 | B | 26.30 | In-House Duplicating | 519 | 594 | |
| 687992 | 01/15/09 | B | 10.00 | In-House Duplicating | 519 | 910 | |
| 687993 | 01/15/09 | B | 2.00 | In-House Duplicating | 519 | 910 | |
| 687994 | 01/15/09 | B | 4.70 | In-House Duplicating | 519 | 610 | |
| 687827 | 01/15/09 | B | 21.60 | In-House Duplicating | 519 | 597 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 687828 | 01/15/09 | B | 29.00 | In-House Duplicating | 519 | 597 | |
| 687829 | 01/15/09 | B | 4.00 | In-House Duplicating | 519 | 597 | |
| 687830 | 01/15/09 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 687831 | 01/15/09 | B | 0.50 | In-House Duplicating | 519 | 597 | |
| 687833 | 01/15/09 | B | 2.20 | In-House Duplicating | 519 | 594 | |
| 687834 | 01/15/09 | B | 129.20 | In-House Duplicating | 519 | 594 | |
| 687832 | 01/15/09 | B | 0.80 | In-House Duplicating | 519 | 662 | |
| 687826 | 01/15/09 | B | 21.50 | In-House Duplicating | 519 | 658 | |
| 687991 | 01/15/09 | B | 27.00 | In-House Duplicating | 519 | 658 | |
| 687912 | 01/16/09 | B | 1.10 | In-House Duplicating | 519 | 662 | |
| 687910 | 01/16/09 | B | 1.50 | In-House Duplicating | 519 | 833 | |
| 687911 | 01/16/09 | B | 0.50 | In-House Duplicating | 519 | 560 | |
| 687995 | 01/16/09 | B | 1.50 | In-House Duplicating | 519 | 833 | |
| 687996 | 01/16/09 | B | 0.70 | In-House Duplicating | 519 | 597 | |
| 687922 | 01/19/09 | B | 6.00 | In-House Duplicating | 519 | 545 | |
| 687997 | 01/20/09 | B | 16.70 | In-House Duplicating | 519 | 597 | |
| 687998 | 01/20/09 | B | 1.00 | In-House Duplicating | 519 | 597 | |
| 687999 | 01/20/09 | B | 29.40 | In-House Duplicating | 519 | 670 | |
| 688055 | 01/21/09 | B | 2.50 | In-House Duplicating | 519 | 597 | |
| 688056 | 01/21/09 | B | 1.00 | In-House Duplicating | 519 | 597 | |
| 688057 | 01/21/09 | B | 4.70 | In-House Duplicating | 519 | 597 | |
| 688058 | 01/21/09 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 688059 | 01/21/09 | B | 0.80 | In-House Duplicating | 519 | 597 | |
| 688060 | 01/21/09 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 688061 | 01/21/09 | B | 1.40 | In-House Duplicating | 519 | 597 | |
| 688062 | 01/21/09 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 688063 | 01/21/09 | B | 27.00 | In-House Duplicating | 519 | 605 | |
| 690892 | 01/22/09 | B | 8.00 | In-House Duplicating - Colour Copies | 519 | 658 | |
| 688130 | 01/22/09 | B | 7.20 | In-House Duplicating | 519 | 597 | |
| 688131 | 01/22/09 | B | 0.30 | In-House Duplicating | 519 | 597 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 688132 | 01/22/09 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 688133 | 01/22/09 | B | 2.00 | In-House Duplicating | 519 | 597 | |
| 688134 | 01/22/09 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 688233 | 01/23/09 | B | 3.60 | In-House Duplicating | 519 | 658 | |
| 688234 | 01/23/09 | B | 13.60 | In-House Duplicating | 519 | 658 | |
| 688587 | 01/26/09 | B | 2.50 | In-House Duplicating | 519 | 662 | |
| 688585 | 01/26/09 | B | 9.40 | In-House Duplicating | 519 | 597 | |
| 688586 | 01/26/09 | B | 4.70 | In-House Duplicating | 519 | 597 | |
| 688980 | 01/27/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 688981 | 01/27/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 688982 | 01/27/09 | B | 1.80 | In-House Duplicating | 519 | 670 | |
| 688983 | 01/27/09 | B | 22.20 | In-House Duplicating | 519 | 670 | |
| 688984 | 01/27/09 | B | 14.00 | In-House Duplicating | 519 | 597 | |
| 689049 | 01/28/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 689724 | 01/30/09 | B | 9.30 | In-House Duplicating | 519 | 662 | |
| 691290 | 01/23/09 | B | 15.01 | Telephone - SOUNDPATH CONFERENCING SERVICES LLC | 521H | 322 | 158494 |
| 688670 | 01/14/09 | B | 136.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 158148 |
| 688671 | 01/14/09 | B | 147.50 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 833 | 158149 |
| 688672 | 01/15/09 | B | 273.00 | Facsimile - IKON OFFICE SOLUTIONS` MAILOUTS - BROADCAST FAX | 522H | 594 | 158150 |
| 688666 | 01/20/09 | B | 361.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 158144 |
| 688667 | 01/20/09 | B | 90.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 158145 |
| 688669 | 01/21/09 | B | 94.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 158147 |
| 688665 | 01/21/09 | B | 96.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 158143 |
| 688668 | 01/21/09 | B | 352.50 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 904 | 158146 |
| 688664 | 01/22/09 | B | 157.50 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 158142 |
| 690551 | 01/27/09 | B | 23.06 | Lexis Research Performed by: Thomas F. Driscoll, III | 527 | 833 | |
| 688295 | 01/14/09 | B | 181.84 | Paralegal Overtime | 530S | 594 | |
| 688304 | 01/16/09 | B | 16.97 | Paralegal Overtime | 530S | 594 | |
| 688305 | 01/19/09 | B | 52.13 | Paralegal Overtime | 530S | 594 | |
| 688306 | 01/20/09 | B | 18.18 | Paralegal Overtime | 530S | 594 | |
| 690595 | 01/30/09 | B | 84.86 | Paralegal Overtime | 530S | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 02/12/09 16:09:57

PRO FORMA 219111

AS OF 01/31/09

INVOICE# ******

______ 23,353.91