**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| NORTEL NETWORKS, INC., et al.[1], | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Hrg date: 3/20/09 at 11:00 a.m.(ET)**<br>**Obj. due: 3/9/09 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF JOHNSON CONTROLS, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF OF PREPETITION AMOUNTS OWED BY AND BETWEEN JOHNSON CONTROLS, INC. AND DEBTORS**

PLEASE TAKE NOTICE that on February 16, 2009, Johnson Controls, Inc. by and through its undersigned counsel, filed the *Motion of Johnson Controls, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic to Effectuate a Setoff of Prepetition Amounts Owed by and Between Johnson Controls, Inc. and Debtors* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the Bankruptcy Court on or before **March 9, 2009 at 4:00 p.m.** At the same time, you must also serve a copy of any response on the undersigned Counsel.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion will be held on **March 20, 2009 at 11:00 a.m.** before the Honorable Kevin Gross at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc, Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

PLEASE TAKE FURTHER NOTICE that the hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: February 16, 2009

**ASHBY & GEDDES, P.A.**

Ricardo Palacio (ID #3765)
Benjamin W. Keenan (ID # 4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

HAHN LOESER & PARKS LLP
Alan S. Kopit, Esq.
Christopher W. Peer, Esq.
200 Public Square, Suite 2800
Cleveland, OH 44114-2316
Telephone: 216.274.2266
Facsimile 216.274.2466

*Attorneys for Johnson Controls, Inc.*