# EXHIBIT C

*11/25/00*

**NORTEL NETWORKS**

*0400018*

*823656-*
*02604*

**Invoice**

**Nortel Networks, Inc.**
Networks Systems

*1/9/09*
*12/15/08*
*MRE*

PLEASE REMIT PAYMENT TO ADDRESS BELOW

| 603095 | Invoice date | 11/24/2008 | Invoice | 2264057 |
|---|---|---|---|---|
| Johnson Controls, Inc.<br>Attn: Telecom X-85<br>5757 North Green Bay Ave.<br>PO Box 591<br>Milwaukee, WI  53201-0591 | Project number | AA-40143 | | |
| | Customer purchase order no. | C/050500/BM/3443 | | |

| Quantity | Description | Unit price | Tax | Total price |
|---|---|---|---|---|
| | VOICE NETWORK MANAGEMENT SERVICES FOR OCTOBER 2008 SEE DETAILS ATTACHED | $ 925,402.32 | $ 16,745.76 | $ 942,148.08 |
| | NET DUE 30 DAYS | | | |

| FRS 598510610365200 | Sub total | $ 925,402.32 |
|---|---|---|
| | Tax | $ 16,745.76 |
| | **Please pay this amount** | **$ 942,148.08** |

| Destination | Remit to |
|---|---|
| SEVERAL | NORTEL NETWORKS, INC.<br>3985 COLLECTION CENTER DRIVE<br>CHICAGO, IL.  60693 |
| INQUIRIES: Junne Chua<br>972.685.4187 | |

ORIGINAL INVOICE

# NORTEL NETWORKS

# Invoice

## Nortel Networks, Inc.
Networks Systems

**PLEASE REMIT PAYMENT TO ADDRESS BELOW**

| 603095 | Invoice date | 12/19/2008 | Invoice | 2292059 |
|---|---|---|---|---|
| Johnson Controls, Inc.<br>Attn: Telecom X-85<br>5757 North Green Bay Ave.<br>PO Box 591<br>Milwaukee, WI  53201-0591 | Project number | AA-40143 | | |
| | Customer purchase order no. | C/050500/BM/3443 | | |

| Quantity | Description | Unit price | Tax | Total price |
|---|---|---|---|---|
| | VOICE NETWORK MANAGEMENT SERVICES FOR NOVEMBER 2008 SEE DETAILS ATTACHED | $ 999,900.63 | $ 16,984.19 | $ 1,016,884.82 |
| | NET DUE 30 DAYS | | | |

FRS 598510610365200

| | Sub total | $ 999,900.63 |
|---|---|---|
| | Tax | $ 16,984.19 |
| | Please pay this amount | $ 1,016,884.82 |

Destination
SEVERAL
INQUIRIES:  Junne Chua
            972.685.4187

Remit to

NORTEL NETWORKS, INC.
3985 COLLECTION CENTER DRIVE
CHICAGO, IL.  60693

ORIGINAL INVOICE



# Invoice

## Nortel Networks, Inc.
Networks Systems

**PLEASE REMIT PAYMENT TO ADDRESS BELOW**

| 603095 | Invoice date | 1/27/2009 | Invoice | 2324287 |
|---|---|---|---|---|
| Johnson Controls, Inc.<br>Attn: Telecom X-85<br>5757 North Green Bay Ave.<br>PO Box 591<br>Milwaukee, WI  53201-0591 | Project number | AA-40143 | | |
| | Customer purchase order no. | C/050500/BM/3443 | | |

| Quantity | Description | Unit price | Tax | Total price |
|---|---|---|---|---|
| | VOICE NETWORK MANAGEMENT SERVICES FOR DECEMBER 2008 SEE DETAILS ATTACHED | $ 975,406.68 | $ 18,128.80 | $ 993,535.48 |
| | NET DUE 30 DAYS | | | |

| FRS 598510610365200 | Sub total | | $ 975,406.68 |
|---|---|---|---|
| | Tax | | $ 18,128.80 |
| | Please pay this amount | | $ 993,535.48 |
| Destination<br>SEVERAL<br>INQUIRIES:  Junne Chua<br>972.685.4187 | Remit to<br>NORTEL NETWORKS, INC.<br>3985 COLLECTION CENTER DRIVE<br>CHICAGO, IL.  60693 | | |

ORIGINAL INVOICE