UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 Case |
| NORTEL NETWORKS, INC. ) | |
| ) | Case No. 09-10138-KG |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, the counsel listed below enter their appearances as counsel to **The Bank of New York Mellon, as Indenture Trustee**, and request that all notices given or required to be given, and all papers served in theses cases, be delivered to and served upon the undersigned at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in these cases.

All motions, pleadings, notices, applications and other papers should be served upon:

Robert J. Rosenberg
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4068
Telephone No.: (212) 906-1370
Telecopier No.: (212) 751-4864
Email: robert.rosenberg@lw.com

Michael J. Riela
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4068
Telephone No.: (212) 906-1373
Telecopier No.: (212) 751-4864
Email: michael.riela@lw.com

NY\1489971.2

Zachary N. Goldstein
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4068
Telephone No.: (212) 906-4619
Telecopier No.: (212) 751-4864
Email: zachary.goldstein@lw.com

Dated: February 17, 2009
       New York, New York

/s/ Robert J. Rosenberg
Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200

*Counsel to The Bank of New York Mellon, as Indenture Trustee*

NY\1489971.2