# CERTIFICATE OF SERVICE

I hereby certify that on or about February 17, 2009, I served a copy of the **Notice of Appearance and Demand for Notice and Papers** on the parties listed on the attached Exhibit A via Federal Express.

/s/ Lauren Gaskill
Lauren Gaskill

NY\1489971.2

# Exhibit A

Served via Federal Express:

**Honorable Kevin Gross**
United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*Counsel to the Debtors:*

**James L. Bromley**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

**Derek C. Abbott**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

*Counsel to the Committee:*

**Fred S. Hodara**
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

**Mark D. Collins**
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

NY\1489971.2