**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks, Inc., *et al.,* | Case No. 09-10138 (KG) |
| | Jointly Administered |
| Debtors. | |

**VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019**

     Archer & Greiner, P.C. files this Statement in accordance with the provisions of Rule 2019 of the Rules of Bankruptcy Procedure.

     Archer & Greiner, P.C. represents the following non-debtor affiliates: AT&T[1] and Automotive Rentals, Inc.  These parties are creditors in this bankruptcy case and no party represented by Archer & Greiner, P.C. has a contradicting and/or adverse interest to any other party represented by Archer & Greiner, P.C.


Dated:  February 17, 2009                     ARCHER & GREINER
                                               A Professional Corporation

                                                */s/ Charles J. Brown, III*
                                               Charles J. Brown, III (DE No. 3368)
                                               300 Delaware Avenue, Suite 1370
                                               Wilmington, DE 19801
                                               Telephone: 302-777-4350
                                               Facsimile: 302-777-4352
                                               E-mail: cbrown@archerlaw.com

---

[1]    On or about November 19, 2005, SBC Communications Inc. acquired AT&T Corp., with SBC Communications, Inc. being the surviving entity.  SBC Communications Inc. subsequently changed its name to AT&T Inc.  Additionally, on or about December 29, 2006, AT&T Inc. purchased BellSouth Telecommunications, with AT&T Inc. being the surviving entity.  AT&T Inc. is reviewing its books and records to determine which AT&T entity provides services to the Debtor.