IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :   Chapter 11
                                                               :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :   Jointly Administered
            Debtors.                                           :
                                                               :
                                                               :   RE: D.I.s 9, 58, 239
                                                               :
                                                               :
---------------------------------------------------------------X

## NOTICE OF FILING OF PROPOSED ORDER FURTHER SUPPLEMENTING DEBTORS' CASH MANAGEMENT MOTION

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

PLEASE TAKE NOTICE that Nortel Networks Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases have today filed the attached proposed **Order Supplementing the Debtors' Cash Management Motion**.

PLEASE TAKE FURTHER NOTICE that the Debtors propose to have a hearing on the supplemental order as part of the Final Hearing on the Debtors' Motion for an Order Pursuant to Sections 345, 363(c)(1), 364(a) and 503(b)(1): (A) Approving the Continued Use of the Cash Management System, Bank Accounts and Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status to Postpetition Intercompany Claims and Preserving and Permitting the Exercise of Intercompany Setoff Rights; (C) Authorizing Banks to Honor Certain Transfers and Charge Certain Fees and Other Amounts;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[New York #2013866 v1]

and (D) Waiving the Requirements of 11 U.S.C. Section 345(b) on an Interim Basis [D.I. 9] (the "Cash Management Motion"), scheduled for **FEBRUARY 19, 2009 AT 10:00AM** before the Honorable Judge Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.[2]

| | |
|---|---|
| Dated: February 17, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Illegible<br>_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Thomas F. Driscoll III (No. 4703)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

---

[2] As noted in the agenda letter also filed with the Court today, the final hearing on the Cash Management Motion is otherwise adjourned until March 5, 2009.

[New York #2013866 v1]