## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
                                   :

*In re*                                  :

Nortel Networks Inc., *et al.*,[1]          :

                  Debtors.      :

                                  :

                                  :

------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I.s 9, 58, 239**

## ORDER FURTHER SUPPLEMENTING CASH MANAGEMENT MOTION

Upon the motion dated January 14, 2009 (the "Cash Management Motion") [D.I. 9],[2] of

Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-

captioned cases (the "Debtors") for the entry of an order: (a) approving the continued use of the

Cash Management System, Bank Accounts and Business Forms; (b) permitting continued

Intercompany Transactions, granting administrative priority status to postpetition Intercompany

Claims, and preserving and permitting the exercise of intercompany setoff rights; (c) authorizing

banks to honor certain transfers and charge certain fees and other amounts; (d) waiving the

requirements of 11 U.S.C. section 345(b) on an interim basis; and the order having been granted

on an interim basis January 15, 2009 (the "Cash Management Order") [D.I. 58], to the extent set

forth therein; and the Debtors having obtained a supplemental order dated February 5, 2009,

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Cash Management Motion.

amending the Cash Management Motion to include certain of the Debtors' bank accounts not

initially reflected therein [D.I. 239]; and the Debtors having identified certain additional foreign

bank accounts that they seek authorization to continue to use during these chapter 11 cases; and

adequate notice of the relief sought herein having been provided under the circumstances; and

the Court having jurisdiction to consider the Cash Management Motion and the relief requested

therein, as supplemented by this order, pursuant to 28 U.S.C. §§ 157 and 1334; and the Court

having determined that consideration of this requested relief is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in

the Cash Management Motion establish just cause for the relief requested, and that such relief is

in the best interests of the Debtors, their estates, their creditors and the parties in interest; and

upon the record in these proceedings; and after due deliberation

IT IS HEREBY ORDERED THAT:

1.      The Debtors are authorized to continue using the bank accounts identified in

Exhibit A attached hereto subject to the procedures described in the Cash Management Motion

as approved in the Cash Management Order, as supplemented.

2.      Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to

the contrary, (a) the terms of this Order shall be immediately effective and enforceable upon its

entry; (b) the Debtors are not subject to any stay in the implementation, enforcement or

realization of the relief granted in this Order, and (c) the Debtors may, in their discretion and

without further delay, take any action and perform any act authorized under this Order.

3.      The requirements set forth in Rule 6003(b) of the Federal Rules of Bankruptcy

Procedure are satisfied by the contents of the Motion or otherwise deemed waived.

4.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2009
            Wilmington, Delaware

                                                    _____
                                                    THE HONORABLE KEVIN GROSS
                                                    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

| Bank | Location | Account Held By | Account Purpose | Account Number |
|------|----------|-----------------|-----------------|----------------|
| Banc of America Securities LLC | 100 Federal Street Boston, MA 02110 | Nortel Networks Inc. (2001) | Investment (Money Market Funds) | XXXXXX-XXXXX-989 |
| Banc of America Securities LLC | 100 Federal Street Boston, MA 02110 | Nortel Networks Capital Corp. (2110) | Investment (Money Market Funds) | XXXXXXX-XXXXX-662 |
| Bank of America | 3985 Collection Center Drive Dallas, TX, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXXX-432 |
| Bank of America | 3985 Collection Center Drive Dallas, TX, USA | Nortel Networks Inc. (2001) | Receipts | XXXXXXX-519 |
| Bank of America | 6000 Feldwood Rd. Atlanta, GA, USA | Nortel Networks Inc. (2001) | Payroll | XXXXXXX-623 |
| Bank of America | 231 South LaSalle Street, 14th Floor Chicago, IL, USA | Nortel Networks Inc. (2001) | VEBA Trust | XXXXXXXXXXX-650 |
| Bank of America | 27th Floor, Philamlife Tower, 8767 Paseo de Rozas, Makati City, Philippines | Nortel Networks International Inc. (2115) | Cash – PHP | XXXX-XXXXX-010 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Treasury | XXXXX-444 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Receipts | XXXXX-078 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Receipts | XXXXX-403 |
| Citibank Canada | 123 Front St. West Suite 1900 Toronto, Ontario, Canada | Nortel Networks Inc. (2001) | Canadian Dollar Disbursements | XXXXXXXX-007 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-182 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-851 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Sales Taxes Disbursements | XXXXX-426 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-453 |

1

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Employee Benefits | XXXXX-089 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Travel Expenses | XXXXX-097 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Employee Expenses | XXXXX-062 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Employee Expenses | XXXXX-086 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Flexible Spending Benefits | XXXXX-505 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Stock Option Settlement | XXXXX-075 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks Capital Corp. (2110) | Operating Account | XXXXX-438 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks Inc. (2001) | Trade Disbursements | XXXXX-977 |
| Deutsche Bank | Venture Capital Group Baltimore, MD, USA | Nortel Networks Inc. (2001) | Brokerage | XXX-XXX-519 |
| Morgan Stanley | 111 Wall Street New York, NY, USA | Nortel Networks Inc. (2001) | Brokerage | XXX-XXXXX-502 |
| The Reserve | 1250 Broadway, New York, NY 10001 | Nortel Networks Inc. (2001) | Investment (Money Market Fund) | XXX-XX-420 |
| K & H Bank | 1 Vigado ter, Budapest, Hungary 1051 | Nortel Networks Inc. (4202) | Operating Account | XXXXXXXXX-XXXX-181 |
| K & H Bank | 1 Vigado ter, Budapest, Hungary 1051 | Nortel Networks Inc. (4202) | Operating Account | XXXXXXXX-XXXXX-049 |
| Citibank Egypt | 4 Ahmed Pasha Street, Garden City, Cairo, 188, Egypt | Nortel Networks Inc. (5110) | Operating Account | XXXXXX-506 |
| Citibank Egypt | 4 Ahmed Pasha Street, Garden City, Cairo, 188, Egypt | Nortel Networks Inc. (5110) | Operating Account | XXXXXX-018 |
| Citibank Tunis | 55 Avenue Jugurtha, 1002 Belvedere, Tunis, Tunisia | Nortel Networks Inc. (5170) | Operating Account | XXXXXXX-006 |
| Citibank Tunis | 55 Avenue Jugurtha, 1002 Belvedere, Tunis, Tunisia | Nortel Networks Inc. (5170) | Operating Account | XXXXXX-014 |

2

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Citibank Tunis | 55 Avenue Jugurtha, 1002 Belvedere, Tunis, Tunisia | Nortel Networks Inc. (5170) | Operating Account | XXXXXX-022 |
| Citibank Tunis Offshore | 55 Avenue Jugurtha, 1002 Belvedere, Tunis, Tunisia | Nortel Networks Inc. (5170) | Operating Account | XXXXXX-011 |
| Citibank Dubai | Khalid Bin Al Waleed Street Bur Dubai, 749, UAE | Nortel Networks International Inc. (5180) | Operating Account | XXXXXX-002 |