## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Proposed Order Further Supplementing Debtors' Cash Management Motion** was caused to be made on February 17, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: February 17, 2009

*(signature)*

Thomas F. Driscoll III (No. 4703)

2733138.1