# SERVICE LIST

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE  19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE  19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE  19801

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE  19801

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St
7th Fl
Wilmington, DE  19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE  19801

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Fl
Wilmington, DE  19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE  19801

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King St
Ste 300
Wilmington, DE  19801

Henry Jaffe Esq.
Pepper Hamilton LLP
Hercules Plaza
Ste 5100
1313 Market St
Wilmington, DE  19801

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

**VIA OVERNIGHT MAIL - INTERNATIONAL**

Michael J. Wunder Esq.
R. Snayne Kukulowicz Esq.
Alex L. MacFarlane Esq.
Fraser Milner Casgrain LLP
1 First Canadian Place
42nd Fl
100 King Street West
Toronto, Ontario  M5X 1B2
Canada

Jennifer Stam
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario  M5J 2Z4
Canada

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
England

**VIA OVERNIGHT MAIL**

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

John P. Dillman Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX  75201

Securities & Exchange Commission
100 F Street, NE
Washington, DC  20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Alistar Bambach  
Securities & Exchange Commission  
New York Regional Office  
Bankruptcy Division  
3 World Financial Center  
Suite 400  
New York, NY  10281-1022  

Steven J. Reisman, Esq.  
James V. Drew Esq.  
Curtis, Mallet-Prevost, Colt & Mosle LLP  
101 Park Avenue  
New York, NY  10178-0061  

Dennis Dunne, Esq.  
Milbank, Tweed, Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005-1413  

Ken Coleman, Esq  
Lisa J.P. Kraidin. Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
20th Floor  
New York, NY  10020  

Darryl S. Laddin Esq.  
Frank N. White Esq.  
Arnall Golden Gregory LLP  
171 17th St NW  
Ste 2100  
Atlanta, GA  30363-1031  

Frank F. McGinn Esq.  
Bartlett Hackett Feinberg P.C.  
155 Federal St  
9th Fl  
Boston, MA  02110  

Michael L. Schein Esq.  
Vedder Price P.C.  
1633 Broadway  
47th Fl  
New York, NY  10019  

Raniero D'Aversa Jr. Esq.  
Laura D. Metzger Esq.  
Weston T. Eguchi Esq.  
Orrick Herrington & Sutcliffe LLP  
666 Fifth Avenue  
New York, NY  10103-0001  

David L. Pollack Esq.  
Jeffrey Meyers Esq.  
Ballard Spahr Andrews & Ingersoll LLP  
51st Fl Mellon Bank Ctr  
1735 Market St  
Philadelphia, PA  19103  

Jennifer V. Doran Esq.  
Hinckley Allen & Snyder LLP  
28 State St  
Boston, MA  02109  

Derek Austin  
Export Development Canada  
151 O'Connor Street  
Ottowa, Ontario  K1A 1K3  
Canada  

Melissa A. Mickey  
Mayer Brown LLP  
71 S. Wacker Drive  
Chicago, IL  60604-1404  

David G. Aelvoet Esq.  
Linebarger Goggan Blair & Sampson LLP  
Travis Bldg  
711 Navarro  
Ste 300  
San Antonio, TX  78205  

Nicholas Skiles Esq.  
John A. Wetzel Esq.  
Swartz Campbell LLC  
One S. Church St  
Ste 400  
West Chester, PA  19382  

Joseph E. Shickich Jr. Esq.  
Riddell Williams P.S.  
1001 4th Ave  
Ste 4500  
Seattle, WA  98154-1192  

David I. Swan Esq.  
Kenneth M. Misken Esq.  
McGuireWoods LLP  
1750 Tysons Blvd  
Ste 1800  
McLean, VA  22102-4215  

Merle C. Meyers Esq.  
Michele Thompson Esq.  
Meyers Law Group P.C.  
44 Montgomery Street  
Ste 1010  
San Francisco, CA  94104  

