**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------x
:
*In re*                                                  :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :     Case No. 09-10138 (KG)
:
                              Debtors.                   :     Jointly Administered
:
----------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 19, 2009 AT 10:00 A.M. (EASTERN TIME)**[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

1.  Application To Employ Shearman & Sterling LLP As Non-Ordinary Course Professional Special Litigation Counsel For The Debtors Nunc Pro Tunc To January 14, 2009 (D.I. 197, Filed 2/2/09).

    Related Pleadings:

    a)  Amended Declaration Of Tai H. Park In Support Of The Application Of The Debtors Pursuant To 11 U.S.C. §327(e) To Retain And Employ Shearman & Sterling LLP As Non-Ordinary Course Professional Special Litigation Counsel For The Debtors Nunc Pro Tunc To January 14, 2009 (D.I. 264, Filed 2/11/09); and

    b)  Certificate Of No Objection [Re: D.I. 197] (D.I. 305, Filed 2/16/09). Extended to February 17, 2009 at 12:00 p.m. (ET) for the Official Committee Of Unsecured Creditors (the "Committee").

    Objection Deadline: February 12, 2009 at 4:00 p.m. (ET).

    Responses Received: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

2.  Motion For Interim And Final Orders (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance (D.I. 8, Filed 1/14/09).

    Related Pleadings:

    a)  Final Order (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance Of Payment(D.I. 240, Entered 1/15/09).

    Objection Deadline: February 4, 2009 at 4:00 p.m. (ET). Extended to February 17, 2009 at 12:00 p.m. for the Committee.

    Responses Received: None.

    Status: This matter is going forward with respect to adequate assurance request regarding Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless and their affiliates.

3.  Motion To Maintain Bank Accounts (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 9, Filed 1/14/09).

    Related Pleadings:

    a)  Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 58, Entered 1/15/09);

    b)  Notice Of Hearing For Final Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise

        Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 64, Filed 1/15/09); and

    c)    Notice Of Filing Of Proposed Order Further Supplementing Cash Management Motion (D.I. 306, Filed 2/17/09).

Objection Deadline: January 30, 2009 at 4:00 p.m. (ET). Extended to February 17, 2009 at 12:00 p.m. for the Committee.

Response Received: None at this time.

Status: This matter is going forward with respect to the Proposed Order Further Supplementing Cash Management Motion; otherwise, this matter is adjourned to the hearing on March 5, 2009 at 10:00 a.m. (ET).

4. Motion to Authorize And Approve Procedures For The Sale Or Abandonment Of De Minimis Assets (D.I. 194, Filed 2/2/09).

    Related Pleadings: None.

    Objection Deadline: February 12, 2009 at 4:00 p.m. (ET). Extended to February 17, 2009 at 12:00 p.m. (ET) for the Committee, UBS Realty Investors, LLC and certain other landlords.

    Responses Received:

    a)    Informal comments from the Committee; and

    b)    Informal comments from UBS Realty Investors, LLC and certain other landlords.

    Status: The Debtors received informal comments from Committee, UBS Realty Investors, LLC and certain other landlords. These comments have been incorporated into a revised proposed order which the Debtors intend to submit under Certification of No Objection this afternoon.

5. First Motion To Reject Lease Or Executory Contract Regarding Entry Of An Order Under Sections 365(a) And 554(a) Of The Bankruptcy Code Authorizing The Debtors To (1) Reject As Of February 28, 2009, Certain Unexpired Leases Of Nonresidential Real Property And Related Subleases, And (2) Abandon Any Personal Property Located At Such Premises (D.I. 196, Filed 2/2/09).

    Related Pleadings: None.

    Objection Deadline: February 12, 2009 at 4:00 p.m. (ET). Extended to February 17, 2009 at 12:00 p.m. (ET) for the Committee. Extended to February 17, 2009 at 4:00 p.m. (ET) for Credit Solutions of America.

    Responses Received: None at filing of Agenda

2727365

Status:  This matter is going forward.

CONTESTED MATTER GOING FORWARD:

6.  Motion To Approve An Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(a), 362 And 546(c) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure (D.I. 193, Filed 2/2/09).

    Related Pleadings:  None.

    Objection Deadline:  February 12, 2009 at 4:00 p.m. (ET).  ). Extended to February 17, 2009 at 12:00 p.m. for the Committee, AudioCodes, Inc. and AudioCodes Ltd.

    Responses Received:

    a)  Objection Of Andrew, LLC And Applicable Affiliates To Debtors' Motion For An Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(a), 362 And 546(c) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure (D.I. 274, Filed 2/12/09); and

    b)  Objection Of JDS Uniphase Corporation To Debtors' Motion For An Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(A), 362 And 546(C) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure (D.I. 278, Filed 2/12/09).

    Status:  This matter is going forward.

Dated: February 17, 2009
   Wilmington, Delaware

            CLEARY GOTTLIEB STEEN & HAMILTON LLP

            James L. Bromley
            Lisa M. Schweitzer
            One Liberty Plaza
            New York, New York 10006
            Telephone: (212) 225-2000
            Facsimile: (212) 225-3999

                - and -

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Thomas F. Driscoll*
            Derek C. Abbott (No. 3376)
            Eric D. Schwartz (No. 3134)
            Thomas F. Driscoll III (No. 4703)
            Ann C. Cordo (No. 4817)
            1201 North Market Street, 18th Floor
            P.O. Box 1347
            Wilmington, DE 19899-1347
            Telephone: (302) 658-9200
            Facsimile: (302) 425-4663

            Counsel for the Debtors and
            Debtors in Possession

2727365