IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
           Debtors.                            :    Jointly Administered
                                                               :
                                                               :
                                                               :
---------------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 194

PLEASE TAKE NOTICE that on February 2, 2009, the undersigned counsel for the above captioned debtors and debtors-in-possession (the "Debtors") filed and served the **Motion To Authorize And Approve Procedures For The Sale Or Abandonment Of De Minimis Assets** (D.I. 194) (the "Motion").

PLEASE TAKE FURTHER NOTICE that shortly after filing and serving the Motion, the Debtors received informal comments to the Motion from the Official Committee of Unsecured Creditors, UBS Realty Investors, LLC and certain other landlords.

PLEASE TAKE FURTHER NOTICE that in order to resolve the informal comments, the Debtors have agreed to modify the proposed order. The revised order is attached as **Exhibit A**. A blacklined version reflecting changes from the original order is attached as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that, as of the date hereof, Morris Nichols has received no further answer, objection or other responsive pleading to the Motion. The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than February 12, 2009 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Order attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: February 17, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ [signature]_
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2733197.1