IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Nortel Networks, Inc., *et. al.*, ) | Jointly Administered |
| ) | |
| ) | Case No. 09-10138 (KG) |
| ) | |
| Debtor(s). ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David M. Schilli, Esquire to represent Andrew, LLC and its affiliates in this matter.

MORRIS JAMES LLP

*/s/ Brett D. Fallon*

Brett D. Fallon (DE Bar No. 2480)
Ericka F. Johnson (DE Bar No. 5024)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com
E-mail: ejohnson@morrisjames.com

Attorneys for Andrew, LLC

Dated: February 12, 2009

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of North Carolina, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: _/s/ illegible_

Date: 2/12/09

David M. Schilli (N.C. State Bar No. 17989)
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
E-mail: dschilli@rbh.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: February 17, 2009    _/s/ Kevin Gross_
United States Bankruptcy Judge