IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
*In re*                                    : Chapter 11
                                           :
Nortel Networks Inc., *et al.*,[1]         : Case No. 09-10138 (KG)
                                           :
          Debtors.          : Jointly Administered
                                           :
                                           : Hearing date: February 19, 2009 at 10:00 a.m. (ET)
                                           : Re: D.I. 193, 278
---------------------------------------------------------------X

**DEBTORS' MOTION FOR LEAVE TO FILE REPLY ON OR BEFORE FEBRUARY
18, 2009 AT 4 P.M. IN FURTHER SUPPORT OF THEIR MOTION
FOR AN ORDER ESTABLISHING PROCEDURES FOR ADDRESSING
RECLAMATION DEMANDS PURSUANT TO SECTIONS 105(a),
362 AND 546(c) OF THE BANKRUPTCY CODE AND
<u>RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE [D.I. 193]</u>**

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors"), hereby move this court (the "Motion") for the entry of an order substantially in the form attached hereto as Exhibit 1, providing leave to file a reply on or before February 18, 2009 at 4 p.m. (the "Reply"), in response to the Opposition of JDS Uniphase Corporation ("JDSU") to Debtors' Motion for an Order Establishing Procedures for Addressing Reclamation Demands Pursuant to Sections 105(a), 362 and 546(c) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures [D.I. 278] (the "Objection") and in further support of their motion. In support of the Motion, the Debtors respectfully represent as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1. On February 2, 2009, the Debtors filed a motion for an Order Establishing Procedures for Addressing Reclamation Demands Pursuant to Sections 105(a), 362 and 546(c) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedures [D.I. 193] (the "Reclamation Procedures Motion").

2. The deadline to object to the Motion was set for Thursday, February 12, 2009 at 4 p.m. On February 12, 2009, two objections were filed – one by JDSU and one by Andrew, LLC ("Andrew"), both reclamation claimants.

3. The Debtors had been involved in ongoing discussions with JDSU in order to resolve JDSU's concerns regarding the resolution of its reclamation claims, and those discussions continued following the Debtors' receipt of the Objection on February 12, 2009 and into the weekend. Separately, the Debtors were in discussions with Andrew that resulted in a consensual resolution with Andrew regarding its objection.

4. Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rule 9006-1(d)") provides that "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Due to the timing of the hearing and particularly the holiday weekend, the deadline for filing a reply brief was last Friday, February 13th, a mere day after the objection deadline. The Debtors were still in ongoing discussions with JDSU and Andrew as of that time, and have attempted to resolve their objections consensually.

5. Since the objection filed by JDSU cannot be resolved consensually, the Debtors hereby seek leave of the Court to file the Reply attached hereto as Exhibit 2, to respond to legal and factual arguments raised by JDSU and to describe their changes to the proposed

procedures to account for certain objections of JDSU and the comments received from other reclamation claimants.[2] In particular, while the Debtors are amenable to making certain modifications to the proposed procedures to account for JDSU's objections, JDSU seeks to accelerate the resolution process and include additional procedures that would place undue burdens on the Debtors and complicate the orderly resolution of the various claims.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2] The Debtors may further modify the proposed order attached as Exhibit A to the Reply during the time prior to the hearing on the Reclamation Procedures Motion, scheduled for February 19, 2009 at 10:00 a.m.

3

WHEREFORE, to the extent necessary to satisfy Local Rule 9006-1(d), the Debtors respectfully request that the Court grant them leave to file the attached Reply on or before February 18, 2009 at 4 p.m. or such other and further relief as the Court deems appropriate.

Dated: February 17, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*[signature]*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*