**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                                                      :
*In re*                                               :        Chapter 11
                                                      :
Nortel Networks Inc., *et al.*,[1]                    :        Case No. 09-10138 (KG)
                                                      :
                              Debtors.                :        Jointly Administered
                                                      :
                                                      :        **RE: D.I. _____**
                                                      :
-------------------------------------------------------X

**ORDER AUTHORIZING DEBTORS TO FILE REPLY TO DOCKET**
**ITEMS 193 AND 278 ON OR BEFORE FEBRUARY 18, 2009 AT 4 P.M.**

Upon the motion dated, February 17, 2009 (the "Motion"),[2] of Nortel Networks Inc. and

its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion, providing leave to file a

reply on or before February 18, 2009 at 4 p.m. (the "Reply"), in response to the Opposition of

JDS Uniphase Corporation ("JDSU") to Debtors' Motion for an Order Establishing Procedures

for Addressing Reclamation Demands Pursuant to Sections 105(a), 362 and 546(c) of the

Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures [D.I. 278] (the

"Objection") and in further support of their motion; and the Court having jurisdiction to consider

the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court

having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §

157(b)(2); and the Court having determined that the legal and factual bases set forth in the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are hereby granted leave to file the Reply on or before February 18, 2009 at 4 p.m.

3. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

2