## CERTIFICATE OF SERVICE

  I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Leave To File Reply On Or Before February 18, 2009 At 4 P.M. In Further Support Of Their Motion For An Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(a), 362 And 546(c) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure [D.I. 193]** was caused to be made on February 17, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: February 17, 2009

_____
Thomas F. Driscoll III (No. 4703)

2734085.1