## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*, [1]

                            Debtors.

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 19, 2009 AT 10:00 A.M. (EASTERN TIME)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

1.      Application To Employ Shearman & Sterling LLP As Non-Ordinary Course Professional Special Litigation Counsel For The Debtors Nunc Pro Tunc To January 14, 2009 (D.I. 197, Filed 2/2/09).

      Related Pleadings:

      a)      Amended Declaration Of Tai H. Park In Support Of The Application Of The Debtors Pursuant To 11 U.S.C. §327(e) To Retain And Employ Shearman & Sterling LLP As Non-Ordinary Course Professional Special Litigation Counsel For The Debtors Nunc Pro Tunc To January 14, 2009 (D.I. 264, Filed 2/11/09); and

      b)      Certificate Of No Objection [Re: D.I. 197] (D.I. 305, Filed 2/16/09). Extended to February 17, 2009 at 12:00 p.m. (ET) for the Official Committee Of Unsecured Creditors (the "Committee").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Objection Deadline:  February 12, 2009 at 4:00 p.m. (ET).

Responses Received:  None.

Status: A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

2.      Motion For Interim And Final Orders (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance (D.I. 8, Filed 1/14/09).

        Related Pleadings:

        a)      Final Order (I) Restraining Utility Companies From Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured Of Future Performance And (III) Establishing Procedures For Determining Requests For Additional Assurance Of Payment(D.I. 240, Entered 1/15/09).

        Objection Deadline:  February 4, 2009 at 4:00 p.m. (ET). Extended to February 17, 2009 at 12:00 p.m. for the Committee.

        Responses Received:  None.

        Status:  This matter is going forward with respect to adequate assurance request regarding Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless and their affiliates.

3.      Motion To Maintain Bank Accounts (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 9, Filed 1/14/09).

        Related Pleadings:

        a)      Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 58, Entered 1/15/09);

2733588

b)      Notice Of Hearing For Final Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 64, Filed 1/15/09); and

c)      Notice Of Filing Of Proposed Order Further Supplementing Cash Management Motion (D.I. 306, Filed 2/17/09).

Objection Deadline: January 30, 2009 at 4:00 p.m. (ET). Extended to February 17, 2009 at 12:00 p.m. for the Committee.

Response Received: None at this time.

Status: This matter is going forward with respect to the Proposed Order Further Supplementing Cash Management Motion; otherwise, this matter is adjourned to the hearing on March 5, 2009 at 10:00 a.m. (ET).

4.      Motion to Authorize And Approve Procedures For The Sale Or Abandonment Of De Minimis Assets (D.I. 194, Filed 2/2/09).

**Related Pleadings:**

a)      **Certificate Of No Objection [Re: D.I. 194] (D.I. 310, Filed 2/17/09).**

Objection Deadline: February 12, 2009 at 4:00 p.m. (ET). Extended to February 17, 2009 at 12:00 p.m. (ET) for the Committee, UBS Realty Investors, LLC and certain other landlords.

Responses Received:

a)      Informal comments from the Committee; and

b)      Informal comments from UBS Realty Investors, LLC and certain other landlords.

**Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.**

5.      First Motion To Reject Lease Or Executory Contract Regarding Entry Of An Order Under Sections 365(a) And 554(a) Of The Bankruptcy Code Authorizing The Debtors To (1) Reject As Of February 28, 2009, Certain Unexpired Leases Of Nonresidential Real Property And Related Subleases, And (2) Abandon Any Personal Property Located At Such Premises (D.I. 196, Filed 2/2/09).

Related Pleadings: None.

2733588

Objection Deadline: February 12, 2009 at 4:00 p.m. (ET). Extended to February 17, 2009 at 12:00 p.m. (ET) for the Committee. Extended to February 17, 2009 at 4:00 p.m. (ET) for Credit Solutions of America.

**Responses Received:**

a)      **Limited Objection Of Credit Solutions Of America, Inc. To Debtors' First Motion For The Entry Of An Order Under Sections 365(A) And 554(A) Of The Bankruptcy Code Authorizing The Debtors To (1) Reject As Of February 28, 2009 Certain Unexpired Leases Of Nonresidential Real Property And Related Subleases, And (2) Abandon Personal Property Located At Such Premises (D.I. 313, Filed 2/17/09).**

Status: This matter is going forward.


CONTESTED MATTER GOING FORWARD:


6.      Motion To Approve An Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(a), 362 And 546(c) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure (D.I. 193, Filed 2/2/09).

**Related Pleadings:**

a)      **Debtors' Motion For Leave To File Reply On Or Before February 18, 2009 At 4 P.M. In Further Support Of Their Motion For An Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(a), 362 And 546(c) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure [D.I. 193] (D.I. 314, Filed 2/17/09).**

Objection Deadline: February 12, 2009 at 4:00 p.m. (ET). ). Extended to February 17, 2009 at 12:00 p.m. for the Committee, AudioCodes, Inc. and AudioCodes Ltd.

Responses Received:

a)      Objection Of Andrew, LLC And Applicable Affiliates To Debtors' Motion For An Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(a), 362 And 546(c) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure (D.I. 274, Filed 2/12/09); and

b)      Objection Of JDS Uniphase Corporation To Debtors' Motion For An Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(A), 362 And 546(C) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure (D.I. 278, Filed 2/12/09).

Status: This matter is going forward.

2733588

Dated:  February 17, 2009
       Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                James L. Bromley
                Lisa M. Schweitzer
                One Liberty Plaza
                New York, New York 10006
                Telephone:  (212) 225-2000
                Facsimile:  (212) 225-3999

                      - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                 Thomas F. Driscoll III (No. 4703)
                Ann C. Cordo (No. 4817)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                Counsel for the Debtors and
                Debtors in Possession

2733588