IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Nortel Networks Inc., *et al.*,

Debtors.

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of **David A. Fidler** to represent **Sanmina-SCI Corporation** in the above-captioned cases.

Dated: February 17, 2009

Marc J. Phillips (No. 4445)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Tel: (302) 658-9141
E-Mail: mphillips@cblh.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the United States District Courts for the Northern and Central Districts of California and the District of Colorado, and the Tenth Circuit Court of Appeals, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing order for District Court fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: February 17, 2009

David A. Fidler, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4060
Facsimile: (310) 407-9090
Email: dfidler@KTBSLAW.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: February 18, 2009

United States Bankruptcy Court Judge

#663530

#308
2/17/09