IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NORTEL NETWORKS, INC., et al.[1], | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) Related D.I. 300 |

**SUPPLEMENT TO MOTION OF JOHNSON CONTROLS, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF OF PREPETITION AMOUNTS OWED BY AND BETWEEN <u>JOHNSON CONTROLS, INC. AND DEBTORS</u>**

On February 16, 2009 Johnson Controls, Inc. ("JCI"), by and through its undersigned counsel, filed a *Motion of Johnson Controls, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts Owed by and Between Johnson Controls, Inc. and Debtors* [Docket No. 300] (the "Motion"). JCI submits a copy of Purchase Order 4320007755 attached hereto as Exhibit A as it was not available at the time of the filing of the Motion.

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions, Inc.

{00274839;v1}CLE - 1117538.1

Dated: February 18, 2009

Respectfully submitted,

_____
Ricardo Palacio (I.D. 3765)
Benjamin W. Keenan (I.D. 4724)
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
rpalacio@ashby-geddes.com
bkeenan@ashby-geddes.com

and

Alan S. Kopit (OH 0031965)
Christopher W. Peer (OH 0076257)
HAHN LOESER & PARKS LLP
200 Public Square
Suite 2800
Cleveland, OH 44114
(216) 621-0150 – Telephone
(216) 241-2824 – Facsimile

*Counsel for Johnson Controls, Inc.*