# EXHIBIT A

# Purchase Order

Page 1 of 5

| Purchase Order No: 4320007755 | Order Date: 10/19/2007 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07/21/2008 |

**Supplier:**
Johnson Controls Inc
2215 York Road
Drake Plaza Suite 110
OAK BROOK IL 60523
USA
Telephone No: 630-990-3668
Fax No: 972-684-3868

**Ship to:**
Supplier Contact:
Robert Hagen

NN
Nortel
John Carmichael
2370 PERFORMANCE DRIVE
RICHARDSON TX 75082-4333
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Supplier No: 458533
Contract No: 06-170

| Carrier Number/Carrier Name: | Incoterms: | Payment Terms: Net 45 Days | Buyer: Luis Castillo Aldu | Telephone No: 525526268854 Fax: |
|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | PO Delivery Date - 10/26/2007 **Header text** Re: Project Management Fee Proposal "NGD Disposal (Floors. 1, 4 & 5)" - (Capital Portion) 1. THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN. 2. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT. 3. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | |
| 00010 | 1 | EA | | Galatyn D Capital Disposal Project | 10/26/2007 | 300000.00 | T1 | 24,750.00 | 300,000.00 |
| | 6.250% State 1.000% City 1.000% District | | | | | | | | |
| | | | | Mark Whittmyer Director, Design & Construction Integrated Real Estate & Facilities Management Johnson Controls, Inc. | | | | | |
| | | | | | | | | Page Total USD | 300,000.00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Luis Castillo Aldu
BUYER

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        C

# Purchase Order

| | |
|---|---|
| Order Date: 10/19/2007 | |
| Last Change Date: 07/21/2008 | Page 2 of 5 |
| Supplier No: 458533 | |
| Contract No: 06-170 | |

**Supplier:** Johnson Controls Inc
2215 York Road
Drake Plaza Suite 110
OAK BROOK IL 60523
USA
Telephone No: 630-990-3668
Fax No: 972-684-3868

**Purchase Order No:** 4320007755
This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier Contact:**
Robert Hagen

**Ship to:**
NN
Nortel
John Carmichael
2370 PERFORMANCE DRIVE
RICHARDSON TX 75082-4333
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: Net 45 Days | Incoterms: | Buyer: Luis Castillo Aldu | | Telephone No: 525526268854 Fax: | |
|---|---|---|---|---|---|

| Carrier Number/Carrier Name: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | | 3500 Lenox Road
Suite 1708
Atlanta, GA 30326
Tel: 404-869-9750 x 233

Mobile: 678-687-9981
Fax: 404-869-0977
*** Item completely delivered***

Goods Recipient: CARMICHAEL JOHN
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |
| | | | | Page Total | | USD | | 0.00 |
| | | | | Tax Amount
Total Amount | | USD
USD | | 24,750.00
324,750.00 |

Luis Castillo Aldu
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Terms and Conditions

Terms and Conditions

Terms and Conditions