## CERTIFICATE OF SERVICE

I, Benjamin W. Keenan, hereby certify that on February 18, 2009, I caused one copy of the foregoing to be served upon the parties on the attached service list via U.S. Mail, postage prepaid unless otherwise indicated.

                                                                   /s/ Benjamin W. Keenan  
                                                                   Benjamin W. Keenan (#4724)

**Nortel 2002 Service Labels**
**Label# 5162**

**HAND DELIVERY**
Derek Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**HAND DELIVERY**
Mark D. Collins, Esq.
Christopher S. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Tobey M. Daluz Esq., Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801

**VIA HAND DELIVERY**
James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA HAND DELIVERY**
Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

James L. Bromley
Lisa M. Schweitzer
Clear Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**VIA HAND DELIVERY**
Christopher A. Ward Esq., Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

**VIA HAND DELIVERY**
United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

{0268299;v1}

Chief Legal Officer
Luxoft
10-3, 1-Volokolamsky proezd
Moscow, 123060
RUSSIA

Kumudha Sridharan
Wipro Technologies
Plot 72, Keonics Electronic City
Hosur Main Road
Bangalore, 561229
INDIA

Dr. A.L. Rao
Wipro Technologies
No. 8, 7 "Main 1" Block
Koramangala
Bangalore, 560034
INDIA

Chief Legal Officer
Wipro Systems Ltd.
40 1A Lavelle Road
Bangalore, 560001
INDIA

Yaacov Omer, Yossi Benji, Simcha Gutgold
Telrad Networks Ltd.
Telrad Park Afek
14 Hamelacha St., P.O. Box 488
Rosh Ha'avin, 48091
ISRAEL

Chief Legal Officer
GFI Inc.
180 Ave Labrosse
Pointe Claire, Quebec H9R 1A1
CANADA

Michael Clarke
Flextronics America LLC
2090 Fortune Drive
San Jose, CA 95131

Michael Clarke
Flextronics International Europe BV
2090 Fortune Drive
San Jose, CA 95131

SEAL Consulting
Attn: Chief Legal Officer
105 Field Crest Avenue
Edison, NJ 08837

Hayward D. Fisk Esq.
Computer Science Corporation
2100 East Grand Avenue
El Segundo, CA 90245

Ned Nelson
Advanced Information Management
P.O. Box 1150
Collierville, TN 38027-1150

Scott Creasy
Computer Science Corporation
3306 Chapel Hill - Nelson Hwy
Research Triangle Park, NC 27709

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Cliff Plaxco
Computer Science Corporation
3170 Fairview Park Drive
Falls Church, VA 22042

{0268299;v1}

| | |
|---|---|
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Joe Adams<br>Jabil Circuit Inc (GDL)<br>10560 Dr Martin Luther King Jr. Street<br>St. Petersburg, FL 33716-3718 |
| Elizabeth Banda Esq.<br>Perdue Brandon Fielder Collins & Mott LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Chief Legal Officer<br>Beeline<br>1300 Marsh Landing Parkway<br>Jacksonville Beach, FL 32250 |
| Elizabeth Weller Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street<br>Ste 1600<br>Dallas, TX 75201 | Head of Sales - Communications &<br>Product Services<br>Infosys Technologies Ltd.<br>34760 Campus Drive<br>Fremont, CA 94555 |
| Vanessa Mack<br>The Bank of New York Mellon<br>101 Barclay Street - 4 E<br>New York, NY 10286 | Chris Dewees<br>JDS Uniphase Corporation<br>1768 Automation Parkway<br>San Jose, CA 95131 |
| Michael Clarke<br>Flextronics<br>2090 Fortune Drive<br>San Jose, CA 95131 | Gerald J. Parsons<br>Communications Test Design Inc.<br>1373 Enterprise Drive<br>West Chester, PA 19380 |
| Glow Networks<br>2140 Lake Park Boulevard<br>Richardson, TX 75080-2290 | Michael Clarke<br>Flextronics Sales & Marketing North<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Jill M. Standifer<br>Anixter<br>4711 Golf Road<br>Shokie, IL 60076 | Chief Legal Officer<br>Coams Inc.<br>175 W. Jackson<br>Suite 1750<br>Chicago, IL 60604 |

