## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on the 18th day of February 2009, I caused copies of the foregoing **Motion and Order for Admission *Pro Hac Vice* Pursuant to Del. Bankr. L.R. 9010-1 (Joshua Y. Sturm)** to be served upon the parties and in the manner indicated below.

### Via First Class U.S. Mail

Patrick Tinker, Esq.
Office of the United States Trustee
J Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll III. Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Christopher M. Samis (No. 4909)

RLF1-3369441-1