# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Nortel Networks Inc.,** *et al.,* | § | |
| | § | **Case No. 09-10138 (KG)** |
| Debtors. | § | |
| | § | |
| | § | |
| | § | |

## STATEMENT OF COUNSEL UNDER BANKRUPTCY RULE 2019

Polsinelli Shughart PC ("Polsinelli"), attorneys for the below listed parties, makes the following statement ("Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. On January 14, 2009, each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed separate voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

2. Polsinelli represents the following creditors and parties-in-interest in the above-captioned and jointly administered cases:

   a. **Westcon Group North America, Inc.**
      520 White Plains Road
      Tarrytown, New York 10591

   b. **ABN AMRO Bank N.V.**
      P.O. Box 283
      1000 EA Amsterdam
      The Netherlands

3. Polsinelli was retained by Westcon Group North America, Inc. to represent their interests in the above-captioned cases as a creditor.

1737419.1

4. Polsinelli was retained by ABN AMRO Bank N.V. to represent their interests in the above-captioned cases as a creditor.

5. Polsinelli does not own, nor has it ever owned, any equity securities of the Debtors. Polsinelli does not own an interest in a claim against the Debtors.

6. Polsinelli reserves the right to supplement this Statement as necessary.

Dated: February 19, 2009
Wilmington, Delaware

POLSINELLI SHUGHART PC

By: _____
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel for Westcon Group North America, Inc. and ABN AMRO Bank N.V.*