## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | **Chapter 11** |
| **Nortel Networks Inc.,** *et al.*, | § § | **Case No. 09-10138 (KG)** |
| Debtors. | § § § § | **Re: Docket: 330** |

## CERTIFICATE OF SERVICE

I, Justin K. Edelson, Esq., of Polsinelli Shughart PC, hereby certify that on this 19th day of February 2009, I caused to be served a copy of the ***Statement Of Counsel Under Bankruptcy Rule 2019*** upon the parties listed on the attached 2002 service list *via* First Class United States mail to all parties.

                                                      */s/ Justin K. Edelson*
                                           Justin K. Edelson (Del. Bar. No. 5002)