**Patrick Tinker, Esq.**
**Office of the U.S. Trustee**
**844 King Street**
**Suite 2207, Lockbox 35**
**Wilmington, DE  19801-3519**

**United States Attorney's Office**
**District of Delaware**
**1007 N. Orange Street**
**Wilmington, DE  19801**

**Mary F. Caloway, Esq.**
**P.J. Duhig, Esq.**
**Buchanan Ingersoll & Rooney**
**1000 West Street**
**Suite 1410**
**Wilmington, DE  19801**

**James E. Huggett Esq.**
**Margolis Edelstein**
**750 Shipyard Dr**
**Ste 102**
**Wilmington, DE  19801**

**John V. Fiorella Esq.**
**Archer & Greiner PC**
**300 Delaware Ave**
**Ste 1370**
**Wilmington, DE  19801**

**Tobey M. Daluz Esq.**
**Leslie Heilman Esq.**
**Ballard Spahr Andrews & Ingersoll LLP**
**919 Market St**
**12th Fl**
**Wilmington, DE  19801**

**Joanne B. Wills Esq.**
**Klehr Harrison Harvey Branzburg & Ellers LLP**
**919 Market St**
**Ste 1000**
**Wilmington, DE  19801**

**William P. Bowden Esq.**
**Ashby & Geddes P.A.**
**500 Delaware Ave**
**8th Fl**
**Wilmington, DE  19801**

**Joseph H. Huston Jr. Esq.**
**Maria Aprile Sawczuk Esq.**
**Stevens & Lee P.C.**
**1105 N Market St**
**7th Fl**
**Wilmington, DE  19801**

**Rachel B. Mersky Esq.**
**Monzack Mersky McLaughlin and Browder P.A.**
**1201 N Orange St**
**Ste 400**
**Wilmington, DE  19801**

**Ricardo Palacio Esq.**
**Ashby & Geddes P.A.**
**500 Delaware Ave**
**Wilmington, DE  19801**

**Duane D. Werb Esq.**
**Werb & Sullivan**
**300 Delaware Ave**
**13th Fl**
**Wilmington, DE  19801**

**Mark D. Collins Esq.**
**Christopher M. Samis Esq.**
**Richards Layton & Finger**
**One Rodney Square**
**920 N King St**
**Wilmington, DE  19801**

**Kathleen M. Miller Esq.**
**Smith Katzenstein & Furlow**
**800 Delaware Ave.**
**7th Fl**
**Wilmington, DE  19801**

**Kurt F. Gwynne Esq.**
**J. Cory Falgowski Esq.**
**Reed Smith LLP**
**1201 N Market St**
**Ste 1500**
**Wilmington, DE  19801**

**Charles J. Brown III Esq.**
**Archer & Greiner PC**
**300 Delaware Ave**
**Ste 1370**
**Wilmington, DE  19801**

**Gregory A. Taylor Esq.**
**Benjamin W. Keenan Esq.**
**Ashby & Geddes P.A.**
**500 Delaware Ave**
**8th Fl**
**Wilmington, DE  19801**

**David B. Stratton Esq.**
**Leigh-Anne M. Raport Esq.**
**Pepper Hamilton LLP**
**1313 Market St**
**Ste 5100**
**Wilmington, DE  19801**

**Charlene D. Davis Esq.**
**Daniel A. O'Brien Esq.**
**Bayard P.A.**
**222 Delaware Ave**
**Ste 900**
**Wilmington, DE  19801**

**Jeffrey S. Wisler Esq.**
**Marc J. Phillips Esq.**
**Connolly Bove Lodge & Hutz LLP**
**The Nemours Building**
**1007 N Orange St**
**Wilmington, DE  19801**

**Marla R. Eskin Esq.**
**Ayesha S. Chacko Esq.**
**Campbell & Levine LLC**
800 N King St
Ste 300
Wilmington, DE  19801

**Henry Jaffe Esq.**
**Pepper Hamilton LLP**
Hercules Plaza
Ste 5100
1313 Market St
Wilmington, DE  19801

**Brett D. Fallon Esq.**
**Morris James LLP**
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

VIA FIRST CLASS MAIL **- INTERNATIONAL**
**Michael J. Wunder Esq.**
**R. Snayne Kukulowicz Esq.**
**Alex L. MacFarlane Esq.**
**Fraser Milner Casgrain LLP**
1 First Canadian Place
42nd Fl
100 King Street West
Toronoto, Ontario  M5X 1B2
Canada

VIA FIRST CLASS MAIL **- INTERNATIONAL**
**Jennifer Stam**
**Ogilvy Renault LLP**
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario  M5J 2Z4
Canada

VIA FIRST CLASS MAIL **- INTERNATIONAL**
**Stephen Gale**
**Herbert Smith**
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
England

VIA FIRST CLASS MAIL **- INTERNATIONAL**
**Derek Austin**
**Export Development Canada**
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
Canada

