# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 19, 2009 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

OMNIBUS HEARING
**R / M #:**   329 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - CNO Filed and Order Signed
#2 - Adjourned - Stipulation and order will be sent to court in a few days.
#3 - Adjourned - Supplement Cash Management Motion - ORDER SIGNED
#4 - CNO Filed and Order Signed
#5 -  Granted - ORDER SIGNED
#6 - Granted -  ORDER SIGNED