**S I G N - I N - S H E E T**

CASE NAME:    NORTEL NETWORKS INC.

CASE NO.:    09-10138 - KG

COURTROOM LOCATION: 3

DATE:    2/19/09

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James C. Carignan | Pepper | Wireless (Tx) LP |
| Fred Hodara | Akin Gump | Committee |
| Josh Sturm | Akin Gump | Committee |
| Chris Samis | Richards Layton & Finger | Committee |
| Marc Phillips | Connelly Bove Lodge & Hutz | Sanminar-SCI |
| Dan O'Brien | Bayard, P.A. | Credit Solano |
| Kathy Miller | Smith Katzenstein | Verizon |
| Diane D. Weiss | Weiss & Sullivan | EMorson Network |
| Randall Crocker | Von Briesen Law Firm | EMerson Network |
| Amanda M. Winfree | Ashby + Geddes PA | JDS Uni/Chase Corporat— |
| Merle Meyers | The Meyers Law Group | JDS Uni/Chase corporation |
| Derek Abbott | Morris Nichols | Nortel |
| Tom Driscoll | Morris Nichols | Nortel |
| Lisa Schweitzer | Cleary Gottlieb | Nortel |
| JWilkins | Cleary gottlieb | Nortel |

S I G N - I N - S H E E T

CASE NAME:    NORTEL NETWORKS INC.    COURTROOM LOCATION: 3
CASE NO.:    09-10138 - KG    DATE:    2/19/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Tinker | U.s - Trustee | U.S.-Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: **02/19/2009**
Calendar Time: **10:00 AM**

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|-------------------|---------------|-----------|-----------|-------------|
| | | Nortel Networks, Inc. | 09-10138 | Hearing |  | Darryl Laddin | | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing |  | James V. Drew | | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor; FlexTronics / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | | Anneliese H. Pak | | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | | Howard S. Steel | | Kelley Drye & Warren, LLP | Creditor, Tata Consulting Services / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing |  | Craig Shesky |  | King Street Capital Management, LLC | Interested Party, King Street Capital Management / LISTEN ONLY |

Robert