## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., et al. | § | Jointly Administered |
| Debtors. | § | Chapter 11 |
| | § | |

### NOTICE OF RECLAMATION DEMAND OF
### ALPHA NETWORKS, INC.

**PLEASE TAKE NOTICE** that a written reclamation demand on behalf of ALPHA NETWORKS, Inc. was served on January 28, 2009, by over night mail on Debtor's counsel and Equip Bankruptcy Solutions, LLC. A true and correct copy of the written reclamation demand is attached hereto as Exhibit "A" and incorporated herein by this reference.

**PLEASE TAKE FURTHER NOTICE** that ALPHA NETWORKS, INC. was inadvertently and mistakenly identified as "Alpha Network USA, Inc." in the original notice of reclamation demand.

DATED:   February 12, 2009          KHANG & KHANG LLP

By: _____
    Joon M. Khang
    1910 Avenue of the Stars, 2nd Floor
    Los Angeles, CA 90067
    Tel: (310) 461-1342
    Fax: (310) 461-1343
    Email: joon@khanglaw.com

Attorneys for Creditor
Alpha Networks, Inc.

1

## Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been served by mail on the date set forth below on the parties listed below.

James Bromley
Lisa Schweitzer
CLEARY GOTTLIEB, et al.
One Liberty Plaza
New York, NY 10006

Epiq Bankruptcy Solutions, LLC
757 Third Ave., Third Floor
New York, NY 10017
Attn: Ron Jacobs

Dated: February 12, 2009

_____
Joon M. Khang

2