**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., et al. | § | Jointly Administered |
| Debtors. | § | Chapter 11 |
| | § | |

## NOTICE OF RECLAMATION DEMAND OF ALPHA NETWORK USA, INC.

**PLEASE TAKE NOTICE** that ALPHA NETWORK USA, Inc., a creditor and party in interest herein, hereby files its demand for reclamation of goods pursuant to 11 U.S.C. § 546(c). The goods shipped and delivered to debtor Nortel Networks, Inc. ("Nortel") within 45 days prior to Nortel's chapter 11 filing are identified in the product list, purchase orders, invoices and proofs of delivery attached hereto as Exhibit A.

DATED:     January 28, 2009          KHANG & KHANG LLP


By: _____
Joon M. Khang
1910 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel:  (310) 461-1342
Fax:  (310) 461-1343
Email:  joon@khanglaw.com

Attorneys for Creditor
Alpha Network USA, Inc.

FILED / RECEIVED
FEB - 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

1

<u>Certificate of Service</u>

I do hereby certify that a true and correct copy of the above and foregoing has been served by mail on the date set forth below on the parties listed below.

| | |
|---|---|
| Derek C. Abbott<br>MORRIS, NICHOLS, et al.<br>1201 N. Market St., PO Box 1347<br>Wilmington, DE 19899 | Epiq Bankruptcy Solutions, LLC<br>757 Third Ave., Third Floor<br>New York, NY 10017<br>Attn: Ron Jacobs |

Dated: January 28, 2009

Joon M. Khang

## Express Mail Label 1

**ED 514499094 US**

**Customer Copy** — Label 11-B, March 2004
**UNITED STATES POSTAL SERVICE — Post Office To Addressee**

FROM: (PLEASE PRINT) PHONE (310) 461-1342

Joon M. Khang
KHANG & KHANG LLP
1901 Avenue of the Stars #200
Los Angeles, CA 90067

TO: (PLEASE PRINT) PHONE (646) 282-2500

Ron Jacobs
Epiq Bankruptcy Solutions, LLC
757 Third Ave., 3rd Floor
New York, NY

ZIP: 10017

## Express Mail Label 2

**ED 514500040 US**

**Customer Copy** — Label 11-B, March 2004
**UNITED STATES POSTAL SERVICE — Post Office To Addressee**

FROM: (PLEASE PRINT) PHONE (310) 461-1342

Joon M. Khang
KHANG & KHANG LLP
1901 Avenue of the Stars #200
Los Angeles, CA 90067

TO: (PLEASE PRINT) PHONE (302) 658-9200

Derek C. Abbott
MORRIS, NICHOLS, et al.
1201 N. Market St., PO Box 1347
Wilmington, DE

ZIP: 19899