**EXHIBIT A**

| Component Item | Component Description | U/P (USD) | Q'ty | Amount (USD) | Project |
|---|---|---|---|---|---|
| 1111000221000G | IC COMS SN74HC02DR SOP 14P(TI) | $ 0.06 | 193 | $ 10.64 | NTLDL24...A2G |
| 1112016421080G | IC 74AHC164D SO14 | $ 0.06 | 193 | $ 11.25 | NTLDL24...A2G |
| 1350770320000G | IC VOLT.SUP/VIS TLC7703IDR SO8 | $ 0.39 | 193 | $ 74.33 | NTLDL24...A2G |
| 1360523679000G | IC PWM FAN5236QSCX_NL QSOP28 | $ 0.67 | 193 | $ 128.50 | NTLDL24...A2G |
| 1460230923000G | IC CY2309SXC-1HT SOIC 16P | $ 0.39 | 193 | $ 74.43 | NTLDL24...A2G |
| 1470081496000G | IC CY2DP814ZXCT CLK TSSOP16 | $ 1.25 | 193 | $ 240.91 | NTLDL24...A2G |
| 1520460220000G | EEPROM AT24C16AN-10SU-2.7 SO8 | $ 0.10 | 193 | $ 19.12 | NTLDL24...A2G |
| 1570903090904G | IC FLASH JS28F128J3D75 TSOP56 | $ 3.73 | 193 | $ 720.38 | NTLDL24...A2G |
| 1600008245800G | IC MPC8245LZU266D TBGA352 | $ 20.65 | 193 | $ 3,985.43 | NTLDL24...A2G |
| 1610154641NL | IC BCM5464SRA1(P11) | $ 10.59 | 193 | $ 2,044.31 | NTLDL24...A2G |
| 1611105464NL | IC BCM5464RKFB(P11) | $ 10.09 | 193 | $ 1,946.96 | NTLDL24...A2G |
| 1611105692NL | IC ETH/SW BCM5692PKEB(P12) | $ 51.70 | 193 | $ 9,978.17 | NTLDL24...A2G |
| 1680005671NL | IC SW BCM5671A1KEB EBGA600(NL) | $ 40.35 | 193 | $ 7,787.84 | NTLDL24...A2G |
| 2204020310000G | RES 4.02K 1% 1/10W SMD 0603 | $ 0.00 | 193 | $ 0.07 | NTLDL24...A2G |
| 2204300530000G | RES 430K 5% 1/10W 0603 | $ 0.00 | 193 | $ 0.05 | NTLDL24...A2G |
| 2204870210000G | RES 487 1% 1/10W SMD 0603 | $ 0.00 | 193 | $ 0.07 | NTLDL24...A2G |
| 2208060410000G | RES 80.6K 1% 1/10W SMD 0603 | $ 0.00 | 193 | $ 0.07 | NTLDL24...A2G |
| 3022270106040G | CAP 22UF X5R 6.3V 10% 1210 MT | $ 0.10 | 193 | $ 18.72 | NTLDL24...A2G |
| 3022270196040G | CAP 22UF X5R 6.3V 10% 1210 | $ 0.06 | 193 | $ 12.07 | NTLDL24...A2G |
| 3251091530000G | E-CAP 1000UF 6.3V 8*11 L/E TC | $ 0.02 | 193 | $ 3.98 | NTLDL24...A2G |
| 3263382703130G | E-CAP 330UF 35V 20% 8*15 | $ 0.02 | 193 | $ 4.15 | NTLDL24...A2G |
| 4005003600080G | DIODE SCHOT. CSHD3-60-LF DPAK | $ 0.16 | 193 | $ 31.00 | NTLDL24...A2G |
| 4005013030110G | DIODE REC. MBRS130LT3G SMB | $ 0.05 | 193 | $ 9.73 | NTLDL24...A2G |
| 4959999990900G | LED ARRAY KTL-4416-1-LC2.7 | $ 0.39 | 193 | $ 76.03 | NTLDL24...A2G |
| 5525001741200G | OSC 25.00125M 50P 3.3V SMD TAI | $ 0.30 | 60 | $ 17.82 | NTLDL24...A2G |
| 5807218916000G | W/ASS'Y 3.96 12-12(H/T)160mm | $ 0.76 | 176 | $ 134.13 | NTLDL24...A2G |
| 6000100900000G | CONN D-TYPE 9 PIN FEMALE | $ 0.18 | 193 | $ 35.32 | NTLDL24...A2G |
| 6002080080260G | P/J 8P8C 2x6 port XFMER | $ 11.82 | 193 | $ 2,280.91 | NTLDL24...A2G |
| 6004000940000G | CONN. RS232 FEMALE | $ 0.45 | 60 | $ 27.24 | NTLDL24...A2G |
| 6010043190000G | CONN Z-PACK MALE 2mm 110P | $ 2.27 | 193 | $ 438.64 | NTLDL24...A2G |

| Part Number | Description | | Qty | Ext. | Code |
|---|---|---|---|---|---|
| 601114013000G | CONN Z-PACK FEMALE 2mm 110P | $ 4.18 | 193 | $ 807.09 | NTLDL24...A2G |
| 641150271510G | FAN DC12V 6*6*1.8 150CM (YS) | $ 2.64 | 193 | $ 508.82 | NTLDL24...A2G |
| 641266218300G | FAN DC12V 4*4*1CM(H) 8.3CM 3P | $ 2.06 | 184 | $ 378.80 | NTLDL24...A2G |
| 651DL24T.015G | CD KIT DL3510-24T GWS_vA1 | $ 0.87 | 128 | $ 110.81 | NTLDL24...A2G |
| 670103021000G | LI-BATTERY 3.0V/210mA_CR2032 | $ 0.05 | 193 | $ 10.23 | NTLDL24...A2G |
| 691630472020G | SPS 140W(12V/5V| 11A/1.5A) | $ 39.82 | 82 | $ 3,265.22 | NTLDL24...A2G |
| 8GS3224SRA41 | PCB DGS-3224SR V.A1-4 | $ 17.27 | 193 | $ 3,333.64 | NTLDL24...A2G |
| 8GS33241.5A1 | PCB GS3324I V.A1-5 | $ 3.03 | 193 | $ 584.85 | NTLDL24...A2G |
| 900101755001G | 12#-24x5/8 PAN HEAD SCREW/RoHS | $ 0.10 | 193 | $ 19.88 | NTLDL24...A2G |
| 900421306000G | FLAT HEAD SCREW (φ4.5)RoHS | $ 0.00 | 193 | $ 0.51 | NTLDL24...A2G |
| 901425755400G | 10-32*3/4-Phil Scr.w/#10(RoHS) | $ 0.16 | 193 | $ 31.58 | NTLDL24...A2G |
| 903200424001G | M4 R/ WASHER ANCHOR (4S/B)RoHS | $ 0.20 | 193 | $ 38.48 | NTLDL24...A2G |
| 93D440691000G | Nortel DL24 TOP COVR V.A1(RoHS | $ 2.18 | 193 | $ 421.09 | NTLDL24...A2G |
| 93D4416910000G | DL24 BOTTOM COVER V.A1(RoHS) | $ 4.88 | 193 | $ 941.61 | NTLDL24...A2G |
| 93D444691000G | DL24 RACK MOUNT EAR V.A1(RoHS | $ 0.30 | 193 | $ 58.48 | NTLDL24...A2G |
| 97000002611G | WHITE LABEL(7.62*3.81 CM R1)/G | $ 0.01 | 193 | $ 1.17 | NTLDL24...A2G |
| 97000003047G | MODEL NO LABEL CASE W/"CM" | $ 0.01 | 193 | $ 2.11 | NTLDL24...A2G |
| 97000003452G | MODEL LABEL FOR CASE 9*5cm | $ 0.02 | 193 | $ 3.28 | NTLDL24...A2G |
| 97000004506G | DGS-711 19.5X21XR.15 (RoHS) | $ 0.01 | 193 | $ 1.05 | NTLDL24...A2G |
| 97000005832G | Dragline 24G+4 Nameplate(RoHS) | $ 0.48 | 69 | $ 33.45 | NTLDL24...A2G |
| 97000006376G | Dustbin label V.2(RoHS) | $ 0.02 | 193 | $ 4.68 | NTLDL24...A2G |
| 97000007887G | Dragline HST Table | $ 0.10 | 20 | $ 1.94 | NTLDL24...A2G |
| 971149000753G | S/N LABEL 28*9mm (*BLANK)(G) | $ 0.00 | 193 | $ 0.53 | NTLDL24...A2G |
| 972049001910G | WHITE LABEL (4"*24 R.125)(G) | $ 0.01 | 104 | $ 1.51 | NTLDL24...A2G |
| 990028000000G | FN2420/1020/2320 RBLE BAG(RoHS | $ 0.02 | 193 | $ 2.92 | NTLDL24...A2G |
| 119000424104G | CMOS 74LVC04AD SOP14(PHILIPS) | $ 0.05 | 32 | $ 1.65 | NTLES24T...B1G |
| 130091725500G | IC DC/DC AIC1630-APSTR SO8 | $ 0.35 | 32 | $ 11.25 | NTLES24T...B1G |
| 137016302000G | IC DC/DC AIC1630-APSTR SO8 | $ 0.36 | 32 | $ 11.51 | NTLES24T...B1G |
| 137017736800G | IC REG LTC1773EMS#TRPBF MSOP10 | $ 2.16 | 32 | $ 69.20 | NTLES24T...B1G |
| 141033849500G | IC BUS SW PI3C3384LE TSSOP 24P | $ 0.36 | 32 | $ 11.46 | NTLES24T...B1G |
| 147003012000G | IC ICS301-28LF SO 8P | $ 0.86 | 32 | $ 27.61 | NTLES24T...B1G |
| 161001542 1NL | IC BCM5421SA2KQM MQFP-128F(NL) | $ 6.82 | 48 | $ 327.14 | NTLES24T...B1G |

