Phil Miller

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~

# ALPHA

ALPHA NETWORKS INC.
C O M M E R C I A L   I N V O I C E

PRINT DATE : 08/11/19
TIME : 14:08:38
PAGE : 1

INVOICE NUMBER : 8036954
SOLD TO : NORTEL NETWORKS NA INC.
      PO BOX 280510
      NASHVILLE, TN 37228
      USA
      TN  37228
TEL :    1-800-684-2228   FAX :
ATTN : ACCOUNTS PAYABLE

SHIP TO : Nortel Network Inc.
      600 Technology Park drive
      Billerica, MA. 01821
      USA
      Billerica MA  01821
TEL :    978-288-7282    FAX :
ATTN : Joe Lucia

INVOICE DATE : 08/11/18
REQUESTED DATE : 08/11/18
CUSTOMER NUMBER : 200900
BUSINESS UNIT : 10
RELATED PO NUMBER :
CUSTOMER PO# : 4320053444
ORDER NUMBER : 8005071 SO  00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: TAIWAN
PAYMENT TERMS : D60  Paid on 60 days after shipme
SHIP VIA : 210  By Air
TERM OF DELIVERY : Free Carrier
SHIP FROM : TAIWAN
SHIP TO : U. S. A.
Pick Slip No: 251517

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1.000 | NTLER226T.A1G | | EA S | 1.00 | 2941.2100 | 2941.21 |
| | Rework fee of 204 units | | | | | |

CUSTOMS ITEM:  YB

| | | SALES TAX | TOTAL ORDER |
|---|---|---|---|
| NET DUE DATE:     —     (TAX RATE : 0  %    ) | | 0.00 | 2941.21 |

SAY TOTAL     TWO THOUSAND NINE HUNDRED FORTY ONE  AND 21/100***********************     ONLY.

A L P H A   N E T W O R K S   I N C .

..............Rita Wen..........

Alpha Networks Inc.

NO.8 Li-shing Rd.VII, Science-based Industrial Park, Hsinchu, Taiwan, R.O.C.

TEL:886-3-5636666   FAX:886-3-5637619,886-3-5770744

# ALPHA

### ALPHA NETWORKS INC.
C O M M E R C I A L   I N V O I C E

PRINT DATE :  08/11/19
TIME :  14:08:38
PAGE :  2

INVOICE NUMBER :  8036955
SOLD TO : NORTEL NETWORKS NA INC.
      PO BOX 280510
      NASHVILLE, TN 37228
      USA
      TN  37228
TEL :      1-800-684-2228   FAX :
ATTN : ACCOUNTS PAYABLE

SHIP TO : Nortel Network Inc.
      600 Technology Park drive
      Billerica, MA. 01821
      USA
      Billerica MA  01821
TEL :       978-288-7282     FAX :
ATTN : Joe Lucia

INVOICE DATE :  08/11/18
REQUESTED DATE : 08/11/18
CUSTOMER NUMBER :   200900
BUSINESS UNIT :       10
RELATED PO NUMBER :
CUSTOMER PO# :   4320059720
ORDER NUMBER :     8005074 SO   00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: TAIWAN
PAYMENT TERMS : D60  Paid on 60 days after shipme
SHIP VIA : 210  By Air
TERM OF DELIVERY :  Free Carrier
SHIP FROM : TAIWAN
SHIP TO : U. S. A.
Pick Slip No:   251519

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|-------|------------------------|-----------|-----|-----------|-------|----------------|
| 2.000 | NTLDL226FPA3G<br>ERS4K REWORK FEE | | EA S | 1.00 | 100173.2800 | 100173.28 |

CUSTOMS ITEM: YB

| | | | | SALES TAX | TOTAL ORDER |
|---|---|---|---|-----------|-------------|
| NET DUE DATE: | – | (TAX RATE : 0 % ) | | 0.00 | 100173.28 |

SAY TOTAL    ONE HUNDRED THOUSAND ONE HUNDRED SEVENTY THREE  AND 28/100************    ONLY.

A L P H A   N E T W O R K S   I N C .

.............Rita Wen..........

Alpha Networks Inc.

NO.8 Li-shing Rd.VII, Science-based Industrial Park, Hsinchu, Taiwan, R.O.C.

TEL:886-3-5636666   FAX:886-3-3637619,886-3-5770744

# ALPHA

ALPHA NETWORKS INC.
COMMERCIAL INVOICE

PRINT DATE : 08/12/16
TIME : 16:31:27
PAGE : 1

INVOICE DATE : 08/11/25
REQUESTED DATE :08/11/24
CUSTOMER NUMBER : 200200
BUSINESS UNIT : 50
RELATED PO NUMBER :
CUSTOMER PO# : 4320051867

INVOICE NUMBER : 8037681
SOLD TO : Nortel Networks
    4600 Pleasant Hill RD. Memphis, TN Zip
    code 38118
    USA

TEL : 408-764-7381    FAX : 408-495-4098
ATTN :

SHIP TO : NORTEL NETWORKS
    4655 Great America Parkway
    Santa Clara, CA95054
    USA
    Santa Clara CA 95054
TEL : (408) 495-2032   FAX : 408-495-7510
ATTN : Rachel Rodriguez-Notario.

ORDER NUMBER : 8004935 SJ 00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: CHINA
PAYMENT TERMS : 090 Open Account -90 days
SHIP VIA : 220 By DHL
TERM OF DELIVERY : Freight Prepaid
SHIP FROM : CHINA
SHIP TO : U. S. A.
Pick Slip No: 251975/251976

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1.000 | NTLDL248GPB1G | NTLDL248GP,4548GT-PWR | EA S | 1.00 | 760.1300 | 760.13 |
| | Drag1ine2 48G+4SFP combo L3 Stackable Switch | | | | | |
| | without CD or Diskette | | | | | |
| 2.000 | NTLDL226GPA3G | BYRON BAY 4526GTX-PWR V03 EA S | | 1.00 | 820.7300 | 820.73 |
| | Byron Bay 4526GTX-PWR V03 Nortel P/N: AL4500A16-E6 | | | | | |
| | L3 Switch with CD *1pcs forDevice Driver | | | | | |

|  | SALES TAX | TOTAL ORDER |
|---|---|---|
| NET DUE DATE: — (TAX RATE : 0 % ) | 0.00 | 1580.86 |

SAY TOTAL   ONE THOUSAND FIVE HUNDRED EIGHTY AND 86/100************************ ONLY.

ALPHA NETWORKS INC.

sophie

Alpha Networks Inc.

Xin'an Area, Chang An, Dongguan City, Guangdong Province, China , ZIP CODE:523850

TEL:86-769-85318000

# ALPHA

ALPHA NETWORKS INC.
COMMERCIAL INVOICE

PRINT DATE : 08/12/16
TIME : 16:31:27
PAGE : 2

Alpha Networks Inc.

Xin'an Area, Chang An, Dongguan City, Guangdong Province, China , ZIP CODE:523850

TEL:86-769-85318000

# ALPHA

### ALPHA NETWORKS INC.
### C O M M E R C I A L   I N V O I C E

PRINT DATE : 08/12/16
TIME : 16:43:12
PAGE : 1

INVOICE NUMBER : 8037759
SOLD TO : Nortel Networks
         4600 Pleasant Hill RD.  Memphis, TN Zip
         code 38118
         USA

TEL :       408-764-7381    FAX :      408-495-4098
ATTN :

SHIP TO : NORTEL NETWORKS
          4655 Great America Parkway
          Santa Clara, CA95054
          USA
          Santa Clara CA  95054
TEL :      (408) 495-2032   FAX :      408-495-7510
ATTN : Rachel Rodriguez-Notario.

