**EXHIBIT 1**

| Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|
| 290470485 | 6 | 4503506448 | ST844BBE4AE5 | NNTMH9021151, NNTMH9021152, NNTMH9021153, NNTMH9021154, NNTMH9021155, NNTMH9021160 |
| 290470759 | 6 | 4503085708 | NTT837CAE5 | "NNTMH9021090, NNTMH9021091, NNTMH9021092, NNTMH9021133, NNTMH9021134, NNTMH9021136" |
| 290470760 | 1 | 4503085748 | NTT837CAE5 | NNTMH9021093 |
| 290470781 | 3 | 4503082896 | NTT837CAE5 | "NNTMH9021089, NNTMH9021094, NNTMH9021135" |
| 290471070 | 15 | 4503506450 | ST844BBE4AE5 | NNTMH9021212, NNTMH9021213, NNTMH9021214, NNTMH9021215, NNTMH9021217, NNTMH9021224, NNTMH9021225, NNTMH9021226, NNTMH9021241, NNTMH9021243, NNTMH9021250, NNTMH9021252, NNTMH9021253, NNTMH9021254, NNTMH9021256 |
| 290471251 | 2 | 4503082896 | NTT837CAE5 | "NNTMH9021274, NNTMH9021275" |
| 290471252 | 1 | 4503449172 | NT0H32AGE5 | NNTMH9G31094D |
| 290471253 | 10 | 4503506452 | ST844BBE4AE5 | NNTMH9021216, NNTMH9021218, NNTMH9021222, NNTMH9021223, NNTMH9021237, NNTMH9021238, NNTMH9021239, NNTMH9021244, NNTMH9021246, NNTMH9021248 |
| 290471321 | 2 | 4503082896 | NTT837CAE5 | NNTMH9021293; NNTMH9021294 |
| 290471526 | 13 | 4503082896 | NTT837CAE5 | "NNTMH9018896, NNTMH9021295, NNTMH9021296, NNTMH9021297, NNTMH9021298, NNTMH9021299, NNTMH9021300, NNTMH9021301, NNTMH9021302, NNTMH9021303, NNTMH9021304, NNTMH9021328, NNTMH9021329" |
| 290471530 | 2 | 4503496854 | NT0H32AGE5 | NNTMH9431061J, NNTMH9R31068J |
| 290471531 | 1 | 4503499784 | NTT861BEE5 | NNTMH9021267 |
| 290471532 | 1 | 4503503370 | NTT861BEE5 | NNTMH9021268 |
| 290471533 | 1 | 4503531750 | NT0H32AGE5 | NNTMH9C31076D |
| 290471534 | 3 | 4503531751 | NT0H32AGE5 | NNTMH9131080J, NNTMH9631089E, NNTMH9I31068A |
| 290471628 | 1 | 4503414523 | NTT862DAE5 | NNTMH9011757 |
| 290471761 | 1 | 4503082896 | NTT837CAE5 | NNTMH9021332 |
| 290471762 | 11 | 4503503373 | NTT861BEE5 | NNTMH9021263, NNTMH9021265, NNTMH9021266, NNTMH9021269, NNTMH9021270, NNTMH9021272, NNTMH9021273, NNTMH9021311, NNTMH9021312, NNTMH9021313, NNTMH9021314 |
| 290471926 | 1 | 4503449203 | NTT861BEE5 | NNTMH9021271 |
| 290471928 | 1 | 4503503741 | NT0H32BGE5 | NNTMH9131085I |
| 290471929 | 2 | 4503522144 | NT0H32BGE5 | NNTMH9L31093B, NNTMH9P31086D |
| 290472046 | 2 | 4503449203 | NTT861BEE5 | NNTMH9021415, NNTMH9021416 |
| 290472049 | 3 | 4503463882 | NTT862DAE5 | NNTMH9011754, NNTMH9011755, NNTMH9011756 |
| 290472051 | 1 | 4503520889 | NT0H32BHE5 | NNTMH9731091J |
| 290472052 | 1 | 4503522350 | NT0H32BHE5 | NNTMH9N31087I |
| 290472164 | 1 | 4503341545 | NTUG90ANE5 | NNTMH9R00LI4M |
| 290472171 | 1 | 4503375409 | NTUG90ANE5 | NNTMH9V00LI4Q |
