IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | Case No.: 09-10138 (KG) |
| Debtors. | Jointly Administered |

### MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, Daniel A. O'Brien, Esquire, a member of the bar of this Court, moves the admission *pro hac vice* of Robert D. Wolford, of Miller Johnson, 250 Monroe Avenue NW, Suite 800, Grand Rapids, Michigan 49501-0306 to represent Credit Solutions of America, Inc. ("Credit Solutions") as counsel in the above-captioned proceeding.

Dated: February 19, 2009

BAYARD, P.A.

By: /s/ Daniel O'Brien
Ashley B. Stitzer (No 3891)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Tel: (302) 655-5000

Co-Counsel for Credit Solutions

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

**MILLER JOHNSON**

By: _/s/ Robert D. Wolford_
Robert D. Wolford, Esquire
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, Michigan 49501-0306
Tel: (616) 831-1700

Co-Counsel for Credit Solutions

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: February ___, 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE