**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.* | : | Case No. 09-10138 (KG) |
| | : | |
| | : | *SECOND AMENDED* NOTICE OF |
| | : | APPOINTMENT OF COMMITTEE |
| Debtors. | : | OF UNSECURED CREDITORS |
| --------------------------------- | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby amend the appointment of the Committee of Unsecured Creditors in connection with the above captioned case. The Committee is now comprised of:

1. **The Bank of New York Mellon**, Attn: Martin Feig, V.P., 101 Barclay Street- 8 West, New York, NY 10286, Phone: 212-815-5383, Fax: 732-667-4756

2. **Flextronics Corporation**, Attn: Terry Zale, 305 Interlocken Pkwy., Broomfield, CO 80021, Phone: 720-251-5194

3. **Airvana, Inc.**, Attn: Jeffrey D. Glidden, 19 Alpha Road, Chelmsford, MA 01824, Phone: 978-250-2628, Fax:978-250-3911

4. **Pension Benefit Guaranty Corporation**, Attn: Jennifer Messina, 1200 K Street, N.W., Washington, DC 20005, Phone: 202-326-4000 ex 3209, Fax: 202-842-2643

5. **Law Debenture Trust Company of New York**, Attn: Robert L. Bice, II, 400 Madison Ave., 4th Floor, New York, New York 10017, Phone: 212-750-6474

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3

/s/ T. Patrick Tinker for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: February 19, 2009

Attorney assigned to this Case: T. Patrick Tinker, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek C. Abbott, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989

* Adding **Law Debenture Trust Company of New York** to the Committee.