UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
NORTEL NETWORKS, INC., ET AL                    :     Case No. 09-10138 (KG)
                                                :
                     Debtor.                    :
                                                :
                                                :     (Jointly Administered)
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Christopher W. Peer of Hahn, Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, Ohio 44114 to represent Johnson Controls, Inc. in this action.

Dated: February 19, 2009                ASHBY & GEDDES P.A.


                                        _____
                                        Ricardo Palacio (#3765)
                                        Benjamin W. Keenan (#4724)
                                        500 Delaware Avenue
                                        P.O. Box 1150
                                        Wilmington, DE 19899-1150
                                        Telephone: (302) 654-1888
                                        Facsimile: (302) 654-2067


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: February ____, 2009

                                        _____
                                        The Honorable Kevin Gross
                                        United States Bankruptcy Judge

{00275121;v1}
CLE - 1116847.1

## CERTIFICATION BY CHRISTOPHER W. PEER TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Christopher W. Peer (0076257)
HAHN LOESER & PARKS LLP
200 Public Square
Suite 2800
Cleveland, OH 44114
(216) 621-0150 - Telephone
(216) 241-2824 - Facsimile

{00275121;v1}
CLE - 1116847.1