## CERTIFICATE OF SERVICE

I, Benjamin W. Keenan, hereby certify that on the 19th day of February 2009, I caused a true and correct copy of the forgoing document to be served upon the attached service by U.S. mail, postage prepaid, unless otherwise indicated.

_____
Benjamin W. Keenan (I.D. #4724)

 

**Nortel 2002 Service Labels**
**Label# 5162**

**HAND DELIVERY**
Derek Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**HAND DELIVERY**
Mark D. Collins, Esq.
Christopher S. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Tobey M. Daluz Esq., Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801

**VIA HAND DELIVERY**
James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA HAND DELIVERY**
Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

James L. Bromley
Lisa M. Schweitzer
Clear Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**VIA HAND DELIVERY**
Christopher A. Ward Esq., Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

**VIA HAND DELIVERY**
United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

{00268299;v1}

 

Chief Legal Officer
Luxoft
10-3, 1-Volokolamsky proezd
Moscow, 123060
RUSSIA

Dr. A.L. Rao
Wipro Technologies
No. 8, 7 "Main 1" Block
Koramangala
Bangalore, 560034
INDIA

Yaacov Omer, Yossi Benji, Simcha Gutgold
Telrad Networks Ltd.
Telrad Park Afek
14 Hamelacha St., P.O. Box 488
Rosh Ha'avin, 48091
ISRAEL

Michael Clarke
Flextronics America LLC
2090 Fortune Drive
San Jose, CA 95131

SEAL Consulting
Attn: Chief Legal Officer
105 Field Crest Avenue
Edison, NJ 08837

Ned Nelson
Advanced Information Management
P.O. Box 1150
Collierville, TN 38027-1150

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Kumudha Sridharan
Wipro Technologies
Plot 72, Keonics Electronic City
Hosur Main Road
Bangalore, 561229
INDIA

Chief Legal Officer
Wipro Systems Ltd.
40 1A Lavelle Road
Bangalore, 560001
INDIA

Chief Legal Officer
GFI Inc.
180 Ave Labrosse
Pointe Claire, Quebec H9R 1A1
CANADA

Michael Clarke
Flextronics International Europe BV
2090 Fortune Drive
San Jose, CA 95131

Hayward D. Fisk Esq.
Computer Science Corporation
2100 East Grand Avenue
El Segundo, CA 90245

Scott Creasy
Computer Science Corporation
3306 Chapel Hill - Nelson Hwy
Research Triangle Park, NC 27709

Cliff Plaxco
Computer Science Corporation
3170 Fairview Park Drive
Falls Church, VA 22042

{00268299;v1}

AVERY® 5162®
www.avery.com
1-800-GO-AVERY
Utilisez le gabarit 5162®
Impression antibourrage et à séchage rapide

| | |
|---|---|
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Joe Adams<br>Jabil Circuit Inc (GDL)<br>10560 Dr Martin Luther King Jr. Street<br>St. Petersburg, FL 33716-3718 |
| Elizabeth Banda Esq.<br>Perdue Brandon Fielder Collins & Mott LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Chief Legal Officer<br>Beeline<br>1300 Marsh Landing Parkway<br>Jacksonville Beach, FL 32250 |
| Elizabeth Weller Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street<br>Ste 1600<br>Dallas, TX 75201 | Head of Sales - Communications &<br>Product Services<br>Infosys Technologies Ltd.<br>34760 Campus Drive<br>Fremont, CA 94555 |
| Vanessa Mack<br>The Bank of New York Mellon<br>101 Barclay Street - 4 E<br>New York, NY 10286 | Chris Dewees<br>JDS Uniphase Corporation<br>1768 Automation Parkway<br>San Jose, CA 95131 |
| Michael Clarke<br>Flextronics<br>2090 Fortune Drive<br>San Jose, CA 95131 | Gerald J. Parsons<br>Communications Test Design Inc.<br>1373 Enterprise Drive<br>West Chester, PA 19380 |
| Glow Networks<br>2140 Lake Park Boulevard<br>Richardson, TX 75080-2290 | Michael Clarke<br>Flextronics Sales & Marketing North<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Jill M. Standifer<br>Anixter<br>4711 Golf Road<br>Shokie, IL 60076 | Chief Legal Officer<br>Coams Inc.<br>175 W. Jackson<br>Suite 1750<br>Chicago, IL 60604 |

