## CERTIFICATE OF SERVICE

I, Benjamin W. Keenan, hereby certify that on the 19th day of February 2009, I caused a true and correct copy of the forgoing document to be served upon the attached service by U.S. mail, postage prepaid, unless otherwise indicated.

*Ben Keenan*
_____
Benjamin W. Keenan (I.D. #4724)

**Nortel 2002 Service Labels**
**Label# 5162**

HAND DELIVERY
Derek Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

HAND DELIVERY
Mark D. Collins, Esq.
Christopher S. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

VIA HAND DELIVERY
Tobey M. Daluz Esq., Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

VIA HAND DELIVERY
Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801

VIA HAND DELIVERY
James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801

VIA HAND DELIVERY
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

VIA HAND DELIVERY
Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

James L. Bromley
Lisa M. Schweitzer
Clear Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

VIA HAND DELIVERY
Christopher A. Ward Esq., Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

VIA HAND DELIVERY
United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

VIA HAND DELIVERY
John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

| | |
|---|---|
| Chief Legal Officer<br>Luxoft<br>10-3, 1-Volokolamsky proezd<br>Moscow, 123060<br>RUSSIA | Kumudha Sridharan<br>Wipro Technologies<br>Plot 72, Keonics Electronic City<br>Hosur Main Road<br>Bangalore, 561229<br>INDIA |
| Dr. A.L. Rao<br>Wipro Technologies<br>No. 8, 7 "Main 1" Block<br>Koramangala<br>Bangalore, 560034<br>INDIA | Chief Legal Officer<br>Wipro Systems Ltd.<br>40 1A Lavelle Road<br>Bangalore, 560001<br>INDIA |
| Yaacov Omer, Yossi Benji, Simcha Gutgold<br>Telrad Networks Ltd.<br>Telrad Park Afek<br>14 Hamelacha St., P.O. Box 488<br>Rosh Ha'avin, 48091<br>ISRAEL | Chief Legal Officer<br>GFI Inc.<br>180 Ave Labrosse<br>Pointe Claire, Quebec H9R 1A1<br>CANADA |
| Michael Clarke<br>Flextronics America LLC<br>2090 Fortune Drive<br>San Jose, CA 95131 | Michael Clarke<br>Flextronics International Europe BV<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| SEAL Consulting<br>Attn: Chief Legal Officer<br>105 Field Crest Avenue<br>Edison, NJ 08837 | Hayward D. Fisk Esq.<br>Computer Science Corporation<br>2100 East Grand Avenue<br>El Segundo, CA 90245 |
| Ned Nelson<br>Advanced Information Management<br>P.O. Box 1150<br>Collierville, TN 38027-1150 | Scott Creasy<br>Computer Science Corporation<br>3306 Chapel Hill - Nelson Hwy<br>Research Triangle Park, NC 27709 |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 | Cliff Plaxco<br>Computer Science Corporation<br>3170 Fairview Park Drive<br>Falls Church, VA 22042 |

{00268299;v1}

| | |
|---|---|
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Joe Adams<br>Jabil Circuit Inc (GDL)<br>10560 Dr Martin Luther King Jr. Street<br>St. Petersburg, FL 33716-3718 |
| Elizabeth Banda Esq.<br>Perdue Brandon Fielder Collins & Mott LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Chief Legal Officer<br>Beeline<br>1300 Marsh Landing Parkway<br>Jacksonville Beach, FL 32250 |
| Elizabeth Weller Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street<br>Ste 1600<br>Dallas, TX 75201 | Head of Sales - Communications &<br>Product Services<br>Infosys Technologies Ltd.<br>34760 Campus Drive<br>Fremont, CA 94555 |
| Vanessa Mack<br>The Bank of New York Mellon<br>101 Barclay Street - 4 E<br>New York, NY 10286 | Chris Dewees<br>JDS Uniphase Corporation<br>1768 Automation Parkway<br>San Jose, CA 95131 |
| Michael Clarke<br>Flextronics<br>2090 Fortune Drive<br>San Jose, CA 95131 | Gerald J. Parsons<br>Communications Test Design Inc.<br>1373 Enterprise Drive<br>West Chester, PA 19380 |
| Glow Networks<br>2140 Lake Park Boulevard<br>Richardson, TX 75080-2290 | Michael Clarke<br>Flextronics Sales & Marketing North<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Jill M. Standifer<br>Anixter<br>4711 Golf Road<br>Shokie, IL 60076 | Chief Legal Officer<br>Coams Inc.<br>175 W. Jackson<br>Suite 1750<br>Chicago, IL 60604 |

