IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                       :   Chapter 11
                                                            :
Nortel Networks Inc., et al.,[1]                            :   Case No. 09-10138 (KG)
                                                            :
                          Debtors.                          :   Jointly Administered
                                                            :
                                                            :
------------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF DEREK C. ABBOTT IN
FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A) AND 1107(B), FED. R.
BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1
AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS,
NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND
GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS,
<u>*NUNC PRO TUNC* TO THE PETITION DATE</u>**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

1.  I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"),[2] which maintains an office for the practice of law at 1201 N. Market Street, Suite 1800, Wilmington, Delaware 19899. I am an attorney at law, duly admitted and in good standing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

to practice in the State of Delaware, as well as the United States District Court for the District of Delaware.

2. I submit this declaration to supplement my declaration dated January 19, 2009 (the "Initial Declaration"), attached as Exhibit A to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 75] (the "Application"), filed on January 19, 2009. By order entered February 4, 2009, the Court approved the Application [D.I. 220].

3. Morris Nichols currently represents The Prudential Insurance Company of America and certain affiliates thereof in matters unrelated to these cases. I am informed that The Prudential Insurance Company of America or its affiliates may be creditors or parties-in-interest in these cases.

4. Morris Nichols currently represents Unisys Corporation and certain affiliates thereof in matters unrelated to these cases. I am informed that Unisys Corporation or its affiliates may be creditors or parties-in-interest in these cases.

5. Morris Nichols currently represents Bookham Technology Ltd and certain affiliates thereof in matters unrelated to these cases. I am informed that Bookham Technology Ltd or its affiliates may be creditors or parties-in-interest in these cases.

6. Morris Nichols has represented UBS and certain affiliates thereof in connection with matters unrelated to these cases within the last two years. I am informed that UBS or its affiliates may be creditors or parties-in-interest in these cases.

7. Morris Nichols has represented ABN AMRO Bank N.V. and certain affiliates thereof in connection with matters unrelated to these cases within the last two years. I am informed that ABN AMRO Bank N.V. or its affiliates may be creditors or parties-in-interest in these cases.

8. Morris Nichols has represented Powerwave Technologies, Inc. and certain affiliates thereof in connection with matters unrelated to these cases within the last two years. I am informed that Powerwave Technologies, Inc. or its affiliates may be creditors or parties-in-interest in these cases.

9. Morris Nichols has represented BellSouth Telecommunications and certain affiliates thereof in connection with matters unrelated to these cases within the last two years. I am informed that BellSouth Telecommunications or its affiliates may be creditors or parties-in-interest in these cases.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20 day of February, 2009

_____
Derek C. Abbott

2673205