IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                    Debtors. : Jointly Administered
:
: **RE: D.I. 196**
:
---------------------------------------------------- X

**CERTIFICATION OF COUNSEL RE: ORDER UNDER SECTIONS 365(a) AND 554(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO (1) REJECT AS OF FEBRUARY 28, 2009, CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND RELATED SUBLEASES, AND (2) ABANDON ANY PERSONAL PROPERTY LOCATED AT SUCH PREMISES**

       I, Ann C. Cordo, counsel for Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the revised Order Under Sections 365(a) and 554(a) of the Bankruptcy Code Authorizing the Debtors to (1) Reject as of February 28, 2009, Certain Unexpired Leases of Nonresidential Real Property and Related Subleases, and (2) Abandon Any Personal Property Located at Such Premises (the "Revised Order"), attached as **Exhibit A** hereto:

       1.     On February 2, 2009, the Debtors filed the Debtors' First Motion for the Entry of an Order Under Sections 365(a) and 554(a) of The Bankruptcy Code Authorizing the Debtors to (1) Reject as of February 28, 2009, Certain Unexpired Leases of Nonresidential Real

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Property and Related Subleases, and (2) Abandon Any Personal Property Located at Such Premises (D.I. 196) (the "Motion").[2]

2. On February 17, 2009, Credit Solutions of America, Inc ("CSA") filed its limited objection to the Motion (D.I. 313). Subsequently, counsel for the Debtors contacted counsel for CSA to discuss a resolution of the objection, and the parties agreed to a revised form of order.

3. On February 19, 2009, the Court held a hearing (the "Hearing") to consider the relief requested by the Motion. At the Hearing, counsel for the Debtor informed the Court of the resolution of CSA's objection, however counsel for Wireless (Tx) LP, indicated that they had an objection to language in the revised order. Counsel for the Debtors indicated to the Court that the parties would discuss further revising the order and would then submit the order under certification of counsel.

4. Following the Hearing, counsel for the Debtors provided the Revised Order to counsel for CSA and Wireless (Tx) LP. These parties have indicated they have no objection to the Revised Order.

5. Revisions to the proposed order which had been originally attached as Exhibit B to the Motion, as reflected in the Revised Order, are contained in the blackline copy of the Revised Order attached hereto as **Exhibit B** (without exhibits).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE, the Debtor respectfully requests that the Court (i) enter the Revised Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: February 20, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

2736380.1