# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## REQUEST FOR NOTICES

NOW COME Amos U. Priester, IV and Anna B. Osterhout of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., Post Office Box 2611, Raleigh, North Carolina 27602-2611 and request that a copy of all notices to creditors and other parties in interest be served upon them as attorneys for Gilmore Global Logistics Services Inc.

This the 20th day of February, 2009.

        SMITH, ANDERSON, BLOUNT, DORSETT,
          MITCHELL & JERNIGAN, L.L.P.


    By: /s/ Amos U. Priester, IV
        Amos U. Priester, IV
        NC State Bar No. 10481
        Anna B. Osterhout
        NC State Bar No. 19841
        Attorneys for Gilmore Global Logistics
          Services Inc.
        Post Office Box 2611
        Raleigh, NC 27602-2611
        (919) 821-1220

#1191870_1.DOC

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served copies of the Request for Notices upon the following parties by depositing copies of the same in the United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Nortel Networks, Inc., Debtor<br>c/o Ann C. Cordo, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>P. O. Box 1347<br>Wilmington, DE 19899-1347 | Nortel Networks, Inc., Debtor<br>c/o Derek C. Abbott, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>P. O. Box 1347<br>Wilmington, DE 19899-1347 |
| Nortel Networks, Inc., Debtor<br>c/o Eric D. Schwartz, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>P. O. Box 1347<br>Wilmington, DE 19899-1347 | Nortel Networks, Inc., Debtor<br>c/o Thomas F. Driscoll, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>P. O. Box 1347<br>Wilmington, DE 19899-1347 |
| Allen & Overy LLP, Foreign Representative<br>1221 Avenue of the Americas<br>New York, NY 10020 | Peter James Duhig, Esq.<br>Buchanan Ingersoll & Rooney PC<br>P. O. Box 1397<br>Wilmington, DE 19899 |
| Ernst & Young, Foreign Representative<br>c/o Mary Caloway, Esq.<br>Buchanan Ingersoll & Rooney PC<br>P. O. Box 1397<br>Wilmington, DE 19899 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.<br>c/o Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 | |

This the 20th day of February, 2009.

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.


By: /s/ Amos U. Priester, IV
Amos U. Priester, IV
NC State Bar No. 10481

#1191870_1.DOC

          Attorneys for Gilmore Global Logistics
             Services Inc.
Post Office Box 2611
Raleigh, NC 27602-2611
(919) 821-1220

#1191870_1.DOC

3