IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
                                                            :   Chapter 11
                                                            :
*In re*                                                     :   Case No. 09-10138 (KG)
                                                            :
Nortel Networks Inc., *et al.*[1]                           :
                                                            :   Jointly Administered
                                                            :
                         Debtors.                           :
------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION
## OF ROBERT J. ROSENBERG *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, William P. Bowden hereby moves the admission *pro hac vice* of Robert J. Rosenberg of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022 to represent The Bank of New York Mellon, as Indenture Trustee, in connection with the above-captioned proceeding.

Date:    Wilmington, Delaware
         February 19, 2009

                                                ASHBY & GEDDES, P.A.

                                                By: _____

                                                William P. Bowden (I.D. #2553)
                                                500 Delaware Avenue
                                                P.O. Box 1150
                                                Wilmington, Delaware 19899
                                                Telephone: (302) 654-1888
                                                Facsimile: (302) 654-2067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

NY\1490144.1

                                                        T. NO. ___332___

                                                        DT. FILED __2-19-09__

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Southern District of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Robert J. Rosenberg
Robert J. Rosenberg
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906 – 1200
Telecopier: (212) 751 – 4864
Email: robert.rosenberg@lw.com

IT IS HEREBY ORDERED that counsel's motion for admission of Robert J. Rosenberg *pro hac vice* is granted.

Date: February 20, 2009

/s/ Kevin Gross
Honorable Kevin Gross
United States Bankruptcy Judge

NY\1490143.1