UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:                              : Chapter 11
                                    :
NORTEL NETWORKS, INC., ET AL        : Case No. 09-10138 (KG)
                                    :
            Debtor.                 :
                                    :
                                    : (Jointly Administered)
---

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Alan S. Kopit of Hahn, Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, Ohio 44114 to represent Johnson Controls, Inc. in this action.

Dated: February 19, 2009        ASHBY & GEDDES P.A.

                                /s/ Ben Keenan
                                _____
                                Ricardo Palacio (#3765)
                                Benjamin W. Keenan (#4724)
                                500 Delaware Avenue
                                P.O. Box 1150
                                Wilmington, DE 19899-1150
                                Telephone: (302) 654-1888
                                Facsimile: (302) 654-2067

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: February 20, 2009

                                /s/ Kevin Gross
                                _____
                                The Honorable Kevin Gross
                                United States Bankruptcy Judge

{00275125;v1}
CLE - 1116843.1

T. NO. 342
DT. FILED 2-19-09

## CERTIFICATION BY ALAN S. KOPIT TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Alan S. Kopit (OH 0031965)
HAHN LOESER & PARKS LLP
200 Public Square
Suite 2800
Cleveland, OH 44114
(216) 621-0150 - Telephone
(216) 241-2824 - Facsimile