## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Order (I) Authorizing And Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-up Fee And Expense Reimbursement, (D) Notice Procedures, (E) Assumption And Assignment Procedures, And (F) Date For The Sale Hearing, And (II) Authorizing And Approving (A) Sale Of The Purchased Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts** was caused to be made on February 20, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: February 20, 2009

Ann C. Cordo (No. 4817)

2738254.1