**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Of Certain Elements Of Debtors' Motion For Orders (I) Authorizing And Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-up Fee And Expense Reimbursement, (D) Notice Procedures, (E) Assumption And Assignment Procedures, (F) Filing Of Certain Schedules Under Seal And (G) Setting Time, Date And Place Of Sale Hearing** was caused to be made on February 20, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: February 20, 2009

Ann C. Cordo (No. 4817)

2738515.1