EXHIBIT A

**LEASES**

| Landlord Name | Landlord Notice Address | Leased Premises | Tenant Entity | Guarantor Entity | Lease End Date | Contract Rent[1] | (Gross) Market Rent[2] | Net Occupancy Cost[3] |
|---|---|---|---|---|---|---|---|---|
| Mission West Properties, L.P. | 10050 Bandley Drive Cupertino, CA 95014 | 5400 Hellyer San Jose, CA 95138 | Nortel Networks Inc. (formerly Tasman Networks, Inc.) | None | May 31, 2009 | $19.01 | $18.50 | 110,776[4] |
| One Boston Place, LLC, c/o CB Richard Ellis/Whittier Partners | 600 Atlantic Avenue Boston, MA 02210 Attn: Andrew W. Hoar | One Boston Place, 38th Floor Boston, MA 02108 | Nortel Networks Inc. | Nortel Networks Ltd. | December 31, 2010 | $90.52 | $38.64 | 944,340 |
| Sobrato Land Holdings | 10600 North De Anza Blvd, Suite 200 Cupertino, CA 95014 | 6373 & 6375 San Ignacio San Jose, CA 95119 | Nortel Networks Inc. | None | October 14, 2011[5] / September 9, 2011[6] | $35.10 | $22.56 | 4,225,291 |
| Technology Park V Limited Partnership, c/o The Gutirrez Company | One Wall Street Burlington, MA 01803 | 880 Technology Drive Billerica, MA 01821 | Northern Telecom Inc. | None | March 31, 2015 | $22.42 | $20.38 | 1,216,929 |
| Wireless (TX) LP, c/o W.P. Carey & Co. LLC | 50 Rockefeller Plaza, 2nd Floor New York, NY 10020 Attn: Director, Asset Manager  *Second Landlord Notice Party* Reed Smith LLP 375 Park Ave. New York 10152 Attn: Ruth S. Perfido, Esq. | 2370 & 2330 Performance Drive Richardson, TX 75082 | Nortel Networks Inc. | Nortel Networks Ltd. | December 19, 2016 | $21.40 | $19.34 | 3,168,265 |

1

[New York #2006957 v5]

| | Third Landlord Notice party<br>Morgan Stanley Bank,<br>c/o Wells Fargo Bank, N.A.<br>1320 Willow Pass Road, Suite 205<br>Concord, CA 94520 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

---

[1] Adjusted to gross rent for comparability.
[2] Source Data: Q308 market data from Torto Wheaton Research and REIS.
[3] 2009 Annual Net Occupancy Cost prorated for 10 months (from March 1, 2009, termination effective date, to December 31, 2009). Net Occupancy Cost = rent + operating expenses + pass through expenses - sublease income (if any).
[4] Prorated for 3 months (from March 1, 2009, termination effective date, to lease end date, May 31, 2009).
[5] Applies to 6375 San Ignacio.
[6] Applies to 6373 San Ignacio.

2

[New York #20065957 v5]