EXHIBIT B

## SUBLEASES

| Subtenant Name | Subtenant Notice Address | Leased Premises | Second Subtenant Notice Party (if applicable) | Second Subtenant Notice Address (if applicable) |
|---|---|---|---|---|
| BlueFin Research Partners, Inc. | One Boston Place 38th Floor Boston, MA 02108 Attn: Brian Kritzer, President | One Boston Place, 38th Floor Boston, MA 02108 | N/A | N/A |
| City of Richardson, Texas | 411 West Arapaho Richardson, TX 75080 Attn: City Manager | 2370 & 2330 Performance Drive Richardson, TX 75082 | Nichols, Jackson, Dillard, Hager & Smith | 1800 Lincoln Plaza / 500 North Akard Dallas, TX 75201 Attn: Peter G. Smith |
| Countrywide Home Loans, Inc. | 4500 Park Granada Calabasas, CA 91302 Attn: Patrick Benton | 2370 & 2330 Performance Drive Richardson, TX 75082 | Countrywide Home Loans, Inc. | 5220 Las Virgenes Road Calabasas, CA 91302 |
| Credit Solutions of America | 2370 Performance Drive, Suite 200 Richardson, TX 75082 | 2370 & 2330 Performance Drive Richardson, TX 75082 | N/A | N/A |
| Oracle USA, Inc. | 1001 Sunset Boulevard Rocklin, CA 95765 Attn: Lease Administration | 6373 San Ignacio San Jose, CA 95119 | Oracle Corporation | 500 Oracle Parkway, M/S 50P7 Redwood Shores, CA 94065 Attn: General Counsel |
| Raytheon Company | 870 Winter Street Waltham, MA 02451 Attn: Real Estate Department | 880 Technology Drive Billerica, MA 01821 | N/A | N/A |
| SVG Advisers Inc. | One Boston Place Boston, MA 02108 Attn: Maureen Lynch | One Boston Place, 38th Floor Boston, MA 02108 | SVG Advisers Ltd. | 111 Strand London, England WC2R0AG Attn: Gerald Lloyd |
| Sheehan, Phinney Bass & Green | One Boston Place Boston, MA 02108 | One Boston Place, 38th Floor Boston, MA 02108 | N/A | N/A |

3

[New York #2006957 v5]