IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
                                    Debtors.                :   Jointly Administered
                                                            :
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 356]

PLEASE TAKE NOTICE that on February 23, 2009, copies of the **Order Under Sections 365(a) And 554(a) Of The Bankruptcy Code Authorizing The Debtors To (1) Reject As Of February 28, 2009, Certain Unexpired Leases Of Nonresidential Real Property And Related Subleases, And (2) Abandon Any Personal Property Located At Such Premises** (D.I. 356, Entered: 2/23/09) were served in the manner indicated upon the entities on the attached list.

Dated: February 23, 2009
       Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    James L. Bromley
                                    Lisa M. Schweitzer
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone: (212) 225-2000
                                    Facsimile: (212) 225-3999

                                    - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Counsel for the Debtors and
Debtors in Possession

2741224.1