## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------X
                                            :
In re                                       :        Chapter 11
                                            :
Nortel Networks Inc., et al.,[1]            :        Case No. 09-10138 (KG)
                                            :
                    Debtors.                :        Jointly Administered
                                            :
----------------------------------------------------------X
```

### NOTICE OF SERVICE [RE: D.I. 336, 337 AND 345]

PLEASE TAKE NOTICE that on February 20, 2009, copies of the following were served in the manner indicated upon the entities identified on service list on the service list attached hereto as Exhibit A.

- **Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(a), 363 And 546(c) And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure** (D.I. 336, Entered 2/19/09);

- **Order Further Supplementing Cash Management Motion** (D.I. 337, Entered 2/19/09); and

- **Supplemental Declaration Of Derek C. Abbott In Further Support Of Debtors' Application For Entry Of An Order Pursuant To !11 U.S.C. §§ 327(A) And 1107(B), Fed R. Bankr. P. 2014 And 2016, And Del. Bankr. L.R. 2014-1 And 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP As Delaware And General Bankruptcy Counsel For The Debtors, Nunc Pro Tunc To The Petition Date** (D.I. 345, Filed 2/20/09).

PLEASE TAKE FURTHER NOTICE that on February 20, 2009, copies of the **Order Establishing Procedures For Addressing Reclamation Demands Pursuant To Sections 105(a), 363 And 546(c) And Rule 9019 Of The Federal Rules Of Bankruptcy**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Procedure** (D.I. 336, Entered 2/19/09) were served in the manner indicated upon the entities identified on the service list attached hereto as <u>Exhibit B</u>

Dated:  February 23, 2009
        Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        James L. Bromley
                        Lisa M. Schweitzer
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone:  (212) 225-2000
                        Facsimile:  (212) 225-3999

                              - and -

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        Derek C. Abbott (No. 3376)
                        Eric D. Schwartz (No. 3134)
                        Thomas F. Driscoll III (No. 4703)
                        Ann C. Cordo (No. 4817)
                        1201 North Market Street, 18th Floor
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        Telephone:  (302) 658-9200
                        Facsimile:  (302) 425-4663

                        Counsel for the Debtors and Debtors in Possession

2739896.1