**EXHIBIT B**

# SERVICE LIST

**VIA FIRST CLASS MAIL**

David Dutkowsky
Michael R. Tyler, Esq.
Sanmina-SCI Corp.
2700 North First Street
San Jose, CA   95134

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA   94306

Brian E. Coucette
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA   94306

Brian Y. Lee
Winston & Strawn LLP
101 California Street
San Francisco, CA   94111-5802

Merle C. Meyers, Esq.
Meyers Law Group
44 Montgomery Street
Suite 1010
San Francisco, CA   94101

Attn: Office of the Chief Legal Officer
ZyXEL Communications, Inc.
1130 N. Miller Street
Anaheim, CA   92806-2001

Ramona Neal, Esq.
Ken Higman
HP Legal Department
2125 E. Katella Ave
Suite 400
Anaheim, CA   92806

S.J. Christine Yang, Esq.
Law Office of S.J. Christine Yang
17220 Newhope Street
Suite 101 & 102
Fountain Valley, CA   92708

David Brandt, CFO
Airspan Networks, Inc.
777 Yamato Rd
Suite 310
Boca Raton, FL   33431

Jon C. Vigano
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL   60606

Christopher J. Horvay
Gould & Ratner
222 N. LaSalle Street
Suite 800
Chicago, IL   60601

Jonathan M. Mouton, VP & Gen. Counsel
Starent Networks Corp.
30 International Place
Tewskbury, MA   01876

Jamie Stuart, President
Volex, Inc.
915 Tate Blvd. S.E.
Suite 130
Hickory, NC   28602

David M. Schilli
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon Street
Suite 1900
Charlotte, NC   28246

MaryAnn Brereton, Assistant Gen. Counsel
Tyco Electronics
412 Mt. Kemble Ave
Suite 100S
Morristown, NJ   07960

Michael E. Foreman, Esq.
Dorsey & Whitney, LLP
250 Park Avenue
New York, NY   10177

Keith Border, Director and
Head of Financial Operations
Bookham Technology PLC
Westfield Buisness Park
Long Road
Paignton, Devon, TQ4 7AU
UNITED KINGDOM

Ben L. Aderholt
Looper Reed & McGraw
1300 Post Oak Blvd
Suite 2000
Houston, TX   77056

Attn: Office of the Chief Legal Officer
Graybar Electric company, Inc.
P.O. Box 840458
Dallas, TX   75284-0458

Rebecca H. Simoni
Von Briesen & Roper, s.c.
411 East Wisconsin Ave
Suite 700
Milwaukee, WI  53201-3262

2717626.1