# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy rules with respect to the administration of this case be given to and served upon the following:

> Clearwire Corporation
> c/o James C. Waggoner
> Davis Wright Tremaine LLP
> 1300 SW 5th Ave., Ste 2300
> Portland, OR 97201-5630

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notice of any order, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph,, telex or otherwise.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ James C. Waggoner
    James C. Waggoner, OSB #743307
    jimwaggoner@dwt.com
    1300 SW 5th Ave, Ste 2300
    Portland, OR 97201
    (503) 241-2300

    Of Attorneys for Clearwire Corporation