**EXHIBIT C**

## EXHIBIT A – FORM OF STATEMENT OF WORK

This Statement of Work ("SOW") is issued under the terms of Master Services Agreement No. 11997 executed by Nortel Networks Limited and Mercer (US) Inc. with an effective date of January 1, 2009

This Statement of Work is an agreement between:

(1) Nortel Networks Limited a Canadian corporation, with offices at 195 The West Mall, Etobicoke, Ontario M9C 5K1 ("NNL") and Nortel Networks Incorporated with an office at 2221 Lakeside Blvd. Richardson, TX 75082 ("NNI") (NNL and NNI are collectively "Nortel" and "Nortel Networks") and,
(2) Mercer (US) Inc., a US corporation with offices at 1166 Avenue of the Americas, New York, New York 10036 ("Supplier" or "Mercer").

Background

(A) NNL and Mercer (Canada) Limited have entered into a Master Services Agreement No. 11997 executed by NNL and Mercer (Canada) Limited with an Effective Date of January 1, 2009 ("the MSA") that sets out the general terms and conditions for the provision of services by Supplier or Supplier Affiliates including Mercer (US) Inc. to NNL or NNL's Affiliates including NNI in accordance with the MSA and Statements of Work to be entered for the provision of Services. NNI hereby warrants that it is a NNL Affiliate. Supplier hereby warrants that it is a Supplier Affiliate.
(B) In accordance with the MSA the parties hereto hereby execute this Statement of Work on the following terms:

**Scope of Work, Pricing, and Key Performance Indicators**

**Scope of Work**

- Analysis and review of the Nortel's executive pay issues
- Analysis, review, and assistance with unwinding the Nortel's long-term incentive plans
- Analysis and review of Nortel's compensation and benefit plans
- Advice with regard to Nortel's workforce salary and benefit issues, and design, management and administration of KEIP;
- Upon the Nortel's request, truthful and independent expert witness testimony regarding its analyses, assessments or recommendation;
- Upon the Nortel's request, a summary report with respect to any or all of above work, setting forth its findings, conclusions and recommendations; and
- Such other services as customary in engagement of this type contemplated hereby and as may be reasonably agreed upon by the Nortel and Mercer.

**Price**

Pricing is based on of the number of hours not for providing the services/deliverables above to Nortel by the completion dates estimated. The fees will be based on actual hours.

Page 1 of 3

**Pricing Matrix:**

| Skill Sets | Hourly Rate Range in US dollars | Estimated Miscellaneous charges (travel and living expenses at cost) |
|---|---|---|
| Analyst | $225 | NA |
| Associate | $250 to $300 | NA |
| Sr. Associate | $350 to $450 | NA |
| Principal | $667 | NA |
| Principal (specialist) | $725 to $870 | NA |

In addition to such compensation, Mercer also bills direct expenses originating with our side venders at cost. The bulk of these charges typically related to business related travel; we anticipate some costs incidental to our research (i.e., database access charges). To the extent these costs exceed $1,000 USD, prior notification will be provided. Pricing for additional services beyond the original scope of work (Margin) shall be based on the hourly rates per skill set given above. Any out of scope work (Margin) is to be approved in writing by Nortel prior to commencement of any work.

**General**

**Labor and Personnel**

Supplier will employ only competent (e.g. trained and/or certified) skilled personnel for the performance of the Services identified under the Purchase Order.

Supplier, at its expense, will provide the tools and equipment necessary to perform the Services as stated under this Agreement. The Supplier will maintain such tool and equipment and ensure that any calibration is performed accordingly to ensure tools and equipment are in working order.

**Key Performance Indicators**

**Performance Expectations and Key Performance Measurements**

a) Supplier and Nortel jointly expect that they each will adhere to and fulfill all of their respective obligations associated with the performance of the Services identified in the Statement of Work. Both Parties agree to jointly establish an approach to measure the

performance of each using a balanced scorecard that monitors various aspects of the performance in relation to the relative importance of each item being monitored.
b) At the start of each Calendar year Nortel and Supplier will agree upon a set of clear and measureable objectives and corresponding KPIs to guide and measure the performance of Supplier's provision of Services during the year. These objectives will be stated and measured in a balanced scorecard.
c) For 2009, the Supplier will work to meet all agreed upon deadlines; the assumption will be that Nortel is fully satisfied with the timing of all services delivered unless the Supplier is otherwise notified

**Modifications to Terms and Conditions of MSA**
No portion of this SOW contains modifications to the terms and conditions of the MSA, and should not supersede the terms and conditions of the MSA.

**Signed on behalf of Nortel Networks Limited & Nortel Networks Incorporated**

Signature _*(signed)*_

Print Name   ELENA KING

Title   SUP HR

Date   February 17, 2009

**Signed on behalf of Mercer (US) Inc**

Signature _*(John Dempsey)*_

Print Name   John Dempsey

Title   Principal

Date   February 13, 2009