## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Application Of Debtors For An Order Authorizing Employment And Retention Of Mercer (US) Inc. Nunc Pro Tunc To The Petition Date** was caused to be made on February 23, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: February 23, 2009

_____
Thomas F. Driscoll III (No. 4703)

2741348.1