UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

www.deb.uscourts.gov

In re:

NORTEL NETWORKS INC., et al.,

        Debtors.

_____/

CASE NO.: 09-10138 (KG)
Chapter 11

Jointly Administered

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears IN THE ABOVE-CAPTIONED CASES (THE "Cases"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel to Florida Power & Light Company (hereinafter referred to as "FPL"), creditor of the above-captioned debtors (the "Debtors"), and demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankrtupcy Code"), that all notices given or requried to be given in these Cases and all papers served or required to be served in these Cases be given to and served upon the undersigned at the following address:

Rachel S. Budke, Esquire
FPL Law Department
700 Universe Boulevard
Juno Beach, FL 33408
Tel: (561) 304-5209
Fax: 561-691-7103
Email: rachel.budke@fpl.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile tansmission, e-mail or otherwise, which affect the Debtors or property of the Debotors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of FPL's right (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which FPL is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments FPL expressly reserves.

Dated: February 16, 2009

                          Respectfully submitted,

Rachel S. Budke, Esq.
Florida Bar Number 185851
Law Department, Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408
Telephone: (561) 304-5209
Facsimile: (561) 691-7103
rachel.budke@fpl.com
Attorney for Florida Power & Light Company

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served by first-class U.S. Mail to: **CLEARY GOTTLIEB STEEN & HAMILTON, LLP, One Liberty Plaza**, New York, New York 10006, **MORRIS, NICHOLS, ARSHT & TUNNELL, LLP**, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347, **MICHAEL L. SCHEIN, ESQUIRE**, Vedder Price, P.C., 1633 Broadway, 47th Floor, New York, New York 10019, **PETER DUHIG, ESQUIRE**, Buchanan Ingersoll & Rooney, PC, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, DE 19899 and **UNITED STATES TRUSTEE**, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19899 this 17th day of February, 2009.

Rachel S. Budke, Esquire
Florida Bar Number 185851
FPL Legal Department
700 Universe Boulevard
Juno Beach, Florida 33408
Telephone 561-304-5209
Facsimile 561-691-7103
rachel.budke@fpl.com
Attorney for Florida Power & Light Company