## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
*In re*                                                 :          Chapter 11
                                                        :
Nortel Networks Inc., *et al.*,[1]                      :          Case No. 09-10138 (KG)
                                                        :
                                   Debtors.             :          Jointly Administered
                                                        :
-------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 27, 2009 AT 11:00 A.M. (EASTERN TIME)[2]

<u>CONTINUED/RESOLVED/WITHDRAWN MATTERS</u>:

None at this time.

<u>UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.)</u>:

None at this time.

<u>UNCONTESTED MATTERS GOING FORWARD</u>:

1.      Debtors' Motion For Order (I) Authorizing And Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-up Fee And Expense Reimbursement, (D) Notice Procedures, (E) Assumption And Assignment Procedures, And (F) Date For The Sale Hearing, And (II) Authorizing And Approving (A) Sale Of The Purchased Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts (D.I. 353, Filed 2/20/09).

<u>Related Pleadings</u>:

a)      Motion To Shorten Notice (D.I. 354, Filed 2/20/09); and

b)      Order Shortening Notice of Certain Elements of Debtors' Motion for an Order Authorizing and Approving (A) Asset Purchase Agreement, (B) Bidding Procedures, (C) Break-Up Fee and Expense Reimbursement, (D) Notice

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Procedures, (E) Assumption and Assignment Procedures, (F) Date for the Sale Hearing and (G) Authorizing Debtors to File Certain Schedules Under Seal. (D.I. 355, Entered 2/23/09).

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET).

Responses Received:

Status:  This matter is going forward.


CONTESTED MATTER GOING FORWARD:

None at this time.


Dated:  February 25, 2009
          Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2740273

-2-