IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Nortel Networks Inc., *et al.*, | BANKRUPTCY NO. 09-10138 (KG) |
| Debtors. | Jointly Administered |

FILED 2009 FEB 20 PM 12: 33
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John A. Wetzel, Esquire to Represent Communications Test Design, Inc., a creditor in the above-captioned bankruptcy case.

SWARTZ CAMPBELL LLC

Date: January 23, 2009

Nicholas E. Skiles, Esquire (DE I.D. #3777)
300 Delaware Avenue
11th Floor, Suite 1130
P. O. Box 330
Wilmington, DE 19899
(302) 656-5935

SWARTZ CAMPBELL LLC
ATTORNEYS AT LAW

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rule and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

John A. Wetzel, Esquire
SWARTZ CAMPBELL LLC
1 S. Church St., Ste. 400
West Chester, PA 19382
Phone: (610) 692-9500 Ext. 131

January 23, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Counsel's motion for admission pro hac vice is GRANTED.

Date: February 25, 2009

United States District Judge