# EXHIBIT A

RLF1-3363830-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., et al.[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Re: Docket No. ____ |
| ) | |

**ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF RICHARDS, LAYTON & FINGER, P.A. AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
*NUNC PRO TUNC* TO JANUARY 26, 2009, PURSUANT TO SECTIONS 328(a) AND
1103(a) OF THE BANKRUPTCY CODE AND RULE 2014(a) OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE, RULE 2014-1 OF THE LOCAL RULES OF
BANKRUPTCY PRACTICE AND PROCEDURE OF THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Upon the application (the "Application")[2] of the Official Committee of Unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order authorizing the Committee to retain and employ Richards, Layton & Finger, P.A. ("RL&F") as its bankruptcy co-counsel *nunc pro tunc* to January 26, 2009, and the Court having reviewed the Application, and the Court finding that (a) the Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (c) notice of the Application has been provided to (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel for the Debtors; and (iii) all parties entitled to receive notice in these Chapter 11 Cases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

RLF1-3363830-4

pursuant to Bankruptcy Rule 2002, and the Court having found that such notice was sufficient under the circumstances and that no other or further notice need be provided; and the Court having considered the Application and the Affidavit of Mark D. Collins in support of the Application (the "Collins Affidavit"); and the Court having determined that the legal and factual bases set forth in the Application and the Collins Affidavit establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED, *nunc pro tunc* to January 26, 2009.

2. The Committee shall be, and hereby is, authorized to employ and retain RL&F as its co-counsel in accordance with the terms and conditions set forth in the Application.

3. RL&F shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court.

4. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

5. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.


Dated: March ____, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE