## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Second Supplemental Declaration of James L. Bromley in Support of Application Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP as Counsel for Debtors and Debtors in Possession** was caused to be made on February 25, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: February 25, 2009

_____
Thomas F. Driscoll III (No. 4703)

2713800.2