IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

    I, James E. Huggett, Esquire, hereby certify that on February 26, 2009, I served a copy of the *RESERVATION OF RIGHTS BY ORACLE USA, INC. REGARDING THE DEBTORS' MOTION FOR ORDERS (I) AUTHORIZING AND APPROVING (A) PURCHASE AGREEMENT, (B) BIDDING PROCEDURES, (C) BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) NOTICE PROCEDURES, (E) ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (F) DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) SALE OF THE PURCHASED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS* on the parties listed on the attached service list via electronic mail.

                                                  /s/James E. Huggett
                                                James E. Huggett (#3956)

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lschweitzer@cgsh.com

Derek Abbott, Esquire
Eric D. Schwartz, Esquire
Thomas F. Driscoll, III, Esquire
Ann C. Cordo, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com
eschwartz@mnat.com
tdriscoll@mnat.com
acordo@mnat.com

Peter James Duhig, Esquire
Mary Caloway, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899
peter.duhig@bipc.com
mary.caloway@bipc.com

Thomas Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801
thomas.p.tinker@usdoj.gov

Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
samis@rlf.com