Court File No. 09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION (the "Applicants")

## THIRD REPORT OF THE MONITOR
## DATED FEBRUARY 26, 2009

## INTRODUCTION

1. On January 14, 2009, Nortel Networks Corporation ("NNC" and collectively with all its subsidiaries, "Nortel" or "Company"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation ("NNTC"), Nortel Networks International Corporation ("NNIC") and Nortel Networks Global Corporation ("NNGC") (collectively the "Applicants") filed for and obtained protection under the *Companies' Creditors Arrangement Act* ("CCAA"). Pursuant to the Order of this Honourable Court dated January 14, 2009 (the "Initial Order"), Ernst & Young Inc. ("EYI") was appointed as the Monitor of the Applicants (the "Monitor") in the CCAA proceeding. The Initial Order was amended as reflected in the Amended and Restated Initial Order dated February 20, 2009 (the "Amended and Restated Initial Order").

**PURPOSE**

2. The purpose of this third report of the Monitor (the "Third Report") is to provide this Honourable Court with information in connection with the Applicants' motion to terminate the equity plans and an update regarding cost saving initiatives.

**TERMS OF REFERENCE**

3. In preparing this Third Report, the Monitor has relied upon unaudited financial information, the Company's books and records, the financial information prepared by the Company, and discussions with management of Nortel. The Monitor has not audited, reviewed, or otherwise attempted to verify the accuracy or completeness of the information and, accordingly, the Monitor expresses no opinion or other form of assurance on the information contained in this Third Report.

4. Unless otherwise stated, all monetary amounts contained herein are expressed in U.S. dollars.

5. Capitalized terms not defined in this Third Report are as defined in the Doolittle Affidavit, the Pre-Filing Report or previous reports of the Monitor.

**GENERAL BACKGROUND**

6. Nortel is fundamentally a technology company that designs, develops and deploys communication products, systems, and solutions to its carrier and enterprise customers around the globe. Its principal assets include its people, the intellectual property derived and maintained from its R&D activities, its customers and other significant contracts and agreements.

7. Nortel conducts its global business through three reportable business unit segments: Carrier Networks, Enterprise Solutions and Metro Ethernet Networks. The revenues and assets of each of the business units are distributed among the various Nortel legal entities and joint ventures around the world.

**TERMINATION OF EQUITY PLANS**

8. Nortel has historically awarded equity-based compensation to eligible employees. Prior to 2006, Nortel granted stock options to employees to purchase NNC common shares under two stock option plans, the Nortel Networks Corporation 1986 Stock Option Plan, As Amended and Restated (the "1986 Plan") and the Nortel Networks Corporation 2000 Stock Option Plan (the "2000 Plan").

9. On January 1, 2006, the number of NNC common shares available for grant and the number of NNC common shares subject to options outstanding to the extent such options thereafter expire or terminate for any reason without the issuance of shares under both the 2000 Plan and the 1986 Plan, were transferred to Nortel's current equity-based compensation plan, the Nortel 2005 Stock Incentive Plan, As Amended and Restated (the "2005 SIP"). No new awards have been made under either the 1986 Plan or the 2000 Plan after December 31, 2005.

10. The 2005 SIP provides for the issuance of stock options, stock appreciation rights ("SARs"), restricted stock units ("RSUs") and performance stock units ("PSUs").

11. In addition, as a result of the acquisition of certain businesses between 1998 and 2000, NNC assumed stock option plans of several of the entities it acquired (collectively, and together with the 1986 Plan, the 2000 Plan and the 2005 SIP, the "Equity Plans").

12. Currently, due to the low value at which NNC's shares are trading, there is little or no value to any of the shares to be issued in connection with the Equity Plans. Further, the Monitor understands that the administrative cost to both participating employees and Nortel, in most instances, exceeds the value of the shares to be issued.

13. The Applicants, as provided for under paragraph 11(d) of the Amended and Restated Initial Order, could have repudiated the Equity Plans; however, the Applicants are seeking, for tax reasons primarily related to Section 409A of the United States Internal Revenue Code, an Order from this Honourable Court terminating the Equity Plans.

Upon termination of the Equity Plans, all outstanding equity awards (including stock options, SARS, RSUs and PSUs), whether vested or unvested, will be cancelled.

14. Any payments or other consequences resulting from the termination of the Equity Plans will now be dealt with in a restructuring plan.

**COST SAVING INITIATIVES**

15. The Monitor's First Report indicated that, as one of its cost saving initiatives, Nortel had undertaken to develop a detailed plan for a reduction of its global workforce. Although the Company continues to fully develop this plan, Nortel announced on February 25, 2009, that it will be reducing its global workforce by an additional net 3,200 positions. These new reductions are incremental to the 1,800 remaining reductions from previous restructuring plans that have not yet been completed. These workforce reductions will include the elimination of certain positions in Canada.

**MONITOR'S RECOMMENDATION**

16. The Monitor recommends that this Honourable Court approve the termination of the Equity Plans.

All of which is respectfully submitted this 26th day of February 2009.

**ERNST & YOUNG INC.**
**In its capacity as the Monitor of**
**Nortel Networks Corporation** *et al*

Per:

*[signature]*

Murray A. McDonald
President

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

# *ONTARIO*
## SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

Proceeding commenced at Toronto

## THIRD REPORT OF THE MONITOR
### DATED FEBRUARY 26, 2009

**GOODMANS LLP**
Barristers & Solicitors
250 Yonge Street, Suite 2400
Toronto, Canada M5B 2M6

Jay A. Carfagnini (LSUC#: 222936)
Joseph Pasquariello (LSUC# 37389C)
Christopher G. Armstrong (LSUC# 55148B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

\5690324