IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                      :

*In re*                        :       Chapter 11

                        :       Case No. 09-10138 (KG)

Nortel Networks Inc., et al.,[1]     :       Jointly Administered

                        :

            Debtors    :

                        :
------------------------------------------------------------X

**SUPPLEMENTAL AFFIDAVIT OF MICHAEL J. FRISHBERG IN SUPPORT OF
THE APPLICATION FOR ORDER UNDER 11 U.S.C. 105(A), 1102(B)(3) AND 1103(C)
AUTHORIZING THE RETENTION OF KURTZMAN CARSON CONSULTANTS, LLC
AS COMMUNICATIONS AGENT FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AND APPROVING RELATED AGREEMENT,
NUNC PRO TUNC TO JANUARY 26, 2009**

State of California      )
                   ) ss:
County of Los Angeles  )

I, Michael J. Frishberg, being duly sworn, deposes and says:

     1.     I am the Director of Restructuring Services of Kurtzman Carson Consultants,
LLC ("KCC") and I am authorized to make and submit this supplemental affidavit (the
"Supplemental Affidavit") on behalf of KCC. This Supplemental Affidavit is submitted in
support of the Application of the Official Committee of Unsecured Creditors of Nortel Networks
Inc., et al., for authorization to retain KCC as official communications agent in the Debtors'
chapter 11 cases, pursuant to §§ 11 U.S.C. 105(a), 1102(b)(3) and 1103(c) and to approve a
related agreement, nunc pro tunc to January 26, 2009. The statements contained herein are based
upon personal knowledge.

     2.     Attached hereto as Exhibit A is KCC's proposed fee structure, which is being filed
with this Court to address certain concerns raised by the United States Trustee.

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon
Websystems, Inc.; Alteon Websystems International, Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek,
Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel
Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom
International Inc.; and Nortel Networks Cable Solutions Inc.

Michael J. Frishberg

Subscribed and sworn to (or affirmed) before me

this 26th day of February, 2009 by Michael J. Frishberg,

proved to me on the basis of satisfactory evidence to be

the person who appeared before me.

Notary Public

Commission # 1610322

_____ Expires 10/1/2009

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

**EXHIBIT A**



# KCC OFFICIAL COMMITTEE
# FEE STRUCTURE

**WEBSITE ADMINISTRATION**

**KCC CaseView**

| | |
|---|---|
| Creation of case-specific public website | Waived |
| Hosting case-specific public website | $750.00 per month |
| Case-specific voicemail box for creditor inquiries | Waived |
| Case-specific e-mail box for creditor inquiries | Waived |

**OPTIONAL SERVICES[1]**

**Consulting Services & Rates**

| | | |
|---|---|---|
| Clerical | $45.00 - $65.00 | per hour |
| Project Specialist | $80.00 - $140.00 | per hour |
| Consultant | $165.00 - $245.00 | per hour |
| Senior Consultant | $255.00 - $275.00 | per hour |
| Senior Managing Consultant | $295.00- $325.00 | per hour |
| Technology/Programming Consultant | $145.00 - $195.00 | per hour |
| Weekend, holidays and overtime | Waived | |

**Document Management/Imaging**

| | |
|---|---|
| Electronic imaging (scanning and bar-coding) | $0.30 per imaged page |

---

[1] Expenses shall be consistent with the general practice procedures authorized in the District of Delaware.



# KCC OFFICIAL COMMITTEE
# FEE STRUCTURE

**Notice Printing & Publication Services**

| | |
|---|---|
| Setup | Waived |
| Inserting creditor information into customized documents | $0.15 per piece |
| Electronic noticing (e-mail) | $50.00 per 1,000 |
| Electronic noticing (domestic facsimile) | $0.50 per page |
| Document folding and inserting | $0.10 per document |
| Legal notice publishing | Quote prior to publishing |

**Other Expenses**

| | |
|---|---|
| Printing, photocopies and labels | $0.10 per image |
| Facsimile – standard incoming/outgoing correspondences | No charge |