IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
               Debtors. :
:
: **RE: D.I. 353**
:
---------------------------------------------------------------X

**NOTICE OF FILING OF REVISED ORDERS AND NOTICES RELATING TO DEBTORS' MOTION FOR APPROVAL OF BIDDING PROCEDURES, BREAK-UP FEE, EXPENSE REIMBURSEMENT AND RELATED RELIEF**

PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), have today filed the following revised exhibits to Debtor's Motion for Orders (i) Authorizing and Approving (a) Purchase Agreement, (b) Bidding Procedures, (c) Break-Up Fee and Expense Reimbursement, (d) Notice Procedures, (e) Assumption and Assignment Procedures, (f) Filing of Certain Schedules Under Seal and (g) Date for the Sale Hearing, and (ii) Authorizing and Approving (a) Sale of Certain Non-Core Assets Free and Clear of All Liens, Claims and Encumbrances and (b) Assumption and Assignment of Certain Contracts [D.I. 353] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

"Motion"): (A) Revised Proposed Order Authorizing and Approving (a) Bidding Procedures, (b) Break-Up Fee and Expense Reimbursement, (c) Notice Procedures, (d) Assumption and Assignment Procedures (e) Filing of Certain Schedules Under Seal and (f) Setting Time, Date and Place for Sale Hearing (the "Revised Sale Procedures Order") attached hereto as Exhibit A-1; (B) Revised Proposed Order Authorizing and Approving (a) Sale of Certain Non-Core Assets Free and Clear of All Liens, Claims and Encumbrances and (b) Assumption and Assignment of Certain Contracts (the "Revised Sale Order") attached hereto as Exhibit B-1; (C) Revised Notice of (i) Solicitation of Initial Bids; (ii) Bidding Procedures; (iii) Auction; (iv) Sale Hearing and (v) Related Relief and Dates (the "Revised Notice to Potential Bidders") attached hereto as Exhibit C-1; and (D) Revised Notice of (i) Debtor's Request for Authority to Assume, Assign and Sell Certain Contracts, and (ii) Debtors' Proposed Cure Amounts (the "Revised Assignment Notice") attached hereto as Exhibit D-1.

Blackline versions comparing the revised exhibits to those originally filed with the Motion are attached hereto as Exhibit A-2, Exhibit B-2, Exhibit C-2, and Exhibit D-2, respectively.

Dated: February 27, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Ann Cordo*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*