## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing Of Revised Orders And Notices Relating To Debtors' Motion For Approval Of Bidding Procedures, Break-Up Fee, Expense Reimbursement And Related Relief** was caused to be made on February 26, 2009, in the manner indicated upon the entities identified below:

Dated: February 26, 2009

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

**BY HAND DELIVERY:**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL:**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

2747424.1