# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 27, 2009 11:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Bid Procedures
**R / M #:**   380 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - ORDER SIGNED