# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 2/27/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Kraidin | Allen & Overy | E&Y as monitor |
| Daniel Eggerman | Kramer Levin Naftalis & Frankel | Flextware Ltd. |
| Ernest Wechsler | " | " |
| Kenneth Davis | Akin Gump | Committee |
| Chris Samis | Richards Layton & Finger, PA. | (") |
| Mary Caloway | Buchanan Ingersoll & Rooney | Monitor |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| James Bromley | Cleary Gottlieb | " |
| Robert Winter | MILBANK | CERTAIN BONDHOLDERS |
| Robert Gouveia | Cleary Gottlieb | Debtors |

# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Calendar Date: 02/27/2009
Calendar Time: 11:00 AM

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2680243 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2680402 | Anneliese H. Pak | 212-841-5724 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2680814 | Daniel M. Eggermann | 212-715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Daniel Eggermann / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 2681944 | Amish Doshi | 212-297-5800 | Day Pitney, LLP | Debtor, Oracle / LIVE |