IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
: 
In re : Chapter 11
:
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **RE: D.I. 8**
:
------------------------------------------------------- X

### CERTIFICATION OF COUNSEL RE: ORDER APPROVING STIPULATION ESTABLISHING ADEQUATE ASSURANCE OF PAYMENT TO THE AFFILIATES OF VERIZON COMMUNICATIONS INC.

I, Thomas F. Driscol III, counsel for Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the attached Order Approving Stipulation Establishing Adequate Assurance of Payment to the Affiliates of Verizon Communications Inc. (the "Proposed Order"), attached as **Exhibit A** hereto:

1. On or about January 14, 2009, the Debtors filed the Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for Interim and Final Orders (I) Restraining Utility Companies From Discontinuing, Altering or Refusing Service, (II) Deeming Utilities Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Assurance [D.I. 8] (the "Utilities Motion").[2]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Utilities Motion.

2. On January 15, 2009, the Court entered the Interim Order (I) Restraining Utility Companies from Discontinuing, Altering Or Refusing Service, (II) Deeming Utility Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Assurance [D.I. 46].

3. Counsel for certain affiliates of Verizon Communications Inc. (collectively, "Verizon") contacted counsel for the Debtors to dispute the relief sought in the Utilities Motion with respect to Verizon. In connection with this the Debtors and Verizon have conferred in an effort to resolve their disputes related to the Utilities Motion, and to determine the terms under which Verizon will continue to render services post-petition.

4. Accordingly, the stipulation attached to the Proposed Order as Exhibit 1 (the "Stipulation") sets forth the terms and conditions of the agreement between the parties with respect to the Utilities Motion.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** approving the Stipulation and (ii) grant such other and further relief as is just and proper.

Dated: February 27, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

2747707.1