**CERTIFICATE OF SERVICE**

      I, Thomas F. Driscoll, III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Certification Of Counsel Re: Order Approving Stipulation Establishing Adequate Assurance Of Payment To The Affiliates Of Verizon Communications, Inc.** was caused to be made on February 27, 2009, in the manner indicated upon the entities identified on the attached service list.

Date:  February 27, 2009                  */s/ Thomas F. Driscoll*
                                                        Thomas F. Driscoll III (No. 4703)

2748818.1