**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X

                        :

*In re*                       :

Nortel Networks Inc., *et al.*, [1]     :

              Debtors.   :

                       :

                       :

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**DECLARATION OF JAMES M. LUKENDA, CIRA IN SUPPORT OF DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND**
**RETENTION OF HURON CONSULTING GROUP *NUNC PRO TUNC* TO FEBRUARY**
**2, 2009 AS ACCOUNTING AND RESTRUCTURING CONSULTANT TO THE**
**DEBTORS AND DEBTORS IN POSSESSION**

I, James M. Lukenda, CIRA, hereby declare that the following is true to the best of my

knowledge, information and belief:

1.      I am a Managing Director of Huron Consulting Services LLC (that practices as

Huron Consulting Group) ("Huron"), a multi-disciplined consulting firm with practices in areas

such as bankruptcy, financial restructuring advisory, and litigation-related services and numerous

offices throughout the country.  I submit this declaration (the "Lukenda Declaration") on behalf

of Huron in support of the Debtors' Application for Entry of an Order Authorizing the

Employment and Retention of Huron Consulting Group *nunc pro tunc* to February 2, 2009 as

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc.
(9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846),
Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems
(U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc.
(6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the
Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Accounting and Restructuring Consultant to the Debtors (the "Application") filed contemporaneously herewith by Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"). Except as otherwise noted, I have personal knowledge of the matters set forth herein and if called as a witness, would testify competently thereto.[2]

### Professional Qualifications

2.    Huron.  Huron is a firm specializing in the provision of turnaround, crisis management, and restructuring services for public and private companies, lenders, equity holders, and impartial constituents (such as examiners or trustees).  Working closely with client management, Huron develops and implements comprehensive turnaround programs that increase value through improving operations and asset performance, refocusing business models, and restructuring debt.

3.    Huron's typical assignments involve: providing valuation, corporate finance, restructuring, and turnaround services to companies and lenders; performing financial investigations, litigation analysis, expert testimony, and forensic accounting for attorneys; and providing strategic planning, operational consulting, strategic sourcing, and organizational and technology assessments in a variety of industries, including transportation, manufacturing, healthcare, higher education, legal, consumer products and energy.

4.    For over 25 years, professionals in Huron's employ have served as advisors to management, creditors, and trustees or examiners. Huron has assisted in bringing numerous companies successfully through the complexities of chapter 11 bankruptcy. Huron's expertise in management, finance, and accounting, combined with its understanding of the complex interests

---

[2]    Certain of the disclosures herein relate to matters within the knowledge of other professionals at Huron and are based on information provided by them.

of stakeholders in a bankruptcy proceeding, allow it to provide the insight stakeholders need to weigh the risks and benefits of bankruptcy filing. Huron offers knowledgeable, practical solutions for every phase of the restructuring process and its valuation services are critical in resolving the competing claims of management, banks, creditors and equity stakeholders in the event of a bankruptcy.

5.     Huron's reorganization services include, but are not limited to: advising management on a strategy to maximize value; designing and implementing turnarounds and reorganizations; leading refinancing and debt restructuring negotiations, and, when a consensual plan cannot be achieved, implementing a chapter 11 strategy to achieve a viable outcome; negotiating with all classes of constituents; communication of a turnaround or recovery plan; development of consensus to implement the optimal strategy; and evaluation of proposed asset sales, debtor-in-possession financing, and bonuses programs.

6.     <u>James M. Lukenda, CIRA</u>. Prior to serving as a Corporate Advisory Services Managing Director with Huron, I was a partner in Arthur Andersen LLP's New York corporate restructuring practice specializing in financial consulting, largely in corporate turnaround, loan workout, and bankruptcy situations.

7.     I have provided assistance to clients with troubled debt restructurings, mergers, acquisitions and dispositions, litigation and claims analysis, fraud investigations, and other financial consulting and bankruptcy assignments. My experience spans numerous industries, including transportation, heavy manufacturing, retailing, electronics, consumer products and distribution, construction and contracting, communications and publishing, real estate, and hospitality.

8.     For over 16 years I have held the designation of Certified Insolvency and Restructuring Advisor (CIRA), a certification of the Association of Insolvency and Restructuring

3

Advisors which requires that the candidate have significant experience in insolvency and restructuring matters, pass a rigorous three part written examination, and demonstrate a high degree of knowledge and skill in the subject matter.

