## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll, III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Application For An Order Authorizing Employment And Retention Of Huron Consulting Group** *Nunc Pro Tunc* **To February 2, 2009 As Accounting And Restructuring Consultant To The Debtors And Debtors In Possession** was caused to be made on February 27, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: February 27, 2009

_____
Thomas F. Driscoll III (No. 4703)

2748876.1