## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

*In re*                                                    :        Chapter 11

Nortel Networks Inc., *et al.*,[1]                          :        Case No. 09-10138 (KG)

                Debtors.            :        Jointly Administered

                               :        **Hearing date for order attached in Exhibit A:**
                               :        **March 5, 2009 at 10:00 a.m. (EST)(requested)**
                               :        **Objections due for order attached in Exhibit A:**
                               :        **March 4, 2009 at 12:00 noon (EST)(requested)**

                               :        **Hearing date for order attached in Exhibit B:**
                               :        **March 20, 2009 at 11:00 a.m. (EST)**
                               :        **Objections due for order attached in Exhibit B:**
                               :        **March 19, 2009 at 4:00 p.m. (EST)**

-------------------------------------------------------------X

## NOTICE OF DEBTORS' MOTION FOR AN ORDER SEEKING APPROVAL OF KEY EMPLOYEE RETENTION PLAN AND KEY EXECUTIVE INCENTIVE PLAN, AND CERTAIN OTHER RELATED RELIEF

        PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed and served the attached **Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And Key Executive Incentive Plan, And Certain Other Related Relief** (the "Motion").

        PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 4, 2009 at 12:00 noon (Eastern Time)** (Requested) for the portion of the motion going forward on March 5, 2009 and **March 19, 2009 at 4:00 p.m. (Eastern Time)** for the portion of the Motion going forward on March 20, 2009 (the "Relevant Objection Deadline").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

        At the same time, you must serve such Objection to the relevant portion of the Motion on counsel for the Debtors so as to be received by the Relevant Objection Deadline:

        PLEASE TAKE FURTHER NOTICE THAT (I) THE DEBTORS PROPOSE TO HAVE A HEARING ON THE MOTION WITH RESPECT TO THE ORDER ATTACHED AS EXHIBIT A TO THE MOTION ON **MARCH 5, 2009 AT 10:00 A.M.**, (REQUESTED) AND (II) A HEARING ON THE MOTION WILL BE HELD WITH RESPECT TO THE ORDER ATTACHED AS EXHIBIT B TO THE MOTION ON **MARCH 20, 2009 AT 11:00 A.M.** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

        IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


Dated: February 27, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

2749318.1