## CERTIFICATE OF SERVICE

I, Ann C. Cordo , certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of John Dempsey In Support  Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And Key Executive Incentive Plan, And Certain Other Related Relief** was caused to be made on February 27, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated:  February 27, 2009

Ann C. Cordo (No. 4817)

2749324.3