**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al.[1], | ) | Case No: 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE OF COUNSEL AND
DEMAND FOR NOTICES AND PAPERS**

Please take notice that the undersigned firms of Sullivan Hazeltine Allinson LLC and NOSSAMAN LLP, hereby enter their appearance as counsel to Bell Microproducts, Inc. ("Bell") in the above-captioned cases, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| | |
|---|---|
| William D. Sullivan, Esq. | Robert S. McWhorter, Esq. |
| SULLIVAN · HAZELTINE · ALLINSON LLC | NOSSAMAN LLP |
| 4 East 8th Street, Suite 400 | 915 L Street, Suite 1000 |
| Wilmington, DE 19801 | Sacramento, CA 95814 |
| Tel: (302) 428-8191 | Tel: (916) 442-888 |
| Fax: (302) 428-8195 | Fax: (916) 442-0382 |
| E-mail: whazeltine@sha-llc.com | E-mail: rmcwhorter@nossaman.com |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Bell's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Bell is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Bell expressly reserves.

Dated: March 3, 2009
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191 (Tel)
(302) 428-8195 (Fax)
E-mail: bsillivan@sha-llc.com

And

Robert S. McWhorter, Esq.
NOSSAMAN LLP
915 L Street, Suite 1000
Sacramento, CA 95814
Tel: (916) 442-888
Fax: (916) 442-0382
E-mail: rmcwhorter@nossaman.com

*Counsel for Bell Microproducts, Inc.*