## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al.[1], | ) | Case No: 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert S. McWhorter, Esquire to represent Bell Microproducts, Inc. in these jointly administered cases.

Dated: March 3, 2009
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

_____
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
bsullivan@sha-llc.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Pro Hac Vice for McWhorterDOC.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing, and in good standing as a member of the Bar of California, Bar No. 226186, the Bar of Michigan (P49215), the United States District Courts for the Eastern and Northern Districts of California and the Sixth and Ninth Circuit Courts of Appeal, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 26, 2009             NOSSAMAN LLP

By /s/ Robert S. McWhorter
Robert S. McWhorter
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
Email: rmcwhorter@nossaman.com

Attorneys for Creditor,
Bell Microproducts, Inc.

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's motion for admission *pro hac vice* is granted.

Dated:_____      _____
                                    The Honorable Kevin Gross
                                    United States Bankruptcy Judge

111660_1.DOC

## CERTIFICATE OF SERVICE

    I, William D. Sullivan, certify that on March 3, 2009, I served the foregoing *Motion for Pro Hac Vice* on the parties listed below via electronic filing receipt via the Court's electronic filing system.

| | |
|---|---|
| Derek C. Abbott | US Trustee (Delaware) |
| Morris, Nichols, Arsht & Tunnell | 844 King Street, Room 2207 |
| 1201 N. Market Street, P.O. Box 1347 | Lock Box #35 |
| Wilmington, DE  19899 | Wilmington, DE  19899-0035 |

    Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| March 3, 2009 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |