**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
                                                            :   Chapter 11
*In re*                                                     :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :   Jointly Administered
                        Debtors.                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

### STIPULATION OF SETTLEMENT OF RECLAMATION DEMAND OF BOOKHAM TECHNOLOGY PLC.

WHEREAS, on January 14, 2009, Nortel Networks Inc. ("NNI") (the "Debtor") and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, Bookham Technology plc (the "Reclamation Claimant," and together with the Debtor, the "Parties") sent a reclamation demand dated January 27, 2009, to the Debtor asserting a reclamation demand in the amount of $2,408,450 (as such demand may have been supplemented from time to time, the "Reclamation Demand");

WHEREAS, the Debtor has reviewed its books and records in an effort to reconcile such claim;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, the Debtor is prepared to acknowledge that the Reclamation Claimant has asserted a valid demand for reclamation with respect to the goods identified on <u>Exhibit 1</u> attached hereto (the "<u>Settlement Goods</u>") in connection with the settlement of this claim and all claims for reclamation the Reclamation Claimant may have against the Debtors.

WHEREAS, the Debtor and the Reclamation Claimant wish to settle this Reclamation Demand in accordance with the terms set forth in this Stipulation by and through their undersigned counsel;

IT IS HEREBY AGREED AND STIPULATED THAT:

1.  Subject to the approval of this settlement through compliance with the notice and objection procedures set forth in the Reclamation Procedures Order, the Debtor agrees that the Reclamation Demand shall be allowed solely for the goods identified on Exhibit 1, which shall be satisfied as follows: (i) at the Debtor's expense, the Debtor shall ship the goods identified as "Return Quantity" on <u>Exhibit 2</u> (with a total value of $815,450) to the Reclamation Claimant at Shenzen Office, 2 Phoenix Road, Futian Free Trade Zone, Shenzhen 518038, China, or any other address agreed to by the Parties, on or prior to 10 days following the date of receipt of a Return Material Authorization ("<u>RMA</u>") from the Reclamation Claimant, which RMA may be sent by the Reclamation Claimant to the Debtor at any time after the Objection Deadline (as identified in the Notice of Proposed Settlement filed with the Bankruptcy Court), if no objection is filed prior to the Objection Deadline, and (ii) the Debtor shall pay $724,588 to the Reclamation Claimant for the remainder of the allowed claim for the goods identified as "Payment Quantity" in Exhibit 2 on or prior to (a) ten (10) days following the date of the Objection Deadline, if no objection is filed prior to the Objection Deadline or (b) ten (10) days following the date of entry by the Court

of an order approving this settlement, if any objection is filed prior to the Objection Deadline and overruled.

2. Subject to receipt by the Reclamation Claimant of the goods and payment as set forth in paragraph 1 above, this settlement fully resolves the Reclamation Claimant's reclamation demand and any other claims for reclamation the Reclamation Claimant may have against any of the Debtors. The parties agree that the remainder of the Reclamation Demand is not a valid reclamation claim and is deemed disallowed as a reclamation claim.

3. The Reclamation Claimant agrees that upon receipt by the Reclamation Claimant of the goods and payment set forth in paragraph 1 above, the Reclamation Claimant agrees that it has no further claims against the Debtor or its affiliates with respect to the Settlement Goods, whether under section 503(b)(9) of the Bankruptcy Code or otherwise, and hereby waives any such claims to the extent they may exist.

4. Except as set forth in paragraphs 2 and 3 above, this settlement is without prejudice to any other or further claims (including any claims under section 503(b)(9) of the Bankruptcy Code) that the Reclamation Claimant may have against the Debtor or its affiliates with respect to the goods referenced in the Reclamation Demand and not included in the Settlement Goods (except that no claim for reclamation of such goods shall be allowed under section 546 of the Bankruptcy Code or any other applicable law), and any such claims are expressly preserved to the extent they may exist, and the Debtor and its affiliates preserve all such rights, defenses and counterclaims they may have.

5. In the event this settlement is not approved pursuant to the Reclamation Procedures Order, the parties reserve all of their rights and defenses with respect to the Reclamation Demand and this proposed settlement shall not constitute an admission by the

Debtor or its affiliates regarding the validity of the Reclamation Demand or that the Debtor or its affiliates have any liability thereunder.

