## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Proposed Settlement Of Reclamation Demand Of Brookham Technology PLC** was caused to be made on March 3, 2009, in the manner indicated upon the entities identified below:

Dated: March 3, 2009

_____
Thomas F. Driscoll III (No. 4703)

**BY HAND DELIVERY:**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

**BY OVERNIGHT MAIL:**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

George W. Shuster, Jr.
Wilmer Cutler Pickering Hale And Dorr LLP
60 State St.
Boston, MA 02109

2758793.1