IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>            Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>)<br>)<br>) Re: Docket No. 288<br>) |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the **Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., to Retain and Employ Ashurst LLP as European Counsel, Nunc Pro Tunc to January 10, 2009** [Docket No. 288] (the "Application"), filed on February 13, 2009.

While the Official Committee of Unsecured Creditors did receive some informal comments from the United States Trustee (the "UST"), the undersigned certifies that he has reviewed the Court's docket in this case and no other answer, objection or other responsive pleading to the Application appears thereon. Objections or responses to the Application (if any) were to be filed and served no later than **February 26, 2009 at 4:00 p.m.**

The Official Committee of Unsecured Creditors addressed the UST's comments and the UST has reviewed and approved a modified proposed form of final order (the "Final Order"). A copy of the Final Order is attached hereto as Exhibit A. A blackline comparing the Final Order against the order as filed with the Application is attached hereto as Exhibit B.

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

RLF1-3373539-1

It is hereby respectfully requested that the Final Order attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

Dated: March 3, 2009
Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S, Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Proposed Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*