## SCHEDULE A

[INSERT LIST OF RELEVANT CONTRACTS]