## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | **Re: Docket No. 289** |
| | ) | |

### CERTIFICATION OF NO OBJECTION

       The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the **Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel, Nunc Pro Tunc to January 22, 2009** [Docket No. 289] (the "Application"), filed on February 13, 2009.

       The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections or responses to the Application (if any) were to be filed and served no later than **February 26, 2009 at 4:00 p.m**.

       It is hereby respectfully requested that an order, substantially in the form as the proposed order attached to the Application attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

Dated: March 3, 2009
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S, Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Proposed Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

## **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

In re :      Chapter 11
:      Case No. 09-10138 (KG)
Nortel Networks Inc., et al., [1] :      Jointly Administered
:
Debtors :      Re: Docket No. 289
:

------------------------------------------------------X

## ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL., TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS CO-COUNSEL, NUNC PRO TUNC TO JANUARY 22, 2009

Upon the application dated February 13, 2009 (the "Application") of the Official

Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al.

(collectively the "Debtors") for an order, pursuant to sections 328(a) and 1103(a) of title 11 of

the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Committee to retain and

employ the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), nunc pro tunc to

January 22, 2009, and upon the Declaration of Fred S. Hodara, Esq., a member of the firm of

Akin Gump, dated February 13, 2009 (the "Hodara Declaration"); and it appearing that the

partners, counsel and associates of Akin Gump who will perform services on behalf of the

Committee in these chapter 11 cases are duly qualified to practice before this Court; and the

Court finding, based on the representations made in the Application and the Hodara Declaration,

that Akin Gump does not represent any interest adverse to the Committee and/or the Debtors'

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

estates with respect to the matters upon which it is to be engaged, that it is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, that its employment is necessary and, in the best interests of the Committee and the Debtors' estates; and finding that adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the Application is approved in its entirety; and it is further

ORDERED, that in accordance with sections 1103(a) and, with respect to Akin Gump's hourly rates, 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Committee is hereby authorized and empowered to employ and retain the firm of Akin Gump as its co-counsel, nunc pro tunc to January 22, 2009, to represent it in these cases under chapter 11 of the Bankruptcy Code and such retention is hereby approved; and it is further

ORDERED that Akin Gump shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable from time to time, and such procedures as may be fixed by order of this Court.


Dated: _____, 2009
      Wilmington, Delaware

                                 _____
                                 HONORABLE KEVIN GROSS
                                 UNITED STATES BANKRUPTCY JUDGE