**EXHIBIT A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                          :
*In re*                                    :    Chapter 11
                                          :
Nortel Networks Inc., *et al.,*[1]          :    Case No. 09-10138 (KG)
                                          :
                    Debtors.               :    Jointly Administered
                                          :
                                          :
-------------------------------------------------------X

## ORDER APPROVING STIPULATION ESTABLISHING ADEQUATE ASSURANCE OF PAYMENT TO THE AFFILIATES OF VERIZON COMMUNICATIONS INC.

Upon the Stipulation Establishing Adequate Assurance of Payment to the Affiliates of Verizon Communications Inc. (the "Stipulation") attached hereto as Exhibit 1 executed by the above captioned debtors and debtors in possession and the affiliates of Verizon Communications Inc., and good cause appearing therefor, and jurisdiction being proper,

IT IS HEREBY ORDERED that the Stipulation is APPROVED AND SO ORDERED.

Dated: _____, 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[4]

               Debtors.

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## STIPULATION ESTABLISHING ADEQUATE ASSURANCE OF PAYMENT TO THE AFFILIATES OF VERIZON COMMUNICATIONS INC.

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") and the affiliates of Verizon Communications Inc. (collectively, "Verizon"),[5] by and through their respective attorneys, represent as follows:

WHEREAS, on or about January 14, 2009 ("Petition Date"), Debtors filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the United States Bankruptcy Code (the "Bankruptcy Code").

---

[4]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[5]     The definition of Verizon includes, without limitation, all wholly-owned subsidiaries of Verizon Communications Inc. (including, without limitation, Verizon Services Corp., Verizon Network Integration Corp., Verizon Business Network Services Inc., Verizon Select Services Inc., MCI Communications, Inc. d/b/a Verizon Business Services and MCI Network Services, Inc., and the operating telephone company subsidiaries of Verizon Communications Inc.) and Cellco Partnership d/b/a Verizon Wireless.

WHEREAS, Verizon furnishes a variety of telecommunications utility services to certain of the Debtors (the "Verizon Services"), Verizon and the Debtors have undertaken to estimate the average monthly billing by Verizon to the Debtors and they have concluded that, as of entry of this Stipulation, in the aggregate, the average monthly billing ("AMB") for the Verizon Services totals approximately $385,502.08 for those accounts identified on Exhibit A attached hereto.

WHEREAS, pursuant to various agreements, Verizon also purchases a variety of services and equipment from certain of the Debtors.

WHEREAS, on or about the Petition Date, the Debtors filed the Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for Interim and Final Orders (I) Restraining Utility Companies From Discontinuing, Altering or Refusing Service, (II) Deeming Utilities Companies Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Assurance (the "Utilities Motion").

WHEREAS, the Debtors and Verizon have conferred in an effort to resolve their disputes related to the Utilities Motion, and to determine the terms under which Verizon will continue to render the Verizon services post-petition.

NOW THEREFORE, in consideration of the foregoing and subject to the approval of the Court, the Debtors and Verizon stipulate and agree as follows:

1.    The Debtors shall pay all invoices issued by Verizon to the Debtors for post-petition Verizon Services provided to the Debtors in the ordinary course of business, and such payments shall be made pursuant to the terms of the applicable agreement between Verizon and the Debtors, in accordance with the terms of such agreement.

2.      All sums owing by the Debtors to Verizon for post-petition Verizon Services shall constitute administrative expenses of the Debtors' estates pursuant to 11 U.S.C. § 503(b) (the "Verizon Administrative Expense Claim").

3.      No later than five business days after entry by the Court of this Stipulation, the Debtors shall deliver to Verizon a non-interest-bearing deposit in the amount of one-half of the AMB.

4.      In the event that the Debtors fail to make a payment required by this Stipulation with respect to the Verizon Services and do not cure such default by 5:00 p.m. prevailing Eastern time on the fourth business day after receipt by the Debtors and their counsel of written notice from Verizon of such default pursuant to paragraph 7 hereof (an "Event of Default"):  (i) Verizon may apply the deposit to make any payments owed by the Debtors to Verizon that are the subject of such Event of Default; (ii) solely to the extent the deposit is inadequate to pay the amounts that are the subject of such Event of Default, Verizon is hereby expressly authorized to retain any sums for post-petition products and services that are or may become due and owing by Verizon to the Debtors to the extent of such unpaid amounts, and to apply such sums against any unpaid amounts owed by the Debtors to Verizon that are the subject of such Event of Default;[6] and (iii) in the event that the amounts set forth in sub-paragraphs (i) and (ii) are insufficient to cure the amounts that are the subject of the Event of Default, Verizon is authorized to terminate services to the Debtors without further order of the Court.  In the event that Verizon applies the deposit as set forth above and does not terminate service, the Debtors shall cause the deposit to be

---

[6]  For the avoidance of doubt, this subparagraph (ii) relates solely to postpetition amounts that may be due or may become due to Verizon in respect of Verizon Services, and the rights granted in this subparagraph (ii) do not and shall not be deemed to constitute an acknowledgement or agreement by the Debtors, or a finding by the Court, that any Verizon entity has any right of setoff or recoupment against any Nortel entity or that any Nortel entity has waived any defense it may have, including without limitation any defense based on mutuality or timing, in respect of any Verizon claim for recoupment or setoff, except as expressly set forth in this subparagraph (ii).

replenished to the face amount within five business days of such application; in the event the Debtors fail to replenish the deposit within such time period, then Verizon is authorized to terminate services to the Debtors without further order of the Court.

5.      Verizon shall return the deposit upon the later of (i) the Effective Date of a Plan of Reorganization of the Debtors, or (ii) the payment in full, after the Effective Date of a Plan of Reorganization of the Debtors, of the Verizon Administrative Expense Claim.

6.      Notice pursuant to any provision of this Stipulation shall be deemed properly given and shall be effective upon being sent by (i) fax (as confirmed by the sender's fax machine) and e-mail, or (ii) overnight delivery, as follows:

<u>DEBTORS</u>

Cleary Gottlieb Steen & Hamilton LLP
James L. Bromley, Esq.
Lisa M. Schweitzer
One Liberty Plaza
New York, New York  10006
(212) 225-2000
Facsimile:  (212) 225-3999
Email: jbromley@cgsh.com

<u>with a copy to:</u>

Nortel Legal Counsel
Attn: Hal Naboshek
2221 Lakeside Boulevard
MS 99114B40
Richardson, TX 75082
(972) 684-5942
Facsimile:  (972) 684-3888
Email: hnaboshe@nortel.com

Nortel Carrier Services Management
Attn: Jill Dowdy
220 Athens Way, Suite 300
Nashville, TN 37228
(615) 432-4593
Facsimile:  (615) 432-5936
Email: jdowdy@nortel.com

- 4 -

<u>VERIZON</u>

Arnall Golden Gregory LLP
Darryl S. Laddin, Esq.
Frank N. White, Esq.
171 17th Street, NW, Suite 2100
Atlanta, Georgia   30363
(404) 873-8500
Facsimile: (404) 873-8121
Email: dladdin@agg.com

<u>with a copy to</u>:

Mr. William G. Cummings
Verizon Communications Inc.
240 East 38th Street, Room 1502
New York, NY  10016
(212) 338-6930
Facsimile:  (212) 687-0379
Email:  william.g.cummings@verizon.com

7.      With respect to any requests by the Debtors for disconnection of service or for additional services from Verizon, Verizon and the Debtors shall comply with the terms set forth in their agreements with each other.  In the event that the Debtors request additional services from Verizon, Verizon shall have the right (but not more than twice in each calendar month) to recalculate the amount of the deposit under paragraph 3 based on one month's anticipated charges for such additional services.  In such event, Verizon shall provide notice to the Debtors and their counsel of the amount necessary to fund the increased deposit.  Within five business days of the Debtors' receipt of such notice, the Debtors shall either (i) increase the deposit by the requested amount, or (ii) notify Verizon that it objects to such amount.  In the event the Debtors object to such amount, the Debtors and Verizon shall negotiate in good faith to determine such amount.  If the Debtors and Verizon are not able to reach agreement within five business days, then Verizon may refuse to provision the additional services, and either party may petition the Court to hold an expedited hearing to determine the amount of such increase.

8.      In the event that the Debtors materially reduce the services obtained from Verizon, Verizon and the Debtors shall (not more than twice in each calendar month) negotiate in good faith to recalculate the amount of the deposit, with the change in such amount being based on one month's estimated charges for such reduced services.  If the Debtors and Verizon are not able to reach agreement within five business days, then either party may petition the Court to hold an expedited hearing to determine such recalculated amount.  For the purposes of paragraphs 8 and 9 hereof, the amount of the deposit shall not be recalculated if the change in the amount of the deposit would be less than $10,000.00.

