## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Certification of Counsel Re: Corrected Order Approving Stipulation Establishing Adequate Assurance Of Payment To The Affiliates of Verizon Communications Inc.** was caused to be made on March 3, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: March 3, 2009

                                                Thomas F. Driscoll III (No. 4703)

2759130.1