IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

In re                                               : Chapter 11

Nortel Networks Inc., et al.,[1]                    : Case No. 09-10138 (KG)

             Debtors.                  : Joint Administration Pending

------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 392]

PLEASE TAKE NOTICE that on March 2, 2009, copies of the **Amended Notice Of Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And Key Executive Incentive Plan, And Certain Other Related Relief** (D.I. 392, Filed: 3/2/09) were served in the manner indicated upon the entities on the attached list.

Dated: March 3, 2009
      Wilmington, Delaware

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                      James L. Bromley
                      Lisa M. Schweitzer
                      One Liberty Plaza
                      New York, New York 10006
                      Telephone: (212) 225-2000
                      Facsimile: (212) 225-3999

                      - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ [signature]*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Counsel for the Debtors and Debtors in Possession

2757958.1