**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------X
:
*In re*                                                              :    Chapter 11
:
Nortel Networks Inc., <u>et al.</u> [1]                              :    Case No. 09- 10138 (KG)
:
Debtors.                            :    Jointly Administered
:
---------------------------------------------------------------------X    **RE: D.I. 286**

**ORDER PURSUANT TO 11 U.S.C. § 521 EXTENDING THE DEBTORS'
DEADLINE TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND
<u>STATEMENTS OF FINANCIAL AFFAIRS</u>**

Upon the motion dated February 13, 2009 (the "Motion"),[2] of Nortel Networks Inc. and

its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, pursuant to section 521(a) of the Bankruptcy Code, Bankruptcy

Rule 1007(b) and (c) and Local Rule 1007-1(b), extending the time within which the Debtors

must file their Schedules and Statements; and upon consideration of the Declaration of John

Doolittle in Support of First Day Motions and Applications, filed on January 14, 2009; and

adequate notice of the Motion having been given as set forth in the Motion; and it appearing that

no other or further notice is necessary; and the Court having jurisdiction to consider the Motion

and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having

determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc.
(9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel
Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and
Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions,
which are available at http://chapter11.epiqsystems.com/nortel.
[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

1

157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion and the Declaration establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Debtors shall have (i) an additional thirty-five (35) days from the Current Deadline, through and including April 20, 2009, to file with the Court Statements for all of the Debtors, and Schedules for Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Application Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Alteon WebSystems International, Inc.; and (ii) an additional seventy-four (74) days from the Current Deadline, through and including May 29, 2009, to file with the Court Schedules for Nortel Networks, Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., and Nortel Networks International Inc.

3.      The foregoing is without prejudice to the Debtors' right to seek a further extension of time within which the Debtors must file their Schedules and Statements, or to seek a waiver of the requirement to file some or all of their Schedules and Statements.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
        Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

2

[New York #2021989 v2]