## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll, III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Revised Order Pursuant To 11 U.S.C. § 521 Extending The Debtors' Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs** was caused to be made on March 4, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: March 4, 2009

_____
Thomas F. Driscoll III (No. 4703)

2760413.1