## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll, III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Approval Of Procedures For The Rejection Of Executory Contracts And Unexpired Leases And The Abandonment Of Certain Assets Related Thereto** was caused to be made on March 4, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: March 4, 2009

_____
Thomas F. Driscoll III (No. 4703)

2760820.1