From: Ehiggin
To: Litahuggy123
Sent: 2/14/2009 2:49:30 P.M. Eastern Standard Time
Subj: Draft Nortel Letter

Clerk of the United States Bankruptcy
Court                                                    February 14, 2009
of the District of Delaware
824 North Market Street, 3rd floor
Wilmington, DE  19801

Subject:   Request for Clarification of Personal Impact - Nortel
Chapter 11 Bankruptcy

Reference:  Letter Notification from              to Lita
Higginbotham, dated

I received the referenced letter on February 13, 2009.  The purpose of
this letter is seek clarification as to how the filing of bankruptcy
will affect my personal situation.  I have multiple sclerosis, I am
totally disabled and have been totally reliant on the long-term
disability (LTD) provided by my former employer, Nortel.  Therefore,
my specific concerns as a result of the referenced letter are as
follows:

1.What impact will this filing have on my current disability payments?
Is it necessary for me to do anything or take any action to ensure
continuation of my LTD income?

2.I am vested with Nortel for retirement purposes, and have a small
pension due me when I turn 65.  Therefore, I would like to know how
this bankruptcy filing may affect my pension and whether I need to take
any specific action to preserve it.

3.I have a small amount of Nortel stock and would like to know what
impact there will be on the Nortel  stock as a result of their
bankruptcy action.

These issues are of grave concern to me, as I live on a fixed income and cannot afford to lose these entitlements.

As my mobility with my MS condition is limited, I am not able to attend any meetings for this bankruptcy action to be able to find out what is going on, so I would like to continue to be notified as to how this action affects me and my entitlements.

Please let me know as soon as possible if you can provide clarification on these issues or if there is another agency or entity I need to discuss these matters with.

My number is 352-343-8110.

Sincerely,

Lita Higginbotham
750 W. Rosewood
Tavares Florida 32278