## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.,* [1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

------------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 5, 2009 AT 10:00 A.M. (EASTERN TIME)[3]

## CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.    Motion To Maintain Bank Accounts (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 9, Filed 1/14/09).

<u>Related Pleadings:</u>

a)    Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 58, Entered 1/15/09);

b)    Notice Of Hearing For Final Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 64, Filed 1/15/09); and

c)   Notice Of Filing Of Proposed Order Further Supplementing Cash Management Motion (D.I. 306, Filed 2/17/09); and

d)   Order Further Supplementing Cash Management Motion (D.I. 337, Filed 2/19/09).

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET), extended to April 2, 2009 at 4:00 p.m. (ET) for the Committee.

Response Received:  None at this time.

Status:  This matter has been adjourned to the hearing scheduled for April 9, 2009 at 9:00 a.m. (ET).

2.   Excelight Communications, Inc.'s Motion For Allowance And Payment Of Administrative Claims Under § 503(b)(9) (D.I. 250, Filed 2/9/09).

Related Pleadings:  None.

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Extended to March 13, 2009 at 4:00 p.m.(ET) for the Debtors.

Responses Received:  None at this time.

Status:  This matter has been adjourned to the hearing scheduled for March 20, 2009 at 11:00 a.m. (ET).

3.   Motion of Andrew, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (D.I. 283, Filed 2/13/09).

Related Pleadings:  None.

**Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Extended to March 13, 2009 at 4:00 p.m. (ET).**

Responses Received:  None at this time.

Status:  This matter has been adjourned to the hearing scheduled for March 20, 2009 at 11:00 a.m. (ET).

2759554

4.     Application to Employ Lazard Freres & Co. LLC as Financial Advisor And Investment Banker For The Debtors And Debtors In Possession (D.I. 294, Filed 2/13/09).

Related Pleadings:  None.

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 13, 2009 at 4:00 p.m. (ET) for the Office of the United States Trustee and to the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status:  This matter has been adjourned to the hearing scheduled for March 20, 2009 at 11:00 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

5.     Application to Employ Crowell & Moring LLP as Special Counsel for the Debtors Nunc Pro Tunc to January 14, 2009 (D.I. 282, Filed 2/13/09).

Related Pleadings:

a)     Supplemental Declaration Of James J. Regan In Support Of The Application Of The Debtors Pursuant To 11 U.S.C. § 327(e) To Retain And Employ Crowell & Moring LLP As Special Counsel For The Debtors Nunc Pro Tunc To January 14, 2009  (D.I. 361, Filed 2/23/09); and

b)     Certificate Of No Objection [Re: D.I. 361] (D.I.393, Filed 3/2/09).

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET).

Responses Received:  None.

Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

6.     Application to Employ Jackson Lewis LLP as Counsel For The Debtors Nunc Pro Tunc To January 14, 2009(D.I. 296, Filed 2/13/09).

Related Pleadings:

a)     Certificate Of No Objection [Re: D.I. 296] (D.I.394, Filed 3/2/09).

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

2759554

UNCONTESTED MATTERS GOING FORWARD:

7.      Debtors Second Motion For Entry Of An Order Under 11 U.S.C. § 521 Extending The Debtors Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 286, Filed 2/13/09).

        **Related Pleadings:**

        a)      **Notice Of Filing Of Revised Order Pursuant To 11 U.S.C. Â§ 521 Extending The Debtors' Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs (D.I. 416, Filed 3/4/09).**

        Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET).

        Responses Received:

        a)      Informal comments from the Office of the United States Trustee.

        Status:  The Debtors received informal comments from U.S. Trustee.  These comments have been incorporated into a revised proposed order which the Debtors intend to submit to the Court at the hearing on this matter.

8.      Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al, to Retain and Employ Fraser Milner Casgrain LLP as Canadian Counsel, Nunc Pro Tunc to January 26, 2009 (D.I. 287, Filed 2/13/09).

        **Related Pleadings:**

        a)      **Certificate Of No Objection [Re: D.I. 287] (D.I. 406, Filed 3/3/09).**

        Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 3, 2009 at 5:00 p.m. (ET) for the Debtors.

        Responses Received:  None at this time.

        **Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.**

9.      Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Ashurst LLP as European Counsel, Nunc Pro Tunc to January 10, 2009 (D.I. 288, Filed 2/13/09).

