**EXHIBIT A**



December 12, 2008

[Deleted: December 8, 2008]

Signing Authority:
Ms. Alissa Hurley
Maritz Canada Inc.
6900 Maritz Dr.
Mississauga, ON L5W 1L8
IATA #67-52382 0

Hotel Sales Manager: Lauren Arnold

Subject:    Nortel CTIA 2009
            March 27, 2009 to April 4, 2009

We are pleased that you have chosen Caesars Palace to host CTIA 2009 and we offer the following information for your consideration.

This serves as a Letter of Agreement between Nortel ("Group") c/o MARITZ CANADA INC. as authorized Agent of Record and Caesars Palace (herein referred to as "Hotel").

Hotel is not an agent of Maritz and is not authorized by Maritz to act as its agent. Thus, the Hotel is not authorized to enter into any contract or commitment for goods and/or services on Maritz' or its Client's behalf, except pursuant to express written authorization by Maritz. Hotel acknowledges that Maritz is acting in the capacity of travel agent of record for the Client, and that the Client, as principal, is the party ultimately responsible for compliance with the financial terms of this Agreement.

### GUESTROOM ACCOMMODATIONS

Please find below the specifications that are being held on a tentative basis pending your signing of this Agreement and the subsequent countersigning of this Agreement by Hotel, or until such time as another group requests the same set of dates:

|  | Fri 03/27/09 | Sat 03/28/09 | Sun 03/29/09 | Mon 03/30/09 | Tue 03/31/09 | Wed 04/01/09 | Thu 04/02/09 | Fri 04/03/09 |
|---|---|---|---|---|---|---|---|---|
| Run of House | 6 | 20 | 20 | 75 | 175 | 175 | 175 | 40 |
| Palace Tower King Suite |  |  |  | 1 | 1 | 1 | 1 |  |
| Palace Tower Staff Run of House | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| **Total Rooms** | **10** | **24** | **24** | **80** | **180** | **180** | **180** | **44** |

Total 722

### RATES

Maritz Canada Inc.
December 12, 2008

Deleted: December 8, 2008

The following rates are per guestroom, per night, single or double occupancy. Rates are subject to Clark County Room Tax, currently nine percent (9%).

|  | Fri 08/22/09 | Sat 08/23/09 | Sun 08/29/09 | Mon 08/30/09 | Tue 08/31/09 | Wed 09/01/09 | Thu 09/02/09 | Fri 09/03/09 |
|---|---|---|---|---|---|---|---|---|
| Run of House | $219.00 | $219.00 | $219.00 | $219.00 | $219.00 | $219.00 | $219.00 | $219.00 |
| Palace Tower King Suite* | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 |
| Palace Tower Staff Rooms* | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |

*See Concessions*

### ADDITIONAL PERSON
Additional persons will be charged at a rate of $30.00 per person, per night, with a maximum of four persons per guestroom.

### COMMISSION
Hotel shall pay ten percent (10%) commission to Maritz Canada Inc. on all guestroom revenue consumed. No commission will be paid on special rated accommodations. The Group rate defined in this Agreement is not a special rated accommodation. The commission due Maritz is considered earned upon execution of this Agreement (signed by both parties) and will be payable to Maritz upon completion of the program. Should the Agent of Record change after this Agreement is signed, Hotel will not pay commission to a different agent unless it receives Maritz' agreement to do so in writing. Unless otherwise directed by Maritz, commissions actually earned will be noted on the final invoice and will be deducted from the final payment of master account balances due. Commissions earned will be based on the actual room night pick-up of the Group.

### EARLY ARRIVALS AND LATE DEPARTURES
Early arrival and late departures, other than those listed above, may be requested at the applicable Group rate at the time the reservation is submitted. The applicable Group rate will be extended to up to five percent (5%) of the peak night utilization, three (3) days prior and three (3) days following the established guestroom block in this Agreement, based on Hotel availability. These rates will not be available past the group cut-off date.

### GUESTROOM POLICY
Hotel must approve any modifications to the guestrooms, corridors or any location in the hotel towers, including, but not limited to: removal of furniture, fixtures, artwork, etc; adding tables or chairs, signage, using guestrooms as meeting rooms or exhibit rooms.

