## CERTIFICATE OF SERVICE

I, Ann C. Cordo , certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For The Entry Of An Order Under Section 365(a) Of The Bankruptcy Code Authorizing The Debtors To Reject As Of March 5, 2009 A Certain Contract With Caesars Palace Dated As Of December 12, 2008** was caused to be made on March 4, 2009, in the manner indicated upon the entities identified below and on the attached service list.

Dated:  March 4, 2009

Ann C. Cordo (No. 4817)

**By Overnight Mail:**

Caesar's Palace
c/o Harrah's Entertainment, Inc.
One Caesars Palace Drive
Las Vegas, NV 89109
Attn: Corporate Legal

PICO Atlanta, Inc.
5361 Royal Woods Parkway
Tucker, Georgia 30084

Maritz Canada Inc.
6900 Maritz Dr.
Mississauga, Ontario L5W 1L8
Canada

2761985.1