IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                    Debtors. : Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 419]

PLEASE TAKE NOTICE that on March 4, 2009, copies of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On March 5, 2009 At 10:00 A.M. (Eastern Time)** (D.I. 419, Filed 3/4/09) were served in the manner indicated upon the entities identified on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 4, 2009
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley
    Lisa M. Schweitzer
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

      - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Derek C. Abbott*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Thomas F. Driscoll III (No. 4703)
    Ann C. Cordo (No. 4817)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    Counsel for the Debtors and
    Debtors in Possession

2672623.8