UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Nortel Networks Inc. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 05, 2009 10:00 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

OMNIBUS HEARING
**R / M #:**    419 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Continued to 4/9/09 @ 9:00 a.m.
#2, 3,4 - Continued to 3/20/09 @ 11:00 a.m.
#5 and #6 - CNO Filed and Order Signed
#7 - Granted - ORDER SIGNED
#8, 9, 10, 11, 13, 14, -CNO Filed and Order Signed
#12 - CNO Filed and Order Signed
#15 -  Granted - Revised ORDER SIGNED