# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS, INC.  COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG  Chapter 11  DATE: 3/5/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Kraidin | Allen & Overy LLP | E&Y, as Monitor |
| Duane Werb | WERB " SULLIVAN | E&Y, as Monitor |
| Mary Calowry | Buchanan Ingersoll & Rooney | Emerson Power Embedded Products |
| Kenneth Davis | Akin Gump | Committee |
| David Botter | " | " |
| Chris Samis | Richards, Layton + Finger | " |
| Jim Bromley | Cleary Gottlieb | Debtors |
| Jane Kim | Cleary Gottlieb | Debtors |
| Annie Cordo | Morris Nichols | " |
| Derek Abbott | Morris Nichols | " |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Sean Beach | Young Conaway | Jefferies |
| Patrick Tinker | UST | UST |

# Court Conference

## U.S. Bankruptcy Court-Delaware

### Confirmed Telephonic Appearance Schedule

#### Honorable Kevin Gross

Courtroom

Calendar Date: 03/05/2009
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks, Inc. | 09-10138 | Hearing | | James V. Drew | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | | Jim Martin | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | | Frank N. White | Arnall, Golden & Gregory, LLP | Creditor, Verizon / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | | Anneliese H. Pak | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al. / LISTEN ONLY |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | | Darryl Laddin | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| | | Nortel Networks, Inc. | 09-10138 | Hearing | | Tracy C. McGilley | Tracy McGilley - Client | Debtor, Nortel Network / LIVE |