IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

In re                                             : Chapter 11

Nortel Networks Inc., et al.,[1]                  : Case No. 09-10138 (KG)

                    Debtors.                      : Jointly Administered

                                                  : **Hearing Date: Rescheduled from March 25, 2009 at 10:30 a.m. (ET) to March 26, 2009 at 12:00 noon (ET)**

-----------------------------------------------------------X

## NOTICE OF RESCHEDULED HEARING FROM MARCH 25, 2009 AT 10:30 A.M. (EASTERN TIME) TO MARCH 26, 2009 AT 12:00 NOON (EASTERN TIME) [RE: D.I. 403]

PLEASE TAKE NOTICE that at the request of the court, the hearing regarding the sale of certain non-core assets scheduled in these cases for March 25, 2009 at 10:30 a.m. (Eastern Time) has been rescheduled to **MARCH 26, 2009 AT 12:00 NOON (EASTERN TIME)**.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- 2 -

Dated: March 5, 2009
      Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      James L. Bromley
      Lisa M. Schweitzer
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

        - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      /s/ Ann C. Cordo
      Derek C. Abbott (No. 3376)
      Eric D. Schwartz (No. 3134)
      Thomas F. Driscoll III (No. 4703)
      Ann C. Cordo (No. 4817)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: (302) 658-9200
      Facsimile: (302) 425-4663

      Counsel for the Debtors and Debtors in Possession

2763115.1