IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 403 AND 437]

PLEASE TAKE NOTICE that on March 3, 2009, copies of the **Notice Of (I) Solicitation Of Initial Bids; (II) Bidding Procedures; (III) Auction; (IV) Sale Hearing And (V) Related Relief And Dates** (D.I. 403, Filed 3/3/09) were served in the manner indicated on the entities identified on the attached service lists.

PLEASE TAKE FURTHER NOTICE that on March 5, 2009, copies of the **Notice Of Rescheduled Hearing From March 25, 2009 At 10:30 A.M. (Eastern Time) To March 26, 2009 At 12:00 Noon (Eastern Time) [Re 403]** (D.I. 403, Filed 3/5/09) were also served in the manner indicated on the entities identified on the attached service lists

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 6, 2009
       Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        James L. Bromley
                        Lisa M. Schweitzer
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                                   - and -

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Ann C. Cordo*
                        Derek C. Abbott (No. 3376)
                        Eric D. Schwartz (No. 3134)
                        Thomas F. Driscoll III (No. 4703)
                        Ann C. Cordo (No. 4817)
                        1201 North Market Street, 18th Floor
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        Telephone: (302) 658-9200
                        Facsimile: (302) 425-4663

                        Counsel for the Debtors and Debtors in Possession

2762596.1