# SERVICE LIST
# MISC RE DI 403

**VIA HAND DELIVERY**

Patrick Tinker
Office of the U.S. Trustee
844 King Street
Suite 2207
Wilmington, DE  19801-3519

**VIA FIRST CLASS U.S. MAIL**

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Roland Hlawaty
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

2759213