# SERVICE LIST
# PB RE DI 403

**VIA AIRMAIL**

AFORE Solutions Inc.
Alex Berlin, CEO & President
2680 Queensview Drive, Suite 150
Ottawa, ON   K2B 8J9
CANADA

Claude Imbeau, President and CEO
1420 - 99 Bank Street
Ottawa, ON   KIP 11-14
CANADA

Radware, Ltd
Roy Zisapel CEO & Pres
22 Raoul Wallenberg St.
Tel Aviv,   69710
ISRAEL

Summerhill Venture Partners Management Inc.
21 St Clair Ave E., Suite 1400
Toronto, ON   M4T ILS
CANADA

NovaCap
Anne Plamondon
375 Roland-Therrien Blvd., Suite 210
Longueuil, QC   J4H 4A6
CANADA

**VIA FIRST CLASS U.S. MAIL**

Accel Management Co. Inc.
428 University Avenue
Palo Alto, CA   94301

Austin Ventures
300 West 6th Street
Suite 2300
Austin, TX   78701-3902

Battery Ventures
930 Winter Street
Waltham, MA   02451

Blade Network Tech, Inc.
2350 Mission College Blvd
Suite 600
Santa Clara, CA   95054

Brocade Communications Systems, Inc.
T.Y. Grewal, Vice President of Corporate Development
1745 Technology Drive
San Jose, CA   95110

Cisco Systems, Inc.
170 West Tasman Drive
San Jose,, CA   95134

Citrix Systems, Inc.
851 West Cypress Creek Road
Fort Lauderdale, FL   33309

El Dorado Ventures
2440 Sand Hill Road, Suite 200
Menlo Park, CA   94025

Garnett & Helfrich Capital, L.P
1200 Park Place, Suite 200
San Mateo, CA   94403

Hale Capital Management, LP
Vincent Tang
570 Lexington Ave, 49th Floor
New York, NY   10022

Inkra Networks, Inc.
John L. Kirsten, Asst Sec.
1452 N. Vasco Road, #301
Livermore, CA   94551

Juniper Networks, Inc.
Juniper Networks, Inc.
Sunnyvale, CA   94089

Matrix Partners VIII, L.P.
Bay Colony Corporate Center
1000 Winter Street, Suite 4500
Waltham, MA   02451

New Enterprise Associates, Inc.
1119 St. Paul Street
Baltimore, MD   21202

New Venture Partners LLC
430 Mountain Avenue
Murray Hill, NJ   07974

Norwest Venture Partners
525 University Ave., Suite 800
Palo Alto, CA   94301-1922

Platinum. Equity Advisors, LCC
360 N. Crescent Drive
South Building
Beverly Hills, CA  90210

Ridge Partners, LLC
400 Panamint Rd
Robert Graham Mang Ptnr
Reno, NV  89521

Silver Lake Management Company Sumeru, L.L.C.
2775 Sand Hill Road, Suite 100
Menlo Park, CA  94025

Sofinnova Ventures, Inc.
Brian Wilcove, Partner
850 Oak Grove Avenue
Menlo Park, CA  94025

Spectrum Equity Investors
333 Middlefield Road, Suite 200
Menlo Park, CA  94025

The Gores Group, LLC
10877 Wilshire Boulevard
18th Floor
Los Angeles, CA  90024

OpenGate Capital, LLC
Dionisio Lucchesi, Director
8383 Wilshire Blvd.
Suite 950
Beverly Hills, CA  90211

3Com Corporation
Najib Khouri-Haddad
350 Campus Drive
Marlborough, MA  01752

Extreme Networks
Mark Canapa
3585 Monroe Street
Santa Clara, CA  95051

Bain Capital
Deepak Sindwani
111 Huntington Avenue
Boston, MA  02199

IBM Global Services
Nnamdi Orakwue
Director, Corporate Development
Somers, NY  10589

Qatalyst Partners LP
Brian Slingerland
3 Embarcadero Center, 6th Floor
San Francisco, CA  94111

Hewlett Packard Company
3000 Hanover Street
Palo Alto, CA  94504-1112

Huawei Technologies
Bobby Chang, Vice President, Business Development, Marketing & Strategy
1700 Alma Drive, Suite 100
Plano, TX  75075

Inkra Networks
John L. Kirsten, Asst Secretary
1452 N. Vasco Road, #301
Livermore, CA  94551

F5 Networks, Inc
Andrew Stern
401 Elliot Avenue West
Seattle, WA  98119

Institutional Venture Partners
Norman A. Fogelsong
3000 Sand Hill Road, Bldg. 2
Suite 250
Menlo Park, CA  94025

2759261