# SERVICE LIST
# TAXING AUTHORITIES RE DI 403

**VIA FIRST CLASS U.S. MAIL**

Alaska Department of Revenue
P.O. Box 110420
Juneau, AK  99811-0420

Alabama Department of Revenue
Business Privilege Tax Section
P.O. Box 327431
Montgomery, AL  36132-7431

Alabama Department of Revenue
Corporate Tax Section
P.O. Box 327430
Montgomery, AL  36132-7430

Corporation Income Tax
P.O. Box 919
Little Rock, AR  72203-0919

Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ  85038-9079

Franchise Tax Board
P. O. Box 942857
Sacramento, CA  94257-0501

Department of Revenue Services
P. O. Box 2974
Hartford, CT  06104-2974

Delaware Division of Revenue
P.O. Box 2044
Wilmington, DE  19899-2044

Georgia Department of Revenue
Processing Center
P.O. Box 740397
Atlanta, GA  30374-0397

Oahu District Office
PO Box 1530
Honolulu, HI  96808-1530

Corporation Tax Return Processing
Iowa Dept. of Revenue and Finance
PO Box 10468
Des Moines, IA  50306-0468

Idaho State Tax Commission
P O Box 56
Boise, ID  83756-0056

Illinois Department of Revenue
P O Box 19008
Springfield, IL  62794-9008

Louisville/Jefferson County Revenue
Commission
P.O. Box 35410
Louisville, KY  40232-5410

Louisiana Department of Revenue
P.O. Box 91011
Baton Rouge, LA  70821-9011

Massachusetts Department of Revenue
P.O. Box 7025
Boston, MA  02204

Maine Revenue Services
Income/ Estate Tax Division
P O Box 1062
Augusta, ME  04332-1062

Michigan Department of Treasury
P.O. Box 30059
Lansing, MI  48909

Grand Rapids Income Tax Department
P.O. Box 347
Grand Rapids, MI  49501-0347

Minnesota Dept. of Revenue
Mail Station 1250
St. Paul, MN  55145-1250

Missouri Department of Revenue
P.O. Box 700
Jefferson City, MO  65105-0700

Mississippi State Tax Commission
Corporate Tax Division
PO Box 1033
Jackson, MS  39215-1033

Montana Department of Revenue
P.O. Box 5805
Helena, MT  59604-5805

NC Department of Revenue
P.O. Box 25000
Raleigh, NC  27640-0500

Nebraska Department of Revenue
P.O. Box 94818
Lincoln, NE  68509-4818

NH Dept Revenue Administration
Document Processing Division
P O BOX 637
Concord, NH   03302-0637

State of New Jersey - Division of
Taxation
Revenue Processing Center
P.O. Box 666
Trenton, NJ   08646-0666

State of New Mexico
Taxation and Revenue Department
P.O. Box 25127
Santa Fe, NM   87504-5127

NYS Corporation Tax
Processing Unit
PO Box 22094
Albany, NY   12201-2094

Treasurer of State of Ohio
P.O. Box 27
Columbus, OH   43216-0027

Oklahoma Tax Commission
Franchise Tax
P.O. Box 26930
Oklahoma City, OK   73126-0930

Oklahoma Tax Commission
P.O. Box 26800
Oklahoma City, OK   73126-0800

Oregon Department of Revenue
P.O. Box 14790
Salem, OR   97309-0470

City of Philadelphia
Department of Revenue
P.O. Box 1660
Philadelphia, PA   19105-1660

Virginia Department of Taxation
P.O. Box 1500
Richmond, VA   23218-1500

Wisconsin Dept. of Revenue
P.O. Box 8908
Madison, WI   53708-8908

West Virginia State Tax Department
Internal Auditing Division
P.O. Box 1202
Charleston, WV   25324-1202

West Virginia State Tax Department
Internal Auditing Division
P.O. Box 3694
Charleston, WV   25336-3694

Colorado Department of Revenue
Denver, CO   80261-0005

DC Office of Tax & Revenue
6th Floor
941 North Capitol St., NE
Washington, DC   20002

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL   32399-0135

Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN   46204-2253

Kansas Corporate Tax
Kansas Department of Revenue
915 SW Harrison Street
Topeka, KS   66699-4000

Kentucky Revenue Cabinet
Frankfort, KY   40620

Comptroller of Maryland
Revenue Administration Division
Annapolis, MD   21411-0001

City of Kansas City, Missouri
Revenue Division
414 East 12th Street
Kansas City, MO   64106-2786

St. Louis Collector of Revenue
Earnings Tax Dept.
410 City Hall, 1200 Market Street
St. Louis, MO   63103-2841

Office of State Tax Commissioner
State Capitol
600 East Boulevard Ave.
Bismarck, ND   58505-0599

City of Cincinnati Income Tax Bureau
805 Central Avenue, Suite 600
Cincinnati, OH   45202-5756

Central Collection Agency
Municipal Income Tax
1701 Lakeside Ave.
Cleveland, OH   44114-1179

Columbus City Treasurer
Columbus Income Tax Division
50 W. Gay Street, 45th Floor
Columbus, OH  43215

R.I.T.A.
P.O. Box 89475
Cleveland, OH  44101-6475

Division Of Taxation
City Of Toledo
One Govt. Center, #2070
Toledo, OH  43604-2280

PA Department of Revenue
Bureau of Corporation Taxes
Dept. 280427
Harrisburg, PA  17128-0427

State of Rhode Island
Division of Taxation
One Capitol Hill, Suite 9
Providence, RI  02908-5811

Department of Revenue
Corporation Return
Columbia, SC  29214-0100

Tennessee Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville, TN  37242

Comptroller of Public Accounts
111 E. 17th Street
Austin, TX  78774-0100

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT  84134

Vermont Department of Taxes
109 State Street
Montpelier, VT  05609-1401

2759235