# SERVICE LIST
# REGULATORY AUTHORITIES RE DI 403

**VIA FIRST CLASS U.S. MAIL**

State of Alaska
Division of Corporations, Business and Professional Licensing, Corporation Section
PO Box 110808
Juneau, AK  99811-0808

Arkansas Secretary of State
Business and Commercial Services Division
PO Box 8014
Little Rock, AR  72203-8014

California Secretary of State
Statement of Information Unit
PO Box 944230
Sacramento, CA  94244-2300

DC Treasurer
DCRA, Corporations Division
PO Box 92300
Washington, D.C.  20090

Delaware Division of Corporations
PO Box 11728
Newark, NJ  07101-4728

Florida Department of State
Division of Corporations
PO Box 1500
Tallahassee, FL  32302-1500

Georgia Secretary of State
Annual Registration Filings
PO Box 23038
Columbus, GA  31902-3038

Treasurer of Guam
Dept. of Revenue and Taxation
PO Box 23607
GMF, Guam  96921

Hawaii Dept. of Commerce & Consumer Affairs
Annual Filing-Breg
PO Box 113600
Honolulu, HI  96811

Secretary of State
Attn: Trey Grayson
PO Box 1150
Frankfort, KY  40602-1150

Louisiana Secretary of State
Commercial
PO Box 94125
Baton Rouge, LA  70804-9125

State of Michigan
Michigan Dept. of Labor & Economic Growth, Bureau of Commercial Services,, Corporation Division
PO Box 30702
Lansing, MI  48909

Missouri Director of Revenue
Secretary of State
PO Box 1366
Jefferson City, MO  65102

Mississippi Secretary of State
PO Box 23083
Jackson, MS  39225-3083

Montana Secretary of State
PO Box 202802
Helena, MT  59620-2802

Nebraska Secretary of State
1301 State Capitol
PO Box 94608
Lincoln, NE  68509-4608

New Hampshire Secretary of State
Annual Reports
PO Box 9529
Manchester, NH  03108-9529

State of New Jersey
Dept. of Treasury, Division of Revenue
PO Box 302
Trenton, NJ  08646-0302

State Public Regulations Commission
Corporation Bureau
PO Box 1269
Santa Fe, NM  85704-1269

Oregon Secretary of State
Corporation Division
PO Box 4353
Portland, OR  97208-4353

State of Utah
Division of Corporations & Commercial Code
PO Box 146705
Salt Lake City, UT  84114-6705

Treasurer of Virginia
State Corporation Commission, Clerk's Office
PO Box 7607
Merrifield, VA  22116-7607

Washington State Treasurer
Dept. of Licensing, Master License Service
PO Box 9034
Olympia, WA  98507-9034

Wisconsin Dept. of Financial Institutions
Foreign Corporation Annual Report
Drawer 978
Milwaukee, WI  53293-0978

Arizona Corporation Commission
c/o Annual Reports - Corporations Division
1300 West Washington
Phoenix, AZ  85007-2929

Colorado Secretary of State
1700 Broadway Ste 200
Denver, CO  80290

Connecticut Secretary of The State
Document Review
30 Trinity Street, PO Box 150470
Hartford, CT  06115-0470

Iowa Secretary of State
321 East 12th Street
Des Moines, IA  50319-0130

Idaho Secretary of State
450 North Fourth Street
PO Box 83720
Boise, ID  83720-0080

Illinois Secretary of State
Dept. of Business Services
501 S 2nd Street
Springfield, IL  62756-5510

Indiana Secretary of State
302 W. Washington Street, Room E-018
Indianapolis, IN  46204

Kansas Secretary of State
Corporations Division, First Floor, Memorial Hall
120 SW 10th Avenue
Topeka, KS  66612-1594

Secretary of The Commonwealth
Attn: Annual Report - AR85
One Ashburton Place, Room 1717
Boston, MA  02108-1512

Maine Secretary of State
Reporting Section, Bureau of Corporations, Elections & Commissions
101 State House Station
Augusta, ME  04333-0101

Minnesota Secretary of State - Renewals
Retirement Systems of Minnesota Building
60 Empire Drive, Suite 100
St. Paul, MN  55103

North Carolina Secretary of State
Attn: Julianna Van Schaick
2 S. Salisbury Street
Raleigh, NC  27601

State of North Dakota
Secretary of State, Annual Report Processing Center
600 E. Boulevard Ave., Dept. 108, PO Box 5513
Bismark, ND  58506-5513

Nevada Secretary of State
202 N. Carson St.
Carson City, NV  89701-4201

Nevada Legal Press
3301 S. Malibou Ave.
Pahrump, NV  89048-6489

NYS Dept. of State
Division of Corporations
41 State Street
Albany, NY  12231-0002

Rhode Island Secretary of State
Corporation Division
148 W. River Street
Providence, RI  02904-2615

South Dakota Secretary of State
500 E. Capitol
Pierre, SD  57501-5077

Tennessee Secretary of State
Attn: Annual Report
3120 Eighth Ave. N., 6th, Floor William R. Snodgrass Tower
Nashville, TN  37243

Government of The Virgin Islands
Office of The LT. Governor
5049 Kongens Gade, Charlotte Amalie
St Thomas, U.S. Virgin Islands   00802

Vermont Secretary of State
81 River Street
Montpelier, VT   05609-1104

West Virginia Secretary of State's Office
State Capitol Building
1900 Kanawha Blvd. E., Ste. 157-K
Charleston, WV   25305

Wyoming Secretary of State
200 W. 24th Street, Room 110
Cheyenne, WY   82002

2759236