IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
: 
*In re*  :  Chapter 11
 :
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
 :
Debtors.  :  Jointly Administered
 :
-----------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 415, 426, 427, 436 AND 440]

PLEASE TAKE NOTICE that on March 5, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list:

- **Order Approving Stipulation Establishing Adequate Assurance Of Payment To The** (D.I. 415, Entered 3/4/09);

- **Order Pursuant To 11 U.S.C. § 327(e) Authorizing The Retention And Employment Of Crowell & Moring LLP As Special Counsel For The Debtors *Nunc Pro Tunc* To January 14, 2009** (D.I. 426, Entered 3/5/09);

- **Order Pursuant To 11 U.S.C. § 327(e) Authorizing The Retention And Employment Of Jackson Lewis LLP As Counsel Of Record For The Debtors *Nunc Pro Tunc* To January 14, 2009** (D.I. 427, Entered 3/5/09); and

- **Order Authorizing Key Employee Retention Plan And Key Executive Incentive Plan For Non-SLT Executives And Certain Other Related Relief** (D.I. 436, Entered 3/5/09).

PLEASE TAKE FURTHER NOTICE that on March 6, 2009, copies of the **Order Pursuant To 11 U.S.C. § 521 Extending The Debtors' Deadline To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs** (D.I. 440, Entered 3/6/09) were served in the manner indicated upon the entities identified on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 6, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

      - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

2764614.1