## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Supplemental Motion For Entry Of An Order Authorizing The Debtors To Remit And Pay Certain Taxes And Fees** was caused to be made on March 6, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: March 6, 2009

_____
Thomas F. Driscoll III (No. 4703)

2765439.1