## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION
### PRO HAC VICE OF AMISH R. DOSHI

James E. Huggett, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission pro hac vice of Amish R. Doshi, Esquire, of Day Pitney, LLP, 7 Times Square, New York, New York 10036 to represent Oracle USA, Inc. in the above-referenced cases. The admittee is admitted, practicing, and in good standing of the bar of the State of New York.

Dated: February 26, 2009
Wilmington, Delaware

Respectfully submitted,
MARGOLIS EDELSTEIN

_/s/ James_
James E. Huggett, Esq. (#3956)
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
Telephone: 302-888-1112
Facsimile: 302-888-1119
E-mail: jhuggett@margolisedelstein.com

Counsel to Oracle USA, Inc.

MOTION GRANTED.
Dated: _March 6, 2009_

BY THE COURT

_/s/ Kevin Gross_
United States Bankruptcy Judge

1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rules, 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rules 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number 156182.

DAY PITNEY, LLP

Amish R. Doshi, Esq.
7 Times Square
New York, New York 10036
Telephone No. 212-297-5828
Fax No. 212-916-2940
Email: adoshi@daypitney.com

Counsel to Oracle USA, Inc.

2