IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NORTEL NETWORKS, INC., et al.[1], | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |

**SECOND SUPPLEMENT TO MOTION OF JOHNSON CONTROLS, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF OF PREPETITION AMOUNTS OWED BY AND BETWEEN JOHNSON CONTROLS, INC. AND DEBTORS**

On February 16, 2009 Johnson Controls, Inc. ("JCI"), by and through its undersigned counsel, filed a *Motion of Johnson Controls, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts Owed by and Between Johnson Controls, Inc. and Debtors* [Docket No. 300] (the "Motion"). On February 18, 2009, JCI submitted its *Supplement to Motion of Johnson Controls, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts Owed by and Between Johnson Controls, Inc. and Debtors* [Docket No. 324].

Pursuant to footnote 8 of the Motion, JCI reserved its rights to add to, and modify the Amounts Owed to NNI as appropriate and necessary. In the Motion, the Amounts Owed to NNI did not include amounts owed for services rendered during the period from January 1, 2009 through January 13, 2009 because JCI had not yet received any invoices for such services. On or about

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel

March 4, 2009, NNI sent JCI an invoice in the amount of $395,326.01 (the "January Pre-Petition Invoice") for services provided by NNI during the period from January 1, 2009 to January 13, 2009. The Amounts Owed to NNI should be corrected to include the January Pre-Petition Invoice. By adding the amounts owed under the January Pre-Petition Invoice to the Amounts Owed to NNI listed in the Motion, the revised and corrected Amounts Owed to NNI equal $3,792,367.05. Accordingly, JCI asserts that, after application of its set off rights, the remaining pre-petition claim against NNI will equal $639,781.70.[2]

JCI now submits a copy of the January Pre-Petition Invoice attached hereto as <u>Exhibit A</u> as it was not available at the time of the filing of the Motion.

---

Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions, Inc.

[2] Remaining pre-petition claim being calculated by subtracting Amounts Owed to NNI ($3,792,367.05) from JCI Invoices to NNI ($4,432,148.75).

March 10, 2009                                    Respectfully submitted,

*[signature: Ben Keenan]*
_____
Ricardo Palacio (I.D. 3765)
Benjamin W. Keenan (I.D. 4724)
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
rpalacio@ashby-geddes.com
bkeenan@ashby-geddes.com

and

Alan S. Kopit (OH 0031965)
Christopher W. Peer (OH 0076257)
HAHN LOESER & PARKS LLP
200 Public Square
Suite 2800
Cleveland, OH 44114
(216) 621-0150 – Telephone
(216) 241-2824 – Facsimile

*Counsel for Johnson Controls, Inc.*