# EXHIBIT A





Invoice

# Nortel Networks, Inc.
Networks Systems

**PLEASE REMIT PAYMENT TO ADDRESS BELOW**

| 603095 | Invoice date | | 3/2/2009 | Invoice | 2356865 |
|---|---|---|---|---|---|
| Johnson Controls, Inc.<br>Attn: Telecom X-85<br>5757 North Green Bay Ave.<br>PO Box 591<br>Milwaukee, WI 53201-0591 | Project number | | AA-40143 | | |
| | Customer purchase order no. | | C/050500/BM/3443 | | |

| Quantity | Description | Unit price | Tax | Total price |
|---|---|---|---|---|
| | VOICE NETWORK MANAGEMENT SERVICES FOR January 1-13, 2009 SEE DETAILS ATTACHED | $ 387,789.10 | $ 7,536.91 | $ 395,326.01 |
| | NET DUE 30 DAYS | | | |

| FRS 598510610365200 | | Sub total | | $ 387,789.10 |
|---|---|---|---|---|
| | | Tax | | $ 7,536.91 |
| | | **Please pay this amount** | | **$ 395,326.01** |

| Destination<br>SEVERAL<br>INQUIRIES: Junne Chua<br>972.685.4187 | Remit to<br>NORTEL NETWORKS, INC.<br>3985 COLLECTION CENTER DRIVE<br>CHICAGO, IL. 60693 |
|---|---|

ORIGINAL INVOICE