IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

**NORTEL NETWORKS INC. et al.,**

Debtor.

Chapter 11
Case No.: 09-10138

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

Tandberg, a creditor and party-in-interest in the above-referenced case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

**Shannon E. Hoff, Esq.**
POYNER SPRUILL LLP
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
shoff@poynerspruill.com

Tandberg respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, Tandberg requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

This Notice of Appearance does not give express or implied consent by the undersigned or Poyner Spruill LLP to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted, this 6th day of March, 2009.

POYNER SPRUILL LLP

By: _____
Shannon E. Hoff
State Bar No. 36206
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
(704) 342-5250; Fax (704) 342-5264

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the parties listed below, by mailing a copy of the same to them by regular mail, on this the 6th day of March, 2009.

Ann C. Cordo
Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Peter James Duhig
Mary Caloway
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Shannon E. Hoff