U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware  19801
Tel. (302) 573-6491          Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR: Nortel Networks, Inc., *et al.*

CASE NUMBER: 09-10138 (KG)

DATE PETITION FILED: 1/14/2009

TIME OF MEETING: 2/19/2009 @  2:00 p.m.

PLACE OF MEETING:  U. S. Federal Bldg.; 844 King Street, Room 2112, Wilmington, DE 19801

ORIGINAL 341 (a): 2/19/2009

ADJOURNED 341 TO: 4/22/2009 @ 1:00 p.m., Room 2112.

DEBTORS ATTORNEY (APPEARING): James Bromley, Esq. and Lisa Schweitzer, Esq., of Cleary Gottlieb.

COUNSEL/CRED/COMM. (APPEARING):
FIRM NAME:

WITNESS (NAME & TITLE): Greg Boone, Leader of Strategic Projects

SCHEDULES FILED:    DATE:  N/A                                    NO (X )

WHY HAVE SCHEDULES NOT BEEN FILED:   Deadlines extended.

WHEN WILL SCHEDULES BE FILED: First schedules and statements are due on or about April 20, 2006.

HAS DEBTOR FILED INTERIM REPORTS:       YES (X )                    NO ( )

IF NO, WHY NOT:                        N/A

WERE QUARTERLY FEES EXPLAINED:       YES (X )                    NO ( )

       /s/ Patrick Tinker
       *Patrick Tinker*
       Trial Attorney

DATED: March 10, 2009                          CONCLUDED ( )      CONTINUED (X )