**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE** | ) | |
| | ) | |
| **NORTEL NETWORKS INC.** *et al.*, | ) | **Case No. 09-10138** |
| | ) | **Chapter 11** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the law firm of Lathrop & Gage LLP hereby enters its appearance on behalf of TEKsystems, Inc. ("TEKsystems"), pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that TEKsystems requests that all notices authorized, permitted, or required by any provision of the Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court for the District of Delaware, and by any request, instruction, or directive of the Office of the United States Trustee, and all other notices, applications, motions, complaints, petitions, pleadings, disclosure statements, plans of reorganization, plans of liquidation, reports, orders, and papers lodged or filed in the above-captioned proceedings, as well as all notices of any of the foregoing, be given to and served upon its attorneys:

        Stephen K. Dexter, Esq.
        Lathrop & Gage LLP
        370 17th Street, Suite 4650
        Denver, Colorado 80202
        Email:  sdexter@lathropgage.com

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) TEKsystems' right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) TEKsystems' right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) TEKsystems' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff, or recoupments to which TEKsystems is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments TEKsystems expressly reserves.

        Respectfully submitted,

        LATHROP & GAGE LLP

        By:    /s/ Stephen K. Dexter
            Stephen K. Dexter
            Kansas Bar No. 20331
            Missouri Bar No. 43868
            370 17th Street, Suite 4650
            Denver, Colorado 80202-5607
            Telephone:  (720) 931-3228
            Facsimile:  (720) 931-3201
            Email:  sdexter@lathropgage.com
            *Attorneys for TEKsystems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2009, a true and correct copy of the above and foregoing was forwarded via ECF Notification on all parties receiving such notification.

                                        /s/ Stephen K. Dexter
                                        An Attorney for TEKsystems, Inc.