## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Supplement To List Of Ordinary Course Professionals** was caused to be made on March 12, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: March 12, 2009

*/s/ Thomas F. Driscoll III*
Thomas F. Driscoll III (No. 4703)

2774442.1