# Exhibit 1

**(Connections Check Matrix)**

DETR_1120634.3

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtor | Alteon WebSystems International, Inc. |  | x | x |
| Debtor | Alteon WebSystems, Inc. |  | x | x |
| Debtor | Architel Systems (U.S.) Corporation |  | x | x |
| Debtor | CoreTek, Inc. |  | x | x |
| Debtor | Nortel Networks Applications Management Solutions Inc. |  | x | x |
| Debtor | Nortel Networks Cable Solutions Inc. |  | x | x |
| Debtor | Nortel Networks Capital Corporation |  | x | x |
| Debtor | Nortel Networks Corporation |  | x | x |
| Debtor | Nortel Networks HPOCS Inc. |  | x | x |
| Debtor | Nortel Networks Inc. |  | x | x |
| Debtor | Nortel Networks International Inc. |  | x | x |
| Debtor | Nortel Networks Optical Components Inc. |  | x | x |
| Debtor | Northern Telecom International Inc. |  | x | x |
| Debtor | Qtera Corporation |  | x | x |
| Debtor | Sonoma Systems |  | x | x |
| Debtor | Xros, Inc. |  | x | x |
| Debtors Attorneys | Allen & Overy LLP | x |  |  |
| Debtors Attorneys | American Movil |  |  | x |
| Debtors Attorneys | Cleary Bottlieb | x |  |  |
| Debtors Attorneys | Lazard Freres & Co., LLC |  | x | x |
| Debtors Attorneys | Morris, Nichols, Arsht & Tunnell LLP | x |  |  |
| Debtors Attorneys | Ogilvy Renault LLP | x |  |  |
| Non-Debtor Affiliate | AC Technologies Inc. |  | x | x |
| Non-Debtor Affiliate | Alteon WebSystems AB |  | x | x |
| Non-Debtor Affiliate | Architel Systems (UK) Ltd. |  | x | x |
| Non-Debtor Affiliate | Bay Networks do Brasil Ltda. |  | x | x |
| Non-Debtor Affiliate | Bay Networks Redes de Dados para Sistemas Informaticos Lda. |  | x | x |
| Non-Debtor Affiliate | Capital Telecommunications Funding Corporation |  | x | x |
| Non-Debtor Affiliate | Clarify K.K. |  | x | x |
| Non-Debtor Affiliate | Clarify Ltd. |  | x | x |
| Non-Debtor Affiliate | CTFC Canada Inc. |  | x | x |
| Non-Debtor Affiliate | Diamondware Ltd. |  | x | x |
| Non-Debtor Affiliate | Frisken Investments Pty. Ltd. |  | x | x |
| Non-Debtor Affiliate | Guangdong - Nortel Telecommunications Equipment Co., Ltd. |  | x | x |
| Non-Debtor Affiliate | Integrated Information Technology Corporation |  | x | x |
| Non-Debtor Affiliate | LG-Nortel Co. Ltd. |  | x | x |
| Non-Debtor Affiliate | LN Srithai Comm Co Ltd. |  | x | x |
| Non-Debtor Affiliate | Matra Communication Cellular Terminals GmbH |  | x | x |
| Non-Debtor Affiliate | Matra Communications Business Systeme GmbH |  | x | x |
| Non-Debtor Affiliate | Nor. Web DLP Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Australia Communication Systems Pty. Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Communication Holdings (1997) Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Communications Inc. |  | x | x |
| Non-Debtor Affiliate | Nortel de Mexico S. De RL de CV |  | x | x |
| Non-Debtor Affiliate | Nortel GmbH |  | x | x |
| Non-Debtor Affiliate | Nortel Government Solutions Inc. |  | x | x |
| Non-Debtor Affiliate | Nortel Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (Asia) Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (Austria) GmbH |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (Bulgaria) EOOD |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (China) Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (India) Private Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (Ireland) Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (Northern Ireland) Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (Photonics) Pty. Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (Shannon) Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks (Thailand) Ltd. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks 0.0.0. |  | x | x |
| Non-Debtor Affiliate | Nortel Networks AB |  | x | x |
| Non-Debtor Affiliate | Nortel Networks AG |  | x | x |
| Non-Debtor Affiliate | Nortel Networks AS |  | x | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Non-Debtor Affiliate | Nortel Networks Australia Pty Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks BV | | x | x |
| Non-Debtor Affiliate | Nortel Networks Chile S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Communications (Israel) Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Communications Engineering Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks de Argentina S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks de Bolivia S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks de Colombia S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks de Ecuador S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks de Guatemala Ltda. | | x | x |
| Non-Debtor Affiliate | Nortel Networks de Mexico S.A. de C.V. | | x | x |
| Non-Debtor Affiliate | Nortel Networks de Panama S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks de Venezuela C.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks del Paraguay S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks del Uruguay S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Eastern Mediterranean Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Electronics Corporation | | x | x |
| Non-Debtor Affiliate | Nortel Networks Employee Benefit Trustee Company Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Engineering Service Kft. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Europe Sales Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Financial Services Ltd. Liability Co. | | x | x |
| Non-Debtor Affiliate | Nortel Networks France SAS | | x | x |
| Non-Debtor Affiliate | Nortel Networks Global Corporation | | x | x |
| Non-Debtor Affiliate | Nortel Networks Hispania S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks India International Inc | | x | x |
| Non-Debtor Affiliate | Nortel Networks International Corporation | | x | x |
| Non-Debtor Affiliate | Nortel Networks International Finance & Holding BV | | x | x |
| Non-Debtor Affiliate | Nortel Networks Israel (Sales and Marketing Ltd.) | | x | x |
| Non-Debtor Affiliate | Nortel Networks Japan | | x | x |
| Non-Debtor Affiliate | Nortel Networks Korea Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Malaysia Sdn. Bhd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Malta Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Mauritius Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Netas Telekomunikasyo n.A.S. | | x | x |
| Non-Debtor Affiliate | Nortel Networks New Zealand Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks NV | | x | x |
