## Exhibit 2

### (Professionals Which Have In The Past And/Or Are Currently Providing Services To E&Y LLP)

1. Cleary Gottlieb: Has provided services in the past and is currently providing services.

2. Allen & Overy LLP: Has provided services in the past.

3. Lazard Freres & Co., LLC: Has provided services in the past.

4. Morris, Nichols, Arsht & Tunnell LLP: Has provided services in the past.

DETR_1120634.3