## Exhibit 3

(Litigation Parties)

1. AIG Annuity Insurance Company; AIG Life Insurance Company; AIG Strategic Bond Fund; American International Life Assurance Company of New York; American International Group Retirement Plan; and AIG US High Yield Bond Fund: are plaintiffs against E&Y LLP in a litigation pending in the United States District Court for the Western District of Pennsylvania (Case number 2:08cv1414).;

2. Bank of America: is a co-defendant with, among others, E&Y LLP in : (a) a litigation pending in United States District Court Southern District of New York (Case No: 1:08cv3086); and (b) a litigation pending in the United States District Court Southern District of New York (Case No: 07 MDL No. 1902).

3. Broadcom Corporation: is a plaintiff against E&Y LLP in an arbitration matter, and also a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court Central District of California Western Division (Case No 2-06-CV-05036).

4. California Public Employees Retirement Systems: is a plaintiff against E&Y LLP in a litigation pending in the United States District Court for the Western District of Pennsylvania (Case number 2:08cv1414).

5. CIBC World Markets, Inc.: is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court District of New Jersey (08 Civ 920-JAP-JJH).

6. Citibank, NA: is a co-defendant with, among others, E&Y LLP in a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895).

7. Credit Suisse: is a co-defendant with, among others, E&Y LLP in: (a) a litigation pending in United States District Court Southern District of New York (Case No: 1:08cv3086); and (b) a litigation pending in the United States District Court Southern District of New York (Case No: 07 MDL No. 1902). Credit Suisse Syndicated Loan Fund and Credit Suisse High Yield Fund are plaintiffs against E&Y LLP in a litigation pending in the United States District Court for the Western District of Pennsylvania (Case number 2:08cv1414).

8. Deutsche Bank AG and Deutsche Bank Securities, Inc.: are co-defendants with, among others, E&Y LLP in: (a) a litigation pending in the United States District Court Southern District of New York (Case No: 07 MDL No. 1902); (b) a litigation pending in the United States District Court Southern District of New York (Case No: 1:08cv3086); and (c) an action pending in District Court of Harris County, Texas 113th Judicial District (No: 2004-14400).

9. Goldman Sachs: is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court District of New Jersey (08 Civ 920-JAP-JJH).

10. Hitachi Ltd.: is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court District of New Jersey (08 Civ 920-JAP-JJH).

11. JDS Uniphase Corp. is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court Northern District of California (Case No. 02 CV 3098).

12. Jefferies Capital Management, Inc.: is a co-defendant with, among others, E&Y LLP in a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895).

13. JP Morgan Chase Securities, Inc. and JP Morgan Chase Bank.: are co-defendants with, among others, E&Y LLP in: (a) a litigation pending in the Supreme Court of the State of New York County of New York (Index No: 04114728); (b) a litigation pending in the United States District Court Southern District of New York (Case No: 1:08cv3086); (c) a litigation pending in the United States District Court District of New Jersey (08 Civ 920-JAP-JJH); (d) a litigation pending in the 24th Judicial District Court Parish of Jefferson State of Louisiana (Case No: 654-939); and (e) a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895).

14. Juniper Networks, Inc. is suing E&Y LLP in a litigation pending in the United States District Court Northern District of California (Case No: C 06-04327-JW).

15. Lehman Brothers First Trust Income Opportunity Fund Inc.; Lehman Brothers Alpha Funds PLC for Lehman Brothers U.S. High Yield Fund; Lehman Brothers High Yield Bond Fund LLC; Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund; Lehman Brothers Income Funds for Lehman Brothers High Income Bond Fund; Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund: are plaintiffs against E&Y LLP in a litigation pending in the United States District Court for the Western District of Pennsylvania (Case No. 2:08cv1414).

16. Merrill Lynch Pierce, Fenner & Smith Inc.: is a co-defendant with, among others, E&Y LLP in a litigation pending in United States District Court Eastern District of Virginia (Civil Action No: 1:06-cv-00077).

17. Morgan Stanley & Company Incorporated and Morgan Stanley Dean Witter & Company: are co-defendants with, among others, E&Y LLP in (a) a litigation pending in United States District Court Eastern District of Virginia (Civil Action No: 1:06-cv-00077); and (b) a litigation pending in Appeal from Circuit Court of Cook County (02CH16854).

18. National City Bank: is a co-defendant with, among others, E&Y LLP in a litigation pending in United States District Court Northern District of Ohio (Casee No: 08-1247).

19. Oppenheimer Acquisition Corporation and Oppenheimer Funds, Inc: are co-defendants with, among others, E&Y LLP in (a) a litigation pending in the United States District Court Southern District of New York (Case No: 08-CV-11141); and (b) a litigation pending in the United States District Court Southern District of New York (Case No: 08-CV-11359).

20. RBC Dain Rausher: is a co-defendant with, among others, E&Y LLP in a litigation pending in United States District Court Eastern District of Virginia (Civil Action No: 1:06-cv-00077).

21. UBS Investment Bank and UBS Securities LLC: are co-defendants with, among others, E&Y LLP in a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895).

22. Wachovia Bank, National Association: is a co-defendant with, among others, E&Y LLP in (a) a litigation pending in the United States District Court for the Western District of Pennsylvania (Case number 2:08cv1414); and (b) a litigation pending in United States District Court Eastern District of Virginia (Civil Action No: 1:06-cv-00077).