IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket Nos. 18 & 54 |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING SECOND STIPULATION BETWEEN DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. EXTENDING THE TIME TO FILE A MOTION FOR RECONSIDERATION OF ORDER PURSUANT TO 11 U.S.C. § 105(A) APPROVING CROSS-BORDER COURT-TO-COURT PROTOCOL**

The undersigned hereby certifies as follows:

On March 12, 2009, the above-captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (the "Committee"), entered into the *Second Stipulation Between the Debtors and the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., Pursuant to Local Rule 9013-1(m), Extending the Time to File a Motion for Reconsideration of Order Pursuant to 11 U.S.C. § 105(a) Approving Cross-Border Court-to-Court Protocol* (the "Stipulation"). A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as Exhibit 1. A true and correct copy of the Stipulation is attached to the Proposed Order as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1-3377078-1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto, as Exhibit 1, at its earliest convenience.

Dated: March 12, 2009
Wilmington, Delaware

*(signature)*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Proposed Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

-and-

Fred S, Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*