IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
               Debtors. : Jointly Administered
:
------------------------------------------------------------- X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 298

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to **First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 14, 2009 Through January 31, 2009** (the "Application") (D.I. 298), filed on February 13, 2009.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 5, 2009 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2769003.1

      Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2008, the Debtors are authorized to pay $68,687.20 which represents eighty percent (80%) of the total fees requested ($85,859.00) and $23,353.91 which represents one hundred percent (100%) of the expenses requested in the Application

      WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: March 12, 2009
Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      James L. Bromley
      Lisa M. Schweitzer
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

      - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      _/s/ Thomas F. Driscoll III_
      Derek C. Abbott (No. 3376)
      Eric D. Schwartz (No. 3134)
      Thomas F. Driscoll III (No. 4703)
      Ann C. Cordo (No. 4817)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: (302) 658-9200
      Facsimile: (302) 425-4663

      Counsel for the Debtors and Debtors In Possession

2769003.1