# EXHIBIT A



# N⊘RTEL

[Company]
[Address 1]
[Address 2]
[City, State Zip Code]

March 4, 2009

Ladies and Gentlemen:

      Consistent with Nortel's strategy of investing in its core competencies, last year the decision was made to pursue a transaction for the sale of certain assets of the Layer 4-7 portfolio consisting of the following products: Nortel Application Switch (NAS), Nortel Application Accelerator (NAA), and Virtual Service Switches (VSS). However, on January 14, 2009, various Nortel companies filed voluntary petitions in various jurisdictions, including the United States Bankruptcy Court for the District of Delaware under chapter 11 of the U.S. Bankruptcy Code. In connection with these and other subsequent filings, over the next several weeks, we will be conducting an auction for the sale of the business associated with the Layer 4-7 assets described above. The consummation of this sale will involve, among other matters, the assignment of one or more service contracts to which you are a party. **Please read carefully the notice enclosed with this letter for a description of your contracts and of the assignment process more generally, including certain deadlines with respect thereto.**

      If you have any questions or concerns at any point during this process, please do not hesitate to contact Paul Woodruff at (408) 495-5295.

                                          Very truly yours,

                                          Paul Woodruff
                                          Nortel -- Enterprise Business Development
                                          paulwo@nortel.com
                                          Phone: (408) 495-5295

Enclosures

## SCHEDULE A

[Company Name]

| Contract ID Number* | Contract Service Start Date | Contract Service End Date |
|---|---|---|
| [ID Number] | [DD/MM/YYYY] | [DD/MM/YYYY] |

---

*To view any individual contract, please go to www.nortel.com/viewcontract and search by Contract ID Number.

For additional Nortel Support Services information please visit: http://www130.nortelnetworks.com/cgi-bin/eserv/cs/main.jsp
For website registration or additional assistance with your contract via e-mail please contact: scontrac@nortel.com

**EXHIBIT A**