## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire, hereby certify that on this 13th day of March, 2009, I caused a true and correct copy of the foregoing Objection of The Prudential Insurance Company of America to Debtors' Motion for Approval of Procedures for the Rejection of Executory Contracts and Unexpired Leases and the Abandonment of Certain Assets Related Thereto to be served on the addressees listed below in the manner indicated.

**VIA HAND DELIVERY**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Thomas F. Driscoll III, Esquire
Ann C. Cordo, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST-CLASS MAIL**
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Dated: March 13, 2009
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)