IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Robert H. McKirgan, Esq. to represent The Prudential Insurance Company of America in this action.

*/s/ Amanda Winfree*

Amanda M. Winfree (#4615)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Arizona and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Robert H. McKirgan*

Robert H. McKirgan, Esquire
LEWIS AND ROCA LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5396

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: March 13, 2009

*/s/ Kevin Gross*

The Honorable Kevin Gross
United States Bankruptcy Judge

{00280602;v1}

T. NO. 455
DT. FILED 3-12-09