IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
NORTEL NETWORKS INC., *et al.*,[1]                  :    Case No. 09-10138 (KG)
                                                    :    Jointly Administered
            Debtors.                                :
                                                    :
---------------------------------------------------------x

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of the Bankruptcy Code, The Prudential Insurance Company of America ("Prudential") hereby enters its appearance and requests that Prudential be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Thomas J. Leanse, Esquire | Tobey M. Daluz, Esquire |
| Dustin P. Branch, Esquire | Leslie C. Heilman, Esquire |
| Katten Muchin Rosenman LLP | Ballard Spahr Andrews & Ingersoll, LLP |
| 2029 Century Park East, Suite 2600 | 919 N. Market Street, 12th Floor |
| Los Angeles, CA 90067-3012 | Wilmington, DE 19801 |
| Telephone: (310) 788-4400 | Telephone: (302) 252-4465 |
| Facsimile: (310) 788-4471 | Facsimile: (302) 252-4466 |
| Email: thomas.leanse@kattenlaw.com | Email: daluzt@ballardspahr.com |
| dustin.branch@kattenlaw.com | heilmanl@ballardspahr.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Prudential's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Prudential is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 16, 2009  
Wilmington, Delaware

Respectfully submitted,

/s/ Leslie C. Heilman  
Tobey M. Daluz, Esquire (No.3939)  
Leslie C. Heilman, Esquire (No. 4716)  
BALLARD SPAHR ANDREWS & INGERSOLL, LLP  
919 N. Market Street, 12th Floor  
Wilmington, DE 19801  
Telephone: (302) 252-4465  
Facsimile: (302) 252-4466  
E-mail: daluzt@ballardspahr.com  
       heilmanl@ballardspahr.com

-and-

KATTEN MUCHIN ROSENMAN LLP

Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
E-mail: thomas.leanse@kattenlaw.com
        dustin.branch@kattenlaw.com

Attorneys for Landlord Creditors The Prudential Insurance Company of America