## **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, Esquire, hereby certify that on this 16th day of March, 2009, I caused a true and correct copy of the foregoing Entry of Appearance and Request for Notices to be served on the addresses listed on the attached service list in the manner indicated.

Dated: March 16, 2009
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)

## SERVICE LIST

### VIA HAND DELIVERY

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Thomas F. Driscoll III, Esquire
Ann C. Cordo, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

### VIA FIRST-CLASS MAIL

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036