# EXHIBIT A

Exhibit A to the JDSU Reclamation Notice

In the event an objection is filed to the allowance of the Reclamation Demand in the amount and manner identified below, the Debtors reserve all of their rights and defenses with respect to the validity, sufficiency and allowance of such Reclamation Demand, including with respect to any goods that are included as "Validly Reclaimed Goods" in the below chart.

| Reclamation Claimant | Debtor | Date of Receipt of Reclamation Demand | Amount of Validly Reclaimed Goods In Debtor's Possession on Demand Date | Amount of Validly Reclaimed Goods Currently In Debtor's Possession | Proposed Treatment for Validly Reclaimed Goods | Amount of Goods not Subject to Reclamation | Basis for Denial of Reclamation Claim for Goods not Subject to Reclamation |
|---|---|---|---|---|---|---|---|
| JDS Uniphase Corp. | Nortel Networks Inc. | 1/16/2009, and as supplemented[1] | $0 | $0 | N/A | $3,174,237 | Reclamation demand provided insufficient information to identify goods; Goods were shipped to customers or otherwise transformed; Demand includes goods not either ordered by or delivered to Debtors ($2,277,143); Demand includes invoices for services ($102,470) |

---

[1]  Consistent with paragraph 9 of the Reclamation Procedures Order, Nortel Networks Inc. has paid $2,034,623 to JDSU for the portion of JDSU's claim that relates to the goods identified on Exhibit 1 to the Reclamation Procedures Order. This Exhibit addresses the outstanding remainder of JDSU's reclamation demand asserted against Nortel Networks Inc.