## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll, III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reclamation Notice For JDS Uniphase Corp.** was caused to be made on March 16, 2009, in the manner indicated upon the entities identified below.

Date: March 16, 2009

_____
Thomas F. Driscoll III (No. 4703)

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

William P. Bowden Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**

John Ostaszewski
JDS Uniphase Corp.
c/o JDS Uniphase Inc.
61 Bill Leathem Drive
Ottawa
Ontario, K2J 0P7
Canada

Merle C. Meyers Esq.
Meyers Law Group P.C.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104

2778004.1