IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtor. | ) | Joint Administered Requested |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Eric J. Fromme of Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Irvine, California, 92612, to represent Gores & Siemens Enterprise Network.

Dated: March 16, 2009

BIFFERATO GENTILOTTI LLC

Ian Connor Bifferato (I.D. #3273)
Garvan F. McDaniel (I.D. #4167)
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 254-5381
Fax: (302) 792-7473
gmcdaniel@bglawde.com

Attorneys for Gores & Siemens Enterprise Network