UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

——————————————————— x

In re:                              :   Chapter 11
                                    :
Nortel Networks Inc., *et al.*,[1]  :   Case No. 09 – 10138 (KG)
                                    :
           Debtors.                 :   (Jointly Administered)
                                    :
                                    :
——————————————————— x

**STATEMENT OF MERCER (US) INC. PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2014 AND ORDER
AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE
PROFESSIONALS IN THE ORDINARY COURSE**

I, John Dempsey, being duly sworn, upon his/her oath, deposes and states as follows:

1.  I am a principal of Mercer (US) Inc. ("*Mercer*"), with offices located at 10 South Wacker Drive, Suite 1700, Chicago, Illinois 60606.

2.  Mercer has been retained as an ordinary course professional to Nortel Networks Inc. and its related debtor affiliates (collectively, "*Nortel*" or "*Debtors*") pursuant to the Court's Order Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date (the "*Order*") dated February 5, 2009.

3.  As an ordinary course professional, Mercer provides the Debtors with the following services: (i) advice regarding compensation and benefit plan design, governance and implementation based on the Debtor's business strategy, financial requirements, compensation philosophy, market trends and best practices; (ii) advice with regard to retirement plan design and pension governance; and (iii) monthly updates on pension funded status.

---

[1]     The debtors in these jointly administered chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

4. Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), Mercer hereby confirms that, to the best of its knowledge and belief, other than in connection with providing professional and actuarial services to the Debtors and their non-debtor affiliates and assisting the Debtors with developing a Key Employee Incentive Plan, it does not have any connection with the Debtors, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in their chapter 11 cases or their respective attorneys or accountants.

5. Pursuant to the Order, Mercer hereby confirms that it does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which it is engaged. Mercer may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases. As part of its customary practice, Mercer is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants and parties in interest in these chapter 11 cases. Mercer does not perform services for any such person in connection with conducting these chapter 11 cases or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

6. Mercer has no outstanding and unpaid claims against the Debtors relating to prepetition services.

7. Neither I nor any principal, partner, director or officer of, or professional retained by Mercer has agreed to share or will share any portion of the compensation to be received from the Debtors, other than reimbursing disbursements or costs owed to third parties on account of

services provided to the Debtors, with any person other than the principals and regular employees of Mercer and its parent company, Marsh & McLennan Companies, Inc..

8. Neither I nor any principal, partner, director or officer of, or professional retained by Mercer, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters upon which Mercer is to be retained.

9. At any time during the period of Mercer's retention, if Mercer should discover any facts bearing on the matters described herein, Mercer will supplement the information contained in this statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 16, 2009

By: *John Dempsey*

Printed Name: John Dempsey