## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:  March 20, 2009 at 11:00 a.m.**<br>**Objection Deadline:  March 17, 2009 at 12:00 p.m.**<br>**(Extended per agreement by the parties)**<br>**Related Docket No. 417** |

### LIMITED OBJECTION OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO THE DEBTORS' MOTION FOR APPROVAL OF PROCEDURES FOR THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN ASSETS RELATED THERETO

The Prudential Insurance Company of America ("Prudential PRISA II") hereby files this limited objection ("Objection") to the *Debtors' Motion For Approval Of Procedures For The Rejection Of Executory Contracts And Unexpired Leases And The Abandonment Of Certain Assets Related Thereto* [Docket No. 417] ("Rejection Procedures Motion"), and respectively represents as follows:

1.    Nortel Networks, Inc. ("Nortel"), one of the Debtors in the above-captioned bankruptcy cases, leases space from Prudential PRISA II where Nortel operates its business pursuant to an unexpired lease of nonresidential real property ("Lease") at the following location:  4555 Great America Parkway, Santa Clara, California.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of Debtor's tax identification numbers are: Nortel Network, Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Otera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6826) and Nortel Networks Cable Solutions Inc. (0567).

2.      The Lease is comprised of two six-story office buildings and a "commons" building containing approximately 636,000 square feet, and two parking garages containing approximately 1,989 parking spaces, with approximately 99 additional surface parking spaces.

3.      On March 4, 2009, the Debtors filed the Rejection Procedures Motion.  On March 13, 2009, two landlords of unexpired leases of nonresidential real property objected to the Rejection Procedures Motion – Prudential TMW[2] and UBS Realty Investors LLC.  Prudential PRISA II joins in those objections and any other objection not inconsistent with the relief sought therein and herein.[3]

4.      Additionally, Prudential PRISA II requests any order entered by this Court approving the Rejection Procedures Motion include the following language which more fully preserves Prudential PRISA II's rights under the Bankruptcy Code and other applicable law:

- At the end of paragraph 2(D), insert the following sentence:  "Nothing in this paragraph or Order shall modify 11 U.S.C. § 365(d)(4)."

- After the first sentence of paragraph 2(J), insert the following sentence:  "Other than establishing the procedures for rejection of Leases and Agreements, this Order shall not be deemed an adjudication or waiver of any of the non-debtor parties' rights with respect to the Leases or Agreements."

WHEREFORE, Prudential PRISA II requests that the Court modify any order approving the Rejection Procedures Motion to incorporate the changes set forth above, and grant such other and further relief as may be just and proper.

---

[2] Prudential manages PRISA II – a fund that owns the property at 4555 Great America Parkway. Prudential also manages a separate and distinct fund ("Prudential TMW") that owns property being leased to the Debtors in Sunrise, Florida.  Prudential PRISA II and Prudential TMW are represented by separate counsel.

[3] Debtors' counsel extended Prudential PRISA II's deadline to object to the Rejection Procedures Motion to March 17, 2009, at 12:00 p.m. EDT.

Dated: March 17, 2009

Respectfully submitted,

ASHBY & GEDDES, P.A.

_/s/ AM Winfree_

William P. Bowden (#2553)
Amanda M. Winfree (#4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

LEWIS AND ROCA LLP
Robert H. McKirgan, Esquire
Scott K. Brown, Esquire
40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5321

*Attorneys for The Prudential Insurance Company of America*

{00281772;v1}