## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that on March 17, 2009 I caused one copy of the foregoing to be served upon the parties listed below in the manner so indicated.

VIA OVERNIGHT EXPRESS MAIL & ELECTRONIC MAIL
James L. Bromley
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

VIA HAND DELIVERY & ELECTRONIC MAIL
Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll III
Ann C. Cordo
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

VIA HAND DELIVERY
Christopher M. Samis
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

VIA HAND DELIVERY
Thomas Tinker
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

_/s/ Amanda Winfree_
Amanda M. Winfree (No. 4615)

{00281776;v1}