**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
                                    :
                                    :    Chapter 11
                                    :
In re                               :    Case No. 09-10138 (KG)
                                    :
Nortel Networks Inc., et al.,¹      :    Jointly Administered
                                    :
                    Debtors.        :
                                    :
                                    :
                                    :
                                    :
-------------------------------------------------------X
```

**STIPULATION OF SETTLEMENT OF**
**RECLAMATION DEMAND OF AVANEX CORP.**

WHEREAS, on January 14, 2009, Nortel Networks Inc. ("NNI") and certain of its

affiliates identified in footnote 1 hereto (collectively, with NNI, the "Debtors") filed voluntary

petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code") in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, Avanex Corp. (the "Reclamation Claimant") sent a reclamation demand

pursuant to a letter dated January 28, 2009 to NNI, as supplemented by the Reclamation

Claimant, that asserts, among other things, a reclamation demand in the amount of $446,358

against NNI (as such demand may have been supplemented from time to time, the "Reclamation

Demand");

WHEREAS, NNI has reviewed its books and records in an effort to reconcile such claim;

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, NNI is prepared to settle the Reclamation Claimant's Reclamation Demand with respect to the goods identified on Exhibit 1 attached hereto (the "Settlement Goods") in connection with the settlement of any and all claims for reclamation the Reclamation Claimant may have against the Debtors.

WHEREAS, the Reclamation Claimant has filed Motion of Avanex Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) [D.I. 242] seeking allowance of a claim under § 503(b)(9) of the Bankruptcy Code for certain goods also subject to the Reclamation Demand (the "503(b)(9) Motion");

WHEREAS, NNI and the Reclamation Claimant wish to settle the Reclamation Demand and the 503(b)(9) Motion in accordance with the terms set forth in this Stipulation;

IT IS HEREBY AGREED AND STIPULATED THAT:

1.      Subject to the approval of this settlement through compliance with the notice and objection procedures set forth in the Reclamation Procedures Order, NNI agrees the Reclamation Claimant shall have an allowed reclamation claim against NNI in the amount of $264,188 (the "Settlement Amount") and NNI shall pay the Settlement Amount to the Reclamation Claimant on or prior to twenty (20) days after the date of the Objection Deadline (as identified in the Notice of Proposed Settlement filed with the Bankruptcy Court), if no objection is filed prior to the Objection Deadline.

2.      Subject to receipt by the Reclamation Claimant of the payment as set forth in paragraph 1 above, this settlement fully resolves the Reclamation Demand and any other claims for reclamation the Reclamation Claimant may have against any of the Debtors, and the Reclamation Claimant's Reclamation Demand shall be deemed to have been withdrawn with prejudice as asserted against the Debtors upon receipt of such payment.

2

3.      Subject to receipt by the Reclamation Claimant of the payment as set forth in paragraph 1 above, the Reclamation Claimant agrees that it has no further claims against NNI or its affiliates with respect to the Settlement Goods, whether under section 503(b)(9) of the Bankruptcy Code or otherwise, and hereby waives any such claims to the extent they may exist. Following the receipt by the Reclamation Claimant of the Settlement Amount, the Reclamation Claimant shall promptly (within three (3) business days) file a notice of withdrawal of the 503(b)(9) Motion with prejudice.

4.      Notwithstanding anything to the contrary herein, this settlement resolves only the reclamation claims and the section 503(b)(9) claims that the Reclamation Claimant may have against the Debtors, and is without prejudice to any other or further claims that the Reclamation Claimant may have against NNI or any of its affiliates, whether domestic or abroad, with respect to those goods referenced in the Reclamation Demand but not included in the Settlement Goods (the "Other Goods") (except that no claim for reclamation of such Other Goods shall be allowed against the Debtors under section 546 of the Bankruptcy Code or any other applicable law, and no claim shall be allowed against the Debtors under section 503(b)(9) of the Bankruptcy Code), and any such claims are expressly preserved to the extent they may exist, and NNI and its affiliates preserve all such rights, defenses and counterclaims they may have.

5.      In the event this settlement is not approved pursuant to the Reclamation Procedures Order, the parties reserve all of their rights and defenses with respect to the Reclamation Demand and this proposed settlement shall not constitute an admission by the Debtors regarding the validity of the Reclamation Demand or that the Debtors have any liability thereunder.

Dated: _Med 16_, 2009

Nortel Networks Inc.

By: _(signature)_ Gaurav Saini
Title: Leader, Semiconductor
Sourcing and Engineering

Avanex Corp.

By: _(signature)_ Mark Weinswig
Title: VP, Finance & Interim CFO

4

**EXHIBIT 1**

| Quantity | Purchase Order | Nortel Part Number | Serial Number | Invoice |
|---|---|---|---|---|
| 1 | 4503451443 | NTT830DAE5 | NNTMHG017014 | 900040540 |
| 1 | 4503451443 | NTT830DAE5 | NNTMHG017013 | 900040540 |
| 1 | 4503451443 | NTT830DAE5 | NNTMHG017012 | 900040540 |
| 1 | 4503451443 | NTT830DAE5 | NNTMHG017011 | 900040540 |
| 1 | 4503451443 | NTT830DAE5 | NNTMHG017010 | 900040540 |
| 1 | 4503451444 | NTT830DAE5 | NNTMHG01700W | 900040539 |
| 1 | 4503451444 | NTT830DAE5 | NNTMHG01700X | 900040539 |
| 1 | 4503451444 | NTT830DAE5 | NNTMHG01700Y | 900040539 |
| 1 | 4503451444 | NTT830DAE5 | NNTMHG01700Z | 900040539 |
| 1 | 4503451445 | NTT830DAE5 | NNTMHG017018 | 900040541 |
| 1 | 4503451445 | NTT830DAE5 | NNTMHG017017 | 900040541 |
| 1 | 4503451445 | NTT830DAE5 | NNTMHG017016 | 900040541 |
| 1 | 4503451445 | NTT830DAE5 | NNTMHG017015 | 900040541 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ1 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ2 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ3 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ4 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ5 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ6 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ7 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ9 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZA | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZB | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZZ0 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZX0 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZX3 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZX7 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZX8 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZXS | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZY3 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZY4 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZY5 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZY6 | 900040220 |
| 1 | 4503494100 | NTT830BAE5 | NNTMHG016ZY7 | 900040220 |
| 1 | 4503529692 | NTT830BAE5 | NNTMHG016ZZJ | 900040221 |
| 1 | 4503529692 | NTT830BAE5 | NNTMHG016ZZH | 900040221 |
| 1 | 4503529692 | NTT830BAE5 | NNTMHG016ZZG | 900040221 |
| 1 | 4503529692 | NTT830BAE5 | NNTMHG016ZZF | 900040221 |
| 1 | 4503529692 | NTT830BAE5 | NNTMHG016ZZE | 900040221 |
| 1 | 4503529692 | NTT830BAE5 | NNTMHG016ZZD | 900040221 |
| 1 | 4503529692 | NTT830BAE5 | NNTMHG016ZZC | 900040221 |
| *Total Quantity of Goods:* | | 41 | | |
| *Total Amount to Pay:* | $ | 264,188 | | |