## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Proposed Settlement Of Reclamation Demand Of Avanex Corp.** was caused to be made on March 17, 2009, in the manner indicated upon the entities identified below:

Dated: March 17, 2009

_____
Thomas F. Driscoll III (No. 4703)

**BY HAND DELIVERY:**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

**BY FEDERAL EXPRESS:**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Brian Y. Lee, Esq.
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111

2780756.1