# Robert L. Kenas

12 Edgemere Drive
Matawan, New Jersey 07747

March 12, 2009

The Honorable Kevin Gross
US Bankruptcy Court
District of DE
824 Market Street
Wilmington, DE 19801

**U.S. Bankruptcy Court**
**RECEIVED**

MAR 17 2009

Judge_____

Dear Judge Gross:
Re: Nortel's Chapter 11 Upcoming Hearings (Case 09-10138-KG)

I am admittedly just another disgruntled victim of yet another Chapter 11 filing over which you are presiding. I AM by any objective measure a (rightfully) livid victim of the Nortel Chapter 11 filing. I hope that you will read what follows with some sense of objectivity AND consider that even an emotionally charged former employee may just have a set of valid complaints about: A) the manner in which the Chapter 11 'played out' at Nortel, as orchestrated by the CEO and B) consider the possibility that you may be making another huge mistake by granting the requests for the $45MILLION in 'retention/incentive bonuses'. No matter what you call them they would rewarding DREADFUL RESULTS. These people will 'stay put' because their records make them unattractive, even if the job market were good! They are NOT and will not be highly sought after people. And if a few do leave, it would actually be a PLUS for Nortel.

The simple truth that must be considered in this request is that this particular leadership team has been and remains an abysmal failure. If I had performed as poorly against my <u>stated objectives</u> as they have, I'd have been let go, with good cause, ages ago. If you were to obtain their stated goals and promises, you'd see **this is true**. Their latest request should be considered in this context. It is outrageous!

I could make dozens of statements of Fact regarding the deceitful and hypocritical behavior of this group, but since you have neither the time nor I suspect interest in being bothered with such, I will offer just one line of reasoning that I hope will be factored into to your thinking and, more importantly, the resulting critical decision-making process that falls to you.

Simply put, Mike Z. in company-wide circulated 'Z-mails' made it quite clear to his trusting troops that there was no cause for 'alarm' as recently as December (when the rumors of bankruptcy were being circulated in the press...December 10th to be specific). I submit to you that he KNEW in mid-December that the bankruptcy was imminent. We all know that a January 14th announcement of same could not have been orchestrated in two weeks (and holiday 'break' was part of that elapsed time). I am confident that Epiq Bankruptcy Systems could confirm this if pressed by YOU to do so.

The (December) severance offer that I (and many others) received and accepted, stipulated that I would receive: A) 7 months pay, and B) health care benefits through June 30th (see attached offer). I would also have been able to opt for and receive a 'lump sum' pension distribution WHEN I was eligible (only at the end of my 'oxymoronic' severance period). I made a number of major life decisions that were materially impacted by the The Chapter 11 that: canceled the severance, ended health care coverage January 16, and they eliminated the lump sum pension payout.

Anecdotally, I had an accident fracturing a collar bone Jan. 23rd), and my short-term disability ended Jan. 16, so Nortel says I'm out of luck on that front as well, although the State of NJ disagrees, and will likely remedy that situation.

With respect to the request for $45 Million to get Nortel 'straightened out', you must know that this current management team is simply not trusted internally, but **ESPECIALLY by customers**. In this market, with *customer* jobs at risk, who in their right mind would recommend Nortel? Would you? It would be akin to buying a fleet of GM cars. The key point to here is: these people have no credibility. THEY are ALL looking around for 'what next' because *even they* know they will fail. In this market, a 'bonus' (by any name) is (yet another) coup for them. It will not 'right the ship'!!!

To grant their request when laid off people who were promised severance have been cut off from that severance, AND such as in my case, had a lump sum pension taken 'off the table' AND the receipt of a monthly annuity pension delayed until after a 'severance date' for which there is NO SEVERANCE, is simply continuing the madness perpetrated by the inept, deceitful, and (unprecedented) GREEDY people 'in charge' (they are NOT 'leaders'...they are merely there, 'steering' the ship toward the rocks).

With all due respect Judge Gross, where does this all end???? If this country is going to survive the epidemic of greed and deceit that has created the mess we're all in, people like you, who are entrusted with doing the 'right thing' according to not only the law, but based on sound, rational, and reasonable judgment, must not grant such an absurd request. I cannot even collect my monthly pension annuity until JULY when my 'severance period' ends. The severance with zero severance!!!! This is beyond idiotic. It is unconscionable and indeed it defies belief and words to accurately describe it.

