**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtor. | ) | Joint Administered Requested |
| | ) | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of Eric Waters, Esquire is granted.

Dated: _____, 2009

_____
United States Bankruptcy Court Judge