## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

:

*In re*                                                   :          Chapter 11

:

Nortel Networks Inc., *et al.,* [1]                       :          Case No. 09-10138 (KG)

:

Debtors.                          :          Jointly Administered

:

-------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 20, 2009 AT 11:00 A.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.     Motion To Maintain Bank Accounts (A) Approving The Continued Use Of The Cash
       Management System, Bank Accounts And Business Forms; (B) Permitting Continued
       Intercompany Transactions, Granting Administrative Priority Status To Postpetition
       Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany
       Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain
       Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section
       345(b) On An Interim Basis (D.I. 9, Filed 1/14/09).

       Related Pleadings:

       a)      Order (A) Approving The Continued Use Of The Cash Management System,
               Bank Accounts And Business Forms; (B) Permitting Continued Intercompany
               Transactions, Granting Administrative Priority Status To Postpetition
               Intercompany Claims And Preserving And Permitting The Exercise Of
               Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer
               And Charge Certain Fees And Other Amounts; And (D) Waiving The
               Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 58, Entered
               1/15/09);

       b)      Notice Of Hearing For Final Order (A) Approving The Continued Use Of The
               Cash Management System, Bank Accounts And Business Forms; (B) Permitting

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
        Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon
        WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251),
        CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical
        Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel
        Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions
        Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at
        http://chapter11.epiqsystems.com/nortel.

[2]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th
        Floor, Courtroom #3, Wilmington, Delaware 19801.

Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 64, Filed 1/15/09);

c)    Notice Of Filing Of Proposed Order Further Supplementing Cash Management Motion (D.I. 306, Filed 2/17/09); and

d)    Order Further Supplementing Cash Management Motion (D.I. 337, Filed 2/19/09).

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET), extended to April 2, 2009 at 4:00 p.m. (ET) for the Committee.

Response Received:  None at this time.

Status:  This matter has been adjourned to the hearing scheduled for April 9, 2009 at 9:00 a.m. (ET).

2.    Motion Of Avanex Corporation For Allowance Of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(9) Filed by (D.I. 242, Filed 2/5/09).

Related Pleadings:  None.

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET).  Extended to May 13, 2009 at 4:00 p.m (ET) for the Debtors.

Responses Received:  None at this time.

Status:  This matter has been adjourned to the hearing scheduled for May 20, 2009 at 10:00 a.m. (ET).

3.    Excelight Communications, Inc.'s Motion For Allowance And Payment Of Administrative Claims Under § 503(b)(9) (D.I. 250, Filed 2/9/09).

Related Pleadings:  None.

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Extended to April 6, 2009 at 4:00 p.m.(ET) for the Debtors.

Responses Received:  None at this time.

Status: This matter has been adjourned to the hearing scheduled for April 9, 2009 at 9:00 a.m. (ET).

4.    Motion Of Andrew, LLC For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(9) (D.I. 283, Filed 2/13/09).

Related Pleadings:  None.

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to April 6, 2009 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status: This matter has been adjourned to the hearing scheduled for April 9, 2009 at 9:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

5.    Application To Employ Mercer (US) Inc. As Compensation Specialist (D.I. 362, Filed 2/23/09).

Related Pleadings:

a)    Certificate Of No Objection [Re: D.I. 362] (D.I. 481, Filed 3/18/09).

Objection Deadline: March 13, 2009 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status: A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

6.    Application To Employ Richards, Layton & Finger, PA As Co-Counsel To The Official committee Of Unsecured Creditors Nunc Pro Tunc To January 26, 2009, Pursuant To Section 328(a) And 1103(a) Of The Bankruptcy Code, Rule 2014(a) Of The Federal Rules Of Bankruptcy Procedure, And Rule 2014-1 Of The Local Rules Of Bankruptcy Practice And Procedure Of The United States Bankruptcy Court For The District Of Delaware (D.I. 370, Filed 2/25/09).

Related Pleadings:

a)    Certificate Of No Objection [Re: D.I. 370] (D.I. 477, Filed 3/17/09).

Objection Deadline: March 13, 2009 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

7.    Application To Employ Huron Consulting Group As Accounting And Restructuring Consultant To The Debtors And Debtors In Possession (D.I. 388, Filed 2/27/09).

Related Pleadings:

a)    Certificate Of No Objection [Re: D.I. 388] (D.I. 485, Filed 3/18/09).

Objection Deadline: March 13, 2009 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status: A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

8.      Motion To Reject Lease Or Executory Contract Re. Entry Of An Order Under Section 365(a) Of The Bankruptcy Code Authorizing The Debtors To Reject As Of March 5, 2009 A Certain Contract With Caesars Palace Dated As Of December 12, 2008 (D.I. 421, Filed 3/4/09).

