# SERVICE LIST

**VIA FACSIMILE**

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE  19801
FAX: (302) 252-4466


Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC  20005-4026
FAX: 202-326-4112

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492
FAX: 203-265-8827


Alan D. Smith
Chun M. Ng
Perkins Coie LLP
1201 Third Avenue
48th Floor
Seattle, WA  98101-3099
FAX: 206-359-9000


Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192
FAX: 206-389-1708

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714
FAX: 208-396-3958


David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205
FAX: 210-226-4308

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198
FAX: 212-318-3400

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY  10112
FAX: 212-332-3888


Alistar Bambach
SEC NY Regional Office
Bankruptcy Div Ste 400
3 World Financial Center
New York, NY  10281-1022
FAX: 212-336-1348


Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY  10019
FAX: 212-407-7799

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001
FAX: 212-506-5151


Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
FAX: 212-530-5219

- 2 -

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104
FAX: 212-541-4630

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Crysler Building
405 Lexington Avenue
New York, NY  10174
FAX: 212-554-7700


Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020
FAX: 212-610-6399


Val Mandel Esq.
Val Mandel P.C.
80 Wall St
Ste 1115
New York, NY  10005
FAX: 212-668-1701

Edmond P. O'Brien Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave
31st Fl
New York, NY  10017
FAX: 212-681-4041


Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
FAX: 212-697-1559

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036
FAX: 212-704-2236

Alan J. Lipkin Esq.
Jeremy E. Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019
FAX: 212-728-8111


Michael J. Riela Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY  10022-4068
FAX: 212-751-4864


Zachary N. Goldstein Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY  10022-4068
FAX: 212-751-4864

Robert J. Rosenberg Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY  10022-4068
FAX: 212-751-4864


Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
FAX: 212-808-7897


Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585
FAX: 212-894-5653

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 2400
Dallas, TX  75201
FAX: 214-462-6401


William L. Siegel
Cowles & Thompson PC
901 Main Street
Suite 3900
Dallas, TX  75202
FAX: 214-672-2326

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Rountain Place Ste 3700
Dallas, TX  75202-2799
FAX: 214-740-7181


Joseph J. Wielebinski Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX  75201-6659
FAX: 214-978-4375


Robert T. Vance Jr.
Law Offices of Robert T. Vance Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA  19110
FAX: 215-557-9552

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103
FAX: 215-864-9473


Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424
FAX: 215-986-5721

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114
FAX: 216-241-2824

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE  19801
FAX: 302-252-0921


David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390


Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE  19801
FAX: 302-426-9193


Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King St
Ste 300
Wilmington, DE  19801
FAX: 302-426-9947

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th St
Ste 400
Wilmington, DE  19801
FAX: 302-428-8195

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801
FAX: 302-552-4295

Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801
FAX: 302-571-1750

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801
FAX: 302-571-1750

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801
FAX: 302-573-6431

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
FAX: 302-651-7701

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE  19801
FAX: 302-652-1111

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Fl
Wilmington, DE  19801
FAX: 302-652-8405

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801
FAX: 302-654-2067

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801
FAX: 302-654-2067

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801
FAX: 302-654-2067

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder
P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801
FAX: 302-656-2769

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801
FAX: 302-658-0380

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801
FAX: 302-658-6395

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903
FAX: 302-739-5635

Secretary of State Division of
Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903
FAX: 302-739-5831

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801
FAX: 302-777-4352

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801
FAX: 302-777-4352

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE  19801
FAX: 302-778-7575

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE  19801
FAX: 302-888-1119

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124
FAX: 303-566-1010

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021
FAX: 303-927-4513

Edward T. Attanasio Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Fl
Los Angeles, CA  90067-6049
FAX: 310-407-9090

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA  90067
FAX: 310-461-1343

Thomas J. Leanse Esq.
Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012
FAX: 310-788-4471

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473
FAX: 312-258-5700

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601
FAX: 312-602-5050

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404
FAX: 312-706-9359

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL  60654-5313
FAX: 312-832-4700

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102
FAX: 314-552-8869

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL  36104
FAX: 334-954-6106

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031
FAX: 404-873-8121

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Fl
Orlando, FL  32801
FAX: 407-770-6162

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209
FAX: 410-580-3001

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202
FAX: 414-238-6532

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA   94105-2126
FAX: 415-227-0770

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA   94104
FAX: 415-362-7515

Jennifer Stam
Ogilvy Renault LLP
200 Bay Street Suite 3800
Royal Bank Plaza South Tower
Toronto, Ontario   M5J 2Z4
Canada
FAX: 416-216-4000

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
1 First Canadian Place -Floor 42
100 King St West
Toronoto, Ontario   M5X 1B2
Canada
FAX: 416-863-4592

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK   EC2A 2HS
England
FAX: 44-0-20-7098-4878

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX   75201
FAX: 469-221-5002

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR   97201-5630
FAX: 503-778-5299

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL   33408
FAX: 561-691-7103

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ   85004
FAX: 602-734-3866

Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St
7th Fl
Wilmington, DE   19801
FAX: 610-371-7972

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA   19382
FAX: 610-692-4936

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA   02109
FAX: 617-345-9020

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA  02110
FAX: 617-422-0383

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306
FAX: 650-494-2738

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC  28246
FAX: 703-378-4000

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215
FAX: 703-712-5050

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX  77010
FAX: 713-227-7497

John P. Dillman Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064
FAX: 713-844-3503

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd St
12th Fl
Harrisburg, PA  17101-1601
FAX: 717-731-1985

Stephen K. Dexter Esq.
Lathrop & Gage LLP
370 17th St
Ste 4650
Denver, CO  80202
FAX: 720-931-3201

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288
FAX: 813-229-0134

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013
FAX: 817-860-6509

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181
FAX: 845-491-3275

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ  08096
FAX: 856-853-9933

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044
FAX: 860-277-2158

Mark G. Ledwin Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr
White Plains, NY  10604
FAX: 914-323-7001

Robert S. McWhorter Esq.
Nossaman LLP
915 L St
Ste 1000
Sacramento, CA  95814
FAX: 916-442-0382

John M. Hickey Esq.
Barber & Bartz
525 S Main St
Ste 800
Tulsa, OK  74103-4511
FAX: 918-599-7756

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709
FAX: 919-541-8297

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett Mitchell & Jernigan LLP
P.O. Box 2611
Raleigh, NC  27602-2611
FAX: 919-821-6800

Hubert H. Kuo Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA  92660
FAX: 949-863-9783

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068
FAX: 973-597-2400

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310
FAX: 973-639-6244

**VIA FEDERAL EXPRESS**

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
Canada

Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Russell T. Schooley
1603 Clearmeadow Drive
Allen, TX  75002