**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE | ) |
| | ) |
| NORTEL NETWORKS, INC., ET AL., | ) Case No. 09-10138-KG-11 |
| | ) Chapter 11 |
| Debtor(s) | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**PLEADINGS, NOTICES AND DOCUMENTS**

Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at deecf@dor.mo.gov or by mail at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Sheryl L. Moreau, PO Box 475, Jefferson City, MO  65105-0475.

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

Chris Koster, Attorney General
State of Missouri

By: /s/ Sheryl L. Moreau
Sheryl L. Moreau, Mo. Bar #34690
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served upon all those who receive electronic notification on March 20, 2009.

/s/ Sheryl L. Moreau