**Exhibit "A"**

**Exhibit "A-1"**

**United States
Invoices and Settlement Summary**

# AMEX CANADA INC.

**101 MCNABB STREET**
**MARKHAM ONTARIO**
**ON L3R 4H8**

| BILL TO |
| --- |
| NORTEL NETWOKRS<br>LIMITED - CBT<br>  Attn: BOB RIDPATH<br>  3500 CARLING AVENUE<br>  P/O #USC505095<br><br>OTTAWA, ON   K2H 8E9 |

## Invoice

| DATE | Invoice # |
| --- | --- |
| 01/14/2009 | REV0398081 |

| TERMS |
| --- |
| Due on Receipt |

| DESCRIPTION | AMOUNT |
| --- | --- |
| October 2008 Travel Balance<br><br>Overnight Mailing Address:<br>Please remit to Amex Canada Inc.<br>101 McNabb Street Markham, ON L3R 4H8<br>Attn:  Client Financial Services, MC 62-02-61B | 19,334.75 |
| *GST/HST # R134194620*<br>*QST # 1015265325* | **Total Due:**  **$19,334.75** |

# AMEX CANADA INC.

**101 MCNABB STREET**
**MARKHAM ONTARIO**
**ON L3R 4H8**

| BILL TO |
| --- |
| NORTEL NETWOKRS LIMITED - CBT |
| Attn: BOB RIDPATH |
| 3500 CARLING AVENUE |
| P/O #USC505095 |
| |
| OTTAWA, ON    K2H 8E9 |

## Invoice

| DATE | Invoice # |
| --- | --- |
| 03/02/2009 | REV0399924 |

| TERMS |
| --- |
| Due on Receipt |

| DESCRIPTION | AMOUNT |
| --- | --- |
| November 2008 Travel Balance | 18,198.49 |
| | |
| Overnight Mailing Address: | |
| Please remit to Amex Canada Inc. | |
| 101 McNabb Street Markham, ON L3R 4H8 | |
| Attn:  Client Financial Services, MC 62-02-61B | |
| *GST/HST # R134194620* | **Total Due:**   **$18,198.49** |
| *QST # 1015265325* | |

# AMEX CANADA INC.

**101 MCNABB STREET**
**MARKHAM ONTARIO**
**ON L3R 4H8**

| BILL TO |
| --- |
| NORTEL NETWOKRS LIMITED - CBT <br> Attn: BOB RIDPATH <br> 3500 CARLING AVENUE <br> P/O #USC505095 <br><br> OTTAWA, ON    K2H 8E9 |

## Invoice

| DATE | Invoice # |
| --- | --- |
| 03/02/2009 | REV0401148 |

| TERMS |
| --- |
| Due on Receipt |

| DESCRIPTION | AMOUNT |
| --- | --- |
| December 2008 Travel Balance | 19,289.14 |
| Overnight Mailing Address: <br> Please remit to Amex Canada Inc. <br> 101 McNabb Street Markham, ON L3R 4H8 <br> Attn:  Client Financial Services, MC 62-02-61B | |
| *GST/HST # R134194620* <br> *QST # 1015265325* | **Total Due:    $19,289.14** |

Dear American Express Travel Client:
If you would like to pay this invoice with an American Express Business Travel Account (BTA) or Corporate Purchasing Card (CPC), Mastercard, Visa, Diner's Club, or Discover Card, please provide the following information, sign as indicated, and return this invoice to the address shown above or via e-mail to FCW-Revshare@aexp.com;  Attn: Travel Billing.  Please note that if using your American Express BTA, this form must be signed by an agent of your company who is authorized on the Account.

Card#: _____

Exp. Date: _____

Cardmember Name: _____

Signature: _____
(  ) Check here to charge all future receivables to this card.  You will receive an "Information Only" statement for each charge we process.

# AMEX CANADA INC.

**101 MCNABB STREET**
**MARKHAM ONTARIO**
**ON L3R 4H8**

| BILL TO |
|---|
| NORTEL NETWOKRS LIMITED - CBT |
|    Attn: BOB RIDPATH |
|    3500 CARLING AVENUE |
|    P/O #USC505095 |
| OTTAWA, ON    K2H 8E9 |

## Invoice

| DATE | Invoice # |
|---|---|
| 03/02/2009 | REV0403645 |

| TERMS |
|---|
| Due on Receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| January 2009 Travel Balance | 18,056.93 |
| | |
| Overnight Mailing Address: | |
| Please remit to Amex Canada Inc. | |
| 101 McNabb Street Markham, ON L3R 4H8 | |
| Attn:  Client Financial Services, MC 62-02-61B | |
| *GST/HST # R134194620* | **Total Due:**   **$18,056.93** |
| *QST # 1015265325* | |

Dear American Express Travel Client:
If you would like to pay this invoice with an American Express Business Travel Account (BTA) or Corporate Purchasing Card (CPC), Mastercard, Visa, Diner's Club, or Discover Card, please provide the following information, sign as indicated, and return this invoice to the address shown above or via e-mail to FCW-Revshare@aexp.com; Attn: Travel Billing. Please note that if using your American Express BTA, this form must be signed by an agent of your company who is authorized on the Account.

Card#: _____

Exp. Date: _____

Cardmember Name: _____

Signature: _____
( ) Check here to charge all future receivables to this card.  You will receive an "Information Only" statement for each charge we process.

**All amount fields indicated in United States Dollar**
Nortel Networks Limited - United States
Oct-08

| | OCTOBER | | NOVEMBER | | DECEMBER | | JANUARY | | Recon PreFile |
|---|---|---|---|---|---|---|---|---|---|
| **SALES:** | | | | | | | | | |
| Air/Rail - Domestic | $ | 717,771.49 | $ | 621,811.41 | $ | 499,598.56 | $ | 368,792.86 | |
| Air/Rail - International | $ | 476,063.21 | $ | 451,701.19 | $ | 281,228.35 | $ | 203,877.00 | |
| TOTAL SALES: | $ | 1,193,834.70 | $ | 1,073,512.60 | $ | 780,826.91 | $ | 572,669.86 | |
| | | | | | | | | | |
| **REVENUES:** | | | | | | | | | |
| Commissions | | | | | $ | 39.82 | | | |
| Air Overrides | $ | 12.42 | $ | 138.93 | $ | (398.99) | $ | (1,793.10) | |
| Air/Rail - Domestic | $ | 34.60 | $ | (354.39) | $ | 309.66 | $ | 129.52 | |
| Air/Rail - International | $ | 591.39 | $ | 276.30 | $ | 372.37 | | | |
| Hotel | $ | 315.84 | $ | 674.17 | $ | - | $ | 325.75 | |
| Car | $ | - | $ | - | | | $ | 3.90 | |
| Total Commissions | $ | 954.25 | $ | 735.01 | $ | 322.86 | $ | (1,333.93) | |
| **TOTAL REVENUES:** | $ | 954.25 | $ | 735.01 | $ | 322.86 | $ | (1,333.93) | $  678.19 |
| **EXPENSES:** | | | | | | | | | Revenue Owed to Nortel |
| Direct Operating Expenses | | | | | | | | | |
| BTCS Non-dedicated Support | $ | (12,875.00) | $ | (12,875.00) | $ | (12,875.00) | $ | (12,875.00) | |
| Debit/Credit Memo | $ | - | $ | - | | | | | |
| Total Direct Operating Expenses | $ | (12,875.00) | $ | (12,875.00) | $ | (12,875.00) | $ | (12,875.00) | |
| Value Added Products & Services | | | | | | | | | |
| Emergency Travel Service/Hotline | $ | - | $ | (32.00) | $ | (32.00) | $ | (16.00) | |
| International Rate Desk | $ | (4,340.00) | $ | (3,745.00) | $ | (3,115.00) | $ | (2,135.00) | |
| Deal Power License Fee | $ | - | $ | - | $ | - | | | |
| All Products & Services | $ | - | $ | - | $ | - | | | |
| Amex @ Work Reporting | $ | - | $ | - | | | | | |
| Total Value Added Products & Service | $ | (4,340.00) | $ | (3,777.00) | $ | (3,147.00) | $ | (2,151.00) | |
| Transaction Fees | | | | | | | | | |
| Transaction Fees | $ | (39,079.50) | $ | (36,227.50) | $ | (32,809.50) | $ | (21,362.00) | |
| Total Transaction Fees | $ | (39,079.50) | $ | (36,227.50) | $ | (32,809.50) | $ | (21,362.00) | |
| **TOTAL EXPENSES:** | $ | (56,294.50) | $ | (52,879.50) | $ | (48,831.50) | $ | (36,388.00) | $  (194,393.50) |
| | | | | | | | | | Amex Expenses |
| **SUB TOTAL:** | $ | (55,340.25) | $ | (52,144.49) | $ | (48,508.64) | $ | (37,721.93) | |
| | | | | | | | | | Total Revenue-Expenses |
| HST on Sub Total | $ | - | $ | - | $ | - | $ | - | |
| | | | | | | | | | |
| GST on Sub Total | $ | - | $ | - | $ | - | $ | - | |
| | | | | | | | | | |
| QST on Sub Total | $ | - | $ | - | $ | - | $ | - | |
| | | | | | | | | | |
| **TFA CREDIT PAID:** | $ | 36,005.50 | $ | 33,946.00 | $ | 29,219.50 | $ | 19,665.00 | $  118,836.00 |
| | | | | | | | | | Paid at point of sale by Nortel |
| HST on TFA Credit | $ | - | $ | - | $ | - | $ | - | |
| | | | | | | | | | |
| GST on TFA Credit | $ | - | $ | - | $ | - | $ | - | |
| | | | | | | | | | |
| QST on TFA Credit | $ | - | $ | - | $ | - | $ | - | |
| | | | | | | | | | |
| **SETTLEMENT TOTAL:** | $ | (19,334.75) | $ | (18,198.49) | $ | (19,289.14) | $ | (18,056.93) | $  (74,879.31) To Amex |

