UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Related D.I. _____ |

**ORDER GRANTING MOTION OF AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF**

Upon consideration of the Motion of American Express Travel Related Services Company, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff (the "Motion")[1]; and having considered any objections thereto; this Honorable Court hereby finds that due and adequate notice of the Motion have been given; that it appears that no further or other notice is required; that American Express' rights of setoff are valid and enforceable against NNL and after due deliberation and sufficient case appearing therefor, it is hereby

ORDERED that the Motion is GRANTED, and the automatic stay is modified as prayed for in the Motion so that American Express may effect a setoff of mutual obligations between NNL and American Express as set forth in the Motion; and

---

[1] Capitalized terms used in this Order that are not defined herein shall have the same meaning as those ascribed thereto in the Motion

2

IT IS FURTHER ORDERED that American Express may setoff the Amounts Owed to NNL against any amounts owed to American Express under the American Express Invoices to NNL without further Court Order or relief.

Dated: Wilmington, Delaware
_____, 2009

_____
THE HONORABLE KEVIN GROSS
United States Bankruptcy Court

N:\profiled docs\A0451\A0451.0058\kld\Order-Motion for Relief and Setoff-Nortel.doc ( 368634 )