# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.* | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing Date: April 9, 2009 at 9:00 a.m.<br>Objection Deadline: April 2, 2009 at 4:00 p.m. |

## NOTICE OF MOTION OF AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF

PLEASE TAKE NOTICE that on March 20, 2009, American Express, by and through its undersigned counsel, filed the Motion of American Express Travel Related Services Company, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the Bankruptcy Court on or before April 2, 2009 at 4:00 p.m. At the same time, you must also serve a copy of any response on the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion will be held on April 9, 2009 at 9:00 a.m. before the Honorable Kevin Gross at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: March 20, 2009

**FLASTER/GREENBERG P.C.**

William J. Burnett, Esquire (DE No. 4078)
901 N. Market Street, 4th Floor
Wilmington, DE 19801
Telephone: 302-351-1910
Facsimile: 302-351-1919

and

Eugene J. Chikowski, Esquire
Kristan L. Howard, Esquire
Eight Penn Center, 15th Floor
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: 215-279-9393
Facsimile: 215-279-9394

*Counsel for American Express*