# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

**Debtor:** Nortel Networks Inc.
**Case Number:** 09-10138-KG       **Chapter:** 11
**Date / Time / Room:** FRIDAY, MARCH 20, 2009 11:00 AM    CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** LESLIE MURIN

## *Matter:*

OMNIBUS HEARING
**R / M #:**   488 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 4/9/09 @ 10:00 a.m.
#2 - Adjourned to 5/20/09 @ 10:00 a.m.
#3 - Adjourned to 4/9/09 @ 10:00 a.m.
#4 - Adjourned to 4/9/09 @ 10:00 a.m.
#5- #8 - CNO Filed and Order Signed
#9 - Approved - ORDER SIGNED
#10 -  ORDER SIGNED
#11 - Profer - Admitted -  Order Signed
#12 - Granted - ORDER SIGNED