CASE NAME: NORTEL NETWORKS INC.  
CASE NO.: 09-10138 - KG

COURTROOM LOCATION: 3  
DATE: 3/20/09

# SIGN-IN-SHEET

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Collins | Bifferato, LLL | Corelle Siemens Ent Net |
| Eric Fromme | Gibson Dunn & Crutcher (by phone) | " |
| Katie Coleman | " | " |
| David Botter | Akin Gump | Committee |
| Ryan Jacobs | " | " |
| Chris Samis | Richards Layton Finger P.A. | " |
| Lisa Kraidin | Allen & Overy LLP | E&Y as monitor |
| Christopher Penn | Hahn Loeser + Parks | Johnson Controls Inc. |
| Ben Keenan | Ashby + Geddes | " |
| " | " | Prudential Ins. (PRISAII) |
| Leslie Heilman | Ballard Spahr Andrews-Ingersoll | UBS Realty Investors LLC |
| " | " | The Prudential Ins Co |
| Thomas Labuda | Sonnenschein Nath | Lazard Freres & Co. |
| Ian Bifferato | Morris Nichols Arsht & Tunnell | Debtors |
| Tony Bromley | Cleary Gottlieb | " |
| Jane Kim | " | " |

# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.  **COURTROOM LOCATION:** 3
**CASE NO.:** 09-10138 - KG  **DATE:** 3/20/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| | | |
| | | |

# Court Conference

Calendar Date: 03/20/2009
Calendar Time: 11:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2720114 | Kathryn A. Coleman | 212-351-4000 | Gibson, Dunn & Crutcher | Interested Party, Gores Siemens / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2722440 | Gordon A. Davies | (905) 863-7000 | Nortel Networks, Inc. | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2720644 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2720157 | Eric Fromme | 949-451-3968 | Gibson, Dunn & Crutcher | Interested Party, Gores Siemens / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2722441 | Darryl Laddin | 404-873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2722437 | Tracy C. McGilley | 2518313 | Tracy McGilley - Client | Debtor, Nortel Network / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2717306 | Robert H. McKirgan | 602-382-6000 | Lewis and Roca LLP | Creditor, The Prudential Insurance Company of America / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2705339 | Anneliese H. Pak | 212-841-5740 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al. / LISTEN ONLY |