IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | Re: Docket No. 289 |
| ) | |

**SUPPLEMENTAL DECLARATION OF FRED S. HODARA IN CONNECTION
WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO
RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS
CO-COUNSEL, NUNC PRO TUNC TO JANUARY 22, 2009**

**FRED S. HODARA**, hereby declares:

1. I am an attorney at law admitted to practice in the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York. I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which firm maintains offices at One Bryant Park, New York, New York 10036.

2. I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (collectively, the "Debtors") to retain and employ Akin Gump, as co-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

counsel, nunc pro tunc to January 22, 2009 (Doc. No. 289) and my declaration, dated February 13, 2009, submitted in connection therewith (the "Initial Declaration").

3. On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee. The Committee currently consists of five members: Flextronics Corporation (Chairperson); Airvana, Inc.; Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York, as indenture trustee; and The Bank of New York Mellon, as indenture trustee. On the Committee Formation Date, the Committee selected Akin Gump to serve as co-counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code.

4. In preparing this Supplemental Declaration, through my colleagues, I caused to be submitted to Akin Gump's computerized client and conflict database (the "Conflict Database")[2] additional entities not included in Schedule 1 to the Initial Declaration. A copy of the list of the parties searched by Akin Gump in connection with preparation of this Supplemental Declaration is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). The entities listed in Schedule 1 to this Supplemental Declaration were either: identified by the Debtors' legal and/or financial advisors; listed in the Second Supplemental Declaration of James L. Bromley in Support of Application Authorizing Employment and Retention of Cleary Gottlieb Steen &

---

[2] The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter. It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

Hamilton LLP as Counsel for Debtors and Debtors in Possession (Docket No. 371); or came to the attention of Akin Gump in the course of its representation of the Committee.[3]

## Representation of Parties in Interest[4]

5. Set forth in Schedule 2 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases. In connection with the services to be rendered to the Committee, Akin Gump will not commence a cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, the Committee will use conflicts counsel to represent the interests of the Debtors' unsecured creditors.

6. Set forth in Schedule 3 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

7. Set forth in Schedule 4 of this Supplemental Declaration is a list of those Searched Parties from Schedule 1 of this Supplemental Declaration that appear in the Conflict

---

[3] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of certain of the parties listed in Schedule 1. If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Office of the United States Trustee if requested to do so.

[4] Akin Gump does not act as general counsel to any of the parties in interest or related entities described herein.

Database as currently serving or having served on informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

### Other Connections and General Disclosures

8. Upon information and belief, the Committee's communications agent, Kurtzman Carson Consultants LLC, has been acquired by Computershare Limited ("Computershare"). An affiliate of Computershare has been named as a defendant in two actions commenced by the creditors' committee of Quebecor World (USA) Inc., et al., Bankr. SDNY (Case Nos. 09-01012 and 09-01013), which committee is represented by Akin Gump, including certain of the Akin Gump attorneys working on the Nortel engagement.

9. Akin Gump may have represented in the past and/or may currently or in the future represent entities (other than parties included in the attached exhibits) not currently known to Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases. To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information to the Court, the Debtors and the U.S. Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on March 19, 2009

_____
Fred S. Hodara

## SCHEDULE 1

## PARTIES SEARCHED IN THE CONFLICT DATABASE

### Parties Who Have Filed Notices of Appearance: February 7, 2009 Through March 1, 2009

Unisys Corporation
Xeta Technologies
County of Loudoun, Virginia
APC Workforce Solutions, LLC
Sanmina-SCI Corporation
Andrew, LLC (and applicable affiliates)
Right Management, Inc.
Anixter, Inc
The Prudential Insurance Company of America
Jabil Circuit, Inc.
Perkins Coie LLP
Slash Support, Inc.
Gilmore Global Logistics Services Inc.
Clearwire Corporation
Florida Power & Light Company
TW Telecom Inc. (formerly: Time Warner Telecom Inc.)
Aon Consulting
Bell Microproducts, Inc.
Tandberg
XETA Technologies, Inc.
SAP America, Inc.

### Other Parties in Interest [1]

Law Debenture Trust Company of New York (newly appointed Committee member)
Computershare (f/k/a Kurtzman Carson Consultants - Communications Agent for Committee)
Helein & Marashlian, LLC
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Native Discovery Solutions
KPMG LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Neal & Harwell, PLC
Shearman & Sterling LLP
Crowell & Moring LLP

---

[1] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of the parties identified in this Schedule 1 as Parties "A" through "M". If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Office of the United States Trustee if requested to do so.

8137343

Jackson Lewis LLP
Huron Consulting Group
Mercer (US) Inc.
Party A
Party B
Party C
Party D
Party E
Party F
Party G
Party H
Party I
Party J
Party K
Party L
Party M

## SCHEDULE 2

## PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENT OR FORMER CLIENTS OF AKIN GUMP

**Parties Who Have Filed Notices of Appearance:
February 7, 2009 through March 1, 2009**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Sanmina-SCI Corporation | TW Telcom Inc. (formerly: Time Warner Telecom Inc.) |
| The Prudential Insurance Company of America | Tandberg |
| Florida Power & Light Company | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Unisys | Aon Consulting |
| County of Loudoun, Virginia | SAP America, Inc. |

**Other Parties in Interest**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Mercer (US) Inc. | Party H |
| Party A | Party L |
| Party D | Party M |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| KPMG LLP | Party B |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Party E |
| | Party F |

8137343

## SCHEDULE 3

### PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY OR FORMERLY ADVERSE TO CLIENTS OF AKIN GUMP

| | |
|---|---|
| Aon Consulting | Party D |
| Computershare | Party E |
| County of Loudoun, Virginia | Party F |
| Crowell & Moring LLP | Party G |
| Florida Power & Light Company | Party L |
| KPMG LLP | Party M |
| Law Debenture Trust Company of New York | Sanmina-SCI Corporation |
| Mercer (US) Inc. | SAP America, Inc. |
| Mintz, Levin Cohn, Ferris, Glovsky and Popeo, P.C. | Shearman & Sterling LLP |
| Party A | The Prudential Insurance Company of America |
| Party B | TW Telecom Inc (formerly: Time Warner Telecom Inc.) |
| Party C | Unisys Corporation |

8137343

## SCHEDULE 4

### PARTIES LISTED ON SCHEDULE 1
### WHO ARE RECORDED IN THE CONFLICT DATABASE AS SERVING OR HAVING SERVED ON OTHER INFORMAL AND/OR OFFICIAL CREDITORS' COMMITTEES REPRESENTED BY AKIN GUMP

| | |
|---|---|
| Party D | TW Telecom Inc (formerly: Time Warner Telecom Inc.) |
| Party F | |
| The Prudential Insurance Company of America | |
| Law Debenture Trust Company of New York | |

8137343