IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
:
                Debtors.    :    Jointly Administered
:
:
------------------------------------------------------------X

## NOTICE OF CANCELLATION OF AUCTION

      Please take notice that on February 20, 2009, the Debtors filed a Motion for Orders (I) Authorizing and Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-Up Fee and Expense Reimbursement, (D) Notice Procedures, (E) Assumption and Assignment Procedures, (F) Filing of Certain Schedules under Seal and (G) Date for the Sale Hearing, and (II) Authorizing and Approving (A) Sale of Certain Non-Core Assets Free and Clear of All Liens, Claims and Encumbrances and (B) Assumption and Assignment of Certain Contracts (the "Sale Motion")[2] seeking approval of the sale of certain of Debtors' assets (the "Assets"), including the assumption and assignment of certain executory contracts, to Radware Ltd. ("Radware") pursuant to the Purchase Agreement, and the approval of certain Bidding Procedures in connection with the proposed sale. On February 27, 2009, the United States Bankruptcy Court for the District of Delaware entered an order that, among other things, approved the Bidding Procedures (the "Sale Procedures Order"). Under the Bidding Procedures, interested parties were invited to submit bids to purchase the Assets on or before noon (Eastern Time) on March 19, 2009 (the "Bid Deadline"), and an Auction for the Assets was scheduled in the event Qualified Bids were received. No Qualified Bids other than the Purchase Agreement were received prior to the Bid Deadline.

      **Therefore, please take further notice that the Auction (as defined in the Sale Procedures Order) scheduled for March 23, 2009 at 9:30 a.m. has been canceled.** The

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

Debtors intend to seek approval of the Purchase Agreement with Radware at the Sale Hearing, scheduled for noon (Eastern Time) on March 26, 2009.

| | |
|---|---|
| Dated:  March 20, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Thomas F. Driscoll III (No. 4703)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors<br>and Debtors in Possession* |