**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | **Case No. 09-10138-KG** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Objections Due: April 2, 2009 at 4:00 p.m. ET** |
| | ) | **Hearing Date: April 9, 2009 at 10:00 a.m. ET** |

**NOTICE OF HEARING MOTION OF ANIXTER INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)**

TO:   The parties listed on the attached list:

**PLEASE TAKE NOTICE** that on March 20, 2009 (Eastern Standard Time), Anixter Inc., by and through its undersigned counsel, filed a Motion for Allowance and Immediate Payment Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9).

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before April 2, 2009 at 4:00 p.m., (Eastern Standard Time).

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response upon the undersigned counsel on or before April 2, 2009 at 4:00 p.m., (Eastern Standard Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing on this matter is scheduled for April 9, 2009, at 9:00 a.m., (Eastern Standard Time) at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 before the Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware.

{D0149113.1 }

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 20, 2009    **ANIXTER INC.**

By:    /s/ Ayesha Chacko

Marla R. Eskin (#2989)
Ayesha Chacko (#4994)
800 N. King St., Suite 300
Wilmington, DE 19899
(302) 426-1900 (phone)
(302) 426-9947 (fax)
meskin@camlev.com
achacko@camlev.com

*-and-*

Jon C. Vigano (Illinois #6257850)
Patricia J. Fokuo (Illinois #6277431)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)
jvigano@schiffhardin.com
pfokuo@schiffhardin.com

***Counsel for Anixter Inc.***