IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objections Due: April 2, 2009 at 4:00 p.m. ET |
| | ) | Hearing Date: April 9, 2009 at 10:00 a.m. ET |

### ORDER GRANTING MOTION OF ANIXTER INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)

Upon the Motion of Anixter Inc. (hereinafter, "Anixter") for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (the "Motion"), this Court has considered the Motion and finds that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that notice of the Motion was sufficient; and the Court has determined that the legal and factual basis set forth in the Motion established cause for the relief granted herein:

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. Anixter is entitled to an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9), in the amount of $698,007.81 (the "Administrative Claim"); and

3. The Administrative Claim shall be paid by the Debtors on the earlier of (a) the effective date of a confirmed Chapter 11 plan, or (b) such other date that 11 U.S.C. § 503(b)(9) claimants, as a class, are paid; or (c) such earlier time as agreed to by the parties or ordered by the Court.

{D0149115.1 }

-2-

Dated: April \_\_\_\_, 2009
       Wilmington, Delaware

 

_____
The Honorable Kevin Gross
United States Bankruptcy Judge