**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **NORTEL NETWORKS, INC., *et al.*,** | ) | **Case No. 09-10138-KG** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | **Objections Due: April 2, 2009 at 4:00 p.m. ET** |
| | ) | **Hearing Date: April 9, 2009 at 10:00 a.m. ET** |

**CERTIFICATE OF SERVICE**

I, Ayesha S. Chacko, of Campbell & Levine, LLC, hereby certify that on March 20, 2009, I caused a copy of the *Motion of Anixter Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C.§503(b)(9)* to be served upon the individuals on the attached service list.

Dated: March 20, 2009

**ANIXTER INC.**

By: /s/ Ayesha Chacko

Marla R. Eskin (#2989)
Ayesha Chacko (#4994)
800 N. King St., Suite 300
Wilmington, DE 19899
(302) 426-1900 (phone)
(302) 426-9947 (fax)
meskin@camlev.com
achacko@camlev.com

*-and-*

Jon C. Vigano (Illinois #6257850)
Patricia J. Fokuo (Illinois #6277431)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)
jvigano@schiffhardin.com
pfokuo@schiffhardin.com

***Counsel for Anixter Inc.***

{D0149096.1 }