**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Nortel Networks Inc.,** *et al.***,** | **Case No. 09-10138 (KG)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that Westcon Group North America, Inc. ("Westcon"), by its counsel, Chadbourne & Parke LLP, hereby enters its appearance in the above-captioned jointly administered cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002 and 9007, notice of all matters arising in the cases and all papers served or required to be served in the cases, be given to and served upon counsel at the address set forth below:

> Chadbourne & Parke LLP
> 30 Rockefeller Plaza
> New York, New York  10112
> Telephone:  (212) 408-5100
> Telecopier:  (212) 541-5369
> Attn.:  N. Theodore Zink, Jr., Esq.
> email:  tzink@chadbourne.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, complaints, demands, disclosure statements, or

NY3 - 485961.01

plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex, or otherwise, which affects the debtors, property or proceeds in which the debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents, nor any subsequent appearance, pleading, claim or suit is intended to waive (1) Westcon 's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (2) Westcon's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) Westcon's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Westcon is or may be entitled under agreements in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Westcon expressly reserves.

Dated: New York, New York
       March 20, 2009

                                    **CHADBOURNE & PARKE LLP**

                          By:   */s/ N. Theodore Zink, Jr.*
                                N. Theodore Zink, Jr., Esq.
                                30 Rockefeller Plaza
                                New York, New York  10112
                                Telephone:  (212) 408-5100
                                Telecopier:  (212) 541-5369

                                *Attorneys for Westcon Group North America, Inc.*

NY3 - 485961.01