UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                   :    Chapter 11
                                                         :
NORTEL NETWORKS, INC., et al[1]                          :    Case No. 09-10138 (KG)
                                                         :
Debtors.                                                 :
                                                         :    (Jointly Administered)
                                                         :
                                                         :    Related D.I. 300
                                                         :
                                                         :
---------------------------------------------------------x

**ORDER GRANTING MOTION OF JOHNSON CONTROLS, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF OF PREPETITION AMOUNTS OWED BY AND BETWEEN JOHNSON CONTROLS, INC. AND DEBTORS**

Upon consideration of the *Motion of Johnson Controls, Inc. ("JCI") Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic to Effectuate a Setoff of Prepetition Amounts Owed by and Between Johnson Controls, Inc. and Debtors* (the "Motion");[2] and having considered any objections thereto; this Honorable Court hereby FINDS that due and adequate notice of the Motion have been given; that it appears that no further or other notice is required; that JCI's rights of setoff are valid and enforceable against NNI and after due

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Nortel Networks, Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc.(9769), Alteon Web Systems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components, Inc. (3545), Nortel Networks HPOCS, Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International, Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567).

{00274388;v1}

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED, and the automatic stay is modified as prayed for in the Motion so that JCI may effect a setoff of mutual obligations between NNI and JCI as set forth in the Motion;

IT IS FURTHER ORDERED that JCI may setoff the Amounts Owed to NNI against any amounts owed to JCI under the JCI Invoices to NNI without further Court Order or relief; and

IT IS FURTHER ORDERED that any and all claims NNI may have relating to the Amounts Owed to NNI for non-payment from JCI are resolved.

Dated: Wilmington, Delaware
March **20** 2009

_____
THE HONORABLE KEVIN GROSS
United States Bankruptcy Court

---

[2] Capitalized terms used in this Order that are not defined herein shall have the same meaning as those ascribed thereto in the Motion.