# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JANUARY 22, 2009 THROUGH FEBRUARY 28, 2009**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $117.81 |
| Conference Call Expenses | $4,633.03 |
| Courier Service/Postage | $26.98 |
| Duplicating (@ $0.10 per page) | $268.60 |
| Meals/Committee Meeting Expenses | $5,628.67 |
| Travel Expenses – Airfare | $832.88 |
| Travel Expenses – Ground Transportation | $2,018.75 |
| Travel Expenses – Incidentals | $7.00 |
| Travel Expenses – Lodging | $1,140.78 |
| Travel Expenses – Train Fare | $320.00 |
| **TOTAL** | **$14,994.50** |

8138803 v1