# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1245238 |
| Invoice Date | 03/19/09 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/21/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 400 page(s) | $40.00 |
| 01/22/09 | Meals - Business F. Hodara; Hotel Dupont Green Room | $25.00 |
| 01/23/09 | Travel - Ground Transportation Taxi home; Taxi Receipt | $11.40 |
| 01/23/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN09-53062500000206 DATE: 1/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7344535630 DEPARTURE DATE: 01/23/2009 ROUTE: NYP WIL NYP | $268.00 |
| 01/23/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN09-53062500000206 DATE: 1/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 8140827272 DEPARTURE DATE: 01/23/2009 ROUTE: NYP WIL NYP | $37.00 |
| 01/26/09 | Duplication - In House Photocopy - Jacobs, Ryan, NY, 80 page(s) | $8.00 |
| 01/26/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 463501 DATE: 2/1/2009 Sturm Joshua - Colbeh Glatt Kosher Restaurant - 01/26/2009 | $28.67 |
| 01/26/09 | Travel - Ground Transportation Taxi home.; Taxi Receipt | $11.27 |
| 01/27/09 | Meals (100%) VENDOR: | $24.21 |

| Date | Description | Amount |
|---|---|---|
| 01/27/09 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 463501 DATE: 2/1/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 01/27/2009 Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 463501 DATE: 2/1/2009 | $20.95 |
| 01/27/09 | Jacobs Ryan - Luckys Famous Burgers - 01/27/2009 Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 639498 DATE: 2/6/2009 Vendor: Executive Royal Voucher #: 107265 Date: 01/27/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 107265 Date: 01/27/2009 Name: Brad Kahn | $26.17 |
| 01/28/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 463501 DATE: 2/1/2009 Kahn Brad - Aki Sushi West - 01/28/2009 | $33.29 |
| 01/28/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 463501 DATE: 2/1/2009 Sturm Joshua - Cafe K - 01/28/2009 | $26.39 |
| 01/28/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 463501 DATE: 2/1/2009 Jacobs Ryan - China Moon - 01/28/2009 | $33.81 |
| 01/28/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E059 DATE: 1/31/2009 TRACKING #: 1Z02E52E0149975488; PICKUP DATE: 01/28/2009; SENDER: Ryan Jacobs/SJ; RECEIVER: Chris Samis - Richards Layton & Finger P.; | $7.18 |
| 01/29/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 50 page(s) | $5.00 |
| 01/29/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 46 page(s) | $4.60 |
| 01/29/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 1 page(s) | $0.10 |
| 01/29/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 10 page(s) | $1.00 |
| 01/29/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 92 page(s) | $9.20 |
| 01/29/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 463501 DATE: 2/1/2009 Volow Mark - Bos & Lucky Sunday - | $17.64 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1245238

Page 3  
March 19, 2009

| Date | Description | Amount |
|---|---|---|
| 01/29/09 | 01/29/2009 Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 463501 DATE: 2/1/2009 Kahn Brad - Better Burger West - 01/29/2009 | $28.79 |
| 01/30/09 | Duplication - In House Photocopy - Anderson, Alexander, NY, 24 page(s) | $2.40 |
| 01/30/09 | Meals - Business 1/26/09 N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800013; DATE: 1/30/2009 | $215.40 |
| 01/30/09 | Meals - Business 1/26/09 N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800013; DATE: 1/30/2009 | $196.43 |
| 01/30/09 | Meals - Business 1/26/09 N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800013; DATE: 1/30/2009 | $25.74 |
| 01/30/09 | Meals - Business 1/27/09 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800013; DATE: 1/30/2009 | $243.19 |
| 01/30/09 | Meals - Business 1/28/09 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800013; DATE: 1/30/2009 | $105.12 |
| 02/01/09 | Computerized Legal Research - Other Jan 09 VENDOR: GSI/GLOBAL SECURITIES INFORMATION, INC; INVOICE#: 817635821; DATE: 2/1/2009 - acct # 1003653334 | $100.17 |
| 02/02/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E069 DATE: 2/7/2009 TRACKING #: 1Z02E52E0151013244; PICKUP DATE: 02/02/2009; SENDER: Brad Kahn/SJ; RECEIVER: Barbara Witters - Richards Layton & Finger P.; | $6.75 |
| 02/02/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 468941 DATE: 2/8/2009 Kahn Brad - Fresh Basil's - 2/2/2009 1 | $26.08 |
| 02/02/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 468941 DATE: 2/8/2009 Jacobs Ryan - Fresh Basil's - 2/2/2009 1 | $32.45 |
| 02/02/09 | Travel - Ground Transportation Taxi from office to home; Taxi receipt | $7.00 |
| 02/03/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 639736 | $201.56 |

