# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 22, 2009 THROUGH FEBRUARY 28, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 8.40 | $7,770.00 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 80.35 | $66,288.75 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 187.70 | $178,315.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $620 | 55.30 | $34,286.00 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 90.10 | $67,124.50 |
| Stuart E. Leblang | Partner for 9 years; Admitted in 1991; Tax Department | $900 | 5.20 | $4,680.00 |
| Phillip R. Marchesiello | Partner for 3 years; Admitted in 1997; Telecommunications Department | $550 | 21.60 | $11,880.00 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 25.30 | $17,077.50 |
| Aaron A. Scow | Partner for 1 year; Admitted in 1998; Corporate Department | $525 | 31.10 | $16,327.50 |
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 20.00 | $15,100.00 |
| Mark J. Volow | Partner for 20 years; Admitted in 1980; Litigation Department | $730 | 44.30 | $32,339.00 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 10.60 | $7,738.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Rolf Zaiss | Partner for 2 years; Admitted in 1993; Tax Department | $755 | 32.50 | $24,537.50 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 136.85 | $84,847.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 36.70 | $22,387.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 53.30 | $34,645.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 32.10 | $18,618.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 274.05 | $145,246.50 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 23.25 | $13,020.00 |
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 50.40 | $24,696.00 |
| Kamail G. Ahmed | Associate for 2 years; Admitted in 2009; Corporate Department | $325 | 7.00 | $2,275.00 |
| Laura Geyer | Associate for 10 years; Admitted in 1998; Intellectual Property Department | $410 | 5.30 | $2,173.00 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 219.90 | $82,462.50 |
| Amy J. Lanctot | Associate for 4 years; Admitted in 2004; Corporate Department | $440 | 22.40 | $9,856.00 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 137.25 | $57,645.00 |

8138803 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Daniel Z. Vira | Associate for 9 years; Admitted in 1993; ERISA Department | $580 | 7.90 | $4,582.00 |
| Rebecca L. M. Barloon | Legal Assistant for 2 years; Financial Restructuring Department | $190 | 13.90 | $2,641.00 |
| Dagama Krasa-Berstell | Legal Assistant for 19 years; Financial Restructuring Department | $210 | 12.10 | $2,541.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 46.40 | $11,368.00 |

Total Amount of Fees:    $1,002,466.75
Total Number of Hours:   1,691.25
Blended Hourly Rate:     $592.74

8138803 v1