Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 1/27/09 through 2/28/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| R. Manzo | Executive Director | $795 | 32.80 | $26,076.00 |
| C. Kearns | Executive Director, | $710 | 69.80 | $49,558.00 |
| J. Borow | Executive Director | $710 | 128.00 | $90,880.00 |
| T. Horton | Director | $625 | 234.80 | $146,750.00 |
| J. Hyland | Executive Director | $550 | 280.50 | $154,275.00 |
| S. Song | Consultant | $325 | 143.10 | $46,507.50 |
| C. Walker | Consultant | $315 | 16.70 | $5,260.50 |
| J. Peterson | Consultant | $315 | 186.20 | $58,653.00 |
| T. Morilla | Consultant | $285 | 177.70 | $50,644.50 |
| M. DeSalvio | Research | $170 | 16.10 | $2,737.00 |
| H. Becker | Paraprofessional | $100 | 4.00 | $400.00 |
| For the Period 1/27/09 through 2/28/09 | | | 1289.70 | $631,741.50 |

Capstone Advisory Group, LLC                                          Page 1 of 1
Invoice for the Jan. 27, 2009 - Feb. 28, 2009 Fee Statement

NY 71725290v1