## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 1/27/09 through 2/28/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 31.20 | $16,170.50 |
| 05. Professional Retention/Fee Application Preparation | | 14.80 | $6,484.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 94.10 | $53,964.00 |
| 08. Interaction/Mtgs w Creditors | | 75.20 | $47,150.50 |
| 09. Employee Issues/KEIP | | 353.50 | $162,009.50 |
| 13. Intercompany Transactions/Bal | | 81.50 | $38,655.00 |
| 14. Executory Contracts/Leases | | 70.90 | $35,082.50 |
| 17. Analysis of Historical Results | | 66.80 | $31,937.50 |
| 18. Operating and Other Reports | | 125.00 | $61,995.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 165.10 | $71,086.00 |
| 31. Planning | | 47.00 | $29,175.50 |
| 32. Document Review | | 164.60 | $78,031.50 |
| For the Period 1/27/09 through 2/28/09 | | 1289.70 | $631,741.50 |

Capstone Advisory Group, LLC
Invoice for the Jan. 27, 2009 - Feb. 28, 2009 Fee Statement

Page 1 of 1

NY 71725290v1