Exhibit D
Nortel Networks Corporation
Capstone Advisory Group, LLC
Expense Detail
For the Period 1/27/09 through 2/28/09

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 2/6/2009 | J. Borow | Airfare to/from Toronto. | $772.87 |
| 2/10/2009 | J. Hyland | Airfare to NY for UCC meeting. | $579.20 |
| 2/23/2009 | J. Peterson | Airfare for J. Borow and J. Peterson. | $1,486.20 |
| 2/23/2009 | J. Hyland | Airfare -- Toronto meeting. | $627.00 |
| 2/23/2009 | J. Hyland | Airfare to Toronto change fee due to UCC meeting. | $123.12 |
| 2/24/2009 | J. Hyland | Airfare to Toronto change fee due to UCC meeting timing. | $150.00 |
| 2/24/2009 | J. Borow | Change to airfare in Toronto for J. Borow and J. Peterson. | $85.00 |
| **Subtotal - Airfare/Train** | | | **$3,823.39** |
| Auto Rental/Taxi | | | |
| 2/3/2009 | Capstone | First Corporate. | $306.00 |
| 2/3/2009 | C. Kearns | Airport Taxi. | $40.00 |
| 2/4/2009 | J. Borow | Cab fare from LaGuardia. | $62.00 |
| 2/4/2009 | J. Borow | Cab fare to Toronto airport. | $32.75 |
| 2/4/2009 | J. Peterson | Worked late and took a taxi home. | $7.00 |
| 2/8/2009 | J. Peterson | Taxi to and from the office on Sunday for Nortel work. | $12.00 |
| 2/9/2009 | J. Peterson | Taxi -- Worked late requiring taxi home. | $8.00 |
| 2/10/2009 | J. Peterson | Taxi -- Worked late requiring taxi home. | $7.00 |

Capstone Advisory Group, LLC                                             Page 1 of 5
Invoice for the Jan. 27, 2009 - Feb. 28, 2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/11/2009 | J. Hyland | Taxi -- Hotel to UCC NY meeting. | $60.00 |
| 2/17/2009 | J. Peterson | Taxi -- Worked late requiring taxi home. | $7.00 |
| 2/19/2009 | J. Peterson | Worked late and took a taxi home. | $8.00 |
| 2/23/2009 | J. Peterson | Taxi to airport from Nortel with drop-offs for Jefferies. | $7.00 |
| 2/24/2009 | J. Borow | Cab fare from LaGuardia to Port Washington. | $65.00 |
| 2/24/2009 | J. Peterson | Taxi to airport from Nortel with two drop-offs. | $55.00 |
| 2/24/2009 | J. Peterson | Taxi to Nortel from Airport. | $26.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$702.75** |

**Copies**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/12/2009 | T. Morilla | Printing -- Large format legal entity chart. | $14.01 |
| 2/26/2009 | H. Becker | Enlarged copy of Nortel Org Chart. | $2.00 |
| **Subtotal - Copies** | | | **$16.01** |

**Hotel**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/4/2009 | J. Borow | Hotel in Toronto. | $258.37 |
| 2/12/2009 | J. Hyland | Hotel for UCC NY meeting. | $244.38 |
| 2/23/2009 | J. Peterson | Hotel in Toronto for 2/24 Nortel Presentation. | $270.65 |
| 2/24/2009 | J. Borow | Hotel and dinner in Toronto for meeting with company. | $386.31 |
| 2/24/2009 | J. Hyland | Hotel in Toronto. | $298.21 |
| **Subtotal - Hotel** | | | **$1,457.92** |

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/3/2009 | J. Borow | Dinner in Toronto with C. Kearns. | $153.20 |
| 2/5/2009 | C. Kearns | Breakfast in Toronto with J. Borow to prepare for meeting with Debtor. | $47.67 |
| 2/10/2009 | J. Hyland | Dinner -- NY UCC meeting. | $8.85 |

