IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
*In re*                                              : Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   : Case No. 09-10138 (KG)
                                                     :
                           Debtors.                  : Jointly Administered
                                                     :
---------------------------------------------------------------X

### NOTICE OF SERVICE [RE: D.I. 494, 496 AND 497]

PLEASE TAKE NOTICE that on March 20, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list:

- **Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Mercer (US) Inc. As Compensation Specialist To The Debtors *Nunc Pro Tunc* To Petition Date** (D.I. 494, Entered 3/19/09);

- **Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Huron Consulting Group *Nunc Pro Tunc* To February 2, 2009 As Accounting And Restructuring Consultant To The Debtors And Debtors In Possession** (D.I. 496, Entered 3/19/09); and

- **Order Under Section 365(a) Of The Bankruptcy Code Authorizing The Debtors To Reject As Of March 5, 2009, A Certain Contract With Caesars Palace Dated As Of December 12, 2008** (D.I. 497, Entered 3/19/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 20, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

2793972.1