## **CERTIFICATE OF SERVICE**

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Second Motion For Entry Of An Order Granting Debtors Additional Time To File Reports Of Financial Information Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(a) And Certain Modifications Of Such Reporting Requirements Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(d)** was caused to be made on March 20, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: March 20, 2009

                                                Thomas F. Driscoll III (No. 4703)

2794283.1