Exhibit B

·

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS
INC
C/O Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No :  GB 243 2024 11



Interim (S)

VAT Invoice Date: **20 March 2009**      Our Ref: **GDB/CCN01.00001**      Invoice No: **263970**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| Re: BANKRUPTCY |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 97,645.50 |
| For the period to 28 February 2009, in connection with the above matter |  |  |  |
| (Please see attached) |  |  |  |
| "Legal services are 100% foreign source and 0% US source" |  |  |  |
| **Disbursements:** (NT) |  |  |  |
| Search Fees | 0.00 | 0.00 | 25.00 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 307.52 |
|  | 0.00 |  | 97,978.02 |
|  |  | VAT | 0.00 |
|  |  | Total | 97,978.02 |
|  |  | Balance Due | 97,978.02 |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No :** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 263970 when settling this invoice

**Payment Terms:** 21 days

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW DELHI  NEW YORK  PARIS  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

# THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

## Re: BANKRUPTCY
### GDB/CCN01.00001
### For the period: to 28 February 2009

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 13 50 | 8235 00 | (C0002) |
| | | 11 90 | 7259 00 | (C0006) |
| | | 5 20 | 3172 00 | (C0007) |
| | | 6 10 | 3721 00 | (C0019) |
| | | 2 00 | 1220 00 | (C0024) |
| | | 0 80 | 488 00 | (C0029) |
| | | 9 90 | 6039 00 | (C0031) |
| | | 49 40 | £30,134 00 | |
| Partner: | Steven Hull | 15 60 | 9516 00 | (C0012) |
| | | 7 80 | 4758 00 | (C0019) |
| | | 23 40 | £14,274 00 | |
| Partner: | Caroline Carter | 0 60 | 366 00 | (C0019 |
| | | 0 60 | £366 00 | |
| Partner: | Paul Randall | 0 20 | 122 00 | (C0019) |
| | | 0 20 | £122 00 | |
| Partner: | Andrew McMillan | 1 50 | 870 00 | (C0023) |
| | | 1 50 | £870 00 | |
| Partner: | David Von Saucken | 5 30 | 3074 00 | (C0031) |
| | | 5 30 | £3,074 00 | |
| Senior Associate: | Simon Baskerville | 8 40 | 4200 00 | (C0007) |
| | | 7 30 | 3650 00 | (C0031) |
| | | 15 70 | £7,850 00 | |
| Senior Associate: | Marcus Fink | 5 60 | 2800 00 | (C0019) |
| | | 5 60 | £2,800 00 | |
| Associate: | Cornelia Pinkert | 1 30 | 513 50 | (C0031) |
| | | 1 30 | £513 50 | |
| Associate: | Luke Rollason | 0 80 | 316 00 | (C0031) |
| | | 0 80 | £316 00 | |
| Associate: | Simon Owens | 1 30 | 513 50 | (C0019) |
| | | 1 30 | £513 50 | |

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Junior Associate: | Paul Bagon | 1 50 | 435 00 | (C0004) |
|  |  | 32.10 | 9309 00 | (C0006) |
|  |  | 9.50 | 2755 00 | (C0007) |
|  |  | 52.70 | 15283.00 | (C0031) |
|  |  | 95 80 | £27,782 00 |  |
| Junior Associate: | Louise Batty | 1.30 | 377.00 | (C0019) |
|  |  | 1 30 | £377 00 |  |
| Junior Associate: | Anna Patashnik | 1.40 | 406.00 | (C0019) |
|  |  | 1.40 | £406.00 |  |
| Junior Associate: | Esther Budding | 4.90 | 1543.50 | (C0031) |
|  |  | 4 90 | £1,543 50 |  |
| Trainee: | Helen Clark | 1 50 | 277.50 | (C0031) |
|  |  | 1 50 | £277 50 |  |
| Trainee: | Andy Wright | 8 10 | 1498 50 | (C0019) |
|  |  | 8 10 | £1,498.50 |  |
| Trainee: | Benjamin Contrael | 14.40 | 2304.00 | (C0012) |
|  |  | 14 40 | £2,304 00 |  |
| Trainee: | Amir-Said Ghassabeh | 9.50 | 1520.00 | (C0012) |
|  |  | 9 50 | £1,520.00 |  |
| Trainee: | Matthias Kaulich | 6.90 | 1104 00 | (C0012) |
|  |  | 6 90 | £1,104 00 |  |
| **TOTAL** |  | **248.90** | **£97,645.50** |  |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 28 February 2009

## TIME SUMMARY – GENERAL CASE ADMINISTRATION

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| Partners: | | | | | |
| Giles Boothman | engaged | 13 50 | @ | 610 00 | 8,235.00 |
| | | | | Total | £ 8,235 00 |

### Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|-------------|
| 30/01/09 | Giles Boothman | READ | Papers/docs (0002) | 1.00 |
| 30/01/09 | Giles Boothman | LETT | Emails - Akin (0002) | 0.50 |
| 30/01/09 | Giles Boothman | READ | Emails - Akin (0002) | 0.50 |
| 30/01/09 | Giles Boothman | SUPE | Prepare team (0002) | 0.50 |
| 31/01/09 | Giles Boothman | READ | Emails (0002) | 0.50 |
| 02/02/09 | Giles Boothman | INTD | Brief Ashurst team (0002) | 0.30 |
| 02/02/09 | Giles Boothman | LETT | Emails to Akin re. confidentiality agreement/release of signatures (0002) | 0.40 |
| 02/02/09 | Giles Boothman | DRFT | Review revised advisers confidentiality agreement and sign/send signature page (0002) | 0.40 |
| 02/02/09 | Giles Boothman | ATTD | Update call with Akin Gump (0002) | 0.50 |
| 02/02/09 | Giles Boothman | INTD | C Vigrass, Compliance Officer re. signing confi (0002) | 0.20 |
| 02/02/09 | Giles Boothman | READ | Emails from Akin re. conflicts/process (0002) | 0.30 |
| 02/02/09 | Giles Boothman | READ | Structure chart (0002) | 0.10 |
| 03/02/09 | Giles Boothman | LETT | Email to team re. time recording process (0002) | 0.20 |
| 04/02/09 | Giles Boothman | SUPE | Team re. professionals call (0002) | 0.30 |
| 06/02/09 | Giles Boothman | ATTD | Committee call 4.00 - 6.15 GMT (0002) | 2.30 |
| 06/02/09 | Giles Boothman | SUPE | Re. team meetings/call (0002) | 0.20 |
| 06/02/09 | Giles Boothman | LETT | Re. team meetings/call (0002) | 0.20 |
| 06/02/09 | Giles Boothman | READ | Emails/docs re. by laws/confidentiality (0002) | 0.20 |
| 08/02/09 | Giles Boothman | ATTD | Call with Committee 1.00 - 2.00 GMT (0002) | 1.00 |
| 08/02/09 | Giles Boothman | SUPE | Organise team re. meetings/calls for w/c 9 Feb (0002) | 0.30 |
| 08/02/09 | Giles Boothman | ATTD | Call with advisers following committee call 2.00 - 2.24 (0002) | 0.40 |
| 08/02/09 | Giles Boothman | PREP | For committee call (0002) | 0.30 |
| 09/02/09 | Giles Boothman | LETT | Fred re. professionals call (0002) | 0.10 |
| 09/02/09 | Giles Boothman | SUPE | Brief team re. Sunday calls (0002) | 0.30 |
| 10/02/09 | Giles Boothman | READ | Review/redraft presentation re. UK admin/pensions issues (0002) | 1.00 |
| 11/02/09 | Giles Boothman | LETT | Fred re. Ashurst attendance on committee call (0002) | 0.10 |

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 11/02/09 | Giles Boothman | SUPE | Re. attendance on call (0002) | 0.30 |
| 11/02/09 | Giles Boothman | INTD | Internal queries re. pensions issues in preparation for Committee call (0002) | 0.30 |
| 11/02/09 | Giles Boothman | PREP | For Committee call (0002) | 0.50 |
| 12/02/09 | Giles Boothman | READ | Email/docs re. summary of pending matters (0002) | 0.30 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 28 February 2009

TIME SUMMARY – ANALYSIS OF OTHER PROFESSIONALS FEE APPLICATIONS

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| Junior Associates: | | | | | |
| Paul Bagon | engaged | 1 50 | @ | 290 00 | 435 00 |
| | | | | Total | £ 435 00 |

Please Note:
A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 25/02/09 | Paul Bagon | LETT | Emails and calls regarding Ashurst court applications.  Reviewing Ashurst court applications.(0004) | 1.50 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 28 February 2009

TIME SUMMARY – RETENTION OF PROFESSIONALS

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 11 90 | @ | 610 00 | 7,259 00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 32 10 | @ | 290 00 | 9,309 00 |
| | | | | Total | £ 16,568 00 |

