Exhibit C

DISBURSEMENT SUMMARY
JANUARY 30, 2009 THROUGH FEBRUARY 28, 2009

| Travel Expenses – Ground Transportation | £291.92 |
|---|---|
| Meals | £15.60 |
| Company Search Fees | £25.00 |
| TOTAL | £332.52 |