Exhibit D

Disbursements Schedule - CNN01.00001

| Date | Disb Type | Narrative | Amount (£) |
|---|---|---|---|
| 17/02/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 339741; DATE: 17/02/2009. - P/C PDB Taxi fare - 12/02/09 | 18.00 |
| 23/02/2009 | MEAL | PAYEE: Transfer Supplier Movements; REQUEST#: 340386; DATE: 23/02/2009. - TFS JNL (CR40750) CATERI | 10.05 |
| 23/02/2009 | MEAL | PAYEE: Transfer Supplier Movements; REQUEST#: 340401; DATE: 23/02/2009. - TFS JNL (CR40750) CATERI | 5.55 |
| 11/02/2009 | TAXI | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 3489; DATE: 12/02/2009 - TAXI - PDB (Broadwalk Hous | 52.76 |
| 10/02/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/77137; DATE: 14/02/2009 - TAXI - PDB (EC2A to NW11) 10/02/09 | 43.04 |
| 10/02/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/77137; DATE: 14/02/2009 - TAXI - PDB (EC2A to NW11) 10/02/09 | 58.09 |
| 12/02/2009 | TAXI | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 3492; DATE: 13/02/2009 - TAXI - PDB (Broadwalk House) | 38.96 |
| 18/02/2009 | TAXI | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 4080; DATE: 19/02/2009 - TAXI - PDB (Broadwalk Hous | 45.98 |
| 27/02/2009 | SEAV | PAYEE: Transfer Supplier Movements; REQUEST#: 341321; DATE: 27/02/2009. - TRF JNL (CR44600) COMPAN | 25.00 |
| 24/02/2009 | TAXI | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 4651; DATE: 25/02/2009 - TAXI - PDB (Broadwalk House) | 35.09 |
| | | | 332.52 |