Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JANUARY 30, 2009 THROUGH FEBRUARY 28, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 49.40 | 30,134.00 |
| Caroline Carter | Partner for 11 years; Admitted in 1990; Employment, Incentives and Pensions Group | £610 | 0.60 | 366 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 23.40 | 14,274.00 |
| Andrew McMillan | Partner for 3 years; Admitted in 1997; Corporate Department | £580 | 1.50 | 870.00 |
| Paul Randall | Partner for 14 years; Admitted in 1984; Employment, Incentives and Pensions Group | £610 | 0.20 | 122.00 |
| David von Saucken | Partner for 7 years; Admitted in 1996; Restructuring and Special Situations Group | £580 | 5.30 | 3,074.00 |
| Simon Baskerville | Associate for 8 years; Admitted in 2001; Restructuring and Special Situations Group | £500 | 15.70 | 7,850.00 |
| Marcus Fink | Associate for 8 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 5.60 | 2,800.00 |
| Cornelia Pinkert | Associate for 8 years; Admitted in 2001; Restructuring and Special Situations Group. | £395 | 1.30 | 513.50 |
| Luke Rollason | Associate for 4 years; Admitted in 2005; Restructuring and Special Situations Group | £395 | 0.80 | 316.00 |
| Simon Owens | Professional Development Lawyer; Admitted in 1999; Employment, Incentives and Pensions Group | £395 | 1.30 | 513.50 |
| Esther Budding | Associate for 3 years; Admitted in 2005; Restructuring and Special Situations Group | £315 | 4.90 | 1,543.50 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special | £290 | 95.80 | 27,782.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| | Situations Group | | | |
| Louise Batty | Associate for 1 year; Admitted in 2008; Employment, Incentives and Pensions Group | £290 | 1.30 | 377.00 |
| Anna Patashnik | Associate for 1 year; Admitted in 2008; Employment, Incentives and Pensions Group | £290 | 1.40 | 406.00 |
| Andy Wright | Trainee Solicitor for 2 years; Employment, Incentives and Pensions Group | £185 | 8.10 | 1,498.50 |
| Helen Clark | Trainee Solicitor for 1 year; Restructuring and Special Situations Group | £185 | 1.50 | 277.50 |
| Benjamin Conrael | Referendar; Restructuring and Special Situations Group | £160 | 14.40 | 2,304.00 |
| Amir-Said Ghassabeh | Referendar; Restructuring and Special Situations Group | £160 | 9.50 | 1,520.00 |
| Matthias Kaulich | Referendar; Restructuring and Special Situations Group | £160 | 6.90 | 1,104.00 |
| TOTAL | | | 248.90 | £97,645.50 |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 30, 2009 THROUGH FEBRUARY 28, 2009.

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| General Case Administration | 13.50 | 8,235.00 |
| Ashurst Fee Application / Monthly Billing Reports | 1.50 | 435.00 |
| Retention of Professionals | 44.00 | 16,568.00 |
| Creditors Committee Meetings | 23.10 | 10,127.00 |
| General Claims Analysis/Claims Objections | 46.40 | 14,444.00 |
| Labor Issues/Employee Benefits | 32.40 | 14,562.00 |
| Telecommunications/Regulatory | 1.50 | 870.00 |
| Asset/Stock Transactions/Business Liquidations | 2.00 | 1,220.00 |
| Intercompany Analysis | 0.80 | 488.00 |
| European Proceedings/Matters | 83.70 | 30,696.50 |
| TOTAL | 248.90 | 97,645.50 |