**EXHIBIT C**

6012361_3.DOC

## DISBURSEMENT SUMMARY
## JANUARY 26, 2009 – FEBRUARY 28, 2009
### (All Amounts in Canadian Dollars)

| | | |
|---|---:|---:|
| **Non-Taxable Disbursements** | | |
| Filing Fee* | $204.00 | |
| Search(es)* | 63.73 | |
| Total Non-Taxable Disbursements | | $267.73 |
| | | |
| **Taxable Disbursements** | | |
| Accommodations | $864.36 | |
| Airfare/Travel | 903.94 | |
| Courier & Delivery | 19.92 | |
| Incorporation Searches | 5.00 | |
| Library Computer Research | 726.47 | |
| Long Distance Telephone Calls | 219.40 | |
| Meals & Beverages | 384.43 | |
| Parking | 77.43 | |
| Photocopy Charges | 3,718.30 | |
| Process Server Fees | 80.00 | |
| Searches | 31.01 | |
| Taxi Charges | 188.74 | |
| Total Taxable Disbursements | $7,219.00 | |
| Total GST | 360.95 | |
| Total Taxable Disbursements including Taxes | | CDN $7,579.95 |

6627281_2 DOC