**EXHIBIT D**

DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 02/01/2009 | Laser Copy;MacFarlaneA | 25 | 2.50 |
| 02/01/2009 | Laser Copy;CHUNG G | 134 | 13.40 |
| 02/01/2009 | Laser Copy;WUNDER M | 44 | 4.40 |
| 03/01/2009 | Laser Copy;Vincent-DunlopT | 187 | 18.70 |
| 03/01/2009 | Laser Copy;MacFarlaneA | 71 | 7.10 |
| 14/01/2009 | Laser Copy;MattesL | 1,146 | 114.60 |
| 14/01/2009 | Laser Copy;MattesL | 6 | 0.60 |
| 14/01/2009 | Laser Copy;MattesL | 51 | 5.10 |
| 16/01/2009 | Laser Copy;MattesL | 53 | 5.30 |
| 16/01/2009 | Laser Copy;MattesL | 2 | 0.20 |
| 16/01/2009 | Laser Copy;MattesL | 4 | 0.40 |
| 16/01/2009 | Laser Copy;MattesL | 7 | 0.70 |
| 20/01/2009 | Laser Copy;MattesL | 10 | 1.00 |
| 22/01/2009 | Telephone;3023457996;WILMINGTDE;4740 | 1 | 7.14 |
| 23/01/2009 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 0.51 |
| 23/01/2009 | Telephone;2128728040;NEW YORKNY;4715 | 1 | 0.51 |
| 23/01/2009 | Telephone;2128728040;NEW YORKNY;4715 | 1 | 0.51 |
| 26/01/2009 | Telephone;2126495133;NEW YORKNY;4715 | 1 | 2.04 |
| 26/01/2009 | Laser Copy;MattesL | 1 | 0.10 |
| 26/01/2009 | Laser Copy;MattesL | 5 | 0.50 |
| 26/01/2009 | Telephone;2128727434;CHICGOZNIL;4715 | 1 | 23.85 |
| 27/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 27/01/2009 | Laser Copy;MattesL | 1 | 0.10 |
| 27/01/2009 | Laser Copy;NELSON M | 28 | 2.80 |
| 27/01/2009 | Laser Copy;NELSON M | 5 | 0.50 |
| 27/01/2009 | Laser Copy;NELSON M | 68 | 6.80 |
| 27/01/2009 | Laser Copy;WUNDER M | 49 | 4.90 |
| 27/01/2009 | Laser Copy;WUNDER M | 21 | 2.10 |
| 27/01/2009 | Laser Copy;NELSON M | 140 | 14.00 |
| 27/01/2009 | Laser Copy;MattesL | 39 | 3.90 |
| 27/01/2009 | Laser Copy;MattesL | 112 | 11.20 |
| 27/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 27/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 27/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.59 |
| 28/01/2009 | "Quick Law/NORTH, ALEXANDRA" | 1 | 11.05 |
| 28/01/2009 | Laser Copy;NORTH A | 8 | 0.80 |
| 28/01/2009 | Laser Copy;WUNDER M | 4 | 0.40 |
| 28/01/2009 | Laser Copy;MattesL | 1 | 0.10 |
| 28/01/2009 | Laser Copy;MattesL | 16 | 1.60 |
| 28/01/2009 | Photocopy;MattesL | 44 | 4.40 |
| 28/01/2009 | Photocopy;NELSON M | 312 | 31.20 |
| 28/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 28/01/2009 | "eCarswell/NORTH,ALEXANDRA" | 1 | 11.00 |
| 28/01/2009 | Laser Copy;WUNDER M | 6 | 0.60 |
| 28/01/2009 | Laser Copy;WUNDER M | 9 | 0.90 |
| 28/01/2009 | Laser Copy;MacFarlaneA | 10 | 1.00 |
| 28/01/2009 | Laser Copy;NELSON M | 240 | 24.00 |
| 28/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 7.65 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 28/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 28/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 29/01/2009 | Laser Copy;KARTASHM | 35 | 3.50 |
| 29/01/2009 | Filing Fee of Notice of Appearance for each of Court File Nos 09-CL-7950 and 09-CL-7951/;Michael Wunder/;Ministry of Finance | 1 | 204.00 |
| 29/01/2009 | Laser Copy;KUKULOWI | 3 | 0.30 |
| 29/01/2009 | "eCarswell/NORTH,ALEXANDRA" | 1 | 62.25 |
