EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JANUARY 26, 2009 THROUGH FEBRUARY 28, 2009
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 128.7 | $775.00 | $99,742.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 25.4 | $775.00 | $19,685.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 4.7 | $750.00 | $3,525.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 115.2 | $750.00 | $86,400.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 38.9 | $725.00 | $28,202.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 224.1 | $725.00 | $162,472.50 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 7.9 | $700.00 | $5,530.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 10.3 | $675.00 | $6,952.50 |
| Matthews, C.J. | Partner | Litigation | Ontario - 1986 | 7.9 | $650.00 | $5,135.00 |
| Turney, C. | Partner | Corporate/M&A/Finance | Ontario - 1993 | 5.5 | $625.00 | $3,437.50 |
| Dietrich, J.O. | Associate | Financial Restructuring | Ontario - 2004 | 3.1 | $480.00 | $1,488.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 15.4 | $350.00 | $5,390.00 |
| Horrox, N.S. | Associate | Employment/Labour | Ontario - 2006 | 5.2 | $350.00 | $1,820.00 |
| North, A.R. | Student | Students | | 30.8 | $200.00 | $6,160.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 89.5 | $175.00 | $15,662.50 |
| | | | | | | CDN $451,603.00 |
| | | Less Non-Working Travel Time Discount (50% of $6,525.00) | | | | ($3,252.50) |
| TOTAL | | | | 712.6 | | CDN $448,350.50 |

6627281_2.DOC