# EXHIBIT B

## Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/5/2009 | Lee A. Sweigart | Airfare | Airfare to/from client site for out of town employee. | $ 149.20 |
| 2/5/2009 | Lee A. Sweigart | Airfare | Airfare to/from client site for out of town employee. | $ 649.38 |
| 2/5/2009 | Michael C. Sullivan | Airfare | Train to/from bankruptcy court for out of town employee. | $ 298.00 |
| 2/5/2009 | Michael C. Sullivan | Ground Transportation | Taxi to/from train station and Bankruptcy court for traveling employees while on Nortel bankruptcy engagement. | $ 8.00 |
| 2/5/2009 | Michael C. Sullivan | Mileage | Mileage to/from New Jersey and Newark Train Station for traveling employee while working on Nortel bankruptcy engagement. | $ 22.00 |
| 2/5/2009 | Michael C. Sullivan | Parking & Tolls | Parking at train for traveling employee on Nortel bankruptcy engagement. | $ 28.00 |
| 2/9/2009 | David Head | Airfare | Airfare to/from client site for out of town employee. | $ 880.60 |
| 2/9/2009 | David Head | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 35.00 |
| 2/9/2009 | David Head | Meals | Dinner for traveling employees (3) while working on Nortel bankruptcy engagement. | $ 199.56 |
| 2/9/2009 | David Head | Mileage | Mileage to/from Detroit, MI and Windsor Canada for traveling employee while working on Nortel bankruptcy engagement. | $ 7.15 |
| 2/9/2009 | David Head | Parking & Tolls | Tolls for driving while working on Nortel bankruptcy engagement. | $ 3.75 |
| 2/9/2009 | James Lukenda | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 23.00 |
| 2/9/2009 | James Lukenda | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 3.37 |
| 2/9/2009 | James Lukenda | Mileage | Mileage to/from New Jersey and Newark Airport for traveling employee while working on Nortel bankruptcy engagement. | $ 17.05 |
| 2/9/2009 | James Lukenda | Parking & Tolls | Parking at airport for traveling employee on Nortel bankruptcy engagement. | $ 25.00 |
| 2/9/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 26.32 |
| 2/9/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 11.23 |
| 2/9/2009 | Matthew J. Fisher | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 29.54 |
| 2/9/2009 | Matthew J. Fisher | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 42.00 |

## Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/10/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 29.79 |
| 2/10/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 31.43 |
| 2/10/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 9.87 |
| 2/10/2009 | Matthew J. Fisher | Meals | Dinner for traveling employees (3) while working on Nortel bankruptcy engagement. | $ 150.00 |
| 2/11/2009 | Coley P. Brown | Ground Transportation | Taxi to/from Huron office and residence while working on Nortel bankruptcy engagement. | $ 20.00 |
| 2/11/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 29.79 |
| 2/11/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 29.78 |
| 2/11/2009 | Lee A. Sweigart | Meals | Dinner for traveling employees (3) while working on Nortel bankruptcy engagement. | $ 245.54 |
| 2/11/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 12.32 |
| 2/11/2009 | Matthew J. Fisher | Hotel/Lodging | Hotel (3 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 382.32 |
| 2/12/2009 | David Head | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 22.48 |
| 2/12/2009 | Lee A. Sweigart | Airfare | Airfare to/from client site for out of town employee. | $ 1,393.62 |
| 2/12/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 29.76 |
| 2/12/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 29.76 |
| 2/12/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 29.44 |
| 2/12/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 10.24 |
| 2/12/2009 | Matthew J. Fisher | Ground Transportation | Taxi to/from client site and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 29.00 |
| 2/12/2009 | Matthew J. Fisher | Hotel/Lodging | Hotel (1 night) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 137.73 |
| 2/12/2009 | Matthew J. Fisher | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 50.00 |

**Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/13/2009 | Coley P. Brown | Airfare | Airfare to/from client site for out of town employee. | $ 429.02 |
| 2/13/2009 | Coley P. Brown | Ground Transportation | Taxi to/from Huron office and residence while working on Nortel bankruptcy engagement. | $ 20.00 |
| 2/13/2009 | David Head | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 35.00 |
| 2/13/2009 | David Head | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 660.33 |
| 2/13/2009 | David Head | Parking & Tolls | Parking while out of town for traveling employee on Nortel bankruptcy engagement. | $ 34.31 |
| 2/13/2009 | David Head | Parking & Tolls | Tolls for driving while working on Nortel bankruptcy engagement. | $ 3.75 |
| 2/13/2009 | James Lukenda | Airfare | Airfare to/from client site for out of town employee. | $ 790.48 |
| 2/13/2009 | Lee A. Sweigart | Hotel/Lodging | Hotel (3 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 728.94 |
| 2/13/2009 | Lee A. Sweigart | Hotel/Lodging | Hotel (1 night) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 148.25 |
| 2/13/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 12.23 |
| 2/13/2009 | Lee A. Sweigart | Parking & Tolls | Parking at airport for traveling employee on Nortel bankruptcy engagement. | $ 80.00 |
| 2/13/2009 | Matthew J. Fisher | Airfare | Airfare to/from client site for out of town employee. | $ 1,529.33 |
| 2/13/2009 | Matthew J. Fisher | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 40.00 |
| 2/16/2009 | Bob Jones | Airfare | Airfare to/from client site for out of town employee. | $ 2,252.04 |
| 2/16/2009 | Bob Jones | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 40.00 |
| 2/16/2009 | Bob Jones | Mileage | Mileage to/from Cumming, GA and Atlanta Airport for traveling employee while working on Nortel bankruptcy engagement. | $ 31.90 |
| 2/16/2009 | Bob Jones | Other | Canada TN Work Permit | $ 124.29 |
| 2/16/2009 | Coley P. Brown | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 40.00 |

**Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/16/2009 | Coley P. Brown | Ground Transportation | Taxi to/from dinner and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 15.00 |
| 2/16/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto while working on Nortel bankruptcy engagement. | $ 3.27 |
| 2/16/2009 | David Head | Airfare | Airfare to/from client site for out of town employee. | $ 872.37 |
| 2/16/2009 | David Head | Meals | Dinner for traveling employees (4) while working on Nortel bankruptcy engagement. | $ 172.71 |
| 2/16/2009 | David Head | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 9.50 |
| 2/16/2009 | David Head | Mileage | Mileage to/from Detroit, MI and Windsor Canada for traveling employee while working on Nortel bankruptcy engagement. | $ 7.15 |
| 2/16/2009 | David Head | Parking & Tolls | Parking at office while working on Nortel bankruptcy engagement. | $ 6.58 |
| 2/16/2009 | David Head | Parking & Tolls | Parking at hotel while working on Nortel bankruptcy engagement. | $ 32.89 |
| 2/16/2009 | David Head | Parking & Tolls | Tolls for driving while working on Nortel bankruptcy engagement. | $ 3.75 |
| 2/16/2009 | James Lukenda | Ground Transportation | Taxi to/from Huron office and residence. | $ 5.00 |
| 2/16/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 31.43 |
| 2/16/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 24.00 |
| 2/16/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 5.72 |
| 2/16/2009 | Matthew J. Fisher | Airfare | Airfare to/from client site for out of town employee. | $ 539.95 |
| 2/16/2009 | Matthew J. Fisher | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 40.00 |
| 2/16/2009 | Matthew J. Fisher | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 29.08 |
| 2/16/2009 | Matthew J. Fisher | Telecom | Internet charges for out of town employee while working on the Nortel bankruptcy engagement. | $ 9.48 |
| 2/16/2009 | Michael E. Scannella | Hotel/Lodging | Hotel (3 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 349.16 |
| 2/17/2009 | David Head | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 8.90 |
| 2/17/2009 | David Head | Parking & Tolls | Parking at hotel while working on Nortel bankruptcy engagement. | $ 32.89 |
| 2/17/2009 | James Lukenda | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 30.00 |

**Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 2/17/2009 | James Lukenda | Meals | Dinner for traveling employees (7) while working on Nortel bankruptcy engagement. | $ | 333.66 |
| 2/17/2009 | James Lukenda | Mileage | Mileage to/from New Jersey and Newark Airport for traveling employee while working on Nortel bankruptcy engagement. | $ | 17.05 |
| 2/17/2009 | Michael E. Scannella | Airfare | Airfare to/from client site for out of town employee. | $ | 707.21 |
| 2/17/2009 | Michael E. Scannella | Ground Transportation | Car Service to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ | 98.00 |
| 2/18/2009 | Coley P. Brown | Airfare | Airfare to/from client site for out of town employee. | $ | 461.82 |
| 2/18/2009 | David Head | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 36.04 |
| 2/18/2009 | David Head | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 8.90 |
| 2/18/2009 | David Head | Parking & Tolls | Parking at hotel while working on Nortel bankruptcy engagement. | $ | 32.89 |
| 2/18/2009 | James Lukenda | Meals | Dinner for traveling employees (5) while working on Nortel bankruptcy engagement. | $ | 255.64 |
| 2/18/2009 | James Lukenda | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 2.38 |
| 2/18/2009 | Lee A. Sweigart | Airfare | Airfare to/from client site for out of town employee. | $ | 1,262.30 |
| 2/18/2009 | Lee A. Sweigart | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 50.00 |
| 2/18/2009 | Michael E. Scannella | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 18.38 |
| 2/18/2009 | Michael E. Scannella | Training Books/Materials | Reference materials/textbooks to be used by employees working on the Nortel bankruptcy engagement. | $ | 100.00 |
| 2/19/2009 | David Head | Hotel/Lodging | Hotel (3 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ | 348.48 |
| 2/19/2009 | David Head | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 24.70 |
| 2/19/2009 | David Head | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 28.73 |
| 2/19/2009 | David Head | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 28.73 |
| 2/19/2009 | David Head | Parking & Tolls | Tolls for driving while working on Nortel bankruptcy engagement. | $ | 3.75 |
| 2/19/2009 | David Head | Parking & Tolls | Parking at airport for traveling employee on Nortel bankruptcy engagement. | $ | 27.14 |
| 2/19/2009 | David Head | Rental Car | Rental Car for getting to/from client site from hotel while working on Nortel bankruptcy engagement. | $ | 240.37 |

**Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/19/2009 | David Head | Telecom | Internet/phone charges for out of town employee while working on the Nortel bankruptcy engagement. | $ 50.58 |
| 2/19/2009 | James Lukenda | Airfare | Airfare to/from client site for out of town employee. | $ 250.26 |
| 2/19/2009 | James Lukenda | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 30.00 |
| 2/19/2009 | James Lukenda | Hotel/Lodging | Hotel (2 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 266.93 |
| 2/19/2009 | James Lukenda | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 2.32 |
| 2/19/2009 | James Lukenda | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 9.03 |
| 2/19/2009 | James Lukenda | Parking & Tolls | Parking at airport for traveling employee on Nortel bankruptcy engagement. | $ 73.00 |
| 2/19/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from dinner and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 9.60 |
| 2/19/2009 | Michael E. Scannella | Meals | Dinner for traveling employees (5) while working on Nortel bankruptcy engagement. | $ 187.70 |
| 2/19/2009 | Michael E. Scannella | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 3.49 |
| 2/20/2009 | Bob Jones | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 24.00 |
| 2/20/2009 | Bob Jones | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 488.86 |
| 2/20/2009 | Bob Jones | Mileage | Mileage to/from Cumming, GA and Atlanta Airport for traveling employee while working on Nortel bankruptcy engagement. | $ 31.90 |
| 2/20/2009 | Coley P. Brown | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 40.00 |
| 2/20/2009 | Coley P. Brown | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 476.97 |
| 2/20/2009 | Coley P. Brown | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 20.00 |
| 2/20/2009 | Coley P. Brown | Parking & Tolls | Parking at hotel while working on Nortel bankruptcy engagement. | $ 119.25 |
| 2/20/2009 | Coley P. Brown | Parking & Tolls | Parking at hotel while working on Nortel bankruptcy engagement. | $ 15.00 |
| 2/20/2009 | Coley P. Brown | Parking & Tolls | Parking at dinner while working on Nortel bankruptcy engagement. | $ 9.92 |

**Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 2/20/2009 | Coley P. Brown | Rental Car | Rental Car for getting to/from client site from hotel while working on Nortel bankruptcy engagement. | $ | 334.36 |
| 2/20/2009 | Lee A. Sweigart | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ | 470.40 |
| 2/20/2009 | Lee A. Sweigart | Meals | Dinner for traveling employees (2) while working on Nortel bankruptcy engagement. | $ | 52.46 |
| 2/20/2009 | Lee A. Sweigart | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 15.67 |
| 2/20/2009 | Lee A. Sweigart | Parking & Tolls | Parking at airport for traveling employee on Nortel bankruptcy engagement. | $ | 80.00 |
| 2/20/2009 | Matthew J. Fisher | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ | 40.00 |
| 2/20/2009 | Matthew J. Fisher | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ | 480.54 |
| 2/20/2009 | Michael E. Scannella | Ground Transportation | Car Service to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ | 140.00 |
| 2/20/2009 | Michael E. Scannella | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 11.41 |
| 2/20/2009 | Michael E. Scannella | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ | 4.67 |
| 2/21/2009 | Michael E. Scannella | Airfare | Airfare to/from client site for out of town employee. | $ | 261.08 |
| 2/21/2009 | Michael E. Scannella | Airfare | Airfare to/from client site for out of town employee. | $ | 378.18 |
| 2/22/2009 | Coley P. Brown | Airfare | Airfare to/from client site for out of town employee. | $ | 367.92 |
| 2/22/2009 | Lee A. Sweigart | Airfare | Airfare to/from client site for out of town employee. | $ | 1,097.80 |
| 2/23/2009 | Bob Jones | Airfare | Airfare to/from client site for out of town employee. | $ | 766.61 |
| 2/23/2009 | Bob Jones | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ | 36.00 |
| 2/23/2009 | Bob Jones | Mileage | Mileage to/from Cumming, GA and Atlanta Airport for traveling employee while working on Nortel bankruptcy engagement. | $ | 31.90 |
| 2/23/2009 | Coley P. Brown | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ | 40.00 |
| 2/23/2009 | James Lukenda | Other | Canada TN Work Permit | $ | 8.55 |

**Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/23/2009 | James Lukenda | Telecom | Internet charges for out of town employee while working on the Nortel bankruptcy engagement. | $ 8.47 |
| 2/23/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 38.87 |
| 2/23/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 24.00 |
| 2/23/2009 | Lee A. Sweigart | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 4.02 |
| 2/23/2009 | Lee A. Sweigart | Telecom | Internet charges for out of town employee while working on the Nortel bankruptcy engagement. | $ 15.00 |
| 2/23/2009 | Matthew J. Fisher | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 40.00 |
| 2/23/2009 | Matthew J. Fisher | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 9.04 |
| 2/23/2009 | Michael E. Scannella | Ground Transportation | Car Service to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 98.00 |
| 2/23/2009 | Michael E. Scannella | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 475.09 |
| 2/23/2009 | Michael E. Scannella | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 5.97 |
| 2/23/2009 | Michael E. Scannella | Other | Canada TN Work Permit | $ 124.23 |
| 2/23/2009 | Michael E. Scannella | Parking & Tolls | Parking at hotel (4 nights) while working on Nortel bankruptcy engagement. | $ 134.00 |
| 2/23/2009 | Michael E. Scannella | Rental Car | Rental Car for getting to/from client site from hotel while working on Nortel bankruptcy engagement. | $ 336.01 |
| 2/24/2009 | Coley P. Brown | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 23.68 |
| 2/24/2009 | David Head | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 28.93 |
| 2/24/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from dinner and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 9.60 |
| 2/24/2009 | Michael E. Scannella | Meals | Dinner for traveling employees (4) while working on Nortel bankruptcy engagement. | $ 92.84 |
| 2/24/2009 | Michael E. Scannella | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 4.67 |
| 2/24/2009 | Michael E. Scannella | Other | Hotel tips for the week for out of traveling employee while working on Nortel bankruptcy engagement. | $ 13.00 |
| 2/24/2009 | Theresa Steinkamp | Airfare | Airfare to/from client site for out of town employee. | $ 391.90 |

**Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/25/2009 | Coley P. Brown | Meals | Dinner for traveling employees (5) while working on Nortel bankruptcy engagement. | $ 241.54 |
| 2/25/2009 | David Head | Airfare | Airfare to/from client site for out of town employee. | $ 718.62 |
| 2/25/2009 | David Head | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 8.50 |
| 2/25/2009 | Michael E. Scannella | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 4.45 |
| 2/26/2009 | Coley P. Brown | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 16.00 |
| 2/26/2009 | David Head | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 8.50 |
| 2/26/2009 | James Lukenda | Telecom | Internet charges for out of town employee while working on the Nortel bankruptcy engagement. | $ 13.99 |
| 2/26/2009 | Lee A. Sweigart | Ground Transportation | Taxi to/from dinner and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 9.60 |
| 2/26/2009 | Michael E. Scannella | Ground Transportation | Taxi to/from dinner and hotel for traveling employees while on Nortel bankruptcy engagement. | $ 10.00 |
| 2/26/2009 | Michael E. Scannella | Meals | Dinner for traveling employees (5) while working on Nortel bankruptcy engagement. | $ 173.87 |
| 2/26/2009 | Michael E. Scannella | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 4.30 |
| 2/26/2009 | Michael E. Scannella | Office Supplies | Purchased office supplies, including ethernet cords, binders, and other items for use at Nortel client site. | $ 119.38 |
| 2/27/2009 | Bob Jones | Ground Transportation | Taxi to/from client site and airport for traveling employees while on Nortel bankruptcy engagement. | $ 31.00 |
| 2/27/2009 | Bob Jones | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 470.02 |
| 2/27/2009 | Bob Jones | Mileage | Mileage to/from Cumming, GA and Atlanta Airport for traveling employee while working on Nortel bankruptcy engagement. | $ 31.90 |
| 2/27/2009 | Bob Jones | Parking & Tolls | Parking while out of town for traveling employee on Nortel bankruptcy engagement. | $ 75.00 |
| 2/27/2009 | Coley P. Brown | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 40.00 |
| 2/27/2009 | Coley P. Brown | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 592.12 |
| 2/27/2009 | Coley P. Brown | Meals | Breakfast for traveling employees (3) while working on Nortel bankruptcy engagement. | $ 18.11 |

**Nortel-Exhibit B-Expense Details February 2, 2009 through February 28, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/27/2009 | Coley P. Brown | Meals | Dinner for traveling employees (5) while working on Nortel bankruptcy engagement. | $ 250.00 |
| 2/27/2009 | Coley P. Brown | Parking & Tolls | Parking at hotel while working on Nortel bankruptcy engagement. | $ 10.00 |
| 2/27/2009 | David Head | Hotel/Lodging | Hotel (3 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 350.21 |
| 2/27/2009 | David Head | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 8.50 |
| 2/27/2009 | David Head | Telecom | Internet/phone charges for out of town employee while working on the Nortel bankruptcy engagement. | $ 42.26 |
| 2/27/2009 | Lee A. Sweigart | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 461.20 |
| 2/27/2009 | Lee A. Sweigart | Meals | Dinner for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 38.91 |
| 2/27/2009 | Lee A. Sweigart | Parking & Tolls | Parking at airport for traveling employee on Nortel bankruptcy engagement. | $ 80.00 |
| 2/27/2009 | Matthew J. Fisher | Airfare | Airfare to/from client site for out of town employee. | $ 638.64 |
| 2/27/2009 | Matthew J. Fisher | Ground Transportation | Taxi to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 40.00 |
| 2/27/2009 | Matthew J. Fisher | Hotel/Lodging | Hotel (4 nights) for out of town traveling employee while working on Nortel bankruptcy engagement. | $ 472.57 |
| 2/27/2009 | Michael E. Scannella | Airfare | Airfare to/from client site for out of town employee. | $ 554.90 |
| 2/27/2009 | Michael E. Scannella | Ground Transportation | Car Service to/from residence and airport for traveling employees while on Nortel bankruptcy engagement. | $ 88.00 |
| 2/27/2009 | Michael E. Scannella | Meals | Breakfast for traveling employee (1) while working on Nortel bankruptcy engagement. | $ 2.77 |
| 2/28/2009 | Coley P. Brown | Rental Car | Rental Car for getting to/from client site from hotel while working on Nortel bankruptcy engagement. | $ 330.62 |
| 2/28/2009 | David Head | Airfare | Airfare to/from client site for out of town employee. | $ 1,154.65 |
| 2/28/2009 | David Head | Parking & Tolls | Parking at airport for traveling employee on Nortel bankruptcy engagement. | $ 80.00 |
| | | | **Total Expenses** | **$ 34,239.70** |