# EXHIBIT C



March 23, 2009


Gordon A. Davies, Esq.
Chief Legal Officer and Corporate Secretary
Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1


Dear Mr. Davies:

Enclosed is Huron Consulting Group's statement for February 2, 2009 through February 28, 2009.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this first monthly statement by April 13, 2009, (20th day following service of the Monthly Statement) the debtors are authorized to pay 80% of the fees ($238,326.67) and 100% of the expenses ($34,239.70) for a total amount due of $272,566.37.


If you have any questions on the enclosed billing or any aspect of the engagement, please do not hesitate to contact Jim Lukenda, the engagement Managing Director.


Very truly yours,


Clarissa D. Tuttle
Clarissa Tuttle
Billing Coordinator



# FEES SUMMARY

| Professional | Title | Hours | | Rate | | | Total |
|---|---|---|---|---|---|---|---|
| James Lukenda | Managing Director | 87.50 | hrs | $ 710 | / hr | $ | 62,125.00 |
| Michael Sullivan | Managing Director | 10.30 | hrs | $ 695 | / hr | $ | 7,158.50 |
| David Head | Managing Director | 107.30 | hrs | $ 650 | / hr | $ | 69,745.00 |
| Lee Sweigart | Director | 98.50 | hrs | $ 540 | / hr | $ | 53,190.00 |
| Matthew J. Fisher | Director | 113.80 | hrs | $ 540 | / hr | $ | 61,452.00 |
| Coley P. Brown | Associate | 76.20 | hrs | $ 335 | / hr | $ | 25,527.00 |
| Mi-Goung Choi | Associate | 0.70 | hrs | $ 335 | / hr | $ | 234.50 |
| Jennifer McConnell | Associate | 9.20 | hrs | $ 335 | / hr | $ | 3,082.00 |
| Bob Jones | Proj Consultant | 113.40 | hrs | $ 250 | /hr | $ | 28,350.00 |
| Michael Scannella | Analyst | 111.90 | hrs | $ 245 | / hr | $ | 27,415.50 |
| Total Fees | | 728.80 | | | | $ | 338,279.50 |

| | | |
|---|---|---|
| Reduction for Travel Time Charges | $ | (7,270.25) |
| Agreed Accommodation on Monthly Invoice (10%) | $ | (33,100.91) |

**Total Net Fees Due:**                                                 $    **297,908.34**

Blended Hourly Rate:        $ 408.77



# EXPENSE SUMMARY

| Cost Type | Amount |
|---|---|
| Airfare | $ 18,795.88 |
| Ground Transportation | $ 1,610.64 |
| Hotel/Lodging | $ 7,760.12 |
| Meals | $ 3,010.33 |
| Mileage | $ 198.00 |
| Office Supplies | $ 119.38 |
| Other | $ 270.07 |
| Parking & Tolls | $ 994.14 |
| Rental Car | $ 1,241.36 |
| Telecom | $ 139.78 |
| Training Books/Materials | $ 100.00 |
| **Total Expenses** | **$ 34,239.70** |



Invoice Date: 03/23/09

Gordon A. Davies, Esq.
Chief Legal Office and Corporate Secretary
Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1

**DUE UPON RECEIPT**
**INVOICE #: 153240**
**JOB NUMBER: 01675**
**HURON TAX ID#: 01-0666453**

**STRICTLY CONFIDENTIAL**

*For Professional Services Rendered February 2, 2009 through February 28, 2009:*

| | | |
|---|---|---|
| Total Fees Incurred this Period ....................................................................... | $ | 297,908.34 |
| Total Expenses Incurred this Period ................................................................ | $ | 34,239.70 |
| Total Amount Due: .......................................................................................... | $ | 332,148.04 |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | | |
|---|---|---|
| Fees 80% ........................................................................................................ | $ | 238,326.67 |
| Expenses 100% ............................................................................................... | $ | 34,239.70 |
| **Amount Due for this period** ..................................................................... | $ | **272,566.37** |
| Holdback of 20% until final court approval..................................................... | $ | 59,581.67 |

<table>
<tr><td>
To ensure proper credit please<br>
refer to invoice number 153240<br><br>
FEDERAL TAX ID # 01-0666453<br><br>
**REMITTANCE COPY**
</td></tr>
</table>

**Payment by wire transfer:**
Bank of America
Chicago, Illinois
Routing No. 0260-0959-3
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

**Payment by ACH/EFT:**
Bank of America
Chicago, Illinois
Routing No. 071000039
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

Comments: (Include Invoice Number to ensure proper credit)