**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                          :
```

*In re*                                   :    Chapter 11

Nortel Networks Inc., *et al.*,[1]        :    Case No. 09-10138 (KG)

              Debtors.    :    Jointly Administered

```
                                          :
                                          :
                                          :
-----------------------------------------------------------X
```

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 443**

       PLEASE TAKE NOTICE that on March 6, 2009, the undersigned counsel for the above

captioned debtors and debtors-in-possession (the "Debtors") filed and served the **Debtors' Supplemental**

**Motion For Entry Of An Order Authorizing The Debtors To Remit And Pay Certain Taxes And**

**Fees** (D.I. 194) (the "Motion").

       PLEASE TAKE FURTHER NOTICE that shortly after filing and serving the Motion, the

Debtors received informal comments (the "Informal Comments") from the Official Committee Of

Unsecured Creditors to the Motion.

       PLEASE TAKE FURTHER NOTICE that in order to resolve the Informal Comments,

the Debtors have agreed to modify the proposed order. The proposed order as modified is attached hereto

as **Exhibit A**, and a blackline against the order originally filed with the Motion is attached hereto as

**Exhibit B**.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that, as of the date hereof, Morris Nichols has received no further answer, objection or other responsive pleading to the Motion. The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 19, 2009 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully requests that the Order attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated:  March 23, 2009
      Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                James L. Bromley
                Lisa M. Schweitzer
                One Liberty Plaza
                New York, New York 10006
                Telephone:  (212) 225-2000
                Facsimile:  (212) 225-3999

                    - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                  Thomas F. Driscoll III (No. 4703)
                Ann C. Cordo (No. 4817)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                Counsel for the Debtors and
                Debtors in Possession