IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :    Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               :    Case No. 09-10138 (KG)
                                                               :
                              Debtors.                         :    Jointly Administered
                                                               :
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 507, 510 AND 511]

PLEASE TAKE NOTICE that on March 23, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list:

- **Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Lazard Frees & Co. LLC As Financial Advisor And Investment Banker To The Debtors** *Nunc Pro Tunc* **To The Petition Date** (D.I. 507, Entered 3/20/09);

- **Order Approving Procedures For The Rejection Of Executory Contracts And Unexpired Leases And The Abandonment Of Certain Assets Related Thereto** (D.I. 510, Entered 3/20/09); and

- **Order Authorizing Key Executive Incentive Plan for SLT Executives** (D.I. 511, Entered 3/20/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 23, 2009
      Wilmington, Delaware

            CLEARY GOTTLIEB STEEN & HAMILTON LLP

            James L. Bromley
            Lisa M. Schweitzer
            One Liberty Plaza
            New York, New York 10006
            Telephone: (212) 225-2000
            Facsimile: (212) 225-3999

                  - and -

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            _____
            Derek C. Abbott (No. 3376)
            Eric D. Schwartz (No. 3134)
            Thomas F. Driscoll III (No. 4703)
            Ann C. Cordo (No. 4817)
            1201 North Market Street, 18th Floor
            P.O. Box 1347
            Wilmington, DE 19899-1347
            Telephone: (302) 658-9200
            Facsimile: (302) 425-4663

            Counsel for the Debtors and Debtors in Possession

2800136.1