IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :     Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :     Case No. 09-10138 (KG)
                                                         :
                        Debtors.                         :     Jointly Administered
                                                         :
---------------------------------------------------------X

AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 26, 2009 AT 12:00 P.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

1. Debtors' Supplemental Motion For Entry Of An Order Authorizing The Debtors To Remit And Pay Certain Taxes And Fees (D.I. 443, filed 3/6/09).

    Related Pleadings:

    a)   Certificate Of No Objection Regarding Docket No. 443 (D.I. 520, filed 3/23/09); and

    b)   Proposed Form Of Order.

    Objection Deadline:

    Responses Received:  None.

    Status:  A certificate of no objection has been filed.  No hearing is necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

CONTESTED MATTERS GOING FORWARD:

2. Debtors' Motion For Order (I) Authorizing And Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-up Fee And Expense Reimbursement, (D) Notice Procedures, (E) Assumption And Assignment Procedures, And (F) Date For The Sale Hearing, And (II) Authorizing And Approving (A) Sale Of The Purchased Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts (D.I. 353, Filed 2/20/09).

Related Pleadings:

a) Notice Of Filing Of Revised Orders And Notices Relating To Debtors Motion For Approval Of Bidding Procedures, Break-Up Fee, Expense Reimbursement And Related Relief (D.I. 379, Filed 2/26/09);

b) Order Authorizing And Approving (A) Bidding Procedures, (B) Break-Up Fee And Expense Reimbursement, (C) Notice Procedures, (D) Assumption And Assignment Procedures (E) Filing Of Certain Schedules Under Seal And (F) Setting Time, Date And Place For Sale Hearing (D.I. 386, Filed 2/27/09);

c) Notice Of Sale Re: (I) Solicitation Of Initial Bids; (II) Bidding Procedures; (III) Auction; (IV) Sale Hearing And (V) Related Relief And Dates (D.I. 403, Filed 3/3/09);

d) Notice Of Sale Re: (I) Debtors' Request For Authority To Assume, Assign And Sell Certain Contracts And (II) Debtors' Proposed Cure Amounts (D.I. 405, Filed 3/3/09);

e) Notice Of Rescheduled Hearing From March 25, 2009 At 10:30 A.M. (Eastern Time) To March 26, 2009 At 12:00 Noon (Eastern Time) (D.I. 437, Filed 3/5/09); and

f) Notice Of Cancellation Of Auction (D.I. 506, Filed 3/20/09).

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to March 25, 2009 at noon (ET) for Hewlett Packard and Computer Sciences Corp.

Responses Received:

a) Reservation Of Rights By Oracle USA, Inc. Regarding The Debtors' Motion For Orders (I) Authorizing And Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-Up Fee And Expense Reimbursement, (D) Notice Procedures, (E) Assumption And Assignment Procedures, And (F) Date For The Sale Hearing, And (II) Authorizing And Approving (A) Sale Of The Purchased Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts (D.I. 374, Filed 2/26/09); and

b) Initial Objection Of The Affiliates Of Verizon Communications Inc. To Debtors Motion For Order Authorizing And Approving The Sale Of Certain Non-Core Assets And Assumption And Assignment Of Certain Contracts (D.I. 484, Filed 3/18/09).

2784908

<u>Status</u>:  This matter is going forward.

Dated:  March 24, 2009
       Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      James L. Bromley
      Lisa M. Schweitzer
      One Liberty Plaza
      New York, New York 10006
      Telephone:  (212) 225-2000
      Facsimile:  (212) 225-3999

      - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      /s/ Thomas F. Driscoll III
      Derek C. Abbott (No. 3376)
      Eric D. Schwartz (No. 3134)
      Thomas F. Driscoll III (No. 4703)
      Ann C. Cordo (No. 4817)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE  19899-1347
      Telephone:  (302) 658-9200
      Facsimile:  (302) 425-4663

      Counsel for the Debtors and
      Debtors in Possession

2784908