**CERTIFICATE OF SERVICE**

      I, Thomas F. Driscoll, III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Agenda Of Matters Scheduled For Hearing On March 26, 2009 At 12:00 p.m. (Eastern Time)** was caused to be made on March 24, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: March 24, 2009                                             */s/ Thomas F. Driscoll III*
                                                                       Thomas F. Driscoll III (No. 4703)

2800793.1