IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re | Chapter 11 Case
 | No. 09-10138-KG
Nortel Networks, Inc., et al. |
 |
        Debtor |
 |

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE

SIRS:

PLEASE TAKE NOTICE that Monarch Alternative Capital LP hereby appears in the above captioned Chapter 11 proceedings. The undersigned requests that copies of all papers, including, but not limited to all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein be duly served on the undersigned at the address set forth below.

Dated: March 19, 2009

                                 Andrew Herenstein
                         Monarch Alternative Capital LP
                              535 Madison Avenue
                               New York, NY 10022
                            Telephone: 212 554-1742
                                  Fax: 866 741-2505
                Email: Andrew.Herenstein@Monarchlp.com

cc:

    Andrew R. Remming
    Morris, Nichols, Arsht & Tunnell
    1201 North Market Street
    PO Box 1347
    Wilmington, DE  19899-1347

    Ann C. Cordo
    Morris, Nichols, Arsht & Tunnell
    1201 North Market Street
    PO Box 1347
    Wilmington, DE  19899-1347

    Derek C. Abbott
    Morris, Nichols, Arsht & Tunnell
    1201 North Market Street
    PO Box 1347
    Wilmington, DE  19899-1347

Eric Schwartz
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Thomas F. Driscoll
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Peter James Duhig
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
PO Box 1397
Wilmington, DE 19899

Mary Caloway
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
PO Box 1397
Wilmington, DE 19899