## Schedule 1
## Disclosure of Jefferies & Company, Inc.
### Potential Parties in Interest

**Parties Who Have Filed Notices of Appearance: February 7, 2009 Through March 1, 2009**

Unisys Corporation
Xeta Technologies
County of Loudoun, Virginia
APC Workforce Solutions, LLC
Sanmina-SCI Corporation
Andrew, LLC (and applicable affiliates)
Right Management, Inc.
Anixter, Inc
The Prudential Insurance Company of America
Jabil Circuit, Inc.
Perkins Coie LLP
Slash Support, Inc.
Gilmore Global Logistics Services Inc.
Clearwire Corporation
Florida Power & Light Company
TW Telecom inc (formerly: Time Warner Telecom Inc.)
Aon Consulting
Bell Microproducts, Inc.
Tandberg
XETA Technologies, Inc.
SAP America, Inc.

**Parties Identified in 2014 Statements Through March 1, 2009**

Helein & Marashlian, LLC
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Native Discovery Solutions
KPMG LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Neal & Harwell, PLC
Shearman & Sterling LLP
Crowell & Moring LLP
Jackson Lewis LLP
Huron Consulting Group
Mercer (US) Inc.

**Other Interested Parties**

Company A
Company B
Company C
Company D
Company E

Company F
Company G
Company H
Company I
Company J
Company K
Company L
Company M