## Schedule 2
## Disclosure of Jefferies & Company, Inc.
### Result of Conflicts Search – Current or former Clients and/or Representations

| Party | Relationship |
|---|---|
| Unisys Corporation | Current or former client on a matter unrelated to these cases |
| Clearwire Corporation | Current or former client on a matter unrelated to these cases |
| Florida Power & Light Company | Current or former client on a matter unrelated to these cases |
| TW Telecom | Current or former client on a matter unrelated to these cases |
| Aon Consulting | Current or former client on a matter unrelated to these cases |
| Tandberg | Current or former client on a matter unrelated to these cases |
| SAP America, Inc. | SAP AG is a current or former client on a matter unrelated to these cases |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. has provided Jefferies with services on former matters unrelated to these cases |
| KPMG LLP | KPMG LLP is Jefferies' auditor. We do not believe this relationship poses a conflict of interest in this case |
| Shearman & Sterling LLP | Shearman & Sterling LLP has provided Jefferies with services on former matters unrelated to these cases |
| Mercer (US) Inc. | The Compensation Committee of Jefferies Group, Inc. has retained Mercer Inc. in connection with executive compensation. We do not believe this relationship poses a conflict of interest in this case |
| Company A | Current or former client on a matter unrelated to these cases |
| Company B | Current or former client on a matter unrelated to these cases |
| Company C | Current or former client on a matter unrelated to these cases |
| Company D | Current or former client on a matter unrelated to these cases |
| Company F | Current or former client on a matter unrelated to these cases |
| Company J | Current or former client on a matter unrelated to these cases |