**Schedule 3**
**Disclosure of Jefferies & Company, Inc.**
<u>**Result of Conflicts Search – Market Making and Research**</u>

| Party | Relationship |
|---|---|
| Sanmina-SCI Corporation | Jefferies makes a market in securities of this company |
| Clearwire Corporation | Jefferies makes a market in securities of this company |
| TW Telecom Inc. | Jefferies makes a market in securities of this company |
| Bell Microproducts, Inc. | Jefferies makes a market in securities of this company |
| Company E | Jefferies makes a market in securities of this company |
| Company J | Jefferies makes a market in securities of this company |
| Company K | Jefferies makes a market in securities of this company |
| Company L | Jefferies makes a market in securities of this company |
| Company M | Jefferies makes a market in securities of this company |
| Unisys Corporation | Jefferies publishes research on this company |
| Clearwire Corporation | Jefferies publishes research on this company |
| TW Telecom Inc. | Jefferies publishes research on this company |
| SAP America, Inc. | Jefferies publishes research on SAP AG |
| Company E | Jefferies publishes research on this company |
| Company J | Jefferies publishes research on this company |
| Company M | Jefferies publishes research on this company |