IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

In re : Chapter 11

Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)

              Debtors. : Jointly Administered

: Hearing date: April 9, 2009 at 9:00 a.m. (E.T.)
: Objections due: April 2, 2009 at 4:00 p.m. (E.T.)

-----------------------------------------------------------X

## NOTICE OF DEBTORS' MOTION AUTHORIZING INSURERS TO PAY CERTAIN COSTS AND FEES AND AMENDING THE AUTOMATIC STAY AS NECESSARY TO ALLOW SUCH PAYMENTS

     PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed and served the attached **Debtors' Motion Authorizing Insurers To Pay Certain Costs And Fees And Amending The Automatic Stay As Necessary To Allow Such Payments** (the "Motion").

     PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") (and the supporting documentation required by Local Rule 4001-1(d)) if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 2, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

     At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline:

     PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **APRIL 9, 2009 AT 9:00 A.M.,** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

   THE HEARING DATE SPECIFIED ABOVE MAY BE A PRELIMINARY HEARING OR MAY BE CONSOLIDATED WITH THE FINAL HEARING, AS DETERMINED BY THE COURT.

   THE ATTORNEYS FOR THE PARTIES SHALL CONFER WITH RESEPCT TO THE ISSUES RAISED BY THE MOTION IN ADVANCE FOR THE PURPOSE OF DETERMINING WHETHER A CONSENT JUDGMENT MAY BE ENTERED AND/OR FOR THE PURPOSE OF STIPULATING TO RELEVANT FACTS SUCH AS VALUE OF THE PROPERTY, AND THE EXTENT AND VALIDITY OF ANY SECURITY INSTRUMENT.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 24, 2009
   Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_[signature]_

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

2801172.1