## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Pursuant To Sections 105 And 363 Of The Bankruptcy Code Authorizing But Not Directing The Payment Of Certain Prepetition Obligations Under Their Retirement Income Plan** was caused to be made on March 24, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: March 24, 2009

_____
Thomas F. Driscoll III (No. 4703)

2801902.1