## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of Johannus Poos In Support Of Debtors' Motion For An Order Pursuant To Sections 105 And 363 Of The Bankruptcy Code Authorizing The Payment Of Certain Prepetition Obligations Under Their Retirement Income Plan** was caused to be made on March 24, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: March 24, 2009

_____
Thomas F. Driscoll III (No. 4703)

2807168.1