# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 3/25/2009 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 13 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV

                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Nortel Networks Inc., et al.     2221 Lakeside Boulevard     Richardson, TX 75082
frep     Allen &Overy LLP,     1221 Avenue of the Americas     New York, NY 10020
ust      Thomas Patrick Tinker     Office of the U.S. Trustee     844 King Street Suite 2207     Wilmington, DE 19801
aty      Andrew R. Remming     Morris, Nichols, Arsht &Tunnell     1201 North Market Street     P.O. Box 1347     Wilmington, DE 19899−1347
aty      Ann C. Cordo     Morris Nichols Arsht &Tunnell LLP     1201 N. Market Street     P.O. Box 1347     Wilmington, DE 19899−1347
aty      Derek C. Abbott     Morris Nichols Arsht &Tunnell     1201 N. Market Street     Wilmington, DE 19899
aty      Derek C. Abbott     Morris, Nichols, Arsht &Tunnell     1201 N. Market Street     P. O. Box 1347     Wilmington, DE 19899
aty      Eric D. Schwartz     Morris, Nichols, Arsht &Tunnell     1201 N.Market Street     P. O. Box 1347     Wilmington, DE 19801
aty      Mary Caloway     Buchanan Ingersoll &Rooney PC     1000 West Street     Ste 1410     Wilmington, DE 19801
aty      Peter James Duhig     Buchanan Ingersoll &Rooney PC     The Brandywine Building     1000 West Street     Suite 1410, P.O. Box 1397     Wilmington, DE 19899
aty      Thomas F. Driscoll     Morris, Nichols, Arsht &Tunnell LLP     1201 North Market Street     Wilmington, DE 19801
aty      Thomas F. Driscoll     Morris, Nichols, Arsht &Tunnell LLP     1201 North Market Street     Wilmington, DE 19801

                                                    TOTAL: 12