## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------X
                                        :
                                        :    Chapter 11
                                        :
In re                                   :    Case No. 09-10138 (KG)
                                        :
Nortel Networks Inc., et al.,[1]        :    Jointly Administered
                                        :
              Debtors.                  :
                                        :    RE: D.I.s 11, 48, 239, 443
                                        :
                                        :
                                        :
---------------------------------------------------X
```

## SUPPLEMENTAL ORDER AUTHORIZING THE DEBTORS TO REMIT AND PAY CERTAIN TAXES AND FEES

Upon the motion dated March 6, 2009 (the "Motion"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors") for the entry of an order (the "Order") amending the Order Pursuant to Sections 105(a), 363(b), 507(a)(8), and 541 of the Bankruptcy Code Authorizing the Debtors to Remit and Pay Certain Taxes and Fees [D.I. 48]; and upon consideration of the Declaration of John Doolittle in Support of First Day Motions and Applications [D.I. 3]; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the

Court having determined that the legal and factual bases set forth in the Motion establish just

cause for the relief requested in the Motion, and that such relief is in the best interests of the

Debtors, their estates, their creditors and the parties in interest; and upon the record in these

proceedings; and after due deliberation

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Paragraph 2 of the Taxes and Fees Order is amended and supplemented as
        follows:

        The Debtors are authorized, but not directed, to remit and pay in cash all
        undisputed prepetition Taxes and Fees consistent with their customary practices in
        the ordinary course of business, including: . . .

        d.      Income/franchise taxes and/or business and occupation taxes and business
                license fees and other fees in an amount not to exceed $4 million.

3.      Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to

the contrary, (a) the terms of this Order shall be immediately effective and enforceable upon its

entry; (b) the Debtors are not subject to any stay in the implementation, enforcement or

realization of the relief granted in this Order, and (c) the Debtors may, in their discretion and

without further delay, take any action and perform any act authorized under this Order.

4.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: March 25, 2009
       Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

[New York #2027643 v4]