**PARAG P. PATEL, ESQUIRE**
**Patel Law Offices**
**Metro Park Offices**
**33 Wood Avenue South, Second Floor**
**PO Box 81**
**Iselin, New Jersey 08830-0081**
**Phone (732)623-9800; Fax (800)465-0976**
**E-Mail: www.PatelLawOffices.com**

|  |  |  |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | DISTRICT OF DELAWARE |
|  | : | CHAPTER 11 |
| NORTEL NETWORKS, | : | CASE NO. 09-10138 |
| INC., et al., | : |  |
|  | : |  |
| Debtors. | : | JOINTLY ADMINISTERED |
|  | : |  |

NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Parag P. Patel, Esquire, hereby enters his appearance as counsel to SEAL Consulting, Inc., a creditor and party-in-interest in the above-captioned Chapter 11 cases (collectively, the "Cases"), and pursuant to Sections 342 and 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those governed by Bankruptcy Rules 2002, 3017, and 9007) given, and all papers served or required to be served, in the Cases, or in any case, controversy, or proceeding related to the Cases, be given to and served upon me at the address, telephone, facsimile number and e-mail address indicated above.

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred

to in the Bankruptcy Code or Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any applications, motions, orders, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, any disclosure statement or plan of reorganization, pursuant to Bankruptcy Rule 3017, and any other document brought before this Court with respect to the Cases, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that SEAL Consulting, Inc. does not intend that this Notice of Appearance and Demand for Service of Notices and Pleadings, or any later appearance or pleading, be deemed or construed to be a waiver of SEAL Consulting, Inc.'s rights: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in the Cases, or any case, controversy, or proceeding, related to the Cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any other person, firm, or governmental agency; and (v) to any other rights, claims, actions, setoffs, recoupments, or defenses to which SEAL Consulting, Inc. is or may be entitled.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Service of Notices and Pleadings shall not be construed as an appointment of Parag P. Patel, Esquire as the authorized agent of SEAL Consulting, Inc., either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the

Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: 3/16/09

PARAG P. PATEL
Counsel to SEAL Consulting, Inc.