**PARAG P. PATEL, ESQUIRE**
**Patel Law Offices**
**Metro Park Offices**
**33 Wood Avenue South, Second Floor**
**PO Box 81**
**Iselin, New Jersey 08830-0081**
**Phone (732)623-9800; Fax (732)791-4599**
**E-Mail: mail@PatelLawOffices.com**

|  |  |  |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | DISTRICT OF DELAWARE |
|  | : | CHAPTER 11 |
| NORTEL NETWORKS, | : | CASE NO. 09-10138 |
| INC., et al., | : |  |
|  | : |  |
| Debtors. | : | JOINTLY ADMINISTERED |
|  | : |  |
|  | : | AFFIDAVIT OF NON CONFORMANCE |

| STATE OF NEW JERSEY | : |
|---|---|
|  | : ss |
| COUNTY OF MIDDLESEX | : |

    PARAG P. PATEL, of full age, being duly sworn upon his oath, deposes and says:

    1.    I am an attorney at law of the State of New Jersey, and represent creditor, SEAL Consulting, Inc. in the above-captioned Chapter 11 case.

    2.    Attached hereto is an original and copy of Proof of Claim and Notice of Appearance to be filed on behalf of SEAL Consulting, Inc.

    3.    With respect to the transition in procedure effective October 1, 2003 which requires mandatory electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files then (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, I am not currently certified as a CM/ECF

Participant in Delaware. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit.

Sworn and subscribed to
before me this 17th day
of March, 2009.

*ROSEMARY P. DENT*
A Notary Public Of New Jersey
My Commission Expires 11/2/2012