IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

------------------------------------------------------------X

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 26, 2009 AT 12:00 P.M. (EASTERN TIME)[3]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

1. Debtors' Supplemental Motion For Entry Of An Order Authorizing The Debtors To Remit And Pay Certain Taxes And Fees (D.I. 443, filed 3/6/09).

    Related Pleadings:

    a) Certificate Of No Objection Regarding Docket No. 443 (D.I. 520, filed 3/23/09); and

    b) **Supplemental Order Authorizing The Debtors To Remit And Pay Certain Taxes And Fees (D.I. 531, Entered 3/25/09)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Responses Received: None.

**Status: An order has been entered. Therefore, no hearing is necessary.**

CONTESTED MATTERS GOING FORWARD:

2.  Debtors' Motion For Order (I) Authorizing And Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-up Fee And Expense Reimbursement, (D) Notice Procedures, (E) Assumption And Assignment Procedures, And (F) Date For The Sale Hearing, And (II) Authorizing And Approving (A) Sale Of The Purchased Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts (D.I. 353, Filed 2/20/09).

    Related Pleadings:

    a)  Notice Of Filing Of Revised Orders And Notices Relating To Debtors Motion For Approval Of Bidding Procedures, Break-Up Fee, Expense Reimbursement And Related Relief (D.I. 379, Filed 2/26/09);

    b)  Order Authorizing And Approving (A) Bidding Procedures, (B) Break-Up Fee And Expense Reimbursement, (C) Notice Procedures, (D) Assumption And Assignment Procedures (E) Filing Of Certain Schedules Under Seal And (F) Setting Time, Date And Place For Sale Hearing (D.I. 386, Filed 2/27/09);

    c)  Notice Of Sale Re: (I) Solicitation Of Initial Bids; (II) Bidding Procedures; (III) Auction; (IV) Sale Hearing And (V) Related Relief And Dates (D.I. 403, Filed 3/3/09);

    d)  Notice Of Sale Re: (I) Debtors' Request For Authority To Assume, Assign And Sell Certain Contracts And (II) Debtors' Proposed Cure Amounts (D.I. 405, Filed 3/3/09);

    e)  Notice Of Rescheduled Hearing From March 25, 2009 At 10:30 A.M. (Eastern Time) To March 26, 2009 At 12:00 Noon (Eastern Time) (D.I. 437, Filed 3/5/09); and

    f)  Notice Of Cancellation Of Auction (D.I. 506, Filed 3/20/09).

    Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to March 25, 2009 at noon (ET) for Hewlett Packard and Computer Sciences Corp.

    Responses Received:

    a)  Reservation Of Rights By Oracle USA, Inc. Regarding The Debtors' Motion For Orders (I) Authorizing And Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-Up Fee And Expense Reimbursement, (D) Notice Procedures, (E) Assumption And Assignment Procedures, And (F) Date For The Sale Hearing, And (II) Authorizing And Approving (A) Sale Of The Purchased Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts (D.I. 374, Filed 2/26/09); and

2813158

b)     Initial Objection Of The Affiliates Of Verizon Communications Inc. To Debtors Motion For Order Authorizing And Approving The Sale Of Certain Non-Core Assets And Assumption And Assignment Of Certain Contracts (D.I. 484, Filed 3/18/09).

Status: **The Debtors have agreed to continue this matter solely with respect to the assumption and assignment of Verizon's contracts to April 9, 2009 at 9:00 a.m. In all other respects this matter is going forward.**

Dated: March 25, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas F. Driscoll III
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2813158