# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 3/26/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Drew G. Sloan | Richards Layton & Finger | Committee |
| Mary Calloway | Buchanan Ingersoll & Rooney | E&Y as Monitor |
| Lisa Kraidin | Allen & Overy | E&Y as Monitor |
| Tom Orsell | Morris Nichols Arsht & Tunnell | Debtor |
| Daniel Eggermann | Kramer Levin | Ralcmore |
| Kevin Collins | Bifferato | |
| Eric Waters | Gibson Dunn + Crutcher | Gores + Siemens |
| Ken Davis | Akin Gump Strauss Hauer & Feld | Official Committee |
| Lisa Schweitzer | Cleary Gottlieb | Debtors |

# Court Conference

Calendar Date: 03/26/2009
Calendar Time: 12:00 PM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Amended Calendar 03/26/2009 06:59 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2712147 | Kathryn A. Coleman | 212-351-4000 | Gibson, Dunn & Crutcher | Interested Party, Kathryn A. Coleman / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2731361 | James V. Drew | 212-696-6001 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2712137 | Eric Fromme | 949-451-3850 | Gibson, Dunn & Crutcher | Interested Party, Gores Siemens / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2733964 | Anneliese H. Pak | 212- | Ropes & Gray LLP | Interested Party, Silver Lake Capital, et al. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2731340 | Frank N. White | 404-873-8742 | Arnall, Golden & Gregory, LLP | Creditor, Verizon / LIVE |