# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                             :    Chapter 11
:
Nortel Networks Inc., *et al.*, [1]                 :    Case No. 09-10138 (KG)
:
                      Debtors.  :    Jointly Administered
:
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 549]

      PLEASE TAKE NOTICE that on March 31, 2009, copies of the **Order Approving Third Stipulation Of The Debtors And The Official Committee Of Unsecured Creditors Of Nortel Networks Inc.,. *et al*, Pursuant To Local Rule 9013-1(m), Extending The Time To File A Motion For Reconsideration Of Order Pursuant To 11 U.S.C. § 105(A) Approving Cross-Border Court-To-Court Protocol** (D.I. 549, Entered 3/31/09) were served in the manner indicated on the entities identified on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 31, 2009
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley
    Lisa M. Schweitzer
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

        - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

     /s/ Thomas F. Driscoll III
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Thomas F. Driscoll III (No. 4703)
    Ann C. Cordo (No. 4817)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    Counsel for the Debtors and Debtors in Possession

2775682.2