IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X

*In re*                                                   : Chapter 11

Nortel Networks Inc., *et al.*,[1]                        : Case No. 09-10138 (KG)

                      Debtors.                    : Jointly Administered

---------------------------------------------------------------X


**SUPPLEMENTAL DECLARATION OF DEREK C. ABBOTT IN
FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A) AND 1107(B), FED. R.
BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1
AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS,
NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND
GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS,
*NUNC PRO TUNC* TO THE PETITION DATE**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

      1.     I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"),[2] which maintains an office for the practice of law at 1201 N. Market Street, Suite 1800, Wilmington, Delaware 19899. I am an attorney at law, duly admitted and in good standing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

to practice in the State of Delaware, as well as the United States District Court for the District of Delaware.

2. I submit this declaration to supplement my declaration dated January 19, 2009 (the "Initial Declaration"), attached as Exhibit A to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 75] (the "Application"), filed on January 19, 2009. By order entered February 4, 2009, the Court approved the Application [D.I. 220].

3. Morris Nichols currently represents Florida Power & Light Company and certain affiliates thereof in matters unrelated to these cases. I am informed that Florida Power & Light Company or its affiliates may be creditors or parties-in-interest in these cases.

4. Morris Nichols currently represents SCA Music Holdings (Canada) Inc. and certain affiliates thereof in matters unrelated to these cases. I am informed that SCA Music Holdings (Canada) Inc. or its affiliates may be creditors or parties-in-interest in these cases.

5. Morris Nichols has represented American Express and certain affiliates thereof in connection with matters unrelated to these cases within the last two years. I am informed that American Express or its affiliates may be creditors or parties-in-interest in these cases.

6. Morris Nichols currently represents Applied Micro Circuits and certain affiliates thereof in matters unrelated to these cases. I am informed that Applied Micro Circuits or its affiliates may be creditors or parties-in-interest in these cases.

7. Morris Nichols currently represents Jefferies & Co. and certain affiliates thereof in matters unrelated to these cases. I am informed that Jefferies & Co. or its affiliates may be creditors or parties-in-interest in these cases.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 day of March, 2009

_____
Derek C. Abbott

2766187