## CERTIFICATE OF SERVICE

I, Andrew R. Remming, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Supplemental Declaration Of Derek C. Abbott In Further Support Of The Debtors' Application For Entry Of An Order Pursuant To 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 And 2016-1 Authorizing Retention And Employment of Morris, Nichols, Arsht & Tunnell LLP As Delaware And General Bankruptcy Counsel For The Debtors Nunc Pro Tunc To The Petition Date** was caused to be made on March 31, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: March 31, 2009

                                                                       Andrew R. Remming (No. 5120)

2825794.1