# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263
Page 3
Client # 732310

Matter # 165839

For services through February 28, 2009
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 01/26/09 | Prepare pro hac vice re: R. Jacobs, F. Hodara and I. Dizengoff (.9); E-mail to C. Samis re: same (.1); Revise pro hac re same x3 (.3); E-mail to C. Samis re: same (.1); Prepare notice of appearance re: RLF/Akin Gump (.3); E-mail to C. Samis re: same (.1); Prepare certificate of service re: same ( 3); Revise notice of appearance x1 (.2); E-mail to C. Samis re: same (.1); Finalize, file and coordinate service re: RLF/Akin Gump notice of appearance (.2); Prepare canadian committee notice of appearance (.3); E-mail to C. Samis re: same (.1); Prepare pro hac vice re: A. Qureshi (.3); Prepare certificate of service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 3.60 hrs. | 185.00 | $666.00 |
| 01/26/09 | Review and revise three pro hac motions (.3); E-mail to M. Collins re: acquiring conflict information (.1); E-mail to R. Jacobs re: three pro hac motions for review (.1); Call to B. Kahn re: logistics of Committee counsel retention (.2); Review Akin/RL&F notice of appearance ( 2); E-mail to M. Collins re: receipt of conflict list (.1); E-mail to B. Witters re: drafting notice of appearance for Fraser as Canadian committee  counsel (.1); Review Fraser notice of appearance (.2) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 275.00 | $385.00 |
| 01/27/09 | Revise notice of appearance re: Canadian counsel (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 01/27/09 | Review and revise pro hac motion for A. Quereshi (.2); Email to B. Witters re: finalizing Akin pro hac motions (.1); Review, revise and finalize Fraser notice of appearance ( 2); Email to M. Wunder re: authority to electronically sign Fraser notice of appearance (.1); Email to R. Jacobs re: revised Akin pro hac motions (.1); Email to R. Jacobs re: questions regarding potential litigation for retention purposes (.1) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 275.00 | $220.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 4

Client # 732310

Matter # 165839

---

| 01/28/09 | Revise pro hac vice re: F. Hodara and R. Jacobs (.2); Revise certificates of service re: same x2 ( 2); Finalize, file and coordinate service re: pro hac vice of F. Hodara ( 2); Finalize, file and coordinate re: pro hac vice of R. Jacobs ( 2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |

| 01/28/09 | Review, revise and finalize Akin pro hac motions (.3); E-mails to R. Jacobs re: obtaining information for clearing Nortel conflicts (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 275.00 | $137.50 |

| 01/29/09 | Prepare distribution list (.2); Review docket (.2); E-mail to distribution re: filed pleadings (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 185.00 | $111.00 |

| 01/29/09 | Meet with M. Collins re: status of matter (.1); Meet with D. Sloan re: assisting with matter/responsibilities going forward (.2); Review 2nd Quebecor advertisement destruction agreement (.2); Email to R. Evergreen re: executed copy of 2nd Quebecor advertisement destruction agreement (.1); Email to B. Khan re: ECF registration (.1); Email to D. Sloan re: assisting with matter/responsibilities going forward (.1); Email to B. Witters re: circulation of pleadings (.1); Email to B. Khan re: circulation of pleadings (.1) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 275.00 | $275.00 |

| 01/29/09 | Meeting with C. Samis re: status of case and administration issues | | | |
| Director | Mark D. Collins | 0.20 hrs. | 610.00 | $122.00 |

| 01/30/09 | Review docket (.2); E-mail to distribution re: filed pleadings (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |

| 01/30/09 | Meet with D. Sloan and M. Romanczuk re: status of conflicts | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

