# **EXHIBIT B**

RLF1-3382545-1



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D No.: 51-0226371

March 31, 2009
Invoice 324263

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through February 28, 2009
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $4.00 |
| Business Meals | $12.93 |
| Document Retrieval | $296.96 |
| Filing Fees | $75.00 |
| Lexis/Westlaw | $22.50 |
| Long distance telephone charges | $63.94 |
| Messenger and delivery service | $695.10 |
| Photocopies - outside | $5,727.21 |
| Photocopying/Printing 5,689 @ $.10 pg. / 12,545 @ $.10 pg. | $1,823.40 |
| Postage | $292.41 |

Other Charges $9,013.45

TOTAL DUE FOR THIS INVOICE $9,013.45
BALANCE BROUGHT FORWARD $1,023.04

One Rodney Square ◻ 920 North King Street ◻ Wilmington, DE 19801 ◻ Phone: 302-651-7700 ◻ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 31, 2009  
Invoice 324263  
Page 2  
Client # 732310  

Matter # 165839  

| TOTAL DUE FOR THIS MATTER | $10,036.49 |
|---|---|

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 31, 2009
Invoice 324263
Page 29
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc
Matter: Nortel - Representation of Creditors Committee
    Case Administration
    Creditor Inquiries
    Meetings
    Use, Sale of Assets
    Claims Administration
    Court Hearings
    Employee Issues
    RLF Retention
    Retention of Others
    Fee Applications of Others
    Utilities
    Insurance

| Date | Description | Summary Phrase |
|---|---|---|
| 01/26/09 | ALL PACER<br>Amount = $0.56 | DOCRETRI |
| 01/26/09 | ALL PACER<br>Amount = $2.72 | DOCRETRI |
| 01/27/09 | Photocopies<br>Amount = $1.20 | DUP |
| 01/27/09 | Postage<br>Amount = $3.00 | POST |
| 01/27/09 | Printing<br>Amount = $2.40 | DUP |
| 01/27/09 | Printing<br>Amount = $9.70 | DUP |
| 01/27/09 | Printing<br>Amount = $5.30 | DUP |
| 01/29/09 | Messenger and Delivery - 1/28/09, MORRIS NICHOLS, BJW<br>Amount = $6.00 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 31, 2009  
Invoice 324263  
Page 30  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 01/29/09 | Messenger and Delivery - 1/28/09, US TRUSTEE, BJW | | MESS |
| | Amount = | $6.00 | |
| 01/29/09 | Messenger and Delivery - 1/26/09, US DISTRICT COURT, CXS | | MESS |
| | Amount = | $4.50 | |
| 01/29/09 | Messenger and Delivery - 1/27/09, US DISTRICT COURT, BJW | | MESS |
| | Amount = | $4.50 | |
| 01/29/09 | ALL PACER | | DOCRETRI |
| | Amount = | $6.96 | |
| 01/29/09 | POSTAGE EXPENSE 1/28/09 | | POST |
| | Amount = | $1.00 | |
| 01/29/09 | Printing | | DUP |
| | Amount = | $2.40 | |
| 01/29/09 | Printing | | DUP |
| | Amount = | $2.00 | |
| 01/30/09 | TELEA 1/14-1/29 | | LD |
| | Amount = | $8.34 | |
| 01/30/09 | ALL PACER | | DOCRETRI |
| | Amount = | $21.04 | |
| 01/30/09 | Printing | | DUP |
| | Amount = | $3.40 | |
| 01/30/09 | Printing | | DUP |
| | Amount = | $2.40 | |
| 01/30/09 | Printing | | DUP |
| | Amount = | $2.40 | |
| 02/02/09 | ALL PACER | | DOCRETRI |
| | Amount = | $3.36 | |
| 02/02/09 | Printing | | DUP |
| | Amount = | $2.00 | |
| 02/02/09 | Printing | | DUP |
| | Amount = | $2.90 | |
| 02/02/09 | Printing | | DUP |
| | Amount = | $5.60 | |
| 02/02/09 | Printing | | DUP |
| | Amount = | $2.50 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 31, 2009  
Invoice 324263  
Page 31  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 02/03/09 | 2128728121 Long Distance | Amount = $4.17 | LD |
| 02/03/09 | ALL PACER | Amount = $1.76 | DOCRETRI |
| 02/03/09 | Printing | Amount = $3.30 | DUP |
| 02/03/09 | Printing | Amount = $6.30 | DUP |
| 02/03/09 | Printing | Amount = $3.40 | DUP |
| 02/04/09 | Photocopies | Amount = $4.80 | DUP |
| 02/04/09 | DELIVERY EXPENSE 2/3/09 | Amount = $3.20 | MESS |
| 02/04/09 | ALL PACER | Amount = $36.40 | DOCRETRI |
| 02/04/09 | Printing | Amount = $28.20 | DUP |
| 02/04/09 | Printing | Amount = $1.30 | DUP |
| 02/04/09 | Printing | Amount = $20.70 | DUP |
| 02/04/09 | Printing | Amount = $5.50 | DUP |
| 02/04/09 | Printing | Amount = $8.40 | DUP |
| 02/04/09 | Printing | Amount = $1.00 | DUP |
| 02/04/09 | Printing | Amount = $1.00 | DUP |
| 02/04/09 | Printing | Amount = $4.30 | DUP |
| 02/04/09 | Printing | Amount = $113.30 | DUP |
| 02/04/09 | Printing | Amount = $8.50 | DUP |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 31, 2009  
Invoice 324263  
Page 32  
Client # 732310

