IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly administered |
| | ) | |

FILED 2009 MAR 31 AM 10: 10
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9010, the undersigned hereby appears as counsel for Mack Thorpe, Jr., a party in interest in the within case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Patterson Harkavy LLP
> Attention: Ann Groninger
> 521 East Boulevard
> Charlotte, North Carolina 28203
> TEL: (704) 200-2009
> FAX: (919) 942-5256
> Email: agroninger@pathlaw.com

This the 26th day of March, 2009.

Ann Groninger, NC State Bar No. 21676
PATTERSON HARKAVY
521 East Boulevard
Charlotte, North Carolina 28203
TEL: (704) 200-2009
FAX: (919) 942-5256
Email: agroninger@pathlaw.com