UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:  
NORTEL NETWORKS, INC.,  
        Debtor(s).

Case No. 09-10138-KG  
Chapter 11  
Honorable Kevin Gross

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court  
     US Bankruptcy Court  
     824 N. Market St.  
     Wilmington, DE 19801

Derek C Abbott  
Morris, Nichols, Arsht & Tunnell  
1201 N. Market St.  
P. O. Box 1347  
Wilmington DE 19899

    PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Deborah B Waldmeir, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                             MICHAEL A. COX  
                             Attorney General

                             */s/ Deborah B Waldmeir*  
                             Deborah B Waldmeir (P60869)  
                             Assistant Attorney General  
                             Cadillac Place, Ste. 10-200  
                             3030 W. Grand Blvd.  
                             Detroit, MI 48202  
                             Telephone: (313) 456-0140  
                             E-Mail: waldmeird@michigan.gov

Dated: March 31, 2009