UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re: | Case No. 09-10138-KG

NORTEL NETWORKS, INC., | Chapter 11

    Debtor(s). | Honorable Kevin Gross

_____/

## PROOF OF SERVICE

The undersigned certifies that on March 31, 2009, a copy of the Notice of Appearance, Priority and Unsecured Proof of Claims, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Derek C Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market St.
P. O. Box 1347
Wilmington DE  19899

                            */s/ Patricia A Game*
                            Patricia A Game
                            Legal Secretary
                            Deborah B. Waldmeir (P60869)
                            Cadillac Place, Ste. 10-200
                            3030 W. Grand Blvd.
                            Detroit, MI  48202
                            Telephone: (313) 456-0140
                            E-mail: waldmeird@michigan.gov

Dated: March 31, 2009