IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X

In re                                              : Chapter 11
                                                   :
Nortel Networks Inc., *et al.*,[1]                 : Case No. 09-10138 (KG)
                                                   :
                    Debtors.                       : Jointly Administered
                                                   :
----------------------------------------------------------X

| SERVICE LIST - CONFIDENTIAL FILED UNDER SEAL [RE: D.I. 462] |

**CONFIDENTIAL -- FILED UNDER SEAL IN ACCORDANCE WITH PROPOSED ORDER AUTHORIZING AND APPROVING (A) BIDDING PROCEDURES, (B) BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (C) NOTICE PROCEDURES, (D) ASSUMPTION AND ASSIGNMENT PROCEDURES (E) FILING OF CERTAIN SCHEDULES UNDER SEAL AND (F) SETTING TIME, DATE AND PLACE FOR SALE HEARING (D.I. 386)**

Dated: March 25, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.