IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 250** |

------------------------------------------------------ X

### CERTIFICATION OF COUNSEL RE: ORDER APPROVING STIPULATION BETWEEN EXCELIGHT COMMUNICATIONS, INC. AND NORTEL NETWORKS, INC.

   I, Thomas F. Driscoll III, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the attached Order Between Excelight Communications, Inc. and Nortel Networks Inc. (the "Proposed Order"), attached as **Exhibit 1** hereto:

   1.  On February 9, 2009, Excelight Communications, Inc. ("Excelight," and together with NNI, the "Parties") filed Excelight Communications, Inc.'s Motion for Allowance and Payment of Administrative Claim Under §503(b)(9) [D.I. 250] (the "Motion") seeking the allowance and immediate payment in the amount of $13,663.30 for such claim.

   2.  The objection deadline for the Motion was set for February 26, 2009 at 4:00 p.m. and extended to April 6, 2009 at 4:00 p.m., and the Motion was set for a hearing on March 5, 2009 at 10:00 a.m and adjourned to the hearing scheduled for April 9, 2009 at 9:00 a.m.

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3.      Counsel for NNI contacted counsel for the Excelight to discuss the relief sought in the Motion. In connection with this the Parties have conferred in an effort to resolve their disputes related to the Motion. As a result, the Parties have agreed to enter into the Stipulation with Respect to Excelight Communications, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim Under §503(b)(9) (the "Stipulation"), attached to the Proposed Order as Exhibit A.

4.      Accordingly, the Stipulation sets forth the terms and conditions of the agreement between the parties with respect to the Motion.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** approving the Stipulation and (ii) grant such other and further relief as is just and proper.

Dated: April 2, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

2830237.1