## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Certification of Counsel Re: Order Approving Stipulation Between Excelight Communications Inc. And Nortel Networks, Inc.** was caused to be made on April 2, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: April 2, 2009

_____
Thomas F. Driscoll III (No. 4703)

2831866.1