# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: Nortel Networks, Inc., Debtor(s).  
   2221 Lakeside Boulevard  
   Richardson, TX  75082  
   04-2486332

Case No. 09-10138 KG  
Chapter 11

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:  
Tennessee Department of Revenue  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

                       Respectfully submitted,  
                       Robert E. Cooper, Jr.  
                       Attorney General and Reporter

                       /s/ Laura L. McCloud  
                       Laura L. McCloud  
                       Assistant Attorney General  
                       BPR No. 016206  
                       OFFICE OF THE ATTORNEY GENERAL  
                       BANKRUPTCY DIVISION  
                       P O BOX 20207  
                       Nashville, TN 37202-0207  
                       Phone: 615-532-2504     Fax: 615-741-3334  
                       Email: ICDELAWARE@STATE.TN.US

### CERTIFICATE OF SERVICE

I certify that on _____April 3, 2009_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

                       /s/ Laura L. McCloud  
                       Laura L. McCloud  
                       Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee | Ann C. Cordo |
| 844 King St., Room 2207 | Attorney for the Debtor(s) |
| Lock Box 35 | P.O. Box 1347 |
| Wilmington, Delaware 19899-0035 | Wilmington, DE 19899-1347 |