IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

          Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

RE: D.I. 563

------------------------------------------------------------X

## ORDER APPROVING STIPULATION BETWEEN EXCELIGHT COMMUNICATIONS, INC. AND NORTEL NETWORKS INC.

Upon consideration of the Stipulation with Respect to Excelight Communications, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim Under §503(b)(9) (the "Stipulation"), attached hereto as Exhibit A, and this matter being submitted on consent, it is hereby

ORDERED, that the Stipulation is hereby approved in accordance with its terms and is incorporated herein by reference.

Dated: April 6, 2009

The Honorable Kevin Gross
United States Bankruptcy Court Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.