**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*, [1]

          Debtors.

---------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

RE: D.I. ___

### STIPULATION WITH RESPECT TO EXCELIGHT COMMUNICATIONS, INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER § 503(b)(9)

WHEREAS, on January 14, 2009, Nortel Networks Inc. ("NNI") and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, on February 9, 2009, Excelight Communications, Inc. ("Excelight," and together with NNI, the "Parties") filed Excelight Communications, Inc.'s Motion for Allowance and Payment of Administrative Claim Under §503(b)(9) [D.I. 250] (the "Motion") seeking the allowance and immediate payment in the amount of $13,663.30 for such claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, the objection deadline for the Motion was set for February 26, 2009 at 4:00 p.m. and extended to April 6, 2009 at 4:00 p.m., and the Motion was set for a hearing on March 5, 2009 at 10:00 a.m and adjourned to April 9, 2009 at 9:00 a.m,

WHEREAS, the Debtor has reviewed its books and records in an effort to reconcile such claim;

WHEREAS, the Parties agree that NNI received the products referenced in Exhibit B to the Motion within twenty (20) days prior to the Petition Date in the ordinary course of NNI's business;

IT IS HEREBY AGREED AND STIPULATED THAT:

1. This stipulation is subject to Court approval and shall become effective on the date of the Court's entry of an order approving the stipulation.

2. Excelight shall have an allowed administrative claim under 11 U.S.C. §503(b)(9) for the goods identified in Exhibit B to the Motion, which is entitled to a priority under 11 U.S.C. §507(a)(2), in the amount of $13,663.30 (the "Allowed Claim") in NNI's chapter 11 case.

3. The Allowed Claim shall be paid on the earlier of (i) a confirmed and effective plan in accordance with section 1129(a)(9)(A) of the Bankruptcy Code or as otherwise required by section 726 of the Bankruptcy Code, or (ii) such other date that 11 U.S.C. §503(b)(9) claimants, as a class, are paid; or (iii) such earlier time as agreed to by the parties or ordered by the Court.

4. This stipulation fully resolves the Motion and any other claims under 11 U.S.C. §503(b)(9) that Excelight may have against any of the Debtors.

Dated: April 1, 2009
Wilmington, Delaware

| EXCELIGHT COMMUNICATIONS, INC. | NORTEL NETWORKS INC. |

*Lynette Warman (with permission)* / *(signature)*

HUNTON & WILLIAMS LLP                 CLEARY GOTTLIEB STEEN & HAMILTON LLP

Michael G. Wilson (VSB No. 48927, DE No. 4022)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopy: (804) 788-8218

- and -

Lynette R. Warman
Texas State Bar No. 20867940
SD Bar No. 13332
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
Telephone: (214) 855-4500
Telecopy: (214) 855-4300

*Attorneys for Excelight Communications, Inc.*

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS NICHOLS ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*