09-10138-KG

Images have been removed because they contain confidential information.  See Docket No. 575.