IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                      :   Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,[1]                           :   Case No. 09-10138 (KG)
                                                             :
                    Debtors.                                 :   Jointly Administered
                                                             :
                                                             :   **RE: D.I.s 9, 58, 239, 337**
                                                             :
                                                             :
------------------------------------------------------------X

**THIRD NOTICE OF FILING OF PROPOSED ORDER FURTHER
SUPPLEMENTING DEBTORS' CASH MANAGEMENT MOTION**

PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases have today filed the proposed **Third Order Supplementing the Debtors' Cash Management Motion** (the "Order") attached as Exhibit 1. The Order approves certain amendments to the NNL Revolver Agreement (as defined in the Cash Management Motion). A blackline of the amended and restated NNL Revolver Agreement compared to the current NNL Revolver Agreement is also attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that the Debtors propose to have a hearing on the Order, scheduled for **APRIL 9, 2009 AT 9:00AM** before the Honorable Judge Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Dated: April 7, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*