IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 566** |

**(I) NOTICE OF WITHDRAWAL OF OBJECTION
OF JDS UNIPHASE CORPORATION TO DEBTORS'
RECLAMATION NOTICE FOR JDS UNIPHASE CORP. [DOCKET NO. 566],
AND (II) REQUEST TO REMOVE DOCKET NO. 566 FROM DOCKET**

**PLEASE TAKE NOTICE** that JDS Uniphase Corporation ("JDSU"), by and through its undersigned attorneys, hereby withdrawals its *Objection to Debtors' Reclamation Notice for JDS Uniphase Corp.* [D.I. 566], along with Exhibits A and B thereto, (collectively, the "Objection"). The withdrawal of the Objection is made per agreement between JDSU and the above-captioned debtors (the "Debtors").

**PLEASE TAKE NOTICE** that JDSU further requests that the Objection be removed from the docket as it contains confidential information.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of Debtor's tax identification numbers are: Nortel Network, Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Otera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6826) and Nortel Networks Cable Solutions Inc. (0567).

{00287165;v1}20032/23199

Dated: April 7, 2009

Respectfully submitted,

MEYERS LAW GROUP, P.C.

By: /s/ *Merle C. Meyers*
    Merle C. Meyers, Esq., CA Bar #66894
    44 Montgomery Street, Suite 1010
    San Francisco, CA 94104
    Telephone: (415) 362-7500
    Facsimile: (415) 362-7515

-and-

ASHBY & GEDDES, P.A.

By: /s/ Amanda Winfree
    William P. Bowden (#2553)
    Amanda M. Winfree (#4615)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899
    Telephone: (302) 654-1888
    Facsimile: (302) 654-2067

*Attorneys for JDS Uniphase Corporation*