# EXHIBIT A



# Meyers Law Group

44 Montgomery Street, Suite 1010, San Francisco, California 94104 Tel (415) 362-7500 Fax (415) 362-7515

mmeyers@mlg-pc.com

January 16, 2009

**DELIVERED VIA U.S. MAIL, FACSIMILE AND ELECTRONIC MAIL**

Ms. Ann C. Cordo, Esq.
Mr. Derek Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mr. James Bromley, Esq.
Ms. Lisa Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Re:   In re Nortel Networks Inc., at al., Debtors, no. 09-10138 (KG)

Counsel:

Our office represents JDS Uniphase Corporation ("JDSU"), a creditor of your clients and the debtors-in-possession in the above-referenced chapter 11 cases, Nortel Networks Inc. and related companies (collectively, the "Debtors"). The Debtors are indebted to JDSU on account of products shipped to the Debtors and to others upon the Debtors' orders for which payment has not been made, together with related damages caused by the Debtors' nonperformance of obligations to JDSU, in an amount in excess of $10,000,000.

A portion of that indebtedness arises from goods delivered to the Debtors in the past 45 days for which payment has not been made. Accordingly, by this letter, and in accordance with the provisions of U.C.C. Section 2-702(2) and Section 546(c) of the United States Bankruptcy Code, JDSU hereby makes demand upon the Debtors, and upon Nortel Networks Inc. in particular (but not exclusively), for reclamation of all such goods, or for cash payment in the

22732/20032

Case 09-10138-MFW    Doc 576-1    Filed 04/07/09    Page 3 of 10

Ms. Cordo, Esq. et al.
January 16, 2009
Page 2

aggregate amount of all associated purchase orders, in the sum of $5,183,690. Enclosed is a detailed schedule of all such goods, by purchase orders, invoices, dates and amounts.

JDSU reserves the right to supplement this demand and the attached schedule to include additional merchandise subject to its reclamation rights. In addition, any merchandise received from JDSU that is not listed in the schedule that the Debtors know or should reasonably know is subject to JDSU's reclamation rights is incorporated in this demand. The Debtors are further notified that all merchandise subject to JDSU's reclamation rights must be protected and segregated by the Debtors and is not to be used for any purpose whatsoever except those specifically authorized by either JDSU or, following written notice and a hearing, by the Bankruptcy Court.

Please contact the undersigned for instructions as to return of the merchandise. If you have any questions, please call our office at the above-listed number immediately.

Sincerely,

MEYERS LAW GROUP, P.C.

By [signature]

Merle C. Meyers, Esq.

MT:mt
20032
Enclosure

ccs (via electronic mail):
Patrick Tinker, Esq.

