# Exhibit B


**JDSU**

| | |
|---|---|
| REMIT TO | JDSU 5793 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693<br>United States |
| BILL TO | NORTEL<br>Attn: Accounts Payable<br>NORTEL<br>P.O. BOX 280510<br>ATTN: ACCOUNTS PAYABLE<br>NASHVILLE TN 37228<br>United States |
| SHIP TO: | NORTEL<br>NORTEL<br>NORTEL NETWORKS / SAP PLT 1600<br>4001 E CHAPEL HILL-NELSON HWY<br>RTP<br>RESEARCH TRIANGLE PARK NC 27709<br>United States |

## Invoice

| NUMBER | |
|---|---|
| 290473888 | |
| DATE | PAGE |
| 12-JAN-09 | 1 of 1 |
| PURCHASE ORDER NUMBER | SALES ORDER NUMBER |
| 4503168607 | 930104431 |
| CUSTOMER NUMBER | LOCATION |
| 1287 | 47616 |
| WAYBILL NUMBER | |
| 0 | |

WIRE PAYMENTS TO: BANK OF AMERICA
CHICAGO, ILLINOIS
ACCT 81888-13110
SWIFT BOFAUS3N (INTL WIRE)
ABA 026009593 (U.S. WIRE)
ABA 071000039 (ACH PAYMENT/DOMESTIC WIRE)

**CUSTOMER TAX REG #**

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| | 13-MAR-09 | LALONDE, DIANE | |
| SHIP DATE | SHIP VIA | | PACKING SLIP / COMMERCIAL INVOICE NO. |
| 12-JAN-09 | SCHENKER INTERNATION/ | | 1650858 |
| FREIGHT TERMS | | FOB | JDSU CONTACT |
| Third Party Billing | | FCA Shipping Point | ACCOUNTS RECEIVABLE/408-546-5293 |

| ITEM # | PO LINE# | PART # / CUST PART # / SERIAL # / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1 | 3.3 | 21117012<br>Customer part number:  NTK553FAE5<br>NNTMH9011878<br><br>NNTMH9011879<br><br>NNTMH9011891<br><br>FG'NTK553FAE5'OME 50GHZ ROADM WITH 9X1 WSS OPM AND EDFA | 3 | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL ( USD ) |
|---|---|---|---|---|
| Fed Tax Id: 94-2579683 | | 0.00 | 0.00 | |

Invoice and Sale/Delivery of products is based on and subject to current JDSU Terms and Conditions of sale. (FIA-FM-0000 Rev. 500)
Notes:

TERMS NOTICE

The provision of hardware, services and/or all licenses of software, by JDS Uniphase Corporation and/or its subsidiaries ("JDSU"), are subject to JDSU's standard terms and conditions which are available at www.jdsu.com/terms ("Terms") or on request. JDSU does not accept, expressly or impliedly, and JDSU hereby rejects, any additional or different terms or conditions that Customer presents, including, but not limited to, any terms or conditions contained or referenced in any order, acceptance, acknowledgment, or other document, or established by trade usage or prior course of dealing, unless JDSU expressly and unambiguously agrees to such terms and conditions in a duly signed writing. Customer shall not rely on any representations or agreements by any other JDSU representatives (including but not limited to sales representatives). By ordering, receiving, accepting, or using any products or services or otherwise proceeding with any transaction after receipt of the Terms or after being notified that such transactions are subject to the Terms, Customer agrees to the Terms.

Export Compliance. Customer shall obtain all licenses, permits and approvals required by any government and shall comply with all applicable laws, rules, policies and procedures of the applicable government and other competent authorities. Customer will indemnify and hold JDSU harmless for any violation or alleged violation by Customer of such laws, rules, policies or procedures. Customer shall not transmit, export or re-export, directly or indirectly, separately or as part of any system, the Goods or any technical data (including processes and services) received from JDSU, without first obtaining any license required by the applicable government, including without limitation, the United States Government and/or any other applicable competent authority. Customer also certifies that (i) none of the products or technical data supplied by JDSU will be sold or otherwise transferred to, or made available for use by or for, any entity that is: (a) located in an "embargoed" country in accordance with any applicable government list(s) including without limitation, those of the United States, (b) a 'denied' or 'restricted' party on any applicable government list(s) including without limitation, those of the United States, and/or (c) engaged in the design, development, production or use of nuclear, biological or chemical weapons or missile technology, (ii) no relevant agency or authority has suspended, revoked or denied Customer's export and/or import privileges; and/or (iii) Customer is not located in or under the control of a national or resident of, a jurisdiction where this transaction is prohibited.