## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that on April 7, 2009, I caused one copy of the foregoing to be served upon the parties listed below in the manner so indicated.

VIA U.S. MAIL
James L. Bromley
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

VIA U.S. Mail
Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

VIA HAND DELIVERY
Derek C. Abbott
Eric D. Schwartz
Thomas F. Driscoll III
Ann C. Cordo
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

VIA HAND DELIVERY
Christopher M. Samis
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

VIA HAND DELIVERY
Thomas Tinker
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*/s/ Amanda M. Winfree*
Amanda M. Winfree (No. 4615)

{00273719;v1}