# EXHIBIT A

NORTEL NETWORKS-ERISA Litigation
ERISA Litigation - Post Bankruptcy

CATEGORY:  L120 Analysis/Strategy

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/14/09 | RET | .5 | Review bankruptcy filing |
| 1/14/09 | RET | 2.0 | Multiple calls with Joe Dearing regarding today's bankruptcy filing, our continued representation, and beginning discussions about how to deal with the upcoming mediation |
| 1/14/09 | RET | 1.9 | Begin analysis of impact of bankruptcy on our case and the upcoming mediation |
| 1/14/09 | RET | .4 | Teleconference with plaintiffs' counsel regarding today's bankruptcy filing and beginning discussions about how to deal with the upcoming mediation |
| 1/15/09 | RET | .4 | E-mail from and telephone call from plaintiff's counsel regarding the mediation on February 19 in light of the bankruptcy |
| 1/15/09 | RET | .2 | E-mail from and to Judge Weinstein regarding the mediation on February 19 in light of the bankruptcy |
| 1/21/09 | RET | .2 | E-mail from and to Judge Weinstein's assistant regarding mediating on February 19 |
| 1/22/09 | RET | .2 | E-mail to Tom Driscoll, local counsel for the bankruptcy, regarding the 327e application |
| 1/26/09 | RET | .4 | Telephone call with Tom Driscoll, counsel for debtor, regarding process for obtaining approval from the bankruptcy court |
| 1/28/09 | RET | .3 | Receive and analyze draft bankruptcy pleadings from Tom Driscoll we need to complete and file |
| 1/29/09 | RET | .6 | Draft and edit Suggestion of Bankruptcy and Applicability of Bankruptcy Stay for filing in the district court |
| 1/29/09 | JMS7 | .6 | Correspondence with other attorneys in firm to coordinate audit response letter |
| 1/29/09 | JMS7 | .6 | Draft and finalize audit response letter |

SUB TOTAL    4,060.00

NORTEL NETWORKS-ERISA Litigation
  ERISA Litigation - Post Bankruptcy

CATEGORY:  L160 Settlement/Non-Binding ADR

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/21/09 RET | .3 | Teleconference with plaintiffs' counsel regarding next steps to try to settle the case |
| 1/21/09 RET | .4 | Teleconference with Joe Dearing regarding his conversation with Chubb |
| 1/21/09 RET | .2 | Correspondence from plaintiffs' counsel making demand for remaining policy proceeds |
| 1/21/09 JMS7 | .1 | Review plaintiffs' settlement demand letter |
| 1/21/09 JMS7 | .2 | Teleconference with Joe Dearing regarding plaintiffs' settlement demand |
| 1/21/09 JMS7 | .2 | E-mail from and to Joe Dearing regarding consent to representation letter |
| 1/21/09 JMS7 | .1 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/21/09 JMS7 | .1 | E-mail from Chris Hugo regarding second privilege log report |
| 1/21/09 JMS7 | .1 | E-mail from John Treddenick regarding my detailed recitation of events regarding Catalyst |
| 1/21/09 JMS7 | .2 | E-mail from and to Melanie McHenry regarding my detailed recitation of events regarding Catalyst |
| 1/21/09 JMS7 | .2 | E-mail Joe Dearing regarding the list of individual defendants |
| 1/21/09 JMS7 | .2 | E-mail from Susanne Veters regarding my detailed recitation of events regarding Catalyst |
| 1/21/09 JMS7 | .1 | E-mail from Jeff Catanzaro regarding privilege log |
| 1/22/09 JMS7 | .2 | E-mail from Susanne Veters to Catalyst and back regarding Catalyst regarding the privilege log |
| 1/22/09 JMS7 | .1 | E-mail Joe Dearing regarding Jeff Catanzaro electronic discovery review invoices |
| 1/23/09 RET | .4 | Teleconference with Joe Dearing regarding my call with Sandy Illmer from Chubb |
| 1/23/09 RET | .1 | E-mail to Joe Dearing, Sandy Illmer, Eric Schall, and Peter Bisio to discuss pending issues |
| 1/23/09 RET | .1 | E-mail Eric Schall regarding pending issues |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/23/09 | RET | .1 | E-mail from Eric Schall regarding |
| 1/23/09 | RET | .2 | E-mails from Joe Dearing and Peter Bisio regarding pending issues |
| 1/28/09 | RET | 4.7 | Research regarding issues raised by the filing of the bankruptcy |
| 1/28/09 | JMS7 | .2 | Second e-mail from and to Chris Hugo regarding privilege log |
| 1/28/09 | JMS7 | .2 | E-mail from and to Chris Hugo regarding privilege log |
| 1/29/09 | RET | 1.1 | Prepare for and call with bankruptcy counsel regarding issues related to impact of bankruptcy |
| 1/29/09 | RET | .2 | E-mail from and to Peter Bisio of Chubb regarding issues related to impact of bankruptcy |
| 1/29/09 | RET | .4 | Teleconference with Joe Dearing regarding his conversations with Chubb |
| 1/29/09 | RET | .3 | Receive and analyze correspondence from Chubb setting forth its position that it will not pay anything out of policy proceeds without bankruptcy approval |
| 1/29/09 | RET | .4 | Teleconference with Joe Dearing and bankruptcy counsel regarding Chubb's position |
| 1/29/09 | RET | .3 | Telephone call from plaintiffs' counsel regarding status of our response to their offer to settle for policy limits |

