# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 14, 2009 Through January 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Court Costs | | | |
| Transcripts | | | |
| Photos/Art/ Spec Duplicating | | | |
| Meals | | | |
| Messenger Service | | | |
| Courier/Delivery Service | | | |
| Computer Research | Westlaw | | |
| Duplicating | In Office | 13.86 | 6.93 |
| Telephone | | | |
| Facsimile | | | |
| Secretarial Overtime | | | |
| Computer Research | Lexis | | |
| Paralegal Overtime[1] | | | |
| **Grand Total Expenses** | | **13.86** | **6.93** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

---

[1] Work performed by paralegals on behalf of the Debtors outside of normal business hours.