# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
In re                                                      :   Chapter 11
                                                           :
Nortel Networks Inc., et al.,[1]                           :   Case No. 09-10138 (KG)
                                                           :
                              Debtors.                     :   Jointly Administered
                                                           :
-----------------------------------------------------------X
```

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 9, 2009 AT 10:00 A.M. (EASTERN TIME)[3]

**AT THE DIRECTION OF THE COURT, THE HEARING TIME HAS BEEN CHANGED FROM APRIL 9, 2009 AT 9:00 A.M. (EASTERN TIME) TO APRIL 9, 2009 AT 10:00 A.M. (EASTERN TIME)**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Motion Of Avanex Corporation For Allowance Of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(9) Filed by (D.I. 242, Filed 2/5/09).

    Related Pleadings: None.

    Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to May 13, 2009 at 4:00 p.m (ET) for the Debtors.

    Responses Received: None at this time.

    Status: This matter has been adjourned to the hearing scheduled for May 20, 2009 at 10:00 a.m. (ET).

2. Excelight Communications, Inc.'s Motion For Allowance And Payment Of Administrative Claims Under § 503(b)(9) (D.I. 250, Filed 2/9/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Related Pleadings:

a) Certification Of Counsel Re: Order Approving Stipulation Between Excelight Communications, Inc. And Nortel Networks, Inc. (D.I. 563, Filed 4/2/09); and

b) Order Approving Stipulation Between Excelight Communications, Inc. and Nortel Networks Inc. (D.I. 565, Entered 4/6/09).

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to April 6, 2009 at 4:00 p.m.(ET) for the Debtors.

Responses Received: None at this time.

Status: An order has been entered. Therefore, no hearing is necessary.

3. Motion Of Andrew, LLC For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(9) (D.I. 283, Filed 2/13/09).

Related Pleadings: None.

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to April 6, 2009 at 4:00 p.m. (ET). Extended to April 20, 2009 at 5:00 p.m. (ET) for the Debtors.

Responses Received: None at this time.

Status: This matter has been adjourned to the hearing scheduled for April 22, 2009 at 10:00 a.m. (ET).

4. Debtors' Motion For Order (I) Authorizing And Approving (A) Purchase Agreement, (B) Bidding Procedures, (C) Break-up Fee And Expense Reimbursement, (D) Notice Procedures, (E) Assumption And Assignment Procedures, And (F) Date For The Sale Hearing, And (II) Authorizing And Approving (A) Sale Of The Purchased Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts (D.I. 353, Filed 2/20/09).

Related Pleadings:

a) Order Authorizing And Approving (A) Bidding Procedures, (B) Break-Up Fee And Expense Reimbursement, (C) Notice Procedures, (D) Assumption And Assignment Procedures (E) Filing Of Certain Schedules Under Seal And (F) Setting Time, Date And Place For Sale Hearing (D.I. 386, Entered 2/27/09);

b) Order Authorizing And Approving (A) Sale Of Certain Non-Core Assets Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Contracts (D.I. 539, Entered 3/26/09); and

c) Notice Of Withdrawal Of Portion Of Motion Relating To Nortel Contract Numbers 253701, 257334, 257996, 223355, 131514, 265159, 223407 And 213884 (D.I. 574, Filed 4/7/09).

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET).

Responses Received:

    a)    Initial Objection Of The Affiliates Of Verizon Communications Inc. To Debtors Motion For Order Authorizing And Approving The Sale Of Certain Non-Core Assets And Assumption And Assignment Of Certain Contracts. (D.I. 484, Filed 3/18/09).

Status: An Order on this matter was entered by the Court on March 26, 2009 (D.I. 539) and a Notice of Withdrawal has been filed with respect to the assumption and assignment of Verizon's contracts (D.I. 574)  Therefore, no hearing is necessary

5. Motion for Relief from Stay to Effectuate a Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).

    Related Pleadings: None.

    Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to April 14, 2009 at 4:00 for the Debtors.

    Responses Received: None at this time.

    Status: This matter has been adjourned to the hearing scheduled for April 22, 2009 at 10:00 a.m. (ET).

