## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Proposed Settlement Of Reclamation Demand Of Tyco Electronics Corp** was caused to be made on April 8, 2009, in the manner indicated upon the entities identified below:

Dated: April 8, 2009

*[signature]*

Thomas F. Driscoll III (No. 4703)

**BY HAND DELIVERY:**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE  19801

**BY FEDERAL EXPRESS:**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Tyco Electronics Corp.
 Attn:  Richard Suminski
412 Mt. Kemble Avenue
Suite 100S
Morristown, NJ  07960

2780756.2