IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- :
                                                                 :
In re                                                            :   Chapter 11
                                                                 :
Nortel Networks Inc., et al.,[1]                                 :   Case No. 09-10138 KG
                                                                 :
                    Debtors.                                     :
---------------------------------------------------------------- :

**STATEMENT OF JOHN G. McJUNKIN PURSUANT TO FED. R. BANKR. P. 2014
AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND
COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS
_NUNC PRO TUNC_ TO THE PETITION DATE**

John G. McJunkin deposes and says:

1.  I am a partner of McKenna Long & Aldridge LLP, located at 1900 K Street, NW, Washington, DC 20006 (the "Firm").

2.  The Firm has been retained by the Debtors in the above-captioned chapter 11 cases (the Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course _nunc pro tunc_ to the Petition Date, dated February 5, 2009 (D. I. 236) (the "Order") to provide services to the Debtors.

3.  The nature and scope of the services to be provided to the Debtors by the Firm include representation of the Debtors as lead counsel in bankruptcy/insolvency litigation with respect to current and former customers/borrowers. At the present time, the Firm represents Debtor Nortel Networks Inc. in the following such matters:

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3245), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

DC:50602872.1

(a) NetTEL Corporation Bankruptcy - litigation related to loan secured by cash collateral and administrative claim;

(b) Agis Bankruptcy - litigation related to loan secured by property;

(c) Pathnet Bankruptcy - litigation related to loan secured by property;

(d) Comair Roton, Inc. Litigation - litigation related to claim in receivership case;

(e) Netversant Solutions, Inc. Bankruptcy - litigation related to equipment delivered and service contracts; and

(f) Crossroads Wireless, Inc., et al. Bankruptcy - litigation related to equipment delivered, service contracts, purchase money security interests in equipment, and secured interests in spectrum licenses.

4. Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its current knowledge and belief, other than in connection with providing professional services to the Debtors, and except as otherwise discussed herein, it does not have any connection with the Debtors, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in their chapter 11 cases or their respective attorneys or accountants.

5. Pursuant to the Order, the Firm hereby confirms that, except as otherwise discussed herein, it does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which it is engaged.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many

different parties, some of whom/which may represent or be retained by the Debtors, claimants and parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with conducting these chapter 11 cases or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates, except as otherwise discussed herein.

7. Neither I nor any principal, partner, director or officer of, or professional retained by, the Firm has agreed to share, or will share, any portion of the compensation to be received from the Debtors, other than specifically accounted for disbursements, costs, fees or other amounts owed to third parties on account of services provided to the Debtors, with any person other than the principal and regular employees of the Firm.

8. Neither I nor any principal, partner, director or officer of, or professional retained by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be retained.

9. The Debtors owe the Firm $92,589.34 for prepetition services and disbursements, the payment of which is subject to limitations contained in the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

10. Thus far, the Firm has conducted inquiries with respect to each of the Debtors, the members of the Creditors' Committee, the Debtors' Key Professionals, the Office of the United States Trustee, creditors and other parties in interest which appear on the Debtors' Service List, and the Debtors' Consolidated List of Creditors Holding 40 Largest Unsecured Claims (collectively, "Potential Parties in Interest"). These inquiries have disclosed the following:

(a) McKenna has represented the following Potential Parties in Interest and/or their affiliates as clients in matters unrelated to the Debtors or their chapter 11 cases:

    Primerica Financial Services, Inc.
    Travelers Group
    Wipro Technologies

  (b) McKenna has represented clients in matters unrelated to the Debtors or their chapter 11 cases adverse/potentially adverse to the following Potential Parties in Interest and/or their affiliates:

    Travelers Property Casualty Insurance Co.
    Travelers Property Casualty Insurance Co.
    Travelers Home and Marine Insurance Co.
    Travelers Indemnity Company of America
    The Travelers Companies Inc. F/K/A St. Paul Travelers Company
    The Travelers Companies Inc. F/K/A St. Paul Travelers Company
    IBM Corporation
    Securities & Exchange Commission (11 Matters)
    Internal Revenue Service (30 Matters)
    International Business Machines (IBM) Corporation
    IBM Corporation
    AIMS Logistics LLC (FKA Advanced Information Management Systems, LLC)
    Anixter Incorporated
    Anixter (4 Matters)

  (c) McKenna currently represents the following Debtors and/or their affiliates as clients in matters other than the above-captioned chapter 11 cases:

    Nortel Networks Inc. (6 Matters), as described in paragraph, above.

  (d) None of the "connections" with Parties in Interest identified in subparagraphs (a), (b), and (c) above, are adverse to the Debtors or their estates; likewise, none of the representations identified in these subparagraphs constitute an interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed by the Debtors. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2009

By:     /s/ John G. McJunkin

Name:     John G. McJunkin

DC:50602872.1