IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                           Debtors.                            :   Jointly Administered
                                                               :
---------------------------------------------------------------x

## NOTICE OF SERVICE [RE: D.I. 580]

PLEASE TAKE NOTICE that on April 8, 2009, copies of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On April 9, 2009 At 10:00 A.M. (Eastern Time)** (D.I. 580, Filed 4/8/09) were served in the manner indicated upon the entities identified on the attached service list.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: April 8, 2009
       Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                James L. Bromley
                Lisa M. Schweitzer
                One Liberty Plaza
                New York, New York 10006
                Telephone: (212) 225-2000
                Facsimile: (212) 225-3999

                    - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                /s/ Ann C. Cordo
                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Thomas F. Driscoll III (No. 4703)
                Ann C. Cordo (No. 4817)
                Andrew R. Remming (No. 5120)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE 19899-1347
                Telephone: (302) 658-9200
                Facsimile: (302) 425-4663

                Counsel for the Debtors and
                Debtors in Possession

2672623.11