# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 09, 2009 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

OMNIBUS HEARING
**R / M #:**   580 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 5/20/09 @ 4:00 pm
#2 - Order entered, no hearing necessary
#3 - Adjourned to 4/22/09 @ 10:00 am
#4 - Order entered
#5 - Adjourned to 4/22/09 @ 10:00 a.m.
#6 - Adjourned to 4/22/09 @ 10:00 a.m.
#7 - #9 - CNOs Filed and Orders Signed
#10 - ORDER SIGNED
#11 - Adjourned 4/22/09 @ 10:00 a.m.
#12 - ORDER SIGNED