# SIGN-IN-SHEET

| CASE NAME: | NORTEL NETWORKS, INC. | COURTROOM LOCATION: 3 |
|---|---|---|
| CASE NO.: | 09-10138 - KG | DATE: 4/9/09 |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Davis | | |
| Ayesha Chacko | | |
| Annie Cordo | | |
| Jane Kim | | |
| Chris Samis | | |
| | Allen Gong | Official Committee |
| | Campbell + Levine | Anixter |
| | Morris Nichols | Debtors |
| | Cleary Gottlieb Steen Hamilton | " |
| | Richards Layton & Finger | |
| | | Committee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Calendar Date: 04/09/2009
Calendar Time: 10:00 AM

Courtroom
Amended Calendar 04/08/2009 09:29 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 2758450 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 2736106 | Patricia Fokuo | 415-901-8700 | Schiff Hardin LLP | Creditor, Anixter / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 2758138 | Jim C. Martin | 212-761-1943 | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 2757859 | Anneliese H. Pak | (212) 841-5740 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 2759551 | Craig Reimer | 312-701-7049 | Mayer Brown, LLP | Creditor, Export Development Canada / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 2736099 | Jon Vigano | 312-258-5799 | Schiff Hardin LLP | Creditor, Anixter / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 2758133 | Frank N. White | 404-873-8744 | Arnall, Golden & Gregory, LLP | Creditor, Verizon / LIVE |