**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NORTEL NETWORKS, INC.** | : | **Case No. 09-10138 (KG)** |
| Debtor(s) | : | |
| | : | |
| | : | |

**REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) AND 9010**

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Saul Ewing LLP appears as counsel for and on behalf of Harte-Hanks, Inc. ("Harte-Hanks") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that Harte-Hanks requests that all notices given or required to be given in the above-captioned chapter 11 case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory Committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> Joyce A. Kuhns, Esquire
> Saul Ewing LLP
> 500 E. Pratt Street, 8th Floor
> Baltimore, MD  21202
> Telephone: (410) 332-8965
> Facsimile:  (410) 332-8964
> E-mail:    jkuhns@saul.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to effect in any way any rights or interest of Harte-Hanks.

PLEASE TAKE FURTHER NOTICE that, as provided in Federal Rule of Bankruptcy Procedure 3017(a), Harte-Hanks requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of Harte-Hanks: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

Dated: April 9, 2009                    **SAUL EWING LLP**

                                        By: */s/ Joyce A. Kuhns*
                                            Joyce A. Kuhns, Esq. (No.03979)
                                            500 East Pratt Street, 8th Floor
                                            Baltimore, MD  21201
                                            Telephone: (410) 332-8965
                                            Facsimile: (410) 332-8964

                                            Counsel for Harte-Hanks, Inc. and Affiliated Companies

1012480.2 4/9/09

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NORTEL NETWORKS, INC.** : | **Case No. 09-10138 (KG)** |
| Debtor(s) : | |
| : | |
| : | |

### CERTIFICATE OF SERVICE

I, Joyce A. Kuhns, of Saul Ewing LLP hereby certify that on April 8, 2009, service of the foregoing **Notice Of Appearance And Request For Service Of Papers Pursuant To § 1109(b) Of The Bankruptcy Code And Bankruptcy Rules 2002(g) And 9010** was made by First Class U.S. Mail, postage prepaid, on the parties on the attached service list.

April 9, 2009

*/s/ Joyce A. Kuhns*
Joyce A. Kuhns, Esq. (No.03979)
**SAUL EWING LLP**
500 East Pratt Street, 8th Floor
Baltimore, MD  21201
Telephone: (410) 332-8965
Facsimile: (410) 332-8964

1012480.2 4/9/09

# NORTEL NETWORKS, INC.
## Service List

Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

Office of the United States Trustee
Attn:  Thomas P. Tinker, Esquire
844 King St., Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Christopher M. Samis, Esquire
Richards, Layton & Fingers, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE  19801