IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
*In re*                                                  :    Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
                                                         :
           Debtors.                                :    Jointly Administered
                                                         :
---------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 585, 586, 587, 589 AND 590]

PLEASE TAKE NOTICE that on April 9, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list:

- Order Pursuant To Sections 105 And 363 Of The Bankruptcy Code Authorizing But Not Directing The Payment Of Certain Prepetition Obligations Under Their Retirement Income Plan (D.I. 585, Entered 4/9/09);

- Order Approving Omnibus Settlement Procedures To Resolve, Mediate, Compromise Or Otherwise Settle Certain Claims and Controversies (D.I. 586, Entered 4/9/09);

- Order (D.I. 587, Entered 4/9/09);

- Third Order Further Supplementing Cash Management Motion (D.I. 589, Entered 4/9/09); and

- Order Establishing And Implementing Uniform Procedures Regarding Section 503(b)(9) Claims (D.I. 590, Entered 4/9/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: April 9, 2009
       Wilmington, Delaware

           CLEARY GOTTLIEB STEEN & HAMILTON LLP

           James L. Bromley
           Lisa M. Schweitzer
           One Liberty Plaza
           New York, New York 10006
           Telephone: (212) 225-2000
           Facsimile: (212) 225-3999

                - and -

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           /s/ Ann C. Cordo
           Derek C. Abbott (No. 3376)
           Eric D. Schwartz (No. 3134)
           Thomas F. Driscoll III (No. 4703)
           Ann C. Cordo (No. 4817)
           1201 North Market Street, 18th Floor
           P.O. Box 1347
           Wilmington, DE 19899-1347
           Telephone: (302) 658-9200
           Facsimile: (302) 425-4663

           Counsel for the Debtors and Debtors in Possession

2842608.1