## EXHIBIT C

#1015508-v1

See attached council sheet. April 7/09

The mtg was unusual. There was and support the reported delay and the Monitor Results is that the motion be granted to redo of the mandate was to pose on a result of the more or as a result of the motion held by the monitor creditor comitée or the clients' 11 proceedings, and to the UCC is directed card to the UCC members

Court File No: 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

MOTION RECORD
(returnable April 7, 2009)

OGILVY RENAULT LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4

Derrick Tay LSUC#: 21152A
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

Mario Forte LSUC#: 27293F
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

Jennifer Stam LSUC #46735J
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

its rights to include further submissions in respect of their ongoing relationship jointly as between NNI and NNL.

EDC also reserves its rights.

I am satisfied that the proposed amendments are appropriate, and to go in the form presented which does not differ from the blackline in the Data Record.

*[signature]*