IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

*In re*                                                                       : Chapter 11
                                                                                   :
Nortel Networks Inc., *et al.*,[1]                                    : Case No. 09-10138 (KG)
                                                                                   :
                                           Debtors.                    : Jointly Administered
                                                                                   :
                                                                                   : RE: Doc. No. 282
                                                                                   :

------------------------------------------------------X

**SECOND SUPPLEMENTAL DECLARATION OF JAMES J. REGAN IN SUPPORT OF
THE APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 327(e) TO
RETAIN AND EMPLOY CROWELL & MORING LLP AS SPECIAL COUNSEL FOR
THE DEBTORS *NUNC PRO TUNC* TO JANUARY 14, 2009**

I, James J. Regan, hereby declare under penalty of perjury:

1. I am an attorney at law admitted to practice before the courts in the District of Columbia and before the U.S. District Court for the District of Columbia and the U.S. Court of Federal Claims. I am a partner of the firm of Crowell & Moring LLP ("Crowell"), which maintains offices for the practice of law at, among other locations, 1001 Pennsylvania Avenue, NW, Washington, D.C. 20004.

2. I submit this declaration (this "Second Supplemental Declaration") to further supplement the Application of the Debtors Pursuant to 11 U.S.C. § 327(e) to Retain and Employ

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Crowell & Moring LLP as Special Counsel for the Debtors *Nunc Pro Tunc* to January 14, 2009 (Doc. No. 282) (the "Application") filed by Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors"), in the above-captioned chapter 11 cases.[2]

3. On March 4, 2009, the Court entered an Order approving the Application and the Debtors' employment of Crowell.

4. This Second Supplemental Declaration provides additional disclosures in accordance with the applicable Bankruptcy Rules and the Court's Order.

5. The Debtors' bankruptcy counsel recently provided Crowell with an updated conflicts check list. Crowell's Conflicts Department ran a computerized check of each of the persons or entities in the updated list against Crowell's client database (the "Client Database") to determine which persons or entities, if any, Crowell currently represents ("Current Clients") or has represented in the past ("Former Clients").

6. Based on our search of the Client Database, the following are Current Clients of Crowell in matters wholly unrelated to the Debtors' chapter 11 proceedings: (a) Unisys Corp.; and (b) Clearwire Corp.

7. Based on our search of the Client Database, the following are Former Clients of Crowell in matters wholly unrelated to the Debtors' chapter 11 proceedings: (a) Mercer (US) Inc.; (b) Akin Gump Strauss Hauer & Feld LLP; and (c) Right Management.

8. Due to the size and diversity of Crowell's practice, Crowell may have advised, represented, provided services for or otherwise dealt with or may now be advising,

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application. By the Application, the Initial Declaration, this Supplemental Declaration and their contents, Crowell does not waive, and hereby reserves and preserves, any and all rights, remedies, claims, and privileges.

representing, providing services for or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases. However, while Crowell may continue to provide advice, representation and services to the Debtors' affiliates during these chapter 11 cases, Crowell is not and will not advise, represent or provide services for any entity other than Nortel in connection with these chapter 11 cases.

9. All statements made herein are true and correct to the best of our knowledge, information and belief.

10. To the extent that Crowell discovers additional information that it determines should be disclosed, Crowell will file further supplemental disclosures with the Court promptly.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 10, 2009
Washington, District of Columbia

_____
James J. Regan

3