# SERVICE LIST

**VIA HAND DELIVERY**

Office of the U.S. Trustee
  for the District of Delaware
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
*(Trustee)*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS U.S. MAIL**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
*(Counsel to the Committee)*

Jamie Stuart
915 Tate Boulevard, S.E.
Suite 130
Hickory, NC  28602
*(Reclamation Claimant)*

George W. Shuster, Jr.
WilmerHale
60 State Street
Boston, MA  02109
*(Counsel to the Reclamation Claimant)*

2846450.1