UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

**STATEMENT OF PARADIGM TAX GROUP LLC, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE <u>PROFESSIONALS IN THE ORDINARY COURSE</u>**

I, David Kline, being duly sworn, upon his/her oath, deposes and states as follows:

1. I am Managing Consultant of Paradigm Tax Group, LLC ("Paradigm"), with offices located at 3030 N. Central Avenue, Suite 1001, Phoenix, Arizona 85012.

2. Paradigm has been retained as an ordinary course professional to Nortel Networks Inc. and its related debtor affiliates (collectively, "Nortel" or "Debtors") pursuant to the Court's Order Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of Business *Nunc Po Tunc* to the Petition Date (the "Order") dated February 5, 2009.

3. As an ordinary course professional, Paradigm provides the Debtors with the following services:

   (i) Review the proposed assessments (or enrolled assessments) issued by the Dallas Central Appraisal District. During this process, we will also review subject

---

[1] The debtors in these jointly administered chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

678056_1

1

property, and market data to identify and develop opportunities for reduced property tax assessments.

    (ii) Make a recommendation to Nortel regarding which assessments should be challenged, protested or appealed;

    (iii) Prepare or aid in the preparation and filing of timely file protests, notices of appeal, or other documents necessary to challenge, either informally or formally, the property tax assessments. With approval, we will also prepare refund claims for prior tax periods when tax recoveries are warranted;

    (iv) Represent or aid in the representation of Nortel in valuation negotiations and administrative appeals, from the informal level with the Dallas Central Appraisal District through Appraisal Review Board proceedings; and

    (v) Upon completion of any appeals related to Paradigm's review of personal property tax reduction opportunities, Paradigm agrees to review with Nortel the results and content of such review and provide additional tax services in order to clear penalties and interest accrued on liability amounts due on the subject tax assessments.

  4. Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Paradigm hereby confirms that, to the best of its knowledge and belief, other than in connection with providing professional services to the Debtors and their non-debtor affiliates and assisting the Debtors with reduction of property tax assessments and any interest or penalties with regard thereto; it does not have any connection with the Debtors, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in their chapter 11 cases or their respective attorneys or accountants.

  5. Pursuant to the Order, Paradigm hereby confirms that it does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which it is engaged. Paradigm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases. As part of its customary practice, Paradigm is retained in cases, proceedings, and transactions involving many different parties,

some of whom may represent or be retained by the Debtors, claimants and parties in interest in these chapter 11 cases. Paradigm does not perform services for any such person in connection with conducting these chapter 11 cases or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

6. Paradigm has no outstanding and unpaid claims against the Debtors relating to prepetition services.

7. Neither I nor any principal, partner, director or officer of, or professional retained by Paradigm has agreed to share or will share any portion of the compensation to be received from the Debtors, other than reimbursing disbursements or costs owed to third parties on account of services provided to the Debtors, with any person other than the principals and regular employees of Paradigm.

8. Neither I nor any principal, partner, director or officer of, or professional retained by Paradigm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters upon which Paradigm is to be retained.

9. At any time during the period of Paradigm's retention, if Paradigm should discovery any facts bearing on the matters described herein, Paradigm will supplement the information contained in this statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 13, 2009

By: _____

Printed Name: David Kline