## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 14th day of April, 2009, I served a true and correct copy of the foregoing **Statement of Paradigm Tax Group LLC, Pursuant to Federal Rule of Bankruptcy Procedure 2014 and Order Authorizing Debtors to Employ, Retain and Compensate Professionals in the Ordinary Course** upon the parties listed below in the manner indicated below.

Marc J. Phillips (No. 4445)

**BY FIRST-CLASS U.S. MAIL:**
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Fred Hodara, Esquire
Akin Gump LLP
One Bryant Park
New York, NY 10036

#678020v1