# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: RE: D.I. _____
:
---------------------------------------------------------------X

**ORDER, PURSUANT TO RULES 9006 AND 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, ENLARGING THE TIME WITHIN WHICH THE DEBTORS MAY FILE NOTICES OF REMOVAL OF RELATED PROCEEDINGS**

Upon the motion dated April 14, 2009 (the "Motion"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") enlarging the Debtors' time within which they may file notices of removal of the Prepetition Actions under Bankruptcy Rule 9027; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and the Debtors having demonstrated good cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The time period within which the Debtors may file notices of removal of Prepetition Actions under Bankruptcy Rule 9027 is extended through confirmation of a plan in these chapter 11 cases.

3. The relief granted by this Order is without prejudice to the Debtors' right to seek further extensions of time within which to file notices of removal of Prepetition Actions under Bankruptcy Rule 9027.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE