## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To Rules 9006 And 9027 Of The Federal Rules Of Bankruptcy Procedure To Enlarge The Time Within Which The Debtors May File Notices Of Removal Of Related Proceedings** was caused to be made on April 14, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: April 14, 2009

                                                    Ann C. Cordo (No. 4817)

2847653.1