## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Second Supplement To List Of Ordinary Course Professionals** was caused to be made on April 14, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: April 14, 2009

_____
Andrew R. Remming (No. 5120)

2847809.1