# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
February 1, 2009 – February 28, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | 1,471.24 |
| Copy Services | 991.35 |
| Meals | 1,182.99 |
| Phone/Fax | 132.56 |
| Transportation – Air | 6,479.25 |
| Transportation – Ground | 3,984.83 |
| Total | $14,242.22 |

| BANKER | EXPENSE CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| Michael Henkin | Accommodations | Hotel tips | 1/26/2009 | $5.00 |
| Michael Henkin | Accommodations | Hotel tax | 1/26/2009 | $41.48 |
| Michael Henkin | Accommodations | Omni Hotel- NYC | 1/26/2009 | $269.00 |
| Michael Henkin | Accommodations | Hotel tips | 1/27/2009 | $5.00 |
| Michael Henkin | Accommodations | Hotel tax | 1/27/2009 | $41.48 |
| Michael Henkin | Accommodations | Omni Hotel- NYC | 1/27/2009 | $269.00 |
| Michael Henkin | Accommodations | Hotel tips | 1/28/2009 | $5.00 |
| Michael Henkin | Accommodations | Omni Hotel- NYC | 1/28/2009 | $269.00 |
| Michael Henkin | Accommodations | Hotel tax | 1/28/2009 | $41.48 |
| Michael Henkin | Accommodations | Hotel tax | 1/30/2009 | $5.42 |
| J. Halisey Kennedy | Accommodations | Sheraton Gateway Hotel in Toronto | 2/3/2009 | $254.91 |
| Edward Lee | Accommodations | Sheraton Gateway Hotel in Toronto | 2/23/2009 | $264.47 |
| Gene Chen | Meals | Overtime Meal | 1/14/2009 | $25.42 |
| Gene Chen | Meals | Overtime Meal | 1/15/2009 | $25.50 |
| Gene Chen | Meals | Overtime Meal | 1/20/2009 | $25.31 |
| Edward Lee | Meals | Meal on train | 1/21/2009 | $7.50 |
| Vishal Gupta | Meals | Overtime Meal | 1/21/2009 | $25.35 |
| Michael Henkin | Meals | Deal team lunch | 1/22/2009 | $101.00 |
| Phillip Berkowitz | Meals | Weekend lunch | 1/25/2009 | $15.00 |
| Michael Henkin | Meals | Lunch while travelling | 1/25/2009 | $10.53 |
| Vishal Gupta | Meals | Overtime Meal | 1/25/2009 | $38.99 |
| Michael Henkin | Meals | Lunch while travelling | 1/26/2009 | $17.90 |
| Michael Henkin | Meals | Lunch while travelling | 1/26/2009 | $14.63 |
| Michael Henkin | Meals | Dinner while travelling | 1/26/2009 | $18.41 |
| Guarav Kittur | Meals | Overtime Meal | 1/26/2009 | $25.40 |
| Vishal Gupta | Meals | Overtime Meal | 1/27/2009 | $25.50 |
| Guarav Kittur | Meals | Overtime Meal | 1/27/2009 | $24.14 |
| Leo Chang | Meals | Overtime Meal | 1/27/2009 | $14.99 |
| Vishal Gupta | Meals | Overtime Meal | 1/28/2009 | $19.14 |
| Guarav Kittur | Meals | Overtime Meal | 1/28/2009 | $25.40 |
| Cary Verasco | Meals | Overtime Meal | 1/28/2009 | $23.22 |
| Vishal Gupta | Meals | Overtime Meal | 1/29/2009 | $17.75 |
| Michael Henkin | Meals | Lunch while travelling | 1/29/2009 | $13.82 |
| Michael Henkin | Meals | Dinner while travelling | 1/29/2009 | $8.00 |
| Gene Chen | Meals | Overtime Meal | 1/29/2009 | $24.29 |
| Michael Henkin | Meals | Lunch while travelling | 1/30/2009 | $10.70 |
| Andrew Brennan | Meals | Overtime Meal | 1/30/2009 | $25.19 |
| Vishal Gupta | Meals | Overtime Meal | 1/30/2009 | $6.27 |
| Vishal Gupta | Meals | Overtime Meal | 1/31/2009 | $22.44 |
| David Kay | Meals | Overtime Meal | 2/1/2009 | $19.63 |
| Cary Verasco | Meals | Overtime Meal | 2/1/2009 | $12.16 |
| Gene Chen | Meals | Overtime Meal | 2/1/2009 | $40.75 |
| Vishal Gupta | Meals | Overtime Meal | 2/2/2009 | $25.50 |
| Guarav Kittur | Meals | Overtime Meal | 2/2/2009 | $25.26 |
| Patrick Morrow | Meals | Overtime Meal | 2/2/2009 | $25.11 |
| David Kay | Meals | Overtime Meal | 2/2/2009 | $19.65 |
