# Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
February 1, 2009 - February 28, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 90.8 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 62.5 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 56.5 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 72.0 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 62.5 |
| Edward Lee | Vice President, Recapitalization and Restructuring Group | 50.5 |
| David Kay | Associate, Recapitalization and Restructuring Group | 38.5 |
| Paul Zangrilli | Associate, Communication Technologies Group | 71.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 64.0 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 129.0 |
| Tyler Lonsdale | Analyst, Recapitalization and Restructuring Group | 78.0 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 85.5 |
| Joseph Lok | Analyst, Communication Technologies Group | 28.5 |
| | **Total** | **861.3** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
February 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 2/1/2009 | 1.50 | Review Akin memo and related communication with Jefco Team re: due diligence and WiMax issues |
| Michael Henkin | 2/2/2009 | 1.50 | Call with Lazard re: due diligence; related communicatins with Akin Gump |
| Michael Henkin | 2/2/2009 | 1.75 | Review CA language,WiMax info,Due diligence requests and Lazard call prep |
| Michael Henkin | 2/3/2009 | 7.00 | Travel from SFO to Toronto for management meetings; meeting prep and review of Company information |
| Michael Henkin | 2/4/2009 | 7.50 | Meeting with Company,Lazard,Akin,Cleary and others re: managment presentation and restructuring issues update; call with creditors re: case issues and meeting with Akin,Capstone |
| Michael Henkin | 2/4/2009 | 4.50 | Travel from Toronto to Philadelphia; review enterprise business presentation. |
| Michael Henkin | 2/5/2009 | 1.50 | Call with creditors re: M&A,Due diligence issues and related communication with Capstone,Lazard and Jefco Team |
| Michael Henkin | 2/6/2009 | 1.50 | Committee call re: case issues,M&A and due diligence |
| Michael Henkin | 2/6/2009 | 2.00 | Calls with Akin,Jefferies Team re: committee call prep and due diligence |
| Michael Henkin | 2/7/2009 | 1.00 | Communicate with Jefco Team and Akin Gump re: due diligence,Committee call prep; review court filings. |
| Michael Henkin | 2/8/2009 | 1.50 | Review motions report and other filings |
| Michael Henkin | 2/8/2009 | 3.00 | Committee call regarding M&A,strategy,Due diligence issues and related calls with Akin Gump and Jefferies Team |
| Michael Henkin | 2/9/2009 | 2.00 | Call with Jefco Team re: M&A,Due diligence review and related correspondance with Lazard Akin |
| Michael Henkin | 2/10/2009 | 0.50 | Communicate with committee members re: case issues |
| Michael Henkin | 2/10/2009 | 10.00 | Calls with Akin Gump,Capstone,Jefco Team,FNC re: Canada; call with Lazard and Debtors professionals re: M&A issues and travel from SF to NYC for Committee Meeting. |
| Michael Henkin | 2/11/2009 | 7.00 | Committee meeting with Capstone,Akin,Fraser,Ashurst re: case issues,strategy,M&A alternatives and due diligence |
| Michael Henkin | 2/12/2009 | 2.00 | Call with creditors re: case status; calw ith industry source re: due diligence and related communication with Jefco Team |
| Michael Henkin | 2/13/2009 | 9.00 | Review velocity documents,Travel back from New York to San Francisco |
| Michael Henkin | 2/15/2009 | 1.50 | Review due diligence materials |
| Michael Henkin | 2/16/2009 | 1.00 | Communicate and follow up with team |
| Michael Henkin | 2/17/2009 | 1.00 | Review due diligence and incentive plan information |
| Michael Henkin | 2/17/2009 | 1.00 | Communication with Jefco Team re: diligence information; review data room documents and communication with committee |
| Michael Henkin | 2/19/2009 | 1.25 | Review incentive plan information and related communication with Team; motion review. |
| Michael Henkin | 2/20/2009 | 1.50 | Review work on Debtor motion review and committee member |
| Michael Henkin | 2/21/2009 | 2.00 | Communication with Team regarding due diligence,KEIP and related document review. |
