IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Casey S. Cathcart, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Jefferies & Company, Inc., being duly sworn according to law, deposes and says that on April 14, 2009, she caused a copy of the foregoing document to be served as indicated upon the parties identified on the attached service list.

                                                                                           Casey S. Cathcart

SWORN TO AND SUBSCRIBED before me this 14th day of April, 2009.



                                             Notary Public
                                             My Commission Expires:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

## SERVICE LIST
## 4/14/2009

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(Co-Counsel to the Debtors)
*Hand Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Co-Counsel to the Official Committee of Unsecured Creditors)
*Hand Delivery*

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Co-Counsel to the Official Committee of Unsecured Creditors)
*First Class Mail*

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Co-Counsel to the Debtors)
*First Class Mail*

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, Ontario, M9C 5K1
(Debtor)
*First Class Mail (International)*

Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Hand Delivery*