## Exhibit 1

**Interested Parties or Their Affiliates Whom the Firm Represents or Has Represented in the Past in Matters Unrelated to the Matters on Which It Is Employed**

**DEBTORS' AFFILIATES**
Ontario Inc. – may be affiliated with Ontario Inc. located in 13275 Tecumseh Road East in Tecumseh, Ontario

**CURRENT DIRECTORS AND OFFICERS OF THE DEBTORS AND FOR TWO YEARS PRIOR TO THE PETITION DATE**

<u>Current Directors and Officers of NNI</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of NNCC</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Alteon WebSystems, Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Alteon WebSystems International, Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Architel Systems (U.S.) Corporation</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Xros, Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Sonoma Systems</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Qtera Corporation</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Nortel Networks Optical Components Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Nortel Networks HPOCS Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Nortel Networks International Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Northern Telecom International Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.

<u>Current Directors and Officers of Nortel Networks Cable Solutions, Inc.</u>
Dennis Carey – may be Dennis C. Carey, who is affiliated with SSi us Inc.
Brian Lindsay – may be Brian L. Lindsey, who is affiliated with Snap on Tools Corporation

<u>Former Directors and Officers of Nortel Networks Cable Solutions, Inc.</u>
Bill Thompson – need more information
David Price – need more information

**DEBTORS' VENDORS**
JDS Uniphase Corporation
Bookham Technology Ltd. - affiliated with New Focus Inc.
IBM
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies - affiliated with Emerson Electric Company
Sanmina SCI Corporation
Astec – need more information
Andrew Corporation
Qualcomm Inc.
Freescale Semiconductor – affiliated with Freescale Semiconductor Holdings I Ltd.
Broadcom Corporation
Hewlett Packard
Alanex Corporation - affiliated with Pfizer Inc.
Alpha Networks – if this is Alpha Networks Inc. of (alphanetworks.com), not a client
Micron – may be affiliated with Micron Technology Inc.
Sun Microsystems
Witness Systems Inc. - affiliated with Comverse Technology Inc.
Scansoft - affiliated with Dictaphone Corp.
Microsoft
Itel House – need more information
Oracle Corporation
Wipro
Infosys - affiliated with Infosys Consulting
ITC – need more information
Mera – need more information
Kuehne & Nagel International AG - affiliated with Kuehne & Nagel Inc.
Anixter International - affiliated with but is related to General de Telecommunicaciones SA de CV
Emerson – need more information
Johnson Controls Inc.
Cigna – may be affiliated with CIGNA Corporation

**DEBTORS' LITIGANTS**
State Board of Equalization of the State of California - affiliated with the State of California
Motorola
Teligent Services Inc. - affiliated with Teligent Inc.

8

LEGAL_US_W # 60926875.4

Verizon New York, Inc. – affiliated with Verizon Communications
Federal Insurance Company (Chubb) – affiliated with Chubb Corporation
Harris Corporation

**DEBTORS' LENDERS**
Export Development Canada – affiliated with Export Development Corporation and Government
   of Canada

**DEBTORS' BANKS AND MONEY MARKET FUNDS**
Citibank – affiliated with Citigroup Inc.
Bank of America
Deutsche Bank
JP Morgan – affiliated with JPMorgan Chase & Co.
Morgan Stanley
UBS
JP Morgan U.S. Money Markey Funds - affiliated with JPMorgan Chase & Co.
Fidelity Treasury Portfolio Fund - affiliated with FMR Corp.
Dreyfus Government Cash Management Fund - affiliated with Bank of New York Mellon Corp.
Government Prime Cash Management Fund – may be affiliated with Dreyfus Government Prime
   Cash Management, which is affiliated with Bank of New York Mellon Corp.
Reserve Primary Fund - affiliated with Reserve Fund

**DEBTORS' SIGNIFICANT CUSTOMERS**
Verizon
Korea Telecom – Freetel - affiliated with KT Corporation
AT&T
BCE
Sprint Nextel
SK Telecom – affiliated with SK Networks Co. Ltd.
Telus – if this is Telus Corp., not a client
France Telecom/Orange
Alltel (ACI) - affiliated with TPG Capital LP
British Telecom – need more information
US Cellular – affiliated with Telephone & Data Systems Inc.
Deutsche Telecom
AMX – if this is AMX Corporation of amxcorp.com, not a client
Motorola

