## CERTIFICATE OF SERVICE

I, Katherine A. Traxler, Esq., certify that I am not less than 18 years of age, and that service of the foregoing **Statement of Stephen J. Turanchik Pursuant To Fed R. Bankr. P. 2014 and Order Authorizing Debtors to Employ, Retain and Compensate Professionals in the Ordinary Course** was caused to be made on April 14, 2009, in the manner indicated upon the entities identified below.

Dated: April 14, 2009

*Katherine A Traxler*
Katherine A. Traxler
Paul, Hastings, Janofsky & Walker LLP

**VIA FIRST CLASS U.S. MAIL:**
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Fred Hodara, Esq.
Akin Gump LLP
One Bryant Park
New York, NY 10036