IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks, Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance on behalf of Beeline.com, Inc. ("Beeline") and Modis, Inc. ("Modis"), and request service of all papers in the above-captioned proceedings, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure. The service information is as follows:

| | |
|---|---|
| Jeffrey B. Ellman | William P. Bowden (#2553) |
| Robbin S. Rahman | Amanda M. Winfree (#4615) |
| Jones Day | Ashby & Geddes, P.A. |
| 1420 Peachtree Street, N.E. | 500 Delaware Avenue, 8th Floor |
| Suite 800 | P.O. Box 1150 |
| Atlanta, Georgia 30309 | Wilmington, DE 19899 |
| Telephone: (404) 521-3939 | Telephone: (302) 654-1888 |
| Facsimile: (404) 581-8330 | Facsimile: (302) 654-2067 |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings herein.

{00288732;v1}ATI-2363101v1

       Neither this Notice of Appearance and Request for Notice and Pleadings nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Beeline's and Modis's (a) right to have final orders in non-core matters entered only after de novo review by a higher court; (b) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (c) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, claims, actions, defenses, setoffs, or recoupments to which Beeline and Modis are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 15, 2009

Respectfully Submitted,

*/s/ Amanda Winfree*

William P. Bowden (#2553)
Amanda M. Winfree (#4615)
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

Jeffrey B. Ellman
Robbin S. Rahman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

*ATTORNEYS FOR BEELINE.COM, INC AND MODIS, INC.*