## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on the 15th day of April, 2009, I caused a true and correct copy of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PLEADINGS** to be served upon the addressees on the attached service list via First Class U.S. mail or in the manner so indicated.

/s/ Amanda M. Winfree
Amanda M. Winfree (#4615)

# SERVICE LIST

| **VIA FIRST CLASS MAIL**<br><br>James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, New York 1006 | **VIA FIRST CLASS MAIL**<br><br>Thomas Tinker, Esquire<br>The Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
|---|---|
| **VIA FIRST CLASS MAIL**<br><br>Ann C. Cordo, Esquire<br>Derek C. Abbot, Esquire<br>Eric D. Schwartz, Esquire<br>Thomas F. Driscoll, Esquire<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347 | **VIA FIRST CLASS MAIL**<br><br>Christopher Samis, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS MAIL**<br><br>Michael L. Schein, Esquire<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | **VIA FIRST CLASS MAIL**<br><br>Peter Duhig, Esquire<br>Mary Caloway, Esquire<br>Buchanan Ingersoll & Rooney, PC<br>The Brandywine Building<br>100 West Street, Suite 1410<br>Wilmington, DE 19899 |
| **VIA FIRST CLASS MAIL**<br><br>Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | |