**NAME AND ADDRESS OF ATTORNEY:**
Vincent E. Rhynes
1514 W. Manchester AVE. #5
Los Angeles CALIF, 90047

**TELEPHONE NO.:** (323)971-6063

**FOR COURT USE ONLY**

FILED
2009 APR 14 AM 9:35
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**ATTORNEY FOR:**
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**PLAINTIFF(S)/PETITIONER(S):** Vincent E. Rhynes

**DEFENDANT(S)/RESPONDENT(S):** Nortel Networks INC. et al

## PROOF OF SERVICE BY MAIL

**CASE NUMBER:** 09-10138(KG)

Hearing: Date xx
Time xx
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Proof Of Interest & Stock CERT.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 04-10-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Office Of The United States Trustee
844 King Street Suite # 2207
Lock Box #35
Wilmington, DE 19801
ATTN: Patrick Tinker, Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 04-10-2009 , at (place) Los Angeles , California.

Tim Read                                    *Tim Read*

*Type or Print Name*                        *Signature*

**ACIS Code** 33208(02)

PROOF OF SERVICE BY MAIL

| | | |
|---|---|---|
| **NAME AND ADDRESS OF ATTORNEY:** Vincent E. Rhynes 1514 W. Manchester AVE. #5 Los Angeles CALIF, 90047 | **TELEPHONE NO.:** (323)971-6063 | **FOR COURT USE ONLY** |
| **ATTORNEY FOR:** | | |
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | 2009 APR 14 AM 9:35 FILED U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE |
| **PLAINTIFF(S)/PETITIONER(S):** Vincent E. Rhynes | | |
| **DEFENDANT(S)/RESPONDENT(S):** Nortel Networks INC. et al | | |
| **PROOF OF SERVICE BY MAIL** | | **CASE NUMBER:** 09-10138(KG) |

Hearing: Date xx
Time xx
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is:   1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents):   Proof Of Interest & Stock CERT.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 04-10-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows:   Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
ATTN: James L. Bromley Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 04-10-2009 , at (place) Los Angeles , California.

Tim Read                                                                                    *Tim Read*
_____                                           _____
Type or Print Name                                                                       Signature

ACIS Code
33208(02)                                    **PROOF OF SERVICE BY MAIL**

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE. #5<br>Los Angeles CALIF, 90047 | (323)971-6063 | |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED 2009 APR 14 AM 9:36 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): Nortel Networks INC. et al

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 09-10138(KG)

Hearing: Date xx
Time xx
Dept. (KG)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Proof Of Interest & Stock CERT.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 04-10-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Richards, Layton & Finger, P.A
920 N. King Street
One Rodney Square
Wilmington, DE 19801
ATTN: Christopher M. Samis, Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 04-10-2009, at (place) Los Angeles, California.

Tim Read

*Tim Read*

Type or Print Name          Signature

ACIS Code 33208(02)

**PROOF OF SERVICE BY MAIL**