# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**PROOF OF INTEREST**

| Name of Debtor: Nortel Networks INC. et al | Case Number: 09-10138(KG) |
|---|---|

(jointly administered under case no.

*THIS SPACE IS FOR COURT USE ONLY*

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the debtor. Referred to hereinafter as the "Interestholder"):

N/A. See Two(2) Below

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you.

Telephone No.

2009 APR 14 AM 9:36 FILED U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

NOTE: This form SHOULD NOT be used to make a claim against the Debtors for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtors. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation, whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

Account or other number by which Interestholder identifies debtors: 04-2486332

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Vincent E. Rhynes
1514 W. Manchester AVE #5
Los Angeles CALIF, 90047
Telephone No. (323)971-6063

**3. Date Equity Interest was acquired:**
@2009

**4. Total number of shares held:**
25,000 Shares

**5. Stock certificate(s) identification number:**
zq00010733

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual shares of stock held in the Debtors.

☐ Check this box if your Equity Interest is based on options or warrants that upon exercise entitle you to receive shares of stock in the Debtors.

☐ Check this box if your Equity Interest is based on some other right to convert, to purchase, sell, or subscribe to a share, security, or interest in the Debtors.

**7. Supporting Documents:** *Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc.* DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. This Proof of Interest needs to be mailed to: United States Bankruptcy Court, For The District Delaware.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

*THIS SPACE IS FOR COURT USE ONLY*

2009 APR -6 AM 11:47 FILED U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

| Date: 03-31-2009 | Sign and print the name and title, if any, of any other person authorized to file this claim (attach copy of power of attorney, if any). *Vincent E. Rhynes* |
|---|---|

*Penalty for presenting fraudulent claims:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Vincent E. Rhynes



461624

Number / Numéro: ZQ0001Q733

**Nortel Networks Corporation**

INCORPORATED UNDER THE CANADA BUSINESS CORPORATIONS ACT
CONSTITUÉE EN VERTU DE LA LOI CANADIENNE SUR LES SOCIÉTÉS PAR ACTIONS

N♢RTEL

Corporation Nortel Networks

THIS CERTIFIES THAT
LES PRÉSENTES ATTESTENT QUE

**VINCENT RHYNES**

is the registered holder of
est le porteur inscrit de

**TWENTY-FIVE THOUSAND**

FULLY PAID AND NON-ASSESSABLE COMMON SHARES
WITHOUT PAR VALUE IN THE CAPITAL OF

**Nortel Networks Corporation**

transferable on the books of the Company only upon surrender of this certificate properly endorsed.

This certificate is not valid unless countersigned by the Transfer Agent and Registrar of the Company.

IN WITNESS WHEREOF, the Company has caused this certificate to be signed on its behalf by the facsimile signatures of its duly authorized officers.

President and Chief Executive Officer / Président et chef de Direction

Corporate Secretary / La Secrétaire Générale

ACTIONS ORDINAIRES SANS VALEUR NOMINALE ENTIÈREMENT LIBÉRÉES DU CAPITAL-ACTIONS DE

**Corporation Nortel Networks**

transférables dans les registres de la Société sur remise de ce certificat endossé, en bonne et due forme.

Ce certificat n'est valide que s'il a été contresigné par l'agent de transfert et agent comptable des registres de la Société.

EN FOI DE QUOI la Société a fait signer le présent certificat en son nom au moyen des fac-similés de signature de ses dirigeants dûment autorisés.

Dated / Le: 02-MAR-2009

COUNTERSIGNED AND REGISTERED
CONTRESIGNÉ ET IMMATRICULÉ
COMPUTERSHARE TRUST COMPANY, N.A.
(GOLDEN)
TRANSFER AGENT AND REGISTRAR
AGENT DE TRANSFERT ET AGENT COMPTABLE DES REGISTRES

By / Par: _____
Authorized Officer / Représentant autorisé

OR / OU

COUNTERSIGNED AND REGISTERED
CONTRESIGNÉ ET IMMATRICULÉ
COMPUTERSHARE TRUST COMPANY OF CANADA
SOCIÉTÉ DE FIDUCIE COMPUTERSHARE DU CANADA
(TORONTO) (MONTREAL) (VANCOUVER)
TRANSFER AGENT AND REGISTRAR
AGENT DE TRANSFERT ET AGENT COMPTABLE DES REGISTRES

By / Par: _____
Authorized Officer / Représentant autorisé

CUSIP 656568 50 8
ISIN CA 6565685089

SEE REVERSE FOR CERTAIN DEFINITIONS
VOIR AU VERSO POUR CERTAINES DÉFINITIONS

Shares / Actions:
**25000**
**25000**
**25000**
**25000**

341918

```
090130  280  001693845  C  1
UNIONBANC INVESTMENT SERVICES
PO BOX 513100
LOS ANGELES, CA 90051-1100

VINCENT RHYNES
1514 W MANCHESTER AVE APT 5
LOS ANGELES CA 90047
```

Account Number: OBP-123390

SR. FINANCIAL ADVISOR
LORI RUDOW
RR#: 729

# UnionBanc
## INVESTMENT SERVICES

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local  800.605.9969

## SNAPSHOT

Statement Date: 01/01/09 to 01/31/09

### PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $0.00 | ($35.00) |
| Securities | $12,478.63 | $7,714.62 |
| **TOTAL PORTFOLIO VALUE** | **$12,478.63** | **$7,679.62** |

**TOTAL PORTFOLIO $12,478.63**

Your portfolio contains unpriced positions. The securities may be unpriced for various reasons including but not limited to unavailability of pricing or the security may not have value. Please contact your broker/dealer for further information.

### ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| Net Trading | ($5,948.30) | ($5,948.30) |
| Net Additions and Withdrawals | $6,088.30 | $6,088.30 |
| Net Income and Expenses | ($105.00) | ($105.00) |
| Net Miscellaneous Activity | $0.00 | $0.00 |

Portfolio Value (in dollars)

12,800
8,400
4,200
0

■ June 2008    ▨ September 2008    ■ December 2008    ■ This Period

A portfolio value less than $100.00 may not be displayed.

**LEGEND**
( ) Numbers in parenthesis are debits or subtractions
NFS - National Financial Services LLC

UNIONBANC INVESTMENT SERVICES    Account carried with National Financial Services LLC, Member NYSE, SIPC