

PO Box 819054
Dallas, TX 75381 9054

**United States Bankruptcy Court**
**District of Delaware**

In Re:   Nortel Networks, Inc..
         Chapter 11
         Case Number 09-10138


### Notice of Appearance and Request For All Documents

Please take notice that IBM Corporation, a creditor and party-in-interest herein, hereby appears in the Chapter 11 Case, and requests that pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

Dated:  April 9, 2009

By: _____
R. S. Stahel
IBM Corp. Legal Dept.
1503 LBJ Freeway - 3rd floor
Dallas, TX 75234
email: SStahel@us.ibm.com
Tel. 972-561-6438
FAX 972-561-6487


To:   Clerk of the Court, David D. Bird
      U. S. Bankruptcy Court
      824 Market Street, 5th Floor
      Wilmington, Delaware  19801