## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------X

**DECLARATION OF STUART J. BASKIN IN SUPPORT OF THE APPLICATION OF
THE DEBTORS PURSUANT TO 11 U.S.C. § 327(e) TO RETAIN AND EMPLOY
SHEARMAN & STERLING LLP AS NON-ORDINARY COURSE PROFESSIONAL
SPECIAL LITIGATION COUNSEL FOR THE DEBTORS
*NUNC PRO TUNC* TO JANUARY 14, 2009**

I, Stuart J. Baskin, hereby declare under penalty of perjury:

1.      I am an attorney at law admitted to practice before the courts of the State
of New York.  I am a Partner of the firm of Shearman & Sterling LLP, which maintains offices for
the practice of law at 599 Lexington Avenue, New York, New York, 10022.[2]

2.      I submit this declaration (the "Declaration") to supplement the application
(the "Application") of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in
possession, (collectively, the "Debtors"), in the above-captioned chapter 11 cases to retain and

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax
identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital
Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International,
Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251),
CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846),
Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546),
Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358),
Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc.
(0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are
available at http://chapter11.epiqsystems.com/nortel.

[2]     In addition to its New York offices, Shearman & Sterling LLP maintains offices in Abu
Dhabi, Beijing, Brussels, Germany, Hong Kong, London, Menlo Park, Paris, Rome, San
Francisco, São Paulo, Shanghai, Singapore, Tokyo, Toronto, and Washington D.C.

employ Shearman & Sterling LLP as non-ordinary course professional special litigation counsel to the Debtors, with respect to the representation of the Debtors in <u>In re Nortel Networks Corporation Securities Litigation</u>, 01-CV-1855 (RMB) (S.D.N.Y.); <u>In re Nortel Networks Corporation Securities Litigation</u>, 05-MD-1659 (LAP) (S.D.N.Y.); <u>In re Nortel Networks Corp. ERISA Litigation</u>, 3:03-MD-1537 (M.D. Tenn.); <u>Domenikos v. Roth, et al.</u>, 05-CV-2080 (S.D.N.Y.); and other related proceedings and investigations arising from certain of the Debtors' financial restatements and related events, to include representation of the Debtors before the United States Securities and Exchange Commission (collectively referred to heretofore as "Pending Litigations"), filed on February 2, 2009, the declaration of Tai H. Park in support of and annexed as Exhibit A to the Application (the "Initial Declaration"), and the amended declaration of Tai H. Park in support of the Application, filed on February 11, 2009 (the "Amended Declaration").[3] The Application was approved by this Court on February 18, 2009.

3.      As set forth in the Amended Declaration, in order to ensure compliance with the requirements of chapter 11 of the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure regarding the retention of professionals by the Debtors, Shearman & Sterling LLP undertook to determine whether it was engaged in any matter that might disqualify it from providing legal services to the Debtors in the Pending Litigations.    Specifically, Shearman & Sterling LLP reviewed the firm's database of Shearman & Sterling LLP engagements as of January 28, 2009 for connections to the entities listed on the Conflicts List at Schedule A of the Amended Declaration (the "Initial Conflict Review").  Based upon the Initial Conflict Review, Shearman & Sterling LLP determined that it was not engaged in any matter that might disqualify it from

---

[3]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.  Shearman & Sterling LLP does not waive, by the Application and this Declaration and their contents, and hereby reserves and preserves, any and all rights and privileges.

providing legal services to the Debtors in the Pending Litigations.  Additionally, except as noted in Schedule B to the Amended Declaration, Shearman & Sterling, as well as its partners and associates, did not have any connection to the entities listed on the Conflicts List at Schedule A of the Amended Declaration.

4.    Since the Initial Conflict Review, additional entities have been added to the Conflict List at Schedule A of the Amended Declaration.  Therefore, I directed a review of the firm's database of Shearman & Sterling LLP engagements as of March 31, 2009 for connections to the additional entities.  The additional entities are listed at Schedule A of this Declaration.  Based upon such review, Shearman & Sterling LLP has determined that it is not engaged in any matter that might disqualify it from providing legal services to the Debtors in the Pending Litigations.  Additionally, except as noted in Schedule B to this Declaration, Shearman & Sterling LLP, as well as its partners and associates, does not have any connection to the entities listed at Schedule A of this Declaration.

5.    In addition, Shearman & Sterling LLP has received the consent of Nortel Networks, Inc. to act as counsel to potential acquirers of certain assets which are being sold by the Debtors.  Regarding any such engagement, Shearman & Sterling LLP will establish customary ethical walls between partners, associates and staff of Shearman & Sterling LLP in connection with the Pending Litigations, on the one hand, and partners, associates and staff of Shearman & Sterling LLP who may act as counsel to potential acquirers of certain assets which are being sold by the Debtors, on the other hand.  A copy of a letter to Gordon Davies, Chief Legal Officer of Nortel Networks Corporation, memorializing such consent is attached at Exhibit A to this Declaration.

6.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

3

Executed on April 15, 2009
           New York, New York

_____
Stuart J. Baskin

<u>Schedule A</u>

**Entities Added to Conflicts List Since the Filing of Amended Tai H. Park Declaration on February 11, 2009**

## Schedule A

Mercer (US) Inc.
Huron Consulting Group
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Cleary Gottlieb Steen & Hamilton LLP
Crowell & Moring LLP

1

Jackson Lewis LLP
Lazard Frères & Co., LLC
Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC

## Schedule B

**Results of Shearman & Sterling LLP's Search For Connections to the Various
Entities Listed at Schedule A**

## Schedule B

Shearman & Sterling LLP has reviewed the firm's database of Shearman & Sterling LLP engagements as of March 31, 2009 for connections to the entities listed at Schedule A of this Declaration. For many of the parties in interest, Shearman & Sterling LLP did not find a connection. The exceptions are listed below.[1]

Shearman & Sterling LLP does not represent any of the parties in interest in connection with the Debtors or the Debtors' chapter 11 cases.

Mercer (US) Inc.
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Powerwave Technologies, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Harris County
Unisys
Right Management
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Cleary Gottlieb Steen & Hamilton LLP
Jackson Lewis LLP
Lazard Frères & Co., LLC
Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP

---

[1] In many instances, the entity names on the Conflicts List do not precisely match the entity names in Shearman & Sterling LLP's database. We have listed all instances where the names approximately match and there is reason to believe the entities from the Conflicts List are related to or affiliated with entities in Shearman & Sterling LLP's database.