## Exhibit A

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

March 24, 2009

BY EMAIL

Gordon Davies
Chief Legal Officer
Nortel Networks Corporation
195 The West Mall,
Toronto, ON M9C 5K1

Dear Gordon:

As discussed with Chris Cummings and Adam Givertz, Shearman & Sterling LLP (the "Firm") has received requests from other clients of the Firm ("Other Clients") to act as counsel to Other Clients in connection with the potential acquisition by Other Clients of certain assets which are being sold by Nortel ("Potential Acquisitions").

This letter confirms Nortel's consent to the Firm acting as counsel to Other Clients in connection with Potential Acquisitions, and Nortel's waiver of any resulting conflict of interest that the Firm may have. This letter also confirms that the Firm will continue to serve as counsel to Nortel in connection with the pending litigations as approved by the federal bankruptcy court (the "Litigation"), and that the Firm's engagement by Other Clients in connection with Potential Acquisitions will not interfere with the Firm's ongoing role as counsel to Nortel in connection with the Litigation.

The Firm will establish customary ethical walls between partners, associates and staff of the Firm who are acting in connection with the Litigation, on the one hand, and partners, associates and staff of the Firm who may act for Other Clients in connection with Potential Acquisitions, on the other hand.

Should you have any questions regarding the foregoing, please do not hesitate to contact me at your convenience.

Yours very truly,

Stuart Baskin

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MENLO PARK | MUNICH
NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.