## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of Stuart J. Baskin In Support Of The Application Of The Debtors Pursuant To 11 U.S.C. § 327(e) To Retain And Employ Shearman & Sterling LLP As Non-Ordinary Course Professional Special Litigation Counsel For The Debtors** *Nunc Pro Tunc* **To January 14, 2009** was caused to be made on April 16, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: April 16, 2009

_____
Andrew R. Remming (No. 5120)

2850554.1