IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
----------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 22, 2009 AT 10:00 A.M. (EASTERN TIME)[2]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Motion Of Avanex Corporation For Allowance Of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(9) Filed by (D.I. 242, Filed 2/5/09).

    Related Pleadings:  None.

    Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET).  Extended to May 13, 2009 at 4:00 p.m (ET) for the Debtors.

    Responses Received:  None at this time.

    Status:  This matter has been adjourned to the hearing scheduled for May 20, 2009 at 10:00 a.m. (ET).

2. Motion Of Andrew, LLC For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(9) (D.I. 283, Filed 2/13/09).

    Related Pleadings:  None.

    Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Extended to April 6, 2009 at 4:00 p.m. (ET).  Extended to May 5, 2009 at 5:00 p.m. (ET) for the Debtors.

    Responses Received:  None at this time.

    Status:  The hearing on this matter is being continued until May 7, 2009 at 11:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

3. Motion for Relief from Stay to Effectuate a Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).

   Related Pleadings: None.

   Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to April 30, 2009 at 4:00 p.m. for the Debtors.

   Responses Received: None at this time.

   Status This matter has been adjourned to the hearing scheduled for May 7, 2009 at 11:00 a.m. (ET).

4. Motion for Payment of Administrative Expenses/Claims Filed by Anixter, Inc. (D.I. 508, Filed 3/20/09).

   Related Pleadings: None.

   Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to May 5, 2009 at 5:00 p.m. for the Debtors.

   Responses Received: None at this time.

   Status This matter has been adjourned to the hearing scheduled for May 7, 2009 at 11:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

   None at this time.

UNCONTESTED MATTERS GOING FORWARD:

5. Debtors' Second Motion For Entry Of An Order Granting Debtors Additional Time To File Reports Of Financial Information Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(a) And Certain Modifications Of Such Reporting Requirements Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(d) (D.I. 516, Filed 3/20/09).

   Related Pleadings:

   Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to April 9, 2009 at 9:00 a.m. (ET) for the United States Trustee.

   Responses Received:

   a) Informal comments from the United States Trustee.

   Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

   None at this time.

Dated: April 20, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2852813.2

-3-