UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| *In re* | ) | Chapter 11 |
| ALERIS INTERNATIONAL, INC. *et.al.*, | ) | |
| | ) | CASE NO. 009-10478 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

**AND NOW,** this ___ day of _____, 2009, a **Motion for Relief from Stay** by Richard Giere having been filed in the above-captioned proceeding, and the Court hearing no objection to said motion, does **GRANT** the **Motion for Relief from Stay** by Richard Giere, and does order the automatic stay pursuant to Section 362 lifted to the extent that Richard Giere may proceed against **Aleris International, Inc. d/b/a H.T. Aluminum Specialties, Debtor**, to seek compensation from any insurance policy maintained by debtor, for personal injuries suffered by Richard Giere that debtor may be liable for in Cause No. 45D01-0810-CT-083 pending in Lake Superior Court Room One, in the State of Indiana.

_____
United States Bankruptcy Judge