UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

*In re* )  Chapter 11
ALERIS INTERNATIONAL, INC. *et.al.*, )
)  CASE NO. 009-10478 (BLS)
)  (Jointly Administered)
Debtors. )

### AFFIDAVIT OF DAVID W. HOLUB

David W. Holub, being first duly sworn on oath deposes and states as follows:

1. I am over the age of 18 and have personal knowledge of the facts contained herein.

2. I am currently admitted to practice law in the state of Indiana (# 8220-64).

3. I currently do not have a logon for the ECF system in the District of Delaware.

4. On April 7, 2009, I mailed a notarized Registration Form to U.S. Bankruptcy Court – District of Delaware Automation Department for the purpose of obtaining an ECF logon for future filings.

I affirm under the penalties for perjury that the foregoing statements are true to the best of my knowledge and belief.

Respectfully Submitted,

_____
David W. Holub, #8220-64
LAW OFFICES OF DAVID W. HOLUB, P.C.
8913 Broadway
Merrillville, IN 46410
(219) 736-9700

1