# EXHIBIT C

## DISBURSEMENT SUMMARY
## MARCH 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,604.64 |
| Duplicating (@ $0.10 per page) | $122.00 |
| Meals/Committee Meeting Expenses | $3,750.43 |
| Travel Expenses – Airfare | $7,013.56 |
| Travel Expenses – Ground Transportation | $631.88 |
| Travel Expenses – Lodging | $183.04 |
| Travel Expenses – Parking | $35.00 |
| Travel Expenses – Train Fare | $740.00 |
| **TOTAL** | **$14,080.55** |

8147683 v1