# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

━━━━━━━━━━ Attorneys at Law

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1250074 |
| Invoice Date | 04/14/09 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/04/08 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09- 53062500000206 DATE: 2/27/2009 PASSENGER: BOTTER DAVID TICKET #: 8142305950 DEPARTURE DATE: 02/02/2009 ROUTE: YYZ/LGA | $45.00 |
| 01/23/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 639109 DATE: 1/30/2009  Vendor: Executive Royal Voucher #: 148958 Date: 01/23/2009 Name: Fred Hodara\|Car Service, Vendor: Executive Royal Voucher #: 148958 Date: 01/23/2009 Name: Fred Hodara | $100.43 |
| 01/29/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09- 53062500000206 DATE: 2/27/2009 PASSENGER: KUHN STEPHEN TICKET #: 8142276162 DEPARTURE DATE: 01/29/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 01/29/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09- 53062500000206 DATE: 2/27/2009 PASSENGER: KUHN STEPHEN TICKET #: 7401426277 DEPARTURE DATE: 02/03/2009 ROUTE: LGA YYZ LGA | $1,713.10 |
| 02/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09- | $1,124.45 |

| | | |
|---|---|---|
| | 53062500000206 DATE: 2/27/2009 PASSENGER: BOTTER DAVID TICKET #: 7401648885 DEPARTURE DATE: 02/02/2009 ROUTE: IAD/YYZ | |
| 02/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: HODARA FRED TICKET #: 8142393882 DEPARTURE DATE: 02/03/2009 ROUTE: LGA YYZ | $37.00 |
| 02/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: HODARA FRED TICKET #: 7402743606 DEPARTURE DATE: 02/03/2009 ROUTE: LGA YYZ | $376.25 |
| 02/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: JACOBS RYAN C TICKET #: 8142393887 DEPARTURE DATE: 02/03/2009 ROUTE: LGA YYZ | $37.00 |
| 02/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: JACOBS RYAN C TICKET #: 7402743612 DEPARTURE DATE: 02/03/2009 ROUTE: LGA YYZ | $376.25 |
| 02/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: KUHN STEPHEN TICKET #: 7401426277 DEPARTURE DATE: 02/03/2009 ROUTE: LGA YYZ LGA | $-1,713.10 |
| 02/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: KUHN STEPHEN TICKET #: 8142393880 DEPARTURE DATE: 02/03/2009 ROUTE: LGA YYZ | $37.00 |
| 02/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: KUHN STEPHEN TICKET #: 7402743605 DEPARTURE DATE: 02/03/2009 ROUTE: LGA YYZ | $376.25 |
| 02/04/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: BOTTER DAVID TICKET #: 7401648886 DEPARTURE DATE: 02/02/2009 ROUTE: YYZ/LGA | $413.00 |
| 02/04/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: HODARA FRED TICKET #: 8142442104 DEPARTURE | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 02/04/09 | DATE: 02/04/2009 ROUTE: YYZ PHL Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: JACOBS RYAN C TICKET #: 8142442103 DEPARTURE DATE: 02/04/2009 ROUTE: YYZ PHL | $37.00 |
| 02/04/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: KUHN STEPHEN TICKET #: 8142442026 DEPARTURE DATE: 02/04/2009 ROUTE: YYZ LGA | $35.00 |
| 02/04/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: KUHN STEPHEN TICKET #: 8142407529 DEPARTURE DATE: 02/04/2009 ROUTE: YYZ LGA | $37.00 |
| 02/04/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: KUHN STEPHEN TICKET #: 7402744227 DEPARTURE DATE: 02/04/2009 ROUTE: YYZ LGA | $808.70 |
| 02/09/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: JACOBS RYAN C TICKET #: 8142564604 DEPARTURE DATE: 02/09/2009 ROUTE: LGA YYZ YTZ EWR | $37.00 |
| 02/09/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: JACOBS RYAN C TICKET #: 7403963167 DEPARTURE DATE: 02/09/2009 ROUTE: LGA YYZ YTZ EWR | $346.54 |
| 02/09/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: JACOBS RYAN C TICKET #: GDMTYE DEPARTURE DATE: 02/09/2009 ROUTE: LGA YYZ YTZ EWR | $396.87 |
| 02/18/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: HODARA FRED TICKET #: 8142857126 DEPARTURE DATE: 02/18/2009 ROUTE: WIL MET | $37.00 |
| 02/18/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: HODARA FRED TICKET #: 02C1EF DEPARTURE DATE: 02/18/2009 ROUTE: WIL MET | $113.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE

