<strong>EXHIBIT E</strong>

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 29.40 | $27,195.00 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 83.75 | $69,093.75 |
| Paul B. Hewitt | Partner for 26 years; Admitted in 1974; Litigation Department | $755 | 4.00 | $3,020.00 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 75.20 | $71,440.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $620 | 38.40 | $23,808.00 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 46.30 | $34,493.50 |
| Stuart E. Leblang | Partner for 9 years; Admitted in 1991; Tax Department | $900 | 3.00 | $2,700.00 |
| Jordan J. Metzger | Partner for 8 years; Admitted in 1984; Real Estate Department | $595 | 9.60 | $5,712.00 |
| Ackneil M. Muldrow, III | Partner for 5 years; Admitted in 1998; Corporate Department | $700 | 8.00 | $5,600.00 |
| David H. Quigley | Partner for 2 years; Admitted in 2000; Environmental Department | $565 | 5.60 | $3,164.00 |
| Kim E. Ramsey | Partner for 19 years; Admitted in 1981; Litigation Department | $620 | 5.40 | $3,348.00 |
| Aaron A. Scow | Partner for 1 year; Admitted in 1998; Corporate Department | $525 | 35.40 | $18,585.00 |

8147683 v3

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 44.10 | $33,295.50 |
| Anthony W. Swisher | Partner for 2 years; Admitted in 1995; Litigation Department | $550 | 5.80 | $3,190.00 |
| Mark J. Volow | Partner for 20 years; Admitted in 1980; Corporate Department | $730 | 7.30 | $5,329.00 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 27.70 | $20,221.00 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 140.20 | $86,924.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 31.20 | $19,032.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 117.60 | $76,440.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 59.20 | $34,336.00 |
| Michelle A. Burg | Counsel for 3 years; Admitted in 2001; Labor Department | $625 | 4.20 | $2,625.00 |
| Tony D. Feurstein | Counsel for 1 year; Admitted in 2003; Corporate Department | $580 | 34.20 | $19,836.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 206.45 | $109,418.50 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 34.90 | $19,544.00 |
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 34.90 | $17,101.00 |

8147683 v3

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Meredith L. Bentley | Associate for 4 years; Admitted in 2005; Environmental Department | $410 | 8.50 | $3,485.00 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 146.80 | $55,050.00 |
| Amy J. Lanctot | Associate for 4 years; Admitted in 2004; Corporate Department | $440 | 66.60 | $29,304.00 |
| Nyron Persaud | Associate for 2 years; Admitted in 2008; Tax Department | $375 | 56.70 | $21,262.50 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 81.20 | $34,104.00 |
| Daniel Z. Vira | Associate for 9 years; Admitted in 1993; ERISA Department | $580 | 5.10 | $2,958.00 |
| Rebecca L. M. Barloon | Legal Assistant for 2 years; Financial Restructuring Department | $190 | 6.70 | $1,273.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 19 years; Financial Restructuring Department | $210 | 6.30 | $1,323.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 9.70 | $2,376.50 |

Total Amount of Fees:    $866,587.25
Total Number of Hours:   1,479.40
Blended Hourly Rate:     $585.77

8147683 v3