**EXHIBIT C**

## DISBURSEMENT SUMMARY
## MARCH 1 – MARCH 31, 2009
## (All Amounts in Canadian Dollars)

| | |
|---|---|
| Taxable Disbursements | |
| Accommodations | $1,264.61 |
| Airfare/Travel | 245.44 |
| Library Computer Research | 667.73 |
| Long Distance Telephone Calls | 462.26 |
| Meals & Beverages | 268.06 |
| Parking | 47.80 |
| Photocopy Charges | 1,699.90 |
| Taxi Charges (Courier) | 729.07 |
| Total Taxable Disbursements | $5,384.87 |
| Total GST | 269.24 |
| Total Taxable Disbursements including Taxes | $5,654.11 CDN. |