**EXHIBIT D**

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 3/2/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 8.75 |
| 28/2/09 | Beck Taxi/Inv 1721-002/M Wunder Feb 9/09 | 1 | 23.96 |
| 28/2/09 | Beck Taxi/Inv 1721-002/M.Wunder Feb 5/09 | 1 | 22.47 |
| 28/2/09 | Beck Taxi/Inv 1721-002/G.Chung Feb 5/09 | 1 | 30.95 |
| 28/2/09 | Beck Taxi/Inv 1721-002/M.Wunder Feb 2/09 | 1 | 23.96 |
| 28/2/09 | Beck Taxi/Inv 1721-002/M.Wunder Jan 29/09 | 1 | 21.97 |
| 28/2/09 | Beck Taxi/Inv 1721-002/M.Wunder Jan 28/09 | 1 | 22.47 |
| 28/2/09 | Beck Taxi/Inv 1721-002/MJW Feb 19/09 | 1 | 24.96 |
| 28/2/09 | Beck Taxi/Inv 1721-002/G Chung Feb 19/09 | 1 | 32.95 |
| 28/2/09 | Beck Taxi/Inv 1721-002/T O'Rahilly Feb 26/09 | 1 | 61.91 |
| 28/2/09 | Beck Taxi/Inv 1721-002/MJW Feb 12/09 | 1 | 21.97 |
| 28/2/09 | Beck Taxi/Inv 1721-002/MJW Feb 17/09 | 1 | 23.96 |
| 28/2/09 | Beck Taxi/Inv 1721-002/MJW x 2 - Feb 18/09 | 1 | 29.46 |
| 3/3/09 | Telephone;2128721055;NEW YORKNY;4740 | 1 | 1.02 |
| 5/3/09 | Telephone;2128690100;NEW YORKNY;4715 | 1 | 2.55 |
| 5/3/09 | Telephone;6464158502;NEW YORKNY;4715 | 1 | 20.91 |
| 5/3/09 | Telephone;7193875500;COLORDOSCO;4 715 | 1 | 37.40 |
| 5/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 5/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 5/3/09 | Telephone;2128721055;NEW YORKNY;4715 | 1 | 0.51 |
| 5/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 5/3/09 | Telephone;2128721055;NEW YORKNY;4715 | 1 | 0.51 |
| 5/3/09 | Telephone;2128728006;NEW YORKNY;4715 | 1 | 0.51 |
| 5/3/09 | Telephone;2128728027;NEW YORKNY;4715 | 1 | 2.04 |
| 5/3/09 | Telephone;2128728040;NEW YORKNY;4715 | 1 | 0.51 |
| 6/3/09 | Telephone;6094501011;LAWRENCENJ;4 715 | 1 | 66.81 |
| 6/3/09 | Telephone;7149407120;ORANGE CA;4715 | 1 | 1.12 |
| 6/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 6/3/09 | Telephone;2128721055;NEW YORKNY;4715 | 1 | 0.51 |
| 8/3/09 | Laser Copy;WUNDER M | 50 | 5.00 |
| 8/3/09 | Laser Copy;MacFarlaneA | 91 | 9.10 |
| 8/3/09 | Telephone;6138667631;OTTAWA HON;4715 | 1 | 2.52 |
| 8/3/09 | Laser Copy;CHUNG G | 59 | 5.90 |
| 9/3/09 | Telephone;7149407120;ORANGE CA;4715 | 1 | 0.56 |
| 9/3/09 | Laser Copy;NELSON M | 138 | 13.80 |
| 9/3/09 | Laser Copy;ORAHILL T | 137 | 13.70 |
| 9/3/09 | Laser Copy;GOUGEON | 118 | 11.80 |
| 9/3/09 | Laser Copy;CHUNG G | 69 | 6.90 |
| 9/3/09 | Laser Copy;KARTASHM | 39 | 3.90 |
| 9/3/09 | Laser Copy;MacFarlaneA | 91 | 9.10 |
| 9/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 9/3/09 | Laser Copy;MattesL | 130 | 13.00 |
| 9/3/09 | Laser Copy;WUNDER M | 76 | 7.60 |
| 10/3/09 | "eCarswell/DIETRICH,JANE" | 1 | 60.75 |
| 10/3/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 6.63 |
| 10/3/09 | Laser Copy;KAPLAN M | 24 | 2.40 |
| 10/3/09 | Laser Copy;NELSON M | 37 | 3.70 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 10/3/09 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 10/3/09 | Laser Copy;MattesL | 151 | 15.10 |
| 10/3/09 | Laser Copy;ORAHILL T | 49 | 4.90 |
| 10/3/09 | Photocopy;ORAHILL T | 48 | 4.80 |
