**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## MARCH 1, 2009 – MARCH 31, 2009
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 67.6 | $775.00 | $52,390.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 34.3 | $775.00 | $26,582.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 1.4 | $750.00 | $1,050.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 79.8 | $750.00 | $59,850.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 3.9 | $725.00 | $2,827.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 168.4 | $725.00 | $122,090.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 13.6 | $700.00 | $9,520.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 15.2 | $675.00 | $10,260.00 |
| Matthews, C.J. | Partner | Litigation | Ontario - 1986 | 2.3 | $650.00 | $1,495.00 |
| Dietrich, J.O. | Associate | Financial Restructuring | Ontario - 2004 | 4.3 | $480.00 | $2,064.00 |
| Barsky, J. | Associate | Taxation | Ontario - 2004 | 17.2 | $430.00 | $7,396.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 58.5 | $350.00 | $20,475.00 |
| Horrox, N.S. | Associate | Employment/Labour | Ontario - 2006 | 2.2 | $350.00 | $770.00 |
| North, A.R. | Student | Students | | 2.2 | $200.00 | $440.00 |
| John, H. | Student | Students | | 8.8 | $200.00 | $1,760.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 42.3 | $175.00 | $7,402.50 |
| | | | | | CDN. | $326,372.50 |
| Less Non-Working Travel Time Discount (50% of $7,830.00) | | | | | | ($3,915.00) |
| TOTAL | | | | 522 | CDN. | $322,457.50 |