## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Proposed Settlement Of Reclamation Demand Of Tellabs North America** was caused to be made on April 20, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: April 20, 2009

_____
Andrew R. Remming (No. 5120)

2846455.2