# SERVICE LIST

**VIA HAND DELIVERY**

Office of the U.S. Trustee
  for the District of Delaware
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
*(Trustee)*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
*(Counsel for Official Committee
Of Unsecured Creditors)*

**VIA FIRST CLASS U.S. MAIL**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
*(Counsel to the Committee)*

Leslie Allen Bayles, Esq.
Bryan Cave
161 North Clark Street, Suite 4300
Chicago, IL  60601-3315
*(Counsel to the Reclamation Claimant)*

2855195.1