# Notice Recipients

District/Off: 0311−1          User: Jennifer          Date Created: 4/21/2009
Case: 09−10138−KG          Form ID: ntcBK          Total: 13

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee          USTPREGION03.WL.ECF@USDOJ.GOV

                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Nortel Networks Inc., et al.          2221 Lakeside Boulevard          Richardson, TX 75082
frep          Allen &Overy LLP,          1221 Avenue of the Americas          New York, NY 10020
ust          Thomas Patrick Tinker          Office of the U.S. Trustee          844 King Street Suite 2207          Wilmington, DE 19801
aty          Andrew R. Remming          Morris, Nichols, Arsht &Tunnell          1201 North Market Street          P.O. Box 1347          Wilmington, DE 19899−1347
aty          Ann C. Cordo          Morris Nichols Arsht &Tunnell LLP          1201 N. Market Street          P.O. Box 1347          Wilmington, DE 19899−1347
aty          Derek C. Abbott          Morris Nichols Arsht &Tunnell          1201 N. Market Street          Wilmington, DE 19899
aty          Derek C. Abbott          Morris, Nichols, Arsht &Tunnell          1201 N. Market Street          P. O. Box 1347          Wilmington, DE 19899
aty          Eric D. Schwartz          Morris, Nichols, Arsht &Tunnell          1201 N.Market Street          P. O. Box 1347          Wilmington, DE 19801
aty          Mary Caloway          Buchanan Ingersoll &Rooney PC          1000 West Street          Ste 1410          Wilmington, DE 19801
aty          Peter James Duhig          Buchanan Ingersoll &Rooney PC          The Brandywine Building          1000 West Street          Suite 1410, P.O. Box 1397          Wilmington, DE 19899
aty          Thomas F. Driscoll, III          Morris, Nichols, Arsht &Tunnell LLP          1201 North Market Street          Wilmington, DE 19801
aty          Thomas F. Driscoll, III          Morris, Nichols, Arsht &Tunnell LLP          1201 North Market Street          Wilmington, DE 19801

                                                                    TOTAL: 12