IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtor. | ) | Joint Administered Requested |
| | ) | |

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that effective immediately, the firm name has changed from Bifferato Gentilotti LLC to Bifferato LLC ("Bifferato"). Ian Connor Bifferato and Kevin G. Collins remain as counsel to Gores and Siemens Enterprise Network. Please use the following contact information for Ian Connor Bifferato and Kevin G. Collins moving forward:

**Bifferato LLC**
**800 N. King Street, First Floor**
**Wilmington, DE  19801**
**Email:  cbifferato@bifferato.com**
**          kcollins@bifferato.com**
**Telephone:  302-225-7600**
**Facsimile:  302-254-5383**

Dated:  April 21, 2009

BIFFERATO LLC

Ian Connor Bifferato (#3273)
Kevin G. Collins (#5149)
800 N. King Street, First Floor
Wilmington, DE 19801
Tel: (302) 225-7600