Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS
INC.
C/O Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.:  GB 243 2024 11



Interim (S)

VAT Invoice Date: **21 April 2009**      Our Ref: **GDB/CCN01.00001**      Invoice No: **265433**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 67,637.50 |
| For the period to 31 March 2009, in connection with the above matter. | | | |
| (Please see attached). | | | |
| "Legal services are 100% foreign source and 0% US source". | | | |
| Photocopying Charges (NT) | 0.00 | 0.00 | 6.58 |
| **Disbursements:** (NT) | | | |
| Company Registration Fees | 0.00 | 0.00 | 3.99 |
| Search Fees | 0.00 | 0.00 | 25.00 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 78.39 |
| | 0.00 | | 67,751.46 |
| | | VAT | 0.00 |
| | | Total | 67,751.46 |
| | | Balance Due | 67,751.46 |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.
**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code: 50-00-00 - Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268
Please quote reference 265433 when settling this invoice
**Payment Terms: 21 days**

*Ashurst LLP*

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW DELHI  NEW YORK  PARIS  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY
GDB/CCN01.00001
For the period: to 28 February 2009

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.40 | 244.00 | (C0002) |
| | | 1.50 | 915.00 | (C0003) |
| | | 0.70 | 427.00 | (C0006) |
| | | 2.30 | 1403.00 | (C0007) |
| | | 4.70 | 2867.00 | (C0019) |
| | | 8.50 | 5185.00 | (C0031) |
| | | 18.10 | £11,041.00 | |
| | | | | |
| Partner: | Steven Hull | 1.80 | 1098.00 | (C0007) |
| | | 11.90 | 7259.00 | (C0019) |
| | | 13.70 | £8,357.00 | |
| | | | | |
| Senior Associate: | Marcus Fink | 43.80 | 21900.00 | (C0019) |
| | | 43.80 | £21,900.00 | |
| | | | | |
| Junior Associate: | Paul Bagon | 26.60 | 7714.00 | (C0003) |
| | | 0.90 | 261.00 | (C0006) |
| | | 7.50 | 2175.00 | (C0007) |
| | | 24.20 | 7018.00 | (C0019) |
| | | 3.00 | 435.00 | (C0025) |
| | | 27.00 | 7830.00 | (C0031) |
| | | 89.20 | £25,433.00 | |
| | | | | |
| Trainee: | Helen Clark | 1.50 | 277.50 | (C0003) |
| | | 0.30 | 55.50 | (C0031) |
| | | 0.80 | £148.00 | |
| | | | | |
| Trainee: | Philip Uribe | 2.00 | 370.00 | (C0003) |
| | | 2.00 | £370.00 | |
| | | | | |
| Trainee: | Anthony McCourt | 0.40 | 74.00 | (C0019) |
| | | 0.40 | £74.00 | |
| | | | | |
| Trainee: | Daniel Waller | 1.20 | 222.00 | (C0019) |
| | | 1.20 | £222.00 | |
| | | | | |
| Trainee: | Rebecca Ilott | 0.50 | 92.50 | (C0031) |
| | | 0.50 | £92.50 | |
| | | | | |
| **TOTAL** | | **169.70** | **£67,637.50** | |

## THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 March 2009

## TIME SUMMARY – GENERAL CASE ADMINISTRATION

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|--------|--|--------------|--|-------------------|------------|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.40 | @ | 610.00 | 244.00 |
| | | | | Total | £ 244.00 |

Please <u>Note</u>:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 04/03/09 | Giles Boothman | LETT | Fred re. UCC call arrangements.(0002) | 0.20 |
| 04/03/09 | Giles Boothman | SUPE | PDB re. call.(0002) | 0.20 |

**THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 March 2009**

<u>TIME SUMMARY – ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS</u>

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 1.50 | @ | 610.00 | 915.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 26.60 | @ | 290.00 | 7,714.00 |
| **Trainees:** | | | | | |
| Helen Clark | engaged | 0.50 | @ | 185.00 | 92.50 |
| Philip Uribe | engaged | 2.00 | @ | 185.00 | 370.00 |
| | | | | Total | £ 9,091.50 |

