## Exhibit C

### DISBURSEMENT SUMMARY
### MARCH 01, 2009 THROUGH MARCH 31, 2009

| | |
|---|---:|
| Travel Expenses – Ground Transportation | £51.00 |
| Meals | £13.40 |
| Company Search Fees | £25.00 |
| Photocopying | £6.58 |
| Company Registration Fees | £3.99 |
| Conference Calls | £13.99 |
| TOTAL | £113.96 |