Exhibit D

23

| Date | Disb Type | Narrative | Amount (£) |
|---|---|---|---:|
| 02/03/2009 | MEAL | PAYEE: Transfer Supplier Movements; REQUEST#: 341677; DATE: 02/03/2009. - TFS JNL (CR 40750) CATER | 13.40 |
| 12/03/2009 | SEAV | PAYEE: Transfer Supplier Movements; REQUEST#: 342707; DATE: 12/03/2009. - TRF JNL (CR44600) COMPAN | 25.00 |
| 13/03/2009 | FARES | PAYEE: Pettycash; REQUEST#: 343031; DATE: 13/03/2009. - P/C PDB Train fare - 11/03/09 | 32.00 |
| 13/03/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 343031; DATE: 13/03/2009. - P/C PDB Taxi fare - 12/03/09 | 19.00 |
| 23/03/2009 | TELCON | PAYEE: Transfer Supplier Movements; REQUEST#: 343818; DATE: 23/03/2009. - PL Trf Jnl (Cr 32046) Re | 13.99 |
| 25/03/2009 | CREGG | PAYEE: Amtsgericht Hagen; REQUEST#: 344286; DATE: 25/03/2009. - Commercial Register Informations Feb | 3.99 |
| | | | **107.38** |