## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MARCH 01, 2009 THROUGH MARCH 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 18.10 | 11,041.00 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 13.70 | 8,357.00 |
| Marcus Fink | Associate for 8 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 43.80 | 21,900.00 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special Situations Group | £290 | 89.20 | 25,433.00 |
| Helen Clark | Trainee Solicitor for 1 year; Restructuring and Special Situations Group | £185 | 0.80 | 148.00 |
| Philip Uribe | Trainee Solicitor for 1 year; Restructuring and Special Situations Group | £185 | 2.00 | 370.00 |
| Anthony McCourt | Trainee Solicitor for 6 months; Corporate Group | £185 | 0.50 | 92.50 |
| Daniel Waller | Trainee Solicitor for 6 months; Employment, Incentives and Pensions Group | £185 | 0.40 | 74.00 |
| Rebecca Ilott | Trainee Solicitor for 1 year; Corporate Group | £185 | 1.20 | 222.00 |
| TOTAL | | | 169.70 | 67,637.50 |

25

## COMPENSATION BY PROJECT CATEGORY
## MARCH 01, 2009 THROUGH MARCH 31, 2009.

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| General Case Administration | 0.40 | 244.00 |
| Ashurst Fee Application / Monthly Billing Reports | 30.60 | 9,091.50 |
| Retention of Professionals | 1.60 | 688.00 |
| Creditors Committee Meetings | 11.60 | 4,676.00 |
| Labor Issues/Employee Benefits | 86.20 | 39,340.00 |
| Travel | 3.00 | 435.00 |
| European Proceedings/Matters | 36.3 | 13,163.00 |
| TOTAL | 169.70 | 67,637.50 |