## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:    Chapter 11

*In re*    :

Nortel Networks Inc., *et al.*, [1]    :    Case No. 09-10138 (KG)

:    Jointly Administered

Debtors.    :

:    **RE: D.I. 516**

-------------------------------------------------------X

**NOTICE OF FILING OF REVISED ORDER GRANTING DEBTORS
ADDITIONAL TIME TO FILE REPORTS OF FINANCIAL INFORMATION
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2015.3(A)
AND CERTAIN MODIFICATIONS OF SUCH REPORTING REQUIREMENTS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2015.3(D)**

PLEASE TAKE NOTICE that Nortel Networks Inc ("NNI") and its affiliated debtors, as debtors

and debtors in possession in the above-captioned cases (the "Debtors"), have today filed the revised

proposed **Order Granting Debtors Additional Time to File Reports of Financial Information**

**Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) and Certain Modifications of Such**

**Reporting Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d)** (the

"Revised Order") attached hereto as Exhibit A. A blackline version comparing the Revised Order to the

proposed order originally filed with the Debtors' Second Motion for Entry of an Order Granting Debtors

Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

Procedure 2015.3(a) and Certain Modifications of Such Reporting Requirements Pursuant to Federal

Rule of Bankruptcy Procedure 2015.3(d) [D.I. 516] is attached hereto as Exhibit B.

Dated:  April 21, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

      - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

2

2857218