## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing Of Revised Order Granting Debtors Additional Time To File Reports Of Financial Information Pursuant To Federal Rule of Bankruptcy Procedure 2015.3(a) And Certain Modifications Of Such Reporting Requirements Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(d)** was caused to be made on April 21, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: April 21, 2009

_____
Andrew R. Remming (No. 5120)

2857408.1