# EXHIBIT A

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

L120 Analysis/Strategy

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/02/09 | RET | .2 | E-mail from and to Marc Ashley regarding suggestion of bankruptcy |
| 2/03/09 | RET | .3 | E-mail from Joe Dearing and Brian Burke at Shearman & Sterling regarding what could be done to reduce our hosting charges for the restatement related data with Kroll |
| 2/04/09 | RET | .2 | E-mail from and to Joe Dearing regarding document preservation |
| 2/05/09 | RET | .1 | Voice mail from Ken Hashimoto regarding impact of bankruptcy |
| 2/05/09 | RET | .4 | Teleconference with Joe Dearing and Don Powers regarding impact of bankruptcy on our retention obligations |
| 2/06/09 | RET | .5 | E-mail to Joe Dearing and Don Powers regarding document preservation obligations |
| 2/06/09 | RET | .4 | E-mail to Joe Dearing discussing telephone call with plaintiffs' counsel regarding dismissal of Nortel from the ERISA case and proceed against the individual defendants |
| 2/09/09 | RET | .6 | Teleconference with Ken Hashimoto regarding plaintiffs' settlement demand |
| 2/10/09 | RET | .7 | Telephone call from Nick DeRoma regarding status of case |
| 2/10/09 | RET | .2 | E-mail from and to defendant Nick DeRoma regarding questions about the status of the case |
| 2/17/09 | RET | .2 | E-mail to Joe Dearing regarding my telephone call from Ken Hashimoto |
| 2/19/09 | RET | .2 | E-mail to and from Peter Bisio regarding demand made by plaintiffs' counsel on Frank Dunn |
| 2/19/09 | JMS7 | .1 | E-mail from Joe Dearing regarding new loss causation opinion |
| 2/20/09 | RET | .9 | Receive and analyze new decision in the Huntington Bancshares stock drop case and summarizing for Joe Dearing |
| 2/20/09 | RET | .8 | Receive and analyze new decision in the W.R. Grace stock drop case and summarizing for Joe Dearing |
|  |  | SUB TOTAL | 2,892.50 |

1

DATE ATTY   HRS         DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/06/09 | RET | .3 | Telephone call from Joe Dearing regarding whether plaintiffs will file a claim in the bankruptcy |
| 2/06/09 | RET | .2 | Telephone call from Ken Hashimoto regarding plaintiffs' recent settlement demand |
| 2/09/09 | JMS7 | .1 | E-mail from Rene' Thorne to Joe Dearing regarding plaintiffs' demand |
| 2/09/09 | JMS7 | .1 | E-mail from Rene' Thorne to Joe Dearing regarding retention obligation |
| 2/18/09 | RET | .4 | Review relevant insurance policy and e-mail to Ken Hashimoto per his request with information regarding same |
| 2/18/09 | JMS7 | .2 | Review Nortel bankruptcy filings |
