# EXHIBIT B

### EXPENSE SUMMARY

**NORTEL/CHUBB**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2009 Through February 28, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Court Costs | | | |
| Transcripts | | | |
| Photos/Art/ Spec Duplicating | | | |
| Meals | | | |
| Messenger Service | | | |
| Courier/Delivery Service | | | |
| Computer Research | Westlaw | | |
| Duplicating | In Office | 4.69 | 2.35 |
| Telephone | | | |
| Facsimile | | | |
| Secretarial Overtime | | | |
| Computer Research | Lexis | | |
| Paralegal Overtime[1] | | | |
| **Grand Total Expenses** | | **4.69** | **2.35** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

**There were no expense disbursements for the Nortel Non-Insurance for the month of February.**

---

[1] Work performed by paralegals on behalf of the Debtors outside of normal business hours.

# Expenses Back-Up

NORTEL/CHUBB

DISBURSEMENTS

| | | |
|---|---|---:|
| 2/28/09 | Photocopying (47) | 3.29 |
| 2/28/09 | Photocopying (20) | 1.40 |
| | TOTAL DISBURSEMENTS | $4.69 |

**Nortel's 50% of Total Expenses**          **$2.35**


NORTEL NON-INSURANCE

DISBURSEMENTS

TOTAL DISBURSEMENTS          $0.00