# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 4/22/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven J. Reisman (Telephonic Appearance) | Curtis, Mallet-Prevost, Colt & Mosle | Flextronics |
| Darryl Laddin ( " ) | Arnall Golden & Gregory | Verizon Communications |
| Anneliese H. Pak ( " ) | Ropes & Gray | Silver Lake Capital |
| Joshua Sturm | Akin Gump | Committee |
| Chris Samis | Richards Layton & Finger P.A. | " |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Derek Abbott | Morris Nichols | Debtors |
| Lisa Schweitzer | Cleary Gottlieb | " |