**Schedule 1**
**Disclosure of Jefferies & Company, Inc.**
<u>Potential Parties in Interest</u>

<u>Parties Who Have Filed Notices of Appearance: March 1, 2009 Through April 14, 2009</u>
Xeta Technologies, Inc.
TEKsystems, Inc.
The Prudential Insurance Company of America
Bell Microproducts, Inc.
Missouri Department of Revenue
Westcon Group North America Inc.
Monarch Alternative Capital LP
SEAL Consulting, Inc.
Tower 333 LLC
Mack Thorpe, Jr.
State of Michigan, Dept. Of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue

<u>Other Parties in Interest</u>
McKenna Long & Aldridge LLP
Primerica Financial Services Inc.
Travelers Group
Wipro Technologies
IBM Corporation
Securities and Exchange Commission
Internal Revenue Service
AIMS Logistics LLC (fka Advanced Information Management Systems, LLC)
SCA Music Holdings (Canada) Inc.
Florida Power & Light Company
American Express
Applied Micro Circuits
Paradigm Tax Group, LLC
True Partners Consulting LLC
Ford & Harrison LLP