# Schedule 2
## Disclosure of Jefferies & Company, Inc.
### Result of Conflicts Search – Current or former Clients and/or Representations