**Schedule 3**
**Disclosure of Jefferies & Company, Inc.**
**Result of Conflicts Search – Market Making and Research**

| Party | Relationship |
|---|---|
| | |
| Bell Microproducts, Inc. | Jefferies makes a market in securities of this company |
| Applied Micro Circuits | Jefferies makes a market in securities of this company |
| American Express | Jefferies publishes research on this company |