IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Casey S. Cathcart, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Jefferies & Company, Inc., being duly sworn according to law, deposes and says that on April 22, 2009, she caused a copy of the **Second Supplemental Affidavit of Michael Henkin in Support of the Official Committee of Unsecured Creditors to Retain Jefferies & Company, Inc. as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Bankruptcy Rule 2014(a) and Granting Waiver of Compliance With Del. Bankr. LR 2016-2(d) in Accordance With Del. Bankr. LR 2016-2(h)** to be served as indicated upon the parties identified on the attached service list.

                                                                     */s/ Casey S. Cathcart*
                                                                     Casey S. Cathcart

SWORN TO AND SUBSCRIBED before me this 22nd day of April, 2009.



                                                                          */s/ Erica A. Broyles*
                                                                         Notary Public
                                                                         My Commission Expires:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

## VIA HAND DELIVERY

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

Derek C. Abbott Esq.
Eric D. Schwartz Esq.
Thomas F. Driscoll III Esq.
Ann C. Cordo Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street, 12th Floor
Wilmington, DE 19801

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
Wilmington, DE 19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E. 8th Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL (INTERNATIONAL)**

Jennifer Stam Esq.
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario M5J 2Z4
Canada

Derek Austin
Export Development Canada
151 O'Connor Street
Ottawa, Ontario K1A 1K3
Canada

Stephen Gale Esq.
Herbert Smith, LLP
Exchange House
Primrose Street
London, UK EC2A 2HS
England

Michael J. Wunder, R. Snayne Kukulowicz, and Alex L. MacFarlane
Fraser Milner Casgrain LLP
1 First Canadian Place - Floor 42
100 King Street West
Toronto, Ontario M5X 1B2
Canada

**VIA FIRST CLASS MAIL**

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Rod Anderson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Sheryl L. Moreau Esq.
Missouri Dept. of Revenue
Bankruptcy Division
P.O. Box 475
Jefferson City, MO 65105-0475

John P. Dillman Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett Mitchell & Jernigan LLP
P.O. Box 2611
Raleigh, NC 27602-2611

Chris Finch
Credit Manager
Sumitomo Electric
78 Alexander Drive
P.O. Box 13445
Triangle Park, NC 27709

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd., Suite 300
Arlington, TX 76013

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

Internal Revenue Service
Attn: Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division, Suite 400
3 World Financial Center
New York, NY 10281-1022

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Ken Coleman Esq.
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas, 20th Floor
New York, NY 10020

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Floor, Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109

Melissa A. Mickey Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church Street, Suite 400
West Chester, PA 19382

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Building, Suite 300
711 Navarro
San Antonio, TX 78205

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154-1192

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004

J. Scott Douglass Esq.
909 Fannin, Suite 1800
Houston, TX 77010

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY 10036

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

Eric S. Prezant Esq.
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

Joseph J. Wielebinski Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201-6659

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Edmond P. O'Brien Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Avenue, 31st Floor
New York, NY 10017

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E. Wisconsin Avenue, Suite 700
Milwaukee, WI 53202

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Hubert H. Kuo Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Court, Suite 590
Newport Beach, CA 92660

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad Street, Suite 1000
Woodbury, NJ 08096

Lynnette R. Warman Esq.
Hunton & Williams
1445 Ross Avenue
Rountain Place, Suite 3700
Dallas, TX 75202-2799

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY 10103-3198

SEC NY Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

Val Mandel Esq.
Val Mandel P.C.
80 Wall Street, Suite 1115
New York, NY 10005

John M. Hickey Esq.
Barber & Bartz
525 S. Main Street, Suite 800
Tulsa, OK 74103-4511

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC 20005-4026

Stephen C. Stapleton Esq.
Dykema Gossett PLLC
1717 Main Street, Suite 2400
Dallas, TX 75201

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Alan J. Lipkin Esq.
Jeremy E. Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019

Doug Goin, CFO
APC Workforce Solutions LLC
420 South Orange Avenue, 6th Floor
Orlando, FL 32801

Travelers
Attn: Chantel Pinnock
1 Tower Square
5MN
Hartford, CT 06183-4044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

Mark G. Ledwin Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

Michael J. Riela Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Alan D. Smith Esq.
Chun M. Ng Esq.
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099

Edward C. Wetmore
VP & General Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492

David L. Uranga
Bell Microproducts Inc.
201 Monroe Street, Suite 300
Montgomery, AL 36104

Edward T. Attanasio Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

Robert J. Rosenberg Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Zachary N. Goldstein Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Alan Kolod Esq.
Christopher J. Caruso Esq.
Kent C. Kolbig Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Robert T. Vance Jr. Esq.
Law Offices of Robert T. Vance Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue, Suite 2300
Portland, OR 97201-5630

Rachel S. Budke Esq.  
FPL Law Department  
700 Universe Blvd.  
Juno Beach, FL 33408

Brian W. Bisignani Esq.  
Post & Schell P.C.  
17 N. 2nd Street, 12th Floor  
Harrisburg, PA 17101-1601

William L. Siegel Esq.  
Cowles & Thompson PC  
901 Main Street, Suite 3900  
Dallas, TX 75202

Thomas J. Leanse Esq.  
Dustin P. Branch Esq.  
Katten Muchin Rosenman LLP  
2029 Century Park East, Suite 2600  
Los Angeles, CA 90067-3012

Andrew Herenstein  
Monarch Alternative Capital LP  
535 Madison Avenue  
New York, NY 10022

James E. Huggett Esq.  
Margolis Edelstein  
750 Shipyard Drive, Suite 102  
Wilmington, DE 19801

Parag P. Patel, Esq.  
Patel Law Offices  
33 Wood Avenue South, Second Floor  
P.O. Box 81  
Iselin, NJ 08830-0081

Linda Boyle  
TW Telecom Inc.  
10475 Park Meadows Drive, Suite 400  
Littleton, CO 80124

Robert S. McWhorter Esq.  
Nossaman LLP  
915 L Street, Suite 1000  
Sacramento, CA 95814

Stephen K. Dexter Esq.  
Lathrop & Gage LLP  
370 17th Street, Suite 4650  
Denver, CO 80202

N. Thodore Zink Jr. Esq.  
Chadbourne & Parke LLP  
30 Rockefeller Plaza  
New York, NY 10112

James L. Bromley Esq.  
Lisa M. Schweitzer Esq.  
Cleary Gottlieb Steen & Hamilton LLP  
One Liberty Plaza  
New York, NY 10006

Secretary of Treasury  
P.O. Box 7040  
Dover, DE 19903

Christopher M. Alston, Esq.  
Foster Pepper PLLC  
1111 Third Avenue, Suite 3400  
Seattle, WA 98101

Ann Groninger, Esq.
Patterson Harkavy LLP
521 East Boulevard
Charlotte, NC 28203

Carol E. Momjian, Esq.
Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

R. S. Stahel
IBM Corp. Legal Dept.
1503 LBJ Freeway, 3rd Floor
Dallas, TX 75234

Deborah B. Waldmeir, Esq.
Assistant Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Jeffrey B. Ellman, Esq.
Robbin S. Rahman, Esq.
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309

**VIA HAND DELIVERY**

William P. Bowden Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801