IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
: 
Debtors. : Jointly Administered
: 
: Re: D.I. 510
: 
---------------------------------------------------------------X

**FIRST NOTICE OF REJECTION OF CONTRACTS AND/OR PERSONAL
PROPERTY LEASES BY DEBTORS AND DEBTORS IN POSSESSION**

**TO:** ALL PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE THAT** on March 20, 2009, the Court entered the *Order Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases and the Abandonment of Certain Assets Related Thereto* (D.I. 510) (the "Order").

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the Debtors hereby reject the following contracts (the "Contracts") and/or personal property leases (the "Leases")[2]:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  The Debtors reserve, and do not waive, any and all claims or causes of action or defenses to any claims or causes of action. Additionally, the Debtors reserve and do not waive, the right to amend, supplement or otherwise modify this Notice.

| Contract/ Personal Property Lease | Approximate Obligation | Proposed Rejection Date[3] | Remaining Term of Contract or Personal Property Lease | Address(es) and Telephone No. of Non-Debtor Party to Contract/Personal Property Lease |
|---|---|---|---|---|
| Right Management P2007 (No. 4320062500) | $0.00 | May 31, 2009 | Term expires December 31, 2009 | Right Management Consultants, Inc. 1818 Market Street 33d Floor Philadelphia, PA 19103-1588 215-988-1588 |
| Right Management P2008 (No. 4320062501) | $240,000.00 | May 31, 2009 | Term expires December 31, 2009 | Right Management Consultants, Inc. 1818 Market Street 33d Floor Philadelphia, PA 19103-1588 212-988-1588 |
| Right Management Non-provisionable Purchase Order (No. 4320062502) | $3,700.00 | May 31, 2009 | Term expires December 31, 2009 | Right Management Consultants, Inc. 1818 Market Street 33d Floor Philadelphia, PA 19103-1588 212-988-1588 |

**PLEASE TAKE FURTHER NOTICE THAT** the rejection of the Contracts detailed above will only affect services provided by Right Management Consultants, Inc. ("Right Management") to the Debtors, including Nortel Networks Inc., and shall not affect services provided pursuant to purchase orders issued by non-debtor affiliates of the Debtors. Right Management agrees not to object to this notice of rejection. Notwithstanding the rejection of the Contracts detailed above, to the extent that services were fully paid for prior to January 14, 2009 (the "Petition Date"), Right Management Consultants, Inc. shall continue to provide such services after May 31, 2009.

**PLEASE TAKE FURTHER NOTICE THAT** objections ("Objections"), if any, to the rejection of a Contract and/or Lease must be filed with the Court and received by the notice parties listed in Exhibit A hereto no later than ten (10) business days following the date of service of this Rejection Notice.

---

[3] The "Proposed Rejection Date" is the date of intended rejection, which shall be, with respect to an unexpired non-residential real property lease, ten (10) calendar days from the date and time this Rejection Notice is served if no later date is designated and the Debtors do not grant an extension; or, with respect to an executory contract, the date this Rejection Notice is filed and served if no other date is designated.

**PLEASE TAKE FURTHER NOTICE THAT** unless a party in interest timely and properly files an Objection to the rejection of any such Contract and/or Lease, the rejection of such Contract and/or Lease shall become effective on the Proposed Rejection Date, without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** proofs of claim for damages arising from rejection of the rejected Leases must be filed by the affected party with the Debtors' claims agent, Epiq Bankruptcy Solutions, FDR Station, P.O. Box 5075, New York, New York, 10150-5075, on the later of (i) thirty-five (35) days after the date of this Rejection Notice, (ii) thirty (30) days after entry of an order on this Rejection Notice, and (iii) the general bar date that will be established by for the filing of prepetition general unsecured claims.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: April 23, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Ann C. Cordo_
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*