**EXHIBIT A**

**Notice Parties**

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Right Management Consultants, Inc: 1818 Market Street, 33d Floor, Philadelphia, PA 19103-1588, Attn: Legal Department, facsimile 215-988-0150.

(f) Counsel to Right Management Consultants, Inc.: Pepper Hamilton LLP, 1313 North Market Street, Suite 5100, Wilmington, DE 19899-1709, Attn: Henry Jaffe, facsimile 302-421-8390.