## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **First Notice Of Rejection Of Contracts And/Or Personal Property Leases By Debtors And Debtors In Possession** was caused to be made on April 23, 2009, in the manner indicated upon the entities identified below and on the attached service lists.

Dated: April 23, 2009

Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**
Henry Jaffe, Esq.
Pepper Hamilton LLP
1313 North Market Street
Suite 5100
Wilmington, DE  19899-1709

**VIA OVERNIGHT MAIL**

Right Management Consultants, Inc.
Attn: Legal Department
1818 Market Street
33rd Floor
Philadelphia, PA 19103-1588

Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY  10036

2860441.1