IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC.                    :        Chapter 11
                                        :
              Debtor                    :        Case No. 09-10138

ENTRY OF APPEARANCE
AND REQUEST FOR NOTICES

        DANA  S.  PLON,  ESQUIRE,  hereby  enters  her  appearance  for

Unisys Corporation,  and  in  accordance  with  Federal  Rule  of  Bankruptcy

Procedure 2002(g),  respectfully  requests  that  all  notices,  pleadings  and

other  papers  filed  in  the  above-captioned  proceeding  be  served  upon  her

at  the  following  address:


                    Dana S. Plon, Esquire
                    Identification No. 80361
                 SIRLIN GALLOGLY & LESSER, P.C.
                  1529 Walnut Street, Suite 600
                    Philadelphia, PA  19102
                     dplon@sirlinlaw.com




                        DANA S. PLON
                        Identification No. 80361

                        Sirlin Gallogly & Lesser, P.C.
                        1529 Walnut Street, Suite 600
                        Philadelphia, PA  19102
                        (215) 864-9700
                        dplon@sirlinlaw.com

April 23, 2009