# EXHIBIT B

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/2/2009 | Bob Jones | Airfare | Northwest Airlines, Travel from Atlanta, Ga. to Toronto, Canada to work at Nortel Networks bankruptcy project from Monday, 2nd through Friday, March 6th. | $ 772.12 |
| 3/2/2009 | Bob Jones | Ground Transportation | Taxi fare from the Toronto airport to the Nortel Networks corporate facility on Monday, March 2nd. Gave taxi driver US dollars in payment for fare. | $ 34.00 |
| 3/2/2009 | Bob Jones | Mileage | Drove from Cumming, Ga. to Atlanta Airport to travel to Toronto, Canada to work at Nortel Networks bankruptcy project from Monday, March 2nd through Friday, March 6th. | $ 31.90 |
| 3/2/2009 | Coley P. Brown | Airfare | Airfare to and from Chicago and Toronto for week of 3/9-3/13 for Nortel. | $ 789.56 |
| 3/2/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport while traveling for Nortel engagement. | $ 40.00 |
| 3/2/2009 | Coley P. Brown | Meals | Dinner at Toula for 4 people including Coley Brown, Matt Fisher, Lee Sweigart and Bobby Jones while working at Nortel. Billable portion of actual bill total of $320.47. | $ 200.00 |
| 3/2/2009 | Coley P. Brown | Other | Canada TN work permit for work on Nortel. | $ 120.39 |
| 3/2/2009 | David Head | Ground Transportation | Taxi from airport to Nortel HQ. Cost was $35 Canadian. Missed on prior report. | $ 29.43 |
| 3/2/2009 | David Head | Meals | Breakfast taken while traveling to Canada on business (1 person). | $ 8.50 |
| 3/2/2009 | David Head | Meals | Dinner taken in hotel room while on company business (1 person). | $ 29.50 |
| 3/2/2009 | David Head | Meals | Breakfast taken while traveling to Canada on business, 1 person. | $ 8.50 |
| 3/2/2009 | David Head | Mileage | Mileage over what I would normally have driven to the office. (Drove across into Canada to take cheaper flight from Windsor.) | $ 7.15 |
| 3/2/2009 | David Head | Parking & Tolls | Windsor tunnel toll while traveling on Nortel. | $ 3.75 |
| 3/2/2009 | Lee A. Sweigart | Other | Canada Work Permit Fee - YYZ Airport. | $ 120.39 |
| 3/2/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | $ 65.80 |
| 3/2/2009 | Matthew J. Fisher | Other | Canadian work permit. | $ 120.39 |
| 3/2/2009 | Michael E. Scannella | Ground Transportation | Transportation from Montville, NJ to EWR. | $ 98.00 |
| 3/3/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from dinner for myself and Bobby Jones while working on Nortel matters. | $ 17.00 |
| 3/3/2009 | David Head | Meals | Breakfast taken at Nortel Canteen while on company business (1 person). | $ 7.20 |
| 3/3/2009 | James Lukenda | Meals | Nortel-evening meal, hotel, C$28.33/1.19, 1 person. | $ 23.81 |
| 3/3/2009 | James Lukenda | Mileage | Nortel-mileage to/from EWR. | $ 17.05 |
| 3/3/2009 | James Lukenda | Other | Nortel-Work permit fee C$150 @1.18 cash. | $ 127.12 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 3/3/2009 | Lee A. Sweigart | Ground Transportation | Round trip cab ride to dinner from hotel. | $ | 17.60 |
| 3/3/2009 | Michael E. Scannella | Ground Transportation | Cab from Westin to Irish Embassy (dinner). | $ | 6.22 |
| 3/3/2009 | Michael E. Scannella | Ground Transportation | Transportation from YYZ to Nortel Networks, Toronto. | $ | 27.88 |
| 3/3/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 3/3-3/6, 3 nights, Room +Tip. | $ | 365.67 |
| 3/3/2009 | Michael E. Scannella | Meals | DNC Travel, EWR, Breakfast for 1 person. | $ | 6.40 |
| 3/3/2009 | Michael E. Scannella | Meals | Irish Embassy, Toronto, Dinner, Mike Scannella, Bobby Jones, Coley Brown, Lee Sweigart, David Head, Theresa Steinkamp, 6 people. | $ | 134.94 |
| 3/3/2009 | Theresa Steinkamp | Ground Transportation | Cab from YYZ airport to Nortel client site, T. Steinkamp. | $ | 28.48 |
| 3/3/2009 | Theresa Steinkamp | Ground Transportation | Carmel Car Service from Oyster Bay (home) to LGA airport. | $ | 70.00 |
| 3/3/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast at LGA airport, Au Bon Pain, T. Steinkamp, 1 person. | $ | 4.72 |
| 3/3/2009 | Theresa Steinkamp | Other | Fee for Canadian Visa - 150 CAD, $120.08 USD, T. Steinkamp. | $ | 120.08 |
| 3/4/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ | 16.02 |
| 3/4/2009 | David Head | Airfare | Advance purchase of flight ticket for travel to Canada on Air Canada. Ticket # 0142168421597 out on 3/12, return on 3/13 Work at Nortel. | $ | 673.24 |
| 3/4/2009 | David Head | Ground Transportation | Taxi from Nortel HQ to airport. Cost was $30 Canadian. | $ | 25.23 |
| 3/4/2009 | David Head | Hotel/Lodging | Westin Hotel, Toronto, ON Working at Nortel. Stayed on 03/02 and 03/03 (2 nights). Bill was $282.5. | $ | 226.72 |
| 3/4/2009 | David Head | Meals | Breakfast taken at Nortel Canteen while on company business (1 person). | $ | 7.20 |
| 3/4/2009 | David Head | Mileage | Return mileage from Windsor to Detroit after traveling on Nortel matters. | $ | 7.15 |
| 3/4/2009 | David Head | Parking & Tolls | Windsor tunnel toll while traveling on Nortel. | $ | 3.75 |
| 3/4/2009 | David Head | Parking & Tolls | Parking at Windsor airport while traveling to Toronto on company business (2 days) | $ | 20.42 |
| 3/4/2009 | James Lukenda | Meals | Nortel-breakfast, co. café, 1 person. | $ | 2.33 |
