IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) <br> (Jointly Administered) |
| Debtors. | |
| | **Related to Docket No. 242** |

NOTICE OF WITHDRAWAL WITH PREJUDICE OF
MOTION OF AVANEX CORPORATION FOR ALLOWANCE
OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)

**PLEASE TAKE NOTICE** that on February 5, 2009, Avanex Corporation ("**Avanex**") filed its *Motion of Avanex Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 242] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE THAT** Avanex and the Debtors have resolved this matter as evidenced by the *Notice of Proposed Settlement of Reclamation Demand of Avanex Corp.* [Docket No. 478, filed 3/17/09].

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

WLM 517119.1

**PLEASE TAKE FURTHER NOTICE THAT** Avanex, by and through their undersigned counsel, hereby withdraw the Motion with prejudice.

Dated: April 27, 2009						Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Stuart M . Brown*
Stuart M . Brown (No. 4050)
919 North Market Street, 15th Floor
Wilmington, Delaware  19881
Telephone: (302) 777-7770
Facsimile: (302) 777-7263
Email: sbrown@eapdlaw.com

 - and -

WINSTON & STRAWN LLP
David A. Honig
Brian Y. Lee
101 California Street
San Francisco, California  94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Co-Counsel for Avanex Corporation

# CERTIFICATE OF SERVICE

I, Stuart M. Brown, do hereby certify that on the 27th day of April, 2009, I caused a true and correct copy of the foregoing *Notice of Withdrawal With Prejudice of Motion of Avanex Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)* to be served upon the following parties listed on the attached service list via first class mail or hand delivery on local counsel

/s/ Stuart M . Brown \_\_\_\_
Stuart M. Brown (No. 4050)

**BY HAND DELIVERY:**
Thomas F. Driscoll, III
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY HAND DELIVERY:**
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**BY HAND DELIVERY:**
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP One Bryant Park
New York, NY 10036