# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685
Page 2
Client # 732310

Matter # 165839

For services through March 31, 2009
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 03/03/09 | Review docket (.2); E-mail to RLF distribution re: filed pleadings (.3); Attention to e-mail re: information sharing protocol orders (.1); Import and prepare re: orders of same x2 (.2); Prepare certification of no objection re: same (.2); Finalize and file certification of no objection re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 185.00 | $222.00 |
| 03/03/09 | Review, revise and finalize certificate of no objection for information sharing protocol order (.2); Email to J. Sturm re: certificate of no objection for information sharing protocol order (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 03/03/09 | Review emails (x2) and attachments re: filings on docket and items on 3/5/09 agenda | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 03/04/09 | Finalize, file and coordinate service re: pro hac for D. Botter (.2); Coordinate to Judge Gross re: same (.2); E-mail to D. Botter re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 03/05/09 | Review docket (.2); E-mail to RLF distribution re: filed pleadings (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 03/09/09 | Review docket (.2); E-mail to RLF distribution re: filed pleadings (.2); Review and update critical dates (.2); E-mail to RLF distribution re: same (.1); Retrieve order access to information (.1); Coordinate service re: order of same (.1); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 185.00 | $203.50 |
| 03/09/09 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.70 hrs. | 100.00 | $70.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2009
Invoice 328685

Page 3

Client # 732310

Matter # 165839

| Date | Description | | | |
|---|---|---|---|---|
| 03/09/09 | Reviewed emails (x3) re: documents filed/critical dates calendar | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |
| 03/11/09 | Review docket (.1); E-mail to distribution re: filed pleadings (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 03/12/09 | Attention to e-mail re: Cross-Border second stipulation to extend time (.1); Import and prepare certification of counsel re: same (.2); Import and prepare re: order of same (.2); Assemble exhibit A re: same (.1); Finalize and file re: same (.2); Coordinate to Judge Gross re: certification of counsel & order of same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 185.00 | $185.00 |
| 03/12/09 | Call to B. Kahn re: filing of second order extending time for Committee to file motion for reconsideration of cross-border protocol (.1); Review, revise and finalize second order extending time for Committee to file motion for reconsideration of cross-border protocol (.3) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |
| 03/13/09 | Review docket (.2); E-mail to RLF distribution re: filed pleadings (.2); Retrieve order re: second stipulation cross-border (.1); Coordinate service re: same (.2); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 185.00 | $166.50 |
| 03/13/09 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |
| 03/16/09 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.10 hrs. | 100.00 | $10.00 |
| 03/17/09 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |
| 03/17/09 | Review docket re: filings re: 3/20/09 hearing | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685

Page 4

Client #  732310

Matter # 165839

---

| Date | Description | | | |
|---|---|---|---|---|
| 03/18/09 | Review docket (.1); E-mail to RLF distribution re: filed pleadings (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1); Finalize and file affidavit of service re: order granting access to information (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |
| 03/18/09 | Maintain original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.10 hrs. | 90.00 | $9.00 |
| 03/19/09 | Review docket (.1); E-mail to RLF distribution re: filed pleadings (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 03/20/09 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.70 hrs. | 100.00 | $70.00 |
| 03/24/09 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.60 hrs. | 100.00 | $60.00 |
| 03/27/09 | Attention to e-mail re: certification of counsel third stipulation of cross border protocol (.1); Revise certification of counsel re: same (.2); Finalize and file certification of counsel re: same (.2); Coordinate to Judge Gross re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 185.00 | $111.00 |
| 03/27/09 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |

Total Fees for Professional Services    $2,019.00

TOTAL DUE FOR THIS INVOICE    **$2,019.00**
BALANCE BROUGHT FORWARD    $5,389.00

**TOTAL DUE FOR THIS MATTER**    **$7,408.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685
Page 5
Client #  732310

Matter #  165839

For services through March 31, 2009
relating to  Meetings

| 03/11/09 | Email to K. Davis re: rescheduled 341 meeting | | | |
|----------|-----------------------------------------------|----------|--------|--------|
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

