# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

April 20, 2009
Invoice 328685

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through March 31, 2009
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $8.00 |
| Document Retrieval | $135.28 |
| Filing Fees | $25.00 |
| Long distance telephone charges | $6.95 |
| Messenger and delivery service | $627.20 |
| Overtime | $47.68 |
| Photocopying/Printing | $1,075.90 |
| 9,554 @ $.10 pg. / 1,205 @ $.10 pg. | |
| Postage | $444.02 |

|  |  |
|---|---:|
| Other Charges | $2,370.03 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,370.03** |
| BALANCE BROUGHT FORWARD | $10,036.49 |
| **TOTAL DUE FOR THIS MATTER** | **$12,406.52** |

■ ▫ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 20, 2009  
Invoice 328685  
Page 20  
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Meetings  
Executory Contracts/Unexpired Leases  
Use, Sale of Assets  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Employee Issues  
RLF Retention  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 03/03/09 | U.S. DISTRICT COURT CLERK: DAVID BOTTER PRO HAC VICE/165839 | FLFEE |
|  | Amount = $25.00 |  |
| 03/03/09 | Photocopies | DUP |
|  | Amount = $1.60 |  |
| 03/03/09 | 2128728121 Long Distance | LD |
|  | Amount = $1.39 |  |
| 03/03/09 | ALL PACER | DOCRETRI |
|  | Amount = $25.84 |  |
| 03/03/09 | Printing | DUP |
|  | Amount = $3.20 |  |
| 03/04/09 | Photocopies | DUP |
|  | Amount = $1.20 |  |
| 03/04/09 | 7144203276 Long Distance | LD |
|  | Amount = $2.78 |  |
| 03/04/09 | ALL PACER | DOCRETRI |
|  | Amount = $5.84 |  |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 20, 2009  
Invoice 328685  
Page 21  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 03/04/09 | Postage | | POST |
| | Amount = | $3.00 | |
| 03/05/09 | BINDING 2/26/09-3/4/09 | | BIND |
| | Amount = | $2.00 | |
| 03/05/09 | Messenger and delivery - 3/4/09, US DISTRICT COURT, BJW | | MESS |
| | Amount = | $4.50 | |
| 03/05/09 | ALL PACER | | DOCRETRI |
| | Amount = | $18.32 | |
| 03/05/09 | Printing | | DUP |
| | Amount = | $2.20 | |
| 03/05/09 | Printing | | DUP |
| | Amount = | $1.30 | |
| 03/05/09 | Printing | | DUP |
| | Amount = | $1.00 | |
| 03/06/09 | DELIVERY EXPENSE 3/5/09 | | MESS |
| | Amount = | $6.40 | |
| 03/09/09 | Photocopies | | DUP |
| | Amount = | $280.80 | |
| 03/09/09 | ALL PACER | | DOCRETRI |
| | Amount = | $3.20 | |
| 03/09/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.96 | |
| 03/09/09 | Postage | | POST |
| | Amount = | $128.51 | |
| 03/10/09 | DELIVERY EXPENSE 3/9/09 | | MESS |
| | Amount = | $83.20 | |
| 03/11/09 | ALL PACER | | DOCRETRI |
| | Amount = | $1.12 | |
| 03/12/09 | 2128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 03/13/09 | Photocopies | | DUP |
| | Amount = | $64.20 | |
| 03/13/09 | ALL PACER | | DOCRETRI |
| | Amount = | $10.40 | |
| 03/13/09 | Postage | | POST |
| | Amount = | $82.66 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 20, 2009  
Invoice 328685  
Page 22  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/16/09 | DELIVERY EXPENSE 3/13-3/14/09 | | MESS |
| | Amount = | $7.70 | |
| 03/16/09 | Messenger and delivery - 3/13/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | Amount = | $51.30 | |
| 03/16/09 | Messenger and delivery - 3/13/09, 27 AFTER HOURS DELIVERIES, BJW | | MESS |
| | Amount = | $162.00 | |
| 03/16/09 | Messenger and delivery - 3/13/09, MARGOLIS EDELSTEIN, BJW | | MESS |
| | Amount = | $16.00 | |
| 03/18/09 | ALL PACER | | DOCRETRI |
| | Amount = | $3.60 | |
| 03/18/09 | ALL PACER | | DOCRETRI |
| | Amount = | $31.36 | |
| 03/18/09 | PACER | | DOCRETRI |
