# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| NORTEL NETWORKS, INC., | : Case No. 09-10138(KG) |
| Debtor. | : |

## REQEUST OF CREDITOR THE INTECH GROUP, INC. FOR SERVICE OF NOTICES PURSUANT TO BANKRUPTCY RULE 2002(g)

TO THE CLERK:

Pursuant to Bankruptcy Rule 2002(g), creditor The InTech Group, Inc. hereby requests that The InTech Group, Inc. receive all notices given or required to be given, and that all papers served or required to be served in the above-captioned case be also given to and served upon it, whether electronically or otherwise, as follows:

Ernie Holling, President
The InTech Group, Inc.
305 Exton Commons
Exton, PA 19341
(610) 423-6754
E-mail: holling@intech-group.com

Date: 24 APR 2009      By: _____
Ernie Holling, President
The InTech Group, Inc.