

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE
### PROOF OF CLAIM

*In the matter of:*

**Nortel Networks Inc. et., al.,**　　　　　　　　　　　　*Docket No.:* **09-10138 KG**
　　　　　　　　　　　　　　　　　　　　　　　　　　*Jointly Administered*

　　　　Debtor　　　　　　　　　　　　　　　　　　　　*In Chapter 11 Proceedings*

1. This proof is made for the claimant named below by the undersigned individual who is duly authorized to make this claim on behalf of the claimant, which is:

    **STATE OF NEW JERSEY
    DIVISION OF TAXATION
    COMPLIANCE ACTIVITY
    PO BOX 245
    TRENTON, NEW JERSEY 08695**

2. The debtor was, After the time of the filing of the petition initiating this case, and still is indebted (or liable) to this claimant by reason of failure to pay New Jersey State taxes due, as shown on the itemized schedule attached hereto.

3. This claim, in the amount of **$31,302.73** does include penalties accrued under applicable law, and no part of the foregoing amount has been paid, and the entire amount is due and payable.

4. This claim is not subject to any set-off or counterclaim, and no note has been received for said debt, and no security other than that provided by statute is held therefor.

5. This is filed as a(n) **ADMINISTRATIVE PROOF OF CLAIM.**

    Dated: 4-20-09　　　　Signed: _____
    　　　　　　　　　　　　　　　　MICHAEL READING
    　　　　　　　　　　　　　　　　*Authorized Agent*
    　　　　　　　　　　　　　　　　*For the N.J. Division of Taxation*

*United States Bankruptcy Court,*　　ID No: 042-486-332/000  MO　　Anne Milgram
824 N. Market Street　　　　　　　　　　770-429-769/000　　　　　*Attorney General Office*
3th Floor　　　　　　　　　　　　　　　　510-266-286/000　　　　　*R.J. Hughes Justice Complex*
Wilmington, Delaware 19801　　　　　　　　　　　　　　　　　　　*P.O. Box 106*
*Liability Assessed Upon Completion of Audit*　　　　　　　　　　*Trenton, NJ 08625*

*Enclosure: Schedule of Liabilities*



|  |  |
|---|---|
| JON S. CORZINE<br>GOVERNOR | STATE OF NEW JERSEY<br>DEPARTMENT OF THE TREASURY<br>DIVISION OF TAXATION<br>PO BOX 269<br>TRENTON, NJ 08695-0269<br>April 16, 2009 | BRADLEY I. ABELOW<br>STATE TREASURER |

**B TAXPAYER: 042-486-332/000 NORTEL NETWORKS INC.**       **CASE NO: 076**

### SCHEDULE OF LIABILITIES

| TAX TYPE | PERIOD END | TAX ITEM TYPE | LIABILITY | INTEREST | AMOUNT CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|
| S&U | 01/09-03/09 | AUDIT | 10,000.00 | 0.00 | 0.00 | 10,000.00 |
|  |  | **S&U AUDIT** | **TOTAL** |  |  | **10,000.00** |
| S&U | 03-09 | DEF | 365,280.93 | 123.57 | 344096.77 | 21,307.73 |
|  |  |  | **CBT AUDIT TOTAL** |  |  | **21,307.73** |
|  |  |  | **TOTAL AMOUNT** |  |  | **31,307.73** |

**NOTES**
Delinquent: No Return - Estimated Liability
Deficient:   Underpayment
AUDIT:       Assessment

IN REPLY REFER TO:
MIRIAM OWENS
NJ DIVISION OF TAXATION
BANKRUPTCY SECTION
P O BOX 245
TRENTON NJ 08695-0245