# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2009 Through March 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $ 26.00 |
| Transcripts | | 712.60 |
| Photos/Art/ Spec Duplicating | | 9,720.66 |
| Meals | | 333.00 |
| Messenger Service | | 87.00 |
| Courier/Delivery Service | | 3,469.21 |
| Computer Research | Lexis | 20.65 |
| Duplicating | In Office | 454.50 |
| Facsimile | | 1,663.50 |
| Postage | | 46.01 |
| Pacer | | 143.84 |
| **Grand Total Expenses** | | **$16,676.97** |

Error! Unknown document property name.

```
Nortel Networks, Inc.                    PRO FORMA  224575         AS OF 03/31/09              INVOICE# ******
63989-DIP
DATE: 04/23/09 16:11:14
```

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 696340 | 03/05/09 | B | 26.00 | Court Costs - U.S. BANKRUPTCY COURT` CD TRANSCRIPT OF HEARING 03/05/09 | 503 | 322 | 159235 |
| 701867 | 03/20/09 | B | 204.85 | Transcripts - PERFECT PAGES TRANSCRIPTION & REPORTING, INC.` CASE #09-10138 - FED COURT, EMAIL COPY, AND SHIPPING/ HANDLING - 03/20/09 | 506 | 833 | 160037 |
| 700527 | 03/26/09 | B | 507.75 | Transcripts - WILCOX & FETZER, LTD` BANKRUPTCY COURT HEARING - ORIG & ONE COPY/ MIN-U-SCRIPT/ WORD INDEX EXPEDITED, AND HANDLING/ DELIVERY - 03/26/09 | 506 | 833 | 159913 |
| 696328 | 03/02/09 | B | 148.96 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTY MAILOUTS, AND ENVELOPES | 510 | 662 | 159223 |
| 696322 | 03/03/09 | B | 624.25 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` BANKRUPTY MAILOUTS AND ENVELOPES | 510 | 597 | 159217 |
| 696331 | 03/03/09 | B | 1,211.75 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTY MAILOUTS, AND ENVELOPES | 510 | 597 | 159226 |
| 696332 | 03/04/09 | B | 899.12 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTY MAILOUTS, AND ENVELOPES | 510 | 597 | 159227 |
| 696882 | 03/05/09 | B | 196.23 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 159305 |
| 696883 | 03/05/09 | B | 907.36 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 159306 |
| 698357 | 03/06/09 | B | 526.23 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTY MAILOUTS, AND ENVELOPES | 510 | 597 | 159550 |
| 698358 | 03/06/09 | B | 245.87 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTY MAILOUTS, AND ENVELOPES | 510 | 597 | 159551 |
| 698356 | 03/12/09 | B | 379.14 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTY MAILOUTS, AND ENVELOPES | 510 | 597 | 159549 |
| 698665 | 03/13/09 | B | 308.86 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 159620 |
| 698656 | 03/14/09 | B | 37.10 | Photos/Art/Spec Duplicating- Out of office - PARCELS INC.` CERTIFIED COPY OF PETITION FILED IN US BANKRUPTCY COURT CASE NO. 09-10138 | 510 | 658 | 159608 |

```
Nortel Networks, Inc.                          PRO FORMA   224575        AS OF 03/31/09                    INVOICE# ******
63989-DIP
DATE: 04/23/09 16:11:14
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 699430 | 03/20/09 | B | 546.83 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 159798 |
| 699429 | 03/20/09 | B | 680.55 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 159797 |
| 699428 | 03/23/09 | B | 669.79 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 159796 |
| 699938 | 03/24/09 | B | 1,457.45 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' HAND DELIVERIES AND BANKRUPTCY MAILOUTS | 510 | 597 | 159821 |
| 700724 | 03/26/09 | B | 393.09 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND MAILOUTS | 510 | 597 | 159946 |
| 701132 | 03/31/09 | B | 488.08 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160003 |
| 700188 | 03/05/09 | B | 145.00 | Meals - MOVABLE FEAST INC.` LUNCH FOR 8 PER T. DRISCOLL - 03/05/09 | 512 | 833 | 159873 |
| 697621 | 03/05/09 | B | 60.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 8 PER T. DRISCOLL - 03/05/09 | 512 | 833 | 159477 |
| 696452 | 03/05/09 | B | 53.00 | Meals - ANN CORDO` REIMBURSEMENT OF MEAL FROM THE EXCHANGE WITH ABBOTT AND J. DEMPSEY - 03/05/09 | 512 D. | 904 | 159251 |
| 701124 | 03/26/09 | B | 75.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 12 PER D. ABBOTT - 03/26/09 | 512 | 322 | 159995 |
| 696851 | 03/03/09 | B | 3.00 | Messenger Service | 513S | 546 | |
| 696840 | 03/03/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 696859 | 03/03/09 | B | 3.00 | Messenger Service | 513S | 833 | |
| 696900 | 03/04/09 | B | 3.00 | Messenger Service | 513S | 322 | |
| 696878 | 03/04/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 700821 | 03/09/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 701211 | 03/16/09 | B | 3.00 | Messenger Service | 513S | 833 | |
| 701753 | 03/17/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 701775 | 03/18/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 701767 | 03/18/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 701773 | 03/18/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 701786 | 03/19/09 | B | 3.00 | Messenger Service | 513S | 833 | |

