# EXHIBIT 1

RLF1-3391500-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |
| ) | **Re: Docket No. ____** |

**ORDER APPROVING FOURTH STIPULATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL., PURSUANT TO LOCAL RULE 9013-1(M), EXTENDING THE TIME TO FILE A MOTION FOR RECONSIDERATION OF ORDER PURSUANT TO 11 U.S.C. § 105(A) APPROVING CROSS-BORDER COURT-TO-COURT PROTOCOL**

AND NOW, upon consideration of the Stipulation[2] attached hereto as Exhibit A, and good cause appearing for the approval thereof, it is hereby:

ORDERED, that the Stipulation is APPROVED; and it is further

ORDERED, the Court shall retain jurisdiction over the implementation and enforcement of the Stipulation and this Order.

Dated: _____, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Terms not defined herein shall have the meanings attributed to them in the Stipulation.