## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Second Notice Of Rejection Of Contracts And/Or Personal Property Leases By Debtors And Debtors In Possession** was caused to be made on April 30, 2009, in the manner indicated upon the entities identified below and on the attached service lists.

Dated:  April 30, 2009

Ann C. Cordo (No. 4817)

## VIA OVERNIGHT MAIL

Accenture LLP
Attn: Legal Group
161 North Clark Street
Chicago, IL  60601

Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY  10036

2869656.1