## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To Section 365(d)(4) Of The Bankruptcy Code To Extend The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Nonresidential Real Property** was caused to be made on April 30, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: April 30, 2009

_____
Andrew R. Remming (No. 5120)

2870133.1