# SERVICE LIST

**VIA FIRST CLASS MAIL**

Michael H. Kritz
7884 BR LLC
256 Delta Drive
Mandeville, LA  70448

Moberly Properties, LLC
c/o Dixie Development
3715 N. Business Drive
Suite 201
Fayetville, AR  72703

Genesis Building Ltd.
c/o The Dalad Group
6055 Rockside Woods Blvd.
Suite 100
Independence, OH  44131

Omaha Plaza Investments, LLC
14301 FNB Parkway
Suite 100
Omaha, NE  68154

Michael Wells
Technology Center Associates, L.P.
c/o REI Real Estate Serv. LLC
11711 N. Pennsylvania Street
Suite 200
Carmel, IN  46032

Attn:  Property Manager
Duke Realty Ohio
5600 Blazer Pkwy.
Suite 100
Dublin, OH  43017

New Boston 175 Capital LLC
c/o New Boston Fund, Inc.
60 State Street
Suite 1500
Boston, MA  02109

Attn:  Asset Manager
Behringer Harvard TIC Mngmt Services LP
15601 Dallas Parkway
Suite 600
Addison, TX  75001

Attn:  Asset Management
St. Paul Properties, Inc.
385 Washington Street
St. Paul, MN  55102-1309

One Capital Mall Investors, L.P.
7700 College Town Drive
Suite 101
Sacramento, CA  95826

Faulkner Hinton/Ormsby II, LLC
c/o Talcott III Ormsby, LLC
One Financial Plaza
Hartford, CT  06103

Barbara Sell, Director
Corporate Accounts
The Regus Group LLC
12601 Deerfield Pkwy.
Suite 100
Alpharetta, GA  30005

Marc Leonard Ripp, Esq.
10 Sylvan SPE LLC
c/o Mack-Cali Realty Corp.
The Gale Company
100 Campus Dr.
Suite 200
Florham Park, NJ  07932

John E. Anderson
Duesenberg Investment Company
1800 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067

Attn:  Business Manager
The Bonham Golf and Country Club
501 West Russell Avenue
Bonham, TX  75418

Janell Cain, City Secretary
City of Bonham
301 East Fifth Street
Bonham, TX  75418

Attn:  General Manager
Woodfield Holdings PT, LLC
c/o Lincoln Property Company
475 N. Martingale Road
Suite 280
Schaumburg, IL  60173

Attn:  Asset Manager
Tomorrow 35 Century, LP
330 Garfield Street
Santa Fe, NM  87501

Riverdale Office Properties Partnership
100 Morgan Keegan Drive
Suite 400
Little Rock, AR  72202-2210

Attn: Corp. Trust Admin.
(ZSF/Research Network Trust)
U.S. Bank National Association
One Federal Street
Boston, MA  02111

Attn: VP of Asset Mgmt
iStar CTL North Glenville - Richardson LLC
c/o iStar Financial Inc.
One Galleria Tower
13355 Noel Road
Suite 900
Dallas, TX  75240

Pineview Associates
c/o Ciminelli Dev. Co., Inc.
350 Essjay Road
Suite 101
Williamsville, NY  14221

Willard T. Anderson Properties
125 Wolf Road
Albany, NY  12205

Attn: Property Manager
Campbell Creek Ltd.
4099 McEwen Road
Suite 370
Dallas, TX  75244

Sunset Land Company, LLC
One Annabel Lane
Suite 201
San Ramon, CA  94583

Attn: AVP Portfolio Mngmt
USAA Stratum Executive Center Joint Venture
9830 Colonnade Blvd.
Suite 600
San Antonio, TX  78230

Thomas Hinds, General Manager
Metropolitan Tulsa Investments LLC
Two West Second Street
Suite 22
Tulsa, OK  74103

COARE Brookfield Lakes, LLC
c/o CORE Realty Holdings Mngmt, Inc.
c/o Hammes Company
18000 West Sarah Lane
Suite 250
Brookfield, WI  53045

West Colony Office Associates, LP
c/o Terrus Real Estate Group
1200 Valley West Drive
Suite 304-06
West Des Moines, IA  50266

Teachers Insurance and
    Annuity Association of America
c/o NorthMarq Real Estate Services
8400 Normandale Lake Blvd.
Suite 320
Minneapolis, MN  55437

c/o Gutierrez Company
Technology Park X Limited Partnership
One Wall Street
Burlington, MA  01803

Joseph B. Dobronyi, Jr.
Coliseum Transfer Inc.
c/o J.P. Morgan Invest., Inc.
522 Fifth Avenue
9th Floor
New York, NY  10036

The Plaza CP LLC
c/o Cont'l Development Corp.
2041 Rosecrans Avenue
El Segundo, CA  90245-0916

Omega Corporate Center, LP
Eleven Parkway Center
Suite 300
Pittsburgh, PA  15220

The Irvine Company LLC
18500 Von Karman Avenue
Suite 120
Irvine, CA  92612

Metropark South LLC
c/o Denholz Associates
1600 St. Georges Avenue
P.O. Box 1234
Rahway, NJ  07065

