## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof** was caused to be made on April 30, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: April 30, 2009

_____
Andrew R. Remming (No. 5120)

2870162.1