## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 105(a) Amending The Debtors' Case Caption** was caused to be made on April 30, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: April 30, 2009

_____
Andrew R. Remming (No. 5120)

2870327.1