**EXHIBIT A**

## Debtors' First Ordinary Course Professional Quarterly Statement for January 14 – March 31, 2009

| Ordinary Course Professional | Call Jensen & Ferrell | Ford & Harrison LLP | Helein & Marashlian LLC | Huddleston Bolen LLP | Native Discovery Solutions LLC |
|---|---|---|---|---|---|
| **Description of Services** | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation. | Labor and employment legal services. | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems. | Defense counsel for Debtors against breach of warranty and related claims pending in West Virginia state court. | Litigation consulting, project management, document hosting, eDiscovery services, production services and data storage. |
| **March Fees[1]** | $651.50[2] | $875.00 | $12,537.50 | $356.25[3] | $49,280.65 |
| **March Disbursements & Expenses** | $0.00 | $0.00 | $98.85 | $0.00 | $0.00 |
| **Total Fees to Date (excluding disbursements & expenses)** | **$651.50** | **$875.00** | **$12,537.50** | **$356.25** | **$49,280.65** |

---

[1]    The Debtors paid no postpetition fees, expenses or disbursements to Ordinary Course Professionals for January 14 – February 2009.  Certain inadvertent payments were made for prepetition amounts that the Debtors are seeking recovery of from the relevant Ordinary Course Professionals.  In February, the Debtors made a payment of $810.95 to Munck Carter for fees incurred in October 2008.  Munck Carter's postpetition fees have been paid and/or will be paid by the Debtors' Canadian affiliate, Nortel Networks Limited.  Therefore, Munck Carter has not filed a Rule 2014 Statement and the Debtors have made no payments to Munck Carter for postpetition legal services.  The Debtors have asked Munck Carter to disgorge the $810.95 payment.

[2]    The Debtors made a payment of $651.50 to Call Jensen & Ferrell for postpetition legal services prior to the filing of its statement pursuant to Federal Rule of Bankruptcy Procedure 2014 (the "Rule 2014 Statement").  Call Jensen & Ferrell has since filed its Rule 2014 Statement and the Debtors will make no further payments until the objection period has passed for such Rule 2014 Statement.

[3]    The Debtors made a payment of $356.25 to Huddleston Bolen LLP for postpetition legal services prior to the filing of its Rule 2014 Statement. Huddleston Bolen has since filed its Rule 2014 Statement and the Debtors will make no further payments until the objection period has passed for such Rule 2014 Statement.