IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
        Debtors. : Jointly Administered
:
----------------------------------------------------------X  Re: D.I. 677

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED**, that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
| --- | --- |
| June 11, 2009 | 2:00 p.m. (Eastern Time) |
| June 26, 2009 | 3:00 p.m. (Eastern Time) |
| July 7, 2009 | 11:00 a.m. (Eastern Time) |
| July 21, 2009 | 10:00 a.m. (Eastern Time) |
| August 4, 2009 | 10:00 a.m. (Eastern Time) |
| August. 18, 2009 | 10:00 a.m. (Eastern Time) |
| September 2, 2009 | 10:00 a.m. (Eastern Time) |
| September 16, 2009 | 10:00 a.m. (Eastern Time) |
| September 30, 2009 | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
      April 30, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.