IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                    :    Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
                                                           :
                    Debtors.                               :    Jointly Administered
                                                           :
                                                           :    RE: D.I. 24, 195, 371
                                                           :
------------------------------------------------------------X

**THIRD SUPPLEMENTAL DECLARATION OF JAMES L. BROMLEY IN SUPPORT OF APPLICATION AUTHORIZING EMPLOYMENT AND RETENTION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP AS COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

I, JAMES L. BROMLEY, do hereby declare as follows:

1.  I am a member of the firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb" or the "Firm") which maintains an office for the practice of law, among other places, at One Liberty Plaza, New York, New York 10006. I am an attorney at law admitted to practice before the courts of the State of New York, the United States Court of Appeals – Second, Third and Ninth Circuits, and the United States District Courts for the District of New Jersey and the Eastern and Southern Districts of New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. I submit this declaration (the "Third Supplemental Declaration") to supplement the Application For an Order Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP Nunc Pro Tunc to the Petition Date (D.I. 24) (the "Application"), filed on January 14, 2009, the declaration of James L. Bromley in support of and annexed as Exhibit A to the Application (the "Initial Declaration"), the Supplemental Declaration of James L. Bromley in support of the Application (D.I. 195) (the "First Supplemental Declaration"), filed on February 2, 2009, and the Second Supplemental Declaration of James L. Bromley in support of the Application (D.I. 371) (the "Second Supplemental Declaration"), filed on February 25, 2009.

3. As set forth in the Initial Declaration, in order to ensure compliance with the requirements of chapter 11 of the United States Code (the "Bankruptcy Code") and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") regarding the retention of professionals by the Debtors, Cleary Gottlieb undertook to determine whether Cleary Gottlieb had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, I directed a list (the "Conflicts Check List"), attached to the Initial Declaration as Exhibit I, of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors and their respective counsel, and (iv) certain other parties in interest in these chapter 11 cases and their respective counsel be submitted to the Firm's Records Department. Cleary Gottlieb's Records Department ran a computerized check of each of these persons or entities against the Firm's client database (the "Client Database") to determine which persons or entities, if any, Cleary Gottlieb currently represents ("Current Clients") or has

represented in the past three years ("Former Clients"). A list of Current Clients matching those entities on the Conflicts Check List is attached to the Initial Declaration as Exhibit II. A list of Former Clients matching those entities on the Conflicts Check List is attached to the Initial Declaration as Exhibit III.

4. As set forth in the Application, Cleary Gottlieb has updated and will continue to update periodically its conflicts review during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. In connection with the first such periodic review, I directed the Firm's Records Department to run a computerized check of entities that have filed Notices of Appearance in these chapter 11 cases as of January 22, 2009 against the Firm's Client Database to determine which persons or entities, if any, are Current Clients or Former Clients of Cleary Gottlieb.

5. In connection with the third such periodic review, I directed the Firm's Records Department to run a computerized check of (i) entities that have filed Notices of Appearance in these chapter 11 cases as of April 13, 2009, and were not included in the first periodic review; (ii) Mercer (U.S.) Inc., compensation specialist to the Debtors pursuant to section 327(a) of the Bankruptcy Code; (iii) Huron Consulting Group, accounting and restructuring consultant to the Debtors pursuant to section 327(a) of the Bankruptcy Code; and (iv) Mackay Shields LLC, Loomis Sayles & Company, L.P., Fidelity Management & Research Co., Pacific Investment Management Company LLC, and Sankaty Advisors LLC, each members of the ad hoc group of bondholders (the "Bondholder Group") purporting to hold claims against certain of the Debtors and their Canadian affiliates, and (iv) certain other parties in interest against the Firm's Client

Database to determine which persons or entities, if any, are Current Clients or Former Clients of Cleary Gottlieb.

6. I am submitting this Third Supplemental Declaration in part to disclose that in matters wholly unrelated to these chapter 11 proceedings, Cleary Gottlieb currently represents Kroll, Inc. ("Kroll"), an affiliate of Mercer (U.S.) Inc., various affiliates of Fidelity Management & Research Co. ("Fidelity"), and Sankaty Advisors LLC ("Sankaty") in matters wholly unrelated to these chapter 11 proceedings. Cleary Gottlieb also currently represents Bain Capital Asia, LLC ("Bain Capital Asia"), an affiliate of Sankaty, in matters wholly unrelated to these chapter 11 proceedings.

7. I also submit this Third Supplemental Declaration to disclose that Cleary Gottlieb currently represents Bank of America and certain of its affiliates, including Banc of America Securities LLC, in matters wholly unrelated to these chapter 11 proceedings. Banc of America Securities LLC is a bondholder of the Debtors. Cleary Gottlieb previously disclosed its current representation of Bank of America in matters wholly unrelated to these chapter 11 proceedings in the Initial Declaration.

8. Cleary Gottlieb believes that its representation of Kroll, Fidelity, Sankaty, Bain Capital Asia and Bank of America and affiliates, including Banc of America Securities LLC, in matters wholly unrelated to these chapter 11 proceedings is not adverse to the Firm's representation of the Debtors in the above-captioned bankruptcy cases. In the event that any adversary proceeding is required to be commenced as to Kroll, Fidelity, Sankaty, Bank of America and certain of its affiliates, including Banc of America Securities LLC, any of the

entities identified in Exhibit II, or any other then active client of the Firm, the Debtors will retain co-counsel or special counsel to handle such matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2009.

_____
JAMES L. BROMLEY (No. 5125)