## CERTIFICATE OF SERVICE

I, Andrew R. Remming, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Third Supplemental Declaration of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on May 1, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: May 1, 2009

_____
Andrew R. Remming (No. 5120)

2713800.3