IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------------- X   RE: D.I. 688


### ORDER UNDER 11 U.S.C. § 102(1) (A) SHORTENING NOTICE OF DEBTORS' MOTION PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE TO EXTEND THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY; AND (B) MODIFYING THE SERVICE REQUIREMENTS OF LOCAL RULE 9006-1(c)(i)

Upon the motion dated, May 1, 2009 (the "Motion"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), (a) shortening notice to allow the Debtors' Motion Pursuant to Section 365(d)(4) of the Bankruptcy Code to Extend the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property (the "365(d)(4) Motion") [D.I. 680], filed on April 30, 2009, to be considered on an expedited basis; (b) setting the deadline to object to the 365(d)(4) Motion; (c) modifying the service requirements of Local Rule 9006-1(c)(i); and (d) granting them such other

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

and further relief as the Court deems just and proper; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The 364(d)(4) Motion will be considered at a hearing scheduled on May 7, 2009 at 11:00 a.m. (Eastern Time).

3. Objections, if any, to the 365(d)(4) Motion shall be filed and served in accordance with the Local Rules of this Court by no later than May 5, 2009 at 12:00 p.m. (Eastern Time).

4. The service requirements of Local Rule 9006-1(c)(i) are hereby modified and the Debtors are not required to re-serve the 365(d)(4) Motion by overnight mail.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 4, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

10