## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Rescheduled Hearing Regarding Debtors' Motion Pursuant To Section 365(d)(4) Of The Bankruptcy Code To Extend The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Nonresidential Real Property [D.I. 680]** was caused to be made on May 4, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: May 4, 2009

                                                  Ann C. Cordo (No. 4817)

2874264.1