# NORTEL LEASE REJECTION SERVICE LIST

**VIA FEDERAL EXPRESS - INTERNATIONAL**

c/o Gordon Davies
Nortel Networks Limited
195 West Mall Road
Toronto,   M9C 5K1
Ontario Canada

**VIA PRIORITY MAIL**

c/o Denholz Assoc
Metropark South LLC
1600 St. Georges Avenue
P.O. Box 1234
Rahway, NJ  07065

c/o The Hinman Co
Open Terrace Associates
P.O. Box 50751
Kalamazoo, MI  49005-0751

Attn: VP Operations Office Properties
The Irvine Company LLC
P.O. Box 6370
Newport Beach, CA  92658-6370

**VIA FEDERAL EXPRESS**

Michael H. Kritz
7884 BR LLC
256 Delta Drive
Mandeville, LA  70448

c/o Dixie Development
Moberly Properties LLC
3715 N. Business Drive
Suite 201
Fayetville, AR  72703

c/o The Dalad Group
Genesis Building Ltd.
6055 Rockside Woods Blvd.
Suite 100
Independence, OH  44131

Omaha Plaza Investments LLC
14301 FNB Parkway
Suite 100
Omaha, NE  68154

c/o REI Real Estate Sev
Technology Center Assoc LP
11711 N. Pennsylvania Street
Suite 200
Michael Wells
Carmel, IN  46032

c/o New Boston Fund Inc
Duke Realty Ohio
5600 Blazer Pkwy.
Suite 100
Dublin, OH  43017

New Boston 175 Capital LLC
60 State Street
Suite 1500
Boston, MA  02109

Attn: Aset Manager
Behringer Harvard TIC Mngmt Services LP
15601 Dallas Parkway
Suite 600
Addison, TX  75001

Attn: Asset Management
St. Paul Properties Inc.
385 Washington Street
St. Paul, MN  55102-1309

One Capital Mall Investors L.P.
7700 College Town Drive
Suite 101
Sacramento, CA  95826

c/o Talcott III Ormsby LLC
Faulkner Hinton/Ormsby II LLC
One Financial Plaza
Hartford, CT  06103

Barbara Sell_Corp Accts
The Regus Group LLC
12601 Deerfield Pkwy.
Suite 100
Alpharetta, GA  30005

Marc Leonard Ripp Esq.
c/o Mack-Cali Realty Corp.
100 Campus Dr. Ste 200
RE_10 Sylvan SPE LLC
Florham Park, NJ  07932

John E. Anderson
Duesenberg Investment Company
1800 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067

Attn:  Business Manager
The Bonham Golf and Country Club
501 West Russell Avenue
Bonham, TX  75418

Janell Cain City Secretary
City of Bonham
301 East Fifth Street
Bonham, TX  75418

c/o Lindoln Property Co
Woodfield Holdings PT LLC
475 N. Martingale Road
Suite 280
Schaumburg, IL  60173

Attn:  Asset Manager
Tomorrow 35 Century LP
330 Garfield Street
Santa Fe, NM  87501

Riverdale Office Properties Partnership
100 Morgan Keegan Drive
Suite 400
Little Rock, AR  72202-2210

Attn: ZSF/Research Network Trust
U.S. Bank National Association
One Federal Street
Boston, MA  02111

c/o iStar Financial Inc
iStar CTL North Glenville - Richardson LLC
One Galleria Tower
13355 Noel Road
Suite 900
Dallas, TX  75240

c/o Ciminelli Dev Co Inc
Pineview Associates
350 Essjay Road
Suite 101
Williamsville, NY  14221

Willard T. Anderson Properties
125 Wolf Road
Albany, NY  12205

Attn:  Property Manager
Campbell Creek Ltd.
4099 McEwen Road
Suite 370
Dallas, TX  75244

Sunset Land Company LLC
One Annabel Lane
Suite 201
San Ramon, CA  94583

Attn:  AVP Portfolio Mngmt
USAA Stratum Executive Center Joint Venture
9830 Colonnade Blvd.
Suite 600
San Antonio, TX  78230

Thomas Hinds General Manager
Metropolitan Tulsa Investments LLC
Two West Second Street
Suite 22
Tulsa, OK  74103

c/o CORe Realty Holdgs
COARE Brookfield Lakes LLC
18000 West Sarah Lane
Suite 250
c/o Hammes Co
Brookfield, WI  53045

c/o Terrus Real Estate Grp
West Colony Office Associates LP
1200 Valley West Drive
Suite 304-06
West Des Moines, IA  50266

c/o NorthMarq Real Est Ptnshp
Teachers Ins &  Annuity Assoc
8400 Normandale Lake Blvd.
Suite 320
Minneapolis, MN  55437

c/o Gutierrez Company
Technology Park X Limited Partnership
One Wall Street
Burlington, MA  01803

