## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Authorizing Certain Debtors To File Under Seal Certain Portions Of Their Schedules And Related Certificates Of Service** was caused to be made on May 4, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: May 4, 2009

Ann C. Cordo (# 4817)

2872034.1