IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF HARTFORD )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, 100 Pearl Street, Suite 1446, Hartford, CT 06103. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2009, I caused to be served:

   a) "Debtors' Motion for an Order Under 11 U.S.C. § 102(1)(A) Shortening Notice of Debtors' Motion Pursuant to Section 365(d)(4) of the Bankruptcy Code to Extend the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (B) Modifying the Service Requirements of Local Rule 9006-1(c)(i)", dated May 1, 2009 [Docket No. 680], (the "Rejection Motion"),

by causing true and correct copies of Rejection Motion, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 2221 Lakeside Boulevard, Richardson, Texas 75082.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Brian Hunt
Brian Hunt

Sworn to before me this
4th day of May, 2009

/s/ Janice E. Livingstone
Notary Public, State of Connecticut
My Commission Expires
August 31, 2011

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 10 SYLVAN SPE LLC C/O MACK-CALI REALTY | CORP. THE GALE COMPANY,ATTN: MARC LEONARD RIPP, ESQ.,100 CAMPUS DR., SUITE 200,  FLORHAM PARK, NJ 07932 |
| 101 CONSTITUTION TRUST | ATTN:  PROPERTY MANAGER,101 CONSTITUTION AVE.,SUITE L140,  WASHINGTON, DC 20001 |
| 13560 MORRIS ROAD OFFICE INVESTORS LLC | C/O UBS REALTY INVESTORS LLC,ATTN:  ASSET MANAGEMENT,242 TRUMBULL STREET,  HARTFORD, CT 06103-1212 |
| 1500 CONCORD TERRACE LP TMW WELTFONDS | 1500 CONCORD TERRACE LP,C/O PRUDENTIAL REAL ESTATE INVESTORS,TWO RAVINIA DRIVE, SUITE 400,  ATLANTA, GA 30353-3221 |
| 485 LEXINGTON OWNER LLC C/O SL GREEN | REALTY CO.,420 LEXINGTON AVE.,  NEW YORK, NY 10170 |
| 7884 BR LLC | ATTN: MICHAEL H. KRITZ,256 DELTA DRIVE,  MANDEVILLE, LA 70448 |
| ADVANTIS REAL ESTATE SERVICES COMPANY | ATTN:  PROPERTY MANAGER,10151 DEERWOOD PARK BLVD.,BLVD. 200, SUITE 115,  JACKSONVILLE, FL 32256 |
| AKIN GUMP | ATTN: FRED S. HODARA ESQ.,RYAN C. JACOBS ESQ.,ONE BRYANT PARK,  NEW YORK, NY 10036 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ.,1221 AVE OF THE AMERICAS, 20TH FL,  NEW YORK, NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL,358 HALL AVENUE,  WALLINGFORD, CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO,420 SOUTH ORANGE AVENUE,6TH FL,  ORLANDO, FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ.,300 DELAWARE AVE,STE 1370,  WILMINGTON, DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ.,300 DELAWARE AVE,STE 1370,  WILMINGTON, DE 19801 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ.,171 17TH ST NW, STE 2100,  ATLANTA, GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P. BOWDEN ESQ.,AMANDA M. WINFREE ESQ.,500 DELAWARE AVE, 8TH FL,  WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ.,500 DELAWARE AVE,  WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: GREGORY A. TAYLOR ESQ.,BENJAMIN W. KEENAN ESQ.,500 DELAWARE AVE, 8TH FL,  WILMINGTON, DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ. JEFFREY,MEYERS ESQ., 51ST FL MELLON BANK CTR,1735 MARKET ST,  PHILADELPHIA, PA 19103 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ.,919 MARKET ST, 12TH FL,  WILMINGTON, DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ.,155 FEDERAL ST,9TH FL,  BOSTON, MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D. DAVIS ESQ.,DANIEL A. O'BRIEN ESQ.,222 DELAWARE AVE, STE 900,  WILMINGTON, DE 19801 |
