## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
For the Period 3/1/09 through 3/31/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| R. Manzo | Executive Director | $795 | 15.60 | $12,402.00 |
| B. Bingham | Executive Director | $710 | 4.60 | $3,266.00 |
| C. Kearns | Executive | $710 | 34.50 | $24,495.00 |
| J. Borow | Executive Director | $710 | 123.80 | $87,898.00 |
| T. Horton | Director | $625 | 199.50 | $124,687.50 |
| J. Hyland | Executive Director | $550 | 258.50 | $142,175.00 |
| S. Song | Consultant | $325 | 199.40 | $64,805.00 |
| J. Peterson | Consultant | $315 | 102.40 | $32,256.00 |
| T. Morilla | Consultant | $285 | 171.40 | $48,849.00 |
| M. DeSalvio | Research | $170 | 6.60 | $1,122.00 |
| N. Backer | Paraprofessional | $110 | 5.10 | $561.00 |
| H. Becker | Paraprofessional | $100 | 15.00 | $1,500.00 |
| **For the Period 3/1/2009 through 3/31/2009** | | | **1136.40** | **$544,016.50** |