# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 3/1/09 through 3/31/09**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 69.60 | $38,679.50 |
| 05. Professional Retention/Fee Application Preparation | | 43.50 | $14,793.50 |
| 06. Attend Hearings/Related Activities | | 0.30 | $165.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 50.90 | $28,095.50 |
| 08. Interaction/Mtgs w Creditors | | 38.70 | $26,968.00 |
| 09. Employee Issues/KEIP | | 53.40 | $25,203.00 |
| 13. Intercompany Transactions/Bal | | 84.40 | $41,270.00 |
| 14. Executory Contracts/Leases | | 42.40 | $17,399.00 |
| 17. Analysis of Historical Results | | 131.00 | $58,535.00 |
| 18. Operating and Other Reports | | 67.90 | $35,249.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 196.20 | $84,886.00 |
| 20. Projections/Business Plan/Other | | 287.30 | $142,227.50 |
| 21. Reclamation/503(b)(9) | | 6.80 | $3,868.00 |
| 26. Tax Issues | | 52.90 | $20,613.00 |
| 31. Planning | | 8.30 | $4,778.00 |
| 32. Document Review | | 2.80 | $1,286.50 |
| **For the Period 3/1/2009 through 3/31/2009** | | **1136.40** | **$544,016.50** |

Capstone Advisory Group, LLC
Invoice for the 3/1/2009 - 3/31/2009 Fee Statement

Page 1 of 1

NY 71725290v1