**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 3/1/09 through 3/31/09**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 3/16/2009 | C. Kearns | Flight to Toronto. | $789.10 |
| 3/18/2009 | J. Hyland | Airfare due to Toronto trip. | $1,260.00 |
| 3/19/2009 | S. Song | Airfare due to Toronto trip. | $1,648.03 |
| 3/19/2009 | C. Kearns | Flight back from Toronto to LGA. | $579.78 |
| **Subtotal - Airfare/Train** | | | **$4,276.91** |
| **Auto Rental/Taxi** | | | |
| 3/10/2009 | CAG Direct | Various taxi trips. | $112.20 |
| 3/16/2009 | J. Peterson | Taxi home due to working late. | $8.00 |
| 3/17/2009 | J. Peterson | Worked late and took a taxi home. | $7.00 |
| 3/19/2009 | C. Kearns | Round trip taxi to/ from Toronto Airport. | $65.00 |
| 3/19/2009 | J. Hyland | Taxi to Nortel offices. | $36.00 |
| 3/24/2009 | J. Peterson | Taxi home due to working late. | $7.00 |
| 3/31/2009 | J. Peterson | Worked late and took a taxi home. | $7.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$242.20** |
| **Hotel** | | | |
| 3/19/2009 | J. Hyland | Hotel due to Toronto meeting. | $117.12 |
| **Subtotal - Hotel** | | | **$117.12** |
| **Meals** | | | |

**Capstone Advisory Group, LLC**
Invoice for the 3/1/2009 - 3/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/4/2009 | S. Song | Nortel late night meal. | $8.50 |
| 3/9/2009 | T. Morilla | Dinner for S. Song and T. Morilla due to late work. | $45.00 |
| 3/16/2009 | J. Peterson | Dinner due to working late - T. Morilla and J. Peterson. | $17.93 |
| 3/16/2009 | S. Song | Nortel late night meal. | $14.90 |
| 3/17/2009 | S. Song | Nortel late night meal. | $8.58 |
| 3/18/2009 | J. Hyland | Meals due to Toronto trip. | $11.53 |
| 3/18/2009 | J. Hyland | Meals due to Toronto trip. | $3.79 |
| 3/19/2009 | S. Song | Nortel meal in Toronto. | $28.91 |
| 3/19/2009 | J. Hyland | Food during Toronto travel. | $9.65 |
| 3/23/2009 | S. Song | Nortel late night meal. | $14.25 |
| 3/24/2009 | S. Song | Nortel late night meal. | $21.50 |
| 3/26/2009 | S. Song | Nortel late night meal. | $14.25 |
| 3/31/2009 | J. Peterson | Dinner - worked late. | $7.50 |
| **Subtotal - Meals** | | | **$206.29** |
| **Mileage** | | | |
| 3/18/2009 | J. Hyland | 80 Miles -- Mileage due to Toronto trip. | $44.00 |
| **Subtotal - Mileage** | | | **$44.00** |
| **Parking/Tolls** | | | |
| 3/3/2009 | T. Horton | Parking-working with staff in NY office (normally domiciled in NJ). | $21.00 |
| 3/4/2009 | T. Horton | Parking-Resulting from working with staff in NY office (normally domicile in NJ office). | $21.00 |
| 3/5/2009 | T. Horton | Parking -Resulting from working with staff in NY office (normally domicile in NJ office). | $21.00 |
| 3/6/2009 | T. Horton | Parking- Resulting from working with staff in NY office (normally domicile in NJ office). | $21.00 |

**Capstone Advisory Group, LLC**  
Invoice for the 3/1/2009 - 3/31/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/9/2009 | T. Horton | Parking- Resulting from working with staff in NY office (normally domicile in NJ office). | $22.00 |
| 3/10/2009 | T. Horton | Parking-Resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 3/11/2009 | T. Horton | Parking- Resulting from working with NY staff (normally domicile in NJ office). | $22.00 |
| 3/12/2009 | T. Horton | Parking-Resulting from working in NY office (normally domicile in NJ office). | $22.00 |
| 3/16/2009 | T. Horton | Parking- Resulting from working with staff in NY office (normally domicile in NJ office). | $22.00 |
| 3/17/2009 | T. Horton | Parking- Resulting from working with NY office staff (normally domicile in NJ office). | $22.00 |
| 3/18/2009 | T. Horton | Parking- Resulting from working with staff in NY office (normally domicile in NJ office). | $22.00 |
| 3/18/2009 | J. Hyland | Tolls due to Toronto trip. | $1.20 |
| 3/19/2009 | J. Hyland | Parking at airport. | $40.00 |
| 3/19/2009 | T. Horton | Parking- Resulting from working with staff in NY office (normally domicile in NJ office). | $22.00 |
| 3/23/2009 | T. Horton | Parking- Resulting from working with staff in NY office (normally domicile in NJ office). | $22.00 |
| 3/24/2009 | T. Horton | Parking-Resulting from working with staff in NYC office (normally domiciled in NJ office). | $22.00 |
| 3/25/2009 | T. Horton | Parking- Resulting from working with staff in NY office (normally domicile in NJ office). | $22.00 |
| 3/26/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domicile in NJ office). | $22.00 |
| 3/30/2009 | T. Horton | Parking - Resulting from working with staff in NY Office (normally domicile in NJ office). | $22.00 |
| 3/31/2009 | T. Horton | Parking-Resulting from working in NY Office (normally domicile in NJ office). | $22.00 |
| **Subtotal - Parking/Tolls** | | | **$433.20** |
| **Postage/FedEx** | | | |
| 3/9/2009 | CAG Direct | Postage for Nortel matters. | $42.64 |
| **Subtotal - Postage/FedEx** | | | **$42.64** |
| **Research** | | | |
| 3/12/2009 | CAG Direct | Factiva research for Nortel matters. | $76.70 |

Capstone Advisory Group, LLC                                                                                      Page 3 of 4
Invoice for the 3/1/2009 - 3/31/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/12/2009 | CAG Direct | Pacer research for Nortel matters. | $73.20 |
| **Subtotal - Research** | | | **$149.90** |
| Telecom | | | |
| 3/20/2009 | J. Hyland | Cell phone -- Canada Roaming Charges during visit. | $24.85 |
| **Subtotal - Telecom** | | | **$24.85** |
| **For the Period 3/1/2009 through 3/31/2009** | | | **$5,537.11** |