IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
-----------------------------------------------------------X

### NOTICE OF SERVICE [RE: D.I. 690]

PLEASE TAKE NOTICE that on May 4, 2009, copies of the **Order Under 11 U.S.C. § 102(1) (A) Shortening Notice of Debtors Motion Pursuant to Section 365(d)(4) Of The Bankruptcy Code To Extend The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Nonresidential Real Property; And (B) Modifying The Service Requirements Of Local Rule 9006-1(c)(i)** (D.I. 690, Entered: 5/4/09) were served by in the manner indicated upon the parties on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Dated: May 4, 2009
       Wilmington, Delaware

                         CLEARY GOTTLIEB STEEN & HAMILTON LLP

                         James L. Bromley
                         Lisa M. Schweitzer
                         One Liberty Plaza
                         New York, New York 10006
                         Telephone: (212) 225-2000
                         Facsimile: (212) 225-3999

                                     - and -

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Ann C. Cordo*
                         Derek C. Abbott (No. 3376)
                         Eric D. Schwartz (No. 3134)
                         Ann C. Cordo (No. 4817)
                         Andrew R. Remming (No. 5120)
                         1201 North Market Street, 18th Floor
                         P.O. Box 1347
                         Wilmington, DE 19899-1347
                         Telephone: 302-658-9200
                         Facsimile: 302-425-4663

                         Counsel for the Debtors and
                         Debtors in Possession

2875635.1