## **EXHIBIT A**

**EXHIBIT A**

## Notice Parties

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

(f) PICO Atlanta, Inc.: 5361 Royal Woods Parkway, Tucker, GA 30084, Attn: Legal Department, facsimile 770-414-1477; and

(g) Yankee Group Research Inc.: 800 Boylston Street, 27th Floor, Boston, MA 02199-8001, Attn: Legal Department, facsimile 617-598-7538.