## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Third Notice Of Rejection Of Contracts And/Or Personal Property Leases By Debtors And Debtors In Possession** was caused to be made on May 5, 2009, in the manner indicated upon the entities identified below and on the attached service lists.

Dated: May 5, 2009

Ann C. Cordo (No. 4817)

## VIA OVERNIGHT MAIL

Yankee Group Research, Inc.
800 Boylston Street
27th Floor
Boston, MA 02100-8106

PICO Atlanta, Inc.
Attn: Legal Department
5361 Royal Woods Parkway
Tucker, GA 30084

Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

2871245.1