IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :     Chapter 11
                                                    :
NORTEL NETWORKS INC., et al.,[1]                    :     Case No. 09-10138 (KG)
                                                    :
                                                    :     Jointly Administered
                                                    :
                         Debtors.                   :
------------------------------------------------------------ x:

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE that the Ad Hoc Committee of Bondholders, parties in interest in the above-captioned cases, hereby appear by their counsel, Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank") and Pachulski Stang Ziehl & Jones LLP ("PSZJ"). Milbank and PSZJ hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. Milbank and PSZJ request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to,

---

[1] The debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the debtors can be found in the debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

NY2:#4833114v1
DOCS_DE:147867.1

all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Ad Hoc Committee of Bondholders through service upon Milbank and PSZJ, at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br><br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Electronic Mail:<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Dennis F. Dunne, Esq.<br>Thomas R. Kreller, Esq.<br>Albert A. Pisa, Esq.<br>Andrew M. Leblanc, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br><br>Telephone: (212) 530-5000<br>Facsimile: (212) 822-5219<br><br>Electronic Mail: ddunne@milbank.com<br>tkreller@milbank.com<br>apisa@milbank.com<br>aleblanc@milbank.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of any member of the Ad Hoc Committee of Bondholders, including, without

limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the members of the Ad Hoc Committee of Bondholders may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 5, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
Email: tcairns@pszjlaw.com

and

MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis F. Dunne
Thomas R. Kreller, Esq.
Albert A. Pisa, Esq.
Andrew M. Leblanc, Esq.
One Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 822-5219
Email: ddunne@milbank.com
       tkreller@milbank.com
       apisa@milbank.com
       aleblanc@milbank.com
Co-Counsel to the Ad Hoc Committee of Bondholders