## CERTIFICATE OF SERVICE

I hereby certify that on the on this 30th day of April, 2009, a copy of the foregoing *"Amended Statement of Huddleston Bolen LLP Pursuant to Fed. R. Bankr. P. 2014 and Order Authorizing Debtors to Employ, Retain and Compensate Professionals in the Ordinary Course"* was served has been served, on each of the parties and at the addresses set forth below via U.S. mail, postage prepaid:

Derel C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Fred Hodara, Esq.
Akin Gump LLP
One Bryant Park
New York, NY 10036

_____
Daniel A. Earl