## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NORTEL NETWORKS INC., et al.,**[1] | **Case No. 09-10138 (KG)** |
| **Debtors.** | **Jointly Administered** |
| | **Ref. Docket No. 606** |

**CERTIFICATION OF COUNSEL REGARDING FIRST MONTHLY FEE APPLICATION OF JEFFERIES & COMPANY, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

On April 14, 2009, Jefferies & Company, Inc. ("Jefferies") filed its First Monthly Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period February 1, 2009 Through February 28, 2009 (the "Application") [Docket No. 606]. The Application includes interim fees in the amount of $200,000.00, which represents 80% of the $250,000.00 monthly retainer, and interim expenses in the amount of $14,242.22.

The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") contacted Jefferies with questions regarding the Application. At the request of the U.S. Trustee, Jefferies is no longer seeking reimbursement for $6,636.65 in expenses. As a result, Jefferies is only seeking reimbursement of $7,605.57 of the interim expenses listed in the Application.

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

Aside from the comments received from the U.S. Trustee, Jefferies has received no other objection or response to the Application. Counsel to Jefferies has reviewed the docket and does hereby certify that no objections or responses to the Application have been filed. Objections to the Application were required to be filed on or before May 4, 2009 at 4:00 p.m. (ET).

Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members [Docket No. 222], the debtors and debtors in possession in the above-captioned cases are now authorized to pay 80% of requested interim fees and 100% of requested interim expenses without further order of the Court.

Dated: May 6, 2009
       Wilmington, Delaware

                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP


                                   /s/ Nathan Grow
                                   Edmon L. Morton (No. 3856)
                                   Nathan D. Grow (No. 5014)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   Counsel to Jefferies & Company, Inc,