IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                 ) SS
NEW CASTLE COUNTY  )

       Casey S. Cathcart, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Jefferies & Company, Inc., being duly sworn according to law, deposes and says that on May 6, 2009, she caused a copy of the **Certification of Counsel Regarding First Monthly Fee Application of Jefferies & Company, Inc.** to be served as indicated upon the parties identified on the attached service list.

                                                       _____
                                                        Casey S. Cathcart

SWORN TO AND SUBSCRIBED before me this 6th day of May, 2009.



                                                        _____
                                                        Notary Public
                                                        My Commission Expires:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

## SERVICE LIST
## 5/6/2009

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(Co-Counsel to the Debtors)
*Hand Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Co-Counsel to the Official Committee of Unsecured Creditors)
*Hand Delivery*

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Co-Counsel to the Official Committee of Unsecured Creditors)
*First Class Mail*

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Co-Counsel to the Debtors)
*First Class Mail*

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, Ontario, M9C 5K1
(Debtor)
*First Class Mail (International)*

Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Hand Delivery*