IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS INC., et al.,[1] | : | Case No. 09-10138 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

------------------------------------------------------- x:    **Related Docket No. 702**

### AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Ad Hoc

Committee of Bondholders in the above-captioned action, and that on the 6th day of May, 2009,

she caused a copy of the following document to be served upon the attached service list in the

manner indicated:

> **Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P.
> 2002.**

Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 6th day of May 2009.

MONICA A. MOLITOR
Notary Public - State of Delaware
My Comm. Expires July 20, 2010

Notary Public
My Commission Expires: _____

---

[1]     The debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Nortel
Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems
International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel
Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel
Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358),
Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the debtors can
be found in the debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Nortel Networks Inc., et al. 2002 Service List**
Case No. 09-10138
Document No. 147889
26 – Hand Delivery
97 – First Class Mail
04 – FOREIGN First Class Mail


(Counsel for Ad Hoc Committee of Bondholders)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones  LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Tobey M. Daluz, Esquire
Leslie Heilman Esquire
Ballard Spahr Andrews & Ingersoll LLP
919 Market St., 12th Fl
Wilmington, DE  19801

*Hand Delivery*
Christopher A. Ward, Esquire
Justin K. Edelson Esquire
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Ste 1101
Wilmington, DE  19801

*Hand Delivery*
David B. Stratton, Esquire
Leigh-Anne M. Raport Esquire
Pepper Hamilton LLP
1313 Market St., Ste 5100
Wilmington, DE  19801

*Hand Delivery*
Henry Jaffe, Esquire
Pepper Hamilton LLP
1313 Market St., Ste 5100
Wilmington, DE  19801

*Hand Delivery*
Joanne B. Wills, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St., Ste 1000
Wilmington, DE  19801

*Hand Delivery*
Marla R. Eskin, Esquire
Ayesha S. Chacko Esquire
Campbell & Levine LLC
800 N King St., Ste 300
Wilmington, DE  19801

*Hand Delivery*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 E 8th St., Ste 400
Wilmington, DE  19801

*Hand Delivery*
Mary F. Caloway, Esquire
P.J. Duhig Esquire
Buchanan Ingersoll & Rooney
1000 West Street., Suite 1410
Wilmington, DE  19801

*Hand Delivery*
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE  19801

*Hand Delivery*
Carl N. Kunz, Esquire
Michael J. Custer Esquire
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE  19801

*Hand Delivery*
US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

*Hand Delivery*
Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

*Hand Delivery*
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

*Hand Delivery*
Duane D. Werb Esquire
Werb & Sullivan
300 Delaware Ave, 13th Fl
Wilmington, DE 19801

*Hand Delivery*
Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow
800 Delaware Ave., 7th Fl.
Wilmington, DE 19801

*Hand Delivery*
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes P.A.
500 Delaware Ave, 8th Fl
Wilmington, DE 19801

*Hand Delivery*
Ricardo Palacio, Esquire
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE 19801

*Hand Delivery*
Gregory A. Taylor, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes P.A.
500 Delaware Ave, 8th Fl
Wilmington, DE 19801

*Hand Delivery*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St., Ste 400
Wilmington, DE 19801

*Hand Delivery*
Jeffrey S. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE 19801

*Hand Delivery*
Charlene D. Davis, Esquire
Daniel A. O'Brien, Esquire
Bayard P.A.
222 Delaware Ave, Ste 900
Wilmington, DE 19801

*Hand Delivery*
John V. Fiorella, Esquire
Archer & Greiner PC
300 Delaware Ave, Ste 1370
Wilmington, DE 19801

*Hand Delivery*
Charles J. Brown III, Esquire
Archer & Greiner PC
300 Delaware Ave, Ste 1370
Wilmington, DE 19801

*Hand Delivery*
Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N Market St, Ste 1500
Wilmington, DE 19801

*Hand Delivery*
James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Dr., Ste 102
Wilmington, DE 19801

*Hand Delivery*
Joseph H. Huston Jr. Esquire
Maria Aprile Sawczuk Esquire
Stevens & Lee P.C.
1105 N Market St., 7th Fl
Wilmington, DE 19801

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of State Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Sheryl L. Moreau Esquire
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO 65105-0475

*First Class Mail*
John P. Dillman Esquire
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

*First Class Mail*
Rod Andrerson Esquire
Noel R. Boeke Esquire
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

*First Class Mail*
Amos U. Priester IV Esquire
Anna B. Osterhout Esquire
Smith Anderson Blount Dorsett Mitchell &
Jernigan LLP
P.O. Box 2611
Raleigh, NC 27602-2611

*First Class Mail*
Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Ste 600
Philadelphia, PA 19102

*First Class Mail*
Vicente Matias Murrell, Esquire
Stephen D. Schreiber, Esquire
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC 20005-4026

*First Class Mail*
Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492

*First Class Mail*
Alan D. Smith, Esquire
Chun M. Ng, Esquire
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099

