# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]         :    Case No. 09-10138 (KG)
:
Debtors.               :    Jointly Administered
:
---------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 7, 2009 AT 11:30 A.M. (EASTERN TIME)[2]

**THE TIME FOR THE HEARING SCHEDULED FOR MAY 7, 2009 AT 11:00 A.M. (ET) HAS BEEN CHANGED TO MAY 7, 2009 AT 11:30 A.M.**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Motion Of Avanex Corporation For Allowance Of Administrative Expenses Claim Pursuant to 11 U.S.C. Section 503(b)(9) Filed by (D.I. 242, Filed 2/5/09).

    Related Pleadings:

    a) Notice of Proposed Settlement Of Reclamation Demand Of Avanex Corporation (D.I. 478, Filed 3/17/09); and

    b) Notice of Withdrawal With Prejudice of Motion of Avanex Corporation for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (D.I. 670, Filed 4/27/09).

    Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to May 13, 2009 at 4:00 p.m (ET) for the Debtors.

    Responses Received: None at this time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Status:  This matter has been resolved.

2. Motion Of Andrew, LLC For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(9) (D.I. 283, Filed 2/13/09).

   Related Pleadings:  None.

   Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET). Extended to April 6, 2009 at 4:00 p.m. (ET).  Extended to May 18, 2009 at 5:00 p.m. (ET) for the Debtors.

   Responses Received:  None at this time.

   Status:  This matter has been adjourned to the hearing scheduled for May 20, 2009 at 10:00 a.m. (ET).

3. Motion for Relief from Stay to Effectuate a Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).

   Related Pleadings:  None.

   Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET). Extended to May 13, 2009 at 4:00 p.m. for the Debtors.

   Responses Received:  None at this time.

   Status:  This matter has been adjourned to the hearing scheduled for May 20, 2009 at 10:00 a.m. (ET).

4. Motion for Payment of Administrative Expenses/Claims Filed by Anixter, Inc. (D.I. 508, Filed 3/20/09).

   Related Pleadings:  None.

   Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET). Extended to May 18, 2009 at 5:00 p.m. for the Debtors.

   Responses Received:  None at this time.

   Status:  This matter has been adjourned to the hearing scheduled for May 20, 2009 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

   None at this time.

UNCONTESTED MATTERS GOING FORWARD:

5. Motion to Extend Time Pursuant To Rules 9006 And 9027 Of The Federal Rules Of Bankruptcy Procedure Within Which The Debtors May File Notices Of Removal Of Related Proceedings (D.I. 604, Filed 4/14/09).

   Related Pleadings:  None.

Objection Deadline:  April 30, 2009 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status: This matter is going forward.

6. Debtors' Motion Pursuant To Section 365(d)(4) Of The Bankruptcy Code To Extend The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Nonresidential Real Property (D.I. 680, Filed 4/30/09).

   Related Pleadings:

   a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) (A) Shortening Notice Of Debtors' Motion Pursuant To Section 365(d)(4) Of The Bankruptcy Code To Extend The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Nonresidential Real Property; And (B) Modifying The Service Requirements Of Local Rule 9006-1(c)(i) (D.I. 688, Filed 5/1/09);

   b) Order Under 11 U.S.C. § 102(1) (A) Shortening Notice of Debtors Motion Pursuant to Section 365(d)(4) Of The Bankruptcy Code To Extend The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Nonresidential Real Property; And (B) Modifying The Service Requirements Of Local Rule 9006-1(c)(i) (D.I .690, Entered 5/4/09); and

   c) Notice Of Rescheduled Hearing Regarding Debtors' Motion Pursuant To Section 365(d)(4) Of The Bankruptcy Code To Extend The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Nonresidential Real Property (D.I. 691, Filed 5/4/09).

   Objection Deadline:  May 5, 2009 at 12:00 p.m. (ET).

   Responses Received:  None at this time.

   Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

   None at this time.

Dated: May 7, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

      - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2880088.1