# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.
**CASE NO.:** 09-10138 - KG

**COURTROOM LOCATION:** 3
**DATE:** 5/7/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | Morris Nichols Arsht + Tunnell | Debtors |
| Derek Abbott | " | " |
| Nick Salvatore | Cleary Gottlieb Steen & Hamilton | " |
| Jim Bromley | " | " |
| David Botter | Akin Gump | Committee |
| Abid Qureshi | " | " |
| Chris Samis | Richards, Layton + Finger | " |
| Kelly Mahoney | Parkowski Guerke Steiner | Not the Committee |
| | US Trustee's Office | US Trustee |
| Jane Leamy | | |

# Court Conference

**Calendar Date:** 05/07/2009
**Calendar Time:** 11:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross

Courtroom
Amended Calendar 05/07/2009 06:33 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 0910138 | Hearing | 2818761 | Steven J. Reisman | Curtis, Mallet-Prevost, Colt, Mosle LLP | Interested Party, Flextronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2815615 | Thomas Kreller | Milbank, Tweed, Hadley & McCloy, | Interested Party, - / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2716962 | Anneliese H. Pak | Ropes & Gray LLP | Interested Party, Silver Lake Capital, et al / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2813467 | Frank N. White | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc / LIVE |