IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 1st day of May, 2009, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Order Approving Fourth Stipulation of the Debtors and the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., Pursuant to Local Rule 9013-1(M), Extending the Time to File a Motion for Reconsideration of Order Pursuant to 11 U.S.C. § 105(A) Approving Cross-Border Court-to-Court Protocol [Docket No. 676]*

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

RLF1-3392336-1

*Barbara J. Witters*
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 5th day of May, 2009.

*Joan M. Webb*
Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. Expires April 30, 2010

| | |
|---|---|
| Patrick Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519 | United States Attorney's Office<br>District of Delaware<br>1007 N. Orange Street<br>Wilmington, DE 19801 |
| Mary F. Caloway, Esq.<br>P.J. Duhig, Esq.<br>Buchanan Ingersoll & Rooney<br>1000 West Street<br>Suite 1410<br>Wilmington, DE 19801 | James E. Huggett Esq.<br>Margolis Edelstein<br>750 Shipyard Dr<br>Ste 102<br>Wilmington, DE 19801 |
| John V. Fiorella Esq.<br>Archer & Greiner PC<br>300 Delaware Ave<br>Ste 1370<br>Wilmington, DE 19801 | Tobey M. Daluz Esq.<br>Leslie Heilman Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>919 Market St<br>12th Fl<br>Wilmington, DE 19801 |
| Christopher A. Ward Esq.<br>Justin K. Edelson Esq.<br>Polsinelli Shalton Flanigan Suelthaus PC<br>222 Delaware Avenue<br>Ste 1101<br>Wilmington, DE 19801 | Joanne B. Wills Esq.<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>919 Market St<br>Ste 1000<br>Wilmington, DE 19801 |
| William P. Bowden Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Ave<br>8th Fl<br>Wilmington, DE 19801 | Joseph H. Huston Jr. Esq.<br>Maria Aprile Sawczuk Esq.<br>Stevens & Lee P.C.<br>1105 N Market St<br>7th Fl<br>Wilmington, DE 19801 |

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE  19801

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll III. Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Fl
Wilmington, DE  19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE  19801

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King St
Ste 300
Wilmington, DE  19801


Henry Jaffe Esq.
Pepper Hamilton LLP
Hercules Plaza
Ste 5100
1313 Market St
Wilmington, DE  19801

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801


Michael J. Wunder Esq.
R. Snayne Kukulowicz Esq.
Alex L. MacFarlane Esq.
Fraser Milner Casgrain LLP
1 First Canadian Place
42nd Fl
100 King Street West
Toronto, Ontario  M5X 1B2
Canada

Jennifer Stam
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario  M5J 2Z4
Canada


Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
England

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903


Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

John P. Dillman Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Ron Andrewon Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX 76013

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX 75201

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY 10281-1022

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA 02110

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY 10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

Derek Austin
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL 60606

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro
Ste 300
San Antonio, TX 78205

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA 19382

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA 98154-1192

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO  80021

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX  77010

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

Joseph J. Wielebinski Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX  75201-6659

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY  10112

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Beverly H. Shideler, BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Christopher A. O'Brien Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave
31st Fl
New York, NY  10017

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL  60654-5313

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA  94105-2126

Douglas J. Kaye
631 Belmont Crest Drive
Marietta, GA  30067

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA  90067

Hubert H. Kuo Esq.
Buss Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA  92660

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ  08096

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC  20005-4026

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX  75002

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 2400
Dallas, TX  75201

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC  20020

Attn:  Nathan Fuchs
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York, NY  10279

Alan J. Lipkin Esq.
Jeremy E. Crystal Esq.
Wilkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Val Mandel Esq.
Val Mandel P.C.
80 Wall St
Ste 1115
New York, NY  10005

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Fl
Orlando, FL  32801

John M. Hickey Esq.
Barber & Bartz
525 S Main St
Ste 800
Tulsa, OK  74103-4511

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

Edward T. Attanasio Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Fl
Los Angeles, CA 90067-6049

Mark G. Ledwin Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr
White Plains, NY 10604

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC 28246

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Rod Anderson
Noel R. Boeke
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Nortel Networks Inc.
Attn: Gordon A. Davis
195 The West Mall
Toronto, ON M9C 5K1

Carl N. Kunz, III
Michael J. Custer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Clearwire Corporation
c/o James C. Waggoner
Davis Wright Tremaine LLP
1300 SW 5th Ave., Ste. 2300
Portland, OR 97201-5630

Rachel S. Burdke
Law Department, Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Brian W. Bisignani
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

William D. Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Robert S. McWhorter
Nossaman LLP
915 S L Street, Suite 1000
Sacramento, CA 95814

Shannon E. Hoff
Poyner Spruill LLP
301 South College Street, Suite 2300
Charlotte, NC 28202

John M. Hickey
Barber & Bartz
800 Park Centre
525 South Main Street
Tulsa, OK 74103-4511

Stephen K. Dexter
Lathrop & Gage LLP
370 17th Street, Suite 4650
Denver, CO 80202-5607

Thomas J. Leanse
Dustin P. Branch
Katten Muchin Roseman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Tobey M. Daluz
Leslie C. Heiman
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Robert S. McWhorter
Nossman LLP
915 L Street, Suite 1000
Sacramento, CA 95814

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

N. Theodore Zink, Jr., Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 100022

Parag P. Patel, Esq.
Patel Law Offices
Metro Park Offices
33 Wood Avenue South, Second Floor
P.O. Box 81
Iselin, NJ 08830-0081

Christopher M. Alston
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299

Ann Groninger
Patterson Harkavy LLP
521 East Boulevard
Charlotte, NC 28203

Deborah B. Waldmeir
Assistant Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

| | |
|---|---|
| Carol E. Momjian<br>Senior Deputy Attorney General<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Laura L. McCloud<br>Assistant Attorney General<br>Office of the Attorney General Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| William P. Bowden<br>Amanda M. Winfree<br>Ashby & Geddes, PA<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE 19899 | Jeffrey B. Ellman<br>Robbin S. Rahman<br>Jones Day<br>1420 Peachtree Street, NE<br>Suite 800<br>Atlanta, GA 30309 |
| R.S. Stahel<br>IBM Corp. Legal Dept.<br>1503 LBJ Freeway - 3rd Floor<br>Dallas, TX 75234 | Ian Connor Bifferato<br>Kevin G. Collins<br>Bifferato LLC<br>800 N. King Street, First Floor<br>Wilmington, DE 19801 |
| Dana S. Plon<br>Sirlin Gallogly & Lesser, PC<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102 | Ernie Holling, President<br>The Intech Group, Inc.<br>305 Exton Commons<br>Exton, PA 19341 |