## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: June 11, 2009 at 2:00 p.m.**<br>**Objection Deadline: May 27, 2009 at 4:00 p.m.** |

### NOTICE OF MOTION OF PHOENIX TELECOM SOLUTIONS, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF OF PREPETITION AMOUNTS OWED BY AND BETWEEN PHOENIX TELECOM SOLUTIONS, INC. AND DEBTOR NORTEL NETWORKS, INC.

TO:  (i) The Office of the United States Trustee; and (ii) all parties that have timely filed appearances pursuant to Fed. R. Bankr. P. 2002.

Phoenix Telecom Solutions, Inc., by and through its counsel Eckert Seamans Cherin & Mellott, LLC and Finlayson, Augustini & Williams LLP, has filed the **Motion of Phoenix Telecom Solutions, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts Owed By and Between Phoenix Telecom Solutions, Inc. and Debtor Nortel Networks, Inc.** (the "Motion").

You are required to file a response to the Motion, if any, on or before **May 27, 2009 at 4:00 p.m. (ET)** with the United States Bankruptcy Court of the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon:

---

[1]  The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Nortel Networks", Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc.(9769), Alteon Web Systems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Ind. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components", Inc. (3545), Nortel Networks HPOCS, Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International, Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567).

*22133.2*

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone:  (302) 425-0430
Facsimile:  (302) 425-0432
rgellert@eckertseamans.com

Jesse S. Finlayson, Esquire
Finlayson, Augustini & Williams LLP
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone:  (949) 759-3810
Facsimile:  (949) 759-3812
jfinlayson@faw-law.com

**PLEASE TAKE NOTICE** that a hearing on the Motion will be held before the

Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824

Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on June 11, 2009, 2:00

p.m.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 2002-1(e) of the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware, if you fail to respond in accordance with this notice, the court may grant

the relief demanded by the Motion without further notice or hearing.

Dated:  May 7, 2009

Respectfully submitted,

ECKERT SEAMANS CHERIN
& MELLOTT, LLC


*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE Bar 4259)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Facsimile (302) 425-0432
rgellert@eckertseamans.com

-and-

Jesse S. Finlayson (CA SBN 179443)
Finlayson, Augustini & Williams LLP
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone:  (949) 759-3810
Facsimile:  (949) 759-3812
jfinlayson@faw-law.com

Counsel for Phoenix Telecom Solutions