# EXHIBIT A

2:37 PM
02/25/09

## Phoenix Telecom Solutions
### Open Invoices
As of January 14, 2009

| Type | Date | Num | P.O. # | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Nortel Networks Inc.** | | | | | | | | |
| Invoice | 11/14/2008 | PTI3404 | 4320052872 | Net 70 | 1/23/2009 | | | 102,400.00 |
| Invoice | 12/5/2008 | PTI3428 | 4320052872 | Net 70 | 2/13/2009 | | | 48,000.00 |
| **Total Nortel Networks Inc.** | | | | | | | | 150,400.00 |
| **TOTAL** | | | | | | | | 150,400.00 |

Remit Payment To:



15375 Barranca Parkway, I-101
Irvine, CA 92618
888.277.5242 Office
949.748.8554 Fax
www.phoenix-ts.com
solutions@phoenix-ts.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/14/2008 | PTI3404 |

| Rep |
|---|
| Craig |

**Name / Address**

Nortel Networks Inc.
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Ship To**

Service. N/A

| Ship Via | Incoterm | Terms | Customer P.O. No. |
|---|---|---|---|
| N/A | N/A | Net 70 | 4320052872 |

| Item | HECI | MFG | Description | Condition | Qty | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| Field Service | | Nortel | Week of Aug 11 - Cabinets | Service | 0 | 800.00 | 0.00T |
| Field Service | | Nortel | Week of Aug 18 - Cabinets | Service | 0 | 800.00 | 0.00T |
| Field Service | | Nortel | Week of Aug 25 - Cabinets | Service | 0 | 960.00 | 0.00T |
| Field Service | | Nortel | Week of Sept 1st - Cabinets | Service | 0 | 960.00 | 0.00T |
| Field Service | | Nortel | Week of Sept 8 - Cabinets | Service | 0 | 960.00 | 0.00T |
| Field Service | | Nortel | Week of Sept 15 - Cabinets | Service | 0 | 960.00 | 0.00T |
| Field Service | | Nortel | Week of Sept 15 - Cabinets - Down Time | Service | 0 | 800.00 | 0.00T |
| Field Service | | Nortel | Week of Sept 22 - Cabinets | Service | 0 | 960.00 | 0.00T |
| Field Service | | Nortel | Week of Sept 22 - Cabinets - Down Time | Service | 0 | 800.00 | 0.00T |
| Field Service | | Nortel | Week of Sept 29 - Cabinets | Service | 0 | 960.00 | 0.00T |
| Field Service | | Nortel | Week of Sept 29 - Cabinets - Down Time | Service | 0 | 800.00 | 0.00T |
| Field Service | | Nortel | Week of Oct 6 - Cabinets | Service | 0 | 800.00 | 0.00T |
| Field Service | | Nortel | Week of Oct 13 - Cabinets | Service | 0 | 960.00 | 0.00T |
| Field Service | | Nortel | Week of Oct 20 - Cabinets | Service | 40 | 800.00 | 32,000.00T |
| Field Service | | Nortel | Week of Oct 27 - Cabinets | Service | 40 | 800.00 | 32,000.00T |
| Field Service | | Nortel | Week of Nov 3 - Cabinets | Service | 20 | 800.00 | 16,000.00T |
| Field Service | | Nortel | Week of Nov 10 - Cabinets | Service | 28 | 800.00 | 22,400.00T |
| | | | Nortel GSM Refurb Program | | 0 | | 0.00 |
| | | | MASTER SERVICES AGREEMENT NO. 16793 | | 0 | | 0.00 |

Master Services Agreement No. 16793

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $102,400.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $102,400.00 |

Remit Payment To:



15375 Barranca Parkway, I-101
Irvine, CA 92618
888.277.5242 Office
949.748.8554 Fax
www.phoenix-ts.com
solutions@phoenix-ts.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/5/2008 | PTI3428 |

| Rep |
|---|
| Craig |

**Name / Address**
Nortel Networks Inc.
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Ship To**
Service. N/A

| Ship Via | Incoterm | Terms | Customer P.O. No. |
|---|---|---|---|
| N/A | N/A | Net 70 | 4320052872 |

| Item | HECI | MFG | Description | Condition | Qty | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| Field Service | | Nortel | Week of Dec 05 - Cabinets<br><br>Nortel GSM Refurb Program<br>MASTER SERVICES AGREEMENT NO. 16793 | Service | 60 | 800.00 | 48,000.00T |

