# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
  **EIN:** 04–2486332

**Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.: 09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 4/9/09 was filed on 5/5/09 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 5/26/09 .

   If a request for redaction is filed, the redacted transcript is due 6/5/09 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/3/09 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

                                                              Clerk of Court

Date: 5/5/09

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Leslie                 Page 1 of 1                  Date Rcvd: May 05, 2009
Case: 09-10138                Form ID: ntcBK               Total Served: 11

The following entities were served by first class mail on May 07, 2009.
db          +Nortel Networks Inc., et al.,   2221 Lakeside Boulevard,   Richardson, TX 75082-4305
aty          Andrew R. Remming,   Morris, Nichols, Arsht & Tunnell,   1201 North Market Street,
               P.O. Box 1347,   Wilmington, DE  19899-1347
aty          Ann C. Cordo,   Morris Nichols Arsht & Tunnell LLP,   1201 N. Market Street,   P.O. Box 1347,
               Wilmington, DE  19899-1347
aty         +Derek C. Abbott,   Morris Nichols Arsht & Tunnell,   1201 N. Market Street,
               Wilmington, DE 19801-1146
aty         +Derek C. Abbott,   Morris, Nichols, Arsht & Tunnell,   1201 N. Market Street,   P. O. Box 1347,
               Wilmington, DE 19899-1347
aty         +Eric D. Schwartz,   Morris, Nichols, Arsht & Tunnell,   1201 N.Market Street,   P. O. Box 1347,
               Wilmington, DE 19899-1347
aty         +Mary Caloway,   Buchanan Ingersoll & Rooney PC,   1000 West Street,   Ste 1410,
               Wilmington, DE 19801-1054
aty         +Peter James Duhig,   Buchanan Ingersoll & Rooney PC,   The Brandywine Building,
               1000 West Street,   Suite 1410, P.O. Box 1397,   Wilmington, DE 19801-1050
aty         +Thomas F. Driscoll, III,   Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
               Wilmington, DE 19801-1146
ust         +Thomas Patrick Tinker,   Office of the U.S. Trustee,   844 King Street Suite 2207,
               Wilmington, DE 19801-3519
frep        +Allen & Overy LLP,,   1221 Avenue of the Americas,   New York, NY 10020-1001
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Thomas F. Driscoll, III,   Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
               Wilmington, DE 19801-1146
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2009**                              **Signature:**   *Joseph Speetjens*