IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
: RE: D.I. 510
:
--------------------------------------------------------------- X

**FOURTH NOTICE OF REJECTION OF NONRESIDENTIAL REAL
PROPERTY LEASES AND ABANDONMENT OF CERTAIN ASSETS RELATED
THERETO BY DEBTORS AND DEBTORS IN POSSESSION**

**TO:** ALL PARTIES ON THE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE THAT** on March 20, 2009, the Court entered the *Order Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases and the Abandonment of Certain Assets Related Thereto* (D.I. 510) (the "Order").[2]

      **PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the Debtors hereby reject the following nonresidential real property leases (the "Leases") and hereby abandon at the subject properties the following personal property (the "Abandoned Personal Property")[3]:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Order.

[3] The Debtors reserve, and do not waive, any and all claims or causes of action or defenses to any claims or causes of action. Additionally, the Debtors reserve and do not waive, the right to amend, supplement or otherwise modify this Notice.

| Address(es) of Non-Debtor Party to Lease | Unexpired Lease | Monthly Obligation | Proposed Rejection Date[4] | Term Expiration Date | General Description of Abandoned Personal Property |
|---|---|---|---|---|---|
| 10 Sylvan SPE LLC c/o Mack-Cali Realty Corporation 11 Commerce Drive, Cranford, NJ 07016<br><br>Notice Address: The Gale Company, LLC 100 Campus Drive, Suite 200 Florham Park, NJ 07932 Attn: Mark Leonard Ripp, Esq. | 10 Sylvan Way, Parsippany, NJ | $23,097 | May 29, 2009 | May 31, 2009 | Listed in Exhibit B-1 |
| Moberly Properties, LLC c/o Dixie Development 3715 N. Business Drive, Suite 201 Fayetteville, AR 72703 | 2501 Technology Circle, First Floor, Bentonville, AR | $2,387 | May 29, 2009 | May 31, 2009 | Listed in Exhibit B-2 |

**PLEASE TAKE FURTHER NOTICE THAT** objections ("Objections"), if any, to the rejection of a Lease must be filed with the Court and received by the notice parties listed in Exhibit A hereto no later than ten (10) calendar days following the date of service of this Rejection Notice.

**PLEASE TAKE FURTHER NOTICE THAT** unless a party in interest timely and properly files an Objection to the rejection of any such Lease, the rejection of such Lease

---

[4] The "Proposed Rejection Date" is the date of intended rejection, which shall be, with respect to an unexpired non-residential real property lease, ten (10) calendar days from the date and time this Rejection Notice is served, unless a later date is designated or the Debtors grant an extension; or, with respect to an executory contract, the date this Rejection Notice is filed and served if no other date is designated.

shall become effective on the Proposed Rejection Date, without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, unless a party in interest timely and properly files an Objection to the rejection of any such Lease or the abandonment of the Abandoned Personal Property, the Abandoned Personal Property at the subject property and listed next to such Lease shall be deemed abandoned, pursuant to Section 554 of the Bankruptcy Code, as is, where is, free and clear of claims, interests and encumbrances, and such Abandoned Personal Property may be retained or disposed of by the landlord without liability owed to the Debtors or third parties, effective on the Proposed Rejection Date, without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** proofs of claim for damages arising from rejection of the rejected Leases must be filed by the affected party with the Debtors' claims agent, Epiq Bankruptcy Solutions, FDR Station, P.O. Box 5075, New York, New York 10150-5075, on the later of (i) thirty-five (35) days after the date of this Rejection Notice, (ii) thirty (30) days after entry of an order on this Rejection Notice, and (iii) the general bar date that will be established by the Court for the filing of prepetition general unsecured claims.

Dated: May 8, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*