## **EXHIBIT B – 1**

Street address of property subject to the Lease:

    10 Sylvan Way, Parsippany, NJ

Name and address of landlord of property subject to the Lease:

    Landlord: 10 Sylvan SPE LLC, c/o Mack-Cali Realty Corporation

    Notice Address: The Gale Company
    100 Campus Drive, Suite 200
    Florham Park, NJ 07932
    Attn: Mark Leonard Ripp, Esq.

Names and addresses of all parties (other than landlord) having, to the best of the Debtors' knowledge, an interest in real or personal property at the property subject to the Lease:

    Glenn Lavery
    SVP Direct Sales
    Ricoh Canada Inc
    4100 Yonge St. Suite 600
    Toronto, Ontario, Canada
    M2P2B5

    Scott Fitzgerald
    VP Strategic Accounts
    Ricoh Canada Inc
    4100 Yonge St. Suite 600
    Toronto, Ontario, Canada
    M2P2B5

General description of Abandoned Personal Property at the property subject to the Lease:

    Air conditioning equipment, flooring, security systems and related wiring, office furniture, minor kitchen appliances and minor telecommunications equipment