## EXHIBIT B – 2

Street address of property subject to the Lease:

2501 Technology Circle, First Floor, Bentonville, AR

Name and address of landlord of property subject to the Lease:

Moberly Properties, LLC
3715 N. Business Drive, Suite 201
Fayetteville, AR 72703
c/o Dixie Development

Names and addresses of all parties (other than landlord) having, to the best of the Debtors' knowledge, an interest in real or personal property at the property subject to the Lease:

Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Yonge St. Suite 600
Toronto, Ontario, Canada
M2P2B5

Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge St. Suite 600
Toronto, Ontario, Canada
M2P2B5

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment