IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| Nortel Networks Inc., *et al.*, : | BANKRUPTCY NO. 09-10138 (KG) |
| : | |
| Debtors. : | Jointly Administered |
| : | Hearing Date June 11, 2009 at 2:00PM |
| | Objection Deadline: June 4, 2009 at 4:00 PM |

**NOTICE OF MOTION OF COMMUNICATIONS TEST DESIGN, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR <u>RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SET OFF</u>**

PLEASE TAKE NOTICE that on May 11, 2008, Communications Test Design, Inc., by an through its counsel Swartz Campbell, LLC, filed the Motion of Communications Test Design, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Set Off (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the Bankruptcy Court on or before June 11, 2009 at 4:00 p.m. At the same time you must serve a copy of any response on the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion will be held on June 11, 2009 at 2:00 p.m. before the Honorable Kevin Gross at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purposes of determining whether a consent order may be entered and/or for the purpose of stipulating to relevant facts such as the value of the property and the extent and validity of any security instrument.

                        SWARTZ CAMPBELL, LLC

                        <u>s/Nicholas E. Skiles</u>
                        Nicholas E. Skiles, Esquire
                        DE I.D. 3777
                        Swartz Campbell, LLC
                        300 Delaware Avenue
                        11th Floor - Ste. 1130
                        Wilm., DE 19899
                        302-656-5935

                              And

                        JOHN A. WETZEL, Esquire
                        One South church Street
                        Suite 400
                        West Chester, PA 19382
                        610-692-9500

                        Counsel for Communications Test Design, Inc.