# EXHIBIT "A"

### CTDI Pre-Petition Accounts Receivable from NNI

| Description | Invoice Quantity | Amount (Included Disputed Amounts) | Disputed Amount |
|---|---|---|---|
| IOM | 14,697 | $4,744,469 | |
| Products/Services | 314 | $3,123,468 | $4,079 |
| Royalty Credit Memos | 2 | ($22,576) | |
| Total | 15,013 | $7,845,362 | $4,079 |

### CTDI Pre-Petition Accounts Payable to NNI

| Description | Invoice Quantity | Amount (Included Disputed Amounts) | Disputed Amount |
|---|---|---|---|
| IOM | 680 | $5,361,514 | |
| Products/Services | 713 | $2,303,242 | $206,491 |
| Royalty | 2 | $198,141 | |
| Total | 1,395 | $7,862,897 | $206,491 |