# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                          )   Chapter 11
In re:                                    )
                                          )   Case No. 09-10138 (KG)
Nortel Networks Inc. et al.,[1]           )
                                          )
        Debtors.                 )
_____

### CERTIFICATE OF SERVICE

      John A. Wetzel, Esquire, being duly sworn according to the law, deposes and says that on the 11th day of May, 2009, he caused a copy of the following to be served via first class mail on the attached list:

**Motion of Communications Test Design, Inc. Pursuant to Section 362 and 553 of the Automatic Stay Bankruptcy Code for Relief From the Automatic Stay to Effectuate a Set Off of Pre-Petition Amounts Owed By and Between Communications Test Design, Inc. and Debtors.**

                        s/ John A. Wetzel, Esq.
                        John A. Wetzel, Esq.
                        Swartz Campbell LLC
                        One South Church Street, Suite #400
                        West Chester PA 19382
                        (610.692.9500)

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteron Websystems, Inc.; Alteon Websystems, Inc. Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretel, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International, Inc,; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.