### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **Nortel Networks Inc., *et al.*,** | : | **BANKRUPTCY NO. 09-10138 (KG)** |
| | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

### ORDER GRANTING MOTION OF COMMUNICATIONS TEST DESIGN, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SET OFF

Upon consideration of the Motion of Communications Test Design, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Set Off (the "Motion"); and having considered any objections thereto; this Honorable Court hereby finds that due and adequate notice of the Motion has been given; that it appears that no further or other notice is required; that Communications Test Design, Inc.'s right of set off are valid and enforceable against Nortel Networks, Inc. (NNI) and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED, and the automatic stay is modified as prayed for in the Motion so that Communications Test Design, Inc. may effect a set off of mutual obligations between NNI and Communications Test Design, Inc. as set forth

in the Motion; and

     IT IS FURTHER ORDERED that Communications Test Design, Inc. may set off amounts owed to NNI against any amounts owed to Communications Test Design, Inc. under the Communications Test Design, Inc. invoices to NNI without further court Order for relief.

Dated: _____, 2009

                                                                        THE HONORABLE KEVIN GROSS
                                                                       U.S. BANKRUPTCY JUDGE