IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
            Debtors.                                :   Jointly Administered
                                                               :
---------------------------------------------------------------X

## NOTICE OF CORPORATE NAME CHANGE

PLEASE TAKE NOTICE that **Alteon WebSystems, Inc.**, a debtor and debtor-in-possession in the above-captioned cases, has changed its corporate name to **Nortel Altsystems Inc.**

Dated: May *11*, 2009       CLEARY GOTTLIEB STEEN & HAMILTON LLP
       Wilmington, Delaware

                                  James L. Bromley (No. 5125)
                                  Lisa M. Schweitzer (No. 1033)
                                  One Liberty Plaza
                                  New York, New York 10006
                                  Telephone: (212) 225-2000
                                  Facsimile: (212) 225-3999

                                      - and -

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ signature*
                                Derek C. Abbott (No. 3376)
                                Eric D. Schwartz (No. 3134)
                                Ann C. Cordo (No. 4817)
                                Andrew R. Remming (No. 5120)
                                1201 North Market Street, P.O. Box 1347
                                Wilmington, Delaware 19801
                                Telephone: (302) 658-9200
                                Facsimile: (302) 658-3989

                                *Counsel for the Debtors and Debtors in Possession*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.