**EXHIBIT A**

NNI NOTICE 4TH REJ 5-9-09
AKIN GUMP STRAUSS HAUER & FELD
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036

NNI NOTICE 4TH REJ 5-9-09
10 SYLVAN SPE LLC
C/O MACK-CALI REALTY CORPORATION
11 COMMERCE DRIVE
CRANFORD, NJ  07016

NNI NOTICE 4TH REJ 5-9-09
THE GALE COMPANY, LLC
ATTN: MARK LEONARD RIPP, ESQ.
100 CAMPUS DRIVE, SUITE 200
FLORHAM PARK, NJ  72703

NNI NOTICE 4TH REJ 5-9-09
MOBERLY PROPERTIES, LLC
C/O DIXIE DEVELOPMENT
3715 N. BUSINESS DRIVE, SUITE 201
FAYETTEVILLE, AR  72703

NNI NOTICE 4TH REJ 5-9-09
RICOH CANADA, INC.
ATTN: GLENN LAVERY, SVP DIRECT SALES
4100 YONGE ST., SUITE 600
TORONTO, ON  M2P 2B5
CANADA

NNI NOTICE 4TH REJ 5-9-09
RICOH CANADA, INC.
ATTN: SCOTT FITZGERALD, VP STRATEGIC ACCTS
4100 YONGE ST., SUITE 600
TORONTO, ON  M2P 2B5
CANADA