**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION**

| | |
|---|---|
| IN RE:<br><br>Nortel Networks, Inc.<br><br>                Debtor(s) | CASE NO. 09-10138-KG<br>(Chapter 11) |

**REQUEST FOR CANCELLING SERVICE OF NOTICES**

      YOU ARE REQUESTED to cancel serving all notices, including the notices required to be sent to creditors under Fed. R. Bankr. P. 2002, 3017, 4001 and 9007, on Perkins Coie LLP, a party-in-interest in this matter, by service to Alan D. Smith and Chun M. Ng at the addresses listed below.

      The Clerk of the Bankruptcy Court is further requested to delete the names and addresses stated below from the master mailing list in this case:

            Alan D. Smith
            Perkins Coie LLP
            1201 Third Avenue, 48th Floor
            Seattle, WA  98101-3099

            Chun M. Ng
            Perkins Coie LLP
            1201 Third Avenue, 48th Floor
            Seattle, WA  98101-3099

And to cancel the email service, including ECF service, to the following email addresses:

ADSmith@perkinscoie.com and CNg@perkinscoie.com.

        Respectfully Submitted,

        **PERKINS COIE LLP**

By: /s/ Alan D. Smith
      ALAN D. SMITH
      WA State Bar No. 24964
      1201 Third Avenue, Suite 4800
      Seattle, WA  98101-3099
      206.359.8000
      206.359.9000 FAX