# ANDREW SERVICE LIST

**VIA HAND DELIVERY**

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC  28246

Jean Gay
Andrew Corporation
2700 Ellis Road,
Joliet, IL 60433

2892904.1