# EMBARQ SERVICE LIST

**<u>VIA FIRST CLASS U.S. MAIL</u>**

Brad Clark
Embarq Logistics, Inc.
600 New Century Parkway
New Century. KS 66031-8000

Richard C. Salmen, Esq.
220 South 6th Street
Suite 2200
Minneapolis, MN 55402-4504

2892904.1