**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :    Chapter 11
                                                            :
                                                            :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :    Jointly Administered
              Debtors.  :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

## STIPULATION OF SETTLEMENT OF
## RECLAMATION DEMAND OF STARENT NETWORKS, CORP.

WHEREAS, on January 14, 2009, Nortel Networks Inc. (the "Debtor") and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, Starent Networks, Corp. (the "Reclamation Claimant," and together with the Debtor, the "Parties") sent a reclamation demand dated January 29, 2009 to the Debtor asserting a reclamation demand in the amount of $1,194,250 (as such demand may have been supplemented from time to time, the "Reclamation Demand");

WHEREAS, the Debtor has reviewed its books and records in an effort to reconcile such claim;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, the Debtor is prepared to settle the Reclamation Claimant's Reclamation Demand with respect to the goods listed on the invoice identified on <u>Exhibit 1</u> attached hereto (the "<u>Settlement Goods</u>") in connection with the settlement of any and all claims for reclamation the Reclamation Claimant may have against the Debtors with respect to the Settlement Goods.

WHEREAS, the Debtor and the Reclamation Claimant wish to settle this Reclamation Demand in accordance with the terms set forth in this Stipulation by and through their undersigned counsel;

IT IS HEREBY AGREED AND STIPULATED THAT:

1. Subject to the approval of this settlement through compliance with the notice and objection procedures set forth in the Reclamation Procedures Order, the Debtor agrees that the Reclamation Demand shall be allowed and satisfied as follows: at the Debtor's expense, the Debtor shall ship the goods listed on the invoice identified on <u>Exhibit 1</u> (with a total value of $1,194,250) to the Reclamation Claimant at 200 Ames Pond, Tewksbury, Massachusetts 01876, or any other address agreed to by the Parties, on or prior to 10 days following the date of receipt of a Return Material Authorization ("<u>RMA</u>") from the Reclamation Claimant, which RMA may be sent by the Reclamation Claimant to the Debtor at any time after the Objection Deadline (as identified in the Notice of Proposed Settlement filed with the Bankruptcy Court), if no objection is filed prior to the Objection Deadline.

2. Subject to receipt by Reclamation Claimant of the Settlement Goods in accordance with paragraph 1 above, this settlement fully resolves the Reclamation Claimant's Reclamation Demand and any other claims for reclamation the Reclamation Claimant may have against any of the Debtors.

3. The Reclamation Claimant agrees that, upon receipt by Reclamation Claimant of the Settlement Goods in accordance with paragraph 1 above, it shall have no further claims against the Debtor or its affiliates with respect to the Settlement Goods, whether under section 503(b)(9) of the Bankruptcy Code or otherwise, and hereby waives any such claims to the extent they may exist.

4. In the event this settlement is not approved pursuant to the Reclamation Procedures Order, the parties reserve all of their rights and defenses with respect to the Reclamation Demand and this proposed settlement shall not constitute an admission by the Debtor or its affiliates regarding the validity of the Reclamation Demand or that the Debtor or its affiliates have any liability thereunder.

Dated: May 12, 2009

Nortel Networks Inc.

By: *[signature]*
Title: GAURAV SAINI
LEADER, SEMI CONDUCTOR SOURCING & ENGINEERING.

Starent Networks, Corp.

By: George W. Hale
Title: Vice President Finance

*Approved [stamp]*

3

**EXHIBIT 1**

| Purchase Order Number | Invoice Number | Date |
|---|---|---|
| DGC01010 | 115375 | 12/30/2008 |
| *Return to Supplier* | $ 1,194,250.00 | |