## STARENT SERVICE LIST

**VIA FIRST CLASS U.S. MAIL**

Jonathan M. Moulton
Starent Networks Corp.
30 International Place
Tewskbury, MA 01876

Dennis L. Jenkins
Wilmer Cutler Pickering
    Hale and Dorr, LLP
60 State Street
Boston, MA 12109

2892904.1