IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                    :
                                                    :    Chapter 11
*In re*                                             :
                                                    :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                  :
                                                    :    Jointly Administered
                          Debtors.                  :
                                                    :    **RE: D.I. 336**
                                                    :
                                                    :
------------------------------------------------------------X

**NOTICE OF PROPOSED SETTLEMENT OF RECLAMATION
DEMAND OF AUDIOCODES LTD. AND AUDIOCODES INC.**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that pursuant to paragraph 2.h. of the Order Establishing

Procedures for Addressing Reclamation Demands Pursuant to Sections 105(a), 362 and 546(c)

and Rule 9019 of the Federal Rules of Bankruptcy Procedure [D.I. 336] (the "Reclamation

Procedures Order")[2], Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in

possession in the above captioned cases (the "Debtors") hereby submit the proposed settlement,

attached as Exhibit A hereto (the "Proposed Settlement"), for the purposes of settling the

reclamation demand of AudioCodes Ltd. and AudioCodes Inc. (the "Reclamation Claimant").

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.
[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Reclamation Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2.h. of the Reclamation Procedures Order, objections, if any, to this Settlement Notice must be in writing and (a) filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and (b) served upon the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James Bromley and Lisa Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek Abbott), as counsel to the Debtors; Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036 (Attn: Fred Hodara), as counsel to the Committee; the Office of the United States Trustee for the District of Delaware, 844 King Street, Room 2207, Lockbox #35, Wilmington, Delaware 19899-0035; the Reclamation Claimant, 27 World's Fair Drive, Somerset, NJ 08873 (Attn: Moshe Geller); and Fulbright & Jaworski L.L.P., 666 Fifth Avenue, New York, NY 10103 (Attn: David L. Barrack & Mark C. Haut), as counsel to the Reclamation Claimant, on or before May 25, 2009 (the "Objection Deadline"). In accordance with paragraph 2.i. of the Reclamation Procedures Order, if no Settlement Objection is filed to the Proposed Settlement prior to the Objection Deadline, the Proposed Settlement shall be deemed approved and the Reclamation Demand shall be resolved as set forth herein without need for further order of the Court.

Dated:  May 13, 2009
         Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

       - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*