# AudioCodes SERVICE LIST

**VIA FIRST CLASS U.S. MAIL**

Moshe Geller
AudioCodes Ltd. & AudioCodes, Inc.
27 World's Fair Drive
Somerset, NJ 08873

Marc Haut
Fulbright & Jaworski, LLP
666 Fifth Ave, 31st Floor
New York, NY 10103-3198

2892904.1