# JABIL SERVICE LIST

**VIA FIRST CLASS U.S. MAIL**

Rod Anderson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Forbes Alexander
Jabil Circuit, Inc.
10560 Dr. Martin Luther
    King Jr. Street N.
St. Petersburg, FL 33716

2892904.1