**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                                         :      Chapter 11

*In re*                            :

Nortel Networks Inc., *et al.*,[1]    :      Case No. 09-10138 (KG)

             Debtors.        :      Jointly Administered

                                           :

                                         :

-------------------------------------------------------X

**STIPULATION OF SETTLEMENT OF**
**RECLAMATION DEMAND OF ZYXEL COMMUNICATIONS, INC.**

WHEREAS, on January 14, 2009, Nortel Networks Inc. ("NNI") (the "Debtor") and

certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the

United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the

District of Delaware;

WHEREAS, ZyXEL Communications, Inc. (the "Reclamation Claimant," and together

with the Debtor, the "Parties") sent a reclamation demand dated January 20, 2009 to the Debtor

asserting a reclamation demand in the amount of $290,951.50 (as such demand may have been

supplemented from time to time, the "Reclamation Demand");

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, the Debtor has reviewed its books and records in an effort to reconcile such claim;

WHEREAS, the Debtor is prepared to settle the Reclamation Claimant's Reclamation Demand with respect to the goods identified on the invoice listed on <u>Exhibit 1</u> attached hereto (the "<u>Settlement Goods</u>") in connection with the settlement of any and all claims for reclamation the Reclamation Claimant may have against the Debtors.

WHEREAS, the Debtor and the Reclamation Claimant wish to settle this Reclamation Demand in accordance with the terms set forth in this Stipulation;

IT IS HEREBY AGREED AND STIPULATED THAT:

1.     Subject to the approval of this settlement through compliance with the notice and objection procedures set forth in the Reclamation Procedures Order, the Debtor agrees that the Reclamation Demand shall be allowed as follows: the Reclamation Claimant shall have an allowed reclamation claim granted as an administrative priority expense in the amount of $78,923.75.

2.     This settlement fully resolves the Reclamation Claimant's Reclamation Demand and any other claims for reclamation the Reclamation Claimant may have against any of the Debtors.  The parties agree that the remainder of the Reclamation Demand is invalid and is deemed disallowed.

3.     The Reclamation Claimant agrees that it has no further claims against the Debtor or its affiliates with respect to the Settlement Goods, whether under section 503(b)(9) of the Bankruptcy Code or otherwise, and hereby waives any such claims to the extent they may exist.

4.     Except as set forth in paragraphs 2 and 3 above, this settlement is without prejudice to any other or further claims (including any claims under section 503(b)(9) of the

| Date | Invoice | Purchase Order | Part Number |
|------|---------|----------------|-------------|
| 12/29/2008 | INV0058504 | TD0000090970 | NTLX86AA |
| | | | |
| *Total Amount to Pay:* | | $78,923.75 | |