# ZyXEL SERVICE LIST

**VIA FIRST CLASS U.S. MAIL**

ZyXEL Communications, Inc.
Attn: Office of the Chief
   Legal Officer
1130 N. Miller Street
Anaheim, CA  92806-2001

S. J. Christine Yang, Esq.
Law Office of S.J. Christine Yang
17220 Newhope Street
Suite 101 & 102
Fountain Valley, CA 92708

2892904.1