IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK ) 
) ss.: 
COUNTY OF NEW YORK )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 8, 2009, I caused to be served the "Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Deadline by which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property," dated May 7, 2009 [Docket No. 717], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
13th day of May, 2009

Notary Public

Eleni Kossivas



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES _____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 2221 Lakeside Boulevard, Richardson, Texas 75082.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 10 SYLVAN SPE LLC,C/O MACK-CALI REALTY | ATTN: MARC LEONARD RIPP, ESQ.,THE GALE COMPANY,100 CAMPUS DRIVE, SUITE 200, FLORHAM PARK, NJ 07932 |
| 101 CONSTITUTION TRUST | ATTN: PROPERTY MANAGER,101 CONSTITUTION AVE., SUITE L140, WASHINGTON, DC 20001 |
| 13560 MORRIS ROAD OFFICE INVESTORS LLC | ATTN: ASSET MANAGEMENT,C/O UBS REALTY INVESTORS LLC,242 TRUMBULL STREET, HARTFORD, CT 06103-1212 |
| 1500 CONCORD TERRACE LP | TMW WELTFONDS 1500 CONCORD TERRACE LP,C/O PRUDENTIAL REAL ESTATE INVESTORS,TWO RAVINIA DRIVE, SUITE 400, ATLANTA, GA 30353-3221 |
| 485 LEXINGTON OWNER LLC | C/O SL GREEN REALTY CO.,420 LEXINGTON AVE., NEW YORK, NY 10170 |
| 7884 BR LLC | ATTN: MICHAEL H. KRITZ,256 DELTA DRIVE, MANDEVILLE, LA 70448 |
| ADVANTIS REAL ESTATE SERVICES COMPANY | ATTN: PROPERTY MANAGER,10151 DEERWOOD PARK BLVD.,BLVD. 200, SUITE 115, JACKSONVILLE, FL 32256 |
| BEHRINGER HARVARD FUNDS | ATTN: CHIEF LEGAL OFFICER,15601 DALLAS PKWY., SUITE 600, ADDISON, TX 75001 |
| BEHRINGER HARVARD TIC MGMT SERVICES LP | ATTN: ASSET MANAGER,15601 DALLAS PARKWAY, SUITE 600, ADDISON, TX 75001 |
| CALIFORNIA ST TEACHERS RETIREMENT SYSTEM | ATTN: MR. JOHN SISCHO,C/O THOMAS PROPERTIES GROUP, LP,515 S. FLOWER STREET, 6TH FLOOR, LOS ANGELES, CA 90071 |
| CAMPBELL CREEK LTD. | ATTN: PROPERTY MANAGER,4099 MCEWEN ROAD, SUITE 370, DALLAS, TX 75244 |
| CAMPBELL CREEK LTD. | C/O GRANITE PROPERTIES, INC.,17950 PRESTON ROAD, SUITE 320, DALLAS, TX 75252 |
| CANAL VIEW PROPERTIES III, LLC | 1465 MONROE AVENUE, ROCHESTER, NY 14618 |
| CB RICHARD ELLIS | ATTN: PROPERTY MANAGER,500 E. PRATT STREET, SUITE 500, BALTIMORE, MD 21202 |
| CITY OF BONHAM | ATTN: JANELL CAIN, CITY SECRETARY,301 EAST FIFTH STREET, BONHAM, TX 75418 |
| COARE BROOKFIELD LAKES, LLC | C/O CORE REALTY HOLDINGS MANAGEMENT,INC.,C/O HAMMES COMPANY,18000 WEST SARAH LANE, SUITE 250, BROOKFIELD, WI 53045 |
