**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
:
------------------------------------------------------------X

**STIPULATION OF SETTLEMENT OF RECLAMATION
DEMAND OF SANMINA-SCI CORPORATION**

WHEREAS, on January 14, 2009, Nortel Networks Inc. ("NNI") and certain of its affiliates in the above-captioned cases (each a "Debtor" and collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, Sanmina-SCI Corporation (the "Reclamation Claimant," and together with the NNI, the "Parties") sent reclamation demands dated January 27, 2009 and February 3, 2009 to the Debtors and certain of their non-Debtor affiliates asserting a reclamation demand in the amount of $2,575,037 for goods that the Reclamation Claimant asserts were delivered to the Debtors and certain of their non-Debtor affiliates for the period November 30, 2008 - December

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

24, 2008 (as such demand may have been supplemented from time to time, the "<u>Reclamation Demand</u>");

WHEREAS, NNI has reviewed its books and records in an effort to reconcile such claims against it;

WHEREAS, NNI is prepared to settle the Reclamation Claimant's Reclamation Demand with respect to the goods identified on <u>Exhibit 1</u> attached hereto (the "<u>Settlement Goods</u>") in connection with the settlement of any and all claims for reclamation the Reclamation Claimant may have against NNI as set forth herein.

WHEREAS, NNI and the Reclamation Claimant wish to settle this Reclamation Demand in accordance with the terms set forth in this Stipulation;

IT IS HEREBY AGREED AND STIPULATED THAT:

1. Subject to the approval of this settlement through compliance with the notice and objection procedures set forth in the Reclamation Procedures Order, NNI agrees that the Reclamation Demand shall be allowed as follows: the Reclamation Claimant shall have an allowed reclamation claim against NNI in the amount of $164,785.62 and NNI shall pay $164,785.62 to the Reclamation Claimant on or prior to twenty (20) days from the date of the Objection Deadline (as identified in the Notice of Proposed Settlement filed with the Bankruptcy Court), if no objection is filed prior to the Objection Deadline.

2. This settlement fully resolves the Reclamation Claimant's Reclamation Demand and any other rights of reclamation the Reclamation Claimant may have against any of the Debtors; provided, however, that this settlement is without prejudice to: (i) the Reclamation Claimant's right to assert any claims against NNI arising under Bankruptcy Code section 503(b)(9) other than with respect to the Settlement Goods, (ii) the Reclamation Claimant's right

to assert any general unsecured claims or rights of setoff or recoupment against NNI other than with respect to the Settlement Goods, and (iii) any rights, defenses and counterclaims that NNI may have with respect to the foregoing. The Parties agree that, except as otherwise set forth in this paragraph 2, the remainder of the Reclamation Demand is invalid as to the Debtors and is deemed disallowed as to the Debtors.

3. Except with respect to the Settlement Goods, the Parties take no position as to the existence, extent or validity of any claims that the Reclamation Claimant may have against any other Debtor or any non-Debtor affiliates or any defenses that may exist thereto and all such claims and defenses are hereby preserved.

4. The Reclamation Claimant agrees that it has no further claims against NNI or its affiliates with respect to the Settlement Goods, and hereby waives any such claims to the extent they may exist.

5. In the event this settlement is not approved pursuant to the Reclamation Procedures Order, the Parties reserve all of their rights and defenses with respect to the Reclamation Demand and this proposed settlement shall not constitute an admission by NNI or its affiliates regarding the validity of the Reclamation Demand or that NNI or its affiliates have any liability thereunder.

Dated: May 14, 2009

Nortel Networks Inc.

By: Gaurav Saini
Title: Leader, Semiconductor Sourcing & Engineering

Sanmina-SCI Corporation

By: Michael R. Tyler
Title: Executive Vice President

3

**EXHIBIT 1**

| Invoice | Date | PO Number | Part Number | Quantity |
|---|---|---|---|---|
| 3000068576 | 12/22/2008 | 4503583558 | NTQ20021E5 | 4 |
|  |  |  | NTQ20022E5 | 4 |
| 5000081638 | 12/3/2008 | 4503505551 | NTK505DAE5RL02 | 8 |
| 5000082197 | 12/8/2008 | 4503524254 | NTK505DAE5RL02 | 17 |
| 1000559325 | 12/23/2008 | 4503659022 | NT8D37EC | 84 |
| 1000559189 | 12/23/2008 | 4503659022 | NTRH20BAE5 | 4 |
| 5000082200 | 12/8/2008 | 4503528052 | NTK505DAE5RL02 | 8 |
| 5000082198 | 12/8/2008 | 4503535559 | NTK505DAE5RL02 | 6 |
| 5000082010 | 12/6/2008 | 4503505550 | NTK505DAE5RL02 | 10 |
| 5000082008 | 12/6/2008 | 4503509816 | NTK505DAE5RL02 | 5 |
| 5000082011 | 12/6/2008 | 4503505551 | NTK505DAE5RL02 | 5 |
| 5000081716 | 12/4/2008 | 4503505550 | NTK505DAE5RL02 | 9 |
| 5000081644 | 12/3/2008 | 4503505554 | NTK505DAE5RL02 | 5 |
|  |  |  |  |  |
| *Total Amount to Pay* |  |  | $164,785.62 |  |