# SANMINA-SCI SERVICE LIST

**VIA OVERNIGHT MAIL:**

Edward T. Attanasio Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Fl
Los Angeles, CA  90067-6049

Michael R. Tyler, Esq.
Executive Vice President General Counsel & Corporate
Sanmina-SCI
2700 North Fiese Street
San Jose, CA 95134