# EMERSON SERVICE LIST

**VIA OVERNIGHT MAIL:**

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Emerson Group
Attn: General Counsel
407 East Lancaster Ave.
Wayne, PA 19087