# AMPHENOL CORPORATION SERVICE LIST

**VIA OVERNIGHT MAIL:**

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Crysler Building
405 Lexington Avenue
New York, NY 10174

Edward C. Wetmore
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492