IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## AMENDED AFFIDAVIT OF MAILING

STATE OF CONNECTICUT )
          ) ss.:
COUNTY OF HARTFORD )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, 100 Pearl Street, Suite 1446, Hartford, CT 06103. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2009, I caused to be served:

    a) "Debtors' Motion for an Order Under 11 U.S.C. § 102(1)(A) Shortening Notice of Debtors' Motion Pursuant to Section 365(d)(4) of the Bankruptcy Code to Extend the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (B) Modifying the Service Requirements of Local Rule 9006-1(c)(i)", dated May 1, 2009 [Docket No. 688], (the "Rejection Motion"),

by causing true and correct copies of Rejection Motion, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 2221 Lakeside Boulevard, Richardson, Texas 75082.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
13th day of May, 2009

_____
Notary Public

JANICE E. LIVINGSTONE
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires
August 31, 2011