# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 10 SYLVAN SPE LLC C/O MACK-CALI REALTY | CORP. THE GALE COMPANY,ATTN: MARC LEONARD RIPP, ESQ.,100 CAMPUS DR., SUITE 200,  FLORHAM PARK, NJ 07932 |
| 101 CONSTITUTION TRUST | ATTN:  PROPERTY MANAGER,101 CONSTITUTION AVE.,SUITE L140,  WASHINGTON, DC 20001 |
| 13560 MORRIS ROAD OFFICE INVESTORS LLC | C/O UBS REALTY INVESTORS LLC,ATTN:  ASSET MANAGEMENT,242 TRUMBULL STREET, HARTFORD, CT 06103-1212 |
| 1500 CONCORD TERRACE LP TMW WELTFONDS | 1500 CONCORD TERRACE LP,C/O PRUDENTIAL REAL ESTATE INVESTORS,TWO RAVINIA DRIVE, SUITE 400,  ATLANTA, GA 30353-3221 |
| 485 LEXINGTON OWNER LLC C/O SL GREEN | REALTY CO.,420 LEXINGTON AVE.,  NEW YORK, NY 10170 |
| 7884 BR LLC | ATTN: MICHAEL H. KRITZ,256 DELTA DRIVE,  MANDEVILLE, LA 70448 |
| ADVANTIS REAL ESTATE SERVICES COMPANY | ATTN:  PROPERTY MANAGER,10151 DEERWOOD PARK BLVD.,BLVD. 200, SUITE 115, JACKSONVILLE, FL 32256 |
| AKIN GUMP | ATTN: FRED S. HODARA ESQ.,RYAN C. JACOBS ESQ.,ONE BRYANT PARK,  NEW YORK, NY 10036 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ.,1221 AVE OF THE AMERICAS, 20TH FL,  NEW YORK, NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL,358 HALL AVENUE,  WALLINGFORD, CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO,420 SOUTH ORANGE AVENUE,6TH FL,  ORLANDO, FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ.,300 DELAWARE AVE,STE 1370,  WILMINGTON, DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ.,300 DELAWARE AVE,STE 1370,  WILMINGTON, DE 19801 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ.,171 17TH ST NW, STE 2100, ATLANTA, GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P. BOWDEN ESQ.,AMANDA M. WINFREE ESQ.,500 DELAWARE AVE, 8TH FL, WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ.,500 DELAWARE AVE,  WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: GREGORY A. TAYLOR ESQ.,BENJAMIN W. KEENAN ESQ.,500 DELAWARE AVE, 8TH FL, WILMINGTON, DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ. JEFFREY,MEYERS ESQ., 51ST FL MELLON BANK CTR,1735 MARKET ST,  PHILADELPHIA, PA 19103 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ.,919 MARKET ST, 12TH FL, WILMINGTON, DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ.,155 FEDERAL ST,9TH FL,  BOSTON, MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D. DAVIS ESQ.,DANIEL A. O'BRIEN ESQ.,222 DELAWARE AVE, STE 900, WILMINGTON, DE 19801 |
| BEHRINGER HARVARD FUNDS | ATTN:  CHIEF LEGAL OFFICER,15601 DALLAS PKWY.,SUITE 600,  ADDISON, TX 75001 |
| BEHRINGER HARVARD TIC MNGMT SERVICES LP | ATTN:  ASSET MANAGER,15601 DALLAS PARKWAY,SUITE 600,  ADDISON, TX 75001 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA,201 MONROE STREET,SUITE 300,  MONTGOMERY, AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,PATRICK M. COSTELLO ESQ.,2600 EL CAMINO REAL, STE 300,  PALO ALTO, CA 94306 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ.,6 NORTH BROAD ST,STE 1000,  WOODBURY, NJ 08096 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ.,1290 AVENUE OF THE AMERICAS,  NEW YORK, NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ.,161 N CLARK ST,STE 4300,  CHICAGO, IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ.,211 N BROADWAY,STE 3600,  ST. LOUIS, MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ.,333 MARKET ST,25TH FL,  SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ.,1000 WEST STREET, SUITE 1410, WILMINGTON, DE 19801 |
