# AIRSPAN NETWORKS, INC. SERVICE LIST

## VIA FIRST CLASS U.S. MAIL:

David Brant, Chief Financial Officer
Airspan Networks, Inc.
777 Yamato Road Suite 310
Boca Raton, FL 33431

Michael E. Foreman, Esq.
Dorsey & Whitney, LLP
250 Park Avenue
New York, New York 10177