# ALPHA NETWORK USA, INC. SERVICE LIST

**VIA FIRST CLASS U.S. MAIL:**

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA 90067

Hubert H. Kuo Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA 92660

**VIA INTERNATIONAL MAIL:**
Alpha Networks Inc.
Attn: General Counsel
No. 8, Li-shing 7th Road
Science-based Industrial Park
Hsinchu, Taiwan