## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Proposed Settlement Of Reclamation Demand And 503(b)(9) Motion Of Anixter Inc.** was caused to be made on May 14, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: May 14, 2009

/s/ Andrew R. Remming
Andrew R. Remming (No. 5120)

2895079.1