# ANIXTER INC. SERVICE LIST

**VIA FIRST CLASS U.S. MAIL:**

Jon C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473