**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                    :
                                    :     Chapter 11
In re                               :
                                    :     Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]    :
                                    :     Jointly Administered
              Debtors.              :
                                    :
                                    :
                                    :
                                    :
------------------------------------------------------X
```

## STIPULATION OF SETTLEMENT OF RECLAMATION
## DEMAND OF HEWLETT-PACKARD COMPANY

WHEREAS, on January 14, 2009, Nortel Networks Inc. ("NNI") (the "Debtor") and

certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the

United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the

District of Delaware;

WHEREAS, Hewlett-Packard Company (the "Reclamation Claimant," and together with

the Debtor, the "Parties") sent a reclamation demand dated January 28, 2009 to the Debtor

asserting a reclamation demand in the amount of $592,082.94 (as such demand may have been

supplemented from time to time, the "Reclamation Demand"), which Reclamation Demand also

asserted the right to an administrative claim under 11 U.S.C. 503(b)(9) in the amount of

$378,714.73 (the "503(b)(9) Admin Claim" );

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, the Debtor has reviewed its books and records in an effort to reconcile such Reclamation Demand;

WHEREAS, the Debtor is prepared to settle the Reclamation Claimant's Reclamation Demand and 503(b)(9) Admin Claim with respect to the goods identified on the invoices listed on Exhibit 1 attached hereto (the "Settlement Goods") in connection with the settlement of any and all claims for reclamation or under 11 U.S.C. 503(b)(9) which the Reclamation Claimant may have against the Debtors.

WHEREAS, the Debtor and the Reclamation Claimant wish to settle this Reclamation Demand and Admin Claim in accordance with the terms set forth in this Stipulation;

IT IS HEREBY AGREED AND STIPULATED THAT:

1.      Subject to the approval of this settlement through compliance with the notice and objection procedures set forth in the Reclamation Procedures Order, the Debtor agrees that the Reclamation Demand shall be allowed as follows: the Reclamation Claimant shall have an allowed reclamation claim against the Debtor in the amount of $433,169.53 (the "Settlement Amount") and the Debtor shall pay $433,169.53 to the Reclamation Claimant on or prior to twenty (20) days from the date of the Objection Deadline (as identified in the Notice of Proposed Settlement filed with the Bankruptcy Court), if no objection is filed prior to the Objection Deadline or if any objection is filed, on or before twenty (20) days from the date an Order approving the Settlement and/or resolving the objection is entered.

2.      This settlement fully resolves the Reclamation Claimant's Reclamation Demand, the 503(b)(9) Admin Claim and any other claims for reclamation or under 11 U.S.C. 503(b)(9) the Reclamation Claimant may have against any of the Debtors. The parties agree that the remainder of the Reclamation Demand and the 503(b)(9) Admin Claim are invalid and are

2

deemed disallowed as reclamation or administrative priority claims; provided, however, that this settlement is without prejudice to any general unsecured claims for goods referenced in the Reclamation Demand and not included on the invoices listed on Exhibit 1 hereto, as to which all parties rights to object are reserved.

3.    The Reclamation Claimant agrees that it has no further claims against the Debtor or its affiliates with respect to the Settlement Goods, whether under section 503(b)(9) of the Bankruptcy Code or otherwise, and hereby waives any such claims to the extent they may exist; provided, however, that this settlement is without prejudice to any general unsecured claims for goods referenced in the Reclamation Demand and not included on the invoices listed on Exhibit 1 hereto, as to which all parties rights to object are reserved.

4.    In the event this settlement is not approved pursuant to the Reclamation Procedures Order, the parties reserve all of their rights and defenses with respect to the Reclamation Demand and the 503(b)(9) Admin Claim and this proposed settlement shall not constitute an admission by the Debtor or its affiliates regarding the validity of the Reclamation Demand or 503(b)(9) Admin Claim or that the Debtor or its affiliates have any liability thereunder or any admission by Reclamation Claimant or its affiliates regarding the invalidity of the Reclamation Demand or the 503(b)(9) Admin Claim.

Dated: May 14, 2009

Nortel Networks Inc.

