# HEWLETT-PACKARD COMPANY SERVICE LIST

**VIA FIRST CLASS U.S. MAIL:**

Romona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714

Ken Higman
Default Analyst
Hewlett Packard
2125 E. Katella Avenue
Suite 400
Anaheim, CA 92806