IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>            Debtors. | X<br>:<br>:   Chapter 11<br>:<br>:   Case No. 09-10138 (KG)<br>:<br>:   Jointly Administered<br>:<br>:   **RE: D.I. 336**<br>:<br>X |

## DEBTORS' SECOND RECLAMATION NOTICE

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that, pursuant to paragraph 2.c. of the Order Establishing Procedures for Addressing Reclamation Demands Pursuant to Sections 105(a), 362 and 546(c) and Rule 9019 of the Federal Rules of Bankruptcy Procedure [D.I. 336] (the "Reclamation Procedures Order")[2], Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above captioned cases (the "Debtors") hereby submit a Reclamation Notice for the purpose of notifying the reclamation claimants identified on Exhibit A hereto (the "Reclamation Claimants") as to the validity, amount and proposed treatment of their reclamation demands (the "Proposed Claim Treatment").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Reclamation Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2.e. of the Reclamation Procedures Order, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), as counsel to the Committee, and each Reclamation Claimant listed on Exhibit A shall have the right and opportunity to file an objection to the Proposed Claim Treatment to be afforded by the Debtors to the reclamation demands referenced therein. Any such objection shall be served on Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James Bromley and Lisa Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Derek Abbott), as counsel to the Debtors, and Akin Gump, One Bryant Park, New York, NY 10036 (Attn: Fred Hodara), as counsel to the Committee, and must be filed and served on or before June 3, 2009 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2.f. of the Reclamation Procedures Order, if no objections are filed to the Proposed Claim Treatment for any Reclamation Demand listed on Exhibit A on or before the Objection Deadline, such Reclamation Demand shall be deemed a valid Reclamation Demand allowed by the Court in the amount and provided the treatment identified in this Reclamation Notice in full satisfaction of such Reclamation Demand without need for further order of the Court.

| | |
|---|---|
| Dated: May 14, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_/s/_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |