**EXHIBIT A**

**Exhibit A to Second Reclamation Notice**

In the event an objection is filed to the allowance of any Reclamation Demand in the amount and manner identified below, the Debtors reserve all of their rights and defenses with respect to the validity, sufficiency and allowance of such Reclamation Demand, including with respect to any goods that are included as "Validly Reclaimed Goods" in the below chart. The Debtors reserve the right to amend or supplement this Reclamation Notice for any Reclamation Claim that is subject to a pending settlement in the event the settlement does not become effective.

| Reclamation Claimant | Debtor | Date of Receipt of Reclamation Demand | Amount of Validly Reclaimed Goods In Debtor's Possession on Demand Date | Amount of Validly Reclaimed Goods Currently In Debtor's Possession | Proposed Treatment for Validly Reclaimed Goods | Amount of Goods not Subject to Reclamation | Basis for Denial of Reclamation Claim for Goods not Subject to Reclamation (Other Notes) |
|---|---|---|---|---|---|---|---|
| Airspan Networks Inc. | Nortel Networks Inc. ("NNI") | 1/19/2009 | $31,844.25 | N/A | Subject to Settlement | N/A | Settlement Pending |
| Alpha Network USA | NNI | 1/28/2009 | $28,273.41 | N/A | Subject to Settlement | N/A | Settlement Pending |
| Amphenol Corporation & Amphenol Fiber Optics | NNI | 2/2/2009 | $95,872.84 | N/A | Subject to Settlement | N/A | Settlement Pending |
| Andrew, LLC | NNI | 1/29/2009 | $15,412.90 | N/A | Subject to Settlement | N/A | Settlement Pending, D.I. 745 |
| Anixter | NNI | 1/22/2009 | $1,089,915.50 | N/A | Subject to Settlement | N/A | Settlement Pending |
| AudioCodes Ltd. & AudioCodes Inc. | NNI | 2/2/2009 | $761,395.00 | N/A | Subject to Settlement | N/A | Settlement Pending, D.I. 743 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Avanex | NNI | 1/28/2009 | N/A | N/A | N/A | N/A | Previously settled, D.I. 478 |
| Bell Microproducts Canada | NNI | 2/23/2009 | $0 | $0 | N/A | $187,223.73 | Demand issued more than 20 days after the commencement of the case. |
| Bookham Technology Plc. | NNI | 1/27/2009 | N/A | N/A | N/A | N/A | Previously settled, D.I. 402 |
| Dell Marketing, L.P. | NNI | 1/30/2009 | $246.37 | $246.37 | Administrative Claim | $12,141.65 | Goods were shipped to customers or otherwise transformed. Demand includes goods not either ordered by or delivered to Debtors. |
| ExceLight Communications, Inc. | NNI | 2/5/2009 | $0 | $0 | N/A | Entire claim invalid. | Demand issued more than 20 days after the commencement of the case. |
| Eltek Valere | NNI | 1/30/2009 | $0 | $0 | N/A | $16,593.74 | Demand contained insufficient information to proceed. |

2

| Creditor | Debtor | Date | Amount | | | | Status |
|---|---|---|---|---|---|---|---|
| Embarq Logistics, Inc. | NNI | 2/2/2009 | $120,642.83 | N/A | Subject to Settlement | N/A | Settlement Pending, D.I. 741 |
| Emerson Group | NNI | 1/22/2009 | $141,146.48 | N/A | Subject to Settlement | N/A | Settlement Pending |
| GE Fanuc Intelligent Platforms Embedded Systems, Inc. | NNI | 2/3/2009 | $0 | $0 | N/A | $541,121.00 | Goods were shipped to customers or otherwise transformed. Demand includes goods not either ordered by or delivered to Debtors. |
| Graybar Electric Company, Inc. | NNI | 1/19/2009 | $0 | $0 | N/A | Entire claim invalid. | Demand contained insufficient information to proceed. |
| Hewlett-Packard Company | NNI | 2/2/2009 | $433,169.53 | N/A | Subject to Settlement | N/A | Settlement Pending |
| Insight Direct USA, Inc. | NNI | 2/3/2009 | $0 | $0 | N/A | $1,567,355.84 | Demand includes goods not either ordered by or delivered to Debtors. Demand includes invoices for services. |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jabil Circuit, Inc. | NNI | 2/2/2009 | $38,384.44 | N/A | N/A | N/A | Settlement Pending, D.I. 744 |
| JDS Uniphase Corporation | NNI | 1/16/2009 | N/A | N/A | N/A | N/A | Objection to proposed treatment pending, D.I. 473, D.I. 566[3] |
| NeoPhotonics Corporation | NNI | 2/3/2009 | $0 | $0 | N/A | $475,540.00 | Demand contained insufficient information to proceed. |
| Polycom, Inc. | NNI | 1/14/2009 | $0 | $0 | N/A | Entire claim invalid. | Demand contained insufficient information to proceed. |
| Sammina-SCI Corporation | NNI | 1/27/2009 | $164,785.62 | N/A | Subject to Settlement | N/A | Settlement Pending |
| Staples National Advantage | NNI | 2/4/2009 | $0 | $0 | N/A | $43,753.09 | Demand issued more than 20 days after the commencement of the case. |
| Starent Networks, Corp. | NNI | 1/29/2009 | $1,194,250.00 | N/A | Subject to Settlement | N/A | Settlement Pending, D.I. 742 |

4

---
[3] For details regarding claim, see Debtors' Reclamation Notice for JDS Uniphase Corp., D.I. 473.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sun Microsystems, Inc. | NNI | 1/15/2009 | $0 | $0 | N/A | Entire claim invalid. | Demand contained insufficient information to proceed. |
| Tellabs North America | NNI | 2/2/2009 | N/A | N/A | N/A | N/A | Previously settled, D.I. 644 |
| Tyco Electronics Corporation | NNI | 1/16/2009 | N/A | N/A | N/A | N/A | Previously settled, D.I. 581 |
| Volex, Inc. | NNI | 1/27/2009 | N/A | N/A | N/A | N/A | Previously settled, D.I. 600 |
| ZyXEL Communications Inc. | NNI | 1/20/2009 | $78,923.75 | N/A | Subject to Settlement | N/A | Settlement Pending, D.I. 745 |