## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Second Reclamation Notice** was caused to be made on May 14, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: May 14, 2009

_____
Andrew R. Remming (No. 5120)

2895116.1