# RECLAMATION CLAIMANTS SERVICE LIST

**VIA HAND DELIVERY**

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King St
Ste 300
Wilmington, DE  19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th St
Ste 400
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE  19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Alpha Networks Inc.
Attn: General Counsel
No. 8, Li-shing 7th Road
Science-based Industrial Park
Hsinchu
TAIWAN

Julie D'Aigle, FCI
Bell Microproducts Canada
Credit Representative
4118, 14th Ave,
Unit F
Markham, ON, L3R0J3
CANADA

Keith Border, Director &
Head of Financial Operations
Bookham Technology PLC
Westfield Business Park
Long Road, Paignton, Devon
TQ4 7AU
UNITED KINGDOM

Bill Leathem
JDS Uniphase Corp.
c/o JDS Uniphase Inc.
61 Bioll Leathem Drive
Ottawa
Ontario, K2J 0P7
CANADA

David Brant
Chief Financial Officer
Airspan Networks, Inc.
777 Yamato Road Suite 310
Boca Raton, FL  33431

Michael E. Foreman, Esq.
Dorsey & Whitney, LLP
250 Park Avenue
New York, New York  10177

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA  90067

Hubert H. Kuo Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA  92660

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Crysler Building
405 Lexington Avenue
New York, NY  10174

Edward C. Wetmore
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC  28246

Jean Gay
Andrew Corporation
2700 Ellis Road,
Joliet, IL  60433

Jon C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473

Michael T. Turner
Anixter, Inc.
2301 Patriot Blvd.
Glenview, IL  60026

Moshe Gellar, VP Finance
AudioCodes, Inc.
27 World's Fair Drive
Somerset, NJ  08873

Marc Haut
Fulbright & Jaworski, LLP
666 Fifth Ave, 31st Floor
New York, NY  10103-3198

Brian Y. Lee
Winston & Strawn LLP
101 California Street
San Francisco,  CA 94111-5802

Avanex Corporation
Attn: General Counsel
40919 Encyclopedia Cir
Fremont, CA  94538-2436

Robert S. McWhorter Esq.
Nossaman LLP
915 L Street, Ste 1000
Sacramento, CA  95814

Lisa Jack
Wilmer Cutler Pickering
   Hale and Dorr, LLP
60 State Street
Boston, MA  12109

Sabrina L. Streusand
Streusand Landon Attorneys
816 Congress Ave, Ste 1600
Austin, TX  78701

Dell Marketing, LP
Attn: General Counsel
Private Subsidiary
Headquarters Location
1 Dell Way, RR 8
Round Rock, TX  78682-0001

Caroline R. Penninck
Hunton & Williams LLP
Fountain Place
1445 Ross Avenue
Suite 3700
Dallas, Texas  75202-2799

ExceLight Communications, Inc.
Attn: General Counsel
4021 Stirrup Creek Drive
Suite 200
Durham, NC  27703

Christopher J. Horvay
Gould & Ratner
222 North LaSalle Street
Suite 800
Chicago, IL  60601

Eltek Valere U.S. Inc.
Attn: General Counsel
1303 E. Arapaho Road
Richardson, TX  75081

Brad Clark
Vice President, Sales & Marketing
Embarq Logistics, Inc.
600 New Century Parkway
New Century. KS  66031-8000

Richard C. Salmen, Attorney
220 South 6th Street
Suite 2200
Minneapolis, MN  55402-4504

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Emerson Group
Attn: General Counsel
407 East Lancaster Ave.
Wayne, PA  19087

James E. Van Horn
McGuireWoods
625 Liberty Avenue
23rd Floor
Pittsburgh, PA  15222-3142

Nathan B. Smith
Assoc. GC & Lead Counsel-Embedded
GE Fanuc Intelligent Platforms
2500 Austin Drive
Charlottesville, VA  22911

Attn: Office of the Chief
   Legal Officer
Graybar Electric Company, Inc.
PO Box 840458
Dallas, TX  75284-0458

Ben L. Aderholt
Looper Reed & McGraw
1300 Post Oak Boulevard
Suite 2000
Houston, TX  77056

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714

Ken Higman
Default Analyst
Hewlett Packard
2125 E Katella Avenue
Suite 400
Anaheim, CA  92806

Attn: General Counsel
6820 South Harl Avenue
Tempe, Arizona  85283

Rod Anderson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Forbes Alexander
Chief Financial Officer
Jabil Circuit, Inc.
10560 Dr. Martin Luther
   King Jr. Street N.
St. Petersburg, FL  33716

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter
   & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY  10112

NeoPhotonics Corporation
Attn: General Counsel
2911 Zanker Road
San Jose, CA  95134

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

Polycom Inc.
Attn: General Counsel
4750 Willow Road
Pleasanton, CA  94588-2708

Edward T. Attanasio Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Fl
Los Angeles, CA  90067-6049

Michael R. Tyler, Esq.
Executive Vice President
   General Counsel & Corporate
Sanmina-SCI
2700 North Fiese Street
San Jose, CA  95134

Perry B. Stradford
Credit Analyst
Staples National Advantage
Staples National Advantage
300 Arbor Lake Drive
Columbia, SC  29223

Jonathan M. Moulton
Vice President & General Counsel
Starent Networks Corp.
30 International Place
Tewskbury, MA  01876

Dennis L. Jenkins
Wilmer Cutler Pickering
   Hale and Dorr, LLP
60 State Street
Boston, MA  12109

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

Sun Microsystems, Inc.
Attn: General Counsel
Sun Microsystems, Inc.
4150 Network Circle
Santa Clara, CA  95054

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

Tellabs North America
Attn: General Counsel
One Tellabs Center
1415 West Diehl Road
Naperville, IL  60563

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics
412 Mt. Kemble Avenue
Suite 100S
Morristown, NJ  07960

Jamie Stuart, President
Volex, Inc.
915 Tate Blvd. S.E.
Suite 130
Hickory, N.C.  28602

Lisa Jack
Wilmer Cutler Pickering
   Hale and Dorr, LLP
60 State Street
Boston, MA  12109

ZyXEL Communications, Inc.
Attn: Office of the Chief
   Legal Officer
1130 N. Miller Street
Anaheim, CA  92806-2001

S.J. Christine Yang, Esq.
Law Office of S.J. Christine Yang
17220 Newhope Street
Suite 101 & 102
Fountain Valley, CA  92708

2895051.1