**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF NINTH REPORT OF THE MONITOR OF THE
CANADIAN NORTEL COMPANIES IN THE CANADIAN PROCEEDINGS**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

      **PLEASE TAKE NOTICE** that on May 15, 2009, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Ninth Report of the Monitor (the "**Ninth Report**"), dated May 13, 2009.  A copy of the Ninth Report is annexed hereto as Exhibit A.

      **PLEASE TAKE FURTHER NOTICE** that a copy of the Ninth Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
      May 15, 2009

                    ALLEN & OVERY LLP

                    Ken Coleman
                    Lisa Kraidin
                    1221 Avenue of the Americas
                    New York, New York  10020
                    Telephone (212) 610-6300
                    Facsimile (212) 610-6399
                    ken.coleman@allenovery.com
                    lisa.kraidin@allenovery.com

                    -and-

                    BUCHANAN INGERSOLL & ROONEY

                    By: /s/ Mary F. Caloway
                    Mary F. Caloway (No. 3059)
                    Peter J. Duhig (No. 4124)
                    The Brandywine Building
                    1000 West Street, Suite 1410
                    Wilmington, Delaware 19801
                    Telephone (302) 552-4200
                    Facsimile (302) 552-4295
                    mary.caloway@bipc.com

                    Attorneys for Ernst & Young Inc., as Monitor
                    and Foreign Representative of the Canadian Nortel
                    Group

**<u>EXHIBIT A</u>**