IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF THE APPROVAL AND VESTING
ORDER AND ENDORSEMENT OF THE ONTARIO
COURT IN THE CANADIAN PROCEEDINGS**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

**PLEASE TAKE NOTICE** that on May 15, 2009, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**Canadian Proceedings**"), pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Approval and Vesting Order in respect of the sale of the Westwinds complex and related Endorsement of the Ontario Court dated May 15, 2009. Copies of the Approval and Vesting Order and Endorsement are annexed hereto as Exhibits A and B, respectively.

**PLEASE TAKE FURTHER NOTICE** that copies of the Approval and Vesting Order are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
       May 15, 2009

        ALLEN & OVERY LLP

        Ken Coleman
        Lisa Kraidin
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone (212) 610-6300
        Facsimile (212) 610-6399
        ken.coleman@allenovery.com
        lisa.kraidin@allenovery.com

            -and-

        BUCHANAN INGERSOLL & ROONEY

        By: /s/ Mary F. Caloway
        Mary F. Caloway (No. 3059)
        Peter J. Duhig (No. 4124)
        The Brandywine Building
        1000 West Street, Suite 1410
        Wilmington, Delaware 19801
        Telephone (302) 552-4200
        Facsimile (302) 552-4295
        mary.caloway@bipc.com

        Attorneys for Ernst & Young Inc., as Monitor
        and Foreign Representative of the Canadian Nortel
        Group