## CERTIFICATE OF SERVICE

I, Andrew R. Remming, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On May 20, 2009 At 10:00 a.m. (Eastern Time)** was caused to be made on May 18, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: May 18, 2009

_____
Andrew R. Remming (No. 4817)

2800793.3