## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
*In re*                                               :        Chapter 11
:
Nortel Networks Inc., *et al.,* [1]                   :        Case No. 09-10138 (KG)
:
         Debtors.            :        Jointly Administered
:
-------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 20, 2009 AT 10:00 A.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.      Motion Of Andrew, LLC For Allowance And Payment Of Administrative Expense Claim
        Pursuant To 11 U.S.C. Section 503(b)(9) (D.I. 283, Filed 2/13/09).

        Related Pleadings:  None.

        Objection Deadline:  February 26, 2009 at 4:00 p.m. (ET).  Extended to April 6, 2009 at
        4:00 p.m. (ET).  Extended to June 9, 2009 at 5:00 p.m. (ET) for the Debtors.

        Responses Received:  None at this time.

        Status:  This matter has been adjourned to the hearing scheduled for June 11, 2009 at
        2:00 p.m. (ET).

2.      Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel
        (D.I. 499, Filed 3/20/09).

        Related Pleadings:  None.

        Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET).  Extended to June 4, 2009 at 4:00
        p.m. for the Debtors.

        Responses Received:  None at this time.

        Status:  This matter has been adjourned to the hearing scheduled for June 11, 2009 at
        2:00 p.m. (ET).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
        Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. f/k/a Alteon
        WebSystems, Inc. (9769), Nortel Altsystems International, Inc. f/k/a Alteon WebSystems International, Inc. (5596),
        Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks
        Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks
        HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern
        Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be
        found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th
        Floor, Courtroom #3, Wilmington, Delaware 19801.

3.    Motion For Payment Of Administrative Expenses/Claims Filed by Anixter, Inc. (D.I. 508, Filed 3/20/09).

   Related Pleadings:  None.

   Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET).  Extended to June 9, 2009 at 5:00 p.m. for the Debtors.

   Responses Received:  None at this time.

   Status:  This matter has been adjourned to the hearing scheduled for June 11, 2009 at 2:00 p.m. (ET).


UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

4.    Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 105(a) Amending The Debtors' Case Caption (D.I. 683, Filed 4/30/09).

   Related Pleadings:

   a)    Certificate Of No Objection [Re: D.I. 683] (D.I. 759, Filed 5/15/09)

   Objection Deadline:  May 13, 2009 at 4:00 p.m. (ET).

   Responses Received:  None at this time.

   Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

5.    Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 681, Filed 4/30/09).

   Related Pleadings:  None.

   Objection Deadline:  May 13, 2009 at 4:00 p.m. (ET).  Extended to May 18, 2009 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

   Responses Received:  None at this time.

   Status:  This matter is going forward

6.    Debtors' Motion For Entry Of An Order Authorizing Certain Debtors To File Under Seal Certain Portions Of Their Schedules And Related Certificates Of Service (D.I. 692, Filed 5/4/09).

   Related Pleadings:  None.

   Objection Deadline:  May 13, 2009 at 4:00 p.m. (ET).  Extended to May 15, 2009 at 5:00 p.m. (ET) for the U.S. Trustee.

Responses Received:

a)      Informal comments from a Nortel customer; and

b)      Informal comments from the U.S. Trustee.

Status:  This matter is going forward and the Debtors will hand up a revised form of order at the hearing which resolves the comments received from the Nortel customer and the U.S. Trustee.

CONTESTED MATTER GOING FORWARD:

None at this time.


Dated:  May 18, 2009
        Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    James L. Bromley
                                    Lisa M. Schweitzer
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone:  (212) 225-2000
                                    Facsimile:  (212) 225-3999

                                            - and -

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    _____
                                    Derek C. Abbott (No. 3376)
                                    Eric D. Schwartz (No. 3134)
                                    Ann C. Cordo (No. 4817)
                                    Andrew R. Remming (No. 5120)
                                    1201 North Market Street, 18th Floor
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    Telephone:  (302) 658-9200
                                    Facsimile:  (302) 425-4663

                                    Counsel for the Debtors and
                                    Debtors in Possession

2887951.1