**EXHIBIT C**

# N✺RTEL

*PURCHASE AND LICENSE AGREEMENT*



EXHIBIT A

This Purchase and License Agreement ("Purchase and License Agreement") is between Nortel Networks Inc. ("Nortel") and Crossroads Wireless Holding, LLC ("Customer") effective as of the last date signed. Additional terms related to Customer's purchase or license of Products or Services may be added by written agreements ("Supplements") referencing the Purchase and License Agreement, collectively referred to as the "Agreement."

**1. Definitions.**
a) "Documentation" means documentation provided by Nortel solely in support of Products.
b) "Furnish-only" means Products which Customer is responsible for installing.
c) "Hardware" means a Nortel machine or components.
d) "Products" means any Hardware, Software or Third Party Vendor Items provided under this Agreement.
e) "Services" mean the activities to be undertaken by Nortel pursuant to an Order, including, but not limited to, engineering, maintenance and installation, implementation, design, consulting, business planning, network planning and analysis.
f) "Software" means computer programs in object code form or firmware which is owned or licensed by Nortel, its parent or one of its subsidiaries or affiliates, and is copyrightable and licensed, not sold. Software consists of machine-readable instructions, its components, data, audio-visual content (such as images, text, recordings or pictures) and related licensed materials including all whole or partial copies.
g) "Statement of Work" is a document prepared by Nortel, describing the deliverables, estimated timelines, assumptions, responsibilities and other relevant terms specific to a project and an Order. A Statement of Work, if applicable, shall be governed by the terms and conditions of, and constitute a part of, this Agreement.
h) "Third Party Vendor Item" includes "Third Party Hardware" and "Third Party Software" and means any non-Nortel hardware and/or software supplied to Customer under this Agreement.

**2. Orders.**
Customer may acquire Products or Services by issuing a written purchase order signed by an authorized representative or, if Customer is enrolled in any then current Nortel electronic commerce program, by submitting electronic orders (collectively, "Orders"). All Orders shall reference this Agreement or Agreement number, if applicable, and specify the quantity, price, Nortel quotation or proposal number, billing instructions, installation location, requested delivery dates, identification of any Services ordered, requested commencement date for Services, and Statement of Work, as applicable. All Orders will be governed by and cannot alter the terms and conditions of this Agreement. Nortel's written or electronic communication accepting the Order, shipment of Products or commencement of Services will be Nortel's acceptance of Customer's Order. Nortel reserves the right to reject an Order and to charge a restocking fee for authorized Order cancellations. Customer agrees that all electronic Orders issued are equivalent to a written Order, are governed by the terms and conditions of this Agreement and that in the event of any conflict between this Agreement and the information contained in Customer's or Nortel's electronic commerce website, this Agreement governs.

**3. Changes to Orders.**
The parties may, by mutual agreement, make changes to an Order ("Change"). The party asking for a Change shall describe in writing the details of the requested Change ("Change Order Request"). Nortel shall provide in writing to Customer a summary of any and all adjustments to the charges and other changes resulting from the Change Order Request. In no event shall any Change be effective or acted upon in any way until such time as i) an authorized representative of each party has agreed to the terms of the Change Order Request in writing and ii) Nortel has received an Order from Customer for any additional charges resulting from the Change Order Request.

**4. Licensed Use of Software.**
Nortel grants Customer a personal, nonexclusive, nontransferable, nonsublicenseable license to internally: a) install and execute the copy of the Software solely i) to the extent of the authorized activation or authorized usage level and solely for the purpose specified in the Documentation, ii) in the country where the Software was delivered, and iii) with specifically designated Hardware and/or with Nortel authorized customer furnished equipment ("CPE") (collectively, the "Licensed Use"); b) use the associated Documentation solely in support of such Licensed Use; and c) make a single copy of the Software and associated Documentation solely for backup purposes. Customer agrees to maintain an accurate record of the whereabouts of the Software and any backup copy. Nortel and/or its suppliers (as applicable) retain all right, title and interest in and to the Software and Documentation, including any derivatives thereto and copies thereof.

