**EXHIBIT E**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282   Fax (818) 662-4141

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

DE, Secretary of State

FILING NUMBER: 20082671616
FILING DATE: 05-AUG-2008
IMAGE REFLECTS DATA FROM AN ELECTRONIC FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names
   1a. ORGANIZATION'S NAME: CROSSROADS WIRELESS HOLDING, LLC
   1c. MAILING ADDRESS: 5 North McCormick
   CITY: Oklahoma City
   STATE: OK   POSTAL CODE: 73127   COUNTRY: USA
   1e. TYPE OF ORGANIZATION: LLC
   1f. JURISDICTION OF ORGANIZATION: DE
   1g. ORGANIZATIONAL ID #: 4242485

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - (blank)

3. SECURED PARTY'S NAME
   3a. ORGANIZATION'S NAME: NORTEL NETWORKS INC.
   3c. MAILING ADDRESS: 2221 LAKESIDE BLVD., MAILSTOP 991/12/A40
   CITY: RICHARDSON   STATE: TX   POSTAL CODE: 75082-4399   COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:
This financing statement covers the following types or items of property, wherever located, whether now owned or existing or hereafter owned, existing, acquired or arising, and whether in Debtor's, Secured Party's or any other person's or entity's possession or control (the "Collateral"):

Any and all telecommunications and related equipment, hardware and software located at any site owned or leased by the Debtor which was manufactured, produced or provided by the Secured Party or any affiliate of the Secured Party pursuant to the Purchase and License Agreement executed by the Debtor and the Secured Party on June 30, 2008 and all amendments thereto, including but not limited to, wireless, optical, transport, switching, internet and networking hardware, software and all related source and object codes, including all manuals and other documentation related thereto and each copy thereof, regardless of the media in which they are stored. This financing statement also covers any and all proceeds, augments, replacements (in cash or otherwise) of any of the property described above. Products of the Collateral are also covered.

8. OPTIONAL FILER REFERENCE DATA: 4320032847   CROSSROADS WIRELESS HOLDING, LLC
31416734