**EXHIBIT F**

EXHIBIT
D

Report Name: Crosscade Wireless Inc. rep_Wireless Excel_Internal_export V3- Phase 1 RNC addons and DOMs - Version 3
Addn Ref:
Region: USA

| Year | PhaseName | Location | HighLvl Code | Detail Order Code | Order Code | Order Qty | PartDesc | CPC | Detail Description |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | Phase 1 | B_Stock | MRFRM-2_Bstock | MRFM-2_Bstock | MFRM-2_Bstock | 80 | MFRM-2 B stock Equipment JCO fix | | MFRM-2 B stock Equipment JCO fix |
| 2008 | Phase 1 | DO-EMS | NTBW96MS | NTBW96MS | NTBW96MS | 1 | DO EMS Rel 4.0 - Design Solution Package | N0152448 | DO EMS Rel 4.0 - Design Solution Package |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | NTBW9910 | NTBW9910 | 1 | DOM-A 1 CARRIER OUTDOOR METROCELL KIT | N0078049 | DOM-A 1 CARRIER OUTDOOR METROCELL KIT |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->A0687916 | | 0 | | A0687916 | TERMINAL_GROUND STRAP 8 LENGTH |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->NTBW4030 | | 0 | | A0688196 | 44 PIN M TO 2X26 DSUB PIN M-1.1M |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->NTBW4032 | | 0 | | A0682365 | 62 PIN M HO O TO FLYING LEADS-3M-SURGE 8 TO TCCM |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->NTBW99DAE5 | | 0 | | N0118041 | MCBTS DATA-OPTIMIZED MODULE REV A, RoHS COMPLIANT |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->NTGB0187 | | 0 | | A0673748 | E1/T1 PRIMARY SURGE PROTECTOR 170V |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->NTGB4663E5 | | 0 | | N0114362 | E8 RoHS COMPLIANT T1/E1 X-CONNECT MODULE |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->P0718621 | | 0 | | P0718621 | NUT, HEX, KEPS, BELLEVILLE WSHR, 0.164-32, STEEL, ZINC YEL CHROMATE (289A) |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->P0818520 | | 0 | | P0818520 | SCR, SEMS, EXT TOOTH WSHR, THREAD FORMING, TYPE TT, HEX WSHR HD, 0.218-24 X 0.59, STEEL, ZINC YEL CHROMATE (289A), ASME B18.13 |
| 2008 | Phase 1 | DO-EMS | NTBW9910 | ->P0803044 | | 0 | | P0803044 | CABLE TIE, MOUNTING BASE, 4-WAY, ADHESIVE BACKED, LG: 0.75 SQ, HEIGHT: 0.19, ABS, WHITE |
| 2008 | Phase 1 | DO-EMS | N0117843 | N0117843 | N0117843 | 1 | UPGRADE to PLATINUM for N440-DAT system installed in USA. Provides two (2) years of Sun Spectrum Platinum Service Support for 2xNetra 440s + 1xPDSI Tape Drive. NOTE: this code is used for CNM, DOEMS & | N0117843 | UPGRADE to PLATINUM for N440-DAT system installed in USA. Provides two (2) years of Sun Spectrum Platinum Service Support for 2xNetra 440s + 1xPDSI Tape Drive. NOTE: this code is used for CNM, DOEMS & |
| 2008 | Phase 1 | DO-EMS | CPCI0004 | CPCI0004 | CPCI0004 | 1 | 1xEVDO EMS 4.0 N440 2CPU Initial | N0190665 | 1xEVDO EMS 4.0 N440 2CPU Initial |
| 2008 | Phase 1 | DO-EMS | CDOE0040 | CDOE0040 | CDOE0040 | 1 | e128 CDMA 1xEV-DO EMS 4.0 | N0112426 | e128 CDMA 1xEV-DO EMS 4.0 |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | NTBW9911 | NTBW9911 | 49 | DOM-A 1 CARRIER INDOOR METROCELL KIT | N0078054 | DOM-A 1 CARRIER INDOOR METROCELL KIT |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | ->NTBW4030 | | 0 | | A0688196 | 44 PIN M TO 2X26 DSUB PIN M-1.1M |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | ->NTBW4032 | | 0 | | A0682364 | CBL 50 PIN TELE TO FLYING LEADS-T1/E1-DSX TO TIM 15M |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | ->NTBW99DAE5 | | 0 | | N0118041 | MCBTS DATA-OPTIMIZED MODULE REV A, RoHS COMPLIANT |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | ->NTGB2808 | | 0 | | A0686292 | DUMMY FACEPLATE ASSY, 2" |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | ->NTGB3186E5 | | 0 | | N0117289 | TIM - T1/E1 INDOOR INTERFACE MODULE,SEC SURGE PRO-RoHS |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | ->P0818520 | | 0 | | P0818520 | SCR, SEMS, EXT TOOTH WSHR, THREAD FORMING, TYPE TT, HEX WSHR HD, 0.218-24 X 0.59, STEEL, ZINC YEL CHROMATE (289A), ASME B18.13 |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | ->P0803044 | | 0 | | P0803044 | CABLE TIE, MOUNTING BASE, 4-WAY, ADHESIVE BACKED, LG: 0.75 SQ, HEIGHT: 0.19, ABS, WHITE |
