## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Approving A Compromise Of Controversy By And Among (I) The Debtors And (II) Crossroads Wireless, Inc. And Crossroads Holding, LLC** was caused to be made on May 18, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: May 18, 2009

_____
Andrew R. Remming (No. 5120)

2898253.1