IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
             Debtors. : Jointly Administered
: 
: RE: D.I. 683, 759
: 
---------------------------------------------------------X

### ORDER PURSUANT TO 11 U.S.C. § 105(a) AMENDING THE DEBTORS' CASE CAPTION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 1005, 2002(m) and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), amending the Debtors' consolidated case caption and the case captions of the Debtors Alteon WebSystems, Inc. and Alteon WebSystems International, Inc; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms use, but not defined, herein shall have the meaning ascribed to them in the Motion.

IT IS HEREBY ORDERED, THAT:

1. The Motion is GRANTED.

2. The Debtors' consolidated case caption is amended to read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

---------------------------------------------------------------X

\*        \*        \*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. The Clerk is directed to make a docket entry in case 09-10138 which states substantially as follows:

> "An order has been entered in these cases directing that the caption of these cases be changed in accordance with the corporate name change of Alteon WebSystems, Inc. to Nortel Altsystems Inc., and the corporate name change of Alteon WebSystems International, Inc. to Nortel Altsystems International Inc."

2

4. The Clerk is directed to make a docket entry in case 09-10140 which states substantially as follows:

> "An order has been entered in these cases directing that the caption of this case be changed in accordance with the corporate name change of Alteon WebSystems, Inc. to Nortel Altsystems Inc."

5. The Clerk is directed to make a docket entry in case 09-10141 which states substantially as follows:

> "An order has been entered in these cases directing that the caption of this case be changed in accordance with the corporate name change of Alteon WebSystems International, Inc. to Nortel Altsystems International Inc."

6. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the interpretation or implementation of this Order.

Dated: May 18, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE