IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*[1], | : | Case No. 09-10138(KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Objection Date: 6/8/09 at 4:00 p.m.** |
| | : | **Hearing Date: To Be Determined** |
| | : | **RE: D.I., 137, 192, 224 & 236** |

**FIRST INTERIM APPLICATION OF PARADIGM DKD GROUP, LLC
D/B/A PARADIGM TAX GROUP FOR COMPENSATION FOR
SERVICES RENDERED AS PROPERTY TAX PROFESSIONALS TO
THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF
<u>JANUARY 14, 2009 THROUGH MARCH 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Paradigm DKD Group, LLC <br> <u>d/b/a Paradigm Tax Group</u> |
| Authorized to Provide Professional Services to: | <u>Nortel Networks Inc., *et al.*</u> |
| Date of Retention: | <u>February 5, 2009 *nunc pro tunc* to January 14, 2009</u> |
| Period for which compensation and reimbursement is sought: | <u>January 14, 2009 - March 31, 2009</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$283,480.00</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$00.00</u> |

This is an: <u>X</u> interim ___ final application

This is Paradigm Tax Group's first interim application. No previous applications have been filed.

---

[1] The debtors in these jointly administered chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*[2], | : | Case No. 09-10138(KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Date: 6/8/09 at 4:00 p.m. |
| | : | Hearing Date: To Be Determined |
| | : | RE: D.I., 137, 192, 224 & 236 |

### FIRST INTERIM APPLICATION OF PARADIGM DKD GROUP, LLC D/B/A PARADIGM TAX GROUP FOR COMPENSATION FOR SERVICES RENDERED AS PROPERTY TAX PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF JANUARY 14, 2009 THROUGH MARCH 31, 2009

Paradigm DKD Group, LLC d/b/a Paradigm Tax Group ("Paradigm"), "property tax professionals" retained in the above-captioned case by the above-captioned debtors ("Debtors"), hereby submits this first interim application ("Application") for allowance of its fees and reimbursement of its expenses pursuant to sections 330 and 331 of title 11 of the United States Code ("Bankruptcy Code") for property tax valuation services performed and expenses incurred on behalf of the Debtors during the period from January 14, 2009 through and including March 31, 2009 ("Application Period"). In support of its Application, Paradigm respectfully represents as follows:

### Jurisdiction

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for the relief sought herein are sections 328(a) and 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

---

[2] The debtors in these jointly administered chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

2

## Background

2. On January 14, 2009 ("Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code.

3. Paradigm has extensive experience in providing property tax services including reviewing proposed assessments (or enrolled assessments), and identifying and developing opportunities for reduced property tax assessments. Paradigm's professional fees for property tax services are determined after reductions in property tax assessments are achieved and constitute 30 percent (30%) of the property tax savings ("Property Tax Services"). The words "tax savings" means the difference in the taxes calculated on the property's original enrolled or proposed tax assessment for the benefit year (in this case, 2007 and 2008), and the taxes calculated on the property's final tax assessment resulting from the appeal or protest for that same benefit year. "Savings" may take the form of refunds, abatements, cancellations, or corrected tax billings. "Savings" are calculated utilizing the property tax rate in effect in the benefit year. The professional fees are not payable until the Debtors' receipt of property tax refunds or Paradigm's provision of proof of assessment reduction in the event of reduction in the current year value before tax bills are assessed. As to Paradigm's professional services rendered to the Debtors, such services are more particularly described as:

   (i) Review of the proposed assessments (or enrolled assessments) issued by the Dallas Central Appraisal District. During this process, Paradigm also reviewed subject property, and market data to identify and develop opportunities for reduced property tax assessments.

   (ii) Make a recommendation to Nortel regarding which assessments should be challenged, protested or appealed;

(iii) Prepare or aid in the preparation and filing of timely file protests, notices of appeal, or other documents necessary to challenge, either informally or formally, the property tax assessments. With approval, Paradigm will also prepare refund claims for prior tax periods when tax recoveries are warranted;

(iv) Represent or aid in the representation of Nortel in valuation negotiations and administrative appeals, from the informal level with the Dallas Central Appraisal District through Appraisal Review Board proceedings; and

(v) Upon completion of any appeals related to Paradigm's review of personal property tax reduction opportunities, Paradigm agrees to review with Nortel the results and content of such review and provide additional tax services in order to clear penalties and interest accrued on liability amounts due on the subject tax assessments.

## Compensation and Payment Requested

4. On February 5, 2009, this Court approved the Debtors' retention of Paradigm, effective as of the Petition Date, as a property tax professional for the purposes of assisting the Debtors with reduction of property tax assessments and any interest or penalties with regard thereto. A copy of the order authorizing the Debtors' retention of Paradigm Tax Group, LLC, as a property tax professional to the Debtors is attached hereto as Exhibit A.

5. During the Application Period, Paradigm earned fees in the amount of $283,480.00 with respect to Property Tax Services performed for the Debtors pursuant to sections 330 and 331 of the Bankruptcy Code. A summary of the fees for Property Tax Services, including Invoice No. 7122, dated March 31, 2009, the referenced "Agreed Judgment" and the "Nortel 2007 and 2008 Opinion of Value Provided by Paradigm Tax Group" evidencing tax savings to Nortel in the total amount of $944,935 (x 30% = fees of $283.480.50), is attached hereto as Exhibit B. In addition, a Statement of Work and attached Purchase Order Nos. USC513024 (dated July 26, 2007), and 4320060606 (dated

November 10, 2008), charged by Paradigm to the Debtors during the Application Period is attached hereto as Exhibit C.

6. In accordance with the "Order Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date" [Docket No. 236] ("Administrative Order"), Paradigm seeks payment from the Debtors in the amount of $283,480.00 for Property Tax Services rendered to the Debtors during the Application Period, which amount consists of 100% of the fees earned by Paradigm during the Application Period ("Compensation Total"). Paradigm is not seeking reimbursement for any costs or expenses during the Application Period.

7. Paradigm has not received any payment from the Debtors or otherwise, for Property Tax Services rendered during the Application Period.

8. All of the fees and Property Tax Services for which compensation and reimbursement are requested by Paradigm in this Application were incurred for and on behalf of the Debtors at the request of the Debtors. All fees were both reasonable and necessary under the circumstances. Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, Paradigm submits that the compensation requested herein is for actual and necessary services, and is reasonable, based upon the nature, extent, and value of such services, the time spent thereon, and the costs of comparable services other than in a case under the Bankruptcy Code. Although some of the fees were incurred prepetition, the total tax savings were not negotiated until March 30, 2009, and therefore the tax savings resulting in the fees owed to Paradigm, were incurred post petition.

## Certification

9. Paradigm's certification with respect to this Application is attached hereto as Exhibit D.

WHEREFORE, Paradigm requests payment from the Debtors in the amount of $283,480.00, which represents 30 percent (30%) of the property tax savings obtained as a result of the Property Tax Services rendered by Paradigm during the Application Period.

Dated: May 19, 2009

CONNOLLY BOVE LODGE & HUTZ LLP

Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

-and-

Barry S. Glaser, Esq.
STECKBAUER WEINHART JAFFE, LLP
333 South Hope Street, 36th Floor
Los Angeles, California 90071
(213) 229-2868

*Attorneys for Paradigm DKD Group, LLC d/b/a Paradigm Tax Group*

#687409v1

6