IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*[1], | : | Case No. 09-10138(KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Date: 6/8/09 at 4:00 p.m. |
| | : | Hearing Date: To Be Determined |
| | : | |

## NOTICE OF FIRST INTERIM APPLICATION OF PARADIGM DKD GROUP, LLC D/B/A PARADIGM TAX GROUP FOR COMPENSATION FOR SERVICES RENDERED AS PROPERTY TAX PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF JANUARY 14, 2009 THROUGH MARCH 31, 2009

TO:   All parties on the attached list

PLEASE TAKE NOTICE that the attached **First Interim Application Of Paradigm DKD Group, LLC d/b/a Paradigm Tax Group For Compensation For Services Rendered As Property Tax Professionals To The Debtors-In-Possession For The Period Of January 14, 2009 Through March 31, 2009** ("Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that you are required to file a response, if any, to the Application on or before **June 8, 2009 at 4:00 p.m.** with the Court.

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Application, you must also serve a copy of the response upon the undersigned counsel so that it is received on or before **June 8, 2009 at 4:00 p.m.** by the undersigned counsel.

A HEARING ON THE APPLIATION, IF NECESSARY, WILL BE HEARD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The debtors in these jointly administered chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

Dated: May 19, 2009

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

-and-

Barry S. Glaser, Esq.
STECKBAUER WEINHART JAFFE, LLP
333 South Hope Street, 36th Floor
Los Angeles, California 90071
(213) 229-2868

*Attorneys for Paradigm DKD Group, LLC*
*d/b/a Paradigm Tax Group*

#687617v1

2