# EXHIBIT "B"



3030 N. Central Avenue
Suite 1001
Phoenix, Arizona 85012

602.393.9689 Phone
602.393.9694 Fax
www.paradigmtax.com

## INVOICE

Nortel Networks, Inc.
Attn: Michele Haney
4001 East Chapel Hill
Nelson Highway
Research Triangle Pa, NC  27709

Invoice No. :        7122
Date :    3/31/2009

| | Current |
|---|---|

*2007 & 2008 Personal Property Consulting- Post Petition*

**Description:**                                                                $283,480.00

Value settlement was negotiated post petition.  Agreed judgment to stipulate final values
was signed on March 30, 2009 by Paradigm/Marshall firm after Nortel approval (Michele
Haney).  Paradigm to provide additional property tax services as it relates to county, city
and school tax payments per bankruptcy procedures in order to clear penalties and
interest accrued on liability amounts due to each entity.  Paradigm to also provide
assistance to Nortel for 2009 compliance season for Dallas, TX locations.

For questions on this invoice please contact Suzie Hawkins;
shawkins@paradigmtax.com
(214) 635-4868

FEIN 11-3730938

| Invoice Total: | $283,480.00 |
|---|---|

Due Upon Receipt

CAUSE NO. 07-10272-G

| | | |
|---|---|---|
| NORTEL NETWORKS, INC., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 134TH JUDICIAL DISTRICT |
| | § | |
| DALLAS CENTRAL APPRAISAL | § | |
| DISTRICT, | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## AGREED JUDGMENT

On this day came Nortel Networks, Inc., Plaintiff, by and through its attorney of record, and also came Defendant, Dallas Central Appraisal District, by and through its attorney of record, and all parties having announced ready for trial and jury having been waived, all matters of fact and law were submitted to the Court.

The parties announced to the Court that they had reached a final settlement regarding the appraised value and the taxable value of the property which is the subject of this cause. The parties have agreed that the 2007 and 2008 appraised values of the business personal property located in Dallas County and assigned the following Dallas Central Appraisal District Account Number(s), the subject of this lawsuit, is a total of Fifty Nine Million Eight Hundred One Thousand Nine Hundred Fifty Dollars ($59,801,950.00 - 2007) and Fifty Five Million Two Hundred Twenty Nine Thousand Ninety Dollars ($55,229,090.00 - 2008).

The Court having reviewed the pleadings on file herein and having reviewed the terms of the settlement agreement is of the belief that it should be in all ways approved, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that:

1.    The 2007 & 2008 appraised value for ad valorem taxation purposes for Plaintiff's property described as business personal property located in Dallas County, Texas and assigned the following DCAD Account Number(s) shall be as follows:

| ACCOUNT NUMBER | 2007 APPRAISED VALUE | 2008 APPRAISED VALUE |
|---|---|---|
| 99200207100023350 | 2669630 | 1949640 |
| 99200408300318250 | | 4416190 |
| 99860020000431750 | 16858580 | 14705350 |
| 99890060000277450 | 6013260 | 5751060 |
| 99972800000159250 | 34260480 | 26582160 |
| 99990220000063450 | | 1824690 |

2.  It is further Ordered that the Dallas Central Appraisal District, and in particular its Chief Appraiser, shall, pursuant to §42.41 of the Tax Code, correct the 2007 & 2008 Appraisal Rolls and other appropriate records, as necessary, to reflect the above appraised values; and shall provide notice of the above appraised value to the assessor for each affected taxing unit so that the assessors can perform the post-appeal procedures required in §42.41, §42.42 and §42.43 of the Tax Code.

3.  It is further Ordered that no interest will be paid on any refund by the applicable taxing units to the Plaintiff under §42.43(b) of the Tax Code if the refund is paid within ninety (90) days after the date the chief appraiser certifies the correction to the appraisal roll under §42.41 of the Tax Code.

4.  All costs of Court are taxed against the party incurring the same.

5.  This is a final and appealable judgment disposing of all claims and all parties.

6.  Each Party in this action shall bear its own attorney's fees.

7.  All relief not expressly granted herein is hereby denied.

SIGNED this 14th day of April , 2009.

_____
JUDGE PRESIDING
JUDGE _____ 5th Court of Appeals _____ JUDICIAL DISTRICT COURT SITTING FOR JUDGE
_____ 134th JUDICIAL DISTRICT COURT OF DALLAS COUNTY, TEXAS

AGREED JUDGMENT - 3                                                           35800

MAR 26 2009 15:34 FR 2149650010       2149650010 TO 2144529064       P.05

AGREED AS TO FORM & SUBSTANCE:

THE MARSHALL FIRM, P.C.

