EXHIBIT "D"

## CERTIFICATION REGARDING FEE APPLICATION

STATE OF ARIZONA          :
                          : SS
COUNTY OF MARICOPA        :

DAVID KLINE, after being duly sworn according to law, deposes and says:

1. I am a Managing Consultant of Paradigm DKD Group, LLC d/b/a Paradigm Tax Group ("Paradigm" or "Paradigm Tax Group"), with offices located at 3030 N. Central Avenue, Suite 1001, Phoenix, Arizona 85012. This Certification is being submitted in support of the *First Interim Application Of Paradigm Tax Group For Compensation For Services Rendered As Property Tax Professionals To The Debtors In Possession For The Period Of January 14, 2009 Through March 31, 2009* (the "Fee Application").

2. I am thoroughly familiar with the property tax valuation services rendered by Paradigm to the Debtors including the review of personal property tax reduction opportunities for the Debtors in the ordinary course of business.

3. The fees and expenses that are the subject of the Fee Application were earned by Paradigm within the period of time covered by the Fee Application.

4. The Fee Application complies in all material respects with the Local Rules, and no agreement or understanding exists in any form with any person or entity for a division or sharing of the compensation requested by Paradigm in the Fee Application.

5. In advancing expenses and/or costs on behalf of the Debtors, Paradigm does not make a profit on such services or expenses.

6. In charging for an advanced expense and/or cost, Paradigm does not include any amortization of the cost of any investment, equipment, or capital outlay.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

20005.003/54036.1                                7

7. The amount of Paradigm's reimbursement is thirty percent (30%) of the tax savings to the Debtors and is conditioned upon tax savings realized by the Debtors, which total tax savings in this case was $944,935.00. Thus, the amount of compensation sought by Paradigm is $283,480.00. Because Paradigm's reimbursement is conditioned upon the amount of tax savings realized by the Debtors, Paradigm does not seek reimbursement for advanced expenses and/or costs, from third parties or otherwise.

8. The facts set forth in the foregoing Fee Application are true and correct to the best of my knowledge, information and belief.

*David Kline, Managing Consultant*
Paradigm DKD Group, LLC d/b/a Paradigm Tax Group

SWORN TO AND SUBSCRIBED
before me this 19 day of April, 2009

NOTARY PUBLIC

20005.003/54036.1                    8