## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of May, 2009, I served a true and correct copy of the foregoing **Notice** and **First Interim Application of Paradigm DKD Group, LLC d/b/a Paradigm Tax Group for Compensation for Services Rendered as Property Tax Professionals to the Debtors-in-Possession for the Period of January 14, 2009 through March 31, 2009** upon the parties listed below in the manner indicated below.

Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esq.
Christopher Samis, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS U.S. MAIL**
James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Fred Hodara, Esquire
Akin Gump LLP
One Bryant Park
New York, NY 10036

Gordon A. Davies, Esq.
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1

#687613