## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| NORTEL NETWORKS INC., et al., [1] | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 289 |
| | ) | |

**SUPPLEMENTAL DECLARATION OF MICHAEL J. WUNDER IN
CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO
RETAIN AND EMPLOY FRASER MILNER CASGRAIN LLP
AS CANADIAN COUNSEL, NUNC PRO TUNC TO JANUARY 26, 2009**

**MICHAEL J. WUNDER**, hereby declares:

1.      I am an attorney at law admitted to practice before the courts in the Province of

Ontario, Canada.  I am a member of the firm of Fraser Milner Casgrain LLP ("FMC"), which

firm maintains offices at 1 First Canadian Place, 100 King Street West, Suite 3900, Toronto,

Ontario, M5X 1B2.

2.      I am familiar with the matters set forth herein and make this supplemental

declaration (the "Supplemental Declaration") in connection with the Application (the

"Application") of the Official Committee of Unsecured Creditors (the "Committee") of Nortel

Networks Inc., et al. (collectively, the "Debtors") to retain and employ FMC, as Canadian

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

counsel, <u>nunc pro tunc</u> to January 26, 2009 (Doc. No. 287) and my declaration, dated February

13, 2009, submitted in connection therewith (the "<u>Initial Declaration</u>").

      3.      On January 22, 2009 (the "<u>Committee Formation Date</u>"), pursuant to section 1102

of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), the United States Trustee for the

District of Delaware (the "<u>U.S. Trustee</u>") appointed the Committee.  The Committee currently

consists of five members: Airvana, Inc.; Flextronics Corporation (Chairperson); Law Debenture

Trust Company of New York, as indenture trustee; Pension Benefit Guaranty Corporation; and

The Bank of New York Mellon, as indenture trustee.  On January 26, 2009, the Committee

selected FMC to serve as Canadian counsel to the Committee pursuant to section 1103(a) of the

Bankruptcy Code.

      4.      In preparing this Supplemental Declaration, through my colleagues, I caused to be

submitted to FMC's computerized client and conflict database (the "<u>Conflict Database</u>")[2]

additional entities not included in Schedule 1 to the Initial Declaration.  A copy of the list of the

parties searched by FMC in connection with preparation of this Supplemental Declaration is

annexed hereto as Schedule 1 (collectively, the "<u>Searched Parties</u>").  The entities listed in

Schedule 1 to this Supplemental Declaration were either: identified by the Debtors' legal and/or

financial advisors; listed in the Second Supplemental Declaration of James L. Bromley in

Support of Application Authorizing Employment and Retention of Cleary Gottlieb Steen &

---

[2] The Conflict Database maintained by FMC is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is the policy of FMC that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, FMC maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

Hamilton LLP as Counsel for Debtors and Debtors in Possession (Docket No. 371); or came to the attention of FMC through the Committee's lead counsel, Akin Gump Strauss Hauer & Feld LLP, in the course of its representation of the Committee.[3]

## Representation of Parties in Interest[4]

5.      Set forth in Schedule 2 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that FMC either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases.  In connection with the services to be rendered to the Committee, FMC will not commence a cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless FMC receives a waiver from the Current Client allowing FMC to commence such an action.  In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting FMC to participate in such action, the Committee will use conflicts counsel to represent the interests of the Debtors' unsecured creditors.

6.      Set forth in Schedule 3 of this Supplemental Declaration hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the past been adverse to clients of FMC in matters wholly unrelated to these chapter 11 cases.

---

[3] For reasons of confidentiality related to the business of the Debtors, FMC is not permitted at this time to disclose the identity of certain of the parties listed in Schedule 1.  If and when FMC is permitted to disclose such information, FMC will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014.  FMC will disclose such information in confidence to the Office of the United States Trustee if requested to do so.

[4] FMC does not act as general counsel to any of the parties in interest or related entities described herein.

## Other Connections and General Disclosures

7.      FMC may have represented in the past and/or may currently or in the future

represent entities (other than parties included in the attached exhibits) not currently known to

FMC in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest

in these cases.  To the extent that FMC discovers any such information or needs to update the

information disclosed herein, FMC will disclose such information to the Court, the Debtors and

the United States Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

I hereby declare under penalty of perjury that, based upon the information available to

me, the foregoing is true and correct.

Executed on May 20, 2009

_____
Michael J. Wunder

**Schedule 1**

**Parties Who Have Filed Notices of Appearance: March 1, 2009 Through April 14, 2009**

TEKSystems, Inc.
Bell Microproducts, Inc.
Missouri Department of Revenue
Westcon Group North America Inc.
Monarch Alternative Capital LP
SEAL Consulting, Inc.
Tower 333 LLC
Mack Thorpe, Jr.
State of Michigan, Dept. Of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue

**Other Parties in Interest** [1]

McKenna Long & Aldridge LLP
Primerica Financial Services Inc.
Travelers Group
Wipro Technologies
IBM Corporation
Securities and Exchange Commission
Internal Revenue Service
AIMS Logistics LLC (aka Advanced Information Management Systems, LLC)
SCA Music Holdings (Canada) Inc.
Florida Power & Light Company
American Express
Applied Micro Circuits
Paradigm Tax Group, LLC
True Partners Consulting LLC
Ford & Harrison LLP
Paul Hastings Janofsky & Walker LLP
Board of Equalization of State of California

Party A
Party B
Party C
Party D

---

[1] For reasons of confidentiality related to the business of the Debtors, Fraser Milner Casgrain is not permitted at this time to disclose the identity of the parties identified in this Schedule 1 as Parties "A" through "V". If and when Fraser Milner Casgrain is permitted to disclose such information, Fraser Milner Casgrain will file a supplemental declaration with the court pursuant to bankruptcy rule 2014. Fraser Milner Casgrain will disclose such information in confidence to the office of the United States trustee if required to do so.

Party E
Party F
Party G
Party H
Party I
Party J
Party K
Party L
Party M
Party N
Party O
Party P
Party Q
Party R
Party S
Party T
Party U
Party V

## Schedule 2

**Parties Who Have Filed Notices of Appearance:**
**March 1, 2009 through April 19, 2009**

Fraser Milner Casgrain LLP has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

TEKsystems

Fraser Milner Casgrain LLP has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

The Prudential Insurance Company of America

Bell Microproducts, Inc.

Westcon Group North America Inc.

## **Other Parties in Interest**

Fraser Milner Casgrain LLP has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Primerica Financial Services Inc. (COB Citigroup in Canada)

American Express

Party A

Party E

Party F

Party J

Loomis Sayles & Company, L.P.

Fraser Milner Casgrain LLP has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Travelers Group (part of Citigroup)

Wipro Technologies

Paul Hastings Janofsky & Walker LLP

Party C

Party D

Party L

Party N

Party U

Fidelity Management & Research Co.

IBM Corporation

Security and Exchange Commission

**SCHEDULE 3**

**PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1
WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY
OR FORMERLY ADVERSE TO CLIENTS OF FRASER MILNER CASGRAIN LLP**

| | |
|---|---|
| The Prudential Insurance Company of America | American Express |
| Bell Microproducts, In. | Applied Micro Circuits |
| Westcon Group North America | Party A |
| Primerica Financial Services Inc. (COB Citigroup in Canada) | Party C |
| Travelers Group (part of Citigroup) | Party D |
| Wipro Technologies | Party E |
| IBM Corporation | Party F |
| Securities and Exchange Commission | Party J |
| Internal Revenue Service | Party L |
| Pacific Investment Management Company | Party N |
| Sankaty Advisors LLC | Party R |
| | Party S |