# Exhibit B

## Jefferies & Company, Inc.
Breakdown of Expenses
March 1, 2009 – March 31, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | 274.74 |
| Meals | 496.78 |
| Presentation Services | 324.00 |
| Transportation – Air | 1,218.80 |
| Transportation – Ground | 301.24 |
| Total | $2,615.56 |

14