# Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
March 1, 2009 - March 31, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 69.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 27.5 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 32.5 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 50.8 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 33.8 |
| Edward Lee | Vice President, Recapitalization and Restructuring Group | 18.5 |
| David Kay | Associate, Recapitalization and Restructuring Group | 23.8 |
| Paul Zangrilli | Associate, Communication Technologies Group | 44.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 50.0 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 80.8 |
| Tyler Lonsdale | Analyst, Recapitalization and Restructuring Group | 53.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 58.5 |
| Joseph Lok | Analyst, Communication Technologies Group | 47.3 |
| | Total | 590.5 |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

16

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 3/2/2009 | 2.00 | Conference call with Lazard,Company,Akin Gump,FTI re: due diligence,enterprise business and related followup with team; review inter company issues/presentation. |
| Michael Henkin | 3/3/2009 | 1.50 | Calls with Akin and Jefco Team re: hearing/motions and due diligence |
| Michael Henkin | 3/4/2009 | 1.25 | Meeting with Jefco Team re: due dilience,M&A issues and calls with Akin re: same |
| Michael Henkin | 3/5/2009 | 1.25 | Review due diligence information,cash flows,Committee presentation |
| Michael Henkin | 3/5/2009 | 1.50 | Review financials,Communication with Lazard and Jefferies Team re: due diligence |
| Michael Henkin | 3/6/2009 | 2.00 | Committee Call,Review due diligence material |
| Michael Henkin | 3/6/2009 | 0.50 | Call with creditors re: Enterprise business |
| Michael Henkin | 3/8/2009 | 2.00 | Review Akin Gump memo; data room documents |
| Michael Henkin | 3/9/2009 | 10.00 | Review M&A presentations and travel from SF to NYC for committee and management meeting |
| Michael Henkin | 3/10/2009 | 2.50 | Review Lazard presentation,enterprise and motion financials |
| Michael Henkin | 3/11/2009 | 5.25 | Committee meeting with Capstone,Akin,E&Y,Cleary,Akin and Followup meeting with Capstone |
| Michael Henkin | 3/12/2009 | 10.50 | Review M&A documents,Communication with Akin,Travel from NYC to SF |
| Michael Henkin | 3/13/2009 | 1.50 | Communicate with Jefco Team re: work lan,M&A,Due diligence and related document review |
| Michael Henkin | 3/15/2009 | 1.00 | Review due diligence materials |
| Michael Henkin | 3/16/2009 | 1.00 | Review data room documents,Financials and M&A related info |
| Michael Henkin | 3/17/2009 | 1.75 | Call with Jefco Team re: committee call prep; M&A issues,Due diligence |
| Michael Henkin | 3/17/2009 | 1.50 | Call with Creditors re: case issues; review data room documents and communication with Lazard,Akin |
| Michael Henkin | 3/18/2009 | 1.50 | Call with Jefco Team re: motions,Review,M&A related documents |
| Michael Henkin | 3/19/2009 | 1.00 | Communication with Jefco Team re: Committee Call,M&A and valuation issues and related document review |
| Michael Henkin | 3/20/2009 | 1.75 | Calls with Akin,Capstone,Re: M&A issues; related meetings and followup communication with Jefco Team |
| Michael Henkin | 3/20/2009 | 1.00 | Review debtor materials re: M&A issues and related comments |
| Michael Henkin | 3/23/2009 | 1.75 | Communicate with Jefco Team re: M&A valuation issues; review data room documents |
