IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re                                                                              : Chapter 11
:
Nortel Networks Inc., et al.,[1]                                      : Case No. 09-10138 (KG)
:
                             Debtors.   : Jointly Administered
:
-----------------------------------------------------------X

### NOTICE OF SERVICE [RE: D.I. NO. 766]

PLEASE TAKE NOTICE that on May 19, 2009, copies of the **Order Pursuant To § 105(a) Amending The Debtors' Case Caption** (D.I. 766, Entered 5/19/09) were served in the manner indicated upon the parties on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: May 20, 2009
       Wilmington, Delaware

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                          James L. Bromley
                          Lisa M. Schweitzer
                          One Liberty Plaza
                          New York, New York 10006
                          Telephone: (212) 225-2000
                          Facsimile: (212) 225-3999

                                     - and -

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/*
                          _____
                          Derek C. Abbott (No. 3376)
                          Eric D. Schwartz (No. 3134)
                          Ann C. Cordo (No. 4817)
                          Andrew R. Remming (No. 5120)
                          1201 North Market Street, 18th Floor
                          P.O. Box 1347
                          Wilmington, DE 19899-1347
                          Telephone: 302-658-9200
                          Facsimile: 302-425-4663

                          Counsel for the Debtors and
                          Debtors in Possession

2899864.1