# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.
**CASE NO.:** 09-10138 - KG

**COURTROOM LOCATION:** 3
**DATE:** 5/20/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Hodara | Akin Gump | Committee |
| Chris Samis | Richards Layton + Finger | " |
| Kathleen Murphy | Reed Smith | Qwest |
| Annie Cordo | Morris Nichols Arsht + Tunnel | Debtors |
| Kate Weaver | Cleary Gottlieb Steen Hamilton | " |
| Jim Bromley | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
#### Courtroom

Calendar Date: 05/20/2009
Calendar Time: 10:00 AM

Amended Calendar 05/19/2009 10:58 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2781676 | Patricia Fokuo | Schiff Hardin LLP | Creditor, Anixter / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2837593 | Thomas Kokalas | Bracewell & Giuliani - New York | Interested Party, Nortel UK / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2837940 | Lisa Kraidin | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2835619 | Darryl Laddin | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2837766 | Katherine Lindsay | Bracewell & Giuliani - Conneticut | Interested Party, Nortel UK / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2783677 | Anneliese H. Pak | Ropes & Gray LLP | Interested Party, Silver Lake Capital, et al / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2781664 | Jon Vigano | Schiff Hardin LLP | Creditor, Anixter / LIVE |