IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
In re                                                 :   Chapter 11
                                                      :
Nortel Networks Inc., et al.,¹                        :   Case No. 09-10138 (KG)
                                                      :
                    Debtors.                          :   Jointly Administered
                                                      :
------------------------------------------------------X
```

## AMENDED² OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| June 11, 2009 | 2:00 p.m. (Eastern Time) |
| June 26, 2009 . | 3:00 p.m. (Eastern Time) |
| July 7, 2009 | 11:00 a.m. (Eastern Time) |
| July 21, 2009 | 10:00 a.m. (Eastern Time) |
| August 4, 2009 | 10:00 a.m. (Eastern Time) |
| August. 18, 2009 | 10:00 a.m. (Eastern Time) |
| September 2, 2009 | 10:00 a.m. (Eastern Time) |
| **September 15, 2009** | **10:00 a.m. (Eastern Time)** |
| September 30, 2009 | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
_____, 2009

                                              The Honorable Kevin Gross
                                              United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Omnibus Order are indicated in **bold** type face.