# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1, 2009 THROUGH APRIL 30, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,488.34 |
| Conference Call Charges | $11,954.90 |
| Courier Service/Postage | $178.88 |
| Duplicating (@ $0.10 per page) | $400.80 |
| Meals/Committee Meeting Expenses | $2,153.76 |
| Travel Expenses – Airfare | $782.88 |
| Travel Expenses – Ground Transportation | $2,632.65 |
| Travel Expenses – Incidentals | $27.69 |
| Travel Expenses – Lodging | $892.17 |
| Travel Expenses – Parking | $28.00 |
| Travel Expenses – Train Fare | $1,661.00 |
| **TOTAL** | **$22,201.07** |

8162124 v3