# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1255701 |
| ATTN: JOHN DOLITTLE | Invoice Date 05/18/09 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/03/09 | Travel - Airfare  Travel for Court Hearing; Air Canada | $306.88 |
| 02/03/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel Hearing; Sheraton Gateway Hotel | $264.45 |
| 02/03/09 | Travel - Incidentals - Out-of-Town Travel Sheraton Gateway | $27.69 |
| 02/04/09 | Travel - Airfare  Travel for hearing; Air Canada | $476.00 |
| 02/04/09 | Meals - Business  Ryan Jacobs; Hotel DuPont | $6.00 |
| 02/04/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Hearing; Hotel DuPont | $218.90 |
| 02/05/09 | Meals - Business  Ryan Jacobs; Hotel DuPont | $28.94 |
| 02/09/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel Hearing; Sheraton Centre Toronto Hotel | $200.14 |
| 02/18/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 473986 DATE: 2/22/2009 Lilling Austin - Haru On Broadway Min 12% Tip) - 02/18/2009 | $39.37 |
| 02/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-021409; DATE: 2/21/2009 | $33.64 |
| 02/23/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 640783 DATE: 3/13/2009 | $57.28 |

| Date | Description | Amount |
|---|---|---|
| | Vendor: Executive Royal Voucher #: RV087351L9 Date: 02/23/2009 Name: Kevin Rowe\|\|Car Service, Vendor: Executive Royal Voucher #: RV087351L9 Date: 02/23/2009 Name: Kevin Rowe | |
| 02/23/09 | Travel - Ground Transportation Taxi home from office.; NYC Taxi Receipt | $11.27 |
| 02/25/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079346 DATE: 3/11/2009 Vendor: Dial Car Voucher #: DLA2840756 Date: 02/25/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2840756 Date: 02/25/2009 Name: Ken Davis | $110.58 |
| 02/25/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079346 DATE: 3/11/2009 Vendor: Dial Car Voucher #: DLA2841436 Date: 02/25/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2841436 Date: 02/25/2009 Name: David Botter | $115.93 |
| 02/26/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 8143122243 DEPARTURE DATE: 02/26/2009 ROUTE: NYP WIL | $37.00 |
| 02/26/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0ABE0A DEPARTURE DATE: 02/27/2009 ROUTE: NYP WIL | $104.00 |
| 02/27/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 8143157585 DEPARTURE DATE: 02/27/2009 ROUTE: NYP WIL NYP | $37.00 |
| 02/27/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0ABEA0 DEPARTURE DATE: 02/27/2009 ROUTE: NYP WIL NYP | $149.00 |
| 03/02/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079346 DATE: 3/11/2009 Vendor: Dial Car Voucher #: DLA2933302 Date: 03/02/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2933302 Date: 03/02/2009 Name: Ken Davis | $109.30 |
| 03/04/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| | PASSENGER: BOTTER DAVID H TICKET #: 8140827289 DEPARTURE DATE: 03/04/2009 ROUTE: NYP WIL NYP | |
| 03/04/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 8143295878 DEPARTURE DATE: 03/04/2009 ROUTE: NYP WIL NYP | $37.00 |
| 03/04/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7344535647 DEPARTURE DATE: 03/05/2009 ROUTE: NYP WIL NYP | $305.00 |
| 03/04/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 10A670 DEPARTURE DATE: 03/05/2009 ROUTE: NYP WIL NYP | $-238.00 |
| 03/04/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 10A670 DEPARTURE DATE: 03/05/2009 ROUTE: NYP WIL NYP | $238.00 |
| 03/04/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079450 DATE: 3/18/2009 Vendor: Dial Car Voucher #: DLA2857009 Date: 03/04/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2857009 Date: 03/04/2009 Name: Ken Davis | $101.14 |
| 03/05/09 | Travel - Ground Transportation taxi home from office.; NYC taxi receipt | $11.27 |
| 03/05/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079450 DATE: 3/18/2009 Vendor: Dial Car Voucher #: DLA1854585 Date: 03/05/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA1854585 Date: 03/05/2009 Name: Ken Davis | $101.14 |
| 03/05/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079450 DATE: 3/18/2009 Vendor: Dial Car Voucher #: DLA2836330 Date: 03/05/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2836330 Date: 03/05/2009 Name: David Botter | $115.93 |
| 03/05/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079450 DATE: 3/18/2009 | $38.41 |

