# EXHIBIT E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 1, 2009 THROUGH APRIL 30, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 22.10 | $20,442.50 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 99.30 | $81,922.50 |
| David J. D'Urso | Partner for 3 years; Admitted in 1997; Corporate Department | $700 | 27.40 | $19,180.00 |
| Paul B. Hewitt | Partner for 26 years; Admitted in 1974; Litigation Department | $755 | 31.60 | $23,858.00 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 105.25 | $99,987.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $620 | 12.30 | $7,626.00 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 92.30 | $68,763.50 |
| Jordan J. Metzger | Partner for 8 years; Admitted in 1984; Real Estate Department | $595 | 19.50 | $11,602.50 |
| David H. Quigley | Partner for 2 years; Admitted in 2000; Environmental Department | $565 | 12.40 | $7,006.00 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 6.90 | $4,657.50 |
| Kim E. Ramsey | Partner for 19 years; Admitted in 1981; Litigation Department | $620 | 5.10 | $3,162.00 |
| Aaron A. Scow | Partner for 1 year; Admitted in 1998; Corporate Department | $525 | 14.90 | $7,822.50 |

8162124 v2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 52.05 | $39,297.75 |
| Anthony W. Swisher | Partner for 2 years; Admitted in 1995; Litigation Department | $550 | 3.20 | $1,760.00 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 6.70 | $4,891.00 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 109.85 | $68,107.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 37.90 | $23,119.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 71.00 | $46,150.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 25.30 | $14,674.00 |
| David T. Blonder | Counsel for 1 year; Admitted in 2001; Litigation Department | $500 | 28.20 | $14,100.00 |
| Michelle A. Burg | Counsel for 3 years; Admitted in 2001; Labor Department | $625 | 6.20 | $3,875.00 |
| Tony D. Feurstein | Counsel for 1 year; Admitted in 2003; Corporate Department | $580 | 128.00 | $74,240.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 233.50 | $123,755.00 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 38.75 | $21,700.00 |
| Alana S. Martell | Counsel for 1 year; Admitted un 2004; Corporate Department | $530 | 16.10 | $8,533.00 |

8162124 v2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 35.10 | $17,199.00 |
| Laura T. Geyer | Senior Attorney for 1 year; Admitted in 1998; Intellectual Property Department | $410 | 18.50 | $7,585.00 |
| Kelly Labritz | Senior Attorney for 2 years; Admitted in 19991; corporate Department | $550 | 7.20 | $3,960.00 |
| Miriam Barhoush | Associate for 3 years; Admitted in 2005; Corporate Department | $460 | 15.90 | $7,314.00 |
| Meredith L. Bentley | Associate for 4 years; Admitted in 2005; Environmental Department | $410 | 18.10 | $7,421.00 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 98.90 | $37,087.50 |
| Amy J. Lanctot | Associate for 4 years; Admitted in 2004; Corporate Department | $440 | 14.40 | $6,336.00 |
| Nyron Persaud | Associate for 2 years; Admitted in 2008; Tax Department | $375 | 20.20 | $7,575.00 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 45.70 | $19,194.00 |
| Kinga Bernath | Legal Assistant for 3 years; Corporate Department | $190 | 10.50 | $1,995.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 19 years; Financial Restructuring Department | $210 | 5.00 | $1,050.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 10.80 | $2,646.00 |

Total Amount of Fees:     $919,594.75
Total Number of Hours:    1,506.10
Blended Hourly Rate:      $610.58

8162124 v2