## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on May 22, 2009, a copy of the foregoing **Third Monthly Application of Akin Gump Strauss Hauer & Feld LLP Co-Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period from April 1, 2009 through April 30, 2009** was served on the parties on the attached list and in the manner indicated thereon.

Christopher M. Samis (No. 4909)

RLF1-3379657-1

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**<u>SERVICE LIST</u>**

## <u>VIA HAND DELIVERY</u>

*(United States Trustee)*
Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

## <u>VIA FIRST CLASS MAIL</u>

*(Debtors)*
Gordon A. Davies
Nortel Networks Inc
195 The West Mall
Toronto, ON M9C 5K1

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hondara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036