**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.:  GB 243 2024 11



Interim (S)

VAT Invoice Date: **20 May 2009**          Our Ref: **GDB/CCN01.00001**          Invoice No: **267849**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 77,055.75 |
| For the period to 30 April 2009, in connection with the above matter. | | | |
| (Please see attached) | | | |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 132.18 |
| | 0.00 | | 77,187.93 |
| | | VAT | 0.00 |
| | | Total | 77,187.93 |
| | | **Balance Due** | **77,187.93** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 267849 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

### Re: BANKRUPTCY
### GDB/CCN01.00001
### For the period: to 30 April 2009

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 9.80 | 5,978.00 | (C0007) |
| | | 2.10 | 1,281.00 | (C0018) |
| | | 0.90 | 549.00 | (C0019) |
| | | 6.18 | 3,769.80 | (C0024) |
| | | 19.50 | 11,895.00 | (C0031) |
| | | 38.48 | £23,472.80 | |
| Partner: | Steven Hull | 4.70 | 2,867.00 | (C0019) |
| | | 0.70 | 427.00 | (C0031) |
| | | 5.40 | £3,294.00 | |
| Partner: | Euan Burrows | 3.33 | 1,931.40 | (C0012) |
| | | 3.33 | £1,931.40 | |
| Partner: | Alexander Cox | 2.20 | 1,375.00 | (C0018) |
| | | 2.20 | £1,375.00 | |
| Partner: | Crowley Woodford | 0.50 | 290.00 | (C0019) |
| | | 0.50 | £290.00 | |
| Partner: | Ben Tidswell | 0.33 | 201.30 | (C0031) |
| | | 0.33 | £201.30 | |
| Counsel: | Charles Hammon | 5.50 | 2,970.00 | (C0031) |
| | | 5.50 | £2,970.00 | |
| Senior Associate: | Tom Cartwright | 1.30 | 715.00 | (C0018) |
| | | 1.30 | £715.00 | |
| Senior Associate: | Marcus Fink | 18.38 | 9,190.00 | (C0019) |
| | | 18.38 | £9,190.00 | |
| Senior Associate: | Daniel Stephens | 1.17 | 585.00 | (C0031) |
| | | 1.17 | £585.00 | |
| Associate: | Alex Kay | 26.33 | 8,952.20 | (C0024) |
| | | 3.00 | 1,020.00 | (C0007) |
| | | 7.66 | 2,604.40 | (C0031) |
| | | 36.99 | £12,576.60 | |
| Associate: | Ruth Buchanan | 0.33 | 130.35 | (C0019) |
| | | 0.33 | £130.35 | |

| | | | | |
|---|---|---|---|---|
| Associate: | Lauren Moore | 3.66 | 1,244.40 | (C0019) |
| | | 0.25 | 85.00 | (C0031) |
| | | 3.91 | 1,329.40 | |
| | | | | |
| Junior Associate: | Paul Bagon | 6.50 | 1,885.00 | (C0003) |
| | | 9.45 | 2,740.50 | (C0007) |
| | | 8.87 | 2,572.30 | (C0018) |
| | | 1.00 | 290.00 | (C0019) |
| | | 14.00 | 4,060.00 | (C0024) |
| | | 12.62 | 3,659.80 | (C0031) |
| | | 52.44 | £15,207.60 | |
| | | | | |
| Professional Development: | Simon Owens | 8.00 | 3,160.00 | (C0019) |
| | | 8.00 | £3,160.00 | |
| | | | | |
| Trainee: | Philip Uribe | 0.58 | 107.30 | (C0031) |
| | | 0.58 | £107.30 | |
| | | | | |
| Paralegal: | Isabel Vesterdahl | 3.25 | 520.00 | (C0031) |
| | | 3.25 | £520.00 | |
| | | | | |
| | **TOTAL** | **182.09** | **£77,055.75** | |

## THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 April 2009

## TIME SUMMARY – ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 6.50 | @ | 290.00 | 1,885.00 |
| | | | | Total | £ 1,885.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 17/04/09 | Paul Bagon | LETT | Ashurst March invoice | 5.00 |
| 21/04/09 | Paul Bagon | LETT | Finalising Ashurst fee application | 1.50 |

## THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 April 2009

## TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 9.80 | @ | 610.00 | 5,978.00 |
| **Associates:** | | | | | |
| Alex Kay | engaged | 3.00 | @ | 340.00 | 1,020.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 9.45 | @ | 290.00 | 2,740.50 |
| | | | | Total | £ 9,738.50 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 02/04/09 | Giles Boothman | ATTD | UCC call (part) | 1.00 |
| 02/04/09 | Paul Bagon | PHON | Attending UCC call | 2.40 |
| 09/04/09 | Alex Kay | LETT | Lawyers Call | 1.00 |
| 10/04/09 | Giles Boothman | ATTD | Committee call 2hr 12 mins | 2.20 |
| 10/04/09 | Alex Kay | LETT | Committee Call | 2.00 |
| 17/04/09 | Paul Bagon | PHON | UCC call | 2.80 |
| 17/04/09 | Giles Boothman | ATTD | UCC conference call (4.00 - 6.45) | 2.80 |
| 21/04/09 | Giles Boothman | ATTD | Bondholder/committee call (8.45 - 10.00) | 1.30 |
| 22/04/09 | Giles Boothman | ATTD | UCC prof call | 0.50 |
| 22/04/09 | Paul Bagon | PHON | UCC Professionals call | 0.50 |
| 23/04/09 | Giles Boothman | ATTD | Listen in to UCC call | 1.00 |
| 23/04/09 | Paul Bagon | PHON | UCC weekly meeting | 1.25 |
| 30/04/09 | Paul Bagon | PHON | UCC weekly meeting | 2.50 |
| 30/04/09 | Giles Boothman | ATTD | UCC call | 1.00 |

## THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 April 2009

## TIME SUMMARY – TAX ISSUES

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Alexander Cox | engaged | 2.20 | @ | 625.00 | 1,375.00 |
| Giles Boothman | engaged | 2.10 | @ | 610.00 | 1,281.00 |
| **Senior Associates:** | | | | | |
| Tom Cartwright | engaged | 1.30 | @ | 550.00 | 715.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 8.87 | @ | 290.00 | 2,572.30 |
| | | | | Total | £ 5,943.30 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 03/04/09 | Tom Cartwright | INTD | Paul Bagon re R&D agreement tax issues | 0.30 |
| 03/04/09 | Paul Bagon | LETT | Reviewing tax docs re transfer pricing. | 2.00 |
| 03/04/09 | Paul Bagon | INTD | Call with TXC re tax issues. | 0.30 |
| 03/04/09 | Paul Bagon | LETT | Emails re tax issues. | 0.30 |
| 03/04/09 | Giles Boothman | INTD | Re. tax issue re. R&D agreement/allocation. | 0.30 |
| 03/04/09 | Alexander Cox | INTD | TXC - R&D Agreement | 0.20 |
| 06/04/09 | Paul Bagon | PHON | Call with Akin re R&D Agreement | 0.60 |
| 06/04/09 | Paul Bagon | LETT | Emails, research and calls re insolvency and R&D agreement | 4.00 |
| 06/04/09 | Giles Boothman | INTD | Tax allocation R&D agreement issue. | 0.50 |
| 06/04/09 | Alexander Cox | READ | R&D Agreement - Advance Pricing Agreements - adjustment between UK and US | 1.50 |
| 06/04/09 | Alexander Cox | PHON | Call with Kevin Rowe on R&D Agreement | 0.33 |
| 06/04/09 | Alexander Cox | INTD | Paul Bagon | 0.17 |
| 07/04/09 | Giles Boothman | SUPE | Tax question. | 0.50 |
| 09/04/09 | Giles Boothman | SUPE | Amend PDB tax email | 0.50 |
| 27/04/09 | Tom Cartwright | READ | Going through EMEA SPAs and providing comments on tax sections | 1.00 |
| 29/04/09 | Paul Bagon | PHON | Professionals Tax call with Nortel Tax Director | 1.67 |
| 29/04/09 | Giles Boothman | SUPE | Tax call | 0.30 |

# THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 30 April 2009

## TIME SUMMARY – LABOR ISSUES/EMPLOYEE BENEFITS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.90 | @ | 610.00 | 549.00 |
| Steven Hull | engaged | 4.70 | @ | 610.00 | 2,867.00 |
| Crowley Woodford | engaged | 0.50 | @ | 580.00 | 290.00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 18.38 | @ | 500.00 | 9,190.00 |
| **Associates:** | | | | | |
| Ruth Buchanan | engaged | 0.33 | @ | 395.00 | 130.35 |
| Lauren Moore | engaged | 3.66 | @ | 340.00 | 1,244.40 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 1.00 | @ | 290.00 | 290.00 |
| **Professional Development:** | | | | | |
| Simon Owens | engaged | 8.00 | @ | 395.00 | 3,160.00 |
| | | | | Total | £ 17,720.75 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/04/09 | Marcus Fink | LETT | Discussions with B Bagon and liaise with Akin Gump to arrange UK pensions con call | 0.70 |
| 01/04/09 | Marcus Fink | DUED | Review documents on Project Snow and Project Equinox datasites | 2.70 |
| 01/04/09 | Giles Boothman | LETT | Fred Hodara re. pensions note | 0.20 |
| 01/04/09 | Steven Hull | LETT | Arrangements regarding conference call and emails regarding same | 0.20 |
| 02/04/09 | Marcus Fink | INTD | Prepare for and participate in con call with Akin Gump re draft UK pensions paper | 2.20 |
| 02/04/09 | Giles Boothman | INTD | Update re. pensions call | 0.20 |
| 02/04/09 | Paul Bagon | PHON | Call with Akin re Ashurst pensions note and related discussions with MDF. | 1.00 |
| 03/04/09 | Steven Hull | LETT | Review Todd Breeden email and review attached CN review documentation for 2009 projections for business and related issues regarding conference call | 0.30 |
| 06/04/09 | Marcus Fink | LETT | Revisions to pensions paper | 1.33 |
| 06/04/09 | Steven Hull | LETT | Review Marcus Fink email and review attached revised pensions note and review Marcus Fink comments regarding same | 0.50 |
| 07/04/09 | Marcus Fink | LETT | Revisions to pensions paper | 2.17 |
| 08/04/09 | Marcus Fink | DRFT | Revisions to pensions paper and send to Akin Gump with explanation of changes | 2.57 |
| 08/04/09 | Steven Hull | LETT | Review Marcus Fink email and review attached revised pensions note; | 0.30 |
| 09/04/09 | Marcus Fink | READ | Review bidder SPA mark-ups re sale of EMEA assets and comment on changes to pension provisions | 2.17 |
| 09/04/09 | Crowley Woodford | INTD | Lauren Moore - review docs | 0.50 |
| 09/04/09 | Steven Hull | LETT | Review materials prior to Clery meeting; review update of presentation given by Peter Look; | 0.30 |
| 14/04/09 | Steven Hull | LETT | Review Matthew Hart email and review attached outline of dispute resolution protocol | 0.20 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 15/04/09 | Marcus Fink | LETT | Review emails and datasites | 0.60 |
| 16/04/09 | Marcus Fink | INTD | Con with L Beckerman and review UK pensions paper | 0.60 |
| 17/04/09 | Marcus Fink | LETT | Further revisions to UK Pensions Note | 2.17 |
| 20/04/09 | Marcus Fink | DRFT | Con with Lisa Beckermann and further revisions to pensions note | 1.17 |
| 20/04/09 | Steven Hull | LETT | Review revised version of pensions paper and review Lisa Beckerman response | 0.30 |
| 27/04/09 | Ruth Buchanan | LETT | Nortel - discussions with LXM | 0.33 |
| 27/04/09 | Simon Owens | READ | Reviewing Spartam and Aviator agreement pensions clauses for Alex Kay | 2.50 |
| 27/04/09 | Lauren Moore | INTD | Call with Alex Kay regarding instructions | 0.25 |
| 27/04/09 | Lauren Moore | READ | Reviewing agreements and consideration of issues | 1.83 |
| 27/04/09 | Lauren Moore | LETT | Drafting email to Alex Kay | 0.33 |
| 27/04/09 | Steven Hull | LETT | Confer Alex Kay regarding Equinox revised EMEA Agreements.  Responding to Alex Kay and review email regarding same. Forwarding to Simon Owens and discussion regarding amendments to same | 0.80 |
| 27/04/09 | Steven Hull | LETT | Review email exchanges regarding follow up questions from UCC professionals | 0.30 |
| 28/04/09 | Simon Owens | READ | Various e-mails on which I was copied (reading) | 0.50 |
| 28/04/09 | Lauren Moore | READ | Consideration of escrow arrangements and drafting email to Alex Kay | 0.75 |
| 28/04/09 | Lauren Moore | LETT | Reading emails | 0.25 |
| 28/04/09 | Lauren Moore | READ | Further consideration of escrow arrangements | 0.25 |
| 28/04/09 | Steven Hull | LETT | Review Lisa Beckerman email and review comments regarding pensions note in relation to NNUK | 0.30 |
| 29/04/09 | Giles Boothman | SUPE | Pensions query | 0.30 |
| 29/04/09 | Simon Owens | DRFT | Revising pensions note prepared by Marcus Fink | 3.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 29/04/09 | Steven Hull | LETT | Nortel - Review emails re: updating UK pensions note; emails with Simons Owens regarding same; review revised draft and review Simon Owens email to client re: same; | 0.60 |
| 29/04/09 | Steven Hull | LETT | Nortel - Arrangements with Akin Gump re: pensions follow up call and review issues to be raised | 0.30 |
| 30/04/09 | Simon Owens | LETT | Pensions conference call and e-mail attendance note to Marcus Fink.  Further work on the pensions note | 1.50 |
| 30/04/09 | Steven Hull | LETT | Nortel-Emails re: update on UK pensions issues document and review draft of same; | 0.30 |
| 30/04/09 | Giles Boothman | SUPE | Re. pensions query re. preferential debts | 0.20 |

## THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 April 2009

## TIME SUMMARY – ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 6.18 | @ | 610.00 | 3,769.80 |
| **Associates:** | | | | | |
| Alex Kay | engaged | 26.33 | @ | 340.00 | 8,952.20 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 14.00 | @ | 290.00 | 4,060.00 |
| | | | | Total | £ 16,782.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------:|
| 06/04/09 | Giles Boothman | SUPE | Re. Equinox reivew. | 0.70 |
| 06/04/09 | Alex Kay | INTD | GDB re Equinox | 0.33 |
| 06/04/09 | Alex Kay | LETT | Nortel/Equinox - review of documents | 5.00 |
| 07/04/09 | Alex Kay | LETT | Nortel Equinox - Review of documents | 4.00 |
| 07/04/09 | Giles Boothman | SUPE | Sales process issues | 0.50 |
| 08/04/09 | Alex Kay | LETT | Nortel/Equinox - Call with AG | 0.50 |
| 08/04/09 | Alex Kay | LETT | Preparing email/summary table of SPA | 4.00 |
| 08/04/09 | Giles Boothman | SUPE | RE. sale arrangements. | 0.50 |
| 08/04/09 | Giles Boothman | READ | Emails re. calls/process. | 0.30 |
| 15/04/09 | Giles Boothman | READ | Emails re. antitrust/other questions | 0.50 |
| 15/04/09 | Giles Boothman | INTD | Alex Kay re. Equinox/other sale | 0.50 |
| 16/04/09 | Giles Boothman | INTD | Alex re. sales/antitrust | 0.30 |
| 17/04/09 | Alex Kay | LETT | Call re Equinox anti-trust and preparation | 1.00 |
| 17/04/09 | Giles Boothman | ATTD | Antitrust call | 0.80 |
| 17/04/09 | Alex Kay | LETT | Reading equinox documents | 0.50 |
| 26/04/09 | Paul Bagon | LETT | To Herbert Smith re Eqniox Docs | 0.17 |
| 27/04/09 | Alex Kay | LETT | Review of equinox sale agreement and email to client | 7.00 |
| 27/04/09 | Paul Bagon | READ | Reviewing equinox bid and related email to Akin Gump | 6.75 |
| 27/04/09 | Giles Boothman | INTD | Re. Equinox sale agreements | 0.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 27/04/09 | Giles Boothman | READ | Emails/docs | 0.50 |
| 27/04/09 | Giles Boothman | PHON | Herbert Smith re. Equinox doc | 0.08 |
| 27/04/09 | Giles Boothman | SUPE | Team re. Equinox review | 0.50 |
| 28/04/09 | Giles Boothman | SUPE | Review of further docs re. Equinox | 0.50 |
| 28/04/09 | Paul Bagon | LETT | Reviewing Westwinds APA. | 0.08 |
| 28/04/09 | Paul Bagon | READ | Reviewing Snow ASSA. | 1.67 |
| 29/04/09 | Alex Kay | LETT | Review of Snow bid documents and email | 4.00 |
| 29/04/09 | Paul Bagon | READ | Reviewing Snow ASSAs and drafting email to Akin | 5.33 |

# THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

## Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 April 2009

## TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 19.50 | @ | 610.00 | 11,895.00 |
| Steven Hull | engaged | 0.70 | @ | 610.00 | 427.00 |
| Ben Tidswell | engaged | 0.33 | @ | 610.00 | 201.30 |
| Euan Burrows | engaged | 3.33 | @ | 580.00 | 1,931.40 |
| **Counsels:** | | | | | |
| Charles Hammon | engaged | 5.50 | @ | 540.00 | 2,970.00 |
| **Senior Associates:** | | | | | |
| Daniel Stephens | engaged | 1.17 | @ | 500.00 | 585.00 |
| **Associates:** | | | | | |
| Alex Kay | engaged | 7.66 | @ | 340.00 | 2,604.40 |
| Lauren Moore | engaged | 0.25 | @ | 340.00 | 85.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 12.62 | @ | 290.00 | 3,659.80 |
| **Trainees:** | | | | | |
| Philip Uribe | engaged | 0.58 | @ | 185.00 | 107.30 |
| **Paralegals:** | | | | | |
| Isabel Vesterdahl | engaged | 3.25 | @ | 160.00 | 520.00 |
| | | | | Total | £ 24,986.20 |

## Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/04/09 | Giles Boothman | LETT | Fred Hodara/others re. Ashurst participation in call | 0.10 |
| 01/04/09 | Giles Boothman | READ | Emails re. calls | 0.20 |
| 02/04/09 | Giles Boothman | LETT | Herbert Smith re. meeting re. allocation. | 0.20 |
| 02/04/09 | Giles Boothman | INTD | Paul Bagon | 0.30 |
| 02/04/09 | Giles Boothman | SUPE | Paul Bagon | 0.30 |
| 02/04/09 | Giles Boothman | READ | Various emails/docs | 0.30 |
| 02/04/09 | Paul Bagon | LETT | Emails re UCC call. | 0.20 |
| 03/04/09 | Giles Boothman | READ | Emails | 0.40 |
| 03/04/09 | Giles Boothman | LETT | Re. allocation meeting | 0.20 |
| 03/04/09 | Giles Boothman | SUPE | Team - various. | 0.40 |
| 06/04/09 | Paul Bagon | INTD | Calls emails and discussions re equinox docs | 1.00 |
| 06/04/09 | Giles Boothman | READ | Emails re. meetings. | 0.30 |
| 07/04/09 | Giles Boothman | SUPE | Meeting arrangements. | 0.30 |
| 08/04/09 | Euan Burrows | LETT | Review of SPAs and preliminary note re antitrust observations | 3.33 |
| 09/04/09 | Giles Boothman | ATTD | All parties concall re allocation with Administrator et al 2.00-5.25 (less 25 minute break) | 3.00 |
| 09/04/09 | Giles Boothman | ATTD | Call with advisers to committee 8.00-8.45 | 0.80 |
| 09/04/09 | Giles Boothman | INTD | Alex re calls to be attended | 0.50 |
| 09/04/09 | Giles Boothman | READ | Emails re meetings/calls | 0.30 |
| 09/04/09 | Alex Kay | LETT | All parties conference call | 3.00 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 14/04/09 | Giles Boothman | PHON | Fred Hodera - catch-up re meeting with administrators | 0.20 |
| 14/04/09 | Giles Boothman | SUPE | Attendance on calls | 0.30 |
| 14/04/09 | Giles Boothman | READ | Emails | 0.50 |
| 15/04/09 | Alex Kay | LETT | Allocation Call | 3.00 |
| 15/04/09 | Alex Kay | LETT | Emails re Competition | 0.33 |
| 15/04/09 | Giles Boothman | ATTD | Lawyers con call/meeting re. allocation (attendance in part) | 0.50 |
| 15/04/09 | Giles Boothman | ATTD | Advisers call pre-committee call (2300 - 0024 GMT) | 1.40 |
| 16/04/09 | Giles Boothman | READ | Emails | 0.50 |
| 16/04/09 | Alex Kay | LETT | | 0.33 |
| 16/04/09 | Charles Hammon | READ | Background materials received from Alex Kay; reviewing - discussing background | 1.00 |
| 17/04/09 | Paul Bagon | PHON | Anti-Trust Professionals call | 1.00 |
