## Exhibit C

## DISBURSEMENT SUMMARY
## APRIL 01, 2009 THROUGH APRIL 30, 2009

| | |
|---|---|
| Travel Expenses – Ground Transportation | £96.08 |
| Meals | £26.10 |
| Company Search Fees | £10.00 |
| **TOTAL** | **£132.18** |