**Exhibit D**

Exhibit D

## DISBURSEMENT BREAKDOWN

| Date | Disb Type | Narrative | Amount (£) |
|------|-----------|-----------|-----------:|
| 24/04/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 348081; DATE: 24/04/2009.  -  P/C GDB Taxi to station after conference c | 10.00 |
| 31/03/2009 | SUNV | VENDOR: LexisNexis Butterworths; INVOICE#: 0903119822; DATE: 31/03/2009  -  Nexis Usage for March 20 | 10.00 |
| 29/04/2009 | MEAL | PAYEE: Transfer Supplier Movements; REQUEST#: 348453; DATE: 29/04/2009.  -  TFS JNL (CR 40750) CATER | 13.20 |
| 06/04/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/77719; DATE: 14/04/2009  -  TAXI - PDB (EC2A to NW11) 06/04/09 | 43.04 |
| 21/04/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/77786; DATE: 21/04/2009  -  TAXI - PDB (EC2A to NW11) 21/04/09 | 43.04 |
| 30/04/2009 | MEAL | PAYEE: Transfer Supplier Movements; REQUEST#: 348768; DATE: 30/04/2009.  -  TFS JNL (CR 40750) CATER | 12.90 |
|  |  |  | **132.18** |