**Exhibit E**

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD APRIL 01, 2009 THROUGH APRIL 30, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 38.48 | 23,472.80 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 5.40 | 3,294.00 |
| Euan Burrows | Partner for 1 year; Admitted to the bar in 1996; Competition and EU law Group | £580 | 3.33 | 1,931.40 |
| Alexander Cox | Partner for 2 years; Admitted in 1999; Tax department | £625 | 2.20 | 1,375.00 |
| Crowley Woodford | Partner for 1 year; Admitted in 1998; Employment, Incentives and Pensions Group | £580 | 0.50 | 290.00 |
| Ben Tidswell | Partner for 9 years; Admitted in 1994; Litigation department | £610 | 0.33 | 201.30 |
| Charles Hammon | Counsel for 11 years; Admitted in 1998; Competition and EU law Group | £540 | 5.50 | 2,970.00 |
| Tom Cartwright | Associate for 9 years, Admitted in 2000; Tax department | £550 | 1.30 | 715.00 |
| Marcus Fink | Associate for 8 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 18.38 | 9,190.00 |
| Daniel Stephens | Associate for 9 years; Admitted in 2000; Litigation department | £500 | 1.17 | 585.00 |
| Alex Kay | Associate for 3 years; Admitted in 2006; Restructuring and Special Situations Group | £340 | 36.99 | 12,576.60 |
| Ruth Buchanan | Associate for 5 years; Admitted in 2004; Employment, Incentives and Pensions Group | £395 | 0.33 | 130.35 |
| Lauren Moore | Associate for 3 years; Admitted in 2006; Employment, Incentives and Pensions Group | £340 | 3.91 | 1,329.40 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special | £290 | 52.44 | 15,207.60 |

25

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| | Situations Group | | | |
| Philip Uribe | Trainee Solicitor for 1 year; Restructuring and Special Situations Group | £185 | 0.58 | 107.30 |
| Simon Owens | Professional Development lawyer; Admitted in 1999; Employment, Incentives and Pensions Group | £395 | 8.00 | 3,160.00 |
| Isabel Vesterdahl | Paralegal; Competition and EU law Group | £160 | 3.25 | 520.00 |
| TOTAL | | | 182.09 | 77,055.75 |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 01, 2009 THROUGH APRIL 30, 2009.

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 6.50 | 1,885.00 |
| Creditors Committee Meetings | 22.25 | 9,738.50 |
| Tax Issues | 14.47 | 5,943.30 |
| Labor Issues/Employee Benefits | 37.47 | 17,720.75 |
| Asset/Stock Transactions/Business Liquidations | 46.51 | 16,782.00 |
| European Proceedings/Matters | 54.89 | 24,986.20 |
| **TOTAL** | **182.09** | **77,055.75** |