# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1, 2009 – APRIL 30, 2009
## (All Amounts in Canadian Dollars)

<u>Taxable Disbursements</u>

| | |
|---|---:|
| Fax Charges | $38.13 |
| Library Computer Research | 233.28 |
| Long Distance Telephone Calls | 307.00 |
| Meals & Beverages | 510.63 |
| Parking | 28.68 |
| Photocopy Charges | 3,527.90 |
| Taxi Charges (Courier) | 213.76 |
| | |
| Total Taxable Disbursements | $4,859.38 |
| Total GST | 242.97 |
| Total Taxable Disbursements including Taxes | $5,102.35 CDN. |

4