# EXHIBIT D

**DISBURSEMENT DETAIL**

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 01/04/09 | "eCarswell on-line research/JOHN,HEATHER" | 1 | 10.50 |
| 01/04/09 | Telephone;6094501027;LAWRENCENJ;4 715 | 1 | 5.10 |
| 01/04/09 | Laser Copy;JOHN H | 7 | 0.70 |
| 01/04/09 | Laser Copy;KAPLAN M | 87 | 8.70 |
| 01/04/09 | Laser Copy;MacFarlaneA | 68 | 6.80 |
| 01/04/09 | Laser Copy;MattesL | 34 | 3.40 |
| 01/04/09 | Laser Copy;MCDONALA | 37 | 3.70 |
| 01/04/09 | Laser Copy;AmaralJ | 1 | 0.10 |
| 01/04/09 | Laser Copy;NELSON M | 121 | 12.10 |
| 01/04/09 | Laser Copy;ORAHILL T | 550 | 55.00 |
| 01/04/09 | Laser Copy;DUNSMUIM | 24 | 2.40 |
| 01/04/09 | Photocopy;ORAHILL T | 64 | 6.40 |
| 01/04/09 | Photocopy;JOHN H | 313 | 31.30 |
| 01/04/09 | Photocopy;AmaralJ | 11 | 1.10 |
| 01/04/09 | Photocopy;AmaralJ | 768 | 76.80 |
| 01/04/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 16.50 |
| 01/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 01/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 01/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 01/04/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 4.59 |
| 01/04/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 0.51 |
| 01/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 01/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 02/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 02/04/09 | Laser Copy;ORAHILL T | 232 | 23.20 |
| 02/04/09 | Laser Copy;NELSON M | 1789 | 178.90 |
| 02/04/09 | Photocopy;MattesL | 11 | 1.10 |
| 02/04/09 | Laser Copy;MattesL | 1597 | 159.70 |
| 03/04/09 | Lunch for M. Wunder at New Wok on April 2/09; | 1 | 10.45 |
| 03/04/09 | Dinner for M. Wunder at Subway on March 30/09; | 1 | 7.87 |
| 03/04/09 | Laser Copy;GRASSI J | 1583 | 158.30 |
| 03/04/09 | Laser Copy;AmaralJ | 2615 | 261.50 |
| 03/04/09 | Laser Copy;NELSON M | 2614 | 261.40 |
| 03/04/09 | Laser Copy;KAPLAN M | 142 | 14.20 |
| 03/04/09 | Laser Copy;KUKULOWI | 25 | 2.50 |
| 03/04/09 | Laser Copy;MacFarlaneA | 49 | 4.90 |
| 03/04/09 | Telephone;2128727434;NEW YORKNY;4740 | 1 | 0.51 |
| 03/04/09 | Telephone;2128721063;NEW YORKNY;4715 | 1 | 0.51 |
| 03/04/09 | Telephone;2128728077;NEW YORKNY;4715 | 1 | 0.51 |
| 03/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 03/04/09 | Telephone;2128721008;NEW YORKNY;4715 | 1 | 0.51 |
| 04/04/09 | Laser Copy;CHUNG G | 89 | 8.90 |
| 04/04/09 | Laser Copy;KAPLAN M | 9 | 0.90 |
| 05/04/09 | Laser Copy;MacFarlaneA | 73 | 7.30 |
| 05/04/09 | Laser Copy;KAPLAN M | 18 | 1.80 |
| 05/04/09 | Laser Copy;KUKULOWI | 127 | 12.70 |
| 06/04/09 | "Quick Law/JOHN, HEATHER" | 1 | 33.97 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 06/04/09 | Telephone;2128728012;NEW YORKNY;6824 | 1 | 1.53 |
| 06/04/09 | Laser Copy;DUNSMUIM | 18 | 1.80 |
| 06/04/09 | Laser Copy;KAPLAN M | 68 | 6.80 |
| 06/04/09 | Laser Copy;KUKULOWI | 50 | 5.00 |
| 06/04/09 | Laser Copy;MacFarlaneA | 116 | 11.60 |
| 06/04/09 | Laser Copy;MATHESON | 35 | 3.50 |
| 06/04/09 | Laser Copy;MattesL | 36 | 3.60 |
| 06/04/09 | Laser Copy;NELSON M | 170 | 17.00 |
