**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 130.3 | $775.00 | $100,982.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 69 | $775.00 | $53,475.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 22.1 | $750.00 | $16,575.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 85.7 | $750.00 | $64,275.00 |
| Baston, P.F. | Partner | Pensions/Benefits | Ontario - 1976 | 0.4 | $750.00 | $300.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 18.1 | $725.00 | $13,122.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 144.8 | $725.00 | $104,980.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 27.3 | $700.00 | $19,110.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 83.9 | $675.00 | $56,632.50 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 16.6 | $675.00 | $11,205.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 4.9 | $600.00 | $2,940.00 |
| Brosseau, W. | Associate | Taxation | Ontario - 2001 | 0.9 | $500.00 | $450.00 |
| Dietrich, J.O. | Associate | Financial Restructuring | Ontario - 2004 | 1 | $480.00 | $480.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 20.1 | $400.00 | $8,040.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 61.2 | $350.00 | $21,420.00 |
| Horrox, N.S. | Associate | Employment/Labour | Ontario - 2006 | 3.6 | $350.00 | $1,260.00 |
| North, A.R. | Student | Students | | 2.7 | $200.00 | $540.00 |
| John, H. | Student | Students | | 13.1 | $200.00 | $2,620.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 50.8 | $175.00 | $8,890.00 |
| TOTAL | | | | 756.5 | CDN. | $487,297.50 |

2