**EXHIBIT C**

```
 1    we all refer to shorthand, as Flex.
 2              THE COURT:  Okay.
 3              MR. BROMLEY:  But it's Flextronics.  They are a
 4    Singapore-based entity with operations all around the world
 5    and in very shorthand terms, your Honor, Nortel sold its
 6    manufacturing facilities to Flex several years ago and
 7    Flextronics has been contracting back and supplying the
 8    hardware that Nortel sells.
 9              And the arrangement that was put in place and
10    negotiated into the wee hours of the morning yesterday, is an
11    agreement that amends certain other agreements.  And the
12    agreements that they amend are Canadian agreements.  They are
13    agreements between Nortel Networks Limited and certain
14    Canadian Flextronics entities.  And the arrangement is for
15    the purchase of certain inventory that Nortel did not
16    arguably have the obligation to buy in the amount of $120
17    million and those amounts would be payable in four tranches
18    over the period between now and the middle of April.  That
19    arrangement was approved by the court yesterday in Toronto.
20              THE COURT:  Okay.
21              MR. BROMLEY:  And the first payment was made
22    yesterday of $25 million.  That is extraordinarily important,
23    your Honor, because Flextronics represents approximately 70
24    percent of the out-sourced production with respect to Nortel
25    hardware.
```

```
                                                                    18
 1              So, it is important to note that we may be back for
 2   come critical vendor relief and just to give you fair
 3   warning.  We don't have a motion yet, but we have a lot of
 4   phone calls asking for one.  But we really couldn't take any
 5   steps in that regard, your Honor, until we dealt with
 6   Flextronics, which in many respects, is the critical vendor.
 7   So, we're very happy that we were able to come to that
 8   arrangement and while it is a Canadian contract, the way the
 9   system works within the Nortel empire is that contracts,
10   purchase orders may be entered into by the U.S. entities that
11   incorporate all of the terms of the Canadian contract for
12   delivery of goods and services or actually, just goods out of
13   Flextronics to U.S. customers of the U.S. entities.
14              THE COURT:  Okay.
15              MR. BROMLEY:  So, without that ability under the --
16   the amendment under the Canadian contracts, then none of
17   those purchase orders would be able to be entered by the U.S.
18   entities and there would be no supply.  So, it's again, yet
19   another sign of the co-dependency, so to speak, of all of
20   these organizations.
21              Your Honor, if I may, it would be worthwhile, I
22   think, to take a little bit of time and talk to you a little
23   bit about what Nortel does.  Because that is important and
24   I've mentioned a little bit of it already.  But it is a
25   technology company.  It invents things and develops things,
```