## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Approving The Settlement Documents By And Among (I) Nortel Networks Limited, (II) Flextronics Telecom Systems Ltd. And (III) Flextronics Corporation And (B) Granting Related Relief** was caused to be made on May 22, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: May 22, 2009

Ann C. Cordo (No. 4817)

2907734.1