## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Certain Portions Of The Settlement Documents By And Among (I) Nortel Networks Limited, (II) Flextronics Telecom Systems Ltd. And (III) Flextronics Corporation** was caused to be made on May 22, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: May 22, 2009

Ann C. Cordo (No. 4817)

2907730.1