# EXHIBIT B

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 3/30/2009 | Lee A. Sweigart | Ground Transportation | Cab ride from YYZ to Nortel office. | 33.72 |
| 3/30/2009 | Matthew J. Fisher | Meals | Room service, Westin, dinner, 1 person. | 45.99 |
| 3/31/2009 | Coley P. Brown | Parking & Tolls | Parking near Westin hotel while traveling on Nortel engagement. | 8.20 |
| 4/1/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 2.42 |
| 4/1/2009 | Bob Jones | Airfare | Northwest Air Lines, Airfare for the week of April 6th. Purchased in advance as requested in order to obtain optimum pricing for airfare from Atlanta, GA to Toronto, Canada. | 1,051.45 |
| 4/1/2009 | Coley P. Brown | Parking & Tolls | Parking near Westin hotel while traveling on Nortel engagement. | 8.20 |
| 4/1/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | 7.00 |
| 4/1/2009 | David Head | Ground Transportation | Taxi from Nortel to airport. Paid in USD. | 30.00 |
| 4/1/2009 | David Head | Parking & Tolls | Parking at Detroit Metro while at Nortel on business, 3 days. | 60.00 |
| 4/1/2009 | David Head | Hotel/Lodging | Westin, Toronto, ON Nortel Engagement. Amount = 283.30 in CAN = 234 USD (Exchange rate = 1.21), 2 nights. | 234.00 |
| 4/1/2009 | James Lukenda | Meals | Nortel-breakfast, café, 1 person. | 3.48 |
| 4/1/2009 | James Lukenda | Meals | Nortel-travel meal, Toast, C15.34@1.21, 1 person. | 12.67 |
| 4/1/2009 | James Lukenda | Ground Transportation | Nortel-car from 195 West Mall to YYZ (US$). | 30.00 |
| 4/1/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | 4.76 |
| 4/1/2009 | Michael E. Scannella | Meals | Jack Astor's, Toronto, Team Dinner, Mike Scannella, Coley Brown, Theresa Steinkamp, Matt Fisher, Lee Sweigart, Bobby Fisher, 6 people. | 202.21 |
| 4/1/2009 | Theresa Steinkamp | Airfare | Air Canada flight, to/ from Nortel client site in Toronto (YYZ), 4/13/09 - 4/17/09. | 623.49 |
| 4/2/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 4.10 |
| 4/2/2009 | Coley P. Brown | Parking & Tolls | Parking near Westin hotel while traveling on Nortel engagement. | 8.12 |
| 4/2/2009 | Coley P. Brown | Meals | Dinner at Nami for Coley Brown, Theresa Steinkamp, Bobby Jones, and Mike Scannella (4 people). | 200.00 |
| 4/2/2009 | James Lukenda | Other | Nortel-Nexus application fee. | 50.00 |
| 4/2/2009 | James Lukenda | Airfare | Nortel-CO EWR to YYZ 4/7 BEJ879. | 813.78 |
| 4/2/2009 | Lee A. Sweigart | Meals | Breakfast - week of 3/30, 1 person. | 20.09 |
| 4/2/2009 | Lee A. Sweigart | Meals | Food & Beverages at YYZ airport, 1 person. | 23.27 |
| 4/2/2009 | Lee A. Sweigart | Mileage | Round trip mileage from home to IND airport. | 24.75 |
| 4/2/2009 | Lee A. Sweigart | Parking & Tolls | IND airport; 3/30 - 4/02, 4 days. | 64.00 |
| 4/2/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 40.00 |
| 4/2/2009 | Matthew J. Fisher | Meals | Dinner at airport (YTO); M. Fisher, L. Sweigart, 2 people. | 44.81 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 4/2/2009 | Matthew J. Fisher | Rental Car | National, Toronto, Mar 30, 2009 through Apr 2, 2009, 4 days. | 295.06 |
| 4/2/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, Mar 30, 2009 through Apr 2, 2009, lodging near offices of Debtors, 3 nights (room + tip). | 360.70 |
| 4/2/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | 4.76 |
| 4/2/2009 | Michael E. Scannella | Parking & Tolls | Canada Auto Parks, Toronto, 4/2/09 for dinner. | 8.11 |
| 4/2/2009 | Michael E. Scannella | Office Supplies | Staples, Toronto, Purchased necessary office supplies locally to compile SoFAs and Schedules binders for review. | 86.77 |
| 4/3/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 4.19 |
| 4/3/2009 | Bob Jones | Ground Transportation | Taxi fare from Nortel Networks HQ to the Toronto International Airport. | 27.31 |
| 4/3/2009 | Bob Jones | Mileage | Drove from Atlanta Airport home to Cumming, GA after working at the clientsite. | 31.90 |
| 4/3/2009 | Bob Jones | Parking & Tolls | Park & Ticket, Parking at the Atlanta Airport while working in Toronto, Canada at the Nortel Networks bankruptcy project from Monday, March 30th through Friday, April 3rd (5 days). | 75.00 |
| 4/3/2009 | Bob Jones | Hotel/Lodging | The Westin Harbor Castle, Toronto, Canada., while working on the Nortel Networks project from Monday, March 30th through Friday, April 3rd, 4 nights. | 484.17 |
| 4/3/2009 | Coley P. Brown | Meals | Breakfast for the week of 3/30-4/3 while traveling on Nortel engagement, 1 person. | 20.00 |
| 4/3/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |
| 4/3/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin hotel in Toronto from 3/30-4/3 (4 nights). Hotel $417.29 + Parking $75 = $492.29 | 75.00 |
| 4/3/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto from 3/30-4/3 (4 nights). Hotel $417.29 + Parking $75 = $492.29. Also included $10 tips. | 427.29 |
| 4/3/2009 | Lee A. Sweigart | Meals | Food & Beverage at Westin, 1 person. | 5.56 |
