UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  }
NORTEL NETWORKS, INC.  }   Case # 09-10138 (KG)
　　　　　　　　　Debtor  }   Chapter 11

## REQUEST FOR NOTICE

BARRY SATLOW and DAVID G. WALDER request notice of any proceeding, motion, hearing, report, order or any other notice in this case.

May 19, 2009

*[signature: Barry Satlow]*

BARRY SATLOW &
DAVID G. WALDER
1951 Vista Drive
Boulder, CO 8304
tel. 303-442-3535; fax # 303-339-0177
b.satlow@comcast.net