**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **Nortel Networks Inc., et al** | * | **Case No. 09-10138 (KG)** |
| | * | |
| | * | **Joint Administration Pending** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Herman, Herman, Katz & Cotlar hereby enter their appearances in the above-captioned Chapter 11 cases on behalf of Lisa Fitzgerald pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Sections 342 and 1109(b) of Title 11 of the United States Code (the "bankruptcy code"), and request copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to parties who filed with the court a request that all notices to be mailed to them) be given to and served upon them as follows:

        **SOREN E. GISLESON**, La. Bar No. 26302
        **HERMAN, HERMAN, KATZ & COTLAR, LLP**
        820 O'Keefe Ave.
        New Orleans, LA 70113
        Telephone: (504) 581-4892
        Fax No. (504) 561-6024
        Email: sgisleson@hhkc.com
                 Jchauvin@hhkc.com

    PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy code, the foregoing request includes not only notices and papers referred to in the ruled specified above, but also includes, without limitation, all orders and notice of any application, motion,

order, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise which affects the debtors or the property of the debtors.

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings and other proceedings in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver by Lisa Fitzgerald: (1) of the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) of the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4)of any other rights, claims, actions, setoffs, or recoupments to which Lisa Fitzgerald is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Lisa Fitzgerald expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby consents to email service as may be given in this case.

Respectfully submitted,

**S/Soren E. Gisleson**
**SOREN E. GISLESON**, La. Bar No. 26302
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served upon all counsel of record by email, this 26th day of May, 2009.

    S/Soren E. Gisleson
**SOREN E. GISLESON**