## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF TENTH REPORT OF THE MONITOR OF THE CANADIAN NORTEL COMPANIES IN THE CANADIAN PROCEEDINGS

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

     **PLEASE TAKE NOTICE** that on May 27, 2009, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Tenth Report of the Monitor (the "**Tenth Report**"), dated May 22, 2009.  A copy of the Tenth Report is annexed hereto as Exhibit A.

     **PLEASE TAKE FURTHER NOTICE** that a copy of the Tenth Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
     May 27, 2009

            ALLEN & OVERY LLP

            Ken Coleman
            Lisa Kraidin
            1221 Avenue of the Americas
            New York, New York  10020
            Telephone (212) 610-6300
            Facsimile (212) 610-6399
            ken.coleman@allenovery.com
            lisa.kraidin@allenovery.com

            -and-

            BUCHANAN INGERSOLL & ROONEY

            By: /s/ Mary F. Caloway
            Mary F. Caloway (No. 3059)
            Peter J. Duhig (No. 4124)
            The Brandywine Building
            1000 West Street, Suite 1410
            Wilmington, Delaware 19801
            Telephone (302) 552-4200
            Facsimile (302) 552-4295
            mary.caloway@bipc.com

            Attorneys for Ernst & Young Inc., as Monitor
            and Foreign Representative of the Canadian Nortel
            Group

**<u>EXHIBIT A</u>**