IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                      :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                         :
:   Jointly Administered
            Debtors.                                       :
:   **RE: D.I. 283**
:
------------------------------------------------------------X

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN ANDREW, LLC AND NORTEL NETWORKS INC.

I, Andrew R. Remming, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the attached Order Approving Stipulation Between Andrew, LLC and Nortel Networks Inc. (the "Proposed Order"), attached as **Exhibit 1** hereto:

1.  On February 13, 2009, Andrew, LLC ("Andrew," and together with NNI, the "Parties") filed the *Motion of Andrew, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9)* [D.I. 283] (the "Motion") seeking allowance of a claim under section 503(b)(9) of the Bankruptcy Code for certain goods.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.  The objection deadline for the Motion was set for February 26, 2009 at 4:00 p.m. and the Motion was originally set for a hearing on March 5, 2009 at 10:00 a.m.

3.  After a series of adjournments and objection deadline extensions for the Debtors, the Motion was most recently adjourned to the hearing scheduled for June 11, 2009 at 2:00 p.m. and Andrew granted an extension of the objection deadline for the Debtors to June 9, 2009 at 5:00 p.m.

4.  The Parties have agreed to enter into the Stipulation with Respect to Motion of Andrew, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (the "Stipulation"), attached to the Proposed Order as Exhibit A. The Stipulation sets forth the terms and conditions of the agreement between the Parties that resolves the concerns raised in the Motion.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** approving the Stipulation and (ii) grant such other and further relief as is just and proper.

Dated: May 27, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*