**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                                                           :
*In re*                                                    :    Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
                                                           :
                              Debtors.                     :    Jointly Administered
                                                           :
                                                           :    **RE: D.I. 283**
                                                           :
-----------------------------------------------------------X

### ORDER APPROVING STIPULATION BETWEEN
### ANDREW, LLC AND NORTEL NETWORKS INC.

Upon consideration of the Stipulation with Respect to the Motion of Andrew, LLC for

Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9) (the

"Stipulation"), attached hereto as **Exhibit A**, and this matter being submitted on consent, it is

hereby

ORDERED, that the Stipulation is hereby approved in accordance with its terms and is

incorporated herein by reference.


Dated: _____, 2009


                                        _____
                                        THE HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY COURT JUDGE


---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                              :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :    Case No. 09-10138 (KG)
:
                Debtors.              :    Jointly Administered
:
:    **RE: D.I. 283**
:
-----------------------------------------------------------X

### STIPULATION WITH RESPECT TO MOTION OF
### ANDREW, LLC FOR ALLOWANCE AND PAYMENT OF
### ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C.§ 503(b)(9)

WHEREAS, on January 14, 2009, Nortel Networks Inc. ("NNI") and certain of its

affiliates (together with NNI, the "Debtors") filed voluntary petitions for relief under chapter 11

of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy

Court for the District of Delaware;

WHEREAS, on February 13, 2009, Andrew, LLC ("Andrew," and together with NNI, the

"Parties") filed the Motion of Andrew, LLC for Allowance and Payment of Administrative

Expense Claim Pursuant to 11 U.S.C. §503(b)(9) [D.I. 283] (the "Motion") seeking allowance of

a claim under section 503(b)(9) of the Bankruptcy Code for certain goods.

WHEREAS, the objection deadline for the Motion was set for February 26, 2009 at 4:00

p.m. and the Motion was originally set for a hearing on March 5, 2009 at 10:00 a.m.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, after a series of adjournments and objection deadline extensions for the

Debtors, the Motion was most recently adjourned to the hearing scheduled for May 20, 2009 at

10:00 a.m. and Andrew granted an extension of the objection deadline for the Debtors to May

18, 2009 at 5:00 p.m.

WHEREAS, NNI has reviewed its books and records in an effort to reconcile such claim;

WHEREAS, the Parties agree that NNI received the goods referenced on the invoices

listed on Exhibit 1 attached hereto within twenty (20) days prior to the Petition Date in the

ordinary course of NNI's business;

IT IS HEREBY AGREED AND STIPULATED THAT:

1.      This stipulation is subject to Court approval and shall become effective on the

date of the Court's entry of an order approving the stipulation.

2.      Andrew shall have an allowed administrative claim under 11 U.S.C. §503(b)(9)

for the goods identified on the invoices listed on Exhibit 1 (the "Settlement Goods"), which is

entitled to a priority under 11 U.S.C. §507(a)(2), in the amount of $80,171.60 (the "Allowed

Claim") in NNI's chapter 11 case.

3.      The Allowed Claim shall be paid on the earliest of (i) a confirmed and effective

plan in accordance with section 1129(a)(9)(A) of the Bankruptcy Code or as otherwise required

by section 726 of the Bankruptcy Code, or (ii) such other date that 11 U.S.C. §503(b)(9)

claimants, as a class, are paid; or (iii) such earlier time as agreed to by the Parties or ordered by

the Court.

4.      This stipulation fully resolves the Motion, any other claims under 11 U.S.C.

§503(b)(9) that Andrew may have against any of the Debtors and any other or further claims

Andrew may have against the Debtors with respect to the goods identified on the invoices listed

2

on Exhibit 1 (including any such claims for reclamation under section 546 of the Bankruptcy Code or any other applicable law); provided, however, that nothing in this stipulation or the settlement of the Motion shall preclude Andrew from filing a proof of claim (other than seeking reclamation or an allowed section 503(b)(9) claim) for any amounts claimed in the Motion that do not involve the Settlement Goods.

5.    Because the Motion was pending before the Debtors filed their Motion for Entry of an Order Establishing and Implementing Uniform Procedures Regarding Section 503(b)(9) Claims [D.I. 527] and the Court entered its Order Establishing and Implementing Uniform Procedures Regarding Section 503(b)(9) Claims [D.I. 590] (the "Uniform Procedures Order"), the terms and provisions of the Uniform Procedures Order shall not apply to Andrew and the Allowed Claim, and Andrew shall have the Allowed Claim notwithstanding any term or provision of the Uniform Procedures Order to the contrary.

6.    In the event this stipulation is not approved, the Parties reserve all of their rights and defenses with respect to the Motion, and this proposed settlement and the statements contained herein shall not constitute an admission by either of the Parties with respect to the validity or extent of the Motion or the claims asserted thereunder, or by the Debtors that they have any liability thereunder.

Dated: May 21, 2009
        Wilmington, Delaware

ANDREW, LLC

_/s/ signature_

ROBINSON, BRADSHAW & HINSON, P.A.

David M. Schilli
Ty E. Shaffer
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone:  (704) 377-2536
Telecopy:  (704) 339-3442

- and -

MORRIS JAMES LLP
Brett D. Fallon (No. 2480)
Ericka F. Johnson (No. 5024)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone:  (302) 888-6800
Telecopy:  (302) 571-1750

*Attorneys for Andrew, LLC*

NORTEL NETWORKS INC.

_/s/ signature_

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

4

**EXHIBIT 1**

| Date | Invoice | Purchase Order | Invoice Total | |
|------|---------|----------------|---------------|---|
| 12/23/2008 | 700972332 | 4503555081 | $ | 3,545.64 |
| 12/30/2008 | 700974746 | 4503603493 | $ | 15,722.88 |
| 1/5/2009 | 700975978 | 4503603493 | $ | 60,903.08 |
| | | | | |
| *Allowed Claim:* | | | $ | 80,171.60 |