# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtor. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title 11 of the United States Code (the "*Bankruptcy Code*"), Aaron L. Hammer and Devon J. Eggert of the law firm of Freeborn & Peters LLP appear as counsel to Mercer (US) Inc. ("*Mercer*") in the above-captioned, procedurally consolidated chapter 11 cases (the "*Bankruptcy Cases*").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001, and 9010, and section 342 and 1109(b) of the Bankruptcy Code, Mercer hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Cases, and all papers served or required to be served in the Bankruptcy Cases or in any related adversary proceeding be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in these Bankruptcy Cases:

Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6000
Facsimile: 312-360-6995
ahammer@freebornpeters.com
deggert@freebornpeters.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

telephone, telegraph, telex, facsimile transmission, electronic mail, or otherwise that: (a) affect or seek to affect in any way any rights or interests of any unsecured creditor or party-in-interest in these Bankruptcy Cases, with respect to, without limitation Nortel Networks Inc., et al., (the "*Debtors*"); (ii) property of the Debtors' estate or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody, or control of others, that the Debtors may seek to use, or require or seek to require any act, delivery or any property, payment, or other conduct by unsecured creditors of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that Mercer intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (a) the right of Mercer to have final orders and non-core matters entered only after *de novo* review by a District Court Judge; (b) the right of Mercer to trial by jury in any proceedings so triable in these Bankruptcy Cases or any case, controversy, or proceeding related to these Bankruptcy Cases; (c) the right of Mercer to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs, or recoupments to which Mercer is or may be entitled.

Dated: May 28, 2009         Mercer (US) Inc.

                            By:     /s/ Aaron L. Hammer
                                    One of Its Attorneys

                            Aaron L. Hammer, Esq. (IL No. 6243069)
                            Devon J. Eggert, Esq. (IL No. 6289425)
                            FREEBORN & PETERS LLP
                            311 South Wacker Drive, Suite 3000
                            Chicago, Illinois 60606
                            Telephone: 312.360.6000
                            Facsimile: 312.360.6571

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on Thursday, May 28, 2009, I served this Notice of Appearance and Request for Service of Documents electronically through the CM/ECF system upon the Parties listed on the attached Electronic Mail Notice List and by U.S. mail to those listed on the attached U.S. Mail Service List.

/s/ Aaron L. Hammer

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Derek C. Abbott    dabbott@mnat.com, rfusco@mnat.com;ecampbell@mnat.com
- David G. Aelvoet    davida@publicans.com
- Christopher M. Alston    alstc@foster.com, muelk@foster.com
- Elizabeth Banda    kwilliams@pbfcm.com
- Ian Connor Bifferato    cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Charles J. Brown    cbrown@archerlaw.com, dabernathy@archerlaw.com
- Scott K. Brown    sbrown@lrlaw.com, cscruggs@lrlaw.com
- Stuart M. Brown    sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
- Theresa Vesper Brown-Edwards    bankruptcy@potteranderson.com
- Mark Browning    BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US
- William J. Burnett    william.burnett@flastergreenberg.com
- Mary Caloway    mary.caloway@bipc.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Christopher Joseph Caruso    ccaruso@mosessinger.com, dkick@mosessinger.com,managingclerks@mosessinger.com,kkolbig@mosessinger.com, akolod@mosessinger.com
- Ayesha Chacko    achacko@camlev.com
- William E. Chipman    chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Kevin G. Collins    kcollins@bifferato.com
- Ann C. Cordo    acordo@mnat.com, aconway@mnat.com;ecampbell@mnat.com;rfusco@mnat.com
- Patrick M. Costello    pcostello@bbslaw.com, catherine@bbslaw.com
- David N Crapo    dcrapo@gibbonslaw.com
- John D. Demmy    jdd@stevenslee.com
- Stephen Kent Dexter    sdexter@lathropgage.com
- Jennifer V. Doran    jdoran@haslaw.com, ktsilvestri@haslaw.com
- Thomas F. Driscoll    tdriscoll@mnat.com
- Peter James Duhig    duhig@klettrooney.com

