# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 283** |

------------------------------------------------------------X

## ORDER APPROVING STIPULATION BETWEEN ANDREW, LLC AND NORTEL NETWORKS INC.

Upon consideration of the Stipulation with Respect to the Motion of Andrew, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9) (the "Stipulation"), attached hereto as **Exhibit A**, and this matter being submitted on consent, it is hereby

ORDERED, that the Stipulation is hereby approved in accordance with its terms and is incorporated herein by reference.

Dated: May 28, 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY COURT JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.