IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
               Debtors. : Jointly Administered
:
: **RE: D.I. 510**
:
---------------------------------------------------------------X

**FIFTH NOTICE OF REJECTION OF EXECUTORY CONTRACT(S)
AND/OR PERSONAL PROPERTY LEASE(S) BY DEBTORS
AND DEBTORS IN POSSESSION**

TO:   ALL PARTIES ON THE ATTACHED SERVICE LIST:

       **PLEASE TAKE NOTICE THAT** on March 20, 2009, the Court entered the *Order Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases and the Abandonment of Certain Assets Related Thereto* (D.I. 510) (the "Order").[2]

       **PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the Debtors hereby reject the following executory contracts (the "Contracts") and/or personal property leases (the "Leases"):[3]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Order.

[3]    The Debtors reserve, and do not waive, any and all claims or causes of action or defenses to any claims or causes of action. Additionally, the Debtors reserve and do not waive, the right to amend, supplement or otherwise modify this Notice.

| Address(es) and Telephone No. of Non-Debtor Party to Contract/ Lease | Contract/ Personal Property Lease | Monthly Obligation (if applicable) | Proposed Rejection Date[4] | Remaining Term of Contract or Personal Property Lease |
|---|---|---|---|---|
| IBM Canada Limited, 3600 Steeles Avenue East, Markham, ON L3R 9Z7, Canada, Attn: Morag Parkinson, GBS Practice Executive, Facsimile: (905) 316-2535<br><br>International Business Machines Corporation Bldg. 061/S102A 3039 E. Cornwallis Rd. Research Triangle Park, NC 27709-2195 Facsimile: 1-919-254-2649<br><br><u>Notice Address</u>:<br><br>International Business Machines Corporation Office of Regional Counsel 1503 Lyndon B. Johnson Freeway, Dallas, TX 75234-6059, Attn: Shep Stahel, Assistant to IBM Regional Counsel and Misty Light Walker, Senior Attorney Facsimile: 1-972-561-6487 | Master Services Agreement dated March 31, 2008 between Nortel Networks Limited, on behalf of itself, Nortel Networks Corporation and Nortel Networks Inc. ("Nortel"), and International Business Machines Corporation ("IBM US") (including, for greater certainty, all Schedules, Appendices, Requests for Change, Contract Change Requests, requests for new Project Services, and all other documents or work orders executed or issued by any party or parties pursuant to the Master Services Agreement).<br><br>Master Services Agreement includes that portion of the Master Services Agreement, and the rights and obligations thereunder, that were assigned by IBM US to IBM Canada Limited ("IBM Canada") by Notice of Assignment between IBM US, IBM Canada and Nortel Networks Limited, deemed to be effective June 9, 2008 (the "<u>Notice of Assignment</u>").<br><br>The Notice of Assignment (to the extent it creates a Contract separate from or additional to the Master Services Agreement). | Varies on a monthly basis according to the terms of the contact and has varied between $2,000,000 and $5,000,000. | May 28, 2009 | March 31, 2014 |

---

[4] The "<u>Proposed Rejection Date</u>" is the date of intended rejection, which shall be, with respect to an unexpired non-residential real property lease, ten (10) calendar days from the date and time this Rejection Notice is served if no later date is designated and the Debtors do not grant an extension; or, with respect to an executory contract, the date this Rejection Notice is filed and served if no other date is designated.

**PLEASE TAKE FURTHER NOTICE THAT** objections ("Objections"), if any, to the rejection of a Contract and/or Lease must be filed with the Court and received by the general notice parties and the additional notice parties for the Contract and/or Lease as listed in **Exhibit A** hereto no later than ten (10) calendar days following the date of service of this Rejection Notice.

**PLEASE TAKE FURTHER NOTICE THAT** unless a party in interest timely and properly files an Objection to the rejection of any such Contract and/or Lease, the rejection of such Contract and/or Lease shall become effective on the Proposed Rejection Date, without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** proofs of claim for damages arising from rejection of the rejected Contracts and/or Leases must be filed by the affected party with the Debtors' claims agent, Epiq Bankruptcy Solutions, FDR Station, P.O. Box 5075, New York, New York, 10150-5075, on the later of (i) thirty-five (35) days after the date of this Rejection Notice, (ii) thirty (30) days after entry of an order on this Rejection Notice, and (iii) the general bar date that will be established by for the filing of prepetition general unsecured claims.

Dated: May 28, 2009  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Andrew R. Remming (No. 5120)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors*  
*and Debtors in Possession*

2917553