# EXHIBIT A

**EXHIBIT A**

## General Notice Parties for all Objections

(a) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile: 302-658-3989;

(b) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile: 302-573-6497;

(c) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile: 212-872-1002;

(d) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile: 302-651-7701;

(e) International Business Machines Corporation, Bldg. 061/S102A, 3039 E. Cornwallis Rd., Research Triangle Park, NC 27709-2195, facsimile: 1-919-254-2649;

(f) International Business Machines Corporation, Office of Regional Counsel, 1503 Lyndon B. Johnson Freeway, Dallas, TX 75234-6059, Attn: Shep Stahel, Assistant to IBM Regional Counsel and Misty Light Walker, Senior Attorney, facsimile: 1-972-561-6487; and

(g) IBM Canada Limited, 3600 Steeles Avenue East, Markham ON L3R 9Z7, Canada, Attn: Morag Parkinson, GBS Practice Executive, facsimile: (905) 316-2535