## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Fifth Notice Of Rejection Of Executory Contract(s) And/Or Personal Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on May 28, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: May 28, 2009

_____
Andrew R. Remming (No. 5120)

2918022.1