# SERVICE LIST

**VIA FEDERAL EXPRESS**

Fred S. Hodara Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY  10036

International Business Machines
Corporation
3039 E. Cornwallis Road
Building 061/S102A
Research Triangle Park, NC  27709-2195

Shep Stahel
Assistant to IBM Regional Counsel
Misty Light Walker
Senior Attorney
International Business Machines
Corporation
Office of Regional Counsel
1503 Lyndon B. Johnson Freeway
Dallas, TX  75234-6059

Morag Parkinson
GBS Practice Excutive
IBM Canada Limited
3600 Steeles Avenue East
Markham ON  L3R 9Z7
CANADA

2918024.1