# EXHIBIT A

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 21, 2009  
Invoice 330913  
Page 2  
Client #  732310

Matter #  165839

For services through April 30, 2009  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/09 | Retrieve re: order approving third stipulation cross-border (.1); Coordinate service re: order of same (.2); Prepare affidavit of service re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 04/01/09 | Maintain original pleadings | | | | |
| | Paralegal | Brenda D. Tobin | 0.40 hrs. | 100.00 | $40.00 |
| 04/02/09 | Review docket and filings re: status of case | | | | |
| | Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |
| 04/07/09 | Review docket (.2); Review and update critical dates (.3); E-mail to RLF distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.60 hrs. | 185.00 | $111.00 |
| 04/07/09 | Review draft critical dates calendar | | | | |
| | Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 04/08/09 | E-mail to RLF distribution re: filed pleadings | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 04/08/09 | Maintain and organize original pleadings | | | | |
| | Paralegal | Tracy A. Cameron | 0.70 hrs. | 100.00 | $70.00 |
| 04/14/09 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 04/14/09 | Maintain and organize original pleadings | | | | |
| | Paralegal | Brenda D. Tobin | 0.40 hrs. | 100.00 | $40.00 |
| 04/15/09 | Maintain original pleadings | | | | |
| | Paralegal | Brenda D. Tobin | 0.20 hrs. | 100.00 | $20.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 21, 2009  
Invoice 330913  
Page 3  
Client #  732310

Matter #  165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/09 | Maintain/organize original pleading | Paralegal — Rochelle I. Warren | 0.50 hrs. | 90.00 | $45.00 |
| 04/28/09 | Attention to e-mail re: fourth stipulation to extend time to file motion of reconsideration cross-border protocol (.1); Retrieve and prepare re: same (.2); Prepare certification of counsel re: same (.3); Finalize and file certification of counsel re: same (.2); Coordinate to Judge Gross re: same (.2) | Paralegal — Barbara J. Witters | 1.00 hrs. | 185.00 | $185.00 |
| 04/28/09 | Review, revise and finalize 4th stipulation extending time to object to cross-border protocol | Associate — Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 04/29/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |

Total Fees for Professional Services    $920.00

**TOTAL DUE FOR THIS INVOICE**    **$920.00**

BALANCE BROUGHT FORWARD    $7,408.00

**TOTAL DUE FOR THIS MATTER**    **$8,328.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 21, 2009  
Invoice 330913  
Page 4  
Client #  732310

Matter #  165839

For services through April 30, 2009  
relating to  Use, Sale of Assets

| | | | | |
|---|---|---|---|---:|
| 04/09/09 | Email to B. Khan re: shortening notice on bid procedures/bid protections | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

                                      Total Fees for Professional Services                $27.50

TOTAL DUE FOR THIS INVOICE      **$27.50**  
BALANCE BROUGHT FORWARD      $104.00

**TOTAL DUE FOR THIS MATTER**      **$131.50**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | May 21, 2009<br>Invoice 330913<br>Page 5<br><br>Client # 732310<br><br>Matter # 165839 |

