# **EXHIBIT B**

RLF1-3398674-1



RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

May 21, 2009
Invoice 330913

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through April 30, 2009
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Business Meals | $45.23 |
| Document Retrieval | $19.44 |
| Long distance telephone charges | $6.95 |
| Messenger and delivery service | $122.40 |
| Photocopies/Printing | $255.20 |
| 2,211 @ $.10 pg. /341 @ $.10 pg. | |
| Postage | $130.36 |

Other Charges $579.58

**TOTAL DUE FOR THIS INVOICE** **$579.58**
BALANCE BROUGHT FORWARD $12,406.52

**TOTAL DUE FOR THIS MATTER** **$12,986.10**

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 21, 2009  
Invoice 330913  
Page 14  
Client #  732310  

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
Case Administration  
Use, Sale of Assets  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
RLF Retention  
RLF Fee Applications  
Fee Applications of Others  

| Date | Description | | | Summary Phrase |
|---|---|---|---|---|
| 04/01/09 | Photocopies | | | DUP.10CC |
| | | Amount = | $83.30 | |
| 04/01/09 | All Pacer | | | DOCRETRI |
| | | Amount = | $0.88 | |
| 04/01/09 | Postage | | | POST |
| | | Amount = | $94.66 | |
| 04/02/09 | Delivery Expense 4/1/09 | | | MESS |
| | | Amount = | $83.20 | |
| 04/07/09 | 5168772225 Long Distance | | | LD |
| | | Amount = | $4.17 | |
| 04/07/09 | All Pacer | | | DOCRETRI |
| | | Amount = | $2.24 | |
| 04/07/09 | All Pacer | | | DOCRETRI |
| | | Amount = | $9.20 | |
| 04/07/09 | Printing | | | DUP.10CC |
| | | Amount = | $4.40 | |
| 04/08/09 | All Pacer | | | DOCRETRI |
| | | Amount = | $3.84 | |
| 04/08/09 | Printing | | | DUP.10CC |
| | | Amount = | $2.10 | |
| 04/08/09 | Printing | | | DUP.10CC |
| | | Amount = | $2.10 | |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | May 21, 2009 | |
| c/o Fred S. Hodara, Esq. | | Invoice 330913 | |
| Akin Gump Strauss Hauer Feld LLP | | Page 15 | |
| One Bryant Park | | | |
| New York NY  10036 | | Client #  732310 | |

| Date | Description | | Code |
|---|---|---|---|
| 04/13/09 | All Pacer | | DOCRETRI |
| | Amount = | $0.48 | |
| 04/14/09 | Postage | | POST |
| | Amount = | $1.46 | |
| 04/20/09 | Photocopies | | DUP.10CC |
| | Amount = | $89.00 | |
| 04/20/09 | 2128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 04/20/09 | All Pacer | | DOCRETRI |
| | Amount = | $0.24 | |
| 04/20/09 | Postage | | POST |
| | Amount = | $18.26 | |
| 04/20/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.80 | |
| 04/20/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.60 | |
| 04/20/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.80 | |
| 04/20/09 | Duplicating | | DUP.10CC |
| | Amount = | $4.00 | |
| 04/20/09 | Duplicating | | DUP.10CC |
| | Amount = | $3.70 | |
| 04/20/09 | Duplicating | | DUP.10CC |
| | Amount = | $4.80 | |
| 04/21/09 | Photocopies | | DUP.10CC |
| | Amount = | $0.30 | |
| 04/21/09 | Photocopies | | DUP.10CC |
| | Amount = | $24.00 | |
| 04/21/09 | Messenger and delivery - 4/20/09, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 04/21/09 | Messenger and delivery - 4/20/09, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 04/21/09 | All Pacer | | DOCRETRI |
| | Amount = | $2.56 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 21, 2009  
Invoice 330913  
Page 16  
Client #  732310

| Date | Description | Code |
|---|---|---|
| 04/21/09 | Postage | POST |
| | Amount = $7.99 | |
| 04/21/09 | Duplicating | DUP.10CC |
| | Amount = $4.80 | |
| 04/22/09 | Brew-Ha Ha | MEALSCL |
| | Amount = $9.05 | |
| 04/22/09 | Messenger and delivery - 4/21/09, Morris Nichols, BJW | MESS |
| | Amount = $6.00 | |
| 04/22/09 | Messenger and delivery - 4/21/09, US Trustee, BJW | MESS |
| | Amount = $6.00 | |
| 04/23/09 | Messenger and delivery - 4/22/09, From Shop Rite, CXS | MEALSCL |
| | Amount = $36.18 | |
| 04/27/09 | Photocopies | DUP.10CC |
| | Amount = $24.50 | |
| 04/27/09 | Postage | POST |
| | Amount = $7.99 | |
| 04/28/09 | Messenger and delivery - 4/27/09, Morris Nichols, BJW | MESS |
| | Amount = $6.00 | |
| 04/28/09 | Messenger and delivery - 4/27/09, US Trustee, BJW | MESS |
| | Amount = $6.00 | |
| 04/30/09 | Delivery Expense 4/29/09 | MESS |
| | Amount = $3.20 | |

TOTALS FOR   732310      Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $579.58