## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on May 28, 2009, a copy of the foregoing **Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2009 through April 30, 2009** was served on the parties on the attached list and in the manner indicated thereon.

Christopher M. Samis (No. 4909)

## NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)
## SERVICE LIST

### VIA HAND DELIVERY

*(United States Trustee)*
Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

### VIA FIRST CLASS MAIL

*(Debtors)*
Gordon A. Davies
Nortel Networks Inc
195 The West Mall
Toronto, ON M9C 5K1

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hondara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036