**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al*., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Response Deadline: June 19, 2009 at 4:00 p.m. (ET)** |
| | **Hearing Date: June 26, 2009 at 3:00 p.m. (ET)** |

**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE OF SAFE RECORDS CENTER LLC dba ARCHIVES USA**

Pursuant to Bankruptcy Code section 503(b)(1), Safe Records Center LLC dba Archives USA ("Archives") requests ("Request") allowance and immediate payment of its outstanding claim for post-petition services rendered to the estates in the amount of $31,754.62 (the "Administrative Claim"), as such Administrative Claim, determined as of April 30, 2009, may be increased due to ongoing, accruing charges, as an administrative expense of the Debtors' estates. In support of this Request, Archives states as follows:

**BACKGROUND**

1.  Pre-petition, Debtor Nortel Networks Inc. entered into a contract with Starpoint-Dallas, Inc. for the electronic and physical storage of Nortel's various real estate leases and other records, which contract was assigned to Archives in November, 2008. Pursuant to the contract, Nortel was obligated to pay Archives monthly storage charges as itemized on the spreadsheet attached hereto as <u>Exhibit A</u>.

2.  As of April 30, 2009, the Debtors' unpaid post-petition storage charges aggregate $31,754.62. Such amount, together with ongoing storage charges continuing to accrue after April 30, 2009 constitute the Administrative Claim.

**REQUEST AND BASES THEREFOR**

3.      By this Request, Archives seeks entry of an order (i) allowing $31,754.62, plus ongoing storage charges accruing thereafter at the rates set forth in the contract described above, as an administrative expense of Nortel's estate pursuant to Bankruptcy Code section 503(b)(1) and (ii) requiring Nortel to pay the Administrative Claim immediately.

4.      As of the date of this Request, Archives continues to store approximately 181 boxes of files, at the cost of $0.26 per box per month; approximately 3,529 file folders at the rate of $0.04 per file per month.  Additionally, Nortel continues to accrue ongoing charges for file tracking of approximately $1,100 per month.  Finally, Nortel continues to accrue ongoing charges for Archives' transfers of various of Archives' real estate documents to an online database maintained by Archives at the rate of approximately $6,900 per month (specifically, Archives provides online storage of mission critical electronic information and remote access to the Debtors to this critical data and document images).  Archives has not been paid for any of these valuable post-petition services.  Moreover, the Debtors have not instructed Archives to destroy any of the physical files in storage.

5.      In accordance with Bankruptcy Code section 503(b)(1), Archives has provided value to the estate by databasing and storing documents that would be costly to remove and store or database elsewhere.  The Debtors access the online database maintained by Archives on a daily basis; if the database is shut down, the Debtors will lose access to documents and information that are presumably important to the Debtors' ongoing business operations. Thus, Archives can meet its burden under 503(b)(1).

WHEREFORE, Archives respectfully requests that this Court enter an Order (i) allowing $31,754.62, plus ongoing storage charges accruing thereafter at the rates set forth in the contract described above, as an administrative expense of Nortel's estate pursuant to Bankruptcy Code section 503(b)(1) and (ii) requiring Nortel to pay the Administrative Claim immediately.

Dated: May 28, 2009

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

/s/ Jennifer R. Hoover
Jennifer R. Hoover, Esq. (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010
(302) 442-7012 (Facsimile)
jhoover@beneschlaw.com

-and-

Stuart A. Laven, Jr. (OH #0071110)
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
(216) 363-4500
(216) 363-4588 (Facsimile)
slaven@beneschlaw.com

Attorneys for Safe Records Center LLC dba Archives USA