**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al*., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Response Deadline: June 19, 2009 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 26, 2009 at 3:00 p.m. (ET)** |

**NOTICE OF REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE**
**EXPENSE OF SAFE RECORDS CENTER LLC d/b/a ARCHIVES USA**

To: Office of the United States Trustee and all parties requesting notice pursuant to Bankruptcy Rule 2002

Safe Records Center LLC dba Archives USA, by and through it's undersigned counsel, has filed a Request for Allowance and Payment of Administrative Expense (the "Request").

You are required to file a response, if any, to the attached Request on or before **June 19, 2009 at 4:00 pm. (ET)**.

At the same time, you must serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Jennifer R. Hoover, Esq. | Stuart A. Laven, Jr., Esq. |
| Benesch, Friedlander, Coplan & Aronoff LLP | Benesch, Friedlander, Coplan & Aronoff LLP |
| 222 Delaware Ave., Suite 801 | 200 Public Square, Suite 2300 |
| Wilmington, DE 19801 | Cleveland, OH 44114 |

A HEARING ON THIS MATTER WILL BE HELD ON **JUNE 26, 2009 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE, COURT ROOM NO. 3.

2

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

May 28, 2009

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ Jennifer R. Hoover
Jennifer R. Hoover, Esq. (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010
302-442-7012
jhoover@beneschlaw.com

Counsel to Safe Records Center LLC dba Archives USA