**Nortel Billerica**

| Pre-petition Invoices Outstanding | | | Post-petition Invoices Outstanding | | | |
|---|---|---|---|---|---|---|
| 7/1/2008 | 22168 | 8,155.27 | 1/31/2009 | 23427B | 7,413.24 | (prorated for post-petition period only) |
| 8/1/2008 | 22355 | 7,351.14 | 2/28/2009 | 23612 | 8,445.04 | |
| 9/1/2008 | 9/8/08 pmt | (10,361.34) | 3/31/2009 | 309101 | 7,948.21 | |
| 9/1/2008 | 22918 | 8,051.30 | 4/30/2009 | 409101 | 7,948.13 | |
| 10/1/2008 | 22936 | 9,186.44 | | | | |
| 12/10/2008 | 23155 | 7,939.17 | | | | |
| 1/1/2009 | 23290 | 8,249.10 | | | | |
| 1/13/2009 | 23427A | 525.93 | | | | |
| | | 39,097.01 | | | 31,754.62 | |

3287648_1