IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                               )     Case No. 09-10138 (KG)
In re                                       )     (Jointly Administered)
                                               )
NORTEL NETWORKS INC., *et al.*,    )     Chapter 11
                                               )
           Debtors.                     )     RE: Docket No.
_____)

**ORDER ALLOWING AND COMPELLING IMMEDIATE PAYMENT OF**
**ADMINISTRATIVE EXPENSE OF SAFE RECORDS CENTER LLC**
**dba ARCHIVES USA**

This matter came before the Court upon the request ("Request") of Safe Records Center LLC dba Archives USA ("Archives") for allowance and immediate payment of its outstanding claim for post-petition services rendered to the estates of $31,754.62 (the "Administrative Claim"), as such Administrative Claim, determined as of April 30, 2009, may be increased due to ongoing, accruing charges, as an administrative expense of the Debtors' estates. Based upon the representations set forth in the Request, the Court finds that service of the Request and notice of the hearing thereon were sufficient under applicable law and rules of the Court, and that the relief requested may and should be granted as set forth below.

Accordingly, it is hereby ORDERED that:

1.    Pursuant to Bankruptcy Code section 503(b)(1), Archives' claim of $31,754.62 is hereby allowed as an administrative expense of Nortel Networks Inc.'s chapter 11 estate. The Debtors shall pay Archives such amount immediately upon entry of this Order.

2.    Pursuant to Bankruptcy Code section 503(b)(1), charges incurred by the Debtors under the contract described in the Request on and after April 30, 2009, through the date of termination of such contract and complete removal of documents stored pursuant to the contract,

shall be and hereby are allowed as administrative expenses of Nortel Networks Inc.'s chapter 11 estate.  The Debtors shall pay Archives such amount immediately upon receipt of applicable invoices from Archives.

      3.     Archives is authorized to remove or destroy any physical documents or records stored pursuant to the contract, with the actual costs thereof being allowed as an administrative expense of Nortel Networks Inc.'s chapter 11 estate upon Archives' delivery to the Debtors of an invoice for such costs.  The Debtors shall pay Archives such amount immediately upon receipt of such invoice.

Dated: Wilmington, Delaware
       _____, 2009

      _____
      Honorable Kevin Gross
      United States Bankruptcy Judge

Doc 3295680    Ver 1