IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al*., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATION OF SERVICE

I, Jennifer R. Hoover, Esquire, hereby certify that on May 29, 2009 a true and correct copy of the foregoing document was served via First Class Mail, Hand Delivery and/or electronic delivery upon the following listed parties and all other parties registered to receive service on the electronic notification list as maintained by the Court were served electronically.

Dated: May 29, 2009                BENESCH FRIEDLANDER COPLAN &
                                   ARONOFF LLP

                                   /s/ Jennifer R. Hoover
                                   Jennifer R. Hoover, Esq. (No. 5111)
                                   222 Delaware Ave., Suite 801
                                   Wilmington, DE  19801
                                   Telephone:  302-442-7010
                                   Facsimile:  302-442-7012
                                   jhoover@beneschlaw.com

                                   Counsel to Safe Records Center LLC d/b/a Archives USA

| | | |
|---|---|---|
| Andrew R. Remming,<br><br>Emma J. Campbell<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>1201 North Market Street<br><br>P.O. Box 1347<br><br>Wilmington, DE  19899-1347 | Tobey M. Daluz Esq.<br>Leslie Heilman Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>919 Market St<br>12th Fl<br>Wilmington, DE  19801 | Christopher A. Ward Esq.<br>Justin K. Edelson Esq.<br>Polsinelli Shalton Flanigan Suelthaus PC<br>222 Delaware Avenue<br>Ste 1101<br>Wilmington, DE  19801 |
| David B. Stratton Esq.<br>Leigh-Anne M. Raport Esq.<br>Pepper Hamilton LLP<br>1313 Market St<br>Ste 5100<br>Wilmington, DE  19801 | Henry Jaffe Esq.<br>Pepper Hamilton LLP<br>1313 Market St<br>Ste 5100<br>Wilmington, DE  19801 | Joanne B. Wills Esq.<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>919 Market St<br>Ste 1000<br>Wilmington, DE  19801 |
| Marla R. Eskin Esq.<br>Ayesha S. Chacko Esq.<br>Campbell & Levine LLC<br>800 N King St<br>Ste 300<br>Wilmington, DE  19801 | William D. Sullivan Esq.<br>Sullivan Hazeltine Allinson LLC<br>4 E 8th St<br>Ste 400<br>Wilmington, DE  19801 | Mary F. Caloway Esq.<br>P.J. Duhig Esq.<br>Buchanan Ingersoll & Rooney<br>1000 West Street<br>Suite 1410<br>Wilmington, DE  19801 |
| Brett D. Fallon Esq.<br>Morris James LLP<br>500 Delaware Ave<br>Ste 1500<br>Wilmington, DE  19801 | Carl N. Kunz Esq.<br>Michael J. Custer Esq.<br>Morris James LLP<br>500 Delaware Ave<br>Ste 1500<br>Wilmington, DE  19801 | US Attorney's Office<br>District of Delaware<br>1007 N. Orange Street<br>Wilmington, DE  19801 |
| Patrick Tinker Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE  19801-3519 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE  19801 | Duane D. Werb Esq.<br>Werb & Sullivan<br>300 Delaware Ave<br>13th Fl<br>Wilmington, DE  19801 |
| Kathleen M. Miller Esq.<br>Smith Katzenstein & Furlow<br>800 Delaware Ave.<br>7th Fl<br>Wilmington, DE  19801 | William P. Bowden Esq.<br>Amanda M. Winfree Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Ave<br>8th Fl<br>Wilmington, DE  19801 | Ricardo Palacio Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Ave<br>Wilmington, DE  19801 |
| Gregory A. Taylor Esq.<br>Benjamin W. Keenan Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Ave<br>8th Fl<br>Wilmington, DE  19801 | Rachel B. Mersky Esq.<br>Monzack Mersky McLaughlin and Browder P.A.<br>1201 N Orange St<br>Ste 400<br>Wilmington, DE  19801 | Jeffrey S. Wisler Esq.<br>Marc J. Phillips Esq.<br>Connolly Bove<br>The Nemours Building<br>1007 N Orange St<br>Wilmington, DE  19801 |

