IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code, the following counsel enter their appearance on behalf of Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Steven John Harris in their Capacity as Joint Administrators and Foreign Representatives for Nortel Networks UK Limited and requests that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the following at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in these matters.

All motions, pleadings, notices, applications and other papers should be served upon:

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **BRACEWELL & GIULIANI LLP** |
| James L. Patton (No. 2202) | Evan D. Flaschen |
| Edwin J. Harron (No. 3396) | Katherine L. Lindsay |
| The Brandywine Building | 225 Asylum Street, Suite 2600 |
| 1000 West Street, 17th Floor | Hartford, CT 06103 |
| Wilmington, DE 19801 | Telephone: (860) 947-9000 |
| Telephone: (302) 571-6600 | Facsimile: (860) 246-3201 |
| Facsimile: (302) 571-1253 | E-Mail: evan.flaschen@bgllp.com |
| E-Mail: jpatton@ycst.com | katherine.lindsay@bgllp.com |
| eharron@ycst.com | - and – |

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

        David C. Albalah
        Daniel S. Connolly
        Thomas F. Kokalas
        117 Avenue of the Americas, 19th Fl.
        New York, NY 10036
        Telephone: (212) 508-6100
        Facsimile: (212) 508-6101
        E-Mail: david.albalah@bgllp.com
                daniel.connolly@bgllp.com
                thomas.kokalas@bgllp.com

Dated: Wilmington, Delaware
       May 29, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Edwin J. Harron
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

**BRACEWELL & GIULIANI LLP**

Evan D. Flaschen
Katherine L. Lindsay
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

- and -

David C. Albalah
Daniel S. Connolly
Thomas F. Kokalas
117 Avenue of the Americas, 19th Fl.
New York, NY 10036
Telephone: (212) 508-6100
Facsimile: (212)508-6101

Counsel for Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Steven John Harris in their Capacity as Joint Administrators and Foreign Representatives for Nortel Networks UK Limited