## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Sixth Notice Of Rejection Of Executory Contract(s) And/Or Personal Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on May 29, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: May 29, 2009

Ann C. Cordo (No. 4817)

2920203.1