## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations And Profitability Of Entities In Which The Estate Of Nortel Networks Holds A Substantial Or Controlling Interest** was caused to be made on May 29, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: May 29, 2009

*Ann C. Cordo*
Ann C. Cordo (No. 4817)

2920326.1