# SCHEDULE A

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L120 Analysis/Strategy</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 3/02/09 | RET | .30 | E-mail to Lisa Schweitzer regarding the stay as to our case |
| 3/02/09 | RET | .70 | Teleconference with Cleary to discuss issues related to plaintiffs suggestions and the case management conference |
| 3/02/09 | RET | .40 | Prepare for teleconference with Cleary to discuss issues related to plaintiffs suggestions and the case management conference |
| 3/02/09 | RET | .10 | E-mail to Joe Dearing regarding my teleconference with Cleary to discuss issues related to plaintiffs suggestions and the case management conference |
| 3/02/09 | RET | .30 | Receive and analyze from Ken Hashimoto letter from Shearman & Sterling |
| 3/03/09 | RET | .30 | Teleconference from Sandy Illmer regarding update from my latest conversations with plaintiffs' counsel |
| 3/03/09 | RET | .60 | Receive and analyze order granting recognition and related relief from the bankruptcy court which stays the case against the officers and directors as well as amended initial order from the Ontario court |
| 3/03/09 | RET | .40 | Correspondence to plaintiffs' counsel and other defense counsel regarding Order granting recognition and related relief from the Bankruptcy court which stays the case against the officers and directors |
| 3/03/09 | RET | .50 | Receive and analyze new case law |
| 3/03/09 | RET | .40 | Teleconference with Joe Dearing regarding my call with Lisa Schweitzer and others at Cleary to discuss scope of the stay |
| 3/03/09 | RET | .30 | Correspondence from plaintiffs' counsel setting forth their position regarding the Order granting recognition and related relief from the Bankruptcy court |
| 3/03/09 | RET | .20 | E-mail from and to Joe Dearing regarding the correspondence from plaintiffs' counsel setting forth their position regarding the Order granting recognition and related relief from the Bankruptcy court |
| 3/03/09 | RET | .20 | E-mail to Jason Stein and Ann Robin regarding the process in connection with the order on our bankruptcy retention |
| 3/04/09 | RET | .20 | E-mail from and to Don Powers regarding bankruptcy preservation obligations, if any |
| 3/05/09 | RET | .20 | Teleconference with Sandy Illmer regarding plaintiffs' position opposing application of the stay |

1

| Date | | Hours | Description |
|---|---|---|---|
| 3/05/09 | RET | .40 | Receive from Cleary and analyze Delaware bankruptcy court order enforcing the automatic stay under section 362 of the Bankruptcy Code |
| 3/05/09 | RET | .40 | Receive from Cleary and analyze their changes to our draft filing in the ERISA litigation and e-mail to Gerry Neenan regarding same |
| 3/05/09 | RET | .40 | Receive and analyze final version of our filing and exhibits in the ERISA litigation and e-mail to Gerry Neenan regarding same |
| 3/05/09 | RET | .10 | Receive and analyze letter from Alan Merskey of Ogilvy to Canadian counsel for Chubb regarding Nortel's position |
| 3/06/09 | RET | .30 | E-mail to and from Nora Salvatore regarding plaintiffs' motion to lift the stay issued by the court in our litigation |
| 3/06/09 | RET | .30 | E-mail from Kate Weaver on staying the proceedings against individual officers and directors |
| 3/06/09 | RET | .30 | E-mail from Nora Salvatore to Jennifer Stam at Ogilvy regarding application of Canadian stay against individual officers and directors |
| 3/12/09 | RET | .30 | Review decision in Diebold ERISA litigation denying class certification |
| 3/13/09 | RET | .40 | Teleconference from Joe Dearing regarding Mary Cross |
| 3/16/09 | RET | .30 | Receive and analyze current NNI director & officer information from Joe Dearing |
| 3/16/09 | RET | .20 | E-mail from and to Kate Weaver regarding which of our defendants is current director of NNI |
| 3/16/09 | RET | .20 | E-mail from and to Tom Donnelly regarding the Chubb ERISA policy |
| 3/17/09 | RET | .40 | Receive and analyze research memorandum from Chris Williams regarding scope of the bankruptcy stay |
| 3/17/09 | RET | .30 | Prepare for teleconference with bankruptcy counsel from U.S. and Canada to discuss strategy in connection with recent developments |
| 3/17/09 | RET | 1.10 | Teleconference with bankruptcy counsel from U.S. and Canada to discuss strategy in connection with recent developments |
| 3/17/09 | RET | .60 | Receive and analyze research memorandum from Ogilvy |
| 3/18/09 | RET | .50 | Teleconference with Ken Hashimoto regarding plaintiffs' response to the Court's order staying the case |
| 3/18/09 | RET | 3.60 | Draft reply brief regarding plaintiffs' memorandum regarding non-applicability of the stay to directors and officers |
| 3/18/09 | RET | .40 | Teleconference with Joe Dearing and Kate Weaver regarding status of comfort motion and opposition to motion to lift the stay |
| 3/19/09 | RET | 1.40 | Receive and analyze cases and memorandum from Lisa Kraidin |
| 3/19/09 | RET | 4.30 | Draft brief in response to plaintiffs' memorandum regarding non-applicability of the stay to directors and officers |

