# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2009 Through April 30, 2009

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $ 25.00 |
| Transcripts | | 1,207.62 |
| Photos/Art/Spec Duplicating | | 5,402.51 |
| Meals | | 148.66 |
| Messenger Service | | 57.00 |
| Courier/Delivery Service | | 664.38 |
| Duplicating | In Office | 630.15 |
| Facsimile | | 1,482.00 |
| Postage | | 29.05 |
| Pacer | | 123.20 |
| Paralegal Overtime[7] | (A. Conway – 4/20) | 13.07 |
| Paralegal Overtime Expense[8] | (E. Campbell – 4/20) | 17.75 |
| **Grand Total Expenses** | | **$10,037.89** |

---

[7]  Work performed by paralegal on behalf of the Debtors outside of normal business hours with respect to filing and service of schedules and statements and other related matters.

[8]  Work performed by paralegal on behalf of the Debtors outside of normal business hours with respect to filing and service of schedules and statements and other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 06/01/09 12:57:00

PRO FORMA 226741    AS OF 04/30/09    INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 710016 | 04/22/09 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTR OF DELAWARE' PRO HAC FOR JEREMY LACKS | 503 | 904 | 160567 |
| 723066 | 03/06/09 | B | 673.27 | Transcripts - J & J COURT TRANSCRIBERS' U.S. BANKRUPTCY COURT 09-10138 - COPY OF TRANSCRIPTS | 506 | 322 | 161231 |
| 718996 | 04/09/09 | B | 223.10 | Transcripts - DIANA DOMAN TRANSCRIBING' COPY OF TRANSCRIPTS - 04/09/09 | 506 | 904 | 161003 |
| 705415 | 04/20/09 | B | 26.00 | Transcripts - CLERK OF THE U.S. DISTRICT CO FOR DISTRICT OF DELAWARE' CD OF THE 03/05/09 HEARING TRANSCRIPT | 506 | 961 | 160482 |
| 705454 | 04/20/09 | B | (26.00) | Reversal from Void Check Number: 61208 Bank ID: 01 Voucher ID: 160482 Vendor: CLERK OF THE U.S. DISTRICT COURT FOR | 506 DIS | 961 | 160499 |
| 722398 | 04/22/09 | B | 119.75 | Transcripts - VERITEXT/NEW YORK REPORTING C WITNESS: 09-10138 - TRANSCRIPT-ORIGINAL, ELECTRONIC SERVICE CHARGES, AND SHIPPING & HANDLING | 506 | 961 | 161178 |
| 718929 | 04/29/09 | B | 191.50 | Transcripts - J & J COURT TRANSCRIBERS' U.S. BANKRUPTCY COURT 09-10138 - COPY OF TRANSCRIPTS | 506 | 904 | 160996 |
| 702716 | 04/02/09 | B | 477.64 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 546 | 160067 |
| 704055 | 04/06/09 | B | 312.66 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160238 |
| 704054 | 04/07/09 | B | 258.67 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160237 |
| 705320 | 04/09/09 | B | 765.36 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160454 |
| 709973 | 04/13/09 | B | 405.02 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 546 | 160531 |
| 705319 | 04/14/09 | B | 710.43 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160453 |
| 710009 | 04/16/09 | B | 517.13 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160557 |
| 713185 | 04/21/09 | B | 152.27 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 160708 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/01/09 12:57:00

PRO FORMA 226741 AS OF 04/30/09 INVOICE# *******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 713196 | 04/21/09 | B | 386.81 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 597 | 160717 |
| 713184 | 04/23/09 | B | 451.76 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 160707 |
| 716291 | 04/29/09 | B | 415.77 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 160891 |
| 716381 | 04/30/09 | B | 548.99 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 662 | 160896 |
| 711272 | 04/22/09 | B | 96.16 | Meals - URBAN CAFE, LLC' LUNCH FOR 7 PER D. ABBOTT - 04/22/09 | 512 | 322 | 160638 |
| 711273 | 04/22/09 | B | 52.50 | Meals - URBAN CAFE, LLC' BREAKFAST FOR 7 PER D. ABBOTT - 04/22/09 | 512 | 322 | 160639 |
| 712976 | 04/01/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 709954 | 04/03/09 | B | 3.00 | Messenger Service | 513S | 594 | |
| 715424 | 04/07/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 715478 | 04/09/09 | B | 3.00 | Messenger Service | 513S | 546 | |
| 715533 | 04/14/09 | B | 6.00 | Messenger Service | 513S | 662 | |
| 716157 | 04/20/09 | B | 3.00 | 877Messenger Service | 513S | 597 | |
| 716162 | 04/21/09 | B | 3.00 | 877Messenger Service | 513S | 597 | |
| 716167 | 04/21/09 | B | 3.00 | 877Messenger Service | 513S | 662 | |
| 716169 | 04/21/09 | B | 3.00 | 877Messenger Service | 513S | 662 | |
| 716184 | 04/22/09 | B | 15.00 | 877Messenger Service | 513S | 961 | |
| 716214 | 04/23/09 | B | 3.00 | 662Messenger Service | 513S | 961 | |
| 716236 | 04/25/09 | B | 3.00 | 662Messenger Service | 513S | 662 | |
| 716281 | 04/29/09 | B | 3.00 | 662Messenger Service | 513S | 651 | |
| 716302 | 04/30/09 | B | 3.00 | 662Messenger Service | 513S | 651 | |
| 713080 | 03/03/09 | B | 83.15 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK N SHIP - 03/03/09; T. DRISCOL | 514 | 000 | 160694 |
| 713082 | 03/04/09 | B | 66.52 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK N SHIP - 03/04/09; T. DRISCOL | 514 | 000 | 160694 |
| 713140 | 03/24/09 | B | 116.41 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK N SHIP - 03/24/09; T. DRISCOL | 514 | 000 | 160694 |
| 713143 | 03/25/09 | B | 90.40 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK N SHIP - 03/25/09; T. DRISCOL | 514 | 000 | 160694 |

