# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | RE: D.I. 508 |
| | ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Anixter Inc., by and through its undersigned counsel, and pursuant to the terms of the Stipulation of Settlement of Reclamation Demand and 503(b)(9) Motion of Anixter, Inc., [D.I. 756], hereby gives notice of withdrawal of its Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(9) [D.I. 508] with prejudice.

Dated: June 2, 2009

CAMPBELL & LEVINE, LLC

*/s/ Ayesha S. Chacko*
Marla Rosoff Eskin (No. 2989)
Ayesha S. Chacko (No. 4994)
800 N. King St., Suite 300
Wilmington, Delaware 19801
Tel. (302) 426-1900
Fax (302) 426-9947
meskin@camlev.com
achacko@camlev.com

-and-

Jon C. Vigano (Illinois #6257850)
Patricia J. Fokuo (Illinois #6277431)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)
jvigano@schiffhardin.com
pfokuo@schiffhardin.com

*Counsel for Anixter Inc.*

{D0154365.1 }