# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | **Case No. 09-10138-KG** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Ayesha S. Chacko, of Campbell & Levine, LLC, hereby certify that on June 2, 2009, I caused a copy of the *Notice of Withdrawal of Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)* to be served upon the individuals on the attached service list in the manner indicated.

Date: June 2, 2009

/s/ Ayesha S. Chacko
Ayesha S. Chacko (No. 4994)
800 N. King St., Suite 300
Wilmington, Delaware 19801
Tel. (302) 426-1900
Fax (302) 426-9947
achacko@camlev.com

{D0154373.1 }