3

## EXHIBIT A

Court File No. 09-CL-7950

## ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

| THE HONOURABLE MR. | ) | MONDAY, THE 1st |
| --- | --- | --- |
| JUSTICE MORAWETZ | ) | DAY OF JUNE, 2009 |



IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### APPROVAL ORDER
(Hitachi License Agreement)

THIS MOTION, made by the Applicants, pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA") was heard this day at 330 University Avenue, Toronto, Ontario.

UPON READING the affidavit of George Riedel sworn May 27, 2009 and the Exhibits thereto (the "Riedel Affidavit"), the Eleventh Report dated May 28, 2009 (the "Eleventh Report") of Ernst & Young Inc. in its capacity as monitor (the "Monitor") and on hearing the submissions of counsel for the Applicants, the Monitor and those other parties present no one appearing for any other person on the service list, although served as appears from the Affidavit of Service of Katie Legree sworn May 28, 2009, filed,

**SERVICE**

1.     THIS COURT ORDERS that the time for service of the Notice of Motion and the Motion Record is hereby abridged so that this Motion is properly returnable today and hereby dispenses with further service thereof.

**APPROVAL OF LICENSE**

2.     THIS COURT ORDERS that:

   (a)   the licence agreement dated as of May 26, 2009 (the "License Agreement") between Nortel Networks Limited (together with its affiliates, "NNL") and Hitachi Communication Technologies, Ltd. (the "Licensee"), attached as Exhibit A to the Riedel Affidavit; and

   (b)   the non-exclusive license (the "License") granted by NNL to the Licensee pursuant to the License Agreement in respect of the Licensed Intellectual Property (as defined in the License Agreement),

are hereby approved.

3.     THIS COURT ORDERS that NNL is hereby authorized and empowered to perform all of its obligations to the Licensee as and when due to be performed under and pursuant to the License Agreement, with such alterations and amendments as the parties thereto may agree, subject to obtaining Monitor consent prior to making any material alterations or amendments to the License Agreement.

4.     THIS COURT ORDERS that except as otherwise expressly permitted by and in accordance with the terms of the License Agreement, NNL shall not revoke, disclaim terminate or resiliate the License and notwithstanding any action of NNL with respect to the License, Hitachi is authorized and shall be entitled to continue to use the Licensed Intellectual Property as though such breach had not occurred.

5.     THIS COURT ORDERS that the License and the License Agreement shall not be rendered invalid or unenforceable and the rights and remedies of the Licensee thereunder shall not otherwise

be limited or impaired in any way by, and this Order shall not be affected by (a) the pendency of these proceedings and the declaration of insolvency made in the Initial Order or materials submitted in support thereof; (b) any application for a bankruptcy order issued pursuant to the BIA, or any bankruptcy order made pursuant to such application; (c) the filing of any assignment for the general benefit of creditors made pursuant to the BIA; and (d) the appointment of a receiver in respect of NNL or the Licensed Intellectual Property.

6.  THIS COURT ORDERS that any sale or transfer of the Licensed Intellectual Property by NNL or by a bankruptcy trustee or receiver in respect of NNL, whether by vesting order or otherwise, shall be made subject to the License, and the Licensee shall be permitted to continue to use the Licensed Intellectual Property in accordance with the License and License Agreement following and notwithstanding any such sale or transfer of the Licensed Intellectual Property.

7.  THIS COURT ORDERS that the Confidential Appendix "A" to the Eleventh Report be and is hereby sealed pending further Order of this Court.

_____

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

JUN 0 1 2009

PER / PAR: TJ

Court File No: 09-CL-7950

**IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**APPROVAL ORDER**
**Hitachi License Agreement**

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Mario Forte LSUC#: 27293F**
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

DOCSTOR: 1696188\3