**EXHIBIT B**

June 01, 2009

Court File No: 09-CL-7950

**ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**MOTION RECORD
Hitachi License Agreement**
(returnable June 1, 2009)

OGILVY RENAULT LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4

Derrick Tay LSUC#: 21152A
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

Mario Forte LSUC#: 27293F
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

Jennifer Stam LSUC #46735J
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

June 1/09.

D. Tay + J. Stam for NNC et al
J. Pasquariello for E+Y ??
J. Carhart + J. [illegible] for [LGE?]
17. Storino for [illegible] ?. ?.
K. McElcheran for Global [illegible]
A. MacFarlane for U.C.C.
6. Finlay for [illegible] Noteholders
M. Meredith for Hitachi.

The [Motion?] was not opposed.
The [Monitor?] has filed a Report
and is satisfied that the fee
for the non-exclusive license is
reasonable and is being tony, and
is supportive of the Motion.
I am satisfied that the award
[illegible]

supports the requested relief and accordingly the Licence Agreement and the Licence are approved and NNL is authorized to perform all of its obligations to the Licensee as set out in the Licence Agreement.

I am also satisfied that Appendix "A" to the 11th Report contains sensitive commercial information the disclosure of which would be prejudicial to the parties such that it is, in my view, appropriate to seal Appendix "A" to the 11th Report pending further Order.

The Order shall issue in the form presented, which Order has been signed.

_[signature]_