IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                              :   Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   :   Case No. 09-10138 (KG)
                                                     :
                              Debtors.               :   Jointly Administered
                                                     :
------------------------------------------------------------X

### NOTICE OF HEARINGS ON PROFESSIONAL FEE APPLICATION REQUESTS OF PROFESSIONALS FOR THE PERIODS (I) JANUARY 14, 2009 THROUGH APRIL 30, 2009; (II) MAY 1, 2009 THROUGH JULY 31, 2009; AND (III) AUGUST 1, 2009 THROUGH OCTOBER 31, 2009

PLEASE TAKE NOTICE that pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) And 331 Establishing Procedures for Interim Compensation And Reimbursement Of Expenses For Professionals And Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order"), hearings to consider **Summary Fee Application Requests Of Professionals** have been convened for the periods and dates listed below before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States District Court located at 824 N. Market Street, Courtroom #3, Wilmington, Delaware 19801.

| FEE APPLICATION PERIODS: | HEARING DATES: |
| --- | --- |
| January 14, 2009 through April 30, 2009 | July 7, 2009 at 11:00 a.m. (Eastern Time) |
| May 1, 2009 through July 31, 2009 | September 30, 2009 at 11:00 a.m. (Eastern Time) |
| August 1, 2009 through October 31, 2009 | December 15, 2009 at 10:00 a.m. (Eastern Time) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2924846.1

Dated: June 2, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann Cordo*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Counsel for the Debtors and
Debtors in Possession