## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Hearings On Professional Fee Application Requests Of Professionals For The Periods (I) January 14, 2009 Through April 30, 2009; (II) May 1, 2009 Through July 31, 2009; And (III) August 1, 2009 Through October 31, 2009** was caused to be made on June 2, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: June 2, 2009

_____
Ann C. Cordo (No. 4817)

2924912.1