**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------X
                                                      :
In re                                                 :   Chapter 11
                                                      :
Nortel Networks Inc., et al.,[1]                      :   Case No. 09-10138 (KG)
                                                      :
                    Debtors.                          :   Jointly Administered
                                                      :
                                                      :   Hearing Date: July 7, 2009 at 11:00 a.m. (ET)
                                                      :
------------------------------------------------------X
```

**FIRST INTERIM FEE APPLICATION REQUEST OF MORRIS,
NICHOLS, ARSHT & TUNNELL LLP, AS DELAWARE AND GENERAL
BANKRUPTCY COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD JANUARY 14, 2009 THROUGH APRIL 30, 2008**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "<u>Monthly</u> <u>Compensation</u> <u>Order</u>"), Morris, Nichols, Arsht & Tunnell LLP ("<u>Morris</u> <u>Nichols</u>") hereby submits its First Interim Fee Application Request (the "<u>Request</u>") for the period January 14, 2009 through and including April 30, 2009[2] (the "<u>Application</u> <u>Period</u>")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 298, 540, 674 and 823 contain detailed listing of Morris Nichols' requested fees and expenses for the Application Periods.

2449106.1

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/13/09 D.I. 298 | 1/14/09 – 1/31/08 | $85,859.00 | $23,353.91 | 3/12/09 D.I. 460 | $68,687.20 | $23,353.91 | $17,171.80 |
| 3/26/09 D.I. 540 | 2/1/09 – 2/28/09 | $73,614.00 | $50,566.31 | 4/22/09 D.I. 659 | $58,891.20 | $50,566.31 | $14,722.80 |
| 4/28/09 D.I. 674 | 3/1/09 – 3/31/09 | $40,052.00 | $16,676.97 | 5/28/09 D.I. 798 | $32,041.60 | $16,676.97 | $8,010.40 |
| 6/1/09 D.I. 823 | 4/1/09 – 4/30/09 | $42,954.50 | $10,037.89 | Pending | Pending | Pending | Pending |
| TOTAL | | $242,479.50 | $100,635.08 | | $159,620.00 | $90,597.19 | $39,905.00 |

In accordance with the Monthly Compensation Order, Morris Nichols seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Morris Nichols respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Morris Nichols such other and further relief as is just and proper.

Dated: June 2, 2009  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo

Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Andrew R. Remming (No. 5120)  
1201 North Market Street, 18th Floor  
P.O. Box 1347  
Wilmington, DE 19899-1347  
Telephone: 302-658-9200  
Facsimile: 302-425-4663  

*Delaware And General Bankruptcy Counsel for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert J. Dehney | Partner/Bankruptcy | $725 | .30 | 217.50 |
| Eric D. Schwartz | Partner/ Bankruptcy | $550 | 24.20 | 13,310.00 |
| Derek C. Abbott | Partner/Bankruptcy | $550 | 86.80 | 47,740.00 |
| Daniel B. Butz | Associate/Bankruptcy | $415 | 8.40 | 3,486.00 |
| Thomas F. Driscoll | Associate/Bankruptcy | $350 | 102.20 | 35,770.00 |
| Ann Cordo | Associate/Bankruptcy | $350 | 145.90 | 51,065.00 |
| Kelly M. Conlan | Associate/Bankruptcy | $350 | 13.50 | 4,725.00 |
| Andrew Remming | Associate/Bankruptcy | $295 | 83.40 | 24,603.00 |
| Chad A. Fights | Associate/Bankruptcy | $295 | .90 | 265.50 |
| Erin Fay | Associate/Bankruptcy | $265 | 1.50 | 397.50 |
| Ronald Amores | IT Litigation Support | $225 | 2.00 | 450.00 |
| Angela R. Conway | Paralegal | $205 | 39.90 | 8,179.50 |
| Renae M. Fusco | Paralegal | $205 | 12.00 | 2,460.00 |
| Emma J. Campbell | Paralegal | $190 | 189.00 | 35,910.00 |
| Jason Kittinger | Paralegal | $190 | 50.20 | 9,538.00 |
| Sonja P. Tate | Case Clerk | $125 | 31.90 | 3,987.50 |
| Barbara A. Pietruczenia | Case Clerk | $125 | 3.00 | 375.00 |
| | **TOTALS** | | 795.10 | 242,479.50 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 399.10 | $ 114,070.00 |
| Asset Analysis and Recovery | .30 | 138.00 |
| Asset Disposition | 51.20 | 16,489.50 |
| Relief From Stay/Adequate Protection | 7.00 | 2,215.00 |
| Meetings of and Communications w/Creditors | 31.50 | 12,841.00 |
| Fee/Employment Applications | 151.90 | 45,688.50 |
| Fee/Employment Objections | .50 | 175.00 |
| Assumption/Rejection of Leases and Contracts | 32.40 | 9,783.50 |
| Other Contested Matters | 13.70 | 4,807.50 |
| Operations | 19.60 | 6,812.00 |
| Business Operations | 31.90 | 10,845.50 |
| Employee Benefits/Pensions | 17.70 | 6,183.00 |
| Financing/Cash Collections | 4.10 | 1,187.00 |
| Tax Issues | 3.60 | 1,112.50 |
| Real Estate | 1.00 | 322.50 |
| Claims Administration and Objections | 28.90 | 9,628.00 |
| Plan and Disclosure Statement | .50 | 111.00 |
| General Bankruptcy Advice/Opinions | .20 | 70.00 |
| **TOTAL** | **795.10** | **$242,479.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $ 15,812.00 |
| Transcripts | | 3,945.91 |
| Photos/Art/ Spec Duplicating | | 38,653.36 |
| Travel | | 95.70 |
| Meals | | 2,018.91 |
| Messenger Service | | 252.00 |
| Courier/Delivery Service | | 24,542.95 |
| Computer Research | Westlaw | 93.09 |
| Secretarial Overtime | | 267.37 |
| Secretarial Overtime | | 18.69 |
| Duplicating | | 3,159.95 |
| Postage | | 116.30 |
| Telephone | | 252.51 |
| Facsimile | | 7,036.75 |
| Pacer | | 811.36 |
| Computer Research | Lexis | 47.01 |
| Paralegal Overtime | | 406.54 |
| Paralegal Overtime Expense | | 46.95 |
| Hotel Accommodations | | 3,057.73 |
| **Grand Total Expenses** | | **$100,635.08** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]