**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------X

**NOTICE OF SERVICE OF UNREDACTED COPIES OF
SCHEDULES [RE:  D.I. NOS. 801, 802, 803, 804, 805, 806, 807 AND 810]**

PLEASE TAKE NOTICE that on May 29, 2009, pursuant to the Order Authorizing Certain Debtors to File Under Seal Certain Portions of Their Schedules and Related Certificates of Service (D.I. 770, Entered 5/20/09), copies of the unredacted versions of the following were served in the manner indicated upon the parties on the attached service list.

- **Nortel Networks Inc., et. al., Case No. 09-10138 Schedules Of Assets And Liabilities** (D.I. 801, Filed 5/29/09).

- **Nortel Networks Inc., et. al., Case No. 09-10138 Schedules Of Assets And Liabilities (Part 2)** (D.I. 802, Filed 5/29/09).

- **Nortel Networks Inc., et. al., Case No. 09-10138 Schedules Of Assets And Liabilities (Part 3)** (D.I. 803, Filed 5/29/09).

- **Nortel Networks Inc., et. al., Case No. 09-10138 Schedules Of Assets And Liabilities (Part 4)** (D.I. 804, Filed 5/29/09).

- **Nortel Networks Inc., et. al., Case No. 09-10138 Schedules Of Assets And Liabilities (Part 5)** (D.I. 805, Filed 5/29/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- **Nortel Networks Inc., et. al., Case No. 09-10138 Schedules Of Assets And Liabilities (Part 6)** (D.I. 806, Filed 5/29/09).

- **Nortel Networks Inc., et. al., Case No. 09-10138 Schedules Of Assets And Liabilities (Part 7)** (D.I. 807, Filed 5/29/09).

- **Nortel Networks International Inc., Case No. 09-10150 Schedules Of Assets And Liabilities** (D.I. 810, Filed 5/29/09).

Dated: June 2, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Counsel for the Debtors and
Debtors in Possession

2924215.1