IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X

*In re*                                              :    Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   :    Case No. 09-10138 (KG)
                                                     :
                          Debtors.                   :    Jointly Administered
                                                     :
----------------------------------------------------------X    RE: D.I. 837

NOTICE OF AMENDED[2] HEARINGS ON PROFESSIONAL FEE
APPLICATION REQUESTS OF PROFESSIONALS FOR THE PERIODS
(I) JANUARY 14, 2009 THROUGH APRIL 30, 2009; (II) MAY 1, 2009
THROUGH JULY 31, 2009; AND (III) AUGUST 1, 2009 THROUGH OCTOBER 31, 2009

PLEASE TAKE NOTICE that pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) And 331 Establishing Procedures for Interim Compensation And Reimbursement Of Expenses For Professionals And Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order"), hearings to consider **Summary Fee Application Requests Of Professionals** have been convened for the periods and dates listed below before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States District Court located at 824 N. Market Street, Courtroom #3, Wilmington, Delaware 19801.

| **FEE APPLICATION PERIODS:** | **HEARING DATES:** |
|---|---|
| January 14, 2009 through April 30, 2009 | July 7, 2009 at 11:00 a.m. (Eastern Time) |
| **May 1, 2009 through July 31, 2009** | **September 30, 2009 at 10:00 a.m. (Eastern Time)** |
| August 1, 2009 through October 31, 2009 | December 15, 2009 at 10:00 a.m. (Eastern Time) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Fee Hearing Dates are indicated in **bold** type face.

2924846.2

Dated: June 3, 2009
      Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          James L. Bromley
          Lisa M. Schweitzer
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Ann C. Cordo
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Andrew R. Remming (No. 5120)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: 302-658-9200
          Facsimile: 302-425-4663

          Counsel for the Debtors and
          Debtors in Possession