May 26, 2009

Clerk
The United States
Bankruptcy Court for the
District of Delaware
824 Market Street
3rd Floor
Wilmington DE 19801

In re: Nortel Networks Inc et al
Chapter 11 Case No 09 10138 (KG)

I am a US retiree of the debtor with
various creditor claims. I am writing
to advise you that until further
written notice my address for all
communications (particularly any bar-
coded claims forms) is changed to
the following:

1581 Mayhew Turnpike
Bristol NH 03222

If it changes again, I will advise
you by letter.

Thankyou,
Richard R Standel Sr

FILED
2009 JUN -3 AM 8:43