## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

In re:

Nortel Networks, Inc, *et al.*,

Debtors.

------------------------------------------------------- x

:     Chapter 11

:     Case No.  09-10138 (KG)

:     Jointly Administered

:     **RE:  D.I. 336**

## OBJECTION BY RECLAMATION CLAIMANT ELTEK VALERE TO PROPOSED CLAIM TREATMENT OF ELTEK VALERE'S RECLAMATION CLAIM

Eltek Valere, Inc. ("Eltek"), by and through its undersigned counsel, hereby files its objection to the proposed claim treatment of Eltek's reclamation claim in the amount of $16,593.74, and in support of its objection, Eltek respectfully states as follows:

1.      Eltek is a Delaware corporation and prepetition supplier of the Debtors, with its principal place of business at 1303 East Arapaho Road, Richardson, TX  75081.

2.      On January 30, 2009, Eltek, through its counsel, served upon the Debtors a valid reclamation demand in full compliance with 11 U.S.C. §546(c)(1), in the amount of $16,593.74, a true and correct copy of which is attached hereto and made a part hereof as Exhibit A.

3.      The Debtors' Second Reclamation Notice states that Eltek Valere's reclamation demand should be denied on the grounds of "demand contained insufficient information to proceed."

4.      To the contrary, Eltek Valere submits that its demand contained more than sufficient information, insofar as it identified each invoice number, each invoice date and the amount of each delivery, identifying the goods it shipped to the Debtors prepetition.  In further support of its demand, attached hereto and made a part hereof as Group Exhibit B are the specific

invoices supporting such demand, showing delivery numbers, shipping dates, and tracking numbers for each item it shipped to the Debtors prepetition. These invoices total the amount set forth in Eltek's demand of $16,593.74.

5.     Accordingly, Eltek's reclamation demand should be allowed in the amount of $16,593.74, for the reasons set forth herein.

WHEREFORE, Eltek Valere, Inc., a Delaware corporation, prays for entry of an order allowing its Reclamation Demand in the amount of $16,593.74 and for such other and further relief as this Court may deem just, including but not limited to the allowance of an administrative expense claim pursuant to 11 U.S.C. §503(b)(9).

Dated: June 3, 2009
        Wilmington, DE

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

_____
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
302.652.3131
302.652.3117 (facsimile)

- and –

Christopher J. Horvay (IL Bar No. 1263315)
GOULD & RATNER LLP
222 North LaSalle Street
Suite 800
Chicago, Illinois 60601
312.236.3003
312.236.3241 (facsimile)

*Counsel to Eltek Valere U.S. Inc.*