# EXHIBIT A





CHRISTOPHER J. HORVAY
312.899.1624
chorvay@gouldratner.com

222 North LaSalle Street
Suite 800
Chicago, Illinois 60601
T: 312.236.3003
F: 312.236.3241
www.gouldratner.com

January 30, 2009

**Via Federal Express and**
**Facsimile (972-685-3504)**

Nortel Networks, Inc.
2221 Lakeside Blvd.
Richardson, TX 75082-4399
Attn: Counsel, Supply Management

**Facsimile (972-684-3355)**

Nortel Networks, Inc.
2221 Lakeside Blvd.
Richardson, TX 75082-4399
Attn: John Fratto, Senior Manager
Supply Management

**Via Facsimile (302-658-3989)**
Morris, Nichols, Arsht & Gunnell LLP
Derek C. Abbott
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Re: **In re Nortel Networks, Inc.**
Case No: 09-10138 (KG)

Gentlemen:

We are counsel to Eltek Valere, a pre-petition seller that sold goods to the Debtor, in the ordinary course of such seller's business, prior to the filing of the above-referenced bankruptcy proceedings. Pursuant to 11 U.S.C. 546 (c)(1) we hereby notify you of our client's demand for reclamation of the following goods sold to Nortel Networks, Inc. in the ordinary course of Eltek's Business.

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| 77739 | 12/04/08 | $ 218.00 |
| 77984 | 12/09/08 | $ 260.00 |
| 77985 | 12/09/08 | $ 190.00 |
| 78188 | 12/11/08 | $ 6,290.00 |
| 78189 | 12/11/08 | $ 1,887.00 |
| 78190 | 12/11/08 | $ 6,290.00 |
| 78536 | 12/15/08 | $ 393.74 |
| 79288 | 12/22/08 | $ 629.00 |
| 79289 | 12/23/08 | $ 436.00 |
| | | $16,593.74 |

422313.1 106480.004



January 30, 2009
Page 2

    Accordingly, we hereby demand reclamation of such goods on behalf of Eltek Valere in the total invoice amount of $16,593.74.

    If you have any questions, please contact the undersigned at your convenience.

                                  Very truly yours,

                                  GOULD & RATNER LLP

                                  Christopher J. Horvay
                                  One of the Attorneys for Eltek Valere

CJH:pvr
cc:    Ken Vines
        David Rubin
        Derek C. Abbott (Fax 302-658-3989)