# EXHIBIT B

## Invoice - Copy  CD77739

**ELTEK VALERE**

Page 1/1

| | | | | |
|---|---|---|---|---|
| **Invoice Number** | CD77739 | Purchase Order No | 4503531806 | |
| Invoice Date | 12/04/08 | Our Reference | Erica Cardenas | |
| Order Number | C3047570 | Your Reference | 919-992-2842 | |
| Order Date | 10/30/08 | Customer Number | 101511 | |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**
NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**
NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

| | | | |
|---|---|---|---|
| Terms of Delivery | Collect | Ship Via | UPS GROUND |
| Label Note | | Terms of Payment | Net 60 days |
| | | **Due Date** | 02/02/09 |

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 505393 | 1U Rect Shelf w/ busbar insul. kit | 1.00 | pcs | 218.00 | 0.00 | 218.00 |

| | |
|---|---|
| **Sub Total Amount** | 218.00 |
| Total Exclusive Tax | 218.00 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 218.00 |

**Tracking Information:**

| Delivery No | Ship Date | Tracking No |
|---|---|---|
| 161741 | 12/04/08 | 1Z44TT650340841584 |

## Invoice - Copy  CD77984

 **ELTEK VALERE**

Page 1/1

| | | | |
|---|---|---|---|
| Invoice Number | CD77984 | Purchase Order No | 4503583489 |
| Invoice Date | 12/09/08 | Our Reference | Erica Cardenas |
| Order Number | C3049677 | Your Reference | 919-992-2842 |
| Order Date | 11/19/08 | Customer Number | 101511 |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**
NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**
NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

| | |
|---|---|
| Terms of Delivery   Collect | Ship Via              UPS GROUND |
| Label Note | Terms of Payment   Net 60 days |
| | Due Date              02/07/09 |

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 242100.113 | Smartpack WEB/SNMP G1 | 1.00 | pcs | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Sub Total Amount | 260.00 |
| Total Exclusive Tax | 260.00 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 260.00 |

**Tracking Information:**

| Delivery No | Ship Date | Tracking No |
|---|---|---|
| 162258 | 12/06/08 | 1Z44TT650340324517 |

| Invoice Address | Contact Info | Bank Info |
|---|---|---|
| 1303 E Arapaho Rd | +1-469-330-1594 (Ph) | Dept 0353 |
| Richardson, TX  75081 USA | +1-972-479-9014 (Fax) | PO Box 120353 |
| | AR@Eltekvalere.com | Dallas, TX  75312-0353 USA |

# Invoice - Copy  CD77985

**ELTEK VALERE**

Page 1/1

| | | | |
|---|---|---|---|
| Invoice Number | CD77985 | Purchase Order No | 4503594631 |
| Invoice Date | 12/09/08 | Our Reference | Erica Cardenas |
| Order Number | C3050160 | Your Reference | |
| Order Date | 11/25/08 | Customer Number | 101511 |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**
NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**
NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

| | | | |
|---|---|---|---|
| Terms of Delivery | Collect | Ship Via | UPS GROUND |
| Label Note | | Terms of Payment | Net 60 days |
| | | **Due Date** | **02/07/09** |

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 241115.100 | Flatpack II 48V /2000W G2 | 1.00 | pcs | 190.00 | 0.00 | 190.00 |

| | |
|---|---|
| Sub Total Amount | 190.00 |
| Total Exclusive Tax | 190.00 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 190.00 |

**Tracking Information:**

| Delivery No | Ship Date | Tracking No |
|---|---|---|
| 162294 | 12/06/08 | 1Z44TT650340740200 |

---

| Invoice Address | Contact Info | Bank Info |
|---|---|---|
| 1303 E Arapaho Rd | +1-469-330-1594 (Ph) | Dept 0353 |
| Richardson, TX 75081 USA | +1-972-479-9014 (Fax) | PO Box 120353 |
| | AR@Eltekvalere.com | Dallas, TX 75312-0353 USA |

## Invoice - Copy  CD78188

**ELTEK·VALERE**

Page 1/1

| | | | | |
|---|---|---|---|---|
| Invoice Number | CD78188 | Purchase Order No | 4503505584 | |
| Invoice Date | 12/11/08 | Our Reference | Erica Cardenas | |
| Order Number | C3046392 | Your Reference | 919-992-2842 | |
| Order Date | 10/22/08 | Customer Number | 101511 | |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**
NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**
NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

