## CERTIFICATE OF SERVICE

I, Theresa V. Brown-Edwards, hereby certify that I am not less than 18 years of age and that on this 3rd day of June, 2009, I caused a true and correct copy of the foregoing **Objection of NeoPhotonics Corporation to Treatment of Reclamation Claim in Debtors' Second Reclamation Notice** to be served via first class U.S. Mail, postage prepaid, upon the following parties on the attached list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 3, 2009

_____
Theresa V. Brown-Edwards

PAC 918997v.1