## EXHIBIT A

## COMPENSATION BY PROFESSIONAL

January 14, 2009 Through April 30, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tai H. Park | Partner/Litigation | 950 | 6.5 | 6,175.00 |
| Marc Ashley | Counsel/Litigation | 745 | 48.2 | 35,909.00 |
| Elizabeth R. Weiss (2001) | Associate/Litigation | 630 | 54.6 | 34,398.00 |
| Parthapratim Chanda (2004) | Associate/Litigation | 580 | 40.4 | 23,432.00 |
| Brian Burke (2005) | Associate/Litigation | 525 | 17.7 | 9,292.50 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 132.6 | 69,615.00 |
| Kelly McDonald (2006) | Associate/Bankruptcy | 525 | 0.8 | 420.00 |
| Ira E. Wiener | Managing Attorney | 340 | 1.8 | 612.00 |
| James H. Tucker | Research Specialist | 200 | 0.6 | 120.00 |
| Marianna Orenshteyn | Legal Assistant Coordinator | 235 | 4.2 | 987.00 |
| Mary Glennon | Paralegal | 245 | 155 | 37,975.00 |
| G. William Bartholomew | Paralegal | 185 | 0.8 | 148.00 |
| Nafisa Isa | Paralegal | 185 | 88.5 | 16,372.50 |
| Luis Feliciano | Case Clerk | 185 | 4.0 | 740.00 |
| Alfredo Flores | Case Clerk | 185 | 0.5 | 92.50 |
| Bryan Jankay | Case Clerk | 185 | 1.1 | 203.50 |
| Tyrone McBride | Case Clerk | 185 | 0.5 | 92.50 |
| Maria Molinelli | Case Clerk | 185 | 1.3 | 240.50 |
| Ruth Sheopaul | Case Clerk | 185 | 4.2 | 777.00 |
| **Total** | | | 563.3 | $237,602.00 |
| **Grand Total:**  $237,602.00 | | | | |
| **Blended Rate:**  $421.80 | | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/21/09
02205-00016

PROFORMA NO.          775021
BATCH NO.             602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency:  US DOLLARS

==============================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 01/14/09 05842 Molinelli, Maria<br>Discussed and arranged to file Nortel documents for B. Burke. | | .40 | 74.0 | 27381480 |
| 01/14/09 11893 Park, Tai H.<br>Dealing with bankruptcy question, instructing associates, reviewing reply brief. | | 2.50 | 2,375.0 | 27381528 |
| 01/14/09 13325 Glennon, Mary M.<br>Assisted B. Burke with reply Memorandum and Declaration; cite checked and blue-booked briefs; coordinated filing with MA's office; distributed copies to team and Judge; updated legal file. | | 4.70 | 1,151.5 | 27356641 |
| 01/14/09 14623 Ashley, Marc D.<br>Class Action -- Reviewed draft reply brief and related materials in support of motion for reimbursement of transfer agent fees; communications regarding same. | | 1.60 | 1,192.0 | 27359295 |
| 01/14/09 15492 Burke, Brian<br>Securities settlement: Drafted, revised and filed reply brief and supporting papers for reimbursement motion. | | 6.20 | 3,255.0 | 27354037 |
| 01/14/09 20807 Jankay, Bryan<br>Electronically filed Memorandum of Law and Declaration in the Southern District of New York for M. Glennon in reference to Nortel Networks. | | .30 | 55.5 | 27354057 |
| 01/15/09 05842 Molinelli, Maria<br>Discussed and arranged to submit courtesy copies of Nortel documents for M. Glennon. | | .40 | 74.0 | 27381484 |
| 01/15/09 11893 Park, Tai H.<br>Emails with client and internally regarding: Nortel protocol during pendency of bankruptcy. | | .50 | 475.0 | 27381536 |
| 01/16/09 11893 Park, Tai H.<br>Continued review of matters to organize in wake | | .50 | 475.0 | 27381539 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/21/09
02205-00016

PROFORMA NO.        775021
BATCH NO.          602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency:  US DOLLARS

========================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | of bankruptcy. | | | |
| 01/16/09 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar<br>entries in Law Manager. | .40 | 74.0 | 27369912 |
| 01/20/09 | 11893 Park, Tai H.<br>Reviewing letter to client regarding: pending<br>workstreams, editing same. | 1.00 | 950.0 | 27381543 |
| 01/20/09 | 15492 Burke, Brian<br>Securities settlement: Correspondence with J.<br>Dearing and T. Park regarding post-bankruptcy<br>actions. | .40 | 210.0 | 27385513 |
| 01/21/09 | 11893 Park, Tai H.<br>Call with Dearing regarding: bankruptcy,<br>instructing associates, email to Driscoll. | .80 | 760.0 | 27431448 |
| 01/26/09 | 11893 Park, Tai H.<br>Emails and calls with client and associate<br>regarding: application for appointment. | .40 | 380.0 | 27431458 |
| 01/28/09 | 11348 Orenshteyn, Marianna<br>Reviewed audit inquiry for Nortel Networks<br>Inc.; conferred with T. Park, M. Ashley, B.<br>Burke, T. Gilroy regarding matter descriptions;<br>prepared audit response. | 1.30 | 305.5 | 27406205 |
| 01/29/09 | 11348 Orenshteyn, Marianna<br>Updated draft of audit response for Nortel<br>Networks Inc. and Subsidiaries; reviewed<br>conflicts check reports; conferred with B.<br>Burke, T. Gilroy regarding matter descriptions. | 1.10 | 258.5 | 27414295 |
| 01/29/09 | 11893 Park, Tai H.<br>Discussion with associate regarding:<br>application, email to partners regarding:<br>conflict check. | .80 | 760.0 | 27431469 |
| 01/29/09 | 15492 Burke, Brian<br>Revised audit inquiry response letter. | .70 | 367.5 | 27425659 |
| 01/30/09 | 11348 Orenshteyn, Marianna<br>Finalized audit response for Nortel Networks,<br>Inc.; conferred with T. Park, M. Ashley | 1.80 | 423.0 | 27429772 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/21/09
02205-00016

PROFORMA NO.            775021
BATCH NO.               602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency:  US DOLLARS

========================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | regarding same; coordinated transmittal of same to client and auditor. | | | |
| 01/30/09 13325 | Glennon, Mary M.<br>Assisted T. Gilroy with conflict check reports in preparation for filing. | 5.40 | 1,323.0 | 27429500 |
| 01/30/09 21938 | Isa, Nafisa<br>Met with T. Gilroy regarding upcoming project and review of client conflict reports. | 1.40 | 259.0 | 27424646 |
| 01/31/09 13325 | Glennon, Mary M.<br>Worked on conflict check report project for T. Gilroy; office conference with T. Gilroy regarding same. | 6.70 | 1,641.5 | 27429502 |
| 01/31/09 15492 | Burke, Brian<br>Securities settlement: Reviewed escrow agreements in response to inquiry from J. Dearing. | .50 | 262.5 | 27425664 |
| 02/04/09 13325 | Glennon, Mary M.<br>Reviewed, filed Nortel filings and conflict report. | 1.90 | 465.5 | 27443241 |
| 02/09/09 13325 | Glennon, Mary M.<br>Reviewed, printed, filed e-mails; telephone call with B. Burke. | .60 | 147.0 | 27452748 |
| 02/13/09 13325 | Glennon, Mary M.<br>Drafted and reviewed e-mails to/from team regarding Kroll contract; telephone calls with J. Kapp regarding same. | .40 | 98.0 | 27475844 |
| 02/17/09 15492 | Burke, Brian<br>Securities settlement: Prepared for, attended and circulated summary of Nortel I hearing before Judge Berman. | 1.50 | 787.5 | 27481339 |
| 02/18/09 15492 | Burke, Brian<br>Securities settlement: Telephone call with J. Dearing and follow-up to gather information regarding current status of settlement share distribution; corresponded with Computershare regarding same. | .40 | 210.0 | 27481343 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/21/09
02205-00016

PROFORMA NO.        775021
BATCH NO.           602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency:  US DOLLARS

============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 02/19/09 | 13325 Glennon, Mary M. | 3.40 | 833.0 | 27503768 |
| | Retrieved documents for drafted e-mails; T. Gilroy; K. Whibley of Ogilvy Renault; reviewed indices regarding documents requested by T. Gilroy | | | |
| 02/23/09 | 15492 Burke, Brian | .80 | 420.0 | 27501281 |
| | Securities settlement: Reviewed and revised suggestion of bankruptcy template; discussions with M. Ashley and J. Dearing regarding same. | | | |
| 02/24/09 | 14623 Ashley, Marc D. | 1.30 | 968.5 | 27537653 |
| | Reviewed materials and communications regarding bankruptcy proceedings. | | | |
| 02/24/09 | 15492 Burke, Brian | .80 | 420.0 | 27516855 |
| | Drafted and revised letter to Judge Preska regarding bankruptcy. | | | |
| 02/25/09 | 14623 Ashley, Marc D. | .70 | 521.5 | 27537658 |
| | Reviewed materials and communications regarding bankruptcy proceedings. | | | |
| 02/26/09 | 15492 Burke, Brian | .90 | 472.5 | 27524178 |
| | Reviewed and made edits to lead plaintiffs' motion papers regarding Garden City Group fee application; correspondence with lead plaintiffs' counsel regarding same. | | | |
| 02/27/09 | 13325 Glennon, Mary M. | 1.60 | 392.0 | 27537820 |
| | Filed T. Park attorney files; filed escrow statements. | | | |
| 03/02/09 | 13325 Glennon, Mary M. | 1.80 | 441.0 | 27543705 |
| | Updated legal file; reviewed, printed e-mails; updated correspondence file. | | | |
| 03/02/09 | 15492 Burke, Brian | .20 | 105.0 | 27533500 |
| | Securities settlement: Reviewed motion filed by Nortel I Lead Plaintiff's Counsel seeking authorization to pay claims administrator's fees; drafted letter stating Nortel's position with respect to same. | | | |
| 03/03/09 | 13325 Glennon, Mary M. | 2.10 | 514.5 | 27568752 |
| | Telephone call with T. Gilroy; created | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/21/09
02205-00016