Howard S. Steel Esq.  
Kelley Drye & Warren LLP  
101 Park Avenue  
New York, NY  10178

Scott K. Brown Esq.  
Lewis and Roca LLP  
40 North Central Ave  
Ste 1900  
Phoenix, AZ  85004  

Terry Zale  
Flextronics International  
305 Interlocken Pkwy  
Broomfield, CO  80021  

J. Scott Douglass Esq.  
909 Fannin  
Ste 1800  
Houston, TX  77010  

Ramona Neal Esq.  
Hewlett-Packard Company  
11311 Chinden Blvd  
Mailstop 314  
Boise, ID  83714  

Nicholas Vianna  
The Interpublic Group of Companies  
1114 Avenue of the Americas  
19th Floor  
New York, NY  10036  

Lawrence M. Schwab Esq.  
Patrick M. Costello Esq.  
Bialson Bergen & Schwab  
2600 El Camino Real  
Ste 300  
Palo Alto, CA  94306  

Richard M. Kremen Esq.  
Dale K. Cathell Esq.  
DLA Piper LLP (US)  
6225 Smith Avenue  
Baltimore, MD  21209  

Eric S. Prezant Esq.  
Bryan Cave LLP  
161 N Clark St  
Ste 4300  
Chicago, IL  60601  

Michelle McMahon Esq.  
Bryan Cave LLP  
1290 Avenue of the Americas  
New York, NY  10104  

Joseph J. Wielebinski Esq.  
Munsch Hardt Kopf & Harr P.C.  
3800 Lincoln Plaza  
500 N Akard St  
Dallas, TX  75201-6659  

Alan S. Kopit Esq.  
Christopher W. Peer Esq.  
Hahn Loeser & Parks LLP  
200 Public Square  
Ste 2800  
Cleveland, OH  44114  

Carren B. Shulman Esq.  
Kimberly K. Smith Esq.  
Sheppard Mullin Richter & Hampton LLP  
30 Rockefeller Plaza  
24th Fl  
New York, NY  10112  

Randall D. Crocker Esq.  
VonBriesen & Roper S.C.  
411 E Wisconsin Ave  
Ste 700  
Milwaukee, WI  53202  

Beverly H. Shideler, BS8399  
IBM Corporation  
Two Lincoln Centre  
Oakbrook Terrace, IL  60181  

Fred S. Hodara Esq.  
Ryan C. Jacobs Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY  10036  

Christopher A. O'Brien Esq.  
Stempel Bennett Claman & Hochberg P.C.  
675 Third Ave  
31st Fl  
New York, NY  10017  

David N. Crapo Esq.  
Gibbons P.C.  
One Gateway Center  
Newark, NJ  07102-5310  

Jill L. Murch Esq.  
Lars A. Peterson Esq.  
Foley & Lardner LLP  
321 North Clark St  
Ste 2800  
Chicago, IL  60654-5313  

Shawn M. Christianson Esq.  
Buchalter Nemer  
333 Market St  
25th Fl  
San Francisco, CA  94105-2126  

Douglas J. Kaye  
631 Belmont Crest Drive  
Marietta, GA  30067

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA  90067

Hubert H. Kuo Esq.
Buss Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA  92660

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ  08096

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC  20005-4026

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Rountain Place, Ste 3700
Dallas, TX  75202-2799

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 2400
Dallas, TX  75201

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC  20020

Attn:  Nathan Fuchs
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York, NY  10279

Alan J. Lipkin Esq.
Jeremy E. Crystal Esq.
Wilkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Val Mandel Esq.
Val Mandel P.C.
80 Wall St
Ste 1115
New York, NY  10005

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Fl
Orlando, FL  32801

John M. Hickey Esq.
Barber & Bartz
525 S Main St
Ste 800
Tulsa, OK  74103-4511

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Edward T. Attanasio Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Fl
Los Angeles, CA  90067-6049

Mark G. Ledwin Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr
White Plains, NY  10604

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC  28246