{0268299;v1}

| | |
|---|---|
| Michael Clarke<br>Flextronics International<br>2090 Fortune Drive<br>San Jose, CA 95131 | Robert C. Weber<br>IBM Corporation<br>New Orchard Road<br>Armonk, NY 10504 |
| Chief Legal Officer<br>Johnson Controls Inc.<br>2215 York Road<br>Oak Brook, IL 60523 | Jane B. Stranch<br>Branstetter, Kilgore, Stranch & Jennings<br>227 Second Avenue North<br>Fourth Floor<br>Nashville, TN 37201-1631 |
| Chief Legal Officer<br>Emerson Network Power Embedded<br>2900 South Diablo Way<br>Tempe, AZ 85282-3214 | Chief Legal Officer<br>Wistron InfoComm Technology Corp.<br>800 Parker Square<br>Flower Mound, TX 75028 |
| Office of the General Counsel<br>Pension Benefit Guaranty Corporation<br>Department of Insuracne<br>Supervision and Compliance<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Michael Clarke<br>Flextronics Logistics USA Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Senior Vice President &<br>Chief Financial Officer<br>Airspan Communications Ltd.<br>777 Yamato Road<br>Suite 105<br>Boca Raton, FL 33431 |
| Internal Revenue Service<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | Mike Cordova<br>McCann Erickson San Francisco<br>600 Battery Street<br>San Francisco, CA 94941 |
| Alistar Bambach<br>Securities & Exchange Commission<br>New York Regional Office<br>Bankruptcy Division<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Chief Legal Officer<br>TEKsystems Inc.<br>7437 Race Road<br>Hanover, MD 21076-111 |

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Ste 300
San Antonio, TX 78205

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St, Ste 400
West Chester, PA 19382

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA 22102-4215

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA 94104

Chief Legal Officer
Covergence Inc.
One Clock Tower Place
Maynard, MA 01754

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St, 9th Fl
Boston, MA 02110

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway, 47th Fl
New York, NY 10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

| | |
|---|---|
| Howard S. Steel Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Jennifer V. Doran Esq.<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109 |
| Scott K. Brown Esq.<br>Lewis and Roca LLP<br>40 North Central Ave<br>Ste 1900<br>Phoenix, AZ 85004 | David S. Curry Esq.<br>Craig E. Reimer Esq.<br>Mayer Brown LLP<br>71 South Wacker Dr<br>Chicago, IL 60606 |
| Terry Zale<br>Flextronics International<br>305 Interlocken Pkwy<br>Broomfield, CO 80021 | Andrew D. Shaffer Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| J. Scott Douglass Esq.<br>909 Fannin<br>Ste 1800<br>Houston, TX 77010 | Ramona Neal Esq.<br>Hewlett-Packard Company<br>11311 Chinden Blvd<br>Mailstop 314<br>Boise, ID 83714 |
| Michael W. Binning Esq.<br>Law Office of Michael W. Binning<br>200 Oceangate, Ste 845<br>Long Beach, CA 90802-4353 | Nicholas Vianna<br>The Interpublic Group of Companies<br>1114 Avenue of the Americas, 19th Floor<br>New York, NY 10036 |
| EPIQ Bankruptcy Solutions, LLC<br>Attn: Nortel Networks, Inc., et al.<br>Grand Central Station<br>P.O. Box 4601<br>New York, NY 10163-4601 | Stephane Lupien<br>Export Development Canada<br>151 O'Connor Street<br>Ottawa, Ontario K1A 1K3<br>CANADA |
| Infosys Technologies Ltd.<br>Plot No 45 & 46 Electronics<br>Bangalore, KA 560100<br>INDIA | Doug Alteen<br>JDS Uniphase Corporation<br>3000 Merivale Road<br>Ottawa, Ontario K2G 6N7<br>CANADA |

{0268299;v1}

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai, 400066
INDIA

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest, 14459
ROMANIA