VIA FIRST CLASS MAIL
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

**Secretary of State**
**Division of Corporations**
**Franchise Tax**
**P.O. Box 7040**
**Dover, DE  19903**

**John P. Dillman Esq.**
**Linebarger Goggan Blair & Sampson LLP**
P.O. Box 3064
Houston, TX  77253-3064

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX  75201

Securities & Exchange Commission
100 F Street, NE
Washington, DC  20549*Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413*
Ken Coleman, Esq

Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA  02110

**Michael L. Schein Esq.**  
Vedder Price P.C.  
1633 Broadway  
47th Fl  
New York, NY  10019

**Michael L. Schein Esq.**  
Vedder Price P.C.  
1633 Broadway  
47th Fl  
New York, NY  10019

**Raniero D'Aversa Jr. Esq.**  
Laura D. Metzger Esq.  
Weston T. Eguchi Esq.  
Orrick Herrington & Sutcliffe LLP  
666 Fifth Avenue  
New York, NY  10103-0001

**David L. Pollack Esq.**  
Jeffrey Meyers Esq.  
Ballard Spahr Andrews & Ingersoll LLP  
51st Fl Mellon Bank Ctr  
1735 Market St  
Philadelphia, PA  19103

**Jennifer V. Doran Esq.**  
Hinckley Allen & Snyder LLP  
28 State St  
Boston, MA  02109

**Melissa A. Mickey**  
Mayer Brown LLP  
71 S. Wacker Drive  
Chicago, IL  60604-1404

**David G. Aelvoet Esq.**  
Linebarger Goggan Blair & Sampson LLP  
Travis Bldg  
711 Navarro  
Ste 300  
San Antonio, TX  78205

**Nicholas Skiles Esq.**  
John A. Wetzel Esq.  
Swartz Campbell LLC  
One S. Church St  
Ste 400  
West Chester, PA  19382

**Joseph E. Shickich Jr. Esq.**  
Riddell Williams P.S.  
1001 4th Ave  
Ste 4500  
Seattle, WA  98154-1192

**David I. Swan Esq.**  
Kenneth M. Misken Esq.  
McGuireWoods LLP  
1750 Tysons Blvd  
Ste 1800  
McLean, VA  22102-4215

**Merle C. Meyers Esq.**
**Michele Thompson Esq.**
**Meyers Law Group P.C.**
**44 Montgomery Street**
**Ste 1010**
**San Francisco, CA  94104**

**Howard S. Steel Esq.**
**Kelley Drye & Warren LLP**
**101 Park Avenue**
**New York, NY  10178**

**Scott K. Brown Esq.**
**Lewis and Roca LLP**
**40 North Central Ave**
**Ste 1900**
**Phoenix, AZ  85004**

**Terry Zale**
**Flextronics International**
**305 Interlocken Pkwy**
**Broomfield, CO  80021**

**J. Scott Douglass Esq.**
**909 Fannin**
**Ste 1800**
**Houston, TX  77010**

**Ramona Neal Esq.**
**Hewlett-Packard Company**
**11311 Chinden Blvd**
**Mailstop 314**
**Boise, ID  83714**

**Nicholas Vianna**
**The Interpublic Group of Companies**
**1114 Avenue of the Americas**
**19th Floor**
**New York, NY  10036**

**Lawrence M. Schwab Esq.**
**Patrick M. Costello Esq.**
**Bialson Bergen & Schwab**
**2600 El Camino Real**
**Ste 300**
**Palo Alto, CA  94306**

**Richard M. Kremen Esq.**
**Dale K. Cathell Esq.**
**DLA Piper LLP (US)**
**6225 Smith Avenue**
**Baltimore, MD  21209**

**Eric S. Prezant Esq.**
**Bryan Cave LLP**
**161 N Clark St**
**Ste 4300**
**Chicago, IL  60601**

**Michelle McMahon Esq.**
**Bryan Cave LLP**
**1290 Avenue of the Americas**
**New York, NY  10104**

**Joseph J. Wielebinski Esq.**
**Munsch Hardt Kopf & Harr P.C.**
**3800 Lincoln Plaza**
**500 N Akard St**
**Dallas, TX  75201-6659**

**Alan S. Kopit Esq.**
**Christopher W. Peer Esq.**
**Hahn Loeser & Parks LLP**
**200 Public Square**
**Ste 2800**
**Cleveland, OH  44114**

**Carren B. Shulman Esq.**
**Kimberly K. Smith Esq.**
**Sheppard Mullin Richter & Hampton LLP**
**30 Rockefeller Plaza**
**24th Fl**
**New York, NY  10112**

**Randall D. Crocker Esq.**
**VonBriesen & Roper S.C.**
**411 E Wisconsin Ave**
**Ste 700**
**Milwaukee, WI  53202**

**Beverly H. Shideler, BS8399**
**IBM Corporation**
**Two Lincoln Centre**
**Oakbrook Terrace, IL  60181**

**Fred S. Hodara Esq.**
**Ryan C. Jacobs Esq.**
**Akin Gump Strauss Hauer & Feld LLP**
**One Bryant Park**
**New York, NY  10036**