| Part Number | Description | Unit Price | Qty | Ext Price | Location |
|---|---|---|---|---|---|
| 161100561SNL | IC SW BCM5615A1KTB(A1) | $ 38.63 | 32 | $ 1,236.07 | NTLES24T..B1G |
| 170720643500G | IC ispLSI 2064VE-100LiN PLCC44 | $ 1.44 | 10 | $ 14.41 | NTLES24T..B1G |
| 220001001900G | RES 0.01 1% 3/4W 2010 SMD | $ 0.08 | 32 | $ 2.47 | NTLES24T..B1G |
| 220255041000G | RES 25.5K 1% 1/10W SMD 0603 | $ 0.00 | 64 | $ 0.02 | NTLES24T..B1G |
| 220330021100G | RES 330 1% 1/8W SMD 0805 | $ 0.00 | 32 | $ 0.02 | NTLES24T..B1G |
| 220953031000G | RES 9.53K 1% 1/10W SMD 0603 | $ 0.00 | 32 | $ 0.01 | NTLES24T..B1G |
| 302151009503G | CAP 15PF NPO 2KV 5% SMD 1206 | $ 0.01 | 960 | $ 11.64 | NTLES24T..B1G |
| 302331004601G | CAP 33PF NPO 50V 10% SMD 0603 | $ 0.00 | 32 | $ 0.04 | NTLES24T..B1G |
| 400500016007G | DIO SCHOTTKY SS16R2 DO-214AC | $ 0.02 | 32 | $ 0.60 | NTLES24T..B1G |
| 452109804232G | TRAN. AO4404 SO8 | $ 0.08 | 32 | $ 2.63 | NTLES24T..B1G |
| 452906375331G | TRAN P-CH FDS6375 SO8 | $ 0.29 | 32 | $ 9.21 | NTLES24T..B1G |
| 490300000332G | LED LAMP 3# (·,·G·,G) W/HOLDE | $ 0.06 | 32 | $ 1.79 | NTLES24T..B1G |
| 500027121230G | INDUCTOR 27uH/1.2A DIP | $ 0.04 | 32 | $ 1.16 | NTLES24T..B1G |
| 558330062160G | OSC 8.33MHz 25PPM 3.3V SMD 5*7 | $ 0.42 | 32 | $ 13.58 | NTLES24T..B1G |
| 601007876633G | GBIC Guide Frame (1.58 PCB) | $ 1.12 | 64 | $ 71.76 | NTLES24T..B1G |
| 651PP1424015G | PP1424T CD Kit_GWS_vA1 | $ 1.21 | 32 | $ 38.58 | NTLES24T..B1G |
| 660200000007G | EMI S/GASKET 10*6.5*10MM | $ 0.01 | 32 | $ 0.26 | NTLES24T..B1G |
| 691631739021G | SPS 40W/(3.3/12V/10/.5A) | $ 8.96 | 27 | $ 241.96 | NTLES24T..B1G |
| 8ES33265.2B1 | PCB ES-3326S V.B1-2 | $ 14.70 | 32 | $ 470.30 | NTLES24T..B1G |
| 8NTL132GBA1 | PCB NTL132GB V.A1-3 | $ 3.33 | 32 | $ 106.67 | NTLES24T..B1G |
| 93848046100G | Passport 1424T top V.A1(RoHS) | $ 2.12 | 32 | $ 67.88 | NTLES24T..B1G |
| 938481461000G | Passport 1424T BOTTOM A1(RoHS) | $ 5.15 | 29 | $ 149.39 | NTLES24T..B1G |
| 961424TGB000G | Passport 1424T GBIC V.A1(RoHS) | $ 1.97 | 29 | $ 57.12 | NTLES24T..B1G |
| 96DES3326PA1G | DES-3326P FAN BRAT REV.A1(RoHS | $ 0.12 | 28 | $ 3.39 | NTLES24T..B1G |
| 97000003047G | MODEL NO LABEL CASE W/"CM" | $ 0.01 | 32 | $ 0.35 | NTLES24T..B1G |
| 97000003452G | MODEL LABEL FOR CASE 9*5cm | $ 0.02 | 32 | $ 0.54 | NTLES24T..B1G |
| 97000004088G | Passport 1424T name V.A1(RoHS) | $ 0.56 | 32 | $ 17.88 | NTLES24T..B1G |
| 97000004506G | DGS-711 19.5X21XR.15 (RoHS) | $ 0.01 | 32 | $ 0.17 | NTLES24T..B1G |
| 97000006376G | Dustbin label V.2(RoHS) | $ 0.02 | 64 | $ 1.55 | NTLES24T..B1G |
| 97000007886G | Cobra 1424T HST Table | $ 0.10 | 32 | $ 3.26 | NTLES24T..B1G |
| 971149000753G | S/N LABEL 28*9mm (*BLANK)(G) | $ 0.00 | 32 | $ 0.09 | NTLES24T..B1G |
| 972049001910G | WHITE LABEL (4**24 R.125)(G) | $ 0.01 | 6 | $ 0.09 | NTLES24T..B1G |

| Part Number | Description | Unit Price | Qty | Total | |
|---|---|---|---|---|---|
| 9900083225OOG | GUIDE RAIL L80*W6.5*H8(BLACK) | $ 0.04 | 64 | $ 2.81 | NTLES24T..B1G |
| 651PP16XX015G | New SW (2.1.4.0) for 16xx CD excess | $ 1.04 | 272 | $ 281.52 | OVCN |
| 651PP16XX025G | PP16xx SW 2.1.6 CD | $ 1.04 | 118 | $ 122.13 | OVCN |
| 651ERS25X015G | 2500 4.1.1.002 CD kit | $ 1.45 | 2364 | $ 3,427.80 | OVCN |
| 9700000079001G | 4.1.1.002 QIG | $ 0.32 | 4973 | $ 1,591.36 | OVCN |
| 9700000079000G | ERS2500_Quokka SW 4.1.1 Flyer | $ 0.01 | 2612 | $ 28.21 | OVCN |
| 651NTLDL2.01G | Botany Bay CD kit | $ 1.45 | 1551 | $ 2,248.95 | OVCN |
| 6NTLDL2...04G | Botany Bay Regulatory document | $ 0.85 | 36 | $ 30.60 | OVCN |
| 651NTLDL2025G | ERS4500_SW 5.1.2. CD Kit | $ 1.45 | 30 | $ 43.50 | OVCN |
| 9700000085170G | Byron Bay yellow page release | $ 0.09 | 1360 | $ 126.21 | OVCN |
| | | | **Total** | **$ 51,563.85** | |

# NORTEL

## Purchase Order

This number must appear on all invoices, packages, packing slips and customs forms.

| Purchase Order No. 4320051867 | | | |
|---|---|---|---|
| Order Date: 22.08.2008 | | | |
| Last Change Date: 06.11.2008 | | | Page 1 of 5 |
| Supplier No: 440419 | | | |
| Contract No: | | | |

**Supplier:**
Alpha Networks Inc
No 8 Li Shing 7th Road
Science based Industrial Park
HSINCHU 300
TAIWAN
Telephone No: 886-3-56336666
Fax No: 886-3-5636789