INVOICE DATE : 08/11/25
REQUESTED DATE :08/11/24
CUSTOMER NUMBER : 200200
BUSINESS UNIT : 50
RELATED PO NUMBER :
CUSTOMER PO# : 4320051867
ORDER NUMBER : 8004935 SJ 00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: CHINA
PAYMENT TERMS : 090 Open Account -90 days
SHIP VIA : 220  By DHL
TERM OF DELIVERY : Freight Prepaid
SHIP FROM : CHINA
SHIP TO : U. S. A.
Pick Slip No:  251977

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|-------|------------------------|-----------|-----|-----------|-------|----------------|
| 4.000 | SHIPPING COST <br> SHIPPING COST | | EA S | 1.00 | 800.0000 | 800.00 |

|  |  | SALES TAX | TOTAL ORDER |
|--|--|-----------|-------------|
| NET DUE DATE:        −        (TAX RATE : 0  %        ) | | 0.00 | 800.00 |

SAY TOTAL    EIGHT HUNDRED  AND 00/100************************************************    ONLY.

A L P H A   N E T W O R K S   I N C .

................sophie...........

Alpha Networks Inc.

Xin'an Area, Chang An, Dongguan City, Guangdong Province, China , ZIP CODE:523850

TEL:86-769-85318000

# ALPHA

### ALPHA NETWORKS INC.
### C O M M E R C I A L   I N V O I C E

PRINT DATE :  08/12/10
TIME :  15:53:28
PAGE :     1

INVOICE NUMBER :  8039201
SOLD TO : Nortel Networks, Inc.
      North America
      PO Box 280510,  Suite 300
      220 Athens Way,
      Nashville, TN 37228 -0510, USA
TEL :      +1-925-867-2035 FAX :
ATTN : Accounts Payable

SHIP TO : Nortel Networks, Inc.
      C/O Menlo Logistics
      6200 E. Division St
      Lebanon, TN. 37090
      USA
TEL :      925-867-2035    FAX :
ATTN : Sheri Murray

INVOICE DATE :  08/12/10
REQUESTED DATE : 08/11/20
CUSTOMER NUMBER :    208900
BUSINESS UNIT :       50
RELATED PO NUMBER :
CUSTOMER PO# :  TD0000090921
ORDER NUMBER :    8003955 SJ  00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: CHINA
PAYMENT TERMS : D60 Paid on 60 days after shipme
SHIP VIA : 210  By Air
TERM OF DELIVERY : Free Carrier
SHIP FROM : CHINA
SHIP TO : U. S. A.
Pick Slip No:   253073

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|-------|-------------------------|-----------|-----|-----------|-------|----------------|
| 4.000 | NTLBS224T.A2G | BES210-24T | EA S | 29.00 | 172.2100 | 4994.09 |
|       | BES210-24T 24FE+2 G combo，L2 SWITCH，STACKABLE | | | | | |
|       | NTL P/N: NT5S02AAE5，CPC: N0114594 | | | | | |

|  |  | SALES TAX | TOTAL ORDER |
|--|--|-----------|-------------|
| NET DUE DATE: | -     (TAX RATE : 0 %     ) | 0.00 | 4994.09 |

SAY TOTAL    FOUR THOUSAND NINE HUNDRED NINETY FOUR  AND 09/100*******************    ONLY.

A L P H A   N E T W O R K S   I N C .

................sophie..........

---

Alpha Networks Inc.

Xin'an Area, Chang An, Dongguan City, Guangdong Province, China , ZIP CODE:523850

TEL:86-769-85318000

# ALPHA

**ALPHA NETWORKS INC.**
C O M M E R C I A L   I N V O I C E

PRINT DATE : 08/12/11
TIME : 10:42:07
PAGE : 1

INVOICE NUMBER : 8039253
SOLD TO : Nortel Networks, Inc.
      North America
      PO Box 280510,   Suite 300
      220 Athens Way,
      Nashville, TN 37228 -0510, USA
TEL :     +1-925-867-2035 FAX :
ATTN : Accounts Payable

SHIP TO : Nortel Networks, Inc.
      C/O Menlo Logistics
      6200 E. Division St
      Lebanon, TN. 37090
      USA
TEL :     925-867-2035   FAX :
ATTN : Sheri Murray

INVOICE DATE : 08/12/11
REQUESTED DATE : 08/09/22
CUSTOMER NUMBER :  208900
BUSINESS UNIT :     50
RELATED PO NUMBER :
CUSTOMER PO# : TD0000090921
ORDER NUMBER :  8003955 SJ  00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: CHINA
PAYMENT TERMS : D60 Paid on 60 days after shipme
SHIP VIA : 210  By SEA
TERM OF DELIVERY : Free Carrier
SHIP FROM : CHINA
SHIP TO : U. S. A.
Pick Slip No:  253071/253072

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 2.000 | NTLBS224T.A2G<br>BES210-24T 24FE+2 G combo，L2 SWITCH，STACKABLE<br>NTL P/N: NT5S02AAE5， CPC: N0114594 | BES210-24T | EA S | 96.00 | 172.2100 | 16532.16 |
| 3.000 | NTLBS224T.A2G<br>BES210-24T 24FE+2 G combo，L2 SWITCH，STACKABLE<br>NTL P/N: NT5S02AAE5， CPC: N0114594 | BES210-24T | EA S | 30.00 | 172.2100 | 5166.30 |

|  |  | SALES TAX | TOTAL ORDER |
|---|---|---|---|
| NET DUE DATE:    - | (TAX RATE : 0 %  ) | 0.00 | 21698.46 |

SAY TOTAL    TWENTY ONE THOUSAND SIX HUNDRED NINETY EIGHT  AND 46/100*************    ONLY.

A L P H A   N E T W O R K S   I N C .

................sophie..........

--------------------------------------------------------------------------------

Alpha Networks Inc.
Xin'an Area, Chang An, Dongguan City, Guangdong Province, China , ZIP CODE:523850
TEL:86-769-85318000

# ALPHA

### ALPHA NETWORKS INC.
### C O M M E R C I A L   I N V O I C E

PRINT DATE : 09/01/06
TIME :   9:22:09
PAGE :   1

INVOICE NUMBER : 9000081
SOLD TO : NORTEL NETWORKS NA INC.
PO BOX 280510
NASHVILLE, TN 37228
USA
TN 37228
TEL :    1-800-684-2228   FAX :
ATTN : ACCOUNTS PAYABLE

SHIP TO : Nortel Networks
c/o SPAN International
3601 Sunset Blvd
West Columbia SC 29169
USA
TEL :    803.744.3761    FAX :
x1900
ATTN : James Johnson

INVOICE DATE : 09/01/05
REQUESTED DATE :08/12/24
CUSTOMER NUMBER :   200900
BUSINESS UNIT :        10
RELATED PO NUMBER :
CUSTOMER PO# :  90170047
ORDER NUMBER :    8005567 SO   00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: TAIWAN R.O.C.
PAYMENT TERMS : D60 Paid on 60 days after shipme
SHIP VIA : 210  By Air
TERM OF DELIVERY : **FOB TAIWAN**
SHIP FROM : TAIWAN R.O.C.
SHIP TO : U. S. A.
Pick Slip No:   254271

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1.000 | NTLDL226FPA3G | BYRON BAY 4526T-PWR V03 | EA S | 116.00 | 536.7600 | 62264.16 |
|  | Byron Bay 4526T-PWR V03 Nortel P/N:  AL4500A13-E6 | | | | | |
|  | L3 Switch with CD *1pcs forDevice Driver | | | | | |
|  | CUSTOMS ITEM:  YB | | | | | |

|  |  | SALES TAX | TOTAL ORDER |
|---|---|---|---|
| NET DUE DATE:    —    (TAX RATE : 0  %    ) | | 0.00 | 62264.16 |

SAY TOTAL    SIXTY TWO THOUSAND TWO HUNDRED SIXTY FOUR  AND 16/100****************    ONLY.