| 290472177 | 1 | 4503414525 | NTUG90ANE5 | NNTMH9Q00LI4L |
| 290472178 | 7 | 4503434129 | NT0H33JAE5 | NNTMH99Y4UKEL, NNTMH9DY4UKEP, NNTMH9FY4UKOP, NNTMH9QY4UKQE, NNTMH9UY4UKQI, NNTMH9VY4UKCT, NNTMH9XY4UKQL |
| 290472180 | 13 | 4503449191 | NT0H33KBE5 | NNTMH9231091E, NNTMH9431078J, NNTMH9431084E, NNTMH9531090A, NNTMH9931071B, NNTMH9G31071I, NNTMH9G31075A, NNTMH9I31082E, NNTMH9J31087E, NNTMH9M31082I, NNTMH9V31079H, NNTMH9W31080E, NNTMH9Y31085F |
| 290472181 | 10 | 4503449189 | NT0H33KBE5 | NNTMH9331061I, NNTMH9A31071C, NNTMH9F31076G, NNTMH9G31069F, NNTMH9G31082C, NNTMH9H31070C, NNTMH9M31063F, NNTMH9M31093C, NNTMH9R31079D, NNTMH9S31079E |
| 290472182 | 3 | 4503449188 | NT0H33KBE5 | NNTMH92Y4UKEE, NNTMH94Y4UKPL, NNTMH9GY4UKES, |
| 290472184 | 2 | 4503449181 | NT0H33CBE5 | NNTMH9GH01004, NNTMH9HH01005 |
| 290472185 | 1 | 4503449175 | NT0H32BGE5 | NNTMH9T31086H |
| 290472186 | 2 | 4503449174 | NT0H32BGE5 | NNTMH9931077H, NNTMH9R31092A |
| 290472187 | 1 | 4503449170 | NT0H31AHE5 | NNTMH95H01010 |
| 290472201 | 1 | 4503463885 | NT0H31AHE5 | NNTMH96H01011 |
| 290472208 | 1 | 4503489776 | NT0H33ABE5 | NNTMH9DH01018 |
| 290472209 | 1 | 4503496768 | NT0H31AHE5 | NNTMH9AH01015 |
| 290472210 | 1 | 4503499667 | NT0H31AJE5 | NNTMH9LH01009 |
| 290472211 | 1 | 4503499792 | NT0H32CGE5 | NNTMH9ZY4UKAJ |
| 290472212 | 5 | 4503498526 | NT0H33KBE5 | NNTMH90Y4UKEC, NNTMH91Y4UKED, NNTMH97Y4UKEJ, NNTMH9CY4UKEO, NNTMH9ZY4UKEB |
| 290472214 | 4 | 4503506260 | NT0H32CGE5 | NNTMH9BY4UK14, NNTMH9D31071F, NNTMH9K31075E, NNTMH9XY4UKAH |

| | | | | |
|---|---|---|---|---|
| 290472215 | 3 | 4503506449 | ST844BBE4AE5 | NNTMH9021436, NNTMH9021436, NNTMH9021437 |
| 290472224 | 6 | 4503545091 | NT0H32CFE5 | NNTMH94Y4UKEG, NNTMH9MY4UKCK, NNTMH9OY4UK6G, NNTMH9TY4UKAD, NNTMH9VY4UKAF, NNTMH9WY4UKE8 |
| 290472226 | 1 | 4503606995 | NTT861AHE5 | NNTMH9021310 |
| 290472227 | 7 | 4503135430 | NT0H32JAE5 | NNTMH9031091C, NNTMH9931084J, NNTMH9E31076F, NNTMH9HY4UKET, NNTMH9L31087G, NNTMH9N31075H, (NNTMH9L31092G, to be verified) |
| 290472277 | 2 | 4503444539 | NTTP85AA | Not Serial Lot Controlled |
| 290472279 | 3 | 4503499791 | NTTP85AA | Not Serial Lot Controlled |
| 290472282 | 2 | 4503538585 | NTTP85AA | Not Serial Lot Controlled |
| 290472325 | 4 | 4503441352 | NT0H31AHE5 | NNTMH91H01023; NNTMH92H01024; NNTMH93H01025 ; NNTMH99H01014 |
| 290472327 | 5 | 4503449189 | NT0H33KBE5 | NNTMH9231078H, NNTMH9731083A, NNTMH9C31065J, NNTMH9O31079A, NNTMH9U31074H |
| 290472331 | 1 | 4503457148 | NT0H33JAE5 | NNTMH9O31086C |
| 290472334 | 2 | 4503481316 | NT0H31AHE5 | NNTMH94H01026; NNTMH95H01027 |
| 290472337 | 1 | 4503489774 | NT0H31AGE5 | NNTMH9B31090G; |