{00268299;v1}

| | |
|---|---|
| Michael Clarke<br>Flextronics International<br>2090 Fortune Drive<br>San Jose, CA 95131 | Robert C. Weber<br>IBM Corporation<br>New Orchard Road<br>Armonk, NY 10504 |
| Chief Legal Officer<br>Johnson Controls Inc.<br>2215 York Road<br>Oak Brook, IL 60523 | Jane B. Stranch<br>Branstetter, Kilgore, Stranch & Jennings<br>227 Second Avenue North<br>Fourth Floor<br>Nashville, TN 37201-1631 |
| Chief Legal Officer<br>Emerson Network Power Embedded<br>2900 South Diablo Way<br>Tempe, AZ 85282-3214 | Chief Legal Officer<br>Wistron InfoComm Technology Corp.<br>800 Parker Square<br>Flower Mound, TX 75028 |
| Office of the General Counsel<br>Pension Benefit Guaranty Corporation<br>Department of Insuracne<br>Supervision and Compliance<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Michael Clarke<br>Flextronics Logistics USA Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Senior Vice President &<br>Chief Financial Officer<br>Airspan Communications Ltd.<br>777 Yamato Road<br>Suite 105<br>Boca Raton, FL 33431 |
| Internal Revenue Service<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | Mike Cordova<br>McCann Erickson San Francisco<br>600 Battery Street<br>San Francisco, CA 94941 |
| Alistar Bambach<br>Securities & Exchange Commission<br>New York Regional Office<br>Bankruptcy Division<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Chief Legal Officer<br>TEKsystems Inc.<br>7437 Race Road<br>Hanover, MD 21076-111 |

{00268299;v1}



| | |
|---|---|
| Steven J. Reisman, Esq.<br>James V. Drew Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Chief Legal Officer<br>Covergence Inc.<br>One Clock Tower Place<br>Maynard, MA 01754 |
| Dennis Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413 | Ken Coleman, Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| David G. Aelvoet Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Bldg<br>711 Navarro, Ste 300<br>San Antonio, TX 78205 | Darryl S. Laddin Esq.<br>Frank N. White Esq.<br>Arnall Golden Gregory LLP<br>171 17th St NW, Ste 2100<br>Atlanta, GA 30363-1031 |
| Nicholas Skiles Esq.<br>John A. Wetzel Esq.<br>Swartz Campbell LLC<br>One S. Church St, Ste 400<br>West Chester, PA 19382 | Frank F. McGinn Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal St, 9th Fl<br>Boston, MA 02110 |
| Joseph E. Shickich Jr. Esq.<br>Riddell Williams P.S.<br>1001 4th Ave, Ste 4500<br>Seattle, WA 98154-1192 | Michael L. Schein Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Fl<br>New York, NY 10019 |
| David I. Swan Esq.<br>Kenneth M. Misken Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd, Ste 1800<br>McLean, VA 22102-4215 | Raniero D'Aversa Jr. Esq.<br>Laura D. Metzger Esq.<br>Weston T. Eguchi Esq.<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103-0001 |
| Merle C. Meyers Esq.<br>Michele Thompson Esq.<br>Meyers Law Group P.C.<br>44 Montgomery Street, Ste 1010<br>San Francisco, CA 94104 | David L. Pollack Esq.<br>Jeffrey Meyers Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market St<br>Philadelphia, PA 19103 |

{00268299;v1}

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ 85004

David S. Curry Esq.
Craig E. Reimer Esq.
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL 60606

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX 77010

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714

Michael W. Binning Esq.
Law Office of Michael W. Binning
200 Oceangate, Ste 845
Long Beach, CA 90802-4353

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY 10036

EPIQ Bankruptcy Solutions, LLC
Attn: Nortel Networks, Inc., et al.
Grand Central Station
P.O. Box 4601
New York, NY 10163-4601

Stephane Lupien
Export Development Canada
151 O'Connor Street
Ottawa, Ontario K1A 1K3
CANADA

Infosys Technologies Ltd.
Plot No 45 & 46 Electronics
Bangalore, KA 560100
INDIA

Doug Alteen
JDS Uniphase Corporation
3000 Merivale Road
Ottawa, Ontario K2G 6N7
CANADA

00268299;v1 }

Jam and Smudge Free Printing
Use Avery® TEMPLATE 5162®  1-800-GO-AVERY  AVERY® 5162®

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai,  400066
INDIA

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest,  14459
ROMANIA

{00268299;v1}

AVERY® 5162®    www.avery.com    1-800-GO-AVERY    Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®