00268299;v1}

Michael Clarke
Flextronics International
2090 Fortune Drive
San Jose, CA 95131

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY 10504

Chief Legal Officer
Johnson Controls Inc.
2215 York Road
Oak Brook, IL 60523

Jane B. Stranch
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN 37201-1631

Chief Legal Officer
Emerson Network Power Embedded
2900 South Diablo Way
Tempe, AZ 85282-3214

Chief Legal Officer
Wistron InfoComm Technology Corp.
800 Parker Square
Flower Mound, TX 75028

Office of the General Counsel
Pension Benefit Guaranty Corporation
Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington, DC 20005-4026

Michael Clarke
Flextronics Logistics USA Inc.
2090 Fortune Drive
San Jose, CA 95131

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Senior Vice President &
Chief Financial Officer
Airspan Communications Ltd.
777 Yamato Road
Suite 105
Boca Raton, FL 33431

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Mike Cordova
McCann Erickson San Francisco
600 Battery Street
San Francisco, CA 94941

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center, Suite 400
New York, NY 10281-1022

Chief Legal Officer
TEKsystems Inc.
7437 Race Road
Hanover, MD 21076-111

00268299;v1}


Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Chief Legal Officer
Covergence Inc.
One Clock Tower Place
Maynard, MA 01754

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Ste 300
San Antonio, TX 78205

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St, Ste 400
West Chester, PA 19382

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St, 9th Fl
Boston, MA 02110

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway, 47th Fl
New York, NY 10019

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA 22102-4215

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA 94104

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

00268299;v1 }

| | |
|---|---|
| Howard S. Steel Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Jennifer V. Doran Esq.<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109 |
| Scott K. Brown Esq.<br>Lewis and Roca LLP<br>40 North Central Ave<br>Ste 1900<br>Phoenix, AZ 85004 | David S. Curry Esq.<br>Craig E. Reimer Esq.<br>Mayer Brown LLP<br>71 South Wacker Dr<br>Chicago, IL 60606 |
| Terry Zale<br>Flextronics International<br>305 Interlocken Pkwy<br>Broomfield, CO 80021 | Andrew D. Shaffer Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| J. Scott Douglass Esq.<br>909 Fannin<br>Ste 1800<br>Houston, TX 77010 | Ramona Neal Esq.<br>Hewlett-Packard Company<br>11311 Chinden Blvd<br>Mailstop 314<br>Boise, ID 83714 |
| Michael W. Binning Esq.<br>Law Office of Michael W. Binning<br>200 Oceangate, Ste 845<br>Long Beach, CA 90802-4353 | Nicholas Vianna<br>The Interpublic Group of Companies<br>1114 Avenue of the Americas, 19th Floor<br>New York, NY 10036 |
| EPIQ Bankruptcy Solutions, LLC<br>Attn: Nortel Networks, Inc., et al.<br>Grand Central Station<br>P.O. Box 4601<br>New York, NY 10163-4601 | Stephane Lupien<br>Export Development Canada<br>151 O'Connor Street<br>Ottawa, Ontario K1A 1K3<br>CANADA |
| Infosys Technologies Ltd.<br>Plot No 45 & 46 Electronics<br>Bangalore, KA 560100<br>INDIA | Doug Alteen<br>JDS Uniphase Corporation<br>3000 Merivale Road<br>Ottawa, Ontario K2G 6N7<br>CANADA |

{00268299;v1}

Jam and Smudge Free Printing
Use Avery® TEMPLATE 5162®   AVERY® 5162®

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai, 400066
INDIA

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest, 14459
ROMANIA

{00268299;v1}