9.     My twenty years of bankruptcy and restructuring experience includes: preparation for testimony on issues of business plans, liquidations, avoidance actions, substantive consolidation and other reorganization and bankruptcy issues; development and evaluation of strategic business plans on behalf of debtors and creditors, including the evaluation of customer and product profitability, store plant profitability, overhead structure and industry viability; analysis for providing expert testimony on business performance, lost profits and underlying claims for damages; preparation and evaluation of valuation reports, including enterprise value and liquidation analyses; negotiation and evaluation of terms of plans of reorganization and underlying post-confirmation documents, and covenants; negotiation and evaluation of out-of-court debt restructuring proposals; negotiation and evaluation of asset and going concern business sales in connection with representation of non-U.S. administrators and receivers; evaluation of alternative liquidation plans for cessation of business of non-U.S. business entities; providing technical and operational support for liquidation and creditor distribution trustees in handling proofs of claim, reserve requirements, taxes and distribution; serving as technical advisor to engagement teams on financial and accounting issues regarding "fresh start" reporting and postpetition and post-confirmation accounting; and analysis and formulation of operating and financial process improvements.

**Services to be Provided**

10.     On or about February 2, 2009, Nortel and Huron reached an agreement on the services Nortel sought from Huron and subsequently entered into the Engagement Agreement (as revised February 11, 2009), a copy of which is attached to the Application as <u>Exhibit C</u> to the

4

Application. The services that Huron will render are described in greater detail in the Engagement Agreement. Any references to or summaries of the Engagement Agreement herein are qualified by the express terms of the Engagement Agreement, which shall govern if there is any conflict.

11.    Pursuant to the Engagement Agreement, Huron will provide accounting and restructuring advice to the Debtors in connection with these chapter 11 cases and will perform such of the following turnaround and restructuring related consulting services as reasonably requested:

a.    Assist the Debtors in the implementation of "Critical Task Plans" that would facilitate the process of the Restructuring by addressing court and other reporting requirements including:

i    Managing the process for compiling and completing the required Statements of Financial Affairs and Schedules of Assets and Liabilities;

ii    Coordinating with the official claims agent to establish the procedures for integrating and reconciling Nortel records with filed claims;

iii    Evaluating and establishing procedures for completing and filing Monthly Operating Reports required by the Office of the United States Trustee;

iv    Addressing Bankruptcy Rule 2015.3 - Periodic Reporting Concerning Related Entities;

b.    Assist management, as requested, in addressing information requests from various parties related to the Restructuring, including but not limited to the official committee of unsecured creditors;

c.    Assist management, as requested, with financial reporting matters in preparation for and resulting from a Restructuring, including assistance with the evaluation of applicable generally accepted accounting principles such as AICPA Statement of Position 90-7 to reporting while under and upon emergence from chapter 11 as relates to reporting to the Office of the United States Trustee, the Securities and Exchange Commission, or other legal or regulatory authorities;

5

d.      Review financial and other information as necessary to assist with the matters related to the Restructuring, including but not limited to assistance with sale processes, calculations of "cure amounts" and other analyses in connection with the assumption or rejection of executory contracts, and the evaluation of potential avoidance actions;

e.      Provide such assistance as may be necessary in connection with the Debtors' effort to review, update, or modify its business plan and its development of the Plan of Reorganization; and

f.      Providing additional services as may be requested in writing from time to time by the Debtors and agreed to by Huron.

12.    Huron's engagement team leaders will consist of financial consultants experienced with the bankruptcy process and managing large projects within the restructuring environment. As may be appropriate, Huron may provide its services through Huron's Canadian affiliate.

13.    Huron's "On-Demand" consultants, to the extent needed for portions of the engagement for work-stream execution and to supplement in-house resources, are identified from a managed pool of experienced contract consultants and matched to the task specific skills required by that portion of the engagement at a lower cost than would otherwise be achievable through the use of full time personnel.

14.    I am the principal Huron consultant responsible for the provision of services to the Debtors, will be available as required, and will supervise Huron's engagement by the Debtors.

## Disclosure of Relationships with Parties in Interest

15.    In connection with the preparation of this Declaration, Huron conducted a relationship search of its contacts with (a) the Debtors and their affiliates; (b) the Debtors' 5% stockholders; (c) the Debtors' significant equity investors; (d) current directors and officers of the Debtors and for the two years prior to the petition date; (e) Debtors' vendors; (f) Debtors'

6

litigants; (g) Debtors' lenders; (h) Debtors' banks and money market funds; (i) Debtors' significant customers; (j) Debtors' landlords; (k) Debtors' insurers; (l) counterparties to Debtors' significant contracts; (m) Debtors' bondholders and trustees; (n) Debtors' proposed professionals; (o) Debtors' major competitors; (p) top 40 unsecured creditors; (q) utilities, and (r) certain other significant parties identified by the Debtors. The parties subject to Huron's review are listed on the accompanying Exhibit I to this Declaration. Huron's review, completed under my supervision, consisted of a query of the names of parties falling within the above listed categories through an internal computer database containing names of individuals and entities that are present or recent former clients of Huron.