Dated: March 3, 2009

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| /s/ Lisa M. Schweitzer | /s/ George W. Shuster, Jr. |
| Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: 212-225-2000<br>Fax: 212-225-3999 | George W. Shuster, Jr.<br>60 State St.<br>Boston, MA 02109<br>Tel: 617-526-6000<br>Fax: 617-526-5000 |
| *Counsel for the Debtors and Debtors in Possession* | *Counsel for Bookham Technology plc* |

**EXHIBIT 1**

| Quantity | Bookham Invoice Number | Purchase Order Number | Serial Number | Nortel Part Number |
|---|---|---|---|---|
| 1 | 95114720 | 4503232981 | AZ128386.001 | NTK552AAE5 |
| 1 | 95114720 | 4503232981 | AZ128388.001 | NTK552AAE5 |
| 1 | 95114720 | 4503232981 | AZ128396.001 | NTK552AAE5 |
| 1 | 95114720 | 4503232981 | AZ128406.001 | NTK552AAE5 |
| 1 | 95114720 | 4503232981 | AZ128426.001 | NTK552AAE5 |
| 1 | 95114721 | 4503232982 | AZ127355.001 | NTK552AAE5 |
| 1 | 95114721 | 4503232982 | AZ127795.001 | NTK552AAE5 |
| 1 | 95114721 | 4503232982 | AZ127888.001 | NTK552AAE5 |
| 1 | 95114721 | 4503232982 | AZ128329.001 | NTK552AAE5 |
| 1 | 95114721 | 4503232982 | AZ128340.001 | NTK552AAE5 |
| 1 | 95114721 | 4503232982 | AZ128353.001 | NTK552AAE5 |
| 1 | 95114722 | 4503232983 | AZ127677.001 | NTK552AAE5 |
| 1 | 95114722 | 4503232983 | AZ127759.001 | NTK552AAE5 |
| 1 | 95114722 | 4503232983 | AZ127777.001 | NTK552AAE5 |
| 1 | 95114722 | 4503232983 | AZ127832.001 | NTK552AAE5 |
| 1 | 95114722 | 4503232983 | AZ127874.001 | NTK552AAE5 |
| 1 | 95114722 | 4503232983 | AZ127887.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ127893.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128342.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128351.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128368.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128371.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128380.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128389.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128429.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128463.001 | NTK552AAE5 |
| 1 | 95114723 | 4503232984 | AZ128465.001 | NTK552AAE5 |
| 1 | 95114724 | 4503232985 | AZ127642.001 | NTK552AAE5 |
| 1 | 95114724 | 4503232985 | AZ127667.001 | NTK552AAE5 |
| 1 | 95114724 | 4503232985 | AZ127757.001 | NTK552AAE5 |
| 1 | 95114724 | 4503232985 | AZ127828.001 | NTK552AAE5 |
| 1 | 95114724 | 4503232985 | AZ127882.001 | NTK552AAE5 |
| 1 | 95114724 | 4503232985 | AZ127884.001 | NTK552AAE5 |
| 1 | 95114724 | 4503232985 | AZ127885.001 | NTK552AAE5 |
| 1 | 95114724 | 4503232985 | AZ127886.001 | NTK552AAE5 |
| 1 | 95114725 | 4503232986 | AZ124462.001 | NTK552AAE5 |
| 1 | 95114725 | 4503232986 | AZ127873.001 | NTK552AAE5 |
| 1 | 95114725 | 4503232986 | AZ128408.001 | NTK552AAE5 |
| 1 | 95114725 | 4503232986 | AZ128431.001 | NTK552AAE5 |
| 1 | 95114725 | 4503232986 | AZ128640.001 | NTK552AAE5 |
| 1 | 95114725 | 4503232986 | AZ128704.001 | NTK552AAE5 |
| 1 | 95114725 | 4503232986 | AZ129175.001 | NTK552AAE5 |
| 1 | 95114725 | 4503232986 | AZ129192.001 | NTK552AAE5 |
| 1 | 95114726 | 4503232987 | AZ126036.001 | NTK552AAE5 |
| 1 | 95114726 | 4503232987 | AZ126562.001 | NTK552AAE5 |
| 1 | 95114726 | 4503232987 | AZ128966.001 | NTK552AAE5 |
| 1 | 95114726 | 4503232987 | AZ129161.001 | NTK552AAE5 |
| 1 | 95114727 | 4503232988 | AZ128534.001 | NTK552AAE5 |