9.      Nothing contained in this Stipulation shall constitute post-petition assumption or adoption of any agreement pursuant to section 365 of the Bankruptcy Code.  Nor shall anything herein be deemed a waiver by the Debtors or Verizon of any right with respect to the assumption or rejection of any executory contract, or require Verizon to provide any services that Verizon is not contractually or otherwise legally obligated to provide.  Notwithstanding any other provision of this Stipulation, the Debtors and Verizon expressly reserve all of their rights relating to section 365 of the Bankruptcy Code.

10.      The Debtors' compliance with the provisions of this Stipulation shall constitute adequate assurance consented to by Verizon pursuant to Section 366 of the Bankruptcy Code.  In the event of a material adverse change in the liquidity of the Debtors or other material adverse change in the Debtors' circumstances that would affect the Debtors' ability to make a payment under this Stipulation, Verizon shall be entitled to seek from the Court a determination of further or different adequate assurance, and the Debtors reserve all rights to contest such determination sought by Verizon.

11.     This Stipulation and the Order Approving this Stipulation shall be binding upon

any successors or assigns of the parties hereto, including any Chapter 7 or Chapter 11 trustee.


STIPULATED AND AGREED THIS 26th DAY OF FEBRUARY, 2009.


ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (DL-5130)
Frank N. White, Esq.
171 17th Street, N.W., Suite 2100
Atlanta, Georgia  30363
(404) 873-8500

-and-

SMITH, KATZENSTEIN & FURLOW LLP


/s/ Kathleen M. Miller
Kathleen M. Miller, Esq. (No. 2898)
800 Delaware Avenue, 10th Floor
P. O. Box 410
Wilmington, DE  19899
(302) 652-8405


ATTORNEYS FOR VERIZON


CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York  10006
(212) 225-2000

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


/s/ Thomas F. Driscoll III
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19801-1347
(302) 658-9200

ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION

**EXHIBIT A**

## EXHIBIT A

**Nortel Networks**
**Filed Chapter 11 1/14/09**
**District of Delaware**
**Case # 09-10138**

**Average Monthly Billing**

| | |
|---|---|
| Corporate | $189,089.10 |
| MCI International | 31,998.58 |
| VZ Wireless | $88,636.80 |
| ESG-Reg/Retail | 74,216.17 |
| ESG - Non Reg | 1,561.42 |
| **TOTAL** | **385,502.08** |

Summary

**Nortel Networks**
**Filed Chapter 11 1/14/09**
**District of Delaware**
**Case # 09-10138**

| Account # | Name | Nasp ID | Total Billed | Dec-08 |
|---|---|---|---|---|
| Y2333861 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $142,804.80 | $52,084.05 |
| Y2274894 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $40,859.37 | $13,040.83 |
| Y2382674 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $35,768.28 | $10,768.51 |
| Y2449875 | NORTEL - ACCTS PAYABLE | NOTE | $30,582.24 | $10,691.09 |
| Y2274905 | PEC SOLUTIONS INC | NOTE | $17,754.97 | $6,162.16 |
| Y2449874 | NORTEL | NOTE | $22,887.57 | $8,118.81 |
| Y2454438 | NORTEL CENTRE | NOTE | $22,901.88 | $8,118.81 |
| Y2198947 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $14,672.52 | $4,879.76 |
| Y2382677 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $13,620.29 | $3,098.77 |
| Y2274900 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $10,337.59 | $3,662.75 |
| Y2274896 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $10,078.32 | $3,359.44 |
| Y2346440 | NORTEL ACCOUNTS PAYABLE | NOTE | $4,852.60 | $1,619.22 |
| Y2274897 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $9,236.79 | $3,078.93 |
| Y2463027 | NORTEL | NOTE | $6,973.71 | $2,533.81 |
| Y2274904 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $7,143.28 | $2,263.22 |
| Y2382662 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $7,339.05 | $1,993.66 |
| X259150221836 | NORTEL | NOTE | $3,419.50 | $1,709.75 |
| Y2444310 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $5,111.29 | $1,703.23 |
| Y1420545 | ENTRUST TECHNOLOGIES/MCLEAN VA | NOTE | $2,513.56 | $826.05 |
| Y2274898 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $5,287.11 | $1,640.74 |
| Y2333867 | NORTEL | NOTE | $4,895.19 | $2,812.97 |
| X340000118201 | NORTEL NETWORKS | NOTE | $1,937.39 | $649.01 |
| Y2209334 | ENTRUST | NOTE | $1,478.65 | $435.54 |
| X259150225567 | NORTEL CHARLOTTE REMOTE | NOTE | $301.23 | $90.25 |
| Y1714378 | VICTORIA CASE | NOTE | $225.87 | $66.02 |
| Y1651073 | CSC HOME SERVICES | NOTE | $72.49 | $0.00 |
| X259150225653 | NORTEL/CINCINNATI | NOTE | $279.69 | $100.45 |
| Y2184501 | NORTEL | NOTE | $1,095.90 | $365.30 |
| Y2419311 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $1,094.11 | $364.71 |
| Y2382658 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $749.00 | $321.00 |
| Y2184502 | NORTEL | NOTE | $756.00 | $252.00 |
| Y2382668 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $1,009.95 | $407.38 |
| Y2382659 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $328.57 | $104.28 |
| Y2382673 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $1,155.71 | $244.71 |
| X259150226210 | NORTEL HEWITT | NOTE | $156.31 | $16.01 |
| X266000055987 | NORTEL | NOTE | $241.32 | $80.78 |
| Y2382666 | NORTEL NETWORKS | NOTE | $401.26 | $133.74 |
| Y2382671 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $117.26 | $30.58 |
| Y0099267 | VERIZON BUSINESS/NORTEL | NOTE | $0.00 | $0.00 |
| Y1846917 | PEC SOLUTIONS | NOTE | $227.57 | $63.84 |
| Y2454437 | NORTEL ACCOUNTS PAYABLE | NOTE | $0.00 | $0.00 |
| X259150225572 | NORTEL/DURHAM REMOTE | NOTE | $134.63 | $51.32 |
| X259150225769 | NORTEL/AUSTIN SITE | NOTE | $267.08 | $88.82 |
| X259150225663 | NORTEL/RICHARDSON HUB | NOTE | $265.94 | $88.62 |

Corp

| Account # | Name | Nasp ID | Total Billed | Dec-08 |
|---|---|---|---|---|
| Y1441138 | NORTEL NETWORKS | NOTE | $27.39 | $5.86 |
| Y2382667 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $72.73 | $24.25 |
| Y2382670 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $128.60 | $0.00 |
| X259150225755 | NORTEL | NOTE | $10.61 | 0.00 |
| Y2382676 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $6.56 | $1.44 |
| Y1699219 | NORTEL NETWORKS | NOTE | $7.80 | $2.60 |
| Y2382672 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $6.78 | $1.90 |
| X266000056195 | NORTEL | NOTE | $445.93 | $149.30 |
| Y2465442 | NORTEL NETWORKS INC | NOTE | $11,250.70 | $3,284.82 |
| Y0099689 | NORTEL NETWORKS ACCOUNTS PAYAB | NOTE | $123,974.36 | $35,628.97 |
| | | | $567,267.30 | $187,220.06 |

Corp

| Nov-08 | Oct-08 | Average |
|---:|---:|---:|
| $45,835.22 | $44,885.53 | $47,601.60 |
| $13,040.83 | $14,777.71 | $13,619.79 |
| $11,916.29 | $13,083.48 | $11,922.76 |
| $9,949.37 | $9,941.78 | $10,194.08 |
| $6,162.16 | $5,430.65 | $5,918.32 |
| $7,391.56 | $7,377.20 | $7,629.19 |
| $7,391.56 | $7,391.51 | $7,633.96 |
| $4,879.76 | $4,913.00 | $4,890.84 |
| $4,937.98 | $5,583.54 | $4,540.10 |
| $3,662.75 | $3,012.09 | $3,445.86 |
| $3,359.44 | $3,359.44 | $3,359.44 |
| $1,616.69 | $1,616.69 | $1,617.53 |
| $3,078.93 | $3,078.93 | $3,078.93 |
| $2,219.95 | $2,219.95 | $2,324.57 |
| $2,263.22 | $2,616.84 | $2,381.09 |
| $2,744.10 | $2,601.29 | $2,446.35 |
| $1,709.75 | $0.00 | $1,139.83 |
| $1,704.69 | $1,703.37 | $1,703.76 |
| $827.78 | $859.73 | $837.85 |
| $1,640.74 | $2,005.63 | $1,762.37 |
| $1,045.04 | $1,037.18 | $1,631.73 |
| $639.42 | $648.96 | $645.80 |
| $466.34 | $576.77 | $492.88 |
| $88.67 | $122.31 | $100.41 |
| $86.59 | $73.26 | $75.29 |
| $0.00 | $72.49 | $24.16 |
| $89.37 | $89.87 | $93.23 |
| $365.30 | $365.30 | $365.30 |
| $364.74 | $364.66 | $364.70 |
| $214.00 | $214.00 | $249.67 |
| $252.00 | $252.00 | $252.00 |
| $328.63 | $273.94 | $336.65 |
| $114.27 | $110.02 | $109.52 |
| $432.18 | $478.82 | $385.24 |
| $15.07 | $125.23 | $52.10 |
| $80.07 | $80.47 | $80.44 |
| $133.86 | $133.66 | $133.75 |
| $52.46 | $34.22 | $39.09 |
| $0.00 | $0.00 | $0.00 |
| $91.23 | $72.50 | $75.86 |
| $0.00 | $0.00 | $0.00 |
| $50.89 | $32.42 | $44.88 |
| $89.60 | $88.66 | $89.03 |
| $88.50 | $88.82 | $88.65 |