        **Related Pleadings:**

        a)      **Certificate Of No Objection [Re: D.I. 288] (D.I. 404, Filed 3/3/09).**

        Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 3, 2009 at 5:00 p.m. (ET) for the Debtors.

        Responses Received:  None at this time.

2759554

**Status:** **A Certificate of No Objection has been filed. Therefore, no hearing is necessary.**

10.    Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel, Nunc Pro Tunc to January 22, 2009(D.I. 289, Filed 2/13/09).

**Related Pleadings:**

a)    **Certificate Of No Objection [Re: D.I. 289] (D.I. 407, Filed 3/3/09).**

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 3, 2009 at 5:00 p.m. (ET) for the Debtors.

Responses Received: None at this time.

**Status:** **A Certificate of No Objection has been filed. Therefore, no hearing is necessary.**

11.    Application of the Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Capstone Advisory Group, LLC as Financial Advisor, Nunc Pro Tunc to January 26, 2009 (D.I. 290, Filed 2/13/09).

**Related Pleadings:**

a)    **Certificate Of No Objection [Re: D.I. 290] (D.I. 408, Filed 3/3/09).**

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 3, 2009 at 5:00 p.m. (ET) for the Debtors.

Responses Received: None at this time.

**Status:** **A Certificate of No Objection has been filed. Therefore, no hearing is necessary.**

12.    Application of the Official Committee of Unsecured Creditors for an Order Approving the Retention of Jefferies & Company, Inc. as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014(a) and Request for Waiver of Certain Requirements Under Del. Bankr. LR 2016-2(d) and 2016-2(h) (D.I. 291, Filed 2/13/09).

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 3, 2009 at 5:00 p.m. (ET) for the Debtors.

Responses Received: None at this time.

Status: This matter is going forward.

2759554

13.     Application for an Order Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3) and 1103(c) Authorizing the Retention of Kurtzman Carson Consultants, LLC as Communications Agent for the Official Committee of Unsecured Creditors and Approving Related Agreement, Nunc Pro Tunc to January 26, 2009 (D.I. 292, Filed 2/13/09).

**Related Pleadings:**

a)     **Certificate Of No Objection [Re: D.I. 292] (D.I. 409, Filed 3/3/09).**

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 3, 2009 at 5:00 p.m. (ET) for the Debtors.

Responses Received:  None at this time.

**Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.**

14.     Motion of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3)(A) and 1103(c) for Entry of an Order Clarifying its Requirement to Provide Access to Information Under 11 U.S.C. § 1102(b)(3)(A) (D.I. 293, Filed 2/13/09).

**Related Pleadings:**

a)     **Certificate Of No Objection [Re: D.I. 293] (D.I. 411, Filed 3/3/09).**

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 3, 2009 at 5:00 p.m. (ET) for the Debtors.

Responses Received:  None at this time.

**Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.**

CONTESTED MATTER GOING FORWARD:

15.     Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And Key Executive Incentive Plan, And Certain Other Related Relief (D.I. 389, Filed 2/27/09).

Related Pleadings:

a)     Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Of Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And Key Executive Incentive Plan, And Certain Other Related Relief (D.I. 391, Filed 2/27/09); and

b)     Amended Notice Of Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And Key Executive Incentive Plan, And Certain Other Related Relief (D.I. 392, Filed 3/2/09).

2759554

**Objection Deadline:  March 4, 2009 at 12:00 p.m. (ET). Objection deadline extended to March 4, 2009 at 5:00 p.m. (ET) for the Office of the United States Trustee.**

Responses Received:

a)      Objection Of The United States Trustee To Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Of Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And Key Executive Incentive Plan, And Certain Other Related Relief (D.I. 396, Filed 3/3/09); **and**

b)      **Order Shortening Notice Of Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And Key Executive Incentive Plan, And Certain Other Related Relief (D.I. 400, Filed 3/3/09).**

Status:  **This matter is going forward.**

2759554

Dated:  March 4, 2009
       Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      James L. Bromley
      Lisa M. Schweitzer
      One Liberty Plaza
      New York, New York 10006
      Telephone:  (212) 225-2000
      Facsimile:  (212) 225-3999

           - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      _____

      Derek C. Abbott (No. 3376)
      Eric D. Schwartz (No. 3134)
      Thomas F. Driscoll III (No. 4703)
      Ann C. Cordo (No. 4817)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE  19899-1347
      Telephone:  (302) 658-9200
      Facsimile:  (302) 425-4663

      Counsel for the Debtors and
      Debtors in Possession

2759554