No outside vendors are allowed to work in the hotel towers or guestrooms without prior approval from Hotel.

### COMPLIMENTARY GUESTROOMS
Hotel will provide one (1) complimentary standard guestroom for each forty-five (45) paid guestrooms occupied on a cumulative basis during your visit.

Earned complimentary guestroom nights shall be credited toward Group's Master Account at the Run of House rate at the conclusion of the program, based upon actual guestroom utilization.

### CONCESSIONS
Hotel is pleased to provide Group with the following concessions:

Maritz Canada Inc.
December 12, 2008

Deleted: December 8, 2008

- One (1) Palace Tower King Suite at the group rate of $219.00 per night for duration of program.

- Five (5) Palace Tower rooms for staff at the rate of $149.00 per night each for duration of program.

- The Hotel will extend up to four (4) complimentary nights for site inspection visits

- Ten percent (10%) discount on food and beverage above the minimum catering revenue amount identified in this agreement.

- Ten (10) complimentary in-room Welcome Amenities valued at $50.00 each

- Las Vegas Meetings by Harrah's Entertainment will apply $29,391.31 of the already paid $53,782.61 attrition for 2008 program at Paris based on the guidelines below:
    1. .Contract must be signed by December 15, 2008
    2. Booking to be consumed by December 31, 2009.
    3. Must be contained to one hotel.

ROOM RELEASE DATE (CUT-OFF)
Hotel policy recognizes a cut-off date for reservations. Any reservation request received after that time may be accepted on "space available" basis at the prevailing hotel rates. Your cut-off is **Wednesday, February 25, 2009**. All guestrooms not reserved at the cut-off date will revert back to Hotel for re-sale. This does not relieve Group of any Attrition charges as outlined in the Attrition clause below.

RESERVATION METHOD
Group has elected to submit all reservations by a rooming list. A typed, alphabetized rooming list is required from Group by the cut-off date, which includes each guest's name, arrival and departure dates, expected arrival time, and payment information. Once the original rooming list is received by Hotel, revisions must be in writing and indicate the original reservation, as well as the change requested. All rooming lists are guaranteed for late arrival to Group's Master Account. It is policy to require a credit card or cash deposit for incidental charges.

Hotel allows individual attendees the right to cancel their guestroom reservations without penalty up to seventy-two (72) hours prior to the attendees' scheduled arrival date. Hotel shall charge the individual attendee or bill Group's Master Account one (1) night's guaranteed guestroom rate plus tax for cancellation within seventy-two (72) hours of the scheduled arrival date or failure of the individual to check-in on the scheduled arrival date. Any remaining nights of a "no-show" reservation will be canceled. It is policy to require a credit card or cash deposit for incidental charges.

Hotel accepts Visa, MasterCard, American Express, Discover, or Diners Club.

Check-in time is 4:00 PM and check-out time is 11:00 AM. Any departures after 11:00 AM are subject to the full day charge.

Caesars Palace               Page 3               Letter of Agreement

Maritz Canada Inc.
December 12, 2008
[Deleted: December 8, 2008]

Each guestroom must have at least one registered guest 21 years of age or older.

## PAYMENT METHOD

Each individual attendee will be responsible for his/her own guestroom, tax, and incidentals, unless otherwise specified in writing by Group. All banquet charges will be applied to Group's Master Account.

## ATTRITION

This Agreement is based on Group's use of the guestroom block as outlined above. However, thirty (30) days or more, prior to the first day of arrival, Group may reduce its guestroom block by a maximum of 20% cumulative. Thereafter, Group shall pay Hotel one night's guestroom rate and tax for each unused guestroom night based on the guestroom night commitment or the adjusted guestroom night commitment, if such adjustment was made and sent to Hotel in writing. Such charge will be added to Group's Master Account. No payment shall be due, however, for any night during the Group stay in which all of the guestrooms in Hotel, exclusive of the Group guestroom block, are sold, and the unused guestrooms in the Group's block are thereafter resold. Upon written request from Group, the Hotel will cross check any names that Group reasonably believes were at the Hotel for their event and not credited to the room block. All Room nights covered by the reservation will be added to the room block for purposed of attrition only.