| Non-Debtor Affiliate | Nortel Networks Optical Companies (Switzerland) GmbH | | x | x |
| Non-Debtor Affiliate | Nortel Networks OY | | x | x |
| Non-Debtor Affiliate | Nortel Networks Peru S.A.C. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Polska Sp. z.o.o. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Portugal S.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Properties Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Romania Srl | | x | x |
| Non-Debtor Affiliate | Nortel Networks S.A. (Lux Entity) | | x | x |
| Non-Debtor Affiliate | Nortel Networks S.p.A. | | x | x |
| Non-Debtor Affiliate | Nortel Networks S.R.O. | | x | x |
| Non-Debtor Affiliate | Nortel Networks SA (French Entity) | | x | x |
| Non-Debtor Affiliate | Nortel Networks Singapore Pte Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Singapore Pte. Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Slovensko, s.r.o. | | x | x |
| Non-Debtor Affiliate | Nortel Networks South Africa (Proprietary) Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Southeast Asia Pte Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Technology (Thailand) Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Technology Corporation | | x | x |
| Non-Debtor Affiliate | Nortel Networks Technology Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Networks Telecomunicaco es do Brazil Bhd. | | x | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Non-Debtor Affiliate | Nortel Networks UK Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel SE d.o.o. Beograd | | x | x |
| Non-Debtor Affiliate | Nortel Technology Excellence Centre Private Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Trinidad and Tobago Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Ukraine Ltd. | | x | x |
| Non-Debtor Affiliate | Nortel Ventures LLC | | x | x |
| Non-Debtor Affiliate | Nortel Vietnam Ltd. | | x | x |
| Non-Debtor Affiliate | North Networks (CALA) Inc. | | x | x |
| Non-Debtor Affiliate | Northern Telecom Canada Ltd. | | x | x |
| Non-Debtor Affiliate | Northern Telecom France SA | | x | x |
| Non-Debtor Affiliate | Northern Telecom International Ltd. | | x | x |
| Non-Debtor Affiliate | Northern Telecom Maroc SA | | x | x |
| Non-Debtor Affiliate | Northern Telecom PCN Ltd. | | x | x |
| Non-Debtor Affiliate | Novera Optics Inc. | | x | x |
| Non-Debtor Affiliate | Novera Optics Korea Inc. | | x | x |
| Non-Debtor Affiliate | Ontario Inc. | | x | x |
| Non-Debtor Affiliate | Penril Datacomm Ltd. | | x | x |
| Non-Debtor Affiliate | Periphonics Ltd. | | x | x |
| Non-Debtor Affiliate | Promatory Communications (UK) Ltd. | | x | x |
| Non-Debtor Affiliate | PT Nortel Networks Indonesia | | x | x |
| Non-Debtor Affiliate | R. Betts Investments Pty. Ltd. | | x | x |
| Non-Debtor Affiliate | Regional Telecommunications Funding Corporation | | x | x |
| Non-Debtor Affiliate | Shenyang Nortel Telecommunications Company Ltd. | | x | x |
| Non-Debtor Affiliate | Sonoma Ltd. | | x | x |
| Non-Debtor Affiliate | Sonoma Systems Europe Ltd. | | x | x |
| Non-Debtor Affiliate | Star 21 Facility Management GmbH & Co. KG | | x | x |
| Non-Debtor Affiliate | Star 21 Facility Management Verwaltung GmbH | | x | x |
| Non-Debtor Affiliate | Star 21 Networks (Schweitz) AG | | x | x |
| Non-Debtor Affiliate | Star 21 Networks Deutschland GmbH | | x | x |
| Non-Debtor Affiliate | Star 21 Networks GmbH | | x | x |
| Non-Debtor Affiliate | Star 21 Operations GmbH | | x | x |
| Non-Debtor Affiliate | Telephone Switching International Ltd. | | x | x |
| Non-Debtor Affiliate | The Nortel Foundation | | x | x |
| Non-Debtor Affiliate | TSFC Canada Inc. | | x | x |
| Non-Debtor Affiliate | Uni-Nortel Communication Technologies (Hellas), S.A. | | x | x |
| Non-Debtor Affiliate | X-CEL Communications Ltd. | | x | x |
| Debtors Officer/Debtors Director | A. Aziz Khadbai | x | | |
| Debtors Officer/Debtors Director | Alain Papineau | x | | |
| Debtors Officer/Debtors Director | Alan P. Wendell | x | | |
| Debtors Officer/Debtors Director | Allan K. Stout | x | | |
| Debtors Officer/Debtors Director | Andrew Harrison | x | | |
| Debtors Officer/Debtors Director | Anthony G. MacDonald | x | | |
| Debtors Officer/Debtors Director | Anthony Jones | x | | |
| Debtors Officer/Debtors Director | April A. Pennisi | x | | |
| Debtors Officer/Debtors Director | Bill Thompson | x | | |
| Debtors Officer/Debtors Director | Brian Lindsay | x | | |
| Debtors Officer/Debtors Director | Camille Issa | x | | |
| Debtors Officer/Debtors Director | Charles R. Raphun | x | | |
| Debtors Officer/Debtors Director | Christian Kittlitz | x | | |
| Debtors Officer/Debtors Director | Christopher Hogg | x | | |
| Debtors Officer/Debtors Director | Clare A. Barbieri | x | | |
| Debtors Officer/Debtors Director | Claudio Morfe Jr. | x | | |
| Debtors Officer/Debtors Director | Cortland Wolfe | x | | |
| Debtors Officer/Debtors Director | Craig Telke | x | | |
| Debtors Officer/Debtors Director | Dany Sylvain | x | | |
| Debtors Officer/Debtors Director | David Price | x | | |
| Debtors Officer/Debtors Director | Denis R. X. Thibault | x | | |
| Debtors Officer/Debtors Director | Dennis Carey | x | | |
| Debtors Officer/Debtors Director | Dennis Lloyd | x | | |
| Debtors Officer/Debtors Director | Dharmaraja Rajan | x | | |
| Debtors Officer/Debtors Director | Donna Samper | x | | |
| Debtors Officer/Debtors Director | Duncan Gillibrand | x | | |
| Debtors Officer/Debtors Director | Elaine Smiles | x | | |
| Debtors Officer/Debtors Director | Emre Erkol | x | | |
| Debtors Officer/Debtors Director | Eric L. Smith | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officer/Debtors Director | Ernest R. Higginbotham | x | | |
| Debtors Officer/Debtors Director | Eugene R. McClain | x | | |
| Debtors Officer/Debtors Director | Francois Audet | x | | |
| Debtors Officer/Debtors Director | Francois Burton | x | | |
| Debtors Officer/Debtors Director | Glenn Brownridge | x | | |
| Debtors Officer/Debtors Director | Gordon A. Davies | x | | |
| Debtors Officer/Debtors Director | Graeme Currie | x | | |
| Debtors Officer/Debtors Director | Greg Thor | x | | |
| Debtors Officer/Debtors Director | Gregor W. Larson | x | | |
| Debtors Officer/Debtors Director | Gregory Hood | x | | |
| Debtors Officer/Debtors Director | Guillaume Strub | x | | |
| Debtors Officer/Debtors Director | Guy Lafontaine | x | | |