It is my assertion here that the severance package was an obvious and disgraceful BAD FAITH offer that 'they' (Mike Z., Bill Donovan of HR) KNEW would be negated by the Chapter 11. To reinforce this absurd behavior, by the continued indulging of such management (e.g. check the record of Mike Z's personal use of the corporate jet for personal convenience AFTER the severances were offered in December), is to award with the requested bonus dollars the very lack of accountability and violation of simple ethics, civility, and decency that this team has MANDATED for others. YOU can help ensure that this does NOT happen, and in so doing, send a clear message to those that would imitate! Mike Z. his band of equally incompetent 92 senior executives (and subordinates), are lobbying for an allocation of $45 Million to 'be around' to turn off the lights. Please confront this! Someone needs to recognize it for what it is and draw a line. You have that chance!

People in America are being victimized not only by the greedy and poor management teams, but also by the decisions and legislation that is being passed that, without appropriate judgment and monitoring, is only making matters worse, rewarding poor leadership and hurting the very loyal and trusting hard-working and loyal people who have kept whatever good is being done in these corporate halls going as well it has...DESPITE, not because of the 'leaders'.

Please forgive the emotional component of this note; but please do not ignore it. More importantly, please consider the simple truths and FACTS and logic that should influence your decision regarding this latest `absurd management request.

Sincerely,

*[signature]*
Robert L. Kenas

## HR SHARED SERVICES - U.S. SEVERANCE ELECTION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Robert Kenas

EMPLOYEE NUMBER: 0512961

CONTINUOUS SERVICE DATE: 1996/09/03

SALES COMP EMPLOYEE: ___ Yes  ✓ No

STATUS F/T: F  P/T:

TERM EFFECTIVE DATE: 2009/02/13

SEVERANCE STOP DATE: 2009/06/05

ELIGIBILITY SEVERANCE DATE: 1996/09/03

If Yes, TTC RATE (ANNUAL $) _____

NOTICE DATE: 12/15/2008 (if applicable)

SEPARATION REASON: Work force reduction

EMPLOYEE ADDRESS:
12 EDGEMERE DR
MATAWAN
NJ 07747

Any unused/accrued vacation balance in SAP as of termination date will be paid out in compliance with Company policy.

SALARY CONTINUATION ENTITLEMENT: 16 WEEKS

(✓) Elect    (___) Decline the payment of my severance allowance

PAYROLL DEDUCTIONS FOR MEDICAL, DENTAL/VISION/HEARING CARE AND LIFE INSURANCE

(✓) Continue bi-weekly deductions per current payroll stub............ BENEFITS STOP DATE: 2009/06/30

On FINAL severance check, deduct current deductions and the pro-rated portion to cover through the benefits ending date. I understand this amount may change based on annual enrollment or life event status changes which may occur between termination date and benefits end date or to correct deduction amounts which may not be reflected correctly. Depending on the amount of the last severance check, US payroll may have to adjust the next to the last severance check in order to have enough after-tax dollars to pay for the benefits.

*Refer to your current payroll stub for bi-weekly Flex credits and benefits deduction amounts.*

(___) No deductions – continuation of insurance not elected............BENEFITS STOP DATE: 2009/02/28

Outstanding dollars Owed (as currently known): Total amount to be deducted $_____ (without prejudice to subsequent revision or other collection methods).

Robert Kenas                 [signature]                      1/12/09
Employee Name           Employee Signature                    Date

_____  _____       _____
Manager / HR Print Name  Manager/HR Signature              Date




Maximize your existing assets to deliver new services while keeping costs down. — Telcordia

# Wireless WEEK
News, Analysis, Perspectives & Insights in Wireless

Subscribe to Wireless Week | About Us | F

Wireless Search

 FREE SUBSCRIPTION

ShareThis  NT Review it on NewsTrust  Digg submit

**Daily News**
First News
Subscribe to FirstNews

**Now in Wireless Week**
Current Print Edition
Subscribe Now
25 Years of Wireless
Wireless White Papers
In My Humble Opinion (IMHO)
Blogs
Digital Edition Sample
WiMAX World E-Show Daily
Web Exclusives
Digital Library



**NEW Special Interest**
Carriers
Emerging Technologies
Financial
Mobile Content
Networks
Regulatory & Legal
Research
Wireless Devices

**Webcasts**
Efficiencies in Sales Cycle
NGN Ecosystem Builds Carrier Profitability
4G Wireless Ecosystem

**Editorial**
Contact the Editor
Editorial Staff
Propose a Guest Opinion
2009 Editorial Calendar
Submit News Release
Submit Calendar Event

**Advertising**
2009 Editorial Calendar
Ad Specifications
List Rental
Media Kit
Sales Contacts
Reprints

**Archives**
Print Issues
FirstNews
Emerging Technologies
Mobile Content
Show Dailies

Strategic consulting in wireless technology, product, and business development since 1992

**Quick Links**

## Report: Nortel in Talks to Sell Off Major Business Units
By Andrew Berg
WirelessWeek - March 12, 2009

Nortel is in talks to sell its core wireless equipment business as well as a separate unit that builds telecom systems for offices, according to *The Wall Street Journal*, citing anonymous sources.