Related Pleadings:

a)      Certificate Of No Objection [Re: D.I. 421] (D.I. 479, Filed 3/18/09).

Objection Deadline:  March 13, 2009 at 4:00 p.m. (ET).  Extended to March 17, 2009 at noon for Caesars Palace/Harrahs.

Responses Received:  None at this time.

Status: A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

9.      Application To Employ Lazard Freres & Co. LLC As Financial Advisor And Investment Banker For The Debtors And Debtors In Possession (D.I. 294, Filed 2/13/09).

Related Pleadings:  None.

Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Objection deadline extended to March 13, 2009 at 4:00 p.m. (ET) for the Office of the United States Trustee and to March 18, 2009 at 5:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status:  This matter is going forward.

10.     Motion Of Johnson Controls, Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff Of Prepetition Amounts owed By And Between Johnson Controls, Inc. And Debtors (D.I. 300, Filed 2/16/09).

Related Pleadings:

a)      Supplement To Motion Of Johnson Controls, Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff Of Prepetition Amounts owed By And Between Johnson Controls, Inc. And Debtors (D.I. 324, Filed 2/18/09); and

b)      Second Supplement To Motion Of Johnson Controls, Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff Of Prepetition Amounts owed By And Between Johnson Controls, Inc. And Debtors (D.I. 448, Filed 3/10/09).

Objection Deadline:  March 9 2009 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

11.    Debtors' Motion For An Order Seeking Approval Of Key Employee Retention Plan And
Key Executive Incentive Plan, And Certain Other Related Relief (D.I. 389, Filed 2/27/09)
[Exhibit B Only].

Related Pleadings:

a)    Declaration Of John Dempsey In Support Debtors' Motion For An Order Seeking
Approval Of Key Employee Retention Plan And Key Executive Incentive Plan,
And Certain Other Related Relief (D.I. 390, Filed 2/27/09);

b)    Amended Notice Of Debtors' Motion For An Order Seeking Approval Of Key
Employee Retention Plan And Key Executive Incentive Plan, And Certain Other
Related Relief (D.I. 392, Filed 3/2/09); and

c)    Order Authorizing Key Employee Retention Plan and Key Executive Incentive
Plan for Non-SLT Executives and Certain Other Related Relief [Exhibit A Only]
(D.I. 436, Filed 3/5/09).

Objection Deadline:  March 13, 2009 at 4:00 p.m. (ET) [Exhibit B Only].  Extended to
March 18, 2009 at noon for the U.S. Trustee

Responses Received:

a)    Informal response from Russell T. Schooley.

Status:  This matter is going forward.

12.    Motion to Approve Procedures For The Rejection Of Executory Contracts And
Unexpired Leases And The Abandonment Of Certain Assets Related Thereto (D.I. 417,
Filed 3/4/09).

Related Pleadings:  None.

Objection Deadline:  March 13, 2009 at 4:00 p.m. (ET). Extended to March 17, 2009 at
noon (ET) for Prudential.

Responses Received:

a)    Objection Of UBS Realty Investors LLC To Debtors Motion For Approval Of
Procedures For The Rejection Of Executory Contracts And Unexpired Leases
And The Abandonment Of Certain Assets Related Thereto (D.I. 464, Filed
3/13/09);

b)    Limited Objection Of The Prudential Insurance Company Of America To The
Debtors' Motion For Approval Of Procedures For The Rejection Of Executory
Contracts And Unexpired Leases And The Abandonment Of Certain Assets
Related Thereto (D.I. 465, Filed 3/13/09); and

c)    Limited Objection Of The Prudential Insurance Company Of America To The
Debtors' Motion For Approval Of Procedures For The Rejection Of Executory

Contracts And Unexpired Leases And The Abandonment Of Certain Assets
Related Thereto (D.I. 476, Filed 3/17/09).

Status: This matter is going forward.

Dated:  March 18, 2009
       Wilmington, Delaware

            CLEARY GOTTLIEB STEEN & HAMILTON LLP

            James L. Bromley
            Lisa M. Schweitzer
            One Liberty Plaza
            New York, New York 10006
            Telephone:  (212) 225-2000
            Facsimile:  (212) 225-3999

                - and -

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            Derek C. Abbott (No. 3376)
            Eric D. Schwartz (No. 3134)
            Thomas F. Driscoll III (No. 4703)
            Ann C. Cordo (No. 4817)
            Andrew R. Remming (No. 5120)
            1201 North Market Street, 18th Floor
            P.O. Box 1347
            Wilmington, DE  19899-1347
            Telephone:  (302) 658-9200
            Facsimile:  (302) 425-4663

            Counsel for the Debtors and
            Debtors in Possession

2772862.2