Page 1 of 1



**Nortel Networks Limited**
SETTLEMENT SUMMARY
OCTOBER 2008

AMEX CANADA INC.
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

All amount fields indicated in United States Dollar

Nortel Networks Limited - CBT

| | OCTOBER | TOTAL | YTD |
|---|---|---|---|
| **SALES:** | | | |
| Air/Rail - Domestic | 717,771.49 | 717,771.49 | 9,879,994.19 |
| Air/Rail - International | 476,063.21 | 476,063.21 | 9,458,856.67 |
| **TOTAL SALES:** | 1,193,834.70 | 1,193,834.70 | 19,338,850.86 |
| **REVENUES:** | | | |
| **Commissions** | | | |
| Air Overrides | 12.42 | 12.42 | 2,869.23 |
| Air/Rail - Domestic | 34.60 | 34.60 | (2,166.83) |
| Air/Rail - International | 591.39 | 591.39 | 13,140.37 |
| Hotel | 315.84 | 315.84 | 29,627.32 |
| Car | 0.00 | 0.00 | 58.79 |
| **Total Commissions** | 954.25 | 954.25 | 43,528.88 |
| **TOTAL REVENUES:** | 954.25 | 954.25 | 43,528.88 |
| **EXPENSES:** | | | |
| **Direct Operating Expenses** | | | |
| BTCS Non-dedicated Support | (12,875.00) | (12,875.00) | (182,915.98) |
| Debit/Credit Memo | 0.00 | 0.00 | (16.22) |
| **Total Direct Operating Expenses** | (12,875.00) | (12,875.00) | (182,932.20) |
| **Value Added Products & Services** | | | |
| Emergency Travel Service/Hotline | 0.00 | 0.00 | (192.00) |
| International Rate Desk | (4,340.00) | (4,340.00) | (62,440.00) |
| Deal Power License Fee | 0.00 | 0.00 | (25,000.00) |
| All Products & Services | 0.00 | 0.00 | (2,000.00) |
| Amex @ Work Reporting | 0.00 | 0.00 | (24,000.00) |
| **Total Value Added Products & Services** | (4,340.00) | (4,340.00) | (113,632.00) |
| **Transaction Fees** | | | |
| Transaction Fees | (39,079.50) | (39,079.50) | (516,238.00) |
| **TOTAL EXPENSES:** | (56,294.50) | (56,294.50) | (812,802.20) |
| **SUB TOTAL:** | (55,340.25) | (55,340.25) | (769,273.32) |
| HST on Sub Total | 0.00 | 0.00 | 0.00 |
| GST on Sub Total | 0.00 | 0.00 | 0.00 |
| QST on Sub Total | 0.00 | 0.00 | 0.00 |
| **TFA CREDIT PAID:** | 36,005.50 | 36,005.50 | 482,065.50 |
| HST on TFA Credit | 0.00 | 0.00 | 0.00 |
| GST on TFA Credit | 0.00 | 0.00 | 0.00 |
| QST on TFA Credit | 0.00 | 0.00 | 0.00 |
| **SETTLEMENT TOTAL:** | (19,334.75) | (19,334.75) | (287,207.82) |

Preliminary Review Date:   12/18/2008
Settlement Date:
Run Date:                  12/18/2008

**Please refer to the CPSPY130 report for transaction details**



**Nortel Networks Limited**
SETTLEMENT SUMMARY
NOVEMBER 2008

AMEX CANADA INC.
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

All amount fields indicated in United States Dollar

Nortel Networks Limited - CBT

| | NOVEMBER | TOTAL | YTD |
|---|---|---|---|
| **SALES:** | | | |
| Air/Rail - Domestic | 621,811.41 | 621,811.41 | 10,501,805.60 |
| Air/Rail - International | 451,701.19 | 451,701.19 | 9,910,557.86 |
| **TOTAL SALES:** | 1,073,512.60 | 1,073,512.60 | 20,412,363.46 |
| **REVENUES:** | | | |
| **Commissions** | | | |
| Air Overrides | 138.93 | 138.93 | 3,008.16 |
| Air/Rail - Domestic | (354.39) | (354.39) | (2,521.22) |
| Air/Rail - International | 276.30 | 276.30 | 13,416.67 |
| Hotel | 674.17 | 674.17 | 30,301.49 |
| Car | 0.00 | 0.00 | 58.79 |
| **Total Commissions** | 735.01 | 735.01 | 44,263.89 |
| **TOTAL REVENUES:** | 735.01 | 735.01 | 44,263.89 |
| **EXPENSES:** | | | |
| **Direct Operating Expenses** | | | |
| BTCS Non-dedicated Support | (12,875.00) | (12,875.00) | (195,790.98) |
| Debit/Credit Memo | 0.00 | 0.00 | (16.22) |
| **Total Direct Operating Expenses** | (12,875.00) | (12,875.00) | (195,807.20) |
| **Value Added Products & Services** | | | |
| AXcess After Hours Service | (32.00) | (32.00) | (32.00) |
| Emergency Travel Service/Hotline | 0.00 | 0.00 | (192.00) |
| International Rate Desk | (3,745.00) | (3,745.00) | (66,185.00) |
| Deal Power License Fee | 0.00 | 0.00 | (25,000.00) |
| All Products & Services | 0.00 | 0.00 | (2,000.00) |
| Amex @ Work Reporting | 0.00 | 0.00 | (24,000.00) |
| **Total Value Added Products & Services** | (3,777.00) | (3,777.00) | (117,409.00) |
| **Transaction Fees** | | | |
| Transaction Fees | (36,227.50) | (36,227.50) | (552,465.50) |
| **TOTAL EXPENSES:** | (52,879.50) | (52,879.50) | (865,681.70) |
| **SUB TOTAL:** | (52,144.49) | (52,144.49) | (821,417.81) |
| HST on Sub Total | 0.00 | 0.00 | 0.00 |
| GST on Sub Total | 0.00 | 0.00 | 0.00 |
| QST on Sub Total | 0.00 | 0.00 | 0.00 |
| **TFA CREDIT PAID:** | 33,946.00 | 33,946.00 | 516,011.50 |
| HST on TFA Credit | 0.00 | 0.00 | 0.00 |
| GST on TFA Credit | 0.00 | 0.00 | 0.00 |
| QST on TFA Credit | 0.00 | 0.00 | 0.00 |
| **SETTLEMENT TOTAL:** | (18,198.49) | (18,198.49) | (305,406.31) |

Preliminary Review Date:    01/14/2009
Settlement Date:
Run Date:                   03/02/2009