| Date | Description | Amount |
|---|---|---|
| | DATE: 2/13/2009 Vendor: Executive Royal Voucher #: RVW47341DB Date: 02/03/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RVW47341DB Date: 02/03/2009 Name: Stephen Kuhn | |
| 02/03/09 | Travel - Lodging (Hotel, Apt, Other) Hotel room in Toronto; Hotel room in Toronto; Sheraton Gateway Hotel in Toronto | $242.71 |
| 02/03/09 | Travel - Airfare Travel to Canada for Nortel; All Nations Tours | $306.88 |
| 02/03/09 | Travel - Ground Transportation AAroport Limousine | $64.00 |
| 02/04/09 | Duplication - In House Photocopy - Sprofera, Peter, NY, 6 page(s) | $0.60 |
| 02/04/09 | Duplication - In House Photocopy - Sprofera, Peter, NY, 35 page(s) | $3.50 |
| 02/04/09 | Duplication - In House Photocopy - Sprofera, Peter, NY, 6 page(s) | $0.60 |
| 02/04/09 | Duplication - In House Photocopy - Sprofera, Peter, NY, 9 page(s) | $0.90 |
| 02/04/09 | Duplication - In House Photocopy - Sprofera, Peter, NY, 25 page(s) | $2.50 |
| 02/04/09 | Travel - Ground Transportation Taxi to airport.; Kingsboro Taxi | $30.00 |
| 02/04/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 639736 DATE: 2/13/2009 Vendor: Executive Royal Voucher #: 112401 Date: 02/04/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 112401 Date: 02/04/2009 Name: Peter Sprofera | $30.25 |
| 02/04/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1077374 DATE: 2/18/2009 Vendor: Dial Car Voucher #: DLA2860506 Date: 02/04/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2860506 Date: 02/04/2009 Name: David Botter | $105.73 |
| 02/04/09 | Meals - Business Room service; D. Botter; Sheraton Gateway Hotel in Toronto | $25.27 |
| 02/04/09 | Travel - Airfare Return travel from Canada re: Nortel; All Nations Tours | $476.00 |
| 02/04/09 | Meals - Business Ryan Jacobs and Fred Hodara; CW Harborside | $120.00 |
| 02/04/09 | Travel - Ground Transportation Airport to hotel; PHL taxi | $64.38 |
| 02/04/09 | Travel - Ground Transportation Aerofleet Serv. | $29.62 |
| 02/04/09 | Travel - Ground Transportation Aerofleet Cab | $28.82 |
| 02/04/09 | Meals - Business Meal at hotel; F. | $21.87 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1245238

Page 5
March 19, 2009

| Date | Description | Amount |
|---|---|---|
| 02/04/09 | Hodara; Sheraton Gateway Hotel Travel - Lodging (Hotel, Apt, Other) | $261.42 |
| 02/04/09 | Nortel meeting attendance; Sheraton Gatewy Hotel Travel - Lodging (Hotel, Apt, Other) Attend meeting in Canada.; Nortel meeting in Canada; Shearton Gateway Hotel Toronto | $257.86 |
| 02/05/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 468941 DATE: 2/8/2009 Jacobs Ryan - Fresh Basil's - 2/5/2009 2 | $23.93 |
| 02/05/09 | Meals - Business  F. Hodara; Brew Hatla! | $4.75 |
| 02/05/09 | Travel - Incidentals - Out-of-Town Travel Tips; No receipt | $7.00 |
| 02/05/09 | Meals - Business  Meal; F. Hodara; No receipt | $14.00 |
| 02/05/09 | Meals - Business  F. Hodara; Hotel Dupont | $3.00 |
| 02/05/09 | Travel - Lodging (Hotel, Apt, Other) Nortel; Hotel Dupont | $218.90 |
| 02/05/09 | Audio and Web Conference Services Nortel VENDOR: DERAVENTURES, INC; INVOICE#: 02001-54901-09; DATE: 2/5/2009 | $4,633.03 |
| 02/05/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 639964 DATE: 2/20/2009  Vendor: Executive Royal Voucher #: 100761 Date: 02/05/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 100761 Date: 02/05/2009 Name: Peter Sprofera | $30.25 |
| 02/06/09 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 54 page(s) | $5.40 |
| 02/06/09 | Meals (100%)  1/30/09   P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800014; DATE: 2/6/2009 | $137.64 |
| 02/06/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 640181 DATE: 2/27/2009  Vendor: Executive Royal Voucher #: 963565 Date: 02/06/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 963565 Date: 02/06/2009 Name: Fred Hodara | $127.86 |
| 02/07/09 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 24 page(s) | $2.40 |
| 02/07/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 639736 DATE: 2/13/2009  Vendor: Executive Royal Voucher #: | $30.25 |