Capstone Advisory Group, LLC                                                                                       Page 2 of 5
Invoice for the Jan. 27, 2009 - Feb. 28, 2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/12/2009 | T. Horton | Dinner due to late night work. | $20.54 |
| 2/14/2009 | T. Morilla | Meal due to Saturday work. | $14.00 |
| 2/15/2009 | S. Song | Meal for Capstone team due to weekend work. | $45.63 |
| 2/15/2009 | S. Song | Nortel weekend meal -- Dinner. | $17.28 |
| 2/15/2009 | T. Horton | Meal due to Sunday work. | $13.50 |
| 2/15/2009 | T. Morilla | Meals due to Sunday work. | $10.64 |
| 2/16/2009 | S. Song | Nortel team late night meal. | $95.83 |
| 2/17/2009 | J. Peterson | Dinner for S. Song, T. Morilla and J. Peterson due to late night work. | $25.20 |
| 2/19/2009 | T. Horton | Dinner due to late night work for J. Peterson, T. Morilla, S. Song, and T. Horton. | $130.27 |
| 2/22/2009 | S. Song | Meal due to Sunday work. | $11.70 |
| 2/22/2009 | S. Song | Meal due to Sunday work. | $7.59 |
| 2/23/2009 | J. Hyland | Dinner -- Toronto meeting. | $11.84 |
| 2/23/2009 | J. Peterson | Meal with J. Borow at Toronto airport. | $7.42 |
| 2/23/2009 | J. Peterson | Meal with J. Borow at Toronto airport. | $7.02 |
| 2/24/2009 | C. Kearns | Working Lunch meeting. | $100.51 |
| 2/28/2009 | J. Hyland | Meal -- weekend work at office. | $11.24 |
| **Subtotal - Meals** | | | **$739.93** |
| **Mileage** | | | |
| 2/10/2009 | J. Hyland | Mileage to/from airport for UCC meeting. | $48.40 |
| 2/23/2009 | J. Hyland | Mileage to/from airport for Toronto meeting. | $53.35 |
| 2/28/2009 | J. Hyland | Mileage -- weekend work at office. | $25.30 |
| **Subtotal - Mileage** | | | **$127.05** |

Capstone Advisory Group, LLC  
Invoice for the Jan. 27, 2009 - Feb. 28, 2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| Parking/Tolls | | | |
| 2/2/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/5/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/6/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/9/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/10/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/10/2009 | J. Hyland | Parking in Chicago for UCC meeting. | $17.00 |
| 2/10/2009 | J. Hyland | Tolls for NY UCC meeting. | $1.20 |
| 2/11/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/12/2009 | J. Hyland | Parking at airport for UCC NY meeting. | $30.00 |
| 2/12/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/15/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $24.00 |
| 2/16/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/17/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/18/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/19/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/20/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/23/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/23/2009 | J. Hyland | Parking at the office due to Toronto meeting. | $17.00 |
| 2/24/2009 | J. Hyland | Parking at O'Hare for Toronto meeting. | $30.00 |
| 2/24/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/24/2009 | J. Hyland | Tolls for local transportation due to Toronto meeting. | $1.20 |

Capstone Advisory Group, LLC  
Invoice for the Jan. 27, 2009 - Feb. 28, 2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/25/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/26/2009 | T. Horton | Parking -- resulting from working with staff in NY office (Normally domicile in NJ office). | $21.00 |
| 2/28/2009 | J. Hyland | Parking -- weekend work at office. | $27.00 |
| 2/28/2009 | J. Hyland | Tolls -- weekend work at office. | $0.80 |
| **Subtotal - Parking/Tolls** | | | **$484.20** |
| **Postage/FedEx** | | | |
| 2/4/2009 | Capstone | Postage for Nortel matters | $38.49 |
| **Subtotal - Postage/FedEx** | | | **$38.49** |
| **Research** | | | |
| 2/18/2009 | Capstone | Research -- Factiva | $32.45 |
| 2/18/2009 | Capstone | Research -- Pacer | $26.88 |
| **Subtotal - Research** | | | **$59.33** |
| **Telecom** | | | |
| 1/19/2009 | Capstone | Nortel portion of telephone -- NY office | $95.38 |
| 2/10/2009 | Capstone | Conference call services -- Intercall | $106.94 |
| 2/16/2009 | Capstone | Nortel portion of telephone -- NY office | $896.31 |
| **Subtotal - Telecom** | | | **$1,098.63** |
| **For the Period 1/27/09 through 2/28/09** | | | **$8,547.70** |