Please Note:
A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 31/01/09 | Giles Boothman | READ | Review confi/mark up (0006) | 0.80 |
| 31/01/09 | Giles Boothman | LETT | Email Akin re. confi (0006) | 0.80 |
| 01/02/09 | Giles Boothman | INTD | Chris Vigrass, Compliance Officer re. Firm policy re. signing confi (0006) | 0.30 |
| 03/02/09 | Giles Boothman | LETT | Akin - queries re. retention/declaration (0006) | 0.70 |
| 03/02/09 | Giles Boothman | INTD | Ashurst compliance team re. conflict check process/work for declaration (0006) | 0.70 |
| 03/02/09 | Giles Boothman | READ | Review pro forma declaration (0006) | 0.70 |
| 03/02/09 | Giles Boothman | SUPE | Supervise Paul Bagon to produce declaration (0006) | 0.30 |
| 03/02/09 | Paul Bagon | LETT | Drafting court papers in relation to Ashurst's application for the role of European Counsel to the Unsecured Creditors Committee (0006) | 7.60 |
| 04/02/09 | Giles Boothman | INTD | Tonia, Compliance team re. conflict check schedules (0006) | 0.10 |
| 04/02/09 | Giles Boothman | READ | Fraser Milner letter re. loans (0006) | 0.10 |
| 04/02/09 | Giles Boothman | LETT | Email to all staff re. not being employee, shareholders, debt holders in Nortel/check list of Nortel companies (0006) | 0.30 |
| 05/02/09 | Paul Bagon | LETT | Drafting Ashurst Engagement Letter re appointment as European Counsel to the Committee of Unsecured Creditors (0006) | 2.30 |
| 05/02/09 | Paul Bagon | LETT | Drafting Court Papers re Ashurst's appointment as European Counsel (0006) | 5.30 |
| 05/02/09 | Paul Bagon | LETT | Internal meeting to discuss pension issues (0006) | 0.70 |
| 05/02/09 | Giles Boothman | DRFT | Review/amend Application and Declaration for Retention and Ashurst engagement/Discosures (0006) | 2.00 |
| 05/02/09 | Giles Boothman | SUPE | Paul Bagon re. Application and Declaration (0006) | 0.50 |
| 05/02/09 | Giles Boothman | READ | Akin emails re. Application and Declaration.(0006) | 0.30 |
| 05/02/09 | Giles Boothman | SUPE | Compliance team re. conflict check process.(0006) | 0.30 |
| 06/02/09 | Paul Bagon | LETT | Amending Ashurst US Court Applications.(0006) | 4.50 |
| 06/02/09 | Giles Boothman | SUPE | Re. Application/Declaration (0006) | 0.50 |
| 09/02/09 | Giles Boothman | DRFT | Review/amend Declaration and Application.(0006) | 1.00 |
| 09/02/09 | Paul Bagon | LETT | Amending Ashurst US Court Application.(0006) | 4.00 |

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 11/02/09 | Paul Bagon | DRFT | Amending Ashurst Application to U.S. Court.(0006) | 1.70 |
| 11/02/09 | Giles Boothman | SUPE | Declaration/Application. (0006) | 0.40 |
| 12/02/09 | Giles Boothman | READ | Final review and check Application and Declaration.(0006) | 0.80 |
| 12/02/09 | Giles Boothman | LETT | Brad re. Retention.(0006) | 0.10 |
| 12/02/09 | Paul Bagon | DRFT | Ashurst application to US Court.(0006) | 6.00 |
| 13/02/09 | Giles Boothman | READ | Emails re. retention (0006) | 0.30 |
| 25/02/09 | Giles Boothman | LETT | Brad Kahn re. Ashurst's retention of local counsel (0006) | 0.20 |
| 25/02/09 | Giles Boothman | PHON | Brad Kahn re. retention/US trustee comments (0006) | 0.20 |
| 26/02/09 | Giles Boothman | SUPE | Re. Retention application/local counsel issue (0006) | 0.30 |
| 27/02/09 | Giles Boothman | READ | Papers re. retention arrangements. (0006) | 0.20 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 28 February 2009

## TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 5 20 | @ | 610 00 | 3,172 00 |
| **Senior Associates:** | | | | | |
| Simon Baskerville | engaged | 8 40 | @ | 500 00 | 4,200 00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 9 50 | @ | 290.00 | 2,755 00 |
| | | | | Total | £ 10,127 00 |

Please Note:

A Detailed Time Summary Follows Overleaf

**DETAILED TIME BREAKDOWN**

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 06/02/09 | Paul Bagon | PHON | Creditors Committee conference call (0007) | 2.20 |
| 06/02/09 | Giles Boothman | PREP | For committee call (0007) | 0.70 |
| 06/02/09 | Simon Baskerville | PHON | Committee call (0007) | 2.20 |
| 08/02/09 | Giles Boothman | READ | Emails re. call (0007) | 0.30 |
| 09/02/09 | Giles Boothman | SUPE | Re. slides for committee presentation (0007) | 0.70 |
| 10/02/09 | Paul Bagon | PHON | Attending all parties professionals calls.(0007) | 1.40 |
| 10/02/09 | Simon Baskerville | PREP | For advisers call - slides on administration and pensions (0007) | 3.20 |
| 10/02/09 | Simon Baskerville | PHON | With all Committee advisers (0007) | 1.30 |
| 11/02/09 | Paul Bagon | PHON | Committee Call. | 5.50 |
| 11/02/09 | Giles Boothman | ATTD | Attend conference call with Committee - GDB attended in part (6.00 - 7.45 GMT) to cover European issues.(0007) | 1.80 |
| 23/02/09 | Giles Boothman | LETT | Fred re. committee calls/Ashurst attendance (0007) | 0.20 |
| 24/02/09 | Simon Baskerville | LETT | Committee call (0007) | 1.70 |
| 24/02/09 | Giles Boothman | READ | Emails re. committee call (0007) | 0.30 |
| 24/02/09 | Giles Boothman | LETT | Fred re. attendance on call (0007) | 0.30 |
| 24/02/09 | Giles Boothman | SUPE | Brief team re. attendance on committee call (0007) | 0.30 |
| 24/02/09 | Paul Bagon | READ | Reading materials for UCC call.(0007) | 0.40 |
| 25/02/09 | Giles Boothman | INTD | Update from Pal Bagon re. committee call (0007) | 0.30 |
| 26/02/09 | Giles Boothman | SUPE | Re. Creditor committee issue (0007) | 0.30 |

# THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 28 February 2009

### TIME SUMMARY – GENERAL CLAIMS ANALYSIS/CLAIMS OBJECTIVES

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Steven Hull | engaged | 15 60 | @ | 610 00 | 9,516 00 |
| **Trainees:** | | | | | |
| Benjamin Contrael | engaged | 14 40 | @ | 160 00 | 2,304 00 |
| Amir-Said Ghassabeh | engaged | 9 50 | @ | 160 00 | 1,520 00 |
| Matthias Kaulich | engaged | 6 90 | @ | 160 00 | 1,104 00 |
| | | | | Total | £ 14,444 00 |

### Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 04/02/09 | Steven Hull | ATTD | Attending call with Giles Boothman, Luke Rollason, Simon Baskerville regarding pensions and related issues.(0012) | 0.50 |
| 04/02/09 | Steven Hull | READ | Review Giles Boothman email and consider pensions questions raised.(0012) | 0.30 |
| 04/02/09 | Steven Hull | READ | Review creditor committee meeting presentation and creditor committee documentation regarding pensions.(00012) | 1.00 |
| 05/02/09 | Steven Hull | INTD | Consider pensions issues in advance of meeting to discuss same. (0012) | 0.70 |
| 05/02/09 | Steven Hull | READ | Review summary of conference call with Ernst & Young and consider pensions issues.(0012) | 0.20 |
| 05/02/09 | Steven Hull | ATTD | Meeting with Giles Boothman, Paul Bagon and Simon Baskerville together with Andy Wright to discuss pension issues.(0012) | 0.70 |
| 05/02/09 | Steven Hull | READ | Review Paul Bagon email and review attached extract from Nortel networks annual return providing further information on group's pension arrangement; considering issues arising from same.(0012) | 0.40 |
| 05/02/09 | Steven Hull | LETT | Confer with Andy Wright regarding PPF assessment periods and review research in connection with same; discussion with Andy Wright regarding research.(0012) | 0.50 |
| 05/02/09 | Steven Hull | LETT | Discussion with Giles Boothman regarding PPF assessment periods and significance of 19 February date.(0012) | 0.30 |
| 05/02/09 | Steven Hull | LETT | Discussion with Andy Wright regarding further information required and review Andy Wright email to Giles Boothman and Paul Bagon regarding same. (0012) | 0.30 |
| 05/02/09 | Steven Hull | LETT | Clarifying legal position on PPF assessment periods and review Andy Wright email to Giles Boothman regarding same and review Giles Boothman explanatory emails to clients regarding PPF assessment periods, the impact of the 19 February date and information request to Akin Gump.(0012) | 0.30 |
| 06/02/09 | Steven Hull | LETT | Review email correspondence regarding contacts, members of unsecured creditors committee, PPF assessment periods and significance of 19th February.(0012) | 0.30 |
| 06/02/09 | Steven Hull | LETT | Review Roderick Morton email regarding assessment period and discussion with Andy Wright regarding research in connection with same and assessment of research with Andy Wright regarding PPF assessment periods; (0012) | 0.50 |

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 06/02/09 | Steven Hull | LETT | Communication with Giles Boothman regarding 19th May, assessment for eligibility for assessment by Pension Protection Fund and review Giles Boothman email correspondence regarding the same.(0012) | 0.30 |
| 06/02/09 | Steven Hull | LETT | Review Paul Bagen email and review attached NDA.(0012) | 0.20 |
| 07/02/09 | Steven Hull | LETT | Review Lisa Beckerman email and review attached guarantee for UK pension plan and email correspondence regarding same.(0012) | 0.60 |
| 09/02/09 | Steven Hull | LETT | Arrangements for conference call and consider issues to be discussed.(0012) | 0.40 |
| 09/02/09 | Steven Hull | LETT | Review Esther Budding email and review attached Guarantee in favour of Nortel Networks UK Pensions Trust Limited and consider issues arising (0012) | 0.50 |
| 09/02/09 | Steven Hull | LETT | Review further guarantee received from Lisa Beckerman (0012) | 0.40 |
| 09/02/09 | Steven Hull | LETT | Review organisational chart received from Lisa Beckerman (0012) | 0.20 |
| 09/02/09 | Steven Hull | LETT | Review background documentation received from Giles Boothman regarding Nortel Networks including declarations for bankruptcy court, debtors motions, exhibits, orders and interim orders, report of Ernst & Young, plan of compromise arrangement and memorandum summary of first day motions.(0012) | 2.00 |
| 10/02/09 | Steven Hull | DRFT | Review presentation slides re. administration and pensions issues and incorporation of amendments in to same with Paul Bagen (0012) | 0.70 |
| 10/02/09 | Steven Hull | DRFT | Review guarantees in 2006/2007 and e-mail to Simon Owens and Sarah-Jane Gemmell to request review of guarantees (0012) | 0.50 |
| 10/02/09 | Steven Hull | DRFT | Review Paul Bagen e-mail and review attached summary of Nortel inter-group guarantees prepared by Esther Budding (0012) | 0.40 |
| 10/02/09 | Steven Hull | DRFT | Review Simon Owens wording for Nortel presentation regarding sea containers and regulator powers and review Paul Bagen e-mail to Fred Hodara with updated UK administration slides (0012) | 0.40 |
| 10/02/09 | Steven Hull | INTD | Discussion with Simon Baskerville regarding pensions issues on slide presentation and run through of pensions issues to be discussed (0012) | 0.50 |
| 10/02/09 | Steven Hull | DRFT | Review Mary Picard e-mail and review attached Jeffries' memo regarding pensions (0012) | 0.30 |
| 10/02/09 | Steven Hull | READ | Review Simon Baskerville e-mail to Fred Hodara and review attached presentation regarding administration and pensions issues (0012) | 0.20 |
| 10/02/09 | Steven Hull | LETT | Attending conference call with Akin Gump and Canadian Counsel re U.K., U.S. and Canadian pension issues. (0012) | 1.00 |
| 10/02/09 | Steven Hull | LETT | Pensions Conference call with US and Canadian Counsel (0012) | 1.00 |