| 29/01/2009 | Laser Copy;NORTH A | 4 | 0.40 |
| 29/01/2009 | Laser Copy;MacFarlaneA | 42 | 4.20 |
| 29/01/2009 | Laser Copy;MattesL | 285 | 28.50 |
| 29/01/2009 | Laser Copy;WUNDER M | 153 | 15.30 |
| 29/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 30/01/2009 | Laser Copy;MattesL | 86 | 8.60 |
| 30/01/2009 | Telephone;2128727434;NEW YORKNY;4740 | 1 | 4.08 |
| 30/01/2009 | Laser Copy;NELSON M | 75 | 7.50 |
| 30/01/2009 | Photocopy;MILLER K | 164 | 16.40 |
| 30/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 30/01/2009 | Laser Copy;WUNDER M | 16 | 1.60 |
| 30/01/2009 | Laser Copy;KUKULOWI | 2 | 0.20 |
| 30/01/2009 | Laser Copy;WUNDER M | 13 | 1.30 |
| 30/01/2009 | Laser Copy;MacFarlaneA | 29 | 2.90 |
| 30/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 30/01/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 31/01/2009 | Beck Taxi Inv 93417/M.Wunder Jan 21/09 | 1 | 27.00 |
| 02/02/2009 | Laser Copy;NELSON M | 41 | 4.10 |
| 02/02/2009 | Laser Copy;NELSON M | 92 | 9.20 |
| 02/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 02/02/2009 | Laser Copy;NELSON M | 49 | 4.90 |
| 02/02/2009 | Laser Copy;ORAHILL T | 52 | 5.20 |
| 02/02/2009 | Laser Copy;PenJ | 8 | 0.80 |
| 02/02/2009 | Laser Copy;CHUNG G | 1,484 | 148.40 |
| 02/02/2009 | Laser Copy;KUKULOWI | 50 | 5.00 |
| 02/02/2009 | Laser Copy;MacFarlaneA | 24 | 2.40 |
| 02/02/2009 | Laser Copy;MATHESON | 357 | 35.70 |
| 02/02/2009 | Laser Copy;MattesL | 3 | 0.30 |
| 02/02/2009 | Laser Copy;NEILSON | 23 | 2.30 |
| 02/02/2009 | Photocopy;ORAHILL T | 107 | 10.70 |
| 02/02/2009 | Photocopy;AmaralJ | 256 | 25.60 |
| 02/02/2009 | Photocopy;AnamaR | 831 | 83.10 |
| 02/02/2009 | Telephone;2128727434;NEW YORKNY;4615 | 1 | 0.51 |
| 02/02/2009 | Telephone;2128721000;NEW YORKNY;4615 | 1 | 1.02 |
| 02/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.57 |
| 02/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 02/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.08 |
| 03/02/2009 | Telephone;2128721055;NEW YORKNY;4715 | 1 | 4.08 |
| 03/02/2009 | Laser Copy;NORTH A | 57 | 5.70 |
| 03/02/2009 | Laser Copy;ORAHILL T | 61 | 6.10 |
| 03/02/2009 | Laser Copy;KAPLAN M | 11 | 1.10 |
| 03/02/2009 | Laser Copy;MacFarlaneA | 121 | 12.10 |
| 03/02/2009 | Laser Copy;MattesL | 182 | 18.20 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 03/02/2009 | Laser Copy;GOUGEON | 49 | 4.90 |
| 03/02/2009 | Laser Copy;Vincent-DunlopT | 230 | 23.00 |
| 03/02/2009 | Laser Copy;WUNDER M | 77 | 7.70 |
| 13/02/2009 | Laser Copy;MCDONALA | 1 | 0.10 |
| 13/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 13/02/2009 | Laser Copy;GRASSI J | 3 | 0.30 |
| 13/02/2009 | Laser Copy;KAPLAN M | 14 | 1.40 |
| 13/02/2009 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 13/02/2009 | Laser Copy;MattesL | 75 | 7.50 |
| 13/02/2009 | Laser Copy;WUNDER M | 34 | 3.40 |
| 13/02/2009 | Laser Copy;MCDONALA | 86 | 8.60 |
| 13/02/2009 | Laser Copy;ORAHILL T | 62 | 6.20 |
| 13/02/2009 | Photocopy;DARROCHC | 14 | 1.40 |
| 13/02/2009 | Photocopy;MEDINA L | 292 | 29.20 |
| 13/02/2009 | Photocopy;ORAHILL T | 4 | 0.40 |