| 02/02/09 | Attention to e-mail from M. Wunder re: addition to distribution list (.1); Update distribution list (.1); Review docket (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 5
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/03/09 | Update distribution list (.1); Review docket (.2); E-mail to distribution re: filed pleadings (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 02/03/09 | Meet with M. Collins re: status of case | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 02/04/09 | Review docket (.2); E-mail to distribution re: filed pleadings (.2); Prepare critical dates (.3); Circulate to RLF distribution re: same (.1); E-mail to and from B. Kahn re: ecf notifications (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 185.00 | $185.00 |
| 02/05/09 | Call to M. Heyman re: Wistern committee membership | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 02/09/09 | Review docket (.2); E-mail to RLF distribution re: filed pleadings (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 02/09/09 | Email to B. Kahn re: providing local rules in searchable electronic format | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 02/10/09 | Call from B. Kahn re: moving to reconsider cross border protocol motion | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 02/11/09 | Discussion with C. Samis re: distribution (.1); Update RLF distribution list (.2); Review docket (.1); Update critical dates (.1); E-mail to RLF distribution re: same (.1); Attention to e-mail re: D. Botter pro hac vice (.1); Prepare pro hac re: D. Botter (.3); E-mail to D. Botter re: same for signature (.1); Prepare certificate of service re: same (.2); Revise A. Qureshi re: pro hac (.1); E-mail to A. Qureshi re: pro hac (.1); Finalize, file and coordinate service re: pro hac vice of A. Qureshi (.2); Coordinate to Judge Gross re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 185.00 | $333.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263

Page 6

Client # 732310

Matter # 165839

---

| 02/11/09 | Email to B. Witters re: drafting pro hac for David H. Botter at Akin (.1); Email to B. Witters re: checking on signature page to pro hac to A. Qureshi at Akin (.1); Emails to B. Khan re: procedure for stipulating to extend time to respond to cross-border protocol motion (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.50 hrs. | 275.00 | $137.50 |
| 02/12/09 | Review docket (.2); E-mail to RLF distribution re: filed pleadings (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 02/12/09 | Review stipulation extending time to file motion to reconsider cross-border protocol motion (.2); Draft form of order for stipulation extending time to file motion to reconsider cross-border protocol motion (.2); E-mails to B. Kahn re: comments to stipulation extending time to file motion to reconsider cross-border protocol motion (.2); Call to B. Kahn re: procedure for submitting stipulation extending time to file motion to reconsider cross-border protocol motion (.2) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 275.00 | $220.00 |
| 02/13/09 | Attention to e-mail re: motion to provide access to information (.1); Retrieve re: same (.1); Prepare notice of motion re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: certification of counsel approving cross-border court protocol (.1); Retrieve and assemble re: same (.2); Finalize and file certification of counsel re: same (.2); Review docket (.2) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 185.00 | $240.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 7

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/13/09 | E-mail to B. Kahn re: revisions to certification of counsel for stipulation and order extending time for Committee to object to cross-border protocol (.1); Review, revise and finalize stipulation and order extending time for Committee to object to cross-border protocol and related certification of counsel (.3); E-mail to J. Sturm re: filing of Committee information sharing motion (.1); Review, revise and finalize Committee information sharing motion (.5); Call to S. Sarcuzzi re: stipulation and order extending time for Committee to object to cross-border protocol and related certification of counsel (.1); E-mail to B. Kahn re: submission of orders to the Court (.1); Call from B. Kahn re: status of 2/13/09 filings (.2); E-mail to B. Kahn re: providing Court advance warning of stipulation and order extending time for Committee to object to cross-border protocol and related certification of counsel (.1) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 275.00 | $412.50 |
| 02/17/09 | Review critical dates calendar | | | |
| Director | Mark D. Collins | 0.10 hrs. | 610.00 | $61.00 |
| 02/18/09 | Review docket (.3); E-mail to distribution re: filed pleadings (.4); Prepare pro hac re: J. Sturm (.2); Prepare certificate of service re: same (.1); E-mail to J. Sturm re: same (.1); Finalize, file and coordinate service re: same (.3); Coordinate to Judge Gross re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 185.00 | $277.50 |
| 02/18/09 | Review Sturm pro hac motion (.2); Email to B. Kahn re: entry of order extending time to file motion for reconsideration of cross-border protocol (.1); Email to B. Witters re: comments to Sturm pro hac motion (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |
| 02/20/09 | Maintain original pleading | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |
| 02/20/09 | Meet with M. Collins re: retiree group seeking Committee member status (.2); Call to B. Kahn re: retiree group seeking Committee member status (.2); Emails to M. Collins re: retiree group seeking Committee member status (.2); Email to B. Kahn re: retiree group seeking Committee member status (.2) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 275.00 | $220.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263
Page 8