| Date | Description | Amount | |
|---|---|---|---|
| 02/04/09 | Printing | Amount = $12.00 | DUP |
| 02/04/09 | Printing | Amount = $4.00 | DUP |
| 02/04/09 | Printing | Amount = $17.40 | DUP |
| 02/04/09 | Printing | Amount = $24.10 | DUP |
| 02/04/09 | Printing | Amount = $39.10 | DUP |
| 02/04/09 | Printing | Amount = $114.80 | DUP |
| 02/04/09 | Printing | Amount = $3.30 | DUP |
| 02/04/09 | Printing | Amount = $19.10 | DUP |
| 02/04/09 | Printing | Amount = $43.00 | DUP |
| 02/04/09 | Printing | Amount = $133.10 | DUP |
| 02/04/09 | Printing | Amount = $4.50 | DUP |
| 02/04/09 | Printing | Amount = $161.10 | DUP |
| 02/04/09 | Printing | Amount = $128.00 | DUP |
| 02/04/09 | Printing | Amount = $8.90 | DUP |
| 02/04/09 | Printing | Amount = $54.00 | DUP |
| 02/04/09 | Printing | Amount = $65.50 | DUP |
| 02/04/09 | Printing | Amount = $1.50 | DUP |
| 02/04/09 | Printing | Amount = $32.20 | DUP |
| 02/04/09 | Printing | Amount = $3.50 | DUP |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 31, 2009  
Invoice 324263  
Page 33  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 02/04/09 | Printing | Amount = $2.00 | DUP |
| 02/04/09 | Printing | Amount = $2.40 | DUP |
| 02/04/09 | Printing | Amount = $3.50 | DUP |
| 02/05/09 | Photocopies | Amount = $1.60 | DUP |
| 02/05/09 | 3105525074 Long Distance | Amount = $1.39 | LD |
| 02/05/09 | DELIVERY EXPENSE 2/4/09 | Amount = $3.20 | MESS |
| 02/05/09 | ALL PACER | Amount = $22.32 | DOCRETRI |
| 02/05/09 | Printing | Amount = $1.70 | DUP |
| 02/06/09 | 3105525074 Long Distance | Amount = $4.17 | LD |
| 02/09/09 | 2128728121 Long Distance | Amount = $2.78 | LD |
| 02/09/09 | 2128728121 Long Distance | Amount = $5.56 | LD |
| 02/10/09 | 9198453361 Long Distance | Amount = $12.51 | LD |
| 02/10/09 | Printing | Amount = $1.90 | DUP |
| 02/11/09 | U.S. DISTRICT COURT CLERK: PRO HAC VICE FOR | Amount = $25.00 | FLFEE |
| 02/11/09 | Photocopies | Amount = $1.20 | DUP |
| 02/11/09 | 2128727434 Long Distance | Amount = $2.78 | LD |
| 02/11/09 | ALL PACER | Amount = $5.60 | DOCRETRI |
| 02/11/09 | Postage | Amount = $1.00 | POST |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 31, 2009  
Invoice 324263  
Page 34  
Client # 732310