20032/22732

| Customer Name | Customer Number | Ar Invoice GL Date | Ar Invoice Date | Invoice Nbr | Total |
|---|---|---|---|---|---|
| NORTEL | 1287 | 12/02/2008 | 12/02/2008 | 290470416 | 4,325 |
| NORTEL | 1287 | 12/02/2008 | 12/02/2008 | 290470417 | 8,650 |
| NORTEL | 1287 | 12/02/2008 | 12/02/2008 | 290470420 | 840 |
| NORTEL | 1287 | 12/02/2008 | 12/02/2008 | 290470481 | 3,135 |
| NORTEL | 1287 | 12/02/2008 | 12/02/2008 | 290470482 | 3,135 |
| NORTEL | 1287 | 12/02/2008 | 12/02/2008 | 290470483 | 5,060 |
| NORTEL | 1287 | 12/02/2008 | 12/02/2008 | 290470484 | 7,590 |
| NORTEL | 1287 | 12/02/2008 | 12/02/2008 | 290470485 | 15,180 |
| NORTEL | 1287 | 12/03/2008 | 12/03/2008 | 290470534 | 3,135 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470602 | 3,135 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470603 | 1,950 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470607 | 12,468 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470608 | 15,400 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470626 | 4,548 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470759 | 78,000 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470760 | 13,000 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470761 | 39,000 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470762 | 10,120 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470763 | 2,530 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470764 | 6,270 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470765 | 13,000 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470766 | 39,000 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470767 | 26,000 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470768 | 26,000 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470769 | 3,135 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470770 | 3,135 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470771 | 3,135 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470772 | 3,135 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470773 | 2,860 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470774 | 26,000 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470775 | 3,135 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470777 | 5,060 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470778 | 6,270 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470779 | 23,100 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470780 | 30,800 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470781 | 6,234 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470782 | 6,270 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470783 | 12,468 |
| NORTEL | 1287 | 12/04/2008 | 12/04/2008 | 290470819 | 500 |
| NORTEL | 1287 | 12/07/2008 | 12/07/2008 | 290470901 | 500 |
| NORTEL | 1287 | 12/07/2008 | 12/07/2008 | 290470902 | 3,032 |
| NORTEL | 1287 | 12/07/2008 | 12/07/2008 | 290470932 | 12,128 |
| NORTEL | 1287 | 12/08/2008 | 12/08/2008 | 290470966 | 3,227 |
| NORTEL | 1287 | 12/08/2008 | 12/08/2008 | 290470967 | 6,064 |
| NORTEL | 1287 | 12/08/2008 | 12/08/2008 | 290471015 | 13,000 |
| NORTEL | 1287 | 12/09/2008 | 12/09/2008 | 290471070 | 37,950 |
| NORTEL | 1287 | 12/09/2008 | 12/09/2008 | 290471071 | 25,000 |
| NORTEL | 1287 | 12/09/2008 | 12/09/2008 | 290471072 | 30,000 |
| NORTEL | 1287 | 12/11/2008 | 12/11/2008 | 290471251 | 26,000 |
| NORTEL | 1287 | 12/11/2008 | 12/11/2008 | 290471252 | 840 |
| NORTEL | 1287 | 12/11/2008 | 12/11/2008 | 290471253 | 55,660 |
| NORTEL | 1287 | 12/11/2008 | 12/11/2008 | 290471321 | 26,000 |
| NORTEL | 1287 | 12/12/2008 | 12/12/2008 | 290471322 | 1,780 |
| NORTEL | 1287 | 12/12/2008 | 12/12/2008 | 290471323 | 15,570 |
| NORTEL | 1287 | 12/14/2008 | 12/14/2008 | 290471438 | 1,430 |
| NORTEL | 1287 | 12/14/2008 | 12/14/2008 | 290471439 | 1,430 |
| NORTEL | 1287 | 12/14/2008 | 12/14/2008 | 290471440 | 1,430 |
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 | 290471525 | 13,000 |
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 | 290471526 | 169,000 |
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 | 290471527 | 4,325 |
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 | 290471528 | 1,430 |
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 | 290471530 | 1,680 |

| | | | | |
|---|---|---|---|---|
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 290471531 | 38,500 |
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 290471532 | 7,700 |
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 290471533 | 840 |
| NORTEL | 1287 | 12/15/2008 | 12/15/2008 290471534 | 2,520 |
| NORTEL | 1287 | 12/16/2008 | 12/16/2008 290471628 | 205 |
| NORTEL | 1287 | 12/16/2008 | 12/16/2008 290471629 | 205 |
| NORTEL | 1287 | 12/16/2008 | 12/16/2008 290471643 | 3,000 |
| NORTEL | 1287 | 12/17/2008 | 12/17/2008 290471761 | 13,000 |
| NORTEL | 1287 | 12/17/2008 | 12/17/2008 290471762 | 84,700 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471923 | 13,000 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471924 | 840 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471925 | 3,360 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471926 | 7,700 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471927 | 7,785 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471928 | 4,200 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471929 | 1,680 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471930 | 2,520 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471931 | 840 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471932 | 1,680 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471933 | 1,680 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471934 | 1,780 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471935 | 3,560 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471936 | 910 |
| NORTEL | 1287 | 12/18/2008 | 12/18/2008 290471937 | 52,000 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472045 | 410 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472046 | 15,400 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472047 | 6,270 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472048 | 6,270 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472049 | 820 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472050 | 1,680 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472051 | 840 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472052 | 840 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472053 | 1,780 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472054 | 30,800 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472055 | 958 |
| NORTEL | 1287 | 12/19/2008 | 12/19/2008 290472056 | 52,000 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472145 | 15,400 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472146 | 3,135 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472147 | 3,135 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472148 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472149 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472150 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472151 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472152 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472153 | 7,700 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472154 | 7,700 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472155 | 7,700 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472156 | 2,860 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472157 | 840 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472158 | 840 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472159 | 715 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472160 | 715 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472161 | 715 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472162 | 15,600 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472163 | 15,600 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472164 | 3,909 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472165 | 15,600 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472166 | 15,600 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472167 | 15,600 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472168 | 3,560 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472169 | 1,730 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472170 | 3,460 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472171 | 3,909 |

| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472172 | 6,270 |
|---|---|---|---|---|
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472173 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472174 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472175 | 715 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472176 | 10,380 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472177 | 3,909 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472178 | 8,295 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472179 | 840 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472180 | 11,245 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472181 | 8,650 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472182 | 6,055 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472183 | 865 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472184 | 1,910 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472185 | 840 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472186 | 1,680 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472187 | 620 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472188 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472189 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472190 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472191 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472192 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472193 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472194 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472195 | 3,135 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472196 | 3,135 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472197 | 5,005 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472198 | 9,515 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472199 | 5,005 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472200 | 10,010 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472201 | 620 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472202 | 3,117 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472203 | 6,234 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472204 | 6,234 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472205 | 840 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472206 | 26,000 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472207 | 26,000 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472208 | 955 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472209 | 620 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472210 | 995 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472211 | 840 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472212 | 4,325 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472213 | 4,325 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472214 | 3,360 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472215 | 7,590 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472216 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472217 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472218 | 15,400 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472219 | 23,100 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472220 | 6,270 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472221 | 15,400 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472222 | 15,400 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472223 | 7,700 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472224 | 4,290 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472225 | 1,780 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472226 | 7,700 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472227 | 33,820 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472271 | 3,135 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472275 | 15,400 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472276 | 10,500 |
| NORTEL | 1287 | 12/21/2008 | 12/21/2008 290472278 | 26,000 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472272 | 8,415 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472273 | 16,830 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472274 | 8,415 |

| | | | | |
|---|---|---|---|---|
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472277 | 460 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472279 | 690 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472280 | 107,120 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472281 | 20,085 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472282 | 460 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472314 | 840 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472315 | 1,730 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472316 | 9,515 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472317 | 3,460 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472318 | 6,270 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472319 | 3,135 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472320 | 3,460 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472321 | 4,325 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472322 | 3,460 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472323 | 7,785 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472324 | 12,110 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472325 | 2,480 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472326 | 715 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472327 | 4,325 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472328 | 6,270 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472329 | 3,135 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472330 | 6,270 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472331 | 1,185 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472332 | 2,145 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472333 | 3,117 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472334 | 1,240 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472335 | 65,000 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472336 | 26,000 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472337 | 382 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472338 | 1,680 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472339 | 16,500 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472340 | 33,000 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472341 | 117,500 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472342 | 47,000 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472343 | 30,360 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472344 | 764 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472345 | 15,400 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472346 | 15,400 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472347 | 15,400 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472348 | 26,000 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472349 | 15,400 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472350 | 5,340 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472351 | 1,240 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472352 | 3,560 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472353 | 5,910 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472354 | 3,560 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472355 | 5,340 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472430 | -9,000 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472464 | 900 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472465 | 11,300 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472466 | 2,700 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472467 | 3,950 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472468 | 2,300 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472469 | 3,450 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472470 | 3,460 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472471 | 1,730 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472472 | 30,800 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472473 | 30,800 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472474 | 30,800 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472475 | 5,610 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472476 | 1,950 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472477 | 1,950 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472478 | 1,950 |

| | | | | |
|---|---|---|---|---:|
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472479 | 65,000 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472480 | 840 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472481 | 15,600 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472482 | 7,800 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472507 | 6,270 |
| NORTEL | 1287 | 12/22/2008 | 12/22/2008 290472510 | 3,225 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472506 | 15,600 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472508 | 3,135 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472509 | 2,530 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472557 | 21,000 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472591 | 52,000 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472592 | 4,950 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472593 | 1,430 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472594 | 840 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472595 | 840 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472596 | 715 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472597 | 715 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472598 | 2,530 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472599 | 9,515 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472600 | 715 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472601 | 4,325 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472602 | 3,460 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472603 | 7,700 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472604 | 3,135 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472605 | 2,145 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472606 | 2,520 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472607 | 2,520 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472608 | 1,240 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472609 | 1,240 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472610 | 6,234 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472611 | 33,000 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472612 | 117,500 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472613 | 6,695 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472614 | 840 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472615 | 382 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472616 | 13,000 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472617 | 19,300 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472633 | 1,500 |
| NORTEL | 1287 | 12/23/2008 | 12/23/2008 290472690 | -16,170 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472740 | 20,520 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472741 | 4,560 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472742 | 26,000 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472743 | 11,550 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472744 | 2,530 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472745 | 1,730 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472746 | 5,340 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472747 | 30,360 |
| NORTEL | 1287 | 12/24/2008 | 12/24/2008 290472748 | 78,000 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472869 | 15,400 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472870 | 410 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472937 | 15,200 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472938 | 6,840 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472939 | 6,840 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472940 | 7,600 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472941 | 52,000 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472942 | 6,600 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472943 | 12,540 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472944 | 7,800 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472945 | 30,800 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472946 | 615 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472947 | 132,000 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472948 | 117,500 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472949 | 53,560 |

| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472950 | 53,900 |
|--------|------|------------|----------------------|--------|
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472951 | 2,530 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472952 | 840 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472953 | 205 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472954 | 30,800 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472955 | 7,700 |
| NORTEL | 1287 | 12/25/2008 | 12/25/2008 290472956 | 78,000 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472989 | 9,600 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472990 | 30,800 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472991 | 39,000 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472992 | 3,300 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472993 | 3,300 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472994 | 7,800 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472995 | 23,100 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472996 | 66,000 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472997 | 94,000 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472998 | 26,780 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290472999 | 7,700 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473000 | 5,060 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473001 | 1,680 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473002 | 78,000 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473003 | 15,400 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473004 | 1,230 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473006 | 18,702 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473029 | 7,700 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473030 | 33,000 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473031 | 47,000 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473032 | 7,700 |
| NORTEL | 1287 | 12/26/2008 | 12/26/2008 290473033 | 6,234 |
| NORTEL | 1287 | 12/29/2008 | 12/29/2008 290473148 | 12,468 |
| NORTEL | 1287 | 12/29/2008 | 12/29/2008 290473149 | 2,730 |
| NORTEL | 1287 | 12/30/2008 | 12/30/2008 290473179 | 65,000 |
| NORTEL | 1287 | 12/30/2008 | 12/30/2008 290473180 | 39,000 |
| NORTEL | 1287 | 12/30/2008 | 12/30/2008 290473181 | 3,135 |
| NORTEL | 1287 | 12/30/2008 | 12/30/2008 290473182 | 6,270 |
| NORTEL | 1287 | 12/30/2008 | 12/30/2008 290473183 | 6,270 |
| NORTEL | 1287 | 12/30/2008 | 12/30/2008 290473184 | 3,135 |
| NORTEL | 1287 | 12/30/2008 | 12/30/2008 290473185 | 18,702 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473323 | 24,950 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473324 | 49,900 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473325 | 9,295 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473326 | 3,000 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473327 | 4,950 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473328 | 6,695 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473329 | 26,780 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473330 | 6,695 |
| NORTEL | 1287 | 01/05/2009 | 01/05/2009 290473331 | 2,805 |
| NORTEL | 1287 | 01/06/2009 | 01/06/2009 290473417 | 1,520 |
| NORTEL | 1287 | 01/06/2009 | 01/06/2009 290473418 | 1,650 |
| NORTEL | 1287 | 01/07/2009 | 01/07/2009 290473541 | 23,500 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473732 | 62,375 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473733 | 16,500 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473734 | 23,500 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473735 | 3,715 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473736 | 3,715 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473737 | 11,145 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473738 | 3,000 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473739 | 6,000 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473740 | 6,000 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473741 | 3,000 |
| NORTEL | 1287 | 01/09/2009 | 01/09/2009 290473742 | 2,218 |
| NORTEL | 1287 | 01/12/2009 | 01/12/2009 290473888 | 70,500 |
| NORTEL | 1287 | 01/12/2009 | 01/12/2009 290473889 | 19,700 |

| | | | | |
|---|---|---|---|---:|
| NORTEL | 1287 | 01/12/2009 | 01/12/2009 290473890 | 1,188 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290473939 | 60,255 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290473994 | 2,550 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290473995 | 5,005 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290473996 | 9,900 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290473997 | 410 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474013 | 2,145 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474014 | 1,430 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474015 | 1,430 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474016 | 3,575 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474017 | 1,780 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474018 | 1,780 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474019 | 3,560 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474020 | 7,120 |
| NORTEL | 1287 | 01/13/2009 | 01/13/2009 290474021 | 5,910 |
| | | | | 5,183,690 |