SUB TOTAL    5,535.00

## CATEGORY: L190 Other Case Assessment, Devel. & Adm

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/22/09 | JMS7 | .2 | E-mail from John Doolittle regarding our representation of him |
| 1/22/09 | JMS7 | .2 | E-mail from Carol Tkaczyk regarding John Doolittle's representation |
| 1/23/09 | JMS7 | .2 | Review audit letter response request from Dana Duckworth |
| 1/26/09 | JMS7 | .7 | Work on counsel approval filing for bankruptcy court |
| 1/27/09 | JMS7 | .9 | Work on counsel approval papers for Nortel bankruptcy |
| 1/28/09 | JMS7 | .4 | Coordinate audit response letter among other lawyers who represent Nortel affiliates |
| 1/29/09 | JMS7 | .3 | Prepare for teleconference regarding obtaining court approval to represent Nortel in bankruptcy action |
| 1/30/09 | JMS7 | .2 | Finalize audit letter |

SUB TOTAL    1,317.50

3

## CATEGORY:  L210 Pleadings

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/30/09 DSH | .2 | Finalize for filing defendants' suggestion of bankruptcy and applicability of the automatic stay pleading and attachments to be filed in the USDC Middle District of Tennessee |
| 1/30/09 DSH | .2 | File by ECF defendants' suggestion of bankruptcy and applicability of the automatic stay pleading and attachments in the USDC Middle District of Tennessee |
| 1/30/09 DSH | .3 | Research bankruptcy pleadings and dockets in the US Bankruptcy court for the district of Delaware in connection with the filing of defendants' suggestion of bankruptcy and applicability of the automatic stay pleading and attachments to be filed in the USDC Middle District of Tennessee |

SUB TOTAL      105.00

## CATEGORY:  L250 Other Written Motions and Submissions

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/30/09 DSH | .1 | Review e-mail correspondence from Rene' Thorne regarding suggestion of bankruptcy and applicability of the automatic stay pleading and attachments |

SUB TOTAL      15.00

## CATEGORY:  L310 Written Discovery

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/22/09 JMS7 | .4 | Discussions with Susanne Veters regarding privilege log |
| 1/22/09 JMS7 | .2 | E-mail from and to Dave Deppe regarding privilege log |
| 1/22/09 JMS7 | .2 | Teleconference with Jeff Catanzaro regarding electronic discovery review invoices |
| 1/22/09 JMS7 | .2 | E-mail from and to Dave Deppe regarding document production issues |
| 1/22/09 JMS7 | .2 | E-mail from and to Dave Deppe regarding RR Donnelley's request for assistance regarding electronic discovery project |
| 1/22/09 JMS7 | .1 | E-mail from Joe Dearing regarding John Doolittle's consent to representation letter |
| 1/22/09 JMS7 | .1 | Second e-mail from Chris Hugo regarding request for assistance regarding electronic discovery project |

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/22/09 JMS7 | .2 | E-mail from and to Susanne Veters regarding assignments |
| 1/22/09 JMS7 | .2 | Office conference with Chris Hugo regarding privilege log |
| 1/22/09 JMS7 | .5 | Discussion with Rene' Thorne regarding bankruptcy impact on settlement |
| 1/22/09 JMS7 | .4 | Teleconference with Joe Dearing regarding bankruptcy and discovery issues |
| 1/22/09 JMS7 | .1 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/22/09 JMS7 | .2 | E-mail from and to Dave Deppe regarding privilege log reports |
| 1/22/09 JMS7 | .2 | Prepare for call with Catalyst regarding document database |
| 1/22/09 JMS7 | .8 | Teleconference with Catalyst regarding document database |
| 1/22/09 JMS7 | .3 | Follow-up call Dave Deppe regarding call with Catalyst regarding document database |
| 1/22/09 JMS7 | .6 | Outline electronic discovery document review project completion action items |
| 1/22/09 JMS7 | .2 | Discussion with Alan Kimber regarding privilege log |
| 1/22/09 JMS7 | .2 | Second discussion with Alan Kimber regarding privilege log |
| 1/28/09 JMS7 | .2 | Discuss with Chris Hugo regarding privilege log |
| 1/28/09 JMS7 | .2 | Third e-mail from and to Chris Hugo regarding privilege log |
| 1/29/09 JMS7 | .2 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/29/09 JMS7 | .9 | Wrap up interview with Chris Hugo at project completion |
| 1/29/09 JMS7 | .1 | E-mail from Donna Hebert reporting on document review stages for discussion with Catalyst |
| 1/29/09 JMS7 | .2 | Office conference with Susanne Veters regarding privilege log |

SUB TOTAL     3,017.50

## CATEGORY:  L320 Document Production

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/14/09 JMS7 | .2 | E-mail from and to Dave Deppe regarding creating a privilege log |
| 1/14/09 JMS7 | .2 | Discuss daily privilege log report with Chris Hugo |
| 1/14/09 JMS7 | .1 | Privilege log report from Chris Hugo |
| 1/14/09 JMS7 | .1 | Review daily document review progress report for discussion with Catalyst |