6. Motion for Payment of Administrative Expenses/Claims Filed by Anixter, Inc. (D.I. 508, Filed 3/20/09).

    Related Pleadings: None.

    Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to April 20, 2009 at 5:00 p.m. for the Debtors.

    Responses Received: None at this time.

    Status: This matter has been adjourned to the hearing scheduled for April 22, 2009 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

7. Debtors' Motion For An Order Authorizing and Approving Omnibus Settlement Procedures to Resolve, Mediate, Compromise or Otherwise Settle Certain Claims and Controversies (D.I. 524, Filed 3/24/09).

    Related Pleadings:

    a)    Certificate Of No Objection [Re: D.I. 524] (D.I. 568, Filed 4/6/09).

    Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to April 3, 2009 at noon (ET) for the United States Trustee.

    Responses Received:

    Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

8. Debtors' Motion Authorizing Insurers To Pay Certain Costs And Fees And Amending The Automatic Stay As Necessary To Allow Such Payments (D.I. 526, Filed 3/24/09).

   Related Pleadings:

   a) Certificate Of No Objection [Re: D.I. 526] (D.I. 569, Filed 4/6/09).

   Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to April 6, 2009 at noon (ET) for the Official Committee of Unsecured Creditors and to April 3, 2009 at noon (ET) for the United States Trustee.

   Responses Received: None at this time.

   Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

9. Debtors' Motion For An Order Pursuant To Sections 105 And 363 Of The Bankruptcy Code Authorizing But Not Directing The Payment Of Certain Prepetition Obligations Under Their Retirement Income Plan (D.I. 528, Filed 3/24/09).

   Related Pleadings:

   a) Declaration Of Johannus Poos In Support Of Debtors Motion For An Order Pursuant To Sections 105 And 363 Of The Bankruptcy Code Authorizing The Payment Of Certain Prepetition Obligations Under Their Retirement Income Plan (D.I. 529, Filed 3/24/09); and

   b) Certificate Of No Objection [Re: D.I. 529] (D.I. 570, Filed 4/6/09).

   Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to April 3, 2009 at noon (ET) for the United States Trustee.

   Responses Received: None at this time.

   Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

10. Motion To Maintain Bank Accounts (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 9, Filed 1/14/09).

    Related Pleadings:

    a) Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of

        Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 58, Entered 1/15/09);

b)    Notice Of Hearing For Final Order (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfer And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis (D.I. 64, Filed 1/15/09);

c)    Notice Of Filing Of Proposed Order Further Supplementing Cash Management Motion (D.I. 306, Filed 2/17/09);

d)    Order Further Supplementing Cash Management Motion (D.I. 337, Filed 2/19/09); and

**e)    Third Notice Of Filing Of Proposed Order Further Supplementing Debtors' Cash Management Motion (D.I. 573, Filed 4/7/09).**

Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to April 2, 2009 at 4:00 p.m. (ET) for the Committee.

Response Received: None at this time.

Status: This matter is going forward with regard to approval of an order regarding certain modifications of the NNI-NNL Intercompany loan.

11.    Debtors' Second Motion For Entry Of An Order Granting Debtors Additional Time To File Reports Of Financial Information Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(a) And Certain Modifications Of Such Reporting Requirements Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(d) (D.I. 516, Filed 3/20/09).

Related Pleadings:

Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to April 9, 2009 at 9:00 a.m. (ET) for the United States Trustee.

Responses Received:

a)    Informal comments from the United States Trustee.

Status: This matter is going forward.

12.    Debtors' Motion For Entry Of An Order Establishing And Implementing Uniform Procedures Regarding Section 503(b)(9) Claims (D.I. 527, Filed 3/24/09).

Related Pleadings: None.

Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET). Extended to April 3, 2009 at noon (ET) for the United States Trustee.  Extended to April 7, 2009 at 5:00 p.m. (ET) for the Anixter, Inc.

Responses Received:

a) Informal comments from the Official Committee.

b) Informal comments from Anixter, Inc.

Status:  A revised form of order will be submitted at the hearing.

CONTESTED MATTER GOING FORWARD:

None at this time.

Dated:  April 8, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2840436.1