| J. Halisey Kennedy | Meals | Dinner at Sheraton | 2/3/2009 | $62.22 |
| Gene Chen | Meals | Overtime Meal | 2/3/2009 | $25.33 |
| August Dinger | Meals | Overtime Meal | 2/3/2009 | $0.16 |
| David Kay | Meals | Overtime Meal | 2/3/2009 | $22.40 |
| Leo Chang | Meals | Meal while travelling | 2/4/2009 | $8.41 |
| Gene Chen | Meals | Overtime Meal | 2/4/2009 | $25.35 |
| Paul Zangrilli | Meals | Overtime Meal | 2/5/2009 | $23.18 |
| Vishal Gupta | Meals | Overtime Meal | 2/5/2009 | $24.81 |
| Guarav Kittur | Meals | Overtime Meal | 2/5/2009 | $25.26 |
| Joseph Lok | Meals | Overtime Meal | 2/6/2009 | $22.47 |
| Gene Chen | Meals | Overtime Meal | 2/6/2009 | $25.38 |
| Ryan Stuckert | Meals | Overtime Meal | 2/7/2009 | $14.00 |
| Ryan Stuckert | Meals | Overtime Meal | 2/7/2009 | $14.68 |
| Joseph Lok | Meals | Overtime Meal | 2/7/2009 | $22.46 |
| Ryan Stuckert | Meals | Overtime Meal | 2/8/2009 | $23.82 |
| Edward Lee | Meals | Dinner while travelling | 2/23/2009 | $11.35 |
| Edward Lee | Meals | Dinner while travelling | 2/24/2009 | $41.84 |
| Edward Lee | Meals | Snacks while travelling | 2/24/2009 | $10.02 |
| Srikant Rao | Phone/Fax | Cellular Phone Bill | 1/18/2009 | $37.59 |
| Paul Zangrilli | Phone/Fax | Cellular Phone Bill | 2/16/2009 | $57.51 |

| BANKER | EXPENSE CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| Srikant Rao | Phone/Fax | Cellular Phone Bill | 2/18/2009 | $37.46 |
| Ted Tsui | Copy Services | Create/edit presentations | 2/2/2009 | $92.00 |
| Niambi Williams | Copy Services | Create/edit presentations | 2/9/2009 | $48.00 |
| Ray Ng | Copy Services | Create/edit presentations | 2/9/2009 | $60.00 |
| Tom Hasselwander | Copy Services | Create/edit presentations | 2/10/2009 | $102.00 |
| Tom Hasselwander | Copy Services | Create/edit presentations | 2/18/2009 | $666.00 |
| Edward Lee | Copy Services | Kinko's- Fax documents to client | 1/24/2009 | $23.35 |
| Michael Henkin | Transportation - Air | Flight from SFO to EWR | 1/23/2009 | $753.67 |
| Michael Henkin | Transportation - Air | Flight from JFK to SFO | 1/27/2009 | $1,452.39 |
| J. Halisey Kennedy | Transportation - Air | Flight from LGA to Toronto | 2/3/2009 | $842.10 |
| Leo Chang | Transportation - Air | Flight from LGA to Toronto | 2/3/2009 | $842.10 |
| Phillip Berkowitz | Transportation - Air | Flight from NYC to Toronto | 2/3/2009 | $1,060.34 |
| J. Halisey Kennedy | Transportation - Air | Flight from Toronto to LGA | 2/4/2009 | $376.70 |
| Leo Chang | Transportation - Air | Flight from Toronto to LGA | 2/4/2009 | $376.70 |
| Edward Lee | Transportation - Air | Flight from NYC to Toronto | 2/20/2009 | $394.70 |
| Edward Lee | Transportation - Air | Flight from Toronto to NYC | 2/21/2009 | $380.55 |
| Gene Chen | Transportation - Ground | Overtime Taxi- Office to home | 1/14/2009 | $9.00 |
| Gene Chen | Transportation - Ground | Overtime Taxi- Office to home | 1/15/2009 | $9.00 |
| Gene Chen | Transportation - Ground | Overtime Taxi- Office to home | 1/20/2009 | $12.50 |
| Phillip Berkowitz | Transportation - Ground | Train from NYP to Wilmington | 1/20/2009 | $268.00 |
| Gene Chen | Transportation - Ground | Overtime Taxi- Office to home | 1/21/2009 | $9.00 |
| Edward Lee | Transportation - Ground | Amtrak- NYC to Wilmington | 1/21/2009 | $149.00 |
| Edward Lee | Transportation - Ground | Amtrak- Wilmington to NYC | 1/21/2009 | $149.00 |
| Michael Henkin | Transportation - Ground | Train from NYP to Wilmington | 1/21/2009 | $149.00 |