| Michael Henkin | 2/22/2009 | 1.75 | Review due diligence presentation,work on plan; review Velocity presentation |
| Michael Henkin | 2/22/2009 | 1.75 | Review IP,Customer and due diligence information and call with creditors re: case issues,motions |
| Michael Henkin | 2/23/2009 | 1.75 | Review updated Mercer report,Committee memos/akin gump motions review |
| Michael Henkin | 2/23/2009 | 4.00 | Creditor committee conference call re: incentives plan with Company,Cleary,Capstone,Akin and Follow call w/Kennedy and related communication with Jefco Team. |
| Michael Henkin | 2/24/2009 | 2.25 | Creditors Committee call and related prep and review of Velocity document |
| Michael Henkin | 2/25/2009 | 1.75 | Call with creditors regarding case issues; review data room documents |
| Michael Henkin | 2/26/2009 | 1.50 | Work on enterprise and other business due diligence |
| Michael Henkin | 2/27/2009 | 2.00 | Communicate with Akin,Capstone & Jefferies Team re: due diligence,motions,debtor meeting and call prep |
| **February 2009 Summary Hours for Michael Henkin** | | **90.75** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 2/2/2009 | 5.00 | Call with debtor advisor and other committee advisor re: due diligence, review materials |
| Phil Berkowitz | 2/3/2009 | 1.00 | Calls with team members |
| Phil Berkowitz | 2/4/2009 | 6.00 | Meeting with Company, Lazard, Akin, Clary & others: Restreuturing Issues & Management Presentation |
| Phil Berkowitz | 2/4/2009 | 1.00 | Conference call with Debtors and other advisors |
| Phil Berkowitz | 2/6/2009 | 3.00 | Committee call, call with other committee advisor re: intercompany loan, various correspondence, review materials |
| Phil Berkowitz | 2/7/2009 | 2.00 | Financial analysis materials for meeting |
| Phil Berkowitz | 2/8/2009 | 3.50 | Committee call, review materials, call with Debtor and other committee advisors |
| Phil Berkowitz | 2/9/2009 | 3.50 | Financial analysis materials for meeting, internal discussions |
| Phil Berkowitz | 2/10/2009 | 4.50 | Financial analysis materials for meeting, internal discussions |
| Phil Berkowitz | 2/11/2009 | 6.00 | Committee meeting at Akin, Professionals call |
| Phil Berkowitz | 2/12/2009 | 5.00 | Calls with other committee advisors and Debtor advisor, various correspondence, review materials |
| Phil Berkowitz | 2/13/2009 | 2.50 | Call with Debtor advisor re: subsidiary, various correspondence |
| Phil Berkowitz | 2/14/2009 | 1.00 | Call with other committee advisor |
| Phil Berkowitz | 2/17/2009 | 2.00 | Call with other committee advisors, internal discussions |
| Phil Berkowitz | 2/18/2009 | 1.00 | Call with Debtors and their advisors |
| Phil Berkowitz | 2/19/2009 | 3.50 | Call with other committee advisors, internal discussions, prepare Professional call materials |
| Phil Berkowitz | 2/20/2009 | 5.00 | Call with other committee advisor re: due diligence, review analysis, prepare materials for meeting |
| Phil Berkowitz | 2/23/2009 | 3.00 | Various calls, review materials for meeting |
| Phil Berkowitz | 2/24/2009 | 3.00 | Debtors call |
| Phil Berkowitz | 2/25/2009 | 1.00 | Calls with team members |
| **February 2009 Summary Hours for Phil Berkowitz** | | **62.50** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 2/2/2009 | 3.00 | Call with Debtor advisor and other committee advisor re: due diligence, review materials |
| Hal Kennedy | 2/3/2009 | 7.00 | Review materials in preparation for management meeting, call with committee member, travel |
| Hal Kennedy | 2/4/2009 | 7.00 | Management meeting at Nortel, travel |
| Hal Kennedy | 2/5/2009 | 2.00 | Calls with Debtors and other committee advisors |
| Hal Kennedy | 2/6/2009 | 1.50 | Committee call, call with other committee advisors |
| Hal Kennedy | 2/8/2009 | 3.00 | Conference calls with Debtors and committee advisors, reviewed materials |
| Hal Kennedy | 2/9/2009 | 2.00 | Call with other committee advisors |
| Hal Kennedy | 2/10/2009 | 3.00 | Call with other committee advisors, call with debtors |
| Hal Kennedy | 2/11/2009 | 2.00 | Committee meeting, call with other committee advisors |
| Hal Kennedy | 2/12/2009 | 3.00 | Various calls with other committee advisors and Debtor advisors, review materials |
| Hal Kennedy | 2/13/2009 | 2.50 | Call with Debtor advisor |

Jefferies & Company, Inc.