**DEBTORS' LANDLORDS**
Hewlett Packard Financial Services - affiliated with Hewlett Packard Company
IStar Ctl. 1, L.P./Lehman Ali Inc. – affiliated with Lehman Brothers Holdings Inc.
State Street Bank & Trust Co. – affiliated with State Street Corp.
USAA Real Estate Company – affiliated with United Services Automobile Association
Insignia ESG, Inc. – need more information
Teachers Insurance & Annuity Corp. – affiliated with Teachers Insurance and Annuity
   Association – College Retirement Equities

9

Duke Realty Ohio - affiliated with Duke Realty Investments Inc.
Flagler Development Company - affiliated with Fortress Investment Group LLC

ACE INA Insurance - affiliated with ACE Ltd.
ACE Bermuda Insurance Ltd. – affiliated with ACE Ltd.
American Home Assurance Company - affiliated with AIG Inc.
AIG Commercial Insurance Company of Canada - affiliated with AIG Inc.
Allianz Global Risks US Insurance Company – affiliated with Allianz SE
Arch Insurance Company - affiliated with Arch Capital Services
Chubb Insurance Company of Canada - affiliated with Chubb Corp.
Continental Casualty Company - affiliated with Loews Corp.
American Home Assurance Company (National Union) - affiliated with AIG Inc.
GCAN Insurance Company – need more information
Great American Insurance Group - affiliated with American Financial Group
Hartford Fire Insurance Company - affiliated with Hartford Financial Services Group Inc.
Liberty International Underwriters Canada – affiliated with Liberty Mutual Group Inc.
Hiscox Syndicate - affiliated with Hiscox Insurance
Travelers Guarantee Company of Canada - affiliated with Travelers Companies Inc.
XL Insurance (Bermuda) Ltd. - affiliated with XL Capital Ltd.
XL Insurance Company Ltd. - affiliated with XL Capital Ltd.
Zurich Insurance Company - affiliated with Zurich Financial Services

CBRE The Mega Group – may be affiliated with CB Richard Ellis Group
The Irvine Company
Deka Immobilien Investment GMBH
Reckson Operating Partnership - affiliated with SL Green Realty Corp.
HQ Global Workplaces Inc.
California State Teachers Retirement - affiliated with the State of California
Duke Realty Ohio - affiliated with Duke Realty Investments Inc.
Gateway Associates Ltd. – need more information

**DEBTORS' INSURERS**
ACE USA – affiliated with ACE Ltd.

**DEBTORS' BONDHOLDERS AND TRUSTEES**
Bank of New York – affiliated with Bank of New York Mellon Corporation
Amalgated Bank – if this is Amalgamated Bank, not a client
Banc of America Securities, LLC – affiliated with Bank of America Corporation
NationsBank of Texas, NA - affiliated with Bank of America Corporation
Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc. – affiliated with Barclays Plc UK
/Fixed Income Bond-C - affiliated with Barclays Plc UK
Barclay's Capital, Inc., LE - affiliated with Barclays Plc UK
BMO Nesbitt Burns, Inc - affiliated with BMO Financial Group
/CDS – may be affiliated with BMO Financial Group