Invoice Number: 1250074

| Date | Description | Amount |
|------|-------------|--------|
| 02/19/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: HODARA FRED TICKET #: 8142750870 DEPARTURE DATE: 02/17/2009 ROUTE: MET/WIL/NYP | $45.00 |
| 02/19/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: HODARA FRED TICKET #: 7401650384 DEPARTURE DATE: 02/17/2009 ROUTE: MET/WIL/NYP | $202.00 |
| 02/19/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: STURM JOSHUA TICKET #: 8142758059 DEPARTURE DATE: 02/17/2009 ROUTE: NYP/WIL/NYP | $45.00 |
| 02/19/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: STURM JOSHUA TICKET #: 7400683476 DEPARTURE DATE: 02/17/2009 ROUTE: NYP/WIL/NYP | $268.00 |
| 02/19/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: ROWE KEVIN TICKET #: 8142900400 DEPARTURE DATE: 02/19/2009 ROUTE: LGA YYZ EWR | $37.00 |
| 02/19/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: ROWE KEVIN TICKET #: 7406854104 DEPARTURE DATE: 02/23/2009 ROUTE: LGA YYZ EWR | $589.45 |
| 02/20/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1078540 DATE: 3/4/2009  Vendor: Dial Car Voucher #: DLA2855685 Date: 02/20/2009 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA2855685 Date: 02/20/2009 Name: David Botter | $111.85 |
| 02/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: BOTTER DAVID TICKET #: 8142954932 DEPARTURE DATE: 02/23/2009 ROUTE: LGA/YYZ/LGA | $45.00 |
| 02/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 | $1,712.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1250074

|  |  |  |
|---|---|---|
|  | PASSENGER: BOTTER DAVID TICKET #: 7406619704 DEPARTURE DATE: 02/23/2009 ROUTE: LGA/YYZ/LGA |  |
| 02/23/09 | Travel - Ground Transportation  Car service; Aerofleet Service | $16.20 |
| 02/23/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1078540 DATE: 3/4/2009  Vendor: Dial Car Voucher #: DLA2836088 Date: 02/23/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2836088 Date: 02/23/2009 Name: Ken Davis | $109.30 |
| 02/23/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1078540 DATE: 3/4/2009  Vendor: Dial Car Voucher #: DLRVN8735159 Date: 02/23/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVN8735159 Date: 02/23/2009 Name: David Botter | $76.15 |
| 02/24/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB09-53062500000206 DATE: 2/27/2009 PASSENGER: BOTTER DAVID TICKET #: 8143008537 DEPARTURE DATE: 02/24/2009 ROUTE: YYZ/LGA | $35.00 |
| 02/24/09 | Meals - Business  Room service; D. Botter; The Westin Bristol Place Toronto Airport | $31.70 |
| 02/24/09 | Travel - Lodging (Hotel, Apt, Other)  Hotel room in Toronto; Hotel room in Toronto; The Westin Bristol Place Toronto Airpor | $183.04 |
| 02/24/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1078540 DATE: 3/4/2009  Vendor: Dial Car Voucher #: DLA2798126 Date: 02/24/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2798126 Date: 02/24/2009 Name: David Botter | $101.65 |
| 02/24/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1078540 DATE: 3/4/2009  Vendor: Dial Car Voucher #: DLA2820691 Date: 02/24/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2820691 Date: 02/24/2009 Name: Ken Davis | $109.30 |
| 03/01/09 | Computerized Legal Research - Other Feb 2009 VENDOR: GSI/GLOBAL SECURITIES INFORMATION, INC; INVOICE#: 817806502; DATE: 3/1/2009  -  Account # 1003653334 | $225.21 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1250074