| 10/3/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 0.51 |
| 11/3/09 | Laser Copy;NELSON M | 30 | 3.00 |
| 11/3/09 | Laser Copy;MattesL | 105 | 10.50 |
| 11/3/09 | Laser Copy;MacFarlaneA | 1 | 0.10 |
| 11/3/09 | Laser Copy;DIETRICJ | 64 | 6.40 |
| 11/3/09 | Laser Copy;KAPLAN M | 57 | 5.70 |
| 11/3/09 | Laser Copy;KARTASHM | 69 | 6.90 |
| 12/3/09 | Photocopy;MattesL | 33 | 3.30 |
| 12/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 7.14 |
| 12/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 12/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 12/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 12/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 12/3/09 | Telephone;6464158502;NEW YORKNY;4715 | 1 | 0.51 |
| 12/3/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 0.51 |
| 12/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 6.12 |
| 12/3/09 | Laser Copy;NELSON M | 229 | 22.90 |
| 12/3/09 | Laser Copy;WUNDER M | 201 | 20.10 |
| 12/3/09 | Laser Copy;MacFarlaneA | 1 | 0.10 |
| 12/3/09 | Laser Copy;MattesL | 17 | 1.70 |
| 13/3/09 | Taxi for M. Wunder from Eglinton to FCP (with luggage for travel to Delaware) on March 4/09; 2009-3-4 | 1 | 25.71 |
| 13/3/09 | Taxi for M. Wunder from FCP to Eglinton on March 5/09; 2009-3-5 | 1 | 22.86 |
| 13/3/09 | "Lexis Nexis/COLVIN, IAN" | 1 | 60.04 |
| 13/3/09 | Laser Copy;WUNDER M | 63 | 6.30 |
| 13/3/09 | Laser Copy;MacFarlaneA | 24 | 2.40 |
| 13/3/09 | Laser Copy;MattesL | 76 | 7.60 |
| 13/3/09 | Laser Copy;NELSON M | 379 | 37.90 |
| 13/3/09 | Photocopy;ORAHILL T | 5 | 0.50 |
| 13/3/09 | Photocopy;ORAHILL T | 51 | 5.10 |
| 13/3/09 | Hotel DuPont in Wilmington, Delaware for M. Wunder on March 5/09 | 1 | 355.14 |
| 13/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.57 |
| 13/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 13/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 13/3/09 | Telephone;2128727434;NEW YORKNY;4582 | 1 | 1.53 |
| 13/3/09 | Dinner for M. Wunder at Kitchen Table on March 2/09; 2009-3-2 | 1 | 9.22 |
| 13/3/09 | Parking for M. Wunder at FCP on Feb. 28/09; 2009-2-28 | 1 | 9.56 |
| 13/3/09 | Parking for M. Wunder at FCP on March 8/09; 2009-3-8 | 1 | 9.56 |
| 14/3/09 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 14/3/09 | Laser Copy;WUNDER M | 75 | 7.50 |
| 14/3/09 | Laser Copy;HOWELL A | 359 | 35.90 |
| 15/3/09 | Laser Copy;MacFarlaneA | 35 | 3.50 |
| 16/3/09 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 16/3/09 | Laser Copy;DUNSMUIM | 16 | 1.60 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 16/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 5.61 |
| 16/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 16/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 16/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 16/3/09 | Quick Law/Joanna Barsky | 1 | 237.00 |
| 16/3/09 | Laser Copy;KARTASHM | 129 | 12.90 |
| 16/3/09 | Laser Copy;WUNDER M | 145 | 14.50 |
| 16/3/09 | Laser Copy;NELSON M | 89 | 8.90 |
| 16/3/09 | Laser Copy;WUNDER M | 3 | 0.30 |
| 17/3/09 | Taxi Charges - Diamond Taxicab Association (G. Chung) | 1 | 32.46 |