<u>Please Note</u>:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 05/03/09 | Paul Bagon | LETT | Preparing Ashurst invoice and related emails and calls.(0003) | 5.00 |
| 06/03/09 | Paul Bagon | LETT | Call with Akin re Ashurst invoices and related amendments to invoice.(0003) | 0.40 |
| 09/03/09 | Helen Clark | LETT | Liaising with Steve Gibson to prepare schedule for US court papers (0003) | 0.30 |
| 09/03/09 | Paul Bagon | LETT | Ashurst fees documents. | 5.00 |
| 10/03/09 | Paul Bagon | PREP | Preparing Ashurst Invoice for US Court. | 4.90 |
| 12/03/09 | Helen Clark | READ | Checking invoice drafted by 1SG | 0.20 |
| 16/03/09 | Paul Bagon | DRFT | Drafting invoice documents | 2.60 |
| 16/03/09 | Giles Boothman | SUPE | Re. interim fees application.(0003) | 0.40 |
| 17/03/09 | Giles Boothman | SUPE | Re. monthly fee application. | 0.40 |
| 18/03/09 | Paul Bagon | LETT | Drafting Ashurst Fee application | 3.50 |
| 19/03/09 | Philip Uribe | LETT | Preparing invoice | 2.00 |
| 19/03/09 | Giles Boothman | SUPE | Monthly fee application. | 0.30 |
| 19/03/09 | Paul Bagon | LETT | Ashurst fee application | 1.20 |
| 20/03/09 | Giles Boothman | SUPE | Finalisation and signing of monthly fee applications. | 0.40 |
| 20/03/09 | Paul Bagon | LETT | Finalising and send Ashurst fee application | 4.00 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 31 March 2009

## TIME SUMMARY – RETENTION OF PROFESSIONALS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.70 | @ | 610.00 | 427.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 0.90 | @ | 290.00 | 261.00 |
| | | | | Total | £ 688.00 |

### Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 02/03/09 | Giles Boothman | LETT | Fred Hodara re. Ashurst terms (0006) | 0.30 |
| 02/03/09 | Giles Boothman | LETT | B Kahn re. Ashurst terms (0006) | 0.10 |
| 02/03/09 | Giles Boothman | READ | Check Declaration and engagement letter re. payment in dollars (0006) | 0.10 |
| 02/03/09 | Paul Bagon | PHON | Calls re: Ashurst disclosure and Mckee merger.(0006) | 0.20 |
| 04/03/09 | Paul Bagon | LETT | Emails and calls re disclosure and McKee (0006) | 0.70 |
| 17/03/09 | Giles Boothman | LETT | Email to US partners to check involvement with Nortel.; | 0.20 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 31 March 2009

## TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 2.30 | @ | 610.00 | 1,403.00 |
| Steven Hull | engaged | 1.80 | @ | 610.00 | 1,098.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 7.50 | @ | 290.00 | 2,175.00 |
| | | | | Total | £ 4,676.00 |

Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------|
| 06/03/09 | Steven Hull | LETT | Preparing for and attending creditor committee conference call with advisors | 1.80 |
| 06/03/09 | Paul Bagon | LETT | Attending Creditor Committee Call | 2.10 |
| 06/03/09 | Giles Boothman | ATTD | Committee call | 1.00 |
| 19/03/09 | Giles Boothman | ATTD | Committee call (in part) | 0.80 |
| 19/03/09 | Paul Bagon | PHON | Professionals call re Inter Company funding (0007) | 1.10 |
| 19/03/09 | Paul Bagon | PHON | Weekly UCC Call | 2.80 |
| 26/03/09 | Paul Bagon | PHON | Nortel UCC Call | 1.50 |
| 26/03/09 | Giles Boothman | ATTD | Call with UCC (in part). | 0.50 |

**THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 March 2009**

### TIME SUMMARY LABOR ISSUES/EMPLOYEE BENEFITS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 4.70 | @ | 610.00 | 2,867.00 |
| Steven Hull | engaged | 11.90 | @ | 610.00 | 7,259.00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 43.80 | @ | 500.00 | 21,900.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 24.20 | @ | 290.00 | 7,018.00 |
| **Trainees:** | | | | | |
| Anthony McCourt | engaged | 0.40 | @ | 185.00 | 74.00 |
| Daniel Waller | engaged | 1.20 | @ | 185.00 | 222.00 |