| 2/18/09 | JMS7 | .2 | E-mail from and to Joe Dearing regarding notice of stay |
| 2/19/09 | RET | .2 | E-mail to Ken Hashimoto regarding letter to Frank Dunn from plaintiffs' counsel demanding settlement for remaining policy proceeds and letter from Dunn's counsel to Peter Bisio regarding same |
| 2/19/09 | RET | .2 | Teleconference with Joe Dearing regarding letter to Frank Dunn from plaintiffs' counsel demanding settlement for remaining policy proceeds and letter from Dunn's counsel to Peter Bisio regarding same |
| 2/19/09 | RET | .2 | Receive and analyze letter to Frank Dunn from plaintiffs' counsel demanding settlement for remaining policy proceeds and letter from Dunn's counsel to Peter Bisio regarding same |
| 2/19/09 | RET | 1.2 | Teleconference with Peter Bisio and Joe Dearing regarding demand from Frank Dunn's counsel for policy proceeds |
| 2/20/09 | RET | .4 | Correspondence to Peter Bisio attaching settlement demand from plaintiffs' counsel and requesting settlement for policy proceeds |
| 2/20/09 | JMS7 | .9 | Consider settlement options |
| 2/25/09 | RET | .3 | E-mails from and to Judge Weinstein regarding re-setting second round of mediation |
| 2/25/09 | RET | .3 | Correspondence from counsel for Mary Cross to Chubb regarding plaintiffs' settlement offer and attaching settlement offer |
| 2/25/09 | RET | .5 | Teleconference with Joe Dearing and Peter Bisio regarding Chubb's response to plaintiff's settlement demand |
| 2/27/09 | RET | 1.1 | Develop response to plaintiffs' offer to confect settlement and then present to Chubb for approval |
| 2/27/09 | RET | .8 | Teleconference with plaintiffs' counsel regarding Chubb's response to settlement offer and upcoming case management conference |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/27/09 | RET | .2 | E-mail from and to plaintiffs' counsel regarding Chubb's response to their settlement demand |
| 2/27/09 | RET | .2 | Correspondence from plaintiffs' counsel to Ken Hashimoto regarding their settlement offer and the upcoming case management conference |
| 2/27/09 | RET | .5 | Teleconference with Ken Hashimoto regarding correspondence from plaintiffs' counsel with settlement offer and upcoming case management conference |
| 2/27/09 | RET | .2 | Correspondence from plaintiffs' counsel regarding their settlement and the upcoming case management conference |
| 2/27/09 | RET | .1 | E-mail to Joe Dearing, Sandy Illmer, and Peter Bisio regarding plaintiffs' counsel's settlement offer and the upcoming case management conference |
| 2/27/09 | JMS7 | .9 | Consider and analyze plaintiffs' demand for settlement |
| | SUB TOTAL | 4,670.00 | |