| 3/4/2009 | James Lukenda | Meals | Nortel-evening meal, Tundra-7 people JML, CB, BJ, TS, MF, LS, MS, (C$321.11/1.19). | $ | 269.84 |
| 3/4/2009 | Lee A. Sweigart | Airfare | Air Canada - IND/YYZ - 3/9 - 3/13. | $ | 639.11 |
| 3/4/2009 | Michael E. Scannella | Airfare | Continental, EWR to YYZ, 3/16-3/20, Client site. | $ | 203.04 |
| 3/4/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ | 4.16 |
| 3/4/2009 | Michael E. Scannella | Parking & Tolls | Hilton, Toronto, 3/4/09 for dinner. | $ | 3.97 |
| 3/5/2009 | Coley P. Brown | Meals | Dinner at the Drake Hotel for 4 people including Coley Brown, Lee Sweigart, Bobby Jones, and Mike Scannella. | $ | 199.69 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/5/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 8.03 |
| 3/5/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 8.03 |
| 3/5/2009 | Coley P. Brown | Parking & Tolls | Parking near the Drake Hotel to have dinner while working on Nortel engagement. | $ 4.82 |
| 3/5/2009 | James Lukenda | Hotel/Lodging | Nortel-Westin, 2 nights, (C$305.49/1.19) and maid tip (10). | $ 255.30 |
| 3/5/2009 | James Lukenda | Meals | Nortel-breakfast, co café, 1 person. | $ 3.91 |
| 3/5/2009 | James Lukenda | Meals | Nortel-evening travel meal, BK, 1 person. | $ 3.21 |
| 3/5/2009 | James Lukenda | Parking & Tolls | Nortel-parking (3 days) EWR (72) and GSP toll (1). | $ 73.00 |
| 3/5/2009 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport (45 miles)- 3/2-3/5. | $ 24.75 |
| 3/5/2009 | Lee A. Sweigart | Rental Car | Avis Rental Car - YYZ - 3/2 - 3/5, 4 days. | $ 293.70 |
| 3/5/2009 | Matthew J. Fisher | Airfare | Air Canada, Chicago to Toronto, March 2 through March 5, 2009, travel to Nortel offices. | $ 777.73 |
| 3/5/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (ORD) to residence. | $ 42.00 |
| 3/5/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, March 2 through March 5, 2009, lodging in Debtors office location, 3 nights. | $ 340.74 |
| 3/5/2009 | Matthew J. Fisher | Meals | Dinner at airport (YTO), 1 person. | $ 21.15 |
| 3/5/2009 | Theresa Steinkamp | Ground Transportation | Carmel Car Service from LGA airport to Oyster Bay (home). | $ 70.00 |
| 3/5/2009 | Theresa Steinkamp | Meals | Travel meal - dinner at YYZ airport, PizzaPizza & Relay, T. Steinkamp, 1 person. | $ 11.13 |
| 3/6/2009 | Bob Jones | Ground Transportation | Taxi fare from the Nortel Networks corporate facility to the Toronto airport on Friday, March 6th. Gave taxi driver US dollars in payment for fare. | $ 40.00 |
| 3/6/2009 | Bob Jones | Hotel/Lodging | The Westin Harbour Castle, Toronto, Canada, Lodging while working at Nortel Networks bankruptcy project from Monday, March 2nd through Friday, March 6th (4 nights). Using amount from American Express billing. | $ 479.23 |
| 3/6/2009 | Bob Jones | Mileage | Drove from the Atlanta Airport to Cumming, GA. returning home from Toronto, Canada after working at Nortel Networks bankruptcy project from Monday, March 2nd through Friday, March 6th. | $ 31.90 |
| 3/6/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA., Parking at Atlanta Airport while working at Nortel Networks bankruptcy project from Monday, March 2nd through Friday, March 6th (5 days). | $ 75.00 |
| 3/6/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare to residence after traveling on Nortel matters. | $ 40.00 |
| 3/6/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel for 4 nights from 3/2-3/6 while working on Nortel engagement. | $ 510.39 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/6/2009 | Coley P. Brown | Meals | Breakfast for the week of 3/2-3/6 while traveling on Nortel engagement (1 person). | $ 20.00 |
| 3/6/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 12.85 |
| 3/6/2009 | Coley P. Brown | Rental Car | Rental car for 5 days from 3/2-3/6 while working on Nortel engagement. | $ 335.91 |
| 3/6/2009 | Lee A. Sweigart | Ground Transportation | Parking IND airport - 3/2 - 3/6. | $ 80.00 |
| 3/6/2009 | Lee A. Sweigart | Meals | Breakfast charges for week of 3/2, 1 person. | $ 24.00 |
| 3/6/2009 | Lee A. Sweigart | Meals | Dinner at YYZ, 1 person. | $ 32.43 |
| 3/6/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 5.40 |
| 3/6/2009 | Michael E. Scannella | Meals | Fridays, YYZ, Travel Meal, 1 person. | $ 8.83 |
| 3/6/2009 | Theresa Steinkamp | Airfare | Air Canada, roundtrip from LGA to YYZ, 3/9/09-3/13/09, travel from home to client site in Toronto, flight plus $15 amex travel booking fee. | $ 631.90 |
| 3/6/2009 | Theresa Steinkamp | Ground Transportation | Car service from Nortel client location to YYZ airport, J. Lukenda & T. Steinkamp. | $ 34.31 |
| 3/6/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto - client site, 3/3/09 - 3/5/09, 2 nights. | $ 235.94 |
| 3/7/2009 | Coley P. Brown | Airfare | Untied Airlines flight to and from Chicago and Toronto for week of 3/16-3/20 to work on Nortel matters. | $ 565.22 |
| 3/7/2009 | Coley P. Brown | Ground Transportation | Cab ride from Huron office to residence while working on the weekend on Nortel matters. | $ 20.00 |
| 3/7/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to Huron office while working on weekend on Nortel matters. | $ 20.00 |
| 3/7/2009 | Coley P. Brown | Meals | Overtime dinner for Coley Brown (1 person) while working on weekend for Nortel matters. | $ 20.00 |