Total Fees for Professional Services — $27.50

TOTAL DUE FOR THIS INVOICE — **$27.50**
BALANCE BROUGHT FORWARD — $1,055.50

**TOTAL DUE FOR THIS MATTER** — **$1,083.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685

Page 6

Client #  732310

Matter #  165839

---

For services through March 31, 2009
relating to  Executory Contracts/Unexpired Leases

| 03/18/09 | Review limited objection of Prudential Insurance to rejection procedures motion | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |

Total Fees for Professional Services $76.50

TOTAL DUE FOR THIS INVOICE **$76.50**

**TOTAL DUE FOR THIS MATTER** **$76.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685

Page 7

Client #  732310

Matter #  165839

---

For services through March 31, 2009
relating to  Use, Sale of Assets

| 03/18/09 | Review initial objection of Verizon Communications to sale motion | | | |
|----------|------|------|------|------|
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $76.50 |

| TOTAL DUE FOR THIS INVOICE | **$76.50** |
|---|---|
| | $27.50 |
| **TOTAL DUE FOR THIS MATTER** | **$104.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2009
Invoice 328685

Page 8

Client # 732310

Matter # 165839

---

For services through March 31, 2009
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 03/02/09 | Attend to logistics of 3/5/09 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 03/03/09 | Call from B. Kahn re: filing certificates of no objection for uncontested items scheduled for the 3/5/09 hearing (.2); Call to T. Driscoll re: characterizing Committee agenda items on agenda for 3/5/09 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 03/04/09 | Instructions to B. Tobin re: preparing 3/5/09 amended agenda hearing binder (.1); Revise 3/5/09 hearing binder (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 03/04/09 | Email to K. Davis re: action items for 3/5/09 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 03/05/09 | Attend 3/5/09 hearing (4.0); Prepare for 3/5/09 hearing (.5) | | | |
| Associate | Christopher M. Samis | 4.50 hrs. | 275.00 | $1,237.50 |
| 03/05/09 | Retrieve documentation for C. Samis for 3/5/09 hearing | | | |
| Paralegal | Janel Gates | 0.20 hrs. | 185.00 | $37.00 |
| 03/17/09 | Conference with C. Samis re: attending 3/26/09 sale hearing (.2); Review sale motion re: 3/26/09 sale hearing (1.2); Review bidding procedures order and notice of rescheduled hearing re: 3/26/09 sale hearing (.3) | | | |
| Associate | Drew G. Sloan | 1.70 hrs. | 255.00 | $433.50 |
| 03/18/09 | Retrieve re: 3/20/09 agenda (.1); Review 3/20/09 agenda (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 03/18/09 | Assist with prep of 3/20/09 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 0.50 hrs. | 100.00 | $50.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2009
Invoice 328685
Page 9
Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 03/19/09 | Assist with prep of 3/20/09 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 1.50 hrs. | 100.00 | $150.00 |
| 03/19/09 | Review docket re: filings and orders re: 3/26/09 sale hearing | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 03/20/09 | Prepare for 3/20/09 hearing (.5); Attend 3/20/09 hearing (1.5) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 275.00 | $550.00 |
| 03/20/09 | Conference with C. Samis re: 3/26/09 sale hearing | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 03/24/09 | Review and e-mail 3/26/09 agenda to RLF distribution | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 03/24/09 | Review agenda re: 3/26/09 sale hearing (.1); Discussion with B. Witters re: preparation of hearing binders re: 3/26/09 sale hearing (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |
| 03/25/09 | Assist with hearing binder prep per D. Sloan | | | |
| Paralegal | Brenda D. Tobin | 1.70 hrs. | 100.00 | $170.00 |
| 03/25/09 | Review hearing binder re: 3/26/09 sale hearing (.4); Emails (x2) to C. Samis re: 3/26/09 sale hearing (.1); Emails (x2) to R. Jacobs and K. Davis re: 3/26/09 sale hearing (.1); Review objections (x2) re: 3/26/09 sale hearing (.2) | | | |
| Associate | Drew G. Sloan | 0.80 hrs. | 255.00 | $204.00 |
| 03/26/09 | Review amended agenda re: 3/26/09 sale hearing (.1); Attend sale hearing with K. Davis (1.0); Review notes from 3/26/09 sale hearing (.3) | | | |
| Associate | Drew G. Sloan | 1.40 hrs. | 255.00 | $357.00 |
| 03/27/09 | Conference with C. Samis re: review of 3/26/09 sale hearing | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685