| | Amount = | $0.80 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $2.00 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $1.80 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $4.40 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $1.20 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $9.40 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $7.50 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $1.60 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $4.00 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $7.30 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $4.90 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 20, 2009  
Invoice 328685  
Page 23  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/18/09 | Printing | | DUP |
| | Amount = | $6.20 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $6.60 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $7.60 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $1.30 | |
| 03/18/09 | Printing | | DUP |
| | Amount = | $2.30 | |
| 03/19/09 | Photocopies | | DUP |
| | Amount = | $1.40 | |
| 03/19/09 | Photocopies | | DUP |
| | Amount = | $138.20 | |
| 03/19/09 | Photocopies | | DUP |
| | Amount = | $22.60 | |
| 03/19/09 | ALL PACER | | DOCRETRI |
| | Amount = | $2.08 | |
| 03/19/09 | ALL PACER | | DOCRETRI |
| | Amount = | $4.32 | |
| 03/19/09 | Postage | | POST |
| | Amount = | $73.27 | |
| 03/19/09 | Printing | | DUP |
| | Amount = | $1.00 | |
| 03/19/09 | Printing | | DUP |
| | Amount = | $1.20 | |
| 03/20/09 | Photocopies | | DUP |
| | Amount = | $214.70 | |
| 03/20/09 | Photocopies | | DUP |
| | Amount = | $164.50 | |
| 03/20/09 | Messenger and delivery 3/19/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | Amount = | $51.30 | |
| 03/20/09 | Messenger and delivery 3/19/09, 26 AFTER HOURS DELIVERIES, BJW | | MESS |
| | Amount = | $156.00 | |
| 03/20/09 | Postage | | POST |
| | Amount = | $122.60 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 20, 2009  
Invoice 328685  
Page 24  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 03/20/09 | Postage | | POST |
| | Amount = | $25.31 | |
| 03/20/09 | Printing | | DUP |
| | Amount = | $6.60 | |
| 03/20/09 | Printing | | DUP |
| | Amount = | $9.10 | |
| 03/20/09 | Printing | | DUP |
| | Amount = | $6.40 | |
| 03/20/09 | Printing | | DUP |
| | Amount = | $8.60 | |
| 03/23/09 | DELIVERY EXPENSE 3/20/09 | | MESS |
| | Amount = | $73.60 | |
| 03/23/09 | Messenger and delivery 3/20/09, MORRIS NICHOLS, BJW | | MESS |
| | Amount = | $6.00 | |
| 03/23/09 | Messenger and delivery 3/20/09, US TRUSTEE, BJW | | MESS |
| | Amount = | $6.00 | |
| 03/24/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.24 | |
| 03/24/09 | ALL PACER | | DOCRETRI |
| | Amount = | $2.96 | |
| 03/25/09 | Photocopies | | DUP |
| | Amount = | $34.20 | |
| 03/25/09 | ALL PACER | | DOCRETRI |
| | Amount = | $1.04 | |
| 03/25/09 | ALL PACER | | DOCRETRI |
| | Amount = | $22.64 | |
| 03/25/09 | Printing | | DUP |
| | Amount = | $1.10 | |
| 03/25/09 | Printing | | DUP |
| | Amount = | $2.30 | |
| 03/25/09 | Printing | | DUP |
| | Amount = | $2.60 | |
| 03/26/09 | BINDING 3/19-3/25 | | BIND |
| | Amount = | $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 20, 2009  
Invoice 328685  
Page 25  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 03/27/09 | SECRETARIAL OT THRU 3/31/09 | | OT |
| | Amount = | $47.68 | |
| 03/31/09 | Photocopies | | DUP |
| | Amount = | $32.00 | |
| 03/31/09 | DELIVERY EXPENSE 3/30/09 | | MESS |
| | Amount = | $3.20 | |
| 03/31/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.56 | |
| 03/31/09 | Postage | | POST |
| | Amount = | $8.67 | |
| 03/31/09 | Printing | | DUP |
| | Amount = | $5.80 | |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $2,370.03