```
Nortel Networks, Inc.                           PRO FORMA  224575         AS OF 03/31/09                          INVOICE# ******
63989-DIP
DATE: 04/23/09 16:11:14

INDEX   DATE     STAT  AMOUNT  DESCRIPTION                                        CODE  TKPER  VOUCHER
701789  03/19/09  B     3.00   Messenger Service                                  513S   651
701847  03/23/09  B     3.00   Messenger Service                                  513S   546
701833  03/23/09  B     6.00   Messenger Service                                  513S   833
701888  03/25/09  B     9.00   Messenger Service                                  513S   833
701862  03/25/09  B     3.00   Messenger Service                                  513S   546
701909  03/25/09  B     3.00   Messenger Service                                  513S   597
701875  03/25/09  B     3.00   Messenger Service                                  513S   546
701876  03/25/09  B     6.00   Messenger Service                                  513S   546
701914  03/27/09  B     9.00   Messenger Service                                  513S   651
702093  03/31/09  B     9.00   Messenger Service                                  513S   597
698294  03/02/09  B    89.93   Courier/Delivery Service BLUE MARBLE LOGISTI LLC    514   000
696086  03/02/09  B    14.15   Courier/Delivery Service                            514   338    159520
696087  03/02/09  B    14.15   Courier/Delivery Service                            514   338    159189
696088  03/02/09  B     9.60   Courier/Delivery Service                            514   338    159189
696089  03/02/09  B     9.60   Courier/Delivery Service                            514   338    159189
696090  03/02/09  B     9.60   Courier/Delivery Service                            514   338    159189
696091  03/02/09  B    15.69   Courier/Delivery Service                            514   338    159189
696146  03/02/09  B     9.60   Courier/Delivery Service                            514   338    159189
696140  03/02/09  B     9.60   Courier/Delivery Service                            514   338    159189
696141  03/02/09  B    13.77   Courier/Delivery Service                            514   338    159189
696142  03/02/09  B    14.15   Courier/Delivery Service                            514   338    159189
696143  03/02/09  B    11.36   Courier/Delivery Service                            514   338    159189
696144  03/02/09  B     9.60   Courier/Delivery Service                            514   338    159189
696145  03/02/09  B    24.15   Courier/Delivery Service                            514   338    159189
696134  03/02/09  B    14.15   Courier/Delivery Service                            514   338    159189
696135  03/02/09  B    16.23   Courier/Delivery Service                            514   338    159189
696136  03/02/09  B    15.69   Courier/Delivery Service                            514   338    159189
696137  03/02/09  B    15.69   Courier/Delivery Service                            514   338    159189
696138  03/02/09  B    13.77   Courier/Delivery Service                            514   338    159189
696139  03/02/09  B     9.60   Courier/Delivery Service                            514   338    159189
696128  03/02/09  B    16.23   Courier/Delivery Service                            514   338    159189
696129  03/02/09  B    15.69   Courier/Delivery Service                            514   338    159189
696130  03/02/09  B    15.69   Courier/Delivery Service                            514   338    159189
696131  03/02/09  B    13.77   Courier/Delivery Service                            514   338    159189
696132  03/02/09  B     9.60   Courier/Delivery Service                            514   338    159189
```

Nortel Networks, Inc.
63989-DIP
DATE: 04/23/09 16:11:14

PRO FORMA   224575         AS OF 03/31/09                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 696133 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696122 | 03/02/09 | B | 13.77 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696123 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696124 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696125 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696126 | 03/02/09 | B | 13.77 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696127 | 03/02/09 | B | 15.69 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696116 | 03/02/09 | B | 13.77 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696117 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696118 | 03/02/09 | B | 14.15 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696119 | 03/02/09 | B | 13.05 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696120 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696121 | 03/02/09 | B | 13.77 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696110 | 03/02/09 | B | 14.15 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696111 | 03/02/09 | B | 15.69 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696112 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696113 | 03/02/09 | B | 14.15 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696114 | 03/02/09 | B | 15.69 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696115 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696104 | 03/02/09 | B | 15.69 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696105 | 03/02/09 | B | 15.69 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696106 | 03/02/09 | B | 15.69 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696107 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696108 | 03/02/09 | B | 15.69 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696109 | 03/02/09 | B | 15.19 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696098 | 03/02/09 | B | 15.19 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696099 | 03/02/09 | B | 11.36 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696100 | 03/02/09 | B | 13.77 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696101 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696102 | 03/02/09 | B | 15.19 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696103 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696092 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696093 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696094 | 03/02/09 | B | 13.77 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696095 | 03/02/09 | B | 11.36 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696096 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696097 | 03/02/09 | B | 9.60 | Courier/Delivery Service | 514 | 338 | 159189 |
| 696445 | 03/03/09 | B | 9.60 | Courier/Delivery Service | 514 | 000 | 159249 |