RP Sam Houston Plaza, LP
c/o Moody Rambin Office Serv.
519 N. Sam Houston Pkwy E.
Suite 100
Houston, TX  77060

Travis Maune, Senior Manager
I & G Direct Real Estate 18, LP
c/o Colliers Turley Martin Tucker
622 Emerson Road
Suite 320
St. Louis, MO  63141

Deka Immobilien Investment GmbH
c/o Cassidy & Pinkard Colliers
2980 Fairview Park Dr.
Falls Chruch, VA  22042

IGD Properties, Corp.
1510 FD Roosevelt Avenue
Suite 11-B-1
Guaynabo, PR  00968

East Camelback Road, Inc.
c/o Morgan Stanley
US Real Estate Investing Div.
555 California Street
Suite 2100
San Francisco, CA  94104

Attn:  General Counsel
UCM/SREP-Corporate Woods, LLC
c/o Stoltz Mngmt of DE, Inc.
725 Conshohocken State Rd.
Bala Cynwyd, PA  19004

Attn:  Damian Manolis
The Prudential Insurance
    Company of America
Four Embarcadero Center
Suite 2700
San Francisco, CA  94111

Attn:  Vice President &
Legal Counsel-Real Estate
Reckson Operating Partnership, LP
c/o Reckson Associates Realty Corp.
625 Reckson Plaza
Uniondale, NY  11556

Attn:  Lease Administrator
IPC Metrocenter, LLC
c/o IPC Real Estate Mngmt, LLC
303 N. Hurstbourne Pkwy
Suite 115
Louisville, KY  40222

Talcott II Alamo LP
One Financial Plaza
Hartford, CT  06103

Open Terrace Associates
c/o The Hinman Company
P.O. Box 50751
Kalamazoo, MI  49005-0751

John Sischo
California State Teachers'
    Retirement System
c/o Thomas Properties Grp, LP
515 S. Flower Street
6th Floor
Los Angeles, CA  90071

Attn:  Chief Operating Officer
Two Towne Square, LLC
c/o REDICO Mngmt, Inc.
One Towne Square
Suite 1600
Southfield, MI  48076

Duke Realty Ohio
c/o Duke Realty Corporation
4555 Lake Forest Drive
Suite 400
Cincinnati, OH  45242

Gateway Associates, Ltd.
c/o The Boyer Group
90 South 400 West
Suite 200
Salt Lake City, UT  84101

William B. Alsup, III
Hines Riverfront Plaza LP
c/o Hines Interests LP
555 Thirteenth St., NW
Suite 1020 East
Washington, DC  20004-1109

Canal View Properties III, LLC
1465 Monroe Avenue
Rochester, NY  14618

485 Lexington Owner LLC
c/o SL Green Realty Co.
420 Lexington Ave.
New York, NY  10170

Attn:  Property Manager
101 Constitution Trust
101 Constitution Ave.
Suite L140
Washington, DC  20001

Attn:  Asset Management
13560 Morris Road Office Investors LLC
c/o UBS Realty Investors LLC
242 Trumbull Street
Hartford, CT  06103-1212

Attn:  Property Manager
Crescent Peakview Tower, LLC
c/o Crescent Real Estate Equities LP
6465 S. Greenwood Plaza Blvd.
Suite 150
Centennial, CO  80111

Tower 333 LLC
2800 Post Oak Blvd.
50th Floor
Houston, TX  77056

Attn:  Meadow Brook
Meadow Brook Office, LLC
c/o Daniel Realty Services, LLC
3595 Grandview Pkwy.
Suite 400
Birmingham, AL  35243

Flagler Development Company
10151 Deerwood Park Blvd.
Building 100, Suite 330
Jacksonville, FL  32256

John Will
JEK Enterprises, LLD
2224 First Landing Lane
Virginia Beach, VA  23451

Attn:  General Manager
Woodfield Holdings PT, LLC
c/o Lincoln Property Company
475 N. Martingale Road
Suite 280
Schaumburg, IL  60173

1500 Concord Terrace LP
TMW Weltfonds 1500 Concord Terrace LP
c/o Prudential Real Estate Investors
Two Ravinia Drive
Suite 400
Atlanta, GA  30353-3221


Attn:  Property Manager
New Boston 175 Capital Boulevard LP
Rappaport, Aserkoff & Gelles
60 State Street
Suite 1500
Boston, MA  02109

Attn:  Real Estate
CB Richard Ellis
500 E. Pratt Street
Suite 500
Baltimore, MD  21202

St. Paul Properties, Inc.
c/o Insignia ESG, Inc.
8705 SW Nimbus Avenue
Suite 230
Beaverton, OR  97008

Attn:  Property Manager
Faulkner Hinton & Associates, Inc.
9625 Ormsby Station Road
Louisville, KY  40223