Joseph B. Dobronyi Jr.
c/o J.P. Morgan Invest. Inc.
522 Fifth Avenue
9th Floor
RE_Coliseum Transfer Inc.
New York, NY  10036

c/o Cont'l Devlpmt Corp
The Plaza CP LLC
2041 Rosecrans Avenue
El Segundo, CA  90245-0916

Omega Corporate Center LP
Eleven Parkway Center
Suite 300
Pittsburgh, PA  15220

The Irvine Company LLC
18500 Von Karman Avenue
Suite 120
Irvine, CA  92612

c/o Moody Rambin Off Serv
RP Sam Houston Plaza LP
519 N. Sam Houston Pkwy E.
Suite 100
Houston, TX  77060

Travis Maune Sr Manager
c/o Colliers Turley Martin Tucker
622 Emerson Rd Ste 320
RE_I&G Direct RE 18 LP
St. Louis, MO  63141

c/o Cassidy & Pinkard Colliers
Deka Immobilien Invstmt GmbH
2980 Fairview Park Dr.
Falls Chruch, VA  22042

IGD Properties Corp.
1510 FD Roosevelt Avenue
Suite 11-B-1
Guaynabo, PR  00968

c/o Morgan Stanley US
East Camelback Road Inc.
555 California Street
Suite 2100
San Francisco, CA  94104

c/o Stoltz Mgmt of DE Inc
UCM/SREP-Corporate Woods LLC
725 Conshohocken State Rd.
Bala Cynwyd, PA  19004

Attn:  Damian Manolis
The Prudential
Four Embarcadero Center
Suite 2700
San Francisco, CA  94111

c/o Reckson Assoc Realty
Reckson Operating Partnership LP
625 Reckson Plaza
Uniondale, NY  11556

c/o IPC RE Mgmt LLC
IPC Metrocenter LLC
303 N. Hurstbourne Pkwy
Suite 115
Louisville, KY  40222

Talcott II Alamo LP
One Financial Plaza
Hartford, CT  06103

John Sischo
c/o Thomas Properties Grp LP
515 S. Flower St 6th FL
RE_ CA State Teachers'
Los Angeles, CA  90071

c/o REDICO Mgmt Inc
Two Towne Square LLC
One Towne Square
Suite 1600
Retirement System
Southfield, MI  48076

c/o Duke Realty Corp
Duke Realty Ohio
4555 Lake Forest Drive
Suite 400
Cincinnati, OH  45242

c/o The Boyer Group
Gateway Associates Ltd.
90 South 400 West
Suite 200
Salt Lake City, UT  84101

William B. Alsup III
c/o Hines Interests LP
555 Thirteenth St. NW
Suite 1020 East
RE_Hines Riverfront Plaza LP
Washington, DC  20004-1109

Canal View Properties III LLC
1465 Monroe Avenue
Rochester, NY  14618

c/o SL Green Realty Co
485 Lexington Owner LLC
420 Lexington Ave.
New York, NY  10170

Attn:  Property Manager
101 Constitution Trust
101 Constitution Ave.
Suite L140
Washington, DC  20001

c/o UBS Realty Inv LLC
13560 Morris Rd Office Inv LLC
242 Trumbull Street
Hartford, CT  06103-1212

c/o Crescent RE Equities
Crescent Peakview Tower LLC
6465 S. Greenwood Plaza Blvd.
Suite 150
Centennial, CO  80111

Tower 333 LLC  
2800 Post Oak Blvd.  
50th Floor  
Houston, TX  77056  

c/o Daniel Realty Serv LLC  
Meadow Brook Office LLC  
3595 Grandview Pkwy.  
Suite 400  
Attn: Meadow Brook  
Birmingham, AL  35243  

Flagler Development Company  
10151 Deerwood Park Blvd.  
Building 100 Suite 330  
Jacksonville, FL  32256  

John Will  
JEK Enterprises LLD  
2224 First Landing Lane  
Virginia Beach, VA  23451  

c/o Lincoln Property Co  
Woodfield Holdings PT LLC  
475 N. Martingale Road  
Suite 280  
Schaumburg, IL  60173  

c/o Prudential RE Inv.  
TMW Weltfonds 1500 Concord Terr  
Two Ravinia Drive  
Suite 400  
Atlanta, GA  30353-3221  

c/o Rappaport Aserkoff  
New Boston 175 Capital Blvd LP  
60 State Street  
Suite 1500  
Boston, MA  02109  

Attn:  Real Estate  
CB Richard Ellis  
500 E. Pratt Street  
Suite 500  
Baltimore, MD  21202  

c/o Insignia ESG Inc  
St. Paul Properties Inc.  
8705 SW Nimbus Avenue  
Suite 230  
Beaverton, OR  97008  