| BEHRINGER HARVARD FUNDS | ATTN:  CHIEF LEGAL OFFICER,15601 DALLAS PKWY.,SUITE 600,  ADDISON, TX 75001 |
| BEHRINGER HARVARD TIC MNGMT SERVICES LP | ATTN:  ASSET MANAGER,15601 DALLAS PARKWAY,SUITE 600,  ADDISON, TX 75001 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA,201 MONROE STREET,SUITE 300,  MONTGOMERY, AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,PATRICK M. COSTELLO ESQ.,2600 EL CAMINO REAL, STE 300,  PALO ALTO, CA 94306 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ.,6 NORTH BROAD ST,STE 1000,  WOODBURY, NJ 08096 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ.,1290 AVENUE OF THE AMERICAS,  NEW YORK, NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ.,161 N CLARK ST,STE 4300,  CHICAGO, IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ.,211 N BROADWAY,STE 3600,  ST. LOUIS, MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ.,333 MARKET ST,25TH FL,  SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ.,1000 WEST STREET, SUITE 1410,  WILMINGTON, DE 19801 |
| BUUS KIM KUO & TRAN LLP | ATTN: HUBERT H. KUO ESQ.,4675 MACARTHUR CT,STE 590,  NEWPORT BEACH, CA 92660 |
| CALIFORNIA STATE TEACHERS' | RETIREMENT SYSTEM C/O THOMAS,PROPERTIES GRP, LP, ATTN: JOHN SISCHO,515 S. FLOWER STREET, 6TH FLOOR,  LOS ANGELES, CA 90071 |

| Claim Name | Address Information |
|---|---|
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ.,800 N KING ST, STE 300, WILMINGTON, DE 19801 |
| CAMPBELL CREEK LTD. | ATTN:  PROPERTY MANAGER,4099 MCEWEN ROAD,SUITE 370,   DALLAS, TX 75244 |
| CAMPBELL CREEK LTD. C/O GRANITE | PROPERTIES, INC.,17950 PRESTON ROAD,SUITE 320,   DALLAS, TX 75252 |
| CANAL VIEW PROPERTIES III, LLC | 1465 MONROE AVENUE,   ROCHESTER, NY 14618 |
| CB RICHARD ELLIS | ATTN:  REAL ESTATE,500 E. PRATT STREET,SUITE 500,   BALTIMORE, MD 21202 |
| CENTRE GROUP LLC | JOSEPH S. MAGNANO, ESQ. GENERAL COUNSEL,105 EAST 17TH STREET,   NEW YORK, NY 10003 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ.,30 ROCKEFELLER PLAZA,   NEW YORK, NY 10112 |
| CITY OF BONHAM | ATTN: JANELL CAIN, CITY SECRETARY,301 EAST FIFTH STREET,   BONHAM, TX 75418 |
| COARE BROOKFIELD LAKES, LLC C/O CORE | REALTY HOLDINGS MNGMT, INC.,C/O HAMMES COMPANY,18000 WEST SARAH LANE,SUITE 250,   BROOKFIELD, WI 53045 |
| COLISEUM TRANSFER INC. C/O J.P. MORGAN | INVEST., INC.,ATTN: JOSEPH B. DOBRONYI, JR.,522 FIFTH AVENUE,9TH FLOOR,   NEW YORK, NY 10036 |
| CONNOLLY BOVE, ATTN: JEFFREY S. WISLER | ESQ., MARC J. PHILLIPS ESQ.,THE NEMOURS BUILDING,1007 N ORANGE ST, WILMINGTON, DE 19801 |
| COWLES & THOMPSON PC | ATTN: WILLIAM L. SIEGEL,901 MAIN STREET,SUITE 3900,   DALLAS, TX 75202 |
| CRESCENT PEAKVIEW TOWER, LLC | ATTN:  LEGAL DEPARTMENT,200 CRESCENT COURT,SUITE 200,   DALLAS, TX 75201 |
| CRESCENT PEAKVIEW TOWER, LLC C/O | CRESCENT REAL ESTATE EQUITIES LP,ATTN:  PROPERTY MANAGER,6465 S. GREENWOOD PL BLVD.,STE 150,   CENTENNIAL, CO 80111 |
| CRESCENT RESOURCES, LLC | ATTN:  VICE PRESIDENT -  - PROPERTY MGMT,400 S. TRYON STREET,SUITE 1300, CHARLOTTE, NC 28202 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ.,101 PARK AVENUE,   NEW YORK, NY 10178-0061 |