*First Class Mail*
Joseph E. Shickich Jr. Esquire
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

*First Class Mail*
Christopher M. Alston Esquire
Foster Pepper PLLC
1111 3rd Ave, Ste 3400
Seattle, WA 98101-3299

*First Class Mail*
Ramona Neal Esquire
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714

*First Class Mail*
David G. Aelvoet Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Ste 300
San Antonio, TX 78205

*First Class Mail*
David A. Rosenzweig, Esquire
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

*First Class Mail*
Carren B. Shulman Esquire
Kimberly K. Smith Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Fl
New York, NY  10112

*First Class Mail*
Alistar Bambach
SEC NY Regional Office
Bankruptcy Div, Ste 400
3 World Financial Center
New York, NY  10281-1022

*First Class Mail*
Michael L. Schein Esquire
Vedder Price P.C.
1633 Broadway, 47th Fl
New York, NY  10019

*First Class Mail*
Raniero D'Aversa Jr. Esquire
Laura D. Metzger Esquire
Weston T. Eguchi Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

*First Class Mail*
Dennis Dunne, Esquire
Thomas R. Kreller, Esquire
Albert A. Pisa, Esquire
Andrew M. Leblanc, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

*First Class Mail*
Michelle McMahon Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

*First Class Mail*
N. Thodore Zink Jr. Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

*First Class Mail*
Alan Kolod, Esquire
Christopher J. Caruso, Esquire
Kent C. Kolbig, Esquire
Moses & Singer LLP
The Crysler Building
405 Lexington Avenue
New York, NY  10174

*First Class Mail*
Ken Coleman, Esquire
Lisa J.P. Kraidin. Esquire
Allen & Overy LLP
1221 Avenue of the Americas, 20th Floor
New York, NY  10020

*First Class Mail*
Val Mandel, Esquire
Val Mandel P.C.
80 Wall St, Ste 1115
New York, NY  10005

*First Class Mail*
Edmond P. O'Brien, Esquire
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave, 31st Fl
New York, NY  10017

*First Class Mail*
Steven J. Reisman, Esquire
James V. Drew Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

*First Class Mail*
Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY  10036

*First Class Mail*
Alan J. Lipkin, Esquire
Jeremy E. Crystal Esquire
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019

*First Class Mail*
Robert J. Rosenberg, Esquire
Latham & Watkins LLP
885 Third Avenue, Ste 1000
New York, NY 10022-4068

*First Class Mail*
Michael J. Riela, Esquire
Latham & Watkins LLP
885 Third Avenue, Ste 1000
New York, NY 10022-4068

*First Class Mail*
Zachary N. Goldstein, Esquire
Latham & Watkins LLP
885 Third Avenue, Ste 1000
New York, NY 10022-4068

*First Class Mail*
Howard S. Steel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*First Class Mail*
Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
Akin Gump
One Bryant Park
New York, NY 10036

*First Class Mail*
Kenneth E. Noble, Esquire
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

*First Class Mail*
Stephen C. Stapleton, Esquire
Dykema Gossett PLLC
1717 Main St, Ste 2400
Dallas, TX 75201

*First Class Mail*
William L. Siegel, Esquire
Cowles & Thompson PC
901 Main Street, Suite 3900
Dallas, TX 75202

*First Class Mail*
Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Rountain Place, Ste 3700
Dallas, TX 75202-2799

*First Class Mail*
Joseph J. Wielebinski, Esquire
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX 75201-6659

*First Class Mail*
Robert T. Vance Jr., Esquire
Law Offices of Robert T. Vance Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110

*First Class Mail*
Carol E. Momjian, Esquire
PA Senior Deputy Atty Gen
21 S 12th St., 3rd Fl
Philadelphia, PA 19107-3603

*First Class Mail*
David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

*First Class Mail*
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

*First Class Mail*
Alan S. Kopit, Esquire
Christopher W. Peer, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Ste 2800
Cleveland, OH  44114

*First Class Mail*
Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124

*First Class Mail*
Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021

*First Class Mail*
Edward T. Attanasio, Esquire
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Fl
Los Angeles, CA  90067-6049

*First Class Mail*
Joon M. Khang, Esquire
Khang & Khang LLP
1901 Avenue of the Stars, 2nd Fl
Los Angeles, CA  90067

*First Class Mail*
Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Ste 2600
Los Angeles, CA  90067-3012

*First Class Mail*
John C. Vigano, Esquire
Patricia J. Fokuo, Esquire
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473

*First Class Mail*
Eric S. Prezant, Esquire
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago, IL  60601

*First Class Mail*
Melissa A. Mickey, Esquire
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

*First Class Mail*
Jill L. Murch, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark St., Ste 2800
Chicago, IL  60654-5313

*First Class Mail*
Cullen K. Kuhn, Esquire
Bryan Cave LLP
211 N Broadway, Ste 3600
St. Louis, MO  63102