Master Services Agreement No. 16793

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $48,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $48,000.00 |

# EXHIBIT B

10:53 AM
03/02/09

**Phoenix Telecom Solutions**
**Unpaid Bills Detail**
As of January 14, 2009

| Type | Date | Num | Memo | Due Date | Open Balance | Status |
|---|---|---|---|---|---|---|
| **Nortel Networks** | | | | | | |
| Credit | 12/18/2008 | RMA PTI3416 | Return defective product PTS2355 / PTO2256 | | -15.00 | Invoice # 7000001470 |
| Credit | 12/31/2008 | December 2008 | Freight Cost Stock Transfer - Wireline program | | -307.56 | Invoice # 7000001470 |
| Bill | 12/04/2008 | PTS2344 | PTO2243 | 02/17/2009 | 3,160.00 | Invoice # 7000001470 |
| Bill | 12/09/2008 | PTS2348 | PTO2247 | 02/22/2009 | 942.00 | Invoice # 7000001470 |
| Bill | 12/18/2008 | PTS2352 | PTO2252 | 03/03/2009 | 68.00 | Invoice # 7000001470 |
| Bill | 12/23/2008 | PTS2355 | PTO2256 | 03/08/2009 | 68.75 | Invoice # 7000001470 |
| **Total for Invoice # 7000001470** | | | | | **3,916.19** | |
| Credit | 05/10/2008 | PTS2243 | Freight Cost Stock Transfer | | -314.50 | Invoice # 7000038316 |
| Credit | 05/10/2008 | PTS2243 | Consignment Build Up Expenses | | -101.00 | Invoice # 7000038316 |
| Credit | 08/31/2008 | August 2008 | Freight Costs - Stock Transfer | | -1,141.95 | Invoice # 7000038316 |
| Bill | 05/01/2008 | PTS2241 | PTO2108 | 07/15/2008 | 1,000.00 | Invoice # 7000038316 |
| Bill | 05/06/2008 | PTS2243 | PTO2111 | 07/20/2008 | 5,150.00 | Invoice # 7000038316 |
| Bill | 05/08/2008 | PTS2245 | PTO2113 | 07/22/2008 | 900.00 | Invoice # 7000038316 |
| Bill | 05/13/2008 | PTS2247 | PTO2115 | 07/27/2008 | 11,375.00 | Invoice # 7000038316 |
| Bill | 05/13/2008 | PTS2250 | PTO2117 | 07/27/2008 | 555.00 | Invoice # 7000038316 |
| Bill | 05/19/2008 | PTS2251 | PTO2119 | 08/02/2008 | 555.00 | Invoice # 7000038316 |
| Bill | 06/19/2008 | PTS2266 | PTO2140 | 09/02/2008 | 30.00 | Invoice # 7000038316 |
| Bill | 06/19/2008 | PTS2267 | PTO2139 | 09/02/2008 | 75.00 | Invoice # 7000038316 |
| Bill | 06/27/2008 | PTS2273 | PTO2146 | 09/10/2008 | 900.00 | Invoice # 7000038316 |
| Bill | 06/27/2008 | PTS2274 | PTO2147 | 09/10/2008 | 900.00 | Invoice # 7000038316 |
| Bill | 07/09/2008 | PTS2252 | PTO2120 | 08/22/2008 | 1,072.50 | Invoice # 7000038316 |
| Bill | 08/22/2008 | PTS2301 | PTO2180 | 10/21/2008 | 585.00 | Invoice # 7000038316 |
| Bill | 08/20/2008 | PTS2302 | PTO2181 | 11/03/2008 | 637.50 | Invoice # 7000038316 |
| Bill | 08/29/2008 | PTS2304 | PTO2185 | 11/12/2008 | 475.00 | Invoice # 7000038316 |
| Bill | 09/03/2008 | PTS2307 | PTO2188 | 11/17/2008 | 400.00 | Invoice # 7000038316 |
| Bill | 09/25/2008 | PTS2310 | PTO2193 | 12/09/2008 | 8,500.00 | Invoice # 7000038316 |