| COLISEUM TRANSFER INC. | ATTN: JOSEPH B. DOBRONYI, JR.,C/O J.P. MORGAN INVESTMENT, INC.,522 FIFTH AVENUE, 9TH FLOOR, NEW YORK, NY 10036 |
| CRESCENT PEAKVIEW TOWER, LLC | ATTN: LEGAL DEPARTMENT,200 CRESCENT COURT, SUITE 200, DALLAS, TX 75201 |
| CRESCENT PEAKVIEW TOWER, LLC | ATTN: PROPERTY MANAGER,C/O CRESCENT REAL ESTATE EQUITIES LP,6465 S. GREENWOOD PLAZA BLVD., SUITE 150, CENTENNIAL, CO 80111 |
| CRESCENT RESOURCES, LLC | ATTN: VICE PRESIDENT - PROP MANAGEMENT,400 S. TRYON STREET, SUITE 1300, CHARLOTTE, NC 28202 |
| DEKA IMMOBILIEN INVESTMENT GMBH | C/O CASSIDY & PINKARD COLLIERS,2980 FAIRVIEW PARK DR., FALLS CHRUCH, VA 22042 |
| DUESENBERG INVESTMENT COMPANY | ATTN: JOHN E. ANDERSON,1800 AVENUE OF THE STARS, SUITE 1400, LOS ANGELES, CA 90067 |
| DUKE REALTY OHIO | ATTN: PROPERTY MANAGER,5600 BLAZER PKWY., SUITE 100, DUBLIN, OH 43017 |
| DUKE REALTY OHIO | C/O DUKE REALTY CORPORATION,4555 LAKE FOREST DRIVE, SUITE 400, CINCINNATI, OH 45242 |
| EAST CAMELBACK ROAD, INC. | C/O MORGAN STANLEY,US REAL ESTATE INVESTING DIVISION,555 CALIFORNIA ST., SUITE 2100, SAN FRANCISCO, CA 94104 |
| FAULKNER HINTON & ASSOCIATES, INC. | 9625 ORMSBY STATION ROAD, LOUISVILLE, KY 40223 |
| FAULKNER HINTON/ORMSBY II, LLC | C/O TALCOTT III ORMSBY, LLC,ONE FINANCIAL PLAZA, HARTFORD, CT 06103 |
| FLAGLER DEVELOPMENT COMPANY | 10151 DEERWOOD PARK BLVD.,BUILDING 100, SUITE 330, JACKSONVILLE, FL 32256 |
| FULLBRIGHT & JAWORSKI, LLP | ATTN: ERIC ANDERSON,1301 MCKINNEY, SUITE 5100, HOUSTON, TX 77010-3095 |
| GATEWAY ASSOCIATES, LTD. | C/O THE BOYER GROUP,90 SOUTH 400 WEST, SUITE 200, SALT LAKE CITY, UT 84101 |
| GENESIS BUILDING LTD. | C/O THE DALAD GROUP,6055 ROCKSIDE WOODS BLVD., SUITE 100, INDEPENDENCE, OH 44131 |
| GOODWIN PROCTER LLP | ATTN: CHRISTOPHER B. PRICE,599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| HINES INTERESTS LP | ATTN: CHARLES M. BAUGHN,ATTN: JASON P. MAXWELL, ESQ.,2800 POST OAK BLVD., 50TH FLOOR, HOUSTON, TX 77056-6118 |
| HINES RIVERFRONT PLAZA LP | ATTN: WILLIAM B. ALSUP, III,C/O HINES INTERESTS LP,555 THIRTEENTH ST., NW, SUITE 1020 EAST, WASHINGTON, DC 20004-1109 |
| I & G DIRECT REAL ESTATE 18, LP | ATTN: TRAVIS MAUNE, SENIOR MANAGER,C/O COLLIERS TURLEY MARTIN TUCKER,622 EMERSON ROAD, SUITE 320, ST. LOUIS, MO 63141 |

| Claim Name | Address Information |
|---|---|
| IGD PROPERTIES, CORP. | 1510 FD ROOSEVELT AVE., SUITE 11-B-1, GUAYNABO, PR 00968 |