| BUUS KIM KUO & TRAN LLP | ATTN: HUBERT H. KUO ESQ.,4675 MACARTHUR CT,STE 590,  NEWPORT BEACH, CA 92660 |
| CALIFORNIA STATE TEACHERS' | RETIREMENT SYSTEM C/O THOMAS,PROPERTIES GRP, LP, ATTN: JOHN SISCHO,515 S. FLOWER STREET, 6TH FLOOR,  LOS ANGELES, CA 90071 |

| Claim Name | Address Information |
|---|---|
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ.,800 N KING ST, STE 300, WILMINGTON, DE 19801 |
| CAMPBELL CREEK LTD. | ATTN: PROPERTY MANAGER,4099 MCEWEN ROAD,SUITE 370, DALLAS, TX 75244 |
| CAMPBELL CREEK LTD. C/O GRANITE | PROPERTIES, INC.,17950 PRESTON ROAD,SUITE 320, DALLAS, TX 75252 |
| CANAL VIEW PROPERTIES III, LLC | 1465 MONROE AVENUE, ROCHESTER, NY 14618 |
| CB RICHARD ELLIS | ATTN: REAL ESTATE,500 E. PRATT STREET,SUITE 500, BALTIMORE, MD 21202 |
| CENTRE GROUP LLC | JOSEPH S. MAGNANO, ESQ. GENERAL COUNSEL,105 EAST 17TH STREET, NEW YORK, NY 10003 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ.,30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| CITY OF BONHAM | ATTN: JANELL CAIN, CITY SECRETARY,301 EAST FIFTH STREET, BONHAM, TX 75418 |
| COARE BROOKFIELD LAKES, LLC C/O CORE | REALTY HOLDINGS MNGMT, INC.,C/O HAMMES COMPANY,18000 WEST SARAH LANE,SUITE 250, BROOKFIELD, WI 53045 |
| COLISEUM TRANSFER INC. C/O J.P. MORGAN | INVEST., INC.,ATTN: JOSEPH B. DOBRONYI, JR.,522 FIFTH AVENUE,9TH FLOOR, NEW YORK, NY 10036 |
| CONNOLLY BOVE, ATTN: JEFFREY S. WISLER | ESQ., MARC J. PHILLIPS ESQ.,THE NEMOURS BUILDING,1007 N ORANGE ST, WILMINGTON, DE 19801 |
| COWLES & THOMPSON PC | ATTN: WILLIAM L. SIEGEL,901 MAIN STREET,SUITE 3900, DALLAS, TX 75202 |
| CRESCENT PEAKVIEW TOWER, LLC | ATTN: LEGAL DEPARTMENT,200 CRESCENT COURT,SUITE 200, DALLAS, TX 75201 |
| CRESCENT PEAKVIEW TOWER, LLC C/O | CRESCENT REAL ESTATE EQUITIES LP,ATTN: PROPERTY MANAGER,6465 S. GREENWOOD PL BLVD.,STE 150, CENTENNIAL, CO 80111 |
| CRESCENT RESOURCES, LLC | ATTN: VICE PRESIDENT - - PROPERTY MGMT,400 S. TRYON STREET,SUITE 1300, CHARLOTTE, NC 28202 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ.,101 PARK AVENUE, NEW YORK, NY 10178-0061 |
| DAVIS WRIGHT TREMAINE LLP | ATTN: JAMES C. WAGGONER ESQ.,1300 SW 5TH AVE,STE 2300, PORTLAND, OR 97201-5630 |
| DEKA IMMOBILIEN INVESTMENT GMBH C/O | CASSIDY & PINKARD COLLIERS,2980 FAIRVIEW PARK DR., FALLS CHRUCH, VA 22042 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ.,6225 SMITH AVENUE, BALTIMORE, MD 21209 |
| DUESENBERG INVESTMENT COMPANY | ATTN: JOHN E. ANDERSON,1800 AVENUE OF THE STARS,SUITE 1400, LOS ANGELES, CA 90067 |
| DUKE REALTY OHIO | ATTN: PROPERTY MANAGER,5600 BLAZER PKWY.,SUITE 100, DUBLIN, OH 43017 |
| DUKE REALTY OHIO C/O DUKE REALTY | CORPORATION,4555 LAKE FOREST DRIVE,SUITE 400, CINCINNATI, OH 45242 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON,1717 MAIN ST,STE 2400, DALLAS, TX 75201 |