By: Rose Casarave
Title: Director, Global Procurement

Hewlett-Packard Company

By:
Title: N Dunn Manag

3

**EXHIBIT 1**

| Invoice | Date | PO Number | | |
|---|---|---|---|---|
| 45398599 | 12/26/2008 | 4320064688 | $ | 28,540.11 |
| 2500676339 | 12/26/2008 | 4320064831 | $ | 1,507.00 |
| 45402603 | 12/29/2008 | 4320064413 | $ | 86.60 |
| 45406596 | 12/30/2008 | 4320064941 | $ | 70.00 |
| 45406597 | 12/30/2008 | 4320064954 | $ | 75.78 |
| 45406620 | 12/30/2008 | 4320065294 | $ | 2,300.00 |
| 45405193 | 12/30/2008 | 4320065295 | $ | 1,150.00 |
| 45415572 | 1/3/2009 | 4320063815 | $ | 1,213.48 |
| 45415573 | 1/3/2009 | 4320063817 | $ | 1,213.48 |
| 45415670 | 1/3/2009 | 4320065297 | $ | 46,054.93 |
| 45416292 | 1/5/2009 | 4320063686 | $ | 18,399.00 |
| 45415943 | 1/5/2009 | 4320063818 | $ | 1,213.48 |
| 45416293 | 1/5/2009 | 4320063825 | $ | 1,213.48 |
| 45416089 | 1/5/2009 | 4320063826 | $ | 1,213.48 |
| 45416294 | 1/5/2009 | 4320064771 | $ | 1,213.48 |
| 45415946 | 1/5/2009 | 4320064774 | $ | 1,213.48 |
| 45424018 | 1/6/2009 | 4320065584 | $ | 48.71 |
| 45424001 | 1/6/2009 | 4320066148 | $ | 45.00 |
| 45424007 | 1/6/2009 | 4320066154 | $ | 45.00 |
| 2500680008 | 1/6/2009 | 4503451767 | $ | 126,648.37 |
| 45421402 | 1/6/2009 | DGF00079 | $ | 2,248.35 |
| 45421058 | 1/6/2009 | DGF00080 | $ | 2,248.35 |
| 45421059 | 1/6/2009 | DGF00081 | $ | 2,248.35 |
| 45421060 | 1/6/2009 | DGF00082 | $ | 2,248.35 |
| 45421061 | 1/6/2009 | DGF00083 | $ | 2,248.35 |
| 45432004 | 1/7/2009 | 4320060720 | $ | 173.20 |
| 45426186 | 1/7/2009 | 4320063689 | $ | 16,594.00 |
| 45426189 | 1/7/2009 | 4320063690 | $ | 18,777.90 |
| 45426188 | 1/7/2009 | 4320063693 | $ | 17,715.00 |
| 45432855 | 1/8/2009 | 4320066203 | $ | 124.49 |
| 45432874 | 1/8/2009 | 4320066277 | $ | 75.78 |
| 45432867 | 1/8/2009 | 4320066313 | $ | 74.20 |
| 45438602 | 1/9/2009 | 4320066446 | $ | 201.40 |
| 45438599 | 1/9/2009 | 4320066482 | $ | 80.00 |
| 45441692 | 1/9/2009 | 4320066487 | $ | 37.45 |
| 45352706 | 12/15/2008 | 4320063694 | $ | 16,716.00 |
| 45356217 | 12/16/2008 | 4320063690 | $ | 4,218.80 |
| 45356173 | 12/16/2008 | 4320063695 | $ | 23,880.00 |
| 45360266 | 12/16/2008 | 4320064258 | $ | 281.45 |
| 45369357 | 12/18/2008 | 4320063685 | $ | 27,500.00 |
| 45377908 | 12/19/2008 | 4320063691 | $ | 23,815.00 |
| 45382106 | 12/20/2008 | 4320063684 | $ | 27,500.00 |
| 45388090 | 12/23/2008 | 4320064994 | $ | 730.69 |
| 45388089 | 12/23/2008 | 4320065013 | $ | 708.75 |
| 45388087 | 12/23/2008 | 4320065015 | $ | 715.50 |
| 45388084 | 12/23/2008 | 4320065016 | $ | 7,821.06 |
| 45388086 | 12/23/2008 | 4320065017 | $ | 722.25 |
| | | **Total** | **$** | **433,169.53** |