**5. License Restrictions.**
Except as expressly authorized in accordance with the Licensed Use, Customer shall not a) use, copy, adapt, translate, publish, display, sublicense, rent, lease, lend, transfer or distribute the Software, Documentation, or any copy thereof; b) improve, enhance, revise, modify or make any other derivatives of the Software, Documentation or any copy or part thereof; and/or c) merge, link, compile or combine the Software or any part thereof, or any copy thereof, with any other software or other item(s). Customer shall not reverse assemble, reverse compile, reverse engineer or otherwise translate or decode the Software or any part thereof, or any copy thereof and shall not upload onto the Internet, permit downloading from the Internet or making the Software accessible to third parties via the Internet. Customer shall not destroy, remove or otherwise alter any copyright notice(s) on the Software and Documentation, or any copy thereof, and agrees to reproduce any such notice(s) on any copy thereof it makes pursuant to this License. Nortel suppliers of Software and Documentation (or any part thereof) are beneficiaries of this provision. Customer acknowledges that the Software and Documentation are and/or contain trade secrets and agrees to treat the same as Confidential Information as set forth in Section 12 hereof. Nortel may audit by remote polling or other reasonable means to determine Software activation or usage levels. In the event Nortel accesses "CPNI", as defined below, in the course of performing such an audit, Nortel agrees to treat such CPNI as "Information" in accordance with the confidentiality provisions of

# NORTEL

## PURCHASE AND LICENSE AGREEMENT



this Agreement. For the purposes of this Agreement, "CPNI" shall mean confidential information concerning an end user customer of Customer, including, but not limited to, information that relates to the quantity, technical configuration, type, destination and amount of use of Customer's services by such end user customer. Use beyond the authorized usage or authorized activation level may require payment of an additional fee. Customer also agrees to abide by any additional or different terms and conditions and restrictions provided by Nortel with respect to any Third Party Software provided in or with the Software.

6. **Charges and Payment.**

a) Nortel shall invoice Customer one hundred percent (100%) of the price of the Products upon delivery of the Products and one hundred percent (100%) of the Services upon completion unless the Service continues beyond thirty days, in which case Nortel shall invoice Customer at the end of each month for Services performed in that month. Certain reoccurring Services (for example, Maintenance Services) may be invoiced in advance of the performance of such Services. For Services that include travel and living expenses as a separate cost from the Services, Customer will reimburse Nortel for all reasonable out-of-pocket expenses incurred by Nortel in performing the Services (including, without limitation, all reasonable travel, meal, lodging and mileage expenses); provided that, such expenses are accrued in accordance with Nortel's then-current travel and living guidelines. Amounts are due upon receipt of invoice and shall be paid by Customer within 30 days of invoice date. Nortel reserves the right to establish credit limits for Customer and may require full or partial payment prior to shipment of Product or commencement of Services provided hereunder.

b) Invoicing disputes must be identified in writing within 21 days of invoice receipt. Payments of any disputed amount are due and payable upon resolution. All other amounts remain due within 30 days. In the event of non-payment, Nortel may suspend performance, product shipments or otherwise terminate an Order or this Agreement. Customer shall pay interest on any late payments at the maximum rate allowed by law.

c) Nortel shall ship the Products and additional charges shall apply for shipping, insurance and special handling, unless with respect to shipping only, shipping is included in the price of the Products as set forth in a respective valid Nortel quote. Wireless switch and switch-related Products shall be shipped to the installation site(s). Other wireless Products will be shipped to Customer's designated initial delivery location. Customer shall be responsible for the coordination of delivery arrangements required to comply with project schedule dates and for freight, insurance, handling and any other applicable charges from Customer's initial delivery location to the installation sites.

d) Charges for Software may be based on extent of use authorized as specified in a Supplement or valid Nortel quote and corresponding Order. Customer agrees to pay the charges applicable for any activation or usage beyond the authorized level.

e) If any authority imposes a tax, duty, levy or fee, excluding those based on Nortel's net income, upon a Product or Service supplied by Nortel under this Agreement, Customer agrees to pay that amount, or supply exemption documentation at the time the Order is submitted. Customer is responsible for personal property taxes for each Product from the date of shipment by Nortel.

f) Customer consents without qualification to the sale of receivables, in whole or in part, including all or any part of any associated rights, remedies, and obligations, by Nortel without further notice and authorizes the disclosure of this Purchase and License Agreement and Supplements as necessary to facilitate such sale.