| 2008 | Phase 1 | DOM Upgrade | NTBW9911 | ->P0814879 | | 0 | | P0814879 | SLIDE |
| 2008 | Phase 1 | DOM Upgrade | NT2J11CA | NT2J11CA | NT2J11CA | 44 | CCDS 1xEV-DO KRS_1XEV_DO_CARRIER_ENABLER | A0592425 | CCDS 1xEV-DO KRS_1XEV_DO_CARRIER_ENABLER |
| 2008 | Phase 1 | DOM Upgrade | NT2J11AA | NT2J11AA | NT2J11AA | 132 | CCDS KRS ADDITIONAL_MFRM_CARRIER Option to enable hardware for 2nd or 3rd carriers per MFRM beyond the factory deployed single carrier | A0648603 | CCDS KRS ADDITIONAL_MFRM_CARRIER Option to enable hardware for 2nd or 3rd carriers per MFRM beyond the factory deployed single carrier |
| 2008 | Phase 1 | DOM Upgrade | NT2J10CV | NT2J10CV | NT2J10CV | 44 | KRS DO REV A & QOS ENHANCEMENTS | N0102262 | KRS DO REV A & QOS ENHANCEMENTS |
| 2008 | Phase 1 | ERS 8600 | DS1410003-4.1 | DS1410003-4.1 | DS1410003-4.1 | 2 | Ethernet Routing Switch 8600 Routing Switch Software Kit (Includes v4.1 SW license, Device Manager, and complete SW documentation set). One license kit required per chassis. (Support contracts must be | N0101312 | Ethernet Routing Switch 8600 Routing Switch Software Kit (Includes v4.1 SW license, Device Manager, and complete SW documentation set). One license kit required per chassis. (Support contracts must be |
| 2008 | Phase 1 | ERS 8600 | DS1405007-E5 | DS1405007-E5 | DS1405007-E5 | 4 | 8004DC 850W Power Supply, at least one power supply required per 8006, 8010 or 8010co chassis. | N0094235 | 8004DC 850W Power Supply, at least one power supply required per 8006, 8010 or 8010co chassis. |

Report Name: Crossroads Wireless inc. rsp_Wireless Excel_Internal_export V3- Phase 1 RNC addons and DOMs - Version 3
Addn Ref:
Region: USA

| Year | PhaseName | Location | HighLvl Code | Detail Order Code | Order Code | Order Qty | PartDesc | CPC | Detail Description |
|---|---|---|---|---|---|---|---|---|---|
| | 2008 Phase 1 | ERS 8600 | DS1404090-E5 | DS1404090-E5 | DS1404090-E5 | 2 | Ethernet Routing Switch 8691SF Switch Fabric/CPU Module with 256MB CPU memory - One required for per Ethernet Routing Switch 8600 chassis. Note: Includes 64MB PCMCIA flash memory card and 256MB mother | N0087230 | Ethernet Routing Switch 8691SF Switch Fabric/CPU Module with 256MB CPU memory - One required for per Ethernet Routing Switch 8600 chassis. Note: Includes 64MB PCMCIA flash memory card and 256MB mother |
| | 2008 Phase 1 | ERS 8600 | DS1404035-E5 | DS1404035-E5 | DS1404035-E5 | 2 | Ethernet Routing Switch 8648TXE, 48 port autosensing 10BASE-T/100BASE-TX Ethernet Layer 3 switching interface. | N0086836 | Ethernet Routing Switch 8648TXE, 48 port autosensing 10BASE-T/100BASE-TX Ethernet Layer 3 switching interface. |
| | 2008 Phase 1 | ERS 8600 | DS1402002-E5 | DS1402002-E5 | DS1402002-E5 | 2 | 8006 6 slot chassis, includes chassis, dual backplane,fan tray,RS232 cable for management console,rack mount kit,and cable guide kit. Requires at least one power supply,up to three power supplies supp | N0086542 | 8006 6 slot chassis. Includes chassis, dual backplane,fan tray,RS232 cable for management console,rack mount kit,and cable guide kit. Requires at least one power supply,up to three power supplies supp |
| | 2008 Phase 1 | EVDO 5 Up | CPOU0004 | CPOU0004 | CPOU0004 | 1 | EVDO EMS Upgrade | N0161872 | EVDO EMS Upgrade |
| | 2008 Phase 1 | HLR SOC | A8VS0004 | A8VS0004 | A8VS0004 | 1 | A8VS AWS Networking HLR MTX08 PLM D. Derbecker aave0004 | P0847486 | A8VS AWS Networking HLR MTX08 PLM D. Derbecker aave0004 |
| | 2008 Phase 1 | JCO | NTJ270CH | NTJ270CH | NTJ270CH | 4 | Multi-Link PPP SW License RTU (per MSA8/MSA32) | N0077962 | Multi-Link PPP SW License RTU (per MSA8/MSA32) |
| | 2008 Phase 1 | JCO | NTGY3030 | NTGY3030 | NTGY3030 | 80 | FIBER ASSY, INDOOR, 11M, 1 PAIR (NO TRAY) | A0880082 | FIBER ASSY INDOOR, 11M, 1 PAIR (NO TRAY) |