By:

JASON C. MARSHALL
ATTORNEY FOR PLAINTIFF

NICHOLS, JACKSON, DILLARD,
HAGER & SMITH, L.L.P.

By:

PETER G. SMITH
ATTORNEY FOR DEFENDANT

AGREED JUDGMENT - 3

35800

** TOTAL PAGE.05 **

| Form **W-9**<br>(Rev. October 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

**Print or type**
**See Specific Instructions on page 2.**

Name (as shown on your income tax return)
**Paradigm DKD Group, LLC**

Business name, if different from above
**Paradigm Tax Group**

Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership
☑ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ........
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**3030 N. Central Avenue, #1001**

Requester's name and address (optional)

City, state, and ZIP code
**Phoenix, AZ 85012**

List account number(s) here (optional)

---

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

| Social security number |
|---|

or

| Employer identification number |
|---|
| 11 ┊ 3730938 |

---

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

| Sign<br>Here | Signature of<br>U.S. person ▶ | Date ▶ 3/31/2009 |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

---

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

*Nortel 2007 and 2008 Opinion of Value Provided by Paradigm Tax Group*

| Account Number | Address | 2007 DCAD Value | 2007 Plaintiff Offer |
|---|---|---|---|
| 99200207100023350 | 2370 Performance | $3,217,120 | $2,669,634 |
| 99200408300318250 | 1361 N Glenville | *Not in Suit* | *Not in Suit* |
| 99860020000431750 | 2201 Lakeside | $20,558,710 | $16,858,582 |
| 99890060000277450 | 2221 Lakeside | $7,126,440 | $6,013,256 |
| 99972800000159250 | 1460 N Glenville | $40,728,310 | $34,260,484 |
| 99990220000063450 | 2350 Campbell Creek | *Not in Suit* | *Not in Suit* |
| | | $71,630,580 | $59,801,956 |

**2007 Savings Breakdown**

| Account Number | Address | 2007 Value Saving | 2007 Tax Rate |
|---|---|---|---|
| 99200207100023350 | 2370 Performance | $547,486 | 2.482424 |
| 99200408300318250 | 1361 N Glenville | *Not in Suit* | 2.482424 |
| 99860020000431750 | 2201 Lakeside | $3,700,128 | 2.482424 |
| 99890060000277450 | 2221 Lakeside | $1,113,184 | 2.482424 |
| 99972800000159250 | 1460 N Glenville | $6,467,826 | 2.482424 |
| 99990220000063450 | 2350 Campbell Creek | *Not in Suit* | 2.482424 |

**2008 Savings Breakdown**

| Account Number | Address | 2008 Value Saving | 2008 Tax Rate |
|---|---|---|---|
| 99200207100023350 | 2370 Performance | $1,811,472 | 2.491638 |
| 99200408300318250 | 1361 N Glenville | 0 | 2.491638 |
| 99860020000431750 | 2201 Lakeside | $6,553,364 | 2.491638 |
| 99890060000277450 | 2221 Lakeside | $3,467,671 | 2.491638 |
| 99972800000159250 | 1460 N Glenville | $14,139,625 | 2.491638 |
| 99990220000063450 | 2350 Campbell Creek | $167,229 | 2.491638 |

| Total Tax Savings | $944,935 |
|---|---|

| 2007 Value Saving | 2008 DCAD Value | 2008 Plaintiff Offer | 2008 Value Savings |
|---|---|---|---|
| $547,486 | $3,761,110 | $1,949,638 | $1,811,472 |
| *Not in Suit* | $4,416,190 | $4,416,190 | $0 |
| $3,700,128 | $21,258,710 | $14,705,346 | $6,553,364 |
| $1,113,184 | $9,218,730 | $5,751,059 | $3,467,671 |
| $6,467,826 | $40,721,780 | $26,582,155 | $14,139,625 |
| *Not in Suit* | $1,991,920 | $1,824,691 | $167,229 |
| **$11,828,624** | **$81,368,440** | **$55,229,079** | **$26,139,361** |

| 2007 Tax Savings |
|---|
| $13,591 |
| Not in Suit |
| $91,853 |
| $27,634 |
| $160,559 |
| Not in Suit |
| **$293,637** |

| 2008 Tax Savings |
|---|
| $45,135 |
| $0 |
| $163,286 |
| $86,402 |
| $352,308 |
| $4,167 |
| **$651,298** |