| Michael Henkin | 3/24/2009 | 1.50 | Review due diligence information,Call creditors re: case issues |
| Michael Henkin | 3/24/2009 | 1.00 | Review Akin communication and related documents re: intercompany issues |
| Michael Henkin | 3/25/2009 | 2.00 | UCC prep call and discussion of M&A and intercompany issues; review cash flow analysis and work on Jefco UCC presentation |
| Michael Henkin | 3/25/2009 | 0.50 | Call with Lazard re: M&A and due diligence issues |
| Michael Henkin | 3/26/2009 | 1.75 | Review due diligence documents |
| Michael Henkin | 3/26/2009 | 1.75 | UCC calls with Akin,Capstone,Frasier and Jefco Teams |
| Michael Henkin | 3/27/2009 | 1.50 | Review financials,M&A information; related communication with JEF |
| Michael Henkin | 3/30/2009 | 1.25 | Call with Akin,Capstone,Jefco Team re: proceed allocation issues |
| Michael Henkin | 3/30/2009 | 1.00 | Call with Party re: M&A process |
| Michael Henkin | 3/30/2009 | 1.00 | Call with Lazard re: M&A issues |
| Michael Henkin | 3/31/2009 | 1.00 | Communication with Jefco Team re: M&A issues,Committee call and Lazard call prep |
| Michael Henkin | 3/31/2009 | 1.00 | Call with Akin,Jefco,Capstone,Re: proceed allocation issues |
| **March 2009 Summary Hours for Michael Henkin** | | **69.25** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 3/2/2009 | 2.00 | Call with Company: Enterprise & LTE Announcement |
| Phil Berkowitz | 3/3/2009 | 1.50 | Call with Company: Cost Reduction Plans |
| Phil Berkowitz | 3/4/2009 | 1.00 | Internal Call: Prep for Friday UCC Call on Enterprise, LTE & Velocity |
| Phil Berkowitz | 3/5/2009 | 2.50 | Call with Company: 13 week CF |
| Phil Berkowitz | 3/6/2009 | 2.00 | Call with Committee: Enterprise, LTE, Velocity, CF, TP, Cost Reduction Issues |
| Phil Berkowitz | 3/10/2009 | 2.00 | Call with Company: Carrier & MEN Update |
| Phil Berkowitz | 3/13/2009 | 1.50 | Call with Debtors: Pension Issues |
| Phil Berkowitz | 3/18/2009 | 1.00 | Call with UCC advisors: Prep for UCC call |
| Phil Berkowitz | 3/19/2009 | 4.00 | Call with Company: 2009 Budget (MEN &ES) & TP |
| Phil Berkowitz | 3/24/2009 | 4.00 | Call with Company: Transfer Pricing, Call with Akin/Capstone, Internal Discussions, review materials for meeting |
| Phil Berkowitz | 3/25/2009 | 3.50 | Call with Company: 13 week CF, Call with Cleary/Akin, Call with FAs, review materials for meeting |
| Phil Berkowitz | 3/26/2009 | 1.50 | Weekly Committee Call |
| Phil Berkowitz | 3/31/2009 | 1.00 | Reviewed Project Snow Materials |
| **March 2009 Summary Hours for Phil Berkowitz** | | **27.50** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 3/2/2009 | 2.00 | Call with Debtors and Advisers regarding due diligence,enterprise business and related followup with team; review inter company issues/presentation. |
| Hal Kennedy | 3/3/2009 | 1.50 | Call with Company: Cost Reduction Plans |
| Hal Kennedy | 3/5/2009 | 1.00 | Review due diligence information,cash flows,Committee presentation |
| Hal Kennedy | 3/5/2009 | 2.50 | 13 Week Cash flow Call |
| Hal Kennedy | 3/6/2009 | 2.00 | Call with Committee: Enterprise, LTE, Velocity, CF, TP, Cost Reduction Issues |
| Hal Kennedy | 3/10/2009 | 2.00 | Call with Company: Carrier & MEN Update |
| Hal Kennedy | 3/13/2009 | 1.50 | Pension call with Debtors |
| Hal Kennedy | 3/18/2009 | 1.00 | Call with UCC advisors: Prep for UCC call |
| Hal Kennedy | 3/19/2009 | 4.00 | 2009 Budget (MEN &ES) & TP call with Company |
| Hal Kennedy | 3/23/2009 | 1.75 | Communicate with Jefco Team re: M&A valuation issues; review data room documents |