| Date | Description | Amount |
|---|---|---|
| 03/09/09 | Vendor: Dial Car Voucher #: NSA2960046 Date: 03/05/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: NSA2960046 Date: 03/05/2009 Name: David Botter | $28.15 |
| 03/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 485765 DATE: 3/15/2009 Hodara Fred - Fresh Basil's - 03/09/2009 | $28.14 |
| 03/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 485765 DATE: 3/15/2009 Kahn Brad - Fresh Basil's - 03/09/2009 | $28.15 |
| 03/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 485765 DATE: 3/15/2009 Jacobs Ryan - Fresh Basil's - 03/09/2009 | |
| 03/09/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 640783 DATE: 3/13/2009 Vendor: Executive Royal Voucher #: 142893 Date: 03/09/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 142893 Date: 03/09/2009 Name: Peter Sprofera | $30.25 |
| 03/09/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079697 DATE: 3/25/2009 Vendor: Dial Car Voucher #: DLA2841993 Date: 03/09/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2841993 Date: 03/09/2009 Name: David Botter | $111.85 |
| 03/10/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079697 DATE: 3/25/2009 Vendor: Dial Car Voucher #: DLA2851009 Date: 03/10/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2851009 Date: 03/10/2009 Name: Ken Davis | $104.71 |
| 03/11/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361248 DATE: 3/20/2009 Vendor: Prime Time Voucher #: 966136 Date: 03/11/2009 Name: Fred Hodara\|\|Car Service, Vendor: Prime Time Voucher #: 966136 Date: 03/11/2009 Name: Fred Hodara | $58.81 |
| 03/11/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079697 DATE: 3/25/2009 Vendor: Dial Car Voucher #: DLA2879584 Date: 03/11/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2879584 Date: | $137.86 |

| Date | Description | Amount |
|---|---|---|
| 03/12/09 | 03/11/2009 Name: Ken Davis Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 485765 DATE: 3/15/2009 Sturm Joshua - Eden Wok - 03/12/2009 | $25.89 |
| 03/16/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009 Jacobs Ryan - Fresh Basil's - 03/16/2009 | $36.82 |
| 03/16/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009 Persaud Nyron - Haru On Broadway Min 12% Tip) - 03/16/2009 | $45.58 |
| 03/16/09 | Travel - Ground Transportation Taxi home from office.; NYC Taxi Receipt | $12.00 |
| 03/17/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009 Lilling Austin - Metro Marche Restaurant 8th Ave) - 03/17/2009 | $35.92 |
| 03/17/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009 Persaud Nyron - Metro Marche Restaurant 8th Ave) - 03/17/2009 | $35.92 |
| 03/17/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1079697 DATE: 3/25/2009 Vendor: Dial Car Voucher #: DLA2844092 Date: 03/17/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2844092 Date: 03/17/2009 Name: Ken Davis | $117.72 |
| 03/18/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009 Sturm Joshua - Abigaels on Broadway - 03/18/2009 | $30.33 |
| 03/18/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009 Jacobs Ryan - Havana Central Time Square) - 03/18/2009 | $28.31 |
| 03/18/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009 Kahn Brad - Havana Central Time Square) - 03/18/2009 | $28.31 |
| 03/18/09 | Meals - Business F. Hodara; Pret A Manger | $12.82 |
| 03/18/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH | $101.45 |

| Date | Description | Amount |
|---|---|---|
| 03/18/09 | SERVICES, INC INVOICE#: 641223 DATE: 3/27/2009<br>Vendor: Executive Royal Voucher #: 939405 Date: 03/18/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 939405 Date: 03/18/2009 Name: Fred Hodara<br>Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 641223 DATE: 3/27/2009<br>Vendor: Executive Royal Voucher #: 142679 Date: 03/18/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 142679 Date: 03/18/2009 Name: Peter Sprofera | $30.25 |
| 03/19/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009<br>Jacobs Ryan - Havana Central Time Square) - 03/19/2009 | $22.88 |
| 03/19/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009<br>Kahn Brad - Havana Central Time Square) - 03/19/2009 | $22.88 |
| 03/19/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 489575 DATE: 3/22/2009<br>Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 03/19/2009 | $32.41 |
| 03/19/09 | Meals - Business 03/19/09 - SHALINDA THIBODEAUX<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800020; DATE: 3/19/2009 - CUSTOMER# F203380000<br>(Working lunch in connection with Committee call – F. Hodara, D. Botter, R. Jacobs, K. Rowe, K. Davis, B. Kahn, J. Sturm) | $156.60 |
| 03/19/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080395 DATE: 4/8/2009<br>Vendor: Dial Car Voucher #: DLA2926167 Date: 03/19/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2926167 Date: 03/19/2009 Name: Ken Davis | $109.30 |
| 03/19/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 641223 DATE: 3/27/2009<br>Vendor: Executive Royal Voucher #: 112511 Date: 03/19/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 112511 Date: 03/19/2009 Name: Fred Hodara | $102.47 |