| 17/04/09 | Giles Boothman | INTD | Brief Paul Bagon | 0.30 |
| 17/04/09 | Giles Boothman | READ | Emails | 0.20 |
| 17/04/09 | Charles Hammon | PHON | Call with anti-trust advisers to get filing and anti-trust analysis. | 1.00 |
| 17/04/09 | Charles Hammon | READ | Background research on parties, markets and activities for anti-trust review call; review of bid letters and draft SPAs. | 2.50 |
| 17/04/09 | Isabel Vesterdahl | INTD | Liaising with Charles Hammon re Nortel and other companies. | 0.17 |
| 17/04/09 | Isabel Vesterdahl | CASE | Locating info re Nortel and other companies. printing relevant material/annual reports and inserting material into file. perusing and highlighting relevant material. | 3.08 |
| 20/04/09 | Giles Boothman | PHON | Fred Hodara re. UK administrator stance | 0.20 |
| 20/04/09 | Giles Boothman | INTD | Paul Bagon | 0.20 |
| 20/04/09 | Giles Boothman | READ | Emails | 0.20 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 21/04/09 | Paul Bagon | PHON | Attending allocation calls | 7.75 |
| 21/04/09 | Giles Boothman | ATTD | Call with bondholder advisers (6.00 - 7.00) | 1.00 |
| 21/04/09 | Giles Boothman | ATTD | Allocation call (7.15 - 8.45) | 1.50 |
| 21/04/09 | Giles Boothman | LETT | Fred re. UK administrator stance/tactics | 0.50 |
| 21/04/09 | Giles Boothman | READ | Emails re. meetings | 0.30 |
| 21/04/09 | Charles Hammon | DRFT | Note to EUB summarising anti-trust call and issues. | 1.00 |
| 22/04/09 | Giles Boothman | INTD | Paul Bagon - update re. calls | 0.30 |
| 23/04/09 | Giles Boothman | READ | Emails | 0.50 |
| 23/04/09 | Paul Bagon | PHON | Allocation call | 1.00 |
| 28/04/09 | Alex Kay | LETT | Research re escrow amount and email | 1.00 |
| 28/04/09 | Philip Uribe | LETT | Inserting column into table with calculations for Alex | 0.58 |
| 28/04/09 | Giles Boothman | SUPE | Re. calls with UCC/others | 0.50 |
| 28/04/09 | Giles Boothman | READ | Emails | 0.30 |
| 29/04/09 | Paul Bagon | PHON | Professionals Pre-UCC Weekly Meeting Call. | 0.67 |
| 29/04/09 | Giles Boothman | ATTD | Call with advisers | 1.00 |
| 29/04/09 | Giles Boothman | LETT | Ryan re. position of administrator | 0.30 |
| 29/04/09 | Giles Boothman | RSCH | Re. removing/deposing administrator | 0.30 |
| 29/04/09 | Lauren Moore | LETT | Reading emails | 0.25 |
| 30/04/09 | Daniel Stephens | LETT | Discussion with Paul Bagon re deposing administrator, also talk with Giles Boothman and brief research | 0.42 |
| 30/04/09 | Daniel Stephens | LETT | Review of Barings case history | 0.75 |
| 30/04/09 | Paul Bagon | INTD | DMS and GDB re deposition of administrator and related emails. | 0.75 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 30/04/09 | Paul Bagon | PHON | Akin and GDB re deposition of administrator. | 0.25 |
| 30/04/09 | Steven Hull | LETT | Nortel-Preparing for and attending conference call to discuss pensions issues raised; discussions with Simon Owens following conference call | 0.50 |
| 30/04/09 | Steven Hull | LETT | Nortel-Arrangements for further conference call and update to pensions memo | 0.20 |
| 30/04/09 | Giles Boothman | INTD | Re. administrator action | 0.30 |
| 30/04/09 | Giles Boothman | RSCH | Re. administrator action | 0.30 |
| 30/04/09 | Giles Boothman | ATTD | Call with Akin (Ryan Jacobs) | 0.30 |
| 30/04/09 | Ben Tidswell | CASE | Emails re Barings applications | 0.33 |