| 06/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 06/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 06/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 07/04/09 | Laser Copy;MacFarlaneA | 66 | 6.60 |
| 07/04/09 | Parking for M. Wunder at FCP on April 4/09; 2009-4-4 | 1 | 9.56 |
| 07/04/09 | Laser Copy;MattesL | 280 | 28.00 |
| 07/04/09 | Laser Copy;JOHN H | 14 | 1.40 |
| 07/04/09 | Laser Copy;KAPLAN M | 74 | 7.40 |
| 07/04/09 | Laser Copy;KUKULOWI | 12 | 1.20 |
| 07/04/09 | Photocopy;ORAHILL T | 18 | 1.80 |
| 07/04/09 | Photocopy;AmaralJ | 465 | 46.50 |
| 07/04/09 | Laser Copy;NELSON M | 350 | 35.00 |
| 07/04/09 | Laser Copy;ORAHILL T | 240 | 24.00 |
| 07/04/09 | Telephone;2128728121;NEW YORKNY;4715 | 1 | 0.51 |
| 07/04/09 | Telephone;2128721063;NEW YORKNY;4715 | 1 | 0.51 |
| 07/04/09 | Telephone;2128728027;NEW YORKNY;4461 | 1 | 0.51 |
| 07/04/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 0.51 |
| 07/04/09 | Telephone;2128728012;NEW YORKNY;6824 | 1 | 0.51 |
| 07/04/09 | Laser Copy;DUNSMUIM | 89 | 8.90 |
| 07/04/09 | Laser Copy;YING C | 29 | 2.90 |
| 08/04/09 | Laser Copy;DUNSMUIM | 6 | 0.60 |
| 08/04/09 | Telephone;2128721007;NEW YORKNY;4469 | 1 | 0.51 |
| 08/04/09 | Laser Copy;ORAHILL T | 98 | 9.80 |
| 08/04/09 | Laser Copy;NELSON M | 513 | 51.30 |
| 08/04/09 | Laser Copy;KAPLAN M | 129 | 12.90 |
| 08/04/09 | Laser Copy;KUKULOWI | 30 | 3.00 |
| 08/04/09 | Laser Copy;MacFarlaneA | 248 | 24.80 |
| 08/04/09 | Laser Copy;MATHESON | 13 | 1.30 |
| 08/04/09 | Laser Copy;MattesL | 466 | 46.60 |
| 09/04/09 | Lunch at Starbucks for M. Wunder and R. Jacobs (Akin Gump) on April 7/09; | 0 | 0.00 |
| 09/04/09 | Photocopy;ORAHILL T | 265 | 26.50 |
| 09/04/09 | Laser Copy;ORAHILL T | 203 | 20.30 |
| 09/04/09 | Laser Copy;MacFarlaneA | 7 | 0.70 |
| 09/04/09 | Laser Copy;MattesL | 134 | 13.40 |
| 09/04/09 | Laser Copy;NELSON M | 72 | 7.20 |
| 09/04/09 | Photocopy;ORAHILL T | 96 | 9.60 |
| 09/04/09 | Dinner for M. Wunder and R. Jacobs (Akin Gump) at Duke of Devon on April 7/09; | 1 | 48.08 |
| 09/04/09 | Laser Copy;DUNSMUIM | 3 | 0.30 |
| 09/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 5.10 |
| 09/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 10/04/09 | Laser Copy;KUKULOWI | 173 | 17.30 |
| 13/04/09 | Rogers long distance phone charges for M. Wunder for Feb. 11-12/09 | 1 | 40.76 |
| 13/04/09 | Laser Copy;MattesL | 5 | 0.50 |
| 13/04/09 | Laser Copy;NELSON M | 99 | 9.90 |
| 13/04/09 | Laser Copy;KAPLAN M | 11 | 1.10 |
| 13/04/09 | Laser Copy;KUKULOWI | 8 | 0.80 |
| 14/04/09 | Laser Copy;KAPLAN M | 153 | 15.30 |
| 14/04/09 | Laser Copy;MattesL | 661 | 66.10 |
| 14/04/09 | Laser Copy;KARTASHM | 12 | 1.20 |
| 14/04/09 | Laser Copy;KUKULOWI | 267 | 26.70 |
| 14/04/09 | Laser Copy;GOUGEON | 259 | 25.90 |
| 14/04/09 | Laser Copy;NELSON M | 718 | 71.80 |
| 14/04/09 | Laser Copy;ORAHILL T | 209 | 20.90 |
| 14/04/09 | Telephone;6463212499;NEW YORKNY;4461 | 1 | 0.51 |
| 15/04/09 | Laser Copy;DUNSMUIM | 6 | 0.60 |
| 15/04/09 | Laser Copy;Cheong, J. | 665 | 66.50 |
| 15/04/09 | Laser Copy;KAPLAN M | 19 | 1.90 |
| 15/04/09 | Laser Copy;KARTASHM | 2 | 0.20 |
| 15/04/09 | Laser Copy;MATHESON | 3 | 0.30 |