| 4/3/2009 | Lee A. Sweigart | Telecom | Internet at Westin in Toronto necessary for Nortel work. | 9.50 |
| 4/3/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto (3/30 - 4/02), 3 nights. | 350.02 |
| 4/3/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | 5.31 |
| 4/3/2009 | Michael E. Scannella | Meals | Tim Horton's, YYZ, Travel Dinner, 1 person. | 5.45 |
| 4/3/2009 | Michael E. Scannella | Meals | Molson Pub, YYZ, Traveling Dinner, Coley Brown, Mike Scannella, 2 people. | 16.52 |
| 4/3/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 32 miles, travel to client site. | 17.60 |
| 4/3/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 3/30 - 4/03, 5 Days. | 120.00 |
| 4/3/2009 | Theresa Steinkamp | Meals | Travel meal at Toronto airport, TGI Friday's, T. Steinkamp & B. Jones, 2 people. | 24.98 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 4/4/2009 | Coley P. Brown | Meals | Individual overtime meal from D'Agostinos for Coley Brown (1 person) while working over the weekend on Nortel matters. | 21.74 |
| 4/4/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from residence and Huron office over the weekend to work on Nortel matters. | 40.00 |
| 4/5/2009 | Theresa Steinkamp | Meals | Travel meal - T. Steinkamp, dinner at airport restaurant, 1 person. | 18.62 |
| 4/5/2009 | Theresa Steinkamp | Ground Transportation | Car service from YYZ airport to Westin Harbour Castle (for Nortel client site), AEROLINE LIMOUSINE A BRAMPTON. | 58.68 |
| 4/5/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, for Nortel client site, 3/30/09 - 4/3/09, lodging + tips for hotel staff, 4 nights. | 597.03 |
| 4/6/2009 | Bob Jones | Ground Transportation | Taxi fare from the Toronto International Airport to the Nortel Networks HQ to work at the Nortel Networks bankruptcy project from Monday, April 6th through Thursday, April 9th. | 29.40 |
| 4/6/2009 | Bob Jones | Mileage | Drove from Cumming, Ga. to Atlanta Airport, travel to client site from Monday, April 6th through Thursday, April 9th. | 31.90 |
| 4/6/2009 | Bob Jones | Airfare | Northwest Air Lines, Week of April 13th airfare from Atlanta, GA to Toronto, Canada. Requested to purchase airfare in advance in order to get optimum pricing on airfare from Atlanta, GA to Toronto, Canada. | 947.05 |
| 4/6/2009 | Bob Jones | Airfare | Northwest Air Lines, Week of April 20th airfare from Atlanta, GA to Toronto, Canada. Requested to purchase airfare in advance in order to get optimum pricing on airfare from Atlanta, GA to Toronto, Canada. | 1,084.98 |
| 4/6/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport while traveling on Nortel engagement. | 40.00 |
| 4/6/2009 | David Head | Ground Transportation | Cab from Airport to Client Site. $35.00 Canadian. | 29.32 |
| 4/6/2009 | David Head | Meals | Meal taken in room while on Nortel Engagement, 1 person. | 40.30 |
| 4/6/2009 | David Head | Airfare | NWA - DTW to Toronto for Nortel Bankruptcy engagement 4/6-4/8. | 622.07 |
| 4/6/2009 | James Lukenda | Airfare | Nortel - airfare EWR to YYZ for 2-9, DZP95P not previously charged. | 272.64 |
| 4/6/2009 | Matthew J. Fisher | Meals | Breakfast at airport (ORD), 1 person. | 9.42 |
| 4/6/2009 | Matthew J. Fisher | Meals | Room service, Westin, dinner, 1 person. | 50.00 |
| 4/6/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (YTO) to hotel. | 51.00 |
| 4/6/2009 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Breakfast, 1 person. | 6.40 |
| 4/6/2009 | Michael E. Scannella | Parking & Tolls | Lot #73, Toronto, 4/6/09, for dinner. | 8.28 |
| 4/6/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 32 miles, airport. | 17.60 |
| 4/6/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 4/6 - 4/10, 4 nights. | 67.14 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|--------------|-----------|-------------|--------|
| 4/6/2009 | Michael E. Scannella | Parking & Tolls | EWR Airport, EWR, 4/6 - 4/10, 5 days. | 120.00 |
| 4/6/2009 | Michael E. Scannella | Other | CBSA/ASFC, YYZ, Expense for 1 Year Work Visa ($150 CAD). | 125.75 |
| 4/6/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 4/6 - 4/10, 5 days. | 355.47 |
| 4/6/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 4/6 - 4/10, Housing + Tip, 4 nights. | 484.32 |
| 4/6/2009 | Theresa Steinkamp | Ground Transportation | Cab ride from Westin Harbour Castle to Nortel client site at 195 The West Mall. | 45.00 |
| 4/6/2009 | Theresa Steinkamp | Meals | Dinner at Bier Market Esplanade, 4 people - T.Steinkamp, M. Scannella, C. Brown, B. Jones (Total bill $213.47). | 200.00 |
| 4/7/2009 | Bob Jones | Meals | Breakfast at the Nortel Networks corporate cafeteria, 1 person. | 4.74 |
| 4/7/2009 | Coley P. Brown | Research | Q1 2009 PACER Invoice; Research conducted by Coley Brown for Nortel engagement | 2.48 |
| 4/7/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | 8.00 |
| 4/7/2009 | David Head | Telecom | No service on cell phone in room. Charges for local client calls. | 48.70 |