- Justin K. Edelson    jedelson@polsinelli.com
- Weston T. Eguchi    weguchi@orrick.com, rdaversa@orrick.com
- Brett Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- John V. Fiorella    jfiorella@archerlaw.com
- Ronald S. Gellert    delawarebankruptcy@escm.com;rgellert@eckertseamans.com
- Soren E. Gisleson    sgisleson@hhkc.com
- Missty C. Gray    missty@rossandjordan.com, jrockhold@rossandjordan.com
- Nathan D. Grow    bankfilings@ycst.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- John M. Hickey    jhickey@barberbartz.com, mchenoweth@barberbartz.com
- James E. Huggett    jhuggett@margolisedelstein.com
- Joseph H. Huston    jhh@stevenslee.com
- Henry Jon Jaffe    jaffeh@pepperlaw.com, henrys@pepperlaw.com
- Ericka Fredricks Johnson    erjohnson@wcsr.com
- Laura Davis Jones    ljones@pszjlaw.com, efile1@pszyjw.com
- Benjamin W. Keenan    bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- Joyce A. Kuhns    jkuhns@saul.com
- Carl N. Kunz, III    ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Darryl S. Laddin    bkrfilings@agg.com
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- Donald K. Ludman    dludman@brownconnery.com
- Val Mandel    vm@valmandelpc.net, olga@valmandelpc.net;da@valmandelpc.net
- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Robert S. McWhorter    rmcwhorter@nossaman.com
- Rachel B. Mersky    rmersky@monlaw.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Kathleen M. Miller    kmiller@skfdelaware.com, dlm@skfdelaware.com
- Kenneth M. Misken    kmisken@mcguirewoods.com, jmiller@mcguirewoods.com;dswan@mcguirewoods.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Sheryl L. Moreau    deecf@dor.mo.gov
- Edmon L. Morton    bankfilings@ycst.com
- Jill L. Murch    jmurch@foley.com, khall@foley.com;lapeterson@foley.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov, efile@pbgc.gov
- Kenneth E. Noble    kenneth.noble@kattenlaw.com
- Daniel A. O'Brien    dobrien@bayardlaw.com, tmatthews@bayardlaw.com;emiranda@bayardlaw.com
- Edward Patrick O'Brien    eobrien@sbchlaw.com
- Ricardo Palacio    rpalacio@ashby-geddes.com
- Marc J. Phillips    mphillips@cblh.com
- Dana S. Plon    dplon@sirlinlaw.com

- David L. Pollack    pollack@ballardspahr.com, blunt@ballardspahr.com
- Amos U. Priester, IV    apriester@smithlaw.com, aosterhout@smithlaw.com;kbarden@smithlaw.com
- Leigh-Anne M. Raport    raportl@pepperlaw.com, WLBANK@pepperlaw.com;lanoc@pepperlaw.com
- Andrew R. Remming    aremming@mnat.com, rfusco@mnat.com
- Christopher M. Samis    samis@rlf.com, rbgroup@rlf.com
- Michael Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com
- Eric D. Schwartz    eschwartz@mnat.com, ecampbell@mnat.com
- Joseph Emil Shickich    jshickich@riddellwilliams.com
- Carren Shulman    cshulman@sheppardmullin.com, mcademartori@sheppardmullin.com;ksmith@sheppardmullin.com
- William L. Siegel    bsiegel@cowlesthompson.com
- Nicholas E. Skiles    nskiles@swartzcampbell.com
- Karen J. Stapleton    Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov
- Stephen C. Stapleton    sstapleton@dykema.com
- William David Sullivan    bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com
- Thomas Patrick Tinker    thomas.p.tinker@usdoj.gov
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- James C. Waggoner    jimwaggoner@dwt.com, ivygrey@dwt.com
- Deborah Waldmeir    waldmeird@michigan.gov, gamep@michigan.gov
- Christopher A. Ward    cward@polsinelli.com, dferguson@polsinelli.com;kvervoort@polsinelli.com;ahatch@polsinelli.com
- Lynnette R Warman    lwarman@hunton.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- Duane David Werb    maustria@werbsullivan.com;riorii@werbsullivan.com
- John A. Wetzel    jwetzel@swartzcampbell.com, jgagliardi@swartzcampbell.com
- David Brian Wheeler    davidwheeler@mvalaw.com
- Joseph J. Wielebinski    jwielebinski@munsch.com
- Joanne Bianco Wills    jwills@klehr.com
- Michael Gregory Wilson    mwilson@hunton.com, shislop@hunton.com
- Amanda Marie Winfree    awinfree@ashby-geddes.com
- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