For services through April 30, 2009
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/07/09<br>Paralegal | Retrieve 4/9/09 agenda (.2); E-mail to RLF distribution re: same (.1)<br>Barbara J. Witters | | 0.30 hrs. | 185.00 | $55.50 |
| 04/07/09<br>Associate | Review agenda re: 4/9/09 hearing<br>Drew G. Sloan | | 0.20 hrs. | 255.00 | $51.00 |
| 04/07/09<br>Paralegal | Assist B. Witters with preparation of 4/9/09 hearing binders<br>Tracy A. Cameron | | 1.10 hrs. | 100.00 | $110.00 |
| 04/08/09<br>Paralegal | Retrieve 4/9/09 amended agenda (.1); Revise 4/9/09 hearing binders for C. Samis x2 (.4)<br>Barbara J. Witters | | 0.50 hrs. | 185.00 | $92.50 |
| 04/08/09<br>Associate | Prepare for 4/9/09 hearing (1.0); Email to B. Khan re: preparations for 4/9/09 hearing (.1)<br>Christopher M. Samis | | 1.10 hrs. | 275.00 | $302.50 |
| 04/08/09<br>Associate | Review agenda re: 4/9/09 hearing<br>Drew G. Sloan | | 0.10 hrs. | 255.00 | $25.50 |
| 04/09/09<br>Associate | Prepare for 4/9/09 hearing (.5); Attend 4/9/09 hearing (.8)<br>Christopher M. Samis | | 1.30 hrs. | 275.00 | $357.50 |
| 04/21/09<br>Paralegal | Retrieve re: amended 4/22/09 agenda (.1); Revise 4/22/09 hearing binder (.2); E-mail to distribution re: 4/22/09 amended agenda (.1)<br>Barbara J. Witters | | 0.40 hrs. | 185.00 | $74.00 |
| 04/21/09<br>Paralegal | Prepare binder for 4/22/09 hearing<br>Brenda D. Tobin | | 0.70 hrs. | 100.00 | $70.00 |
| 04/21/09<br>Associate | E-mail to J. Sturm re: logistics of attending 4/22/09 hearing<br>Christopher M. Samis | | 0.10 hrs. | 275.00 | $27.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 21, 2009  
Invoice 330913  
Page 6  
Client #  732310

Matter #  165839

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 04/22/09 | Prepare for 4/22/09 hearing (.5); Attend 4/22/09 hearing (.5) | | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 275.00 | | $275.00 |

Total Fees for Professional Services  $1,441.00

TOTAL DUE FOR THIS INVOICE  **$1,441.00**  
BALANCE BROUGHT FORWARD  $7,542.50

**TOTAL DUE FOR THIS MATTER**  **$8,983.50**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | May 21, 2009<br>Invoice 330913<br>Page 7<br>Client #  732310<br><br>Matter #  165839 |

For services through April 30, 2009
relating to  Schedules/SOFA/U.S. Trustee Reports

| | | | | |
|---|---|---|---|---|
| 04/22/09 | Attend 4/22/09 341 meeting (.8); Prepare for 4/22/09 341 meeting (.5) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 275.00 | $357.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $357.50 |
| TOTAL DUE FOR THIS INVOICE | $357.50 |
| **TOTAL DUE FOR THIS MATTER** | **$357.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 21, 2009
Invoice 330913
Page 8

Client #  732310

Matter #  165839

For services through April 30, 2009
relating to  RLF Retention

| | | | | |
|---|---|---|---|---:|
| 04/23/09 | Reviewed email from C. Samis re: time entry re: RLF retention application (.1); reviewed February 2009 time entries re: RLF retention application (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |

| | |
|---|---:|
| Total Fees for Professional Services | $51.00 |
| TOTAL DUE FOR THIS INVOICE | **$51.00** |
| | $19,279.00 |
| **TOTAL DUE FOR THIS MATTER** | **$19,330.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 21, 2009  
Invoice 330913  
Page 9  
Client #  732310  

Matter #  165839  

For services through April 30, 2009  
relating to  RLF Fee Applications  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/14/09 | Review March 2009 RLF bill memos | | | | |
| Paralegal | Barbara J. Witters | | 0.60 hrs. | 185.00 | $111.00 |
| 04/14/09 | Review March 2009 bill memo re: RLF fee application | | | | |
| Associate | Drew G. Sloan | | 0.30 hrs. | 255.00 | $76.50 |
| 04/15/09 | Call to B. Anemone re: UST concerns on conflict check fees | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 275.00 | $55.00 |
| 04/22/09 | Email to B. Anemone re: position on RL&F retention-related fees (.1); Email to P. Tinker re: position on RL&F retention-related fees (.1) | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 275.00 | $55.00 |
| 04/27/09 | Review and revise RLF second monthly fee application (.3); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to distribution re: objection deadline of RLF first monthly fee application (.1) | | | | |
| Paralegal | Barbara J. Witters | | 1.00 hrs. | 185.00 | $185.00 |