| | | |
|---|---|---|
| Charlene D. Davis Esq.<br>Daniel A. O'Brien Esq.<br>Bayard P.A.<br>222 Delaware Ave<br>Ste 900<br>Wilmington, DE  19801 | John V. Fiorella Esq.<br>Archer & Greiner PC<br>300 Delaware Ave<br>Ste 1370<br>Wilmington, DE  19801 | Charles J. Brown III Esq.<br>Archer & Greiner PC<br>300 Delaware Ave<br>Ste 1370<br>Wilmington, DE  19801 |
| Kurt F. Gwynne Esq.<br>J. Cory Falgowski Esq.<br>Reed Smith LLP<br>1201 N Market St<br>Ste 1500<br>Wilmington, DE  19801 | James E. Huggett Esq.<br>Margolis Edelstein<br>750 Shipyard Dr<br>Ste 102<br>Wilmington, DE  19801 | Joseph H. Huston Jr. Esq.<br>Maria Aprile Sawczuk Esq.<br>Stevens & Lee P.C.<br>1105 N Market St<br>7th Fl<br>Wilmington, DE  19801 |
| Laura Davis Jones, Esquire<br>Timothy P. Cairns, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Fl.<br>P. O. Box 8705<br>Wilmington, DE  19899-8705 | Jennifer Stam<br>Ogilvy Renault LLP<br>200 Bay Street Suite 3800<br>Royal Bank Plaza South Tower<br>Toronto, Ontario  M5J 2Z4<br>Canada | Michael J. Wunder<br>R. Snayne Kukulowicz<br>Alex L. MacFarlane<br>Fraser Milner Casgrain LLP<br>1 First Canadian Place -Floor 42<br>100 King St West<br>Toronto, Ontario  M5X 1B2<br>Canada |
| Stephen Gale<br>Herbert Smith<br>Exchange House<br>Primrose Streeet<br>London, UK  EC2A 2HS<br>England | Derek Austin<br>Export Development Canada<br>151 O'Connor Street<br>Ottowa, Ontario  K1A 1K3<br>Canada | Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE  19903 |
| Secretary of State Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE  19903 | Sheryl L. Moreau Esq.<br>Missouri Dept of Revenue<br>P.O. Box 475<br>Bankruptcy Division<br>Jefferson City, MO  65105-0475 | John P. Dillman Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX  77253-3064 |
| Rod Andrerson Esq.<br>Noel R. Boeke Esq.<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL  33601-1288 | Amos U. Priester IV Esq.<br>Anna B. Osterhout Esq.<br>Smith Anderson Blount Dorsett Mitchell & Jernigan LLP<br>P.O. Box 2611<br>Raleigh, NC  27602-2611 | Dana S. Plon Esq.<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street<br>Ste 600<br>Philadelphia, PA  19102 |
| Vicente Matias Murrell Esq.<br>Stephen D. Schreiber Esq.<br>Pension Benefit Guaranty Corp<br>1200 K Street NW<br>Washington, DC  20005-4026 | Edward C. Wetmore VP & Gen Counsel<br>Amphenol Corporation<br>358 Hall Avenue<br>Wallingford, CT  06492 | Joseph E. Shickich Jr. Esq.<br>Riddell Williams P.S.<br>1001 4th Ave<br>Ste 4500<br>Seattle, WA  98154-1192 |
| Christopher M. Alston Esq.<br>Foster Pepper PLLC<br>1111 3rd Ave<br>Ste 3400<br>Seattle, WA  98101-3299 | Ramona Neal Esq.<br>Hewlett-Packard Company<br>11311 Chinden Blvd<br>Mailstop 314<br>Boise, ID  83714 | David G. Aelvoet Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Bldg_Ste 300<br>711 Navarro<br>San Antonio, TX  78205 |
| David A. Rosenzweig Esq.<br>Fulbright & Jaworski LLP<br>666 5th Ave<br>New York, NY  10103-3198 | Carren B. Shulman Esq.<br>Kimberly K. Smith Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>24th Fl<br>New York, NY  10112 | Alistar Bambach<br>SEC NY Regional Office<br>Bankruptcy Div_Ste 400<br>3 World Financial Center<br>New York, NY  10281-1022 |