| | | | |
|---|---|---|---|
| 3/19/09 | RET | 2.20 | Edit brief in response to plaintiffs' memorandum regarding non-applicability of the stay to directors and officers |
| 3/24/09 | RET | .20 | E-mail from and to Peter Bisio and Joe Dearing regarding Peter's request to set up call to discuss strategy going forward |
| 3/26/09 | RET | .40 | Teleconference with Joe Dearing regarding my latest discussions with plaintiffs' counsel |

**SUB TOTAL    12,050.00**

L130 Experts/Consultants

| | | | |
|---|---|---|---|
| 3/02/09 | RET | .40 | Teleconference with Cathy Niden |

**SUB TOTAL    200.00**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 3/02/09 | RET | .20 | E-mail from and to Joe Dearing and Lisa Schweitzer at Cleary regarding my most recent call with plaintiffs and their settlement offer |
| 3/02/09 | RET | .40 | Teleconference with counsel for Frank Dunn regarding my most recent call with plaintiffs and their settlement offer |
| 3/02/09 | RET | .80 | Analyze issues raised by plaintiffs in our recent call |
| 3/02/09 | RET | .20 | E-mail from and to Judge Weinstein regarding second round of mediation |
| 3/02/09 | RET | .20 | Second set of e-mail from and to Judge Weinstein regarding second round of mediation |
| 3/02/09 | RET | .20 | E-mail from and to counsel for Frank Dunn regarding settlement |
| 3/03/09 | RET | .40 | Receive and analyze term sheet presented by plaintiffs to Mary Cross for settlement and email to Joe Dearing, Sandy Illmer, and Peter Bisio regarding same |
| 3/03/09 | RET | .30 | E-mail from and to Ken Hashimoto regarding term sheet presented by plaintiffs to Mary Cross for settlement |
| 3/03/09 | JMS7 | .20 | Review settlement demands from plaintiffs |
| 3/04/09 | RET | .60 | Telephone call from Ken Hashimoto regarding impact of Mary Cross executing term sheet offered by plaintiffs |
| 3/04/09 | RET | .30 | Telephone call with Gerry Neenan regarding strategy for upcoming case management conference in light of the stay |
| 3/04/09 | RET | .30 | Telephone call with Gerry Neenan regarding his call with the court regarding the upcoming case management conference in light of the stay |
| 3/04/09 | RET | .50 | Review list of all defendants and their job titles to determine to which the Canadian and Delaware stay orders would and would not apply, for our filing regarding same |