Nortel Networks, Inc.　　　　　　　　　　　　　　　　PRO FORMA  226741　　　　AS OF 04/30/09　　　　INVOICE# ******
63989-DIP
DATE: 06/01/09 12:57:00

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 703810 | 04/03/09 | B | 9.60 | Courier/Delivery Service | 514 | 000 | 160178 |
| 704074 | 04/07/09 | B | 24.19 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 160260 |
| 704075 | 04/08/09 | B | 24.19 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 160261 |
| 704102 | 04/08/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 160262 |
| 704103 | 04/08/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 160262 |
| 710528 | 04/08/09 | B | 10.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 160572 |
| 713040 | 04/13/09 | B | 79.18 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 662 | 160691 |
| 704916 | 04/14/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 160426 |
| 710679 | 04/20/09 | B | 12.73 | Courier/Delivery Service | 514 | 000 | 160596 |
| 710680 | 04/20/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 160596 |
| 710681 | 04/20/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 160596 |
| 711279 | 04/20/09 | B | 24.19 | Courier/Delivery Service | 514 | 597 | 160645 |
| 711298 | 04/21/09 | B | 13.43 | Courier/Delivery Service | 514 | 597 | 160646 |
| 712058 | 04/23/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 160680 |
| 712059 | 04/23/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 160680 |
| 718906 | 04/25/09 | B | 15.00 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 662 | 160989 |
| 722905 | 04/29/09 | B | 6.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 904 | 161213 |
| 715574 | 04/30/09 | B | 13.43 | Courier/Delivery Service | 514 | 597 | 160881 |
| 715575 | 04/30/09 | B | 9.37 | Courier/Delivery Service | 514 | 597 | 160881 |
| 702568 | 04/02/09 | B | 1.80 | In-House Duplicating | 519 | 662 |  |
| 703425 | 04/03/09 | B | 9.00 | In-House Duplicating | 519 | 597 |  |
| 706150 | 04/07/09 | B | 0.60 | In-House Duplicating | 519 | 597 |  |
| 706151 | 04/07/09 | B | 2.40 | In-House Duplicating | 519 | 597 |  |
| 706152 | 04/07/09 | B | 8.40 | In-House Duplicating | 519 | 597 |  |
| 706153 | 04/07/09 | B | 2.40 | In-House Duplicating | 519 | 597 |  |
| 706154 | 04/07/09 | B | 15.20 | In-House Duplicating | 519 | 623 |  |
| 706575 | 04/08/09 | B | 1.80 | In-House Duplicating | 519 | 597 |  |
| 706576 | 04/08/09 | B | 0.60 | In-House Duplicating | 519 | 597 |  |
| 706577 | 04/08/09 | B | 2.40 | In-House Duplicating | 519 | 670 |  |
| 706578 | 04/08/09 | B | 4.80 | In-House Duplicating | 519 | 605 |  |
| 706579 | 04/08/09 | B | 23.40 | In-House Duplicating | 519 | 904 |  |
| 707594 | 04/13/09 | B | 1.10 | In-House Duplicating | 519 | 546 |  |
| 708718 | 04/16/09 | B | 1.90 | In-House Duplicating | 519 | 597 |  |
| 709657 | 04/20/09 | B | 2.40 | In-House Duplicating | 519 | 597 |  |

Nortel Networks, Inc.    PRO FORMA 226741    AS OF 04/30/09    INVOICE# ******
63989-DIP
DATE: 06/01/09 12:57:00