Terms of Delivery  Collect
Label Note

Ship Via  CONWAY
Terms of Payment  Net 60 days
Due Date  02/09/09

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 214563 | NTN458SAE5 NORTEL RoHs | 10.00 | pcs | 629.00 | 0.00 | 6,290.00 |

| | |
|---|---|
| Sub Total Amount | 6,290.00 |
| Total Exclusive Tax | 6,290.00 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 6,290.00 |

*12/09/08 - DN# 162862 - Carrier, Con-way - tracking # 547-685530.*

---

**Invoice Address**
1303 E Arapaho Rd
Richardson, TX  75081 USA

**Contact Info**
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)
AR@Eltekvalere.com

**Bank Info**
Dept 0353
PO Box 120353
Dallas, TX  75312-0353 USA

## Invoice - Copy  CD78189

**ELTEK VALERE**

Page 1/1

| | | | | |
|---|---|---|---|---|
| Invoice Number | CD78189 | Purchase Order No | 4503411891 | |
| Invoice Date | 12/11/08 | Our Reference | Erica Cardenas | |
| Order Number | C3046417 | Your Reference | 919-992-2842 | |
| Order Date | 10/23/08 | Customer Number | 101511 | |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**
NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**
NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

| | |
|---|---|
| Terms of Delivery | Collect |
| Label Note | |
| Ship Via | CONWAY |
| Terms of Payment | Net 60 days |
| **Due Date** | **02/09/09** |

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 214563 | NTN458SAE5 NORTEL RoHs | 3.00 | pcs | 629.00 | 0.00 | 1,887.00 |

| | |
|---|---|
| Sub Total Amount | 1,887.00 |
| Total Exclusive Tax | 1,887.00 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 1,887.00 |

12/09/08 - DN# 162863 - Carrier, Con-way - tracking # 547-685530.

**Invoice Address**
1303 E Arapaho Rd
Richardson, TX 75081 USA

**Contact Info**
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)
AR@Eltekvalere.com

**Bank Info**
Dept 0353
PO Box 120353
Dallas, TX 75312-0353 USA

### Invoice - Copy  CD78190



Page 1/1

| | | | | |
|---|---|---|---|---|
| **Invoice Number** | CD78190 | Purchase Order No | 4503499860 | |
| Invoice Date | 12/11/08 | Our Reference | Erica Cardenas | |
| Order Number | C3046022 | Your Reference | 9199922842 | |
| Order Date | 10/20/08 | Customer Number | 101511 | |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**

NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**

NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

| | | | |
|---|---|---|---|
| Terms of Delivery | Collect | Ship Via | CONWAY |
| Label Note | | Terms of Payment | Net 60 days |
| | | Due Date | 02/09/09 |

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 214563 | NTN458SAE5 NORTEL RoHs | 10.00 | pcs | 629.00 | 0.00 | 6,290.00 |

| | |
|---|---|
| Sub Total Amount | 6,290.00 |
| Total Exclusive Tax | 6,290.00 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 6,290.00 |

*12/09/08 - DN# 162864 - Carrier, Con-way - tracking # 547-685530.*

# Invoice - Copy  CD78536

**ELTEK VALERE**

**Page 1/1**

| | | | | |
|---|---|---|---|---|
| Invoice Number | CD78536 | Purchase Order No | 4503575629 | |
| Invoice Date | 12/15/08 | Our Reference | Erica Cardenas | |
| Order Number | C3049235 | Your Reference | 919-992-2842 | |
| Order Date | 11/17/08 | Customer Number | 101511 | |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**
NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**
NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

| | |
|---|---|
| Terms of Delivery   Prepay & Add | Ship Via           UPS GROUND |
| Label Note | Terms of Payment   Net 60 days |
| | Due Date           02/13/09 |

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 241115.100 | Flatpack II 48V /2000W G2 | 2.00 | pcs | 190.00 | 0.00 | 380.00 |

| | |
|---|---:|
| Sub Total Amount | 380.00 |
| FREIGHT | 13.74 |
| Total Exclusive Tax | 393.74 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 393.74 |