PROFORMA NO.         775021
BATCH NO.            602438
**THROUGH DATE: 04/30/09**

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

Currency:  US DOLLARS

====================================================================================
| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | bankruptcy action legal file; filed legal filings; drafted legal file index. | | | |
| 03/03/09 15492 | Burke, Brian<br>Securities settlement: Drafted and submitted letter to Judge Berman regarding Lead Plaintiff's motion for Garden City fees. | .20 | 105.0 | 27548430 |
| 03/05/09 13325 | Glennon, Mary M.<br>Reviewed, printed, filed and updated ERISA legal file index; updated correspondence file. | 1.50 | 367.5 | 27548937 |
| 03/09/09 15492 | Burke, Brian<br>Securities settlement: Telephone call to Judge Preska's chambers regarding status of reimbursement motion; sent email update to J. Dearing regarding same. | .20 | 105.0 | 27566514 |
| 03/10/09 15492 | Burke, Brian<br>RCMP: Looked for privileged search terms on Kroll database in response to request from S. Fenton. | .20 | 105.0 | 27566517 |
| 03/21/09 13325 | Glennon, Mary M.<br>Organized, filed Nortel Bankruptcy legal files. | 1.40 | 343.0 | 27612919 |
| 03/23/09 13325 | Glennon, Mary M.<br>Reviewed, retrieved, organized productions regarding SEC Disclosure project; reviewed documents received from OR regarding same. | 3.80 | 931.0 | 27625871 |
| 03/24/09 13325 | Glennon, Mary M.<br>Reviewed OR productions; inventoried same; retrieved documents for team; office conference with N. Isa regarding SEC Disclosure project; office conference with T. Gilroy regarding same. | 2.90 | 710.5 | 27625876 |
| 03/25/09 13325 | Glennon, Mary M.<br>Reviewed case rooms with N. Isa at 850 Third regarding productions; office conference with T. Gilroy regarding project status; organized and moved files in caserooms; reviewed productions and edited SEC production index. | 6.40 | 1,568.0 | 27625879 |
| 03/26/09 13325 | Glennon, Mary M.<br>Organized case rooms; reviewed indices and | 7.30 | 1,788.5 | 27632165 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/21/09
02205-00016

PROFORMA NO.         775021
BATCH NO.           602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency:  US DOLLARS

==============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| | documents to ascertain production status and reviewed descriptions in SEC log; office conference with T. Gilroy regarding same; created files for productions and organized and filed them accordingly per T. Gilroy's request for the SEC disclosure project. | | | |
| 03/27/09 13325 | Glennon, Mary M. Organized case room productions; organized boxes into row numbers; reviewed productions to ascertain production status for SEC Disclosure project per T. Gilroy's instructions; drafted memo to T. Gilroy regarding same. | 2.70 | 661.5 | 27632172 |
| 03/30/09 06262 | Baskin, Stuart FOR PROFESSIONAL SERVICES rendered in connection with Nortel Networks Corporation Securities Litigation. | .00 | .0 | 27641065 |
| 04/17/09 13325 | Glennon, Mary M. Regulatory: Did research regarding documents returned from the SEC; reviewed and drafted e-mails to M. Ashley and E. Weiss regarding same; copied file regarding same. | 2.10 | 514.5 | 27726839 |
| 04/24/09 13325 | Glennon, Mary M. Filed B. Burke's Attorney files; filed current SEC filings received from Company. | .80 | 196.0 | 27749255 |

TOTAL HOURS:                87.70
TOTAL FEES:                        31,293.00

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/15/09
02205-00018

PROFORMA NO.          775022
BATCH NO.             602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
MARCH 2004 ERISA ACTION

        Currency:  US DOLLARS
================================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 02/06/09 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.5 | 27448100 |
| 02/18/09 | 08288 Wiener, Ira E.<br>Teleconference with B. Burke regarding filing suggestion of bankruptcy in Nortel case in which Nortel is a party in SDNY and sending correspondence to court in case where Nortel is not a party. | .30 | 102.0 | 27496424 |
| 02/18/09 | 13325 Glennon, Mary M.<br>Reviewed, printed, filed Legal filings. | 2.10 | 514.5 | 27503765 |
| 03/12/09 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .60 | 111.0 | 27576274 |
| 03/19/09 | 13325 Glennon, Mary M.<br>Updated legal files; indexed same. | .90 | 220.5 | 27612125 |
| 03/24/09 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .40 | 74.0 | 27621817 |
| 03/30/09 | 13429 Weiss, Elizabeth R.<br>Correspondence with Deloitte & Touche counsel regarding status of action and document productions. | .10 | 63.0 | 27648676 |
| 03/31/09 | 08288 Wiener, Ira E.<br>Received and researched ECF issue by reading rules and teleconference with ECF Help Desk at MD Tennessee; prepared e-mail to response from E. Weiss regarding terminating ECF notices to attorneys who have departed the firm. | .60 | 204.0 | 27661373 |
| 03/31/09 | 13429 Weiss, Elizabeth R.<br>Respond to correspondence regarding status of litigation. | .10 | 63.0 | 27656501 |
| 04/29/09 | 13325 Glennon, Mary M. | 2.60 | 637.0 | 27780451 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/15/09
02205-00018

PROFORMA NO.          775022
BATCH NO.             602438
**THROUGH DATE: 04/30/09**

**NORTEL NETWORKS LIMITED**
**MARCH 2004 ERISA ACTION**

Currency:  US DOLLARS

========================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | Filed legal files; file maintenance. | | | |
| | TOTAL HOURS: | 8.00 | | |
| | TOTAL FEES: | | 2,044.50 | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/15/09
02205-00020

PROFORMA NO.           775023
BATCH NO.              602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION

Currency:  US DOLLARS
=================================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 03/02/09 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.5 | 27539598 |
| 03/04/09 | 08288 Wiener, Ira E.<br>Called SDNY regarding reassignment of case and responded to inquiry for M. Ashley after speaking with clerks. | .40 | 136.0 | 27547830 |
| 03/05/09 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.5 | 27547286 |
| 04/07/09 | 14962 Chanda, Parthapratim<br>Review of pre-trial scheduling order (.2); review of docket for previous filings (.2); summarizing order for team (.1); multiple correspondence with M. Ashley regarding same (.4); correspondence with co-defendant's counsel regarding next steps (.2); correspondence with team regarding precedent for motion arguments (.3); review of motion precedent (.7). | 2.10 | 1,218.0 | 27679226 |
| 04/07/09 | 15492 Burke, Brian<br>Discussions with T. Gilroy regarding bankruptcy stay; telephone conversation with court clerk regarding pre-trial conference. | .40 | 210.0 | 27686934 |
| 04/07/09 | 20891 Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.5 | 27683709 |
| 04/08/09 | 14962 Chanda, Parthapratim<br>Online legal research on stay issue (1.4); reading cases regarding same (4.3); review of U.S. and Canadian bankruptcy court orders (.4); correspondence with co-defendant's counsel regarding same (.2); correspondence with M. Ashley regarding legal research findings (.4). | 6.70 | 3,886.0 | 27685550 |
| 04/09/09 | 14962 Chanda, Parthapratim | .40 | 232.0 | 27697465 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/15/09
02205-00020

PROFORMA NO.            775023
BATCH NO.               602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**