**Edmond P. O'Brien Esq.**
**Stempel Bennett Claman & Hochberg P.C.**
**675 Third Ave**
**31st Fl**
**New York, NY  10017**

**David N. Crapo Esq.**
**Gibbons P.C.**
**One Gateway Center**
**Newark, NJ  07102-5310**

**Jill L. Murch Esq.**
**Lars A. Peterson Esq.**
**Foley & Lardner LLP**
**321 North Clark St**
**Ste 2800**
**Chicago, IL  60654-5313**

**Shawn M. Christianson Esq.**
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA  94105-2126

**Douglas J. Kaye**
631 Belmont Crest Drive
Marietta, GA  30067

**Joon M. Khang Esq.**
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA  90067

**Hubert H. Kuo Esq.**
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA  92660

**Cullen K. Kuhn Esq.**
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102

**Kenneth E. Noble Esq.**
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

**Donald K. Ludman Esq.**
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ  08096

**Vicente Matias Murrell Esq.**
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC  20005-4026

**Lynnette R. Warman**
Hunton & Williams
1445 Ross Ave
Rountain Place, Ste 3700
Dallas, TX  75202-2799

**Stephen C. Stapleton**
Dykema Gossett PLLC
1717 Main St
Ste 2400
Dallas, TX  75201

| | |
|---|---|
| **David A. Rosenzweig Esq.**<br>**Fulbright & Jaworski LLP**<br>**666 5th Ave**<br>**New York, NY  10103-3198** | **Vincent A. D'Agostino Esq.**<br>**Lowenstein Sandler PC**<br>**65 Livingston Ave**<br>**Roseland, NJ  07068** |
| **Securities & Exchange Commission**<br>**15th & Pennsylvania Avenue, NW**<br>**Washington, DC  20020** | **Attn:  Nathan Fuchs**<br>**Securities & Exchange Commission**<br>**New York Regional Office**<br>**233 Broadway**<br>**New York, NY  10279** |
| **Alan J. Lipkin Esq.**<br>**Jeremy E. Crystal Esq.**<br>**Willkie Farr & Gallagher LLP**<br>**787 7th Ave**<br>**New York, NY  10019** | **Val Mandel Esq.**<br>**Val Mandel P.C.**<br>**80 Wall St**<br>**Ste 1115**<br>**New York, NY  10005** |
| **Doug Goin CFO**<br>**APC Workforce Solutions LLC**<br>**420 South Orange Avenue**<br>**6th Fl**<br>**Orlando, FL  32801** | **John M. Hickey Esq.**<br>**Barber & Bartz**<br>**525 S Main St**<br>**Ste 800**<br>**Tulsa, OK  74103-4511** |
| **Attn:  Chantel Pinnock**<br>**Travelers**<br>**1 Tower Square**<br>**5MN**<br>**Hartford, CT  06183-4044** | **Janet Fitzpatrick**<br>**Unisys Corporation**<br>**P.O. Box 500**<br>**M/S E8-108**<br>**Blue Bell, PA  19424** |

**Edward T. Attanasio Esq.**
**Klee Tuchin Bogdanoff & Stern LLP**
**1999 Avenue of the Stars**
**39th Fl**
**Los Angeles, CA  90067-6049**

**Mark G. Ledwin Esq.**
**Wilson Elser Moskowitz Edelman & Dicker LLP**
**3 Gannett Dr**
**White Plains, NY  10604**

**John C. Vigano Esq.**
**Patricia J. Fokuo Esq.**
**Schiff Hardin LLP**
**6600 Sears Tower**
**Chicago, IL  60606-6473**

**David M. Schilli Esq.**
**Ty E. Shaffer Esq.**
**Robinson Bradshaw & Hinson P.A.**
**101 North Tryon St**
**Ste 1900**
**Charlotte, NC  28246**

**Robert J. Rosenberg Esq.**
**Latham & Watkins LLP**
**885 Third Avenue**
**Ste 1000**
**New York, NY  10022-4068**

**Michael J. Riela Esq.**
**Latham & Watkins LLP**
**885 Third Avenue**
**Ste 1000**
**New York, NY  10022-4068**

**Zachary N. Goldstein Esq.**
**Latham & Watkins LLP**
**885 Third Avenue**
**Ste 1000**
**New York, NY  10022-4068**

**Alan D. Smith**
**Chun M. Ng**
**Perkins Coie LLP**
**1201 Third Avenue**
**48th Floor**
**Seattle, WA  98101-3099**

**Alan Kolod**
**Christopher J. Caruso**
**Kent  C. Kolbig**
**Moses & Singer LLP**
**The Crysler Building**
**405 Lexington Avenue**
**New York, NY  10174**

**Edward C. Wetmore VP & Gen Counsel**
**Amphenol Corporation**
**358 Hall Avenue**
**Wallingford, CT  06492**