**Supplier Contact:**
Rachel Chen

**Ship to:**
NN
Nortel
4655 GREAT AMERICA PARKWAY
SANTA CLARA CA  95054-1233
USA

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

**Buyer:**
Victor Mata Ruiz

**Telephone No: 5252626848**
**Fax:**

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Incoterms:** FCA | | | | | | |
| | | | | **Carrier Number/Carrier Name:** | | | | | | |
| | | | | **PO Delivery Date – 10.11.2008** | | | | | | |
| | | | | **Header text** | | | | | | |
| | | | | 1. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT | | | | | | |
| | | | | 2. NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT. | | | | | | |
| | | | | 3. THIS IS A CONFIRMING PURCHASE ORDER – DO NOT DUPLICATE | | | | | | |
| | | | | 4. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | | | |
| | | | | 5. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | | |
| 00010 | 1 | EA | | Baystack Unit from Alpha Networks | | 10.11.2008 | 760.13 | T3 | 62.71 | 760.13 |
| | 6 | 250% | State | | | | | | | |
| | 1 | 100% | City | | | | | | | |
| | 1 | 100% | District | | | | | | | |
| 00020 | 1 | EA | | Baystack 4500, 24 port PoE, | | 10.11.2008 | 820.73 | T3 | 67.71 | 820.73 |
| | 6 | 250% | State | | | | | | | |
| | 1 | 100% | City | | | | | | | |
| | 1 | 100% | District | | | | | | | |
| | | | | | | **Page Total** | | | USD | 1,580.86 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Victor Mata Ruiz
BUYER

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        E

# NORTEL

## Purchase Order

| Purchase Order No.: 4320051867 | Order Date: 22.08.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 06.11.2008 | Page 2 of 5 |

**Supplier:**
Alpha Networks Inc
No 8 Li Shing 7th Road
Science based Industrial Park
HSINCHU 300
TAIWAN
Telephone No: 886-3-5636666
Fax No: 886-3-5636789

**Ship to:**
NN
Nortel
4655 GREAT AMERICA PARKWAY
SANTA CLARA CA  95054-1233
USA

Supplier Contact:
Rachel Chen

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | Telephone No: 5252628488 |
|---|---|
| Supplier No.: 440419 | Fax: |
| Contract No: | |

**Buyer:** Victor Mata Ruiz

| Supplier:<br>Carrier Number/Carrier Name: | | | Incoterms:<br>FCA | | Payment Terms:<br>Within 70 days Due net | | | |
|---|---|---|---|---|---|---|---|---|

| Item<br>No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00030 | 1.000 | EA | 6    State<br>250%  City<br>000%  District | Shipping costs | 10.11.2008 | 800.00 | T3 | 66.00 | 800.00 |

Goods Recipient: DEMARCO JOANN
This Purchase order is subject to the Nortel Networks standard PO Terms& Conditions unless specified by Nortel.

| | | Page Total | | USD | | 800.00 |
|---|---|---|---|---|---|---|
| | | Tax Amount | | USD | | 196.42 |
| | | Total Amount | | USD | | 2,577.28 |

*[signature]*
Victor Mata Ruiz
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IF/2007-07/EN       Nortel is an Equal Opportunity / Affirmative Action Employer       E

# Terms and Conditions

## NORTEL NETWORKS INC. ("PURCHASER")

## PURCHASE ORDER TERMS AND CONDITIONS

**1. Acceptance**

Supplier's acceptance of this Purchase Order ("Order") shall be evidenced by the returning of a signed copy of this Order to Purchaser, the shipment of goods or the commencement of services to be performed hereunder. Purchaser shall not be bound by any provision, printed or otherwise, at variance or in addition to the terms of this Order, that may appear on any quotation, acknowledgement or other form used by Supplier unless any such provision is expressly accepted in writing by Purchaser.

**2. Price and Payment**

Purchaser shall not be invoiced at a price(s) higher than stated on the face of this Order ("Price(s)"). Supplier represents that the Price(s) is (are) the lowest price(s) charged by Supplier to buyers of a class similar to Purchaser under similar terms of purchase. Any reduction made by Supplier in the price of the goods or services covered by this Order which is instituted before delivery of the goods or commencement of services shall be applicable to this Order. Payment terms are 70 days (Payment Period) measured from the later of Purchaser's acceptance of the goods and/or services or Purchaser's receipt of an undisputed invoice therefore. Notwithstanding the preceding conditioned upon the advance approval of Purchaser's finance group, on the face of this purchase order Purchaser may agree with Supplier to a special term of payment that will apply to this purchase order only. Such different payment term will supersede the Payment Period, but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued

**3. Taxes and Charges**

Unless otherwise stated on the face of this Order, the Price(s) is deemed to include (a) all applicable federal, state and local taxes and (b) the charges for insurance, import duties, packaging, transportation and any other fee or expense relating to the provision of the goods or services ordered. If required by law, Purchaser will withhold taxes and pay them over to the applicable taxing authority, in which case Purchaser will pay to Supplier the balance of the price, after deducting the withholding.

**4. Changes**

Purchaser may, at any time by written amendment to this Order, increase or decrease the ordered quantities of the goods or services or make a change in any one or more of the following:
(a) applicable drawings, designs and/or specifications when the goods to be furnished are to be specifically manufactured by Supplier in accordance with the Purchaser provided drawings, designs and/or specifications; and/or
(b) method of shipment or packaging; and/or
(c) place or time of delivery of or performance.
If such a change causes an increase or decrease in the cost of performance or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for adjustment unless asserted in writing accompanied by an estimate of the cost or the additional time required for performance of the change within 20 days from the receipt by Supplier of notification of the change.

**5. Setoff**

Upon notice to Supplier, Purchaser may deduct from the amount due Supplier under this order either damages for any breach of this Order or amounts otherwise due Purchaser from Supplier, irrespective of whether the deduction is related to the goods or services covered by this Order.

**6. Termination, Breach and Time for Performance**

Purchaser may at any time, whether or not Supplier is in breach hereof, terminate this Order in whole or in part by written notice or verbal notice confirmed in writing. If this Order is terminated without breach by Supplier, Supplier shall be entitled to reimbursement of the reasonable cost Supplier has incurred in the performance of this Order prior to the effective date of termination, but in no event shall such reimbursement exceed the Price(s). If this Order is terminated by Purchaser for Supplier's performance, including, but not limited to Supplier's delay in delivery of the goods or performance of services, Supplier shall not be entitled to any reimbursement. In addition to any other remedy provided in this Order for a breach of any term of this Order, Purchaser may pursue cumulatively against Supplier any or all available remedies at law or equity. In no event shall Purchaser be liable for any incidental, indirect or consequential special or punitive damages of any nature whatsoever, including loss of income, profit, use, or goodwill, for any reason whatsoever.

**7. Assignment/Subcontracting**

Supplier shall not (a) assign this Order, any interest herein or any rights hereunder or (b) subcontract any obligation to be performed hereunder, without the prior written consent of Purchaser.

**8. Indemnification and Insurance**

Supplier shall indemnify hold Purchaser and/or its customers harmless against any loss, damage, liability or claim (including, without limitation, costs and attorney's fees in connection therewith) that may be made alleging that the goods and/or deliverable items or work provided in connection with services infringe any patent, trademark, trade secret, copyright or any other proprietary right, and against any loss, damage, liability or claim attributable to the possession, use or transfer of the goods or the performance of services (including, without limitation, costs and attorney's fees in connection therewith) that may be suffered by and/or be the subject of a claim by a third party against, Purchaser and/or its customers, including, without limitation, any loss, damage, liability or claim arising from injury or death to persons or damage to property due to Supplier's breach of the terms of this Order or Supplier's negligence or due to strict liability or negligence per se. Supplier shall, prior to commencement of performance, transmit to Purchaser a certificate of insurance affirming that Supplier has the following types of insurance and minimum coverage amounts:
(a) Statutory worker's compensation and occupational disease;
(b) Employer's liability - $1,000,000.00;
(c) General liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage - $5 million; and
(d) Automobile liability, including non-owned automobile liability for both personal injury and property damage - $1 million.
This certificate of insurance shall name Purchaser as an additional insured and contain a clause reading as follows: "The insurance provided by these policies shall not be materially changed or cancelled without at least 30 days prior written notice being given to Director, Risk Management, Nortel Networks Inc., 4008 E. Chapel Hill-Nelson Highway, Research Triangle Park, NC 27709, At Purchaser's written request, Supplier shall maintain greater coverage amounts or other types of insurance."