A L P H A   N E T W O R K S   I N C .

................Rita Wen.........

Alpha Networks Inc.
NO.8 Li-shing Rd.VII, Science-based Industrial Park, Hsinchu, Taiwan, R.O.C.
TEL:886-3-5636666  FAX:886-3-3637619,886-3-5770744

# ALPHA

### ALPHA NETWORKS INC.
### C O M M E R C I A L   I N V O I C E

PRINT DATE :  09/01/06
TIME :    9:22:09
PAGE :    1

INVOICE NUMBER :  9000082
SOLD TO : NORTEL NETWORKS NA INC.
          PO BOX 280510
          NASHVILLE, TN 37228
          USA
          TN  37228
TEL :      1-800-684-2228   FAX :
ATTN : ACCOUNTS PAYABLE

SHIP TO : Nortel Networks
          c/o SPAN International
          3601 Sunset Blvd
          West Columbia SC 29169
          USA
TEL :      803.744.3761    FAX :
           x1900
ATTN : James Johnson

INVOICE DATE :  09/01/05
REQUESTED DATE :08/12/24
CUSTOMER NUMBER :    200900
BUSINESS UNIT :        10
RELATED PO NUMBER :
CUSTOMER PO# :   90170047
ORDER NUMBER :     8005567 SO   00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN:TAIWAN R.O.C.
PAYMENT TERMS : D60  Paid on 60 days after shipme
SHIP VIA : 210   By Air
TERM OF DELIVERY : **FOB TAIWAN**
SHIP FROM : TAIWAN R.O.C.
SHIP TO : U. S. A.
Pick Slip No:   254272

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 2.000 | NTLDL224G.A3G | BYRON BAY 4524GT V03 | EA S | 138.00 | 518.5100 | 71554.38 |
| | Byron Bay 4524GT V03 Nortel P/N: AL4500A05-E6 | | | | | |
| | L3 Switch with CD *1pcs forDevice Driver | | | | | |

CUSTOMS ITEM: YB

|  |  | SALES TAX | TOTAL ORDER |
|---|---|---|---|
| NET DUE DATE:       —       (TAX RATE : 0  % ) | | 0.00 | 71554.38 |

SAY TOTAL      SEVENTY ONE THOUSAND FIVE HUNDRED FIFTY FOUR  AND 38/100*************      ONLY.

A L P H A   N E T W O R K S   I N C .

.............. Rita Wen ..........

---

Alpha Networks Inc.

NO.8 Li-shing Rd.VII, Science-based Industrial Park, Hsinchu, Taiwan, R.O.C.

TEL:886-3-3636666   FAX:886-3-3637619,886-3-5770744

# ALPHA

**ALPHA NETWORKS INC.**
C O M M E R C I A L   I N V O I C E

PRINT DATE : 09/01/06
TIME : 9:22:09
PAGE : 1

INVOICE NUMBER : 9000083
SOLD TO : NORTEL NETWORKS NA INC.
PO BOX 280510
NASHVILLE, TN 37228
USA
TN  37228
TEL :    1-800-684-2228   FAX :
ATTN : ACCOUNTS PAYABLE

SHIP TO : Nortel Networks
c/o SPAN International
3601 Sunset Blvd
West Columbia SC 29169
USA
TEL :    803.744.3761    FAX :
x1900
ATTN : James Johnson

INVOICE DATE : 09/01/05
REQUESTED DATE :08/12/24
CUSTOMER NUMBER : 200900
BUSINESS UNIT :    10
RELATED PO NUMBER :
CUSTOMER PO# :  90170047

ORDER NUMBER :    8005567 SO   00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: TAIWAN R.O.C.
PAYMENT TERMS : D60  Paid on 60 days after shipme
SHIP VIA : 210  By Air
TERM OF DELIVERY : **FOB TAIWAN**
SHIP FROM : TAIWAN R.O.C.
SHIP TO : U. S. A.
Pick Slip No:  254273

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 3.000 | NTLDL248GPA3G | NTLDL248GP,4548GT-PWR | EA S | 300.00 | 760.1300 | 228039.00 |
| | Botany Bay 4548GT-PWR V03 Nortel P/N: AL4500A14-E6 | | | | | |
| | L3 Switch with CD *1pcs forDevice Driver | | | | | |
| | | | | | | |
| | CUSTOMS ITEM: YB | | | | | |

| | | SALES TAX | TOTAL ORDER |
|---|---|---|---|
| NET DUE DATE:    —    (TAX RATE : 0  % ) | | 0.00 | 228039.00 |

SAY TOTAL    TWO HUNDRED TWENTY EIGHT THOUSAND THIRTY NINE  AND 00/100************    ONLY.

A L P H A   N E T W O R K S   I N C .
. . . . . . . . . . . . . . . Rita Wen . . . . . . . . . .

Alpha Networks Inc.

NO.8 Li-shing Rd.VII, Science-based Industrial Park, Hsinchu, Taiwan, R.O.C.

TEL:886-3-5636666   FAX:886-3-3637619,886-3-5770744

# ALPHA

ALPHA NETWORKS INC.
C O M M E R C I A L   I N V O I C E

PRINT DATE : 09/01/06
TIME : 9:22:09
PAGE : 1

INVOICE DATE : 09/01/05
REQUESTED DATE : 08/12/24

INVOICE NUMBER : 9000084
SOLD TO : NORTEL NETWORKS NA INC.
      PO BOX 280510
      NASHVILLE, TN 37228
      USA
      TN  37228

CUSTOMER NUMBER : 200900
BUSINESS UNIT : 10
RELATED PO NUMBER :
CUSTOMER PO# : 90170047

TEL : 1-800-684-2228   FAX :
ATTN : ACCOUNTS PAYABLE

ORDER NUMBER : 8005567 SO  00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: TAIWAN R.O.C.

SHIP TO : Nortel Networks
      c/o SPAN International
      3601 Sunset Blvd
      West Columbia SC 29169
      USA

PAYMENT TERMS : D60  Paid on 60 days after shipme
SHIP VIA : 210  By Air
TERM OF DELIVERY : FOB TAIWAN
SHIP FROM : TAIWAN R.O.C.
SHIP TO : U. S. A.

TEL : 803.744.3761   FAX :
      x1900
ATTN : James Johnson

Pick Slip No: 254274

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 4.000 | NTLRBSMG..A1G | ESU 4P SFP MDA | EA S | 159.00 | 29.0200 | 4614.18 |

ESU1850 SFP MDA, V. A1, 4 port module,for L3 Standalone Switch ESU 1850,Nortel's P/N:
DJ1412015-E5, Without CD or Diskette

CUSTOMS ITEM: YB

| | | | SALES TAX | TOTAL ORDER |
|---|---|---|---|---|
| NET DUE DATE: | — | (TAX RATE : 0 % ) | 0.00 | 4614.18 |

SAY TOTAL    FOUR THOUSAND SIX HUNDRED FOURTEEN  AND 18/100************************    ONLY.

A L P H A   N E T W O R K S   I N C .
................Rita Wen..........