| 290472338 | 2 | 4503496853 | NT0H32AGE5 | NNTMH9831071A, NNTMH9J31070E |
| 290472339 | 1 | 4503386026 | NTK553KCE5 | NNTMH9011786 |
| 290472340 | 1 | 4503386026 | NTK553KCE5 | NNTMH9011763 |
| 290472341 | 5 | 4503302072 | NTK553FAE5 | NNTMH9011681, NNTMH9011702, NNTMH9011735, NNTMH9011736, NNTMH9011761 |
| 290472342 | 3 | 4503302072 | NTK553FAE5 | NNTMH9011679, NNTMH9011701, NNTMH9011876 |
| 290472343 | 12 | 4503506449 | ST844BBE4AE5 | NNTMH9021431, NNTMH9021432, NNTMH9021438, NNTMH9021439, NNTMH9021440, NNTMH9021493, NNTMH9021494, NNTMH9021495, NNTMH9021496, NNTMH9021497, NNTMH9021498, NNTMH9021509 |
| 290472344 | 2 | 4503539037 | NT0H31AGE5 | NNTMH9731065E; NNTMH9N31074A |
| 290472353 | 3 | 4503135430 | NT0H32JBE5 | "NNTMH92Y4UKQQ, NNTMH9L31068D, NNTMH9OY4UKP5" |
| 290472354 | 2 | 4503135430 | NT0H32JAE5 | NNTMH9A31072J, NNTMH9R31093H |
| 290472602 | 4 | 4503449191 | NT0H33KBE5 | NNTMH9C31064C, NNTMH9E31083H, NNTMH9R31066F, NNTMH9U31062G |
| 290472603 | 1 | 4503449203 | NTT861BEE5 | NNTMH9020754 |
| 290472606 | 3 | 4503496852 | NT0H32AGE5 | NNTMH9231077A, NNTMH9B31069A, NNTMH9O31087J |
| 290472607 | 3 | 4503496826 | NT0H32AGE5 | NNTMH9031078F, NNTMH9A31090F, NNTMH9E31090J |
| 290472609 | 2 | 4503496767 | NT0H31AHE5 | NNTMH98H01013; NNTMH9BH01016 |
| 290472611 | 2 | 4503386026 | NTK553KCE5 | NNTMH9011827, NNTMH9011830 |
| 290472612 | 5 | 4503302072 | NTK553FAE5 | NNTMH9011733, NNTMH9011734, NNTMH9011763, NNTMH9011789, NNTMH9011792 |
| 290472615 | 1 | 4503539038 | NT0H31AGE5 | NNTMH9N31094K |
| 290472744 | 1 | 4503341548 | ST844BDE4AE5 | NNTMH9021545 |
| 290472745 | 2 | 4503449191 | NT0H33KBE5 | NNTMH9231073J, NNTMH9A31088C |
| 290472747 | 12 | 4503506451 | ST844BBE4AE5 | NNTMH9021429, NNTMH9021430, NNTMH9021433, NNTMH9021434, NNTMH9021500, NNTMH9021501, NNTMH9021503, NNTMH9021504, NNTMH9021506, NNTMH9021507, NNTMH9021508, NNTMH9021510 |
| 290472870 | 2 | 4503544495 | NTT862DAE5 | NNTMH9011843, NNTMH9011846 |
| 290472945 | 4 | 4503449204 | NTT861BEE5 | NNTMH9020759, NNTMH9021417, NNTMH9021420, NNTMH9021537 |
| 290472946 | 3 | 4503499785 | NTT862DAE5 | NNTMH9011841, NNTMH9011842, NNTMH9011849 |
| 290472947 | 8 | 4503386026 | NTK553KCE5 | NNTMH9011787, NNTMH9011823, NNTMH9011828, NNTMH9011829, NNTMH9011831, NNTMH9011832, NNTMH9011834, NNTMH9011836 |
| 290472948 | 5 | 4503302072 | NTK553FAE5 | NNTMH9011680, NNTMH9011762, NNTMH9011764, NNTMH9011765, NNTMH9011790 |
| 290472950 | 7 | 4503503368 | NTT861BGE5 | NNTMH9020711, NNTMH9020713, NNTMH9020757, NNTMH9021318, NNTMH9021319, NNTMH9021413, NNTMH9021414 |
| 290472951 | 1 | 4503506451 | ST844BBE4AE5 | NNTMH9021502 |
| 290472952 | 1 | 4503539041 | NT0H32BGE5 | NNTMH9131072A |