16.    Based on the results of such review, except as discussed below, Huron does not have any connection with any of the identified parties in matters related to these proceedings. Huron has provided and likely will continue to provide services unrelated to the Debtors' cases for various parties, creditors, or equity security holders of the Debtors, including those parties listed on Exhibit II to this Declaration. Huron's assistance to these parties has been related to providing various business consulting services and, in those cases indicated, assisting the entity during its own chapter 11 case. To the best of my knowledge, no services have been provided to these parties that involve their rights in the Debtors' cases, nor does Huron's involvement in these cases compromise our ability to continue such consulting services. Huron may in the future provide services to various creditors and other parties in interest in these cases, but only in matters unrelated to the Debtors or these chapter 11 cases.

17.    In November 2003, Huron was engaged by counsel on behalf of the audit committee of the board of directors of Nortel Networks Corporation ("NNC") to assist the audit committee and its legal counsel in conducting an independent investigation into certain accounting matters at NNC. The majority of this work was performed throughout 2004 and

2005, with more limited consulting provided in periods thereafter. Total fees related to this work paid to Huron in the 12 months preceding the Debtors' bankruptcy filing were $10,766. There were no amounts paid to Huron in the 90 days preceding the chapter 11 filings and there are no amounts currently outstanding.

18.    In April 2008 Huron's document review practice provided assistance to Nortel's office of general counsel in connection with the review of certain documents. Total fees related to this matter were $56,968 of which ½ that is due from Nortel's insurer is outstanding. Huron does not intend to assert a claim against the Debtors for this unpaid amount.

19.    Huron has a banking relationship with JP Morgan Chase, Bank of America, Fifth Third Bank, National City (now PNC), and Northern Trust, among other lending institutions. Huron's relationship is on an "arm's length" basis and arrangements are addressed in the normal course of business.

20.    As part of its diverse practice, Huron appears in numerous cases, proceedings and transactions involving many different professionals, including attorneys, accountants and financial advisors, some of whom may represent claimants and parties in interest in the Debtors' chapter 11 cases. Also, Huron has performed in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented and may in the future be represented by attorneys and law firms, some of whom may be involved in these proceedings. In addition, Huron has in the past and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on Huron's current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships is in connection with these cases or causes Huron to hold or represent an interest adverse to the Debtors or their estates with respect to the matters on which Huron is to be employed.

21.     Huron is not a "creditor" of the Debtors within the meaning of section 101(10) of Chapter 11 of Title 11 of the Unites States Code (as amended, the "Bankruptcy Code"). Further, neither I, nor any professional involved on the Huron team, to the best of my knowledge, is a holder of any of the Debtors' public securities.

22.     Further, to the best of my knowledge, neither I, nor any professional involved on the Huron team, have any connection with the United States Trustee or any person employed in the Office of the United States Trustee in this District. In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, Huron neither holds nor represents an interest adverse to the Debtors or their estates with respect to the matters on which Huron is to be employed.

23.     It is Huron's intent to update and expand its relationship search for additional parties in interest as directed by the Debtors in an expedient manner. If any new relevant facts or relationships are discovered or arise which require further disclosure, Huron will promptly file a supplemental declaration.

### Employment Terms and Compensation

24.     Huron's retention is subject to the Court's approval of Huron's Engagement Agreement attached hereto as Exhibit C to the Application. Huron will seek payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Huron, and indemnification as more fully described in Exhibit C to the Application. The compensation Huron seeks for its professionals in these circumstances is equivalent to what is generally charged by Huron for similar services. Huron adjusts its hourly rates periodically and will charge the rate then in effect. The hourly rates currently charged by Huron are:

| | |
|---|---|
| Managing Directors | $650 - $730 |
| Directors | $525 - $620 |

| Managers | $400 - $475 |
| Associates | $325 - $345 |
| Analysts | $230 - $245 |
| On-Demand Consultants | $140 - $300 |

25.     As an accommodation to the Company, Huron has agreed to permanently reduce each month the total of monthly fees invoiced by 10%.  In the event the Bankruptcy Court requires the continuation of interim fee holdbacks beyond each fee application period and hearing, Huron respectfully requests that the Court allow Huron a lesser amount of holdback in recognition of this permanent fee accommodation.