| 1 | 95114727 | 4503232988 | AZ128541.001 | NTK552AAE5 |
|---|---|---|---|---|
| 1 | 95114727 | 4503232988 | AZ128698.001 | NTK552AAE5 |
| 1 | 95114727 | 4503232988 | AZ128723.001 | NTK552AAE5 |
| 1 | 95114727 | 4503232988 | AZ128762.001 | NTK552AAE5 |
| 1 | 95114727 | 4503232988 | AZ128913.001 | NTK552AAE5 |
| 1 | 95114727 | 4503232988 | AZ128970.001 | NTK552AAE5 |
| 1 | 95114728 | 4503266376 | AZ128330.001 | NTK552AAE5 |
| 1 | 95114728 | 4503266376 | AZ128397.001 | NTK552AAE5 |
| 1 | 95114728 | 4503266376 | AZ128434.001 | NTK552AAE5 |
| 1 | 95114728 | 4503266376 | AZ128652.001 | NTK552AAE5 |
| 1 | 95114728 | 4503266376 | AZ128654.001 | NTK552AAE5 |
| 1 | 95114728 | 4503266376 | AZ128755.001 | NTK552AAE5 |
| 1 | 95114729 | 4503286695 | AZ129143.001 | NTK552AAE5 |
| 1 | 95114729 | 4503286695 | AZ129164.001 | NTK552AAE5 |
| 1 | 95114729 | 4503286695 | AZ129169.001 | NTK552AAE5 |
| 1 | 95114729 | 4503286695 | AZ129172.001 | NTK552AAE5 |
| 1 | 95114729 | 4503286695 | AZ129189.001 | NTK552AAE5 |
| 1 | 95114729 | 4503286695 | AZ129205.001 | NTK552AAE5 |
| 1 | 95114729 | 4503286695 | AZ129210.001 | NTK552AAE5 |
| 1 | 95113655 | 4503232992 | AZ128580.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128583.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128592.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128613.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128620.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128621.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128624.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128667.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128680.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128682.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128713.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128718.001 | NTK552BAE5 |
| 1 | 95113655 | 4503232992 | AZ128887.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ126726.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128294.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128295.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128316.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128323.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128327.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128450.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128473.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128495.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128503.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128515.001 | NTK552BAE5 |
| 1 | 95113968 | 4503232993 | AZ128523.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ126559.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ126724.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ127573.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ127675.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128347.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128425.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128428.001 | NTK552BAE5 |

| 1 | 95114195 | 4503232994 | AZ128469.001 | NTK552BAE5 |
|---|---|---|---|---|
| 1 | 95114195 | 4503232994 | AZ128470.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128478.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128480.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128499.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128506.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128514.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ128952.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ129138.001 | NTK552BAE5 |
| 1 | 95114195 | 4503232994 | AZ129139.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ126784.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129141.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129240.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129243.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129266.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129293.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129296.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129298.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129305.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129327.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129329.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129354.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129357.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129367.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129375.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129513.001 | NTK552BAE5 |
| 1 | 95114730 | 4503232996 | AZ129538.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ128136.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ128587.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ128724.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ128749.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ128814.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ128840.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ128905.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ128936.001 | NTK552BAE5 |
| 1 | 95114731 | 4503232997 | AZ129299.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128524.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128530.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128531.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128577.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128615.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128630.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128646.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128650.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128659.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ128671.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ129496.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ129541.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ129557.001 | NTK552BAE5 |
| 1 | 95114732 | 4503232998 | AZ129576.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ128899.001 | NTK552BAE5 |