Corp

| Nov-08 | Oct-08 | Average |
|---|---|---|
| $20.09 | $1.44 | $9.13 |
| $24.24 | $24.24 | $24.24 |
| $52.12 | $76.48 | $42.87 |
| 0.00 | 10.61 | $3.54 |
| $4.28 | $0.84 | $2.19 |
| $2.60 | $2.60 | $2.60 |
| $1.10 | $3.78 | $2.26 |
| $147.96 | $148.67 | $148.64 |
| $3,733.16 | $4,232.72 | $3,750.23 |
| $44,895.95 | $43,449.44 | $41,324.79 |
| $190,302.50 | $189,744.74 | $189,089.10 |

Corp

| | 10/08 | 11/08 | 12/08 | Average |
|---|---|---|---|---|
| 86334312 | 7,108.89 | 6,780.74 | 5,746.06 | 6,545.23 |
| 86337152 | 25,626.51 | 25,366.77 | 25,366.77 | 25,453.35 |
| | | | | 31,998.58 |

MCI International

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 220580316 | 2 | $48.92 |
| 220584118 | 2 | $98.15 |
| 220588844 | 2 | $55.32 |
| 220595542 | 2 | $92.15 |
| 220602345 | 2 | $56.87 |
| 220608781 | 2 | $91.89 |
| 220623582 | 2 | $128.60 |
| 220625830 | 2 | $53.08 |
| 220626206 | 2 | $74.67 |
| 220627614 | 2 | $46.64 |
| 220642461 | 2 | $68.64 |
| 220648684 | 2 | $102.96 |
| 220648719 | 2 | $125.58 |
| 220680852 | 2 | $150.25 |
| 220690576 | 2 | $99.96 |
| 220696487 | 2 | $59.79 |
| 220734804 | 2 | $131.72 |
| 220735951 | 2 | $38.79 |
| 220751578 | 2 | $58.09 |
| 220751629 | 2 | $352.17 |
| 220862678 | 2 | $58.11 |
| 220862678 | 2 | $71.17 |
| 220862678 | 2 | $58.11 |
| 220877411 | 2 | $129.20 |
| 220921593 | 2 | $62.40 |
| 220951713 | 2 | $47.41 |
| 220992459 | 2 | $119.50 |
| 221061590 | 2 | $56.83 |
| 221097940 | 2 | $165.87 |
| 221111163 | 2 | $47.54 |
| 221121683 | 2 | $71.56 |
| 221142054 | 2 | $48.81 |
| 221149107 | 2 | $187.49 |
| 221244206 | 2 | $55.46 |
| 221248723 | 2 | $82.95 |
| 221280496 | 2 | $52.67 |
| 221299467 | 2 | $103.80 |
| 221314844 | 2 | $106.57 |
| 221314890 | 2 | $105.42 |
| 221364039 | 2 | $342.14 |
| 221413662 | 2 | $47.41 |
| 221440077 | 2 | $87.21 |
| 221489047 | 2 | $81.07 |
| 260693384 | 2 | $54.18 |
| 270754426 | 2 | $95.87 |
| 270792718 | 2 | $143.93 |
| 270797199 | 2 | $149.08 |
| 270810417 | 2 | $56.05 |
| 270819781 | 2 | $43.45 |
| 270819781 | 2 | $53.39 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 270820474 | 2 | $186.56 |
| 270833983 | 2 | $170.98 |
| 270836376 | 2 | $160.49 |
| 270888336 | 2 | $101.67 |
| 280674767 | 2 | $35.25 |
| 280994331 | 2 | $93.26 |
| 280994815 | 2 | $119.38 |
| 281000869 | 2 | $100.95 |
| 281010794 | 2 | $109.67 |
| 281320274 | 2 | $35.74 |
| 281545806 | 2 | $40.92 |
| 281555215 | 2 | $50.33 |
| 281555301 | 2 | $132.58 |
| 281559660 | 2 | $34.72 |
| 281560129 | 2 | $36.57 |
| 281560166 | 2 | $69.08 |
| 281560166 | 2 | $12.99 |
| 281560166 | 2 | $47.41 |
| 281565167 | 2 | $62.18 |
| 281929107 | 2 | $135.35 |
| 281935776 | 2 | $132.21 |
| 281945537 | 2 | $45.47 |
| 281957503 | 2 | $50.68 |
| 282389293 | 2 | $87.79 |
| 282668332 | 2 | $103.03 |
| 282668332 | 2 | $47.41 |
| 282668419 | 2 | $85.93 |
| 282689395 | 2 | $94.81 |
| 282689986 | 2 | $132.75 |
| 282690033 | 2 | $39.54 |
| 282691196 | 2 | $49.96 |
| 285023451 | 2 | $69.09 |
| 285025379 | 2 | $61.70 |
| 285034236 | 2 | $132.04 |
| 285039986 | 2 | $50.01 |
| 285046210 | 2 | $37.30 |
| 285048460 | 2 | $139.05 |
| 285128356 | 2 | $43.22 |
| 285137060 | 2 | $102.01 |
| 285150207 | 2 | $123.18 |
| 285204196 | 2 | $227.09 |
| 285309350 | 2 | $116.87 |
| 285357989 | 2 | $42.50 |
| 285365547 | 2 | $115.68 |
| 285380252 | 3 | $165.43 |
| 285420498 | 2 | $97.06 |
| 285430654 | 2 | $68.68 |
| 285430654 | 2 | $50.02 |
| 285450610 | 2 | $47.42 |
| 285484046 | 2 | $47.41 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 285502909 | 2 | $47.41 |
| 285545152 | 2 | $141.90 |
| 320542082 | 2 | $104.07 |
| 320563769 | 2 | $99.90 |
| 320594569 | 2 | $56.46 |
| 320595328 | 2 | $98.89 |
| 320595800 | 2 | $47.91 |
| 320596272 | 2 | $72.60 |
| 320596287 | 2 | $60.55 |
| 320596426 | 2 | $45.33 |
| 320596456 | 2 | $105.03 |
| 320597234 | 2 | $148.79 |
| 320597556 | 2 | $380.26 |
| 320608263 | 2 | $61.46 |
| 320608472 | 2 | $36.97 |
| 320608749 | 2 | $77.13 |
| 320608845 | 2 | $47.41 |
| 320608845 | 2 | $169.52 |
| 320608903 | 2 | $57.84 |
| 320611353 | 2 | $35.46 |
| 320611478 | 2 | $107.08 |
| 320615777 | 2 | $145.54 |
| 320620370 | 2 | $83.74 |
| 320623506 | 2 | $37.13 |
| 320630679 | 2 | $98.66 |
| 320631120 | 1 | $80.09 |
| 320631120 | 2 | $49.26 |
| 320631979 | 2 | $73.39 |
| 320632062 | 2 | ($14.96) |
| 320633206 | 3 | $37.75 |
| 320633206 | 3 | $166.20 |
| 320641370 | 2 | $108.48 |
| 320642432 | 2 | $88.58 |
| 320645503 | 2 | $69.14 |
| 320679820 | 2 | $131.23 |
| 320682275 | 2 | $136.18 |
| 320697811 | 2 | $121.73 |
| 320768143 | 2 | $86.31 |
| 320769775 | 2 | $88.53 |
| 320811900 | 2 | $47.42 |
| 320842572 | 2 | $134.25 |
| 320856138 | 2 | $51.72 |
| 320856467 | 2 | $95.20 |
| 320881021 | 2 | $405.85 |
| 320889656 | 2 | $60.85 |
| 320927489 | 2 | $71.51 |
| 321079542 | 2 | $53.10 |
| 321083649 | 2 | $97.72 |
| 321086323 | 2 | $45.65 |
| 321090367 | 2 | $140.98 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 321120487 | 2 | $47.41 |
| 321212842 | 2 | $32.78 |
| 321235277 | 2 | $88.91 |
| 321238524 | 2 | $202.08 |
| 321239255 | 2 | $110.24 |
| 321379252 | 2 | $47.41 |
| 321379252 | 2 | $108.01 |
| 321382797 | 2 | $79.34 |
| 321545824 | 2 | $119.73 |
| 370765310 | 2 | $81.13 |
| 370765343 | 2 | $89.67 |
| 370765674 | 2 | $135.75 |
| 370777210 | 2 | $39.33 |
| 370777942 | 2 | $38.40 |
| 370781775 | 2 | $32.41 |
| 370783157 | 2 | $97.85 |
| 370783157 | 2 | $47.41 |
| 370799518 | 2 | $55.38 |
| 370799518 | 2 | $53.40 |
| 370809732 | 2 | $53.49 |
| 370813314 | 2 | $100.87 |
| 370820473 | 2 | $76.80 |
| 370879011 | 2 | $63.21 |
| 371035721 | 2 | $53.21 |
| 371035721 | 2 | $110.65 |
| 371073959 | 2 | $102.19 |
| 371109546 | 2 | $82.21 |
| 371289889 | 2 | $35.07 |
| 380822382 | 2 | $112.94 |
| 380822382 | 2 | $16.26 |
| 380999324 | 2 | $47.41 |
| 381000422 | 2 | $94.95 |
| 381003530 | 2 | $95.43 |
| 381006582 | 2 | $43.76 |
| 381558037 | 2 | $43.14 |
| 381558752 | 2 | $53.75 |
| 381561685 | 2 | $46.87 |
| 381562139 | 2 | $112.45 |
| 381562281 | 2 | $96.70 |
| 381563252 | 2 | $34.72 |
| 381563381 | 2 | $91.53 |
| 381563395 | 2 | $67.66 |
| 381563542 | 2 | $116.84 |
| 381564418 | 2 | $122.86 |
| 381564486 | 2 | $140.75 |
| 381584888 | 2 | $34.73 |
| 382661869 | 2 | $180.20 |
| 382667977 | 2 | $191.23 |
| 382669293 | 2 | $35.93 |
| 382689409 | 2 | $83.13 |