## CANCELLATION

Notwithstanding any other provision of this Agreement, either party may cancel this Agreement upon written notice to the other party, at any time prior to the event and upon payment of an amount based on the following scale:

| TIMEFRAME | CANCELLATION FEE |
| --- | --- |
| Signing of Agreement To Wednesday, December 31, 2008 | $77,939.00 |
| Thursday, January 1, 2009 to March 12, 2009 | $148,084.00 |
| On or After Friday, March 13, 2009 | $155,878.00 |

Cancellation pursuant to this provision is not a default but rather the exercise of a right under this Agreement without any further obligation beyond payment of the indicated cancellation fee. Payment of the appropriate cancellation fee shall accompany the notice of cancellation.

## FUNCTION REQUIREMENTS

Hotel will provide Group with function space in accordance with the following schedule of events. Meeting and function assignments are based on the contracted number of people attending the meetings and banquet functions. Hotel reserves the right to make reasonable substitutions to meeting and banquet rooms, with prior notification to Group and approval by Maritz.

## CATERED FOOD & BEVERAGE MINIMUM
### DEPOSITS

All Deposits are non-refundable, except in the case of impossibility. Deposits are required in accordance with the following schedule. If a deposit is not received as scheduled, this

Maritz Canada Inc.
December 12, 2008

Deleted: December 8, 2008

Agreement will be considered null and void at the sole discretion of Hotel. Hotel will provide Group with written notice five (5) business days before rendering this Agreement null and void for failure to pay the deposits according to this schedule.

| Due Date | Amount Due |
|---|---|
| Monday, January 12, 2009 | $13,750.00 |
| Monday, February 2, 2009 | $13,750.00 |

All deposits will be applied to Group's Master Account. $29,391.31 of attrition already paid will be applied to the master account as a deposit.

CREDIT PROCEDURES / MASTER ACCOUNT
Pre-Payment – Should Direct Billing not be approved, all estimated charges must be pre-paid thirty (30) days prior to Group's arrival date. We accept all major credit cards and/or personal or company checks. Checks will be accepted no less than 35 working days prior to arrival.

Direct Billing – In order to establish credit for billing, it is necessary that a credit application be completed and returned no less than 120 days prior to arrival. The application will be forwarded to Hotel's Accounts Receivable Department for processing. If additional deposits are determined to be required, Group will be notified in writing of payment schedule. Preliminary notification of Direct Billing status will be given within two weeks of application being submitted. Final notification will be given thirty (30) days prior to Group's arrival date. Credit will not be established for a Group with Master Account expenditures less than $10,000.00.

Should credit not be approved, estimated charges are to be paid thirty (30) days prior to arrival.

When Direct Billing is pre-approved by Hotel, full payment is due within forty-five (45) days of receipt of the final and correct Master Account billing, provided the invoice is sent within 7 business days following the event. Any discrepancies in Group's Master Account should be brought to our attention immediately and will be dealt with separately from the balance of the amount due.

Any undisputed payment required, not paid when due shall bear interest at the rate of eighteen percent (18%) per annum from the date due and shall be payable to Hotel. In the event an amount due hereunder is disputed, once resolved, the disputed charges shall be re-billed to Group and shall be due within 30 days of receipt and if not paid when due, shall bear interest at the rate of eighteen percent (18%) per annum from the date due. If Hotel incurs any expense to collect unpaid amounts, Group shall pay all costs incurred by Hotel to collect past due balances, including collection agency fees, attorney's fees, expenses and costs. In addition, Group shall pay interest at the rate of eighteen percent (18%) per annum on such amounts from the past due date to the date of its payment by Group.

RELOCATION
Due to Client confidentiality, the Group shall not accept alternate accommodations. All Group rooms must be in the contracted Hotel as outlined in this agreement. If, for any reason the guest rooms are inhabitable, the Hotel shall, at its own expense, provide lodging for such guest(s) at another hotel, comparable to Caesar's Palace, a five minute telephone call each day, and transportation to/from the meeting facilities as long as such guest is denied lodging at Hotel consistent with the reservation. Hotel will attempt to relocate such guest(s) back to Hotel as soon as guestrooms become habitable.