| Debtors Officer/Debtors Director | Guy Vonderneidt | x | | |
| Debtors Officer/Debtors Director | Henry Holland | x | | |
| Debtors Officer/Debtors Director | Iain Sharp | x | | |
| Debtors Officer/Debtors Director | Ian Scales | x | | |
| Debtors Officer/Debtors Director | J. Erik Fako | x | | |
| Debtors Officer/Debtors Director | James McEachern | x | | |
| Debtors Officer/Debtors Director | James Ostrom | x | | |
| Debtors Officer/Debtors Director | Jean-Pierre Fortin | x | | |
| Debtors Officer/Debtors Director | Jeffrey T. Wood | x | | |
| Debtors Officer/Debtors Director | Jeremy Fuller | x | | |
| Debtors Officer/Debtors Director | Joel Joseph, Jr. | x | | |
| Debtors Officer/Debtors Director | John D. Atkinson | x | | |
| Debtors Officer/Debtors Director | John Doolittle | x | | |
| Debtors Officer/Debtors Director | John R. McCready | x | | |
| Debtors Officer/Debtors Director | Joseph F. Dearing | x | | |
| Debtors Officer/Debtors Director | Karen E. Sledge | x | | |
| Debtors Officer/Debtors Director | Katharine B. Stevenson | x | | |
| Debtors Officer/Debtors Director | Keith Landau | x | | |
| Debtors Officer/Debtors Director | Ken Huntington | x | | |
| Debtors Officer/Debtors Director | Kevin Boyle II | x | | |
| Debtors Officer/Debtors Director | Kimberly P. Poe | x | | |
| Debtors Officer/Debtors Director | Laurie A. Krebs | x | | |
| Debtors Officer/Debtors Director | Lee B. Valerius | x | | |
| Debtors Officer/Debtors Director | Louis LeVay | x | | |
| Debtors Officer/Debtors Director | Lynn C. Egan | x | | |
| Debtors Officer/Debtors Director | Mario Brown | x | | |
| Debtors Officer/Debtors Director | Mark J. Hamilton | x | | |
| Debtors Officer/Debtors Director | Mark Kepke | x | | |
| Debtors Officer/Debtors Director | Mary Barnes | x | | |
| Debtors Officer/Debtors Director | Matteo Candaten | x | | |
| Debtors Officer/Debtors Director | Mehdi Sajasi | x | | |
| Debtors Officer/Debtors Director | Michael Gawargy | x | | |
| Debtors Officer/Debtors Director | Michael Leeder | x | | |
| Debtors Officer/Debtors Director | Michael W. McCorckle | x | | |
| Debtors Officer/Debtors Director | Norman Caron | x | | |
| Debtors Officer/Debtors Director | Oya Istemi | x | | |
| Debtors Officer/Debtors Director | Parviz Rashidi | x | | |
| Debtors Officer/Debtors Director | Paul Granville | x | | |
| Debtors Officer/Debtors Director | Paul T. Knudsen | x | | |
| Debtors Officer/Debtors Director | Paul W. Karr | x | | |
| Debtors Officer/Debtors Director | Pete Streng | x | | |
| Debtors Officer/Debtors Director | Peter Krautle | x | | |
| Debtors Officer/Debtors Director | Raj Krishnan | x | | |
| Debtors Officer/Debtors Director | Richard C. Taylor | x | | |
| Debtors Officer/Debtors Director | Richard Willis | x | | |
| Debtors Officer/Debtors Director | Ricky Kaura | x | | |
| Debtors Officer/Debtors Director | Robert C. Pugh | x | | |
| Debtors Officer/Debtors Director | Robert J. Looney | x | | |
| Debtors Officer/Debtors Director | Robert Litalien | x | | |
| Debtors Officer/Debtors Director | Robert Saunders | x | | |
| Debtors Officer/Debtors Director | Robin Scott Hughes | x | | |
| Debtors Officer/Debtors Director | Roger W. Britt | x | | |
| Debtors Officer/Debtors Director | Ron Ryan | x | | |
| Debtors Officer/Debtors Director | Russell Coffin | x | | |
| Debtors Officer/Debtors Director | Scott A. McFeely | x | | |
| Debtors Officer/Debtors Director | Serge Caron | x | | |
| Debtors Officer/Debtors Director | Shelley Bracken | x | | |
| Debtors Officer/Debtors Director | Sonia Garapaty | x | | |
| Debtors Officer/Debtors Director | Stephan Radatus | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officer/Debtors Director | Steve J. McKinnon | x | | |
| Debtors Officer/Debtors Director | Steven Woods | x | | |
| Debtors Officer/Debtors Director | Sudarshan Chitale | x | | |
| Debtors Officer/Debtors Director | Swapan Nandi | x | | |
| Debtors Officer/Debtors Director | Thomas A. Gigliotti | x | | |
| Debtors Officer/Debtors Director | Tim Gaiser | x | | |
| Debtors Officer/Debtors Director | Tom Buttermore | x | | |
| Debtors Officer/Debtors Director | Tom P. Taylor | x | | |
| Debtors Officer/Debtors Director | Wade Lyon | x | | |
| Debtors Officer/Debtors Director | Wei Jen Yeh | x | | |
| Debtors Officer/Debtors Director | William Gentry | x | | |
| Debtors Officer/Debtors Director | William R. Ellis | x | | |
| All Secured Lenders, including DIP lenders | Export Development Canada | | | x |
| Substantial Unsecured Bondholder or Lender | Amalgamated Bank | | | |
| Substantial Unsecured Bondholder or Lender | Ameriprise Financial Services, Inc. | | | x |
| Substantial Unsecured Bondholder or Lender | Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America | | x | x |
| Substantial Unsecured Bondholder or Lender | Bank of America/La Salle | | x | x |
| Substantial Unsecured Bondholder or Lender | Bank of New York | | | x |
| Substantial Unsecured Bondholder or Lender | Bank of New York/Barc1ays | | | x |
| Substantial Unsecured Bondholder or Lender | Bank of New York/LDSEG | | | x |
| Substantial Unsecured Bondholder or Lender | Bank of New York/London | | | x |
| Substantial Unsecured Bondholder or Lender | Bank of New York/Prudential | | | x |
| Substantial Unsecured Bondholder or Lender | Bank of New York/TD BK | | | x |
| Substantial Unsecured Bondholder or Lender | Barclays Capital, Inc., LE | | x | x |
| Substantial Unsecured Bondholder or Lender | Barclays Capital, Inc./Fixed Income Bond-C | | x | x |
| Substantial Unsecured Bondholder or Lender | BMO Nesbitt Bums, Inc/CDS | | | x |
| Substantial Unsecured Bondholder or Lender | BNP of Paribas Prime Brokerage, Inc | | | x |
| Substantial Unsecured Bondholder or Lender | BNP Paribas Securities Corp/Fixed Income | | | x |
| Substantial Unsecured Bondholder or Lender | BNP/PPBC | x | | |
| Substantial Unsecured Bondholder or Lender | BNY-SBL/PB | | | x |
| Substantial Unsecured Bondholder or Lender | Brown Brothers Harriman & Co. | | | x |
| Substantial Unsecured Bondholder or Lender | Cede & Co | x | | |
| Substantial Unsecured Bondholder or Lender | Charles Schwab & Co., Inc. | | x | x |
| Substantial Unsecured Bondholder or Lender | CIBC World Markets, Inc | | | x |
| Substantial Unsecured Bondholder or Lender | Citadel Derivatives Group, LLC or Citidel Trading Group, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Citibank, NA | | x | x |