The Journal reported that Avaya and Siemens Enterprise Communications were two of the companies that have held talks with Nortel. Cisco Systems reportedly looked at the enterprise unit but wasn't expected to bid.

Nortel, which filed for protection from creditors in January, released disastrous fourth-quarter earnings at the beginning of March, reporting $2.1 billion in losses. Concurrent with the earnings report, Pavi Binning, the company's CFO, was appointed to the role of chief restructuring officer.

Mike Zafirovski, Nortel's president and CEO, has continued to stress that the company is restructuring in an effort to move forward. "Work is taking place across Nortel to develop a comprehensive plan to restructure Nortel into a more focused, leaner and more competitive company," stated Zafirovski in the most recent earnings report. The plan is reportedly due out by April or May upon approval from creditors.

Analysts wonder what will be left if Nortel sells off its two main components – wireless equipment and office telecom systems.

"Nortel was flying high and they really self-destructed," says Roger Entner, senior vice president of communications for the Nielsen Company. "If anything is left, it won't be even a shadow of the original company. It might exist in name only."

*More FirstNews 03/12/09:*
- Report: Nortel in Talks to Sell Off Major Business Units
- Lower Attendance Expected for CTIA Show
- Sprint Shareholder Files Class Action Suit
- IDC Lowers Phone Shipment Outlook
- Cricket, Samsung Make Big Deal Out of Phone
- Sprint, LG Prepare for Next Rumor
- FirstNews Briefs for March 12, 2009

*[handwritten note: lead by Mike Z10 et al (all 92 of them)]*

Printer Friendly Version | E-mail to a Colleague

ShareThis  NT Review it on NewsTrust  Digg submit




SIP POCKET GUIDE
DOWNLOAD
TEKELEC


The Wireless Week Webcast Series

**Efficiencies in the Sales Cycle**

Sponsored by:
EchoSign

AVAILABLE ON DEMAND

 IMHO

**Touchscreens and the Herd Mentality**
The touchscreen is the current darling of the handset community.



**Mobile Data Demand Requires New Thinking**
Data has overtaken voice traffic across mobile networks.

**Wireless White Papers**

**Switch to VoIP for the Right Reasons**
Is VoIP right for your company? This paper examines some of the factors that drive the adoption of VoIP


TMCnet.com — The World's Largest Communications & Technology Community
Packet8 Virtual Office — Unlimited Calling $49.99/month — Business-class Phone Features 1.866.895.0445 — 30-Day Money Back Guarantee — Available at: Office DEPOT
Business VoIP Phone Service — The Only Complete Small Business Phone Solution...Period.

TMC Launches New Sites :: NGC | Unified Communications | Cable | 4G Wireless Evolution | Green Tech | IT | IVR | ITEXPO SHOW NEWS | Mobile World Congress News

Global Online Communities    Publications    Industries    International    Type here to Search TMCnet    GO

Asterisk  Business VoIP  CaaS  Call Center Software  VoIP Phone Systems  Contact Center Solutions  Fixed Mobile Convergence  IVR
Colocation  HD Voice  IP Communications  IP PBX  Mobile UC  Open Source PBX  Next Generation Communications  Outbound Call Center
SIP Trunking  Small Business VoIP  Mobile VoIP  Telecom Expense Management Solutions  Billing  IPTV  WiMAX  VoIP Services  Reseller
Dark Fiber  Developer  CONSOL  Unified Communications  Service Provider  Government  Consumer  Politics and Technology

TMCnet Home
Blogs
Videos
FREE eNewsletter
LOGIN

TMCNET HOME | Important | Events | Publications | Forums | Free Resources | International | Your News | Industries

INDUSTRIES
VERTICALS
PUBLICATIONS
FREE RESOURCES
INTERNATIONAL
EVENTS
ABOUT TMC
COMMUNITIES

TMCnet CHANNELS
3G, VoIP & IPTV Performance Management
Advanced Carrier Services
All-in-one IPPBX
Appliance Deployment
ATCA
Auto Dialer
Bandwidth Management
BPA (3rd Party Remote Call Monitoring)
Broadband Telephony
Business VoIP
Call Center
Call Center Certification
Call Center Digital Signage
Call Center Furniture
Call Center Hiring
Call Center Management
Call Center On Demand
Call Center Outsourcing
Call Center Scheduling
Call Center Software
Call Center Solutions
Call Center Training
Call Monitoring
Conference Call
Conference Phones
Contact Center Software
CRM Software