**Please refer to the CPSPY130 report for transaction details**

Page 1 of 1



**AMERICAN EXPRESS** Travel

AMEX CANADA INC.
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

**Nortel Networks Limited**
**SETTLEMENT SUMMARY**
**DECEMBER 2008**

All amount fields indicated in United States Dollar

Nortel Networks Limited - CBT

| | DECEMBER | TOTAL | YTD |
|---|---|---|---|
| **SALES:** | | | |
| Air/Rail - Domestic | 499,598.56 | 499,598.56 | 11,001,404.16 |
| Air/Rail - International | 281,228.35 | 281,228.35 | 10,191,786.21 |
| **TOTAL SALES:** | 780,826.91 | 780,826.91 | 21,193,190.37 |
| | | | |
| **REVENUES:** | | | |
| **Commissions** | | | |
| Air Overrides | 39.82 | 39.82 | 3,047.98 |
| Air/Rail - Domestic | (398.99) | (398.99) | (2,920.21) |
| Air/Rail - International | 309.66 | 309.66 | 13,726.33 |
| Hotel | 372.37 | 372.37 | 30,673.86 |
| Car | 0.00 | 0.00 | 58.79 |
| **Total Commissions** | 322.86 | 322.86 | 44,586.75 |
| | | | |
| **TOTAL REVENUES:** | 322.86 | 322.86 | 44,586.75 |
| | | | |
| **EXPENSES:** | | | |
| **Direct Operating Expenses** | | | |
| BTCS Non-dedicated Support | (12,875.00) | (12,875.00) | (208,665.98) |
| Debit/Credit Memo | 0.00 | 0.00 | (16.22) |
| **Total Direct Operating Expenses** | (12,875.00) | (12,875.00) | (208,682.20) |
| | | | |
| **Value Added Products & Services** | | | |
| AXcess After Hours Service | (32.00) | (32.00) | (64.00) |
| Emergency Travel Service/Hotline | 0.00 | 0.00 | (192.00) |
| International Rate Desk | (3,115.00) | (3,115.00) | (69,300.00) |
| Deal Power License Fee | 0.00 | 0.00 | (25,000.00) |
| All Products & Services | 0.00 | 0.00 | (2,000.00) |
| Amex @ Work Reporting | 0.00 | 0.00 | (24,000.00) |
| **Total Value Added Products & Services** | (3,147.00) | (3,147.00) | (120,556.00) |
| **Transaction Fees** | | | |
| Transaction Fees | (32,809.50) | (32,809.50) | (585,275.00) |
| | | | |
| **TOTAL EXPENSES:** | (48,831.50) | (48,831.50) | (914,513.20) |
| | | | |
| **SUB TOTAL:** | (48,508.64) | (48,508.64) | (869,926.45) |
| HST on Sub Total | 0.00 | 0.00 | 0.00 |
| GST on Sub Total | 0.00 | 0.00 | 0.00 |
| QST on Sub Total | 0.00 | 0.00 | 0.00 |
| | | | |
| **TFA CREDIT PAID:** | 29,219.50 | 29,219.50 | 545,231.00 |
| HST on TFA Credit | 0.00 | 0.00 | 0.00 |
| GST on TFA Credit | 0.00 | 0.00 | 0.00 |
| QST on TFA Credit | 0.00 | 0.00 | 0.00 |
| | | | |
| **SETTLEMENT TOTAL:** | (19,289.14) | (19,289.14) | (324,695.45) |

Preliminary Review Date: 01/29/2009
Settlement Date:
Run Date: 03/02/2009

Please refer to the CPSPY130 report for transaction details

Page 1 of 1



Travel

**Nortel Networks Limited**
SETTLEMENT SUMMARY
JANUARY 2009

AMEX CANADA INC.
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

All amount fields indicated in United States Dollar

Nortel Networks Limited - CBT

| | JANUARY | TOTAL | YTD |
|---|---|---|---|
| **SALES:** | | | |
| Air/Rail - Domestic | 368,792.86 | 368,792.86 | 368,792.86 |
| Air/Rail - International | 203,877.00 | 203,877.00 | 203,877.00 |
| **TOTAL SALES:** | 572,669.86 | 572,669.86 | 572,669.86 |
| **REVENUES:** | | | |
| **Commissions** | | | |
| Air/Rail - Domestic | (1,793.10) | (1,793.10) | (1,793.10) |
| Air/Rail - International | 129.52 | 129.52 | 129.52 |
| Hotel | 325.75 | 325.75 | 325.75 |
| Car | 3.90 | 3.90 | 3.90 |
| **Total Commissions** | (1,333.93) | (1,333.93) | (1,333.93) |
| **TOTAL REVENUES:** | (1,333.93) | (1,333.93) | (1,333.93) |
| **EXPENSES:** | | | |
| **Direct Operating Expenses** | | | |
| BTCS Non-dedicated Support | (12,875.00) | (12,875.00) | (12,875.00) |
| **Value Added Products & Services** | | | |
| AXcess After Hours Service | (16.00) | (16.00) | (16.00) |
| International Rate Desk | (2,135.00) | (2,135.00) | (2,135.00) |
| **Total Value Added Products & Services** | (2,151.00) | (2,151.00) | (2,151.00) |
| **Transaction Fees** | | | |
| Transaction Fees | (21,362.00) | (21,362.00) | (21,362.00) |
| **TOTAL EXPENSES:** | (36,388.00) | (36,388.00) | (36,388.00) |
| **SUB TOTAL:** | (37,721.93) | (37,721.93) | (37,721.93) |
| HST on Sub Total | 0.00 | 0.00 | 0.00 |
| GST on Sub Total | 0.00 | 0.00 | 0.00 |
| QST on Sub Total | 0.00 | 0.00 | 0.00 |
| **TFA CREDIT PAID:** | 19,665.00 | 19,665.00 | 19,665.00 |
| HST on TFA Credit | 0.00 | 0.00 | 0.00 |
| GST on TFA Credit | 0.00 | 0.00 | 0.00 |
| QST on TFA Credit | 0.00 | 0.00 | 0.00 |
| **SETTLEMENT TOTAL:** | (18,056.93) | (18,056.93) | (18,056.93) |

Preliminary Review Date:    03/02/2009
Settlement Date:
Run Date:                   03/02/2009

Please refer to the CPSPY130 report for transaction details

**Exhibit "A-2"**

**Canada**
**Invoices and Settlement Summary**

# AMEX CANADA INC.

**101 MCNABB STREET**
**MARKHAM ONTARIO**
**ON L3R 4H8**

| BILL TO |
|---|
| NORTEL NETWORKS LIMITED |
| Attn: BOB RIDPATH |
| 3500 CARLING AVENUE |
| P/O #CSN505076 |
| OTTAWA, ON    K2H 8E9 |

## Invoice

| DATE | Invoice # |
|---|---|
| 12/18/2008 | REV0398079 |

| TERMS |
|---|
| Due on Receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| October 2008 Travel Balance | 8,075.59 |
| | |
| Overnight Mailing Address: | |
| Please remit to Amex Canada Inc. | |
| 101 McNabb Street Markham, ON L3R 4H8 | |
| Attn:  Client Financial Services, MC 62-02-61B | |
| *GST/HST # R134194620* | **Total Due:**    $9,117.32 |
| *QST # 1015265325* | |

# AMEX CANADA INC.

**101 MCNABB STREET**
**MARKHAM ONTARIO**
**ON L3R 4H8**

| BILL TO |
| --- |
| NORTEL NETWORKS LIMITED<br>  Attn: BOB RIDPATH<br>  3500 CARLING AVENUE<br><br>P/O #CSN505076<br>OTTAWA, ON    K2H 8E9 |

## Invoice

| DATE | Invoice # |
| --- | --- |
| 03/02/2009 | REV0399923 |

| TERMS |
| --- |
| Due on Receipt |

| DESCRIPTION | AMOUNT |
| --- | --- |
| November 2008 Travel Balance | 3,583.17 |
| Overnight Mailing Address:<br>Please remit to Amex Canada Inc.<br>101 McNabb Street Markham, ON L3R 4H8<br>Attn:  Client Financial Services, MC 62-02-61B | |
| *GST/HST # R134194620*<br>*QST # 1015265325* | **Total Due:**    **$4,045.92** |

# AMEX CANADA INC.

**101 MCNABB STREET**
**MARKHAM ONTARIO**
**ON L3R 4H8**

| BILL TO |
|---|
| NORTEL NETWORKS LIMITED |
| Attn: BOB RIDPATH |
| 3500 CARLING AVENUE |
| |
| P/O #CSN505076 |
| OTTAWA, ON    K2H 8E9 |

## Invoice

| DATE | Invoice # |
|---|---|
| 03/02/2009 | REV0401147 |

| TERMS |
|---|
| Due on Receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| December 2008 Travel Balance | 1,310.98 |
| | |
| Overnight Mailing Address: | |
| Please remit to Amex Canada Inc. | |
| 101 McNabb Street Markham, ON L3R 4H8 | |
| Attn:  Client Financial Services, MC 62-02-61B | |
| *GST/HST # R134194620* | **Total Due:**    $1,481.62 |
| *QST # 1015265325* | |

Dear American Express Travel Client:
If you would like to pay this invoice with an American Express Business Travel Account (BTA) or Corporate Purchasing Card (CPC), Mastercard, Visa, Diner's Club, or Discover Card, please provide the following information, sign as indicated, and return this invoice to the address shown above or via e-mail to FCW-Revshare@aexp.com; Attn: Travel Billing.  Please note that if using your American Express BTA, this form must be signed by an agent of your company who is authorized on the Account.