| Date | Description | Amount |
|---|---|---|
| 02/09/09 | 112410 Date: 02/07/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 112410 Date: 02/07/2009 Name: Peter Sprofera Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 639736 DATE: 2/13/2009 Vendor: Executive Royal Voucher #: RVVA734169 Date: 02/09/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RVVA734169 Date: 02/09/2009 Name: Ryan Jacobs | $193.20 |
| 02/10/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 178 page(s) | $17.80 |
| 02/10/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 1378 page(s) | $137.80 |
| 02/10/09 | Meals - Business Dinner; Mark J. Volow; Dinner | $29.90 |
| 02/10/09 | Meals - Business Dinner; Mark J. Volow; Dinner | $38.00 |
| 02/10/09 | Travel - Ground Transportation Taxi; Taxi | $8.00 |
| 02/10/09 | Meals - Business Dinner; Mark J. Volow; Dinner | $20.48 |
| 02/10/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1077374 DATE: 2/18/2009 Vendor: Dial Car Voucher #: DLRVPB73411A Date: 02/10/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVPB73411A Date: 02/10/2009 Name: David Botter | $116.95 |
| 02/10/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 470116 DATE: 2/15/2009 Kahn Brad - Mendy's at Rock Center - 02/10/2009 | $25.25 |
| 02/10/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 470116 DATE: 2/15/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 02/10/2009 | $26.89 |
| 02/10/09 | Travel - Ground Transportation Taxi home from office.; NY Taxi Receipt | $11.73 |
| 02/10/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 639964 DATE: 2/20/2009 Vendor: Executive Royal Voucher #: 149495 Date: 02/10/2009 Name: Philip Abelson\|\|Car Service, Vendor: Executive Royal Voucher #: 149495 Date: 02/10/2009 Name: Philip Abelson | $121.29 |

| Date | Description | Amount |
|---|---|---|
| 02/11/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1077374 DATE: 2/18/2009 Vendor: Dial Car Voucher #: DLA2178075 Date: 02/11/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2178075 Date: 02/11/2009 Name: David Botter | $125.11 |
| 02/11/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1077374 DATE: 2/18/2009 Vendor: Dial Car Voucher #: DLA2842980 Date: 02/11/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2842980 Date: 02/11/2009 Name: Ken Davis | $133.27 |
| 02/11/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 470116 DATE: 2/15/2009 Sturm Joshua - Abigaels on Broadway - 02/11/2009 | $28.67 |
| 02/11/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1078056 DATE: 2/25/2009 Vendor: Dial Car Voucher #: NSA2249523 Date: 02/11/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: NSA2249523 Date: 02/11/2009 Name: Ryan Jacobs | $43.51 |
| 02/12/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 470116 DATE: 2/15/2009 Sturm Joshua - Eden Wok - 02/12/2009 | $25.89 |
| 02/12/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 470116 DATE: 2/15/2009 Kahn Brad - Aceluck - 02/12/2009 | $24.06 |
| 02/12/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 470116 DATE: 2/15/2009 Jacobs Ryan - Fresh Basil's - 02/12/2009 | $39.85 |
| 02/12/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 470116 DATE: 2/15/2009 Davis Ken Kenneth) - Mee Noodle Shop - 02/12/2009 | $13.25 |
| 02/12/09 | Travel - Ground Transportation Taxi home from office.; NY Taxi Receipt | $11.73 |
| 02/12/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1078056 DATE: 2/25/2009 Vendor: Dial Car Voucher #: DLA2825622 Date: 02/12/2009 Name: | $104.71 |