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 13/02/09 | Amir-Said Ghassabeh | RSCH | Application of German insolvency law in cases of an UK administration (0012) | 5.50 |
| 13/02/09 | Matthias Kaulich | RSCH | Research re German law: publishing of UK administration proceedings re German GmbH in Germany; formalities of selling assets of a German GmbH by an UK administrator (0012) | 4.50 |
| 13/02/09 | Benjamin Contrael | DRFT | Drafting note: Implications of the German employment law on the role of an UK-administrator (0012) | 7.90 |
| 16/02/09 | Benjamin Contrael | DRFT | Drafting document on the consequences of German Labour law on the activities of an UK administrator of the German subsidiary (0012) | 4.10 |
| 16/02/09 | Amir-Said Ghassabeh | RSCH | Problems of an international insolvency proceeding: Application of German law in UK administration? Power of UK administrator in Germany (0012) | 4.00 |
| 16/02/09 | Matthias Kaulich | DRFT | Research re formalities for an UK administrator selling assets of a German company under German statutory law (0012) | 2.00 |
| 17/02/09 | Benjamin Contrael | INTD | Internal discussion on the results of the answers drafted concerning the role of German law in case of an UK administration over the German subsidiary (0012) | 0.30 |
| 17/02/09 | Matthias Kaulich | INTD | Discussion/Meeting re German law perspective of a Uk administrator selling asstes of a German company (0012) | 0.40 |
| 24/02/09 | Benjamin Contrael | DRFT | Drafting latest version of the answer to question on German labour law and its impact on the rights/options of an UK administrator operating in Germany (0012) | 2.10 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 28 February 2009

TIME SUMMARY – LABOUR ISSUES/EMPLOYMENT BENEFITS

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 6 10 | @ | 610 00 | 3,721 00 |
| Caroline Carter | engaged | 0 60 | @ | 610 00 | 366 00 |
| Steven Hull | engaged | 7 80 | @ | 610 00 | 4,758 00 |
| Paul Randall | engaged | 0 20 | @ | 610 00 | 122 00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 5 60 | @ | 500 00 | 2,800 00 |
| **Junior Associates:** | | | | | |
| Louise Batty | engaged | 1 30 | @ | 290 00 | 377 00 |
| Anna Patashnik | engaged | 1 40 | @ | 290 00 | 406 00 |
| **Professional Development:** | | | | | |
| Simon Owens | engaged | 1 30 | @ | 395 00 | 513 50 |
| **Trainees:** | | | | | |
| Andy Wright | engaged | 8 10 | @ | 185 00 | 1,498 50 |

Total          £ 14,562 00

Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 05/02/09 | Giles Boothman | INTD | Team meeting re. UK pensions issues (0019) | 0.70 |
| 05/02/09 | Giles Boothman | LETT | Email to Alan Bloom re. UK pensions questions/Feb 19 deadline for PPF response (0019) | 0.20 |
| 05/02/09 | Giles Boothman | LETT | Akin Gump email identifying info required re. UK pensions analysis (0019) | 0.30 |
| 05/02/09 | Giles Boothman | INTD | Queries raised with Ashurst pensions team following internal meeting (0019) | 0.30 |
| 05/02/09 | Andy Wright | INTD | Internal meeting with GDB SJB SEH PDB re. pensions issues (0019) | 0.70 |
| 05/02/09 | Andy Wright | RSCH | Triggers and duration of PPF assessment period and email to SEH GDB SJB and PDB in respect of the same (0019) | 1.50 |
| 05/02/09 | Andy Wright | LETT | Emails to GDB re. Qualifying Insolvency Events in respect of PPF assessment period (0019) | 0.10 |
| 06/02/09 | Giles Boothman | LETT | Lisa Beckerman re. confidentiality (0019) | 0.20 |
| 06/02/09 | Giles Boothman | LETT | Herbert Smith/UK Administrators counsel/re. pensions questions (0019) | 0.40 |
| 06/02/09 | Giles Boothman | LETT | Akin re. Herbert Smith response re. UK pensions (0019) | 0.20 |
| 06/02/09 | Giles Boothman | INTD | Re. UK pensions issues (0019) | 0.40 |
| 08/02/09 | Giles Boothman | SUPE | Organise team re. slides re. UK administration and pensions issue (0019) | 0.30 |
| 09/02/09 | Giles Boothman | READ | Guarantee re. UK pensions/organise detailed review (0019) | 0.30 |
| 09/02/09 | Giles Boothman | SUPE | Organise pensions call (0019) | 0.10 |
| 09/02/09 | Giles Boothman | READ | Emails/docs re. pensions (0019 | 0.20 |
| 10/02/09 | Simon Owens | READ | Reviewing (and commenting by e-mail upon) the anti-subrogation clauses in this Nortel pension primary guarantee documents (0019) | 1.30 |
| 10/02/09 | Andy Wright | PHON | Pensions conference call with US and Canadian Counsel (0019) | 1.00 |
| 10/02/09 | Andy Wright | LETT | Preparing document folders of Pensions documentation (0019) | 0.80 |
| 10/02/09 | Giles Boothman | ATTD | Call with Akin and Canadian counsel re. pensions issues (0019) | 1.00 |
| 11/02/09 | Steven Hull | LETT | Review Joshua Sturm email and review presentation documentation agenda and first summary report (0019) | 0.50 |
| 11/02/09 | Steven Hull | LETT | Review Jeffries memo (0019) | 0.20 |