| 13/02/2009 | Photocopy;ORAHILL T | 90 | 9.00 |
| 13/02/2009 | Photocopy;ORAHILL T | 29 | 2.90 |
| 13/02/2009 | Photocopy;ORAHILL T | 3 | 0.30 |
| 13/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 13/02/2009 | Telephone;2128721000;NEW YORKNY;4615 | 1 | 1.02 |
| 13/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 13/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 13/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 15/02/2009 | Laser Copy;KAPLAN M | 14 | 1.40 |
| 15/02/2009 | Laser Copy;MacFarlaneA | 34 | 3.40 |
| 16/02/2009 | Telephone;0113222824082;BELGIUM ;4421 | 1 | 1.57 |
| 16/02/2009 | Laser Copy;KAPLAN M | 12 | 1.20 |
| 16/02/2009 | Laser Copy;MacFarlaneA | 130 | 13.00 |
| 16/02/2009 | Laser Copy;Vincent-DunlopT | 316 | 31.60 |
| 16/02/2009 | Telephone;5142783337;MONTREALPQ;4715 | 1 | 6.16 |
| 16/02/2009 | Telephone;0113222824082;BELGIUM ;4715 | 1 | 1.57 |
| 17/02/2009 | Laser Copy;CHUNG G | 46 | 4.60 |
| 17/02/2009 | Laser Copy;KAPLAN M | 49 | 4.90 |
| 17/02/2009 | Laser Copy;KARTASHM | 20 | 2.00 |
| 17/02/2009 | Laser Copy;KUKULOWI | 1 | 0.10 |
| 17/02/2009 | "eCarswell/NORTH,ALEXANDRA" | 1 | 38.25 |
| 17/02/2009 | Laser Copy;MattesL | 261 | 26.10 |
| 17/02/2009 | Laser Copy;MacFarlaneA | 30 | 3.00 |
| 17/02/2009 | ECarswell Online Search | 1 | 20.00 |
| 17/02/2009 | Laser Copy;DIETRICJ | 2 | 0.20 |
| 17/02/2009 | Laser Copy;GOUGEON | 1 | 0.10 |
| 17/02/2009 | Laser Copy;NELSON M | 220 | 22.00 |
| 17/02/2009 | Laser Copy;NORTH A | 41 | 4.10 |
| 17/02/2009 | Laser Copy;ORAHILL T | 100 | 10.00 |
| 17/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 17/02/2009 | Laser Copy;MEDINA L | 142 | 14.20 |
| 18/02/2009 | Searches - Oncorp Direct Inc. /J ESVLET/Inv. 474777 | 1 | 31.01 |
| 18/02/2009 | Parking at FCP; 2009-2-8 | 1 | 9.56 |
| 18/02/2009 | Laser Copy;NELSON M | 894 | 89.40 |
| 18/02/2009 | Laser Copy;MacFarlaneA | 289 | 28.90 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 18/02/2009 | Laser Copy;MATHESON | 2 | 0.20 |
| 18/02/2009 | Laser Copy;MattesL | 250 | 25.00 |
| 18/02/2009 | Laser Copy;KAPLAN M | 126 | 12.60 |
| 18/02/2009 | Laser Copy;KARTASHM | 29 | 2.90 |
| 18/02/2009 | Laser Copy;TURNEY C | 13 | 1.30 |
| 18/02/2009 | Laser Copy;WUNDER M | 34 | 3.40 |
| 18/02/2009 | Laser Copy;YING C | 188 | 18.80 |
| 18/02/2009 | Laser Copy;NORTH A | 109 | 10.90 |
| 18/02/2009 | Laser Copy;ORAHILL T | 163 | 16.30 |
| 18/02/2009 | Laser Copy;PAUL S | 35 | 3.50 |
| 18/02/2009 | Photocopy;ORAHILL T | 72 | 7.20 |
| 18/02/2009 | "eCarswell/NORTH,ALEXANDRA" | 1 | 138.50 |
| 18/02/2009 | Parking at FCP; 2009-2-16 | 1 | 9.56 |
| 18/02/2009 | Photocopy;ORAHILL T | 129 | 12.90 |
| 18/02/2009 | Meal at Bagel World; 2009-2-16 (Wunder) | 1 | 9.32 |
| 18/02/2009 | Telephone;2128728042;NEW YORKNY;4715 | 1 | 1.02 |
| 18/02/2009 | Telephone;2128728042;NEW YORKNY;4715 | 1 | 0.51 |
| 18/02/2009 | Telephone;3128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 18/02/2009 | Telephone;2128728027;NEW YORKNY;4582 | 1 | 6.12 |
| 18/02/2009 | Telephone;2126062184;NEW YORKNY;4582 | 1 | 2.04 |
| 18/02/2009 | Meal at Bagel World; 2009-2-8 | 1 | 12.90 |