Client #  732310

Matter #  165839

---

| 02/24/09 | Review docket (.2); E-mail to RLF distribution re: filed pleadings (.2); Prepare pro hac re: K. Davis (.2); Prepare certificate of service re: same (.1); E-mail to C. Samis re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs | 185.00 | $148.00 |
| 02/24/09 | E-mail to B. Kahn re: preparation of pro hac motion for Kenneth Davis (.1); E-mail to B. Witters re: preparation of pro hac motion for Kenneth Davis (.1); Review and revise pro hac motion for Kenneth Davis (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |
| 02/25/09 | Review docket (.1); E-mail to RLF distribution re: filed pleadings (.2); Finalize, file and coordinate service re: pro hac vice motion re: K. Davis (.2); Coordinate to Judge Gross re: same (.1); Finalize and file affidavit of service re: order approving motion to extend time cross-border (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |
| 02/26/09 | Call from D. Booth re: possibility of retiree group joining the creditor's committee (.2); Email to F. Hodara re: possibility of retiree group joining the creditor's committee (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Total Fees for Professional Services          $5,389.00

TOTAL DUE FOR THIS INVOICE          $5,389.00

**TOTAL DUE FOR THIS MATTER**          **$5,389.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263
Page 9
Client #  732310

Matter #  165839

For services through February 28, 2009
relating to Creditor Inquiries

| 02/02/09 Associate | Respond to creditor inquiries re: status of case Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 02/03/09 Associate | Respond to creditor inquiries Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 02/09/09 Associate | Respond to incoming creditor calls Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 02/19/09 | Email to J. Sturm re: possible cancellation of 341 meeting (.1); Email to D. Sloan re: investigating possible cancellation of 341 meeting (.1); Email to D. Sloan re: attending 341 meeting (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Total Fees for Professional Services   $495.00

TOTAL DUE FOR THIS INVOICE   **$495.00**

**TOTAL DUE FOR THIS MATTER**   **$495.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263
Page 10
Client # 732310

Matter # 165839

For services through February 28, 2009
relating to  Meetings

| 02/04/09 | Review 341 meeting notice | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 02/18/09 | Prepare for 341 meeting | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 275.00 | $137.50 |
| 02/18/09 | Review filings on docket re: 341 meeting on 2/19/09 | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 02/19/09 | Meeting with C. Samis re: 341 meeting (.2); Review documents on docket re: 341 meeting (.7); Review email from C. Samis re: status of 341 meeting (.1); Discussion with J. Sturm re: 341 meeting (.1); Attend 341 meeting with J. Sturm (1.8); Email (x2) to C. Samis re: 341 meeting (.1); Review notes from 341 meeting (.2) | | | |
| Associate | Drew G. Sloan | 3.20 hrs. | 255.00 | $816.00 |

|  | Total Fees for Professional Services | $1,055.50 |
|---|---|---|

|  | TOTAL DUE FOR THIS INVOICE | $1,055.50 |
|---|---|---|

|  | **TOTAL DUE FOR THIS MATTER** | **$1,055.50** |
|---|---|---|

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 11
Client # 732310

Matter # 165839

For services through February 28, 2009
relating to Use, Sale of Assets

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 02/26/09 | | Email to J. Sturm re: filing objection to 2/27/09 bid procedures | | | $27.50 |
| Associate | Christopher M. Samis | | 0.10 hrs. | 275.00 | |

Total Fees for Professional Services — $27.50

TOTAL DUE FOR THIS INVOICE — **$27.50**

**TOTAL DUE FOR THIS MATTER** — $27.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 12
Client # 732310

Matter # 165839

For services through February 28, 2009
relating to Claims Administration

| 02/10/09 | Review and revise second omnibus objection to claims (1.0); Call to E. Ross re: retirees filing proofs of claim (.2) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 275.00 | $330.00 |
| 02/11/09 | Call to R. Jacobs re: retirees filing proofs of claim based on participation in retirement plans | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 02/19/09 | Meeting with D. Booth re: status of retiree claims and request to be on the committee (.3); Meeting with C. Samis re: same (.1) | | | |
| Director | Mark D. Collins | 0.40 hrs. | 610.00 | $244.00 |