| Date | Description | Code |
|---|---|---|
| 02/12/09 | 2128728121 Long Distance<br>Amount = $4.17 | LD |
| 02/12/09 | 2128728121 Long Distance<br>Amount = $4.17 | LD |
| 02/12/09 | Messenger and Delivery - 2/11/09, MORRIS NICHOLS, BJW<br>Amount = $6.00 | MESS |
| 02/12/09 | Messenger and Delivery - 2/11/09, US TRUSTEE, BJW<br>Amount = $6.00 | MESS |
| 02/12/09 | ALL PACER<br>Amount = $15.20 | DOCRETRI |
| 02/12/09 | Printing<br>Amount = $2.20 | DUP |
| 02/13/09 | BLUE MARBLE LOGISTICS LLC: INVOICE 31121/BLACK AND WHITE IMPRESSIONS INCLUDING SUPPLIES FOR MAILING ON 2/13/09/165839<br>Amount = $2,210.84 | DUPOUT |
| 02/13/09 | PARCELS, INC.: INVOICE 157963/7 DOCUMENT SERVICE VIA HANDS AND FIRST CLASS MAIL/165839<br>Amount = $3,516.37 | DUPOUT |
| 02/13/09 | Photocopies<br>Amount = $83.80 | DUP |
| 02/13/09 | 2128728121 Long Distance<br>Amount = $2.78 | LD |
| 02/13/09 | ALL PACER<br>Amount = $4.88 | DOCRETRI |
| 02/13/09 | Printing<br>Amount = $1.00 | DUP |
| 02/13/09 | Printing<br>Amount = $2.10 | DUP |
| 02/13/09 | Printing<br>Amount = $2.10 | DUP |
| 02/13/09 | Printing<br>Amount = $3.00 | DUP |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 31, 2009  
Invoice 324263  
Page 35  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 02/13/09 | Printing | Amount = $3.00 | DUP |
| 02/13/09 | Printing | Amount = $2.10 | DUP |
| 02/13/09 | Printing | Amount = $2.30 | DUP |
| 02/13/09 | Printing | Amount = $6.30 | DUP |
| 02/13/09 | Printing | Amount = $6.30 | DUP |
| 02/13/09 | Printing | Amount = $6.70 | DUP |
| 02/13/09 | Printing | Amount = $5.30 | DUP |
| 02/13/09 | Printing | Amount = $7.80 | DUP |
| 02/13/09 | Printing | Amount = $5.00 | DUP |
| 02/17/09 | DELIVERY EXPENSE 2/13-2/16 | Amount = $3.20 | MESS |
| 02/17/09 | Messenger and Delivery - 2/13/09, POST OFFICE/NEW CASTLE | Amount = $57.30 | MESS |
| 02/17/09 | 2/13/09, 24 AFTER HOURS DELIVERIES | Amount = $144.00 | MESS |
| 02/17/09 | ALL PACER | Amount = $5.76 | DOCRETRI |
| 02/17/09 | Printing | Amount = $2.10 | DUP |
| 02/17/09 | Printing | Amount = $1.40 | DUP |
| 02/18/09 | U.S. DISTRICT COURT CLERK: PRO HAC VICE OF JOSHUA STURM/165839 | Amount = $25.00 | FLFEE |
| 02/18/09 | Photocopies | Amount = $59.40 | DUP |
| 02/18/09 | Photocopies | Amount = $41.00 | DUP |

| | | |
|---|---|---|
| Nortel Creditors Committee | | March 31, 2009 |
| c/o Fred S. Hodara, Esq. | | Invoice 324263 |
| Akin Gump Strauss Hauer Feld LLP | | Page 36 |
| One Bryant Park | | Client # 732310 |
| New York NY 10036 | | |

| Date | Description | | Code |
|---|---|---|---|
| 02/18/09 | Photocopies | | DUP |
| | Amount = | $1.20 | |
| 02/18/09 | 2128721056 Long Distance | | LD |
| | Amount = | $2.78 | |
| 02/18/09 | DELIVERY EXPENSE 2/17/09 | | MESS |
| | Amount = | $3.20 | |
| 02/18/09 | ALL PACER | | DOCRETRI |
| | Amount = | $50.08 | |
| 02/18/09 | ALL PACER | | DOCRETRI |
| | Amount = | $29.60 | |
| 02/18/09 | Postage | | POST |
| | Amount = | $77.92 | |
| 02/18/09 | Postage | | POST |
| | Amount = | $1.00 | |
| 02/18/09 | Printing | | DUP |
| | Amount = | $2.00 | |
| 02/18/09 | Printing | | DUP |
| | Amount = | $2.20 | |
| 02/18/09 | Printing | | DUP |
| | Amount = | $2.10 | |
| 02/18/09 | Printing | | DUP |
| | Amount = | $2.00 | |
| 02/18/09 | Printing | | DUP |
| | Amount = | $2.00 | |
| 02/19/09 | BINDING 2/12-2/18 | | BIND |
| | Amount = | $4.00 | |
| 02/19/09 | DELIVERY EXPENSE 2/18/09 | | MESS |
| | Amount = | $6.40 | |
| 02/19/09 | DELIVERY EXPENSE 2/18/09 | | MESS |
| | Amount = | $67.20 | |
| 02/19/09 | Messenger and Delivery - 2/18/09, US TRUSTEE, BJW | | MESS |
| | Amount = | $6.00 | |
| 02/19/09 | Messenger and Delivery - 2/18/09, BANKRUPTCY COURT, BJW/CXS | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 31, 2009  
Invoice 324263  
Page 37  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 02/19/09 | Messenger and Delivery - 2/18/09, DISTRICT COURT, CXS/BJW | Amount = $4.50 | MESS |
| 02/19/09 | ALL PACER | Amount = $11.52 | DOCRETRI |
| 02/20/09 | 2128728121 Long Distance | Amount = $5.56 | LD |
| 02/20/09 | Messenger and Delivery - 2/19/09, BANKRUPTCY COURT, CXS | Amount = $4.50 | MESS |
| 02/20/09 | ALL PACER | Amount = $10.40 | DOCRETRI |
| 02/20/09 | Printing | Amount = $2.00 | DUP |
| 02/20/09 | Printing | Amount = $2.00 | DUP |
| 02/20/09 | Printing | Amount = $2.50 | DUP |
| 02/23/09 | ALL PACER | Amount = $7.36 | DOCRETRI |
| 02/24/09 | U.S. DISTRICT COURT CLERK: PRO HAC VICE FOR KENNETH DAVIS/165839 | Amount = $25.00 | FLFEE |
| 02/24/09 | 2128728121 Long Distance | Amount = $1.39 | LD |
| 02/24/09 | ALL PACER | Amount = $17.92 | DOCRETRI |
| 02/24/09 | Printing | Amount = $2.00 | DUP |
| 02/24/09 | Printing | Amount = $2.00 | DUP |
| 02/24/09 | Printing | Amount = $2.00 | DUP |
| 02/25/09 | Photocopies | Amount = $0.90 | DUP |
| 02/25/09 | Photocopies | Amount = $239.20 | DUP |