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/14/09 JMS7 | .1 | E-mail from Donna Hebert regarding documents that appeared in the first level review stage for discussion with Catalyst |
| 1/14/09 JMS7 | .1 | E-mail from Dave Deppe regarding Nortel's having filed for bankruptcy |
| 1/14/09 JMS7 | .1 | Review news report regarding Nortel's having filed for bankruptcy |
| 1/14/09 JMS7 | .4 | Review Nortel's bankruptcy filing |
| 1/14/09 JMS7 | 2.0 | Teleconferences with Joe Dearing regarding Nortel's bankruptcy filing |
| 1/14/09 JMS7 | 1.9 | Consider how Nortel's filing for bankruptcy affects settlement |
| 1/14/09 JMS7 | .2 | Teleconference with Jeff Catanzaro regarding whether the electronic discovery review project will continue |
| 1/14/09 JMS7 | .3 | Teleconference with Dave Deppe regarding next steps in view of bankruptcy |
| 1/14/09 JMS7 | .2 | E-mail from and to Dave Deppe regarding creating a privilege log |
| 1/14/09 JMS7 | .2 | E-mail from and to Rebecca Cameron Catalyst's website |
| 1/14/09 JMS7 | .2 | E-mail from John Treddenick regarding Catalyst's review tool |
| 1/14/09 JMS7 | .2 | Discuss with Susanne Veters regarding assignments |
| 1/14/09 JMS7 | .1 | E-mail from Rebecca Cameron regarding Catalyst downtime |
| 1/14/09 JMS7 | .1 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/14/09 JMS7 | .1 | Second teleconference with Dave Deppe regarding next steps |
| 1/14/09 SUV | .4 | Conference with Chris Hugo and Alan Kimber from RR Donnelley addressing privilege |
| 1/14/09 DSH | .2 | Draft end of day status report of all Catalyst review stages to Chris Hugo |
| 1/14/09 DSH | .1 | Draft e-mail to Susanne Veters regarding the five new batches in the RRD 1st level review stage and if she knows where they have come from and if they should be assigned to reviewers |
| 1/14/09 DSH | .2 | Generate and review unassigned stage report in Catalyst to prepare for update e-mail to team |
| 1/14/09 DSH | .2 | Generate and review RR Donnelley first level review stage report in Catalyst to prepare for update e-mail to team |
| 1/14/09 DSH | .3 | Draft update e-mail to Christopher Hugo of RR Donnelley, and Jason Stein and Susanne Veters to update everyone on each Catalyst review stage |
| 1/14/09 DSH | .2 | Generate and review redaction required review stage report in Catalyst to prepare for update e-mail to team |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/14/09 | DSH | .2 | Generate and review RR Donnelley QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/14/09 | DSH | .2 | Generate and review RR Donnelley Key QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/14/09 | DSH | .4 | Generate and review do not produce review stage report in Catalyst to prepare for update e-mail to team |
| 1/15/09 | JMS7 | .1 | E-mail from Susanne Veters regarding documents that moved to the initial review stage |
| 1/15/09 | JMS7 | .1 | Another e-mail from Susanne Veters regarding movement of documents for discussion with Catalyst |
| 1/15/09 | JMS7 | .4 | Discussion with Chris Hugo regarding document review performance and privilege log issues |
| 1/15/09 | JMS7 | .1 | E-mail from Chris Hugo regarding document review performance and privilege log issues |
| 1/15/09 | JMS7 | .2 | Teleconference with Jeff Catanzaro regarding next steps for document review |
| 1/15/09 | JMS7 | .8 | Discussions with Rene' Thorne regarding Nortel's bankruptcy and effect on settlement |
| 1/15/09 | JMS7 | .1 | E-mail from Rebecca Cameron regarding research regarding the review module |
| 1/15/09 | DSH | .2 | Generate stage report in Catalyst for Chris Hugo of RR Donnelley |
| 1/15/09 | DSH | .1 | Draft e-mail to Chris Hugo of RR Donnelley with findings from stage report |
| 1/15/09 | DSH | .2 | Generate and review RR Donnelley first level review stage report in Catalyst to prepare for update e-mail to team |
| 1/15/09 | DSH | .2 | Generate and review RR Donnelley QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/15/09 | DSH | .2 | Generate and review RR Donnelley Key QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/15/09 | DSH | .2 | Generate and review stage report in Catalyst to prepare for update e-mail to team |
| 1/15/09 | DSH | .2 | Draft end of day status report of all Catalyst review stages to Chris Hugo |
| 1/15/09 | DSH | .3 | Draft update e-mail to Christopher Hugo of RR Donnelley, and Susanne Veters to update everyone on each Catalyst review stage including breaking down number of batches and records left in each stage |
| 1/15/09 | DSH | .2 | Generate and review unassigned stage report in Catalyst to prepare for update e-mail to team |
| 1/15/09 | DSH | .2 | Generate and review redaction required review stage report in Catalyst to prepare for update e-mail to team |

7

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/16/09 | JMS7 | .2 | Teleconference with Dave Deppe regarding electronic discovery review |
| 1/16/09 | JMS7 | .1 | Discussion with Chris Hugo regarding privilege log tracker |
| 1/16/09 | JMS7 | .2 | E-mail from and to Susanne Veters regarding privilege log |
| 1/16/09 | JMS7 | .1 | Review updated attorney list for privilege document review |
| 1/16/09 | JMS7 | .3 | Office conference with Chris Hugo regarding Catalyst review tool |
| 1/16/09 | JMS7 | .2 | E-mail from and to Susanne Veters regarding the privilege log |
| 1/16/09 | JMS7 | .2 | Follow-up with Susanne Veters regarding how it is possible for Kroll to search lower fields in a document for privilege log work |
| 1/16/09 | JMS7 | .2 | E-mail from and to Kavi Mainali regarding completing the privilege log |
| 1/16/09 | JMS7 | .2 | E-mail update from and to Susanne Veters regarding privilege log progress |
| 1/16/09 | JMS7 | .1 | Review updated list of attorney for electronic discovery document review |
| 1/16/09 | JMS7 | 2.1 | Electronic discovery privilege log document review |
| 1/16/09 | JMS7 | .1 | E-mail from Chris Hugo regarding privilege log tracker |
| 1/16/09 | SUV | .1 | Revise chart of attorney names and law firms that reviewers use for privilege calls by adding attorney Henry Smith to the chart |
| 1/16/09 | SUV | .1 | Draft e-mail correspondence to RR Donnelley's review team regarding the updated chart of attorney names and law firms that needs to be used for future privilege calls |
| 1/16/09 | SUV | .1 | Review e-mail from Dave Deppe in response to my request for batching of remaining documents that need to be added to the privilege log |
| 1/16/09 | SUV | .1 | Review e-mail from Kavi Mainali informing me that he had put in folders and batched the remaining documents that need to be added to the privilege log by RR Donnelley |
| 1/16/09 | SUV | .2 | Draft e-mail correspondence to Chris Hugo, JV Fernandez, and Polly Dy from RR Donnelley instructing them on how many documents are still to be added to the privilege log and informing them of quantity of documents and location on the electronic database |
| 1/16/09 | SUV | .1 | Review e-mail from Alan Kimber regarding the need to revise the list of attorney names and law firms again because he identified an additional lawyer who is not currently on the chart |