| Michael Henkin | Transportation - Ground | Taxi from Hotel to NYP | 1/21/2009 | $10.00 |
| Margaret Butler | Transportation - Ground | Overtime Taxi from work to home | 1/21/2009 | $21.42 |
| Ryan Stuckert | Transportation - Ground | Taxi from office to meeting | 1/21/2009 | $28.56 |
| Gene Chen | Transportation - Ground | Overtime Taxi- Office to home | 1/22/2009 | $11.00 |
| Phillip Berkowitz | Transportation - Ground | Train from Wilmington to NYP | 1/22/2009 | $149.00 |
| Michael Henkin | Transportation - Ground | Train from NYP to Wilmington | 1/22/2009 | $149.00 |
| Michael Henkin | Transportation - Ground | Taxi from NYP to Hotel | 1/22/2009 | $12.00 |
| Margaret Butler | Transportation - Ground | Overtime Taxi from work to home | 1/22/2009 | $21.42 |
| Ryan Stuckert | Transportation - Ground | Overtime Taxi from work to home | 1/22/2009 | $29.58 |
| Leo Chang | Transportation - Ground | Overtime Car Service from office to home | 1/23/2009 | $20.40 |
| Gene Chen | Transportation - Ground | Weekend Taxi- Home to office | 1/25/2009 | $9.00 |
| Gene Chen | Transportation - Ground | Weekend Taxi- Office to home | 1/25/2009 | $9.00 |
| Leo Chang | Transportation - Ground | Overtime Car Service from office to home | 1/25/2009 | $80.58 |
| Margaret Butler | Transportation - Ground | Overtime Taxi from work to home | 1/26/2009 | $21.42 |
| Michael Henkin | Transportation - Ground | Taxi from Newark Airport to hotel | 1/26/2009 | $82.00 |
| Gene Chen | Transportation - Ground | Overtime Taxi- Office to home | 1/27/2009 | $8.50 |
| Phillip Berkowitz | Transportation - Ground | Overtime Car Service from work to home | 1/27/2009 | $78.29 |
| Margaret Butler | Transportation - Ground | Overtime Taxi from work to home | 1/27/2009 | $21.42 |
| Margaret Butler | Transportation - Ground | Overtime Taxi from work to home | 1/28/2009 | $21.42 |
| Patrick Morrow | Transportation - Ground | Overtime Taxi- Office to home | 1/29/2009 | $9.80 |
| Patrick Morrow | Transportation - Ground | Overtime Taxi- Office to home | 1/29/2009 | $25.00 |
| Gene Chen | Transportation - Ground | Overtime Taxi- Home to office | 1/29/2009 | $8.50 |
| Cary Verasco | Transportation - Ground | Overtime Taxi- Office to home | 1/29/2009 | $7.00 |
| Leo Chang | Transportation - Ground | Overtime Car Service from office to home | 1/29/2009 | $22.38 |
| Gene Chen | Transportation - Ground | Overtime Taxi-Office to home | 1/30/2009 | $8.50 |
| Gene Chen | Transportation - Ground | Weekend Taxi- Home to office | 1/30/2009 | $8.50 |
| Michael Henkin | Transportation - Ground | Taxi from hotel to JFK | 1/30/2009 | $55.00 |
| Michael Henkin | Transportation - Ground | Parking at SFO airport | 1/30/2009 | $221.10 |
| Gene Chen | Transportation - Ground | Weekend Taxi- Home to office | 1/31/2009 | $11.50 |
| Gene Chen | Transportation - Ground | Weekend Taxi- Home to office | 1/31/2009 | $8.50 |
| Cary Verasco | Transportation - Ground | Overtime Taxi- Office to home | 1/31/2009 | $10.00 |
| Cary Verasco | Transportation - Ground | Weekend Taxi- Home to office | 2/1/2009 | $4.70 |
| Cary Verasco | Transportation - Ground | Overtime Taxi - Office to home | 2/1/2009 | $7.00 |
| Rohit Dave | Transportation - Ground | Weekend Taxi office to home | 2/1/2009 | $12.20 |
| Patrick Morrow | Transportation - Ground | Overtime Taxi- Office to home | 2/2/2009 | $10.00 |