February 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Hal Kennedy | 2/16/2009 | 1.50 | Reviewed materials |
| Hal Kennedy | 2/17/2009 | 3.00 | Call with Debtor and other committee advisors, internal discussions |
| Hal Kennedy | 2/18/2009 | 2.00 | Call with Debtors and their advisors |
| Hal Kennedy | 2/19/2009 | 3.00 | Call with other committee advisors, review analysis, various correspondence, internal discussions |
| Hal Kennedy | 2/20/2009 | 3.00 | Call with other committee advisor re: due diligence, review analysis |
| Hal Kennedy | 2/22/2009 | 1.50 | Reviewed materials |
| Hal Kennedy | 2/23/2009 | 1.00 | Various calls |
| Hal Kennedy | 2/24/2009 | 2.50 | Committee call, call with other committee advisors |
| Hal Kennedy | 2/25/2009 | 1.00 | Various calls |
| Hal Kennedy | 2/26/2009 | 1.00 | Reviewed materials |
| Hal Kennedy | 2/27/2009 | 1.00 | Reviewed materials, various calls |
| **February 2009 Summary Hours for Hal Kennedy** | | **56.50** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 2/1/2009 | 1.50 | Call with other committee advisor re: intercompany loan, various correspondence |
| Leo Chang | 2/2/2009 | 1.50 | Call with Lazard re: due diligence; related communicatins with Akin Gump |
| Leo Chang | 2/3/2009 | 1.00 | Calls with team members |
| Leo Chang | 2/4/2009 | 6.00 | Meeting with Company, Lazard, Akin, Clary & others: Restrcuturing Issues & Management Presentation |
| Leo Chang | 2/5/2009 | 1.50 | Call with creditors re: M&A,Due diligence issues and related communication with Capstone,Lazard and Jefco Team |
| Leo Chang | 2/6/2009 | 3.00 | Committee call, call with other committee advisor re: intercompany loan, various correspondence, review materials |
| Leo Chang | 2/7/2009 | 1.00 | Communicate with Jefco Team and Akin Gump re: due diligence,Committee call prep; review court filings. |
| Leo Chang | 2/8/2009 | 3.00 | Committee call regarding M&A,strategy,Due diligence issues and related calls with Akin Gump and Jefferies Team |
| Leo Chang | 2/9/2009 | 2.00 | Call with Jefco Team re: M&A,Due diligence review and related correspondance with Lazard Akin |
| Leo Chang | 2/10/2009 | 0.50 | Communicate with committee members re: case issues |
| Leo Chang | 2/10/2009 | 4.00 | Calls with Akin Gump,Captsone,Jefco Team,FNC re: Canada; call with Lazard and Debtors professionals re: M&A issues |
| Leo Chang | 2/11/2009 | 7.00 | Committee meeting with Capstone,Akin,Fraser,Ashurst re: case issues,strategy,M&A alternatives and due diligence |
| Leo Chang | 2/12/2009 | 5.00 | Various calls with other committee advisors and Debtor advisor, various correspondence, review materials |
| Leo Chang | 2/13/2009 | 2.50 | Call with Debtor advisor re: subsidiary, various correspondence |
| Leo Chang | 2/14/2009 | 1.00 | Call with other committee advisor |
| Leo Chang | 2/15/2009 | 1.50 | Review due diligence materials, follow up with team |
| Leo Chang | 2/17/2009 | 1.00 | Communication with Jefco Team re: diligence information; review data room documents and communication with committee |
| Leo Chang | 2/18/2009 | 1.00 | Call with Debtors and their advisors |
| Leo Chang | 2/19/2009 | 2.00 | Call with other committee advisors, review analysis, various correspondence, internal discussions |
| Leo Chang | 2/20/2009 | 1.50 | Review work on Debtor motion review and committee member |
| Leo Chang | 2/20/2009 | 5.00 | Call with other committee advisor re: due diligence, review analysis, various correspondence |
| Leo Chang | 2/21/2009 | 2.00 | Communication with Team regarding due diligence,KEIP and related document review. |
| Leo Chang | 2/22/2009 | 1.75 | Review IP,Customer and due diligence information and call with creditors re: case issues,motions |
| Leo Chang | 2/22/2009 | 1.00 | Review materials |
| Leo Chang | 2/23/2009 | 4.00 | Creditor committee conference call re: incentives plan with Company,Cleary,Capstone,Akin and Follow call w/Kennedy and related communication with Jefco Team. |
| Leo Chang | 2/24/2009 | 7.00 | Meeting with Debtors and related travel, committee call |
| Leo Chang | 2/25/2009 | 1.75 | Call with creditors regarding case issues; review data room documents |
| Leo Chang | 2/27/2009 | 2.00 | Communicate with Akin,Capstone & Jefferies Team re: due diligence,motions,debtor meeting and call prep |
| **February 2009 Summary Hours for Leo Chang** | | **72.00** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 2/2/2009 | 5.00 | Call with debtor advisor and other committee advisor re: due diligence, review materials |
| Gaurav Kittur | 2/3/2009 | 1.00 | Calls with team members |