10

BNY-SBL/PB – need more information
BNP of Paribas Prime Brokerage, Inc. - affiliated with BNP Paribas SA
BNP Paribas Securities Corp - affiliated with BNP Paribas SA
/Fixed Income - may be affiliated with BNP Paribas SA
BNP/PPBC – need more information
Bank of New York – affiliated with Bank of New York Mellon Corporation
/LDSEG – may be affiliated with Bank of New York Mellon Corporation
Bank of New York/London – affiliated with Bank of New York Mellon Corporation
Bank of New York – affiliated with Bank of New York Mellon Corporation
/Prudential - may be affiliated with Prudential Plc
Bank of New York – affiliated with Bank of New York Mellon Corporation
/TD BK – may be affiliated with Bank of New York Mellon Corporation
Bank of America
/La Salle – may be affiliated with LaSalle National Bank and Bank of America
Bank of New York – affiliated with Bank of New York Mellon Corporation
/Barclays – affiliated with Barclays Bank Plc and Barclays Plc UK
Sanford C. Bernstein & Co., LLC – affiliated with AXA Group
Brown Brothers Harriman & Co.
Scott & Stringfellow, Inc. - affiliated with BB&T Corp.
Citigroup Global Markets, Inc. – affiliated with Citigroup Inc.
/Salomon Brothers - affiliated with Citigroup Inc.
Charles Schwab & Co., Inc. – affiliated with Charles Schwab Corp.
CIBC World Markets, Inc. – affiliated with Canadian Imperial Bank of Commerce
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC – may be affiliated with Citadel
    Investment Group LLC
Citibank, NA – affiliated with Citigroup Inc.
Citigroup Private Bank & Trust – affiliated with Citigroup Inc.
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp. – affiliated with Citigroup
    Inc.
Comerica Bank – affiliated with Comerica Inc.
Credit Suisse Securities (USA) – affiliated with Credit Suisse Group
Deutsche Bank Securities, Inc. – affiliated with Deutsche Bank AG
Dresdner Kleinwort Securities LLC - affiliated with Allianz SE
E*Trade Capital Markets, LLC - affiliated with E Trade Financial Corp.
E*Trade Cleary, LLC – may be affiliated with E Trade Financial Corp.
First Clearing, LLC - affiliated with Wells Fargo & Company Inc.
Goldman Sachs & Co. – affiliated with Goldman Sachs Group
Goldman Sachs Execution & Clearing, LP - affiliated with Goldman Sachs Group
Goldman Sachs International Ltd. – affiliated with Goldman Sachs Group
H&R Block
Jefferies & Co., Inc. – affiliated with Jeffries Group Inc.
JP Morgan Securities, Inc. – affiliated with JPMorgan Chase & Co.
JPM/CCS2 – need more information
JPM/GS CAP – need more information
JP Morgan Clearing Corp. - affiliated with JPMorgan Chase & Co.
JP Morgan International - affiliated with JPMorgan Chase & Co.

LEGAL_US_W # 60926875.4

JP Morgan Chase Bank, National Association – affiliated with JPMorgan Chase & Co.
JP Morgan Securities Inc. – affiliated with JPMorgan Chase & Co.
/Fixed Income – may be affiliated with JPMorgan Chase & Co.
Keybank National Association – affiliated with KeyCorp
Laurential Bank of Canada – if this is Laurentian Bank of Canada, not a client
Lehman Brothers, Inc. – affiliated with Lehman Brothers Holdings Inc.
Merrill Lynch Pierce Fenner & Smith Inc. - affiliated with Bank of America Corp.
Manufacturers & Trust Company – affiliated with M&T Bank Corp.
The Bank of Tokyo-Mitsubishi UFJ, Ltd. – affiliated with Mitsubishi UFJ Financial Group Inc.
Morgan, Keegan & Company, Inc. - affiliated with Regions Financial Corporationg
Morgan Stanley & Co. Inc. – affiliated with Morgan Stanley
Morgan Stanley & Co Inc. – affiliated with Morgan Stanley
/Retail – may be affiliated with Morgan Stanley
National City Bank - affiliated with National City Corporation
NBCN Inc./CDS – need more information
National Financial Services Corp. – may be affiliated with FMR LLC
The Northern Trust Company – affiliated with Northern Trust Corp.
Pershing, LLC – affiliated with Bank of New York Mellon Corporation
PNC Bank, NA – affiliated with PNC Financial Services Group Inc.
Raymond James & Associates, Inc. – affiliated with Raymond James Financial Inc.
Raymond James Ltd. - affiliated with Raymond James Financial Inc.
RBC Dominion Securities Inc. – affiliated with Royal Bank of Canada
RBC Capital Markets Corporation – affiliated with Royal Bank of Canada
Ridge Clearing & Outsourcing Solutions, Inc. - affiliated with Automatic Data Processing Inc.
Scotia Capital Inc. – affiliated with Bank of Nova Scotia
SSBIBT/BGI – need more information
SSB-SPDR'S – need more information
SSBT/IBT – need more information
Stifel Nicholaus & Company
Suntrust Bank – affiliated with Suntrust Banks Inc.
TD Ameritrade Inc. - affiliated with TD Ameritrade Holding Corp.
Suntrust Bank – affiliated with Suntrust Banks Inc.
TD Waterhouse Canada, Inc. - affiliated with TD Ameritrade Holding Corp.
Trustmark – if this is Trustmark Corporation, not a client
UBS Financial Services, Inc. – affiliated with UBS AG
UBS Securities, LLC – affiliated with UBS AG
Union Bank of California – affiliated with Mitsubishi UFJ Financial Group Inc.
US Bank NA – affiliated with US Bankcorp
Wachovia Bank, NA – affiliated with Wells Fargo & Company Inc.
Wachovia Securities, LLC – affiliated with Wells Fargo & Company Inc.
Wachovia Capital Markets, LLC - affiliated with Wells Fargo & Company Inc.
Wells Fargo Bank, National Association – affiliated with Wells Fargo & Company Inc.
Wilmington Trust Company – affiliated with Wilmington Trust Corp.
The Fifth Third Bank - affiliated with Fifth Third Bankcorp