| Date | Description | Amount |
|---|---|---|
| 03/02/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 484552 DATE: 3/8/2009 Davis Ken Kenneth) - Mee Noodle Shop - 03/02/2009 | $18.00 |
| 03/02/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 484552 DATE: 3/8/2009 Kahn Brad - Atomic Wings 9th Ave) - 03/02/2009 | $16.48 |
| 03/04/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 484552 DATE: 3/8/2009 Davis Ken Kenneth) - Mee Noodle Shop - 03/04/2009 | $14.92 |
| 03/04/09 | Travel - Parking  Parking instead of car home.; Nortel - Parking | $35.00 |
| 03/05/09 | Duplication - In House  Photocopy - Rowe, Kevin, NY, 170 page(s) | $17.00 |
| 03/05/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/5/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $125.64 |
| 03/05/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 484552 DATE: 3/8/2009 Sturm Joshua - Abigaels on Broadway - 03/05/2009 | $28.67 |
| 03/05/09 | Travel - Ground Transportation  Cab from train station to court re: hearing.; Nortel - Seacoast Cab Company | $7.00 |
| 03/05/09 | Meals - Business  Lunch re: trip to Wilmington to attend court hearing.; D. Botter; Nortel - Meals | $14.95 |
| 03/05/09 | Travel - Train Fare  Amtrak service fee for changing ticket.; Amtrak - Service Fee | $30.00 |
| 03/06/09 | Duplication - In House  Photocopy - Sturm, Joshua, NY, 6 page(s) | $0.60 |
| 03/06/09 | Duplication - In House  Photocopy - Sturm, Joshua, NY, 460 page(s) | $46.00 |
| 03/09/09 | Research  Usage charge for February 2009 VENDOR: PERFECT INFORMATION LTD; INVOICE#: 0209009HCI; DATE: 3/9/2009 | $50.00 |
| 03/10/09 | Duplication - In House  Photocopy - Volow, Mark, NY, 12 page(s) | $1.20 |
| 03/12/09 | Meals - Business  3/6/09  S Thibodeaux VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800019; DATE: 3/12/2009 | $80.96 |
| 03/12/09 | Meals - Business  3/11/09  N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $3,288.53 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1250074

| Date | Description | Amount |
|------|-------------|--------|
| 03/12/09 | 2033800019; DATE: 3/12/2009 Meals - Business 3/11/09  N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800019; DATE: 3/12/2009 | $67.73 |
| 03/12/09 | Meals - Business 3/11/09  N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800019; DATE: 3/12/2009 | $102.96 |
| 03/12/09 | Meals - Business 3/12/09  A Gomez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800019; DATE: 3/12/2009 | $75.86 |
| 03/16/09 | Duplication - In House  Photocopy - Volow, Mark, NY, 21 page(s) | $2.10 |
| 03/16/09 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 8 page(s) | $0.80 |
| 03/16/09 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 8 page(s) | $0.80 |
| 03/17/09 | Duplication - In House  Photocopy - Volow, Mark, NY, 4 page(s) | $0.40 |
| 03/18/09 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 3/18/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $7.84 |
| 03/18/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 3/18/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $245.72 |
| 03/20/09 | Meals - Business  Lunch re: Nortel.; D. Botter; Nortel - Meals | $9.67 |
| 03/23/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/23/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $10.73 |
| 03/25/09 | Duplication - In House  Photocopy - User # 990100, NY, 531 page(s) | $53.10 |
| 03/27/09 | Computerized Legal Research - Westlaw User: PERSAUD,NYRON Date: 3/27/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $857.20 |
| 03/27/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/27/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $82.30 |

Current Expenses                                                    $14,080.55