| 17/3/09 | Laser Copy;BarskyJ | 96 | 9.60 |
| 17/3/09 | Laser Copy;NELSON M | 204 | 20.40 |
| 17/3/09 | Laser Copy;DUNSMUIM | 4 | 0.40 |
| 17/3/09 | Laser Copy;CHUNG G | 176 | 17.60 |
| 17/3/09 | Laser Copy;MacFarlaneA | 73 | 7.30 |
| 17/3/09 | Photocopy;MIECZANI | 74 | 7.40 |
| 17/3/09 | Laser Copy;KARTASHM | 4 | 0.40 |
| 17/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 17/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 11.22 |
| 17/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 17/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 17/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 17/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 6.63 |
| 17/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 17/3/09 | "Quick Law/BARSKY, JOANNA" | 1 | 49.77 |
| 17/3/09 | Parking for M. Wunder at FCP on March 14/09; 2009-3-14 | 1 | 9.56 |
| 17/3/09 | Laser Copy;WUNDER M | 125 | 12.50 |
| 17/3/09 | Laser Copy;YING C | 1721 | 172.10 |
| 18/3/09 | Laser Copy;KAPLAN M | 1 | 0.10 |
| 18/3/09 | Laser Copy;YING C | 15 | 1.50 |
| 18/3/09 | Laser Copy;GOUGEON | 18 | 1.80 |
| 18/3/09 | Laser Copy;CHUNG G | 1 | 0.10 |
| 18/3/09 | Laser Copy;MacFarlaneA | 928 | 92.80 |
| 18/3/09 | Laser Copy;DUNSMUIM | 7 | 0.70 |
| 18/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 18/3/09 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 0.51 |
| 18/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 18/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 18/3/09 | Laser Copy;NELSON M | 206 | 20.60 |
| 18/3/09 | Photocopy;BarskyJ | 130 | 13.00 |
| 18/3/09 | Laser Copy;KUKULOWI | 24 | 2.40 |
| 19/3/09 | Telephone;7193875500;COLORDOSCO;4715 | 1 | 22.55 |
| 19/3/09 | Telephone;2128727434;NEW YORKNY;4740 | 1 | 0.51 |
| 19/3/09 | Laser Copy;MacFarlaneA | 140 | 14.00 |
| 19/3/09 | Laser Copy;YING C | 69 | 6.90 |
| 19/3/09 | Telephone;2128728050;NEW YORKNY;4715 | 1 | 0.51 |
| 19/3/09 | Laser Copy;KUKULOWI | 6 | 0.60 |
| 19/3/09 | Laser Copy;NELSON M | 343 | 34.30 |
| 19/3/09 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 1.02 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 19/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 20/3/09 | Taxi for M. Wunder from FCP to Eglinton on March 17/09 | 1 | 23.81 |
| 20/3/09 | Laser Copy;DUNSMUIM | 1 | 0.10 |
| 20/3/09 | Laser Copy;NELSON M | 171 | 17.10 |
| 20/3/09 | Laser Copy;MacFarlaneA | 99 | 9.90 |
| 20/3/09 | Dinner for M. Wunder at Cora Pizza on March 18/09 | 1 | 7.17 |
| 20/3/09 | Laser Copy;MATHESON | 2 | 0.20 |
| 20/3/09 | Laser Copy;KAPLAN M | 1 | 0.10 |
| 20/3/09 | Laser Copy;KARTASHM | 40 | 4.00 |
| 22/3/09 | Laser Copy;DUNSMUIM | 9 | 0.90 |
| 22/3/09 | Laser Copy;CHUNG G | 341 | 34.10 |
| 22/3/09 | Laser Copy;MacFarlaneA | 59 | 5.90 |
| 22/3/09 | Laser Copy;WUNDER M | 124 | 12.40 |
| 23/3/09 | Photocopy;ORAHILL T | 10 | 1.00 |
| 23/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.57 |
| 23/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 23/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 23/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 7.14 |