|  | Total | £ 39,340.00 |
|---|---|---|

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 10/03/09 | Marcus Fink | LETT | Review papers and emails for background to pensions issues | 1.20 |
| 12/03/09 | Steven Hull | LETT | Review Paul Bagon email regarding creditor meetings in Europe | 0.10 |
| 12/03/09 | Steven Hull | LETT | Email correspondence regarding size of pension deficit and discussion of issues arising regarding same | 0.30 |
| 12/03/09 | Steven Hull | LETT | Review Paul Bagon email and review attached minutes of NNU creditor meeting | 0.30 |
| 12/03/09 | Steven Hull | LETT | Commence preparation for pensions due diligence conference call and consider questions to be raised. | 0.60 |
| 13/03/09 | Marcus Fink | LETT | Preparation for and participate in two conference calls to discuss pensions issues | 3.20 |
| 13/03/09 | Giles Boothman | INTD | PDB - update re. pensions call. | 0.30 |
| 13/03/09 | Giles Boothman | READ | Emails re. access to data room. | 0.30 |
| 13/03/09 | Paul Bagon | PHON | Call with Nortel Pensions Director. | 1.20 |
| 13/03/09 | Paul Bagon | PHON | Follow-up call with Akin re: pensions. | 0.70 |
| 13/03/09 | Paul Bagon | LETT | Emails and calls re: pensions. | 2.00 |
| 13/03/09 | Steven Hull | LETT | Preparing for and attending conference call regarding creditor meetings in Europe and pension issues | 1.20 |
| 13/03/09 | Steven Hull | LETT | Review presentation slides and consider pensions issues in advance of conference call | 0.50 |
| 13/03/09 | Steven Hull | LETT | Attending conference call with Lisa Beckerman and Fred Hodara together with Marcus Fink; discussing results of debate and presentation regarding UK Canadian and US pensions issues | 0.70 |
| 13/03/09 | Steven Hull | LETT | Arrangements for access to data room | 0.20 |
| 13/03/09 | Steven Hull | LETT | Review Pensions due diligence request list and email from Andrew Wright regarding same | 0.20 |
| 16/03/09 | Marcus Fink | LETT | Obtaining access to datasite and reviewing documents | 2.40 |
| 16/03/09 | Steven Hull | LETT | Data Room access | 0.20 |
| 16/03/09 | Steven Hull | LETT | Discussion with Marcus Fink regarding review of disclosed documentation | 0.20 |
| 16/03/09 | Giles Boothman | SUPE | Re. pensions info. | 0.30 |
| 17/03/09 | Marcus Fink | LETT | Access and review data on Nortel and Merill datasite and review access information | 2.90 |
| 17/03/09 | Steven Hull | LETT | Review query regarding pension guarantees and discussion with Marcus Fink regarding same | 0.50 |
| 17/03/09 | Steven Hull | LETT | Email exchange regarding data room documents regarding UK pensions | 0.10 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 17/03/09 | Steven Hull | LETT | Discussion with Marcus Fink regarding guarantees and review documentation regarding same and review attached guarantees and forwarding to Marcus Fink | 0.50 |
| 17/03/09 | Giles Boothman | READ | Emails re. PBGC query re. UK pensions guarantees | 0.20 |
| 17/03/09 | Giles Boothman | INTD | Marcus Fink re. pensions docs. | 0.20 |
| 17/03/09 | Giles Boothman | SUPE | Organise team re. pensions memo | 0.30 |
| 18/03/09 | Anthony McCourt | INTD | Internal meeting with GDB, PDB, SEH and MDF to discuss strategy going forward and main issues to consider | 0.40 |
| 18/03/09 | Marcus Fink | LETT | Prep for and attend internal meeting re UK pension guarantees | 1.30 |
| 18/03/09 | Marcus Fink | LETT | Review and send emails re datasite documents | 1.20 |
| 18/03/09 | Steven Hull | LETT | Preparing for, reviewing guarantees and attending internal meeting with Giles Boothman, Paul Bagon, Marcus Fink and Anthony McCourt regarding following up questions following last conference call, disclosure of documentation and conduction of due diligence and related matters | 1.00 |
| 18/03/09 | Steven Hull | LETT | Reviewing documentation and forwarding to Anthony McCourt | 0.30 |