L190 Other Case Assessment, Devel. & Adm

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/11/09 | JMS7 | .3 | Calculate outstanding bill balance per Joe Dearing's request for information |
| | SUB TOTAL | 127.50 | |

L210 Pleadings

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/05/09 | RET | .3 | Receive and analyze Petitions Seeking Recognition of Canadian Proceedings |
| 2/17/09 | DSH | .3 | Research LEXIS for latest opinions filed in the Adkins case for Jason Stein |
| 2/18/09 | RET | .2 | E-mail from and to Joe Dearing regarding filing of Suggestion of Bankruptcy in our case |
| | SUB TOTAL | 295.00 | |

L250 Other Written Motions & Submissions

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/18/09 | RET | .4 | Receive and analyze filings in the bankruptcy by the Monitor |
| | SUB TOTAL | 200.00 | |

L320 Document Production

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/01/09 | JMS7 | .1 | E-mail from Jeff Catanzaro regarding RR Donnelley follow up items |

3

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/03/09 | JMS7 | .1 | Correspondence with Donna Hebert regarding Catalyst work flow |
| 2/03/09 | JMS7 | .1 | E-mail from Joe Dearing regarding reducing document management charges |
| 2/03/09 | DSH | .2 | Generate and review RR Donnelley Key QC review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review RR Donnelley QC review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review redaction required review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review technical error review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review Unassigned stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review RR Donnelley first level review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .4 | Draft update e-mail to Jason Stein and Susanne Veters of Jackson Lewis updating on each catalyst review stage including breaking down number of batches and records left in each stage |
| 2/03/09 | DSH | .2 | Generate and review do not produce review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review do not produce - privilege log complete review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review do not produce - technical error review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review do not produce - not related review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review temp review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .4 | Analyze all review reports from 1/29/09 against review reports from 02/03/09 to note changes in batch number and record numbers for each stage |
| 2/03/09 | DSH | .2 | Generate and review Jackson Lewis second level QC review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review produce review stage report in Catalyst to prepare for update e-mail to team |
| 2/03/09 | DSH | .2 | Generate and review Jackson Lewis QC review stage report in Catalyst to prepare for update e-mail to team |
| 2/09/09 | JMS7 | .1 | Review notice of adjournment |
| 2/09/09 | JMS7 | .2 | Correspondence with Kroll regarding Nortel payment |
| 2/10/09 | RET | .8 | Second level review of privileged documents with respect to application of fiduciary exception |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/10/09 | JMS7 | .2 | E-mail from and to Jeff Catanzaro regarding RR Donnelley follow up |
| 2/10/09 | JMS7 | .2 | E-mail from and to Joe Dearing regarding RR Donnelley follow up |
| 2/11/09 | RET | .3 | Second level review of privileged documents with respect to application of fiduciary exception |
| 2/12/09 | RET | .3 | Second level review of privileged documents with respect to application of fiduciary exception |
| 2/13/09 | DSH | 2.1 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/13/09 | DSH | 2.3 | Begin reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/16/09 | JMS7 | .2 | E-mail from and to Dave Deppe regarding e-databases |
| 2/16/09 | JMS7 | 1.9 | Review my portion of potentially privileged documents produced by Shearman & Sterling |
| 2/19/09 | JMS7 | .2 | Correspondence with Dave Deppe regarding e-data databases |
| 2/20/09 | JMS7 | .2 | Review recent published case analysis from Rene' Thorne to Joe Dearing |
| 2/20/09 | JMS7 | .4 | Office conference with Donna Hebert regarding potentially privileged produced documents |
| 2/20/09 | DSH | .8 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/23/09 | JMS7 | .7 | Work on review of privileged documents produced by Shearman & Sterling |
| 2/23/09 | DSH | 2.6 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/23/09 | DSH | 2.4 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/25/09 | JMS7 | .2 | Office conference with Donna Hebert regarding how to accomplish review of potentially privileged documents produced by Shearman & Sterling |
| 2/25/09 | SUV | .4 | Draft report to Joe Dearing regarding experience with RR Donnelley and Catalyst during electronic document review project |
| 2/25/09 | DSH | .2 | Telephone conference with Brian Burke of Shearman & Sterling regarding log in credentials to the Shearman Kroll database before database was separated into different user groups in December 2007 and January 2008 |
| 2/25/09 | DSH | 2.7 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/25/09 | DSH | 2.3 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/25/09 | DSH | .3 | Draft report to Joe Dearing regarding my experience with RR Donnelley and Catalyst during electronic document review project |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/26/09 | JMS7 | .6 | Teleconference with Dave Deppe regarding document review databases |
| 2/26/09 | JMS7 | .2 | E-mail to and from Deppe regarding document review databases |
| 2/26/09 | DSH | .9 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/26/09 | DSH | .8 | Log into all old Shearman databases testing numerous document control numbers to find which database was used by Jason Stein during his original review to ensure reviewing same documents for privilege production recall |
| 2/27/09 | JMS7 | .7 | Prepare for teleconference with Joe Dearing regarding document storage databases |
| 2/27/09 | JMS7 | .6 | Teleconference with Joe Dearing regarding document storage databases |
| 2/27/09 | SUV | .3 | Analyze the kind of documents on Jackson Lewis' Kroll Ontrack database to determine whether documents on that database can be transferred to a new storage tool without jeopardizing current organization of documents and accessibility |
| 2/27/09 | DSH | 1.9 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/27/09 | DSH | 2.3 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |
| 2/27/09 | DSH | 1.6 | Continue reviewing potentially privileged documents produced by Shearman & Sterling |