| 3/7/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Centre Toronto, 4 nights (3/2 - 3/6). | $ 478.47 |
| 3/7/2009 | Lee A. Sweigart | Parking & Tolls | Parking - Westin Toronto - 3/2-3/6, 4 nights. | $ 126.06 |
| 3/9/2009 | Bob Jones | Airfare | Northwest Air Lines, Airfare from Atlanta, GA. to Toronto, CA. to work at the Nortel Networks bankruptcy project from Monday, March 9th through Friday, March 13th. | $ 1,153.17 |
| 3/9/2009 | Bob Jones | Ground Transportation | AAroport Limousine Services, Taxi fare from the Toronto airport to the Nortel Networks corporate facility on Monday, March 9th. Gave taxi driver US dollars in payment for fare. | $ 35.00 |
| 3/9/2009 | Bob Jones | Mileage | Drove from Cumming, Ga. to Atlanta Airport to travel to Toronto, Canada to work at Nortel Networks bankruptcy project from Monday, March 9th through Friday, March 13th. | $ 31.90 |
| 3/9/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport while traveling on Nortel engagement. | $ 40.00 |
| 3/9/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 7.98 |
| 3/9/2009 | Lee A. Sweigart | Ground Transportation | Ride from YYZ to Nortel. | $ 32.73 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/9/2009 | Lee A. Sweigart | Meals | Breakfast at IND airport, 1 person. | $ 8.06 |
| 3/9/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | $ 65.80 |
| 3/9/2009 | Michael E. Scannella | Ground Transportation | Transportation from Montville, NJ to EWR. | $ 98.00 |
| 3/9/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 3/9 - 3/13, 4 nights, Room + Tip. | $ 490.12 |
| 3/9/2009 | Michael E. Scannella | Meals | Jamba Juice, EWR, Travel Meal, 1 person. | $ 6.79 |
| 3/9/2009 | Michael E. Scannella | Meals | Toula, Toronto, Dinner, Mike Scannella, Coley Brown, Theresa Steinkamp, Lee Sweigart, Matt Fisher, Bobby Jones, 6 people. | $ 259.82 |
| 3/9/2009 | Michael E. Scannella | Parking & Tolls | Impark, Toronto, 3/9 - 3/10, Parking while at hotel, 2 nights. | $ 16.04 |
| 3/9/2009 | Michael E. Scannella | Rental Car | Avis, YYZ, 3/9-3/13, 5 days. | $ 331.68 |
| 3/9/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast, Au Bon Pain, LGA Airport, T. Steinkamp, 1 person. | $ 6.36 |
| 3/9/2009 | Theresa Steinkamp | Mileage | Oyster Bay (home) to LGA airport parking, 28 miles, commute to airport for flight to client. | $ 15.40 |
| 3/10/2009 | Coley P. Brown | Meals | Dinner at the Loose Moose for 6 people including Coley Brown, Theresa Steinkamp, Bobby Jones, Mike Scannella, Matt Fisher and Lee Sweigart. | $ 200.22 |
| 3/10/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 8.06 |
| 3/10/2009 | Coley P. Brown | Parking & Tolls | Parking at garage near the Loose Moose in order to have dinner while working on Nortel engagement. | $ 16.11 |
| 3/10/2009 | James Lukenda | Airfare | Nortel-EWR to YYZ 3-17, BNNE5Q. | $ 486.00 |
| 3/10/2009 | Lee A. Sweigart | Meals | Dinner - Riverfront Deli, 1 person. | $ 7.73 |
| 3/10/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 5.36 |
| 3/10/2009 | Michael E. Scannella | Parking & Tolls | Parking lot, Toronto, 3/10, Dinner. | $ 19.56 |
| 3/11/2009 | Matthew J. Fisher | Meals | Blowfish, Toronto, dinner following client visit, 6 people (B. Jones, M. Fisher, T. Steinkamp ,M. Scannella, C. Brown, L. Sweigart). | $ 295.00 |
| 3/11/2009 | Michael E. Scannella | Office Supplies | Wal-Mart, Toronto, Necessary office supplies for Nortel engagement, purchased locally for use at client site. | $ 47.87 |
| 3/11/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 3/11 (1 night) | $ 31.93 |
| 3/12/2009 | Coley P. Brown | Meals | Dinner at Baton Rouge for 5 people including Coley Brown, Mike Scannella, Bobby Jones, Theresa Steinkamp, and Matt Fisher. Represents billable portion of actual receipt of $336.46. | $ 250.00 |
| 3/12/2009 | Coley P. Brown | Parking & Tolls | Parking near Baton Rouge in order to have dinner while on Nortel engagement. | $ 3.99 |
| 3/12/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 7.98 |
| 3/12/2009 | Lee A. Sweigart | Ground Transportation | Ride from Nortel to Toronto City Centre Airport. | $ 50.02 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/12/2009 | Michael E. Scannella | Airfare | Continental, EWR to YYZ, 3/23 - 3/27, Client site. | $ 379.27 |
| 3/12/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 5.63 |
| 3/12/2009 | Michael E. Scannella | Parking & Tolls | Impark, Toronto, 3/12 (1 night) | $ 7.98 |
| 3/13/2009 | Bob Jones | Ground Transportation | AAroport Limousine Services, Taxi fare from the Nortel Networks corporate facility to the Toronto airport on Friday, March 13th. Used American Express in payment for fare. Billing is included in fax. | $ 23.20 |
| 3/13/2009 | Bob Jones | Hotel/Lodging | The Westin Harbour Castle, Toronto, Canada, Lodging while working at Nortel Networks bankruptcy project from Monday, March 9th through Friday, March 13th (4 nights). Using amount from American Express billing. | $ 479.23 |
| 3/13/2009 | Bob Jones | Mileage | Drove from the Atlanta Airport to Cumming, GA. returning home from Toronto, Canada after working at Nortel Networks bankruptcy project from Monday, March 9th through Friday, March 13th. | $ 31.90 |