Page 10

Client #  732310

Matter #  165839

---

|  |  |
|---|---|
| Total Fees for Professional Services | $3,616.00 |
| | |
| TOTAL DUE FOR THIS INVOICE | **$3,616.00** |
| | $3,926.50 |
| **TOTAL DUE FOR THIS MATTER** | **$7,542.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685

Page 11

Client #  732310

Matter #  165839

---

TOTAL DUE FOR THIS INVOICE                              $0.00

**TOTAL DUE FOR THIS MATTER**                           **$0.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2009
Invoice 328685

Page 12

Client # 732310

Matter # 165839

For services through March 31, 2009
relating to Employee Issues

| 03/31/09 | Call from various former employee claimants regarding COBRA benefits | | | |
|----------|----------------------------------------------------------------------|------------|--------|--------|
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

| | | |
|--|--|--|
| | Total Fees for Professional Services | $82.50 |

| | |
|--|--|
| TOTAL DUE FOR THIS INVOICE | **$82.50** |
| | $745.00 |
| **TOTAL DUE FOR THIS MATTER** | **$827.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685
Page 13
Client #  732310

Matter # 165839

---

For services through March 31, 2009
relating to  RLF Retention

| 03/09/09 | Finalize and file Epiq affidavit of service re: retention application of RLF | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 03/17/09 | E-mail to distribution re: objection deadline of RLF retention application (.1); Prepare certification of no objection re: same (.2); Prepare order re: same (.1); Finalize and file certification of no objection re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 185.00 | $111.00 |
| 03/17/09 | Review, revise and finalize certificate of no objection for RL&F retention application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 03/19/09 | Retrieve RLF retention order (.1); Coordinate service re: order of same (.2); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |

Total Fees for Professional Services $295.50

TOTAL DUE FOR THIS INVOICE **$295.50**

$18,983.50

**TOTAL DUE FOR THIS MATTER** **$19,279.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2009
Invoice 328685

Page 14

Client # 732310

Matter # 165839

For services through March 31, 2009
relating to Retention of Others

| | | | | |
|---|---|---|---|---|
| 03/03/09 | Prepare certification of no objection re: retention application of Fraser Milner (.2); Prepare order of same (.1); Finalize and file certification of no objection re: same (.2); Prepare certification of no objection re: retention application of Akin Gump (.2); Prepare order of same (.1); Finalize and file certification of no objection re: same (.2); Prepare certification of no objection re: retention application of Capstone (.2); Prepare order of same (.1); Finalize and file certification of no objection re: same (.2); Prepare certification of no objection re: retention application of KCC (.2); Prepare order of same (.1); Finalize and file certification of no objection re: same (.2); Attention to e-mail revise orders re: retention application of Ashurst (.1); Import and prepare orders of same (.1); Prepare certification of no objection re: same (.2); Finalize and file certification of no objection re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 2.60 hrs. | 185.00 | $481.00 |
| 03/03/09 | Review, revise and finalize certificate of no objection for Akin retention application (.2); Review, revise and finalize certificate of no objection for Fraser retention application (.2); Review, revise and finalize certificate of no objection for Capstone retention application (.2); Review, revise and finalize certificate of no objection for KCC retention application (.2); Review, revise and finalize certificate of no objection for Ashurst retention application (.2); Email to B. Witters re: instructions for drafting certificates of no objection for various retention applications (.1) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 275.00 | $302.50 |
| 03/04/09 | Attention to e-mail re: orders for Jefferies & Co retention application (.1); Retrieve and prepare re: same (.2); Prepare certification of no objection re: same (.2); Finalize and file certification of no objection re: same (.2); Coordinate to Judge Gross re: certification of no objection of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |
| 03/04/09 | Review, revise and finalize certificate of no objection for Jefferies retention order | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685