```
Nortel Networks, Inc.                                    PRO FORMA  224575         AS OF 03/31/09                                    INVOICE# *******
63989-DIP
DATE: 04/23/09 16:11:14

INDEX   DATE      STAT  AMOUNT  DESCRIPTION                                         CODE  TKPER  VOUCHER
696446  03/03/09   B     9.60   Courier/Delivery Service                             514   000   159249
696584  03/04/09   B    42.49   Courier/Delivery Service                             514   000   159283
696688  03/04/09   B    15.69   Courier/Delivery Service                             514   597   159284
696689  03/04/09   B    17.52   Courier/Delivery Service                             514   597   159284
698305  03/04/09   B    49.05   Courier/Delivery Service BLUE MARBLE LOGISTI LLC     514   597   159520
696682  03/04/09   B    13.77   Courier/Delivery Service                             514   833   159284
696683  03/04/09   B    15.69   Courier/Delivery Service                             514   833   159284
696684  03/04/09   B    13.77   Courier/Delivery Service                             514   833   159284
696685  03/04/09   B    15.19   Courier/Delivery Service                             514   833   159284
696686  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696687  03/04/09   B    15.69   Courier/Delivery Service                             514   833   159284
696676  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696677  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696678  03/04/09   B    15.69   Courier/Delivery Service                             514   833   159284
696679  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696680  03/04/09   B    11.36   Courier/Delivery Service                             514   833   159284
696681  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696670  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696671  03/04/09   B    15.69   Courier/Delivery Service                             514   833   159284
696672  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696673  03/04/09   B    13.77   Courier/Delivery Service                             514   833   159284
696674  03/04/09   B    13.05   Courier/Delivery Service                             514   833   159284
696675  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696664  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696665  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696666  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696667  03/04/09   B    13.77   Courier/Delivery Service                             514   833   159284
696668  03/04/09   B    14.15   Courier/Delivery Service                             514   833   159284
696669  03/04/09   B    11.36   Courier/Delivery Service                             514   833   159284
696658  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696659  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696660  03/04/09   B    14.15   Courier/Delivery Service                             514   833   159284
696661  03/04/09   B    14.15   Courier/Delivery Service                             514   833   159284
696662  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696663  03/04/09   B     9.60   Courier/Delivery Service                             514   833   159284
696652  03/04/09   B    13.77   Courier/Delivery Service                             514   833   159284
696653  03/04/09   B    15.69   Courier/Delivery Service                             514   833   159284
696654  03/04/09   B    15.69   Courier/Delivery Service                             514   833   159284
```

Nortel Networks, Inc.
63989-DIP
DATE: 04/23/09 16:11:14

PRO FORMA  224575        AS OF 03/31/09                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 696655 | 03/04/09 | B | 15.69 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696656 | 03/04/09 | B | 13.77 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696657 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696646 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696647 | 03/04/09 | B | 13.77 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696648 | 03/04/09 | B | 13.77 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696649 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696650 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696651 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696640 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696641 | 03/04/09 | B | 15.69 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696642 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696643 | 03/04/09 | B | 15.69 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696644 | 03/04/09 | B | 15.19 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696645 | 03/04/09 | B | 14.15 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696634 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696635 | 03/04/09 | B | 11.36 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696636 | 03/04/09 | B | 13.77 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696637 | 03/04/09 | B | 15.19 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696638 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696639 | 03/04/09 | B | 15.69 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696628 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696629 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696630 | 03/04/09 | B | 13.77 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696631 | 03/04/09 | B | 11.36 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696632 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696633 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696622 | 03/04/09 | B | 14.15 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696623 | 03/04/09 | B | 14.15 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696624 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696625 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696626 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 696627 | 03/04/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159284 |
| 698295 | 03/04/09 | B | 49.05 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 159520 |
| 696581 | 03/04/09 | B | 42.49 | Courier/Delivery Service | 514 | 833 | 159283 |
| 696582 | 03/04/09 | B | 42.49 | Courier/Delivery Service | 514 | 833 | 159283 |
| 696583 | 03/04/09 | B | 42.49 | Courier/Delivery Service | 514 | 833 | 159283 |
| 696621 | 03/04/09 | B | 11.36 | Courier/Delivery Service | 514 | 833 | 159284 |

```
Nortel Networks, Inc.                          PRO FORMA    224575              AS OF 03/31/09                                    INVOICE# ******
63989-DIP
DATE: 04/23/09 16:11:14