Tomorrow 35 Century, L.P.
c/o Kennedy Wilson Properties, L.P.
1175 American Pacific Dr.
Suite G
Henderson, NV  89074

Joseph S. Magnano, Esq.
General Counsel
Centre Group LLC
105 East 17th Street
New York, NY  10003

Attn:  General Manager
iStar Financial Inc.
1114 Avenue of the Americas
New York, NY  10036

Campbell Creek Ltd.
c/o Granite Properties, Inc.
17950 Preston Road
Suite 320
Dallas, TX  75252

Attn:  Vice President –
- Property Mgmt
Crescent Resources, LLC
400 S. Tryon Street
Suite 1300
Charlotte, NC  28202

Attn:  Gian-Carlo M. Hankee
Corporate Counsel
The Plaza CP LLC
c/o Continental Development Corp.
2041 Rosecrans Ave.
El Segundo, CA  90245-0916

Attn:  Vice President, Operations –
   Office Properties
The Irvine Company LLC
P.O. Box 6370
Newport Beach, CA  92658-6370

Attn:  Joan Hayden
Prudential Real Estate Investors
8 Campus Drive
4th Floor, Arbor Circle South
Parsippany, NJ  07054

Attn:  Managing Director
Reckson Operating Partnership, LP
360 Hamilton Avenue
White Plains, NY  10601

Transwestern Commercial Services
300 Convent Street
Bank of America Plaza
San Antonio, TX  78205

Attn:  Vice President
- Property Mgmt
Thomas Properties Group
1835 Market Street
Suite 1720
Philadelphia, PA  19103

Attn:  Two Towne Square
   Property Manager
One Towne Square
Suite 180
Southfield, MI  48076

Attn:  Charles M. Baughn
Jason P. Maxwell, Esq.
Hines Interests LP
2800 Post Oak Blvd.
50th Floor
Houston, TX  77056-6118

Attn:  Property Manager
Jones Lang LaSalle Americas, Inc.
13560 Morris Road
Suite 4350
Alpharetta, GA  30022

Attn:  Managing Director, Asset
   Mgmt & Leasing
The Crescent
200 Crescent Court
Suite 200
Dallas, TX  75201

Attn:  Property Manager
Advantis Real Estate Services Company
10151 Deerwood Park Blvd.
Blvd. 200, Suite 115
Jacksonville, FL  32256

Attn:  Jim Marinello
Legal Department
Prudential Real Estate Investors
8 Campus Drive
4th Floor
Parsippany, NJ  07054-4493

New Boston 175 Capital Boulevard LP
c/o New Boston Management Services, Inc.
175 Capital Boulevard
Suite 200
Rocky Hill, CT  06067

Attn:  Chief Legal Officer
Behringer Harvard Funds
15601 Dallas Pkwy.
Suite 600
Addison, TX  75001

Attn: Nortel Networks
Pass-Through Trust
Series 2001-1
Wachovia Bank, fka First Union Bank
8739 Research Drive
NC 1075
Charlotte, NC  28262-1075

Attn:  Eric Anderson
Fullbright & Jaworski, LLP
1301 McKinney
Suite 5100
Houston, TX  77010-3095

Attn:  Director of Lease Administration
iStar Financial Inc.
3480 Preston Ridge Road
Suite 575
Alpharetta, GA  30005

Attn:  Andy Carper
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ  85004

Unire Real Estate Group, Inc.
1800 E. Imperial Highway
Suite 205
Brea, CA  92821

Attn:  Legal Department
Crescent Peakview Tower, LLC
200 Crescent Court
Suite 200
Dallas, TX  75201

Attn:  Christopher B. Price
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

Attn:  Legal Department
Volt Delta Resources, LLC
560 Lexington Avenue
New York, NY  10022

Time Warner Telecom of North Carolina, LP
3120 Highwoods Blvd.
Suite 214
Raleigh, NC  27604

Attn:  Real Estate Dept.
Raytheon Company
870 Winter Street
Waltham, MA  02451

```
LanceSoft
2325 Dulles Corner Boulevard
9th Floor
Herndon, VA   20170

Attn:  Facilities Department
Pediatrix Medical Group, Inc.
1301 Concord Terrace
Sunrise, FL   33323

Attn:  General Counsel
10475 Park Meadows Drive
Littleton, CO   80124

Attn:  Real Estate Coordinator
4055 Valley View Lane
Suite 110
Dallas, TX   75244

Attn:  Susan J. Borschel
Pillsbury Winthrop Shaw Pittman, LLP
1650 Tyson's Boulevard
Suite 1400
McLean, VA   22102

Attn:  Law Department
1301 Concord Terrace
Sunrise, FL   33323
```

**VIA FIRST CLASS MAIL - INTERNATIONAL**

```
c/o Gordon Davies
Nortel Networks Limited
195 West Mall Road
Toronto,   M9C 5K1
Ontario, Canada
```