Attn:  Property Manager  
Faulkner Hinton & Associates Inc.  
9625 Ormsby Station Road  
Louisville, KY  40223  

c/o Kennedy Wilson Prop  
Tomorrow 35 Century L.P.  
1175 American Pacific Dr.  
Suite G  
Henderson, NV  89074  

Joseph S. Magnano Esq.  
Centre Group LLC  
105 East 17th Street  
New York, NY  10003  

Attn:  General Manager  
iStar Financial Inc.  
1114 Avenue of the Americas  
New York, NY  10036  

c/o Granite Properties  
Campbell Creek Ltd.  
17950 Preston Road  
Suite 320  
Dallas, TX  75252  

Attn:  
VP Property Mgmt  
Crescent Resources LLC  
400 S. Tryon Street  
Suite 1300  
Charlotte, NC  28202  

Gian-Carlo M. Hankee Esq.  
c/o Continental Development Corp.  
2041 Rosecrans Ave.  
RE_The Plaza CP LLC  
El Segundo, CA  90245-0916  

Joan Hayden  
Prudential Real Estate Investors  
8 Campus Drive  
4th Floor Arbor Circle South  
Parsippany, NJ  07054  

Attn:  Managing Director  
Reckson Operating Partnership LP  
360 Hamilton Avenue  
White Plains, NY  10601  

Transwestern Commercial Services  
300 Convent Street  
Bank of America Plaza  
San Antonio, TX  78205  

Attn:  
VP Property Mgmt  
Thomas Properties Group  
1835 Market Street  
Suite 1720  
Philadelphia, PA  19103

Attn: Property Manager  
Two Towne Square  
One Towne Square  
Suite 180  
Southfield, MI  48076  

Charles M. Baughn Esq  
Hines Interests LP  
2800 Post Oak Blvd.  
50th Floor  
Houston, TX  77056-6118  

Attn: Property Manager  
Jones Lang LaSalle Americas Inc.  
13560 Morris Road  
Suite 4350  
Alpharetta, GA  30022  

Attn: Asset Mgmt & Leasing  
The Crescent  
200 Crescent Court  
Suite 200  
Dallas, TX  75201  

Attn: Property Manager  
Advantis Real Estate Serv. Co  
10151 Deerwood Park Blvd.  
Blvd. 200 Suite 115  
Jacksonville, FL  32256  

Jim Marinello_Legal Dept  
Prudential Real Estate Investors  
8 Campus Drive  
4th Floor  
Parsippany, NJ  07054-4493  

c/o New Boston Mgmt Ser  
New Boston 175 Capital Blvd  
175 Capital Boulevard  
Suite 200  
Rocky Hill, CT  06067  

Attn: Chief Legal Officer  
Behringer Harvard Funds  
15601 Dallas Pkwy.  
Suite 600  
Addison, TX  75001  

Nortel Networks Pass-Through Trust  
Wachovia Bank fka First Union Bank  
8739 Research Drive  
NC 1075  
RE_Series 2001-1  
Charlotte, NC  28262-1075  

Eric Anderson  
Fullbright & Jaworski LLP  
1301 McKinney  
Suite 5100  
Houston, TX  77010-3095  

Attn:  Director Lease Administration  
iStar Financial Inc.  
3480 Preston Ridge Road  
Suite 575  
Alpharetta, GA  30005  

Andy Carper  
Lewis and Roca LLP  
40 North Central Avenue  
Phoenix, AZ  85004  

Unire Real Estate Group Inc.  
1800 E. Imperial Highway  
Suite 205  
Brea, CA  92821  

Attn: Legal Dept  
Crescent Peakview Tower LLC  
200 Crescent Court  
Suite 200  
Dallas, TX  75201  

Christopher B. Price  
Goodwin Procter LLP  
599 Lexington Avenue  
New York, NY  10022  

Attn: Legal Dept  
Volt Delta Resources LLC  
560 Lexington Avenue  
New York, NY  10022  

Time Warner Telecom of North Carolina LP  
3120 Highwoods Blvd.  
Suite 214  
Raleigh, NC  27604  

Attn: Real Estate Dept  
Raytheon Company  
870 Winter Street  
Waltham, MA  02451  

LanceSoft  
2325 Dulles Corner Boulevard  
9th Floor  
Herndon, VA  20170  

Attn Facilities Dept  
Pediatrix Medical Group Inc.  
1301 Concord Terrace  
Sunrise, FL  33323

Attn: General Counsel
10475 Park Meadows Drive
Littleton, CO  80124

Attn:  Real Estate Coordinator
4055 Valley View Lane
Suite 110
Dallas, TX  75244

Susan J. Borschel
Pillsbury Winthrop Shaw Pittman LLP
1650 Tyson's Boulevard
Suite 1400
McLean, VA  22102

Attn: Law Department
1301 Concord Terrace
Sunrise, FL  33323


2875179.1