| DAVIS WRIGHT TREMAINE LLP | ATTN: JAMES C. WAGGONER ESQ.,1300 SW 5TH AVE,STE 2300,   PORTLAND, OR 97201-5630 |
| DEKA IMMOBILIEN INVESTMENT GMBH C/O | CASSIDY & PINKARD COLLIERS,2980 FAIRVIEW PARK DR.,   FALLS CHRUCH, VA 22042 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ.,6225 SMITH AVENUE, BALTIMORE, MD 21209 |
| DUESENBERG INVESTMENT COMPANY | ATTN: JOHN E. ANDERSON,1800 AVENUE OF THE STARS,SUITE 1400,   LOS ANGELES, CA 90067 |
| DUKE REALTY OHIO | ATTN:  PROPERTY MANAGER,5600 BLAZER PKWY.,SUITE 100,   DUBLIN, OH 43017 |
| DUKE REALTY OHIO C/O DUKE REALTY | CORPORATION,4555 LAKE FOREST DRIVE,SUITE 400,   CINCINNATI, OH 45242 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON,1717 MAIN ST,STE 2400,   DALLAS, TX 75201 |
| EAST CAMELBACK ROAD, INC. C/O MORGAN | STANLEY US REAL ESTATE INVESTING DIV.,555 CALIFORNIA STREET,SUITE 2100,   SAN FRANCISCO, CA 94104 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN,151 O'CONNOR STREET,   OTTOWA, ON K1A 1K3 CA |
| FAULKNER HINTON & ASSOCIATES, INC. | ATTN:  PROPERTY MANAGER,9625 ORMSBY STATION ROAD,   LOUISVILLE, KY 40223 |
| FAULKNER HINTON/ORMSBY II, LLC C/O | TALCOTT III ORMSBY, LLC,ONE FINANCIAL PLAZA,   HARTFORD, CT 06103 |
| FLAGLER DEVELOPMENT COMPANY | 10151 DEERWOOD PARK BLVD.,BUILDING 100, SUITE 330,   JACKSONVILLE, FL 32256 |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE,305 INTERLOCKEN PKWY,   BROOMFIELD, CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ.,321 NORTH CLARK ST, STE 2800, CHICAGO, IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ.,1111 3RD AVE,STE 3400,   SEATTLE, WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ.,700 UNIVERSE BLVD,   JUNO BEACH, FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION,OF CORPORATIONS,P.O. BOX 7040,   DOVER, DE 19903 |
| FRASER MILNER CASGRAIN LLP,ATTN:MICHAEL | J. WUNDER R. SNAYNE KUKULOWICZ ALEX L.,MACFARLANE,1 FIRST CANADIAN PLACE -FL 42,100 KING ST WEST,   TORONTO, ON M5X 1B2 CA |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ.,666 5TH AVE,   NEW YORK, NY 10103-3198 |
| FULLBRIGHT & JAWORSKI, LLP | ATTN:  ERIC ANDERSON,1301 MCKINNEY,SUITE 5100,   HOUSTON, TX 77010-3095 |

| Claim Name | Address Information |
|---|---|
| GATEWAY ASSOCIATES, LTD. C/O THE BOYER | GROUP,90 SOUTH 400 WEST,SUITE 200,   SALT LAKE CITY, UT 84101 |
| GENERAL COUNSEL | 10475 PARK MEADOWS DRIVE,   LITTLETON, CO 80124 |
| GENESIS BUILDING LTD. C/O THE DALAD | GROUP,6055 ROCKSIDE WOODS BLVD.,SUITE 100,   INDEPENDENCE, OH 44131 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ.,ONE GATEWAY CENTER,   NEWARK, NJ 07102-5310 |
| GOODWIN PROCTER LLP | ATTN:  CHRISTOPHER B. PRICE,599 LEXINGTON AVENUE,   NEW YORK, NY 10022 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ.,200 PUBLIC SQUARE, STE 2800,   CLEVELAND, OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE,EXCHANGE HOUSE,PRIMROSE STREEET,   LONDON,   EC2A 2HS GB |
| HEWLETT-PACKARD COMPANY | ATTN: RAMONA NEAL ESQ.,11311 CHINDEN BLVD,MAILSTOP 314,   BOISE, ID 83714 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ.,28 STATE ST,   BOSTON, MA 02109 |
| HINES INTERESTS LP | ATTN:  CHARLES M. BAUGHN,JASON P. MAXWELL, ESQ.,2800 POST OAK BLVD., 50TH FLOOR,   HOUSTON, TX 77056-6118 |