*First Class Mail*
David L. Uranga
Bell Microproducts Inc.
201 Monroe Street, Suite 300
Montgomery, AL  36104

*First Class Mail*
Jeffrey B. Ellman, Esquire
Robbin S. Rahman, Esquire
Jones Day
1420 Peachtree St NE, Ste 800
Atlanta, GA  30309

*First Class Mail*
Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

*First Class Mail*
Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue, 6th Fl
Orlando, FL 32801

*First Class Mail*
Joyce A. Kuhns, Esquire
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD 21202

*First Class Mail*
Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

*First Class Mail*
Randall D. Crocker, Esquire
VonBriesen & Roper S.C.
411 E Wisconsin Ave, Ste 700
Milwaukee, WI 53202

*First Class Mail*
Shawn M. Christianson, Esquire
Buchalter Nemer
333 Market St., 25th Fl
San Francisco, CA 94105-2126

*First Class Mail*
Merle C. Meyers, Esquire
Michele Thompson Esquire
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA 94104

*First Class Mail*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201

*First Class Mail*
James C. Waggoner, Esquire
Davis Wright Tremaine LLP
1300 SW 5th Ave, Ste 2300
Portland, OR 97201-5630

*First Class Mail*
Rachel S. Budke, Esquire
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408

*First Class Mail*
Scott K. Brown, Esquire
Lewis and Roca LLP
40 North Central Ave., Ste 1900
Phoenix, AZ 85004

*First Class Mail*
Nicholas Skiles, Esquire
John A. Wetzel, Esquire
Swartz Campbell LLC
One S. Church St., Ste 400
West Chester, PA 19382

*First Class Mail*
Laura L. McCloud, Esquire
Tennessee Dept of Revenue
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
Jennifer V. Doran, Esquire
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

*First Class Mail*
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal St., 9th Fl
Boston, MA 02110

*First Class Mail*
Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA  94306

*First Class Mail*
David M. Schilli, Esquire
Ty E. Shaffer, Esquire
Robinson Bradshaw & Hinson P.A.
101 North Tryon St., Ste 1900
Charlotte, NC  28246

*First Class Mail*
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Blvd., Ste 1800
McLean, VA  22102-4215

*First Class Mail*
J. Scott Douglass, Esquire
909 Fannin, Ste 1800
Houston, TX  77010

*First Class Mail*
Brian W. Bisignani, Esquire
Post & Schell P.C.
17 N 2nd St., 12th Fl
Harrisburg, PA  17101-1601

*First Class Mail*
Stephen K. Dexter, Esquire
Lathrop & Gage LLP
370 17th St., Ste 4650
Denver, CO  80202

*First Class Mail*
Parag P. Patel, Esquire
33 Wood Avenue South, 2nd Fl
P.O. Box 81
Iselin, NJ  08830-0081

*First Class Mail*
Elizabeth Banda, Esquire
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd, Ste 300
Arlington, TX  76013

*First Class Mail*
Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

*First Class Mail*
Donald K. Ludman, Esquire
Brown & Connery LLP
6 North Broad St, Ste 1000
Woodbury, NJ  08096

*First Class Mail*
Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

*First Class Mail*
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave.
New York, NY  10022

*First Class Mail*
Mark G. Ledwin, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr.
White Plains, NY  10604

*First Class Mail*
Robert S. McWhorter, Esquire
Nossaman LLP
915 L St., Ste 1000
Sacramento, CA  95814

*First Class Mail*
Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

*First Class Mail*
Ann Groninger, Esquire
Patterson Harkavy
521 East Boulevard
Charlotte, NC  28203

*First Class Mail*
Hubert H. Kuo, Esquire
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct., Ste 590
Newport Beach, CA  92660

*First Class Mail*
R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway, 3rd Fl
Dallas, TX  75234

*First Class Mail*
Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

*First Class Mail*
David N. Crapo, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

*First Class Mail*
Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

*First Class Mail*
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

*First Class Mail*
Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

*First Class Mail*
Deborah B. Waldmeir, Esquire
State of MI Dept of Treasury
3030 W Grand Blvd, Ste 10-200
Cadillac Place
Detroit, MI  48202

*First Class Mail*
Ernie Holling, President
The InTech Group, Inc.
305 Exton Commons
Exton, PA  19341

*Foreign First Class Mail*
Jennifer Stam, Esquire
Ogilvy Renault LLP
200 Bay Street Suite 3800
Royal Bank Plaza South Tower
Toronto, Ontario  M5J 2Z4
Canada

*Foreign First Class Mail*
Michael J. Wunder, Esquire
R. Snayne Kukulowicz, Esquire
Alex L. MacFarlane, Esquire
Fraser Milner Casgrain LLP
1 First Canadian Place -Floor 42
100 King St West
Toronoto, Ontario  M5X 1B2
Canada

*Foreign First Class Mail*
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
England

***Foreign First Class Mail***
Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
Canada