| **Total for Invoice # 7000038316** | | | | | **31,552.55** | |
| Credit | 11/30/2008 | November 2008 | Freight Cost Stock Transfer from Geep to Phoenix Telecom | | -6,638.12 | Invoice # 7000043116 |
| Bill | 11/18/2008 | PTS2331 | PTO2218 | 02/01/2009 | 12,160.00 | Invoice # 7000043116 |
| Bill | 11/21/2008 | PTS2335 (NC) | PTO2229 | 02/04/2009 | 700.00 | Invoice # 7000043116 |
| Bill | 11/21/2008 | PTS2334 (NC) | PTO2228 | 02/04/2009 | 2,100.00 | Invoice # 7000043116 |
| Bill | 11/26/2008 | PTS2337 (NC) | PTO2231 | 02/09/2009 | 1,040.00 | Invoice # 7000043116 |
| **Total for Invoice # 7000043116** | | | | | **9,361.88** | |
| Credit | 10/31/2008 | October 2008 | Stock transfer costs - products shipped from Geep - NC to Phoenix Telecom - CA: | | -1,115.01 | Not Invoiced |
| Bill | 11/14/2007 | PTS2150 (NS) | PTO2004 | 12/14/2007 | 3,300.00 | Not Invoiced |
| Bill | 11/20/2007 | PTS2162 (NS) | PTO2017 | 12/20/2007 | 660.00 | Not Invoiced |
| Bill | 05/02/2008 | PTS2235 (NS) | PTO2105 | 07/16/2008 | 3,000.00 | Not Invoiced |
| Bill | 05/12/2008 | PTS2248 (NS) | PTO2116 | 07/26/2008 | 150.00 | Not Invoiced |
| Bill | 07/09/2008 | PTS2269 (NS) | PTO2142 | 09/07/2008 | 300.00 | Not Invoiced |
| Bill | 07/01/2008 | PTS2276 (NS) | PTO2149 | 09/14/2008 | 3,825.00 | Not Invoiced |
| Bill | 07/03/2008 | PTS2275 (NS) | PTO2148 | 09/16/2008 | 675.00 | Not Invoiced |
| Bill | 07/21/2008 | PTS2286 (NS) | PTO2152 | 09/19/2008 | 3,625.00 | Not Invoiced |
| Bill | 07/08/2008 | PTS2278 (NS) | PTO2151 | 09/21/2008 | 225.00 | Not Invoiced |
| Bill | 08/05/2008 | PTS2289 (NS) | PTO2155 | 10/04/2008 | 2,625.00 | Not Invoiced |
| Bill | 09/08/2008 | PTS2308 (NS) | PTO2189 | 11/07/2008 | 375.00 | Not Invoiced |
| Bill | 08/27/2008 | PTS2299 | PTO2167 | 11/10/2008 | 1,250.00 | Not Invoiced |
| Bill | 09/19/2008 | PTS2314 (NS) | PTO2197 | 11/18/2008 | 500.00 | Not Invoiced |
| Bill | 10/30/2008 | PTS2325 (NS) | PTO2213 | 12/29/2008 | 675.00 | Not Invoiced |
| Bill | 10/31/2008 | PTS2326 (NS) | PTO2214 | 12/30/2008 | 1,000.00 | Not Invoiced |
| Bill | 11/25/2008 | PTS2336 (NS) | PTO2230 | 01/24/2009 | 500.00 | Not Invoiced |
| Bill | 12/05/2008 | PTS2343 | PTO2241 | 02/18/2009 | 200.00 | Not Invoiced |
| Bill | 12/15/2008 | PTS2349 | PTO2249 | 02/28/2009 | 2,700.00 | Not Invoiced |
| Bill | 12/16/2008 | PTS2351 | PTO2250 | 03/01/2009 | 650.00 | Not Invoiced |
| Bill | 01/01/2009 | PTS2357 | PTO2259 | 03/17/2009 | 22,350.00 | Not Invoiced |
| Bill | 01/08/2009 | PTS2360 | PTO2265 | 03/24/2009 | 150.00 | Not Invoiced |
| Bill | 01/14/2009 | PTS2364 | PTO2270 | 03/30/2009 | 468.00 | Not Invoiced |
| **Total Not Invoiced** | | | | | **48,117.99** | |
| **Total Nortel Networks** | | | | | **92,948.61** | |
| | | | | | **92,948.61** | |