| IPC METROCENTER, LLC | ATTN: LEASE ADMINISTRATOR,C/O IPC REAL ESTATE MANAGEMENT, LLC,303 N. HURSTBOURNE PARKWAY, SUITE 115, LOUISVILLE, KY 40222 |
| ISTAR CTL NORTH GLENVILLE-RICHARDSON LLC | ATTN: VP OF ASSET MGMT,C/O ISTAR FINANCIAL INC.,13355 NOEL ROAD, SUITE 900, DALLAS, TX 75240 |
| ISTAR FINANCIAL INC. | ATTN: GENERAL COUNSEL,1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| ISTAR FINANCIAL INC. | ATTN: DIRECTOR OF LEASE ADMINISTRATION,3480 PRESTON RIDGE ROAD, SUITE 575, ALPHARETTA, GA 30005 |
| JEK ENTERPRISES, LLD | ATTN: JOHN WILL,2224 FIRST LANDING LANE, VIRGINIA BEACH, VA 23451 |
| JONES LANG LASALLE AMERICAS, INC. | ATTN: PROPERTY MANAGER,13560 MORRIS ROAD, SUITE 4350, ALPHARETTA, GA 30022 |
| JOSEPH S. MAGNANO, ESQ., GENERAL COUNSEL | CENTRE GROUP LLC,105 EAST 17TH STREET, NEW YORK, NY 10003 |
| LANCESOFT | 2325 DULLES CORNER BOULEVARD, 9TH FLOOR, HERNDON, VA 20170 |
| LANCESOFT | ATTN: SUSAN J. BORSCHEL,PILLSBURY WINTHROP SHAW PITTMAN, LLP,1650 TYSON'S BOULEVARD, SUITE 1400, MCLEAN, VA 22102 |
| LEWIS AND ROCA LLP | ATTN: ANDY CARPER,40 NORTH CENTRAL AVENUE, PHOENIX, AZ 85004 |
| MEADOW BROOK OFFICE, LLC | ATTN: MEADOW BROOK,C/O DANIEL REALTY SERVICES, LLC,3595 GRANDVIEW PKWY., SUITE 400, BIRMINGHAM, AL 35243 |
| METROPARK SOUTH LLC | C/O DENHOLZ ASSOCIATES,1600 ST. GEORGES AVENUE,P.O. BOX 1234, RAHWAY, NJ 07065 |
| METROPOLITAN TULSA INVESTMENTS LLC | ATTN: THOMAS HINDS, GENERAL MANAGER,TWO WEST SECOND STREET, SUITE 22, TULSA, OK 74103 |
| MOBERLY PROPERTIES, LLC | C/O DIXIE DEVELOPMENT,3715 N. BUSINESS DRIVE, SUITE 201, FAYETVILLE, AR 72703 |
| NEW BOSTON 175 CAPITAL BOULEVARD LP | C/O NEW BOSTON MANAGEMENT SERVICES, INC.,175 CAPITAL BOULEVARD, SUITE 200, ROCKY HILL, CT 06067 |
| NEW BOSTON 175 CAPITAL BOULEVARD LP | RAPPAPORT, ASERKOFF & GELLES,60 STATE STREET, SUITE 1500, BOSTON, MA 02109 |
| NEW BOSTON 175 CAPITAL LLC | C/O NEW BOSTON FUND, INC.,60 STATE STREET, SUITE 1500, BOSTON, MA 02109 |
| OMAHA PLAZA INVESTMENTS, LLC | 14301 FNB PARKWAY, SUITE 100, OMAHA, NE 68154 |
| OMEGA CORPORATE CENTER, LP | ELEVEN PARKWAY CENTER, SUITE 300, PITTSBURGH, PA 15220 |
| ONE CAPITAL MALL INVESTORS, L.P. | 7700 COLLEGE TOWN DRIVE, SUITE 101, SACRAMENTO, CA 95826 |
| ONE TOWNE SQUARE | ATTN: TWO TOWNE SQUARE PROPERTY MANAGER,SUITE 180, SOUTHFIELD, MI 48076 |
| OPEN TERRACE ASSOCIATES | C/O THE HINMAN COMPANY,P.O. BOX 50751, KALAMAZOO, MI 49005-0751 |
| PEDIATRIX MEDICAL GROUP, INC. | ATTN: FACILITIES DEPARTMENT,1301 CONCORD TERRACE, SUNRISE, FL 33323 |