| EAST CAMELBACK ROAD, INC. C/O MORGAN | STANLEY US REAL ESTATE INVESTING DIV.,555 CALIFORNIA STREET,SUITE 2100, SAN FRANCISCO, CA 94104 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN,151 O'CONNOR STREET, OTTOWA, ON K1A 1K3 CA |
| FAULKNER HINTON & ASSOCIATES, INC. | ATTN: PROPERTY MANAGER,9625 ORMSBY STATION ROAD, LOUISVILLE, KY 40223 |
| FAULKNER HINTON/ORMSBY II, LLC C/O | TALCOTT III ORMSBY, LLC,ONE FINANCIAL PLAZA, HARTFORD, CT 06103 |
| FLAGLER DEVELOPMENT COMPANY | 10151 DEERWOOD PARK BLVD.,BUILDING 100, SUITE 330, JACKSONVILLE, FL 32256 |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE,305 INTERLOCKEN PKWY, BROOMFIELD, CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ.,321 NORTH CLARK ST, STE 2800, CHICAGO, IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ.,1111 3RD AVE,STE 3400, SEATTLE, WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ.,700 UNIVERSE BLVD, JUNO BEACH, FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION,OF CORPORATIONS,P.O. BOX 7040, DOVER, DE 19903 |
| FRASER MILNER CASGRAIN LLP,ATTN:MICHAEL | J. WUNDER R. SNAYNE KUKULOWICZ ALEX L.,MACFARLANE,1 FIRST CANADIAN PLACE -FL 42,100 KING ST WEST, TORONOTO, ON M5X 1B2 CA |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ.,666 5TH AVE, NEW YORK, NY 10103-3198 |
| FULLBRIGHT & JAWORSKI, LLP | ATTN: ERIC ANDERSON,1301 MCKINNEY,SUITE 5100, HOUSTON, TX 77010-3095 |

| Claim Name | Address Information |
|---|---|
| GATEWAY ASSOCIATES, LTD. C/O THE BOYER | GROUP,90 SOUTH 400 WEST,SUITE 200,  SALT LAKE CITY, UT 84101 |
| GENERAL COUNSEL | 10475 PARK MEADOWS DRIVE,  LITTLETON, CO 80124 |
| GENESIS BUILDING LTD. C/O THE DALAD | GROUP,6055 ROCKSIDE WOODS BLVD.,SUITE 100,  INDEPENDENCE, OH 44131 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ.,ONE GATEWAY CENTER,  NEWARK, NJ 07102-5310 |
| GOODWIN PROCTER LLP | ATTN:  CHRISTOPHER B. PRICE,599 LEXINGTON AVENUE,  NEW YORK, NY 10022 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ.,200 PUBLIC SQUARE, STE 2800,  CLEVELAND, OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE,EXCHANGE HOUSE,PRIMROSE STREEET,  LONDON,  EC2A 2HS GB |
| HEWLETT-PACKARD COMPANY | ATTN: RAMONA NEAL ESQ.,11311 CHINDEN BLVD,MAILSTOP 314,  BOISE, ID 83714 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ.,28 STATE ST,  BOSTON, MA 02109 |
| HINES INTERESTS LP | ATTN:  CHARLES M. BAUGHN,JASON P. MAXWELL, ESQ.,2800 POST OAK BLVD., 50TH FLOOR,  HOUSTON, TX 77056-6118 |
| HINES RIVERFRONT PLAZA LP C/O HINES | INTERESTS LP,ATTN: WILLIAM B. ALSUP, III,555 THIRTEENTH ST., NW,STE 1020 E, WASHINGTON, DC 20004-1109 |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ.,P.O. BOX 1288,  TAMPA, FL 33601-1288 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN,1445 ROSS AVE,ROUNTAIN PLACE STE 3700,  DALLAS, TX 75202-2799 |
| I & G DIRECT REAL ESTATE 18, LP C/O | COLLIERS TURLEY MARTIN TUCKER,ATTN: TRAVIS MAUNE, SENIOR MANAGER,622 EMERSON ROAD,SUITE 320,  ST. LOUIS, MO 63141 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL,1503 LBJ FREEWAY,3RD FL,  DALLAS, TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399,TWO LINCOLN CENTRE,  OAKBROOK TERRACE, IL 60181 |