7. **Warranty.**

a) Nortel warrants that Hardware i) is free from defects in materials and workmanship and ii) substantially conforms to Nortel's published specifications. If Hardware does not function as warranted during the warranty period, Nortel will use commercially reasonable efforts to follow its then-current response time frames to either i) make it do so, or ii) replace it with equivalent Hardware.

b) Nortel warrants that when Software is used in the specified operating environment it will substantially conform to its published specifications. If Software does not function as warranted during the warranty period, Nortel will provide a suitable fix or workaround or will replace the Software; provided Software is within one software release level of the then-current software.

c) Services will be performed in a professional and workmanlike manner. If Services are not performed as warranted and Nortel is notified in writing by Customer within 30 days, Nortel will re-perform the non-conforming Services.

d) The warranty period for Hardware and Software shall be the warranty period identified in the Nortel Warranty Matrix in effect at the time of Customer's Order. In the event Nortel determines that repair or replacement as set forth in this Section 7 cannot be made using commercially reasonable efforts, Nortel will give Customer a credit equal to Customer's net book value for the Product, provided Customer has followed generally-accepted accounting principles.

e) No warranty is provided for i) supply items normally consumed during Product operation; ii) failures caused by non-Nortel products; iii) failures caused by a Product's inability to operate in conjunction with other Customer hardware or software; iv) interference or disruption of service caused by operation of other radio systems, lightning, motor ignition or other similar interferences; v) performance failures resulting from services, including installation, not performed by Nortel or Customer's use of unauthorized parts or components; or vi) failure resulting from use other than expressly provided herein. Warranty will be voided by misuse, accident, damage, alteration or modification (including tampering with the serial number), failure to maintain proper physical or operating environment, use of unauthorized parts or components or improper Customer installation or maintenance. Software is not warranted to operate uninterrupted or error free.

f) Nortel provides Third Party Vendor Items on an "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, unless Nortel specifies otherwise. However, such Third Party Vendor Items may carry their own warranties and Nortel shall pass through to Customer any such warranties to the extent authorized. THESE WARRANTIES AND LIMITATIONS ARE CUSTOMER'S EXCLUSIVE WARRANTIES AND SOLE REMEDIES AND REPLACE ALL OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

# NORTEL
*PURCHASE AND LICENSE AGREEMENT*



**8. Warranty Service.**
During the warranty period, Nortel provides certain types of warranty services without charge for specified Products to correct Product defects or to bring them up to conformance with Nortel published specifications. Nortel will inform Customer of the types of warranty services available to Customer which are consistent with Nortel standard practices and response times. Customer will obtain Nortel's concurrence prior to returning any Product for repair or replacement and must reference a return material authorization number issued by Nortel on documentation accompanying such returned Product. Customer agrees to ship Product prepaid and suitably packaged to a location Nortel designates. Nortel will return the Hardware to Customer at Nortel's expense. Nortel is responsible for loss of, or damage to, Customer Hardware while it is a) in Nortel's possession or b) in transit back to Customer. Any returned Hardware becomes Nortel's property and, subject to Nortel's receipt of the exchanged Hardware, its replacement becomes the Customer's property. Replacement Hardware may not be new but will be in working order and equivalent to the item exchanged. The warranty period for the Hardware shall be the greater of ninety (90) days from the date of repair or replacement or the remaining Hardware warranty period. Customer agrees to ensure that exchanged Hardware is free of any legal obligations or restrictions that prevent its exchange and represents that all returned items are genuine and unaltered. Where applicable, before Nortel provides warranty services, Customer agrees to a) follow the problem determination, problem analysis, and warranty services request procedures that Nortel provides; b) secure all programs and data contained in Hardware; and c) inform Nortel of changes in the Hardware's location. Services to supplement the warranty and post-warranty Services, including advance shipment of replacement parts may be available at Nortel's then-current prices and policies.