| | 2008 Phase 1 | JCO | NTGS8014 | NTGS8014 | NTGS8014 | 56 | INDOOR R.F. 85CM | A0753065 | INDOOR R.F. 85CM |
| | 2008 Phase 1 | RNC | NTBW90BBE5 | NTBW90BBE5 | NTBW90BBE5 | 1 | Base DO-RNC, High Capacity, RoHS Compliance (2-3-2) | N0080880 | Base DO-RNC, High Capacity, RoHS Compliance (2-3-2) |
| | 2008 Phase 1 | RNC | CPOI0003 | CPOI0003 | CPOI0003 | 6 | 1xEVDO HighCapacity RNC 4.0 Initial | N0180863 | 1xEVDO HighCapacity RNC 4.0 Initial |
| | 2008 Phase 1 | RNC | CPOI0002 | CPOI0002 | CPOI0002 | 3 | 1xEVDO RNC 4.0 Initial | N0180858 | 1xEVDO RNC 4.0 Initial |
| | 2008 Phase 1 | RNC | CDOR0040 | CDOR0040 | CDOR0040 | 1 | CDMA 1xEV-DO RNC App 4.0 | N0112428 | CDMA 1xEV-DO RNC App 4.0 |
| | 2008 Phase 1 | Site1 | QMY717G | QMY717G | QMY717G | 1 | MSS 7480 DC Single Shelf Cabinet Package | N0088728 | MSS 7480 DC Single Shelf Cabinet Package |
| | 2008 Phase 1 | Site1 | NTPX48RB | NTPX48RB | NTPX48RB | 2 | RE-MANUFACTURED SUNBLADE 150, 2GB SDRAM WORKSTATION W/MONITOR & KEYBOARD | N0122568 | RE-MANUFACTURED SUNBLADE 150, 2GB SDRAM WORKSTATION W/MONITOR & KEYBOARD |
| | 2008 Phase 1 | Site1 | NTNQ65AG | NTNQ65AG | NTNQ65AG | 2 | Four Port 10 / 100 Base-T Ethernet Function Processor | N0044220 | Four Port 10 / 100 Base-T Ethernet Function Processor |
| | 2008 Phase 1 | Site1 | NTNQ01AG | NTNQ01AG | NTNQ01AG | 1 | Control Processor | N0067280 | Control Processor |
| | 2008 Phase 1 | Site1 | NTL363MS | NTL363MS | NTL363MS | 67.83 | Project Management - CDMA - 1 HOUR | A0080833 | Project Management - CDMA - 1 HOUR |
| | 2008 Phase 1 | Site1 | NTL363MS | NTL363MS | NTL363MS | 17.7 | Project Management - CDMA - 1 HOUR | A0080833 | Project Management - CDMA - 1 HOUR |
| | 2008 Phase 1 | Site1 | NTL363MS | NTL363MS | NTL363MS | 165.81 | Project Management - CDMA - 1 HOUR | A0080833 | Project Management - CDMA - 1 HOUR |
| | 2008 Phase 1 | Site1 | NTL363MS | NTL363MS | NTL363MS | 158.2 | Project Management - CDMA - 1 HOUR | A0080833 | Project Management - CDMA - 1 HOUR |
| | 2008 Phase 1 | Site1 | NTL362VL | NTL362VL | NTL362VL | 284.16 | INSTALLATION AND COMMISSIONING - CDMA BTS - 1 Hour | N0000698 | INSTALLATION AND COMMISSIONING - CDMA BTS - 1 Hour |
| | 2008 Phase 1 | Site1 | NTL362VL | NTL362VL | NTL362VL | 802.16 | INSTALLATION AND COMMISSIONING - CDMA BTS - 1 Hour | N0000698 | INSTALLATION AND COMMISSIONING - CDMA BTS - 1 Hour |
| | 2008 Phase 1 | Site1 | NTJ240KD | NTJ240KD | NTJ240KD | 1 | MSS 7400/15000/20000 PCR 8.2 Base Software CDRM Delivery (Software media delivery code) | N0181801 | MSS 7400/15000/20000 PCR 8.2 Base Software CDRM Delivery (Software media delivery code) |
| | 2008 Phase 1 | Site1 | NTJ089VD | NTJ089VD | NTJ089VD | 1 | MSS 7400 PCR8.2 Base Software ESD (Electronic Software Delivery) (Software media delivery code) | N0151607 | MSS 7400 PCR8.2 Base Software ESD (Electronic Software Delivery) (Software media delivery code) |
| | 2008 Phase 1 | Site1 | NTBP52CG | NTBP52CG | NTBP52CG | 1 | 16-slot DC Power Supply | N0036029 | 16-slot DC Power Supply |

| CUSTOMER_NAME | CUSTOMER_PO | COEO-Dash | ITEM_KEY | | DATE_EXPIRED | DATE_ISSUED | Issued Qty | Shpd Qty | CPC | PEC | CPC_DESCRIPTION | Ship-to Street Address | Ship-to City | Ship-to ST | Ship-to CO | CUST_CONTACT | CONTAINER_NBR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 486 | [illegible] | [illegible] | [illegible] | 9 | 0 | [illegible] | CONN COM | CONN COMPRESSION LUG 8 AWG | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | MEMAEDAFTY |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 486 | [illegible] | [illegible] | [illegible] | 5 | 0 | N0112865 | CONN TER | CONN TERMINAL LUG 8 AWG | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | MEMAEDAFTY |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 486 | [illegible] | [illegible] | [illegible] | 5 | 0 | [illegible] | CONN TER | CONN TERMINAL LUG 8 AWG | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | MEMAEDAFTY |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 486 | [illegible] | [illegible] | [illegible] | 8 | 0 | N0112864 | CONN TER | CONN TERMINAL LUG, 8 AWG | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | MEMAEDAFTY |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 1896 | 0 | [illegible] | PWR WIRE | PWR WIRE 6 AWG GR 347 ROHS | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 360 | 0 | [illegible] | PWR WIRE | PWR WIRE 8 AWG GR 347 ROHS | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 264 | 0 | [illegible] | PWR WIRE | PWR WIRE 14 AWG GR 347 | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 117 | 0 | [illegible] | PWR WIRE | PWR WIRE 6 AWG GREEN STRD | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 14 | 0 | [illegible] | PWR WIRE | PWR WIRE 6 AWG GR 347 ROHS | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 6 | 0 | [illegible] | CONN COM | CONN COMPRESSION LUG 6AWG | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | MEMAEDAPV5 |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | CONN COM | CONN COMPRESSION LUG 6AWG | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | MEMAEDAPV5 |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 2 | 0 | [illegible] | CONN COM | CONN COMPRESSION LUG 6AWG | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | MEMAEDAPV5 |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 8 | 0 | N0124647 | CONN SPL | CONN SPLICE AND TAP COMPRE | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 4851 | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | CABLE TA | CABLE TAGS 1 SET | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 14 | 0 | [illegible] | ANCHOR S | ANCHOR SET, TWO ANCHORS, | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 14 | 0 | [illegible] | NTBK1701 | NTBK1701 ANCHOR STACK-UP | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | NTBK1708 | NTBK1708 LEVELING KIT C42 | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 2 | 0 | [illegible] | NTRX73AL | NTRX73AL EXTERIOR SIGN | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 2 | 0 | [illegible] | NTRX73AM | NTRX73AM EXT. SIGN ASSEMBLY | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 2 | 0 | B0237767 | [illegible] | [illegible] CABLE TROUGH | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 6 | 0 | [illegible] | [illegible] | [illegible] CABLE TROUGH ASSY | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 3 | 0 | [illegible] | 2" PIPE | 2" PIPE STAND FOR SUPPORT | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 3 | 0 | [illegible] | 2" PIPE | 2" PIPE STAND FOR SUPPORT | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 3 | 0 | [illegible] | 2" PIPE | 2" PIPE STAND FOR SUPPORT | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 8 | 0 | [illegible] | WOOD SCR | WOOD SCREW | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 12 | 0 | [illegible] | EXPANSIO | EXPANSION SHIELD, ZINC | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 12 | 0 | [illegible] | SCR, MAC | SCR, MACH, CSK FLH | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | CHANNEL | CHANNEL | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 8 | 0 | [illegible] | CLIP J-B | CLIP J-BOLT KIT, CABLE | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | P1000T 1 | P1000T 10ft (USE A0344228) | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 16 | 0 | [illegible] | SLOTTED | SLOTTED TYPE CABLE RACK | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 6 | 0 | [illegible] | THRD ROD | THRD ROD .625-11X48.0 | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 14 | 0 | [illegible] | NUT, SQU | NUT, SQUARE, CHANNEL, W | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 36 | 0 | [illegible] | P0720718 | P0720718 HEAVY HEX FULL NU | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 36 | 0 | [illegible] | WASHER, | WASHER, [illegible] | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | END CAP, | END CAP, ALUM FRAMING | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | FGS-KT08 | FGS-KT08-A 4" END CAP | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 6 | 0 | [illegible] | FGS-HNTR | FGS-HNTR-[illegible] WIRING DUCT | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 10 | 0 | [illegible] | CLIP | CLIP | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] END FRAME DRESS P | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 24 | 0 | [illegible] | SHELF HD | SHELF HDWR - SCREW | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 34 | 0 | [illegible] | WASHER | WASHER | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 8 | 0 | [illegible] | CABLE SH | CABLE SHIELD | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 6 | 0 | [illegible] | CABLE SH | CABLE SHIELD | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 6 | 0 | [illegible] | FASTENER | FASTENER HOUSE MACHINE | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 8 | 0 | [illegible] | CLINCH N | CLINCH NUT 10-32 STEEL | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 1 | 0 | A0344228 | UNISTRUT | UNISTRUT P1000T 10ft BROWN | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | CABLE RA | CABLE RACK STRAIGHT CLAMP | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | INSULATO | INSULATOR, CHERRY?, 2.8 X | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | [illegible] | [illegible] SPLICE PLATE | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 777 | [illegible] | [illegible] | [illegible] | 6 | 0 | [illegible] | [illegible] | [illegible] CABLE RACK SUP | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 886 | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | NTYE28AA | NTYE28AA SITE START-UP [illegible] | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 886 | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | NTYE28AO | NTYE28AO DMS CABINET | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 886 | [illegible] | [illegible] | [illegible] | 8 | 0 | [illegible] | NTYE28AE | NTYE28AE PTE2000 FRAME | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 886 | [illegible] | [illegible] | [illegible] | 8 | 0 | [illegible] | NTPS10AA | NTPS10AA CONSUMABLE | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 886 | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | NTY944AA | NTY944AA INSTALATION KIT | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 886 | [illegible] | [illegible] | [illegible] | 2 | 0 | [illegible] | TWINE, P | TWINE, POLYESTER, WAXED | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 8 | 0 | [illegible] | [illegible] | [illegible] FPCES ST2XST2 | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] FPCES VLNKXVLNK | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] FPCES VLNKXVLNK | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] FPCES VLNKXVLNK | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] FPCES VLNKXVLNK | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] FPCES VLNKXVLNK | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 2 | 0 | [illegible] | [illegible] | [illegible] FPCES VLNKXVLNK | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] FPCES ST2XST2 | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 5 | 0 | [illegible] | [illegible] | [illegible] FPCES SCXSC JBL | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 4 | 0 | [illegible] | [illegible] | [illegible] FPCES SCXSC JBL | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 3 | 0 | [illegible] | [illegible] | [illegible] FPCES SCXSC JBL | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 1 | 0 | [illegible] | [illegible] | [illegible] FPCES SCXSC JBL | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 2 | 0 | [illegible] | [illegible] | [illegible] FPCES SCXSC JBL | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |
| CROSSROADS WIRELESS INC. | PO 1644 | QA014H01 | QA014H1 FIBR | [illegible] | [illegible] | [illegible] | 2 | 0 | [illegible] | [illegible] | [illegible] FPCES SCXSC JBL | 416 4TH STREET | BROOKINGS | SD | US | BRUCE DIXON | [illegible] |

