| Hal Kennedy | 3/24/2009 | 4.00 | Call with Company: Transfer Pricing, Call with Akin/Capstone, Internal Discussions, review materials for meeting |
| Hal Kennedy | 3/25/2009 | 2.00 | UCC prep call and discussion of M&A and intercompany issues; review cash flow analysis and work on Jefco UCC presentation |
| Hal Kennedy | 3/25/2009 | 3.50 | Call with Company: 13 week CF, Call with Cleary/Akin, Call with FAs, review materials for meeting |
| Hal Kennedy | 3/26/2009 | 1.50 | Weekly Committee Call |
| Hal Kennedy | 3/30/2009 | 1.25 | Call with Akin,Capstone,Jefco Team re: proceed allocation issues |
| Hal Kennedy | 3/31/2009 | 1.00 | Communication with Jefco Team re: M&A issues,Committee call and Lazard call prep |
| **March 2009 Summary Hours for Hal Kennedy** | | **32.50** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 3/2/2009 | 2.00 | Call with Company: Enterprise & LTE Announcement |
| Leo Chang | 3/3/2009 | 1.50 | Calls with Akin and Jefco Team re: hearing/motions and due diligence |
| Leo Chang | 3/4/2009 | 1.00 | Meeting with Jefco Team re: due dilience,M&A issues and calls with Akin re: same |
| Leo Chang | 3/4/2009 | 1.00 | Internal Call: Prep for Friday UCC Call on Enterprise, LTE & Velocity |
| Leo Chang | 3/5/2009 | 1.50 | Review financials,Communication with Lazard and Jefferies Team re: due diligence |
| Leo Chang | 3/5/2009 | 2.50 | Call with Company: 13 week CF |
| Leo Chang | 3/6/2009 | 2.00 | Call with Committee: Enterprise, LTE, Velocity, CF, TP, Cost Reduction Issues |
| Leo Chang | 3/8/2009 | 2.00 | Review Akin Gump Documents; various correspondence |
| Leo Chang | 3/10/2009 | 2.00 | Call with Company: Carrier & MEN Update |
| Leo Chang | 3/11/2009 | 5.50 | Committee meeting with Capstone,Akin,E&Y,Cleary,Akin |
| Leo Chang | 3/13/2009 | 1.50 | Communicate with Jefco Team re: work lan,M&A,Due diligence and related document review |
| Leo Chang | 3/17/2009 | 1.75 | Call with Jefco Team re: committee call prep; M&A issues,Due diligence |
| Leo Chang | 3/18/2009 | 1.25 | Internal call motions,Review,M&A related documents |
| Leo Chang | 3/19/2009 | 4.00 | Call with Company: 2009 Budget (MEN &ES) & TP |
| Leo Chang | 3/20/2009 | 2.00 | Calls with Akin,Capstone,Re: M&A issues; related meetings and followup communication with Jefco Team |
| Leo Chang | 3/23/2009 | 2.00 | Jefco Team discussion regarding M&A valuation issues |
| Leo Chang | 3/24/2009 | 4.00 | Call with Company: Transfer Pricing, Call with Akin/Capstone, Internal Discussions, review materials for meeting |
| Leo Chang | 3/25/2009 | 2.00 | UCC prep call and discussion of M&A and intercompany issues; review cash flow analysis and work on Jefco UCC presentation |
| Leo Chang | 3/25/2009 | 3.50 | Call with Company: 13 week CF, Call with Cleary/Akin, Call with FAs, review materials for meeting |
| Leo Chang | 3/26/2009 | 2.00 | UCC calls with Akin,Capstone,Frasier and Jefco Teams |
| Leo Chang | 3/27/2009 | 1.75 | Review financials,M&A information; related communication with internal team |
| Leo Chang | 3/30/2009 | 2.00 | Proceed allocation call with Capstone & Lazard |
| Leo Chang | 3/30/2009 | 1.00 | M&A call with Lazard |
| Leo Chang | 3/31/2009 | 1.00 | Communication with Jefco Team re: M&A issues,Committee call and Lazard call prep |
| **March 2009 Summary Hours for Leo Chang** | | **50.75** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 3/2/2009 | 2.00 | Call with Company: Enterprise & LTE Announcement |
| Gaurav Kittur | 3/3/2009 | 1.50 | Call with Company: Cost Reduction Plans |
| Gaurav Kittur | 3/4/2009 | 1.00 | Internal Call: Prep for Friday UCC Call on Enterprise, LTE & Velocity |