| Date | Description | Amount |
|---|---|---|
| 03/19/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 8140827304 DEPARTURE DATE: 03/19/2009 ROUTE: NYP WIL NYP | $37.00 |
| 03/19/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 8140827303 DEPARTURE DATE: 03/19/2009 ROUTE: NYP WIL NYP | $37.00 |
| 03/19/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7344535667 DEPARTURE DATE: 03/20/2009 ROUTE: NYP WIL NYP | $290.00 |
| 03/19/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7344535666 DEPARTURE DATE: 03/20/2009 ROUTE: NYP WIL NYP | $290.00 |
| 03/20/09 | Travel - Ground Transportation cab from Penn station to office; NYC Taxi | $5.70 |
| 03/20/09 | Travel - Ground Transportation cab from Delaware train station to court; Seacoast Cab Company | $10.00 |
| 03/20/09 | Meals - Business R. Jacobs; Quiznos | $7.38 |
| 03/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-031409; DATE: 3/21/2009 | $90.77 |
| 03/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009 Jacobs Ryan - Connollys Irish Pub & Restaurant - 03/23/2009 | $31.24 |
| 03/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009 Kahn Brad - Connollys Irish Pub & Restaurant - 03/23/2009 | $31.25 |
| 03/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009 Davis Ken Kenneth) - Taki Sushi - 03/23/2009 | $21.37 |
| 03/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009 Lilling Austin - Fresco Tortilla Taco - | $24.15 |

| Date | Description | Amount |
|---|---|---|
| 03/23/09 | 03/23/2009<br>Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080166 DATE: 4/1/2009<br> Vendor: Dial Car Voucher #: DLA2828303 Date: 03/23/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2828303 Date: 03/23/2009 Name: Ken Davis | $101.14 |
| 03/24/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009<br>Davis Ken Kenneth) - Mee Noodle Shop - 03/24/2009 | $15.25 |
| 03/24/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009<br>Jacobs Ryan - Connollys Irish Pub & Restaurant - 03/24/2009 | $30.34 |
| 03/24/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080166 DATE: 4/1/2009<br> Vendor: Dial Car Voucher #: DLA2868177 Date: 03/24/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2868177 Date: 03/24/2009 Name: Ken Davis | $100.63 |
| 03/24/09 | Travel - Ground Transportation  Taxi home from office; NYC taxi receipt | $15.00 |
| 03/25/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009<br>Davis Ken Kenneth) - Akdeniz - 03/25/2009 | $26.67 |
| 03/25/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080395 DATE: 4/8/2009<br> Vendor: Dial Car Voucher #: DLA2949248 Date: 03/25/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2949248 Date: 03/25/2009 Name: David Botter | $109.81 |
| 03/25/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 8143952237 DEPARTURE DATE: 03/25/2009 ROUTE: NYP WIL NYP | $37.00 |
| 03/25/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR09-53062500000206 DATE: 3/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0FAE23 DEPARTURE DATE: 03/26/2009 ROUTE: NYP WIL NYP | $238.00 |
| 03/26/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL | $32.58 |

| Date | Description | Amount |
|---|---|---|
| 03/26/09 | SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009 Lilling Austin - Metro Marche Restaurant 8th Ave) - 03/26/2009 Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009 Sturm Joshua - Cafe K - 03/26/2009 | $26.39 |
| 03/26/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009 Kahn Brad - Abitino's Pizza & Italian Kitchen - 03/26/2009 | $17.78 |
| 03/26/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080395 DATE: 4/8/2009 Vendor: Dial Car Voucher #: DLA2830498 Date: 03/26/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2830498 Date: 03/26/2009 Name: Ken Davis | $106.50 |
| 03/26/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080395 DATE: 4/8/2009 Vendor: Dial Car Voucher #: DLA2868181 Date: 03/26/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2868181 Date: 03/26/2009 Name: Ken Davis | $98.34 |
| 03/26/09 | Travel - Ground Transportation Taxi home from office; Flyte Tyme Taxi Receipt | $25.00 |
| 03/27/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 641466 DATE: 4/3/2009 Vendor: Executive Royal Voucher #: RVZ87371F9 Date: 03/27/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RVZ87371F9 Date: 03/27/2009 Name: Stephen Kuhn | $36.93 |
| 03/27/09 | Travel - Parking Parking re: attendance at meeting.; Nortel - Parking | $28.00 |
| 03/27/09 | Meals (100%) 3/26/2008 - Bill Sturm VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800021; DATE: 3/27/2009 | $41.18 |
| 03/28/09 | Travel - Train Fare transportation; Metro North | $11.00 |
| 03/28/09 | Travel - Ground Transportation taxi service; Taxi NY | $6.50 |
| 03/28/09 | Travel - Ground Transportation taxi service; Taxi NY | $6.90 |
| 03/30/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/30/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $304.29 |
| 03/30/09 | Travel - Ground Transportation | $108.79 |