| 15/04/09 | Laser Copy;ROHOMAN | 9 | 0.90 |
| 15/04/09 | Laser Copy;NELSON M | 186 | 18.60 |
| 15/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 15/04/09 | Telephone;2128728012;NEW YORKNY;4715 | 1 | 0.51 |
| 15/04/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 0.55 |
| 15/04/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 45.65 |
| 15/04/09 | Laser Copy;ORAHILL T | 112 | 11.20 |
| 16/04/09 | Rogers long distance phone charges for M. Wunder for Feb. 11 to March 12/09 | 1 | 95.42 |
| 16/04/09 | Taxi for M. Wunder from FCP to Eglinton on April 13/09; 2009-4-13 | 1 | 21.90 |
| 16/04/09 | Laser Copy;KUKULOWI | 9 | 0.90 |
| 16/04/09 | Laser Copy;NELSON M | 53 | 5.30 |
| 16/04/09 | Laser Copy;DUNSMUIM | 29 | 2.90 |
| 16/04/09 | Laser Copy;ORAHILL T | 379 | 37.90 |
| 16/04/09 | Laser Copy;PAUL S | 13 | 1.30 |
| 16/04/09 | Telephone;2128727434;NEW YORKNY;4740 | 1 | 6.12 |
| 16/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 16/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 8.16 |
| 16/04/09 | Fax Charges | 1 | 38.13 |
| 16/04/09 | Photocopy;ORAHILL T | 332 | 33.20 |
| 16/04/09 | Dinner for M. Wunder at Cora Pizza on April 15/09 | 1 | 7.17 |
| 16/04/09 | Lunch for S. Kukulowicz and T. O'Rahilly while on Committee Meeting call on April 2, 2009 | 1 | 13.46 |
| 16/04/09 | Photocopy;ORAHILL T | 6 | 0.60 |
| 17/04/09 | Laser Copy;NELSON M | 112 | 11.20 |
| 17/04/09 | Laser Copy;MattesL | 12 | 1.20 |
| 17/04/09 | Laser Copy;KARTASHM | 19 | 1.90 |
| 17/04/09 | Laser Copy;DUNSMUIM | 79 | 7.90 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/04/09 | Dinner for M. Wunder at Subway on April 16/09; | 1 | 11.12 |
| 17/04/09 | Laser Copy;Cheong, J. | 241 | 24.10 |
| 17/04/09 | Laser Copy;KUKULOWI | 42 | 4.20 |
| 19/04/09 | Laser Copy;HOWELL A | 35 | 3.50 |
| 20/04/09 | Laser Copy;KAPLAN M | 194 | 19.40 |
| 20/04/09 | Telephone;2125121680;NEW YORKNY;4582 | 1 | 0.51 |
| 20/04/09 | Laser Copy;KARTASHM | 3 | 0.30 |
| 20/04/09 | Laser Copy;KUKULOWI | 341 | 34.10 |
| 20/04/09 | Laser Copy;DAUPHINE | 528 | 52.80 |
| 20/04/09 | Laser Copy;DUNSMUIM | 51 | 5.10 |
| 20/04/09 | Laser Copy;GOUGEON | 463 | 46.30 |
| 20/04/09 | Laser Copy;ORAHILL T | 421 | 42.10 |
| 20/04/09 | Laser Copy;GOUGEON | 60 | 6.00 |
| 21/04/09 | Parking for M. Wunder at FCP on April 19/09; | 1 | 9.56 |
| 21/04/09 | Lunch for M. Wunder at Bagel World on April 19/09 | 1 | 12.07 |
| 21/04/09 | Laser Copy;DUNSMUIM | 10 | 1.00 |
| 21/04/09 | Laser Copy;KAPLAN M | 26 | 2.60 |
| 21/04/09 | Laser Copy;KARTASHM | 5 | 0.50 |
| 21/04/09 | Laser Copy;KUKULOWI | 27 | 2.70 |
| 21/04/09 | Laser Copy;NELSON M | 160 | 16.00 |
| 21/04/09 | Laser Copy;GOUGEON | 7 | 0.70 |
| 21/04/09 | Laser Copy;ORAHILL T | 33 | 3.30 |
| 21/04/09 | Lunch on April 21 2009 Meeting with M. Wunder, S. Kukulowicz and A. MacFarlane (lunch during Nortel meeting) | 1 | 28.70 |
| 22/04/09 | "Quick Law/NORTH, ALEXANDRA" | 1 | 33.97 |
| 22/04/09 | "eCarswell on-line research/NORTH,ALEXANDRA" | 1 | 49.25 |
| 22/04/09 | Laser Copy;NELSON M | 52 | 5.20 |
| 22/04/09 | Laser Copy;KAPLAN M | 14 | 1.40 |