| 4/7/2009 | James Lukenda | Mileage | Nortel - to/from EWR. | 17.05 |
| 4/7/2009 | James Lukenda | Ground Transportation | Nortel - cab to West Mall. | 31.00 |
| 4/7/2009 | James Lukenda | Hotel/Lodging | Nortel - Westin Harbour Castle, 1 night, (C141.25@1.21) plus maid tip (5). | 121.73 |
| 4/7/2009 | James Lukenda | Meals | Nortel - evening meal, 7 people (JML, DH, TS, MF, MS, CB, BJ) Canyon Creek (C284.70@1.21). | 235.29 |
| 4/7/2009 | Lee A. Sweigart | Meals | Food & Beverage at Westin, 1 person. | 19.34 |
| 4/7/2009 | Lee A. Sweigart | Airfare | Air Canada; IND/YYZ; 4/13-4/17. | 776.45 |
| 4/7/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | 4.73 |
| 4/7/2009 | Theresa Steinkamp | Ground Transportation | Carmel Car Service - transportation to LGA airport for flight to Nortel client site in Toronto, 3/30/09. | 72.00 |
| 4/8/2009 | Bob Jones | Meals | Breakfast at the Nortel Networks corporate cafeteria, 1 person. | 4.67 |
| 4/8/2009 | Coley P. Brown | Meals | Dinner in room at Westin Harbor for Coley Brown (1 person) while traveling on Nortel engagement. | 24.32 |
| 4/8/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | 8.00 |
| 4/8/2009 | David Head | Meals | Meal taken in room while on Nortel Bankruptcy engagement, 1 person. | 38.96 |
| 4/8/2009 | James Lukenda | Meals | Nortel-breakfast, co. café, 1 person. | 3.81 |
| 4/8/2009 | James Lukenda | Meals | Nortel - Breakfast, Toast at YYZ (C12.41@1.21), 1 person. | 10.25 |
| 4/8/2009 | James Lukenda | Ground Transportation | Nortel - Cab from West Mall to YYZ. | 30.00 |
| 4/8/2009 | James Lukenda | Parking & Tolls | Nortel - Parking EWR (48) and GSP toll (1). | 49.00 |
| 4/8/2009 | Matthew J. Fisher | Meals | Room service, Westin, dinner, 1 person. | 50.00 |
| 4/8/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | 4.73 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/8/2009 | Michael E. Scannella | Meals | Westin Hotel room service, Toronto, Dinner, 1 person. | 45.15 |
| 4/8/2009 | Theresa Steinkamp | Meals | Individual travel meal - breakfast, T. Steinkamp, Nortel café, 1 person. | 3.88 |
| 4/8/2009 | Theresa Steinkamp | Meals | Individual travel meal - dinner, T. Steinkamp, from Oyshi, 1 person. | 19.45 |
| 4/9/2009 | Bob Jones | Meals | Breakfast at the Nortel Networks corporate cafeteria, 1 person. | 4.19 |
| 4/9/2009 | Bob Jones | Ground Transportation | Taxi fare from the Nortel Networks HQ to the Toronto International Airport. | 26.85 |
| 4/9/2009 | Bob Jones | Mileage | Drove from the Atlanta Airport to Cumming, Ga. | 31.90 |
| 4/9/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA., Parking at the Atlanta Airport while working at the Nortel Networks bankruptcy project in Toronto, Canada from Monday, April 6th through Thursday, April 9th (4 days). | 60.00 |
| 4/9/2009 | Bob Jones | Hotel/Lodging | The Westin Harbor Castle, Toronto, Canada., working on the Nortel Networks project from Monday, April 6th through Thursday, April 9th (4 nights). | 356.42 |
| 4/9/2009 | Coley P. Brown | Parking & Tolls | Parking near Pure Spirits in Toronto to have dinner. | 1.12 |
| 4/9/2009 | Coley P. Brown | Meals | Dinner at Pure Spirits for Coley Brown and Mike Scannella (2 people). | 100.00 |
| 4/9/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | 8.00 |
| 4/9/2009 | David Head | Ground Transportation | Cab from Client Site to Toronto Airport- Nortel Engagement 35.00 Canadian. | 28.70 |
| 4/9/2009 | David Head | Parking & Tolls | Parking at Detroit Metro Airport while in Toronto for Nortel Bankruptcy engagement, 04/06/2009-04/09/2009, 4 days. | 80.00 |
| 4/9/2009 | David Head | Hotel/Lodging | Westin Hotel- Nortel Bankruptcy engagement for 04/06/2009-04/09/2009, 3 nights. | 361.24 |
| 4/9/2009 | James Lukenda | Research | Nortel - PACER charges, 2-09. | 6.72 |
| 4/9/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 40.00 |
| 4/9/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, Apr 6, 2009 through Apr 9, 2009, lodging near offices of Debtors, 3 nights (room + tip). | 366.42 |
| 4/9/2009 | Matthew J. Fisher | Airfare | United, Chicago to Toronto, Apr 6 through Apr 9, visit Debtors' office. | 631.35 |
| 4/9/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | 4.73 |
| 4/9/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast, T. Steinkamp, Nortel cafeteria, 1 person. | 3.38 |
| 4/9/2009 | Theresa Steinkamp | Ground Transportation | Carmel Car service from LGA airport to home (travel from Toronto - Nortel client site). | 72.00 |
| 4/10/2009 | Coley P. Brown | Meals | Breakfast for the week of 4/6-4/10 while traveling on Nortel engagement, 1 person. | 20.00 |
| 4/10/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|--------------|-----------|-------------|--------|
| 4/10/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin hotel in Toronto from 4/6-4/10 (4 nights). Hotel $449.68 + Parking $75 = $524.68. | 75.00 |