## U.S. Mail Service List

Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Christopher M. Alston
Foster Pepper PLLC
1111 Third Avenue, # 3400
Seattle, WA 98101

Elizabeth Banda
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

William Pierce Bowden
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899

Charles J. Brown
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Scott K. Brown
Lewis and Roca LLP
40 Norht Central Avenue
Suite 1900
Phoenix, AZ 85004

Stuart M. Brown
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Tower 333 LLC
Christopher M. Alston
Foster Pepper PLLC
1111 - 3rd Ave., #3400
Seattle, WA 98101

Ian Connor Bifferato
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

AT&T
c/o Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

The Prudential Insurance Company of America
c/o Scott K. Brown
Lewis and Roca LLP
40 North Central Avenue, #1900
Phoenix, AZ 85004

NeoPhotonics Corporation
NeoPhotonics Corporation
2911 Zanker Road
San Jose, CA 95134

Theresa Vesper Brown-Edwards
Potter Anderson & Corroon LLP
Hercules Plaza, 7th Floor
1313 N. Market Street
Wilmington, DE 19801

Mark Browning
Office of the Attorney General
300 West 15th Street
8th Floor
Austin, TX 78701

James S. Carr
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

Christopher Joseph Caruso
Moses & Singer LLP
1301 Avenue of the Americas
New York, NY 10019

Ayesha Chacko
Campbell & Levine, LLC
800 North King Street Suite 300
Wilmington, DE 19801

William E. Chipman, Jr.
Landis Rath & Cobb LLC
919 North Market Street
Suite 1800
Wilmington, DE 19801

Ann C. Cordo
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Patrick M. Costello
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

William J. Burnett
Flaster Greenberg
Eight Penn Center
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103

Mary Caloway
Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

Unisys Corporation
c/o Janet Fitzpatrick, Legal Assistant
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

Lisa Fitzgerald
POBOX 259
Augusta, WV 26704

Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801

Stephen Kent Dexter
Lathrop & gage, L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108

Jennifer V. Doran
Hickley Allen & Snyder LLP
28 State Street
Boston, MA 02109

David N Crapo
Gibbons Del Deo Dolan Griffinger Vecchio
One Riverfront Plaza
Newark, NJ 07102-5496

John D. Demmy, Esq
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Weston T. Eguchi
Orrick Herrington & Sutcliffe LLP
666 Fifth Ave.
New York, NY 10103-0001

Brett Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

John V. Fiorella
Archer & Greiner
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

Ronald S. Gellert
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

John M. Hickey
Barber & Bartz, A Professional Corp.
525 South Main Street
Suite 800
Tulsa, OK 74103-4511

Thomas F. Driscoll, III
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Peter James Duhig
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899

Soren E. Gisleson
Herman, Herman, Katz & Cotlar L.L.P.
820 O'Keefe Avnue
New Orleans, LA 70113-1116

Missty C. Gray
Ross, Jordan, & Gray, P.C.
P.O. Box 210
Mobile, AL 36601

Nathan D. Grow
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
17th Floor
Wilmington, DE 19801-0391

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

Leslie C. Heilman
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801

James E. Huggett
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801

Benjamin W. Keenan
Ashby & Geddes
222 Delaware Avenue
17th Floor, PO Box 1150
Wilmington, DE 19899

Joyce A. Kuhns
Saul Ewing LLP
Lockwood Place
500 E. Pratt Street, Suite 800
Baltimore, MD 21202

Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Donald K. Ludman
Brown & Connery LLP
6 North Broad Street
Woodbury, NJ 08096

Bruce G. MacIntyre
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Joseph H. Huston, Jr.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Henry Jon Jaffe
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Ericka Fredricks Johnson
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street
Suite 2100
Atlanta, GA 30363-1031