Total Fees for Professional Services       $482.50

TOTAL DUE FOR THIS INVOICE       **$482.50**

       $769.50

**TOTAL DUE FOR THIS MATTER**       **$1,252.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

May 21, 2009  
Invoice 330913  
Page 10  
Client # 732310  

Matter # 165839  

For services through April 30, 2009  
relating to Fee Applications of Others  

| Date | Description | | | Amount |
|---|---|---|---|---|
| 04/07/09<br>Paralegal | Prepare fee status chart<br>Barbara J. Witters | 1.00 hrs. | 185.00 | $185.00 |
| 04/09/09<br>Associate | Emails to B. Khan re: local practice on payment of fees<br>Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 04/13/09<br>Paralegal | Prepare certification of no objection re: Akin Gump first monthly fee application (.2); Finalize and file re: same (.2); Prepare certification of no objection re: Fraser Milner first monthly fee application (.2); Finalize and file re: same (.2); Prepare certification of no objection re: Ashurst LLP first monthly fee application (.2); Finalize and file re: same (.2); Prepare certification of no objection re: Capstone Advisory first monthly fee application (.2); Finalize and file re: same (.2)<br>Barbara J. Witters | 1.60 hrs. | 185.00 | $296.00 |
| 04/13/09<br>Associate | Review, revise and finalize certificate of no objection for first monthly fee application of Akin Gump (.2); Review, revise and finalize certificate of no objection for first monthly fee application of Ashurst (.2); Review, revise and finalize certificate of no objection for first monthly fee application of Fraser (.2); Review, revise and finalize certificate of no objection for first monthly fee application of Capstone (.2); Email to B. Witters re: filing certifications of no objection for various first monthly fee applications (.1); Email to B. Khan re: filing certifications of no objection for various first monthly fee applications (.1)<br>Christopher M. Samis | 1.00 hrs. | 275.00 | $275.00 |
| 04/14/09<br>Paralegal | Update fee status chart<br>Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 04/14/09<br>Associate | Calls to P. Tinker re: payment of fees related to conflict checks (.2); Email to B. Anemone re: payment of fees related to conflict checks (.1)<br>Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | May 21, 2009<br>Invoice 330913<br>Page 11<br>Client #  732310<br><br>Matter #  165839 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 04/20/09 | Attention to e-mail re: Akin Gump second monthly fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of monthly fee application re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner second monthly fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of monthly fee application re: same (.2); Finalize, file and coordinate service re: same (.2); Prepare affidavit of service re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 185.00 | | $277.50 |
| 04/20/09 | Review, revise and finalize second monthly fee application of Fraser (.2); Review, revise and finalize second monthly fee application of Akin (.2); Email to B. Kahn re: filing second monthly fee applications of Akin and Fraser (.1); Email to B. Witters re: filing second monthly fee applications of Akin and Fraser (.1) | | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | | $165.00 |
| 04/21/09 | Attention to e-mail re: Ashurst second monthly fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 185.00 | | $166.50 |
| 04/21/09 | Review, revise and finalize 2nd Ashurst fee application | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | | $55.00 |
| 04/29/09 | Update fee status chart | | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | | $74.00 |
| 04/30/09 | Email to M. Collins re: confirming expanded conflict check description (.1); Email to B. Anemone re: expanded RL&F conflict check descriptions from first monthly fee application (.1) | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | | $55.00 |

Total Fees for Professional Services    $1,723.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 21, 2009
Invoice 330913
Page 12
Client #  732310

Matter #  165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $1,723.50 |
| | $1,604.50 |
| **TOTAL DUE FOR THIS MATTER** | **$3,328.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 21, 2009  
Invoice 330913  
Page 13  
Client #  732310  

## Summary of Hours

|                      | Hours | Rate/Hr | Dollars  |
|----------------------|-------|---------|----------|
| Barbara J. Witters   | 11.50 | 185.00  | 2,127.50 |
| Brenda D. Tobin      | 1.70  | 100.00  | 170.00   |
| Christopher M. Samis | 8.00  | 275.00  | 2,200.00 |
| Drew G. Sloan        | 1.10  | 255.00  | 280.50   |
| Rochelle I. Warren   | 0.50  | 90.00   | 45.00    |
| Tracy A. Cameron     | 1.80  | 100.00  | 180.00   |
| TOTAL                | 24.60 | $203.37 | 5,003.00 |

**TOTAL DUE FOR THIS INVOICE**                                      **$5,582.58**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310