| | | |
|---|---|---|
| Michael L. Schein Esq.<br>Vedder Price P.C.<br>1633 Broadway<br>47th Fl<br>New York, NY  10019 | Raniero D'Aversa Jr. Esq.<br>Laura D. Metzger Esq.<br>Weston T. Eguchi Esq.<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY  10103-0001 | Dennis Dunne Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY  10005-1413 |
| Michelle McMahon Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY  10104 | N. Thodore Zink Jr. Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 | Alan Kolod<br>Christopher J. Caruso<br>Kent C. Kolbig<br>Moses & Singer LLP<br>The Crysler Building<br>405 Lexington Avenue<br>New York, NY  10174 |
| Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY  10020 | Val Mandel Esq.<br>Val Mandel P.C.<br>80 Wall St<br>Ste 1115<br>New York, NY  10005 | Edmond P. O'Brien Esq.<br>Stempel Bennett Claman & Hochberg P.C.<br>675 Third Ave<br>31st Fl<br>New York, NY  10017 |
| Steven J. Reisman Esq.<br>James V. Drew Esq.<br>Curtis Mallet-Prevost Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY  10178-0061 | Nicholas Vianna<br>The Interpublic Group of Companies<br>1114 Avenue of the Americas<br>19th Floor<br>New York, NY  10036 | Alan J. Lipkin Esq.<br>Jeremy E. Crystal Esq.<br>Willkie Farr & Gallagher LLP<br>787 7th Ave<br>New York, NY  10019 |
| Robert J. Rosenberg Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>Ste 1000<br>New York, NY  10022-4068 | Michael J. Riela Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>Ste 1000<br>New York, NY  10022-4068 | Zachary N. Goldstein Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>Ste 1000<br>New York, NY  10022-4068 |
| Howard S. Steel Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY  10036 | Kenneth E. Noble Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Ave<br>New York, NY  10022-2585 |
| Stephen C. Stapleton<br>Dykema Gossett PLLC<br>1717 Main St<br>Ste 2400<br>Dallas, TX  75201 | William L. Siegel<br>Cowles & Thompson PC<br>901 Main Street<br>Suite 3900<br>Dallas, TX  75202 | Lynnette R. Warman<br>Hunton & Williams<br>1445 Ross Ave<br>Rountain Place Ste 3700<br>Dallas, TX  75202-2799 |
| Joseph J. Wielebinski Esq.<br>Munsch Hardt Kopf & Harr P.C.<br>3800 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX  75201-6659 | Robert T. Vance Jr.<br>Law Offices of Robert T. Vance Jr.<br>100 South Broad Street<br>Suite 1530<br>Philadelphia, PA  19110 | Carol E. Momjian Esq.<br>PA Senior Deputy Atty Gen<br>21 S 12th St<br>3rd Fl<br>Philadelphia, PA  19107-3603 |
| David L. Pollack Esq.<br>Jeffrey Meyers Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market St<br>Philadelphia, PA  19103 | Janet Fitzpatrick<br>Unisys Corporation<br>P.O. Box 500<br>M/S E8-108<br>Blue Bell, PA  19424 | Alan S. Kopit Esq.<br>Christopher W. Peer Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square<br>Ste 2800<br>Cleveland, OH  44114 |
| Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Dr<br>Ste 400<br>Littleton, CO  80124 | Terry Zale<br>Flextronics International<br>305 Interlocken Pkwy<br>Broomfield, CO  80021 | Edward T. Attanasio Esq.<br>Klee Tuchin Bogdanoff & Stern LLP<br>1999 Avenue of the Stars<br>39th Fl<br>Los Angeles, CA  90067-6049 |

<div style="column-count: 3;">

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA  90067

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408


Laura L. McCloud Esq.
Tennessee Dept of Revenue
P.O. Box 20207
Nashville, TN  37202-0207

Lawrence M. Schwab Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX  77010

Thomas J. Leanse Esq.
Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404


David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL  36104

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Fl
Orlando, FL  32801

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX  75201

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC  28246

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd St
12th Fl
Harrisburg, PA  17101-1601

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL  60654-5313

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA  30309

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202


Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA  94105-2126

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR  97201-5630


Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA  19382

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA  02110

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

Stephen K. Dexter Esq.
Lathrop & Gage LLP
370 17th St
Ste 4650
Denver, CO  80202

</div>

Parag P. Patel Esquire
33 Wood Avenue South
2nd Fl
P.O. Box 81
Iselin, NJ  08830-0081

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ  08096

Mark G. Ledwin Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr
White Plains, NY  10604

Ann Groninger Esq.
Patterson Harkavy
521 East Boulevard
Charlotte, NC  28203

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Ernie Holling, President
The InTech Group, Inc.
305 Exton Commons
Exton, PA  19341

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606

Elizabeth Banda Esq.
 Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

Robert S. McWhorter Esq.
Nossaman LLP
915 L St
Ste 1000
Sacramento, CA  95814

Hubert H. Kuo Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA  92660

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279


Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181


Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave.
New York, NY  10022


Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Fl
Dallas, TX  75234

Securities & Exchange Commission
100 F Street NE
Washington, DC  20549


Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd
Ste 10-200
Cadillac Place
Detroit, MI  48202

Barry Satlow
David G. Walder
1951 Vista Dr
Boulder, CO  80304