3

| Date | Atty | Hours | Description |
|---|---|---|---|
| 3/05/09 | RET | .30 | Teleconference with Joe Dearing regarding setting second round of mediation with Judge Weinstein |
| 3/05/09 | RET | .30 | Teleconference with Sandy Illmer regarding setting second round of mediation with Judge Weinstein |
| 3/05/09 | JMS7 | .30 | Review bankruptcy filings regarding bidding order procedures |
| 3/05/09 | JMS7 | .10 | E-mail from plaintiffs' counsel regarding settlement term sheet |
| 3/06/09 | RET | .50 | Teleconference with Nora Salvatore regarding plaintiffs' motion to lift the stay issued by the court |
| 3/06/09 | RET | .20 | E-mail from and to Chubb regarding second round of mediation |
| 3/06/09 | RET | .20 | E-mail from and to Judge Weinstein regarding second round of mediation |
| 3/06/09 | RET | .20 | E-mail from Judge Weinstein's assistant regarding second round of mediation and teleconference with Sandy Illmer regarding same |
| 3/06/09 | RET | .20 | E-mail with Joe Dearing regarding e-mail from Judge Weinstein regarding second round of mediation |
| 3/08/09 | RET | .20 | E-mail from Judge Weinstein regarding second round of mediation |
| 3/09/09 | RET | .30 | Correspondence from Ken Hashimoto to Chubb attaching term sheet from plaintiffs' counsel |
| 3/09/09 | RET | .10 | E-mail to plaintiffs' counsel regarding possible second round of mediation |
| 3/09/09 | RET | .20 | E-mail from and to plaintiffs' counsel regarding possible second round of mediation |
| 3/09/09 | RET | .10 | E-mail from Sandy Illmer regarding second round of mediation |
| 3/09/09 | JMS7 | .20 | Correspondence from plaintiffs' counsel regarding stay of lawsuit |
| 3/10/09 | RET | .40 | Teleconference with plaintiffs' counsel regarding possible second round of mediation |
| 3/11/09 | RET | .20 | Correspondence from Ken Hashimoto to Peter Bisio regarding "term sheet" provided by plaintiffs |
| 3/11/09 | RET | .20 | Correspondence from Doug Beatty to Chubb regarding settlement proposed by plaintiffs |
| 3/12/09 | RET | .20 | Second e-mail from Joe Dearing with information identified by Shearman & Sterling and email to Joe Dearing regarding same |
| 3/12/09 | RET | .30 | E-mail from Joe Dearing regarding information identified by Shearman & Sterling |
| 3/16/09 | RET | .20 | E-mail from Peter Bisio to Ken Hashimoto regarding "term sheet" provided by plaintiffs |
| 3/16/09 | RET | .20 | E-mail to Ken Hashimoto regarding whether he has had follow up conversations with plaintiffs' counsel following e-mail from Peter Bisio regarding "term sheet" provided by plaintiffs |
| 3/16/09 | RET | .30 | E-mail from and to Cleary regarding plaintiffs' motion to lift the stay in our case |

| | | |
|---|---|---|
| 3/17/09 RET | .20 | E-mail to plaintiff's counsel regarding the allocation dispute between Nortel and Chubb and its impact on the case |
| 3/17/09 RET | .20 | E-mail from and to plaintiffs' counsel regarding the allocation dispute between the Nortel insureds and Chubb |
| 3/17/09 RET | .20 | E-mail from and to Kate Weaver regarding our filing in opposition to plaintiffs' motion to lift the stay |
| 3/18/09 RET | .20 | E-mail from and to Judge Weinstein's assistant regarding status of second round of mediation |
| 3/18/09 JMS7 | .70 | Review files relating to service issues to draft fact portion of motion to stay |
| 3/18/09 JMS7 | .70 | Edit draft motion to stay |
| 3/20/09 RET | .40 | Teleconference with plaintiffs' counsel regarding the allocation issue asserted by Chubb and its impact on potential settlement |
| 3/25/09 RET | .30 | Teleconference with Ken Hashimoto to discuss Nortel's position regarding potential settlement terms |
| 3/26/09 RET | .10 | E-mail from and to Peter Bisio responding to his request regarding where things stand with the ERISA Litigation and trying to schedule a mediation before Judge Weinstein |
| 3/27/09 RET | .30 | E-mail from Judge Weinstein and teleconference with Judge Weinstein regarding the possibility of mediation |
| 3/27/09 RET | .10 | E-mail to Ken Hashimoto regarding Nortel's position on possible settlement agreement |
| 3/27/09 RET | .20 | E-mail from and to Judge Weinstein regarding letter briefs he is requesting from both sides with status and process for moving forward |
| 3/27/09 RET | .30 | E-mail to Peter Bisio and Sandy Illmer regarding request by Judge Weinstein for short position papers regarding second round of mediation |
| 3/27/09 RET | .10 | E-mail from Judge Weinstein's assistant regarding letter briefs he has requested in connection with second round of mediation |
| 3/30/09 JMS7 | .10 | E-mail from Chubb counsel, Peter Bisio, regarding mediation |
| 3/31/09 RET | .20 | E-mail from and to Peter Bisio regarding letter briefs requested by Judge Weinstein and call to discuss same |
| | **SUB TOTAL** | **6,977.50** |