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 709658 | 04/20/09 | B | 2.40 | In-House Duplicating | 519 | 670 | |
| 709659 | 04/20/09 | B | 116.40 | In-House Duplicating | 519 | 605 | |
| 709660 | 04/20/09 | B | 53.80 | In-House Duplicating | 519 | 605 | |
| 710367 | 04/21/09 | B | 20.80 | In-House Duplicating | 519 | 605 | |
| 711127 | 04/22/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 711128 | 04/22/09 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 711129 | 04/22/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 716349 | 04/23/09 | B | 213.50 | In-House Duplicating | 519 | 605 | |
| 716350 | 04/23/09 | B | 36.80 | In-House Duplicating | 519 | 605 | |
| 714316 | 04/28/09 | B | 36.80 | In-House Duplicating | 519 | 605 | |
| 715337 | 04/30/09 | B | 6.80 | In-House Duplicating | 519 | 662 | |
| 715338 | 04/30/09 | B | 13.80 | In-House Duplicating | 519 | 605 | |
| 713924 | 04/25/09 | B | 6.45 | Postage | 520 | 662 | |
| 713925 | 04/27/09 | B | 22.60 | Postage | 520 | 662 | |
| 713126 | 03/18/09 | B | 83.50 | Telephone AMERICAN EXPRESS' COURT CALL, LLC - 03/18/09; T. DRISCOLL | 521H | 000 | 160694 |
| 713127 | 03/18/09 | B | 83.50 | Telephone AMERICAN EXPRESS' COURT CALL, LLC - 03/18/09; T. DRISCOLL | 521H | 000 | 160694 |
| 713135 | 03/20/09 | B | 70.50 | Telephone AMERICAN EXPRESS' COURT CALL, LLC - 03/20/09; T. DRISCOLL | 521H | 000 | 160694 |
| 704065 | 04/07/09 | B | 448.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 160248 |
| 704066 | 04/08/09 | B | 471.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 160249 |
| 713203 | 04/20/09 | B | 357.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 160724 |
| 713202 | 04/21/09 | B | 204.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 662 | 160723 |
| 724558 | 04/30/09 | B | 123.20 | Pacer charges for the month of April | 529 | 000 | |
| 715450 | 04/20/09 | B | 13.07 | Paralegal Overtime | 530S | 594 | |
| 728630 | 04/20/09 | B | 17.75 | Paralegal Overtime Expense MOVABLE FEAST INC E. CAMPBELL OT MEAL - 04/20/09 | 531 | 597 | 161515 |
| 702569 | 04/02/09 | B | 2.20 | In-House Printing - black & white | 541 | 662 | |
| 702570 | 04/02/09 | B | 1.00 | In-House Printing - black & white | 541 | 605 | |
| 706155 | 04/07/09 | B | 1.55 | In-House Printing - black & white | 541 | 597 | |
| 706156 | 04/07/09 | B | 1.30 | In-House Printing - black & white | 541 | 597 | |
| 706157 | 04/07/09 | B | 1.20 | In-House Printing - black & white | 541 | 597 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 06/01/09 12:57:00

PRO FORMA 226741    AS OF 04/30/09    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 706158 | 04/07/09 | B | 1.10 | In-House Printing - black & white | 541 | 904 | |
| 706580 | 04/08/09 | B | 0.05 | In-House Printing - black & white | 541 | 904 | |
| 706581 | 04/08/09 | B | 1.25 | In-House Printing - black & white | 541 | 904 | |
| 707127 | 04/09/09 | B | 1.70 | In-House Printing - black & white | 541 | 597 | |
| 707128 | 04/09/09 | B | 1.05 | In-House Printing - black & white | 541 | 597 | |
| 707129 | 04/09/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 707130 | 04/09/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 707595 | 04/13/09 | B | 1.05 | In-House Printing - black & white | 541 | 546 | |
| 709141 | 04/17/09 | B | 1.10 | In-House Printing - black & white | 541 | 597 | |
| 709661 | 04/20/09 | B | 10.55 | In-House Printing - black & white | 541 | 662 | |
| 709662 | 04/20/09 | B | 1.05 | In-House Printing - black & white | 541 | 662 | |
| 711876 | 04/23/09 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |
| 712858 | 04/24/09 | B | 2.70 | In-House Printing - black & white | 541 | 904 | |
| 712859 | 04/24/09 | B | 12.90 | In-House Printing - black & white | 541 | 904 | |
| 712860 | 04/24/09 | B | 0.05 | In-House Printing - black & white | 541 | 904 | |
| 712861 | 04/24/09 | B | 2.75 | In-House Printing - black & white | 541 | 662 | |
| 712963 | 04/25/09 | B | 1.80 | In-House Printing - black & white | 541 | 961 | |
| 714880 | 04/29/09 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |
| 715339 | 04/30/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 715340 | 04/30/09 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |

10,037.89