**Tracking Information:**

| Delivery No | Ship Date | Tracking No |
|---|---|---|
| 163531 | 12/12/08 | 1Z44TT650340546117 |
| 163531 | 12/12/08 | 1Z44TT650340860527 |

| Invoice Address | Contact Info | Bank Info |
|---|---|---|
| 1303 E Arapaho Rd | +1-469-330-1594 (Ph) | Dept 0353 |
| Richardson, TX  75081 USA | +1-972-479-9014 (Fax) | PO Box 120353 |
| | AR@Eltekvalere.com | Dallas, TX  75312-0353 USA |

**Invoice - Copy   CD79288**                                             **ELTEK VALERE**

Page 1/1

| | | | | |
|---|---|---|---|---|
| Invoice Number | CD79288 | Purchase Order No | 4503550111 | |
| Invoice Date | 12/22/08 | Our Reference | Carrol Brittell | |
| Order Number | C3048484 | Your Reference | 919-992-2842 | |
| Order Date | 11/10/08 | Customer Number | 101511 | |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**
NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**
NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

| | |
|---|---|
| Terms of Delivery   Collect | Ship Via                UPS GROUND |
| Label Note | Terms of Payment   Net 60 days |
| | **Due Date**            02/20/09 |

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 507262 | NTN458SA NORTEL | 1.00 | pcs | 629.00 | 0.00 | 629.00 |

| | |
|---|---|
| Sub Total Amount | 629.00 |
| Total Exclusive Tax | 629.00 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 629.00 |

**Tracking Information:**

| Delivery No | Ship Date | Tracking No |
|---|---|---|
| 165796 | 12/20/08 | 1Z44TT650342942435 |

| Invoice Address | Contact Info | Bank Info |
|---|---|---|
| 1303 E Arapaho Rd | +1-469-330-1594 (Ph) | Dept 0353 |
| Richardson, TX 75081 USA | +1-972-479-9014 (Fax) | PO Box 120353 |
| | AR@Eltekvalere.com | Dallas, TX 75312-0353 USA |

ELTEK VALERE

## Invoice - Copy  CD79289

**ELTEK VALERE**

Page 1/1

| | | | | |
|---|---|---|---|---|
| **Invoice Number** | CD79289 | Purchase Order No | 4503546258 | |
| Invoice Date | 12/23/08 | Our Reference | Erica Cardenas | |
| Order Number | C3048227 | Your Reference | 919-992-2842 | |
| Order Date | 11/06/08 | Customer Number | 101511 | |

1303 E Arapaho Rd.
Richardson, TX 75081 USA
www.eltekvalere.com
+1-469-330-1594 (Ph)
+1-972-479-9014 (Fax)

**Invoice Address**
NORTEL NETWORKS INCORPORATED
CORPORATION ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE TN 37228
UNITED STATES

**Delivery Address**
NORTEL NETWORKS/ SAP PLT.1600
4001 E. CHAPEL HILL - NELSON HWY
RESEARCH TRIANGLE PA NC 27709
UNITED STATES

| | |
|---|---|
| Terms of Delivery  Collect | Ship Via  UPS GROUND |
| Label Note | Terms of Payment  Net 60 days |
| | **Due Date**  **02/21/09** |

| Pos | Part Number | Description | Sales Quantity | Unit | Sales Unit Price | Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 | 505393 | 1U Rect Shelf w/ busbar insul. kit | 2.00 | pcs | 218.00 | 0.00 | 436.00 |

| | |
|---|---:|
| Sub Total Amount | 436.00 |
| Total Exclusive Tax | 436.00 |
| Total Tax | 0.00 |
| Invoice Amount to Pay USD | 436.00 |

**Tracking Information:**

| Delivery No | Ship Date | Tracking No |
|---|---|---|
| 165879 | 12/23/08 | 1Z44TT650340120666 |
| 165879 | 12/23/08 | 1Z44TT650341383078 |

| Invoice Address | Contact Info | Bank Info |
|---|---|---|
| 1303 E Arapaho Rd | +1-469-330-1594 (Ph) | Dept 0353 |
| Richardson, TX 75081 USA | +1-972-479-9014 (Fax) | PO Box 120353 |
| | AR@Eltekvalere.com | Dallas, TX 75312-0353 USA |