Currency:  US DOLLARS

============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | Review of correspondence with M. Ashley regarding stay issue. | | | |
| 04/09/09 15492 | Burke, Brian<br>Drafted attorney withdrawal and appearance papers for Domenikos on remand. | .90 | 472.5 | 27701362 |
| 04/10/09 14962 | Chanda, Parthapratim<br>Online legal research on stay matter (.8); reading cases regarding same (1.7); review of court filings (.3); drafting memo to M. Ashley regarding same (.5). | 3.30 | 1,914.0 | 27697469 |
| 04/10/09 15492 | Burke, Brian<br>Drafted and circulated appearance and withdrawal papers for Domenikos on remand; discussions with Managing Attorney's office regarding same; corresponded with M. Ashley regarding same. | 1.00 | 525.0 | 27701367 |
| 04/13/09 14962 | Chanda, Parthapratim<br>Correspondence with plaintiffs' counsel and M. Ashley regarding scheduling (.6); electronic research on procedural avenues for extending stay (.8); reading cases regarding same (.6); correspondence with M. Ashley regarding same (.4). | 2.40 | 1,392.0 | 27714344 |
| 04/14/09 14962 | Chanda, Parthapratim<br>Review of prior pleadings (.4); drafting summary of matter for counsel (.6); correspondence with co-defendants' counsel (.1); correspondence with company counsel and bankruptcy counsel (.3). | 1.40 | 812.0 | 27714347 |
| 04/17/09 14962 | Chanda, Parthapratim<br>Correspondence with M. Ashley and co-defendants' counsel regarding stay. | .30 | 174.0 | 27725600 |
| 04/20/09 14962 | Chanda, Parthapratim<br>Correspondence and call with co-defendants' counsel regarding stay (.4); correspondence with M. Ashley regarding same (.4); conference call with company and co-counsel regarding same (.5); follow-up correspondence with M. Ashley following call (.3); drafting letter to Court | 6.40 | 3,712.0 | 27725601 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/15/09                          PROFORMA NO.        775023
02205-00020                                          BATCH NO.           602438
                                                     THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION

          Currency:  US DOLLARS
=================================================================================
Date      Timekeeper                                    Hours    Amount   Index #

                (2.2); review of bankruptcy filings in
                preparation of letter (1.0); review of district
                court filings and procedural history for same
                (.8); review of notice of appearance and
                withdrawal filings (.6); correspondence with
                team regarding same (.2).

04/21/09 14962 Chanda, Parthapratim                     2.60   1,508.0 27733619
                Correspondence with M. Ashley regarding
                revisions to draft letter to Judge Kaplan (.6);
                revising draft letter to Judge Kaplan (1.3);
                correspondence with co-counsel regarding
                revisions (.3); correspondence with S. Baskin
                regarding letter (.1); preparation of exhibits
                (.3).

04/22/09 14962 Chanda, Parthapratim                     2.90   1,682.0 27733623
                Revisions to letter to Judge Kaplan (1.2);
                correspondence with co-counsel regarding same
                (.5); correspondence with co-defendants'
                counsel regarding same (.4); preparing filing
                (.6); correspondence with plaintiffs' counsel
                regarding final letter (.2).

04/27/09 14962 Chanda, Parthapratim                      .80     464.0 27751410
                Review of plaintiffs' correspondence (.2);
                correspondence with M. Ashley regarding same
                (.4); correspondence with J. Dearing and
                bankruptcy counsel regarding same (.2).

04/28/09 14962 Chanda, Parthapratim                     1.80   1,044.0 27781483
                Correspondence with M. Ashley and B. Burke
                regarding letter to Judge Kaplan (1.1);
                correspondence with co-counsel regarding same
                (.7).

04/28/09 15492 Burke, Brian                              .90     472.5 27762470
                Revised letter to J. Kaplan regarding
                bankruptcy stay; emails with M. Ashley and P.
                Chanda regarding same; circulated letter for
                comment and made revisions.

04/29/09 13325 Glennon, Mary M.                         2.90     710.5 27780448
                Assisted B. Burke in filings for Judge Kaplan;
                coordinated same with MA's office; PDFed same;
                updated legal and correspondence files;

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/15/09
02205-00020

PROFORMA NO.         775023
BATCH NO.            602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION

Currency:  US DOLLARS

==============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| | reviewed e-filings. | | | |
| 04/29/09 14962 | Chanda, Parthapratim<br>Multiple correspondence with B. Burke, M. Ashley and co-defendants' counsel regarding letter to Judge Kaplan regarding conference (.6). | .60 | 348.0 | 27781486 |
| 04/29/09 15492 | Burke, Brian<br>Revised and circulated letter to Judge Kaplan; arranged for submission of letter and exhibit; emails with M. Ashley and P. Chanda regarding same. | .40 | 210.0 | 27762473 |
| 04/29/09 20807 | Jankay, Bryan<br>Delivered letter to Judge Kaplan at the Southern District for M. Glennon in reference to Nortel Networks. | .80 | 148.0 | 27775719 |
| 04/30/09 07004 | Flores, Alfredo<br>Conferred with legal assistant; electronically filed notices of appearances and motion to withdraw; and made arrangements for delivery of courtesy copies to judge. | .50 | 92.5 | 27775059 |
| 04/30/09 07453 | Feliciano, Luis<br>Delivered Letter to Judge Kaplan at SDNY for N. Isa. | 1.50 | 277.5 | 27779957 |
| 04/30/09 08288 | Wiener, Ira E.<br>Teleconference with P. Chanda regarding conference scheduled for Friday at 10 a.m. and letters written to Court; reviewed provisions of FRCP dealing with Amendment to Pleadings and raising defense to new claims in an amended complaint; discussed issues with P. Chanda. | .50 | 170.0 | 27778421 |
| 04/30/09 14962 | Chanda, Parthapratim<br>Multiple correspondence with managing attorneys office and M. Ashley regarding strategy for pre-trial conference scheduling (1.3); correspondence with company and bankruptcy counsel regarding same (.1); correspondence with Deputy Clerk regarding same (.1); multiple correspondence with co-defendants' counsel regarding same (.7); drafting letter to Judge | 8.70 | 5,046.0 | 27781487 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/15/09
02205-00020

PROFORMA NO.                775023
BATCH NO.                   602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**

Currency:  US DOLLARS

=================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|

regarding meeting (.5); online research on
Judge's individual practices (.2); online legal
research on amendments to motion to dismiss
(1.2); reading and analysis of cases regarding
same (2.3); drafting memoranda to M. Ashley
regarding same (.9); collecting correspondence
and case filings in preparation for pre-trial
conference (1.4).

04/30/09 21938 Isa, Nafisa                          .70    129.5 27781259
          Prepared motion for withdrawal and notices of
          appearance for filing as per B. Burke;
          corresponded with Managing Attorneys office to
          coordinate filing order and procedure.

                    TOTAL HOURS:              52.20
                    TOTAL FEES:                      27,152.50

Page (7) 7

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09            PROFORMA NO.      775024
02205-00021                               BATCH NO.       602438
                                         THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

Currency:  US DOLLARS

==================================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 01/14/09 | 10640 Tucker, James H. | .60 | 120.0 | 27353616 |
| | Regulatory - Attempted to locate 10/15/07 Consent Agreement between Nortel and SEC, located and sent copy of Final Judgment in action, to T. Gilroy. | | | |
| 01/14/09 | 13325 Glennon, Mary M. | 2.60 | 637.0 | 27356642 |
| | Regulatory - Reviewed boxes for productions requested by V. Martinez; responded to requests from T. Gilroy; office conferences with N. Isa regarding productions. | | | |
| 01/14/09 | 13429 Weiss, Elizabeth R. | 3.20 | 2,016.0 | 27353473 |
| | Regulatory - Edit language for correspondence with Wilmer relating to recent SEC inquires pertaining to document disclosures to Dunn et al; prepare summaries of current work on Nortel matters. | | | |
| 01/14/09 | 16476 Gilroy, Terence P. | 2.70 | 1,417.5 | 27355842 |
| | Regulatory - Telephone call with E. Weiss regarding response to SEC inquiry; corresponded with legal assistants regarding review of materials in response to inquiry from the SEC; corresponded with D. Molot of Wilmer Hale regarding SEC inquiries. | | | |
| 01/14/09 | 21938 Isa, Nafisa | 3.80 | 703.0 | 27353731 |
| | Regulatory - Located Cleary Gottlieb production documents in response to request by V. Martinez; organized and prepared documents for review as per T. Gilroy; organized Nortel Complete Hot Documents Set. | | | |
| 01/15/09 | 13429 Weiss, Elizabeth R. | .70 | 441.0 | 27357086 |
| | Regulatory - Correspondence with T. Park regarding current projects; discuss follow up on SEC inquiries with T. Gilroy; review correspondence from Wilmer Hale. | | | |
| 01/15/09 | 14623 Ashley, Marc D. | .80 | 596.0 | 27359300 |
| | Regulatory - Communications and reviewed | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09          PROFORMA NO.          775024
02205-00021                           BATCH NO.             602438
                                      THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency: **US DOLLARS**