**9. Laws and Regulations**

# Terms and Conditions

Supplier shall comply with and obtain all applicable governmental licenses and permits relating to the goods or services, and Supplier shall comply with and assist Purchaser in complying with all applicable laws and governmental orders and regulations in effect at the time of delivery(ies) or performance of services, including without limitation, (e) the following United States laws and regulations: Comprehensive Environmental Response, Compensation and Liability Act of 1980, Consumer Product Safety Act, Toxic Substances Control Act, Occupational Safety and Health Act of 1970, Radiation Control for Health & Safety Act of 1968, Resource Conservation and Recovery Act of 1976, Clean Air Act, Clean Water Act, including the following obligations under the following U.S. Equal Employment Opportunity / Affirmative Action/Employment regulations: 41 C.F.R. §§60-1.4(a), 60-250.5(a), 60-741.5(a) and 29 C.F.R. part 470.

and,

(b) the following European Union Environmental Directives: Eco-design of Energy Using Product (EuP), Waste from Electrical and Electronic Equipment (WEEE) directive and Restriction on Use of Certain Hazardous Substances (RoHS). With respect to the RoHS Directive, Seller must be able to demonstrate to Nortel Network's satisfaction that no lead, hexavalent chromium cadmium, mercury or polybrominated biphenyls (PBB)/polybrominated diphenyl ethers (PBDE) are present in any product covered by the RoHS Directive used or provided by Seller in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law. Company reserves the right to inspect the Seller's facilities to ensure compliance with laws. Supplier hereby indemnifies, defends, and holds Company harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with, any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with laws, orders and/or regulations (e.g., the WEEE and RoHS directives). Supplier understands that failure by Supplier to follow requirements mandated by law, order or regulation may expose Purchaser and Purchaser's employees to criminal liability and as a consequence any failure may therefore be considered as a material breach of the terms governing this Order.

## 10. Disclosure of Information

Unless otherwise expressly agreed to in writing, all information disclosed by Purchaser to Supplier or to which Supplier otherwise obtains access in the course of performance of this Order shall be maintained in confidence by Supplier, shall remain Purchaser's property and shall be returned to Purchaser upon request. Supplier shall not disclose any such information to third persons without the prior written consent of Purchaser. Such information shall be used by Supplier solely for purposes of performance of this Order. Any Purchaser intellectual property or proprietary information provided to Supplier under this Order may be used only for purposes of providing goods and/or services under this Order.

## 11. Notice

Any notice to be given hereunder shall be given in writing, postage prepaid and shall be effective when deposited in the U.S. mail.

## 12. Use of Purchaser's Name

Supplier shall not in any advertising, sales promotion materials, press releases, public statements or any other publicity matters use the name of Purchaser, Purchaser's parent, any affiliate or subsidiary of Purchaser or any variation thereof or language from which the connection of said names may be implied without Purchaser's prior written approval.

## 13. Force Majeure

Neither Purchaser nor Supplier shall be liable for delays due to causes beyond the control and without the fault or negligence of the party whose performance is affected, including, but not limited to, acts of God, the public enemy or the government, fires, floods, freight embargoes or unusually severe weather. In the event any such cause affects Supplier's performance for a period of 10 or more days, Purchaser shall have the right to terminate this Order for its convenience pursuant to paragraph 6.

## 14. Governing Law

This Order shall be interpreted and construed in accordance with the laws of the state/province and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that this order shall not be subject to the United Nations International Sale of Goods Contracts Convention.

## 15. Paragraph Headings

Paragraph headings are inserted for convenience only and shall not be used to interpret this Order.

## 16. Waiver

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.

## 17. Purchases Pursuant to Master Agreement

In the event this terms of this Order conflict with the terms of any master purchase and sale agreement or master services agreement between Purchaser, the parent of Purchaser or any affiliate or subsidiary of Purchaser and Supplier for the purchase of the goods or services ordered hereunder, the terms of the master purchase and sale agreement or master services agreement shall take precedence.

## 18. Entire Agreement

This Order constitutes the entire agreement between the parties on the subject matter hereof and supercedes all prior agreements, communications and understandings of any nature whatsoever, oral or written. This Order may not be modified or waived orally and may be modified only in a writing signed by a duly authorized representative of the party to be charged with an obligation under such modification. Paragraph headings are inserted for convenience only and shall not be used to interpret this Order.

## 19. Business Ethics – by its acceptance of this Order Supplier represents that as a company it conforms to Purchaser's published supplier business conduct guidelines and standards, as they may be revised from time to time, and which guidelines and standards Supplier may access at Purchaser's web page at Nortel.com.

## 20. Time of the Essence

Time is of the Essence in all matters relating to this order. Time shall remain of the essence in all cases of force majeure.

## GOODS -- If this Order is for goods, the following paragraphs are also included in this Order:

### G1.Quantity

Unless otherwise specified on the face of this Order, each Order shall be shipped complete. Purchaser shall not be obligated to accept any shipment of goods in excess of the quantity specified in this Order. Any excess quantity will be held at Supplier's risk and expense for a reasonable time awaiting return shipping instructions from Supplier. Risk of loss and return shipping charges for any excess quantity shall be borne by Supplier.

### G2.Warranty

# Terms and Conditions

Supplier warrants that for the period of one year or such other period specified on the face of this Order following acceptance of the goods that they (a) shall conform to the description and specifications as provided on the face of this Order, (b) shall be free of any liens or encumbrances, (c) shall be of new material and good workmanship, merchantable and free from both defects and (d) shall be fit for the purposes intended. All goods which use electrical power shall comply with Underwriter's Laboratory (UL) requirements. In the event Supplier breaches any warranty, Supplier shall promptly remove any such liens and encumbrances, repair or replace the defective or nonconforming goods at no cost to Purchaser. In the event Supplier does not repair or replace the defective or nonconforming goods, Supplier shall be entitled to retain the defective or nonconforming goods. The foregoing warranties shall run to Purchaser, its successors and assigns, and to Purchaser's customers in the event of resale or incorporation into Purchaser's products.

## G3. Special Products
Unless otherwise provided on the face of this Order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the goods shall be furnished by Supplier and at no cost to Purchaser. Purchaser, at its option, may at any time reimburse Supplier for Supplier's reasonable cost for such drawings, dies, tools or patterns, and shall, as a result, become the owner and entitled to possession of same upon Purchaser's request thereof.

## G4. Title/Risk of Loss
Title and risk of loss or damage to the goods shall pass to Purchaser when the goods are delivered based on the Incoterm indicated by Purchaser on the face of this Order.

## G5. Delivery
Goods delivered prior to the reported delivery date shall, at Purchaser's option, not be required to be accepted by Purchaser and shall be returnable to Supplier at Supplier's sole risk and expense.

## G6. Free Trade Certificates of Origin
Supplier shall determine eligibility of all goods for preferential treatment under any applicable trade treaty, including but not limited to the North American Free Trade Agreement ("NAFTA"). If goods qualify, Supplier shall prepare and provide a certificate of origin or other appropriate documentation to Purchaser. Purchaser may withhold payment of Supplier's invoices pending receipt of such documentation for eligible goods.

## G7. Packing
All goods shall be suitably packed for shipment to prevent damage.

**SERVICES** - If this Order is for services, the following paragraphs are also included in this Order:

## S1. Warranty
Supplier warrants that for the period of one year or such other period specified on the face of this Order following the completion of the services that the services and/or any deliverable items or work product in connection with services shall (i) conform to the description of the services ordered and (ii) be performed in a professional manner conforming to generally accepted practices for the performance of such services. In the event within one year or such other period specified on the face of this Order after the completion of the services the defective items or work product thereof it or becomes defective, Supplier at no cost to Purchaser shall correct such defect. Supplier does not repair or replace the defective or nonconforming goods, Supplier shall refund the Price(s) to Purchaser and thereupon shall be entitled to retain the defective or nonconforming goods. The foregoing warranties shall run to Purchaser, its successors and assigns, and to Purchaser's customers in the event of resale or incorporation into Purchaser's products.

## S2. Services to be Rendered at Purchaser's Premises
Supplier shall take such steps as may be necessary to prevent personal injury or property damage during the performance of the services. Purchaser reserves the right for any reason to require Supplier to remove any employee of Supplier, its agents or subcontractors, performing at Purchaser's premises and have Supplier replace such individual with an employee acceptable to Purchaser.

## S3. Security Rules/Procedures
Supplier shall comply with all rules and procedures in effect at the site where the services will be performed. Purchaser may, at its discretion, require Supplier to implement and maintain a drug and alcohol procedure ("DAP") for those of its employees who will or may be assigned to perform services hereunder. If Purchaser elects to do so, Supplier's DAP shall be equivalent to Purchaser's DAP and shall be subject to Purchaser's approval, and Supplier at its expense, shall cause each of its employees who will or may be assigned to perform services to be tested prior to assignment for the illegal use of drugs, in accordance with Purchaser's DAP. Supplier shall not assign any person to perform services who refuse to be tested or whose test results are positive. A copy of Purchaser's DAP may be obtained upon request.