Alpha Networks Inc.
NO.8 Li-shing Rd.VII, Science-based Industrial Park, Hsinchu, Taiwan, R.O.C.
TEL:886-3-5636666  FAX:886-3-3637619,886-3-5770744

# ALPHA

**ALPHA NETWORKS INC.**
C O M M E R C I A L   I N V O I C E

PRINT DATE : 09/01/09
TIME : 10:15:59
PAGE : 1

INVOICE NUMBER : 9000430
SOLD TO : NORTEL NETWORKS NA INC.
      PO BOX 280510
      NASHVILLE, TN 37228
      USA
        TN  37228
TEL :     1-800-684-2228  FAX :
ATTN : ACCOUNTS PAYABLE

SHIP TO : Nortel Networks
      c/o SPAN International
      3601 Sunset Blvd
      West Columbia SC 29169
      USA
TEL :     803.744.3761   FAX :
      x1900
ATTN : James Johnson

INVOICE DATE : 09/01/09
REQUESTED DATE : 09/01/09
CUSTOMER NUMBER : 200900
BUSINESS UNIT : 50
RELATED PO NUMBER :
CUSTOMER PO# : 90170047
ORDER NUMBER : 8005355 SJ 00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: CHINA
PAYMENT TERMS : D60 Paid on 60 days after shipme
SHIP VIA : 210  By Air
TERM OF DELIVERY : Free Carrier
SHIP FROM : CHINA
SHIP TO : U. S. A.
Pick Slip No: 254919

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|-------|------------------------|-----------|-----|-----------|-------|----------------|
| 1.000 | NTLDL224G.A3G | BYRON BAY 4524GT V03 | EA S | 250.00 | 518.5100 | 129627.50 |
| | Byron Bay 4524GT V03 Nortel P/N: AL4500A05-E6 | | | | | |
| | L3 Switch with CD *1pcs forDevice Driver | | | | | |

| | SALES TAX | TOTAL ORDER |
|---|-----------|-------------|
| NET DUE DATE:    -    (TAX RATE : 0 %   ) | 0.00 | 129627.50 |

SAY TOTAL   ONE HUNDRED TWENTY NINE THOUSAND SIX HUNDRED TWENTY SEVEN  AND 50/100*   ONLY.

A L P H A   N E T W O R K S   I N C .

................sophie...........

---

Alpha Networks Inc.

Xin'an Area, Chang An, Dongguan City, Guangdong Province, China , ZIP CODE:523850

TEL:86-769-85318000

# ALPHA

ALPHA NETWORKS INC.
COMMERCIAL INVOICE

PRINT DATE : 09/01/21
TIME : 16:06:51
PAGE : 1

INVOICE NUMBER : 9000709
SOLD TO : NORTHERN TELECOM
PO BOX 280510
NASHVILLE, TN 37228
USA
TN  37228
TEL :     1-800-684-2228   FAX :
ATTN : ACCOUNTS PAYABLE

SHIP TO : NORTEL NETWORKS
4655 Great America Parkway
Santa Clara, CA95054
USA
Santa Clara CA  95054
TEL :     (408) 495-2032   FAX :      408-495-7510
ATTN : Rachel Rodriguez-Notario.

INVOICE DATE : 09/01/13
REQUESTED DATE :09/01/12
CUSTOMER NUMBER :    200900
BUSINESS UNIT :     10
RELATED PO NUMBER :
CUSTOMER PO# :  4320065988
ORDER NUMBER :     9000083 SO   00008
CURRENCY CODE : USD
COUNTRY OF ORIGIN: TAIWAN R.O.C.
PAYMENT TERMS : D60 Paid on 60 days after shipme
SHIP VIA : 210  By Air
TERM OF DELIVERY : Free Carrier
SHIP FROM : TAIWAN R.O.C.
SHIP TO : U. S. A.
Pick Slip No:   255236

| LINE# | ITEM NUMBER/DESCRIPTION | MODEL NO. | U/M | SHIP QTY. | PRICE | EXTENDED PRICE |
|-------|-------------------------|-----------|-----|-----------|-------|----------------|
| 3.000 | NRE-SWITCH<br>NRE Charge | | EA S | 1.00 | 1810.0000 | 1810.00 |
| | CUSTOMS ITEM:  NB | | | | | |
| 4.000 | NRE-SWITCH<br>NRE Charge | | EA S | 1.00 | 4617.5400 | 4617.54 |
| | CUSTOMS ITEM:  NB | | | | | |

|  |  | SALES TAX | TOTAL ORDER |
|--|--|-----------|-------------|
| NET DUE DATE:         —     (TAX RATE : 0  % ) | | 0.00 | 6427.54 |

SAY TOTAL     SIX THOUSAND FOUR HUNDRED TWENTY SEVEN  AND 54/100********************     ONLY.

Alpha Networks Inc.
NO.8 Li-shing Rd.VII, Science-based Industrial Park, Hsinchu, Taiwan, R.O.C.
TEL:886-3-5636666   FAX:886-3-5637619,886-3-5770744

Track this shipment via the DHL Web Site: http://www.dhl.com

199 2951 332

0·189089

ORIGIN HKG

**1 Payer account number and insurance details**

Charge to ☐ Shipper ☐ Receiver ☐ 3rd party

Payer Account No. 946 947 354

Shipment Insurance see reverse
☐ Yes Insured value (in local currency)

**2 From (Shipper)**

Shipper's account number
6303373662

Shipper's reference (up to 22 characters but only first 12 will be shown on invoice)

Company name
OAKSON TRADING LTD

Address
UNIT 4101A TOWER II
METRO PLAZA
KWAI FONG NT HK

Postcode/Zip Code (required)

**3 To (Receiver)**

Company name
NORTEL NETWORKS

DHL cannot deliver to a PO Box
Delivery address
4655 Great America Parkway
Santa Clara, CA 95054

Postcode/Zip Code (required)

Country USA

Contact person Phone, Fax or E-mail (required)
J.F. Rodriquez M/Mario 408-495-2032

☐ Cash
☐ Cheque
☐ Credit Card

Rev. at payment
this space are available
to all countries.

Contact name
Winnie (Helen

Phone, Fax or E-mail (required)
24289890

**4 Shipment details**

Total number of packages

2

Total Weight
17.74

Pieces | Length × Width × Height (Dimensions in cm)
1 @ 44 × 30 × 57
1 @ 58.8 × 21.5 × 76.2
@ × ×
@ × ×
@ × ×

**5 Full description of contents**
Give contents and quantity

NETWORK PRODUCTS.

PK251975 1251976

**6 Dutiable shipments and export declarations (completion required)**
Attach the original and two copies of a Proforma or Commercial Invoice
Shipper's VAT/GST number:
Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs
(see on commodities/proforma invoice)

Harmonised Commodity Code (if applicable)

TYPE OF EXPORT
☐ Permanent ☐ Repair / Return ☐ Temporary.
Destination duties/taxes if left blank receiver pays duties/taxes
☐ Receiver ☐ Shipper ☐ Other

**7 Shipper's authorisation (signature required)**
Unless otherwise agreed in writing, I agree to the DHL's Terms and Conditions of Carriage on this waybill, which limit DHL's liability. I declare that this shipment does not contain any of the dangerous goods listed in the IATA and (1) DHL and (1) each Terms and Conditions of Carriage and (2) applicable, this shipment does not contain any prohibited or restricted articles and/or substances limits and/or excludes DHL's liability for loss, damage, or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature Helen      Date 26.11.25

P300AMB P10 HK MP

**8 Services**

DESTINATION CODE

DHL Express
☐ Worldwide ☐ Economy ☐ Priority
☐ Secured
☐ Other

Other Products
☐ Domestic

Service Options (are charges may apply)
☐ Saturday ☐ Special
☐ Insurance ☐ Office
☐ Delivery notification
☐ Other:

DIMENSIONAL/CHARGEABLE WEIGHT

CHARGES Services
Other
Insurance
VAT

CURRENCY   TOTAL

TRANSPORT COLLECT STICKER NO.