| 290472953 | 1 | 4503538582 | NTT862DAE5 | NNTMH9011845 |
| 290472991 | 3 | 4503085708 | NTT837CAE5 | "NNTMH9021476, NNTMH9021477, NNTMH9021524" |
| 290472995 | 3 | 4503449204 | NTT861BEE5 | NNTMH9016994, NNTMH9020755, NNTMH9021535 |
| 290472996 | 4 | 4503386026 | NTK553KCE5 | NNTMH9011788, NNTMH9011824, NNTMH9011825, NNTMH9011837 |
| 290472997 | 4 | 4503302072 | NTK553FAE5 | NNTMH9011797, NNTMH9011798, NNTMH9011799, NNTMH9011800 |
| 290473000 | 2 | 4503506451 | ST844BBE4AE5 | NNTMH9021499, NNTMH9021505 |
| 290473001 | 2 | 4503539039 | NT0H32BGE5 | NNTMH9931077J, NNTMH9M31075G |

| | | | | |
|---|---|---|---|---|
| 290473004 | 6 | 4503544495 | NTT862DAE5 | NNTMH9011839, NNTMH9011840, NNTMH9011844, NNTMH9011846, NNTMH9011847, NNTMH9011850 |
| 290473006 | 6 | 4503630899 | ST844BDE3AE5 | NNTMH9021579, NNTMH9021581, NNTMH9021583, NNTMH9021585, NNTMH9021588, NNTMH9021590 |
| 290473029 | 1 | 4503449204 | NTT861BEE5 | NNTMH9021536 |
| 290473030 | 2 | 4503386026 | NTK553KCE5 | NNTMH9011835, NNTMH9011836 |
| 290473031 | 2 | 4503302072 | NTK553FAE5 | NNTMH9011732, NNTMH9011791 |
| 290473032 | 1 | 4503503368 | NTT861BGE5 | NNTMH9020758 |
| 290473033 | 1 | 4503630899 | ST844BDE3AE5 | NNTMH9021589 |
| 290473146 | 4 | 4503630899 | ST844BDE3AE5 | NNTMH9021580, NNTMH9021582, NNTMH9021584, NNTMH9021587 |
| 290473185 | 6 | 4503630899 | ST844BDE3AE5 | NNTMH9011125, NNTMH9021574, NNTMH9021575, NNTMH9021576, NNTMH9021577, NNTMH9021578 |
| 290473325 | 13 | 4503496809 | NT0H32AFE5 | NNTMH9400005L, NNTMH9500005M, NNTMH9500009E, NNTMH9600005N, NNTMH9600009F, NNTMH9800000Q, NNTMH9A00001Z, NNTMH9C00005T, NNTMH9F000063, NNTMH9J00009S, NNTMH9U00001J, NNTMH9U00006I, b993 (NNTMH9600007U To be verified) |
| 290473541 | 1 | 4503302072 | NTK553FAE5 | NNTMH9011802 |
| 290473733 | 1 | 4503386026 | NTK553KCE5 | NNTMH9011826 |
| 290473734 | 1 | 4503302072 | NTK553FAE5 | NNTMH9011876 |
| 290473735 | 1 | 4503631760 | NTUG90ANE5 | NNTMH9I00LI4D |
| 290473736 | 1 | 4503631759 | NTUG90ANE5 | NNTMH9J00LI4E |
| 290473737 | 3 | 4503531758 | NTUG90ANE5 | NNTMH9G00LI4B, NNTMH9H00LI4C, NNTMH9K00LI4F |
| 290473888 | 3 | 4503168607 | NTK553FAE5 | NNTMH9011878, NNTMH9011879, NNTMH9011891 |
| 290473996 | 4 | 4503386039 | NTK552DAE5 | NNTMH9011782, NNTMH9011863, NNTMH9011871, NNTMH9011872 |
| 290473997 | 2 | 4503538582 | NTT862DAE5 | NNTMH9011851, NNTMH9011852 |
| 290472614 | 1 | 4503531754 | NT0H32CHE5 | NNTMH9R31067C |
| 290471932 | 2 | 4503531755 | NT0H32DHE5 | NNTMH9231096D, NNTMH9331073J |
| 290471933 | 1 | 4503531758 | NT0H32DHE5 | NNTMH9P31074C |
| Total Quantity of Goods: | 364 | | | |
| Total Value of Goods: | $2,034,823 | | | |