26.     Huron understands that payment of invoices for its work is governed by the Court and such procedures for filing fee statements and notice as may be applicable to the Debtors' chapter 11 cases.

27.     Huron has not received a retainer in this matter.

28.     To the best of my knowledge, (a) no commitments have been made or received by Huron, nor any member thereof, as to compensation or payment in connection with this case other than in accordance with the provisions of the Bankruptcy Code, and (b) Huron has no agreement with any other entity to share with such entity any compensation received by Huron in connection with this chapter 11 case.

29.     Finally, based on its prior discussions and agreements with the Office of the United States Trustee in other cases in this District, and its expectations regarding certain modifications the United States Trustee will request to the Engagement Agreement, Huron has agreed that the order approving Huron's employment contain the following modifications to the terms in Huron's Engagement Agreement:

        a.      Paragraph 2 of the General Business Terms of the Engagement Agreement is modified as follows:  the heading "Independent Contractor" is hereby

10

replaced with the heading "No Agency" and the phrase "an independent contractor and" is hereby deleted from the first sentence of that paragraph.

b.  Subject to the provisions of subparagraph (d) beneath, the Debtors are authorized to indemnify, and to provide reimbursement to, and shall indemnify, and provide reimbursement to, Huron in accordance with the General Business Terms of the Engagement Agreement for any claim arising from, related to, or in connection with the services provided for in the Engagement Agreement, but not for any claim arising from, related to, or in connection with Huron's postpetition performance of any other services unless such postpetition services and indemnification therefore are approved by the Court.

c.  Notwithstanding any indemnification provisions of the General Business Terms of the Engagement Agreement to the contrary, the Debtors shall have no obligation to indemnify Huron or provide reimbursement to Huron (i) for any claim or expense that is judicially determined (the determination having become final) to have arisen from Huron's bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, or willful misconduct, (ii) for a contractual dispute in which the Debtors allege the breach of Huron's contractual obligations unless the Court determines that indemnification or reimbursement would be permissible pursuant to In re United Artists Theatre Co., 315 F.3d 217 (3d Cir. 2003), or (iii) for any claim or expense that is settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by the Court, after notice and a hearing pursuant to subparagraph (d), beneath, to be a claim or expense for which Huron should not receive indemnity or reimbursement under the terms of the Agreement, as modified by this Order.

d.  If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these chapter 11 cases (that order having become final and no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, Huron believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification and/or reimbursement obligations under the Engagement Agreement (as modified by this Order), including without limitation the advancement of defense costs, Huron must file an application therefore in this Court, and the Debtors may not pay any such amounts to Huron before the entry of an order by this Court approving the payment. This subparagraph (d) is intended only to specify the period of time during which the Court shall have jurisdiction over any request for compensation and expenses by Huron for indemnification or reimbursement and is not a provision limiting the duration of the Debtors' obligation to indemnify Huron.

e.  In the event that Huron seeks reimbursement for attorneys' fees from the Debtors pursuant to the Engagement Agreement, the invoices and

11

supporting time records from such attorneys shall be included in Huron's own monthly fee statement and shall be subject to the same payment procedures applicable to professionals in these cases.

f.  Paragraph 8 of the Engagement Agreement's General Business Terms shall apply solely to claims of Huron and the Debtors against each other, and shall not apply if the Debtors or a representative of the estates asserts a claim for, and a court determines by final order that such claim arose out of, Huron's own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, or willful misconduct. Additionally, the phrase "for the portion of the engagement giving rise to liability" is deleted from this paragraph.

g.  Paragraph 11(e) of the Engagement Agreement's General Business Terms, relating to arbitration in the event a dispute arises between the Debtors and Huron, is hereby revised to provide that the arbitration provision shall apply only to the extent that the United States Bankruptcy Court, or the United States District Court if the reference is withdrawn, does not retain jurisdiction over a controversy or claim.

h.  To the extent the order is inconsistent with the Engagement Agreement, this order shall govern.

231.  Based on the foregoing, I believe Huron is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not gold or represent an interest materially adverse to the Debtors or their estates.

Pursuant to section 1746 of title 28 of the United States Code, I herby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:    New York, New York
            February 26, 2009

                        HURON CONSULTING SERVICES LLC

                        _____

                        James M. Lukenda, CIRA
                        Managing Director

EXHIBIT I TO THE
DECLARATION OF
JAMES M. LUKENDA, CIRA

**EXHIBIT I: Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

2

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

3

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

*Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

4

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

***Debtors' Significant Equity Investors***

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

***Current Directors and Officers of the Debtors and for two years prior to the Petition Date***

Current Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

Current Directors and Officers of NNCC

Paul W. Karr
John Doolittle

Jeffrey T. Wood
William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

Current Directors and Officers of Alteon WebSystems, Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Alteon WebSystems International, Inc.