| | | | | |
|---|---|---|---|---|
| 1 | 95114733 | 4503232995 | AZ129427.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129445.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129465.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129469.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129473.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129487.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129542.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129555.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129559.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129568.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129572.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129599.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129619.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129626.001 | NTK552BAE5 |
| 1 | 95114733 | 4503232995 | AZ129633.001 | NTK552BAE5 |
| 1 | 95114734 | 4503266378 | AZ128519.001 | NTK552BAE5 |
| 1 | 95114734 | 4503266378 | AZ128710.001 | NTK552BAE5 |
| 1 | 95114740 | 4503286696 | AZ128679.001 | NTK552BAE5 |
| 1 | 95114740 | 4503286696 | AZ129101.001 | NTK552BAE5 |
| 1 | 95114740 | 4503286696 | AZ129341.001 | NTK552BAE5 |
| 1 | 95114740 | 4503286696 | AZ129362.001 | NTK552BAE5 |
| 1 | 95114740 | 4503286696 | AZ129414.001 | NTK552BAE5 |
| 1 | 95114740 | 4503286696 | AZ129431.001 | NTK552BAE5 |
| 1 | 95114740 | 4503286696 | AZ129478.001 | NTK552BAE5 |
| 1 | 95114740 | 4503286696 | AZ129567.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ128663.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129137.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129297.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129330.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129346.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129359.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129382.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129384.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129396.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129399.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129422.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129482.001 | NTK552BAE5 |
| 1 | 95114744 | 4503266377 | AZ129491.001 | NTK552BAE5 |
| 1 | 95113423 | 4503539080 | SBKHMDR08450297 | NTK586AAE5 |
| 1 | 95113652 | 4503538611 | SBKHMDR08470444 | NTK586AEE5 |
| 1 | 95113653 | 4503539081 | SBKHMDR08480003 | NTK586AEE5 |
| 1 | 95113966 | 4503603500 | SBKHMDR08470225 | NTK586AEE5 |
| 1 | 95113966 | 4503603500 | SBKHMDR08470441 | NTK586AEE5 |
| 1 | 95113966 | 4503603500 | SBKHMDR08470443 | NTK586AEE5 |
| 1 | 95113649 | 4503520911 | SBKHMDR08480286 | NTK586AJE5 |
| 1 | 95113650 | 4503539082 | SBKHMDR08470125 | NTK586AJE5 |
| 1 | 95113650 | 4503539082 | SBKHMDR08480041 | NTK586AJE5 |
| 1 | 95113650 | 4503539082 | SBKHMDR08480049 | NTK586AJE5 |
| 1 | 95113650 | 4503539082 | SBKHMDR08480285 | NTK586AJE5 |
| 1 | 95113651 | 4503539083 | SBKHMDR08460238 | NTK586AJE5 |
| 1 | 95113651 | 4503539083 | SBKHMDR08470431 | NTK586AJE5 |

| 1 | 95113651 | 4503539083 | SBKHMDR08470432 | NTK586AJE5 |
|---|---|---|---|---|
| 1 | 95113651 | 4503539083 | SBKHMDR08470434 | NTK586AJE5 |
| 1 | 95113651 | 4503539083 | SBKHMDR08470437 | NTK586AJE5 |
| 1 | 95113651 | 4503539083 | SBKHMDR08480040 | NTK586AJE5 |
| 1 | 95113651 | 4503539083 | SBKHMDR08480042 | NTK586AJE5 |
| 1 | 95113424 | 4503414542 | SBKHMDR08450317 | NTK586BJE5 |
| 1 | 95113969 | 4503503556 | SBKHMDR08440314 | NTK586CJE5 |
| 1 | 95114717 | 4503083002 | AZ128637.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ128941.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129220.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129277.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129347.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129386.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129425.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129429.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129442.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129453.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129458.001 | NTT830BAE5 |
| 1 | 95114717 | 4503083002 | AZ129467.001 | NTT830BAE5 |
| 1 | 95114737 | 4503408820 | AZ129160.001 | NTT830BAE5 |
| 1 | 95114737 | 4503408820 | AZ129166.001 | NTT830BAE5 |
| 1 | 95114737 | 4503408820 | AZ129195.001 | NTT830BAE5 |
| 1 | 95114737 | 4503408820 | AZ129252.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ128578.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ128674.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ128845.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ128846.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ128891.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129380.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129397.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129402.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129454.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129537.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129550.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129560.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129564.001 | NTT830BAE5 |
| 1 | 95114742 | 4503083002 | AZ129592.001 | NTT830BAE5 |
| 1 | 95114745 | 4503083002 | AZ128788.001 | NTT830BAE5 |
| 1 | 95114745 | 4503083002 | AZ128844.001 | NTT830BAE5 |
| 1 | 95114738 | 4503108837 | AZ129571.001 | NTT830DAE5 |
| 1 | 95114738 | 4503108837 | AZ129573.001 | NTT830DAE5 |
| 1 | 95114738 | 4503108837 | AZ129584.001 | NTT830DAE5 |
| 1 | 95114738 | 4503108837 | AZ129588.001 | NTT830DAE5 |
| 1 | 95114735 | 4503233015 | AZ128901.001 | NTT830FAE5 |
| 1 | 95114735 | 4503233015 | AZ129055.001 | NTT830FAE5 |
| 1 | 95114736 | 4503304201 | AZ129011.001 | NTT830FAE5 |
| 1 | 95114736 | 4503304201 | AZ129086.001 | NTT830FAE5 |
| 1 | 95114736 | 4503304201 | AZ129121.001 | NTT830FAE5 |
| 1 | 95114741 | 4503292695 | AZ129126.001 | NTT830FAE5 |
| 1 | 95114741 | 4503292695 | AZ129167.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ128810.001 | NTT830FAE5 |