| CUST_ID | ACCT_NU | AvgServiceRev |
|---|---|---|
| 382690029 | 2 | $142.35 |
| 382690059 | 2 | $90.66 |
| 382693065 | 2 | $103.26 |
| 382693092 | 2 | $123.46 |
| 382693599 | 2 | $73.77 |
| 382694065 | 2 | $122.46 |
| 382694340 | 2 | $84.39 |
| 382695331 | 2 | $89.52 |
| 382695716 | 2 | $117.93 |
| 382697066 | 2 | $120.81 |
| 382700542 | 2 | $97.91 |
| 382700554 | 2 | $138.88 |
| 385025466 | 2 | $153.98 |
| 385033344 | 2 | $71.10 |
| 385034152 | 2 | $136.06 |
| 385122145 | 2 | $111.53 |
| 385127878 | 2 | $103.97 |
| 385128709 | 2 | $71.50 |
| 385158567 | 2 | $75.82 |
| 385189663 | 2 | $94.29 |
| 385199792 | 2 | $60.01 |
| 385199792 | 1 | $163.72 |
| 385301747 | 2 | $35.57 |
| 385336327 | 2 | $122.02 |
| 385380262 | 2 | $68.56 |
| 385421776 | 2 | $121.60 |
| 385478330 | 2 | $51.31 |
| 385496805 | 2 | $93.19 |
| 385546538 | 2 | $134.99 |
| 385568469 | 2 | $132.15 |
| 385683767 | 2 | $137.46 |
| 385702748 | 2 | $69.23 |
| 420511073 | 2 | $76.81 |
| 420547583 | 2 | $97.18 |
| 420579159 | 2 | $87.94 |
| 420582117 | 2 | $36.62 |
| 420587630 | 2 | $97.59 |
| 420597197 | 2 | $41.69 |
| 420598460 | 2 | $77.39 |
| 420603246 | 2 | $124.62 |
| 420604173 | 2 | $47.41 |
| 420604173 | 2 | $95.10 |
| 420608426 | 2 | $93.12 |
| 420608841 | 2 | $147.21 |
| 420611731 | 2 | $35.41 |
| 420612374 | 2 | $67.41 |
| 420615916 | 2 | $138.00 |
| 420625540 | 2 | $152.93 |
| 420625574 | 2 | $35.96 |
| 420630690 | 2 | $92.77 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 420630725 | 2 | $72.89 |
| 420632963 | 2 | $81.20 |
| 420641347 | 2 | $176.44 |
| 420641520 | 2 | $178.83 |
| 420665817 | 2 | $124.64 |
| 420680066 | 2 | $94.40 |
| 420681030 | 2 | $53.01 |
| 420717719 | 2 | $49.25 |
| 420717719 | 2 | $80.93 |
| 420762455 | 2 | $98.38 |
| 420803300 | 2 | $82.46 |
| 420806840 | 2 | $103.82 |
| 420817706 | 2 | $71.40 |
| 420817706 | 2 | $58.18 |
| 420839490 | 2 | $77.44 |
| 420871914 | 2 | $112.35 |
| 420910147 | 2 | $83.37 |
| 420913634 | 2 | $102.39 |
| 420917775 | 2 | $132.63 |
| 420922285 | 2 | $164.58 |
| 421057341 | 2 | $63.21 |
| 421065320 | 2 | $35.57 |
| 421067461 | 2 | $95.97 |
| 421068832 | 2 | $36.32 |
| 421069229 | 2 | $35.41 |
| 421078844 | 2 | $56.99 |
| 421083659 | 2 | $36.09 |
| 421101135 | 2 | $59.65 |
| 421109238 | 2 | $144.27 |
| 421140993 | 2 | $120.96 |
| 421142279 | 2 | $72.19 |
| 421143039 | 2 | $47.41 |
| 421218582 | 2 | $55.13 |
| 421238511 | 2 | $58.03 |
| 421255427 | 2 | $64.89 |
| 421273495 | 2 | $47.54 |
| 421281652 | 2 | $114.44 |
| 421289982 | 2 | $108.81 |
| 421304192 | 2 | $47.41 |
| 421322845 | 2 | $70.08 |
| 421356188 | 2 | $71.17 |
| 421568035 | 2 | $76.14 |
| 421568035 | 2 | $83.79 |
| 421573021 | 2 | $47.21 |
| 421604778 | 2 | $66.37 |
| 421615364 | 2 | $160.87 |
| 470755739 | 2 | $145.56 |
| 470755739 | 2 | $47.41 |
| 470765441 | 2 | $39.41 |
| 470792710 | 2 | $111.63 |