Maritz Canada Inc.
December 12, 2008

................................Deleted: December 8, 2008

### AUDIO VISUAL
Encore Productions is Hotel's in-house audio visual firm. The Encore office can be reached by calling 702-866-1133 for more information, special pricing or services.

### EXHIBITS
Should Group have exhibits, please refer to the Catering, Convention Services and Exhibit Guidelines for detailed instructions regarding Hotel's Policies and Procedures concerning exhibits.

### TRADEMARKS
MARITZ CANADA INC., their affiliates, assigns, agents and employees shall not use Harrah's or Caesars Palace trade or service marks in any advertising or promotional material or any other media without such materials first being reviewed and authorized in writing by Hotel.

### INDEMNIFICATION
Hotel shall indemnify, defend and hold harmless Group and its officers, directors, partners, agents, members and employees from and against any and all demands, claims, damages to persons or property, losses and liabilities, including reasonable attorney's fees (collectively "Claims") arising out of or caused by Hotel' negligence in connection with the provision of services or the use of Hotel facilities. Hotel shall not have waived or be deemed to have waived, by reason of this paragraph, any defense, which it may have with respect to such claims.

Group shall indemnify, defend and hold harmless Hotel and its officers, directors, partners, agents, members and employees from and against any and all demands, claims, damages to persons or property, losses and liabilities, including reasonable attorney's fees (collectively "Claims") arising out of or caused by Group's negligence and/or its members' negligence in connection with the use of Hotel facilities. Group shall not have waived or be deemed to have waived, by reason of this paragraph, any defense, which it may have with respect to such claims.

### IMPOSSIBILITY
The Performance of this Agreement by either party is subject to Acts of God, war, terrorism, government regulations, disaster, strikes, civil disorder, and curtailment of transportation facilities or any other emergency making it illegal or impossible to provide facilities or to hold the conference.

It is provided that this Agreement may be terminated for any one (1) or more of such reasons by written notice from one (1) party to the other without any cancellation charges. In such case, the hotel will refund the Group any deposits that have been paid to the Hotel, up to the date of declaration.

### ATTORNEY FEES AND COSTS
Should any party be required to bring legal action against the other to enforce the terms and conditions of this Agreement, the prevailing party shall be awarded its costs incurred and expended during any pending litigation, including reasonable attorney's fees.

Maritz Canada Inc.
December 12, 2008

Deleted: December 8, 2008

## CONFIDENTIALITY

Hotel agrees not to send individual confirmations or information to Travel Project participants or contact Maritz' Client directly, except to the extent necessary to enforce Hotel's rights hereunder.

Hotel agrees to maintain the confidentiality of the following:

(a) all information it receives relating to the client's plans and Travel Project; and
(b) all personal information related to Travel Project participants.

Unless otherwise authorized by Maritz in writing, Hotel agrees not to use any information regarding any Travel Project participants or Clients except for the purpose of entering into and completing transactions and performing services in strict accordance with the terms of this Agreement. Hotel further agrees that, without express written consent of Maritz and/or the Client or its participant, it will not use any of such information for solicitation, advertising, unsolicited e-mail or spamming, harassment, invasion of privacy or conduct which may be otherwise deemed to be objectionable to either Maritz or any of its Clients.

In respect of all personal data provided to and/or held by Hotel concerning individuals participating in any Travel Projects operated by Maritz, Hotel shall ensure that:

(a) the data is processed and utilized properly and legally;
(b) the data is sufficient for and relevant but not surplus to the purpose for which it is being processed and utilized;
(c) the data is accurate and current;
(d) the data is not kept longer than necessary for the provision of the Travel Project services; and
(e) the data is kept securely to prevent accidental loss, destruction, corruption or unauthorized access.

## NON COMPETE

Due to the sensitive nature of the groups program, the Hotel will make all reasonable efforts to assure that any of the following competitors will not be conducting a meeting over the same dates. It is imperative that no meeting sponsored by another company in the same industry takes place at Caesar's Palace during the contracted dates. Should another company in the same industry request space; Caesar's Palace will make all reasonable efforts to consult Nortel CTIA prior to committing to any contractual agreement.