| Substantial Unsecured Bondholder or Lender | Citigroup Global Markets, Inc. or Citigroup Financial Services Corp. | | x | x |
| Substantial Unsecured Bondholder or Lender | Citigroup Global Markets, Inc./Salomon Brothers | | x | x |
| Substantial Unsecured Bondholder or Lender | Citigroup Private Bank & Trust | | x | x |
| Substantial Unsecured Bondholder or Lender | Comerica Bank | | | x |
| Substantial Unsecured Bondholder or Lender | Credit Suisse Securities (USA) | | x | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Substantial Unsecured Bondholder or Lender | Davidson (D.A.) & Co., Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Deutsche Bank Securities, Inc. | | | x |
| Substantial Unsecured Bondholder or Lender | Dresdner Kleinwort Securities LLC | x | | |
| Substantial Unsecured Bondholder or Lender | E*Trade Capital Markets, LLC; E*Trade Cleary, LLC | | | x |
| Substantial Unsecured Bondholder or Lender | Emmett Larkin Co., Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Fiducie Desjardins, Inc. | | x | x |
| Substantial Unsecured Bondholder or Lender | First Clearing, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | First Southwest Company | | | x |
| Substantial Unsecured Bondholder or Lender | Goldman Sachs & Co. | | | x |
| Substantial Unsecured Bondholder or Lender | Goldman Sachs Execution & Clearing, LP | | x | x |
| Substantial Unsecured Bondholder or Lender | Goldman Sachs International Ltd. | | x | x |
| Substantial Unsecured Bondholder or Lender | H&R Block | | x | x |
| Substantial Unsecured Bondholder or Lender | Hawthorne Securities Corp | x | | |
| Substantial Unsecured Bondholder or Lender | Haywood Securities, Inc. | | | x |
| Substantial Unsecured Bondholder or Lender | Huntington National Bank | | x | x |
| Substantial Unsecured Bondholder or Lender | Ingalls & Snyder, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Interactive Brokers, LLC/Retail Clearance | x | | |
| Substantial Unsecured Bondholder or Lender | Janney Montgomery Scott, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Jefferies & Co., Inc. | | x | x |
| Substantial Unsecured Bondholder or Lender | Jones (Edward D.) & Co. | x | | |
| Substantial Unsecured Bondholder or Lender | JP Morgan Chase Bank, National Association | | x | x |
| Substantial Unsecured Bondholder or Lender | JP Morgan Clearing Corp. | | x | x |
| Substantial Unsecured Bondholder or Lender | JP Morgan International | | x | x |
| Substantial Unsecured Bondholder or Lender | JP Morgan Securities Inc./Fixed Income | | x | x |
| Substantial Unsecured Bondholder or Lender | JP Morgan Securities, Inc. | | x | x |
| Substantial Unsecured Bondholder or Lender | JPM/CCS2 | | x | x |
| Substantial Unsecured Bondholder or Lender | JPM/GS CAP | | x | x |
| Substantial Unsecured Bondholder or Lender | Keybank National Association | | | x |
| Substantial Unsecured Bondholder or Lender | Laurential Bank of Canada | x | | |
| Substantial Unsecured Bondholder or Lender | Lehman Brothers, Inc. | | x | |
| Substantial Unsecured Bondholder or Lender | LPL Financial Corporation | x | | |
| Substantial Unsecured Bondholder or Lender | Manufacturers & Trust Company | x | | |
| Substantial Unsecured Bondholder or Lender | Marshall & Illsey Bank | x | | |
| Substantial Unsecured Bondholder or Lender | McMillion Securities Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Mellon Trust of New England, NA | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Substantial Unsecured Bondholder or Lender | Merrill Lynch Pierce Fenner & Smith Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | ML SFKPG | x | | |
| Substantial Unsecured Bondholder or Lender | Morgan Stanley & Co Inc./Retail | | | x |
| Substantial Unsecured Bondholder or Lender | Morgan Stanley & Co. Inc. | | | x |
| Substantial Unsecured Bondholder or Lender | Morgan, Keegan & Company, Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | National City Bank | | x | x |
| Substantial Unsecured Bondholder or Lender | National Financial Services Corp. | x | | |
| Substantial Unsecured Bondholder or Lender | NBCN Inc./CDS | x | | |
| Substantial Unsecured Bondholder or Lender | Oppenheimer & Co., Inc. | | | |
| Substantial Unsecured Bondholder or Lender | Pershing, LLC | | | x |
| Substantial Unsecured Bondholder or Lender | PNC Bank, NA | | | x |
| Substantial Unsecured Bondholder or Lender | Raymond James & Associates, Inc | | | x |
| Substantial Unsecured Bondholder or Lender | Raymond James Ltd | | | x |
| Substantial Unsecured Bondholder or Lender | RBC Capital Markets Corporation | | x | x |
| Substantial Unsecured Bondholder or Lender | RBC Dominion Securities Inc | | | x |
| Substantial Unsecured Bondholder or Lender | Ridge Clearing & Outsourcing Solutions, Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Sanford C. Bernstein & Co., LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Scotia Capital Inc | | x | x |
| Substantial Unsecured Bondholder or Lender | Scott & Stringfellow, Inc | | | x |
| Substantial Unsecured Bondholder or Lender | Scottrade, Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Southwest Securities Inc | | x | x |
| Substantial Unsecured Bondholder or Lender | SSB&T Co. | | x | x |
| Substantial Unsecured Bondholder or Lender | SSBIBT/BGI | | x | x |
| Substantial Unsecured Bondholder or Lender | SSB-SPDRS | | x | x |
| Substantial Unsecured Bondholder or Lender | SSBT/IBT | | x | x |
| Substantial Unsecured Bondholder or Lender | SSB-Trust Custody | | x | x |
| Substantial Unsecured Bondholder or Lender | Sterne, Agee & Leach, Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Stifel Nicholaus & Company | x | | |
| Substantial Unsecured Bondholder or Lender | Sumi Trust | x | | |
| Substantial Unsecured Bondholder or Lender | Suntrust Bank | | | x |
| Substantial Unsecured Bondholder or Lender | Suntrust Bank | | | x |
| Substantial Unsecured Bondholder or Lender | TD Ameritrade Inc. | | | x |
| Substantial Unsecured Bondholder or Lender | TD Waterhouse Canada, Inc. | | | x |
| Substantial Unsecured Bondholder or Lender | The Bank of New York Mellon | | | x |
| Substantial Unsecured Bondholder or Lender | The Bank of Tokyo-Mitsubishi UFJ, Ltd. | | | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Substantial Unsecured Bondholder or Lender | The Fifth Third Bank | | | x |
| Substantial Unsecured Bondholder or Lender | The Northern Trust Company | | | x |
| Substantial Unsecured Bondholder or Lender | Trustmark | | | x |