SHARE   EMAIL  PRINT  BOOKMARK  RSS/XML  DIGG THIS  FACEBOOK

Packet8 Virtual Office — Unlimited calling to the U.S. and Canada — $49.99 per month, per extension — lower your total cost of ownership — increase productivity — Available at: Office DEPOT — 1-866-895-0445 — Click Now

## TMCnews

[January 25, 2009]

# Without a safety net: Nortel's bankruptcy leaves workers past and present -- and retirees

(News & Observer, The (Raleigh, NC) Via Acquire Media NewsEdge) Jan. 25--In his 26 years with Nortel Networks, Bill Vosburg survived repeated company-wide job cuts and said goodbye to numerous colleagues. On Dec. 8, it was his turn. The layoff notice, however, came with a severance package that guaranteed a paycheck and health care benefits into September.

Packet8 — Available at: Office DEPOT — VoIP for Small Business — Virtual Office Hosted PBX — Unlimited Calling to the U.S. and Canada — $49.99 per month per extension — Get VOIP now! — 1-866-895-0445

Those guarantees proved meaningless five weeks later when Nortel sought bankruptcy protection from creditors. The move suspended severance pay and medical benefits for untold numbers of Nortel veterans. On the day of the bankruptcy, workers were frantically e-mailing and calling one another, looking for answers, checking in, seeking support.

"We've never been in this hole," Vosburg said. "We counsel each other so we don't get down. We try to help each other get jobs in this diminishing job market."

Job stability vanished for most workers long ago. In good times as well as bad, jobs are eliminated as work forces are restructured. It's a fear that looms over many work places.

But this recession -- which has brought thousands of job cuts at a dizzying rate -- brings an even larger fear: corporate bankruptcy.

In the Triangle, that anxiety now has a very visible face. Nortel's fate is not decided -- it has filed for Chapter 11 to restructure its debt. But the telecommunications-gear maker's workers, ex-workers and retirees are quickly learning that during a bankruptcy, corporate promises vaporize and employees become "unsecured creditors." That means they get in line behind lawyers, accountants, banks and others.

Some retirement accounts go up in smoke, and even pensions are at risk if the annual payout exceeds the federal insurance limit.

Investors have the fewest rights. Any stock holdings in Nortel are presumed to be a total loss, as shareholders are the last creditors to be paid whatever money is left after a bankruptcy. Many Nortel workers were shareholders, too, reinvesting their income to strengthen the company.

The losses, setbacks and personal defeats add up to a trauma that may linger for years. "I

# THE CANADIAN PRESS



## Nortel 'a viable partner for the long term despite WSJ report on debt worries
1 day ago

TORONTO — Nortel Networks Corp. (TSX:NT) is insisting it is "a viable partner long term," after a report it has hired legal counsel to explore bankruptcy court p from creditors.

Nortel shares plunged 28 per cent to a new low of 46 cents early Wednesday o TSX, trading later in the day at 49.5 cents, down 14.5 cents or 23 per cent.

The Wall Street Journal, citing unnamed "people familiar with the situation," saic move was made in case the Toronto-headquartered telecommunications equipr maker's restructuring plan fails.

It quoted a Nortel spokesman as saying no bankruptcy filing is imminent but cor that advisers have been hired to help chart a way forward.

The newspaper also said Nortel has been exploring the possibility of Canadian government financial assistance. A Nortel spokesman in Toronto said the comp no comment on that.

"There are those who fuel negative speculation, but there are many more who t that Nortel has put in place the necessary plans to strengthen our financial footi reset our cost base," the company said in a statement Wednesday morning in r to the story.

"Nortel is a viable partner for the long term. We have no debt maturity until 2011

The company said that it is preserving and strengthening its capital position, an that last month it announced a plan to cut annual expenses by US$400 million.

"We remain focused on executing a significant shift to our operating model and to reflect the economic environment that we are now in," it added.

Nortel cited a recent finding by debt-rating agency Standard & Poor's that the cc "should be able to sustain adequate levels of liquidity in the next 12-18 months.'

Standard & Poor's issued a release later in the day observing that Nortel held U billion in cash at the end of the third quarter, against long-term debt of $4.5 billic

"We note that no significant debt obligations are due until 2011, and that there a specific maintenance covenants associated with the debt," commented S&P eq research analyst Ari Bensinger.

"However, with our forecast for $1 billion in negative cash flow and $1.5 billion i capital requirements for '09, NT has little buffer room to fund operations."