Card#: _____

Exp. Date: _____

Cardmember Name: _____

Signature: _____
( ) Check here to charge all future receivables to this card.  You will receive an "Information Only" statement for each charge we process.

# AMEX CANADA INC.

**101 MCNABB STREET**
**MARKHAM ONTARIO**
**ON L3R 4H8**

| Customer |
|---|
| NORTEL NETWORKS LIMITED<br>Attn: BOB RIDPATH<br>3500 CARLING AVENUE<br><br>P/O #CSN505076<br>OTTAWA, ON    K2H 8E9 |

## Credit Memo

| DATE | Memo # |
|---|---|
| 03/02/2009 | CM0403642 |

| DESCRIPTION | AMOUNT |
|---|---|
| January 2009 Credit<br><br>Overnight Mailing Address:<br>Please remit to Amex Canada Inc.<br>101 McNabb Street Markham, ON L3R 4H8<br>Attn:  Client Financial Services, MC 62-02-61B | -2,712.37 |
| *GST/HST # R134194620*<br>*QST # 1015265325* | **Total:**     **$-3,060.63** |

**All amount fields indicated in Canadian Dollar**

Nortel Networks Limited : Canada

| | OCTOBER | NOVEMBER | DECEMBER | JANUARY | Recon PreFile |
|---|---|---|---|---|---|
| SALES: | | | | | |
| Air/Rail - Domestic | $ 58,140.92 | $ 30,693.09 | $ 30,532.50 | $ 12,986.69 | |
| Air/Rail - International | $ 266,004.97 | $ 328,452.91 | $ 257,705.65 | $ 94,321.42 | |
| Air/Rail - Transborder | $ 231,471.29 | $ 176,174.03 | $ 138,106.93 | $ 122,042.34 | |
| TOTAL SALES: | $ 555,617.18 | $ 535,320.03 | $ 426,345.08 | $ 229,350.45 | |
| REVENUES: | | | | | |
| Commissions | | | | | |
| Air Overrides | $ 1,665.46 | $ 1,214.46 | $ 1,226.86 | $ 1,023.43 | |
| Air/Rail - Domestic | $ (6,428.44) | $ - | $ - | | |
| Air/Rail - International | $ - | $ - | $ - | | |
| Scheduled Air | $ 130.01 | $ 12.10 | $ 22.95 | $ 39.33 | |
| Hotel | $ 3,456.65 | $ 2,561.08 | $ 4,067.78 | $ 4,763.98 | |
| Total Commissions | $ (1,176.32) | $ 3,787.64 | $ 5,317.59 | $ 5,826.74 | |
| TOTAL REVENUES: | $ (1,176.32) | $ 3,787.64 | $ 5,317.59 | $ 5,826.74 | $ 13,755.65 → |
| EXPENSES: | | | | | Revenue Owed to Nortel |
| Direct Operating Expenses | | | | | |
| OPC Charges | $ (226.77) | $ (186.81) | $ (116.19) | $ (57.68) | |
| Total Direct Operating Expenses | $ (226.77) | $ (186.81) | $ (116.19) | $ (57.68) | |
| Value Added Products & Services | | | | | |
| Emergency Travel Service/Hotline | $ (1,000.00) | $ (1,600.00) | $ (425.00) | $ (175.00) | |
| International Rate Desk | $ (3,747.16) | $ (4,398.84) | $ (3,665.70) | $ (1,588.47) | |
| WebFare | $ (457.00) | $ (447.00) | $ (384.00) | $ (247.00) | |
| Total Value Added Products & Services | $ (5,204.16) | $ (6,445.84) | $ (4,474.70) | $ (2,010.47) | |
| Transaction Fees | | | | | |
| Transaction Fees | $ (14,453.30) | $ (13,982.38) | $ (14,674.88) | $ (6,227.04) | |
| Total Transaction Fees | $ (14,453.30) | $ (13,982.38) | $ (14,674.88) | $ (6,227.04) | |
| TOTAL EXPENSES: | $ (19,884.23) | $ (20,615.03) | $ (19,265.77) | $ (8,295.19) | $ (68,060.22) → |
| | | | | | Amex Expenses |
| SUB TOTAL: | $ (21,060.55) | $ (16,827.39) | $ (13,948.18) | $ (2,468.45) | → |
| | | | | | Total Revenue - Expenses |
| HST on Sub Total | $ - | $ - | $ - | $ - | |
| GST on Sub Total | $ (1,053.05) | $ (841.39) | $ (697.42) | $ (123.41) | |
| QST on Sub Total | $ (1,658.48) | $ (1,325.16) | $ (1,098.38) | $ (194.36) | |
| | | | | | $ (6,991.65) |
| TFA CREDIT PAID: | $ 12,984.96 | $ 13,244.22 | $ 12,637.20 | $ 5,180.82 | $ 44,047.20 → |
| | | | | | Paid at Point of Sale by Nortel |
| HST on TFA Credit | $ - | $ - | $ - | $ - | |
| GST on TFA Credit | $ 649.64 | $ 662.60 | $ 632.17 | $ 259.27 | |
| QST on TFA Credit | $ 1,020.16 | $ 1,041.20 | $ 992.99 | $ 406.76 | $ 5,664.79 |
| SETTLEMENT TOTAL: | $ (9,117.32) | $ (4,045.92) | $ (1,481.62) | $ 3,060.63 | $ (11,584.23) To Amex |



**AMEX CANADA INC.**
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

**Nortel Networks Limited**
SETTLEMENT SUMMARY
OCTOBER 2008

All amount fields indicated in Canadian Dollar

Nortel Networks Limited

| | OCTOBER | TOTAL | YTD |
|---|---|---|---|
| **SALES:** | | | |
| Air/Rail - Domestic | 58,140.92 | 58,140.92 | 803,032.32 |
| Air/Rail - International | 266,004.97 | 266,004.97 | 4,647,900.67 |
| Air/Rail - Transborder | 231,471.29 | 231,471.29 | 3,964,556.29 |
| **TOTAL SALES:** | 555,617.18 | 555,617.18 | 9,415,489.28 |
| | | | |
| **REVENUES:** | | | |
| **Commissions** | | | |
| Air Overrides | 1,665.46 | 1,665.46 | 36,986.91 |
| Air/Rail - Domestic | (6,428.44) | (6,428.44) | (6,428.44) |
| Air/Rail - International | 0.00 | 0.00 | 780.45 |
| Scheduled Air | 130.01 | 130.01 | 3,435.04 |
| Hotel | 3,456.65 | 3,456.65 | 37,219.62 |
| **Total Commissions** | (1,176.32) | (1,176.32) | 72,003.58 |
| | | | |
| **TOTAL REVENUES:** | (1,176.32) | (1,176.32) | 72,003.58 |
| | | | |
| **EXPENSES:** | | | |
| **Direct Operating Expenses** | | | |
| OPC Charges | (226.77) | (226.77) | (17,454.48) |
| | | | |
| **Value Added Products & Services** | | | |
| Emergency Travel Service/Hotline | (1,000.00) | (1,000.00) | (14,700.00) |
| International Rate Desk | (3,747.16) | (3,747.16) | (59,628.72) |
| WebFare | (457.00) | (457.00) | (7,853.00) |
| **Total Value Added Products & Services** | (5,204.16) | (5,204.16) | (82,181.72) |
| **Transaction Fees** | | | |
| Transaction Fees | (14,453.30) | (14,453.30) | (238,900.98) |
| | | | |
| **TOTAL EXPENSES:** | (19,884.23) | (19,884.23) | (338,537.18) |
| | | | |
| **SUB TOTAL:** | (21,060.55) | (21,060.55) | (266,533.60) |
| HST on Sub Total | 0.00 | 0.00 | 0.00 |
| GST on Sub Total | (1,053.05) | (1,053.05) | (13,326.77) |
| QST on Sub Total | (1,658.48) | (1,658.48) | (20,944.36) |
| | | | |
| **TFA CREDIT PAID:** | 12,984.96 | 12,984.96 | 219,281.72 |
| HST on TFA Credit | 0.00 | 0.00 | 0.00 |
| GST on TFA Credit | 649.64 | 649.64 | 10,978.22 |
| QST on TFA Credit | 1,020.16 | 1,020.16 | 17,205.87 |
| | | | |
| **SETTLEMENT TOTAL:** | (9,117.32) | (9,117.32) | (53,338.92) |