| Date | Description | Amount |
|---|---|---|
| 02/12/09 | David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2825622 Date: 02/12/2009 Name: David Botter Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1078056 DATE: 2/25/2009 Vendor: Dial Car Voucher #: DLA2856054 Date: 02/12/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2856054 Date: 02/12/2009 Name: Ken Davis | $110.58 |
| 02/13/09 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 268 page(s) | $26.80 |
| 02/13/09 | Postage US Postage - Barloon, Rebecca, NY, 4 piece(s) | $9.44 |
| 02/13/09 | Postage US Postage - Barloon, Rebecca, NY, 1 piece(s) | $3.61 |
| 02/13/09 | Meals (100%) 2/6/09  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800015; DATE: 2/13/2009 | $238.97 |
| 02/13/09 | Meals (100%) 2/10/09  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800015; DATE: 2/13/2009 | $214.58 |
| 02/13/09 | Meals (100%) 2/11/09  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800015; DATE: 2/13/2009 | $772.17 |
| 02/13/09 | Meals (100%) 2/11/09  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800015; DATE: 2/13/2009 | $974.29 |
| 02/16/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Jacobs Ryan - Hale & Hearty 42nd Street) - 02/16/2009 | $12.47 |
| 02/16/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 02/16/2009 | $26.89 |
| 02/17/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Kahn Brad - Pronto Pizza 48th/6th Ave) - 02/17/2009 | $18.14 |
| 02/17/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Jacobs Ryan - Better Burger West - 02/17/2009 | $25.18 |
| 02/17/09 | Travel - Ground Transportation | $100.43 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 640181 DATE: 2/27/2009 Vendor: Executive Royal Voucher #: 919794 Date: 02/17/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 919794 Date: 02/17/2009 Name: Fred Hodara | |
| 02/18/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 2/18/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $17.64 |
| 02/18/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Jacobs Ryan - Hale & Hearty 42nd Street) - 02/18/2009 | $15.07 |
| 02/18/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Sturm Joshua - Cafe K - 02/18/2009 | $25.83 |
| 02/18/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Jacobs Ryan - Dallas BBQ 42nd St.) - 02/18/2009 | $19.27 |
| 02/18/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Kahn Brad - Dallas BBQ 42nd St.) - 02/18/2009 | $19.28 |
| 02/18/09 | Travel - Ground Transportation  Taxi home from office.; NYC Taxi Receipt | $10.35 |
| 02/19/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Kahn Brad - Hatsuhana - 02/19/2009 | $34.09 |
| 02/19/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Sturm Joshua - Abigaels on Broadway - 02/19/2009 | $28.67 |
| 02/19/09 | Travel - Ground Transportation  Travel from train station to court; Noni Taxi Cab | $8.00 |
| 02/19/09 | Meals - Business  F. Hodara; Hotel Dupont - Green Room | $40.00 |
| 02/19/09 | Meals - Business  F. Hodara; Amtrak Food Service | $7.00 |
| 02/19/09 | Travel - Train Fare  Ticket change fee.; Amtrak | $15.00 |
| 02/20/09 | Meals (100%)  2/13/09   A Ellis VENDOR: RESTAURANT | $75.86 |

| Date | Description | Amount |
|---|---|---|
| 02/20/09 | Meals (100%) 2/17/09 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800016; DATE: 2/20/2009 | $236.69 |
| 02/20/09 | Meals (100%) 2/17/09 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800016; DATE: 2/20/2009 | $236.69 |
| 02/20/09 | Travel - Ground Transportation Taxi home from office.; NYC Taxi Receipt | $10.35 |
| 02/21/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Zaiss Rolf - Energy Kitchen W47th) - 02/21/2009 | $16.28 |
| 02/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 478407 DATE: 3/1/2009 Botter David - Haru On Broadway Min 12% Tip) - 02/23/2009 | $50.39 |
| 02/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 478407 DATE: 3/1/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 02/23/2009 | $26.89 |
| 02/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 478407 DATE: 3/1/2009 Kahn Brad - goodburger 45th St.) - 02/23/2009 | $19.24 |
| 02/23/09 | Travel - Ground Transportation Travel from airport to Nortel meeting in Canada; Taxi receipt | $15.73 |
| 02/23/09 | Meals - Business Dinner at hotel in Canada; K. Rowe's dinner in Canada; Westin Hotel receipt | $35.27 |
| 02/24/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 478407 DATE: 3/1/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 02/24/2009 | $26.89 |
| 02/24/09 | Travel - Ground Transportation Travel from hotel to Nortel office; Taxi receipt | $19.66 |
| 02/24/09 | Travel - Ground Transportation Travel Nortel to airport; Taxi receipt | $23.59 |
| 02/24/09 | Travel - Airfare Flight change fee for return trip from Canada; flight change fee; Air Canada receipt | $50.00 |
| 02/24/09 | Travel - Ground Transportation Travel from Newark Airport to home; Taxi receipt | $52.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1245238

Page 11
March 19, 2009

| Date | Description | Amount |
|---|---|---|
| 02/24/09 | Meals - Business Lunch during meeting; K. Rowe's lunch during Nortel meeting; Westin Hotel receipt | $16.18 |
| 02/24/09 | Travel - Lodging (Hotel, Apt, Other) Hotel fees during stay in Canada for Nortel meeting; Hotel fee; Westin Hotel receipt | $159.89 |
| 02/25/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 478407 DATE: 3/1/2009 Davis Ken Kenneth) - Mee Noodle Shop - 02/25/2009 | $13.25 |
| 02/27/09 | Meals - Business 2/23/09 S Thibodeaux VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800017; DATE: 2/27/2009 | $164.73 |
| 02/27/09 | Meals - Business 2/24/09 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800017; DATE: 2/27/2009 | $236.69 |
| 02/27/09 | Meals - Business 2/25/09 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800017; DATE: 2/27/2009 | $295.86 |

Current Expenses                $14,994.50