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 11/02/09 | Steven Hull | LETT | Preparing for and attending conference call with all parties and discussing pension issues with Giles Boothman and Andy Wright and all conference call attendees; discussion with Giles Boothman following conference call.(0019) | 2.00 |
| 11/02/09 | Andy Wright | PHON | Attending conference call with SEH and GDB (0019) | 2.00 |
| 12/02/09 | Steven Hull | LETT | Review Paul Bagon email regarding pensions related hurdles in administration and consider response (0019) | 0.30 |
| 12/02/09 | Steven Hull | LETT | Review Lisa Beckerman email and review attached due diligence request list from Canada and the US and discussions with Andy Wright regarding content of UK due diligence request list and consider further documentation required.(0019) | 0.70 |
| 13/02/09 | Andy Wright | LETT | Drafting pensions DD request list for SEH review, email and telephone conversation with Paul Bagon re. the same (0019) | 1.20 |
| 13/02/09 | Caroline Carter | READ | Email and attachments (0019) | 0.30 |
| 13/02/09 | Caroline Carter | INTD | Andy Wright and Anna Patashnik (0019) | 0.30 |
| 13/02/09 | Steven Hull | LETT | Review Andy Wright email regarding preparation of due diligence request list; review draft due diligence request list and incorporation of amendments in the same and discussion with Andy Wright regarding employment involvement (0019) | 1.00 |
| 13/02/09 | Steven Hull | LETT | Review Andy Wright email to Paul Bagin regarding employment analysis and Mark up of pensions due diligence request list and review Andy Wright email to Caroline Carter regarding employment involvement (0019) | 0.30 |
| 16/02/09 | Marcus Fink | INTD | Discussions with SEH and AW re issues (0019) | 0.80 |
| 16/02/09 | Marcus Fink | LETT | Reviewing documentation and structure chart in relation to sales/restructuring and considering pensions issues (0019) | 2.20 |
| 16/02/09 | Marcus Fink | LETT | Email to PB re potential issues for administrator in relation to proposed asset sales (0019) | 1.20 |
| 16/02/09 | Louise Batty | DRFT | Incentives DD request. (0019) | 1.30 |
| 16/02/09 | Anna Patashnik | READ | DD request (0019) | 1.40 |
| 16/02/09 | Steven Hull | LETT | Review final draft due diligence request list and review Andy Wright email to Lisa Beckerman regarding same (0019) | 0.50 |
| 16/02/09 | Steven Hull | LETT | Discussion with Marcus Fink regarding progress, pensions issues and documentation and forwarding emails to Marcus Fink regarding same (0019) | 0.60 |
| 16/02/09 | Andy Wright | LETT | Discussions with Anna Patashnik and Louise Batty re. employment and incentives input into due diligence request list. Incorporating Anna and Louise's comments into request list and email to Lisa Beckermann at Akin Gump (0019) | 0.80 |

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 16/02/09 | Paul Randall | INTD | Andy Wright/LAB (0019) | 0.20 |
| 17/02/09 | Steven Hull | LETT | Review email regarding issues list and pension issues arising from same and review pensions comments and review update from Lisa Beckerman at Akin Gump regarding same (0019) | 0.30 |
| 18/02/09 | Marcus Fink | LETT | Review draft APA, discuss same with SEH and draft email to S Baskerville (0019) | 1.40 |
| 18/02/09 | Steven Hull | LETT | Review Ira Rosenblatt email and review attached interim draft asset purchase agreement and UK exhibits (0019) | 0.50 |
| 18/02/09 | Steven Hull | LETT | Conference with Marcus Fink regarding amendments to the APA and message to Simon Baskerville and Paul Bagon regarding same (0019) | 0.40 |
| 18/02/09 | Steven Hull | LETT | Review Paul Bagon email to Ira Rosenblatt and review comments re same (0019) | 0.30 |
| 23/02/09 | Giles Boothman | ATTD | Committee call re. Incentive Plan (0019) | 1.50 |
| 23/02/09 | Steven Hull | LETT | Review emails regarding creditor committee calls and consider (0019) | 0.20 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 28 February 2009