| 18/02/2009 | Meal at Subway; 2009-2-12 | 1 | 12.51 |
| 18/02/2009 | Coffee at Starbucks; 2009-2-10 | 1 | 7.02 |
| 18/02/2009 | Meal at McDonald's; 2009-2-9 | 1 | 6.47 |
| 19/02/2009 | Laser Copy;MacFarlaneA | 39 | 3.90 |
| 19/02/2009 | Laser Copy;NELSON M | 290 | 29.00 |
| 19/02/2009 | Laser Copy;NORTH A | 21 | 2.10 |
| 19/02/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 19/02/2009 | Telephone;2126328225;NEW YORKNY;4715 | 1 | 1.53 |
| 19/02/2009 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 4.08 |
| 19/02/2009 | Laser Copy;ORAHILL T | 31 | 3.10 |
| 19/02/2009 | Laser Copy;WUNDER M | 152 | 15.20 |
| 19/02/2009 | Laser Copy;MattesL | 262 | 26.20 |
| 19/02/2009 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 19/02/2009 | Laser Copy;GOUGEON | 47 | 4.70 |
| 20/02/2009 | "eCarswell/NORTH,ALEXANDRA" | 1 | 89.25 |
| 20/02/2009 | Laser Copy;KARTASHM | 1 | 0.10 |
| 20/02/2009 | Laser Copy;KUKULOWI | 58 | 5.80 |
| 20/02/2009 | Laser Copy;ORAHILL T | 88 | 8.80 |
| 20/02/2009 | Laser Copy;NELSON M | 266 | 26.60 |
| 20/02/2009 | Laser Copy;MacFarlaneA | 4 | 0.40 |
| 20/02/2009 | Laser Copy;MattesL | 236 | 23.60 |
| 20/02/2009 | Laser Copy;GRASSI J | 3 | 0.30 |
| 20/02/2009 | Telephone;3125887101;CHICGOZNIL;4715 | 1 | 3.18 |
| 20/02/2009 | "Quick Law/NORTH, ALEXANDRA" | 1 | 31.60 |
| 21/02/2009 | Telephone;6308171515;NORTHBROIL;4715 | 1 | 1.06 |
| 21/02/2009 | Laser Copy;WUNDER M | 1 | 0.10 |
| 21/02/2009 | Laser Copy;CHUNG G | 401 | 40.10 |
| 22/02/2009 | Laser Copy;MacFarlaneA | 141 | 14.10 |
| 22/02/2009 | Laser Copy;MacFarlaneA | 39 | 3.90 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 22/02/2009 | Laser Copy;Vincent-Dunlop T | 68 | 6.80 |
| 23/02/2009 | Laser Copy;WUNDER M | 106 | 10.60 |
| 23/02/2009 | Laser Copy;STEEVES | 69 | 6.90 |
| 23/02/2009 | Process Server Fees - Kap Litigation Services /A MacFarlane/Inv. 154968 | 1 | 80.00 |
| 23/02/2009 | Laser Copy;MacFarlaneA | 13 | 1.30 |
| 23/02/2009 | Laser Copy;MacFarlaneA | 55 | 5.50 |
| 23/02/2009 | Laser Copy;MATHESON | 11 | 1.10 |
| 23/02/2009 | Laser Copy;MattesL | 233 | 23.30 |
| 23/02/2009 | Telephone;2128728027;NEW YORKNY;4715 | 1 | 1.02 |
| 23/02/2009 | Laser Copy;NELSON M | 478 | 47.80 |
| 24/02/2009 | Laser Copy;MATHESON | 7 | 0.70 |
| 24/02/2009 | Laser Copy;NELSON M | 365 | 36.50 |
| 24/02/2009 | Laser Copy;WUNDER M | 19 | 1.90 |
| 24/02/2009 | Laser Copy;MacFarlaneA | 197 | 19.70 |
| 24/02/2009 | Photocopy;MILLER K | 389 | 38.90 |
| 24/02/2009 | Photocopy;MILLER K | 574 | 57.40 |
| 24/02/2009 | Photocopy;ORAHILL T | 372 | 37.20 |
| 24/02/2009 | Laser Copy;MacFarlaneA | 64 | 6.40 |
| 24/02/2009 | Laser Copy;ORAHILL T | 920 | 92.00 |
| 24/02/2009 | Telephone;2128728040;NEW YORKNY;4615 | 1 | 1.53 |
| 24/02/2009 | Photocopy;MEDINA L | 444 | 44.40 |
| 24/02/2009 | Laser Copy;MattesL | 47 | 4.70 |
| 25/02/2009 | Parking at FCP; 2009-2-21 | 1 | 9.56 |
| 25/02/2009 | Laser Copy;ORAHILL T | 86 | 8.60 |
| 25/02/2009 | Laser Copy;GOUGEON | 3 | 0.30 |
| 25/02/2009 | Laser Copy;MacFarlaneA | 109 | 10.90 |