Total Fees for Professional Services          $601.50

TOTAL DUE FOR THIS INVOICE          $601.50

**TOTAL DUE FOR THIS MATTER**          $601.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263
Page 13

Client # 732310

Matter # 165839

For services through February 28, 2009
relating to  Court Hearings

| Date | Description | | | |
|------|-------------|---|---|---|
| 02/02/09<br>Associate | Review docket re: hearings and filings<br>Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 02/03/09<br>Associate | Review docket and filings (.1); Review agenda re: 2/5/09 hearing ( 1)<br>Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |
| 02/03/09<br>Director | Review pleadings scheduled for hearing on 2/5/09<br>Mark D. Collins | 0 80 hrs. | 610.00 | $488.00 |
| 02/04/09<br><br><br>Paralegal | Retrieve and review 2/5/09 amended agenda (.2); E-mail to C. Samis re:<br>same (.1); Retrieve all 2/5/09 agenda pleadings ( 3); Prepare 2/5/09 hearing<br>binder for C. Samis (.5)<br>Barbara J. Witters | 1.10 hrs. | 185.00 | $203.50 |
| 02/04/09<br>Associate | Emails to R. Jacobs re: logistics of attending 2/5/09 hearing<br>Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 02/05/09<br><br>Associate | Prepare for 2/5/09 hearing (1.5); Attend 2/5/09 hearing (1.5); Emails to R.<br>Jacobs re: logistics of attending 2/5/09 hearing (.3)<br>Christopher M. Samis | 3.30 hrs. | 275.00 | $907.50 |
| 02/18/09<br>Paralegal | Retrieve and review 2/29/09 agenda (.2); E-mail to C. Samis re: same (.1)<br>Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 02/18/09<br><br><br>Associate | Call to J. Sturm re: logistics of attending 2/19/09 hearing (.2); Prepare for<br>2/19/09 hearing (1.0);  Emails to R. Jacobs re: logistics of 2/19/09 hearing<br>(.2)<br>Christopher M  Samis | 1.40 hrs. | 275.00 | $385.00 |
| 02/18/09<br>Paralegal | Assist B. Witters with preparation of 2/19/09 hearing binder<br>Tracy A. Cameron | 1.30 hrs. | 100.00 | $130.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263
Page 14

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 02/19/09<br>Associate | Attend 2/19/09 hearing<br>Christopher M. Samis | 0.80 hrs. | 275.00 | $220.00 |
| 02/23/09<br>Associate | Review documents filed on docket re: 3/5/09 hearing<br>Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 02/25/09<br>Paralegal | Retrieve and review 2/27/09 agenda (.1); E-mail to C. Samis re: same (.1)<br>Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 02/26/09<br><br>Associate | Emails to K. Davis re: logistics of 2/27/09 hearings (.3); Prepare for 2/27/09 hearings (1.0)<br>Christopher M. Samis | 1.30 hrs. | 275.00 | $357.50 |
| 02/27/09<br>Paralegal | Prepare matters going forward binder per Barbara Witter instructions<br>Brenda D. Tobin | 1.20 hrs. | 100.00 | $120.00 |
| 02/27/09<br><br><br>Associate | Prepare for 2/27/09 chapter 11 hearing (.5); Attend 2/27/09 chapter 11 hearing (1.0); Prepare for 2/27/09 chapter 15 hearing (.5); Attend 2/27/09 chapter 15 hearing (.5)<br>Christopher M. Samis | 2.50 hrs. | 275.00 | $687.50 |
| 02/27/09<br>Paralegal | Preparation of documents for C. Samis for 2/27/09 hearing<br>Janel Gates | 0.40 hrs. | 185.00 | $74.00 |