| | | |
|---|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | | March 31, 2009<br>Invoice 324263<br>Page 38<br>Client # 732310 |

| Date | Description | | Code |
|---|---|---|---|
| 02/25/09 | 2128728121 Long Distance | | LD |
| | Amount = | $1.39 | |
| 02/25/09 | ALL PACER | | DOCRETRI |
| | Amount = | $1.68 | |
| 02/25/09 | Printing | | DUP |
| | Amount = | $2.00 | |
| 02/25/09 | Printing | | DUP |
| | Amount = | $1.40 | |
| 02/25/09 | Printing | | DUP |
| | Amount = | $2.00 | |
| 02/26/09 | Photocopies | | DUP |
| | Amount = | $19.20 | |
| 02/26/09 | Photocopies | | DUP |
| | Amount = | $62.40 | |
| 02/26/09 | DELIVERY EXPENSE 2/25/09 | | MESS |
| | Amount = | $6.40 | |
| 02/26/09 | DELIVERY EXPENSE 2/25/09 | | MESS |
| | Amount = | $3.20 | |
| 02/26/09 | 2/25/09, 24 AFTER HOURS DELIVERIES, BJW | | MESS |
| | Amount = | $144.00 | |
| 02/26/09 | Messenger and Delivery - 2/25/09, US DISTRICT COURT, BJW | | MESS |
| | Amount = | $4.50 | |
| 02/26/09 | ALL PACER | | DOCRETRI |
| | Amount = | $11.52 | |
| 02/26/09 | Postage | | POST |
| | Amount = | $81.66 | |
| 02/26/09 | Postage | | POST |
| | Amount = | $124.98 | |
| 02/26/09 | Postage | | POST |
| | Amount = | $1.85 | |
| 02/26/09 | Printing | | DUP |
| | Amount = | $8.80 | |
| 02/26/09 | Printing | | DUP |
| | Amount = | $8.80 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

March 31, 2009  
Invoice 324263  
Page 39  
Client # 732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 02/27/09 | RODNEY GRILLE: INVOICES RG200-204/FOOD SERVICE 2/23-2/27 | $12.93 | MEALSCL |
| 02/27/09 | Photocopies | $53.00 | DUP |
| 02/27/09 | Messenger and Delivery - 2/26/09, POST OFFICE/NEW CASTLE, BJW | $51.30 | MESS |
| 02/27/09 | 2/26/09, 24 AFTER HOURS DELIVERIES, BJW | $144.00 | MESS |
| 02/27/09 | ALL PACER | $0.24 | DOCRETRI |
| 02/27/09 | ALL PACER | $30.08 | DOCRETRI |
| 02/27/09 | Printing | $3.90 | DUP |
| 02/27/09 | Printing | $2.20 | DUP |
| 02/27/09 | Printing | $2.90 | DUP |
| 02/27/09 | Printing | $2.60 | DUP |
| 02/27/09 | Printing | $2.80 | DUP |
| 02/27/09 | Printing | $4.30 | DUP |
| 02/27/09 | Printing | $2.50 | DUP |
| 02/27/09 | Westlaw | $22.50 | LEXIS |

TOTALS FOR 732310    Official Committee of the Board of Directors of Nortel Networks Inc

Expenses    $9,013.45