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/16/09 SUV | .1 | Teleconference with Chris Hugo from RR Donnelley concerning the progress the reviewers make in drafting the privilege log and the need to batch the remaining documents for Manila reviewers |
| 1/16/09 SUV | .1 | Review e-mails from Chris Hugo and VJ Fernandez from RR Donnelley regarding the progress the reviewers make in drafting the privilege log and the need to batch the remaining documents for Manila reviewers |
| 1/16/09 SUV | .1 | E-mail to VJ Fernandez requesting a list of reviewers who are in need of additional documents to add to the privilege log to ensure an efficient work flow for RR Donnelley |
| 1/16/09 SUV | .2 | Draft e-mail correspondence to Dave Deppe and Kavi Mainali to request the creation of additional public folders of documents that need to be added to the privilege log by RR Donnelley |
| 1/16/09 SUV | .1 | Review e-mail from Chris Hugo from RR Donnelley and attached document inquiring whether Ken Hashimoto was an attorney for Nortel who has to be added to the chart of attorney names and law firms that reviewers use for privilege calls |
| 1/16/09 SUV | .1 | Revise chart of attorney names and law firms that reviewers use for privilege calls by adding attorney Ken Hashimoto to the chart |
| 1/16/09 SUV | .1 | Draft e-mail correspondence to RR Donnelley's review team regarding the updated chart of attorney names and law firms that needs to be used for future privilege calls |
| 1/16/09 DSH | .1 | Receive and review e-mail from Susanne Veters regarding batches that have been added to the Jackson Lewis - QC Privilege Log and the Jackson Lewis Review - Privilege Log in the public folders and that these batches have been assigned to Alan Kimber and Chris Hugo of RR Donnelley |
| 1/16/09 DSH | .2 | Generate and review do not produce review stage report in Catalyst to prepare for update e-mail to team |
| 1/16/09 DSH | .2 | Draft end of day status report of all Catalyst review stages to Chris Hugo |
| 1/16/09 DSH | .2 | Generate and review RR Donnelley Key QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/16/09 DSH | .3 | Draft update e-mail to Christopher Hugo of RR Donnelley, and Jason Stein and Susanne Veters to update everyone on each Catalyst review stage including breaking down number of batches and records left in each stage |
| 1/16/09 DSH | .2 | Generate and review Unassigned stage report in Catalyst to prepare for update e-mail to team |
| 1/16/09 DSH | .2 | Generate and review RR Donnelley first level review stage report in Catalyst to prepare for update e-mail to team |
| 1/16/09 DSH | .2 | Generate and review redaction required review stage report in Catalyst to prepare for update e-mail to team |

9

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/16/09 DSH | .2 | Generate and review RR Donnelley QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/20/09 JMS7 | .2 | E-mail from and to Rebecca Cameron regarding tracking documents in the Catalyst system |
| 1/20/09 JMS7 | .2 | Office conference with Susanne Veters and Donna Hebert regarding discussing with RR Donnelley project with Joe Dearing |
| 1/20/09 JMS7 | .1 | Another e-mail from and to Rebecca Cameron regarding tracking documents in the Catalyst system |
| 1/20/09 JMS7 | .2 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/20/09 JMS7 | .3 | Prepare for teleconference to Joe Dearing regarding bankruptcy impact on electronic discovery |
| 1/20/09 JMS7 | .8 | Prepare outline of interview questions for teleconference with Catalyst regarding assorted document review items |
| 1/20/09 JMS7 | .1 | Teleconference to Joe Dearing regarding bankruptcy impact on electronic discovery |
| 1/20/09 JMS7 | .1 | E-mail from Chris Hugo regarding privilege log tracker |
| 1/20/09 JMS7 | .6 | Office conference with Alan Kimber and Chris Hugo regarding privilege log tracker and document review status update |
| 1/20/09 SUV | .1 | Review e-mail from Rebecca Cameron requesting additional information, such as the beginning control numbers, of documents that were moved out of the Do NOT Produce stage |
| 1/20/09 SUV | .1 | Respond to e-mail from Rebecca Cameron regarding her inquiry for additional information, such as the beginning control numbers, of documents that were moved out of the Do NOT Produce stage |
| 1/20/09 SUV | .6 | Respond to questions by Chris Hugo concerning the privilege log entries for certain documents he reviewed |
| 1/20/09 DSH | .1 | Receive and review e-mail from Susanne Veters regarding new batch additions to the public folders and instructions that these batches still need to be added to the privilege log |
| 1/21/09 JMS7 | .6 | Teleconference with Joe Dearing regarding outstanding projects |
| 1/21/09 JMS7 | 1.3 | Outline issues to cover with Catalyst regarding electronic discovery document review conference call regarding Catalyst database |
| 1/21/09 JMS7 | .2 | Prepare for teleconference with Joe Dearing regarding outstanding projects |
| 1/21/09 JMS7 | .2 | E-mail from Joe Dearing regarding stay of litigation as a result of bankruptcy |
| 1/21/09 JMS7 | .2 | Prepare for teleconference with Joe Dearing regarding outstanding projects |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/21/09 | JMS7 | .2 | E-mail from and to Dave Deppe regarding project progress |
| 1/21/09 | JMS7 | .3 | Teleconference with Dave Deppe regarding getting an update from Catalyst regarding functionality of its program |
| 1/21/09 | JMS7 | .4 | E-mail from and to Dave Deppe regarding getting an update from Catalyst regarding functionality of its program |
| 1/21/09 | JMS7 | .2 | Discussion with Donna Hebert regarding consent for representation forms |
| 1/21/09 | JMS7 | .1 | Review report from Donna Hebert regarding documents at various stages for discussion with Catalyst |
| 1/21/09 | JMS7 | 1.3 | Plan cost estimates summary for Joe Dearing |
| 1/21/09 | JMS7 | .3 | E-mail Joe Dearing regarding cost estimates |
| 1/21/09 | JMS7 | .1 | E-mail from Rebecca Cameron regarding information Dave Deppe requested for his Catalyst investigation |
| 1/21/09 | JMS7 | .3 | Discussion with Susanne Veters regarding status of new privilege log report for electronic discovery |
| 1/21/09 | JMS7 | .2 | E-mail from and to Rebecca Cameron list of items to discuss on forthcoming conference call |
| 1/21/09 | JMS7 | .2 | E-mail from and to John Treddennick regarding list of items to discuss on forthcoming conference call |
| 1/21/09 | JMS7 | .2 | Discussion with e-consultant to regarding generating an electronic privilege log |
| 1/21/09 | JMS7 | .2 | E-mail from and to Rebecca Cameron regarding status of new privilege log report for electronic discovery |
| 1/21/09 | JMS7 | .2 | E-mail from Susanne Veters to Dave Deppe regarding questions he needs answers to for his Catalyst investigation |
| 1/21/09 | JMS7 | .7 | E-mail Rebecca Cameron a detailed recitation of events regarding Catalyst case history while reviewing notes |
| 1/21/09 | JMS7 | .1 | Teleconference with Jeff Catanzaro regarding privilege log completion |
| 1/21/09 | JMS7 | .2 | Teleconference with Dave Deppe regarding Catalyst case history |
| 1/21/09 | JMS7 | .1 | E-mail Jeff Catanzaro regarding privilege log completion |
| 1/21/09 | SUV | .2 | Receive and review e-mail from Chris Hugo containing the updated privilege log tracker showing progress of RR Donnelley's work and document assignments among reviewers |
| 1/21/09 | SUV | .1 | Review e-mail by Jason Stein regarding the background of the set up of the default rules for all stages of the review module |
| 1/21/09 | SUV | .1 | Receive and review e-mail from Rebecca Cameron regarding the ticket she submitted with technical support services to assist making the new privilege log more easily accessible |