| David Kay | Transportation - Ground | Overtime Taxi from work to home | 2/2/2009 | $8.60 |
| J. Halisey Kennedy | Transportation - Ground | Taxi- Office to LGA | 2/3/2009 | $53.55 |
| Leo Chang | Transportation - Ground | Overtime Car Service from office to home | 2/3/2009 | $22.44 |
| Leo Chang | Transportation - Ground | Taxi from LGA to home (flight cancelled) | 2/3/2009 | $59.93 |
| Leo Chang | Transportation - Ground | Taxi from office to LGA | 2/3/2009 | $38.25 |
| Phillip Berkowitz | Transportation - Ground | Overtime Taxi from work to home | 2/3/2009 | $40.75 |
| J. Halisey Kennedy | Transportation - Ground | Taxi- LGA to home | 2/4/2009 | $136.88 |

| BANKER | EXPENSE CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| Leo Chang | Transportation - Ground | Taxi from meeting to airport | 2/4/2009 | $35.00 |
| Leo Chang | Transportation - Ground | Taxi from home to LGA | 2/4/2009 | $51.77 |
| Phillip Berkowitz | Transportation - Ground | Overtime Taxi from work to home | 2/4/2009 | $46.67 |
| Phillip Berkowitz | Transportation - Ground | Taxi from meeting to airport | 2/4/2009 | $35.00 |
| Phillip Berkowitz | Transportation - Ground | Flight from Toronto to NYC | 2/4/2009 | $1,017.95 |
| Patrick Morrow | Transportation - Ground | Overtime Taxi- Office to home | 2/6/2009 | $12.60 |
| Cary Verasco | Transportation - Ground | Overtime Taxi - Office to home | 2/6/2009 | $10.00 |
| Srikant Rao | Transportation - Ground | Overtime Taxi office to home | 2/6/2009 | $7.44 |
| Ryan Stuckert | Transportation - Ground | Overtime Taxi from work to home | 2/7/2009 | $6.60 |
| Ryan Stuckert | Transportation - Ground | Overtime Taxi from work to home | 2/7/2009 | $20.01 |
| Rohit Dave | Transportation - Ground | Weekend Taxi office to home | 2/7/2009 | $9.00 |
| Leo Chang | Transportation - Ground | Overtime Car Service from office to home | 2/8/2009 | $55.08 |
| Cary Verasco | Transportation - Ground | Overtime Taxi - Office to home | 2/8/2009 | $6.00 |
| Srikant Rao | Transportation - Ground | Weekend Taxi office to home | 2/8/2009 | $6.84 |
| Phillip Berkowitz | Transportation - Ground | Overtime Taxi from work to home | 2/9/2009 | $33.10 |
| Phillip Berkowitz | Transportation - Ground | Overtime Taxi from work to home | 2/10/2009 | $33.10 |
| Srikant Rao | Transportation - Ground | Weekend Taxi office to home | 2/10/2009 | $7.92 |
| Leo Chang | Transportation - Ground | Overtime Car Service from office to home | 2/11/2009 | $36.72 |
| Phillip Berkowitz | Transportation - Ground | Overtime Taxi from work to home | 2/11/2009 | $33.10 |
| Ryan Stuckert | Transportation - Ground | Overtime Taxi from work to home | 2/11/2009 | $6.60 |
| Cary Verasco | Transportation - Ground | Overtime Car Service from office to home | 2/12/2009 | $29.58 |
| David Kay | Transportation - Ground | Overtime Taxi from work to home | 2/16/2009 | $8.20 |
| Srikant Rao | Transportation - Ground | Taxi office to meeting | 2/18/2009 | $10.85 |
| Cary Verasco | Transportation - Ground | Overtime Car Service from office to home | 2/19/2009 | $20.40 |
| Srikant Rao | Transportation - Ground | Overtime Taxi office to home | 2/19/2009 | $10.60 |
| Cary Verasco | Transportation - Ground | Overtime Car Service from office to home | 2/22/2009 | $31.11 |
| Edward Lee | Transportation - Ground | Taxi from home to LGA | 2/24/2009 | $35.00 |
| Edward Lee | Transportation - Ground | Taxi from Hotel to Company | 2/24/2009 | $40.00 |
| Total: | | | | $14,242.22 |