| Gaurav Kittur | 2/4/2009 | 6.00 | Meeting with Company, Lazard, Akin, Clary & others: Restrcuturing Issues & Management Presentation |
| Gaurav Kittur | 2/4/2009 | 1.00 | Conference call with Debtors and other advisors |
| Gaurav Kittur | 2/6/2009 | 3.00 | Committee call, call with other committee advisor re: intercompany loan, review materials |
| Gaurav Kittur | 2/7/2009 | 2.00 | Financial analysis materials for meeting |
| Gaurav Kittur | 2/8/2009 | 3.50 | Committee call, review materials, call with Debtor and other committee advisors |
| Gaurav Kittur | 2/9/2009 | 3.50 | Financial analysis materials for call, internal discussions |
| Gaurav Kittur | 2/10/2009 | 4.50 | Financial analysis materials for Professionals call, internal discussions |
| Gaurav Kittur | 2/11/2009 | 6.00 | Committee meeting at Akin, Professionals call |
| Gaurav Kittur | 2/12/2009 | 5.00 | Calls with other committee advisors and Debtor advisor, review materials |
| Gaurav Kittur | 2/13/2009 | 2.50 | Call with Debtor advisor re: subsidiary |
| Gaurav Kittur | 2/14/2009 | 1.00 | Call with other committee advisor |
| Gaurav Kittur | 2/17/2009 | 2.00 | Call with other committee advisors, internal discussions |
| Gaurav Kittur | 2/18/2009 | 1.00 | Call with Debtors and their advisors |
| Gaurav Kittur | 2/19/2009 | 3.50 | Call with other committee advisors, review analysis, internal discussions |
| Gaurav Kittur | 2/20/2009 | 5.00 | Call with other committee advisor re: due diligence, review analysis |
| Gaurav Kittur | 2/23/2009 | 3.00 | Various calls, review materials for meeting |
| Gaurav Kittur | 2/24/2009 | 3.00 | Debtors call |
| Gaurav Kittur | 2/25/2009 | 1.00 | Calls with team members |
| **February 2009 Summary Hours for Gaurav Kittur** | | **62.50** | |
| | | | |
| *Edward Lee* | | | |
| Edward Lee | 2/2/2009 | 1.50 | Communication with committee advisors,Communication with company advisors |
| Edward Lee | 2/4/2009 | 6.00 | Attend due diligence session at company,Communication with committee advisors,Communication with company,Communication with company advisors,Participate in conference call |
| Edward Lee | 2/5/2009 | 3.00 | Prepare for meeting,Review memo |
| Edward Lee | 2/6/2009 | 2.00 | Communication with committee advisors,Communication with committee member(s) |

Jefferies & Company, Inc.
February 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Edward Lee | 2/6/2009 | 1.00 | Communication with committee advisors,Participate in conference call |
| Edward Lee | 2/7/2009 | 3.00 | Prepare for meeting,Review memo |
| Edward Lee | 2/8/2009 | 1.00 | Communication with committee advisors,Participate in conference call |
| Edward Lee | 2/8/2009 | 2.00 | Communication with committee advisors,Communication with committee member(s) |
| Edward Lee | 2/9/2009 | 0.50 | Internal discussion with team members,Participate in conference call |
| Edward Lee | 2/10/2009 | 1.50 | Prepare for meeting,Review due diligence material,Review memo |
| Edward Lee | 2/10/2009 | 1.50 | Communication with committee advisors,Communication with company,Communication with company advisors,Participate in conference call |
| Edward Lee | 2/10/2009 | 0.50 | Internal discussion with team members |
| Edward Lee | 2/10/2009 | 1.00 | Communication with committee advisors,Participate in conference call |
| Edward Lee | 2/11/2009 | 6.50 | Attend meeting,Communication with committee advisors,Communication with committee member(s) |
| Edward Lee | 2/12/2009 | 2.00 | Review due diligence material,Review presentation |
| Edward Lee | 2/12/2009 | 0.50 | Internal discussion with team members |
| Edward Lee | 2/12/2009 | 1.00 | Communication with company advisors,Participate in conference call |
| Edward Lee | 2/12/2009 | 0.50 | Communication with committee advisors |
| Edward Lee | 2/13/2009 | 0.50 | Communication with committee advisors,Communication with company,Communication with company advisors,Participate in conference call |
| Edward Lee | 2/16/2009 | 0.50 | Internal discussion with team members |
| Edward Lee | 2/17/2009 | 1.00 | Communication with committee advisors,Communication with company,Communication with company advisors,Participate in conference call |
| Edward Lee | 2/17/2009 | 0.75 | Communication with committee advisors,Participate in conference call |
| Edward Lee | 2/18/2009 | 0.50 | Communication with company advisors,Participate in conference call |
| Edward Lee | 2/18/2009 | 1.00 | Communication with committee advisors,Communication with company,Communication with company advisors,Participate in conference call |