**DEBTORS' PROPOSED PROFESSIONALS**

12

Lazard Freres & Co., LLC – affiliated with Lazard Ltd.

**DEBTORS' MAJOR COMPETITORS**
Sony Ericsson Mobile Communications A.B. – affiliated with Sony Corporation and Telefonaktibolaget LM Ericsson
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc. - affiliated with Advanced Fibre Communications Inc.
Juniper Networks, Inc.
Siemens Enterprise - affiliated with Siemens AG
Siemens Networks - affiliated with Siemens AG
ZTE – if this is Zhongxing Telecom Corporation, not a client
NEC – may be affiliated with NEC Corporation
Hitachi Cable – affiliated with Hitachi Ltd.
Motorola
IBM
Hewlett Packard

**TOP 40 UNSECURED CREDITORS**
The Bank of New York Mellon
Export Development Canada – affiliated with Export Development Corporation and Government of Canada
Computer Science Corporation
Beeline - affiliated with MPS Group Inc.
Infosys Technologies Ltd. - affiliated with Infosys Consulting
JDS Uniphase Corporation
Tata Consultancy Services - affiliated with Tat Sons Ltd.
Anixter - affiliated with General de Telecommunicaciones SA de CV
ITC Networks - affiliated with Itochu Corporation
Johnson Controls Inc.
Emerson Network Power Embedded - affiliated with Emerson Electric Company
Wipro Technologies - affiliated with Wipro Limited
Wipro Systems Ltd. - affiliated with Wipro Limited
Telrad Networks Ltd. - affiliated with Koor Industries Ltd.
McCann Erickson San Francisco - affiliated with Interpublic Group of Companies Inc.
TEKsystems Inc. – affiliated with Allegis Group
IBM Corporation
Pension Benefit Guaranty Corporation - affiliated with the United States of America

**UTILITIES**
Suez Energy Resources N.A. Inc. - affiliated with GDF Suez
TXU Energy - affiliated with KKR & Co LP
Con Ed
Duke Energy Company

National Fuel – if this is National Fuel Gas Co., not a client
PG&E – California – affiliated with Pacific Gas and Electric Company and PG&E Corporation
National Grid - affiliated with National Grid Plc
National Grid – Massachusetts - affiliated with National Grid Plc
National Grid - Melville - affiliated with National Grid Plc
FPL – may be affiliated with Florida Power and Light Company and FPL Group Inc.
AT&T

BT Americas Inc. – affiliated with BT Group Plc
China Telecom Americas Corp. - affiliated with Peoples Republic of China
Comcast
Cox Communications - affiliated with Cox Enterprises
Embarq
Frontier Communications
Global Crossing Conferencing - affiliated with the Government of Singapore
Level 3 Communications LLC
Masergy Communications, Inc.
MCI – affiliated with Verizon Communications
MTS Allstream Inc. - affiliated with BCE Inc.
PCCW Global Inc. – affiliated with PCCW Ltd.

**OTHERS**
Ernst & Young Inc.
Allen & Overy LLP