| 23/3/09 | Laser Copy;MacFarlaneA | 101 | 10.10 |
| 23/3/09 | Laser Copy;NELSON M | 81 | 8.10 |
| 23/3/09 | Laser Copy;ORAHILL T | 246 | 24.60 |
| 23/3/09 | Laser Copy;WUNDER M | 43 | 4.30 |
| 23/3/09 | Photocopy;ORAHILL T | 34 | 3.40 |
| 23/3/09 | Photocopy;ORAHILL T | 189 | 18.90 |
| 23/3/09 | Laser Copy;KAPLAN M | 11 | 1.10 |
| 23/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 23/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 24/3/09 | Carmel Car Service from NYC to Newark Airport for M. Wunder on March 12/09 | 1 | 87.47 |
| 24/3/09 | Taxi for M. Wunder to Toronto Airport on March 10/09 | 1 | 36.19 |
| 24/3/09 | Taxi for M. Wunder from Toronto Airport to Eglinton Ave. on March 12/09 | 1 | 33.33 |
| 24/3/09 | Laser Copy;NELSON M | 94 | 9.40 |
| 24/3/09 | Laser Copy;ORAHILL T | 20 | 2.00 |
| 24/3/09 | Laser Copy;MacFarlaneA | 63 | 6.30 |
| 24/3/09 | Laser Copy;KUKULOWI | 2 | 0.20 |
| 24/3/09 | Laser Copy;DUNSMUIM | 50 | 5.00 |
| 24/3/09 | Photocopy;ORAHILL T | 5 | 0.50 |
| 24/3/09 | Taxi from Newark Airport to NYC for M. Wunder on March 10/09 | 1 | 101.25 |
| 24/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 13.26 |
| 24/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 24/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 24/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 24/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 24/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 24/3/09 | Airline Ticket for Porter Airlines for M. Wunder on March 10 returning March 12/09 | 1 | 245.44 |
| 24/3/09 | Dinner for M. Wunder at Union Square Cafe on March 10/09 | 1 | 50.00 |
| 24/3/09 | Breakfast for M. Wunder at Starbucks in New York on March 11/09 | 1 | 11.66 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/3/09 | Lunch at Starbucks for M. Wunder on March 12/09 | 1 | 6.75 |
| 24/3/09 | Dinner for M. Wunder at New Sky Restaurant on March 22/09 | 1 | 32.24 |
| 24/3/09 | Parking at FCP for M. Wunder on March 22/09 | 1 | 9.56 |
| 24/3/09 | Room at Bryant Park Hotel for M. Wunder for March 10, 11 and 12/09 | 1 | 909.47 |
| 24/3/09 | Taxi for M. Wunder to meeting in New York on March 11/09 | 1 | 12.50 |
| 24/3/09 | Taxi for M. Wunder to meeting in New York on March 11/09 | 1 | 12.50 |
| 25/3/09 | Laser Copy;MacFarlaneA | 77 | 7.70 |
| 25/3/09 | Laser Copy;ORAHILL T | 32 | 3.20 |
| 25/3/09 | Laser Copy;NELSON M | 161 | 16.10 |
| 25/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 25/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 25/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 8.16 |
| 25/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 25/3/09 | Meals and Beverages - Lunch for M. Wunder, A. MacFarlane, S. Kukulowicz | 1 | 47.52 |
| 25/3/09 | Laser Copy;MattesL | 2 | 0.20 |
| 25/3/09 | Laser Copy;KAPLAN M | 36 | 3.60 |
| 26/3/09 | Laser Copy;DUNSMUIM | 33 | 3.30 |
| 26/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 6.63 |
| 26/3/09 | Laser Copy;ORAHILL T | 369 | 36.90 |
| 26/3/09 | Laser Copy;MacFarlaneA | 152 | 15.20 |