| 18/03/09 | Giles Boothman | INTD | Team meeting re. pensions issues | 0.40 |
| 18/03/09 | Giles Boothman | READ | Emails re. committee meeting presentations/organise Ashurst attendance. | 0.30 |
| 18/03/09 | Paul Bagon | INTD | Internal meeting re Pensions with GDB, Steven Hull and Marcus Fink | 0.40 |
| 19/03/09 | Marcus Fink | DUED | Review pensions documents and arrange for full access rights to datasite | 2.50 |
| 20/03/09 | Marcus Fink | DUED | Review diligence documents | 2.20 |
| 20/03/09 | Steven Hull | LETT | Detailed confers with Marcus Fink regarding disclosed documents and review of same; conducting review of disclosed documentation and considering issues arising | 1.00 |
| 23/03/09 | Marcus Fink | DUED | Reviewing pensions disclosures and producing detailed paper on impact of UK pension guarantees, movements in funding deficit and powers of UK pensions regulator and trustees | 8.80 |
| 23/03/09 | Giles Boothman | SUPE | Query from Jefferies re. pensions figure. | 0.20 |
| 23/03/09 | Giles Boothman | SUPE | Re. pensions note. | 0.20 |
| 23/03/09 | Steven Hull | LETT | Emails regarding UK creditors regarding UK Pension deficit and counter issues review disclosures
Conference with Marcus Fink regarding report and review of first draft | 2.00 |
| 24/03/09 | Marcus Fink | DUED | Discussion with P Bagon re pensions paper and review datasite for funding updates. Review UK pension disclosures | 3.20 |
| 24/03/09 | Giles Boothman | READ | Emails re. pensions | 0.30 |
| 24/03/09 | Paul Bagon | RSCH | Research for Pensions Note | 1.90 |
| 25/03/09 | Giles Boothman | INTD | PDB re. pensions note | 0.20 |
| 25/03/09 | Paul Bagon | DRFT | Research and drafting UK Pensions Advice note | 6.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 25/03/09 | Steven Hull | LETT | Email | 0.30 |
| 25/03/09 | Steven Hull | LETT | Email and consider pensions report and conference with MF re same | 0.50 |
| 26/03/09 | Daniel Waller | PHON | Prep on background with MDF and then sit in on call with Lisa Beckerman to discuss pensions issues. | 0.50 |
| 26/03/09 | Marcus Fink | LETT | Prep for and participate in diligence call with Lisa Beckermann. Discussions with P Bagon re the draft UK pensions paper | 2.30 |
| 26/03/09 | Steven Hull | LETT | Pension follow up call | 0.30 |
| 26/03/09 | Steven Hull | LETT | Review documents | 0.40 |
| 27/03/09 | Daniel Waller | PHON | Prepare for and conference call with various parties re list of pensions issues. | 0.70 |
| 27/03/09 | Marcus Fink | LETT | Prepare for and participate in pensions diligence call with Nortel and J Poos. | 1.70 |
| 27/03/09 | Marcus Fink | DUED | Further work on UK pensions paper, review of datasite documents and submit further information requests | 2.90 |
| 27/03/09 | Paul Bagon | RSCH | Reviewing pensions note | 2.30 |
| 27/03/09 | Giles Boothman | READ | Review/comment on pensions paper | 0.50 |
| 27/03/09 | Steven Hull | LETT | Email re call and comments to Marcus Fink notice regarding pensions issues | 0.50 |
| 30/03/09 | Marcus Fink | LETT | Reviewing draft pensions paper and datasite documents and amending paper | 2.60 |
| 30/03/09 | Paul Bagon | LETT | Drafting pension note | 4.20 |
| 31/03/09 | Marcus Fink | DRFT | Reviewing correlation between assessment period and s75 insolvency event trigger for purpose of determining end to ongoing funding requirements in relation to UK Nortel defined benefit scheme and setting out position in note and numerous revisions to UK pension note following conversations with P Bagon and G Boothman | 5.40 |
| 31/03/09 | Paul Bagon | LETT | Pensions note | 5.00 |
| 31/03/09 | Giles Boothman | READ | Review pensions paper | 0.50 |
| 31/03/09 | Giles Boothman | INTD | Paul/Marcus re: pensions paper | 0.50 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 31 March 2009