SUB TOTAL    7,915.00

TOTAL HOURS:  52.80

FEE GRAND TOTAL:    $16,100.00

NORTEL'S 50% TOTAL:    $8,050.00

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 2/04/09 | RET | .50 | Receive and analyze letter and attachments from Tom Donnelly to Clearly Gottlieb outlining outstanding issues |
| 2/07/09 | RET | .50 | Receive and analyze memorandum from Tom Donnelly |
| 2/09/09 | RET | 1.80 | Receive and analyze cases cited by Peter Bisio regarding need of bankruptcy approval |
| 2/10/09 | RET | 1.00 | Teleconference with bankruptcy counsel and coverage counsel |
| 2/10/09 | RET | .30 | Prepare for call with bankruptcy counsel and coverage |
| 2/10/09 | RET | .20 | E-mail from Joe Dearing summarizing action items from our call today with bankruptcy counsel |
| 2/10/09 | RET | .30 | E-mail from Joe Dearing summarizing various tasks to accomplish following teleconference with bankruptcy counsel |
| 2/11/09 | RET | .30 | Telephone call from Joe Dearing to go over our 327(e) application |
| 2/11/09 | RET | .30 | Revisions to 327(e) application and e-mail to Tom Driscoll and Nora Salvatore regarding same |
| 2/16/09 | RET | .20 | E-mail from and to Nora Salvatore regarding additional information she needs |
| 2/17/09 | RET | .40 | Telephone call from Ken Hashimoto |
| 2/17/09 | RET | .30 | E-mail from and to Nora Salvatore regarding authority to pay fees and costs relating to the ERISA litigation, including but not limited to the fees and costs of the vendors working with Jackson Lewis on the ERISA litigation |
| 2/17/09 | RET | .30 | Receive and analyze email chain between Cleary and Chubb regarding additional authority to pay fees and costs relating to the ERISA litigation, including but not limited to the fees and costs of the vendors working with Jackson Lewis on the ERISA litigation |
| 2/18/09 | RET | .30 | Prepare for call with Joe Dearing and Nora Salvatore to discuss further bankruptcy information requested by Chubb |
| 2/18/09 | RET | .50 | Call with Joe Dearing and Nora Salvatore to discuss further bankruptcy information requested by Chubb |
| 2/19/09 | RET | .20 | Telephone call from Joe Dearing regarding call he received from Peter Bisio |
| 2/20/09 | RET | .30 | Telephone call from Kate Weaver of Cleary regarding additional bankruptcy information she needs regarding the payment of expenses |

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 2/20/09 RET | .30 | Receive and analyze from Nora Salvatore check list to reflect the retention and proposed retention of additional professionals and list of entities that filed notices of appearance in the chapter 11 proceedings and working on 500 entity conflicts check |
| 2/23/09 RET | .20 | E-mail from Cleary responding to questions by Joe Dearing regarding whether Nortel will be able to continue to pay Jackson Lewis for their legal fees and related costs |
| 2/27/09 RET | .30 | Receive and analyze letter from Peter Bisio to Nortel regarding settlement and bankruptcy |
| | | SUB TOTAL    4,250.00 |

L160 Settlement/Non-Binding ADR

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 2/11/09 JMS7 | .50 | Review firm responses regarding conflicts bankruptcy request |
| 2/17/09 RET | .50 | Telephone call from Joe Dearing regarding my call from Ken Hashimoto and settlement issues |
| 2/19/09 RET | .30 | Teleconference with Joe Dearing to discuss settlement |
| 2/20/09 RET | .20 | E-mail from Joe Dearing to Gordon Davies regarding correspondence to Peter Bisio regarding settlement |
| 2/25/09 RET | .30 | Receive and analyze correspondence from Peter Bisio with Chubb's response regarding settlement |
| | | SUB TOTAL    862.50 |

L210 Pleadings

| DATE ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|
| 2/10/09 RET | .20 | E-mail from and to bankruptcy counsel regarding 327e application |
| 2/11/09 RET | 1.80 | Revisions to 327(e) application |
| 2/11/09 RET | 2.10 | Draft and edit declaration and proposed order for 327(e) application |
| 2/13/09 RET | .40 | Receive and analyze latest version of our 327(e) from Tom Driscoll |
| | | SUB TOTAL    2,250.00 |

L250 Other Written Motions & Submissions

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 2/12/09 | RET | .40 | Receive and analyze revised and redlined drafts of 327(e) application from Cleary and Morris Nichols |
| 2/12/09 | RET | .40 | Draft and send to Cleary and Morris Nichols drafts of exhibits to 327(e) application |
| 2/12/09 | RET | .20 | E-mail from and to Joe Dearing regarding Chubb's response to our 327(e) application |
| 2/13/09 | RET | .20 | E-mail from and to Nora Salvatore regarding Chubb's response to our 327(e) application |

        SUB TOTAL     600.00

$7,962.50

TOTAL HOURS: 16.00

FEE GRAND TOTAL:    $7,962.50