| 3/13/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA., Parking at the Atlanta Airport while working in Toronto, CA. on the Nortel Networks bankruptcy project from Monday, March 9th through Friday, March 13th (5 days). | $ 75.00 |
| 3/13/2009 | Coley P. Brown | Airfare | Airfare to and from Chicago and Toronto for the week of 3/23-3/27 while working on Nortel engagement. | $ 589.67 |
| 3/13/2009 | Coley P. Brown | Ground Transportation | Cab from O'Hare to residence after traveling for Nortel. | $ 40.00 |
| 3/13/2009 | Coley P. Brown | Hotel/Lodging | Westin Hotel in Toronto for 4 nights from 3/9-3/13. | $ 539.66 |
| 3/13/2009 | Coley P. Brown | Meals | Breakfast for the week of 3/9-3/13 while traveling on Nortel engagement (1 person). | $ 20.00 |
| 3/13/2009 | Coley P. Brown | Rental Car | Rental car in Toronto for 5 days from 3/9-3/13 while traveling on Nortel engagement. | $ 335.51 |
| 3/13/2009 | Lee A. Sweigart | Airfare | Air Canada - IND/YYZ - 3/16-3/20. | $ 1,357.01 |
| 3/13/2009 | Lee A. Sweigart | Meals | Breakfast charges for week of 3/9 for 1 person. | $ 20.00 |
| 3/13/2009 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport (45 miles) - 3/9-3/12. | $ 24.75 |
| 3/13/2009 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport (45 miles) - 3/16-3/20. | $ 24.75 |
| 3/13/2009 | Lee A. Sweigart | Parking & Tolls | Parking IND Airport - 3/9 - 3/13, 5 days. | $ 80.00 |
| 3/13/2009 | Matthew J. Fisher | Airfare | Air Canada, Chicago to Toronto, March 9 through March 13, 2009, travel to Nortel offices. | $ 1,062.53 |
| 3/13/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (ORD) to residence. | $ 42.00 |
| 3/13/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, March 9 through March 13, 2009, lodging in Debtors office location, 4 nights. | $ 462.55 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/13/2009 | Michael E. Scannella | Ground Transportation | Transportation from EWR to Montville, NJ. | $ 88.00 |
| 3/13/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 4.37 |
| 3/13/2009 | Michael E. Scannella | Meals | Friday's, YYZ, Travel Dinner, 1 person. | $ 16.37 |
| 3/13/2009 | Theresa Steinkamp | Airfare | Air Canada, flight to/ from Nortel client site, LGA to YYZ, 3/16/09 - 3/20/09. | $ 617.46 |
| 3/13/2009 | Theresa Steinkamp | Meals | Travel meal - dinner, T. Steinkamp, YYZ airport, 1 person. | $ 6.36 |
| 3/13/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast for T. Steinkamp, Nortel cafeteria, 1 person. | $ 4.67 |
| 3/13/2009 | Theresa Steinkamp | Mileage | LGA airport parking lot to Oyster Bay (home), 28 miles, commute from airport to home for travel from client site | $ 15.40 |
| 3/13/2009 | Theresa Steinkamp | Parking & Tolls | LaGuardia airport long term parking lot, parking while at client site in Toronto, 3/9/09 - 3/13/09, 5 days. | $ 100.00 |
| 3/14/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Centre Toronto, 3 nights - 3/9 - 3/12 | $ 368.29 |
| 3/14/2009 | Lee A. Sweigart | Meals | Appetizer at hotel, 1 person. | $ 7.73 |
| 3/14/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, hotel stay near Nortel client site, 3/9 - 3/13/09, 4 nights. | $ 474.38 |
| 3/16/2009 | Bob Jones | Airfare | Northwest Air Lines, Travel from Atlanta, GA. to Toronto, Canada to work at the Nortel Networks bankruptcy project from Monday, March 16th through Friday, March 20th. | $ 1,084.45 |
| 3/16/2009 | Bob Jones | Ground Transportation | Taxi fare from the Toronto International Airport to Nortel Networks corporate headquarters to work at the Nortel Networks bankruptcy project from Monday, March 16th through Friday, March 20th. | $ 29.27 |
| 3/16/2009 | Bob Jones | Mileage | Drove from Cumming, Ga. to Atlanta Airport to travel to Toronto, Canada to work at Nortel Networks bankruptcy project from Monday, March 16th through Friday, March 20th. | $ 31.90 |
| 3/16/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare while traveling on Nortel engagement. | $ 40.00 |
| 3/16/2009 | Coley P. Brown | Meals | Dinner at Piazza Manna for Coley Brown (1 person) while traveling on Nortel engagement. | $ 13.45 |
| 3/16/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 8.11 |
| 3/16/2009 | David Head | Ground Transportation | Taxi from airport to Nortel HQ. Total cost was $35 Canadian. Paid on Amex. | $ 29.43 |
| 3/16/2009 | David Head | Meals | Dinner - taken in hotel room while working. Applied exchange rate as per amex, 1 person. | $ 34.64 |
| 3/16/2009 | James Lukenda | Ground Transportation | Nortel-cab to PABT with files. | $ 7.00 |
| 3/16/2009 | Lee A. Sweigart | Ground Transportation | Ride from YYZ to Nortel. | $ 33.27 |
| 3/16/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | $ 65.80 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/16/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport to Debtors office (195 The West Mall). | $ 35.00 |
| 3/16/2009 | Michael E. Scannella | Ground Transportation | Transportation from Montville, NJ to EWR. | $ 98.00 |
| 3/16/2009 | Michael E. Scannella | Meals | Toula, Toronto, Dinner, Mike Scannella, Matt Fisher, Theresa Steinkamp, Bobby Jones, 4 people. | $ 200.00 |
| 3/16/2009 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Travel Breakfast (1 person) | $ 6.40 |
| 3/16/2009 | Michael E. Scannella | Parking & Tolls | Impark, Toronto, 3/16 - 3/20, 4 nights. | $ 45.19 |