Page 15

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 03/09/09 | Retrieve re: retention orders of Jefferies & Co., Fraser Milner, Ashurst LLP, Akin Gump, Capstone Advisory and Kurtzman Carson (.6); Coordinate service re: orders of same (.3); Prepare affidavit of service of same (.2); Finalize and file affidavit of service re: retention applications x7 (.2); Finalize and file affidavit of service re: supplemental affidavit of M. Fishberg retention application of Kurtzman Carson (.2) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 185.00 | $277.50 |
| 03/18/09 | Finalize and file affidavit of service re: retention applications order of Jefferies & Co., Fraser Milner, Ashurst LLP, Akin Gump, Capstone and KCC | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 03/20/09 | Finalize, file and coordinate service re: supplemental declaration of M. Wunder of Fraser Milner retention application (.2); Finalize, file and coordinate service re: supplemental declaration of F. Hondara of Akin Gump retention application (.2); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 185.00 | $111.00 |

Total Fees for Professional Services          $1,412.00

TOTAL DUE FOR THIS INVOICE                    **$1,412.00**

$2,106.00

**TOTAL DUE FOR THIS MATTER**                 **$3,518.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685

Page 16

Client #  732310

Matter # 165839

For services through March 31, 2009
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 03/17/09 | Emails to B. Khan re: RL&F fee/expense amounts since case inception | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 03/27/09 | Review RLF bill memos (.5); Prepare RLF first monthly fee application shell (1.5); E-mail to L. Stevenson re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.10 hrs. | 185.00 | $388.50 |
| 03/30/09 | Review bill memo re: February 2009 re: RLF fee application | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 03/31/09 | E-mails to and from accounting re: prepetition amounts for RLF first fee application (.2); Review and revise RLF first monthly fee application (.4); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 185.00 | $222.00 |
| 03/31/09 | E-mail to M. Collins regarding handling pre-retention fees | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

Total Fees for Professional Services                $769.50

TOTAL DUE FOR THIS INVOICE                **$769.50**

TOTAL DUE FOR THIS MATTER                **$769.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 20, 2009
Invoice 328685
Page 17
Client # 732310

Matter # 165839

For services through March 31, 2009
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 03/18/09 | Review first fee application of Cleary Gottlieb | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 03/19/09 | Email to B. Khan re: fee applications for filing on 3/20/09 | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 03/20/09 | Finalize and efile Ashurst fee application (.3); Coordinate service of same (.1); Finalize and efile Fraser Milner fee application (.3); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.80 hrs. | 185.00 | $148.00 |
| 03/20/09 | Attention to e-mail re: Akin Gump first monthly fee application (.1); Prepare notice of fee application re: same (.2); Prepare certificate of service re: same (.2); Prepare labels re: monthly fee applications (.2); Attention to e-mail re: Capstone first monthly fee application (.1); Prepare notice of fee application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner first monthly fee application (.1); Prepare notice of fee application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Ashurst first monthly fee application (.1); Prepare notice of fee application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 2.80 hrs. | 185.00 | $518.00 |
| 03/20/09 | Review, revise and finalize first fee application of Ashurst (.3); Review, revise and finalize first fee application of Fraser (.3); Review, revise and finalize first fee application of Capstone (.3); Review, revise and finalize first fee application of Akin (.3) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 275.00 | $330.00 |
| 03/31/09 | Review/revise/finalize first RL&F fee application | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685

Page 18

Client #  732310

Matter #  165839

---

Total Fees for Professional Services     $1,182.50

TOTAL DUE FOR THIS INVOICE     **$1,182.50**

$422.00

**TOTAL DUE FOR THIS MATTER**     **$1,604.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 20, 2009
Invoice 328685
Page 19
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Ann Jerominski | 0.80 | 185.00 | 148.00 |
| Barbara J. Witters | 20.80 | 185.00 | 3,848.00 |
| Brenda D. Tobin | 6.70 | 100.00 | 670.00 |
| Christopher M. Samis | 11.50 | 275.00 | 3,162.50 |
| Drew G. Sloan | 6.60 | 255.00 | 1,683.00 |
| Janel Gates | 0.20 | 185.00 | 37.00 |
| Rochelle I. Warren | 0.10 | 90.00 | 9.00 |
| TOTAL | 46.70 | $204.66 | 9,557.50 |

**TOTAL DUE FOR THIS INVOICE**                                        **$11,927.53**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310