INDEX   DATE      STAT  AMOUNT  DESCRIPTION                                      CODE  TKPER  VOUCHER
697323  03/04/09  B     34.25   Courier/Delivery Service                         514   833    159385
696690  03/05/09  B      9.60   Courier/Delivery Service                         514   000    159284
697935  03/10/09  B      9.60   Courier/Delivery Service                         514   000    159507
700229  03/14/09  B     15.00   Courier/Delivery Service BLUE MARBLE LOGISTI LLC 514   000    159890
700894  03/16/09  B     10.50   Courier/Delivery Service BLUE MARBLE LOGISTI LLC 514   597    159977
698999  03/17/09  B      9.60   Courier/Delivery Service                         514   000    159704
699000  03/17/09  B     15.69   Courier/Delivery Service                         514   000    159704
699113  03/18/09  B      9.60   Courier/Delivery Service                         514   597    159743
699115  03/18/09  B      9.60   Courier/Delivery Service                         514   597    159743
699728  03/18/09  B     42.49   Courier/Delivery Service                         514   833    159810
700892  03/19/09  B     62.50   Courier/Delivery Service BLUE MARBLE LOGISTI LLC 514   904    159977
699112  03/19/09  B     13.77   Courier/Delivery Service                         514   000    159743
699114  03/19/09  B     25.71   Courier/Delivery Service                         514   000    159743
700463  03/24/09  B     12.06   Courier/Delivery Service                         514   000    159903
700464  03/24/09  B      9.60   Courier/Delivery Service                         514   000    159903
700465  03/24/09  B      9.60   Courier/Delivery Service                         514   000    159903
700533  03/24/09  B     42.49   Courier/Delivery Service                         514   000    159920
700534  03/24/09  B     47.66   Courier/Delivery Service                         514   000    159920
700535  03/24/09  B     42.49   Courier/Delivery Service                         514   000    159920
700536  03/24/09  B     42.49   Courier/Delivery Service                         514   000    159920
700462  03/24/09  B      9.60   Courier/Delivery Service                         514   000    159903
700451  03/24/09  B     13.77   Courier/Delivery Service                         514   833    159903
700452  03/24/09  B     15.69   Courier/Delivery Service                         514   833    159903
700453  03/24/09  B     13.77   Courier/Delivery Service                         514   833    159903
700454  03/24/09  B     15.19   Courier/Delivery Service                         514   833    159903
700455  03/24/09  B      9.60   Courier/Delivery Service                         514   833    159903
700456  03/24/09  B     15.69   Courier/Delivery Service                         514   833    159903
700445  03/24/09  B      9.60   Courier/Delivery Service                         514   833    159903
700446  03/24/09  B      9.60   Courier/Delivery Service                         514   833    159903
700447  03/24/09  B     15.69   Courier/Delivery Service                         514   833    159903
700448  03/24/09  B      9.60   Courier/Delivery Service                         514   833    159903
700449  03/24/09  B      9.60   Courier/Delivery Service                         514   833    159903
700450  03/24/09  B      9.60   Courier/Delivery Service                         514   833    159903
700439  03/24/09  B      9.60   Courier/Delivery Service                         514   833    159903