| HINES RIVERFRONT PLAZA LP C/O HINES | INTERESTS LP,ATTN: WILLIAM B. ALSUP, III,555 THIRTEENTH ST., NW,STE 1020 E,   WASHINGTON, DC 20004-1109 |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ.,P.O. BOX 1288,   TAMPA, FL 33601-1288 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN,1445 ROSS AVE,ROUNTAIN PLACE STE 3700,   DALLAS, TX 75202-2799 |
| I & G DIRECT REAL ESTATE 18, LP C/O | COLLIERS TURLEY MARTIN TUCKER,ATTN: TRAVIS MAUNE, SENIOR MANAGER,622 EMERSON ROAD,SUITE 320,   ST. LOUIS, MO 63141 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL,1503 LBJ FREEWAY,3RD FL,   DALLAS, TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399,TWO LINCOLN CENTRE,   OAKBROOK TERRACE, IL 60181 |
| IGD PROPERTIES, CORP. | 1510 FD ROOSEVELT AVENUE,SUITE 11-B-1,   GUAYNABO, PR 00968 |
| INTERNAL REVENUE SERVICE | 31 HOPKINS PLAZA,ROOM 1150,   BALTIMORE, MD 21201 |
| IPC METROCENTER, LLC C/O IPC REAL ESTATE | MNGMT, LLC,ATTN:  LEASE ADMINISTRATOR,303 N. HURSTBOURNE PKWY,SUITE 115,   LOUISVILLE, KY 40222 |
| ISTAR CTL NORTH GLENVILLE - RICHARDSON | LLC C/O ISTAR FINANCIAL INC.,ATTN:  VP OF ASSET MGMT,ONE GALLERIA TOWER,13355 NOEL RD,STE 900,   DALLAS, TX 75240 |
| ISTAR FINANCIAL INC. | ATTN:  GENERAL MANAGER,1114 AVENUE OF THE AMERICAS,   NEW YORK, NY 10036 |
| ISTAR FINANCIAL INC. | ATTN:  DIRECTOR OF LEASE ADMINISTRATION,3480 PRESTON RIDGE ROAD,SUITE 575,   ALPHARETTA, GA 30005 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN,STE 1800,   HOUSTON, TX 77010 |
| JEK ENTERPRISES, LLD | JOHN WILL,2224 FIRST LANDING LANE,   VIRGINIA BEACH, VA 23451 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ.,1420 PEACHTREE ST NE, STE 800,   ATLANTA, GA 30309 |
| JONES LANG LASALLE AMERICAS, INC. | ATTN:  PROPERTY MANAGER,13560 MORRIS ROAD,SUITE 4350,   ALPHARETTA, GA 30022 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ.,575 MADISON AVE,   NEW YORK, NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: THOMAS J. LEANSE ESQ.,DUSTIN P. BRANCH ESQ.,2029 CENTURY PARK EAST, STE 2600,   LOS ANGELES, CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ.,101 PARK AVENUE,   NEW YORK, NY 10178 |
| KHANG & KHANG LLP | ATTN: JOON M. KHANG ESQ.,1901 AVENUE OF THE STARS,2ND FL,   LOS ANGELES, CA 90067 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ.,1999 AVENUE OF THE STARS,39TH FL,   LOS ANGELES, CA 90067-6049 |
| KLEHR HARRISON HARVEY BRANZBURG & ELLERS | LLP,ATTN: JOANNE B. WILLS ESQ.,919 MARKET ST, STE 1000,   WILMINGTON, DE 19801 |
| LANCESOFT | 2325 DULLES CORNER BOULEVARD,9TH FLOOR,   HERNDON, VA 20170 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ.,885 THIRD AVENUE,STE 1000,   NEW YORK, NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ.,885 THIRD AVENUE,STE 1000,   NEW YORK, NY 10022-4068 |

| Claim Name | Address Information |
|---|---|
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ.,885 THIRD AVENUE,STE 1000, NEW YORK, NY 10022-4068 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ.,370 17TH ST,STE 4650, DENVER, CO 80202 |
| LAW DEPARTMENT | 1301 CONCORD TERRACE, SUNRISE, FL 33323 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR.,100 SOUTH BROAD STREET,SUITE 1530, PHILADELPHIA, PA 19110 |