Page 1 of 1

# EXHIBIT C



**NORTEL**

April 6, 2009

**VIA Email**

Mr. Craig Brechner
Phoenix Telecom Solutions, Inc.
15375 Barranca Parkway
Irvine, CA 92618

Re:   Master Services Agreement No. 16793 dated August 6, 2008 between Nortel Networks Limited and Phoenix Telecom Solutions, Inc ("Agreement").

Dear Mr. Brechner:

This letter confirms our recent discussions with you and your colleagues.

All orders issued under the Agreement were issued from and to Nortel Networks Inc. ("Nortel"). As of January 14, 2009 (the "Petition Date"), Phoenix Telecom Solutions, Inc. ("Phoenix") owed Nortel approximately $92,948.61 US (the "Nortel Receivable"). As of the Petition Date, Nortel owed Phoenix approximately $150,400 US (the "Phoenix Claim").

The parties agree that Phoenix is entitled under the U.S. Bankruptcy Code, subject to court approval, to setoff the amount of the Nortel Receivable against the Phoenix Claim, thereby reducing the amount of the Phoenix Claim to $57,451.29. Phoenix may attach this letter to any motion for relief filed in Nortel's bankruptcy case and may rely on this for purposes of establishing Nortel's consent to the setoff amount and holdback. Nortel agrees that it will not seek payment of the Nortel Receivable from Phoenix pending Bankruptcy Court approval of



the proposed setoff. Until that time, Nortel consents to Phoenix placing an indefinite administrative freeze on the Nortel Receivable. For avoidance of doubt, this paragraph applies only to pre-Petition Date balances.

Phoenix may file a proof of claim with respect to its asserted right of setoff. Nortel agrees that it will not challenge the validity of Phoenix's ability to setoff the amounts set forth therein upon the filing of such claim by Phoenix, provided, however, that Nortel does not waive any avoidance claims or defenses that it may have against Phoenix pursuant to chapter 5 of the United States Bankruptcy Code. .

Phoenix acknowledges and agrees that all payments of money, prepayments, deposits or other consideration received by Phoenix on or after the Petition Date shall be used or applied by Phoenix solely to satisfy amounts owing for the products and/or services supplied by Phoenix after the Petition Date.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Lynn Rowan

PLEASE ACKNLOWLEGE YOUR ACCEPTANCE:

Phoenix Telecom Solutions, Inc.

_____

By: Craig Brechner

the proposed setoff. Until that time, Nortel consents to Phoenix placing an indefinite administrative freeze on the Nortel Receivable. For avoidance of doubt, this paragraph applies only to pre-Petition Date balances.

Phoenix may file a proof of claim with respect to its asserted right of setoff. Nortel agrees that it will not challenge the validity of Phoenix's ability to setoff the amounts set forth therein upon the filing of such claim by Phoenix, provided, however, that Nortel does not waive any avoidance claims or defenses that it may have against Phoenix pursuant to chapter 5 of the United States Bankruptcy Code.

Phoenix acknowledges and agrees that all payments of money, prepayments, deposits or other consideration received by Phoenix on or after the Petition Date shall be used or applied by Phoenix solely to satisfy amounts owing for the products and/or services supplied by Phoenix after the Petition Date.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

Lynn Rowan


PLEASE ACKNLOWLEGE YOUR ACCEPTANCE:

Phoenix Telecom Solutions, Inc.

*[signature]*

By: Craig Brechner