| PEDIATRIX MEDICAL GROUP, INC. | ATTN: LAW DEPARTMENT,1301 CONCORD TERRACE, SUNRISE, FL 33323 |
| PINEVIEW ASSICUATES | C/O CIMINELLI DEVELOPMENT COMPANY, INC.,350 ESSJAY ROAD, SUITE 101, WILLIAMSVILLE, NY 14221 |
| PRUDENTIAL REAL ESTATE INVESTORS | ATTN: JOAN HAYDEN,8 CAMPUS DRIVE,4TH FLOOR, ARBOR CIRCLE S, PARSIPPANY, NJ 07054 |
| PRUDENTIAL REAL ESTATE INVESTORS | ATTN: JIM MARINELLO, LEGAL DEPARTMENT,8 CAMPUS DRIVE, 4TH FLOOR, PARSIPPANY, NJ 07054-4493 |
| RAYTHEON COMPANY | ATTN: REAL ESTATE DEPARTMENT,870 WINTER STREET, WALTHAM, MA 02451 |
| RECKSON OPERATING PARTNERSHIP, LP | ATTN: MANAGING DIRECTOR,360 HAMILTON AVENUE, WHITE PLAINS, NY 10601 |
| RECKSON OPERATING PARTNERSHIP, LP | ATTN: VP & LEGAL COUNSEL-REAL ESTATE,C/O RECKSON ASSOCIATES REALTY CORP.,625 RECKSON PLAZA, UNIONDALE, NY 11556 |
| RIVERDALE OFFICE PROPERTIES PARTNERSHIP | 100 MORGAN KEEGAN DRIVE, SUITE 400, LITTLE ROCK, AR 72202-2210 |
| RP SAM HOUSTON PLAZA, LP | C/O MOODY RAMBIN OFFICE SERVICES,519 N. SAM HOUSTON PARKWAY E., SUITE 100, HOUSTON, TX 77060 |
| ST. PAUL PROPERTIES, INC. | ATTN: ASSET MANAGEMENT,385 WASHINGTON STREET, MAIL CODE 511A, ST. PAUL, MN 55102-1396 |
| ST. PAUL PROPERTIES, INC. | ATTN: REAL ESTATE,C/O INSIGNIA ESG, INC.,8705 SW NIMBUS AVENUE, SUITE 230, BEAVERTON, OR 97008 |
| SUNSET LAND COMPANY, LLC | ONE ANNABEL LANE, SUITE 201, SAN RAMON, CA 94583 |

| Claim Name | Address Information |
|---|---|
| TALCOTT II ALAMO LP | ONE FINANCIAL PLAZA, HARTFORD, CT 06103 |
| TEACHERS INSURANCE AND ANNUITY | ASSOCIATION OF AMERICA,C/O NORTHMARQ REAL ESTATE SERVICES,8400 NORMANDALE LAKE BLVD., SUITE 320, MINNEAPOLIS, MN 55437 |
| TECHNOLOGY CENTER ASSOCIATES, L.P. | ATTN: MICHAEL WELLS,C/O REI REAL ESTATE SERVICES LLC,11711 N. PENNSYLVANIA STREET, SUITE 200, CARMEL, IN 46032 |
| TECHNOLOGY PARK X LIMITED PARTNERSHIP | C/O THE GUTIERREZ COMPANY,ONE WALL STREET, BURLINGTON, MA 01803 |
| THE BONHAM GOLF AND COUNTRY CLUB | ATTN: BUSINESS MANAGER,501 WEST RUSSELL AVENUE, BONHAM, TX 75418 |
| THE CRESCENT | ATTN: MANAGING DIRECTOR, ASSET MGMT,200 CRESCENT COURT, SUITE 200, DALLAS, TX 75201 |
| THE IRVINE COMPANY LLC | 18500 VON KARMAN AVE., SUITE 120, IRVINE, CA 92612 |
| THE IRVINE COMPANY LLC | ATTN: VICE PRESIDENT, OPERATIONS,OFFICE PROPERTIES,P.O. BOX 6370, NEWPORT BEACH, CA 92658-6370 |
| THE PLAZA CP LLC | ATTN: GIAN-CARLO M.HANKEE, CORP COUNSEL,C/O CONTINENTAL DEVELOPMENT CORP.,2041 ROSECRANS AVE., EL SEGUNDO, CA 90245-0916 |