| IGD PROPERTIES, CORP. | 1510 FD ROOSEVELT AVENUE,SUITE 11-B-1,  GUAYNABO, PR 00968 |
| INTERNAL REVENUE SERVICE | 31 HOPKINS PLAZA,ROOM 1150,  BALTIMORE, MD 21201 |
| IPC METROCENTER, LLC C/O IPC REAL ESTATE | MNGMT, LLC,ATTN:  LEASE ADMINISTRATOR,303 N. HURSTBOURNE PKWY,SUITE 115, LOUISVILLE, KY 40222 |
| ISTAR CTL NORTH GLENVILLE – RICHARDSON | LLC C/O ISTAR FINANCIAL INC.,ATTN:  VP OF ASSET MGMT,ONE GALLERIA TOWER,13355 NOEL RD,STE 900,  DALLAS, TX 75240 |
| ISTAR FINANCIAL INC. | ATTN:  GENERAL MANAGER,1114 AVENUE OF THE AMERICAS,  NEW YORK, NY 10036 |
| ISTAR FINANCIAL INC. | ATTN:  DIRECTOR OF LEASE ADMINISTRATION,3480 PRESTON RIDGE ROAD,SUITE 575, ALPHARETTA, GA 30005 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN,STE 1800,  HOUSTON, TX 77010 |
| JEK ENTERPRISES, LLD | JOHN WILL,2224 FIRST LANDING LANE,  VIRGINIA BEACH, VA 23451 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ.,1420 PEACHTREE ST NE, STE 800,  ATLANTA, GA 30309 |
| JONES LANG LASALLE AMERICAS, INC. | ATTN:  PROPERTY MANAGER,13560 MORRIS ROAD,SUITE 4350,  ALPHARETTA, GA 30022 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ.,575 MADISON AVE,  NEW YORK, NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: THOMAS J. LEANSE ESQ.,DUSTIN P. BRANCH ESQ.,2029 CENTURY PARK EAST, STE 2600,  LOS ANGELES, CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ.,101 PARK AVENUE,  NEW YORK, NY 10178 |
| KHANG & KHANG LLP | ATTN: JOON M. KHANG ESQ.,1901 AVENUE OF THE STARS,2ND FL,  LOS ANGELES, CA 90067 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ.,1999 AVENUE OF THE STARS,39TH FL,  LOS ANGELES, CA 90067-6049 |
| KLEHR HARRISON HARVEY BRANZBURG & ELLERS | LLP,ATTN: JOANNE B. WILLS ESQ.,919 MARKET ST, STE 1000,  WILMINGTON, DE 19801 |
| LANCESOFT | 2325 DULLES CORNER BOULEVARD,9TH FLOOR,  HERNDON, VA 20170 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ.,885 THIRD AVENUE,STE 1000,  NEW YORK, NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ.,885 THIRD AVENUE,STE 1000,  NEW YORK, NY 10022-4068 |

| Claim Name | Address Information |
|---|---|
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ.,885 THIRD AVENUE,STE 1000,  NEW YORK, NY 10022-4068 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ.,370 17TH ST,STE 4650,  DENVER, CO 80202 |
| LAW DEPARTMENT | 1301 CONCORD TERRACE,  SUNRISE, FL 33323 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR.,100 SOUTH BROAD STREET,SUITE 1530,  PHILADELPHIA, PA 19110 |
| LEWIS AND ROCA LLP | ATTN:  ANDY CARPER,40 NORTH CENTRAL AVENUE,  PHOENIX, AZ 85004 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ.,40 NORTH CENTRAL AVE,STE 1900,  PHOENIX, AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ.,2323 BRYAN STREET,STE 1600,  DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ.,P.O. BOX 3064,  HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ.,TRAVIS BLDG_STE 300,711 NAVARRO,  SAN ANTONIO, TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ.,65 LIVINGSTON AVE,  ROSELAND, NJ 07068 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT ESQ.,750 SHIPYARD DR,STE 102,  WILMINGTON, DE 19801 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY,71 S. WACKER DRIVE,  CHICAGO, IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ.,1750 TYSONS BLVD, STE 1800, MCLEAN, VA 22102-4215 |