**9. Title and Risk of Loss.**
Title and risk of loss for ordered hardware shall pass from Nortel to Customer upon delivery to the carrier. Until receipt of the applicable amounts due from Customer hereunder, Customer grants to Nortel a continuing purchase money security interest in the Products sold and/or licensed under this Agreement and agrees to support Nortel in the perfection of such interest. Customer authorizes Nortel to file financing or continuation statements, including amendments thereto, relating to the Products without the signature of Customer where permitted by law.

**10. Implementation and Installation Services.**
Customer agrees to provide sufficient, free and safe access to Customer's facilities, data information and personnel and a suitable physical environment meeting Nortel's specified requirements to permit the timely delivery and installation of Products and/or performance of Services, including the recovery of Nortel tools. Nortel will perform its responsibilities in accordance with the standard Nortel Statement of Work where applicable. Nortel may subcontract any portion or all of the Services to subcontractors selected by Nortel provided that Nortel will remain fully responsible for the performance of such Services and its obligations hereunder. Nortel will successfully complete its standard installation and commissioning procedures before it considers Products installed. Nortel may make alterations to any Product and Service as necessary to comply with specifications, changed safety standards or governmental regulations, to make a Product non-infringing with respect to any patent, copyright or other proprietary interest, or to otherwise improve a Product or Service; provided that, if any such alteration results in a Product no longer performing materially in accordance with the Specifications, Customer may, during the respective warranty period, return such Product to Nortel for a refund. Customer is responsible for i) the results obtained from the use of Products and Services; ii) integration and interconnection with and configuration of Customer's hardware and/or third party hardware and/or systems; and iii) installation of Furnish-only Products. Customer shall be responsible for the accuracy and completeness of all data and any other information, including but not limited to microwave path studies, RF propagation studies and tower location and loading requirements that it provides or causes to be provided to Nortel. Nortel shall have no liability for failures resulting from or attributable to Customer-provided designs, specifications or product configuration requirements. Services may include the advice and recommendations of Nortel, but all decisions in connection with the implementation of such advice and recommendations shall be the sole responsibility of, and shall be made by, Customer. In the event that there are any delays by Customer in fulfilling its responsibilities as stated above, or there are errors or inaccuracies in the information provided, Nortel shall be entitled to appropriate schedule and pricing adjustments including storage fees.

**11. Maintenance Services.**
a) Nortel provides certain Services either at Customer's location or at a service center to keep Products in, or restore them to, conformance with published specifications ("Maintenance Services"). Maintenance Services are available in accordance with Nortel's then-current descriptions and at Nortel then-current prices.
b) To be eligible for Maintenance Services, the Products must be in good operating condition and at revision levels supported by Nortel, acquired from Nortel or an authorized Nortel distributor or certified as eligible for maintenance.
c) Relocation of Products under Maintenance Services may result in adjustments to the price and response times. Continued Maintenance Services for such Products are subject to reasonable availability from Nortel or an authorized maintenance service provider.
d) Where applicable, before Nortel provides Maintenance Services, Customer agrees to i) follow the problem determination, problem analysis, and Maintenance Services request procedures that Nortel provides; ii) secure all programs and data contained in hardware; and iii) inform Nortel of changes in the hardware's location.

**12. Confidential Information.**
a) Confidential information ("Information") means i) Software and Third Party Software, ii) Documentation, and iii) all business, technical, marketing and financial information and data that is clearly marked with a restrictive legend of the disclosing party ("Discloser").
b) Except as permitted herein, the party receiving Information ("Recipient") will not disclose, disseminate, or publish, and will protect against the disclosure, dissemination, publication or unauthorized use of, Information using the same care and

# NORTEL

*PURCHASE AND LICENSE AGREEMENT*



discretion as it uses with its own similar information, but not less than reasonable care. Recipient may disclose Information only to i) those of its employees, employees of its parent, subsidiary or affiliated companies, and subcontractors who have a need to know for the purposes of carrying out this Agreement including RFP documents; and ii) any other party with the Discloser's prior written consent. Before disclosure to any of the above parties, Recipient will have a written agreement with such party sufficient to require that party to treat Information in accordance with this Agreement.

c) Recipient may disclose Information to the extent required by law or court order. However, Recipient must give Discloser prompt notice and make a reasonable effort to prevent such disclosure and/or to obtain a protective order.

d) No obligation of confidentiality applies to any Information that Recipient i) already rightfully possesses without obligation of confidentiality; ii) develops independently without access to the Information; or iii) rightfully receives without obligations of confidentiality from a third party. No obligation of confidentiality applies to any Information that is, or becomes, publicly available without breach of any obligation of confidentiality.

e) The release of any advertising or other publicity relating to this Agreement requires the prior approval of both parties. Each party agrees to cooperate in marketing and advertising activities of the other party as requested.