| Gaurav Kittur | 3/5/2009 | 2.25 | Call with Company: 13 week CF |
| Gaurav Kittur | 3/6/2009 | 2.00 | Call with Committee: Enterprise, LTE, Velocity, CF, TP, Cost Reduction Issues |
| Gaurav Kittur | 3/10/2009 | 2.00 | Call with Company: Carrier & MEN Update |
| Gaurav Kittur | 3/11/2009 | 6.00 | Committee meeting with management |
| Gaurav Kittur | 3/13/2009 | 1.50 | Call with Debtors: Pension Issues |
| Gaurav Kittur | 3/18/2009 | 1.25 | Call with UCC advisors: Prep for UCC call |

| Banker | Date | Hours | Description |
|---|---|---|---|
| Gaurav Kittur | 3/19/2009 | 4.00 | Call with Company: 2009 Budget (MEN &ES) & TP |
| Gaurav Kittur | 3/24/2009 | 4.00 | Call with Company: Transfer Pricing, Call with Akin/Capstone, Internal Discussions, review materials for meeting |
| Gaurav Kittur | 3/25/2009 | 3.75 | Call with Company: 13 week CF, Call with Cleary/Akin, Call with FAs, review materials for meeting |
| Gaurav Kittur | 3/26/2009 | 1.50 | Weekly Committee Call |
| Gaurav Kittur | 3/31/2009 | 1.00 | Reviewed Project Snow Materials |
| **March 2009 Summary Hours for Gaurav Kittur** | | **33.75** | |
| | | | |
| *Edward Lee* | | | |
| Edward Lee | 3/2/2009 | 1.00 | Various correspondence, call with Company and other professionals |
| Edward Lee | 3/6/2009 | 4.00 | Committee call, various correspondence, call with counsel, prepare materials |
| Edward Lee | 3/10/2009 | 2.00 | Various correspondence, call with Company |
| Edward Lee | 3/16/2009 | 1.75 | Meeting with committee member, various correspondence |
| Edward Lee | 3/17/2009 | 2.00 | Review materials, calls with other advisors, various correspondence, prepare analysis / materials |
| Edward Lee | 3/21/2009 | 0.50 | Review materials, various correspondence |
| Edward Lee | 3/22/2009 | 2.25 | Review / update materials, call with Company advisor |
| Edward Lee | 3/23/2009 | 3.00 | Calls with Company advisors, various correspondence, review materials |
| Edward Lee | 3/26/2009 | 2.00 | Committee call |
| **March 2009 Summary Hours for Edward Lee** | | **18.50** | |
| | | | |
| *David Kay* | | | |
| David Kay | 3/2/2009 | 1.00 | Various correspondence, call with Company and other professionals |
| David Kay | 3/3/2009 | 0.50 | Call with Company |
| David Kay | 3/4/2009 | 1.00 | Call (Internal) re: prep for Friday UCC call covering Enterprise,LTE and Velocity. |
| David Kay | 3/6/2009 | 4.00 | Committee call, various correspondence, call with counsel, prepare materials |
| David Kay | 3/10/2009 | 2.00 | Call with Company re: Carrier and MEN update. |
| David Kay | 3/12/2009 | 0.75 | Review materials |
| David Kay | 3/13/2009 | 0.50 | Various correspondence |
| David Kay | 3/16/2009 | 2.00 | Meeting with committee member, various correspondence |
| David Kay | 3/17/2009 | 0.50 | Various correspondence |
| David Kay | 3/18/2009 | 2.00 | Calls with other advisors, various correspondence |
| David Kay | 3/19/2009 | 4.00 | Call w/ Company re: 2009 budget (MEN & ES) and TP issues |
| David Kay | 3/23/2009 | 2.50 | Calls with Company advisors, various correspondence, review materials, due diligence coordination |
| David Kay | 3/26/2009 | 2.00 | Call with Company and other professionals, Committee call |
| David Kay | 3/30/2009 | 1.00 | Various correspondence |
| **March 2009 Summary Hours for David Kay** | | **23.75** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 3/2/2009 | 8.00 | Update presentation for Committee |
| Paul Zangrilli | 3/18/2009 | 7.75 | valuation for committee meeting |
| Paul Zangrilli | 3/19/2009 | 3.00 | Calls with Company |