| Date | Description | Amount |
|---|---|---|
| 03/30/09 | VENDOR: DIAL CAR INC INVOICE#: 1080395 DATE: 4/8/2009 Vendor: Dial Car Voucher #: DLA2879595 Date: 03/30/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2879595 Date: 03/30/2009 Name: David Botter | $18.20 |
| 03/30/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 496641 DATE: 4/5/2009 Kuhn Stephen - Bread Factory Cafe 42nd/9th) - 03/30/2009 | $47.43 |
| 03/31/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 496641 DATE: 4/5/2009 Jacobs Ryan and Brad Kahn - Connollys Irish Pub & Restaurant - 03/30/2009 | $8.10 |
| 03/31/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E149 DATE: 4/4/2009 TRACKING #: 1Z02E52E0151959536; PICKUP DATE: 03/31/2009; SENDER: Brad Kahn/JM; RECEIVER: Suzanne Kelly - Pension Benefit Guaranty Co; | $113.89 |
| 03/31/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 641466 DATE: 4/3/2009 Vendor: Executive Royal Voucher #: 127870 Date: 03/31/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 127870 Date: 03/31/2009 Name: Stephen Kuhn | $26.39 |
| 03/31/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 496641 DATE: 4/5/2009 Sturm Joshua - Cafe K - 03/31/2009 | $33.75 |
| 04/01/09 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: PERSAUD NYRON; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $6.53 |
| 04/01/09 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: PERSAUD NYRON; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $29.95 |
| 04/01/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 496641 DATE: 4/5/2009 Persaud Nyron - Metro Marche Restaurant 8th Ave) - 04/01/2009 | $34.31 |
| 04/01/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 496641 DATE: 4/5/2009 | |

| Date | Description | Amount |
|---|---|---|
| 04/01/09 | Kahn Brad - Aki Sushi West - 04/01/2009 Travel - Ground Transportation Taxi from office home.; NYC Taxi Receipt | $15.12 |
| 04/02/09 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 4/2/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $18.07 |
| 04/02/09 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: PERSAUD NYRON; Charge Type: SEARCHES; Quantity: 5.0 | $522.90 |
| 04/02/09 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: PERSAUD NYRON; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 5.0 | $56.25 |
| 04/02/09 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: PERSAUD NYRON; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 | $13.05 |
| 04/02/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 496641 DATE: 4/5/2009 Jacobs Ryan - goodburger 45th St.) - 04/02/2009 | $21.04 |
| 04/02/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 496641 DATE: 4/5/2009 Kahn Brad - goodburger 45th St.) - 04/02/2009 | $21.04 |
| 04/02/09 | Travel - Ground Transportation taxi service; Taxi NY | $7.80 |
| 04/02/09 | Meals (100%) 3/30/2008 - Annie Ellis VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800022; DATE: 4/2/2009 (Working lunch meeting – S. Kuhn, T. Feuerstein, K. Davis, J. Sturm) | $91.04 |
| 04/02/09 | Meals (100%) 4/1/2008 - Patricia Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800022; DATE: 4/2/2009 (Working lunch in connection with Committee professionals call – F. Hodara, D. Botter, R. Jacobs, K. Rowe, K. Davis, B. Kahn, J. Sturm) | $159.31 |
| 04/02/09 | Meals (100%) 4/2/2008 - Patricia Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800022; DATE: 4/2/2009 (Working lunch in connection with Committee call – F. Hodara, D. Botter, R. Jacobs, K. Rowe, K. Davis, B. Kahn, J. Sturm) | $197.24 |
| 04/03/09 | Duplication - In House Photocopy - User # 990100, NY, 1810 page(s) | $181.00 |