| 22/04/09 | Laser Copy;PAUL S | 5 | 0.50 |
| 23/04/09 | "eCarswell on-line research/NORTH,ALEXANDRA" | 1 | 40.00 |
| 23/04/09 | Laser Copy;KAPLAN M | 14 | 1.40 |
| 23/04/09 | Laser Copy;NORTH A | 31 | 3.10 |
| 23/04/09 | Laser Copy;ORAHILL T | 185 | 18.50 |
| 23/04/09 | Laser Copy;MILLER K | 175 | 17.50 |
| 23/04/09 | Laser Copy;NELSON M | 229 | 22.90 |
| 23/04/09 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 23/04/09 | Photocopy;ORAHILL T | 599 | 59.90 |
| 23/04/09 | "Quick Law/COLVIN, IAN" | 1 | 2.37 |
| 23/04/09 | "Quick Law/NORTH, ALEXANDRA" | 1 | 63.22 |
| 24/04/09 | Laser Copy;KAPLAN M | 6 | 0.60 |
| 24/04/09 | Laser Copy;NORTH A | 15 | 1.50 |
| 24/04/09 | Laser Copy;MacFarlaneA | 71 | 7.10 |
| 24/04/09 | Lunch - Mamma's Pizza /Lunch for M. Wunder, S. Kukulowicz, A. MacFarlane, R. Jacobs (Akin Gump) on April 8, 2009 Inv. R603190 | 1 | 37.80 |
| 24/04/09 | Laser Copy;KUKULOWI | 66 | 6.60 |
| 24/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 24/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 24/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 7.65 |
| 24/04/09 | Telephone;2126326197;NEW YORKNY;4421 | 1 | 1.53 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/04/09 | Laser Copy;NELSON M | 144 | 14.40 |
| 24/04/09 | Lunch - Maxim / Lunch for M. Wunder, S. Kukulowicz, A. MacFarlane and R. Jacobs on April 7, 2009 Inv. 113910 | 1 | 45.36 |
| 24/04/09 | Dinner - Maxim / Dinner for M. Wunder, S. Kukulowicz, A. MacFarlane, and R. Jacobs (Akin Gump) on April 8, 2009 Inv. 113934 | 1 | 18.36 |
| 25/04/09 | Laser Copy;KUKULOWI | 79 | 7.90 |
| 26/04/09 | Laser Copy;KUKULOWI | 343 | 34.30 |
| 26/04/09 | Laser Copy;CHUNG G | 1451 | 145.10 |
| 27/04/09 | Telephone;2125065127;NEW YORKNY;4582 | 1 | 1.02 |
| 27/04/09 | Telephone;2128727434;NEW YORKNY;4582 | 1 | 2.55 |
| 27/04/09 | Laser Copy;DAUPHINE | 22 | 2.20 |
| 27/04/09 | Laser Copy;MacFarlaneA | 192 | 19.20 |
| 27/04/09 | Laser Copy;KAPLAN M | 374 | 37.40 |
| 27/04/09 | Laser Copy;KUKULOWI | 25 | 2.50 |
| 27/04/09 | Laser Copy;GOUGEON | 4 | 0.40 |
| 27/04/09 | Laser Copy;NELSON M | 94 | 9.40 |
| 27/04/09 | Telephone;2126495133;NEW YORKNY;4715 | 1 | 3.06 |
| 27/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 27/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 27/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 28/04/09 | Laser Copy;NELSON M | 824 | 82.40 |
| 28/04/09 | Laser Copy;ROHOMAN | 839 | 83.90 |
| 28/04/09 | Laser Copy;MacFarlaneA | 16 | 1.60 |
| 28/04/09 | Laser Copy;GOUGEON | 795 | 79.50 |
| 28/04/09 | Laser Copy;GRASSI J | 477 | 47.70 |
| 28/04/09 | Laser Copy;PenJ | 286 | 28.60 |
| 28/04/09 | Laser Copy;DUNSMUIM | 4 | 0.40 |
| 28/04/09 | Photocopy;PenJ | 32 | 3.20 |
| 28/04/09 | Photocopy;PenJ | 32 | 3.20 |
| 28/04/09 | Laser Copy;KUKULOWI | 301 | 30.10 |
| 28/04/09 | Telephone;2125121680;NEW YORKNY;4582 | 1 | 10.20 |
| 28/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 28/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 28/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 28/04/09 | Laser Copy;YING C | 1056 | 105.60 |
| 28/04/09 | Laser Copy;KAPLAN M | 80 | 8.00 |