| 4/10/2009 | Coley P. Brown | Rental Car | Rental car in Toronto from 4/6-4/10 (5 days). | 293.10 |
| 4/10/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto from 4/6-4/10 (4 nights). Hotel $449.68 = $524.68. Also included $10 tips. | 459.68 |
| 4/10/2009 | Michael E. Scannella | Meals | Molson Pub, YYZ, Travel meal, 1 person. | 8.39 |
| 4/10/2009 | Michael E. Scannella | Mileage | From Airport, 32 miles, return from client site. | 17.60 |
| 4/11/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, for Nortel client site, 4/5/09 - 4/9/09, 4, nights, lodging + tips for hotel staff. | 492.37 |
| 4/11/2009 | Theresa Steinkamp | Airfare | American Airlines, flight to/from Nortel client site (YYZ), 4/24/09 - 4/26/09. | 556.03 |
| 4/12/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for 4/13-4/17 for Nortel engagement. | 1,142.39 |
| 4/12/2009 | Theresa Steinkamp | Airfare | Air Canada/American Airlines flight to/from Toronto (Nortel client site), T. Steinkamp. | 656.52 |
| 4/13/2009 | Bob Jones | Ground Transportation | Taxi fare from YYZ to the Nortel Networks HQ. | 31.15 |
| 4/13/2009 | Bob Jones | Mileage | Drove from Cumming, Ga. to the Atlanta Airport, 58 miles driven. | 31.90 |
| 4/13/2009 | Bob Jones | Telecom | Roaming charges incurred from February 23, 2009 through March 22, 2009 while working at the Nortel Networks bankruptcy project in Toronto, Canada. Authorized by Jim Lukenda. | 474.78 |
| 4/13/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport while traveling on Nortel engagement. | 40.00 |
| 4/13/2009 | James Lukenda | Mileage | Nortel-mileage to EWR. | 17.05 |
| 4/13/2009 | James Lukenda | Meals | Nortel-evening meal, Westin 1 person, (C28.33@1.21). | 23.41 |
| 4/13/2009 | James Lukenda | Hotel/Lodging | Nortel- 1 night, Westin Harbour Castle (C141.25@1.21) plus maid tip ($5). | 131.02 |
| 4/13/2009 | Lee A. Sweigart | Ground Transportation | Cab ride from YYZ to Nortel office. | 34.45 |
| 4/13/2009 | Matthew J. Fisher | Meals | Breakfast at airport (ORD), 1 person. | 8.85 |
| 4/13/2009 | Matthew J. Fisher | Meals | Room service, Westin, dinner, 1 person. | 32.99 |
| 4/13/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 65.80 |
| 4/13/2009 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Breakfast, 1 person. | 5.76 |
| 4/13/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 32 miles, airport. | 17.60 |
| 4/13/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 4/13 - 4/17, 4 nights. | 74.71 |
| 4/13/2009 | Michael E. Scannella | Meals | Jack Astors, Toronto, Dinner, 4 people, Mike Scannella, Coley Brown, Lee Sweigart, Theresa Steinkamp. | 95.56 |
| 4/13/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 4/13 - 4/17, 5 days. | 353.88 |
| 4/13/2009 | Michael E. Scannella | Airfare | Continental, To/From Home, 4/20/09 - 4/23/09, Travel to client site. | 406.45 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 4/13/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 4/13 - 4/17, 4 nights, room + tip. | 485.40 |
| 4/13/2009 | Theresa Steinkamp | Mileage | Mileage from home to LGA airport (to travel to Nortel client site), 28 miles. | 15.40 |
| 4/13/2009 | Theresa Steinkamp | Ground Transportation | Taxi from YYZ airport to Nortel client site (195 The West Mall). | 35.60 |
| 4/14/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 4.74 |
| 4/14/2009 | Bob Jones | Airfare | Northwest Airlines, Airfare to Toronto, Canada to work at Nortel Networks bankruptcy project for the week of Monday, April 27th through Thursday, April 30th. | 1,078.97 |
| 4/14/2009 | Corporate Accounts Payable | Wireless Voice & Data | Wireless roaming charges while working at client site in Toronto. | 274.57 |
| 4/14/2009 | James Lukenda | Meals | Nortel-breakfast, café, 1 person. | 7.55 |
| 4/14/2009 | James Lukenda | Ground Transportation | Nortel-cab to YYZ from 195 The West Mall. | 30.00 |
| 4/14/2009 | James Lukenda | Parking & Tolls | Nortel-parking EWR (48) plus GSP toll (1). | 49.00 |
| 4/14/2009 | Lee A. Sweigart | Meals | Breakfast - week of 4/13, 1 person. | 14.02 |
| 4/14/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast, T. Steinkamp, Nortel café, 1 person. | 4.62 |
| 4/14/2009 | Theresa Steinkamp | Airfare | Airfare to/from Toronto (Nortel client site) for T. Steinkamp, Air Canada. | 558.66 |
| 4/15/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 4.74 |
| 4/15/2009 | Coley P. Brown | Office Supplies | Office supplies purchased locally from Wal-Mart for Nortel conference room and use at client site. | 76.12 |
| 4/15/2009 | Lee A. Sweigart | Meals | Dinner at Westin, 1 person. | 50.00 |
| 4/15/2009 | Lee A. Sweigart | Airfare | Air Canada; YYZ/LGA; 4/21-4/22. | 674.95 |
| 4/15/2009 | Lee A. Sweigart | Airfare | Air Canada; IND/YYZ; 4/20-4/24. | 1,246.93 |
| 4/15/2009 | Matthew J. Fisher | Meals | Room service, Westin, dinner, 1 person. | 40.16 |
| 4/15/2009 | Michael E. Scannella | Parking & Tolls | Express Park, Toronto, 4/15, Parking for Dinner. | 10.27 |