Mark G. Ledwin
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

Val Mandel
Val Mandel, P.C.
80 Wall Street
Suite 1115
New York, NY 10005

Laura L. McCloud
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

Robert S. McWhorter
Nossaman LLP
915 L Street
Suite 1000
Sacramento, CA 95814

Merle C. Meyers
Meyers Law Group, P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA 94104

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Carol E. Momjian
PA Office of Attorney General
21 South 12 Street, 3rd Floor
Philadelphia, PA 19107

Sheryl L. Moreau
Missouri Department of Revenue
P.O. Box 475
301 W. High Street
Room 670
Jefferson City, MO 65105

Jill L. Murch
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60654

Kenneth E. Noble
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Daniel A. O'Brien
Bayard, P.A.
222 Delaware Ave. Suite 900
Wilmington, DE 19801

Edward Patrick O'Brien

Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA 22102

Verizon Communications Inc. and for Cellco
Partnership d/b/a Verizon Wireless
Arnall Golden Gregorry LLP
c/o Darryl S. Laddin
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

Commonwealth of Pennsylvania, Department of
Revenue
P.O. Box 280946
Harrisburg, PA 17128-0946

Edmon L. Morton
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Vicente Matias Murrell
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street NW
Suite 340
Washington, DC 20005-4026

Shawn M. Christianson
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Ricardo Palacio, Esq
Ashby & Geddes, P. A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Marc J. Phillips

Stempel Bennett Claman & Hochbery, P.C.
655 Third Avenue
New York, NY 10017

Dana S. Plon
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
51st Fl.-Mellon Bank Ctr.
1735 Market St.
Philadelphia, PA 19103

Amos U. Priester, IV, IV
Smith, Anderson, Blount, Dorsett, et al.
Post Office Box 2611
Raleigh, NC 27602-2611

Leigh-Anne M. Raport
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St, PO Box 1709
Wilmington, DE 19899-1709

Joseph Emil Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192

Carren Shulman
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Center
New York, NY 10112

Nicholas E. Skiles
Swartz Campbell LLC
300 Delaware Avenue
Suite 1130
P.O. Box 330
Wilmington, DE 19899

Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Michael Schein
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019

Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell
1201 N.Market Street
P. O. Box 1347
Wilmington, DE 19801

Microsoft Corporation
c/o Riddell Williams P.S.
Joseph E. Shickich, Jr.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154

NeoPhotonics Corporation
NeoPhotonics Corporation
2911 Zanker Road
San Jose, CA 95134

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202

Karen J. Stapleton
County of Loudoun, Office of Attorney
One Harrison Street S.E. 5th Floor
PO BOX 7000 (MSC #06)
Leesburg, Va 20177-7000

Deborah Waldmeir
State of Michigan Dept of Attorney Gen
3030 W. Grand Blvd
Suite 10-200
Detroit, MI 48202

Christopher A. Ward
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Lynnette R Warman
Hunton & Williams LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Duane David Werb
Werb & Sullivan
300 Delaware Avenue
10th Floor
Wilmington, DE 19801

John A. Wetzel
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA 19382

County of Loudoun
c/o K. Stapleton, Asst. Cnty. Atty.
One Harrison St. SE
MSC #06
Leesburg, VA 20175-3102

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main Street
Suite 2400
Dallas, TX 75201

William David Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

James C. Waggoner
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201

City of Richardson
c/o Linebarger Goggan Blair & Sampson
Attn: Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201

Dallas County
c/o Linebarger Goggan Blair & Sampson
Attn: Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201

David Brian Wheeler
Moore & Van Allen, PLLC
P.O. BOX 22828
Charleston, SC 29413-2828

Joseph J. Wielebinski
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Joanne Bianco Wills
Klehr Harrison Harvey Branzburg & Ellers
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Michael Gregory Wilson
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219

Glow Networks, Inc.
c/o Joseph J. Wielebinski
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Karon Y. Wright
Travis County Attorney's Office
314 W. 11th Street
PO Box 1748
Austin, TX 78767