L190 Other Case Assessment, Devel. & Adm

| | | |
|---|---|---|
| 3/05/09 JMS7 | .10 | E-mail from plaintiffs' counsel regarding stay of cases |
| 3/05/09 JMS7 | .20 | E-mail from and to Don Powers regarding document preservation obligations |
| 3/05/09 JMS7 | .20 | Consider Don Powers' request regarding document preservation |

5

| Date | Initials | Hours | Description |
|---|---|---|---|
| 3/05/09 | JMS7 | .30 | Consider how to respond to e-mail from plaintiffs' counsel regarding stay of cases |
| 3/06/09 | JMS7 | .10 | E-mail from plaintiffs' counsel regarding stay of cases |
| 3/06/09 | JMS7 | .20 | Review plaintiff's motion regarding stay to plan response |
| 3/06/09 | JMS7 | .50 | Teleconference with Nora Salvatore regarding plaintiff's motion regarding stay |
| 3/06/09 | JMS7 | .80 | Outline arguments regarding plaintiff's motion regarding stay |
| 3/12/09 | JMS7 | .50 | Plan arguments for motion to stay pending bankruptcy resolution |
| 3/25/09 | RET | 1.30 | Prepare first fee application and bill to the bankruptcy court |
| 3/26/09 | RET | .60 | Prepare first fee application and bill to the bankruptcy court |

**SUB TOTAL    2,182.50**

L210 Pleadings

| Date | Initials | Hours | Description |
|---|---|---|---|
| 3/05/09 | RET | .30 | Prepare for call with Cleary to discuss the Canadian order adopted by the Delaware bankruptcy court |
| 3/05/09 | RET | .40 | E-mails from and to Gerry Neenan and Cleary regarding the Canadian stay adopted by the Delaware bankruptcy court |
| 3/06/09 | RET | .20 | E-mail from and to Gerry Neenan regarding alerting Judge Bryant that we will be filing an opposition to plaintiff's motion to lift the stay |
| 3/06/09 | RET | .20 | Teleconference with Joe Dearing regarding plaintiff's filing in response to our motion to stay the case |
| 3/06/09 | RET | .50 | Receive and analyze plaintiffs' opposition to our filing regarding the application of the stay to the individual defendants and email to Joe Dearing and Cleary regarding same |
| 3/06/09 | RET | .20 | E-mail from and to Chubb regarding plaintiffs' opposition to our filing regarding the application of the stay to the individual defendants |
| 3/06/09 | RET | .40 | E-mail to Alan Merskey regarding research he is doing |
| 3/06/09 | RET | .40 | Teleconference with Alan Merskey regarding case law |
| 3/06/09 | RET | 1.10 | Develop arguments in response to plaintiff's opposition to our filing regarding the application of the stay to the individual defendants |
| 3/09/09 | RET | .60 | Receive and analyze research memorandum and cases from Cleary |
| 3/09/09 | DSH | .30 | Review notice of filing and accompanying exhibits filed with the USDC Middle District of Tennessee regarding stay and order granting recognition and related relief in the jointly administered ancillary bankruptcy proceedings |
| 3/10/09 | RET | .50 | Receive and edit latest draft of second Chubb comfort motion and prepare for call with Joe Dearing regarding same |
| 3/10/09 | RET | .20 | Teleconference with Joe Dearing regarding possible second round of mediation |