=================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | materials regarding SEC inquiries. | | | |
| 01/15/09 | 16476 Gilroy, Terence P. | .70 | 367.5 | 27363386 |
| | Regulatory - Corresponded with caseteam regarding outstanding issues relating to Nortel representation. | | | |
| 01/16/09 | 14623 Ashley, Marc D. | 1.30 | 968.5 | 27380122 |
| | Regulatory - Communications and reviewed materials regarding SEC inquiries. | | | |
| 01/16/09 | 16476 Gilroy, Terence P. | 3.10 | 1,627.5 | 27363390 |
| | Regulatory - Drafted letters to J. Dearing regarding outstanding issues relating to representation; reviewed documents relating to same; telephone call with L. Barr regarding billing and other issues; drafted letter to L. Barr regarding same. | | | |
| 01/19/09 | 14623 Ashley, Marc D. | .80 | 596.0 | 27380125 |
| | Regulatory - Communications and reviewed materials regarding SEC inquiries. | | | |
| 01/20/09 | 16476 Gilroy, Terence P. | 1.40 | 735.0 | 27382700 |
| | Regulatory - Edited letter to J. Dearing regarding status of outstanding projects; edited letter to L. Barr regarding vendor payment arrangement with Nortel. | | | |
| 01/26/09 | 14623 Ashley, Marc D. | .60 | 447.0 | 27424538 |
| | Regulatory - Communications and reviewed materials regarding SEC inquiries. | | | |
| 01/27/09 | 14623 Ashley, Marc D. | 1.30 | 968.5 | 27424543 |
| | Regulatory - Communications and reviewed materials regarding bankruptcy proceedings. | | | |
| 01/27/09 | 16476 Gilroy, Terence P. | 3.70 | 1,942.5 | 27407625 |
| | Regulatory - Drafted application to Bankruptcy Court for appointment as non-ordinary course professional; corresponded with various team members to gather information required for application; reviewed case files for information relating to application. | | | |
| 01/28/09 | 14623 Ashley, Marc D. | 1.50 | 1,117.5 | 27441502 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.        775024
BATCH NO.          602438
**THROUGH DATE: 04/30/09**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

======================================================================

| Date | Timekeeper | | Hours | Amount | Index # |
|------|-----------|---|-------|--------|---------|
| | | Regulatory - Communications and reviewed materials regarding bankruptcy issues. | | | |
| 01/28/09 | 16476 | Gilroy, Terence P. | 4.20 | 2,205.0 | 27409939 |
| | | Regulatory - Reviewed conflict reports for inclusion of conflicts information in section 327(e) application; corresponded with caseteam regarding section 327(e) application; edited section 327(e) application; reviewed audit summaries and conducted background research relating to same. | | | |
| 01/29/09 | 14623 | Ashley, Marc D. | 1.30 | 968.5 | 27429174 |
| | | Regulatory - Reviewed materials and communications with T. Gilroy regarding bankruptcy application. | | | |
| 01/29/09 | 16476 | Gilroy, Terence P. | 5.60 | 2,940.0 | 27431327 |
| | | Regulatory - Drafted Section 327(e) application for submission in Nortel bankruptcy proceedings; telephone calls with Nortel's DE bankruptcy counsel regarding same; reviewed various documents relating to required disclosures in Section 327(3) application; corresponded with case team regarding various issues relating to Section 327(e) application. | | | |
| 01/30/09 | 14623 | Ashley, Marc D. | 2.30 | 1,713.5 | 27429178 |
| | | Regulatory - Call with T. Park and SEC regarding status of inquiries; reviewed related materials; reviewed materials and communications regarding bankruptcy proceedings. | | | |
| 01/30/09 | 16476 | Gilroy, Terence P. | 4.20 | 2,205.0 | 27431332 |
| | | Regulatory - Reviewed conflict reports; meeting with legal assistants to discuss conflict reports review; meeting with T. Park regarding Section 327(e) application; edited Section 327(e) application; telephone call with DE bankruptcy to discuss Section 327(e) application; reviewed documents relating to same. | | | |
| 01/31/09 | 16476 | Gilroy, Terence P. | 3.60 | 1,890.0 | 27431336 |
| | | Regulatory - Edited Section 327(e) application; conducted conflicts review. | | | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.              775024
BATCH NO.                 602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

### Currency:  US DOLLARS

=================================================================================

| Date | Timekeeper | | Hours | Amount | Index # |
|------|-----------|---|-------|--------|---------|

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 02/02/09 14623 | Ashley, Marc D.<br>Regulatory - Reviewed materials and communications regarding bankruptcy filing. | 1.30 | 968.5 | 27443212 |
| 02/02/09 16476 | Gilroy, Terence P.<br>Regulatory - Meeting with T. Park regarding conflict representations in Section 327(e) application; telephone call with DE bankruptcy counsel regarding edits to Section 327(e) application; telephone call with J. Dearing regarding same; reviewed Suggestion of Bankruptcy filing for use in Domenikos action. | 4.00 | 2,100.0 | 27431341 |
| 02/03/09 16476 | Gilroy, Terence P.<br>Corresponded with E. Yamasaki regarding financial information contained in Section 327(3) application; reviewed correspondence regarding Domenikos matter. | .40 | 210.0 | 27437642 |
| 02/05/09 16476 | Gilroy, Terence P.<br>Regulatory - Reviewed correspondence regarding SEC inquiries. | .30 | 157.5 | 27448262 |
| 02/06/09 11893 | Park, Tai H.<br>FOR PROFESSIONAL SERVICES RENDERED AND POSTED with representing Nortel Networks Corporation. | .00 | .0 | 27441503 |
| 02/09/09 16476 | Gilroy, Terence P.<br>Telephone call with T. Park regarding amendment to section 327(e) application; edited Section 327(e) application. | 1.80 | 945.0 | 27456419 |
| 02/11/09 14623 | Ashley, Marc D.<br>Communications regarding bankruptcy proceedings and status of matters. | .80 | 596.0 | 27467561 |
| 02/11/09 16476 | Gilroy, Terence P.<br>Corresponded with M. Ashley regarding appearance at bankruptcy hearing relating to appointment of Shearman & Sterling as special litigation counsel to Nortel; corresponded with T. Driscoll regarding same; prepared amended schedules to T. Park declaration in support of application and submitted to Nortel's bankruptcy counsel in Delaware. | 1.70 | 892.5 | 27471790 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.          775024
BATCH NO.             602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

===================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 02/12/09 | 16476 Gilroy, Terence P. | 2.30 | 1,207.5 | 27471795 |
| | Regulatory - Reviewed Nortel transfer memorandum; reviewed various correspondence relating to SEC disclosure inquiry in preparation for further response to SEC; reviewed log of documents produced to SEC for verification of items produced to the SEC. | | | |
| 02/13/09 | 16476 Gilroy, Terence P. | 3.10 | 1,627.5 | 27471799 |
| | Regulatory - Reviewed documents relating to historical record of document production to SEC; compared ERISA privilege log with log of documents produced to SEC; telephone call with E. Yamasaki regarding billing issues; reviewed spreadsheet of Nortel bill's in relation to bankruptcy papers | | | |
| 02/17/09 | 14623 Ashley, Marc D. | 1.20 | 894.0 | 27491297 |
| | Regulatory - Communications and reviewed materials related to bankruptcy proceedings. | | | |
| 02/17/09 | 16476 Gilroy, Terence P. | .80 | 420.0 | 27478986 |
| | Corresponded with T. Driscoll regarding application for appointment as special litigation counsel; corresponded with T. Park regarding same. | | | |
| 02/18/09 | 14623 Ashley, Marc D. | 1.40 | 1,043.0 | 27491301 |
| | Regulatory - Call with V. Martinez (SEC) regarding pending document requests; communications and reviewed materials regarding bankruptcy proceedings. | | | |
| 02/18/09 | 16476 Gilroy, Terence P. | 3.30 | 1,732.5 | 27494169 |
| | Corresponded with Bankruptcy group regarding update to appointment application; reviewed documents in advance of call with SEC; provided feedback to M. Ashley regarding same; corresponded with N. Salvatore regarding appointment application. | | | |
| 02/19/09 | 14623 Ashley, Marc D. | .80 | 596.0 | 27491305 |
| | Regulatory - Communications and reviewed materials regarding SEC's pending requests. | | | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.            775024
BATCH NO.               602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

Currency:  US DOLLARS

==================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 02/20/09 13325 | Glennon, Mary M.<br>Regulatory - Retrieved documents regarding Dunn case per M. Ashley's request; reviewed, printed, filed e-mail and attachments from B. Burke; updated Legal file | 3.90 | 955.5 | 27503771 |
| 02/20/09 14623 | Ashley, Marc D.<br>Regulatory - Meeting with T. Gilroy regarding SEC's requests relating to Dunn action; call with SEC regarding requests; reviewed related materials. | 1.80 | 1,341.0 | 27499290 |
| 02/20/09 15492 | Burke, Brian<br>Regulatory - Discussions with M. Ashley regarding confidentiality agreements in securities cases; reviewed files and correspondence regarding prior confidentiality issues and rulings in SEC action against Dunn and others in the SDNY. | .60 | 315.0 | 27495880 |
| 02/20/09 16476 | Gilroy, Terence P.<br>Regulatory - Call with M. Ashley and SEC personnel regarding disclosures in F. Dunn litigation; prepared correspondence to SEC regarding same. | 2.00 | 1,050.0 | 27494175 |
| 02/23/09 14623 | Ashley, Marc D.<br>Regulatory -- Reviewed materials and communications regarding SEC's pending requests. | 1.40 | 1,043.0 | 27537649 |
| 02/24/09 13325 | Glennon, Mary M.<br>Updated and edited SEC production index; reviewed correspondence regarding same; drafted e-mail to T. Gilroy regarding same; filed correspondence and production. | 2.60 | 637.0 | 27514664 |
| 02/24/09 20891 | Sheopaul, Ruth<br>Reviewed papers and made docket and calendar entries in Law Manager. | .90 | 166.5 | 27509227 |
| 02/25/09 07453 | Feliciano, Luis<br>Delivered letter to Judge Preska at SDNY regarding U.S. Sec. v. Frank A Dunn for S. Baskin. | 1.00 | 185.0 | 27516052 |
| 02/25/09 13325 | Glennon, Mary M. | 1.20 | 294.0 | 27514668 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.            775024
BATCH NO.               602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