## S4. Disruption of Business
Unless otherwise specified on the face of this Order, services shall be provided during Purchaser's normal workday and be provided with minimum disruption to Purchaser's business operations. Supplier shall be responsible for all cleanup costs and costs of restoring Purchaser's premises to its original condition.

## S5. Waiver of Lien
At Purchaser's request, Supplier shall, prior to being entitled to receive payment, supply Purchaser with evidence of payment in full of Supplier's employees, suppliers and/or subcontractors.

## S6. Independent Contractor
Supplier shall provide the services as an independent contractor and not as an agent, servant or employee of Purchaser.

## S7. Title
Supplier hereby sells, transfers, assigns and conveys to Purchaser all the right, title and interest to all the results and/or items produced or to be produced exclusively for Purchaser by Supplier by performance of the services, including, without limitation, all copyrights, right to create derivative works, patents, trademarks, trade secrets, mask works and any other intellectual property rights pertaining thereto, and agrees to execute, and to have its employees and subcontractors execute, without additional charge to Purchaser, any documents required to evidence and/or secure Purchaser's exclusive ownership therein in any and all countries. To the extent that results and/or items produced exclusively for Purchaser as part of services contain property owned by Supplier, Supplier hereby grants Purchaser a non-exclusive, royalty-free license to utilize such Supplier owned property, but only as embodied in the results or items produced as part of the services.

Revised 1/17/08

# NØRTEL

## Purchase Order

| Purchase Order No: 4320053444 | Order Date: 05.09.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 05.09.2008 | Page 1 of 5 |
| Supplier Contact: Eunice Lin | Supplier No: 440419 | |
| | Contract No: | |

**Supplier**
Alpha Networks Inc
No 8 Li Shing 7th Road
Science based Industrial Park
HSINCHU 300
TAIWAN
Telephone No: 886-3-5636666
Fax No: 886-3-5636789

**Ship to:**
NN
Nortel
600 TECHNOLOGY PARK
BILLERICA MA  01821-4149
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: 525528286517
Fax:

**Start Date** - 08.09.2008
**End Date** - 08.09.2008

**Shipping Instructions**
***NO FREIGHT CHARGES ALLOWED*** PLEASE USE NORTEL SHIPPING METHOD/FREIGHT FORWARDER BASED ON NORTEL ROUTING GUIDE SENT WITH THIS TRANSMISSION.

**Terms of delivery**
1. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT REFERENCE THE ABOVE MENTIONED PURCHASE ORDER NUMBER AND SHIP TO INFORMATION.

2. INVOICES SUBMITTED WITHOUT A PURCHASE ORDER NUMBER WILL BE TREATED AS A DISPUTED INVOICE SUBJECT TO BEING RETURNED UNPAID FOR YOUR CORRECTION AND RESUBMISSION.

3. INVOICES MAY BE SENT VIA EMAIL DIRECTLY TO THE ACCOUNTS PAYABLE DEPARTMENT AT: naapexp1@nortel.com ALL QUERIES REGARDING INVOICE PAYMENT OR STATUS SHOULD BE DIRECTED TO ACCOUNTS PAYABLE DEPARTMENT AT 1-800-684-2228 OR www.nortel.com/naapinquiry

4. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.

5. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| Item No. | Qty | UOM | Part No | Incoterms: FCA Origin | Description | Payment Terms: Net 70 Days | Buyer: Pablo Baz | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Carrier Number/Carrier Name:**

| | | | Page Total | | USD | 0.00 |
|---|---|---|---|---|---|---|

Pablo Baz
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801-1120
USA

# N**Ø**RTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No. 4320053444 | Order Date: 06.09.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 05.09.2008 |
| | Page 2 of 5 |
| Supplier Contact: Bunice Lin | Supplier No: 440419 / Contract No: |

**Supplier:**
Alpha Networks Inc
No 8 Li Shing 7th Road
Science based Industrial Park
HSINCHU 300
TAIWAN
Telephone No: 886-3-5636666
Fax NO: 886-3-5636789

**Ship to:**
NN
Nortel
600 TECHNOLOGY PARK
BILLERICA MA 01821-4149
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: 5252626517

| Carrier Number/Carrier Name: | | | | Incoterms: FCA Origin | Payment Terms: Net 70 Days | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Buyer: Pablo Baz | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| 00010 | 1.000 | EA | | ERS2K model conversion at Alpha Netw | | | 08.09.2008 | 2,941.21 | TS | 0.00 | 2,941.21 |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

5/0 #800 #0/1

| | | | | Page Total | | | | USD | | | 2,941.21 |
| | | | | Tax Amount | | | | USD | | | 0.00 |
| | | | | Total Amount | | | | USD | | | 2,941.21 |

Pablo Baz
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

# NØRTEL

## Purchase Order

| Purchase Order No.  4320036720 | Order Date:  31.10.2008 | Page 3  of 6 |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 31.10.2008 | |

| Supplier Contact: | Supplier No: | |
|---|---|---|
| Jenny Bai | Contract No: | 4404l9 |

**Supplier:**
Alpha Networks Inc
No 8 Li Shing 7th Road
Science based Industrial Park
HSINCHU 300
TAIWAN
Telephone No: 886-3-5636666

**Ship to:**
NN
Nortel
600 TECHNOLOGY PARK
BILLERICA MA  01821-4149
USA

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 28051
Nashville, TN 37228

| Telephone No: 52526268714 |
|---|
| Fax: 525268686 |

| Carrier Number/Carrier Name: | | | Incoterms: FCA | Payment Terms: Within 70 days Due net | | Buyer: Marina Cornejo | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| 00010 | 1.000 | EA | | ER54X Rework | | 31.10.2008 | 100,173.2 | T5 | 0.00 | 100,173.28 |
| | | | | *NTL226 FPA:G* | | | | | | |
| | | | | Goods Recipient: | | | | | | |
| | | | | This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by | | | | | | |
| | | | | Nortel. | | | | | | |

| | | Page Total | USD | 100,173.28 |
|---|---|---|---|---|
| | | Tax Amount | USD | 0.00 |
| | | Total Amount | USD | 100,173.28 |

*Marina Cornejo*
BUYER
Marina Cornejo

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IF/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

K

# N⊘RTEL

## Purchase Order

| Purchase Order No: 4320065088 | Order Date: 02.01.2009 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 02.01.2009 |
| | Page 1 of 5 |
| Supplier No: 440419 | |
| Contract No: | |

**Ship to:**
NN
Supplier Contact:
Karen Chang

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Supplier:**
Alpha Networks Inc
No 8 Li Shing 7th Road
Science based Industrial Park
HSINCHU 300
TAIWAN
Telephone No: 886-3-5636666
Fax No: 886-3-5636789

NN
4655 GREAT AMERICA PARKWAY
SANTA CLARA CA 95054-1233
USA

Buyer:
Pablo Baz

Telephone No: 5252628517
Fax:

**Carrier Number/Carrier Name:**

Incoterms: FCA Origin

Payment Terms:
Net 70 Days

| Item No | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Start Date - 05.01.2009
End Date - 05.01.2009
**Shipping Instructions**
***NO SHIPPING CHARGES ALLOWED*** PLEASE USE NORTEL SHIPPING METHOD/FREIGHT FORWARDER BASED ON NORTEL
ROUTING GUIDE SENT WITH THIS TRANSMISSION.
**Terms of delivery**
1. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT REFERENCE THE ABOVE MENTIONED PURCHASE ORDER
NUMBER AND SHIP TO INFORMATION.

2. INVOICES SUBMITTED WITHOUT A PURCHASE ORDER NUMBER WILL BE TREATED AS A DISPUTED INVOICE SUBJECT TO BEING
RETURNED UNPAID FOR YOUR CORRECTION AND RESUBMISSION.

3. INVOICES MAY BE SENT VIA EMAIL DIRECTLY TO THE ACCOUNTS PAYABLE DEPARTMENT AT: naapexp1@nortel.com ALL
QUERIES REGARDING INVOICE PAYMENT OR STATUS SHOULD BE DIRECTED TO ACCOUNTS PAYABLE DEPARTMENT AT
1-800-684-2228 OR www.nortel.com/naapinquiry

4. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS
SOLE DISCRETION IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY
THIS PURCHASE ORDER.

5. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND
CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS,
TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| | Page Total | USD | 0.00 |
|---|---|---|---|

Pablo Baz
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA



# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No.: 4320065988 | Order Date: 02.01.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 02.01.2009 |
| | Page 2 of 5 |

| Supplier No.: 440419 |
| Supplier Contract No.: |

**Supplier:**
Alpha Networks Inc
No 8 Li Shing 7th Road
Science based Industrial Park
HSINCHU 300
TAIWAN
Telephone No: 886-3-5636666
Fax No: 886-3-5636789

**Supplier Contact:**
Karen Chang

**Ship to:**
NN
Nortel
4655 GREAT AMERICA PARKWAY
SANTA CLARA CA 95054-1233
USA

**Buyer:**
Pablo Baz

**Telephone No: 525252268617**
**Fax:**

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: FCA Origin | | Payment Terms: Net 70 Days | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | EA | | NRE Charges - SFP Cage Evaluation | 05.01.2009 | 1,810.00 | T3 | 0.00 | 1,810.00 |
| 00020 | 1.000 | EA | | NRE Charges - Tyco Phonejack Evaluat | 05.01.2009 | 4,617.54 | T3 | 0.00 | 4,617.54 |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

| | | | | |
|---|---|---|---|---|
| | Page Total | | USD | 6,427.54 |
| | Tax Amount | | USD | 0.00 |
| | Total Amount | | USD | 6,427.54 |

Pablo Baz
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    E

# Terms and Conditions

## NORTEL NETWORKS INC. ("PURCHASER")

### PURCHASE ORDER TERMS AND CONDITIONS

**1. Acceptance**

Supplier's acceptance of this Purchase Order ("Order") shall be evidenced by the returning of a signed copy of this Order to Purchaser, the shipment of goods or the commencement of services to be performed hereunder. Purchaser shall not be bound by any provision, printed or otherwise, at variance or in addition to the terms of this Order, that may appear on any quotation, acknowledgement or other form used by Supplier unless any such provision is expressly accepted in writing by Purchaser.

**2. Price and Payment**

Purchaser shall not be invoiced at a price(s) higher than stated on the face of this Order ("Price(s)"). Supplier represents that the Price(s) is (are) the lowest price(s) charged by Supplier to buyers of a class similar to Purchaser under similar terms of purchase. Any reduction made by Supplier in the price of the goods or services covered by this Order which is instituted before delivery of the goods or commencement of services shall be applicable to this Order. Payment terms are 70 days (Payment Period) measured from the later of Purchaser's acceptance of the goods and/or services or Purchaser's receipt of an undisputed invoice therefore. Notwithstanding the preceding, conditioned upon the advance approval of Purchaser's finance group, on the face of this purchase order Purchaser may agree with Supplier to a special term of payment that will apply to this purchase order only. Such different payment term will supersede the Payment Period, but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued

**3. Taxes and Charges**

Unless otherwise stated on the face of this Order, the Price(s) is deemed to include (a) all applicable federal, state and local taxes and (b) the charges for insurance, import duties, packaging, transportation and any other fee or expense relating to the provision of the goods or services ordered. If required by law, Purchaser will withhold taxes and pay them over to the applicable taxing authority, in which case Purchaser will pay to Supplier the balance of the price, after deducting the withholding.

**4. Changes**

Purchaser may, at any time by written amendment to this Order, increase or decrease the ordered quantities of the goods or services or make a change in any one or more of the following:
(a) applicable drawings, designs and/or specifications when the goods to be furnished are to be specifically manufactured by Supplier in accordance with the Purchaser provided drawings, designs and/or specifications; and/or
(b) method of shipment or packaging; and/or
(c) place or time of delivery or performance.
If such a change causes an increase or decrease in the cost of performance or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for adjustment unless asserted in writing accompanied by an estimate of the cost or the additional time required for performance of the change within 20 days from the receipt by Supplier of notification of the change.

**5. Setoff**

Upon notice to Supplier, Purchaser may deduct from the amount due Supplier under this order either damages for any breach of this Order or amounts otherwise due Purchaser from Supplier, irrespective of whether the deduction is related to the goods or services covered by this Order.

**6. Termination, Breach and Time for Performance**

Purchaser may at any time, whether or not Supplier is in breach hereof, terminate this Order in whole or in part by written notice or verbal notice confirmed in writing. If this Order is terminated without breach by Supplier, Supplier shall be entitled solely to reimbursement of the reasonable cost Supplier has incurred in the performance of this Order prior to the effective date of termination, but in no event shall such reimbursement exceed the Price(s). If this Order is terminated by Purchaser for Supplier's breach or as a result of force majeure (as specified in paragraph 13) affecting Supplier's performance, including, but not limited to Supplier's delay in delivery of the goods or performance of services, Supplier shall not be entitled to any reimbursement. In addition to any other remedy provided in this Order for a breach of any term of this Order, Purchaser may pursue cumulatively against Supplier any or all available remedies at law or equity. In no event shall Purchaser be liable for any incidental, indirect or consequential, special or punitive damages of any nature whatsoever, including loss of income, profit, use, or goodwill, for any reason whatsoever.

**7. Assignment/Subcontracting**

Supplier shall not (a) assign this Order, any interest herein or any rights hereunder or (b) subcontract any obligation to be performed hereunder, without the prior written consent of Purchaser.

**8. Indemnification and Insurance**

Supplier shall indemnify and hold Purchaser and/or its customers harmless against any loss, damage, liability or claim (including, without limitation, costs and attorney's fees in connection therewith) that may be made alleging that the goods and/or deliverable items or work product in connection with services infringe any patent, trademark, trade secret, copyright or any other proprietary right, and against any loss, damage, liability or claim attributable to the possession, use or transfer of the goods or the performance of services (including, without limitation, costs and attorney's fees in connection therewith) that may by and/or be the subject of a claim by a third party against, Purchaser and/or its customers, including, without limitation, any loss, damage, liability or claim arising from injury or death to persons or damage to property due to Supplier's breach of the terms of this Order or Supplier's negligence or due to strict liability or negligence per se. Supplier shall, prior to commencement of performance, transmit to Purchaser a certificate of insurance affirming that Supplier has the following types of insurance and minimum coverage amounts:
(a) Statutory worker's compensation and occupational disease;
(b) Employer's liability - $1,000,000.00;
(c) General liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage - $5 million; and
(d) Automobile liability, including non-owner automobile liability for both personal injury and property damage - $1 million.
This certificate of insurance shall name Purchaser as an additional insured and contain a clause reading as follows: "The insurance provided by these policies shall not be materially changed or cancelled without at least 30 days prior written notice being given to Director, Risk Management, Nortel Networks Inc., 4008 E. Chapel Hill-Nelson Highway, Research Triangle Park, NC 27709. At Purchaser's written request, Supplier shall maintain greater coverage amounts or other types of insurance."

**9. Laws and Regulations**

# Terms and Conditions

Supplier shall comply with and obtain all applicable governmental licenses and permits relating to the goods or services, and Supplier shall comply with and shall assist Purchaser in complying with all applicable laws and governmental orders and regulations in effect at the time of delivery(ies) or performance of services, including without limitation, (a) the following United States laws and regulations: Comprehensive Environmental Response, Compensation and Liability Act of 1980, Consumer Product Safety Act, Toxic Substances Control Act, Occupational Safety and Health Act of 1970, Radiation Control for Health & Safety Act of 1968, Resource Conservation and Recovery Act of 1976, Clean Air Act, Clean Water Act, including the following obligations under the following U.S. Equal Employment Opportunity /Affirmative Action/Employment regulations: 41 C.F.R. §§60-1.4(a), 60-250.5(a), 60-741.5(a) and 29 C.F.R. part 470.

and,

(b) the following European Union Environmental Directives: Eco-design of Energy Using Product (EuP), Waste from Electrical and Electronic Equipment (WEEE) directive and Restriction on Use of Certain Hazardous Substances (RoHS). With respect to the RoHS Directive, Seller must be able to demonstrate to Nortel Network's satisfaction that no lead, hexavalent chromium cadmium, mercury or polybrominated biphenyls (PBB)/polybrominated diphenyl ethers (PBDE) are present in any product covered by the ROHS Directive used or provided by Seller in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law. Company reserves the right to inspect the Seller's facilities to ensure compliance with laws. Supplier hereby indemnifies, defends, and holds Company harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with laws, orders and/or regulations (e.g., the WEEE and RoHS directives). Supplier understands that failure by Supplier to follow requirements mandated by law, rule or regulation may expose Purchaser and Purchaser employees to criminal liability and as a consequence any failure may therefore be considered as a material breach of the terms governing this Order.

## 10. Disclosure of Information

Unless otherwise expressly agreed to in writing, all information disclosed by Purchaser to Supplier or to which Supplier otherwise obtains access in the course of performance of this Order shall be maintained in confidence by Supplier, shall remain Purchaser's property and shall be returned to Purchaser upon request. Supplier shall not disclose any such information to third persons without the prior written consent of Purchaser. Such information shall be used by Supplier solely for purposes of performance of this Order. Any Purchaser intellectual property or proprietary information provided to Supplier under this Order may be used only for purposes of providing goods and/or services under this Order.