PAYMENT DETAILS (Cheque, Card No.)
No.:
Type          Expires

PICKED UP BY
Recite No.
Time          Date

| DOC. NO. | TYPE | DESTINATION AIRPORT CODE | SHOW | FLIGHT / DAY | EXECUTION DATE | DHL GLOBAL FORWARDING TARIFF | NUMBER |
|---|---|---|---|---|---|---|---|
| | **311** | CLT CHARLOTTE/NC | | | IC 197542 | ORIGIN CODE TPE 3SX3712 | |

**CONSIGNEE**

| CONSIGNEE'S ACCT. NO. 3601N | CONSIGNEE'S ORDER NO. | |
|---|---|---|

NAME & ADDRESS NORTEL NETOWRKS
C/O SPAN INTERNATIONAL
3601 SUNSET BLVD
WEST COLUMBIA        SC 29169
USA

ALSO NOTIFY JAMES JOHNSON 803.744.3761X1900
NOTIFY: SPAN INTERNATIONAL
3601 SUNSET BLVD WEST COLUMBIA ****

# DHL GLOBAL FORWARDING

新加坡商敦豪全球貨運物流股份有限公司台灣分公司

NAME AND ADDRESS OF CARRIER AGENT DHL CLBFWD/TPE

| SHIPPER'S ACCT. NO. N8890 | REFERENCE NO. 9000081`84 |
|---|---|

**SHIPPER**

NAME & ADDRESS ALPHA NETOWRKS INC.
TEL:035-636666 ATTN:5863 WEN
NO8 LI-SHING RD 7TH RD SBIP
HSINCHU
TAIWAN

台北市建國北路二段120號9樓
許可證貨字第10號

SIGNATURE OF ISSUING ... AA0
EXECUTED ON 07JAN20... DHL ...D/TPE

The shipper certifies that the particulars on the face hereof are correct and agrees to the CONDITIONS ON REVERSE HEREOF ... limited as stated in 4 (c) on the reverse hereof and accepts ... value for carriage is declared on the face hereof subject to ...

US

| NO. OF PCS. & PACKING | DIMENSIONS | | | GROSS WEIGHT | | CARRIER CERTIFIES GOODS DESCRIBED HEREIN WERE RECEIVED FOR CARRIAGE SUBJECT TO THE CONDITIONS ON THE REVERSE HEREOF. THE GOODS THEN BEING IN APPARENT GOOD ORDER AND CONDITION EXCEPT AS NOTED HEREON |
|---|---|---|---|---|---|---|
| | L | W | H | LBS | KGS | QUANTITY, DESCRIPTION & MARKS (INCLUDING OTHER DIVERSION CLAUSE & SPECIAL INSTRUCTIONS) |
| 1 PLT | 120 | 110 | 68 | | 4958.0 | COMPUTER NETWORK: L3 SWITCH |
| 1 PLT | 120 | 110 | 93 | | | & ETC... Q'TY: 713 EA |
| 23 PLT | 120 | 110 | 124 | | | "DOC ATT'D." TERM: FOB |
| | | | | | | CUSTOMER PO# 90170047 |
| | | | | | | INV NO: 9000081`84 |
| | | | | | | MAWB# 695-62911461 BR 0638/JAN.08.09' |
| | | | | | | FROM: CKS AIRPORT, TAIWAN |
| 286 PIECES (S.L.A.C) | | | | | | TO: U.S.A. |

| TOTAL PIECES 25 | CUBIC CONTENT 89771600  C | TOTAL DIM. WT. (KGS) 6629.0 | TOTALLY FREE FROM BARK AND APPARENTLY FREE FROM LIVE PLANT PESTS |
|---|---|---|---|
| SHIPPERS DECLARED VALUES | | D/F | (25 PLT SLAC 286 CTNS ONLY.) |
| FOR CUSTOMS | FOR CARRIAGE | | ****NOTIFY:SC 29169 ATTN:JAMES JOHNSON |
| $ | $ | TOTAL GROSS WT. KILOS 4958.0 | 803.744.3761 X1900 |
| | | | **A/F BILL TO NORTEL AIMS/POWERTRACK** |

| [X] PREPAID | | 0 | COLLECT | [X] | | | |
|---|---|---|---|---|---|---|---|

| | | TOTAL FOR VAT | CHARGEABLE WT. 6629.0 | COMMODITY NUMBER 9999 | RATE AGREED | AIR CARRIAGE CLT |  DHL GLOBAL FORWARDING |
|---|---|---|---|---|---|---|---|
| | 1 AS AGREED | SHOW CODE | KGS | | /K | TO: | 1ST CARRIER DHL GLOBAL FORWARDING |
| | | | KGS | | /K | TO: | CARRIER |
| | | | KGS | | /K | TO: | CARRIER |
| | | | KGS | | /K | TO: | CARRIER |

INBOUND FREIGHT CODES
DHL GLOBAL FORWARDING DOMESTIC = A
ADVANCE COMMON CARRIER = C
PPD FREE DOMICILE = D

VALUE CHARGES  FROM  TO:  FROM  TO:  TOTAL VALUE CHARGE

DETAIL ALL ORIGIN HANDLING FEES & ADVANCES OTHER THAN CODE 2 ABOVE.
P HCA                    300  P TCA                    10994

| 11294 | 3 | | | | |
|---|---|---|---|---|---|
| | 4 | SHIPPER'S REQ. | AMOUNT | RATE | |
| | | INSURANCE FEE | $ | $ | REMIT TO: DHL GLOBAL FORWARDING 9FL 120 SEC2 JIANGUO N. TAIPEI |
| | 5 | DHL GLOBAL FORWARDING PICKUP CHARGE | | | |
| 11294 | 9 | AS AGREED | TOTAL DUE DHL GLOBAL FORWARDING | INDICATE CURRENCY TWD | Copies 1,3, and 6 of this Air Waybill are originals and have the same validity. |

DHL GLOBAL FORWARDING AIRBILL NO.
3SX3712

FORM # 2011-APRIL 2000/TW-AFR-01/FORM-3

**1. SHIPPER (ORIGINAL) - THIS COPY FOR
YOUR FILE. THIS IS NOT AN INVOICE**

STAPLE DOCUMENTS ABOVE PERFORATION

Set your tabulator stops here

Line up here

| BNA/ORG | EC | | CRN No. | | HAWB NO. 5382549128 |
|---|---|---|---|---|---|

Shipper's Name and Address — Shipper's Account Number 704928522

ALPHA NETWORKS INC
XIN'AN AREA CHANG AN DONGGUAN CITY
GUANGDONG PROVINCE CHINA

NOT NEGOTIABLE

**AIR WAYBILL**    UPS Supply Chain Solutions ™

AIR CONSIGNMENT NOTE

ISSUED BY UPS Supply Chain Solutions, Inc., 12380 Morris Rd., Alpharetta, Ga 30005
Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address — Consignee's Account Number 701465429

NORTEL NETWORKS INC
C/O MENLO LOGISTICS
6200 E DIVISION ST LEBANON TN 37090
USA

It is mutually agreed that the goods described were received in good condition (except as noted) for transportation as specified in the Shipper's Letter of Instruction. Since this Shipment involves an ultimate destination or stop in a country other than the country of origin, the Warsaw Convention, as amended, may apply and limits the liability of UPS Supply Chain Solutions for loss or damage to cargo.