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

6

Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Architel Systems (U.S.) Corporation

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Xros, Inc..

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge

7

William R. Ellis

Current Directors and Officers of Sonoma Systems

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

Current Directors and Officers of Qtera Corporation

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

8

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Optical Components Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks HPOCS Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

Current Directors and Officers of Northern Telecom International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

10

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser

11

Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown

12

Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

*Debtors' Vendors*

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link

13

Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

*Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren

14

Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

### *Debtors' Lenders*

Export Development Canada

### *Debtors' Banks and Money Market Funds*

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### *Debtors' Significant Customers*

Verizon
Korea Telecom · Freetel
AT&T

BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


***Debtors' Landlords***

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio

16

Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP


*Debtors' Insurers*

ACE USA

17

ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company


*Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.


*Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc

BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark

UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### *Debtors' Proposed Professionals*

Lazard Freres & Co., LLC
Morris, Nichols, Arsht & Tunnell LLP

### *Debtors' Major Competitors*

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

### *Top 40 Unsecured Creditors*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate
Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate
Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes,
Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes,
Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GPI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation


*Utilities*
Atmos Energy

22

City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

*Others*

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil

23

Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Cleary Gottlieb Steen & Hamilton LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions

EXHIBIT II TO THE
DECLARATION OF
JAMES M. LUKENDA, CIRA

## EXHIBIT II

### Summary of Relationships

The following is a listing of Parties from Exhibit I with whom Huron Consulting Group ("Huron") has business relationships that are unrelated to the Debtors' chapter 11 cases. In some cases, the party shown below is the direct Huron client and in others, the party may be involved in the matter for which Huron was engaged by another party. In all cases, the matters have no relationship to the Debtors or to the Debtors' chapter 11 cases.

## General relationships

ABN AMRO Bank N.V.
ALLTEL ACI
Alpha Network USA
American Home Assurance Company
Banc of America Securities
Bank of America
Bank of New York
Bank of New York Mellon
Bank of Tokyo Mitsubishi
Barclays' Capital
Bell Micro
BNP of Paribas Prime Brokerage
Broadcom Corporation
California State Teachers Retirement
CBRE Mega Group
Charles Schwab & Co.
CIBC World Markets Inc
Cigna
Cisco Systems Inc.
Citibank
Citigroup Financial Services Corporation
Cleary Gottlieb Steen & Hamilton
Comerica Bank
Continental Casualty Company
Credit Suisse Securities USA / UBS
Securities
Crowell & Moring LLP
Deutsche Bank Securities
Federal Insurance Company Chubb
Fifth Third Bank
Flextronics International
Foundry
GFI Inc.

Goldman Sachs & Co.
Harris Corporation
Hartford Fire Insurance Company
Hewlett Packard
Hitachi Cable
IBM Corporation
Insight Direct USA
ITC Networks
Jabil Circuit Inc.
Jackson Lewis LLP
Jefferies & Co.
Jones Edward D & Co.
JP Morgan Chase Bank
Keybank National Association
Lehman Brothers
Merrill Lynch Pierce Fenner Smith
Microsoft
Morgan Stanley
Morris Nichols Arsht Tunnell LLP
Motorola Corporation
National City Bank
NEC
Northern Trust Company
Oracle Corporation
PNC Bank NA
Qualcomm
Qwest Communications Corporation
RBC Capital Markets Corporation
RBC Dominion Securities
Salomon Brothers
Sanmina SCI Corporation
Shearman & Sterling LLP
Siemens Enterprise

State Street Bank & Trust
Sun Microsystems
Tata American International Corporation
Tata Consultancy Services
Teachers Insurance & Annuity Corp
Teksystems
Tellabs Inc.
UBS

USAA Real Estate Company
Union Bank of California
Verizon
Wachovia Bank NA
Wells Fargo Bank National Association
X CEL Communications LTD
Zurich Insurance Company

Huron as a multi-disciplined consulting firm may currently provide or in the recent past have provided one of more consulting services to the parties listed above, including but not necessarily limited to, forensic accounting assistance, valuation services, strategic sourcing assistance, or corporate advisory assistance. To the best of my knowledge and belief, none of the matters related to Huron's assistance to these parties involved the Debtors or these chapter 11 cases.