| | | | | |
|---|---|---|---|---|
| 1 | 95114743 | 4503233014 | AZ128973.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129031.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129052.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129073.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129076.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129106.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129128.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129159.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129162.001 | NTT830FAE5 |
| 1 | 95114743 | 4503233014 | AZ129495.001 | NTT830FAE5 |
| 1 | 95115080 | 4503539090 | AZ129476.001 | NTT832AAE5 |
| 1 | 95115080 | 4503539090 | AZ129500.001 | NTT832AAE5 |
| 1 | 95115081 | 4503538613 | AZ129499.001 | NTT832AAE5 |
| 1 | 95115081 | 4503538613 | AZ129516.001 | NTT832AAE5 |
| 1 | 95115081 | 4503538613 | AZ129520.001 | NTT832AAE5 |
| 1 | 95115081 | 4503538613 | AZ129593.001 | NTT832AAE5 |
| 1 | 95115082 | 4503538614 | AZ129680.001 | NTT832AAE5 |
| 1 | 95115083 | 4503538615 | AZ129639.001 | NTT832AAE5 |
| 1 | 95115083 | 4503538615 | AZ129676.001 | NTT832AAE5 |
| 1 | 95115083 | 4503538615 | AZ129685.001 | NTT832AAE5 |
| 1 | 95115083 | 4503538615 | AZ129712.001 | NTT832AAE5 |
| 1 | 95115083 | 4503538615 | AZ129717.001 | NTT832AAE5 |
| 1 | 95115084 | 4503538616 | AZ129720.001 | NTT832AAE5 |
| 1 | 95115084 | 4503538616 | AZ129772.001 | NTT832AAE5 |
| 1 | 95115084 | 4503538616 | AZ129785.001 | NTT832AAE5 |
| 1 | 95115084 | 4503538616 | AZ129805.001 | NTT832AAE5 |
| 1 | 95115084 | 4503538616 | AZ129814.001 | NTT832AAE5 |
| 1 | 95115084 | 4503538616 | AZ129826.001 | NTT832AAE5 |
| **Total Quantity of Goods:** | | 280 | | |
| **Total Value of Goods:** | | $1,540,038 | | |
| **Amount to Pay:** | | $724,588 | | |
| **Amount to Return:** | | $815,450 | | |

**EXHIBIT 2**

| Material | Return Quantity | Payment Quantity |
|---|---|---|
| NTK552AAE5 (SLA) | 58 | 9 |
| NTK552BAE5 (MLA) | 82 | 39 |
| NTK586AAE5 | 0 | 1 |
| NTK586AEE5 | 0 | 5 |
| NTK586AJE5 | 10 | 2 |
| NTK586BJE5 | 0 | 1 |
| NTK586CJE5 | 0 | 1 |
| NTK586GJE5 | 0 | 0 |
| NTT830AXE5 | 0 | 0 |
| NTT830BAE5 | 0 | 32 |
| NTT830DAE5 | 0 | 4 |
| NTT830FAE5 | 0 | 18 |
| NTT832AAE5 | 0 | 18 |
| *Total* | 150 | 130 |
| *Dollar Amounts* | $ 815,450 | $ 724,588 |