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 470792710 | 2 | $63.21 |
| 470797226 | 2 | $47.41 |
| 470804708 | 2 | $93.01 |
| 470804711 | 2 | $49.40 |
| 470978138 | 2 | $103.18 |
| 471109489 | 2 | $126.72 |
| 480998839 | 2 | $92.48 |
| 481003408 | 2 | $47.41 |
| 481558308 | 2 | $115.83 |
| 481559607 | 2 | $36.44 |
| 481561662 | 2 | $47.41 |
| 481561662 | 2 | $124.75 |
| 481570834 | 2 | $106.88 |
| 481572045 | 2 | $116.10 |
| 481589293 | 2 | $39.02 |
| 481927868 | 2 | $34.73 |
| 481929845 | 2 | $71.85 |
| 481933175 | 2 | $61.35 |
| 481934791 | 2 | $53.02 |
| 481959173 | 2 | $110.23 |
| 481962538 | 2 | $140.06 |
| 482663761 | 2 | $127.69 |
| 482664457 | 2 | $111.02 |
| 482664525 | 2 | $72.46 |
| 482669246 | 2 | $65.04 |
| 482690011 | 2 | $35.51 |
| 482690470 | 2 | $70.94 |
| 482690500 | 2 | $57.62 |
| 482693097 | 2 | $105.57 |
| 482694377 | 2 | $166.92 |
| 482699581 | 2 | $117.25 |
| 485030495 | 2 | $90.96 |
| 485036967 | 2 | $91.43 |
| 485039094 | 2 | $84.83 |
| 485050960 | 2 | $57.39 |
| 485061271 | 2 | $155.25 |
| 485112274 | 2 | $101.86 |
| 485126392 | 2 | $47.41 |
| 485133488 | 2 | $74.52 |
| 485162250 | 2 | $87.36 |
| 485214582 | 2 | $144.64 |
| 485317681 | 2 | $68.11 |
| 485317721 | 2 | $110.77 |
| 485320808 | 2 | $175.46 |
| 485351576 | 2 | $47.41 |
| 485357979 | 2 | $114.21 |
| 485367547 | 2 | $52.11 |
| 485367583 | 2 | $47.41 |
| 485385564 | 2 | $38.28 |
| 485493377 | 2 | $121.19 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 485667772 | 2 | $114.08 |
| 485727684 | 2 | $143.56 |
| 520547647 | 2 | $89.54 |
| 520568041 | 2 | $90.66 |
| 520568308 | 2 | $137.29 |
| 520575948 | 2 | $35.65 |
| 520581411 | 2 | $43.73 |
| 520581443 | 2 | $96.00 |
| 520588880 | 2 | $37.01 |
| 520596674 | 2 | $91.83 |
| 520597201 | 2 | $323.83 |
| 520597214 | 2 | $124.18 |
| 520597219 | 2 | $156.44 |
| 520603232 | 2 | $91.46 |
| 520605482 | 2 | $100.96 |
| 520608890 | 2 | $60.39 |
| 520610441 | 2 | $140.50 |
| 520611298 | 2 | $157.11 |
| 520611369 | 2 | $74.87 |
| 520615889 | 2 | $36.74 |
| 520623703 | 2 | $57.23 |
| 520631860 | 2 | $47.32 |
| 520633081 | 2 | $100.72 |
| 520634264 | 2 | $36.77 |
| 520642517 | 2 | $90.26 |
| 520645503 | 2 | $49.25 |
| 520656463 | 2 | $114.85 |
| 520671258 | 2 | $98.90 |
| 520687212 | 2 | $44.77 |
| 520730187 | 2 | $41.40 |
| 520813366 | 2 | $53.65 |
| 520818499 | 2 | $81.35 |
| 520848109 | 2 | $85.74 |
| 520854024 | 2 | $120.45 |
| 520857117 | 2 | $58.62 |
| 520862630 | 2 | $126.21 |
| 520904604 | 2 | $122.56 |
| 520918725 | 2 | $154.03 |
| 520927034 | 2 | $87.14 |
| 520944399 | 2 | $53.70 |
| 520981942 | 2 | $88.28 |
| 520982004 | 2 | $135.03 |
| 521063668 | 2 | $99.30 |
| 521065403 | 2 | $141.91 |
| 521079989 | 2 | $73.83 |
| 521083574 | 2 | $186.08 |
| 521083574 | 2 | $53.47 |
| 521097204 | 2 | $127.13 |
| 521108985 | 2 | $54.88 |
| 521147064 | 2 | $188.80 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---|---|---|
| 521202614 | 2 | $170.42 |
| 521225510 | 3 | $47.41 |
| 521289537 | 2 | $52.74 |
| 521291776 | 2 | $49.26 |
| 521303983 | 2 | $115.55 |
| 521389187 | 2 | $95.13 |
| 521429404 | 2 | $65.31 |
| 521448437 | 2 | $47.24 |
| 521539242 | 2 | $187.28 |
| 521544013 | 2 | $137.25 |
| 521569157 | 2 | $57.04 |
| 521605749 | 2 | $540.11 |
| 521614451 | 2 | $160.48 |
| 570760590 | 2 | $75.94 |
| 570762486 | 2 | $98.97 |
| 570765566 | 2 | $65.62 |
| 570769166 | 2 | $85.62 |
| 570772536 | 2 | $167.43 |
| 570772737 | 2 | $122.51 |
| 570777928 | 2 | $134.56 |
| 570777940 | 2 | $66.09 |
| 570779600 | 2 | $89.12 |
| 570788912 | 2 | $47.41 |
| 570789659 | 2 | $159.94 |
| 570792746 | 2 | $128.51 |
| 570804709 | 2 | $95.09 |
| 570812436 | 2 | $75.20 |
| 570875626 | 2 | $32.35 |
| 571022301 | 2 | $127.19 |
| 571036828 | 2 | $91.57 |
| 571088140 | 2 | $118.88 |
| 571172642 | 2 | $47.81 |
| 571183858 | 2 | $47.41 |
| 571183858 | 2 | $120.32 |
| 580675192 | 2 | $81.64 |
| 580988539 | 2 | $132.04 |
| 581002089 | 2 | $48.51 |
| 581003280 | 2 | $106.38 |
| 581003422 | 2 | $93.68 |
| 581010529 | 2 | $91.95 |
| 581344131 | 2 | $42.58 |
| 581555372 | 2 | $99.06 |
| 581557903 | 2 | $115.60 |
| 581557980 | 2 | $66.17 |
| 581559627 | 2 | $89.45 |
| 581563351 | 2 | $110.19 |
| 581564214 | 2 | $145.49 |
| 581564354 | 2 | $105.50 |
| 581569763 | 2 | $57.26 |
| 582667530 | 2 | $127.07 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---|---|---|
| 582691659 | 2 | $55.91 |
| 582692217 | 2 | $113.87 |
| 582694213 | 2 | $105.53 |
| 585030792 | 2 | $40.04 |
| 585039100 | 2 | $40.69 |
| 585039942 | 2 | $103.57 |
| 585088354 | 2 | $143.49 |
| 585141572 | 2 | $67.30 |
| 585167463 | 2 | $105.94 |
| 585256581 | 2 | $79.93 |
| 585259045 | 2 | $94.52 |
| 585331800 | 2 | $51.93 |
| 585357967 | 2 | $74.53 |
| 585358002 | 2 | $110.29 |
| 585376316 | 2 | $91.94 |
| 585378247 | 2 | $136.80 |
| 585450681 | 2 | $71.90 |
| 585532595 | 2 | $212.31 |
| 585627827 | 2 | $165.25 |
| 585735941 | 2 | $170.70 |
| 620579165 | 2 | $155.17 |
| 620579165 | 2 | $52.40 |
| 620579205 | 2 | $91.74 |
| 620579388 | 2 | $132.15 |
| 620588811 | 2 | $68.42 |
| 620588855 | 2 | $106.13 |
| 620591098 | 2 | $35.41 |
| 620597198 | 2 | $52.07 |
| 620597787 | 2 | $84.11 |
| 620598280 | 2 | $70.84 |
| 620604174 | 2 | $79.51 |
| 620604255 | 2 | $56.02 |
| 620605910 | 2 | $40.00 |
| 620608927 | 2 | $97.47 |
| 620611375 | 2 | $173.62 |
| 620626614 | 2 | $116.35 |
| 620626882 | 2 | $36.05 |
| 620632960 | 2 | $37.47 |
| 620633954 | 2 | $87.10 |
| 620633970 | 2 | $108.25 |
| 620634234 | 2 | $106.98 |
| 620641431 | 2 | $120.11 |
| 620641672 | 2 | $324.82 |
| 620678654 | 2 | $130.76 |
| 620679722 | 2 | $80.67 |
| 620682497 | 2 | $53.13 |
| 620687409 | 2 | $160.68 |
| 620689727 | 2 | $110.63 |
| 620721021 | 2 | $35.57 |
| 620839552 | 2 | $79.83 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---|---|---|
| 620934897 | 2 | $91.19 |
| 620938254 | 2 | $242.19 |
| 620947157 | 2 | $292.53 |
| 621077861 | 2 | $39.02 |
| 621086737 | 2 | $90.09 |
| 621097841 | 2 | $117.97 |
| 621100630 | 2 | $117.22 |
| 621110673 | 2 | $83.48 |
| 621127142 | 2 | $162.21 |
| 621166693 | 2 | $154.00 |
| 621218585 | 2 | $54.00 |
| 621249318 | 2 | $152.07 |
| 621253999 | 2 | $167.44 |
| 621280512 | 2 | $62.58 |
| 621402235 | 2 | $49.26 |
| 621527022 | 2 | $122.54 |
| 621535231 | 2 | $147.14 |
| 621572494 | 2 | $167.82 |
| 670765650 | 2 | $123.78 |
| 670782501 | 2 | $129.44 |
| 670784750 | 2 | $78.58 |
| 670786970 | 2 | $93.68 |
| 670788899 | 2 | $91.91 |
| 670792718 | 2 | $63.21 |
| 670792718 | 2 | $99.31 |
| 670792998 | 2 | $37.63 |
| 670797197 | 2 | $120.73 |
| 670797198 | 2 | $75.82 |
| 670797198 | 2 | $47.42 |
| 670800184 | 2 | $61.65 |
| 670804707 | 2 | $127.79 |
| 670825499 | 2 | $32.33 |
| 670834737 | 2 | $533.20 |
| 670868494 | 2 | $53.52 |
| 670870629 | 2 | $194.97 |
| 670908841 | 2 | $32.35 |
| 670962204 | 2 | $76.79 |
| 671087410 | 2 | $76.92 |
| 671362903 | 2 | $218.41 |
| 671362903 | 2 | $68.81 |
| 671402559 | 2 | $542.88 |
| 680330664 | 2 | $161.02 |
| 680995373 | 2 | $63.69 |
| 681000870 | 2 | $47.41 |
| 681004209 | 2 | $70.07 |
| 681305190 | 2 | $36.13 |
| 681553089 | 2 | $54.39 |
| 681557034 | 2 | $84.78 |
| 681560091 | 2 | $122.09 |
| 681561963 | 2 | $45.95 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 681562658 | 2 | $100.42 |
| 681563219 | 2 | $34.83 |
| 681935746 | 2 | $48.17 |
| 682425944 | 2 | $125.43 |
| 682664777 | 2 | $91.90 |
| 682668337 | 2 | $75.40 |
| 682669299 | 2 | $74.26 |
| 682689984 | 2 | $55.93 |
| 682691602 | 2 | $82.28 |
| 682694217 | 2 | $146.22 |
| 682694409 | 2 | $85.68 |
| 682702190 | 2 | $123.85 |
| 682702233 | 2 | $68.64 |
| 685025886 | 2 | $83.50 |
| 685028364 | 2 | $120.66 |
| 685031108 | 2 | $119.03 |
| 685032388 | 2 | $53.40 |
| 685087465 | 2 | $37.73 |
| 685195152 | 2 | $203.81 |
| 685209213 | 2 | $69.07 |
| 685258935 | 2 | $105.92 |
| 685318808 | 2 | $96.15 |
| 685326193 | 2 | $96.54 |
| 685326193 | 2 | $47.41 |
| 685421055 | 2 | $88.95 |
| 685465995 | 2 | $53.47 |
| 685465995 | 2 | $138.56 |
| 685493417 | 2 | $127.51 |
| 685502526 | 2 | $162.13 |
| 685509577 | 2 | $106.55 |
| 685587035 | 2 | $165.97 |
| 685591497 | 2 | $89.59 |
| 685651748 | 2 | $37.65 |
| 685718268 | 2 | $110.58 |
| 720539869 | 2 | $35.41 |
| 720563914 | 2 | $61.26 |
| 720567468 | 2 | $48.38 |
| 720580313 | 2 | $80.20 |
| 720580389 | 2 | $81.68 |
| 720588944 | 2 | $78.11 |
| 720595510 | 2 | $48.98 |
| 720596591 | 2 | $170.90 |
| 720597195 | 2 | $102.00 |
| 720601150 | 2 | $116.37 |
| 720604272 | 2 | $106.73 |
| 720604291 | 2 | $95.90 |
| 720605401 | 2 | $40.64 |
| 720609376 | 2 | $53.79 |
| 720610416 | 2 | $131.80 |
| 720610434 | 2 | $81.24 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 720612542 | 2 | $131.72 |
| 720617077 | 2 | $109.63 |
| 720623717 | 2 | $40.23 |
| 720625659 | 2 | $134.66 |
| 720627631 | 2 | $53.40 |
| 720631808 | 2 | $140.39 |
| 720633318 | 2 | $84.03 |
| 720634003 | 2 | $131.22 |
| 720638233 | 2 | $97.58 |
| 720642426 | 2 | $100.19 |
| 720647581 | 2 | $108.81 |
| 720648702 | 2 | $100.56 |
| 720665397 | 2 | $122.80 |
| 720682152 | 2 | $137.59 |
| 720805223 | 2 | $37.13 |
| 720878429 | 2 | $60.42 |
| 720910165 | 2 | $97.00 |
| 720911172 | 2 | $126.02 |
| 720917844 | 2 | $65.74 |
| 720917844 | 2 | $147.60 |
| 720932562 | 2 | $96.25 |
| 720936459 | 2 | $242.35 |
| 721067275 | 2 | $95.48 |
| 721076661 | 2 | $42.14 |
| 721096771 | 2 | $35.42 |
| 721128868 | 2 | $38.88 |
| 721134157 | 2 | $64.49 |
| 721150120 | 2 | $82.39 |
| 721218785 | 2 | $53.33 |
| 721255451 | 2 | $52.67 |
| 721257469 | 2 | $47.41 |
| 721271066 | 2 | $52.74 |
| 721301966 | 2 | $148.26 |
| 721331248 | 2 | $92.09 |
| 721474183 | 2 | $157.80 |
| 721585491 | 2 | $197.06 |
| 721601129 | 2 | $394.06 |
| 770777934 | 2 | $62.50 |
| 770786680 | 2 | $114.07 |
| 770788931 | 2 | $106.19 |
| 770792724 | 2 | $289.44 |
| 770803936 | 2 | $103.76 |
| 770804146 | 2 | $85.65 |
| 770813169 | 2 | $66.51 |
| 770839263 | 2 | $104.85 |
| 770878902 | 2 | $51.20 |
| 771073982 | 2 | $32.52 |
| 771088138 | 2 | $175.88 |
| 771117303 | 2 | $53.45 |
| 780998632 | 2 | $131.58 |