For the purpose of the above, competitors are defined as following:

1. Cisco
2. Alcatel-Lucent
3. Ericsson

## INSURANCE

Caesars Palace warrants that it shall maintain the following insurance coverage for itself during the term of this Agreement:

A. Commercial General Liability Insurance, including blanket contractual and product liability coverage providing for limits of not less than $1,000,000.00 per occurrence and $3,000,000.00 annual aggregate;

Caesars Palace                          Page 7                          Letter of Agreement

B. Automobile Liability Insurance providing for limits of not less than $1,000,000.00 per occurrence and $3,000,000.00 annual aggregate;

C. Worker's Compensation Insurance affording protection required under the laws of the State of Nevada;

D. Employer's Liability Insurance providing for limits of not less than $100,000.00.

Within ten (10) days after receipt of written request, Caesars Palace will provide to client copies of insurance certificates evidencing the existence of the above coverage.

REPRESENTATIONS
Hotel represents that it and all suppliers utilized by it are duly qualified and licensed to provide the services contracted for, and that such services will be provided in accordance with all applicable governmental (or federal, state, provincial and local) laws, rules and regulations, and in accordance with the highest standards of the industry (including without limitation those relating to fire, safety and hygiene) and shall, on demand, produce to Maritz all relevant certificates, licenses, consents and approvals.

Hotel further agrees that all employees and agents performing services under this Agreement for the Travel Project shall be fully certified, trained and experienced, and shall at all times comply with all applicable governmental laws, rules and regulations, including (where applicable), but not limited to, those pertaining to the sale, service or furnishing of alcoholic beverages.
For hotels located in the United States, Hotel warrants that it is in compliance with the safety requirements of the Hotel and Motel Fire Safety Act of 1990.

AMERICANS WITH DISABILITIES ACT
The Hotel and the Group are both required to abide by the Americans with Disabilities Act.

REMODEL/REDESIGN & CURRENT PROPERTY CONDITIONS
The Hotel agrees to contact Nortel CTIA in a timely manner to advise them of any major construction or public space closure occurring on property during the time of this program. Nortel CTIA reserves the right to evaluate the renovation and its impact on the success of the program and act accordingly.

UNDERAGE GAMING/DRINKING
Group acknowledges and understands that it is unlawful for any person under the age of 21 years to possess or consume alcoholic beverages, play any gambling game or slot machine or loiter in any gaming area. Group further acknowledges and understands that it is unlawful to aide, assist or permit a person under the age of 21 years to participate in these activities. Group acknowledges that it shall be responsible for preventing such unlawful activity at its function or by persons attending the function. Group further acknowledges that failure to do so shall be grounds for immediate termination of the function.

MISCELLANEOUS
Any Agreement encompassing these Policies and Procedures has been entered into in the State of Nevada and is subject solely to the laws of the State of Nevada. The parties agree that in the event of any litigation or other dispute between the parties relative to this Agreement

Maritz Canada Inc.
December 12, 2008

> Deleted: December 8, 2008

action shall be brought in the State of Nevada, in the County of Clark. The prevailing party in any action shall be entitled to reasonable attorney fees and costs.

This Agreement, along with any executed addenda, constitutes the integrated agreement of both parties, and may not be assigned by either party.

CONFIRMATION PROCEDURES

These arrangements are confirmed on a definite basis, only after it has been signed by an authorized individual of Group on or before **Monday, December 15, 2008**, and thereafter countersigned by Hotel. Until that time, Hotel reserves the right to release the space being held in this Agreement for Group.

**ACCEPTED BY:**

On behalf of the Group, I hereby accept the offer that Hotel has set forth in this letter and agree to be bound to the terms and conditions set forth herein. I certify that I have the authority to bind Group to this Agreement.

CAESARS PALACE                          MARITZ CANADA INC.

_[signature]_                           _[signature]_

Scott A Wilson                          Ms. Alissa Hurley
Director of Sales – Mid West            Director – ME&IT

12/19/08                                Dec 12/08
Date                                    Date