| Substantial Unsecured Bondholder or Lender | UBS Financial Services, Inc. | | | x |
| Substantial Unsecured Bondholder or Lender | UBS Securities, LLC | | | x |
| Substantial Unsecured Bondholder or Lender | UMB BankNA | x | | |
| Substantial Unsecured Bondholder or Lender | Union Bank of California | | | x |
| Substantial Unsecured Bondholder or Lender | US Bank NA | x | | |
| Substantial Unsecured Bondholder or Lender | Wachovia Bank, NA | | | x |
| Substantial Unsecured Bondholder or Lender | Wachovia Capital Markets, LLC | | | x |
| Substantial Unsecured Bondholder or Lender | Wachovia Securities, LLC | | | x |
| Substantial Unsecured Bondholder or Lender | Wells Fargo Bank, National Association | | x | x |
| Substantial Unsecured Bondholder or Lender | Wilmington Trust Company | x | | |
| Substantial Unsecured Bondholder or Lender | Carolina Capital Markets Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Clearview Correspondent Services LLC | x | | |
| Substantial Unsecured Bondholder or Lender | H.G. Wellington & Co | x | | |
| Forty Largest Unsecured Creditors | Advanced Information Management | x | | |
| Forty Largest Unsecured Creditors | Airspan Communications Ltd. | x | | |
| Forty Largest Unsecured Creditors | Anixter | | | x |
| Forty Largest Unsecured Creditors | AT&T | | | x |
| Forty Largest Unsecured Creditors | Atmos Energy | | | x |
| Forty Largest Unsecured Creditors | Beeline | x | | |
| Forty Largest Unsecured Creditors | BT Americas Inc | x | | |
| Forty Largest Unsecured Creditors | Cablevision Lightpath, Inc | | x | x |
| Forty Largest Unsecured Creditors | China Telecom Americas Corp | x | | |
| Forty Largest Unsecured Creditors | Cincinnati Bell | | | x |
| Forty Largest Unsecured Creditors | City of Durham | x | | |
| Forty Largest Unsecured Creditors | City of Richardson | x | | |
| Forty Largest Unsecured Creditors | City of Santa Clara | x | | |
| Forty Largest Unsecured Creditors | City of Sunrise | x | | |
| Forty Largest Unsecured Creditors | Coams Inc. | x | | |
| Forty Largest Unsecured Creditors | Comcast | | | x |
| Forty Largest Unsecured Creditors | Communications Test Design Inc. | x | | |
| Forty Largest Unsecured Creditors | Computer Science Corporation | x | | |
| Forty Largest Unsecured Creditors | Con Ed | | | x |
| Forty Largest Unsecured Creditors | Covergence Inc. | x | | |
| Forty Largest Unsecured Creditors | Cox Communications | | x | x |
| Forty Largest Unsecured Creditors | Duke Energy Company | | x | x |
| Forty Largest Unsecured Creditors | Embarq | | x | x |
| Forty Largest Unsecured Creditors | Emerson Network Power Embedded | | x | x |
| Forty Largest Unsecured Creditors | Export Development Canada | | | x |
| Forty Largest Unsecured Creditors | First Digital Telecom | x | | |
| Forty Largest Unsecured Creditors | Flextronics | x | | |
| Forty Largest Unsecured Creditors | Flextronics America LLC | x | | |
| Forty Largest Unsecured Creditors | Flextronics International | x | | |
| Forty Largest Unsecured Creditors | Flextronics International Europe BV | x | | |
| Forty Largest Unsecured Creditors | Flextronics Logistics USA Inc. | x | | |
| Forty Largest Unsecured Creditors | Flextronics Sales & Marketing North | x | | |
| Forty Largest Unsecured Creditors | FPL | | x | x |
| Forty Largest Unsecured Creditors | Frontier Communications | x | | |
| Forty Largest Unsecured Creditors | GFI Inc. | x | | |
| Forty Largest Unsecured Creditors | Global Crossing Conferencing | | | x |
| Forty Largest Unsecured Creditors | Glow Networks | x | | |
| Forty Largest Unsecured Creditors | Great Oaks Water Company | x | | |
| Forty Largest Unsecured Creditors | Hydro One Telecom Inc. | | x | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Forty Largest Unsecured Creditors | IBM Corporation | | x | x |
| Forty Largest Unsecured Creditors | Infosys Technologies Ltd. | | x | x |
| Forty Largest Unsecured Creditors | ITC Networks | x | | |
| Forty Largest Unsecured Creditors | Jabil Circuit Inc (GDL) | | | x |
| Forty Largest Unsecured Creditors | JCP&L | | | |
| Forty Largest Unsecured Creditors | JDS Uniphase Corporation | | x | x |
| Forty Largest Unsecured Creditors | Johnson Controls Inc. | | x | x |
| Forty Largest Unsecured Creditors | Level 3 Communications LLC | x | | |
| Forty Largest Unsecured Creditors | LIPA | x | | |
| Forty Largest Unsecured Creditors | Masergy Communications, Inc | x | | |
| Forty Largest Unsecured Creditors | McCann Erickson San Francisco | | | x |
| Forty Largest Unsecured Creditors | McDonald County Telephone Co | x | | |
| Forty Largest Unsecured Creditors | MCI | | | x |
| Forty Largest Unsecured Creditors | MTS Allstream Inc. | | | x |
| Forty Largest Unsecured Creditors | National Fuel | x | | |
| Forty Largest Unsecured Creditors | National Grid | | x | x |
| Forty Largest Unsecured Creditors | National Grid - Massachusetts | | x | x |
| Forty Largest Unsecured Creditors | National Grid - Melville | | x | x |
| Forty Largest Unsecured Creditors | Nortel Networks Corp. ERISA Litigation | | x | x |
| Forty Largest Unsecured Creditors | PCCW Global Inc | x | | |
| Forty Largest Unsecured Creditors | Pension Benefit Guaranty Corporation | x | | |
| Forty Largest Unsecured Creditors | PG&E - California | | x | |
| Forty Largest Unsecured Creditors | PSNC Energy | x | | |
| Forty Largest Unsecured Creditors | SEAL Consulting | x | | |
| Forty Largest Unsecured Creditors | SRP | x | | |
| Forty Largest Unsecured Creditors | Suez Energy Resources N.A. Inc. | x | | |
| Forty Largest Unsecured Creditors | Suffolk County Water Authority | | | x |
| Forty Largest Unsecured Creditors | Tata Consultancy Services | x | | |
| Forty Largest Unsecured Creditors | TEKsystems Inc. | | x | x |
| Forty Largest Unsecured Creditors | Telrad Networks Ltd. | x | | |
| Forty Largest Unsecured Creditors | The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013 | | | x |
| Forty Largest Unsecured Creditors | The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016 | | | x |
| Forty Largest Unsecured Creditors | The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026 | | | x |
| Forty Largest Unsecured Creditors | The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012 | | | x |
| Forty Largest Unsecured Creditors | The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014 | | | x |
| Forty Largest Unsecured Creditors | The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011 | | | x |