Nortel shares have plummeted from a 52-week high of $17.37 last December ai dismal earnings, news that the company is cutting 1,300 more jobs and slashin( spending, and speculation that it isn't viable in the long run.

---

Hosted by Google      Copyright © 2008 The Canadian Press. All rights reserved.

**▬▬▬(MEPS:RP05)**

**From:** Mike Zafirovski, CEO (TORWM:8442)
**Sent:** Friday, January 30, 2009 4:35 PM
**To:** Nortel employees
**Subject:** Message to Employees

☐

Team Nortel:

It has been just over two weeks since we filed, and three things are top of my mind as I write to you this week. First, how are we doing with customers and will they stick with us? Second, how do we ensure customer-oriented innovation keeps driving our business? And, third, what has been the impact of the filing on you and your confidence in the company (actually my biggest concern).

First, regarding customers. We are making headway in stabilizing our business. I am continuing to talk to and visit our major customers to ensure that they understand the filing and that we are committed to meeting their needs. Across the company, sales, operations and leadership teams are squarely focused on the outreach with customers, suppliers and partners who continue to express words of support. In some cases, we are even garnering new wins in the midst of the filing process. In spite of both the economic uncertainty and increasingly aggressive competition, we are pressing ahead and making the case for Nortel innovation *and* our ability to continue to serve our customers well. Many customers are listening, and responding positively.

This is a tough but most critical job facing our people in the field. Initiatives like **"Everybody Sells Nortel"** give our sales efforts a boost and remind us that we are all customer-facing on some level. *Keeping every customer* is a priority for us. The focus in the weeks ahead is to transform words of encouragement from customers into orders and business opportunities. I have no illusions about the steep hill we need to climb. And, I know that some business may be at risk. But the daily battle to win our customers over and keep them engaged continues. And, I'll report back on it regularly.

Second, remaining an innovation-driven company. Innovation that adds real value to our customers, whether driving revenue, service or productivity gains, is at the heart of Nortel. This is critical to keeping customers, and we must stay loyal to our roots as an R&D-driven business. Analysts and even the media have been clear about something we have always known – our installed base is very appreciative of Nortel innovation, know-

how and service capabilities. And customers do turn to us to deliver leading-edge technology. Virtually every industry analyst report I have seen refers to the strength of our technology and the value it brings to customers. We have made many investments over the last few years, and although these will be more **focused going forward,** customer-oriented innovation will remain the core of our company. It is in our DNA.

Third, the filings' impact on you and your confidence in Nortel. We are a people- and innovation-driven business. In fact, that is really what we are; highly skilled and talented people are what built Nortel – and what will see us through the current times. However, I also recognize how tough the past two weeks, and last several years for that matter, have been on you as professionals and as individuals.

Since we filed, there has been a lot of anxiety and discussion across the company and, I am sure, at the kitchen table with your families. The announcement that severances would not be paid in the impacted countries came as a shock to many, and as a personal disappointment in the company and in your leadership team. Believe me, I understand this.

Let me explain as best I can how this came about because you deserve to know. Management and the Board ultimately decided to file for creditor protection due to our need to conserve cash and preserve the business, as **I explained last week.** We looked at severance as part of this. Frankly, it was item #1 on the agenda. But in the end, it came down to a simple, but extremely difficult decision. Do we pay severance and risk our financial footing further – putting the company at risk – or do we forgo severance and arm ourselves so that we may continue the fight and save this company?

We took this extremely seriously and until the last minute, looked for options that would allow us to continue with our long-standing practice of giving notified employees a soft landing in harsh economic times. However, our financial advisors, hired by the company and Board to guide us through this process, made it very clear: the creditors would never accept it, and the company could not afford it. This applies to severance payments outstanding at the date of filing and for severance payments for future notifications while we are in filing status.

Our collective ultimate goal must be a Nortel that continues to deliver value and innovation our customers need. To have the opportunity to achieve this, we had no choice – and simply did not have the funds to both drive our future and provide severance. To be clear, severance costs are a real obligation for the company, and those already on notification, as well as those to be impacted in the future will have real unsecured claims against concrete liabilities on the company's books. In line with this, our ability to maximize the future value of unsecured claims is one of the key objectives of the filing process we are in today.

The severance decision was one of the most difficult decisions anyone around the table has ever made and to this day the impacts continue to be on our minds – mine as well as your leadership team and the Board. I know this explanation doesn't help those of you who may be impacted. But I wanted you to know the facts.

None of this is easy. We are living in an unprecedented economic downturn and are feeling the impact on our business and our cash flow. And, as I've said before, there are

[handwritten annotations in right margin: "Previous statement said customers were #1 on his agenda."]

1/30/2009