Preliminary Review Date:  12/17/2008
Settlement Date:
Run Date:  12/18/2008

Please refer to the CPSPY130 report for transaction details

Page 1 of 1

AMERICAN
EXPRESS
Travel

AMEX CANADA INC.
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

**Nortel Networks Limited**
**SETTLEMENT SUMMARY**
**NOVEMBER 2008**

All amount fields indicated in Canadian Dollar

Nortel Networks Limited

| | NOVEMBER | TOTAL | YTD |
|---|---|---|---|
| **SALES:** | | | |
| Air/Rail - Domestic | 30,693.09 | 30,693.09 | 833,725.41 |
| Air/Rail - International | 328,452.91 | 328,452.91 | 4,976,353.58 |
| Air/Rail - Transborder | 176,174.03 | 176,174.03 | 4,140,730.32 |
| **TOTAL SALES:** | 535,320.03 | 535,320.03 | 9,950,809.31 |
| | | | |
| **REVENUES:** | | | |
| Commissions | | | |
| Air Overrides | 1,214.46 | 1,214.46 | 38,201.37 |
| Air/Rail - Domestic | 0.00 | 0.00 | (6,428.44) |
| Air/Rail - International | 0.00 | 0.00 | 790.45 |
| Scheduled Air | 12.10 | 12.10 | 3,447.14 |
| Hotel | 2,561.08 | 2,561.08 | 39,780.70 |
| **Total Commissions** | 3,787.64 | 3,787.64 | 75,791.22 |
| | | | |
| **TOTAL REVENUES:** | 3,787.64 | 3,787.64 | 75,791.22 |
| | | | |
| **EXPENSES:** | | | |
| **Direct Operating Expenses** | | | |
| OPC Charges | (186.81) | (186.81) | (17,641.29) |
| | | | |
| **Value Added Products & Services** | | | |
| Emergency Travel Service/Hotline | (1,600.00) | (1,600.00) | (16,300.00) |
| International Rate Desk | (4,398.84) | (4,398.84) | (64,027.56) |
| WebFare | (447.00) | (447.00) | (8,300.00) |
| **Total Value Added Products & Services** | (6,445.84) | (6,445.84) | (88,627.56) |
| **Transaction Fees** | | | |
| Transaction Fees | (13,982.38) | (13,982.38) | (252,883.36) |
| | | | |
| **TOTAL EXPENSES:** | (20,615.03) | (20,615.03) | (359,152.21) |
| | | | |
| **SUB TOTAL:** | (16,827.39) | (16,827.39) | (283,360.99) |
| HST on Sub Total | 0.00 | 0.00 | 0.00 |
| GST on Sub Total | (841.39) | (841.39) | (14,168.16) |
| QST on Sub Total | (1,325.16) | (1,325.16) | (22,269.62) |
| | | | |
| **TFA CREDIT PAID:** | 13,244.22 | 13,244.22 | 232,526.94 |
| HST on TFA Credit | 0.00 | 0.00 | 0.00 |
| GST on TFA Credit | 662.60 | 662.60 | 11,640.82 |
| QST on TFA Credit | 1,041.20 | 1,041.20 | 18,247.07 |
| | | | |
| **SETTLEMENT TOTAL:** | (4,045.92) | (4,045.92) | (57,384.94) |

Preliminary Review Date:   01/14/2009
Settlement Date:
Run Date:                  03/02/2009

**Please refer to the CPSPY130 report for transaction details**

Page 1 of 1



AMEX CANADA INC.
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

**Nortel Networks Limited**
**SETTLEMENT SUMMARY**
**DECEMBER 2008**

All amount fields indicated in Canadian Dollar

Nortel Networks Limited

| | DECEMBER | TOTAL | YTD |
|---|---|---|---|
| **SALES:** | | | |
| Air/Rail - Domestic | 30,532.50 | 30,532.50 | 864,257.91 |
| Air/Rail - International | 257,705.65 | 257,705.65 | 5,234,059.23 |
| Air/Rail - Transborder | 138,106.93 | 138,106.93 | 4,278,837.25 |
| **TOTAL SALES:** | 426,345.08 | 426,345.08 | 10,377,154.39 |
| | | | |
| **REVENUES:** | | | |
| **Commissions** | | | |
| Air Overrides | 1,226.86 | 1,226.86 | 39,428.23 |
| Air/Rail - Domestic | 0.00 | 0.00 | (6,428.44) |
| Air/Rail - International | 0.00 | 0.00 | 790.45 |
| Scheduled Air | 22.95 | 22.95 | 3,470.09 |
| Hotel | 4,067.78 | 4,067.78 | 43,848.48 |
| **Total Commissions** | 5,317.59 | 5,317.59 | 81,108.81 |
| | | | |
| **TOTAL REVENUES:** | 5,317.59 | 5,317.59 | 81,108.81 |
| | | | |
| **EXPENSES:** | | | |
| **Direct Operating Expenses** | | | |
| OPC Charges | (116.19) | (116.19) | (17,757.48) |
| | | | |
| **Value Added Products & Services** | | | |
| Emergency Travel Service/Hotline | (425.00) | (425.00) | (16,725.00) |
| International Rate Desk | (3,665.70) | (3,665.70) | (67,693.26) |
| WebFare | (384.00) | (384.00) | (8,684.00) |
| **Total Value Added Products & Services** | (4,474.70) | (4,474.70) | (93,102.26) |
| **Transaction Fees** | | | |
| Transaction Fees | (14,674.88) | (14,674.88) | (267,558.24) |
| | | | |
| **TOTAL EXPENSES:** | (19,265.77) | (19,265.77) | (378,417.98) |
| | | | |
| **SUB TOTAL:** | (13,948.18) | (13,948.18) | (297,309.17) |
| HST on Sub Total | 0.00 | 0.00 | 0.00 |
| GST on Sub Total | (697.42) | (697.42) | (14,865.58) |
| QST on Sub Total | (1,098.38) | (1,098.38) | (23,367.90) |
| | | | |
| **TFA CREDIT PAID:** | 12,637.20 | 12,637.20 | 245,163.14 |
| HST on TFA Credit | 0.00 | 0.00 | 0.00 |
| GST on TFA Credit | 632.17 | 632.17 | 12,272.99 |
| QST on TFA Credit | 992.99 | 992.99 | 19,240.06 |
| | | | |
| **SETTLEMENT TOTAL:** | (1,481.62) | (1,481.62) | (58,866.46) |