TIME SUMMARY – TELECOMMUNICATIONS/REGULATORY

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| Partners: | | | | | |
| Andrew McMillan | engaged | 1 50 | @ | 580 00 | 870 00 |
| | | | | Total | £ 870 00 |

Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 05/02/09 | Andrew McMillan | LETT | Review of draft acquisition documentation and discussion with DHD (0023) | 1.50 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 28 February 2009

## TIME SUMMARY – ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 2 00 | @ | 610 00 | 1,220 00 |
| | | | | Total | £ 1,220 00 |

## Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 12/02/09 | Giles Boothman | READ | Review/comment on velocity docs.(0024) | 1.00 |
| 12/02/09 | Giles Boothman | SUPE | Telecoms input re. velocity (0024) | 0.50 |
| 12/02/09 | Giles Boothman | INTD | Paul Bagon re. velocity (0024) | 0.50 |

# THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 28 February 2009

## TIME SUMMARY - INTERCOMPANY ANALYSIS

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0 80 | @ | 610.00 | 488 00 |
| | | | | Total | £ 488.00 |

Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 01/02/09 | Giles Boothman | READ | Emails - Akin/Intra Group loan (0029) | 0.80 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 28 February 2009

TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Fee Earner | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 9.90 | @ | 610.00 | 6,039.00 |
| David von Saucken | engaged | 5.30 | @ | 580.00 | 3,074.00 |
| **Senior Associates:** | | | | | |
| Simon Baskerville | engaged | 7.30 | @ | 500.00 | 3,650.00 |
| **Associates:** | | | | | |
| Cornelia Pinkert | engaged | 1.30 | @ | 395.00 | 513.50 |
| Luke Rollason | engaged | 0.80 | @ | 395.00 | 316.00 |
| **Junior Associates:** | | | | | |
| Esther Budding | engaged | 4.90 | @ | 315.00 | 1,543.50 |
| Paul Bagon | engaged | 52.70 | @ | 290.00 | 15,283.00 |
| **Trainees:** | | | | | |
| Helen Clark | engaged | 1.50 | @ | 185.00 | 277.50 |

Total     £ 30,696.50

GRAND TOTAL     £ 97,645.50

Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|-------------|
| 01/02/09 | Giles Boothman | LETT | Emails - Alan Bloom re. meeting/call (0031) | 0.30 |
| 02/02/09 | Giles Boothman | READ | Declaration/First Day motions/background information (0031) | 1.00 |
| 02/02/09 | Luke Rollason | PHON | Conference call with Giles Boothman and Simon Baskerville, Conference call with Giles Boothman and Akin Gump.(0031) | 0.80 |
| 02/02/09 | Simon Baskerville | INTD | With GDB and LAR for advisers call (0031) | 0.20 |
| 02/02/09 | Simon Baskerville | PHON | With Akin Gump (0031) | 0.50 |
| 03/02/09 | Giles Boothman | LETT | Alan Bloom, UK administrator re. call (0031) | 0.10 |
| 03/02/09 | Giles Boothman | READ | Emails re. pending matters/DD (0031) | 0.10 |
| 03/02/09 | Giles Boothman | PHON | A Wollaston (EY) re. Nortel role/EMEA filings (0031) | 0.10 |
| 04/02/09 | Paul Bagon | LETT | Attending call with Alan Bloom of Ernst & Young (0031) | 0.50 |
| 04/02/09 | Paul Bagon | LETT | Drafting file note re call with E&Y (0031) | 1.50 |
| 04/02/09 | Giles Boothman | INTD | Re. call with Alan Bloom (0031) | 0.50 |
| 04/02/09 | Giles Boothman | PREP | For call with Alan Bloom, issues to raise (0031) | 0.30 |
| 04/02/09 | Giles Boothman | LETT | Akin re. call with Alan Bloom (0031) | 0.20 |
| 04/02/09 | Giles Boothman | PHON | Call with Akin and other advisers debriefing after meeting with company and call with A Bloom (0031) | 0.60 |
| 04/02/09 | Giles Boothman | LETT | Email pensions team re. pensions issues arising from co. meeting (0031) | 0.30 |
| 04/02/09 | Giles Boothman | READ | Initial read through co presentation and protocol email (0031) | 0.30 |
| 04/02/09 | Simon Baskerville | PHON | With Ernst & Young - Alan Bloom (0031) | 0.50 |
| 05/02/09 | Giles Boothman | READ | Company presentation material/slides and proposal (0031) | 0.70 |
| 05/02/09 | Giles Boothman | READ | Review draft protocol (0031) | 0.50 |
| 05/02/09 | Giles Boothman | LETT | Email to Akin Gump with comments re. protocol. (0031) | 0.50 |
| 05/02/09 | Simon Baskerville | INTD | GDB/LAR/SEH/AW - to discuss pensions (0031) | 0.70 |
| 06/02/09 | Paul Bagon | LETT | Compiling Ashurst contact list (0031) | 1.00 |
| 08/02/09 | Simon Baskerville | READ | SJB reading background documentation/US application/Presentations (0031) | 2.50 |