| 25/02/2009 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 0.51 |
| 25/02/2009 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 11.22 |
| 25/02/2009 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 25/02/2009 | Laser Copy;MattesL | 9 | 0.90 |
| 25/02/2009 | Laser Copy;NELSON M | 213 | 21.30 |
| 25/02/2009 | Laser Copy;WUNDER M | 28 | 2.80 |
| 25/02/2009 | Photocopy;ORAHILL T | 24 | 2.40 |
| 25/02/2009 | Photocopy;ORAHILL T | 2 | 0.20 |
| 25/02/2009 | Laser Copy;ORAHILL T | 41 | 4.10 |
| 25/02/2009 | Coffee at Starbucks; 2009-2-24 | 1 | 6.80 |
| 25/02/2009 | Parking at West Metro Centre; 2009-2-24 | 1 | 7.65 |
| 25/02/2009 | Attend Nortel meeting on Feb 24, 2009-parking; 2009-2-24 | 1 | 4.78 |
| 26/02/2009 | Laser Copy;WUNDER M | 166 | 16.60 |
| 26/02/2009 | Photocopy;ORAHILL T | 375 | 37.50 |
| 26/02/2009 | Photocopy;ORAHILL T | 39 | 3.90 |
| 26/02/2009 | Telephone;2128728006;NEW YORKNY;4715 | 1 | 7.14 |
| 26/02/2009 | Telephone;2128728006;NEW YORKNY;4715 | 1 | 4.59 |
| 26/02/2009 | Laser Copy;MattesL | 110 | 11.00 |
| 26/02/2009 | Telephone;5198220210;GUELPH ON;4469 | 1 | 0.32 |
| 26/02/2009 | Laser Copy;MacFarlaneA | 64 | 6.40 |
| 26/02/2009 | Laser Copy;GOUGEON | 39 | 3.90 |
| 26/02/2009 | Laser Copy;NELSON M | 126 | 12.60 |
| 26/02/2009 | Laser Copy;ORAHILL T | 498 | 49.80 |
| 26/02/2009 | Photocopy;ORAHILL T | 26 | 2.60 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 26/02/2009 | Parking at FCP; 2009-2-24 | 1 | 36.32 |
| 27/02/2009 | Taxi for M. Wunder to Newark Airport on Feb. 12/09; 2009-2-12 | 1 | 99.65 |
| 27/02/2009 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 27/02/2009 | Laser Copy;MattesL | 45 | 4.50 |
| 27/02/2009 | Laser Copy;KARTASHM | 4 | 0.40 |
| 27/02/2009 | Laser Copy;WUNDER M | 51 | 5.10 |
| 27/02/2009 | Dinner at Pusateri's for M. Wunder and A. MacFarlane on Feb. 9/09; 2009-2-9 | 1 | 39.43 |
| 27/02/2009 | Breakfast at Starbucks for M. Wunder on Feb. 18/09; 2009-2-18 | 1 | 6.80 |
| 27/02/2009 | Breakfast at Starbucks in New York for M. Wunder on Feb. 11/09; 2009-2-11 | 1 | 4.68 |
| 27/02/2009 | Breakfast at Pax Wholesome Food in New York for M Wunder on Feb 11/09; 2009-2-11 | 1 | 3.33 |
| 27/02/2009 | Dinner at Stage Deli of New York for M. Wunder and R. Jacobs (Akin Gump) on Feb. 11/09 (See Visa for exchange); 2009-2-11 | 1 | 89.00 |
| 27/02/2009 | Lunch at Bryant Park in New York for M Wunder on Feb. 11/09; 2009-2-11 | 1 | 18.29 |
| 27/02/2009 | Dinner at Muligan's in New York for M. Wunder on Feb 10/09 (See Visa for exchange); 2009-2-10 | 1 | 28.83 |
| 27/02/2009 | Photocopy;NELSON M | 71 | 7.10 |
| 27/02/2009 | Taxi for M. Wunder in New York for Meeting on Feb. 11/09; 2009-2-11 | 1 | 8.75 |
| 27/02/2009 | Laser Copy;GOUGEON | 29 | 2.90 |
| 27/02/2009 | Round Trip Airplane Ticket to New York from Toronto Porter Airlines for M Wunder for Feb. 10/09 returning Feb. 11/09; 2009-2-10 | 1 | 903.94 |
| 27/02/2009 | Laser Copy;GRASSI J | 1 | 0.10 |
| 27/02/2009 | Incorporation Searches - Oncorp Direct Inc-Incorporation /J ESVELT/Inv. 475292 | 1 | 5.00 |
| 27/02/2009 | Laser Copy;NELSON M | 102 | 10.20 |