Total Fees for Professional Services    $3,926.50

TOTAL DUE FOR THIS INVOICE    $3,926.50

**TOTAL DUE FOR THIS MATTER**    **$3,926.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263

Page 15

Client #  732310

Matter #  165839

For services through February 28, 2009
relating to  Employee Issues

| | | | | |
|---|---|---|---|---|
| 02/05/09 | Instructions from C. Samis re: key employee incentive motions, objections, orders and transcripts from Boscov's and Linens cases (.1); Search Boscov's docket and retrieve re: same (.6); E-mail to C. Samis re: same (.1); Search Linens docket and retrieve re: same (.6); E-mail to C. Samis re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 185.00 | $277.50 |
| 02/05/09 | Research recent approved KEIP programs and related documentation | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 275.00 | $412.50 |
| 02/05/09 | Email to F. Hodara and R. Jacobs re: KEIP standards and case developments (.1); Email to R. Jacobs re: recent approved KEIP programs and related documentation (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |

|  | |
|---|---|
| Total Fees for Professional Services | $745.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | $745.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | $745.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263

Page 16

Client # 732310

Matter # 165839

For services through February 28, 2009
relating to RLF Retention

| 01/27/09 | Meet with M. Romanczuk re: Nortel conflicts for retention as committee counsel (.2); Review e-mails re: Nortel conflicts for retention as committee counsel (.1); Email to M. Romanczuk re: review of Nortel conflicts for retention as committee counsel (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |
| 01/27/09 | Review conflict check re: RLF retention by Creditors Committee in bankruptcy proceedings (1.9); E-mail correspondence (x2) with M. Gentile, J. Moyer, D. Bussard and C. Samis re: same (.5) | | | |
| Associate | Michael W. Romanczuk | 2.40 hrs. | 280.00 | $672.00 |
| 01/29/09 | Meeting with C. Samis re: proposed representation of creditors committee (.2); Meeting with M. Romanczuk re: retention of RLF (.2) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 01/29/09 | Attention to status of conflict check | | | |
| Director | Mark D. Collins | 0.20 hrs. | 610.00 | $122.00 |
| 01/29/09 | Conference with C. Samis re: RLF retention to represent Creditors Committee in bankruptcy proceedings (.2); Conference with D. Sloan re: conflict check re: same (.3) | | | |
| Associate | Michael W. Romanczuk | 0.50 hrs. | 280.00 | $140.00 |
| 01/30/09 | Retrieve RLF monthly fee application for Charys for C. Samis (.1); E-mail to C. Samis re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 01/30/09 | Prepare RLF retention application and order for Creditors Committee to retain RLF in bankruptcy proceedings and attention to docket | | | |
| Associate | Michael W. Romanczuk | 4.50 hrs. | 280.00 | $1,260.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 17
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/09 | Call to B. Witters re: obtaining form Committee retention application (.1); Email to B. Witters re: obtaining form Committee retention application (.1); Review form Committee retention application (.2) | | | | |
| | Associate | Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |
| 02/02/09 | Review RLF retention application | | | | |
| | Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |
| 02/02/09 | Review conflict check re: retention of RLF by Creditors Committee for bankruptcy proceedings | | | | |
| | Associate | Michael W. Romanczuk | 4.50 hrs. | 280.00 | $1,260.00 |
| 02/03/09 | Meet with M. Romanczuk re: status of conflicts | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 02/03/09 | Call with M. Romanczuk re: retention issues and review materials related to retention | | | | |
| | Associate | Mark A. Kurtz | 0.50 hrs. | 280.00 | $140.00 |
| 02/03/09 | Review conflict check re: retention of RLF by Creditors Committee for bankruptcy proceedings (.7); Telephone call with M. Kurtz re: same (.1) | | | | |
| | Associate | Michael W. Romanczuk | 0.80 hrs. | 280.00 | $224.00 |
| 02/04/09 | Email to M. Romanczuk re: form Committee retention application | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 02/04/09 | Discussion with M. Romanczuk re: RLF retention application (.2); Discussion with C. Samis and M. Romanczuk re: RLF retention application (.2) | | | | |
| | Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 02/04/09 | Review conflict check re: RLF retention by Creditors Committee for representation in bankruptcy proceeding (.2); Conference with D. Sloan re: same (.3); Conference with C. Samis and D. Sloan re: same (.4) | | | | |
| | Associate | Michael W. Romanczuk | 0.90 hrs. | 280.00 | $252.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 18
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/06/09 | Review conflict check re: RLF representation of noteholders in bankruptcy proceeding | | | |
| Associate | Michael W. Romanczuk | 1.20 hrs. | 280.00 | $336.00 |
| 02/09/09 | Meet with M. Romanczuk re: status of conflict check | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 02/09/09 | Review conflicts checks re: RLF retention | | | |
| Associate | Drew G. Sloan | 7.50 hrs. | 255.00 | $1,912.50 |
| 02/09/09 | Attention to conflict check re: RLF representation of committee in bankruptcy proceedings (8.4); Conference with D. Sloan re: same (.1); Conference with C. Samis re: same (.1); Conference with T. McRoberts re: same (.1) | | | |
| Associate | Michael W. Romanczuk | 8.70 hrs. | 280.00 | $2,436.00 |
| 02/09/09 | Conference with C. Samis re: Nortel committee retention (.1); Conference with M. Romanczuk re: same (.1); Attention to issues re: RLF retention (3.8) | | | |
| Associate | Travis A. McRoberts | 4.00 hrs. | 230.00 | $920.00 |
| 02/10/09 | Continue review of conflicts searches re: RLF retention | | | |
| Associate | Drew G. Sloan | 1.50 hrs. | 255.00 | $382.50 |
| 02/10/09 | Review conflict search re: RLF representation of Creditors Committee in bankruptcy proceeding (2.5); Attention to RLF retention application, exhibits and schedules (.7) | | | |
| Associate | Michael W. Romanczuk | 3.20 hrs. | 280.00 | $896.00 |
| 02/11/09 | Meet with M. Romanczuk re: status of conflict check / retention application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 02/11/09 | Continue review of conflicts searches re: RLF retention | | | |
| Associate | Drew G. Sloan | 1.80 hrs. | 255.00 | $459.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263