11

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/21/09 | SUV | .3 | Conference with Chris Hugo and Jason Stein regarding strategy on how to ensure timely completion of RR Donnelley's part of the document review and quality control by RR Donnelley to ensure that all privilege entries comply with recent case law on how to log e-mail strings on privilege logs (authorized by Sandy Illmer) |
| 1/21/09 | SUV | .4 | Conference call with Dave Deppe regarding ways to identify documents logged by certain reviewers (authorized by Sandy Illmer) |
| 1/21/09 | SUV | .1 | Receive and review e-mail from Dave Deppe regarding the status of the document review that has been completed to date by Catalyst and Jackson Lewis |
| 1/21/09 | SUV | .3 | Review document locations and document movements on Catalyst in order to answer questions from Dave Deppe |
| 1/21/09 | SUV | .2 | Draft e-mail correspondence to Dave Deppe, Kavi Mainali, Rebecca Cameron and Michelle Esposito in response to questions asked by Dave Deppe about document movement since January 15, 2008 in the Jackson Lewis Second Review and Jackson Lewis Quality Control stages |
| 1/21/09 | SUV | .1 | Receive and review e-mail from Rebecca Cameron regarding the newly created privilege log which is posted on Catalyst's FTP site |
| 1/21/09 | SUV | .3 | Draft e-mail correspondence to Rebecca Cameron requesting Catalyst to use Jackson Lewis' FTP site to store the newly created privilege log |
| 1/21/09 | SUV | 1.2 | Analyze, with the help of computer technicians, how to access the privilege log created by Catalyst and how to put it into a usable format in compliance with Federal Rules of Civil Procedure governing the creation of privilege logs in electronic discovery |
| 1/21/09 | SUV | 1.8 | Budget meeting with Jason Stein during which we analyzed how much time Jackson Lewis attorneys and paralegal will have to expend to ensure completion of RR Donnelley's part of the document review |
| 1/21/09 | DSH | .2 | Generate and review unassigned stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 | DSH | .2 | Generate and review RR Donnelley first level review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 | DSH | .2 | Generate and review redaction required review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 | DSH | .2 | Generate and review RR Donnelley QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 | DSH | .2 | Generate and review RR Donnelley Key QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 | DSH | .2 | Generate and review technical error review stage report in Catalyst to prepare for update e-mail to team |