| Edward Lee | 2/19/2009 | 0.50 | Internal discussion with team members,Participate in conference call |
| Edward Lee | 2/20/2009 | 0.50 | Communication with committee advisors,Participate in conference call |
| Edward Lee | 2/23/2009 | 2.50 | Communication with committee advisors,Communication with company,Communication with company advisors,Participate in conference call |
| Edward Lee | 2/23/2009 | 0.75 | Communication with committee advisors,Communication with company,Communication with company advisors,Participate in conference call |
| Edward Lee | 2/23/2009 | 0.50 | Communication with committee advisors,Internal discussion with team members,Participate in conference call |
| Edward Lee | 2/24/2009 | 4.00 | Attend due diligence session at company,Attend meeting,Communication with committee advisors,Communication with company,Communication with company advisors,Travel |
| Edward Lee | 2/24/2009 | 2.50 | Communication with committee advisors,Communication with committee member(s),Participate in conference call |
| **February 2009 Summary Hours for Edward Lee** | | **50.50** | |
| | | | |
| *David Kay* | | | |
| David Kay | 2/2/2009 | 5.00 | Draft engagement letter |
| David Kay | 2/3/2009 | 3.00 | Draft engagement letter |
| David Kay | 2/4/2009 | 1.00 | Discuss engagement letter with UCC |
| David Kay | 2/5/2009 | 3.00 | Meeting with outside counsel re: engagement letter |
| David Kay | 2/6/2009 | 2.00 | Review proposed DIP |
| David Kay | 2/7/2009 | 2.00 | Review materials, review review DIP comparables |
| David Kay | 2/8/2009 | 3.00 | Review appraisals of DIP collateral |
| David Kay | 2/9/2009 | 4.00 | Examine recent filings and DIP comps |
| David Kay | 2/11/2009 | 2.00 | Review due diligence material,Review presentation |
| David Kay | 2/12/2009 | 2.00 | Various calls, examine recent filings and DIP comps |
| David Kay | 2/13/2009 | 2.50 | Examine recent filings and DIP comps |
| David Kay | 2/14/2009 | 1.00 | Call with other committee advisor, various correspondence |
| David Kay | 2/15/2009 | 2.00 | Discussions with UCC re: real estate values |
| David Kay | 2/17/2009 | 3.00 | Call with other committee advisors, internal discussions, various correspondence |
| David Kay | 2/17/2009 | 2.00 | Call with other committee advisor re: due diligence, review analysis, various correspondence |
| David Kay | 2/25/2009 | 1.00 | Various correspondence |
| **February 2009 Summary Hours for David Kay** | | **38.50** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 2/26/2009 | 4.00 | Analysis for UCC presenation |
| Paul Zangrilli | 2/20/2009 | 4.00 | Formulated responses to UCC follow up questions from previous presentation |
| Paul Zangrilli | 2/20/2009 | 0.50 | Due diligence call |
| Paul Zangrilli | 2/17/2009 | 2.00 | Call with Professionals followed by IP discussion |
| Paul Zangrilli | 2/10/2009 | 19.00 | UCC Committee Presentation |
| Paul Zangrilli | 2/9/2009 | 18.25 | UCC Committee Presentation |
| Paul Zangrilli | 2/8/2009 | 4.50 | Committee Call and UCC Committee Presentation |
| Paul Zangrilli | 2/7/2009 | 8.25 | UCC Committee Presentation |
| Paul Zangrilli | 2/6/2009 | 5.00 | Ad hoc analysis |
| Paul Zangrilli | 2/4/2009 | 6.00 | Communication with company advisors |
| **February 2009 Summary Hours for Paul Zangrilli** | | **71.50** | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 2/1/2009 | 1.50 | Call with other committee advisor re: intercompany loan, various correspondence |
| Cary Verasco | 2/2/2009 | 5.00 | Call with Debtor advisor and other committee advisor re: due diligence, various correspondence, review materials |
| Cary Verasco | 2/3/2009 | 1.00 | Various correspondence |
| Cary Verasco | 2/4/2009 | 1.00 | Conference call with Debtors and other advisors, various correspondence |
| Cary Verasco | 2/6/2009 | 3.00 | Committee call, call with other committee advisor re: intercompany loan, various correspondence, review materials |
| Cary Verasco | 2/8/2009 | 3.50 | Committee call, various correspondence, review materials, call with Debtor and other committee advisors |
| Cary Verasco | 2/9/2009 | 1.00 | Call with other committee advisor, various correspondence |
| Cary Verasco | 2/10/2009 | 3.00 | Call with other committee advisors, call with debtors, internal discussions |
| Cary Verasco | 2/11/2009 | 7.00 | Committee meeting, call with other committee advisors, various correspondence |
| Cary Verasco | 2/12/2009 | 5.00 | Various calls with other committee advisors and Debtor advisor, various correspondence, review materials |

Jefferies & Company, Inc.