| 26/3/09 | Laser Copy;MattesL | 244 | 24.40 |
| 26/3/09 | Laser Copy;MCDONALA | 27 | 2.70 |
| 26/3/09 | Laser Copy;KAPLAN M | 72 | 7.20 |
| 26/3/09 | Laser Copy;NELSON M | 370 | 37.00 |
| 26/3/09 | Photocopy;ORAHILL T | 129 | 12.90 |
| 26/3/09 | Photocopy;ORAHILL T | 534 | 53.40 |
| 26/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 26/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 26/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 27/3/09 | "eCarswell law search/JOHN,HEATHER" | 1 | 42.50 |
| 27/3/09 | Telephone;2128728077;NEW YORKNY;4715 | 1 | 0.51 |
| 27/3/09 | Telephone;2128728012;NEW YORKNY;6824 | 1 | 0.51 |
| 27/3/09 | Telephone;2128728012;NEW YORKNY;6824 | 1 | 0.51 |
| 27/3/09 | Telephone;7193875500;COLORDOSCO;3 426 | 1 | 58.85 |
| 27/3/09 | Telephone;7193875500;COLORDOSCO;3 426 | 1 | 9.90 |
| 27/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 27/3/09 | Laser Copy;MCDONALA | 3 | 0.30 |
| 27/3/09 | Laser Copy;NELSON M | 384 | 38.40 |
| 27/3/09 | Telephone;7193875500;COLORDOSCO;4 715 | 1 | 53.90 |
| 27/3/09 | Laser Copy;MIECZANI | 5 | 0.50 |
| 27/3/09 | Laser Copy;MacFarlaneA | 210 | 21.00 |
| 27/3/09 | Laser Copy;MattesL | 159 | 15.90 |
| 27/3/09 | Laser Copy;MCDONALA | 78 | 7.80 |
| 27/3/09 | Laser Copy;JOHN H | 8 | 0.80 |
| 27/3/09 | Dinner for M. Wunder at Cora Pizza on March 16/09 | 1 | 7.17 |
| 27/3/09 | Dinner for M. Wunder at Subway on March 23/09; 2009-3-23 | 1 | 7.87 |
| 27/3/09 | Laser Copy;KAPLAN M | 15 | 1.50 |
| 27/3/09 | Laser Copy;YING C | 10 | 1.00 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 27/3/09 | Laser Copy;DUNSMUIM | 18 | 1.80 |
| 27/3/09 | Telephone;7193875500;COLORDOSCO;4 715 | 1 | 42.90 |
| 29/3/09 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 29/3/09 | Laser Copy;WUNDER M | 25 | 2.50 |
| 30/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 30/3/09 | Laser Copy;GOUGEON | 26 | 2.60 |
| 30/3/09 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 30/3/09 | Dinner for M. Wunder at Szechuan Szechuan on March 26/09 | 1 | 20.60 |
| 30/3/09 | Laser Copy;WUNDER M | 5 | 0.50 |
| 30/3/09 | Laser Copy;NELSON M | 220 | 22.00 |
| 31/3/09 | Laser Copy;MATHESON | 78 | 7.80 |
| 31/3/09 | "eCarswell/JOHN,HEATHER" | 1 | 190.75 |
| 31/3/09 | "Quick Law/JOHN, HEATHER" | 1 | 18.17 |
| 31/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 31/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 5.61 |
| 31/3/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.57 |
| 31/3/09 | Lunch for M. Wunder at Bagel World on March 29/09 | 1 | 8.24 |
| 31/3/09 | Meals and Beverages - Maxim - Lunch for M. Wunder, A. MacFarlane and S. Kukulowicz | 1 | 59.62 |
| 31/3/09 | Parking for M. Wunder at FCP on March 29/09; 2009-3-29 | 1 | 9.56 |
| 31/3/09 | Laser Copy;NELSON M | 1061 | 106.10 |
| 31/3/09 | Photocopy;AmaralJ | 1026 | 102.60 |
| 31/3/09 | Laser Copy;JOHN H | 364 | 36.40 |
| 31/3/09 | Laser Copy;DUNSMUIM | 243 | 24.30 |
| 31/3/09 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 31/3/09 | Laser Copy;MattesL | 1030 | 103.00 |

Total    CDN    $5,384.87