## TIME SUMMARY - TRAVEL

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 3.00 | @ | 290.00 | 870.00 |
| | | | | Total | £ 870.00 |
| | | | Less 50% discount | | £435.00 |
| | | | | | £435.00 |

## Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 11/03/09 | Paul Bagon | TRAV | Travelling to creditor meeting. | 3.00 |

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 31 March 2009

## TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 8.50 | @ | 610.00 | 5,185.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 27.00 | @ | 290.00 | 7,830.00 |
| **Trainees:** | | | | | |
| Helen Clark | engaged | 0.30 | @ | 185.00 | 55.50 |
| Rebecca Ilott | engaged | 0.50 | @ | 185.00 | 92.50 |
| | | | | Total | £ 13,163.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 03/03/09 | Giles Boothman | PREP | For Committee meeting (0031) | 0.30 |
| 03/03/09 | Giles Boothman | READ | Emails re. KERP/KEIP (0031) | 0.20 |
| 04/03/09 | Paul Bagon | LETT | Drafting note re EMEA creditor committees (0031) | 2.00 |
| 05/03/09 | Paul Bagon | LETT | Preparing Creditor Committee Note | 4.00 |
| 05/03/09 | Giles Boothman | LETT | Fred re. UCC call (0031) | 0.10 |
| 05/03/09 | Giles Boothman | SUPE | Paul Bagon re. EMEA creditor committee research (0031) | 0.30 |
| 05/03/09 | Giles Boothman | DRFT | Revise email re. EMEA creditor committee (0031) | 0.20 |
| 05/03/09 | Giles Boothman | READ | Herbert Smith email re. EMEA creditor committee meetings | 0.10 |
| 06/03/09 | Paul Bagon | LETT | Preparing for UCC call. | 0.40 |
| 06/03/09 | Giles Boothman | SUPE | Paul Bagon re. summary re. committee | 0.30 |
| 07/03/09 | Paul Bagon | LETT | Emails to Akin re attending Creditor Committee | 0.70 |
| 07/03/09 | Giles Boothman | LETT | Email Paul Bagon re. attendance at EMEA creditor committees | 0.10 |
| 09/03/09 | Giles Boothman | SUPE | Update discussions with Paul Bagon re. UCC call. | 0.30 |
| 09/03/09 | Giles Boothman | SUPE | Attendance at EMEA creditors meetings/approach to Herbert Smith | 0.30 |
| 09/03/09 | Giles Boothman | READ | Emails re. attendance at EMEA creditors meetings. | 0.20 |
| 09/03/09 | Paul Bagon | LETT | Note to Herbert Smith re: attending credotr call and related calls and emails. | 1.20 |
| 10/03/09 | Giles Boothman | SUPE | Re. Paul's attendance at creditor meetings. | 0.30 |
| 10/03/09 | Giles Boothman | READ | Emails/docs. | 0.20 |
| 11/03/09 | Giles Boothman | SUPE | Re. PDB's attendance at creditor committee meeting. | 0.30 |
| 11/03/09 | Giles Boothman | READ | Filter/check emails overnight re. Debtors Rejection Procedures; reclamation; responses | 0.20 |
| 11/03/09 | Paul Bagon | ATTD | Attending creditor meeting. | 2.00 |
| 11/03/09 | Paul Bagon | LETT | Note re: creditor meeting. | 2.30 |
| 12/03/09 | Helen Clark | READ | Proof-reading minutes for PDB | 0.30 |
| 12/03/09 | Rebecca Ilott | READ | Proof-Reading note by Paul Bagon | 0.50 |
| 12/03/09 | Paul Bagon | DRFT | Drafting note and emails re: NNUK Creditor meeting. | 8.70 |
| 12/03/09 | Giles Boothman | SUPE | Re. pensions meeting | 0.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 12/03/09 | Giles Boothman | SUPE | Re. creditor committee meetings debrief. | 0.50 |
| 13/03/09 | Paul Bagon | RSCH | Research re: US chapter 15. | 0.50 |
| 16/03/09 | Giles Boothman | SUPE | Organise access to data room/requisite password changes/quick scan of info in data room. | 0.70 |
| 16/03/09 | Giles Boothman | READ | Emails re. data room access. | 0.30 |
| 17/03/09 | Paul Bagon | LETT | Invoicing and related emails and calls. | 3.80 |
| 17/03/09 | Giles Boothman | READ | Emails re. data room access. | 0.30 |
| 19/03/09 | Giles Boothman | INTD | P Bagon | 0.20 |
| 23/03/09 | Paul Bagon | LETT | Emails to Jefferies re NNUK pensions deficit. | 0.30 |
| 24/03/09 | Giles Boothman | READ | General emails/process | 0.30 |
| 24/03/09 | Giles Boothman | SUPE | Team | 0.30 |
| 25/03/09 | Giles Boothman | READ | Emails re. UCC calls | 0.30 |
| 25/03/09 | Giles Boothman | ATTD | Advisors call in preparation for UCC | 0.50 |
| 25/03/09 | Paul Bagon | LETT | Attending Nortel professionals call re M&A process in France. | 0.50 |
| 26/03/09 | Giles Boothman | SUPE | PDB - various | 0.50 |
| 27/03/09 | Paul Bagon | PHON | Call with Nortel head of Pensions | 0.60 |
| 27/03/09 | Giles Boothman | SUPE | Paul Bagon re. attending Nortel call. | 0.50 |
| 31/03/09 | Giles Boothman | READ | Email exchange re: allocation. | 0.20 |