| 3/16/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 3/16 - 3/20, 5 days, Insurance purchased because out of U.S. | $ 544.91 |
| 3/16/2009 | Theresa Steinkamp | Mileage | Mileage from home (Oyster Bay) to LGA airport for flight to client site (Toronto), 28 miles. | $ 15.40 |
| 3/17/2009 | Bob Jones | Meals | Breakfast at Nortel Networks corporate cafeteria (1 person). | $ 4.74 |
| 3/17/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 12.13 |
| 3/17/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | $ 7.50 |
| 3/17/2009 | James Lukenda | Ground Transportation | Nortel-cab from YYZ to 195 West Mall. | $ 31.00 |
| 3/17/2009 | James Lukenda | Hotel/Lodging | Nortel-stay, Westin 1 night (C$141.25 @1.24) plus maid tip ($5). | $ 118.91 |
| 3/17/2009 | James Lukenda | Meals | Nortel-evening meal, Houston's, 8 people, JML, DH, LS, MF, TS, BJ, CB, MS (C$342.23 @ 1.24). | $ 275.99 |
| 3/17/2009 | James Lukenda | Mileage | Nortel-mileage to/from EWR. | $ 17.05 |
| 3/17/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 4.85 |
| 3/18/2009 | Bob Jones | Meals | Breakfast at Nortel Networks corporate cafeteria (1 person). | $ 5.51 |
| 3/18/2009 | Coley P. Brown | Meals | Individual travel meal from Piazza Manna for Coley Brown (1 person). | $ 15.74 |
| 3/18/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 8.13 |
| 3/18/2009 | Coley P. Brown | Parking & Tolls | Parking near Il Fornello to have dinner with the Huron team while traveling on Nortel. | $ 23.00 |
| 3/18/2009 | David Head | Ground Transportation | Taxi from Nortel HQ to airport. Cost was $30 Canadian. | $ 25.23 |
| 3/18/2009 | David Head | Hotel/Lodging | Westin hotel, Toronto, ON 3/16 to 3/18 Working on Nortel Bankruptcy Converted to USD at exchange rate of 1.189 - as per my Amex, 2 nights. | $ 256.87 |
| 3/18/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | $ 7.50 |
| 3/18/2009 | David Head | Parking & Tolls | Parking at Windsor Airport from 3/16 to 3/18, 3 days. | $ 21.44 |
| 3/18/2009 | James Lukenda | Ground Transportation | Nortel-cab from 195 West Mall to YYZ. | $ 31.00 |
| 3/18/2009 | James Lukenda | Meals | Nortel-breakfast at café, 1 person. | $ 3.60 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 3/18/2009 | James Lukenda | Meals | Nortel-evening meal, in transit, 1 person, snack bar. | $ | 9.49 |
| 3/18/2009 | James Lukenda | Parking & Tolls | Nortel-EWR (2 days) parking (48) and GSP toll (1). | $ | 49.00 |
| 3/18/2009 | Michael E. Scannella | Airfare | Continental, EWR to YYZ, 3/30 - 4/3, Client Site. | $ | 397.63 |
| 3/18/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ | 4.93 |
| 3/18/2009 | Michael E. Scannella | Meals | Il Fornello, Team Dinner (6 people), Mike Scannella, Coley Brown, Theresa Steinkamp, Bobby Jones, Matt Fisher, Lee Sweigart. | $ | 168.83 |
| 3/18/2009 | Michael E. Scannella | Parking & Tolls | Car Park Mgmt Services, Toronto, 3/18/09, For Dinner. | $ | 20.33 |
| 3/18/2009 | Theresa Steinkamp | Airfare | Air Canada flight to/ from Toronto (Nortel client site), 3/23/09 - 3/27/09, fare plus fee. | $ | 658.35 |
| 3/19/2009 | Bob Jones | Meals | Breakfast at Nortel Networks corporate cafeteria (1 person). | $ | 4.74 |
| 3/19/2009 | Coley P. Brown | Ground Transportation | Cab ride from hotel to dinner with Huron team while traveling on Nortel engagement. | $ | 12.00 |
| 3/19/2009 | Coley P. Brown | Meals | Dinner at Hoops for 5 people including Coley Brown, Lee Sweigart, Theresa Steinkamp, Bobby Jones and Mike Scannella. Actual receipt =$271.12. | $ | 250.00 |
| 3/19/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ | 16.82 |
| 3/19/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 3/23 - 3/26. | $ | 1,491.80 |
| 3/19/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 3/30 - 4/02. | $ | 967.20 |
| 3/19/2009 | Lee A. Sweigart | Ground Transportation | Cab ride in Toronto for dinner. | $ | 20.00 |
| 3/19/2009 | Matthew J. Fisher | Airfare | Air Canada, Chicago to Toronto, March 16 through March 19, 2009, travel to Nortel office. | $ | 844.79 |
| 3/19/2009 | Matthew J. Fisher | Ground Transportation | Transportation from Debtors office (195 The West Mall) to airport. | $ | 35.00 |
| 3/19/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (ORD) to residence. | $ | 42.00 |
| 3/19/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, March 16 through March 19, 2009, lodging in Debtors office location, 3 nights. | $ | 357.01 |
| 3/19/2009 | Matthew J. Fisher | Meals | Dinner at airport (YTO), 1 person. | $ | 24.83 |
| 3/19/2009 | Michael E. Scannella | Ground Transportation | Cab from Dinner to hotel, Toronto. | $ | 10.00 |
| 3/19/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ | 4.27 |
| 3/20/2009 | Bob Jones | Hotel/Lodging | The Westin Harbour Castle, Toronto, Canada, Lodging while working at Nortel Networks bankruptcy project from Monday, March 16th through Friday, March 20th (4 nights). Using amount from American Express billing. | $ | 476.01 |
| 3/20/2009 | Bob Jones | Meals | Breakfast at Nortel Networks corporate cafeteria (1 person). | $ | 4.39 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/20/2009 | Bob Jones | Mileage | Drove from the Atlanta Airport to Cumming, GA. returning home from Toronto, Canada after working at Nortel Networks bankruptcy project from Monday, March 16th through Friday, March 20th. | $ 31.90 |