700440  03/24/09  B     15.69   Courier/Delivery Service                         514   833    159903
700441  03/24/09  B      9.60   Courier/Delivery Service                         514   833    159903
700442  03/24/09  B     13.77   Courier/Delivery Service                         514   833    159903
700443  03/24/09  B     13.05   Courier/Delivery Service                         514   833    159903
```

```
Nortel Networks, Inc.                              PRO FORMA   224575        AS OF 03/31/09                            INVOICE# ******
63989-DIP
DATE: 04/23/09 16:11:14

INDEX     DATE      STAT  AMOUNT  DESCRIPTION              CODE  TKPER  VOUCHER
700444    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700433    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700434    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700435    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700436    03/24/09  B      13.77  Courier/Delivery Service  514   833   159903
700437    03/24/09  B      14.15  Courier/Delivery Service  514   833   159903
700438    03/24/09  B      11.36  Courier/Delivery Service  514   833   159903
700427    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700428    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700429    03/24/09  B      14.15  Courier/Delivery Service  514   833   159903
700430    03/24/09  B      14.15  Courier/Delivery Service  514   833   159903
700431    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700432    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700421    03/24/09  B      13.77  Courier/Delivery Service  514   833   159903
700422    03/24/09  B      15.69  Courier/Delivery Service  514   833   159903
700423    03/24/09  B      15.69  Courier/Delivery Service  514   833   159903
700424    03/24/09  B      15.69  Courier/Delivery Service  514   833   159903
700425    03/24/09  B      13.77  Courier/Delivery Service  514   833   159903
700426    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700415    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700416    03/24/09  B      13.77  Courier/Delivery Service  514   833   159903
700417    03/24/09  B      13.77  Courier/Delivery Service  514   833   159903
700418    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700419    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700420    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700409    03/24/09  B      15.69  Courier/Delivery Service  514   833   159903
700410    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700411    03/24/09  B      13.77  Courier/Delivery Service  514   833   159903
700412    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700413    03/24/09  B      14.15  Courier/Delivery Service  514   833   159903
700414    03/24/09  B      13.05  Courier/Delivery Service  514   833   159903
700403    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700404    03/24/09  B      15.69  Courier/Delivery Service  514   833   159903
700405    03/24/09  B      15.19  Courier/Delivery Service  514   833   159903
700406    03/24/09  B      14.15  Courier/Delivery Service  514   833   159903
700407    03/24/09  B      15.69  Courier/Delivery Service  514   833   159903
700408    03/24/09  B       9.60  Courier/Delivery Service  514   833   159903
700397    03/24/09  B      13.77  Courier/Delivery Service  514   833   159903
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/23/09 16:11:14