| LEWIS AND ROCA LLP | ATTN: ANDY CARPER,40 NORTH CENTRAL AVENUE, PHOENIX, AZ 85004 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ.,40 NORTH CENTRAL AVE,STE 1900, PHOENIX, AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ.,2323 BRYAN STREET,STE 1600, DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ.,P.O. BOX 3064, HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ.,TRAVIS BLDG_STE 300,711 NAVARRO, SAN ANTONIO, TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ.,65 LIVINGSTON AVE, ROSELAND, NJ 07068 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT ESQ.,750 SHIPYARD DR,STE 102, WILMINGTON, DE 19801 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY,71 S. WACKER DRIVE, CHICAGO, IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ.,1750 TYSONS BLVD, STE 1800, MCLEAN, VA 22102-4215 |
| MEADOW BROOK OFFICE, LLC C/O DANIEL | REALTY SERVICES, LLC,ATTN: MEADOW BROOK,3595 GRANDVIEW PKWY.,SUITE 400, BIRMINGHAM, AL 35243 |
| METROPARK SOUTH LLC C/O DENHOLZ | ASSOCIATES,1600 ST. GEORGES AVENUE,P.O. BOX 1234, RAHWAY, NJ 07065 |
| METROPOLITAN TULSA INVESTMENTS LLC | ATTN: THOMAS HINDS, GENERAL MANAGER,TWO WEST SECOND STREET,SUITE 22, TULSA, OK 74103 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ.,44 MONTGOMERY STREET, STE 1010, SAN FRANCISCO, CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ.,ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ.,P.O. BOX 475,BANKRUPTCY DIVISION, JEFFERSON CITY, MO 65105-0475 |
| MOBERLY PROPERTIES, LLC C/O DIXIE | DEVELOPMENT,3715 N. BUSINESS DRIVE,SUITE 201, FAYETVILLE, AR 72703 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN,535 MADISON AVE., NEW YORK, NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER | P.A.,ATTN: RACHEL B. MERSKY ESQ.,1201 N ORANGE ST, STE 400, WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ.,500 DELAWARE AVE,STE 1500, WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ.,500 DELAWARE AVE, STE 1500, WILMINGTON, DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD CHRISTOPHER J.,CARUSO KENT C. KOLBIG,THE CRYSLER BLD,405 LEXINGTON AVE, NEW YORK, NY 10174 |
| MUNSCH HARDT KOPF & HARR P.C. | ATTN: JOSEPH J. WIELEBINSKI ESQ.,3800 LINCOLN PLAZA,500 N AKARD ST, DALLAS, TX 75201-6659 |
| NEW BOSTON 175 CAPITAL BOULEVARD LP | RAPPAPORT, ASERKOFF & GELLES,ATTN: PROPERTY MANAGER,60 STATE STREET, SUITE 1500, BOSTON, MA 02109 |
| NEW BOSTON 175 CAPITAL BOULEVARD LP C/O | NEW BOSTON MANAGEMENT SERVICES, INC.,175 CAPITAL BOULEVARD,SUITE 200, ROCKY HILL, CT 06067 |
| NEW BOSTON 175 CAPITAL LLC C/O NEW | BOSTON FUND, INC.,60 STATE STREET,SUITE 1500, BOSTON, MA 02109 |
| NORTEL NETWORKS LIMITED | C/O GORDON DAVIES,195 WEST MALL ROAD, TORONTO, ON M9C 5K1 CA |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ.,915 L ST,STE 1000, SACRAMENTO, CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: PATRICK TINKER ESQ.,844 KING STREET,SUITE 2207 LOCKBOX 35, WILMINGTON, DE 19801-3519 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM,200 BAY STREET SUITE 3800,ROYAL BANK PLAZA SOUTH TOWER, TORONTO, ON M5J 2Z4 CA |
| OMAHA PLAZA INVESTMENTS, LLC | 14301 FNB PARKWAY,SUITE 100, OMAHA, NE 68154 |
| OMEGA CORPORATE CENTER, LP | ELEVEN PARKWAY CENTER,SUITE 300, PITTSBURGH, PA 15220 |
| ONE CAPITAL MALL INVESTORS, L.P. | 7700 COLLEGE TOWN DRIVE,SUITE 101, SACRAMENTO, CA 95826 |

| Claim Name | Address Information |
|---|---|