| THE PLAZA CP LLC | C/O CONTINENTAL DEVELOPMENT CORP.,2041 ROSECRANS AVE., EL SEGUNDO, CA 90245-0916 |
| THE PRUDENTIAL INSURANCE CO OF AMERICA | ATTN: DAMIAN MANOLIS,FOUR EMBARCADERO CENTER, SUITE 2700, SAN FRANCISCO, CA 94111 |
| THE REGUS GROUP LLC | ATTN: BARBARA SELL, DIR, CORP ACCOUNTS,12601 DEERFIELD PKWY., SUITE 100, ALPHARETTA, GA 30005 |
| THOMAS PROPERTIES GROUP | ATTN: VP-PROPERTY MANAGEMENT,1835 MARKET STREET, SUITE 1720, PHILADELPHIA, PA 19103 |
| TIME WARNER TELECOM OF NORTH CAROLINA,LP | 3120 HIGHWOODS BLVD., SUITE 214, RALEIGH, NC 27604 |
| TIME WARNER TELECOM OF NORTH CAROLINA,LP | ATTN: REAL ESTATE COORDINATOR,4055 VALLEY VIEW LANE, SUITE 110, DALLAS, TX 75244 |
| TOMORROW 35 CENTURY, L.P. | ATTN: PROPERTY MANAGER,C/O KENNEDY WILSON PROPERTIES, L.P.,1175 AMERICAN PACIFIC DR., SUITE G, HENDERSON, NV 89074 |
| TOMORROW 35 CENTURY, LP | ATTN: ASSET MANAGER,330 GARFIELD STREET, SANTA FE, NM 87501 |
| TOWER 333 LLC | 2800 POST OAK BLVD., 50TH FLOOR, HOUSTON, TX 77056 |
| TRANSWESTERN COMMERCIAL SERVICES | BANK OF AMERICA PLAZA, 300 CONVENT ST, SAN ANTONIO, TX 78205 |
| TWO TOWNE SQUARE, LLC | ATTN: CHIEF OPERATING OFFICER,C/O REDICO MANAGEMENT, INC.,ONE TOWNE SQUARE, SUITE 1600, SOUTHFIELD, MI 48076 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: CORPORATE TRUST ADMINISTRATION,(ZSF/RESEARCH NETWORK TRUST),ONE FEDERAL STREET, BOSTON, MA 02111 |
| UCM/SREP-CORPORATE WOODS, LLC | ATTN: GENERAL COUNSEL,C/O STOLTZ MANAGEMENT OF DE, INC.,725 CONSHOHOCKEN STATE RD., BALA CYNWYD, PA 19004 |
| UNIRE REAL ESTATE GROUP, INC. | 1800 E. IMPERIAL HIGHWAY, SUITE 205, BREA, CA 92821 |
| USAA STRATUM EXECUTIVE CTR JOINT VENTURE | ATTN: AVP PORTFOLIO MANAGEMENT,9830 COLONNADE BLVD., SUITE 600, SAN ANTONIO, TX 78230 |
| VOLT DELTA RESOURCES, LLC | ATTN: LEGAL DEPARTMENT,560 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| VOLT DELTA RESOURCES, LLC | ATTN: GENERAL COUNSEL,10475 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| WACHOVIA BANK, FKA FIRST UNION BANK | ATTN: NORTEL NETWORKS,-PASS-THROUGH TRUST, SERIES 2001-1,NC 1075, 8739 RESEARCH DRIVE, CHARLOTTE, NC 28262-1075 |
| WEST COLONY OFFICE ASSOCIATES, LP | C/O TERRUS REAL ESTATE GROUP,1200 VALLEY WEST DR., SUITE 304-06, WEST DES MOINES, IA 50266 |
| WILLARD T. ANDERSON PROPERTIES | 125 WOLF ROAD, ALBANY, NY 12205 |
| WOODFIELD HOLDINGS PT, LLC | ATTN: GENERAL MANAGER,C/O LINCOLN PROPERTY COMPANY,475 N. MARTINGALE ROAD, SUITE 280, SCHAUMBURG, IL 60173 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor Count 101**