| MEADOW BROOK OFFICE, LLC C/O DANIEL | REALTY SERVICES, LLC,ATTN:  MEADOW BROOK,3595 GRANDVIEW PKWY.,SUITE 400, BIRMINGHAM, AL 35243 |
| METROPARK SOUTH LLC C/O DENHOLZ | ASSOCIATES,1600 ST. GEORGES AVENUE,P.O. BOX 1234,  RAHWAY, NJ 07065 |
| METROPOLITAN TULSA INVESTMENTS LLC | ATTN: THOMAS HINDS, GENERAL MANAGER,TWO WEST SECOND STREET,SUITE 22,  TULSA, OK 74103 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ.,44 MONTGOMERY STREET, STE 1010,  SAN FRANCISCO, CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ.,ONE CHASE MANHATTAN PLAZA,  NEW YORK, NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ.,P.O. BOX 475,BANKRUPTCY DIVISION,  JEFFERSON CITY, MO 65105-0475 |
| MOBERLY PROPERTIES, LLC C/O DIXIE | DEVELOPMENT,3715 N. BUSINESS DRIVE,SUITE 201,  FAYETVILLE, AR 72703 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN,535 MADISON AVE.,  NEW YORK, NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER | P.A.,ATTN: RACHEL B. MERSKY ESQ.,1201 N ORANGE ST, STE 400,  WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ.,500 DELAWARE AVE,STE 1500,  WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ.,500 DELAWARE AVE, STE 1500, WILMINGTON, DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD CHRISTOPHER J.,CARUSO KENT C. KOLBIG,THE CRYSLER BLD,405 LEXINGTON AVE,  NEW YORK, NY 10174 |
| MUNSCH HARDT KOPF & HARR P.C. | ATTN: JOSEPH J. WIELEBINSKI ESQ.,3800 LINCOLN PLAZA,500 N AKARD ST,  DALLAS, TX 75201-6659 |
| NEW BOSTON 175 CAPITAL BOULEVARD LP | RAPPAPORT, ASERKOFF & GELLES,ATTN:  PROPERTY MANAGER,60 STATE STREET, SUITE 1500,  BOSTON, MA 02109 |
| NEW BOSTON 175 CAPITAL BOULEVARD LP C/O | NEW BOSTON MANAGEMENT SERVICES, INC.,175 CAPITAL BOULEVARD,SUITE 200,  ROCKY HILL, CT 06067 |
| NEW BOSTON 175 CAPITAL LLC C/O NEW | BOSTON FUND, INC.,60 STATE STREET,SUITE 1500,  BOSTON, MA 02109 |
| NORTEL NETWORKS LIMITED | C/O GORDON DAVIES,195 WEST MALL ROAD,  TORONTO, ON M9C 5K1 CA |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ.,915 L ST,STE 1000,  SACRAMENTO, CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: PATRICK TINKER ESQ.,844 KING STREET,SUITE 2207 LOCKBOX 35,  WILMINGTON, DE 19801-3519 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM,200 BAY STREET SUITE 3800,ROYAL BANK PLAZA SOUTH TOWER, TORONTO, ON M5J 2Z4 CA |
| OMAHA PLAZA INVESTMENTS, LLC | 14301 FNB PARKWAY,SUITE 100,  OMAHA, NE 68154 |
| OMEGA CORPORATE CENTER, LP | ELEVEN PARKWAY CENTER,SUITE 300,  PITTSBURGH, PA 15220 |
| ONE CAPITAL MALL INVESTORS, L.P. | 7700 COLLEGE TOWN DRIVE,SUITE 101,  SACRAMENTO, CA 95826 |

| Claim Name | Address Information |
| --- | --- |
| ONE TOWNE SQUARE | ATTN:  TWO TOWNE SQUARE,PROPERTY MANAGER,SUITE 180,  SOUTHFIELD, MI 48076 |
| OPEN TERRACE ASSOCIATES C/O THE HINMAN | COMPANY,P.O. BOX 50751,  KALAMAZOO, MI 49005-0751 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR. ESQ. LAURA D.,METZGER ESQ. WESTON T. EGUCHI ESQ.,666 FIFTH AVENUE,  NEW YORK, NY 10103-0001 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ.,21 S 12TH ST,3RD FL,  PHILADELPHIA, PA 19107-3603 |