### 13. Patents and Copyrights.

If a third party asserts a claim against Customer that the Hardware or Software infringes that party's patent or copyright, Nortel will defend Customer against that claim at Nortel's expense and pay all costs and damages that a court finally awards or are agreed to in settlement of that claim by Nortel, provided that: Customer a) promptly notifies Nortel in writing of the claim and b) allows Nortel to control the defense and any related settlement negotiations and cooperates with Nortel in conjunction therewith. If such a claim is made or appears likely to be made, Nortel may, but agrees in the case in which judgment of infringement has been determined, at its option, to i) modify the Hardware or Software so that it is not infringing the claimed patent and/or copyright, so long as it is still materially conforms to the Specifications, ii) replace the Hardware or Software with functionally equivalent Hardware or Software which is not infringing the claimed patent and/or copyright, or iii) secure the right for Customer to continue to use the Hardware or Software without infringing the claimed patent and/or copyright. If Nortel determines that none of these options is reasonably available or feasible, the Customer agrees to return the Hardware or Software to Nortel upon written request by Nortel and Nortel will then give Customer a credit equal to Customer's net book value for the Hardware or Software, provided Customer has followed generally-accepted accounting principles. Any such claims against Customer or liability for infringement arising from the Hardware or Software or use thereof following a request for return of the Hardware or Software by Nortel are the sole responsibility of Customer. This represents Customer's sole and exclusive remedy regarding any claim of infringement associated with the Hardware or Software and/or any use thereof. Notwithstanding any of the foregoing, Nortel shall have no liability or obligation, including, without limitation, to defend or indemnify Customer, with respect to any claim based on or arising from any of the following: a) anything Customer or any third party provides that is incorporated into or used with the Hardware or Software or that the Hardware or Software is incorporated into (except as expressly provided for herein); b) third party hardware or software; c) compliance by Nortel or its authorized resellers with Customer specifications, designs or instructions or any modification, change or improvement made at the request of Customer or for the benefit of Customer; d) the amount of revenues or profits earned or other value obtained by the use of Hardware or Software, or the amount of use of the Hardware or Software; e) Customer's modification of the Hardware or Software; f) the combination, operation, or use of the Hardware or Software with other software, products or items; g) Customer's failure to install or have installed changes, revisions or updates as instructed by Nortel; or h) improper use of the Hardware or Software or use outside the scope of the Licensed Use.

### 14. Intellectual Property Rights.

Nortel, on behalf of itself and its subcontractors, reserves all proprietary rights in and to i) all methodologies, designs, engineering details, and other data pertaining to the Services and the materials delivered, ii) all original works, computer programs, updates developed in the course of providing the Service (except programs developed by Customer,), iii) discoveries, inventions, patents, know-how and techniques arising out of the Services; and iv) any and all products (including software and equipment) developed as a result of the Services. The performance by Nortel of Services shall not be deemed work for hire.

### 15. Limitation of Liability.

In no event shall Nortel or its agents or suppliers be liable to Customer for more than the amount of any actual direct damages up to the greater of U.S. $100,000 (or equivalent in local currency) or the charges for the Product or Services that are the subject of the claim, regardless of the cause and whether arising in contract, tort (including negligence) or otherwise. This limitation will not apply to claims for damages for bodily injury (including death) and damage to real property and tangible personal property for which Nortel is legally liable. IN NO EVENT SHALL NORTEL OR ITS AGENTS OR SUPPLIERS BE LIABLE FOR ANY OF THE FOLLOWING: a) DAMAGES BASED ON ANY THIRD PARTY CLAIM EXCEPT AS EXPRESSLY PROVIDED HEREIN AND IN SECTION 13; b) LOSS OF, OR DAMAGE TO, CUSTOMER'S RECORDS, FILES OR DATA; OR c) INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (INCLUDING LOST PROFITS OR SAVINGS), EVEN IF NORTEL IS INFORMED OF THEIR POSSIBILITY.