| Paul Zangrilli | 3/23/2009 | 2.00 | Enterprise Valuation Analysis |
| Paul Zangrilli | 3/23/2009 | 4.00 | Enterprise and MEN Valuation Analysis |
| Paul Zangrilli | 3/24/2009 | 12.25 | Enterprise valuation materials |
| Paul Zangrilli | 3/26/2009 | 1.50 | Committee Call |
| Paul Zangrilli | 3/31/2009 | 3.00 | Review of MEN dataroom |
| Paul Zangrilli | 3/31/2009 | 3.00 | MEN Financial Analysis |
| **March 2009 Summary Hours for Paul Zangrilli** | | **44.50** | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 3/2/2009 | 1.00 | Various correspondence, call with Company and other professionals |
| Cary Verasco | 3/3/2009 | 0.50 | Call with Company |
| Cary Verasco | 3/4/2009 | 2.50 | Review materials / analyses, various correspondence, internal discussions |
| Cary Verasco | 3/5/2009 | 4.00 | Update materials / analysis, various correspondence, calls with Company and various other professionals |
| Cary Verasco | 3/6/2009 | 4.00 | Committee call, various correspondence, call with counsel, prepare materials |
| Cary Verasco | 3/7/2009 | 0.50 | Various correspondence |
| Cary Verasco | 3/9/2009 | 0.50 | Various correspondence |
| Cary Verasco | 3/10/2009 | 2.00 | Various correspondence, call with Company |
| Cary Verasco | 3/12/2009 | 0.50 | Review materials |
| Cary Verasco | 3/13/2009 | 0.50 | Various correspondence |
| Cary Verasco | 3/16/2009 | 2.00 | Meeting with committee member, various correspondence |
| Cary Verasco | 3/17/2009 | 0.50 | Various correspondence |
| Cary Verasco | 3/18/2009 | 5.00 | Review materials, calls with other advisors, various correspondence, prepare analysis / materials |
| Cary Verasco | 3/19/2009 | 5.00 | Various correspondence, due diligence coordination, calls with Company and other advisors, Committee call, Review materials |
| Cary Verasco | 3/20/2009 | 3.00 | Review materials, various correspondence |
| Cary Verasco | 3/21/2009 | 0.50 | Various correspondence |
| Cary Verasco | 3/22/2009 | 2.00 | Review / update materials, call with Company advisor |
| Cary Verasco | 3/23/2009 | 4.50 | Calls with Company advisors, various correspondence, review materials, due diligence coordination |
| Cary Verasco | 3/24/2009 | 2.00 | Various correspondence, internal discussions, call with Company and other professionals |
| Cary Verasco | 3/25/2009 | 3.50 | Various correspondence, calls with Company and other professionals, review document |
| Cary Verasco | 3/26/2009 | 2.00 | Call with Company and other professionals, Committee call |
| Cary Verasco | 3/27/2009 | 3.00 | Meeting with Company and other professionals, various correspondence |
| Cary Verasco | 3/29/2009 | 0.50 | Various correspondence |
| Cary Verasco | 3/30/2009 | 0.50 | Various correspondence |
| **March 2009 Summary Hours for Cary Verasco** | | **50.00** | |
| | | | |
| *Gene Chen* | | | |
| Gene Chen | 3/2/2009 | 2.00 | Data room diligence. Review materials |
| Gene Chen | 3/2/2009 | 2.00 | Call w/ Company re: Enterprise and LTE announcement. |
| Gene Chen | 3/3/2009 | 1.50 | Call with Company re: cost reduction plans. |
| Gene Chen | 3/4/2009 | 7.50 | Draft UCC presentation discussing Enterprise,LTE,Velocity. Data room diligence. |
| Gene Chen | 3/4/2009 | 1.00 | Call (Internal) re: prep for Friday UCC call covering Enterprise,LTE and Velocity. |
| Gene Chen | 3/5/2009 | 1.50 | Finalize presentation to UCC. Data room diligence. |
| Gene Chen | 3/5/2009 | 2.50 | Call with Company re: 13-Week CF. |
| Gene Chen | 3/6/2009 | 2.00 | Call w/ Committee re: Enterprise,LTE,Velocity,CF,TP,Cost reduction,etc. |
| Gene Chen | 3/6/2009 | 3.00 | Data room diligence. Document review. |