| Date | Description | Amount |
|---|---|---|
| 04/03/09 | Duplication - In House Photocopy - Persaud, Nyron, NY, 2 page(s) | $0.20 |
| 04/03/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E149 DATE: 4/4/2009 TRACKING #: 1Z02E52EPG50487387; PICKUP DATE: 04/03/2009; SENDER: A.SCOTT/ KB; RECEIVER: AUSTIN LILLING - N/A; | $29.53 |
| 04/03/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E149 DATE: 4/4/2009 TRACKING #: 1Z02E52EPG51266775; PICKUP DATE: 04/03/2009; SENDER: A.SCOTT/ KB; RECEIVER: AUSTIN LILLING - N/A; | $29.53 |
| 04/03/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 496641 DATE: 4/5/2009 Jacobs Ryan - Chopt 51st & 6th) - 04/03/2009 | $17.58 |
| 04/03/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E159 DATE: 4/11/2009 TRACKING #: 1Z02E52EPG50487387; PICKUP DATE: 04/03/2009; SENDER: A.SCOTT/ KB; RECEIVER: AUSTIN LILLING - N/A; | $2.46 |
| 04/03/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E159 DATE: 4/11/2009 TRACKING #: 1Z02E52EPG51266775; PICKUP DATE: 04/03/2009; SENDER: A.SCOTT/ KB; RECEIVER: AUSTIN LILLING - N/A; | $2.46 |
| 04/03/09 | Computerized Legal Research - Other 1/1/09 - 3/31/09 VENDOR: PACER SERVICE CENTER; INVOICE#: APR09AG0054; DATE: 4/3/2009 - Login ID: AG0054 | $276.08 |
| 04/04/09 | Meals - Business Overtime dinner; Alana Martell; Two Boots Brooklyn restaurant receipt | $29.71 |
| 04/05/09 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 04001-54901-09; DATE: 4/5/2009 | $11,830.49 |
| 04/06/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 4/6/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $245.73 |
| 04/06/09 | Travel - Ground Transportation cab from YYZ; Able Atlantic Taxi | $50.00 |
| 04/07/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel Hearing; Sheraton City Centre | $208.68 |

| Date | Description | Amount |
|---|---|---|
| 04/07/09 | Meals (100%) Working Lunch; J. Metzger; Working Lunch; Working Lunch | $10.45 |
| 04/08/09 | Meals - Business Dinner at Toronto Airport.; R. Jacobs; Molson Pub - Toronto Airport | $20.00 |
| 04/09/09 | Travel - Ground Transportation Medallion | $8.28 |
| 04/09/09 | Meals (100%) 4/8/09 S Thibodeaux VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800023; DATE: 4/9/2009 (Working lunch during Professionals call – F. Hodara, D. Botter, R. Jacobs, K. Rowe, K. Davis, B. Kahn, J. Sturm) | $107.29 |
| 04/09/09 | Meals (100%) 4/9/09 M Andino VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800023; DATE: 4/9/2009 (Working lunch during Committee call – F. Hodara, D. Botter, R. Jacobs, K. Rowe, B. Kahn, J. Sturm) | $84.10 |
| 04/13/09 | Courier Service/Messenger Service- Off Site 4/3/09: Angela Scott from A. Scott VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 9-155-04513; DATE: 4/13/2009 | $52.12 |
| 04/13/09 | Courier Service/Messenger Service- Off Site 4/3/09: Angela Scott from A. Scott VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 9-155-04513; DATE: 4/13/2009 | $53.51 |
| 04/14/09 | Computerized Legal Research - Westlaw User: PERSAUD,NYRON Date: 4/14/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $11.69 |
| 04/14/09 | Meals - Business Nortel meeting with UK Administration; Bloom, Gale, Henkin, Botter, Hodara; Brasserie 8 1/2 | $250.79 |
| 04/15/09 | Postage US Postage - Bruce, Jackie, DC, 1 piece(s) | $1.17 |
| 04/15/09 | Travel - Ground Transportation Medallion | $17.40 |
| 04/18/09 | Travel - Train Fare Amtrak - Change Fee | $15.00 |
| 04/20/09 | Meals (100%) Working Lunch; J. Metzger; Working Lunch; Working Lunch | $8.89 |
| 04/22/09 | Duplication - In House Photocopy - Bernath, Kinga, NY, 756 page(s) | $75.60 |
| 04/28/09 | Duplication - In House Photocopy - Hewitt, Paul, DC, 1440 page(s) | $144.00 |

Current Expenses                                                                                                            $22,201.07