| 29/04/09 | Laser Copy;BEAIRSTO | 295 | 29.50 |
| 29/04/09 | Laser Copy;NELSON M | 53 | 5.30 |
| 29/04/09 | Laser Copy;ORAHILL T | 121 | 12.10 |
| 29/04/09 | Laser Copy;GOUGEON | 26 | 2.60 |
| 29/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 29/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 29/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 29/04/09 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 29/04/09 | Laser Copy;KUKULOWI | 2 | 0.20 |
| 29/04/09 | Laser Copy;LEGAULT | 68 | 6.80 |
| 29/04/09 | Photocopy;MILLER K | 110 | 11.00 |
| 29/04/09 | Breakfast for M. Wunder at Bagel World on April 26/09 | 1 | 13.17 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 29/04/09 | Lunch - Maxim /Lunch for M. Wunder, S. Kukulowicz and A. MacFarlane on April 17, 2009 Inv. 114028 | 1 | 52.11 |
| 29/04/09 | Lunch - Maxim /Lunch for M. Wunder, S. Kukulowicz and A. MacFarlane on April 15, 2009 Inv. 113993 | 1 | 43.47 |
| 29/04/09 | Lunch for M. Wunder, A. MacFarlane and F. Hodara (Akin Gump) at The Law Society of Upper Canada on April 28/09; | 1 | 65.00 |
| 29/04/09 | Breakfast for M. Wunder, S. Kukulowicz and A. MacFarlane at Greenleaf's on April 28/09; | 1 | 10.28 |
| 29/04/09 | Dinner for M. Wunder and F. Hodara (Akin Gump) at Terroni on April 27/09; | 1 | 70.00 |
| 29/04/09 | Laser Copy;GRASSI J | 7 | 0.70 |
| 29/04/09 | Parking for M. Wunder at FCP on April 26/09; | 1 | 9.56 |
| 29/04/09 | Laser Copy;KAPLAN M | 32 | 3.20 |
| 29/04/09 | Taxi for M. Wunder from FCP to Eglinton on April 27/09; 2009-4-27 | 1 | 22.86 |
| 30/04/09 | Telephone;2125065127;NEW YORKNY;4582 | 1 | 1.02 |
| 30/04/09 | Laser Copy;KAPLAN M | 20 | 2.00 |
| 30/04/09 | Laser Copy;KARTASHM | 114 | 11.40 |
| 30/04/09 | Laser Copy;KUKULOWI | 35 | 3.50 |
| 30/04/09 | Laser Copy;DUNSMUIM | 130 | 13.00 |
| 30/04/09 | Laser Copy;GRASSI J | 42 | 4.20 |
| 30/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 30/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 30/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 30/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 6.63 |
| 30/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 30/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 30/04/09 | Lunch for S. Kukulowicz and A. MacFarlane while on Committee Call on April 30, 2009 | 1 | 16.16 |
| 30/04/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 30/04/09 | Photocopy;GRASSI J | 6 | 0.60 |
| 30/04/09 | Laser Copy;MacFarlaneA | 74 | 7.40 |
| 30/04/09 | Laser Copy;NELSON M | 244 | 24.40 |
| 30/04/09 | Laser Copy;ORAHILL T | 158 | 15.80 |
| 30/04/09 | Laser Copy;PICARD M | 18 | 1.80 |
| 31/03/09 | Beck Taxi/Inv 1721-003/M J Wunder Feb 25/09 | 1 | 24.50 |
| 31/03/09 | Beck Taxi/Inv 1721-003/Genevieve Chung Feb 17/09 | 1 | 34.00 |
| 31/03/09 | Beck Taxi/Inv 1721-003/M J Wunder x 2 Feb 27/09 | 1 | 31.00 |
| 31/03/09 | Beck Taxi/Inv 1721-003/M J Wunder Mar 17/09 | 1 | 23.00 |
| 31/03/09 | Beck Taxi/Inv 1721-003/G Chung Mar 17/09 | 1 | 32.00 |
| 31/03/09 | Beck Taxi/Inv 1721-003/M J Wunder Mar 18/09 | 1 | 24.50 |
| | **Total** | **CDN** | **$4,859.38** |