| 4/15/2009 | Michael E. Scannella | Meals | Mr. Greenjeans, Toronto, Dinner, 2 people, Theresa Steinkamp and Mike Scannella. | 62.06 |
| 4/15/2009 | Theresa Steinkamp | Meals | Individual travel meal - breakfast, T. Steinkamp, Nortel cafe & Starbucks, 1 person. | 8.71 |
| 4/16/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 4.74 |
| 4/16/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto near dinner while traveling on Nortel engagement. | 2.20 |
| 4/16/2009 | James Lukenda | Airfare | Nortel-AMTRAK-10DE9C, to WIL 4-22. | 223.00 |
| 4/16/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 42.00 |
| 4/16/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, Apr 13 through Apr 16 2009, lodging near offices of Debtors, 3 nights (room + tip). | 373.28 |
| 4/16/2009 | Matthew J. Fisher | Airfare | United, Chicago to Toronto, Apr 13 through Apr 16, visit Debtors' office. | 1,138.34 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 4/16/2009 | Michael E. Scannella | Ground Transportation | Westin to Boiler House, Travel to Dinner. | 9.00 |
| 4/16/2009 | Michael E. Scannella | Meals | Boiler House, Toronto, Team Dinner, 5 people, Mike Scannella, Theresa Steinkamp, Coley Brown, Bobby Jones. | 250.00 |
| 4/16/2009 | Theresa Steinkamp | Meals | Individual travel meal - breakfast, T. Steinkamp, Nortel café, 1 person. | 3.38 |
| 4/17/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 7.88 |
| 4/17/2009 | Bob Jones | Mileage | Drove from the Atlanta Airport to Cumming, GA, 58 miles driven. | 31.90 |
| 4/17/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA., Parking at the Atlanta Airport. Traveled to Toronto, Canada to work at the Nortel Networks bankruptcy project from Monday, April 13th through Friday, April 17th (5 days). | 75.00 |
| 4/17/2009 | Bob Jones | Hotel/Lodging | The Westin Harbor Castle, Toronto, Canada., April 13th through Friday, April 17th, 4 nights. | 484.35 |
| 4/17/2009 | Coley P. Brown | Meals | Breakfast for the week of 4/13-4/17 while traveling on Nortel engagement, 1 person. | 20.00 |
| 4/17/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |
| 4/17/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin Hotel in Toronto for 4 nights from 4/13-4/17. Hotel $595.85 + Parking $75 = $673.85. | 75.00 |
| 4/17/2009 | Coley P. Brown | Rental Car | Rental car in Toronto for 5 days from 4/13-4/17. | 361.68 |
| 4/17/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto for 4 nights from 4/13-4/17. Hotel $595.85 + Parking $75 = $673.85. Also included $10 tips. | 608.85 |
| 4/17/2009 | Corporate Accounts Payable | Wireless Voice & Data | Wireless roaming charges while working at client site in Toronto. | 52.00 |
| 4/17/2009 | James Lukenda | Airfare | Nortel-CO EWR to YYZ, B11WEK, for 4-28. | 324.33 |
| 4/17/2009 | Lee A. Sweigart | Meals | Food & Beverage Westin, 1 person. | 11.52 |
| 4/17/2009 | Lee A. Sweigart | Meals | Food & Beverages at YYZ airport, 1 person. | 15.57 |
| 4/17/2009 | Lee A. Sweigart | Mileage | Round trip mileage from home to IND airport. | 24.75 |
| 4/17/2009 | Lee A. Sweigart | Parking & Tolls | IND airport; 4/13-4/17, 5 days. | 95.00 |
| 4/17/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto (4/13 - 4/17), 4 nights. | 483.40 |
| 4/17/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 32 miles, travel to airport. | 17.60 |
| 4/17/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast for the week for 1 person. | 20.00 |
| 4/17/2009 | Michael E. Scannella | Parking & Tolls | EWR Airport, Newark, NJ, 4/13 - 4/17, 5 days. | 120.00 |
| 4/17/2009 | Theresa Steinkamp | Mileage | Mileage from LGA airport parking lot to home (travel from Nortel client site), 28 miles. | 15.40 |
| 4/17/2009 | Theresa Steinkamp | Ground Transportation | Cab ride from Nortel client site to airport. | 34.22 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/17/2009 | Theresa Steinkamp | Parking & Tolls | Parking at LGA airport (long term discounted parking lot), 4 days. | 100.00 |
| 4/19/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, for Nortel client site, 4/13/09 - 4/17/09, 4 nights, lodging + tips for hotel staff. | 493.41 |
| 4/20/2009 | Bob Jones | Ground Transportation | Taxi fare from YYZ to the Nortel Networks office, Toronto. | 31.24 |
| 4/20/2009 | Bob Jones | Mileage | Cumming, Ga. to Atlanta Airport. 58 miles driven. | 31.90 |
| 4/20/2009 | Bob Jones | Airfare | Northwest Airlines, Airfare to Toronto, Canada to work at Nortel Networks bankruptcy project for the week of May 11th. | 577.31 |
| 4/20/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport while traveling on Nortel engagement. | 40.00 |
| 4/20/2009 | David Head | Ground Transportation | Cab from Toronto Airport to client site (35.00 Canadian). | 29.32 |
| 4/20/2009 | David Head | Meals | Meal taken in room while on company business, 1 person. | 34.79 |