6

| | | |
|---|---|---|
| 3/13/09 RET | .50 | E-mail and research memorandum from Alan Merskey regarding the ambit of the directors and officers stay in Canada |
| 3/16/09 RET | .30 | Receive and analyze pleadings from the Canadian bankruptcy court |
| 3/16/09 RET | .20 | E-mail from Alan Merskey to Cleary regarding whether we will be arguing Canadian law to the Tennessee federal court judge on the stay or whether it should be argued in Canada or Delaware |
| 3/16/09 RET | .40 | Teleconference with Lisa Schweitzer and Kate Weaver regarding responding to plaintiffs' motion to lift the stay, including in the Delaware and Canadian courts |
| 3/18/09 RET | .20 | E-mail from and to Alan Merskey regarding information they will need from us with respect to the ERISA case |
| 3/18/09 RET | .20 | E-mail to and from Ken Hashimoto regarding whether he is planning to file a response to plaintiffs' memorandum regarding non-applicability of the stay |
| 3/19/09 DSH | .60 | Collecting potential exhibits to accompany defendants' opposition to plaintiffs' memorandum regarding non-applicability of the stay and request to reschedule hearing |
| 3/19/09 DSH | .40 | Revise and prepare defendants' opposition to plaintiffs' memorandum re non-applicability of the stay and request to reschedule hearing and exhibits for filing with the USDC Middle District of Tennessee |
| 3/19/09 DSH | .40 | File by ECF defendants' opposition to plaintiffs' memorandum re non-applicability of the stay and request to reschedule hearing and exhibits with the USDC Middle District of Tennessee |
| 3/20/09 RET | .30 | Prepare for call with Joe Dearing and Kate Weaver regarding edits from Peter Bisio |
| 3/20/09 RET | .40 | Call with Kate Weaver regarding edits from Peter Bisio |
| 3/20/09 RET | .30 | Correspondence from plaintiffs' counsel regarding the order we expect to file in the Canadian court seeking a stay of the case against the directors and officers |
| 3/20/09 DSH | .10 | Telephone conversation with Karen, docketing clerk for USDC Middle District of Tennessee regarding opposition filed yesterday to confirm pleading was filed under the appropriate section |
| 3/20/09 DSH | .10 | Voice mail left for Karen, docketing clerk for USDC Middle District of Tennessee regarding opposition filed yesterday to make sure the document was filed appropriately since there was not an appropriate way to link it to plaintiffs' memorandum |
| 3/24/09 RET | .20 | Second round of e-mails from and to Joe Dearing and Cleary regarding witness for the hearing on the comfort motion |
| 3/25/09 RET | 1.10 | Edit draft affidavit prepared by Ogilvy and email to Alan Mersky regarding same |
| 3/25/09 RET | .10 | Telephone call from Kate Weaver regarding whether we have any objection to her providing the creditor's committee with the Chubb policy |
| 3/26/09 RET | .30 | E-mail from and teleconference with Alan Merskey regarding additional information he needs to file pleadings with the Canadian Court |

7

SUB TOTAL    5,035.00

L230 Court Mandated Conferences

| | | | |
|---|---|---|---|
| 3/02/09 | RET | .20 | E-mail from and to Frank Dunn's counsel regarding upcoming case management conference |
| 3/02/09 | RET | .40 | Telephone call from Frank Dunn's counsel regarding upcoming case management conference |
| 3/05/09 | RET | 1.30 | Prepare for case management conference |
| 3/05/09 | RET | .20 | E-mail from and to Ken Hashimoto regarding how we will proceed regarding the conference that has been scheduled for tomorrow |

SUB TOTAL    1,050.00

L240 Dispositive Motions

| | | | |
|---|---|---|---|
| 3/04/09 | RET | .40 | Receive and edit draft Notice of Filing of Canadian Order and Delaware order expanding the stay and teleconference with Gerry Neenan regarding same |
| 3/04/09 | RET | .30 | Teleconference with Joe Dearing regarding Notice of Filing of Canadian Order and Delaware order expanding the stay |
| 3/04/09 | RET | .30 | Receive and analyze correspondence from plaintiffs' counsel further explaining their position that the Canadian Order and Delaware order expanding the stay does not apply |
| 3/04/09 | RET | .30 | Receive and review latest draft Notice of Filing of Canadian Order and Delaware order expanding the stay prepared by Gerry Neenan and forwarding to Joe Dearing and Cleary for their review |
| 3/04/09 | RET | .30 | E-mail from and to Cleary regarding correspondence from plaintiffs' counsel further explaining their position that the Canadian Order and Delaware order expanding the stay does not apply |
| 3/05/09 | RET | .20 | E-mail to Sandy Illmer enclosing our filing today regarding the stay and the court's order staying the case as a result |
| 3/05/09 | RET | .20 | Per the Court's request, email to all parties informing them that the case management conference is canceled |
| 3/05/09 | RET | .20 | Telephone call from Gerry Neenan asking us, per the Court's request, to email all parties informing them that the case management conference is canceled |
| 3/17/09 | RET | 1.60 | Begin draft of opposition to plaintiffs' motion to lift the stay |

SUB TOTAL    1,900.00

L250 Other Written Motions & Submissions

| | | | |
|---|---|---|---|
| 3/17/09 | CLW3 | .60 | Research on PACER to be used in connection with our opposition to plaintiffs' motion to lift stay |