          Currency:  US DOLLARS

================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | Filed letter to Judge Preska for Dunn matter; office conference with B. Burke; MA's office regarding same; PDFed letter. | | | |
| 02/25/09 14623 Ashley, Marc D. | Regulatory - Communications and reviewed materials regarding SEC's pending requests. | .80 | 596.0 | 27537659 |
| 02/26/09 16476 Gilroy, Terence P. | Drafted Suggestion of Bankruptcy for filing in Domenikos action; reviewed various files in conjunction with requests from the SEC; corresponded with T. Driscoll regarding various issues relating to bankruptcy proceedings. | 2.20 | 1,155.0 | 27540483 |
| 02/27/09 16476 Gilroy, Terence P. | Edited Suggestion of Bankruptcy; telephone call with K. McDonald regarding same; filed Suggestion of Bankruptcy. | .40 | 210.0 | 27540487 |
| 02/27/09 20883 McBride, Tyrone | E-Filed for Terence Gilroy at USDC/SDNY and sent pdf Confirmations to attorneys regarding Suggestion of Bankruptcy with annexed Exhibit A. | .50 | 92.5 | 27532491 |
| 02/27/09 20891 Sheopaul, Ruth | Reviewed papers and made docket and calendar entries in Law Manager. | .40 | 74.0 | 27539593 |
| 02/27/09 20984 McDonald, Kelly | Review Suggestion for Bankruptcy, per M. Torkin; telephone call with M. Torkin regarding the same; correspondence to S. Baskin and M. Ashley regarding the same. | .80 | 420.0 | 27537068 |
| 03/02/09 13429 Weiss, Elizabeth R. | Review correspondence. | .50 | 315.0 | 27542092 |
| 03/03/09 13429 Weiss, Elizabeth R. | Review correspondence from the SEC regarding productions to F. Dunn. | .30 | 189.0 | 27542099 |
| 03/03/09 14623 Ashley, Marc D. | Regulatory - Communications and reviewed materials regarding pending SEC requests. | 1.40 | 1,043.0 | 27544587 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.         775024
BATCH NO.            602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

=================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 03/03/09 16476 | Gilroy, Terence P. | 3.50 | 1,837.5 | 27540506 |
| | Reviewed documents in response to request from SEC; prepared correspondence to caseteam regarding same. | | | |
| 03/04/09 13325 | Glennon, Mary M. | 2.30 | 563.5 | 27543710 |
| | Retrieved documents for T. Gilroy at SEC's request; PDFed same; office conference with T. Gilroy. | | | |
| 03/04/09 13429 | Weiss, Elizabeth R. | 1.90 | 1,197.0 | 27542104 |
| | Review order from bankruptcy court regarding Shearman's authorization; review correspondence regarding outstanding SEC issues upon my return to the office; meeting with T. Gilroy regarding SEC planned productions to Dunn's counsel; review and comment on memorandum from T. Park regarding status of Nortel matters. | | | |
| 03/04/09 14623 | Ashley, Marc D. | .80 | 596.0 | 27544591 |
| | Regulatory - Communications and reviewed materials regarding pending SEC requests relating to discovery in Dunn action. | | | |
| 03/04/09 16476 | Gilroy, Terence P. | 2.90 | 1,522.5 | 27541986 |
| | Meeting with E. Weiss regarding SEC inquiry relating to civil litigation disclosures; reviewed documents relating to same. | | | |
| 03/05/09 05842 | Molinelli, Maria | .50 | 92.5 | 27548083 |
| | Discussed and arranged to obtain Dunn transcript for T. Gilroy. | | | |
| 03/05/09 07453 | Feliciano, Luis | 1.50 | 277.5 | 27554100 |
| | Obtained copy of transcript regarding US SEC v. Dunn for T. Gilroy. | | | |
| 03/05/09 13325 | Glennon, Mary M. | 2.50 | 612.5 | 27548939 |
| | Retrieved documents for T. Gilroy; updated document files; copied, PDFed documents. | | | |
| 03/05/09 13429 | Weiss, Elizabeth R. | .30 | 189.0 | 27545675 |
| | Regulatory - Discuss SEC production issues with M. Ashley. | | | |
| 03/05/09 14623 | Ashley, Marc D. | 1.20 | 894.0 | 27544596 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.          775024
BATCH NO.             602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

==================================================================================
| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | Regulatory - Communications and reviewed materials regarding SEC discovery in Dunn action. | | | |
| 03/05/09 16476 | Gilroy, Terence P. | 3.30 | 1,732.5 | 27549288 |
| | Reviewed documents in response to inquiry from SEC; telephone call with Kroll personnel regarding document database; meeting with E. Weiss regarding SEC inquiry. | | | |
| 03/06/09 13325 | Glennon, Mary M. | 2.70 | 661.5 | 27565538 |
| | Retrieved protective rules for all cases per T. Gilroy's request from SEC regarding disclosure in the SEC's civil litigation; copied, :PDFed, re-filed same; reviewed and responded to e-mails regarding same. | | | |
| 03/06/09 13429 | Weiss, Elizabeth R. | .40 | 252.0 | 27553679 |
| | Regulatory - Correspondence with T. Gilroy and M. Ashley regarding upcoming meeting with S. Baskin and SEC production issues. | | | |
| 03/06/09 14623 | Ashley, Marc D. | 1.20 | 894.0 | 27572124 |
| | Regulatory - Communications and reviewed materials regarding SEC's requests relating to Dunn action. | | | |
| 03/06/09 16476 | Gilroy, Terence P. | 3.40 | 1,785.0 | 27550395 |
| | Reviewed documents in response to SEC inquiry; corresponded with D. Molot regarding response to SEC inquiry; meeting with E. Weiss regarding various production issues; reviewed correspondence from E. Weiss regarding same. | | | |
| 03/09/09 13325 | Glennon, Mary M. | 1.80 | 441.0 | 27565541 |
| | Reviewed and collected ERISA privilege logs per T. Gilroy's request; reviewed and responded to e-mails; retrieved documents for E. Weiss; telephone call with T. Gilroy; re-filed documents. | | | |
| 03/09/09 13429 | Weiss, Elizabeth R. | 4.90 | 3,087.0 | 27565188 |
| | Regulatory - Analyze and draft summary of issues relating to SEC productions to Dunn's counsel; meeting with T. Gilroy regarding same; review and respond to request from S. Fenton | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.          775024
BATCH NO.             602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

Currency:  US DOLLARS

====================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | regarding privilege search terms. | | | |
| 03/09/09 | 14623 Ashley, Marc D.<br>Regulatory - Communications and reviewed materials regarding SEC's requests relating to materials produced in Dunn action. | 1.00 | 745.0 | 27572128 |
| 03/09/09 | 16476 Gilroy, Terence P.<br>Meeting with E. Weiss regarding confidentiality issues relating to SEC civil litigation; reviewed correspondence regarding same; reviewed confidentiality agreements in Nortel I, Nortel II, and ERISA to determine Dunn's rights with respect to documents produced in those litigations; drafted correspondence regarding same; reviewed ERISA privilege log to locate certain documents referenced in SEC inquiry regarding production in civil litigation. | 4.60 | 2,415.0 | 27568040 |
| 03/10/09 | 13429 Weiss, Elizabeth R.<br>Correspondence regarding meeting with S. Baskin regarding SEC productions; correspondence with Wilmer Cutler regarding SEC productions; discussions regarding same with T. Gilroy. | .50 | 315.0 | 27565192 |
| 03/10/09 | 14623 Ashley, Marc D.<br>Regulatory - Communications and reviewed materials regarding SEC's requests regarding to materials produced in Dunn action. | 1.40 | 1,043.0 | 27572132 |
| 03/10/09 | 16476 Gilroy, Terence P.<br>Corresponded with caseteam regarding various issues relating to SEC inquiry relating to disclosure in civil litigation. | .80 | 420.0 | 27568047 |
| 03/11/09 | 13325 Glennon, Mary M.<br>Reviewed and responded to e-mails from T. Gilroy regarding updating SEC Privilege Log; reviewed log. | .70 | 171.5 | 27576049 |
| 03/11/09 | 13429 Weiss, Elizabeth R.<br>Meeting with M. Ashley and T. Gilroy regarding response to SEC letter inquiry; meeting with S. Baskin regarding same; review production log to confirm attorney work product is protected. | 1.20 | 756.0 | 27570210 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.          775024
BATCH NO.            602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 03/11/09 | 14623 Ashley, Marc D. | 2.60 | 1,937.0 | 27572136 |

Regulatory - Meetings with S. Baskin, E. Weiss
and T. Gilroy regarding SEC's requests relating
to materials produced in Dunn action; reviewed
related materials.