## 11. Notice

Any notice to be given hereunder shall be in writing, postage prepaid and shall be effective when deposited in the U.S. mail.

## 12. Use of Purchaser's Name

Supplier shall not in any advertising, sales promotion materials, press releases, public statements or any other publicity matters use the name of Purchaser, Purchaser's parent, any affiliate or subsidiary of Purchaser or any variation thereof or language from which the connection of said names may be implied without Purchaser's prior written approval.

## 13. Force Majeure

Neither Purchaser nor Supplier shall be liable for delays due to causes beyond the control and without the fault or negligence of the party whose performance is affected, including, but not limited to, acts of God, the public enemy or the government, fires, floods, freight embargos or

unusually severe weather. In the event any such cause affects Supplier's performance for a period of 10 or more days, Purchaser shall have the right to terminate this Order for its convenience pursuant to paragraph 6.

## 14. Governing Law

This Order shall be interpreted and construed in accordance with the laws of the state/province and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that this order shall not be subject to the United Nations International Sale of Goods Contracts Convention.

## 15. Paragraph Headings

Paragraph headings are inserted for convenience only and shall not be used to interpret this Order.

## 16. Waiver

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.

## 17. Purchases Pursuant to Master Agreement

In the event the terms of this Order conflict with the terms of any master purchase and sale agreement or master services agreement between Purchaser, the parent of Purchaser or any affiliate or subsidiary of Purchaser and Supplier for the purchase of the goods or services ordered hereunder, the terms of the master purchase and sale agreement or master services agreement shall take precedence.

## 18. Entire Agreement

This Order constitutes the entire agreement between the parties on the subject matter hereof and supercedes all prior agreements, communications and understandings of any nature whatsoever, oral or written. This Order may not be modified or waived orally and may be modified only in a writing signed by a duly authorized representative of the party to be charged with an obligation under such modification. Paragraph headings are inserted for convenience only and shall not be used to interpret this Order.

## 19. Business Ethics

– by its acceptance of this Order Supplier represents that as a company it conforms to Purchaser's published supplier business conduct guidelines and standards, as they may be revised from time to time, and which guidelines and standards Supplier may access at Purchaser's web page at Nortel.com,

## 20. Time of the Essence

Time is of the essence in all matters relating to this order. Time shall remain of the essence in all cases of force majeure.

**GOODS** – If this Order is for goods, the following paragraphs are also included in this Order:

## G1.Quantity

Unless otherwise specified on the face of this Order, each Order shall be shipped complete. Purchaser shall not be obligated to accept any shipment of goods in excess of the quantity specified in this Order. Any excess quantity will be held at Supplier's risk and expense for a reasonable time awaiting return shipping instructions from Supplier. Risk of loss and return shipping charges for any excess quantity shall be borne by Supplier.

## G2.Warranty

# Terms and Conditions

Supplier warrants that for the period of one year or such other period specified on the face of this Order. Following acceptance of the goods that they (a) shall conform to the description and specifications as provided on the face of this Order, (b) shall be free of any liens or encumbrances, (d) shall be of new material and good workmanship, merchantable and free from both defects and (d) shall be fit for the purposes intended. All goods which use electrical power shall comply with Underwriter's Laboratory (UL) requirements. In the event Supplier breaches any warranty, Supplier shall promptly remove any such liens and encumbrances, repair or replace the defective or nonconforming goods at no cost to Purchaser. In the event Supplier does not repair or replace the defective or nonconforming goods, Supplier shall refund the Price(s) to Purchaser and thereupon shall be entitled to retain the defective or nonconforming goods. The foregoing warranties shall run to Purchaser, its successors and assigns, and to Purchaser's customers in the event of resale or incorporation into Purchaser's products.

## G3.Special Products
Unless otherwise provided on the face of this Order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the goods shall be furnished by Supplier and at no cost to Purchaser. Purchaser, at its option, may at any time reimburse Supplier for Supplier's reasonable cost for such drawings, dies, tools or patterns, and shall as a result, become the owner and entitled to possession of same upon Purchaser's request thereof.

## G4.Title/Risk of Loss
Title and risk of loss or damage to the goods shall pass to Purchaser when the goods are delivered based on the Incoterm indicated by Purchaser on the face of this Order.

## G5.Delivery
Goods delivered prior to the reported delivery date shall, at Purchaser's option, not be required to be accepted by Purchaser and shall be returnable to Supplier at Supplier's sole risk and expense.

## G6.Free Trade Certificates of Origin
Supplier shall determine eligibility of all goods for preferential treatment under any applicable trade treaty, including but not limited to the North American Free Trade Agreement ("NAFTA"). If goods qualify, Supplier shall prepare and provide a certificate of origin or other appropriate documentation to Purchaser. Purchaser may withhold payment of Supplier's invoices pending receipt of such documentation for eligible goods.

## G7.Packing
All goods shall be suitably packed for shipment to prevent damage.

## SERVICES – If this Order is for services, the following paragraphs are also included in this Order:

## S1.Warranty
Supplier warrants that for the period of one year or such other period specified on the face of this Order, following the completion of the services that the services and/or any deliverable items or work product in connection with services shall (i) conform to the description of the services ordered and (ii) be performed in a professional manner conforming to generally accepted practices for the performance of such services. In the event within one year or such other period specified on the face of this Order after the completion of the services the deliverable items or work product for the services becomes defective, Supplier at no cost to Purchaser shall correct such defect. Supplier does not repair or replace the defective or nonconforming goods, Supplier shall refund the Price(s) to Purchaser and thereupon shall be entitled to retain the defective or nonconforming goods. The foregoing warranties shall run to Purchaser, its successors and assigns, and to Purchaser's customers in the event of resale or incorporation into Purchaser's products.

## S2. Services to be Rendered at Purchaser's Premises
Supplier shall take such steps as may be necessary to prevent personal injury or property damage during the performance of the services. Purchaser reserves the right for any reason to require Supplier to remove any employee of Supplier, its agents or subcontractors, performing at Purchaser's premises and have Supplier replace such individual with an employee acceptable to Purchaser.

## S3. Security Rules/Procedures
Supplier shall comply with all rules and procedures in effect at the site where the services will be performed. Purchaser may, at its discretion, require Supplier to implement and maintain a drug and alcohol procedure ("DAP") for those of its employees who will or may be assigned to perform services hereunder. If Purchaser elects to do so, Supplier's DAP shall be equivalent to Purchaser's DAP and shall be subject to Purchaser's approval, and Supplier at its expense, shall cause each of its employees who will or may be assigned to perform services to be tested prior to assignment for the illegal use of drugs, in accordance with Purchaser's DAP. Supplier shall not assign any person to perform services who refuse to be tested or whose test results are positive. A copy of Supplier's DAP may be obtained upon request.

## S4. Disruption of Business
Unless otherwise specified on the face of this Order, services shall be provided during Purchaser's normal workday and be provided with minimum disruption to Purchaser's business operations. Supplier shall be responsible for all cleanup costs and costs of restoring Purchaser's premises to its original condition.

## S5.Waiver of Lien
At Purchaser's request, Supplier shall, prior to being entitled to receive payment, supply Purchaser with evidence of payment in full of Supplier's employees, suppliers and/or subcontractors.

## S6. Independent Contractor
Supplier shall provide the services as an independent contractor and not as an agent, servant or employee of Purchaser.

## S7. Title
Supplier hereby sells, transfers, assigns and conveys to Purchaser all the right, title and interest to all the results and/or items produced or to be produced exclusively for Purchaser by Supplier by performance of the services, including, without limitation, all copyrights, right to create derivative works, patents, trademarks, trade secrets, mask works and any other intellectual property rights pertaining thereto, and agrees to execute, and to have its employees and subcontractors execute, without additional charge to Purchaser, any documents required to evidence and/or secure Purchaser's exclusive ownership therein in any and all countries. To the extent that results and/or items produced exclusively for Purchaser as part of services contain property owned by Supplier, Supplier hereby grants Purchaser a non-exclusive, royalty-free license to utilize such Supplier owned property, but only as embodied in the results or items produced as part of the services.