RECEIVED BY UPS Supply Chain Solutions, Inc. AT: SERVICE CENTER

Place HKG   Time 21:11   Date 12-DEC-2008   No. of Shipments 1

Issuing Carrier's Agent Name and City

UPS SCS (ASIA) LIMITED
UNIT 1207 , AFFC, 2 CHUN WAN RD, CHEK LA
HONG KONG HK

Also Notify NORTEL NETWORKS INC NORTEL AMERICA
PO BOX 280510 SUITE 300 220 ATHENS WAY
NASHVILLE TN 37228-0510 USA

Agent's IATA Code 13-3-0333   Account No.   Third-Party Billing

Airport of Departure (Address of First Carrier) and Requested Routing

HONG KONG/406HKG25357474

| To | By First Carrier | Routing and Destination | To | By | To | By | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDF | 5X75/SDF/13 | | | | | | USD | | X | X X | NVD | NCV |

| Airport of Destination | Flight/Date | For Carrier Use Only | Flight/Date | Amount of Insurance | INSURANCE |
|---|---|---|---|---|---|
| NASHVILLE | 13-DEC-2008 | | | NIL | |

Handling Information (Special Instructions)

SI-INV,P/LIST ATTD 42 CTNS PACKED ON 4 SKIDS
FREIGHT COLLECT
SC-HELEN/0769-8531 8000EXT 6577          CC-SHERI MURRAY/925-867 2035

| No. of Pieces RCP | Gross Weight | Kg Lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Include Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 4 | 762.00 | K Q | ECN | 1057.00 | AS AGREED | | SWITCH |

T/S FM CN TO USA VIA HKG BY TRUCK NO.KP4149 ON 12DEC

| Qty | Length | Width | Height | UoM |
|---|---|---|---|---|
| 1 | 105.0 | 105.0 | 110.0 | CM |
| 3 | 105.0 | 105.0 | 155.0 | CM |

NORTEL
(IN DIA)
USA
PO#10000090921
PICK#253071/253072
P/NO.1-4
MADE IN CHINA

TOTAL 4 PALLETS INCLUDING 42 CARTONS ONLY.
NETWORKS PRODUCTS SWITCH

Volume = 6.339375 M3

| 4 | 762.00 |
|---|---|

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | |
| | Total Other Charges Due Carrier | | |

This air waybill is issued in accordance with the Shipper's Letter of Instruction and is subject to governing rules and applicable tariffs in effect as of the execution date including the terms and conditions of contract set forth on the reverse side and as set forth in the UPS Supply Chain Solutions Terms and Conditions of Contract at www.ups-scs.com. UPS Supply Chain Solutions shall not be liable for special, incidental, or consequential damages and disclaims all warranties, expressed, or implied, with respect to carriage of this shipment. Unless a higher value is declared and an additional charge paid, the liability of UPS Supply Chain Solutions for this shipment is limited to the amount set forth in the UPS Supply Chain Solutions Terms and Conditions of Contract in effect on the date of the shipment. If this shipment contains Dangerous Goods, this air waybill must describe the Shipment and the Shipment must be in condition for carriage, in accordance with the current International Air Transport Association's Dangerous Goods Regulations.

| Total Prepaid | Total Collect | Executed on |
|---|---|---|
| Currency Conversion Rates | CC Charges in Dest. Currency | 1 USD =   TOT COLL = USD |
| For Carrier's Use only at Destination | Charges at Destination | 12-DEC-2008 21:11 HKG 5382549128   wyiutong |
| | Total Collect Charges | (Date) (Time) at (Place) Signature of Issuing Carrier or its Agent |

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to US law prohibited.

STAPLE DOCUMENTS ABOVE PERFORATION

Set your tabulator stops here — Line up here —

| BNA/ORG | EC | | CRN No. | HAWB NO. 5499091785 |
|---|---|---|---|---|

| Shipper's Name and Address | Shipper's Account Number 7049285522 | NOT NEGOTIABLE |
|---|---|---|

ALPHA NETWORKS INC.
XIN'AN AREA,CHANG AN,DONGGUAN CITY,
GUANGDONG PROVINCE,CHINA

**AIR WAYBILL**   **UPS Supply Chain Solutions ™**   **UPS**

AIR CONSIGNMENT NOTE

ISSUED BY UPS Supply Chain Solutions, Inc., 12380 Morris Rd., Alpharetta, Ga 30005

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number 701465429 |
|---|---|

NORTEL NETWORKS,INC.
C/O MENLO LOGISTICS
6200 E.DIVSION ST
LEBANON,TN 37090 USA

It is mutually agreed that the goods described were received in good condition (except as noted) for transportation as specified in the Shipper's Letter of Instruction. Since this Shipment involves an ultimate destination or stop in a country other than the country of origin, the Warsaw Convention, as amended, may apply and limits the liability of UPS Supply Chain Solutions for loss or damage to cargo.

RECEIVED BY UPS Supply Chain Solutions, Inc. AT: SERVICE CENTER

Place HKG    Time 23:16    Date 10-DEC-2008    No.of Shipments 1

| Issuing Carrier's Agent Name and City |
|---|

UPS SCS (ASIA) LIMITED
UNIT 1207 , AFFC, 2 CHUN WAN RD, CHEK LA
HONG KONG   HK

Also Notify  NORTEL NETWORKS,INC.NORTEL AMERCIA
PO BOX 280510,SUITE 300 200 ATHENS WAY
NASHVILLE,TN 37228-0510 USA

| Agent's IATA Code 13-3-0333 | Account No. |
|---|---|

Third-Party Billing

| Airport of Departure (Address of First Carrier) and Requested Routing |
|---|

HONG KONG/695HKG64195751

| To TPE | By First Carrier BR872/TPE/11 | Routing and Destination | To ORD | By BR | To | By | Currency HKD | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage NVD | Declared Value for Customs NCV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | X X | X X | | |

| Airport of Destination NASHVILLE | Flight/Date 11-DEC-2008 | For Carrier Use Only 12-DEC-2008 | Flight/Date | Amount of Insurance NIL | INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked Amount of Insurance. | TO |
|---|---|---|---|---|---|---|

Handling Information (Special Instructions)

SI-NO DOCUMENT, 10CTNS IN 1PLT
FREIGHT COLLECT
SC-HELEN/0769-8531-8000 EXT8577

| No.of Pieces RCP | Gross Weight | Kg Lb. | Rate Class — Commodity Item No. | Chargeable Weight | Rate — Charge | Total | Nature and Quantity of Goods (Include Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 175.00 | K | Q ECN | 286.00 | K AS AGREED | T/S FM CHINA TO USA VIA HKG BY TRUCK KP3786 | SWITCH |
| | | | | | | | Qty Length Width Height UoM |
| | | | | | | | 1 105.0 104.0 157.0 CM |
| | | NORTEL (IN DIA) U.S.A. PO#T00000090921 PICK#253073 P/NO.1-1 MADE IN CHINA | NETWORKS PRODUCTS SWITCH 10CTNS IN 1PLT | | | | |
| | | | | | | | Volume = 1.714440 M3 |
| 1 | 175.00 | | | | | | |

It no Form of Payment is indicated on the Airbill, the shipper will be liable for the charges.

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | This air waybill is issued in accordance with the Shipper's Letter of Instruction and is subject to governing rules and applicable tariffs in effect as of the execution date including the terms and conditions of contract set forth on the reverse side and as set forth in the UPS Supply Chain Solutions Terms and Conditions of Contract at www.ups-scs.com. UPS Supply Chain Solutions shall not be liable for special, incidental, or consequential damages and disclaims all warranties, expressed or implied, with respect to carriage of this shipment. Unless a higher value is declared and an additional charge paid, the liability of UPS Supply Chain Solutions for this shipment is limited to the amount set forth in the UPS Supply Chain Solutions Terms and Conditions of Contract in effect on the date of the shipment. If this shipment contains Dangerous Goods, this air waybill must describe the Shipment and the Shipment must be in condition for carriage, in accordance with the current International Air Transport Association's Dangerous Goods Regulations. |
| | Total Other Charges Due Carrier | | |
| | | Currency | |
| Total Prepaid | Total Collect | | Executed on |
| | | | 1 USD *    TOT COLL = USD |
| Currency Conversion Rates | CC Charges in Dest. Currency | | 0-DEC-2008    23:16    HKG    5499091785    CKNG |
| | | | (Date)    (Time)    at    (Place)    Signature of Issuing Carrier or its Agent |
| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges | These commodities, technology, or software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to US law prohibited. |

61010 - 56 (5/05) LITHO U.S.A.