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 781548938 | 2 | $36.06 |
| 781555826 | 2 | $121.88 |
| 781557973 | 2 | $46.54 |
| 781558804 | 2 | $128.87 |
| 781558895 | 2 | $169.81 |
| 781561968 | 2 | $38.97 |
| 781563485 | 2 | $109.10 |
| 781566654 | 2 | $171.40 |
| 781577899 | 2 | $126.75 |
| 781583359 | 2 | $103.74 |
| 782663352 | 2 | $49.00 |
| 782664499 | 2 | $161.21 |
| 782665070 | 2 | $107.33 |
| 782668426 | 2 | $75.58 |
| 782691196 | 2 | $37.48 |
| 782691660 | 2 | $102.46 |
| 782691674 | 2 | $129.03 |
| 782694190 | 2 | $178.36 |
| 782709723 | 2 | $117.21 |
| 785026999 | 2 | $135.88 |
| 785030496 | 2 | $92.36 |
| 785034299 | 2 | $119.58 |
| 785037161 | 2 | $98.23 |
| 785043630 | 2 | $98.88 |
| 785099727 | 2 | $288.29 |
| 785149414 | 2 | $89.11 |
| 785159487 | 2 | $261.02 |
| 785180565 | 2 | $114.96 |
| 785214943 | 2 | $146.47 |
| 785214943 | 2 | $77.96 |
| 785296039 | 2 | $112.30 |
| 785296971 | 2 | $87.65 |
| 785322734 | 2 | $122.38 |
| 785323753 | 2 | $112.12 |
| 785331488 | 2 | $124.39 |
| 785357956 | 2 | $50.80 |
| 785470302 | 2 | $36.22 |
| 785499316 | 2 | $149.86 |
| 785504447 | 2 | $219.52 |
| 785525971 | 2 | $97.70 |
| 785582120 | 2 | $150.52 |
| 785700032 | 2 | $130.88 |
| 803929963 | 2 | $235.27 |
| 803929963 | 2 | $47.41 |
| 820546843 | 2 | $101.78 |
| 820558388 | 2 | $59.17 |
| 820564487 | 2 | $36.74 |
| 820565670 | 2 | $103.34 |
| 820567427 | 2 | $42.63 |
| 820579256 | 2 | $71.43 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 820580332 | 2 | $152.43 |
| 820581405 | 2 | $60.49 |
| 820583272 | 2 | $56.11 |
| 820589260 | 2 | $69.06 |
| 820596692 | 2 | $37.67 |
| 820598636 | 2 | $86.45 |
| 820608386 | 2 | $35.67 |
| 820615865 | 2 | $46.02 |
| 820617014 | 2 | $90.33 |
| 820617044 | 2 | $39.22 |
| 820617399 | 2 | $64.60 |
| 820623750 | 2 | $87.70 |
| 820625668 | 2 | $116.61 |
| 820626601 | 2 | $47.41 |
| 820626601 | 2 | $118.13 |
| 820626870 | 2 | $35.51 |
| 820630666 | 2 | $88.98 |
| 820630755 | 2 | $92.68 |
| 820631904 | 2 | $126.16 |
| 820634408 | 2 | $73.80 |
| 820641537 | 2 | $52.40 |
| 820642422 | 2 | $49.30 |
| 820642530 | 2 | $74.01 |
| 820645552 | 2 | $96.34 |
| 820688339 | 2 | $73.13 |
| 820694285 | 2 | $47.41 |
| 820697800 | 2 | $124.78 |
| 820709493 | 2 | $125.89 |
| 820770588 | 2 | $49.25 |
| 820785126 | 2 | $207.70 |
| 820840089 | 2 | $99.27 |
| 820971779 | 2 | $50.51 |
| 820979812 | 2 | $100.32 |
| 821007395 | 2 | $86.46 |
| 821061742 | 2 | $134.58 |
| 821063477 | 2 | $73.13 |
| 821111923 | 2 | $89.28 |
| 821121766 | 2 | $49.26 |
| 821140451 | 2 | $24.81 |
| 821142175 | 2 | $72.89 |
| 821152487 | 2 | $177.30 |
| 821180461 | 2 | $39.91 |
| 821188612 | 2 | $36.71 |
| 821226067 | 2 | $35.17 |
| 821232121 | 2 | $67.87 |
| 821280594 | 2 | $84.43 |
| 821321764 | 1 | $84.27 |
| 821364729 | 2 | $92.57 |
| 821390791 | 2 | $103.15 |
| 821409437 | 2 | $152.91 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 870754374 | 2 | $32.41 |
| 870765317 | 2 | $53.52 |
| 870765317 | 2 | $47.41 |
| 870778662 | 2 | $119.72 |
| 870779397 | 2 | $170.88 |
| 870786716 | 2 | $247.24 |
| 870788901 | 2 | $57.49 |
| 870792713 | 2 | $47.75 |
| 870803973 | 2 | $96.27 |
| 870803976 | 2 | $47.41 |
| 870817816 | 2 | $49.45 |
| 870878954 | 2 | $66.51 |
| 870975287 | 2 | $126.71 |
| 871048321 | 2 | $107.58 |
| 871075501 | 2 | $36.75 |
| 871079715 | 2 | $33.81 |
| 880999144 | 2 | $112.53 |
| 881003397 | 2 | $129.69 |
| 881010662 | 2 | $51.78 |
| 881325762 | 2 | $119.57 |
| 881545807 | 2 | $35.66 |
| 881548445 | 2 | $229.21 |
| 881561036 | 2 | $51.66 |
| 881562266 | 2 | $92.23 |
| 881572160 | 2 | $37.50 |
| 881584886 | 2 | $98.55 |
| 881588967 | 2 | $56.03 |
| 881932041 | 2 | $56.77 |
| 881932041 | 2 | $75.17 |
| 881935751 | 2 | $111.47 |
| 881937085 | 2 | $139.06 |
| 881940487 | 2 | $77.35 |
| 881958778 | 2 | $50.79 |
| 882657908 | 2 | $79.87 |
| 882689215 | 2 | $87.97 |
| 882691196 | 2 | $97.32 |
| 882693603 | 2 | $43.60 |
| 882694549 | 2 | $135.92 |
| 885030493 | 2 | $40.22 |
| 885035073 | 2 | $123.79 |
| 885040924 | 2 | $112.94 |
| 885042831 | 2 | $72.36 |
| 885121390 | 2 | $47.41 |
| 885130885 | 2 | $72.04 |
| 885131650 | 2 | $44.14 |
| 885137060 | 2 | $132.20 |
| 885233347 | 2 | $88.78 |
| 885318818 | 2 | $103.16 |
| 885325002 | 2 | $50.87 |
| 885329532 | 2 | $39.81 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---|---|---|
| 885357295 | 2 | $130.04 |
| 885384964 | 2 | $168.21 |
| 885602483 | 2 | $40.14 |
| 885602483 | 2 | $81.44 |
| 903964116 | 2 | $91.24 |
| 920563745 | 2 | $127.26 |
| 920563748 | 2 | $47.41 |
| 920563750 | 2 | $89.38 |
| 920563809 | 2 | $101.86 |
| 920563833 | 2 | $208.63 |
| 920588982 | 2 | $63.95 |
| 920589003 | 2 | $128.75 |
| 920594555 | 2 | $74.60 |
| 920595552 | 2 | $67.25 |
| 920596334 | 2 | $35.22 |
| 920597243 | 2 | $55.73 |
| 920598776 | 2 | $103.19 |
| 920601160 | 2 | $99.29 |
| 920601595 | 2 | $116.13 |
| 920602718 | 2 | $51.66 |
| 920605242 | 2 | $94.30 |
| 920605260 | 2 | $48.68 |
| 920605621 | 2 | $99.19 |
| 920608944 | 2 | $89.78 |
| 920611323 | 2 | $94.96 |
| 920611369 | 2 | $65.92 |
| 920618569 | 2 | $94.17 |
| 920627875 | 2 | $61.51 |
| 920632962 | 2 | $96.97 |
| 920633396 | 2 | $56.69 |
| 920633977 | 2 | $56.26 |
| 920642491 | 2 | $116.25 |
| 920642505 | 2 | $132.81 |
| 920648751 | 2 | $62.35 |
| 920655753 | 2 | $115.98 |
| 920656521 | 2 | $47.41 |
| 920656521 | 2 | $135.52 |
| 920678669 | 2 | $54.97 |
| 920678929 | 2 | $143.49 |
| 920686003 | 2 | $178.69 |
| 920745064 | 2 | $38.76 |
| 920920034 | 2 | $79.58 |
| 921061039 | 2 | $65.40 |
| 921080057 | 2 | $145.31 |
| 921097264 | 2 | $137.67 |
| 921142155 | 2 | $36.28 |
| 921186830 | 2 | $49.29 |
| 921189285 | 2 | $36.72 |
| 921199174 | 2 | $127.33 |
| 921213784 | 2 | $156.37 |