| Forty Largest Unsecured Creditors | Town of Billerica | x | | |
| Forty Largest Unsecured Creditors | TXU Energy | | x | x |
| Forty Largest Unsecured Creditors | Wipro Systems Ltd. | x | | |
| Forty Largest Unsecured Creditors | Wipro Technologies | x | | |
| Forty Largest Unsecured Creditors | Wistron InfoComm Technology Corp. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | 10 Sylvan SPE LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | 101 Constitution Trust | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | 13560 Morris Road Office Investors, LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | 7884 BR LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Accton Technologies | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | ACE Bermuda Insurance Ltd. | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | ACE INA Insurance | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | ACE USA | | | x |

Case 09-10138-MFW    Doc 458-1    Filed 03/12/09    Page 11 of 17

Page 10 of 16

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Party to the Debtors Significant Executory Contracts and Leases | Advanced Information Management | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | AIG Commercial Insurance Company of Canada | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Airspan | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Airvana | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Alanex Corporation | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Allianz Global Risks US Insurance Company | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Allied World Assurance Company Ltd | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Alltel (ACI) | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Alpha Networks | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Altera | | x | |
| Party to the Debtors Significant Executory Contracts and Leases | American Home Assurance Company | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | American Home Assurance Company (National Union) | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Amphenol | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | AMX | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Andrew Corporation | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Anixter International | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Applied Micro Circuits Corporation | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Arch Insurance Company | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Arrowhead General Insurance Agency | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Artesyn Technologies | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Astec | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | AT&T | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Audiocodes Ltd. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | BCE | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Beazley Syndicate | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Behringer Harvard TIC | | x | |
| Party to the Debtors Significant Executory Contracts and Leases | Bell Micro | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Biltmore Financial Center II | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Bonham Golf & Country Club, Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Bookham Technology Ltd. | | x | |
| Party to the Debtors Significant Executory Contracts and Leases | British Telecom | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Broadcom Corporation | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Brookfield Lakes Corporate Center | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Brookfield Lepage Johnson | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | BSNL | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Party to the Debtors Significant Executory Contracts and Leases | California State Teachers Retirement | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Campbell Creek Ltd. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Canal View Properties III, LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Catlin Canada Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | China Mobility | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Chubb Insurance Company of Canada | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Cigna | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Ciminelli Development Co. Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | City of Bonham | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Coliseum Transfer Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Colliers Dickson Flake Partners Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Continental Casualty Company | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Crescent Peakview Tower LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | CTDI | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Daeduck Electronics Company | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Datatec Networking and Com. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Deka Immobilien Investment GMBH | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Delta Networks Systems SA DE CV | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Deutsche Telecom | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Direct Touch Federal | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Duesenberg Investment Company | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Duke Realty Ohio | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Duke Realty Ohio | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Emerson | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Empire Indemnity | | | |
| Party to the Debtors Significant Executory Contracts and Leases | Excelight Communications Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Falvey Cargo Underwriting | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Flagler Development Company | | x | |
| Party to the Debtors Significant Executory Contracts and Leases | Flextronics | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | France Telecom/Orange | | x | |