Preliminary Review Date:    01/29/2009
Settlement Date:
Run Date:    03/02/2009

Please refer to the CPSPY130 report for transaction details

Page 1 of 2

AMERICAN EXPRESS

® **Travel**

AMEX CANADA INC.
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

**Nortel Networks Limited**
**SETTLEMENT SUMMARY**
· **JANUARY 2009**

All amount fields indicated in Canadian Dollar

Nortel Networks Limited

| | JANUARY | TOTAL | YTD |
|---|---|---|---|
| **SALES:** | | | |
| Air/Rail - Domestic | 12,986.69 | 12,986.69 | 12,986.69 |
| Air/Rail - International | 94,321.42 | 94,321.42 | 94,321.42 |
| Air/Rail - Transborder | 122,042.34 | 122,042.34 | 122,042.34 |
| **TOTAL SALES:** | 229,350.45 | 229,350.45 | 229,350.45 |
| **REVENUES:** | | | |
| **Commissions** | | | |
| Air Overrides | 1,023.43 | 1,023.43 | 1,023.43 |
| Scheduled Air | 39.33 | 39.33 | 39.33 |
| Hotel | 4,763.98 | 4,763.98 | 4,763.98 |
| **Total Commissions** | 5,826.74 | 5,826.74 | 5,826.74 |
| **TOTAL REVENUES:** | 5,826.74 | 5,826.74 | 5,826.74 |
| **EXPENSES:** | | | |
| **Direct Operating Expenses** | | | |
| OPC Charges | (57.68) | (57.68) | (57.68) |
| **Value Added Products & Services** | | | |
| Emergency Travel Service/Hotline | (175.00) | (175.00) | (175.00) |
| International Rate Desk | (1,588.47) | (1,588.47) | (1,588.47) |
| WebFare | (247.00) | (247.00) | (247.00) |
| **Total Value Added Products & Services** | (2,010.47) | (2,010.47) | (2,010.47) |
| **Transaction Fees** | | | |
| Transaction Fees | (6,227.04) | (6,227.04) | (6,227.04) |
| **TOTAL EXPENSES:** | (8,295.19) | (8,295.19) | (8,295.19) |
| **SUB TOTAL:** | (2,468.45) | (2,468.45) | (2,468.45) |
| HST on Sub Total | 0.00 | 0.00 | 0.00 |
| GST on Sub Total | (123.41) | (123.41) | (123.41) |
| QST on Sub Total | (194.36) | (194.36) | (194.36) |
| **TFA CREDIT PAID:** | 5,180.82 | 5,180.82 | 5,180.82 |
| HST on TFA Credit | 0.00 | 0.00 | 0.00 |
| GST on TFA Credit | 259.27 | 259.27 | 259.27 |
| QST on TFA Credit | 406.76 | 406.76 | 406.76 |
| **SETTLEMENT TOTAL:** | 3,060.63 | 3,060.63 | 3,060.63 |

Preliminary Review Date:    03/02/2009
Settlement Date:
Run Date:                   03/02/2009

**Please refer to the CPSPY130 report for transaction details**

Page 2 of 2



Travel

**Nortel Networks Limited**
**SETTLEMENT SUMMARY**
**JANUARY 2009**

AMEX CANADA INC.
101 MCNABB ST.
MARKHAM , ONT.
L3R4H8

American Express Travel helps you manage your travel expenses and assists your employees and other travelers (collectively, "employees") in finding travel suppliers and making arrangements that meet their individual needs. We consider various factors in identifying travel suppliers to your employees and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals , and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express® Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability, your employees' preferences, and any agreements we have with you to book travel in accordance with your corporate travel policy. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

## Exhibit "A-3"

### United Kingdom
### Invoices and Settlement Summary

# American Express Europe Limited

P O Box 94
Amex House
Edward Street,
Brighton, England,  BN88 1AH



## Corporate Services

| BILL  TO |
| --- |
| NORTEL NETWORKS UK LTD (PO NO:4320020200 |
| ATTN: Accounts Payable PO No.43 |
| London Road |
| Harlow,Essex, UK CM17 9NA |
| GB  UNITED KINGDOM |

# Invoice

| DATE | INVOICE# |
| --- | --- |
| 02/16/2009 | REV0399930 |

Client No : 13995000393      Our Ref : Management Fee
VAT Registration No :  GB 190 1985 48

| TERMS |
| --- |
| Due on receipt |

| DESCRIPTION | AMOUNT |
| --- | --- |
| October 2008 Travel Balance | 2,835.85 |
| VAT standard rate @15.00% | 76.57 |
| | |
| November 2008 Travel Balance | 1,800.64 |
| VAT standard rate @15.00% | 48.62 |
| | |
| December 2008 Travel Balance | 2,443.33 |
| VAT standard rate @15.00% | 65.97 |

Note: Please quote reference No. MF-  REV0399930 / 13995000393

In case of Query please contact :      Pulak Verma
E-Mail ukcfsbillingfce@aexp.com  Tel: 0091 124 4161763

| Total GBP | 7,270.98 |
| --- | --- |

---

Please cut along the line and return this remittance slip with your payment :

American Express Europe Limited.    Client #    13995000393    Invoice #      REV0399930

General Accounting - Management Fee

C/O Group and Events                  Net              7,079.82

UMC: 61-01-006

Sussex House                          Tax                191.16

Civic Way

Burgess Hill        Total Due        GBP        7,270.98

West Sussex RH15 9AQ

Note: Please quote reference No. MF-  REV0399930    / 13995000393

In Case of BANK TRANSFERS please use following
Sterling Bank Account Details

SWIFT : LOYDGB2LCTY

Sort Code:30-00-02. Account No:00887280

IBAN Code: GB88LOYD30000200887280

Account Name: AEEL Travel No.2 A/C

Bank Address: Lloyds Bank PLC, Bailey Drive,

Gillingham Business Park, Gillingham, Kent. UK

All amount fields indicated in GBP
Nortel Networks UK Ltd
OCTOBER 2008 - DECEMBER 2008

| | OCTOBER | NOVEMBER | DECEMBER | TOTAL | |
|---|---|---|---|---|---|
| **SALES:** | | | | | |
| Air Domestic | $ 4,264.62 | $ 5,227.98 | $ 1,383.95 | $ 10,876.55 | |
| Air European | $ 37,689.54 | $ 34,701.12 | $ 10,895.18 | $ 83,285.84 | |
| Air International | $ 70,594.60 | $ 33,283.10 | $ 19,536.80 | $ 123,414.50 | |
| Car | $ 2,586.48 | $ 1,374.88 | $ 533.89 | $ 4,495.25 | |
| Ferry | $ 363.00 | $ 143.00 | $ (296.00) | $ 210.00 | |
| Hotel | $ 51,097.43 | $ 35,964.52 | $ 11,068.13 | $ 98,130.08 | |
| Rail | $ 278.00 | $ 557.50 | $ 159.00 | $ 994.50 | |
| TOTAL SALES: | $ 166,873.67 | $ 111,252.10 | $ 43,280.95 | $ 321,406.72 | |
| Point of Sales Information | | | | | |
| Transaction Fee Collected at POS | $ 4,193.63 | $ 2,777.79 | $ 1,486.26 | $ 8,457.68 | |
| Total Point of Sales Information | $ 4,193.63 | $ 2,777.79 | $ 1,486.26 | $ 8,457.68 | |
| **REVENUES:** | | | | | |
| Commissions | | | | | |
| Air | $ 174.58 | $ 82.82 | $ 20.86 | $ 278.26 | |
| Hotel | $ 454.34 | $ 1,229.88 | $ 641.68 | $ 2,325.90 | |
| Rail | $ - | $ 15.00 | $ - | $ 15.00 | |
| Total Commissions | $ 628.92 | $ 1,327.70 | $ 662.54 | $ 2,619.16 | |
| POS Commission Netting | | | | | |
| Commission passed back at POS | $ (174.30) | $ (37.21) | $ (20.86) | $ (232.37) | |
| Total POS Commission Netting | $ (174.30) | $ (37.21) | $ (20.86) | $ (232.37) | |
| **TOTAL REVENUES:** | $ 454.62 | $ 1,290.49 | $ 641.68 | $ 2,386.79 | To Nortel |
| **EXPENSES:** | | | | | |
| Optional Services | | | | | |
| Merchant Fee | $ (277.51) | $ (86.27) | $ (83.39) | $ (447.17) | |
| Total Optional Services | $ (277.51) | $ (86.27) | $ (83.39) | $ (447.17) | |
| Transaction Fees | | | | | |
| Interactive | $ (12.96) | $ (4.86) | $ (1.62) | $ (19.44) | |
| Total Transaction Fees | $ (12.96) | $ (4.86) | $ (1.62) | $ (19.44) | |
| Management Fees | | | | | |
| Management Fee | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (9,000.00) | |
| Total Management Fees | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (9,000.00) | |
| **TOTAL EXPENSES:** | $ (3,290.47) | $ (3,091.13) | $ (3,085.01) | $ (9,466.61) | To Amex |
| **SUB TOTAL:** | $ (2,835.85) | $ (1,800.64) | $ (2,443.33) | $ (7,079.82) | |
| **VAT** | $ (76.57) | $ (48.62) | $ (65.97) | $ (191.16) | To Amex |
| **SETTLEMENT TOTAL (TO)/FROM:** | $ (2,912.42) | $ (1,849.26) | $ (2,509.30) | $ (7,270.98) | To Amex |