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 09/02/09 | Esther Budding | READ | Reviewing pbn on pension issues in restructuring and reading Nortel Networks Limited guarantee (0031) | 0.60 |
| 09/02/09 | Esther Budding | DRFT | Drafting a note setting out key legal aspects of the Guarantee granted by Nortel Networks UK Pension Trust Limited in favour of Nortel Networks UK Pension Trust Limited (0031) | 2.50 |
| 09/02/09 | Paul Bagon | LETT | GDB explaining background to all parties' professionals call and the contents for the related powerpoint presentation.(0031) | 0.50 |
| 09/02/09 | Paul Bagon | DRFT | Drafting powerpoint slides re: UK administration process and pension consideration.(0031) | 8.00 |
| 09/02/09 | Simon Baskerville | PREP | Preparing for Committee advisers call re administration and pensions issues (0031) | 1.70 |
| 10/02/09 | Esther Budding | LETT | Updating note on Nortel Guarantees to include a review of the Guarantee dated 21 December 2007.(0031) | 1.80 |
| 10/02/09 | Helen Clark | READ | Proof-reading and adding amendments to presentation | 1.50 |
| 10/02/09 | Paul Bagon | PREP | Preparing slides re: UK Pensions and administration.(0031) | 5.00 |
| 10/02/09 | Giles Boothman | INTD | Discuss draft presentation with pensions/corporate colleagues (0031) | 0.50 |
| 10/02/09 | Giles Boothman | PHON | Call with Herbert Smith (Steven Gale) re. UK administration process and UK pensions position. (0031) | 0.50 |
| 10/02/09 | Giles Boothman | INTD | Brief team re. HS call.(0031) | 0.30 |
| 11/02/09 | Paul Bagon | DRFT | Updating Ashurst Presentation. | 0.30 |
| 11/02/09 | Simon Baskerville | PREP | For Committee call with all members (slides) | 1.20 |
| 12/02/09 | Paul Bagon | READ | Reviewing Velocity sale documents and drafting related email.(0031) | 5.80 |
| 13/02/09 | Giles Boothman | SUPE | Questions re. local creditor committees/organise German input (0031) | 0.40 |
| 13/02/09 | Giles Boothman | SUPE | Re-review comments re. Velocity (0031) | 0.30 |
| 13/02/09 | David von Saucken | SUPE | Instructing Benjamin Contrael, Amir Said Gassabeh and Matthias Kaulich on research re cross-border insolvency of German entities (0031) | 1.50 |
| 13/02/09 | Paul Bagon | RSCH | German insolvency research.(0031) | 2.80 |
| 13/02/09 | Paul Bagon | LETT | Email to Akin Gump re: UK creditor committee.(0031) | 1.00 |
| 16/02/09 | David von Saucken | DRFT | Reviewing German law advice (0031) | 1.30 |
| 16/02/09 | Paul Bagon | RSCH | Research into application of EC Regulations and German Nortel subsidiary. (0031) | 3.00 |
| 16/02/09 | Cornelia Pinkert | READ | Review of documents prepared re German insolvency law related questions (0031) | 0.80 |

| Date | Fee Earner | Action | Narrative | Time (Hours) |
|------|-----------|--------|-----------|--------------|
| 17/02/09 | David von Saucken | DRFT | Review German law advice (0031) | 2.50 |
| 17/02/09 | Paul Bagon | LETT | Emails re: TSA and pensions arrangements and reviewing ancillary documents.(0031) | 1.50 |
| 17/02/09 | Cornelia Pinkert | INTD | Discuss German law related questions with Paul Bagon and AGHASS and MKAULI ((0031) | 0.50 |
| 18/02/09 | Paul Bagon | READ | Reviewing mark-up of APA and drafting related email (0031) | 5.00 |
| 19/02/09 | Paul Bagon | READ | Reading German law analysis re: German subsidiary and administration process and related discussions.(0031) | 1.50 |
| 23/02/09 | Giles Boothman | READ | Catch up with emails (0031) | 0.40 |
| 23/02/09 | Giles Boothman | INTD | Debrief from Paul (0031) | 0.20 |
| 24/02/09 | Paul Bagon | PHON | Attending UCC call.(0031) | 1.80 |
| 25/02/09 | Giles Boothman | PHON | UK-US protocol - Brad/Kemeth (0031) | 0.20 |
| 26/02/09 | Giles Boothman | SUPE | Re. Protocol for EMEA (0031) | 0.30 |
| 26/02/09 | Paul Bagon | LETT | Reviewing US/Canadian protocols and various related precedents re adoption of protocols in UK by the Nortel administrator (0031) | 6.50 |
| 27/02/09 | Giles Boothman | READ | Protocol applications.(0031) | 0.50 |
| 27/02/09 | Giles Boothman | DRFT | Email to Akin re. advantages fo a protocol for UK (0031) | 0.30 |
| 27/02/09 | Giles Boothman | RSCH | UK/US protocols (0031) | 0.50 |
| 27/02/09 | Paul Bagon | DRFT | Finalising note re insolvency protocols (0031) | 2.50 |
| 27/02/09 | Paul Bagon | DRFT | Drafting note re creditor committees in EMEA (0031) | 4.50 |