| 27/02/2009 | Hotel Room at Bryant Park Hotel in New York for M. Wunder on Feb. 11/09 (see Visa for exchange); 2009-2-11 | 1 | 430.71 |
| 27/02/2009 | Hotel Room at Bryant Park Hotel in New York for M. Wunder on Feb. 10/09 (see Visa for exchange); 2009-2-10 | 1 | 433.65 |
| 27/02/2009 | Taxi for M. Wunder from Home to Work on Feb. 10/09; 2009-2-10 | 1 | 26.67 |
| 27/02/2009 | Taxi for M. Wunder from Toronto Island Airport to Work on Feb. 12/09; 2009-2-12 | 1 | 14.29 |
| 28/02/2009 | Laser Copy;CHUNG G | 158 | 15.80 |
| 28/02/2009 | Laser Copy;WUNDER M | 10 | 1.00 |
| 02/03/2009 | Laser Copy;MacFarlaneA | 74 | 7.40 |
| 02/03/2009 | Photocopy;PenJ | 7 | 0.70 |
| 02/03/2009 | Photocopy;ORAHILL T | 5 | 0.50 |
| 02/03/2009 | Laser Copy;WUNDER M | 72 | 7.20 |
| 02/03/2009 | Telephone;2128721000;NEW YORKNY;4615 | 1 | 1.53 |
| 02/03/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 02/03/2009 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 1.02 |
| 02/03/2009 | Laser Copy;MATHESON | 43 | 4.30 |
| 02/03/2009 | Laser Copy;MattesL | 70 | 7.00 |
| 02/03/2009 | Laser Copy;NELSON M | 159 | 15.90 |
| 02/03/2009 | Laser Copy;ORAHILL T | 618 | 61.80 |
| 02/03/2009 | Laser Copy;PenJ | 15 | 1.50 |
| 02/03/2009 | Laser Copy;KUKULOWI | 14 | 1.40 |
| 02/03/2009 | Photocopy;ORAHILL T | 6 | 0.60 |
| 03/03/2009 | Laser Copy;ORAHILL T | 17 | 1.70 |
| 03/03/2009 | Telephone;7193875500;COLORDOSCO;4493 | 1 | 36.85 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 03/03/2009 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 0.51 |
| 03/03/2009 | Laser Copy;MattesL | 1 | 0.10 |
| 03/03/2009 | Laser Copy;WUNDER M | 47 | 4.70 |
| 03/03/2009 | Laser Copy;MacFarlaneA | 16 | 1.60 |
| 03/03/2009 | Photocopy;ORAHILL T | 87 | 8.70 |
| 03/03/2009 | Laser Copy;PenJ | 1 | 0.10 |
| 03/03/2009 | Laser Copy;ROHOMAN | 9 | 0.90 |
| 03/03/2009 | Laser Copy;GonsalvesM | 42 | 4.20 |
| 03/03/2009 | Laser Copy;Vincent-DunlopT | 96 | 9.60 |
| 02/04/2009 | Laser Copy;MattesL | 231 | 23.10 |
| 02/04/2009 | Laser Copy;MacFarlaneA | 20 | 2.00 |
| 02/04/2009 | "eCarswell/NORTH,ALEXANDRA" | 1 | 49.00 |
| 02/04/2009 | Photocopy;MattesL | 14 | 1.40 |
| 02/04/2009 | Photocopy;ORAHILL T | 60 | 6.00 |
| 02/04/2009 | Laser Copy;GOUGEON | 187 | 18.70 |
| 02/04/2009 | Laser Copy;NELSON M | 98 | 9.80 |
| 02/04/2009 | Laser Copy;NORTH A | 12 | 1.20 |
| 02/04/2009 | Laser Copy;ORAHILL T | 459 | 45.90 |
| 02/04/2009 | Laser Copy;WUNDER M | 157 | 15.70 |
| 03/04/2009 | Laser Copy;KUKULOWI | 31 | 3.10 |
| 03/04/2009 | Taxi for M Wunder from Yonge to Eglinton on Feb. 26/09; 2009-2-26 | 1 | 12.38 |
| 03/04/2009 | Laser Copy;MacFarlaneA | 131 | 13.10 |
| 03/04/2009 | Photocopy;ORAHILL T | 9 | 0.90 |
| 03/04/2009 | Laser Copy;MattesL | 124 | 12.40 |
| 03/04/2009 | Laser Copy;NELSON M | 620 | 62.00 |
| 03/04/2009 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 0.51 |
| 03/04/2009 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 3.06 |
| 03/04/2009 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 2.55 |
| 03/04/2009 | Telephone;2128721055;NEW YORKNY;4715 | 1 | 1.02 |