Page 19

Client #  732310

Matter #  165839

| Date | Description | | | Amount |
|------|-------------|---|---|-------|
| 02/11/09 | Attention to conflict search and matters re: RLF representation of Creditors Committee in bankruptcy proceedings (3.0); E-mail correspondence (x2) with D. Sloan re: same (.2); E-mail correspondence with T. McRoberts re: same (.1); E-mail correspondence with C. Samis re: same (.1) | | | |
| Associate | Michael W. Romanczuk | 3.40 hrs. | 280.00 | $952.00 |
| 02/12/09 | Attention to conflict check re: RLF representation of Creditors Committee in bankruptcy and RLF retention application and exhibits | | | |
| Associate | Michael W. Romanczuk | 4.10 hrs. | 280.00 | $1,148.00 |
| 02/13/09 | Revise exhibits to RLF retention papers re: conflicts search results (.6); Email to M. Romanczuk re: revised RLF retention papers (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 255.00 | $178.50 |
| 02/13/09 | Attention to conflict check re: RLF representation of Creditors Committee in bankruptcy proceedings | | | |
| Associate | Michael W. Romanczuk | 1.90 hrs. | 280.00 | $532.00 |
| 02/17/09 | Review and revise RL&F retention application (1.5); Meet with M. Romanczuk re: status of conflict check (.2) | | | |
| Associate | Christopher M. Samis | 1.70 hrs. | 275.00 | $467.50 |
| 02/17/09 | Conferences (2) with C. Samis (.3); Attention to conflict search re: RLF representation of Creditors Committee (2.5); E-mail correspondence with M. Kurtz re: same (.1); Telephone call with M. Kurtz re: same (.1) | | | |
| Associate | Michael W. Romanczuk | 3.00 hrs. | 280.00 | $840.00 |
| 02/18/09 | Review and revise RL&F retention application | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 275.00 | $412.50 |
| 02/18/09 | Email to M. Collins re: describing adversity to Flextronics in RL&F retention application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 02/18/09 | Work on RLF retention application | | | |
| Director | Mark D. Collins | 0.40 hrs. | 610.00 | $244.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 20
Client # 732310