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/21/09 DSH | .3 | Generate and review Jackson Lewis second level review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 DSH | .2 | Generate and review produce review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 DSH | .2 | Generate and review Jackson Lewis QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 DSH | .2 | Generate and review do not produce review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 DSH | .2 | Generate and review do not produce - privilege log complete review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 DSH | .2 | Generate and review do not produce - technical error review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 DSH | .2 | Generate and review do not produce - not related review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 DSH | .2 | Generate and review temp review stage report in Catalyst to prepare for update e-mail to team |
| 1/21/09 DSH | .4 | Per e-mail request from Susanne Veters comparison done of the Jackson Lewis second level review stage, the Jackson Lewis QC stage, the do not produce stage and the produce stage to earlier generated reports to record numbers for each stage |
| 1/21/09 DSH | .4 | Draft update e-mail to Jason Stein and Susanne Veters of Jackson Lewis updating on each catalyst review stage including breaking down number of batches and records left in each stage |
| 1/22/09 RET | .4 | Teleconference with Joe Dearing regarding tasks which need to be accomplished in the next 30 days to complete the electronic discovery review |
| 1/22/09 RET | .1 | Voice mail to Sandy Illmer regarding impact of bankruptcy on pending mediation and tasks which need to be accomplished in the next 30 days to complete the electronic discovery review |
| 1/22/09 SUV | .1 | Receive and review e-mail from Rebecca Cameron regarding accessibility of newly created privilege log on Jackson Lewis' FTP site |
| 1/22/09 SUV | 1.1 | Review privilege log created by Catalyst to ensure its format and the meta data contained in it complies with the Federal Rules of Civil Procedure |
| 1/22/09 SUV | .3 | Draft detailed e-mail correspondence to Dave Deppe and Kavi Mainali requesting them to re-run or format the privilege log by including certain type of meta data in a specific order and in a specific format to satisfy the legal requirements of a privilege log of electronic documents |
| 1/22/09 SUV | .1 | Receive and review e-mail from Dave Deppe about the fact that he cannot run a privilege log according to my requirements but has to ask Catalyst to do it for us |

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/22/09 SUV | .1 | Receive and review e-mails from Jason Stein and Dave Deppe about the necessity to create a privilege log as current as possible with the requirements listed in my previous e-mail to Dave Deppe |
| 1/22/09 SUV | .4 | Conference with Chris Hugo about the necessity to have Catalyst make available documents reviewed by certain reviewers to streamline the quality control process for RR Donnelley and ensure timely completion of the project |
| 1/22/09 SUV | .2 | Brief conference with Jason Stein regarding the necessity to have Catalyst run a search for documents reviewed by certain reviewers and why this is the most cost effective solution for Nortel and RR Donnelley |
| 1/22/09 SUV | .3 | Conference with Chris Hugo regarding documents on Catalyst marked PrivLogComplete=yes and the documents on the privilege log |
| 1/22/09 SUV | .7 | Respond to questions by Chris Hugo and Alan Kimber regarding privilege calls and privilege log entries for several documents |
| 1/23/09 JMS7 | .1 | Review reports from Donna Hebert and Susanne Veters regarding RR Donnelley to report to Joe Dearing |
| 1/23/09 JMS7 | .2 | E-mail from and to Dave Deppe regarding foldering documents for privilege log |
| 1/23/09 JMS7 | .2 | Another e-mail from and to Dave Deppe regarding privilege log |
| 1/23/09 JMS7 | .2 | E-mail from and to Rebecca Cameron regarding privilege log |
| 1/23/09 JMS7 | .2 | E-mail from Dave Deppe regarding privilege log |
| 1/23/09 JMS7 | .1 | Review daily privilege log report from Chris Hugo |
| 1/23/09 JMS7 | .2 | E-mail from and to Chris Hugo regarding Dave Deppe help with the privilege log |
| 1/23/09 SUV | .2 | Receive and respond to e-mail from Rebecca Cameron regarding the fact that she had not started to create the new privilege log because she had not yet received the request from Dave Deppe |
| 1/23/09 SUV | .1 | Review e-mail from Dave Deppe regarding the privilege log report now requested from Catalyst |
| 1/23/09 SUV | .1 | Review e-mail from Dave Deppe informing me that he has sent me the privilege log via e-mail |
| 1/23/09 SUV | .3 | Conference with Chris Hugo regarding his immediate need to start reviewing documents that have been identified and not yet reviewed |
| 1/23/09 SUV | .2 | Draft e-mail correspondence to Dave Deppe regarding Chris Hugo's need to start working on the newly identified documents that have not been reviewed |

14

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 1/23/09 | SUV | .1 | Review e-mail from Dave Deppe regarding the status of the tasks to bucket documents from certain reviewers for Chris Hugo's review |
| 1/23/09 | SUV | .4 | Answer questions from Alan Kimber regarding privilege calls of several documents he reviewed |
| 1/23/09 | SUV | .3 | Draft brief memorandum to Jason Stein addressing RR Donnelley's performance during this document review project |
| 1/23/09 | SUV | .1 | Review email from Dave Deppe regarding the creation of the privilege log |
| 1/23/09 | SUV | .2 | Draft e-mail correspondence to Dave Deppe inquiring about the status of the privilege log which we need to see prior to RR Donnelley's departure |
| 1/23/09 | DSH | .2 | Draft e-mail to Jason Stein and Susanne Veters regarding the use of RR Donnelley for our large document review |
| 1/23/09 | DSH | .1 | Receive and review e-mail from Susanne Veters regarding her observations of RR Donnelley in our large document review project |
| 1/24/09 | JMS7 | .1 | E-mail from Chris Hugo regarding Dave Deppe's help regarding the privilege log |
| 1/24/09 | JMS7 | .1 | E-mail from Dave Deppe regarding help regarding the privilege log |
| 1/24/09 | JMS7 | .1 | E-mail from Dave Deppe regarding next steps |
| 1/24/09 | JMS7 | .1 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/26/09 | JMS7 | .2 | Second e-mail from and to Dave Deppe regarding the privilege log |
| 1/26/09 | JMS7 | .2 | Teleconference with Dave Deppe regarding next steps |
| 1/26/09 | JMS7 | .1 | E-mail from Jeff Catanzaro regarding RR Donnelley's invoice amounts |
| 1/26/09 | JMS7 | .1 | E-mail Joe Dearing regarding RR Donnelley's invoice amounts |
| 1/26/09 | JMS7 | .2 | E-mail from and to Chris Hugo regarding privilege log progress |
| 1/26/09 | JMS7 | .2 | E-mail from Susanne Veters regarding privilege log progress |
| 1/26/09 | JMS7 | 1.1 | Discussions with Alan Kimber and Chris Hugo regarding privilege completion work including privilege determinations |
| 1/26/09 | JMS7 | .1 | E-mail from Rebecca Cameron regarding privilege log |
| 1/26/09 | JMS7 | .1 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/26/09 | JMS7 | .2 | Another e-mail from and to Dave Deppe regarding the privilege log |
| 1/26/09 | JMS7 | .2 | Discussion with Susanne Veters regarding privilege log |