February 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Cary Verasco | 2/13/2009 | 2.50 | Call with Debtor advisor re: subsidiary, various correspondence |
| Cary Verasco | 2/14/2009 | 1.00 | Call with other committee advisor |
| Cary Verasco | 2/17/2009 | 2.00 | Call with other committee advisors, internal discussions, various correspondence |
| Cary Verasco | 2/18/2009 | 1.00 | Call with Debtors and their advisors |
| Cary Verasco | 2/19/2009 | 3.50 | Call with other committee advisors, review analysis, various correspondence, internal discussions |
| Cary Verasco | 2/20/2009 | 5.00 | Call with other committee advisor re: due diligence, review analysis, various correspondence |
| Cary Verasco | 2/21/2009 | 4.00 | Review materials, review analysis |
| Cary Verasco | 2/22/2009 | 1.00 | Review materials |
| Cary Verasco | 2/23/2009 | 4.00 | Various calls, travel to meeting with Debtors, various correspondence |
| Cary Verasco | 2/24/2009 | 7.00 | Meeting with Debtors and related travel, committee call |
| Cary Verasco | 2/25/2009 | 1.00 | Various correspondence |
| Cary Verasco | 2/27/2009 | 1.00 | Review materials |
| **February 2009 Summary Hours for Cary Verasco** | | **64.00** | |
| | | | |
| *Gene Chen* | | | |
| Gene Chen | 2/1/2009 | 5.50 | DIP comps analysis. |
| Gene Chen | 2/1/2009 | 0.50 | Call w/ FMC re: Carling facilitiy. |
| Gene Chen | 2/2/2009 | 1.00 | Call w/ Lazard/Capstone/FMC re: data request list and meeting in Toronto. |
| Gene Chen | 2/2/2009 | 2.50 | DIP comps analysis. |
| Gene Chen | 2/3/2009 | 3.00 | DIP comps analysis. Administrative tasks. |
| Gene Chen | 2/3/2009 | 8.50 | DIP comps analysis. Review relevant meeting docs |
| Gene Chen | 2/4/2009 | 6.00 | Meeting (telephonic) all hands in Toronto re: bankruptcy & strategic plan. |
| Gene Chen | 2/5/2009 | 1.00 | DIP comps analysis. Administrative tasks |
| Gene Chen | 2/5/2009 | 2.00 | DIP comps analysis. Organize information for Committee call. |
| Gene Chen | 2/6/2009 | 4.00 | DIP comps analysis |
| Gene Chen | 2/7/2009 | 1.00 | DIP comps analysis. |
| Gene Chen | 2/8/2009 | 1.50 | Call w/ Committee re: Toronto meeting,UK issues,due diligence process |
| Gene Chen | 2/8/2009 | 1.00 | Review lease documents. |
| Gene Chen | 2/9/2009 | 0.50 | Call (Internal) to prepare for Wed. (2/11) meeting w/ Committee and other key issues. |
| Gene Chen | 2/9/2009 | 2.00 | Configure data room access. Administrative tasks. |
| Gene Chen | 2/10/2009 | 1.50 | Read materials. Administrative tasks. |
| Gene Chen | 2/10/2009 | 2.00 | Review materials. |
| Gene Chen | 2/10/2009 | 1.50 | Call w/ Company re: M&A. |
| Gene Chen | 2/10/2009 | 1.00 | Call w/ Professional re: Wed. (2/11) Committee meeting prep and CCAA court orders |
| Gene Chen | 2/11/2009 | 5.00 | Meeting/Call w/ Committee at Akin Gump office re: in-depth company situation overview,CCAA amended orders,UK administration,And interco loans |
| Gene Chen | 2/11/2009 | 2.00 | Data room diligence. Administrative tasks |
| Gene Chen | 2/12/2009 | 2.00 | Review Velocity sale docs. Adminstrative tasks. |
| Gene Chen | 2/12/2009 | 1.00 | Call w/ Lazard re: Velocity sale,Carling facility,13-week CF |
| Gene Chen | 2/12/2009 | 0.50 | Call w/ Akin re: Velocity sale. |
| Gene Chen | 2/13/2009 | 1.00 | Diligence the data room. Administrative tasks. |