| 3/20/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA., Parking at the Atlanta Airport while working in Toronto, CA. on the Nortel Networks bankruptcy project from Monday, March 16th through Friday, March 20th (5 days). | $ 75.00 |
| 3/20/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 3/30-4/3. | $ 455.90 |
| 3/20/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel matters. | $ 40.00 |
| 3/20/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel for 4 nights from 3/16-3/20. | $ 510.80 |
| 3/20/2009 | Coley P. Brown | Meals | Breakfast for week of 3/16-3/20 for Coley Brown (1 person). | $ 20.00 |
| 3/20/2009 | Coley P. Brown | Rental Car | Rental car in Toronto for 5 days from 3/16-3/20 while traveling on Nortel engagement. | $ 355.44 |
| 3/20/2009 | Lee A. Sweigart | Ground Transportation | Ride from Westin to YYZ. | $ 54.21 |
| 3/20/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto, 4 nights (3/16 - 3/20) | $ 475.08 |
| 3/20/2009 | Lee A. Sweigart | Meals | Dinner at Westin Toronto - L. Sweigart; M. Fisher, 2 people. | $ 54.01 |
| 3/20/2009 | Lee A. Sweigart | Meals | Breakfast charges for week of 3/16, 1 person. | $ 24.00 |
| 3/20/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 3/16 - 3/20, 5 days. | $ 68.00 |
| 3/20/2009 | Michael E. Scannella | Ground Transportation | Transportation from EWR to Montville, NJ. | $ 88.00 |
| 3/20/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 4 nights, 3/16 - 3/20, Plus Tip. | $ 495.41 |
| 3/20/2009 | Michael E. Scannella | Meals | Friday's, Toronto, Travel Meal (2 people), Mike Scannella, Bobby Jones. | $ 31.24 |
| 3/20/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, for Nortel client site, 3/16/09 - 3/20/09, 4 nights. | $ 500.71 |
| 3/20/2009 | Theresa Steinkamp | Meals | Travel meal at Toronto airport, T. Steinkamp and C. Brown, Molson Pub, 2 people. | $ 23.96 |
| 3/20/2009 | Theresa Steinkamp | Meals | Individual travel meal - T. Steinkamp, breakfast, Nortel cafeteria, 1 person. | $ 4.55 |
| 3/20/2009 | Theresa Steinkamp | Mileage | Mileage from LGA airport for flight from client site (Toronto) to Oyster Bay (home), 28 miles. | $ 15.40 |
| 3/20/2009 | Theresa Steinkamp | Parking & Tolls | LaGuardia Airport parking lot, 3/16/09 -3/20/09, parking during travel to/ from Nortel client site, long term discounted lot, 5 days. | $ 100.00 |
| 3/23/2009 | Bob Jones | Airfare | Northwest Airlines, Airfare to Toronto, Canada to work at Nortel Networks bankruptcy project from Monday, March 23rd through Friday, March 27th. | $ 1,191.95 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/23/2009 | Bob Jones | Ground Transportation | Taxi from the Toronto International Airport to Nortel Networks bankruptcy project on Monday, March 23rd. | $ 30.91 |
| 3/23/2009 | Bob Jones | Mileage | Drove from Cumming, Ga. to Atlanta Airport to travel to Toronto, Canada to work at Nortel Networks bankruptcy project from Monday, March 23rd through Friday, March 27th. | $ 31.90 |
| 3/23/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport while traveling on Nortel matters. | $ 40.00 |
| 3/23/2009 | Coley P. Brown | Meals | Dinner at Jack Astors for 3 people including Coley Brown, David Head and Lee Sweigart. | $ 122.26 |
| 3/23/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 8.34 |
| 3/23/2009 | David Head | Airfare | NWA from Detroit to Toronto Ticket #0122177474025 Travel from 3/23 - 3/25 Nortel Networks for bankruptcy engagement. | $ 1,381.02 |
| 3/23/2009 | David Head | Ground Transportation | Taxi from airport to Nortel. Paid in USD. | $ 31.00 |
| 3/23/2009 | David Head | Hotel/Lodging | Westin, Toronto, ON 3/23-3/25 Nortel Engagement Note: Applied exchange rate of 1.19 - as per amex, 2 nights. | $ 268.97 |
| 3/23/2009 | David Head | Other | Cost of Visa application (successful) paid at border crossing. Cost was 150 Canadian | $ 125.06 |
| 3/23/2009 | Lee A. Sweigart | Ground Transportation | Ride from YYZ to Nortel. | $ 34.18 |
| 3/23/2009 | Lee A. Sweigart | Meals | Breakfast at IND airport, 1 person. | $ 9.44 |
| 3/23/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | $ 65.80 |
| 3/23/2009 | Matthew J. Fisher | Meals | Mizzen, Toronto, dinner at hotel following office visit, 3 people (M. Fisher, B. Jones, T. Steinkamp). | $ 148.79 |
| 3/23/2009 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Breakfast, 1 person. | $ 8.57 |
| 3/23/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 32 miles, driving to airport to fly to Toronto. | $ 17.60 |
| 3/23/2009 | Michael E. Scannella | Parking & Tolls | Impark, Toronto, 3/23-3/27 (4 nights). | $ 75.58 |
| 3/23/2009 | Michael E. Scannella | Parking & Tolls | EWR, Newark, NJ, 3/23/09 - 3/27/09, 5 days. | $ 150.00 |
| 3/23/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 3/23 - 3/26, 4 days, purchased insurance. | $ 429.97 |
| 3/23/2009 | Theresa Steinkamp | Airfare | Air Canada flight to/ from Toronto (Nortel client site), 3/30/09 - 4/10/09. | $ 824.22 |
| 3/23/2009 | Theresa Steinkamp | Mileage | Mileage from home (Oyster Bay) to LGA airport for flight to client site (Toronto), 28 miles. | $ 15.40 |
| 3/24/2009 | Bob Jones | Meals | Breakfast at Nortel Networks corporate cafeteria (1 person). | $ 4.74 |
| 3/24/2009 | Coley P. Brown | Meals | Dinner at Piazza Manna for Coley Brown (1 person) while traveling on Nortel engagement. | $ 11.49 |