PRO FORMA   224575        AS OF 03/31/09        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 700398 | 03/24/09 | B | 15.19 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700399 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700400 | 03/24/09 | B | 15.69 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700401 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700402 | 03/24/09 | B | 15.69 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700391 | 03/24/09 | B | 13.77 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700392 | 03/24/09 | B | 11.36 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700393 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700394 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700395 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700396 | 03/24/09 | B | 11.36 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700385 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700386 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700387 | 03/24/09 | B | 13.05 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700388 | 03/24/09 | B | 14.15 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700389 | 03/24/09 | B | 14.15 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700390 | 03/24/09 | B | 14.15 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700382 | 03/24/09 | B | 15.19 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700383 | 03/24/09 | B | 15.69 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700384 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700457 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700458 | 03/24/09 | B | 49.05 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 160278 |
| 700459 | 03/25/09 | B | 9.60 | Courier/Delivery Service | 514 | 000 | 159922 |
| 700460 | 03/26/09 | B | 1.50 | In-House Duplicating | 519 | 662 | |
| 700461 | 03/02/09 | B | 2.80 | In-House Duplicating | 519 | 662 | |
| 704202 | 03/02/09 | B | 2.60 | In-House Duplicating | 519 | 662 | |
| 700573 | 03/03/09 | B | 5.70 | In-House Duplicating | 519 | 662 | |
| 695796 | 03/03/09 | B | 12.90 | In-House Duplicating | 519 | 546 | |
| 695797 | 03/03/09 | B | 22.50 | In-House Duplicating | 519 | 546 | |
| 695798 | 03/03/09 | B | 4.80 | In-House Duplicating | 519 | 546 | |
| 695857 | 03/03/09 | B | 3.50 | In-House Duplicating | 519 | 546 | |
| 695851 | 03/03/09 | B | 3.20 | In-House Duplicating | 519 | 546 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 700457 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 700458 | 03/24/09 | B | 9.60 | Courier/Delivery Service | 514 | 833 | 159903 |
| 704202 | 03/25/09 | B | 49.05 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 160278 |
| 700573 | 03/26/09 | B | 9.60 | Courier/Delivery Service | 514 | 000 | 159922 |
| 695796 | 03/02/09 | B | 1.50 | In-House Duplicating | 519 | 662 | |
| 695797 | 03/02/09 | B | 2.80 | In-House Duplicating | 519 | 662 | |
| 695798 | 03/02/09 | B | 2.60 | In-House Duplicating | 519 | 662 | |
| 695857 | 03/03/09 | B | 5.70 | In-House Duplicating | 519 | 662 | |
| 695851 | 03/03/09 | B | 12.90 | In-House Duplicating | 519 | 546 | |
| 695852 | 03/03/09 | B | 22.50 | In-House Duplicating | 519 | 546 | |
| 695853 | 03/03/09 | B | 4.80 | In-House Duplicating | 519 | 546 | |
| 695854 | 03/03/09 | B | 3.50 | In-House Duplicating | 519 | 546 | |
| 695855 | 03/03/09 | B | 3.20 | In-House Duplicating | 519 | 546 | |