| ONE TOWNE SQUARE | ATTN:  TWO TOWNE SQUARE,PROPERTY MANAGER,SUITE 180,   SOUTHFIELD, MI 48076 |
| OPEN TERRACE ASSOCIATES C/O THE HINMAN | COMPANY,P.O. BOX 50751,   KALAMAZOO, MI 49005-0751 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR. ESQ. LAURA D.,METZGER ESQ. WESTON T. EGUCHI ESQ.,666 FIFTH AVENUE,   NEW YORK, NY 10103-0001 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ.,21 S 12TH ST,3RD FL,   PHILADELPHIA, PA 19107-3603 |
| PARAG P. PATEL ESQUIRE | 33 WOOD AVENUE SOUTH,2ND FL,P.O. BOX 81,   ISELIN, NJ 08830-0081 |
| PATTERSON HARKAVY | ATTN: ANN GRONINGER ESQ.,521 EAST BOULEVARD,   CHARLOTTE, NC 28203 |
| PEDIATRIX MEDICAL GROUP, INC. | ATTN:  FACILITIES DEPARTMENT,1301 CONCORD TERRACE,   SUNRISE, FL 33323 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ.,STEPHEN D. SCHREIBER ESQ.,1200 K STREET NW,   WASHINGTON, DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON ESQ.,LEIGH-ANNE M. RAPORT ESQ.,1313 MARKET ST, STE 5100,   WILMINGTON, DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ.,1313 MARKET ST,STE 5100,   WILMINGTON, DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT | LLP,ATTN: ELIZABETH BANDA ESQ.,4025 WOODLAND PARK BLVD,STE 300,   ARLINGTON, TX 76013 |
| PERKINS COIE LLP | ATTN: ALAN D. SMITH CHUN M. NG,1201 THIRD AVENUE,48TH FLOOR,   SEATTLE, WA 98101-3099 |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP | ATTN:  SUSAN J. BORSCHEL,1650 TYSON'S BOULEVARD,SUITE 1400,   MCLEAN, VA 22102 |
| PINEVIEW ASSOCIATES C/O CIMINELLI DEV. | CO., INC.,350 ESSJAY ROAD,SUITE 101,   WILLIAMSVILLE, NY 14221 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: CHRISTOPHER A. WARD ESQ.,JUSTIN K. EDELSON ESQ.,222 DELAWARE AVENUE, STE 1101,   WILMINGTON, DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ.,17 N 2ND ST,12TH FL,   HARRISBURG, PA 17101-1601 |
| PRUDENTIAL REAL ESTATE INVESTORS | ATTN:  JOAN HAYDEN,8 CAMPUS DRIVE,4TH FLOOR, ARBOR CIRCLE SOUTH,   PARSIPPANY, NJ 07054 |
| PRUDENTIAL REAL ESTATE INVESTORS | ATTN:  JIM MARINELLO LEGAL DEPARTMENT,8 CAMPUS DRIVE,4TH FLOOR,   PARSIPPANY, NJ 07054-4493 |
| RAYTHEON COMPANY | ATTN:  REAL ESTATE DEPT.,870 WINTER STREET,   WALTHAM, MA 02451 |
| REAL ESTATE COORDINATOR | 4055 VALLEY VIEW LANE,SUITE 110,   DALLAS, TX 75244 |
| RECKSON OPERATING PARTNERSHIP, LP | ATTN:  MANAGING DIRECTOR,360 HAMILTON AVENUE,   WHITE PLAINS, NY 10601 |
| RECKSON OPERATING PARTNERSHIP, LP C/O | RECKSON ASSOCIATES REALTY CORP.,ATTN:  VICE PRESIDENT &  LEGAL COUNSEL-,REAL ESTATE, 625 RECKSON PLAZA,   UNIONDALE, NY 11556 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ.,1201 N MARKET ST, STE 1500,   WILMINGTON, DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D. COLLINS ESQ.,CHRISTOPHER M. SAMIS ESQ.,ONE RODNEY SQUARE, 920 N KING ST,   WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ.,1001 4TH AVE,STE 4500,   SEATTLE, WA 98154-1192 |
| RIVERDALE OFFICE PROPERTIES PARTNERSHIP | 100 MORGAN KEEGAN DRIVE,SUITE 400,   LITTLE ROCK, AR 72202-2210 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ.,101 NORTH TRYON ST, STE 1900,   CHARLOTTE, NC 28246 |