| PARAG P. PATEL ESQUIRE | 33 WOOD AVENUE SOUTH,2ND FL,P.O. BOX 81,  ISELIN, NJ 08830-0081 |
| PATTERSON HARKAVY | ATTN: ANN GRONINGER ESQ.,521 EAST BOULEVARD,  CHARLOTTE, NC 28203 |
| PEDIATRIX MEDICAL GROUP, INC. | ATTN:  FACILITIES DEPARTMENT,1301 CONCORD TERRACE,  SUNRISE, FL 33323 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ.,STEPHEN D. SCHREIBER ESQ.,1200 K STREET NW, WASHINGTON, DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON ESQ.,LEIGH-ANNE M. RAPORT ESQ.,1313 MARKET ST, STE 5100,  WILMINGTON, DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ.,1313 MARKET ST,STE 5100,  WILMINGTON, DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT | LLP,ATTN: ELIZABETH BANDA ESQ.,4025 WOODLAND PARK BLVD,STE 300,  ARLINGTON, TX 76013 |
| PERKINS COIE LLP | ATTN: ALAN D. SMITH CHUN M. NG,1201 THIRD AVENUE,48TH FLOOR,  SEATTLE, WA 98101-3099 |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP | ATTN:  SUSAN J. BORSCHEL,1650 TYSON'S BOULEVARD,SUITE 1400,  MCLEAN, VA 22102 |
| PINEVIEW ASSOCIATES C/O CIMINELLI DEV. | CO., INC.,350 ESSJAY ROAD,SUITE 101,  WILLIAMSVILLE, NY 14221 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: CHRISTOPHER A. WARD ESQ.,JUSTIN K. EDELSON ESQ.,222 DELAWARE AVENUE, STE 1101,  WILMINGTON, DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ.,17 N 2ND ST,12TH FL,  HARRISBURG, PA 17101-1601 |
| PRUDENTIAL REAL ESTATE INVESTORS | ATTN:  JOAN HAYDEN,8 CAMPUS DRIVE,4TH FLOOR, ARBOR CIRCLE SOUTH,  PARSIPPANY, NJ 07054 |
| PRUDENTIAL REAL ESTATE INVESTORS | ATTN:  JIM MARINELLO LEGAL DEPARTMENT,8 CAMPUS DRIVE,4TH FLOOR,  PARSIPPANY, NJ 07054-4493 |
| RAYTHEON COMPANY | ATTN:  REAL ESTATE DEPT.,870 WINTER STREET,  WALTHAM, MA 02451 |
| REAL ESTATE COORDINATOR | 4055 VALLEY VIEW LANE,SUITE 110,  DALLAS, TX 75244 |
| RECKSON OPERATING PARTNERSHIP, LP | ATTN:  MANAGING DIRECTOR,360 HAMILTON AVENUE,  WHITE PLAINS, NY 10601 |
| RECKSON OPERATING PARTNERSHIP, LP C/O | RECKSON ASSOCIATES REALTY CORP.,ATTN:  VICE PRESIDENT &  LEGAL COUNSEL-,REAL ESTATE, 625 RECKSON PLAZA,  UNIONDALE, NY 11556 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ.,1201 N MARKET ST, STE 1500, WILMINGTON, DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D. COLLINS ESQ.,CHRISTOPHER M. SAMIS ESQ.,ONE RODNEY SQUARE, 920 N KING ST,  WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ.,1001 4TH AVE,STE 4500,  SEATTLE, WA 98154-1192 |
| RIVERDALE OFFICE PROPERTIES PARTNERSHIP | 100 MORGAN KEEGAN DRIVE,SUITE 400,  LITTLE ROCK, AR 72202-2210 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ.,101 NORTH TRYON ST, STE 1900, CHARLOTTE, NC 28246 |
| RP SAM HOUSTON PLAZA, LP C/O MOODY | RAMBIN OFFICE SERV.,519 N. SAM HOUSTON PKWY E.,SUITE 100,  HOUSTON, TX 77060 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS,500 E. PRATT STREET,8TH FLOOR,  BALTIMORE, MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ.,6600 SEARS TOWER,  CHICAGO, IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS,233 BROADWAY,  NEW YORK, NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH,BANKRUPTCY DIV_STE 400,3 WORLD FINANCIAL CENTER,  NEW YORK, NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040,  DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE,  WASHINGTON, DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B. SHULMAN ESQ.,KIMBERLY K. SMITH ESQ.,30 ROCKEFELLER PLAZA, 24TH FL,  NEW YORK, NY 10112 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ.,1529 WALNUT STREET,STE 600,  PHILADELPHIA, PA 19102 |