### 16. General.

a) Customer agrees not to assign, or otherwise transfer this Agreement or Customer's rights under it, or delegate Customer's obligations, without Nortel's prior written consent, and any attempt to do so is void. Customer represents and warrants that it is buying Products and/or Services for its own internal use and not for resale. Customer agrees not to export, either directly or indirectly, the Product or Documentation or any copy thereof in whole or in part, nor any hardware or system incorporating the Software in whole or in part without having first obtained clearance or a license to re-export from the USA, European Union and/or Canadian Governments as required under their respective re-export regulations. Except for non-payment, neither Customer nor Nortel will bring a legal action under this Agreement more than two years after the cause of action

# N✪RTEL
## PURCHASE AND LICENSE AGREEMENT



arose. Neither party is responsible for failure to fulfill any obligations due to causes beyond its control. In the event that any provision of this Agreement or portions thereof is held to be invalid or unenforceable, the remainder of this Agreement will remain in full force and effect. Both Customer's and Nortel's obligations under this Agreement and any Order(s) which by their nature would continue beyond the termination, cancellation, or expiration of this Agreement or such Order(s), shall survive such termination, cancellation, or expiration.

b) The terms and conditions of this Agreement, including any Supplement(s), form the complete and exclusive agreement between Customer and Nortel and replace any prior oral or written proposals, Statements of Work, correspondence or communications regarding the subject matter herein. In the event of a conflict between this Purchase and License Agreement and a Supplement, the terms in any Supplement(s) prevail. In the event of a conflict between this Agreement and a Statement of Work, the terms of the Agreement prevail. Any changes to this Agreement must be made by mutual agreement in writing. All Customer's rights and all of Nortel's obligations are valid only in the country in which the Products and Services were supplied; the laws of the State of New York govern this Agreement, exclusive of its conflict of laws provisions; and nothing in this Agreement affects any statutory rights of consumers that cannot be waived or limited by contract.

**CROSSROADS WIRELESS HOLDINGS, LLC**

By:_____

Name:_____

Title:_____

Address: 5 North McCormick, Oklahoma City, OK 73127_____

_____

State of Incorporation:_____

Tax I.D. Number:_____

Date:_____

**NORTEL NETWORKS INC.**

By:_____

Name:_____

Title:_____

Address: 2221 Lakeside Blvd., Richardson, TX 75082-4399_____

_____

Date:_____

Contract No._____

# NORTEL

*WARRANTY MATRIX*



Products may be purchased only in countries where Nortel makes these products available for purchase and use.

The following Hardware and Software items shall have the corresponding warranty periods unless stated otherwise in the applicable Documentation or unless with respect to the "start date" of the warranty period only, a respective valid Nortel quote provides for the start date to commence at Turnover instead of ship date. For the purposes of this Warranty Matrix only, "Turnover" shall mean the date Nortel completed its standard installation Services in accordance with Nortel's technical specifications.

| Carrier Products | Hardware | Software |
|---|---|---|
| VoIP, DMS, Optical Networks, Wireless Product families and CCMIS | 12 months from ship date | 12 months from ship date |
| Alteon and Shasta Products | 12 months from ship date | 90 days from ship date |
| Carrier Data Products (Passport, Bay and Micom products) | See current Nortel price list. | See current Nortel price list. |
| All other Product families not listed (unless specified otherwise in writing) | 90 days from ship date | 90 days from ship date |

| Enterprise Products | Hardware | Software |
|---|---|---|
| Data Products (e.g., Access CN, Advanced Video, Backbone CN, Baystack, Business Communications Manager, Contivity, Instant Internet, Net ID, Passport LAN and WAN Solutions) | See current Enterprise Data Products Product Catalog | See current Enterprise Data Products Product Catalog |
| Portal Solutions Products | 90 days from ship date | 90 days from ship date |

This Warranty Matrix may be revised by Nortel from time to time.

Nortel Warranty Matrix
Version 7 – 04/12/06