| Gene Chen | 3/10/2009 | 2.00 | Data room diligence. Prepare for Committee meeting. |
| Gene Chen | 3/10/2009 | 1.50 | Data room diligence. |
| Gene Chen | 3/10/2009 | 2.00 | Call with Company re: Carrier and MEN update. |
| Gene Chen | 3/11/2009 | 3.50 | Meeting with UCC and Debtors at Akin Gump. |
| Gene Chen | 3/13/2009 | 1.50 | Call with Debtors re: pension issues |
| Gene Chen | 3/13/2009 | 2.00 | Data room diligence. Document review. |
| Gene Chen | 3/17/2009 | 3.00 | Data room diligence. Review M&A & CF materials |
| Gene Chen | 3/18/2009 | 5.00 | Prepare verbal presentation for UCC call. Data room diligence. |
| Gene Chen | 3/18/2009 | 1.00 | Call w/ UCC advisors re: prep for UCC call. |
| Gene Chen | 3/19/2009 | 4.00 | Call w/ Company re: 2009 budget (MEN & ES) and TP issues |
| Gene Chen | 3/19/2009 | 4.00 | Review pension & TP docs. Data room diligence. |
| Gene Chen | 3/20/2009 | 1.00 | Review pension docs. Data room diligence. |
| Gene Chen | 3/22/2009 | 2.00 | Review transfer pricing and pension related docs. |
| Gene Chen | 3/23/2009 | 1.50 | Call scheduling. Internal coordination. Review transfer pricing docs. |
| Gene Chen | 3/23/2009 | 0.50 | Log hours |
| Gene Chen | 3/23/2009 | 1.00 | Data room diligence. |
| Gene Chen | 3/24/2009 | 2.25 | Call with Nortel re: transfer pricing model |
| Gene Chen | 3/24/2009 | 1.00 | Review 13-week CF,M&A docs |
| Gene Chen | 3/24/2009 | 1.75 | Review transfer pricing & M&A docs. Data room diligence |
| Gene Chen | 3/24/2009 | 0.75 | Internal call to discuss workplan,Prepare for UCC call |
| Gene Chen | 3/24/2009 | 0.75 | Call with Akin/Capstone re: retention of Deloitte |
| Gene Chen | 3/25/2009 | 0.75 | Call with Cleary re: Equinox IP |
| Gene Chen | 3/25/2009 | 1.00 | Call with Nortel re: 13-Week CF |
| Gene Chen | 3/25/2009 | 2.00 | Review materials. Data room diligence |
| Gene Chen | 3/25/2009 | 1.00 | Call with UCC Professional re: Prep |

| Banker | Date | Hours | Description |
|---|---|---|---|
| Gene Chen | 3/25/2009 | 0.50 | Call with Lazard re: M&A, board meeting |
| Gene Chen | 3/26/2009 | 1.50 | Call (weekly) with UCC re: cash, M&A, Pension, etc. |
| Gene Chen | 3/27/2009 | 1.75 | Call with Deloitte re: proceed allocation |
| Gene Chen | 3/29/2009 | 0.75 | Review pension materials |
| Gene Chen | 3/30/2009 | 1.50 | Data room diligence. Review pension materials |
| Gene Chen | 3/31/2009 | 5.00 | Data room diligence. Review M&A-related docs |
| March 2009 Summary Hours for Gene Chen | | 80.75 | |
| | | | |
| *Tyler Lonsdale* | | | |
| Tyler Lonsdale | 3/2/2009 | 2.00 | Call w/ Company re: Enterprise and LTE |
| Tyler Lonsdale | 3/3/2009 | 2.00 | Cost reduction and restructuring call with Company |
| Tyler Lonsdale | 3/4/2009 | 1.00 | Internal prep call for UCC call, covering Enterprise, LTE and Velocity. |
| Tyler Lonsdale | 3/6/2009 | 2.25 | Call w/ Committee re: Enterprise, LTE, Velocity, CF, TP, Cost reduction, etc |
| Tyler Lonsdale | 3/7/3009 | 1.50 | Various correspondence |
| Tyler Lonsdale | 3/10/2009 | 2.00 | Carrier and MEN update call with Company |
| Tyler Lonsdale | 3/11/2009 | 3.50 | Meeting with Company and UCC at Akin Gump |
| Tyler Lonsdale | 3/12/2009 | 1.50 | Data room diligence. Various correspondence |
| Tyler Lonsdale | 3/15/2009 | 2.50 | Data room diligence. Document review. |
| Tyler Lonsdale | 3/18/2009 | 1.00 | Call w/ UCC advisors re: prep for UCC call |
| Tyler Lonsdale | 3/19/2009 | 10.00 | Travel to Toronto for discussion re: 2009 budget (MEN & ES) and TP issues |
| Tyler Lonsdale | 3/20/2009 | 2.75 | Review various docs. Data room diligence. |