| 4/20/2009 | David Head | Airfare | NWA- DTW to Toronto. Ticket #0122178286545 for 4/20-4/22. Nortel Bankruptcy engagement. | 835.58 |
| 4/20/2009 | Lee A. Sweigart | Meals | Breakfast - week of 4/20, 1 person. | 24.56 |
| 4/20/2009 | Lee A. Sweigart | Ground Transportation | Cab ride from YYZ to Nortel office. | 34.55 |
| 4/20/2009 | Lee A. Sweigart | Ground Transportation | Amtrak fair from Penn Station (NYC) to Wilmington, DE on 4/21. | 283.00 |
| 4/20/2009 | Matthew J. Fisher | Meals | Breakfast at airport (ORD), 1 person. | 9.42 |
| 4/20/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (YTO) to Debtors' office. | 29.75 |
| 4/20/2009 | Matthew J. Fisher | Meals | Room service, Westin, dinner, 1 person. | 46.82 |
| 4/20/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 65.80 |
| 4/20/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 32 miles, travel to airport. | 17.60 |
| 4/20/2009 | Michael E. Scannella | Meals | Harbour Sports Grille, Toronto, Team Dinner, 4 people, Mike Scannella, Coley Brown, Lee Sweigart, Theresa Steinkamp. | 136.83 |
| 4/20/2009 | Michael E. Scannella | Airfare | Continental, Traveling to/from home to client site. | 357.38 |
| 4/20/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 4/20 - 4/23, client site (room + tip), 3 nights. | 364.97 |
| 4/20/2009 | Theresa Steinkamp | Ground Transportation | Carmel Car service from home to LGA airport (travel to Toronto - Nortel client site). | 70.00 |
| 4/21/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 4.74 |
| 4/21/2009 | Coley P. Brown | Meals | Dinner at Biff's for 4 people including Coley Brown, Mike Scannella, Theresa Steinkamp and Bobby Jones. Actual receipt $458.69 but this represents billable portion. | 200.00 |
| 4/21/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | 7.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 4/21/2009 | David Head | Meals | Meal taken in room while on company business, 1 person. | 31.63 |
| 4/21/2009 | James Lukenda | Ground Transportation | Nortel-subway to/fm Cleary meeting. | 4.00 |
| 4/21/2009 | James Lukenda | Parking & Tolls | Nortel-PABT parking, evening meeting. | 28.00 |
| 4/21/2009 | Lee A. Sweigart | Meals | Food & Beverages in Manhattan, 1 person. | 21.34 |
| 4/21/2009 | Lee A. Sweigart | Ground Transportation | Cab ride from LGA to Cleary office. | 40.00 |
| 4/21/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto (4/20 - 4/21), 1 night. | 117.47 |
| 4/21/2009 | Lee A. Sweigart | Ground Transportation | Ride from Nortel to YYZ for flight to LGA. | 51.79 |
| 4/21/2009 | Matthew J. Fisher | Meals | Oyshi-sushi, Toronto, dinner, 1 person. | 21.31 |
| 4/22/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 4.74 |
| 4/22/2009 | Coley P. Brown | Parking & Tolls | Parking near Yonge street in order to have dinner while traveling on Nortel engagement. | 4.25 |
| 4/22/2009 | Coley P. Brown | Meals | Dinner at Milestones for 5 people including Coley Brown, Mike Scannella, Theresa Steinkamp, Matt Fisher, and Bobby Jones. | 233.85 |
| 4/22/2009 | David Head | Meals | Breakfast taken at Nortel Canteen, 1 person. | 7.00 |
| 4/22/2009 | David Head | Ground Transportation | Taxi from client site to Toronto airport (33.00 Canadian). | 27.65 |
| 4/22/2009 | David Head | Parking & Tolls | Parking at Metro Airport while on engagement in Toronto 4/20- 4/22, 3 days. | 60.00 |
| 4/22/2009 | David Head | Hotel/Lodging | Westin, Toronto. Applied exchange rate of 1.19 per AMEX. Stay for 4/20-4/22- Nortel Engagement, 2 nights. | 236.66 |
| 4/22/2009 | James Lukenda | Mileage | Nortel-to Newark Penn Station, re WIL. | 11.55 |
| 4/22/2009 | James Lukenda | Airfare | Nortel-AMTRAK fee. | 15.00 |
| 4/22/2009 | James Lukenda | Parking & Tolls | Nortel-parking at Newark Penn Station. | 21.00 |
| 4/22/2009 | Lee A. Sweigart | Meals | Food & Beverages at LGA - Jet Rock, 1 person. | 29.37 |
| 4/22/2009 | Lee A. Sweigart | Ground Transportation | Ride from YYZ to Westin Harbour Castle. | 32.26 |
| 4/22/2009 | Lee A. Sweigart | Ground Transportation | Cab ride from Penn Station (NYC) to LGA. | 38.25 |
| 4/22/2009 | Lee A. Sweigart | Meals | Dinner at Westin, 1 person. | 45.60 |
| 4/22/2009 | Theresa Steinkamp | Meals | Individual travel meal - breakfast, T. Steinkamp, Nortel café, 1 person. | 4.50 |
| 4/23/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 4.74 |
| 4/23/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin hotel in Toronto for 3 nights while traveling on Nortel engagement. | 54.00 |
| 4/23/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto for 3 nights from 4/20-4/23 (Hotel $353.53 + Parking $54 + Movie $10 = $417.53). Did not bill through movie to client. Also included $10 tips. | 363.53 |
| 4/23/2009 | Coley P. Brown | Rental Car | Rental car from 4/20-4/23 (4 days) in Toronto for Nortel engagement. | 429.12 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/23/2009 | Lee A. Sweigart | Meals | Team food & beverage at Westin (DNB) - L. Sweigart; T. Steinkamp, 2 people. | 43.71 |