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 3/17/09 | CLW3 | 2.70 | Research to be used in connection with our opposition to plaintiffs' motion to lift stay |
| 3/17/09 | CLW3 | .80 | Prepare e-mail memorandum to Rene Thorne regarding latest round of research |
| 3/17/09 | CLW3 | .60 | Prepare e-mail memorandum to Rene Thorne regarding additional research findings |
| 3/17/09 | CLW3 | 3.40 | Research federal district and appellate court decisions in connection with plaintiffs' memorandum regarding applicability of bankruptcy stay |
| 3/17/09 | CLW3 | .90 | Analyze plaintiffs' memorandum requesting lift of bankruptcy stay with respect to the claims against the individual |
| 3/18/09 | CLW3 | 1.40 | Continue researching federal district and appellate court decisions for use in response to plaintiffs' memorandum regarding applicability of bankruptcy stay |
| 3/18/09 | CLW3 | 1.20 | Continue researching federal district and appellate court decisions for use in response to plaintiffs' memorandum regarding applicability of bankruptcy stay |

SUB TOTAL     4,350.00

L320 Document Production

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 3/13/09 | DSH | .10 | Update scheduling chart with latest case deadlines |
| 3/19/09 | DSH | 2.60 | Continue reviewing potentially privileged documents produced by Shearman & Sterling for possible recall from plaintiff's counsel |
| 3/20/09 | DSH | 1.80 | Continue reviewing potentially privileged documents produced by Shearman & Sterling for possible recall from plaintiff's counsel |
| 3/23/09 | DSH | 2.70 | Continue reviewing potentially privileged documents produced by Shearman & Sterling for possible recall from plaintiff's counsel |
| 3/24/09 | DSH | 1.60 | Continue reviewing potentially privileged documents produced by Shearman & Sterling for possible recall from plaintiff's counsel |
| 3/25/09 | JMS7 | .60 | Correspondence with Don Powers regarding additional discovery production questions |

SUB TOTAL     1,575.00

**ATTORNEY SERVICES**                                **35,320.00**

TOTAL HOURS: 81.90

FEE GRAND TOTAL:     $35,320.00

**NORTEL'S 50% TOTAL: $17,660.00**

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

L120 Analysis/Strategy

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 3/17/09 | RET | .20 | E-mail from and to Peter Bisio regarding the second comfort motion for Chubb |
| 3/18/09 | RET | .40 | Teleconference with Peter Bisio regarding issues related to the second comfort motion and Nortel vendors |
| 3/18/09 | RET | .40 | Teleconference with Joe Dearing regarding my call with Peter Bisio regarding issues related to the second comfort motion |
| 3/20/09 | RET | .50 | Teleconference with Joe Dearing and Cleary regarding Chubb's edits to second comfort motion |

SUB TOTAL    750.00

L190 Other Case Assessment, Devel. & Adm

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 3/05/09 | JMS7 | .30 | Review bankruptcy conflict issues |
| 3/26/09 | JMS7 | .80 | Review requirements for bankruptcy court fee application and determine how to submit the same in view of insurance allocation issues |
| 3/30/09 | JMS7 | .30 | Work on bankruptcy court fee application and determine how to submit the same in view of insurance allocation issues |
| 3/31/09 | JMS7 | 1.20 | Work on obtaining bankruptcy court approval for bills by reviewing bills and corresponding with billing coordinator |

SUB TOTAL    1,105.00

L210 Pleadings

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 3/03/09 | RET | .30 | Teleconference with Joe Dearing to discuss his conference with Chubb and impact on the second comfort motion |
| 3/03/09 | RET | .50 | Teleconference with Cleary to discuss the second comfort motion |
| 3/03/09 | RET | .40 | Revise draft of the second comfort motion for Chubb and email to Cleary regarding same |
| 3/03/09 | RET | .60 | Receive and edit from Cleary the draft of the second comfort motion |