| 03/11/09 | 16476 Gilroy, Terence P. | 2.40 | 1,260.0 | 27568055 |

Meeting with S. Baskin, M. Ashley, and E. Weiss
regarding various issues; corresponded with
legal assistants regarding various projects;
reviewed production log for verification of
documents produced to F. Dunn.

| 03/12/09 | 13325 Glennon, Mary M. | 3.50 | 857.5 | 27576050 |

Office conference with T. Gilroy regarding
updating SEC Production Log regarding ERISA and
Dunn productions; reviewed DM for Dunn letters;
reviewed production log and files regarding
production letters; retrieved documents for
team; reviewed of files and indices regarding
Mary Cross material.

| 03/12/09 | 13429 Weiss, Elizabeth R. | 2.70 | 1,701.0 | 27582843 |

Regulatory - Telephone call from the SEC
regarding productions to Dunn and
confidentiality; correspondence regarding same;
with T. Gilroy regarding next steps for
responding to the SEC.

| 03/12/09 | 14623 Ashley, Marc D. | 1.20 | 894.0 | 27593231 |

Regulatory - Communications and reviewed
materials regarding SEC's requests relating to
production of documents in Dunn action.

| 03/12/09 | 16476 Gilroy, Terence P. | 3.50 | 1,837.5 | 27574302 |

Meeting with E. Weiss to discuss issues
relating to response to SEC inquiry; conference
call with E. Weiss, D. Molot, and G. Ennis
regarding same; meeting with M. Glennon
regarding production history; reviewed
production logs for identification of potential
work product.

| 03/12/09 | 21938 Isa, Nafisa | 3.20 | 592.0 | 27589309 |

Prepared and organized produced documents for

# SHEARMAN & STERLING LLP

| | |
|---|---|
| PROFORMA GENERATED: 05/20/09 | PROFORMA NO.          775024 |
| 02205-00021 | BATCH NO.            602438 |
| | THROUGH DATE: 04/30/09 |

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

### Currency:  US DOLLARS

================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| | SEC request as per T. Gilroy; corresponded with P. Gill regarding case room assignment and document organization. | | | |
| 03/13/09 13325 | Glennon, Mary M. Reviewed files for production letters; reviewed work files regarding ERISA and Dunn productions per T. Gilroy request regarding SEC disclosure issues. | 3.30 | 808.5 | 27588159 |
| 03/13/09 13429 | Weiss, Elizabeth R. Regulatory - Review production log excerpts to identify materials protected by McKesson Agreements; telephone call with the SEC regarding their inquiry letter; draft response letter; correspondence with T. Gilroy and M. Ashley regarding same and instructions. | 2.10 | 1,323.0 | 27582845 |
| 03/13/09 14623 | Ashley, Marc D. Regulatory - Communications and reviewed materials regarding SEC's requests relating to document production in Dunn action. | .80 | 596.0 | 27593235 |
| 03/13/09 16476 | Gilroy, Terence P. Corresponded with E. Weiss regarding various issues relating to SEC disclosure inquiry; reviewed various productions; meetings with legal assistants to discuss strategy for SEC response. | 3.40 | 1,785.0 | 27581527 |
| 03/13/09 21938 | Isa, Nafisa Prepared and organized produced documents for SEC request as per T. Gilroy; corresponded with P. Gill regarding case room assignment and document organization; met with T. Gilroy regarding project deadline and document organization. | 8.30 | 1,535.5 | 27589311 |
| 03/14/09 13325 | Glennon, Mary M. Reviewed work product; productions; production letters and e-mails regarding Dunn and ERISA productions; reviewed and updated SEC production log regarding same per T. Gilroy's request regarding SEC disclosure issues. | 6.70 | 1,641.5 | 27588161 |
| 03/14/09 21938 | Isa, Nafisa | 4.50 | 832.5 | 27589314 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.           775024
BATCH NO.              602438
THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

     Currency:  US DOLLARS

================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | Prepared and organized produced documents for SEC request as per T. Gilroy; corresponded with P. Gill regarding case room assignment and document organization; corresponded with T. Gilroy regarding project deadline and document organization. | | | |
| 03/16/09 13325 | Glennon, Mary M. | 4.30 | 1,053.5 | 27588163 |
| | Reviewed work product; productions; production letters and e-mailed regarding Dunn and ERISA productions; reviewed and updated SEC production log regarding same per T. Gilroy's request regarding SEC disclosure issues; office conference with T. Gilroy regarding same. | | | |
| 03/16/09 13429 | Weiss, Elizabeth R. | 2.50 | 1,575.0 | 27586067 |
| | Regulatory - Review productions to analyze work product; review log and correspondence to verify records are accurate; instruct T. Gilroy regarding same. | | | |
| 03/16/09 14623 | Ashley, Marc D. | .80 | 596.0 | 27593238 |
| | Regulatory - Communications regarding SEC's document production in Dunn action. | | | |
| 03/16/09 16476 | Gilroy, Terence P. | 1.80 | 945.0 | 27592061 |
| | Corresponded with caseteam regarding SEC disclosure inquiry; reviewed productions relating to SEC disclosure inquiry; meeting with E. Weiss regarding same. | | | |
| 03/17/09 13325 | Glennon, Mary M. | 4.60 | 1,127.0 | 27612115 |
| | Reviewed productions, updated production log; retrieved documents for team per T. Gilroy and E. Weiss' requests for SEC disclosure issues. | | | |
| 03/17/09 13429 | Weiss, Elizabeth R. | 4.10 | 2,583.0 | 27592240 |
| | Regulatory - Review selected productions for strength of work product assertion; correspondence with Wilmer Cutler and Ogilvy Renault regarding same; prepare analysis for S. Baskin; review today's correspondence from the SEC. | | | |
| 03/17/09 14623 | Ashley, Marc D. | 1.80 | 1,341.0 | 27593242 |
| | Regulatory - Communications and reviewed | | | |

# SHEARMAN & STERLING LLP

Page (20) 20

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.          775024
BATCH NO.             602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

          **Currency:  US DOLLARS**

===================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | materials regarding SEC's document production in Dunn action. | | | |
| 03/17/09 16476 | Gilroy, Terence P.<br>Reviewed productions to SEC in furtherance of response to SEC inquiry; meeting with M. Glennon regarding same; meetings with E. Weiss and N. Isa regarding same. | 5.70 | 2,992.5 | 27592066 |
| 03/17/09 21938 | Isa, Nafisa<br>Prepared and organized produced documents for review by caseteam in furtherance of response to SEC inquiry regarding F. Dunn disclosure as per T. Gilroy and E. Weiss; reviewed correspondence files for pertinent documents; updated production log. | 8.00 | 1,480.0 | 27594072 |
| 03/18/09 13325 | Glennon, Mary M.<br>Reviewed productions, updated production log; retrieved documents for team per T. Gilroy and E. Weiss' request for SEC disclosure issues. | 3.90 | 955.5 | 27612121 |
| 03/18/09 13429 | Weiss, Elizabeth R.<br>Regulatory - Preparation of correspondence and index for SEC of work product assertions; review same; discussion regarding same with S. Baskin and M. Ashley; correspondence with Ogilvy Renault regarding their productions; instruct team. | 5.50 | 3,465.0 | 27598283 |
| 03/18/09 14623 | Ashley, Marc D.<br>Regulatory - Meetings with S. Baskin and E. Weiss regarding SEC's requests relating to document production in Dunn action; reviewed related materials. | 2.20 | 1,639.0 | 27603316 |
| 03/18/09 16476 | Gilroy, Terence P.<br>Meetings with E. Weiss regarding various issues relating to SEC disclosure in civil litigation; telephone call with D. Molot regarding same; telephone call with J. Dearing regarding same; reviewed productions; edited correspondence with SEC; corresponded with J. Teskey from Ogilvy on various issues. | 5.60 | 2,940.0 | 27601150 |
| 03/18/09 21938 | Isa, Nafisa | 8.70 | 1,609.5 | 27600336 |

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/20/09                    PROFORMA NO.          775024
02205-00021                                     BATCH NO.             602438
                                                THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
==============================================================================
Date     Timekeeper                                  Hours     Amount   Index #
              Prepared and organized produced documents for
              review by caseteam in furtherance of response
              to SEC inquiry regarding F. Dunn disclosure as
              per T. Gilroy and E. Weiss; reviewed
              correspondence files for pertinent documents;
              updated production log; met with T. Gilroy and
              E. Weiss regarding document organization.

03/18/09 21954 Bartholomew, G William                  .80      148.0 27606588
              Assisted M. Glennon in retrieving cover letters
              from correspondence file regarding productions
              to Dunn per T. Gilroy's request in regard to
              SEC disclosures.

03/19/09 13325 Glennon, Mary M.                        5.30    1,298.5 27612123
              Reviewed productions, updated production log;
              retrieved documents for team per T. Gilroy and
              E. Weiss' request for SEC disclosure issues;
              Fed-Exed and file correspondence to SEC; filed
              correspondence.

03/19/09 13429 Weiss, Elizabeth R.                     4.70    2,961.0 27612662
              Regulatory - Preparation of chart and
              correspondence with SEC regarding assertion of
              work product; correspondence with J. Teskey, M.
              Ashley and the SEC regarding same; respond to
              SEC inquiries; telephone call with D. Molot
              regarding Wilmer Hale work product.