90170047        1 of 6
                                    STANDARD ORDER

        600 TECHNOLOGY PARK DRIVE                          NORTEL
NETWORKS INCORPORATED
        BILLERICA, MA 01821                                600
TECHNOLOGY PARK DRIVE
        UNITED STATES
BILLERICA MA  01821
                                                           UNITED
STATES


        ALPHA NETWORKS INC                                 NORTEL
NETWORKS INCORPORATED
        SCIENCE BASED INDUSTRIAL PARK                      PO BOX
280510
        NO 8 LI SHING 7TH ROAD
NASHVILLE TN  37228
        HSINCHU 300                                        UNITED
STATES
        TAIWAN


    FOR RESALE ITEMS, REFER TO THE RESALE CERTIFICATE ON FILE

                                    RECEIVING

12/19/08  440419        NET 45 DAYS                  NB 99



        Please ship via Flextronics Freight forwarder:

        Ship to location is:

        Nortel Networks
        c/o SPAN International
        3601 Sunset Blvd
        West Columbia SC 29169

        Attn: James Johnson 803.744.3761 x1900

10   AL2500A01-E6               00   01/05/09    1,136 EA
192.22    218,361.92
        2526T (NO PC)

VENDOR MAT. NO. AL2500A01-E6

20    AL2500A11-E6            00    01/05/09        115 EA
255.31      29,360.65
     2526T-PWR (NO PC)


VENDOR MAT. NO. AL2500A11-E6

30    AL2515A01-E6            00    01/05/09        151 EA
211.71      31,968.21
     2526T STK ENA (NO PC)




Phil Miller


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~



90170047      2 of 6
                                    STANDARD ORDER

          600 TECHNOLOGY PARK DRIVE              NORTEL
NETWORKS INCORPORATED
          BILLERICA, MA 01821                    600
TECHNOLOGY PARK DRIVE
          UNITED STATES
BILLERICA MA  01821
                                                 UNITED
STATES




          ALPHA NETWORKS INC                     NORTEL
NETWORKS INCORPORATED
          SCIENCE BASED INDUSTRIAL PARK          PO BOX
280510
          NO 8 LI SHING 7TH ROAD
NASHVILLE TN  37228
          HSINCHU 300                            UNITED
STATES
          TAIWAN

FOR RESALE ITEMS, REFER TO THE RESALE CERTIFICATE ON FILE

RECEIVING

12/19/08   440419          NET 45 DAYS                    NB 99

      VENDOR MAT. NO. AL2515A01-E6

40   AL2515A11-E6              00   01/05/09        60 EA
282.06     16,923.60
    2526T-PWR STK ENA (NO PC)

      VENDOR MAT. NO. AL2515A11-E6

50   AL2515A12-E6              00   01/05/09        22 EA
368.63      8,109.86
    2550T-PWR STK ENA (NO PC)

      VENDOR MAT. NO. AL2515A12-E6

60   AL4500A02-E6              00   01/05/09        75 EA
460.03     34,502.25
    4550T  (NO PC)

      VENDOR MAT. NO. AL4500A02-E6

70   AL4500A05-E6              00   01/05/09       388 EA
518.51    201,181.88
    4524GT (NO PC)

Phil Miller

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~

90170047      3 of 6

STANDARD ORDER

          600 TECHNOLOGY PARK DRIVE                    NORTEL
NETWORKS INCORPORATED
          BILLERICA, MA 01821                         600
TECHNOLOGY PARK DRIVE
          UNITED STATES
BILLERICA MA  01821
                                                      UNITED
STATES


          ALPHA NETWORKS INC                          NORTEL
NETWORKS INCORPORATED
          SCIENCE BASED INDUSTRIAL PARK               PO BOX
280510
          NO 8 LI SHING 7TH ROAD
NASHVILLE TN  37228
          HSINCHU 300                                 UNITED
STATES
          TAIWAN


  FOR RESALE ITEMS, REFER TO THE RESALE CERTIFICATE ON FILE

                              RECEIVING

12/19/08   440419        NET 45 DAYS                  NB 99


     VENDOR MAT. NO. AL4500A05-E6

80    AL4500A13-E6            00   01/05/09      116 EA
536.76    62,264.16
     4526T-PWR (NO PC)


     VENDOR MAT. NO. AL4500A13-E6

90    AL4500A14-E6            00   01/05/09      300 EA
760.13    228,039.00
     4548GT-PWR (NO PC)


     VENDOR MAT. NO. AL4500A14-E6

100   DJ1412015-E5           01   01/05/09      159 EA
29.02     4,614.18
     METRO ESU1850 4 PORT SFP GBIC MDA

VENDOR MAT. NO. DJ1412015-E5

110  DJ1412A03-E5                    02   01/05/09        37 EA
782.06     28,936.22
     ERS1612G w/ NO POWER CORD


     VENDOR MAT. NO. DJ1412A03-E5




Phil Miller


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~


90170047      4 of 6
                                    STANDARD ORDER


        600 TECHNOLOGY PARK DRIVE                NORTEL
NETWORKS INCORPORATED
        BILLERICA, MA 01821                      600
TECHNOLOGY PARK DRIVE
        UNITED STATES
BILLERICA MA  01821
                                                 UNITED
STATES



        ALPHA NETWORKS INC                       NORTEL
NETWORKS INCORPORATED
        SCIENCE BASED INDUSTRIAL PARK            PO BOX
280510
        NO 8 LI SHING 7TH ROAD
NASHVILLE TN  37228
        HSINCHU 300                              UNITED
STATES
        TAIWAN



  FOR RESALE ITEMS, REFER TO THE RESALE CERTIFICATE ON FILE

                           RECEIVING

```
12/19/08   440419        NET 45 DAYS                   NB 99


120  DJ1412A04-E5              02   01/05/09        27 EA
1,134.48    30,630.96
     ERS1624G w/ NO POWER CORD


     VENDOR MAT. NO. DJ1412A04-E5

130  DJ1412A06-E5              02   01/05/09       108 EA
285.84    30,870.72
     METRO ESU1800 24-10/100+2SFP NO PWR CRD


     VENDOR MAT. NO. DJ1412A06-E5

140  AL1001A08-E5              02   01/05/09       135 EA
439.49    59,331.15
     3510-24T NO PWR CORD [EUED]


     VENDOR MAT. NO. AL1001A08-E5

150  AL2515A02-E6              00   01/05/09        93 EA
265.07    24,651.51
     2550T STK ENA (NO PC)


     VENDOR MAT. NO. AL2515A02-E6

160  AL4500A04-E6              00   01/05/09        96 EA
626.13    60,108.48
     4548GT (NO PC)
```

Phil Miller

```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~
```

```
90170047      5 of 6
                           STANDARD ORDER
```

600 TECHNOLOGY PARK DRIVE                          NORTEL
NETWORKS INCORPORATED
        BILLERICA, MA 01821                        600
TECHNOLOGY PARK DRIVE
        UNITED STATES
BILLERICA MA  01821
                                                   UNITED
STATES


        ALPHA NETWORKS INC                         NORTEL
NETWORKS INCORPORATED
        SCIENCE BASED INDUSTRIAL PARK              PO BOX
280510
        NO 8 LI SHING 7TH ROAD
NASHVILLE TN  37228
        HSINCHU 300                                UNITED
STATES
        TAIWAN


FOR RESALE ITEMS, REFER TO THE RESALE CERTIFICATE ON FILE

                                RECEIVING

12/19/08   440419        NET 45 DAYS                    NB 99




        VENDOR MAT. NO. AL4500A04-E6

170  AL4500A05-E6                00   01/05/09      148 EA
518.51     76,739.48
        4524GT (NO PC)


        VENDOR MAT. NO. AL4500A05-E6

180  DJ1412A02-E5                02   01/05/09      119 EA
725.86     86,377.34
        ERS1648T w/ NO POWER CORD


        VENDOR MAT. NO. DJ1412A02-E5

190  DJ1412015-E5                01   01/05/09      100 EA
29.02      2,902.00
        METRO ESU1850 4 PORT SFP GBIC MDA


        VENDOR MAT. NO. DJ1412015-E5

TOTAL NET VALUE EXCL. TAX USD 1,235,873.57

CONFIRMING ONLY.  DO NOT DUPLICATE.


Phil Miller


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~


90170047        6 of 6
                                          STANDARD ORDER

          600 TECHNOLOGY PARK DRIVE                    NORTEL
NETWORKS INCORPORATED
          BILLERICA, MA 01821                          600
TECHNOLOGY PARK DRIVE
          UNITED STATES
BILLERICA MA  01821
                                                       UNITED
STATES


          ALPHA NETWORKS INC                           NORTEL
NETWORKS INCORPORATED
          SCIENCE BASED INDUSTRIAL PARK                PO BOX
280510
          NO 8 LI SHING 7TH ROAD
NASHVILLE TN  37228
          HSINCHU 300                                  UNITED
STATES
          TAIWAN


   FOR RESALE ITEMS, REFER TO THE RESALE CERTIFICATE ON FILE

                                   RECEIVING

12/19/08  440419        NET 45 DAYS                NB 99