ORIGINAL 3 (For Shipper)

**STAPLE DOCUMENTS ABOVE PERFORATION**

HAWB

695 HKG 6420 4195

| | | |
|---|---|---|
| Shipper's Name & Address<br>KC#CEVA-51709<br>ALPHA NETWORKS INC<br>XIN'AN AREA,CHANG AN DONGGUAN<br>CITY GUANGDONG PROVINCE,CHINA | Shipper's account Number<br>ALPNET002 01 | **Air Waybill**<br>Not negotiable<br>Issued by<br>CEVA LOGISTICS (HONG KONG)<br>37/F SKYLINE TOWER<br>39 WANG KWONG ROAD<br>KOWLOON BAY, KOWLOON |

H.A.W.B: 81325705

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name & Address | Consignee's account Number |
|---|---|
| NORTEL NETWORKS C/O SPAN<br>INTERNATIONAL 3601 SUNSET BLVD<br>WEST COLUMBIA SC 29169 USA<br>C:JAMES JOHNSON 80374437611900 | SPAINT008 01 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPERS ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Issuing Carrier's Agent Name and City | |
|---|---|
| CEVA LOGISTICS 4370 OLD DIXIE<br>ROAD ATLANTA,GA 30354 ATTN:<br>MICHELLE SMITH PH:404-968-1275 | Also notify :<br><br>Accounting Information<br><br>AGENT REF: HACB32421 |

| Agent's IATA Code 968-1268 | Account No. |
|---|---|

| Airport of Departure (Addr. of first Carrier) and requesting Routing<br>HONG KONG | Reference Number | Optional Shipping Information |
|---|---|---|

| To | By first Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ATL | BR | | | | | USD | P | PPD Y COLL | PPD Y COLL | NVC | NVD |

| Airport of Destination<br>ATLANTA | Flight/Date For Carrier Use Only<br>BR856 /10 | Flight/Date | Amount of Insurance<br>XXXXXXXXXX | INSURANCE - If carrier offers insurance and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "amount of insurance". |
|---|---|---|---|---|

Handling Information
TOTAL (11)PLTS S.T.C.(125)CTNS ONLY."FREIGHT PREPAID"
INV' & P/LIST ATT'D,SHPT NO WPM
INCO TERMS:FOB

SCI

| No. of Pieces RCP | Gross Weight | Kg lb | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 125 | 2134.0 | K | Q | 3126.0 | 2.30 | 7189.80 | SWITCH<br><br>11PC120.0X111.0X128.0 |
| | SHIPPING MARK: | | | NORTEL<br>(IN DIA)<br>USA<br>PO#90170047<br>PICK# 254919<br>P/NO.1-11<br>MADE IN CHINA | | | | |
| 125 | 2134.0 | K | | CEVA VALUE<br>DUE DATE: 14 JAN 23:59 | AIRPORT TO DOOR | 7189.80 | TOTAL VOLUME   18.755 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 7189.80 | | | |

| Valuation Charge | | | AEAF : 1281.66<br>AEDC : 312.60 |
|---|---|---|---|

Tax

| Total other Charges Due Agent | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
|---|---|
| 1594.26 | |
| Total other Charges Due Carrier | EVA AIRWAYS CORPORATION as Carrier<br>CEVA LOGISTICS (HONG KONG) LTD.<br>as Agent |

Signature of Shipper or his Agent

| Total prepaid | Total collect |
|---|---|
| 8784.06 | 0.00 |
| Currency Conversion Rates | cc Charges in Dest. Currency |

12 JAN 09 HONG KONG        PAUL LAI

Executed on (Date)    at (Place)    Signature of Issuing Carrier or its Agent

| For Carriers Use only at Destination | Charges at Destination | Total collect Charges |
|---|---|---|

81325705



ORIGINAL 3 (FOR SHIPPER)

For NES Switching Purposes Only

**NORTEL NETWORKS, INC.**

TD00000009921

| | | Date | Page |
|---|---|---|---|
| | | 20080826 | 1 |

☐ All North Carolina Shipments
☐ Do Not Add Tax (N.C. Certificate No. 380)

Ship to: NORTEL NETWORKS, INC.
C/O MENLO LOGISTICS
6200 E. Division St
LEBANON
37090
US
TN

☒ Confirming Order with: JENNY BAI

☒ NTI Vendor
☐ NTI Source

Inspection
If secured lots marked, notify NTI quality control 24 hours prior to shipment to ensure availability of inspector.
Currency: U.S. funds unless otherwise noted.

Bill to: NORTEL NETWORKS, INC.
P.O. BOX 280510, SUITE 300
ATTN: ACCOUNTS PAYABLE
NASHVILLE
37228-0510
US
TN

Supplier
886 356 36666    601 188 6356781
ALPHA NETWORKS INC.
NO. 8 LI-SHING 7TH ROAD,
SCIENCE-BASED INDUSTRIAL PARK
HSINCHU
TW
300
CN
Ship From

Telephone / TWX / Telex

Supplier code no. 440419

| Ship Via | Contract Number | Project Number | F.O.B | Priority Rating | CFA Number | DNS Reg. No. | Dept Number | Terms | Account Number |
|---|---|---|---|---|---|---|---|---|---|
| | | | HSINCHU, TAIWAN | ☐ Receiver Not Required | | | N60 - NET 60 | |

Resale Permit Number

Requisition Number

Warranty _____ years

Buyer: **Dennis Yakimenko**

Requested By

Deliver To

5/0 #80924 555

| Item No. | Quantity | U/M | CRU/Part No. | Issue Level | Description | Lot No. | Due Date | Shipping Schedule Date | Quantity | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 104 | EA | N0114594 | | BES210247 [EUED] (No PC) | 081001 | 080926 | 104 | 172.2100 | 17909.84 |
| 2 | 30 | EA | N0114594 | | BES210247 [EUED] (No PC) | 081101 | 081027 | 30 | 172.2100 | 5166.30 |
| 3 | 29 | EA | N0114594 | | BES210247 [EUED] (No PC) | 081201 | 081126 | 29 | 172.2100 | 4994.09 |
| | | | END OF ORDER | | BES210247 [EUED] (No PC) | | | | | |

Add Tax ☐    Do Not Add Tax ☒

PAGE TOTAL 28070.23

**Total Amount** 28070.23

Buyer: **Dennis Yakimenko** — Purchasing Manager

**IMPORTANT INSTRUCTIONS**

Note: All changes must be authorized by purchasing personnel only. Suppliers who incur expenses not documented by purchasing do so at their own risk.

1. This order is subject to all terms and conditions shown on face and reverse side hereof and/or attached and made a part of this Purchase Order.
2. Sign and return acknowledgment, listing actual delivery date, to indicate acceptance of order.
3. The Purchase Order number, part number, and line item number must appear on all invoices, packing slips, correspondence, shipping papers and containers.
4. Mail invoices "Attention Accounts Payable" to address shown above. Partial shipments must be invoiced separately.
5. Shipments received in advance of specified delivery date will not be accepted without prior purchasing approval. If unable to supply material, meet scheduled deliveries or comply with any part of this order, Purchasing must be notified at once.
6. Routing Instructions:    0-48 LBS    UPS
                            10#+ LBS    Surface

XXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX



☒Close Window

# Tracking Detail

| | |
|---|---|
| Tracking Number: | 5382549128 |
| Type: | House Airway Bill |
| Status: | **Delivered** |
| Delivered On: | 16/12/2008, 11:04 |
| Delivered To: | LEBANON, TN, US |
| Number of Pallets: | 0.0 |
| Number of Pieces: | 4.0 |
| Shipment Weight: | 1665.0 Lb |
| Description of Goods: | SWITCH |
| Manifest: | 12/12/2008, 0:00 |
| Cargo Ready: | 12/12/2008, 21:11 |
| Shipped From: | HONG KONG, HK |
| Origin Port: | HKHKG |
| Est. Departure: | 15/12/2008, 0:46 |
| Destination Port: | USBNA |
| Estimated Arrival: | 18/12/2008, 17:00 |
| File Number: | 563299983470660 |