VZ Wireless

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 921215585 | 2 | $52.68 |
| 921227748 | 2 | $55.03 |
| 921255437 | 2 | $52.67 |
| 921267661 | 2 | $54.79 |
| 921287800 | 2 | $49.26 |
| 921361517 | 2 | $36.42 |
| 921386375 | 2 | $47.41 |
| 921397673 | 2 | $105.39 |
| 921493366 | 2 | $150.24 |
| 921523364 | 2 | $85.53 |
| 921545110 | 2 | $69.79 |
| 960484311 | 6 | $101.38 |
| 960489639 | 2 | $47.40 |
| 960489639 | 2 | $47.40 |
| 960489639 | 2 | $154.92 |
| 970756632 | 2 | $85.98 |
| 970762400 | 2 | $67.60 |
| 970772562 | 2 | $138.05 |
| 970772684 | 2 | $103.92 |
| 970778675 | 2 | $38.10 |
| 970778957 | 2 | $161.69 |
| 970786709 | 2 | $108.87 |
| 970788926 | 2 | $87.16 |
| 970792709 | 2 | $87.59 |
| 970797224 | 2 | $91.51 |
| 970809703 | 2 | $47.97 |
| 970809703 | 2 | $89.05 |
| 970814659 | 2 | $47.41 |
| 970862850 | 2 | $188.12 |
| 970867512 | 2 | $69.79 |
| 970913889 | 2 | $229.31 |
| 971073979 | 2 | $68.67 |
| 971087432 | 2 | $99.04 |
| 971096044 | 2 | $78.87 |
| 971114857 | 2 | $108.00 |
| 971182313 | 2 | $107.39 |
| 971187050 | 2 | $49.31 |
| 980675234 | 2 | $70.98 |
| 980994313 | 2 | $103.65 |
| 981002341 | 2 | $89.99 |
| 981004438 | 2 | $110.25 |
| 981005447 | 2 | $141.39 |
| 981005697 | 2 | $111.86 |
| 981556529 | 2 | $118.55 |
| 981558896 | 2 | $36.53 |
| 981590027 | 2 | $39.92 |
| 981922619 | 2 | $176.50 |
| 981932019 | 2 | $78.15 |
| 981936546 | 2 | $88.12 |
| 982662186 | 2 | $83.43 |

| CUST_ID | ACCT_NU | AvgServiceRev |
|---------|---------|---------------|
| 982664761 | 2 | $74.19 |
| 982666560 | 2 | $48.84 |
| 982690328 | 2 | $224.52 |
| 982690473 | 2 | $37.91 |
| 982693071 | 2 | $172.33 |
| 982701868 | 2 | $28.34 |
| 982701868 | 2 | $244.58 |
| 982702057 | 2 | $47.41 |
| 982702057 | 2 | $143.76 |
| 982702261 | 2 | $94.37 |
| 982712745 | 2 | $223.70 |
| 985026990 | 2 | $36.43 |
| 985046289 | 2 | $90.15 |
| 985099666 | 2 | $110.80 |
| 985121418 | 2 | $97.31 |
| 985130182 | 2 | $87.93 |
| 985149560 | 2 | $124.49 |
| 985190269 | 2 | $123.35 |
| 985203303 | 2 | $100.85 |
| 985310974 | 2 | $101.74 |
| 985317686 | 2 | $113.98 |
| 985322762 | 2 | $93.85 |
| 985329733 | 2 | $157.86 |
| 985331805 | 2 | $98.74 |
| 985428307 | 2 | $113.10 |
| 985433240 | 2 | $68.30 |
| 985442773 | 2 | $129.55 |
| 985445659 | 2 | $72.61 |
| 985539101 | 2 | $136.27 |
| 985559874 | 2 | $57.09 |
| 985649006 | 2 | $114.27 |

$88,636.80

VZ Wireless

| ESG NON-REG | | 4th Qtr 2008 Avg. |
|---|---|---|
| 000770745595 | $ | 1,428.66 |
| 000131831673 | $ | 132.76 |
| | $ | 1,561.42 |