| Party to the Debtors Significant Executory Contracts and Leases | Freescale Semiconductor | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Gail G. Anderson dba Willard T. Anderson Properties | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Gateway Associates Ltd. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | GCAN Insurance Company | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Genesis Building LLC | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Party to the Debtors Significant Executory Contracts and Leases | Great American Insurance Group | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Green 485 Owner LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Hanoi Telecom | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Hartford Fire Insurance Company | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Hewlett Packard | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Hewlett Packard Financial Services | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Hines Riverfront Plaza, LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Hiscox Syndicate | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | HQ Global Workplaces Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | I & G Direct Real Estate 16, LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | IBM | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | IGD Properties Corp. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Infosys | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Insignia ESG, Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | IPC Metrocenter LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | ITC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Itel House | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | JDS Uniphase Corporation | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Johnson Controls Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Korea Telecom - Freetel | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Kuehne & Nagel International AG | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | LGT | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Liberty International Underwriters Canada | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Max Bermuda Ltd. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Meadow Brook Office LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Mera | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Metropark South LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Metropolitan Tulsa Investments LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Micron | | | |
| Party to the Debtors Significant Executory Contracts and Leases | Microsoft | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Minerva Systems Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Motorola | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Motorola Corporation | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | New Boston 175 Capital Boulevard LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Omaha Plaza Investments c/o CBRE The Mega Group | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Party to the Debtors Significant Executory Contracts and Leases | Omega Corporate Center, LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | One Boston Place, LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | One Capital Mall Investors LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Open Terrace Associates LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Oracle Corporation | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Polycom | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Polytronix | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Princeton E&S | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | QBE Specialty | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Qualcomm Inc. | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Reckson Operating Partnership | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Riverdale Office Properties Partnership | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | RP Sam Houston Plaza, L.P. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Sanmina SCI Corporation | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Santur Corporation | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Sasken | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Scansoft | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | SK Telecom | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Sobrato Land Holdings | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Spectra Link | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Sprint Nextel | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | State Street Bank & Trust Co. | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | STMicroelectronics | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Sun Microsystems | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Sunset Land Company LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Talcott II Alamo LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Talcott III Ormsby LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Tallahassee Corporate Center LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | TCIT Dallas Industrial, Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | TCS Consulting | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Teachers Insurance & Annuity Corp. | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Tech Data Corp. | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Technology Center Associates LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Technology Park V LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Technology Park X LTD Partnership | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Party to the Debtors Significant Executory Contracts and Leases | Tejas | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Telefonica | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Telus | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Temple Insurance Company | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Texas Instruments Inc. | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | The Plaza CP, LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Tomorrow 35 Century L.P. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Tower 333 LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Trapeze Networks Inc. | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Travelers Guarantee Company of Canada | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Two Towne Square LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | UCM/SREP-Corporate Woods, LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | US Cellular | | x | |