Preliminary Review Date: 15/01/2009
Settlement Date:
Run Date: 15/01/2009
Please refer to the CPSPY130 report for transaction details
Analyst: Piyush A Anand
Contact No: 91 124 4162642
MAD: Gavin C Smith
Contact No: 20 7931 5357

**Exhibit "A-4"**

**Italy**
**Invoices**



**Corporate Travel**

| SETTLEMENT | | |
|---|---|---|
| Settlement Group: | NORTEL | |
| Competence: | 4Q.08 | |
| Market: | ITALY | |
| Date of Calculation: | 1/21/2009 | |
| Currency: | EURO | |

| SALES | | |
|---|---|---|
| | Air Domestic | 10,906 |
| | Air European | 5,471 |
| | Air International | 2,284 |
| | Hotel | 228 |
| | Car | - |
| | Rail | 605 |
| | Ferry | - |
| | Other services | - |
| | **Total** | **€ 19,494** |

| TRANSACTIONS | | |
|---|---|---|
| | Air Domestic | 42 |
| | Air European | 13 |
| | Air International | 6 |
| | Hotel | 2 |
| | Car | 2 |
| | Rail | 15 |
| | Ferry | - |
| | Visa | - |
| | Other services | - |
| | **Total** | **80** |

| Transaction eligible for fees | | |
|---|---|---|
| | Air Domestic | 42 |
| | Air European | 13 |
| | Air International | 5 |
| | Hotel | - |
| | Car | - |
| | Rail | 4 |
| | Ferry | - |
| | Visa | - |
| | Other services | - |
| | **Total** | **64** |

| REVENUES | | | |
|---|---|---|---|
| | Air Domestic | € | 54 |
| | Air European | € | 41 |
| | Air International | € | 27 |
| | Hotel | € | - |
| | Car | € | - |
| | Rail | € | 17 |
| | Ferry | € | - |
| | **Total** | **+ €** | **139** |

| TRANSACTION CHARGES | | | |
|---|---|---|---|
| | Air Domestic | € | 737 |
| | Air European | € | 216 |
| | Air International | € | 84 |
| | Hotel | € | - |
| | Car | € | - |
| | Rail | € | 96 |
| | Ferry | € | - |
| | Visa | € | - |
| | Other services | € | - |
| | **Total transaction charges** | **€** | **1,133** |
| | *Less fees already invoiced* | € | 1,133 |
| | **Total charges outstanding** | **- €** | **-** |

| | | | |
|---|---|---|---|
| Emergency Travel Services | 0 | - € | - |
| Travel Agent Charges | | - € | - |
| | | - € | - |
| | | - € | - |

| AMOUNT DUE TO / (FROM) CLIENT | = € | 139 |
|---|---|---|
| *VAT* | € | 14 |
| *INVOICE AMOUNT (Including Tax)* | = € | 153 |



## TRADITIONAL & INTERACTIVE SCHEME

| Settlement Group: | NORTEL |
|---|---|
| Competence: | 4Q 08 |

| TRANSACTIONS | EMISSION | | | REFUND | | |
|---|---|---|---|---|---|---|
| | Interactive | Additional Interactive | Traditional | Interactive | Additional Interactive | Traditional |
| Air Domestic | 1 | 1 | 40 | | | |
| Air European | 3 | | 10 | | | |
| Air International | 1 | | 4 | | | 1 |
| Hotel | | | 2 | | | |
| Car | | | 2 | | | |
| Rail | | | 14 | | | 1 |
| Ferry | | | | | | |
| Visa | | | | | | |
| Other | | | | | | |
| Total | 5 | 1 | 72 | - | - | 2 |
| Total TRX | | | | | | |

| Transaction eligible for fees | EMISSION | | | REFUND | | |
|---|---|---|---|---|---|---|
| | Interactive | Additional Interactive | Traditional | Interactive | Additional Interactive | Traditional |
| Air Domestic | 1 | 1 | 40 | | | |
| Air European | 3 | | 10 | | | |
| Air International | 1 | | 4 | | | |
| Hotel | | | | | | |
| Car | | | | | | |
| Rail | | | 4 | | | |
| Ferry | | | | | | |
| Visa | | | | | | |
| Other | | | | | | |
| Total | 5 | 1 | 58 | | | |
| Total TRX eligible for fees | | | | | | |

| TRANSACTION CHARGES | EMISSION | | | REFUND | | |
|---|---|---|---|---|---|---|
| | Interactive | Additional Interactive | Traditional | Interactive | Additional Interactive | Traditional |
| Air Domestic | 13 | 18 | 706 | | | |
| Air European | 40 | | 177 | | | |
| Air International | 13 | | 71 | | | |
| Hotel | | | | | | |
| Car | | | | | | |
| Rail | | | 96 | | | |
| Ferry | | | | | | |
| Visa | | | | | | |
| Other | | | | | | |
| Total | 66 | 18 | 1,049 | - | - | - |
| Total transaction charges | | | | | | |

**Exhibit "A-5"**

**Germany**
**Invoices**

*American Express Europe Limited*

**_Nortel_**

*CORPORATE TRAVEL BILLING SETTLEMENT*

| PeriodFrom | October-08 | PeriodTo | December-08 |
|---|---|---|---|

| MARKET | | | | GERMANY |
|---|---|---|---|---|
| CountryCode | | | | DEU |
| RESERVATION SERVICES | | | | Customised |
| Fee Type | | | | Trx |
| Fee Structure | | | | Inclusive |
| CURRENCY | | | | LocalCurrency |

**BUSINESS TRAVEL EXPENDITURE:**

| | Net Sales | Airport Taxes | Total Sales |
|---|---|---|---|
| Air Domestic | 4,584 | 2,262 | 6,846 |
| Air European | 28,098 | 7,891 | 35,989 |
| Air International | 5,597 | 1,193 | 6,790 |
| Air Other Region | 0 | 0 | 0 |
| Hotel | 20,001 | 0 | 20,001 |
| Car | 9,560 | 0 | 9,560 |
| Rail | 1,874 | 0 | 1,874 |
| Other | 0 | 0 | 0 |
| **TOTAL** | **69,714** | **11,346** | **81,059** |

**REVENUES GENERATED**

| | |
|---|---|
| Air Domestic | 0 |
| Air European | 0 |
| Air International | 0 |
| Air Other Region | 0 |
| Hotel | 0 |
| Car | 0 |
| Rail | 0 |
| Merchant Card Fee | 0 |
| Other | 0 |
| **TOTAL** | **0** |
| Less Revenues passed back at point of sale | 0 |
| **TOTAL Revenues Outstanding** | **0** |

**TRAVEL AGENT CHARGES**

| | |
|---|---|
| **Transaction Fee Charges** | 4,693 |

**Menu Priced Items**

| | |
|---|---|
| Account Management | 0 |
| Menu Priced Item such as: 24 Std. Service | 265 |
| Fee Allocator Fees | 0 |
| Other Menu Priced Product | 0 |
| **Incentive Schemes** | |
| SLA | 0 |
| AFS | 0 |
| **Negotiated Discount/ Adjustment** | 0 |
| **TOTAL TRAVEL AGENT CHARGES** | **4,959** |

**SUMMARY**

| | |
|---|---|
| **TOTAL TRAVEL AGENT CHARGES** | 4,959 |
| Less Fees Charged at point of sale (Excluding VAT @ 19%) | 4,693 |
| Less Revenues still outstanding (see above) | 0 |
| **SETTLEMENT DUE TO / (FROM) AMEX (Excluding VAT)** | **265** |

*American Express Europe Limited*

**Interactive Nortel Germany**

*CORPORATE TRAVEL BILLING SETTLEMENT*

| **PeriodFrom** | October-08 | **PeriodTo** | December-08 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **MARKET** | | | GERMANY |
| CountryCode | | | DEU |
| **RESERVATION SERVICES** | | | Customised |
| Fee Type | | | Trx |
| Fee Structure | | | Inclusive |
| **CURRENCY** | | | LocalCurrency |