| 03/04/2009 | Dinner for M Wunder at Crown & Dragon Pub on Feb. 26/09; 2009-2-26 | 1 | 31.10 |
| 03/04/2009 | Photocopy;ORAHILL T | 358 | 35.80 |
| 03/04/2009 | Laser Copy;KARTASHM | 3 | 0.30 |
| 03/04/2009 | Laser Copy;ORAHILL T | 128 | 12.80 |
| 03/04/2009 | Laser Copy;ORAHILL T | 4 | 0.40 |
| 03/04/2009 | Laser Copy;WUNDER M | 80 | 8.00 |
| 03/04/2009 | Laser Copy;Job G | 30 | 3.00 |
| 02/05/2009 | "eCarswell/NORTH,ALEXANDRA" | 1 | 99.75 |
| 02/05/2009 | Laser Copy;GOUGEON | 3 | 0.30 |
| 02/05/2009 | Laser Copy;MacFarlaneA | 121 | 12.10 |
| 02/05/2009 | Laser Copy;MATHESON | 6 | 0.60 |
| 02/05/2009 | Laser Copy;MattesL | 122 | 12.20 |
| 02/05/2009 | Laser Copy;NORTH A | 97 | 9.70 |
| 02/05/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 6.63 |
| 02/05/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 02/05/2009 | Telephone;2122842122;NEW YORKNY;4715 | 1 | 3.06 |
| 02/05/2009 | Laser Copy;ORAHILL T | 188 | 18.80 |
| 02/05/2009 | Laser Copy;WUNDER M | 41 | 4.10 |
| 02/05/2009 | Photocopy;ORAHILL T | 24 | 2.40 |
| 02/05/2009 | Laser Copy;NELSON M | 318 | 31.80 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 03/05/2009 | Laser Copy;MattesL | 39 | 3.90 |
| 03/05/2009 | Laser Copy;MacFarlaneA | 31 | 3.10 |
| 03/05/2009 | Laser Copy;WUNDER M | 83 | 8.30 |
| 03/05/2009 | Laser Copy;WUNDER M | 8 | 0.80 |
| 03/05/2009 | Meals and Beverages - Restaurants On The Go Restaurants On The Go/Tracey O'Rahilly-Feb 26/09/Inv 4777 | 1 | 23.53 |
| 03/05/2009 | Laser Copy;ORAHILL T | 20 | 2.00 |
| 03/05/2009 | Laser Copy;GOUGEON | 1 | 0.10 |
| 03/05/2009 | Laser Copy;NELSON M | 87 | 8.70 |
| 02/06/2009 | Laser Copy;MacFarlaneA | 9 | 0.90 |
| 02/06/2009 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 0.51 |
| 02/06/2009 | Photocopy;AnatnaR | 2 | 0.20 |
| 02/06/2009 | Laser Copy;MattesL | 222 | 22.20 |
| 02/06/2009 | Laser Copy;WUNDER M | 59 | 5.90 |
| 02/06/2009 | Laser Copy;NEILSON | 11 | 1.10 |
| 02/06/2009 | Laser Copy;NELSON M | 301 | 30.10 |
| 02/06/2009 | Laser Copy;NORTH A | 15 | 1.50 |
| 02/06/2009 | Laser Copy;GOUGEON | 69 | 6.90 |
| 03/06/2009 | Laser Copy;MattesL | 59 | 5.90 |
| 03/06/2009 | Meals and Beverages - Maxim /S Kukulowicz/MacFarlane/O'Rahilly/Matheson/Inv. 113216 | 1 | 84.42 |
| 03/06/2009 | Laser Copy;DUNSMUIM | 27 | 2.70 |
| 03/06/2009 | Laser Copy;NELSON M | 509 | 50.90 |
| 03/06/2009 | Laser Copy;NORTH A | 5 | 0.50 |
| 03/06/2009 | Laser Copy;GOUGEON | 29 | 2.90 |
| 03/06/2009 | Laser Copy;MacFarlaneA | 4 | 0.40 |
| 02/07/2009 | Laser Copy;MacFarlaneA | 78 | 7.80 |
| 02/08/2009 | Laser Copy;BERGLUND | 650 | 65.00 |
| 02/08/2009 | Laser Copy;KUKULOWI | 108 | 10.80 |
| 02/08/2009 | Laser Copy;MATHESON | 66 | 6.60 |
| 02/08/2009 | Laser Copy;WUNDER M | 25 | 2.50 |
| 02/09/2009 | Laser Copy;MATHESON | 7 | 0.70 |
| 02/09/2009 | Laser Copy;MacFarlaneA | 67 | 6.70 |
| 02/09/2009 | Laser Copy;KARTASHM | 35 | 3.50 |
| 02/09/2009 | Laser Copy;KUKULOWI | 45 | 4.50 |
| 02/09/2009 | Laser Copy;GOUGEON | 79 | 7.90 |
| 02/09/2009 | Laser Copy;ORAHILL T | 10 | 1.00 |
| 02/09/2009 | Laser Copy;PenJ | 6 | 0.60 |
| 02/09/2009 | Laser Copy;MattesL | 204 | 20.40 |