Matter # 165839

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/18/09 | Conference with C. Samis re: RLF retention application (.2); Attention to conflict check re: RLF representation of Creditors Committee (.5); Attention to RLF retention application and schedule (1.0) | | | |
| Associate | Michael W. Romanczuk | 1.70 hrs. | 280.00 | $476.00 |
| 02/19/09 | Call with M. Romanczuk re: RLF retention application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 02/19/09 | E-mail correspondence (x2) with C. Samis re: RLF retention application (.2); Attention to conflict check, RLF retention application and Collins affidavit (.9) | | | |
| Associate | Michael W. Romanczuk | 1.10 hrs. | 280.00 | $308.00 |
| 02/20/09 | Review and revise RL&F retention application (1.0); Email to B. Kahn re: RL&F retention application for transmission to Committee Chair (.1) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 275.00 | $302.50 |
| 02/20/09 | Review and revise draft RLF retention application (.2); Call with C. Samis re: exhibits to RLF retention application (.2) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 02/23/09 | Discussion with C. Samis re: RLF retention application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 02/24/09 | E-mails to B. Kahn re: Committee Chair comments to RL&F retention application (.3); E-mail to M. Romanczuk re: incorporating Committee Chair comments to RL&F retention application (.1); E-mail to F. Hodara re: finalizing RL&F retention application (.1); E-mail to B. Kahn re: execution version of RL&F retention application (.1); E-mail to M. Collins re: approval of execution version of RL&F retention application (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 275.00 | $192.50 |
| 02/24/09 | Attention to RLF retention application, exhibits and Collins affidavit (.8); Review additional conflict check (.2) | | | |
| Associate | Michael W. Romanczuk | 1.00 hrs. | 280.00 | $280.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 21
Client # 732310

Matter # 165839

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 02/25/09 | Prepare notice of application re: RLF retention application (.2); Finalize, file and coordinate service re: same (.3); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 185.00 | $129.50 |
| 02/25/09 | Review, revise and finalize RL&F retention application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 02/25/09 | E-mail correspondence (x2) with C. Samis re: RLF retention application (.2); Conference with C. Samis re: same (.2); Attention to same and exhibits (.3) | | | |
| Associate | Michael W. Romanczuk | 0.70 hrs. | 280.00 | $196.00 |

Total Fees for Professional Services       $18,983.50

TOTAL DUE FOR THIS INVOICE                   $18,983.50

**TOTAL DUE FOR THIS MATTER**                $18,983.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 22
Client # 732310

Matter # 165839

For services through February 28, 2009
relating to Retention of Others

| 02/03/09 | Call from B. Kahn re: retention of professionals in District of Delaware (.2); Call to B. Kahn re: retention of professionals in District of Delaware (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 02/09/09 | Call to N. Grow re: filing retention financial advisor retention applications on an interim basis (.1); Call from B. Kahn re: questions regarding the retention of professionals in the District of Delaware (.2); Call from B. Kahn re: filing retention financial advisor retention applications on an interim basis (.2); Meet with P. Heath re: filing retention financial advisor retention applications on an interim basis (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 02/10/09 | Call to N. Grow re: seeking interim approval of Jefferies retention | | | |
| Associate | Christopher M. Samis | 0.10 hrs | 275.00 | $27.50 |
| 02/12/09 | E-mail to B. Kahn re: need to estimate percentage revenue related to various connections in retention applications (.2); Call to B. Kahn re: logistics of filing retention applications (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263

Page 23

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/13/09 | Attention to e-mail re: Akin Gump retention application (.1); Retrieve re: same (.1); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner retention application (.1); Retrieve re: same (.1); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Capstone retention application (.1); Retrieve re: same (.1); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Ashurst retention application (.1); Retrieve re: same (.1); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Jefferies & Co. retention application (.1); Retrieve re: same (.1); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: KCC retention application as communications agent (.1); Retrieve re: same (.1); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 3.60 hrs. | 185.00 | $666.00 |
| 02/13/09 | Call from B. Kahn re: logistics of filing and serving retention applications (.1); Meet with B. Witters re: logistics of filing and serving retention applications (.1); Review, revise and finalize retention application of Akin Gump (.3); Review, revise and finalize retention application of Jefferies (.3); Review, revise and finalize retention application of Capstone (.3); Review, revise and finalize retention application of Fraser Milner (.3); Review, revise and finalize retention application of Ashurst (.3); Review, revise and finalize retention application of KCC (.3) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 275.00 | $550.00 |
| 02/19/09 | Call to B. Kahn re: 327(e) professionals retaining prepetition claims | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 02/24/09 | Prepare affidavit of service re: various retention applications | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 02/24/09 | Call from P. Tinker re: UST comments to Jefferies retention application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 24