15

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/26/09 | SUV | .1 | E-mail to Dave Deppe informing him that I did not received the privilege log he sent last night |
| 1/26/09 | SUV | .4 | Phone conference with Dave Deppe regarding how to re-run the privilege log in a way that Jackson Lewis can receive it and review it prior to RR Donnelley's departure |
| 1/26/09 | SUV | .2 | Draft detailed e-mail correspondence with Kavi Mainali inquiring whether he can assist in getting the privilege log created the way he did it in the past for us with slight modifications concerning the meta data requested |
| 1/26/09 | SUV | .2 | Conference with Chris Hugo and Alan Kimber inquiring whether Catalyst had provided what they needed to finish the project on time |
| 1/26/09 | SUV | .3 | Conference with Alan Kimber and Chris Hugo regarding the description of the privilege entry for a certain document and the question whether that document is actually privileged |
| 1/26/09 | DSH | .2 | Generate and export report for the do not produce review stage for the purpose of re-assigning batches |
| 1/26/09 | DSH | .1 | Re-assign batches in do not produce review stage from one reviewer to another reviewer who was running low on records to review |
| 1/26/09 | DSH | .1 | Conference with Chris Hugo regarding re-assigning batches in do not produce review stage to another reviewer |
| 1/27/09 | JMS7 | .1 | E-mail from Donna Hebert regarding stages reports for discussion with Catalyst |
| 1/27/09 | JMS7 | .2 | E-mail from and to Rebecca Cameron regarding another electronic discovery project completion |
| 1/27/09 | JMS7 | .2 | E-mail from and to Chris Hugo regarding Catalyst |
| 1/27/09 | JMS7 | .2 | Second e-mail from and to Chris Hugo regarding Catalyst |
| 1/27/09 | JMS7 | .2 | E-mail from and to Susanne Veters regarding document movement |
| 1/27/09 | JMS7 | .1 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/27/09 | JMS7 | .2 | E-mail from and to Dave Deppe about e-document movement |
| 1/27/09 | SUV | .1 | E-mail correspondence with Dave Deppe and Kavi Mainali following up on the outstanding privilege log |
| 1/27/09 | SUV | .3 | Review privilege log received from Kavi Mainali to ensure that meta data is displayed correctly |
| 1/27/09 | SUV | .2 | Draft e-mail correspondence to Kavi Mainali instructing him to re-run the privilege log according to my detailed instructions because the previously received log is not in compliance with the Federal Rules of Civil Procedure |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/27/09 | SUV | .4 | Analyze documents on Catalyst to determine document identifications of documents that moved |
| 1/27/09 | SUV | .3 | Draft detailed e-mail correspondence to Catalyst regarding the movement of documents into the RR Donnelley review stage |
| 1/27/09 | SUV | .2 | Phone conference with Kavi Mainali regarding the final requirements needed for the privilege log and the technical difficulty to display it the manner requested due to the large volume of data on the privilege log |
| 1/27/09 | SUV | .2 | Teleconference with Chris Hugo about how to deal with the documents in the original folder Catalyst provided for his review and the revised folder which includes additional documents due to a revised search query |
| 1/27/09 | SUV | .1 | Phone conference with Rebecca Cameron regarding the difference between the two folders of documents Chris Hugo is reviewing to determine whether RR Donnelley will be able to finish the project on time |
| 1/27/09 | DSH | .2 | Receive and review e-mail correspondence from Rene' Thorne regarding an audit request letter received from Nortel for year ending December 31, 2008 for outstanding unbilled fees and other information that needs to updated |
| 1/27/09 | DSH | .2 | Generate and review Jackson Lewis QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 | DSH | .2 | Generate and review do not produce review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 | DSH | .2 | Generate and review do not produce - privilege log complete review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 | DSH | .2 | Generate and review RR Donnelley Key QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 | DSH | .2 | Generate and review produce review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 | DSH | .2 | Generate and review Jackson Lewis second level QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 | DSH | .4 | Draft update e-mail to Jason Stein and Susanne Veters of Jackson Lewis updating on each catalyst review stage including breaking down number of batches and records left in each stage |
| 1/27/09 | DSH | .2 | Generate and review do not produce - technical error review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 | DSH | .2 | Generate and review do not produce - not related review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 | DSH | .2 | Generate and review temp review stage report in Catalyst to prepare for update e-mail to team |