| Gene Chen | 2/13/2009 | 1.00 | Call w/ Lazard re: Velocity sale. |
| Gene Chen | 2/15/2009 | 3.00 | Diligence the data room. Update due diligence request list. |
| Gene Chen | 2/17/2009 | 6.00 | Debtor advisor fee comps analysis. Dataroom diligence. |
| Gene Chen | 2/17/2009 | 1.00 | Call w/ Lazard re: intellectual property. |
| Gene Chen | 2/17/2009 | 1.00 | Call w/ professionals only re: interco loan,EDC support,Velocity sale,incentive programs,due diligence process |
| Gene Chen | 2/18/2009 | 13.00 | Debtor advisor fee comps analysis. |
| Gene Chen | 2/18/2009 | 3.00 | Call w/ Debtors and Mercer re: compensation plan and cost reduction plan. |
| Gene Chen | 2/19/2009 | 7.00 | Debtor advisor fee comps analysis. |
| Gene Chen | 2/19/2009 | 2.00 | Read KEIP materials. Administrative tasks. |
| Gene Chen | 2/19/2009 | 1.00 | Call (Internal) re: Lazard engagement letter |
| Gene Chen | 2/20/2009 | 6.00 | Prepare presentation to UCC on due diligence status. |
| Gene Chen | 2/20/2009 | 1.00 | Call with Capstone re: workplan and due diligence requests. |
| Gene Chen | 2/21/2009 | 5.00 | Prepare presentation to UCC on due diligence status. Review Lazard engagement letter-related docs |
| Gene Chen | 2/23/2009 | 3.00 | Due diligence presentation to UCC. Data room diligence |
| Gene Chen | 2/23/2009 | 3.00 | Call w/ UCC (and Company partially) re: cost reduction plan and compensation plans (AIP/KEIP/KERP). |
| Gene Chen | 2/23/2009 | 1.00 | Call w/ Juteau Johnson Comba re: Carling Facility. |
| Gene Chen | 2/23/2009 | 0.50 | Call w/ FMC re: prep for Carling call. |
| Gene Chen | 2/23/2009 | 0.50 | Call w/ Capstone re: due diligence update to UCC. |
| Gene Chen | 2/24/2009 | 4.50 | Call/Meeting with Debtors re: transfer pricing,Intercompany transactions,And Velocity sale. |
| Gene Chen | 2/24/2009 | 3.00 | Review 13-week CF. Data room diligence. |
| Gene Chen | 2/24/2009 | 2.00 | Call/Meeting with UCC re: compensation plans,Velocity sale,Lazard retention,CCAA process and due diligence process update |
| Gene Chen | 2/25/2009 | 1.50 | Data room diligence. |
| Gene Chen | 2/26/2009 | 1.50 | Data room diligence. Review materials. |
| Gene Chen | 2/27/2009 | 1.00 | Data room diligence. |
| **February 2009 Summary Hours for Gene Chen** | | **129.00** | |
| | | | |
| *Tyler Lonsdale* | | | |
| Tyler Lonsdale | 2/1/2009 | 0.50 | Call w/ FMC re: Carling facilitiy. |
| Tyler Lonsdale | 2/2/2009 | 1.00 | Call w/ Lazard/Capstone/FMC re: data request list and meeting in Toronto. |
| Tyler Lonsdale | 2/3/2009 | 3.00 | Review meeting docs |
| Tyler Lonsdale | 2/4/2009 | 5.00 | Conference call (all hands) re: bankruptcy & strategic plan. |
| Tyler Lonsdale | 2/5/2009 | 1.00 | Administrative tasks |
| Tyler Lonsdale | 2/6/2009 | 3.00 | Committee call, call with other committee advisor re: intercompany loan, various correspondence, review materials |
| Tyler Lonsdale | 2/8/2009 | 1.50 | Call w/ Committee re: Toronto meeting,UK issues,due diligence process |
| Tyler Lonsdale | 2/9/2009 | 0.50 | Call (Internal) to prepare for Wed. (2/11) meeting w/ Committee and other key issues. |
| Tyler Lonsdale | 2/10/2009 | 3.00 | Call with other committee advisors, call with debtors, internal discussions |
| Tyler Lonsdale | 2/10/2009 | 1.00 | Call w/ Professional re: Wed. (2/11) Committee meeting prep and CCAA court orders |

Jefferies & Company, Inc.