| 3/24/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 16.80 |
| 3/24/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | $ 7.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/24/2009 | David Head | Meals | Dinner: In Room dining at hotel while on company business, 1 person. | $ 35.30 |
| 3/24/2009 | James Lukenda | Airfare | Nortel-EWR to YYZ 3/30 BW2KYT. | $ 591.11 |
| 3/24/2009 | Matthew J. Fisher | Meals | Milagro, Toronto, out of town meal following office visit, 5 people (M. Fisher, L. Sweigart, M. Scannella, B. Jones, T. Steinkamp). | $ 216.96 |
| 3/24/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 5.37 |
| 3/24/2009 | Michael E. Scannella | Parking & Tolls | Car Park Management, Toronto, 2/24/09, Dinner Parking. | $ 8.40 |
| 3/25/2009 | Bob Jones | Meals | Breakfast at Nortel Networks corporate cafeteria (1 person). | $ 4.74 |
| 3/25/2009 | Coley P. Brown | Parking & Tolls | Parking near Westin hotel in Toronto for rental car. | $ 16.78 |
| 3/25/2009 | Coley P. Brown | Meals | Dinner at Piazza Manna for Coley Brown (1 person) while traveling on Nortel engagement. | $ 12.52 |
| 3/25/2009 | David Head | Ground Transportation | Taxi from Nortel to Airport - paid in USD. | $ 25.00 |
| 3/25/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | $ 7.00 |
| 3/25/2009 | David Head | Parking & Tolls | Parking at Detroit Metro while at Nortel on company business. Parked from 3/23 to 3/25, 3 days. | $ 60.00 |
| 3/25/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 4.76 |
| 3/25/2009 | Michael E. Scannella | Meals | Toula, Toronto, Team Dinner, 3 people, Bobby Jones, Theresa Steinkamp, Michael Scannella. | $ 150.00 |
| 3/26/2009 | Bob Jones | Meals | Breakfast at Nortel Networks corporate cafeteria (1 person). | $ 5.51 |
| 3/26/2009 | Coley P. Brown | Ground Transportation | Cab ride from dinner to hotel while traveling on Nortel engagement. | $ 10.00 |
| 3/26/2009 | Coley P. Brown | Parking & Tolls | Overnight parking near Westin hotel while working on Nortel matters (1 night). | $ 16.75 |
| 3/26/2009 | Lee A. Sweigart | Meals | Dinner - Riverfront Deli, 1 person. | $ 12.00 |
| 3/26/2009 | Lee A. Sweigart | Meals | Dinner at YYZ airport, 1 person. | $ 23.43 |
| 3/26/2009 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport (45 miles) - 3/23-3/26. | $ 24.75 |
| 3/26/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 3/23 - 3/26, 4 days. | $ 64.00 |
| 3/26/2009 | Matthew J. Fisher | Airfare | Air Canada, Chicago to Toronto, March 23 through March 26, 2009, travel to Nortel office. | $ 696.92 |
| 3/26/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (ORD) to residence. | $ 42.00 |
| 3/26/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, March 23 through March 26, 2009, lodging near Debtors office, 3 nights. | $ 355.57 |
| 3/26/2009 | Michael E. Scannella | Ground Transportation | Dinner to hotel, Toronto. | $ 11.00 |
| 3/26/2009 | Michael E. Scannella | Meals | Hoops, Toronto, Team Dinner, 4 people, Coley Brown, Michael Scannella, Theresa Steinkamp, Bobby Jones. | $ 171.89 |
| 3/26/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 4.76 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/26/2009 | Theresa Steinkamp | Meals | Individual travel meal, breakfast, T. Steinkamp, Nortel cafeteria, 1 person. | $ 2.83 |
| 3/27/2009 | Bob Jones | Ground Transportation | Taxi from Nortel Networks HQ to the Toronto International Airport after working on the Nortel Networks bankruptcy project from Monday, March 23rd through Friday, March 27th. | $ 26.85 |
| 3/27/2009 | Bob Jones | Hotel/Lodging | The Westin Harbor Castle, Toronto, Canada., Lodging in Toronto, Canada while working on the Nortel Networks project from Monday, March 23rd through Friday, March 27th (4 nights). | $ 482.95 |
| 3/27/2009 | Bob Jones | Meals | Breakfast at Nortel Networks corporate cafeteria (1 person). | $ 4.74 |
| 3/27/2009 | Bob Jones | Mileage | Drove from the Atlanta Airport home to Cumming, GA after traveling to Toronto, Canada to work at Nortel Networks bankruptcy project from Monday, March 23rd through Friday, March 27th. | $ 31.90 |
| 3/27/2009 | Bob Jones | Parking & Tolls | Parking at Park & Ticket, College Park, GA. while working at Nortel networks bankruptcy project from Monday, March 23rd through Friday, March 27th (5 days). | $ 75.00 |
| 3/27/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 4/6-4/10. | $ 456.85 |
| 3/27/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence after traveling on Nortel engagement. | $ 40.00 |
| 3/27/2009 | Coley P. Brown | Hotel/Lodging | Westin Hotel in Toronto for 4 nights for week of 3/23-3/27. | $ 473.22 |
| 3/27/2009 | Coley P. Brown | Meals | Breakfast for week of 3/23-3/27 for Coley Brown (1 person) while traveling on Nortel engagement. | $ 20.00 |
| 3/27/2009 | Coley P. Brown | Rental Car | Rental car in Toronto for 5 days from 3/23-3/27 while traveling on Nortel engagement. | $ 536.93 |
| 3/27/2009 | James Lukenda | Mileage | Nortel-to NYC, midmorning (36) less commute cost. | $ 8.31 |
| 3/27/2009 | James Lukenda | Parking & Tolls | Nortel-PABT parking (28) and Lincoln Tunnel toll (8), midmorning to NYC. | $ 36.00 |
| 3/27/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto (3/23 - 3/26), 3 nights. | $ 354.91 |