Nortel Networks, Inc.
63989-DIP
DATE: 04/23/09 16:11:14

PRO FORMA   224575                              AS OF 03/31/09                              INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 695856 | 03/03/09 | B | 2.10 | In-House Duplicating | 519 | 670 | |
| 696196 | 03/04/09 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 696197 | 03/04/09 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 696198 | 03/04/09 | B | 3.20 | In-House Duplicating | 519 | 597 | |
| 696199 | 03/04/09 | B | 7.80 | In-House Duplicating | 519 | 597 | |
| 696201 | 03/04/09 | B | 0.90 | In-House Duplicating | 519 | 662 | |
| 696204 | 03/04/09 | B | 7.90 | In-House Duplicating | 519 | 662 | |
| 696200 | 03/04/09 | B | 0.10 | In-House Duplicating | 519 | 833 | |
| 696202 | 03/04/09 | B | 4.00 | In-House Duplicating | 519 | 833 | |
| 696203 | 03/04/09 | B | 3.00 | In-House Duplicating | 519 | 904 | |
| 696759 | 03/05/09 | B | 18.90 | In-House Duplicating | 519 | 904 | |
| 696760 | 03/05/09 | B | 25.10 | In-House Duplicating | 519 | 662 | |
| 696762 | 03/05/09 | B | 2.20 | In-House Duplicating | 519 | 658 | |
| 696763 | 03/05/09 | B | 1.80 | In-House Duplicating | 519 | 623 | |
| 696761 | 03/05/09 | B | 51.60 | In-House Duplicating | 519 | 833 | |
| 696807 | 03/06/09 | B | 59.50 | In-House Duplicating | 519 | 597 | |
| 698282 | 03/13/09 | B | 83.20 | In-House Duplicating | 519 | 605 | |
| 698256 | 03/13/09 | B | 1.40 | In-House Duplicating | 519 | 597 | |
| 698605 | 03/16/09 | B | 3.00 | In-House Duplicating | 519 | 597 | |
| 698604 | 03/16/09 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 698851 | 03/18/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 698852 | 03/18/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 698853 | 03/18/09 | B | 0.40 | In-House Duplicating | 519 | 670 | |
| 698854 | 03/18/09 | B | 2.80 | In-House Duplicating | 519 | 597 | |
| 698961 | 03/19/09 | B | 2.80 | In-House Duplicating | 519 | 833 | |
| 698962 | 03/19/09 | B | 10.70 | In-House Duplicating | 519 | 833 | |
| 698963 | 03/19/09 | B | 7.00 | In-House Duplicating | 519 | 833 | |
| 699159 | 03/20/09 | B | 1.50 | In-House Duplicating | 519 | 658 | |
| 699499 | 03/23/09 | B | 20.00 | In-House Duplicating | 519 | 605 | |
| | | | 25.20 | In-House Duplicating | 519 | | |

```
Nortel Networks, Inc.                          PRO FORMA   224575           AS OF 03/31/09                                    INVOICE# ******
63989-DIP
DATE: 04/23/09 16:11:14

INDEX   DATE      STAT  AMOUNT  DESCRIPTION                                              CODE  TKPER  VOUCHER
699772  03/24/09   B      2.60  In-House Duplicating                                      519   546
699773  03/24/09   B      1.20  In-House Duplicating                                      519   546
699775  03/24/09   B      1.80  In-House Duplicating                                      519   546
699774  03/24/09   B      1.50  In-House Duplicating                                      519   658
699776  03/24/09   B      5.10  In-House Duplicating                                      519   833
700139  03/25/09   B      1.20  In-House Duplicating                                      519   546
700507  03/26/09   B     26.80  In-House Duplicating                                      519   605
700506  03/26/09   B      5.50  In-House Duplicating                                      519   658
700801  03/30/09   B      0.30  In-House Duplicating                                      519   662
697112  03/07/09   B     35.20  Postage                                                   520   597
699519  03/17/09   B      3.22  Postage                                                   520   597
700659  03/24/09   B      2.53  Postage                                                   520   833
700671  03/27/09   B      5.06  Postage                                                   520   904
696337  03/03/09   B    420.75  Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX          522H  597   159232
696885  03/04/09   B    441.00  Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX          522H  597   159308
699064  03/18/09   B    437.75  Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX          522H  597   159735
700721  03/25/09   B    364.00  Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX          522H  597   159943
702054  03/02/09   B     20.65  Lexis Research Performed by: Thomas F. Driscoll, III      527   833
709916  03/31/09   B    143.84  Pacer charges for the month of March                      529   000
                    ──────────
                    16,676.97
                    ══════════
```