| RP SAM HOUSTON PLAZA, LP C/O MOODY | RAMBIN OFFICE SERV.,519 N. SAM HOUSTON PKWY E.,SUITE 100,   HOUSTON, TX 77060 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS,500 E. PRATT STREET,8TH FLOOR,   BALTIMORE, MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ.,6600 SEARS TOWER,   CHICAGO, IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS,233 BROADWAY,   NEW YORK, NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH,BANKRUPTCY DIV_STE 400,3 WORLD FINANCIAL CENTER,   NEW YORK, NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040,  DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE,  WASHINGTON, DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B. SHULMAN ESQ.,KIMBERLY K. SMITH ESQ.,30 ROCKEFELLER PLAZA, 24TH FL,   NEW YORK, NY 10112 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ.,1529 WALNUT STREET,STE 600,   PHILADELPHIA, PA 19102 |

| Claim Name | Address Information |
|---|---|
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & | JERNIGAN LLP,ATTN:AMOS U.PRIESTER IV ESQ,ANNA B. OSTERHOUT ESQ.,P.O. BOX 2611, RALEIGH, NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ.,800 DELAWARE AVE.,7TH FL,  WILMINGTON, DE 19801 |
| ST. PAUL PROPERTIES, INC. | ATTN:  ASSET MANAGEMENT,385 WASHINGTON STREET,  ST. PAUL, MN 55102-1309 |
| ST. PAUL PROPERTIES, INC. C/O INSIGNIA | ESG, INC.,8705 SW NIMBUS AVENUE,SUITE 230,  BEAVERTON, OR 97008 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ.,3030 W GRAND BLVD,STE 10-200, CADILLAC PLACE, DETROIT, MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ.,675 THIRD AVE,31ST FL,  NEW YORK, NY 10017 |
| STEVENS & LEE P.C. | ATTN: JOSEPH H. HUSTON JR. ESQ.,MARIA APRILE SAWCZUK ESQ.,1105 N MARKET ST, 7TH FL,  WILMINGTON, DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ.,4 E 8TH ST,STE 400,  WILMINGTON, DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER,78 ALEXANDER DRIVE,PO BOX 13445,  TRIANGLE PARK, NC 27709 |
| SUNSET LAND COMPANY, LLC | ONE ANNABEL LANE,SUITE 201,  SAN RAMON, CA 94583 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ.,ONE S. CHURCH ST, STE 400, WEST CHESTER, PA 19382 |
| TALCOTT II ALAMO LP | ONE FINANCIAL PLAZA,  HARTFORD, CT 06103 |
| TEACHERS INSURANCE AND    ANNUITY | ASSOCIATION OF AMERICA,C/O NORTHMARQ REAL ESTATE SERVICES,8400 NORMANDALE LAKE BLVD.,STE 320,  MINNEAPOLIS, MN 55437 |
| TECHNOLOGY CENTER ASSOCIATES, L.P. C/O | REI REAL ESTATE SERV. LLC,ATTN: MICHAEL WELLS,11711 N. PENNSYLVANIA ST,STE 200,  CARMEL, IN 46032 |
| TECHNOLOGY PARK X LIMITED PARTNERSHIP | C/O GUTIERREZ COMPANY,ONE WALL STREET,  BURLINGTON, MA 01803 |
| TENNESSEE DEPT OF REVENUE | ATTN: LAURA L. MCCLOUD ESQ.,P.O. BOX 20207,  NASHVILLE, TN 37202-0207 |
| THE BONHAM GOLF AND COUNTRY CLUB | ATTN:  BUSINESS MANAGER,501 WEST RUSSELL AVENUE,  BONHAM, TX 75418 |
| THE CRESCENT | ATTN:  MANAGING DIRECTOR, ASSET,MGMT & LEASING,200 CRESCENT COURT, SUITE 200, DALLAS, TX 75201 |
| THE INTECH GROUP, INC. | ATTN: ERNIE HOLLING, PRESIDENT,305 EXTON COMMONS,  EXTON, PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA,1114 AVENUE OF THE AMERICAS,19TH FLOOR,  NEW YORK, NY 10036 |
| THE IRVINE COMPANY LLC | 18500 VON KARMAN AVENUE,SUITE 120,  IRVINE, CA 92612 |
| THE IRVINE COMPANY LLC | ATTN:  VICE PRESIDENT, OPERATIONS –,OFFICE PROPERTIES,P.O. BOX 6370,  NEWPORT BEACH, CA 92658-6370 |
| THE PLAZA CP LLC C/O CONT'L DEVELOPMENT | CORP.,2041 ROSECRANS AVENUE,  EL SEGUNDO, CA 90245-0916 |