| Claim Name | Address Information |
|---|---|
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & | JERNIGAN LLP,ATTN:AMOS U.PRIESTER IV ESQ,ANNA B. OSTERHOUT ESQ.,P.O. BOX 2611, RALEIGH, NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ.,800 DELAWARE AVE.,7TH FL,  WILMINGTON, DE 19801 |
| ST. PAUL PROPERTIES, INC. | ATTN:  ASSET MANAGEMENT,385 WASHINGTON STREET,  ST. PAUL, MN 55102-1309 |
| ST. PAUL PROPERTIES, INC. C/O INSIGNIA | ESG, INC.,8705 SW NIMBUS AVENUE,SUITE 230,  BEAVERTON, OR 97008 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ.,3030 W GRAND BLVD,STE 10-200, CADILLAC PLACE, DETROIT, MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ.,675 THIRD AVE,31ST FL,  NEW YORK, NY 10017 |
| STEVENS & LEE P.C. | ATTN: JOSEPH H. HUSTON JR. ESQ.,MARIA APRILE SAWCZUK ESQ.,1105 N MARKET ST, 7TH FL,  WILMINGTON, DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ.,4 E 8TH ST,STE 400,  WILMINGTON, DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER,78 ALEXANDER DRIVE,PO BOX 13445,  TRIANGLE PARK, NC 27709 |
| SUNSET LAND COMPANY, LLC | ONE ANNABEL LANE,SUITE 201,  SAN RAMON, CA 94583 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ.,ONE S. CHURCH ST, STE 400, WEST CHESTER, PA 19382 |
| TALCOTT II ALAMO LP | ONE FINANCIAL PLAZA,  HARTFORD, CT 06103 |
| TEACHERS INSURANCE AND      ANNUITY | ASSOCIATION OF AMERICA,C/O NORTHMARQ REAL ESTATE SERVICES,8400 NORMANDALE LAKE BLVD.,STE 320,  MINNEAPOLIS, MN 55437 |
| TECHNOLOGY CENTER ASSOCIATES, L.P. C/O | REI REAL ESTATE SERV. LLC,ATTN: MICHAEL WELLS,11711 N. PENNSYLVANIA ST,STE 200,  CARMEL, IN 46032 |
| TECHNOLOGY PARK X LIMITED PARTNERSHIP | C/O GUTIERREZ COMPANY,ONE WALL STREET,  BURLINGTON, MA 01803 |
| TENNESSEE DEPT OF REVENUE | ATTN: LAURA L. MCCLOUD ESQ.,P.O. BOX 20207,  NASHVILLE, TN 37202-0207 |
| THE BONHAM GOLF AND COUNTRY CLUB | ATTN:  BUSINESS MANAGER,501 WEST RUSSELL AVENUE,  BONHAM, TX 75418 |
| THE CRESCENT | ATTN:  MANAGING DIRECTOR, ASSET,MGMT & LEASING,200 CRESCENT COURT, SUITE 200, DALLAS, TX 75201 |
| THE INTECH GROUP, INC. | ATTN: ERNIE HOLLING, PRESIDENT,305 EXTON COMMONS,  EXTON, PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA,1114 AVENUE OF THE AMERICAS,19TH FLOOR,  NEW YORK, NY 10036 |
| THE IRVINE COMPANY LLC | 18500 VON KARMAN AVENUE,SUITE 120,  IRVINE, CA 92612 |
| THE IRVINE COMPANY LLC | ATTN:  VICE PRESIDENT, OPERATIONS -,OFFICE PROPERTIES,P.O. BOX 6370,  NEWPORT BEACH, CA 92658-6370 |
| THE PLAZA CP LLC C/O CONT'L DEVELOPMENT | CORP.,2041 ROSECRANS AVENUE,  EL SEGUNDO, CA 90245-0916 |
| THE PLAZA CP LLC C/O CONTINENTAL | DEVELOPMENT CORP., ATTN:  GIAN-CARLO,M. HANKEE CORPORATE COUNSEL,2041 ROSECRANS AVE.,  EL SEGUNDO, CA 90245-0916 |