| Tyler Lonsdale | 3/23/2009 | 2.00 | Review transfer pricing documentation, various correspondence |
| Tyler Lonsdale | 3/24/2009 | 2.00 | Call with Nortel re: transfer pricing model |
| Tyler Lonsdale | 3/24/2009 | 1.00 | Review 13 week cash flow and M&A docs |
| Tyler Lonsdale | 3/24/2009 | 0.75 | Internal call to discuss workplan and Prepare for UCC call |
| Tyler Lonsdale | 3/24/2009 | 2.00 | Call with Akin/Capstone re: retention of Deloitte |
| Tyler Lonsdale | 3/24/2009 | 2.50 | Data room diligence. Various correspondence |
| Tyler Lonsdale | 3/25/2009 | 0.75 | Call with Cleary re: Equinox IP |
| Tyler Lonsdale | 3/25/2009 | 1.50 | 13 Week CF call with the Company |
| Tyler Lonsdale | 3/25/2009 | 1.00 | Professionals' prep call for UCC call |
| Tyler Lonsdale | 3/25/2009 | 0.50 | Call with Lazard re: M&A, board meeting |
| Tyler Lonsdale | 3/26/2009 | 1.50 | Weekly UCC call re: cash, M&A, Pension, etc. |
| Tyler Lonsdale | 3/27/2009 | 2.00 | Call re: Nortel real estate sale update |
| Tyler Lonsdale | 3/30/2009 | 4.00 | Data room diligence. Review pension materials |
| March 2009 Summary Hours for Tyler Lonsdale | | 53.50 | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 3/2/2009 | 2.00 | Call with Company: Enterprise |
| Ryan Stuckert | 3/3/2009 | 1.50 | Call with Company: Cost Reduction |
| Ryan Stuckert | 3/4/2009 | 1.00 | Internal Call: Friday UCC Call Prep |
| Ryan Stuckert | 3/6/2009 | 2.00 | Call with Committee: ENterprise, LTE, Velocity |
| Ryan Stuckert | 3/6/2009 | 2.00 | Call with Company: Carrier & MEN |
| Ryan Stuckert | 3/13/2009 | 1.50 | Call with Debtors: Pension |
| Ryan Stuckert | 3/17/2009 | 11.50 | Prepared preliminary Enterprise Valuation Materials |
| Ryan Stuckert | 3/18/2009 | 6.00 | Financial analysis for Internal Call |
| Ryan Stuckert | 3/18/2009 | 1.00 | Call with UCC advisors: UCC call prep |
| Ryan Stuckert | 3/19/2009 | 4.00 | Call with Company: 2009 budget |
| Ryan Stuckert | 3/23/2009 | 5.00 | Financial analysis, Prepare presentation |
| Ryan Stuckert | 3/24/2009 | 10.00 | Financial analysis, Prepare for meeting, Prepare presentation, Call with Akin, Internal discussion with team members |
| Ryan Stuckert | 3/25/2009 | 2.50 | Financial analysis, Prepare for meeting, Prepare presentation |
| Ryan Stuckert | 3/25/2009 | 5.50 | Financial analysis, Prepare for meeting, Prepare presentation |
| Ryan Stuckert | 3/31/2009 | 1.50 | Organized & Reviewed Project Snow Dataroom Materials |
| Ryan Stuckert | 3/31/2009 | 1.50 | Organized Dataroom Materials |
| March 2009 Summary Hours for Ryan Stuckert | | 58.50 | |
| | | | |
| *Joseph Lok* | | | |
| Joseph Lok | 3/12/2009 | 6.00 | Financial analysis, Comps |
| Joseph Lok | 3/12/2009 | 3.00 | Prepare presentation |
| Joseph Lok | 3/13/2009 | 1.50 | Call w debotrs re: pension issues |
| Joseph Lok | 3/17/2009 | 3.00 | Financial analysis, Prepare presentation |
| Joseph Lok | 3/17/2009 | 11.50 | Prepare val update for business units |
| Joseph Lok | 3/18/2009 | 1.00 | Valuation update |
| Joseph Lok | 3/18/2009 | 6.00 | Financial analysis for Internal Call |
| Joseph Lok | 3/19/2009 | 4.00 | Call w/ Company re: 2009 budget (MEN & ES) and TP issues |
| Joseph Lok | 3/24/2009 | 8.00 | Financial analysis, Prepare for meeting, Prepare presentation, Call with Akin, Internal discussion with team members |
| Joseph Lok | 3/26/2009 | 1.50 | Call (weekly) with UCC re: cash, M&A, Pension, etc. |
| Joseph Lok | 3/27/2009 | 1.75 | Call with Deloitte re: proceed allocation |
| March 2009 Summary Hours for Joseph Lok | | 47.25 | |