| 4/23/2009 | Lee A. Sweigart | Meals | Esplanade Bier Market - L. Sweigart; T. Steinkamp; B. Jones, 3 people. | 75.39 |
| 4/23/2009 | Lee A. Sweigart | Airfare | Air Canada; IND/YYZ; 4/27 - 4/30. | 1,491.63 |
| 4/23/2009 | Matthew J. Fisher | Meals | Airport, Toronto, dinner, 1 person. | 22.70 |
| 4/23/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 40.00 |
| 4/23/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, Apr 20 through Apr 23 2009, lodging near offices of Debtors, 3 nights (room + tip). | 365.65 |
| 4/23/2009 | Matthew J. Fisher | Airfare | United, Chicago to Toronto, Apr 20 through Apr 23, visit Debtors' office. | 616.84 |
| 4/23/2009 | Michael E. Scannella | Mileage | Home, Airport, 32 miles, travel to client. | 17.60 |
| 4/23/2009 | Michael E. Scannella | Parking & Tolls | EWR, Newark, NJ, 4/20 - 4/23 (4 nights) | 96.00 |
| 4/23/2009 | Theresa Steinkamp | Parking & Tolls | Parking fee for parking rental car during dinner with Nortel engagement team. | 8.90 |
| 4/23/2009 | Theresa Steinkamp | Meals | Dinner at Jamie Kennedy Wine Bar, L.Sweigart, T. Steinkamp, and B. Jones,($223.74 total bill), 3 people. | 150.00 |
| 4/24/2009 | Bob Jones | Meals | Breakfast at Nortel Networks cafeteria, 1 person. | 5.28 |
| 4/24/2009 | Bob Jones | Ground Transportation | Taxi fare from the Nortel Networks Corporate HQ to YYZ. | 28.07 |
| 4/24/2009 | Bob Jones | Mileage | Atlanta Airport to Cumming, GA., 58 miles driven. | 31.90 |
| 4/24/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA. Parking at the Atlanta Airport while working at the Nortel Networks bankruptcy project from Monday, April 20th through Friday, April 24th. | 75.00 |
| 4/24/2009 | Bob Jones | Hotel/Lodging | The Westin Harbor Castle, Toronto, Canada, April 20th through Friday, April 24th, 4 nights. | 474.22 |
| 4/24/2009 | Coley P. Brown | Meals | Breakfast for the week of 4/20-4/24 while traveling on Nortel engagement, 1 person. | 20.00 |
| 4/24/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |
| 4/24/2009 | Lee A. Sweigart | Meals | Food & Beverages at YYZ airport, 1 person. | 23.04 |
| 4/24/2009 | Lee A. Sweigart | Mileage | Round trip mileage from home to IND airport. | 24.75 |
| 4/24/2009 | Lee A. Sweigart | Parking & Tolls | IND airport; 4/20-4/24, 5 days. | 80.00 |
| 4/24/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto (4/22-4/24), 2 nights. | 236.62 |
| 4/24/2009 | Michael E. Scannella | Meals | Nortel Cafe, Breakfast for the Week, 1 person. | 25.00 |
| 4/24/2009 | Michael E. Scannella | Airfare | Continental, Traveling to/from home to client site. | 313.93 |
| 4/24/2009 | Michael E. Scannella | Airfare | United, Traveling to/from home to client site. | 587.76 |
| 4/24/2009 | Theresa Steinkamp | Meals | Individual travel meal - breakfast, T. Steinkamp, Nortel café, 1 person. | 5.00 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 4/24/2009 | Theresa Steinkamp | Meals | Travel meal - T. Steinkamp & B. Jones, FRIDAY'S AMERICAN TORONTO, 2 people. | 29.44 |
| 4/24/2009 | Theresa Steinkamp | Ground Transportation | Can ride from airport (leaving Nortel client site in Toronto). | 45.00 |
| 4/24/2009 | Theresa Steinkamp | Rental Car | Avis rental car - for transportation to/ from Nortel client site and hotel, 5 days. | 356.76 |
| 4/25/2009 | Bob Jones | Airfare | Northwest Air Lines, Airfare from Atlanta, GA to Toronto, Canada to work at the Nortel Networks bankruptcy project. Requested to purchase airfare in advance in order to obtain optimal pricing on tickets. | 946.74 |
| 4/26/2009 | Theresa Steinkamp | Meals | Individual travel meal - dinner, T.Steinkamp, airport (for travel to Nortel client site in Toronto), 1 person. | 23.77 |
| 4/26/2009 | Theresa Steinkamp | Ground Transportation | Cab ride to airport (heading to Nortel client site in Toronto). | 45.00 |
| 4/26/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, for Nortel client site, 4/20/09 - 4/24/09, lodging + tips for hotel staff, 4 nights. | 617.33 |
| 4/27/2009 | Bob Jones | Ground Transportation | Taxi fare from Peterson International to Nortel HQ. | 30.81 |
| 4/27/2009 | Bob Jones | Mileage | Cumming, Ga. to Atlanta Airport. 58 miles driven. | 31.90 |
| 4/27/2009 | Coley P. Brown | Meals | Breakfast at airport while traveling to Toronto for Nortel engagement, 1 person. | 14.46 |
| 4/27/2009 | Coley P. Brown | Meals | Dinner at Piazza Manna for Coley Brown (1 person). | 25.56 |
| 4/27/2009 | Coley P. Brown | Ground Transportation | Cab ride from Toronto airport to Nortel while traveling. | 36.00 |
| 4/27/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to airport in order to travel to Toronto on Nortel engagement. | 40.00 |
| 4/27/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 5/4-5/8 for Nortel engagement. | 566.19 |
| 4/27/2009 | James Lukenda | Mileage | Nortel-mileage NYC to EWR. | 8.97 |
| 4/27/2009 | Lee A. Sweigart | Meals | Breakfast - week of 4/27, 1 person. | 16.44 |