| Date | Atty | Hours | Description |
|---|---|---|---|
| 3/05/09 | RET | .40 | Edit most recent draft of comfort motion |
| 3/05/09 | RET | .40 | Teleconference with Joe Dearing, Gerry Neenan, and Cleary to discuss most recent draft of comfort motions and Canadian stay adopted by the Delaware bankruptcy court |
| 3/05/09 | RET | .20 | E-mail from and to Kate Weaver regarding most recent draft of comfort motion |
| 3/10/09 | RET | .20 | E-mail from and to Joe Dearing regarding Cleary's latest draft of the second comfort motion |
| 3/10/09 | RET | .20 | E-mail to Cleary with our changes to latest draft of second Chubb comfort motion |
| 3/10/09 | RET | .30 | Teleconference with Joe Dearing regarding latest draft of second Chubb comfort motion |
| 3/13/09 | RET | .30 | Receive and analyze latest draft of second comfort motion authorizing Chubb to pay certain pre and post litigation fees and expenses |
| 3/13/09 | RET | .20 | E-mail to and from Kate Weaver at Cleary second comfort motion authorizing Chubb to pay certain pre and post litigation fees and expenses |
| 3/13/09 | RET | .20 | E-mail to Peter Bisio regarding second comfort motion authorizing Chubb to pay certain pre and post litigation fees |
| 3/20/09 | RET | .40 | Receive and analyze edits from Peter Bisio to comfort order |
| 3/20/09 | RET | .30 | Receive and analyze latest round of edits from Cleary to comfort order |
| 3/20/09 | RET | .50 | Receive and analyze from Cleary latest draft of second Chubb comfort motion which incorporates Chubb's comments and additional language drafted by Cleary and email to Peter Bisio regarding same |
| 3/23/09 | RET | .30 | E-mail from and to Joe Dearing and Cleary regarding witness for the hearing on the comfort motion |
| 3/23/09 | RET | .30 | E-mail from and to Peter Bisio regarding Chubb's comments to latest draft to the second comfort motion and e-mail to and from Cleary regarding same |
| 3/25/09 | DSH | .10 | Review e-mail received from Annie Cordo regarding form 101 and form 102 which are part of the fee application process |
| 3/25/09 | DSH | .10 | Draft e-mail to Annie Cordo regarding Nortel/Jackson Lewis retention forms to request two additional forms |
| 3/25/09 | DSH | .50 | Review Rule 2016-2 and forms 101 and 102 regarding motion for compensation and reimbursement of fees and expenses in regards to the bankruptcy |
| 3/25/09 | DSH | 2.30 | Begin drafting first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/25/09 | DSH | .80 | Review first interim application of Morris, Nichols Arsht & Tunnell to assist in completing fee application for Jackson Lewis |

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 3/25/09 | DSH | .20 | Draft e-mail to Annie Cordo regarding explanation for the certification requirement for the fee application and what form it needs to be presented |
| 3/25/09 | DSH | 1.60 | Continue drafting first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/25/09 | DSH | .70 | Begin reviewing actual bills and entries that need to be categorized and totaled to be included in the first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/26/09 | DSH | .40 | Draft lengthy e-mail to Annie Cordo with many questions regarding our fee application and the entire fee application process |
| 3/26/09 | DSH | 2.70 | Continue drafting first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/26/09 | DSH | .50 | Lengthy telephone conference with Annie Cordo regarding fee application process |
| 3/26/09 | DSH | 1.50 | Continue drafting first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/26/09 | DSH | 2.10 | Begin drafting exhibit A, the actual time entries by category, for our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/27/09 | DSH | 2.80 | Continue drafting first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/27/09 | DSH | 1.80 | Continue drafting exhibit A, the actual time entries by category, for our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/30/09 | DSH | 1.10 | Revise exhibit A, the actual time entries by category, for our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/30/09 | DSH | .20 | Draft e-mail to Rene' Thorne and Jason Stein regarding exhibit A of the fee application and the actual time entries by category that need to be reviewed for submission with our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 3/30/09 | DSH | 1.60 | Revise first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |

SUB TOTAL     6,150.00

<u>L220 Prelim. Injunctions/Provisional Rem</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 3/16/09 | RET | .30 | Receive and analyze order authorizing the debtors' retention of Jackson Lewis pursuant to section 327(e) of the Bankruptcy Code, effective as of the petition date |
| | SUB TOTAL | 150.00 | |

<u>L250 Other Written Motions & Submissions</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 3/19/09 | CLW3 | .40 | Analyze Nortel's opposition to plaintiffs' motion to lift the stay as to individual defendants |
| | SUB TOTAL | 150.00 | |

<u>L320 Document Production</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 3/31/09 | JMS7 | .50 | Correspondence with Joe Dearing regarding Doug Beatty electronic documents |
| | SUB TOTAL | 212.50 | |

TOTAL HOURS: 32.30

FEE GRAND TOTAL:   $8,517.50