03/19/09 14623 Ashley, Marc D.                         1.60    1,192.0 27603320
              Regulatory - Communications and reviewed
              materials regarding SEC's requests relating to
              document production in Dunn action.

03/19/09 16476 Gilroy, Terence P.                      9.10    4,777.5 27601154
              Various telephone calls and meetings with E.
              Weiss regarding a variety of issues relating to
              SEC disclosure inquiry; reviewed productions in
              response to J. Teskey inquiry regarding certain
              production cover letters; meeting with M.
              Glennon to discuss status of production log
              update; reviewed various productions in
              response to follow-up inquiries from S. Romajas
              concerning disclosure; meeting with N. Isa
              regarding status of certain productions
              relevant to SEC inquiry.
```

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09                    PROFORMA NO.           775024
02205-00021                                    BATCH NO.              602438
                                               THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

            **Currency: US DOLLARS**
==================================================================================
Date      Timekeeper                                    Hours     Amount   Index #
==================================================================================

03/19/09 21938 Isa, Nafisa                               7.50    1,387.5 27607508
               Prepared and organized produced documents for
               review by caseteam in furtherance of response
               to SEC inquiry regarding F. Dunn disclosure as
               per T. Gilroy and E. Weiss; reviewed
               correspondence files for pertinent documents;
               updated production log; met with T. Gilroy and
               E. Weiss regarding document organization and
               document identification.

03/20/09 06262 Baskin, Stuart                             .00        .0 27601198
               FOR PROFESSIONAL SERVICES RENDERED AND POSTED
               with representing Nortel Networks Corporation.

03/20/09 13325 Glennon, Mary M.                          4.80    1,176.0 27612915
               Reviewed productions, updated production log;
               retrieved documents for team per T. Gilroy and
               E. Weiss' request for SEC disclosure issues.

03/20/09 13429 Weiss, Elizabeth R.                       2.70    1,701.0 27612666
               Regulatory - Preparation of updated index of
               work product materials for the SEC; telephone
               call with Wilmer Cutler; instruct team;
               correspondence with J. Dearing regarding audit
               committee confirmation; telephone call from S.
               Baskin.

03/20/09 14623 Ashley, Marc D.                           1.30      968.5 27634002
               Regulatory - Reviewed materials and
               communications regarding SEC's requests
               relating to document production in Dunn action.

03/20/09 16476 Gilroy, Terence P.                        8.20    4,305.0 27609960
               Telephone calls with Wilmer Hale regarding
               various issues relating to SEC disclosures in
               F. Dunn litigation; telephone calls and
               meetings with E. Weiss regarding same; reviewed
               all Ogilvy cover letters produced by Shearman &
               Sterling to SEC for privilege determination;
               meeting with N. Isa regarding same; reviewed
               various document productions in response to SEC
               inquiry.

03/20/09 21938 Isa, Nafisa                               7.70    1,424.5 27612161
               Prepared and organized produced documents for

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.         775024
BATCH NO.            602438
**THROUGH DATE: 04/30/09**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | review by caseteam in furtherance of response to SEC inquiry regarding F. Dunn disclosure as per T. Gilroy and E. Weiss; reviewed correspondence files for pertinent documents; updated production log; met with T. Gilroy regarding document collection and organization. | | | |
| 03/22/09 13429 Weiss, Elizabeth R. | Regulatory - Correspondence with J. Dearing and co-counsel regarding SEC inquiry and scheduling a conference call; correspondence with S. Baskin summarizing recent discussions with J. Dearing and strategy to be adopted with the SEC. | .30 | 189.0 | 27612668 |
| 03/23/09 13429 Weiss, Elizabeth R. | Review SEC correspondence; telephone calls with Wilmer Cutler regarding same; telephone calls to the SEC responding to their letter inquiry; review search criteria and correspondence with S. Fenton; conference call with client and co-counsel; draft summary regarding same. | 3.70 | 2,331.0 | 27623316 |
| 03/23/09 14623 Ashley, Marc D. | Regulatory - Communications and reviewed materials regarding work product materials. | 1.20 | 894.0 | 27634005 |
| 03/23/09 16476 Gilroy, Terence P. | Reviewed productions in response to SEC disclosure inquiry; conducted legal research on various issues relating to work product protection; meeting with E. Weiss relating to various issues relating to SEC disclosure inquiry. | 3.40 | 1,785.0 | 27624926 |
| 03/23/09 21938 Isa, Nafisa | Prepared and organized produced documents for review by caseteam in furtherance of response to SEC inquiry regarding F. Dunn disclosure as per T. Gilroy and E. Weiss; met with M. Glennon regarding document collection and organization. | 2.90 | 536.5 | 27621658 |
| 03/24/09 14623 Ashley, Marc D. | Regulatory - Communications and reviewed materials regarding regulatory proceedings. | .80 | 596.0 | 27634009 |
| 03/24/09 16476 Gilroy, Terence P. | | .50 | 262.5 | 27624931 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09                    PROFORMA NO.          775024
02205-00021                                     BATCH NO.             602438
                                                THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

            Currency:  US DOLLARS

=================================================================================
Date      Timekeeper                                    Hours     Amount   Index #

            Meeting with M. Glennon regarding various
            issues relating to productions.

03/24/09 21938 Isa, Nafisa                               3.70     684.5 27637504
            Organized produced documents in new caseroom as
            per T. Gilroy; updated SEC production log; met
            with M. Glennon regarding document collection
            and organization; corresponded with P. Gill
            regarding organization and removal of
            extraneous documents from caseroom.

03/25/09 13429 Weiss, Elizabeth R.                       1.80   1,134.0 27623323
            Regulatory - Telephone call with D. Molot of
            Wilmer Hale regarding SEC inquiry regarding
            work product; telephone call with J. Dearing
            regarding same; review draft production orders
            and provide edits to S. Fenton.

03/25/09 14623 Ashley, Marc D.                            .40     298.0 27634013
            Regulatory - Communications regarding
            regulatory proceedings.

03/25/09 16476 Gilroy, Terence P.                         .30     157.5 27624940
            Meeting with M. Glennon and N. Isa to discuss
            case management.

03/25/09 21938 Isa, Nafisa                               3.90     721.5 27637505
            Organized produced documents in new caseroom as
            per T. Gilroy; updated SEC production log; met
            with M. Glennon regarding document collection
            and organization; corresponded with P. Gill, M.
            Reid and J. Aberbach regarding organization and
            removal of extraneous documents from caseroom.

03/26/09 14623 Ashley, Marc D.                            .70     521.5 27634017
            Regulatory - Communications and reviewed
            materials regarding SEC's document production
            in Dunn action.

03/26/09 16476 Gilroy, Terence P.                         .20     105.0 27637796
            Meeting with legal assistants regarding status
            of productions.

03/26/09 20891 Sheopaul, Ruth                             .30      55.5 27632778
            Reviewed papers and made docket and calendar
            entries in Law Manager.

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09          PROFORMA NO.          775024
02205-00021                           BATCH NO.             602438
                                      THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

              Currency:  US DOLLARS

===============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 03/26/09 | 21938 Isa, Nafisa | 4.50 | 832.5 | 27641670 |
| | Organized produced documents in new caseroom as per T. Gilroy; updated SEC production log; met with M. Glennon regarding document collection and organization; corresponded with office services staff to organize documents. | | | |
| 03/27/09 | 13429 Weiss, Elizabeth R. | .30 | 189.0 | 27639622 |
| | Regulatory and Criminal - Telephone call to J. Dearing regarding work product release; review and respond to correspondence regarding S. Fenton's RCMP meeting. | | | |
| 03/27/09 | 14623 Ashley, Marc D. | 1.20 | 894.0 | 27658148 |
| | Regulatory - Meeting with E. Weiss regarding SEC's requests relating to document production in Dunn action; reviewed related materials. | | | |
| 03/30/09 | 13429 Weiss, Elizabeth R. | 2.40 | 1,512.0 | 27648674 |
| | Criminal - Preparation for conference call with S. Fenton regarding RCMP inquiries; update privilege search lists. | | | |
| 03/30/09 | 14623 Ashley, Marc D. | .30 | 223.5 | 27658152 |
| | Regulatory - Communications and reviewed materials regarding SEC's requests. | | | |
| 03/30/09 | 15492 Burke, Brian | .50 | 262.5 | 27655210 |
| | Regulatory: Correspondence with E. Weiss and Kroll regarding privilege keyword search terms to be provided to S. Fenton. | | | |
| 03/30/09 | 21938 Isa, Nafisa | 3.30 | 610.5 | 27650153 |