### Flight Information

| Status | Flight | Description | Departure | Arrival |
|---|---|---|---|---|
| Actual | 29 | undefined to undefined | 15/12/2008 0:46 | 14/12/2008 16:40 |
| Actual | 29 | undefined to undefined | 14/12/2008 22:11 | 15/12/2008 8:31 |
| Actual | BNAI01 | undefined to undefined | 16/12/2008 4:00 | 16/12/2008 6:30 |

### Shipment Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| NASHVILLE, TN, US | 16/12/2008 | 11:04 | DELIVERED |
| NASHVILLE, TN, US | 16/12/2008 | 10:38 | OUT FOR DELIVERY |
| NASHVILLE, TN, US | 16/12/2008 | 6:30 | CONFIRMED ARRIVAL |
| Smiths Creek, KY, US | 16/12/2008 | 3:50 | DOCS RECEIVED FROM SHIPPER |
| Smiths Creek, KY, US | 16/12/2008 | 3:50 | DATE AVAILABLE TO SHIP |
| Smiths Creek, KY, | 15/12/2008 | 23:22 | CARRIER AND CUSTOMS |

| US | | | RELEASE |
|---|---|---|---|
| HONG KONG, HK | 15/12/2008 | 0:46 | CONFIRMED DEPARTURE |
| HONG KONG, HK | 12/12/2008 | 21:11 | RECEIVED INTO UPS-SCS POSSESSION |
| NASHVILLE, TN, US | 12/12/2008 | 8:37 | CUSTOMS/OTHER GOVT RELEASE DELAY |

Tracking results provided by UPS:  22/01/2009 22:52  ET

**NOTICE:** UPS authorises you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.



# Tracking

## Result summary

| Airway bill: **1992951332** | Monday, December 01, 2008 at 11:14 |
|---|---|
| **Signed for by: RAYGADA** | Hong Kong - Hong Kong  -  - |

| **Monday, December 01, 2008** | Time | Location |
|---|---|---|
| Delivered - Signed for by : RAYGADA | 11:14 | - |
| With delivery courier | 09:21 | - |
| Arrived at Delivery Facility in - | 08:10 | - |
| **Friday, November 28, 2008** | | |
| With delivery courier | 16:13 | - |
| Arrived at Delivery Facility in - | 08:25 | - |
| Departed Facility in San Francisco Gateway - USA | 07:17 | San Francisco Gateway, CA - USA |
| **Wednesday, November 26, 2008** | | |
| Processed at San Francisco Gateway - USA | 22:32 | San Francisco Gateway, CA - USA |
| Departed Facility in Hong Kong - Hub - Hong Kong | 20:35 | Hong Kong - Hub - Hong Kong |
| Processed at Hong Kong - Hub - Hong Kong | 20:30 | Hong Kong - Hub - Hong Kong |
| Arrived at Sort Facility Hong Kong - Hub - Hong Kong | 20:16 | Hong Kong - Hub - Hong Kong |
| Departed Facility in Hong Kong - Hong Kong | 19:30 | Hong Kong - Hong Kong |
| Processed at Hong Kong - Hong Kong | 19:30 | Hong Kong - Hong Kong |
| Clearance processing complete at San Francisco Gateway - USA | 19:22 | San Francisco Gateway, CA - USA |
| Arrived at Sort Facility San Francisco Gateway - USA | 19:20 | San Francisco Gateway, CA - USA |
| Shipment picked up | 17:20 | Hong Kong - Hong Kong |
| | | Hide details |

Try a new search.

©2009   ▶ DHL International GmbH. All Rights Reserved.

☒Close Window



# Tracking Detail

| | |
|---|---|
| Tracking Number: | 5499091785 |
| Type: | House Airway Bill |
| Status: | **Delivered** |
| Delivered On: | 18/12/2008, 10:39 |
| Delivered To: | LEBANON, TN, US |
| Number of Pallets: | 0.0 |
| Number of Pieces: | 1.0 |
| Shipment Weight: | 175.0 Kg |
| Description of Goods: | SWITCH |
| Manifest: | 10/12/2008, 0:00 |
| Cargo Ready: | 10/12/2008, 23:16 |
| Shipped From: | HONG KONG, HK |
| Origin Port: | HKHKG |
| Est. Departure: | 11/12/2008, 17:05 |
| Destination Port: | USBNA |
| Estimated Arrival: | 19/12/2008, 17:00 |
| File Number: | 563299983452950 |

## Flight Information

| Status | Flight | Description | Departure | Arrival |
|---|---|---|---|---|
| Actual | 856 | undefined to undefined | 11/12/2008 17:04 | 11/12/2008 18:34 |
| Actual | 658 | undefined to undefined | 12/12/2008 3:13 | 12/12/2008 4:32 |
| Actual | RFS | undefined to undefined | 17/12/2008 20:00 | 18/12/2008 8:00 |

## Shipment Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| NASHVILLE, TN, US | 18/12/2008 | 10:39 | DELIVERED |
| NASHVILLE, TN, US | 18/12/2008 | 10:02 | OUT FOR DELIVERY |
| Chicago O'Hare, IL, US | 17/12/2008 | 21:49 | DOCS RECEIVED FROM SHIPPER |
| Chicago O'Hare, IL, US | 17/12/2008 | 21:49 | DATE AVAILABLE TO SHIP |
| Chicago O'Hare, IL, US | 17/12/2008 | 14:47 | CARRIER AND CUSTOMS RELEASE |
| Chicago O'Hare, | 17/12/2008 | 9:00 | CUSTOMS/OTHER GOVT RELEASE |

| IL, US | | | DELAY |
| Chicago O'Hare, IL, US | 12/12/2008 | 4:32 | CONFIRMED ARRIVAL |
| Chicago O'Hare, IL, US | 12/12/2008 | 2:19 | DOCUMENTS TURNED OVER TO CLIENTS BROKER OR CONSIGNEE |
| HONG KONG, HK | 11/12/2008 | 17:04 | CONFIRMED DEPARTURE |
| HONG KONG, HK | 10/12/2008 | 23:16 | RECEIVED INTO UPS-SCS POSSESSION |

Tracking results provided by UPS:  22/01/2009 21:15  ET

**NOTICE:** UPS authorises you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

❌Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

第 1 頁，共 1 頁

2009/1/23

# Public Tracking & Tracing

Search ▶ **Shipment Detail**

## Shipment detail
**Search Criteria:** 3SX3712

**Shipment Detail**

**Housebill:** 3SX3712

**Origin:** TAIPEI                                    **Destination:** CHARLOTTE, NC

**Total Weight (kg):** 5011.0                         **Total Pieces:** 25

**POD Name:** CNEE/PICKERELL                          **POD Date:** Wed, Jan 14, 2009

**Shipment Progress**

| Status | Flight Info | From | To | Status Date |
|---|---|---|---|---|
| DELIVERED | | | CHARLOTTE, NC | Wed, Jan 14, 2009 10:25:00.0 |
| RECEIVED | | | CHARLOTTE, NC | Fri, Jan 09, 2009 09:00:00.0 |
| ALERTED | BR0638/08 | TAIPEI | CHARLOTTE, NC | Wed, Jan 07, 2009 03:09:00.0 |
| ON HAND | BR0638/08 | TAIPEI | | Wed, Jan 07, 2009 02:51:00.0 |
| PENDING | / | TAIPEI | | Mon, Jan 05, 2009 21:21:00.0 |
| PICKUP DATE | | | | Wed, Jan 07, 2009 10:00:00.0 |

file://C:\DOCUME~1\06879\LOCALS~1\Temp\QUFN0G3Q.htm