ESG and Retail

## Bankruptcy - Case Account Lookup

Case Number: 09-10138

| Account Number | MSD | Name | Pre-Petition | | Average | |
|---|---|---|---|---|---|---|
| 2122971735 | 20070524 | Nortel Accounts Payable, | $1,338.94 | $ | 1,518.00 | |
| 2126970729 | 20070525 | Nortel Accounts Payable, | $0.00 | $ | 33.65 | |
| 4128097300 | 20000501 | Nortel Accounts Payable, | $2,120.25 | $ | 2,136.46 | |
| 4406479050 | 20060605 | Nortel, | $64.85 | $ | 58.06 | |
| 4407743096 | 20060210 | Nortel, | $0.00 | $ | 44.40 | |
| 5165413718 | 20001206 | Nortel, | $32.18 | $ | 33.52 | |
| 5184640346 | 20070221 | Nortel Accounts Payable, | $0.00 | $ | 33.09 | |
| 5184643000 | 19971030 | Nortel Accounts Payable, | $0.00 | $ | 1,246.27 | |
| 5627996312 | 20060216 | Nortel, | $34.81 | $ | 46.44 | |
| 6108349610 | 20060501 | Nortel, | $30.55 | $ | 30.48 | |
| 6188429113 | 19970124 | Nortel, | $336.64 | $ | 57.34 | |
| 6312852000 | 20010205 | Nortel Accounts Payable, | $2,748.14 | $ | 2,907.97 | |
| 6315432675 | 20031007 | Nortel Networks, | $0.00 | $ | 112.99 | |
| 6315851356 | 20040730 | Nortel Accounts Payable, | $97.49 | $ | 98.48 | |
| 6318934287 | 19991203 | Periphonics, | $134.10 | $ | 67.22 | |
| 7166911900 | 19970903 | Nortel Accounts Payable, | $1,013.02 | $ | 1,020.53 | |
| 7177740930 | 20070901 | Nortel, | -$26.77 | $ | 27.70 | |
| 7275475296 | 20070103 | Nortel, | $52.18 | $ | 56.03 | |
| 7323460179 | 20070801 | Nortel Accts Pybl, | $32.07 | $ | 32.04 | |
| 7327395297 | 20030701 | Nortel Networks Payable, | $58.60 | $ | 29.34 | |
| 8137408620 | 20060207 | Nortel, | $1.16 | $ | 63.50 | |
| 9147732400 | 20030318 | Nortel Accounts Payable, | $1,437.79 | $ | 1,448.33 | |
| 9191970157 | 20040831 | Nortel Networks, | $1,301.86 | $ | 651.98 | |
| 9191970545 | 20060831 | Nortel Networks, | $21,400.00 | $ | 10,700.00 | |
| 9191970745 | 20001207 | Nortel Networks, | $407.56 | $ | 205.22 | |
| 9191970803 | 20010111 | Nortel, | $67.15 | $ | 67.24 | |
| 9191974962 | 19981001 | Nortel, | $627.59 | $ | 629.80 | |
| 9191976077 | 19981201 | Nortel-perimeter Pk, | $28,545.90 | $ | 14,294.76 | |
| 9194740071 | 20001201 | Nortel, | $84.45 | $ | 84.15 | |
| 9194740220 | 20010117 | Nortel Davis Dr Bldg, | $0.00 | $ | 67.24 | |
| 9194748304 | 20001110 | Nortel, | $135.08 | $ | 68.48 | |
| 9195441296 | 20080304 | Nortel, | $1,104.93 | $ | 372.03 | |
| 9199910110 | 20070524 | Nortel Networks, | $0.00 | $ | 593.13 | |
| 9199917000 | 19870501 | Nortelnetworks, | $8,001.49 | $ | 4,138.85 | |
| 9199919902 | 20040809 | Nortel, | $0.00 | $ | 651.98 | |
| 9199922947 | 19970623 | Nortel, | $63.31 | $ | 63.31 | |
| 9199924059 | 20020722 | Bnr, | $0.00 | $ | 591.57 | |

ESG and Retail

| Account Number | MSD | Name | Pre-Petition | Average |
|---|---|---|---|---|
| 9199924061 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924062 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924064 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924066 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924071 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924073 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924075 | 20020722 | Bnr, | $0.00 | $ 568.74 |
| 9199924079 | 20020722 | Bnr, | $0.00 | $ 568.74 |
| 9199924082 | 20020722 | Bnr, | $0.00 | $ 568.74 |
| 9199924083 | 20020722 | Bnr, | $0.00 | $ 568.74 |
| 9199924084 | 20020722 | Bnr, | $0.00 | $ 568.74 |
| 9199924085 | 20020722 | Bnr, | $0.00 | $ 568.74 |
| 9199924087 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924088 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924097 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199924114 | 20020722 | Nortel, | $0.00 | $ 568.74 |
| 9199924116 | 20020722 | Nortel, | $0.00 | $ 568.74 |
| 9199924120 | 20020722 | Nortel, | $0.00 | $ 568.74 |
| 9199924510 | 20040130 | Nortel Networks, | $0.00 | $ 627.59 |
| 9199927622 | 20020722 | Bnr, | $0.00 | $ 593.13 |
| 9199927775 | 20020722 | Nortel, | $0.00 | $ 568.74 |
| 9199978030 | 20020722 | Nortel Networks, | $0.00 | $ 592.59 |
| 919a010835 | 19990123 | Nortel, | $0.00 | $ - |
| 919a010836 | 19990123 | Nortel, | $0.00 | $ - |
| 919a010837 | 19990123 | Nortel, | $0.00 | $ - |
| 919a010838 | 19990123 | Nortel, | $0.00 | $ - |
| 919a010839 | 19990123 | Nortel, | $0.00 | $ - |
| 919A011035 | 19971202 | Bnr, | $0.00 | $ 5,350.00 |
| 919a011036 | 19971202 | Nortel, | $0.00 | $ 5,350.00 |
| 919a401223 | 20000523 | Nortel, | $278.20 | $ 278.20 |
| 919a401224 | 20000523 | Nortel, | $1,391.00 | $ 1,395.95 |
| 919AA00931 | 20070524 | Nortel Networks, | $0.00 | $ - |
| 919C009024 | 20020718 | Nortel Networks, | $0.00 | $ 117.70 |

ESG and Retail

| Account Number | MSD | Name | Pre-Petition | Average |
|---|---|---|---|---|
| 919C009028 | 20020718 | Nortel Networks, | $0.00 | $ 117.70 |
| 919C009030 | 20020718 | Nortel Networks, | $0.00 | $ 117.70 |
| 919C009031 | 20020718 | Nortel Networks, | $0.00 | $ 117.70 |
| 919DH00302 | 20020412 | Nortel Networks, | $0.00 | $ 117.70 |
| 919DH00303 | 20020412 | Nortel Networks, | $0.00 | $ 117.70 |
| 919DH00304 | 20020412 | Nortel Networks, | $0.00 | $ 117.70 |
| 919dh00650 | 20031120 | Nortel, | $0.00 | $ 117.70 |
| 919nc03497 | 20040907 | Nortel, | $0.00 | $ - |
| 919nc68008 | 20070222 | Nortel, | $2,407.50 | $ 2,405.50 |
| 919lP00049 | 20010706 | Bnr, | $0.00 | $ - |
| 919lP00050 | 20010614 | Bnr, | $0.00 | $ - |
| 919lP00051 | 20010614 | Bnr, | $0.00 | $ - |
| 919lP00052 | 20010619 | Bnr, | $0.00 | $ - |
| 919lP00053 | 20010619 | Bnr, | $0.00 | $ - |
| 919lP00054 | 20010619 | Bnr, | $0.00 | $ - |
| 919lP00062 | 20010626 | Bnr, | $0.00 | $ - |
| 919lP00063 | 20010626 | Bnr, | $0.00 | $ - |
| 919lP00064 | 20010626 | Bnr, | $0.00 | $ - |
| 919lP00065 | 20010626 | Bnr, | $0.00 | $ - |
| 919lP00066 | 20010626 | Bnr, | $0.00 | $ - |
| 919lP00067 | 20010626 | Bnr, | $0.00 | $ - |
| 919lP00068 | 20010626 | Bnr, | $0.00 | $ - |
| 919lP00069 | 20010628 | Bnr, | $0.00 | $ - |
| 919lP00070 | 20010628 | Bnr, | $0.00 | $ - |
| 919lP00072 | 20010628 | Bnr, | $0.00 | $ - |
| 919lP00073 | 20010628 | Bnr, | $0.00 | $ - |
| 919lP00911 | 20040128 | Nortel Networks, | $0.00 | $ - |
| 919lP01472 | 20001031 | Nortel Networks, | $0.00 | $ - |
| 919pl01147 | 20010124 | Nortel, | $0.00 | $ 102.61 |
| 919PL01500 | 20010109 | Nortel Networks, | $0.00 | $ 101.89 |
| 919s003339 | 19961015 | Nortel, | $0.00 | $ - |
| 919S699943 | 19961115 | B N R, | $0.00 | $ - |
| 919S699944 | 19961115 | B N R, | $0.00 | $ - |
| 919S699945 | 19961115 | B N R, | $0.00 | $ - |
| 919S699946 | 19961115 | B N R, | $0.00 | $ - |
| 9736824377 | 20020401 | Nortel Networks Payable, | $3,386.84 | $ 1,194.37 |
| 9999004339 | 19960319 | Northern Telcom-nti, | -$74.01 | $ - |
| 9999004596 | 19980201 | Nortel, | $0.00 | $ - |
| | | | | |
| | | | | $ 74,216.17 |