| Party to the Debtors Significant Executory Contracts and Leases | USAA Real Estate Company | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | Verizon | | | x |
| Party to the Debtors Significant Executory Contracts and Leases | West Colony Office Associates, LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Wind River Systems Inc. | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Wipro | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Wireless (TX) LP QRS 14 | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Wistron | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Witness Systems Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Woodfield Holdings Pt., LLC | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Xilinx Inc. | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | XL Insurance (Bermuda) Ltd | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | XL Insurance Company Ltd. | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | Zurich Insurance Company | | | |
| Party to the Debtors Significant Executory Contracts and Leases | ACE Parking Management | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | IStar Ctl. 1, LP | x | | |
| Party to the Debtors Significant Executory Contracts and Leases | Lehman Ali Inc | | x | x |
| Party to the Debtors Significant Executory Contracts and Leases | The Irvine Company | | x | x |
| Other Significant Party-in-Interest including parties in material litigation | A.W. Chesterton, Inc. | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Aldine Independent School District | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Alexander Lovgren | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Bank of America | | x | x |
| Other Significant Party-in-Interest including parties in material litigation | California State Board of Equalization | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Party-in-Interest including parties in material litigation | Carrasco | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Certain Tunable Laser Chips | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Citibank | | x | x |
| Other Significant Party-in-Interest including parties in material litigation | Deutsche Bank | | | x |
| Other Significant Party-in-Interest including parties in material litigation | Dreyfus Government Cash Management Fund | | | x |
| Other Significant Party-in-Interest including parties in material litigation | Ernest Demel | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Federal Insurance Company (Chubb) | | | x |
| Other Significant Party-in-Interest including parties in material litigation | Federated Treasury Obligations | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Fidelity Treasury Portfolio Fund | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Government Prime Cash Management Fund | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Harris Corporation | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Highpoint Telecommunications Inc. | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Jay Colton | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Jim and Elaine Wright | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Joseph Srygler | x | | |
| Other Significant Party-in-Interest including parties in material litigation | JP Morgan | | x | x |
| Other Significant Party-in-Interest including parties in material litigation | JP Morgan U.S. Money Markey Funds | | x | x |
| Other Significant Party-in-Interest including parties in material litigation | Lisa Fitzgerald | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Mack Thorpe, Jr. | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Morgan Stanley | | | x |
| Other Significant Party-in-Interest including parties in material litigation | Motorola | | x | x |
| Other Significant Party-in-Interest including parties in material litigation | Nortel Networks Corp. ERISA Litigation Plaintiffs | | X | x |
| Other Significant Party-in-Interest including parties in material litigation | Pamela Richardson | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Patricia Harmon | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Pavel Molodetskiy | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Reserve Primary Fund | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Robert Buchwald | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Scott M. Johnson | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Sharon Tangney | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Steven Domenikos | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Teligent Services Inc. | x | | |
| Other Significant Party-in-Interest including parties in material litigation | Terrence Freeman | x | | |
| Other Significant Party-in-Interest including parties in material litigation | UBS | | | x |
| Other Significant Party-in-Interest including parties in material litigation | Verizon New York, Inc. | | | x |
| Other Significant Party-in-Interest including parties in material litigation | Wanland and Associates | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Alcatel-Lucent | | x | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Avaya | | | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Ciena Corporation | | x | |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Cisco Systems, Inc. | | | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Foundry | x | | |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Hewlett Packard | | | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Hitachi Cable | | | |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Huawei | x | | |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | IBM | | x | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Juniper Networks, Inc. | | | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Motorola | | x | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | NEC | x | | |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Nokia | | | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Siemens Enterprise | | x | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Siemens Networks | | | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Sony Ericsson Mobile Communications A.B. | | | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | Tellabs, Inc. | | x | x |
| Other Significant Party-in-Interest including parties in material litigation against the Debtor; and | ZTE | x | | |