**BUSINESS TRAVEL EXPENDITURE:**

| | Net Sales | Airport Taxes | Total Sales |
|---|---|---|---|
| Air Domestic | 4,946 | 2,240 | 7,186 |
| Air European | 30,644 | 12,569 | 43,212 |
| Air International | 11,570 | 2,173 | 13,743 |
| Air Other Region | 0 | 0 | 0 |
| Hotel | 19,356 | 0 | 19,356 |
| Car | 2,101 | 0 | 2,101 |
| Rail | 612 | 0 | 612 |
| Other | 0 | 0 | 0 |
| **TOTAL** | **69,228** | **16,982** | **86,210** |

**REVENUES GENERATED**

| | |
|---|---|
| Air Domestic | 0 |
| Air European | 0 |
| Air International | 0 |
| Air Other Region | 0 |
| Hotel | 0 |
| Car | 0 |
| Rail | 0 |
| Merchant Card Fee | 0 |
| Other | 0 |
| **TOTAL** | 0 |
| Less Revenues passed back at point of sale | 0 |
| **TOTAL Revenues Outstanding** | 0 |

**TRAVEL AGENT CHARGES**

| | |
|---|---|
| **Transaction Fee Charges** | 2,784 |

| | |
|---|---|
| **Menu Priced Items** | |
| Account Management | 0 |
| Menu Priced Item such as: 24 Std. Service | 375 |
| Fee Allocator Fees | 0 |
| Other Menu Priced Product | 0 |
| **Incentive Schemes** | |
| SLA | 0 |
| AFS | 0 |
| **Negotiated Discount/ Adjustment** | 0 |
| **TOTAL TRAVEL AGENT CHARGES** | 3,159 |

**SUMMARY**

| | |
|---|---|
| **TOTAL TRAVEL AGENT CHARGES** | 3,159 |
| **Less Fees Charged at point of sale (Excluding VAT @ 19%)** | 2,784 |
| **Less Revenues still outstanding (see above)** | 0 |
| **SETTLEMENT DUE TO / (FROM) AMEX (Excluding VAT)** | 375 |

*American Express Europe Limited*

**Interactive Nortel Germany**

**CORPORATE TRAVEL BILLING SETTLEMENT**

| *PeriodFrom* | | *January-09* | *PeriodTo* | *January-09* |
|---|---|---|---|---|

| MARKET | | | GERMANY |
|---|---|---|---|
| CountryCode | | | DEU |
| RESERVATION SERVICES | | | Customised |
| Fee Type | | | Trx |
| Fee Structure | | | Inclusive |
| CURRENCY | | | LocalCurrency |

**BUSINESS TRAVEL EXPENDITURE:**

| | Net Sales | Airport Taxes | Total Sales |
|---|---|---|---|
| Air Domestic | 153 | 108 | 261 |
| Air European | 1,778 | 601 | 2,379 |
| Air International | 0 | 0 | 0 |
| Air Other Region | 0 | 0 | 0 |
| Hotel | 2,122 | 0 | 2,122 |
| Car | 0 | 0 | 0 |
| Rail | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| TOTAL | 4,053 | 709 | 4,762 |

**REVENUES GENERATED**

| | |
|---|---|
| Air Domestic | 0 |
| Air European | 0 |
| Air International | 0 |
| Air Other Region | 0 |
| Hotel | 0 |
| Car | 0 |
| Rail | 0 |
| Merchant Card Fee | 0 |
| Other | 0 |
| TOTAL | 0 |
| Less Revenues passed back at point of sale | 0 |
| TOTAL Revenues Outstanding | 0 |

**TRAVEL AGENT CHARGES**

| | |
|---|---|
| **Transaction Fee Charges** | 145 |

| Menu Priced Items | |
|---|---|
| Account Management | 0 |
| Menu Priced Item such as: 24 Std. Service | 45 |
| Fee Allocator Fees | 0 |
| Other Menu Priced Product | 0 |
| Incentive Schemes | |
| SLA | 0 |
| AFS | 0 |
| **Negotiated Discount/ Adjustment** | 0 |
| TOTAL TRAVEL AGENT CHARGES | 190 |

**SUMMARY**

| | |
|---|---|
| TOTAL TRAVEL AGENT CHARGES | 190 |
| Less Fees Charged at point of sale (Excluding VAT @ 19%) | 145 |
| Less Revenues still outstanding (see above) | 0 |
| **SETTLEMENT DUE TO / (FROM) AMEX (Excluding VAT)** | 45 |

**Exhibit "A-6"**

**France
Invoices**

American Express Europe Limited
*Nortel*
**CORPORATE TRAVEL BILLING SETTLEMENT**

|  | Full Year 2008 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|
| **REVENUES GENERATED** | | | | | |
| Air Domestic | - | - | - | - | - |
| Air European | 1,139 | 344 | - | 498 | 297 |
| Air International | 11,179 | 3,108 | 5,994 | 1,861 | 216 |
| Air Other Region | - | - | - | - | - |
| Estimated Air Overrides | 1,645 | - | - | - | 1,645 |
| Hotel | 2,776 | 628 | 644 | 762 | 742 |
| Car | 287 | 103 | 185 | - | - |
| Rail | 5,127 | 1,411 | 2,796 | 484 | 436 |
| Merchant Card Fee | - | - | - | - | - |
| Other | - | - | - | - | - |
| **TOTAL** | 22,154 | 5,595 | 9,618 | 3,605 | 3,336 |
| Less Revenues passed back at Point of Sale | - | | | | |
| **TOTAL REVENUES OUTSTANDING** | 22,154 | 5,595 | 9,618 | 3,605 | 3,336 |

*American Express Europe Limited*
**Nortel**
**CORPORATE TRAVEL BILLING SETTLEMENT**

|  | Full Year 2007 | Dec 06 - March 07 | April 07 - June 07 | July 07 - Sept 07 | Oct 07 - Dec 07 |
|---|---|---|---|---|---|
| **REVENUES GENERATED** |  |  |  |  |  |
| Air Domestic | - | - | - | - | - |
| Air European | 3,314 | 878 | 1,302 | 808 | 326 |
| Air International | 9,853 | 5,665 | 3,011 | 770 | 1,927 |
| Air Other Region | - | - | - | - | - |
| Estimated Air Overrides | 4,194 | - | - | - | 4,194 |
| Hotel | 2,478 | 246 | 368 | 1,031 | 832 |
| Car | 641 | 288 | 153 | 99 | 100 |
| Rail | 3,927 | 1,299 | 830 | 791 | 1,008 |
| Merchant Card Fee | - | - | - | - | - |
| Other | 30 | - | 15 | 15 | - |
| **TOTAL** | 24,438 | 8,397 | 5,679 | 1,975 | 8,386 |
| Less Revenues passed back at Point of Sale | - |  |  |  |  |
| **TOTAL REVENUES OUTSTANDING** | 24,438 | 8,397 | 5,679 | 1,975 | 8,386 |

**Exhibit "A-7"**

**Spain**
**Invoices**

 

CIF: B-85376630
Oficina administrativa:
Avda. 16 de Julio nº 75
07009  Palma de Mallorca
Tel:  971 44 50 02
Fax:  971 43 68 65

**NORTEL, S.A.**
EDIF/ 6, CAMINO DE CERRO DE LOS GAMOS 1
28224.      POZUELO DE ALARCON
CIF: A78693603

Palma de Mallorca
31/12/2008

| Código: | | 5000598 |
|---|---|---|
| CARGO: | E50/5215 | 0019 |

Les notificamos que hemos anotado en su estimada cuenta,
por el concepto que se detalla, el siguiente importe.

| Concepto | Importe |
|---|---|
| Importe correspondiente a la liquidación de Julio a Diciembre 2008. | |
|     Base Imponible: | 480.00€ |
|     I.V.A. 16%: | 76.80€ |
|     Total ............................................................. | 556.80€ |

Atentamente,
**AMERICAN EXPRESS & BARCELO, S.L.**

AMERICAN EXPRESS & BARCELO, S.L.. - Inscrito en el Registro Mercantil de Madrid, tomo 25.488 ,Libro 0, Folio 11, Sección 8,  Hoja M-459235 CIF B85376630