| 02/09/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 02/09/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 02/09/2009 | Laser Copy;MCDONALA | 164 | 16.40 |
| 02/09/2009 | Laser Copy;MCDONALA | 103 | 10.30 |
| 02/09/2009 | Photocopy;MCDONALA | 105 | 10.50 |
| 02/09/2009 | Photocopy;AmaralJ | 102 | 10.20 |
| 02/09/2009 | Photocopy;AmaralR | 297 | 29.70 |
| 02/09/2009 | Laser Copy;DARROCHC | 251 | 25.10 |
| 02/09/2009 | Laser Copy;WUNDER M | 171 | 17.10 |
| 02/10/2009 | Laser Copy;KUKULOWI | 32 | 3.20 |
| 02/10/2009 | Laser Copy;KARTASHM | 15 | 1.50 |
| 02/10/2009 | Laser Copy;MacFarlaneA | 43 | 4.30 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 02/10/2009 | Laser Copy;MATHESON | 2 | 0.20 |
| 02/10/2009 | Laser Copy;MattesL | 224 | 22.40 |
| 02/10/2009 | Laser Copy;GOUGEON | 49 | 4.90 |
| 02/10/2009 | Laser Copy;MCDONALA | 205 | 20.50 |
| 02/10/2009 | Laser Copy;ORAHILL T | 869 | 86.90 |
| 02/10/2009 | Laser Copy;WUNDER M | 115 | 11.50 |
| 02/10/2009 | Laser Copy;AmaralR | 21 | 2.10 |
| 02/10/2009 | Photocopy;MattesL | 32 | 3.20 |
| 02/10/2009 | Photocopy;ORAHILL T | 116 | 11.60 |
| 02/10/2009 | Corporate Searches | 1 | 63.73 |
| 02/10/2009 | Photocopy;AmaralJ | 603 | 60.30 |
| 02/10/2009 | Photocopy;AnarnaR | 99 | 9.90 |
| 02/10/2009 | Laser Copy;MCDONALA | 3 | 0.30 |
| 02/10/2009 | Laser Copy;MCDONALA | 78 | 7.80 |
| 02/11/2009 | Laser Copy;ORAHILL T | 540 | 54.00 |
| 02/11/2009 | Laser Copy;MCDONALA | 12 | 1.20 |
| 02/11/2009 | Laser Copy;MattesL | 366 | 36.60 |
| 02/11/2009 | "Lexis Nexis/COLVIN, IAN" | 1 | 175.82 |
| 02/11/2009 | Laser Copy;KARTASHM | 39 | 3.90 |
| 02/11/2009 | Telephone;2128362220;NEW YORKNY;4715 | 1 | 4.08 |
| 02/11/2009 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 0.51 |
| 02/11/2009 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 0.51 |
| 02/11/2009 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 894705893/923956565482 Recipient: MR. RYAN JACOBS Company: AKIN GUMP | 1 | 19.92 |
| 02/11/2009 | Laser Copy;WUNDER M | 1 | 0.10 |
| 02/11/2009 | Laser Copy;MacFarlaneA | 126 | 12.60 |
| 02/11/2009 | Laser Copy;KUKULOWI | 2 | 0.20 |
| 02/11/2009 | Laser Copy;GOUGEON | 26 | 2.60 |
| 02/11/2009 | Photocopy;ORAHILL T | 34 | 3.40 |
| 02/11/2009 | Photocopy;AnarnaR | 99 | 9.90 |
| 02/11/2009 | Laser Copy;MCDONALA | 1,054 | 105.40 |
| 02/12/2009 | Laser Copy;KUKULOWI | 120 | 12.00 |
| 02/12/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 02/12/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 02/12/2009 | Laser Copy;MCDONALA | 540 | 54.00 |
| 02/12/2009 | Laser Copy;MCDONALA | 28 | 2.80 |
| 02/12/2009 | Laser Copy;MacFarlaneA | 64 | 6.40 |
| 02/12/2009 | Laser Copy;MATHESON | 8 | 0.80 |
| 02/12/2009 | Laser Copy;MattesL | 265 | 26.50 |
| 02/12/2009 | Laser Copy;MCDONALA | 583 | 58.30 |
| 02/12/2009 | Laser Copy;GOUGEON | 1 | 0.10 |
| 02/12/2009 | Laser Copy;WUNDER M | 81 | 8.10 |
| 02/12/2009 | Laser Copy;ORAHILL T | 67 | 6.70 |
| 02/12/2009 | Laser Copy;KARTASHM | 38 | 3.80 |
| 02/12/2009 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |

Total    CDN    7,486.73