Client # 732310

Matter # 165839

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 02/24/09 | Call to B. Kahn re: UST comments to Jeffries retention application (.1); E-mail to B. Kahn re: UST concerns related to various fee applications (.1); E-mail to P. Tinker re: UST comments to Jeffries retention application (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 02/25/09 | Call from B. Khan re: resolving UST concerns with Ashurst retention application (.2); Email to B. Khan re: resolving UST concerns with respect to various retention applications (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 02/26/09 | Finalize, file and coordinate service re: supplemental affidavit of M. Fishberg in support of KCC communications agent retention | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 02/26/09 | Call from B. Kahn re: procedure for submitting revised retention orders to Court under certificate of no objection (.2); Call from B. Kahn re: resolution of UST issues with various retention applications (.2); Emails to N. Grow re: submitting revised Jefferies retention order to Court under certificate of no objection (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |

Total Fees for Professional Services        $2,106.00

TOTAL DUE FOR THIS INVOICE        $2,106.00

**TOTAL DUE FOR THIS MATTER**        $2,106.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 25
Client # 732310

Matter # 165839

For services through February 28, 2009
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 01/30/09 | Search docket re: interim compensation motion (.1); Retrieve and e-mail to C. Samis re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 01/30/09 | Email to B. Khan re: fee procedures (.1); Call from B. Khan re: applying for compensation in District of Delaware (.2); Review fee procedures (.3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 02/20/09 | Email to B. Kahn re: form District of Delaware fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 02/26/09 | Call from B. Kahn re: procedure for payment of professionals in the District of Delaware (.2); Email to B. Kahn re: preparing expense issue summary for professionals (.2); Review interim compensation order to address questions from B. Kahn on payment of professionals (.2); Email to B. Kahn re: outcome of review of interim compensation order (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 275.00 | $192.50 |

Total Fees for Professional Services                $422.00

TOTAL DUE FOR THIS INVOICE                           **$422.00**

**TOTAL DUE FOR THIS MATTER**                        **$422.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 26
Client # 732310

Matter # 165839

For services through February 28, 2009
relating to Utilities

| | | | | |
|---|---|---|---|---|
| 01/30/09 | Review objection of Public Service Company of NC to interim utility order | | | $55.00 |
| Associate | Christopher M. Samis | 0 20 hrs. | 275.00 | |

Total Fees for Professional Services  $55.00

TOTAL DUE FOR THIS INVOICE  $55.00

**TOTAL DUE FOR THIS MATTER**  $55.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263

Page 27

Client # 732310

Matter # 165839

TOTAL DUE FOR THIS INVOICE                                     $0.00

**TOTAL DUE FOR THIS MATTER**                                 $0.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 31, 2009
Invoice 324263
Page 28
Client #  732310

## Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 22.90 | 185.00 | 4,236.50 |
| Brenda D. Tobin | 1.50 | 100.00 | 150.00 |
| Christopher M. Samis | 37.20 | 275.00 | 10,230.00 |
| Drew G. Sloan | 17.40 | 255.00 | 4,437.00 |
| Janel Gates | 0.40 | 185.00 | 74.00 |
| Mark A. Kurtz | 0.50 | 280.00 | 140.00 |
| Mark D. Collins | 2.10 | 610.00 | 1,281.00 |
| Michael W. Romanczuk | 43.60 | 280.00 | 12,208.00 |
| Tracy A. Cameron | 1.30 | 100.00 | 130.00 |
| Travis A. McRoberts | 4.00 | 230.00 | 920.00 |
| TOTAL | 130.90 | $258.26 | 33,806.50 |

**TOTAL DUE FOR THIS INVOICE**                                   $42,819.95

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost

PAYABLE WHEN RENDERED

732310