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/27/09 DSH | .4 | Analyze all review reports from 1/21/09 against review reports from 01/27/09 to note changes in batch number and record numbers for each stage |
| 1/27/09 DSH | .2 | Generate and review unassigned stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 DSH | .2 | Generate and review RR Donnelley first level review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 DSH | .2 | Generate and review redaction required review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 DSH | .2 | Generate and review technical error review stage report in Catalyst to prepare for update e-mail to team |
| 1/27/09 DSH | .2 | Generate and review RR Donnelley QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/28/09 JMS7 | .2 | E-mail from and to Susanne Veters regarding privilege log status |
| 1/28/09 JMS7 | .1 | E-mail from Rebecca Cameron regarding proper foldering of privilege log documents |
| 1/28/09 JMS7 | .2 | Third e-mail from and to Chris Hugo regarding privilege log completion |
| 1/28/09 JMS7 | .2 | Second e-mail from and to Susanne Veters regarding privilege log status |
| 1/28/09 JMS7 | .2 | E-mail from John Tredennick regarding privilege log status |
| 1/28/09 JMS7 | .1 | Second e-mail from John Tredennick regarding privilege log status |
| 1/28/09 JMS7 | .8 | Study e-mails for document review to have call with Catalyst |
| 1/28/09 JMS7 | .1 | E-mail from Chris Hugo regarding daily privilege log report |
| 1/28/09 JMS7 | .2 | Sixth e-mail from and to Chris Hugo regarding privilege log completion |
| 1/28/09 JMS7 | .2 | Seventh e-mail from and to Chris Hugo regarding privilege log completion |
| 1/28/09 JMS7 | .2 | E-mail from and to Kavi Mainali regarding document review progress reports |
| 1/28/09 JMS7 | .1 | E-mail from Kavi Mainali regarding last document review progress report |
| 1/28/09 JMS7 | .1 | E-mail from Kavi Mainali regarding privilege log |
| 1/28/09 JMS7 | .2 | E-mail from and to Rebecca Cameron regarding privilege log project status |
| 1/28/09 JMS7 | .2 | Fourth e-mail from and to Chris Hugo regarding privilege log completion |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 1/28/09 | JMS7 | .2 | Fifth e-mail from and to Chris Hugo regarding privilege log completion |
| 1/28/09 | SUV | .1 | Review e-mail from Kavi Mainali regarding ing the privilege log |
| 1/28/09 | SUV | .1 | Review e-mail from Chris Hugo inquiring about the changes made to the requested public folder including documents logged by RR Donnelley |
| 1/28/09 | SUV | .1 | Review e-mail from Rebecca Cameron regarding the changes made to the requested public folder including documents logged by RR Donnelley |
| 1/28/09 | SUV | .3 | Conference with Chris Hugo regarding the most efficient way to review documents logged and batched by Catalyst according to slightly different queries |
| 1/28/09 | SUV | .4 | Teleconference with Kavi Mainali regarding the privilege log status |
| 1/28/09 | SUV | .4 | Prepare e-mail correspondence to Catalyst regarding the movement of documents and privilege log status |
| 1/28/09 | SUV | .2 | E-mail correspondence with Rebecca Cameron requesting her to folder the additional document included in one of her search folder to ensure an accurate work product and timely completion of the review project by RR Donnelley |
| 1/28/09 | SUV | .1 | E-mail to Kavi Mainali inquiring about the status of the privilege log he needs to prepare for Jackson Lewis |
| 1/28/09 | SUV | 1.4 | Review and analyze documents on Catalyst that Chris Hugo and Alan Kimber had requested my opinion on regarding privilege call or privilege log description |
| 1/28/09 | SUV | .1 | Receive and review e-mail from Rebecca Cameron in response to my email requesting the batching of additional documents that need to be reviewed by RR Donnelley |
| 1/28/09 | SUV | .3 | Numerous e-mail correspondence with Rebecca Cameron regarding Catalyst's latest search queries last week |
| 1/28/09 | SUV | .4 | Review and analyze documents and their review history to verify document movement |
| 1/28/09 | DSH | .2 | Receive and review correspondence and spreadsheet from Don Loveland, Jackson Lewis accounting department, regarding figures for all Nortel offices and subsidiaries needed for the audit letter request |
| 1/28/09 | DSH | .1 | Receive and review e-mail from Dianne Varone, Jackson Lewis Boston office, regarding audit request for Nortel |
| 1/28/09 | DSH | .2 | Meeting with Susanne Veters to review all RR Donnelley first level review stage reports to analyze changes for each day a report was run |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|--------------------------------|
| 1/28/09 | DSH | .2 | Draft e-mail to Susanne Veters with analysis of all RR Donnelley first level review stage reports to present |
| 1/29/09 | SUV | .2 | Teleconference with Rebecca Cameron regarding the need to identify the additional documents added to the public folder HUGO PRIV LOG COMPLETE=YES |
| 1/29/09 | SUV | 1.1 | Teleconference with Kavi Mainali regarding the parameters of the privilege log and how to format and display it in accordance with Federal Rule of Civil Procedure 26 |
| 1/29/09 | SUV | .8 | Review and analyze latest version of the privilege log to ensure prior to the end of Native Discovery's obligations that the log can be generated in a manner compliant with federal law |
| 1/29/09 | SUV | 4.1 | Review and analyze latest version of the privilege log to ensure prior to RR Donnelley's departure that the log was substantively generally compliant with federal law and provide feedback to Chris Hugo |
| 1/29/09 | DSH | .2 | Generate and review do not produce - technical error review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review do not produce - not related review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review do not produce review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review do not produce - privilege log complete review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review Jackson Lewis QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review temp review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .4 | Draft update e-mail to Jason Stein and Susanne Veters updating on each Catalyst review stage including breaking down number of batches and records left in each stage |
| 1/29/09 | DSH | .4 | Analyze all review reports from 1/27/09 against review reports from 01/29/09 to note changes in batch number and record numbers for each stage |
| 1/29/09 | DSH | .2 | Generate and review RR Donnelley first level review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review redaction required review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review technical error review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review Unassigned stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 | DSH | .2 | Generate and review RR Donnelley QC review stage report in Catalyst to prepare for update e-mail to team |

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 1/29/09 DSH | .2 | Generate and review produce review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 DSH | .2 | Generate and review RR Donnelley Key QC review stage report in Catalyst to prepare for update e-mail to team |
| 1/29/09 DSH | .2 | Generate and review Jackson Lewis second level QC review stage report in Catalyst to prepare for update e-mail to team |
| | | SUB TOTAL    26,317.50 |

**TOTAL HOURS:  107.50**

**FEE GRAND TOTAL: $40,381.36**

**NORTEL'S 50% TOTAL:  $20,183.75**