February 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Tyler Lonsdale | 2/11/2009 | 5.00 | Meeting/Call w/ Committee at Akin Gump office re: in-depth company situation overview,CCAA amended orders,UK administration,And interco loans |
| Tyler Lonsdale | 2/12/2009 | 2.00 | Various calls with other committee advisors and Debtor advisor, various correspondence, review materials |
| Tyler Lonsdale | 2/12/2009 | 1.00 | Call w/ Lazard re: Velocity sale,Carling facility,13-week CF |
| Tyler Lonsdale | 2/12/2009 | 0.50 | Call w/ Akin re: Velocity sale. |
| Tyler Lonsdale | 2/13/2009 | 2.50 | Call with Debtor advisor re: subsidiary, various correspondence |
| Tyler Lonsdale | 2/14/2009 | 1.00 | Call with other committee advisor |
| Tyler Lonsdale | 2/17/2009 | 3.00 | Debtor advisor fee comps analysis.  Dataroom diligence. |
| Tyler Lonsdale | 2/17/2009 | 1.00 | Call w/ professionals only re: interco loan,EDC support,Velocity sale,incentive programs,due diligence process |
| Tyler Lonsdale | 2/18/2009 | 13.00 | Debtor advisor fee comps analysis. |
| Tyler Lonsdale | 2/18/2009 | 1.00 | Call w/ Debtors and Mercer re: compensation plan and cost reduction plan. |
| Tyler Lonsdale | 2/19/2009 | 9.00 | Debtor advisor fee comps analysis. |
| Tyler Lonsdale | 2/19/2009 | 3.50 | Call with other committee advisors, review analysis, various correspondence, internal discussions |
| Tyler Lonsdale | 2/19/2009 | 7.00 | Debtor advisor fee comps analysis. |
| Tyler Lonsdale | 2/20/2009 | 2.00 | Debtor advisor fee comps analysis. |
| Tyler Lonsdale | 2/20/2009 | 1.00 | Call with Capstone re: workplan and due diligence requests. |
| Tyler Lonsdale | 2/23/2009 | 3.00 | Call w/ UCC (and Company partially) re: cost reduction plan and compensation plans (AIP/KEIP/KERP). |
| Tyler Lonsdale | 2/23/2009 | 1.00 | Call w/ Juteau Johnson Comba re: Carling Facility. |
| Tyler Lonsdale | 2/24/2009 | 2.00 | Call/Meeting with UCC re: compensation plans,Velocity sale,Lazard retention,CCAA process and due diligence process update |
| **February 2009 Summary Hours for Tyler Lonsdale** | | **78.00** | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 2/4/2009 | 5.50 | Communication with committee member(s),Communication with creditors,Financial analysis |
| Ryan Stuckert | 2/6/2009 | 4.50 | Communication with committee member(s),Communication with creditors,Financial analysis |
| Ryan Stuckert | 2/6/2009 | 9.50 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/7/2009 | 5.50 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/8/2009 | 11.50 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/9/2009 | 8.50 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/9/2009 | 8.00 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/10/2009 | 3.00 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/10/2009 | 12.50 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/13/2009 | 1.00 | Call with Lazard (Velocity Sale) |
| Ryan Stuckert | 2/17/2009 | 1.00 | Professionals call (Intercompany loan,Velocity sale) |
| Ryan Stuckert | 2/18/2009 | 3.00 | Call with debtors & Mercer (Compensation,cost reduction plans) |
| Ryan Stuckert | 2/23/2009 | 5.00 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/23/2009 | 0.50 | Communication with committee advisors,Participate in conference call |
| Ryan Stuckert | 2/24/2009 | 4.50 | Financial analysis,Prepare for meeting,Prepare presentation |
| Ryan Stuckert | 2/24/2009 | 2.00 | Call with Debtors: Velocity Sale |
| **February 2009 Summary Hours for Ryan Stuckert** | | **85.50** | |
| *Joseph Lok* | | | |
| Joseph Lok | 2/4/2009 | 5.50 | Communication with committee member(s),Communication with creditors,Financial analysis |
| Joseph Lok | 2/6/2009 | 4.50 | Internal discussion with team members |
| Joseph Lok | 2/7/2009 | 2.00 | Financial analysis,Internal discussion with team members,Prepare presentation |
| Joseph Lok | 2/8/2009 | 3.00 | Financial analysis,Internal discussion with team members,Prepare presentation |
| Joseph Lok | 2/11/2009 | 5.00 | Meeting/Call w/ Committee at Akin Gump office re: in-depth company situation overview,CCAA amended orders,UK administration,And interco loans |
| Joseph Lok | 2/13/2009 | 1.00 | Call with Lazard (Velocity sale) |
| Joseph Lok | 2/17/2009 | 1.00 | Professional Call (Intercompany loan,Velocity sale) |
| Joseph Lok | 2/18/2009 | 3.00 | Call with debtors and Mercer |
| Joseph Lok | 2/23/2009 | 3.00 | Communication with company,Communication with creditors,Compensation plan |
| Joseph Lok | 2/23/2009 | 0.50 | Communication with committee advisors,Participate in conference call |
| **February 2009 Summary Hours for Joseph Lok** | | **28.50** | |