| 3/27/2009 | Lee A. Sweigart | Meals | Dinner on 3/23 at Westin, 1 person. | $ 50.00 |
| 3/27/2009 | Lee A. Sweigart | Meals | Breakfast charges for week of 3/23, 1 person. | $ 24.00 |
| 3/27/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 3/23 - 3/27, 4 nights, Client Site, Room + Tip. | $ 486.16 |
| 3/27/2009 | Michael E. Scannella | Mileage | EWR to Montville, NJ, 32 miles, driving home from airport. | $ 17.60 |
| 3/27/2009 | Theresa Steinkamp | Airfare | NWA flight to/ from Toronto (Nortel client site), 4/3/09 - 4/5/09. | $ 113.49 |
| 3/27/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, for Nortel client site, 3/23/09 - 3/27/09, 4 nights. | $ 473.22 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 3/27/2009 | Theresa Steinkamp | Mileage | Mileage from LGA airport for flight from client site (Toronto) to Oyster Bay (home) 28 miles. | $ | 15.40 |
| 3/27/2009 | Theresa Steinkamp | Parking & Tolls | LaGuardia airport parking, during travel to/ from Nortel client site (Toronto), long term discounted lot, 5 days. | $ | 100.00 |
| 3/28/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from Huron office and residence in order to work on Nortel matters over the weekend. | $ | 40.00 |
| 3/28/2009 | Coley P. Brown | Meals | Working dinner for Coley Brown (1 person) while working over the weekend on Nortel matters. | $ | 20.00 |
| 3/28/2009 | Michael E. Scannella | Airfare | Continental, EWR to YYZ, 4/6 - 4/10, Travel to Client. | $ | 436.82 |
| 3/29/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 4/27-5/1. | $ | 331.23 |
| 3/29/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 4/20-4/24. | $ | 267.65 |
| 3/30/2009 | Bob Jones | Airfare | Northwest Air Lines, Airfare from Atlanta, GA. to Toronto, Canada to work at the Nortel Networks bankruptcy project from Monday, March 30th through Friday, April 3rd. | $ | 1,051.00 |
| 3/30/2009 | Bob Jones | Ground Transportation | Taxi fare from Toronto International Airport to Nortel Networks HQ to work at the Nortel Networks bankruptcy project from Monday, March 30th through Friday, April 3rd. | $ | 32.14 |
| 3/30/2009 | Bob Jones | Mileage | Drove from Cumming, Ga. to Atlanta Airport to travel to Toronto, Canada to work at Nortel Networks bankruptcy project from Monday, March 30th through Friday, April 3rd. | $ | 31.90 |
| 3/30/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport while traveling on Nortel engagement. | $ | 40.00 |
| 3/30/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from Westin hotel and dinner at Irish Embassy. | $ | 20.00 |
| 3/30/2009 | David Head | Airfare | NWA from Detroit to Toronto Ticket # 0122177459424 Mar 30-Apr1 Nortel bankruptcy engagement. | $ | 834.92 |
| 3/30/2009 | David Head | Ground Transportation | Taxi from airport to Nortel site (used same exchange rate as for hotel). | $ | 28.91 |
| 3/30/2009 | David Head | Meals | Dinner: In-room dining at Westin while on company business, 1 person. | $ | 28.00 |
| 3/30/2009 | James Lukenda | Airfare | Nortel-EWR to YYZ A81HP1, 4/13. | $ | 323.26 |
| 3/30/2009 | James Lukenda | Meals | Nortel-evening meal, 6 people, JML, BJ, TS,CB, MS, LS, Irish Embassy Pub (C179.36 @1.21). | $ | 148.23 |
| 3/30/2009 | James Lukenda | Mileage | Nortel-mileage to/from EWR. | $ | 17.05 |
| 3/30/2009 | Lee A. Sweigart | Ground Transportation | Cab ride in Toronto for dinner. | $ | 8.00 |
| 3/30/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | $ | 65.80 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 3/30/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 3/30 - 4/03, 4 nights, Client (room + tip). | $ 486.19 |
| 3/30/2009 | Michael E. Scannella | Meals | DNC Travel Hospitality, EWR, Traveling Breakfast, 1 person. | $ 4.06 |
| 3/30/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 32 miles, Driving to Airport. | $ 17.60 |
| 3/30/2009 | Michael E. Scannella | Office Supplies | Wal-Mart, Toronto, Binders and other necessary office supplies to prepare SoFA and Schedule review binders at client site. | $ 39.31 |
| 3/30/2009 | Michael E. Scannella | Parking & Tolls | Precise Parklink, Toronto, 3/30 - 4/03, 3 nights. | $ 32.83 |
| 3/30/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 3/30 - 4/03, 5 days. | $ 346.42 |
| 3/31/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | $ 6.59 |
| 3/31/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | $ 7.00 |
| 3/31/2009 | David Head | Meals | Dinner: In-room dining while on Nortel engagement, 1 person. | $ 40.96 |
| 3/31/2009 | James Lukenda | Hotel/Lodging | Nortel-Westin Harbour Castle 2 nights (C294@1.21) and maid tips ($10). | $ 252.98 |
| 3/31/2009 | James Lukenda | Meals | Nortel-breakfast, cafe, 1 person. | $ 3.48 |
| 3/31/2009 | James Lukenda | Meals | Nortel-evening meal, 3 people, JML, MF, BJ, Toula in hotel (176.29@1.21). | $ 145.69 |
| 3/31/2009 | James Lukenda | Parking & Tolls | Nortel-parking (3 days) at EWR (72) and GSP toll (1). | $ 73.00 |
| 3/31/2009 | Michael E. Scannella | Airfare | Continental, To and from Toronto, 4/13 -4/17, Travel to client. | $ 353.22 |
| 3/31/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | $ 4.37 |
| 3/31/2009 | Michael E. Scannella | Meals | Jack Astor's, Toronto, Team dinner (3 people), Lee Sweigart, Coley Brown, Mike Scannella. | $ 108.73 |
| | | | | $ 52,443.76 |