| THE PLAZA CP LLC C/O CONTINENTAL | DEVELOPMENT CORP., ATTN:  GIAN-CARLO,M. HANKEE CORPORATE COUNSEL,2041 ROSECRANS AVE.,  EL SEGUNDO, CA 90245-0916 |
| THE PRUDENTIAL INSURANCE    COMPANY OF | AMERICA,ATTN:  DAMIAN MANOLIS,FOUR EMBARCADERO CENTER,STE 2700,  SAN FRANCISCO, CA 94111 |
| THE REGUS GROUP LLC | ATTN: BARBARA SELL,DIRECTOR CORPORATE ACCOUNTS,12601 DEERFIELD PKWY., SUITE 100,  ALPHARETTA, GA 30005 |
| THOMAS PROPERTIES GROUP | ATTN:  VICE PRESIDENT  – PROPERTY MGMT,1835 MARKET STREET,SUITE 1720, PHILADELPHIA, PA 19103 |
| TIME WARNER TELECOM OF NORTH CAROLINA, | LP,3120 HIGHWOODS BLVD.,SUITE 214,  RALEIGH, NC 27604 |
| TOMORROW 35 CENTURY, L.P.   C/O KENNEDY | WILSON PROPERTIES, L.P.,1175 AMERICAN PACIFIC DR.,SUITE G,  HENDERSON, NV 89074 |
| TOMORROW 35 CENTURY, LP | ATTN:  ASSET MANAGER,330 GARFIELD STREET,  SANTA FE, NM 87501 |
| TOWER 333 LLC | 2800 POST OAK BLVD.,50TH FLOOR,  HOUSTON, TX 77056 |
| TRANSWESTERN COMMERCIAL SERVICES | 300 CONVENT STREET,BANK OF AMERICA PLAZA,  SAN ANTONIO, TX 78205 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK,1 TOWER SQUARE,5MN,  HARTFORD, CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE,10475 PARK MEADOWS DR,STE 400,  LITTLETON, CO 80124 |
| TWO TOWNE SQUARE, LLC C/O REDICO MNGMT, | INC.,ATTN: CHIEF OPERATING OFFICER,ONE TOWNE SQUARE,SUITE 1600,  SOUTHFIELD, MI 48076 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: CORP. TRUST ADMIN.,(ZSF/RESEARCH NETWORK TRUST),ONE FEDERAL STREET, |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | BOSTON, MA 02111 |
| UCM/SREP-CORPORATE WOODS, LLC C/O STOLTZ | MNGMT OF DE, INC.,ATTN:  GENERAL COUNSEL,725 CONSHOHOCKEN STATE RD.,  BALA CYNWYD, PA 19004 |
| UNIRE REAL ESTATE GROUP, INC. | 1800 E. IMPERIAL HIGHWAY,SUITE 205,  BREA, CA 92821 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK,P.O. BOX 500,M/S E8-108,  BLUE BELL, PA 19424 |
| US ATTORNEY'S OFFICE DISTRICT OF | DELAWARE,1007 N. ORANGE STREET,  WILMINGTON, DE 19801 |
| USAA STRATUM EXECUTIVE CENTER JOINT | VENTURE,ATTN:  AVP PORTFOLIO MNGMT,9830 COLONNADE BLVD.,SUITE 600,  SAN ANTONIO, TX 78230 |
| VAL MANDEL P.C. | ATTN: VAL MANDEL ESQ.,80 WALL ST,STE 1115,  NEW YORK, NY 10005 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ.,1633 BROADWAY,47TH FL,  NEW YORK, NY 10019 |
| VOLT DELTA RESOURCES, LLC | ATTN:  LEGAL DEPARTMENT,560 LEXINGTON AVENUE,  NEW YORK, NY 10022 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ.,411 E WISCONSIN AVE,STE 700,  MILWAUKEE, WI 53202 |
| WACHOVIA BANK, FKA FIRST UNION BANK | ATTN: NORTEL NETWORKS PASS-,THROUGH TRUST SERIES 2001-1,8739 RESEARCH DRIVE, NC 1075,  CHARLOTTE, NC 28262-1075 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ.,300 DELAWARE AVE,13TH FL,  WILMINGTON, DE 19801 |
| WEST COLONY OFFICE ASSOCIATES, LP C/O | TERRUS REAL ESTATE GROUP,1200 VALLEY WEST DRIVE,SUITE 304-06,  WEST DES MOINES, IA 50266 |
| WILLARD T. ANDERSON PROPERTIES | 125 WOLF ROAD,  ALBANY, NY 12205 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ.,787 7TH AVE,  NEW YORK, NY 10019 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER | LLP,ATTN: MARK G. LEDWIN ESQ.,3 GANNETT DR,  WHITE PLAINS, NY 10604 |
| WOODFIELD HOLDINGS PT, LLC C/O LINCOLN | PROPERTY COMPANY,ATTN:  GENERAL MANAGER,475 N. MARTINGALE RD, SUITE 280, SCHAUMBURG, IL 60173 |

**Total Creditor Count 228**