| THE PRUDENTIAL INSURANCE    COMPANY OF | AMERICA,ATTN:  DAMIAN MANOLIS,FOUR EMBARCADERO CENTER,STE 2700,  SAN FRANCISCO, CA 94111 |
| THE REGUS GROUP LLC | ATTN: BARBARA SELL,DIRECTOR CORPORATE ACCOUNTS,12601 DEERFIELD PKWY., SUITE 100,  ALPHARETTA, GA 30005 |
| THOMAS PROPERTIES GROUP | ATTN:  VICE PRESIDENT  - PROPERTY MGMT,1835 MARKET STREET,SUITE 1720, PHILADELPHIA, PA 19103 |
| TIME WARNER TELECOM OF NORTH CAROLINA, | LP,3120 HIGHWOODS BLVD.,SUITE 214,  RALEIGH, NC 27604 |
| TOMORROW 35 CENTURY, L.P.  C/O KENNEDY | WILSON PROPERTIES, L.P.,1175 AMERICAN PACIFIC DR.,SUITE G,  HENDERSON, NV 89074 |
| TOMORROW 35 CENTURY, LP | ATTN:  ASSET MANAGER,330 GARFIELD STREET,  SANTA FE, NM 87501 |
| TOWER 333 LLC | 2800 POST OAK BLVD.,50TH FLOOR,  HOUSTON, TX 77056 |
| TRANSWESTERN COMMERCIAL SERVICES | 300 CONVENT STREET,BANK OF AMERICA PLAZA,  SAN ANTONIO, TX 78205 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK,1 TOWER SQUARE,5MN,  HARTFORD, CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE,10475 PARK MEADOWS DR,STE 400,  LITTLETON, CO 80124 |
| TWO TOWNE SQUARE, LLC C/O REDICO MNGMT, | INC.,ATTN: CHIEF OPERATING OFFICER,ONE TOWNE SQUARE,SUITE 1600,  SOUTHFIELD, MI 48076 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: CORP. TRUST ADMIN.,(ZSF/RESEARCH NETWORK TRUST),ONE FEDERAL STREET, |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | BOSTON, MA 02111 |
| UCM/SREP-CORPORATE WOODS, LLC C/O STOLTZ | MNGMT OF DE, INC.,ATTN: GENERAL COUNSEL,725 CONSHOHOCKEN STATE RD., BALA CYNWYD, PA 19004 |
| UNIRE REAL ESTATE GROUP, INC. | 1800 E. IMPERIAL HIGHWAY,SUITE 205, BREA, CA 92821 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK,P.O. BOX 500,M/S E8-108, BLUE BELL, PA 19424 |
| US ATTORNEY'S OFFICE DISTRICT OF | DELAWARE,1007 N. ORANGE STREET, WILMINGTON, DE 19801 |
| USAA STRATUM EXECUTIVE CENTER JOINT | VENTURE,ATTN: AVP PORTFOLIO MNGMT,9830 COLONNADE BLVD.,SUITE 600, SAN ANTONIO, TX 78230 |
| VAL MANDEL P.C. | ATTN: VAL MANDEL ESQ.,80 WALL ST,STE 1115, NEW YORK, NY 10005 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ.,1633 BROADWAY,47TH FL, NEW YORK, NY 10019 |
| VOLT DELTA RESOURCES, LLC | ATTN: LEGAL DEPARTMENT,560 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ.,411 E WISCONSIN AVE,STE 700, MILWAUKEE, WI 53202 |
| WACHOVIA BANK, FKA FIRST UNION BANK | ATTN: NORTEL NETWORKS PASS-,THROUGH TRUST SERIES 2001-1,8739 RESEARCH DRIVE, NC 1075, CHARLOTTE, NC 28262-1075 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ.,300 DELAWARE AVE,13TH FL, WILMINGTON, DE 19801 |
| WEST COLONY OFFICE ASSOCIATES, LP C/O | TERRUS REAL ESTATE GROUP,1200 VALLEY WEST DRIVE,SUITE 304-06, WEST DES MOINES, IA 50266 |
| WILLARD T. ANDERSON PROPERTIES | 125 WOLF ROAD, ALBANY, NY 12205 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ.,787 7TH AVE, NEW YORK, NY 10019 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER | LLP,ATTN: MARK G. LEDWIN ESQ.,3 GANNETT DR, WHITE PLAINS, NY 10604 |
| WOODFIELD HOLDINGS PT, LLC C/O LINCOLN | PROPERTY COMPANY,ATTN: GENERAL MANAGER,475 N. MARTINGALE RD, SUITE 280, SCHAUMBURG, IL 60173 |

**Total Creditor Count 228**