| 4/27/2009 | Lee A. Sweigart | Ground Transportation | Cab ride from YYZ to Nortel office. | 34.81 |
| 4/27/2009 | Matthew J. Fisher | Meals | Breakfast at airport (ORD). 1 person. | 9.42 |
| 4/27/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (YTO) to Debtors' office. | 29.75 |
| 4/27/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 65.80 |
| 4/27/2009 | Matthew J. Fisher | Meals | Fionn, Toronto, dinner; M. Fisher, L. Sweigart, R. Jones, 3 people. | 105.91 |
| 4/27/2009 | Michael E. Scannella | Office Supplies | Staples, Toronto, Office supplies needed for use at the Nortel Toronto location. | 13.78 |
| 4/27/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 32 miles, to airport. | 17.60 |
| 4/27/2009 | Michael E. Scannella | Meals | Alexandros, Toronto, Dinner, 2 people, Mike Scannella, Theresa Steinkamp. | 27.44 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/28/2009 | Bob Jones | Meals | Breakfast at the Nortel Networks cafeteria, 1 person. | 4.74 |
| 4/28/2009 | Coley P. Brown | Parking & Tolls | Parking near Nawlins to have dinner while working on Nortel engagement. | 4.28 |
| 4/28/2009 | Coley P. Brown | Meals | Dinner at Nawlins for 2 people including Coley Brown and Bobby Jones. | 98.95 |
| 4/28/2009 | James Lukenda | Ground Transportation | Nortel-cab from YYZ to hotel. | 50.00 |
| 4/28/2009 | James Lukenda | Meals | Nortel-evening meal (3 people, JML, MF, LS), Harbour Sports Grill (C100.13 @1.24). | 80.75 |
| 4/28/2009 | Lee A. Sweigart | Meals | Coffee at Westin, 1 person. | 1.90 |
| 4/28/2009 | Matthew J. Fisher | Meals | Room service, Westin, dinner, 1 person. | 23.82 |
| 4/28/2009 | Michael E. Scannella | Meals | Westin, Toronto, Food and Beverage, 1 person. | 2.37 |
| 4/28/2009 | Theresa Steinkamp | Airfare | Air Canada flight to/ from Toronto (Nortel client site), 5/4/09 - 5/8/09. | 379.14 |
| 4/29/2009 | Bob Jones | Meals | Breakfast at the Nortel Networks cafeteria, 1 person. | 5.19 |
| 4/29/2009 | James Lukenda | Meals | Nortel-breakfast café, 1 person. | 3.28 |
| 4/29/2009 | James Lukenda | Hotel/Lodging | Nortel-Westin Harbour Castle 2 nights(C284.50@1.24) plus maid tips (10). | 239.44 |
| 4/29/2009 | James Lukenda | Meals | Nortel-evening meal for 7 people (JML, BJ. MF, TS,LS, CB, MS) Oyster House (C318.85@1.24). | 257.14 |
| 4/29/2009 | James Lukenda | Airfare | Nortel-to YYZ 5-6, C6XQSM. | 422.94 |
| 4/29/2009 | Lee A. Sweigart | Airfare | Air Canada; IND/YYZ; 5/5-5/8. | 1,246.93 |
| 4/29/2009 | Michael E. Scannella | Parking & Tolls | Street Meter, Toronto, 4/29, Parking for Dinner. | 2.00 |
| 4/29/2009 | Theresa Steinkamp | Meals | KOKORO SUSHI, dinner, T. Steinkamp & M. Scannella, 2 people. | 33.07 |
| 4/30/2009 | Bob Jones | Meals | Breakfast at the Nortel Networks cafeteria, 1 person. | 7.04 |
| 4/30/2009 | Bob Jones | Ground Transportation | Taxi fare from the Nortel Networks HQ to YYZ. | 28.15 |
| 4/30/2009 | Bob Jones | Mileage | Atlanta Airport to Cumming, GA., 58 miles driven. | 31.90 |
| 4/30/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA., Parking at Atlanta Airport while traveling to Nortel Networks. | 60.00 |
| 4/30/2009 | Bob Jones | Hotel/Lodging | The Westin Harbor Castle, Toronto, Canada, 3 nights. | 366.94 |
| 4/30/2009 | James Lukenda | Meals | Nortel-breakfast, café, 1 person. | 2.00 |
| 4/30/2009 | James Lukenda | Meals | Nortel-evening meal in transit, 1 person. | 10.20 |
| 4/30/2009 | James Lukenda | Parking & Tolls | Nortel-parking EWR (48) and NJTP toll (1.80). | 49.80 |
| 4/30/2009 | Lee A. Sweigart | Mileage | Round trip mileage from home to IND airport. | 24.75 |
| 4/30/2009 | Lee A. Sweigart | Meals | Dinner at YYZ airport (Molson Pub), 1 person. | 24.06 |
| 4/30/2009 | Lee A. Sweigart | Parking & Tolls | IND airport, 4/27-4/30 | 64.00 |
| 4/30/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 40.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 4/30/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, Apr 27 through Apr 30 2009, lodging near offices of Debtors, 3 nights. | 370.44 |
| 4/30/2009 | Matthew J. Fisher | Airfare | United, Chicago to Toronto, Apr 27 through Apr 30, visit Debtors' office. | 405.81 |
| 4/30/2009 | Michael E. Scannella | Parking & Tolls | Service Canada, Toronto, 4/30, Parking for SIN number. | 6.00 |
| 4/30/2009 | Michael E. Scannella | Ground Transportation | Taxi to dinner from the hotel. | 15.00 |
| 4/30/2009 | Michael E. Scannella | Meals | The Keg, Toronto, Team Dinner, 2 people, Michael Scannella and Coley Brown. | 100.00 |
| 4/30/2009 | Theresa Steinkamp | Meals | Individual travel meal - breakfast, T. Steinkamp, Nortel café, 1 person. | 4.00 |
| 4/30/2009 | Theresa Steinkamp | Meals | Individual travel meal - dinner, YYZ airport, T. Steinkamp, 1 person. | 17.68 |
| 4/30/2009 | Theresa Steinkamp | Ground Transportation | Carmel car service from LGA airport (leaving Nortel client site in Toronto) to home. | 72.00 |
| | | | **Totals** | **$   48,998.03** |