| | Organized produced documents in new caseroom as per T. Gilroy; updated SEC production log; met with M. Glennon regarding document collection and organization; corresponded with office services staff to organize documents. | | | |
| 03/31/09 | 13429 Weiss, Elizabeth R. | 3.00 | 1,890.0 | 27656499 |
| | Criminal - Telephone calls with S. Fenton in preparation for RCMP call; update list of privilege search terms; conference call with the SEC; telephone call with S. Fenton and follow-up work regarding same; research | | | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.          775024
BATCH NO.             602438
**THROUGH DATE: 04/30/09**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

           **Currency:  US DOLLARS**

=================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | location of DVDs of additional Dunn computers. | | | |
| 03/31/09 14623 | Ashley, Marc D.<br>Regulatory - Communications and reviewed materials regarding regulatory proceedings. | .40 | 298.0 | 27658156 |
| 03/31/09 16476 | Gilroy, Terence P.<br>Bankruptcy - Corresponded with caseteam regarding update to Section 327(e) application; reviewed updated conflicts list; coordinated for additional conflict checks. | 1.10 | 577.5 | 27659496 |
| 03/31/09 21938 | Isa, Nafisa<br>Criminal - Organized produced documents in new caseroom as per T. Gilroy; updated SEC production log; met with M. Glennon regarding document collection and organization; corresponded with office services staff to organize documents. | 4.50 | 832.5 | 27663618 |
| 04/01/09 13325 | Glennon, Mary M.<br>Regulatory: reviewed, organized and gathered productions made to the SEC per T. Gilroys' request for SEC disclosure project. | 8.40 | 2,058.0 | 27670615 |
| 04/01/09 13429 | Weiss, Elizabeth R.<br>Criminal - Correspondence with S. Fenton. | .20 | 126.0 | 27656504 |
| 04/01/09 14623 | Ashley, Marc D.<br>Regulatory - Communications regarding SEC's requests relating to Dunn action; reviewed related materials. | .30 | 223.5 | 27670574 |
| 04/01/09 16476 | Gilroy, Terence P.<br>Bankruptcy - Reviewed conflict reports in furtherance of supplementing representations in Section 327(e) application. | 1.50 | 787.5 | 27666482 |
| 04/01/09 21938 | Isa, Nafisa<br>Criminal - Organized produced documents in new caseroom as per T. Gilroy; updated SEC production log; met with M. Glennon regarding document collection and organization; corresponded with office services staff to organize documents. | 3.80 | 703.0 | 27666345 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09
02205-00021

PROFORMA NO.        775024
BATCH NO.           602438
THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

=================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 04/02/09 13325 | Glennon, Mary M. | 6.80 | 1,666.0 | 27670617 |
| | Regulatory: reviewed, organized and gathered productions made to the SEC per T. Gilroys' request for SEC disclosure project. | | | |
| 04/02/09 13429 | Weiss, Elizabeth R. | .30 | 189.0 | 27676325 |
| | Criminal - Telephone call with S. Fenton regarding Dunn computers and RCMP's production order. | | | |
| 04/02/09 16476 | Gilroy, Terence P. | 1.50 | 787.5 | 27666487 |
| | Bankruptcy - Drafted supplemental declaration to Section 327(e) application. | | | |
| 04/02/09 21938 | Isa, Nafisa | 6.90 | 1,276.5 | 27670781 |
| | Criminal - Organized produced documents in new caseroom as per T. Gilroy; updated SEC production log; met with M. Glennon regarding document collection and organization; corresponded with office services staff to organize documents; reviewed correspondence files for produced documents. | | | |
| 04/03/09 13325 | Glennon, Mary M. | 8.70 | 2,131.5 | 27670620 |
| | Regulatory: reviewed, organized and gathered productions made to the SEC per T. Gilroys' request for SEC disclosure project; reviewed correspondence and productions for completeness; updated and edited SEC production log; drafted memo to T. Gilroy. | | | |
| 04/03/09 13429 | Weiss, Elizabeth R. | 2.10 | 1,323.0 | 27676328 |
| | Criminal - Telephone calls with S. Fenton and the RCMP; review production order and search terms regarding same. Bankruptcy - Review amended filing regarding conflicts. | | | |
| 04/03/09 14623 | Ashley, Marc D. | .60 | 447.0 | 27670582 |
| | Regulatory - Communications regarding bankruptcy proceedings; reviewed related materials. | | | |
| 04/03/09 16476 | Gilroy, Terence P. | 3.50 | 1,837.5 | 27666853 |
| | Bankruptcy - Edited supplemental declaration to Section 327(e) application; drafted correspondence to caseteam regarding same; | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09                    PROFORMA NO.        775024
02205-00021                                     BATCH NO.           602438
                                                THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
===================================================================================
Date      Timekeeper                                    Hours    Amount   Index #
          telephone call with A. Givertz regarding same.

04/03/09 21938 Isa, Nafisa                               1.20     222.0 27670788
          Criminal - Completed organization of produced
          documents in new caseroom as per T. Gilroy; met
          with M. Glennon regarding caseroom
          organization, prepared production documents for
          review by E. Weiss.

04/06/09 13325 Glennon, Mary M.                          2.50     612.5 27677387
          Regulatory: Responded and drafted e-mails to T.
          Gilroy regarding SEC log; proofed and edited
          SEC log; checked productions.

04/06/09 13429 Weiss, Elizabeth R.                        .20     126.0 27699414
          Regulatory - Telephone call with J. Dearing
          regarding specific releases from work product
          list.

04/06/09 16476 Gilroy, Terence P.                        1.30     682.5 27683823
          Bankruptcy - Corresponded with M. Torkin and A.
          Givertz regarding potential conflict of
          interests; drafted correspondence outlining key
          issues regarding same. Regulatory -
          Corresponded with legal assistants regarding
          issues relating to document productions.

04/07/09 13325 Glennon, Mary M.                          2.90     710.5 27689311
          Regulatory: Reviewed files at 850 Third;
          updated and edited SEC production index;
          reviewed and drafted e-mails to T. Gilroy for
          SEC disclosure assignment.

04/07/09 16476 Gilroy, Terence P.                        2.30   1,207.5 27683830
          Bankruptcy - Corresponded with various partners
          regarding conflicts; drafted correspondence
          regarding same; edited declaration in support
          of Section 327(e) application; reviewed
          bankruptcy stay papers in ERISA action for
          development of strategy in Domenikos matter.

04/08/09 13325 Glennon, Mary M.                          2.60     637.0 27689316
          Regulatory: Reviewed and drafted e-mails to T.
          Gilroy; telephone call with T. Gilroy regarding
          productions; log and updated production files.

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09          PROFORMA NO.          775024
02205-00021                           BATCH NO.             602438
                                      THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

===============================================================================

| Date | Timekeeper | | Hours | Amount | Index # |
|---|---|---|---|---|---|
| 04/08/09 | 13429 | Weiss, Elizabeth R. | .80 | 504.0 | 27699423 |
| | | Criminal - Telephone call with S. Fenton; revise RCMP chart regarding Dunn computer searches. | | | |
| 04/08/09 | 16476 | Gilroy, Terence P. | 1.10 | 577.5 | 27700475 |
| | | Regulatory - Corresponded with E. Weiss regarding SEC productions; telephone with M. Glennon regarding same; reviewed various productions. | | | |
| 04/10/09 | 13429 | Weiss, Elizabeth R. | .60 | 378.0 | 27699428 |
| | | Meeting with T. Gilroy regarding update of production log with respect to Dunn and ERISA productions. | | | |
| 04/10/09 | 16476 | Gilroy, Terence P. | 1.30 | 682.5 | 27700483 |
| | | Regulatory - Meeting with E. Weiss regarding SEC productions; reviewed SEC production log; corresponded with E. Weiss regarding production log review. | | | |
| 04/13/09 | 16476 | Gilroy, Terence P. | 1.80 | 945.0 | 27706173 |
| | | Bankruptcy - Drafted declaration in support of section 327(e) application. | | | |
| 04/14/09 | 16476 | Gilroy, Terence P. | 1.20 | 630.0 | 27709060 |
| | | Corresponded with various Shearman personnel regarding submission of declaration in support of section 327(e) application; edited declaration. | | | |
| 04/15/09 | 13429 | Weiss, Elizabeth R. | .20 | 126.0 | 27713671 |
| | | Regulatory - Review correspondence regarding status of recall from the SEC. | | | |
| 04/15/09 | 16476 | Gilroy, Terence P. | 1.20 | 630.0 | 27712877 |
| | | Bankruptcy - Telephone call with S. Baskin regarding declaration in support of section 327(e) application; prepared declaration; corresponded with Nortel's bankruptcy counsel regarding filing of declaration. Regulatory - Edited SEC production log. | | | |
| 04/16/09 | 16476 | Gilroy, Terence P. | .70 | 367.5 | 27720731 |
| | | Bankruptcy - Telephone call with Nortel | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/20/09                    PROFORMA NO.            775024
02205-00021                                     BATCH NO.               602438
                                                **THROUGH DATE: 04/30/09**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

            Currency:  US DOLLARS
================================================================================
Date      Timekeeper                                    Hours    Amount   Index #
            bankruptcy counsel regarding various issues;
            reviewed as-filed Baskin declaration.
            Regulatory - Edited production log.

04/17/09 13429 Weiss, Elizabeth R.                       .30      189.0 27722154
            Regulatory - Review correspondence regarding
            return of recalled media.

04/21/09 13325 Glennon, Mary M.                          .40       98.0 27735617
            Regulatory: Filed legal filings from Nortel
            bankruptcy case.

                TOTAL HOURS:                      415.40
                TOTAL FEES:                              177,112.00