**EXHIBIT B**

**EXPENSE SUMMARY**

All Matters

January 14, 2009 Through April 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Service | | 20.00 |
| Postage and Courier | | 3.29 |
| Federal Express | | 12.72 |
| Duplicating | In House | 451.30 |
| Duplicating | Off-Site | 48.00 |
| Spec. Duplicating | | 24.00 |
| Electronic Docket Information | Court Alert | 1,086.57 |
| Electronic Docket Information | Pacer | 87.50 |
| Electronic Docket Information | E-Law | 117.09 |
| Electronic Docket Information | Court Link | 25.85 |
| Computer Research | Lexis-Nexis | 56.25 |
| Computer Research | Westlaw | 1,676.77 |
| Telephone | | 7.65 |
| Overtime Expenses | | 22.89 |
| Other Information Services | Incisive Media | 1,134.50 |
| **Total Expenses:** | | $4,774.38 |

508229.7

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                      PROFORMA NO.         775021
02205-00016                                       BATCH NO.            602438
                                                  THROUGH DATE:      04/30/09
NORTEL NETWORKS LIMITED
RESERVES RELEASE

         Currency:  US DOLLARS
================================================================================

                              Costcard Detail

         Cost
Date     Code    Charged By                           Amount     Index #   Voucher

01/14/09 CPY     13325 Glennon, Mary M.                 1.90    25480787
                 19 COPIES AT 599 4th Floor Svc Ctr
                 Ref:            41279885    66934

01/15/09 CPY     13325 Glennon, Mary M.                  .20    25482513
                 2 COPIES AT 599 4th Floor Svc Ctr
                 Ref:            41282962    66979

01/15/09 CPY     13325 Glennon, Mary M.                  .30    25482514
                 3 COPIES AT 599 5th Floor
                 Ref:            41283117    66979

01/30/09 CPY     11348 Orenshteyn, Marianna             1.30    25510149
                 13 COPIES AT 599 3rd Floor Rm 329
                 Ref:            41321125    67373

01/30/09 CPY     13325 Glennon, Mary M.                84.40    25510150
                 844 COPIES AT 599 C1 Level-Copy Center
                 Ref:            41321171    67373

02/02/09 CPY     13325 Glennon, Mary M.                  .30    25510151
                 3 COPIES AT 599 5th Floor
                 Ref:            41321305    67373

02/02/09 CPY     13325 Glennon, Mary M.                  .10    25510152
                 1 COPIES AT 599 5th Floor
                 Ref:            41321333    67373

02/02/09 CPY     13325 Glennon, Mary M.                  .40    25510153
                 4 COPIES AT 599 5th Floor
                 Ref:            41321309    67373

02/09/09 CPY     13325 Glennon, Mary M.                 1.00    25520232
                 10 COPIES AT 599 5th Floor
                 Ref:            41339801    67554

02/17/09 CPY     13325 Glennon, Mary M.                  .30    25530329
                 3 COPIES AT 599 5th Floor
                 Ref:            41357605    67728

02/20/09 CPY     13325 Glennon, Mary M.                  .20    25537094
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                    PROFORMA NO.       775021
02205-00016                                     BATCH NO.          602438
                                                THROUGH DATE: 04/30/09
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**
      Currency:  US DOLLARS
========================================================================

```
        Cost
Date    Code    Charged By                                    Amount  Index #  Voucher
                2 COPIES AT 599 5th Floor
                Ref:              41366632      67813

02/20/09 CPY    13325 Glennon, Mary M.                           .10  25537095
                1 COPIES AT 599 5th Floor
                Ref:              41366836      67813

02/25/09 CPY    13325 Glennon, Mary M.                          3.60  25545863
                36 COPIES AT 599 5th Floor
                Ref:              41379162      67964

02/25/09 CPY    13325 Glennon, Mary M.                           .30  25545864
                3 COPIES AT 599 4th Floor Svc Ctr
                Ref:              41379258      67964

02/26/09 CPY    13325 Glennon, Mary M.                           .10  25549224
                1 COPIES AT 599 5th Floor
                Ref:              41382281      68008

03/02/09 CPY    13325 Glennon, Mary M.                           .10  25553081
                1 COPIES AT 599 5th Floor
                Ref:              41388728      68049

03/02/09 CPY    13325 Glennon, Mary M.                           .20  25553082
                2 COPIES AT 599 5th Floor
                Ref:              41388789      68049

03/04/09 CPY    13325 Glennon, Mary M.                          1.40  25553083
                14 COPIES AT 599 5th Floor
                Ref:              41389285      68049

03/04/09 CPY    13325 Glennon, Mary M.                           .20  25553084
                2 COPIES AT 599 5th Floor
                Ref:              41389378      68049

03/09/09 CPY    13325 Glennon, Mary M.                           .30  25565674
                3 COPIES AT 599 5th Floor
                Ref:              41409362      68177

03/13/09 CPY    13325 Glennon, Mary M.                           .10  25571814
                1 COPIES AT 599 5th Floor
                Ref:              41419795      68263

03/21/09 CPY    13325 Glennon, Mary M.                           .40  25582101
                4 COPIES AT 599 5th Floor
                Ref:              41435565      68388
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09              PROFORMA NO.         775021
02205-00016                               BATCH NO.            602438
                                          THROUGH DATE:      04/30/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE
         Currency:   US DOLLARS
===========================================================================
         Cost
 Date    Code    Charged By                              Amount  Index # Voucher

03/21/09 CPY  13325 Glennon, Mary M.                        .10 25582102
              1 COPIES AT 599 5th Floor
              Ref:           41435566     68388

03/24/09 CPY  06262 Baskin, Stuart                         1.00 25588060
              10 COPIES AT 599 5th Floor
              Ref:           41443615     68469

03/24/09 CPY  06262 Baskin, Stuart                          .90 25588061
              9 COPIES AT 599 5th Floor
              Ref:           41443619     68469

03/25/09 CPY  13325 Glennon, Mary M.                        .10 25588062
              1 COPIES AT 599 5th Floor
              Ref:           41443889     68469

04/09/09 CPY  06262 Baskin, Stuart                         1.80 25617151
              18 COPIES AT 599 5th Floor
              Ref:           41485385     68772

04/16/09 CPY  06262 Baskin, Stuart                         1.00 25626453
              10 COPIES AT 599 5th Floor
              Ref:           41498244     68904

04/17/09 CPY  13325 Glennon, Mary M.                      11.20 25627834
              112 COPIES AT 599 4th Floor Svc Ctr
              Ref:           41500525     68944

04/27/09 CPY  06262 Baskin, Stuart                          .20 25643564
              2 COPIES AT 599 5th Floor
              Ref:           41521114     69111

04/27/09 CPY  06262 Baskin, Stuart                          .70 25643565
              7 COPIES AT 599 5th Floor
              Ref:           41521119     69111

01/20/09 INF  11893 Park, Tai H.                         179.10 25486385 31389024
              Other Information Services - - VENDOR: INCISIVE
              MEDIA

01/23/09 INF  11893 Park, Tai H.                         150.32 25496679 31390048
              Other Information Services - - VENDOR:
              COURTALERT.COM, INC.

01/23/09 INF  11893 Park, Tai H.                          42.81 25496682 31390048
```

Page (16) 16

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/29/09  PROFORMA NO.     775021
02205-00016                    BATCH NO.        602438
                               THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**
        Currency:  US DOLLARS
===========================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| | | Other Information Services - - VENDOR: COURTALERT.COM, INC. | | | |
| 01/26/09 | INF | 11893 Park, Tai H. | 207.45 | 25497982 | 31390284 |
| | | Other Information Services - - VENDOR: INCISIVE MEDIA | | | |
| 01/31/09 | INF | 11893 Park, Tai H. | 131.88 | 25529658 | 31395575 |
| | | Other Information Services - - VENDOR: COURTALERT.COM, INC. | | | |
| 02/01/09 | INF | 11893 Park, Tai H. | 26.02 | 25533173 | 31395917 |
| | | Other Information Services - - VENDOR: E- LAW, LLC | | | |
| 02/01/09 | INF | 11893 Park, Tai H. | 17.24 | 25545381 | 31397785 |
| | | Other Information Services - - VENDOR: REED ELSEVIER, INC. APPR: I. WIENER. | | | |
| 02/26/09 | INF | 11893 Park, Tai H. | 188.55 | 25545438 | 31397788 |
| | | Other Information Services - - VENDOR: INCISIVE MEDIA | | | |
| 03/17/09 | INF | 11893 Park, Tai H. | 107.27 | 25573373 | 31401594 |
| | | Other Information Services - - VENDOR: COURTALERT.COM, INC. | | | |
| 03/17/09 | INF | 11893 Park, Tai H. | 8.61 | 25573470 | 31401609 |
| | | Other Information Services - - VENDOR: REED ELSEVIER, INC. | | | |
| 03/17/09 | INF | 11893 Park, Tai H. | 26.02 | 25573502 | 31401612 |
| | | Other Information Services - - VENDOR: E- LAW, LLC | | | |
| 03/17/09 | INF | 11893 Park, Tai H. | 179.10 | 25573745 | 31401658 |
| | | Other Information Services - - VENDOR: INCISIVE MEDIA | | | |
| 03/31/09 | INF | 06262 Baskin, Stuart | 98.96 | 25626080 | 31408100 |
| | | Other Information Services - - VENDOR: COURTALERT.COM, INC. | | | |
| 04/22/09 | INF | 06262 Baskin, Stuart | 26.02 | 25630658 | 31408705 |
| | | Other Information Services - - VENDOR: E- LAW, LLC | | | |

```
                                                                 Page (17) 17
                        SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/29/09                    PROFORMA NO.        775021
02205-00016                                     BATCH NO.           602438
                                                THROUGH DATE:     04/30/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE
           Currency:   US DOLLARS
===============================================================================
         Cost
 Date    Code    Charged By                          Amount   Index #   Voucher

04/23/09 INF    06262 Baskin, Stuart                 207.45 25631893 31409022
                Other Information Services - - VENDOR: INCISIVE
                MEDIA
                Bank ID: CITBKNY4 Check Number: 742546

01/14/09 LXI    13325 Glennon, Mary M.                11.25 25497304
                Duration 00:15:00 , 1 Lexsees requested
                Ref:              41299210     67176

01/14/09 LXI    16476 Gilroy, Terence P.              22.50 25497305
                Duration 00:15:00 , 1 Lexsees requested
                Ref:              41299212     67176

01/15/09 MSG    07453 Feliciano, Luis                  4.00 25562307
                Messengers        DELIVERED TO:  500 PEARL ST.

02/25/09 MSG    07453 Feliciano, Luis                  4.00 25562353
                Messengers        DELIVERED TO:  500 PEARL ST

04/03/09 OSD    06262 Baskin, Stuart                  17.50 25626201 31408139
                Other Outside Services - - VENDOR: PACER
                SERVICE CENTER

01/31/09 PKG    13325 Glennon, Mary M.                17.55 25512309 31392588
                Parking Costs for Clients -- VENDOR: Mary M.
                Glennon, 31 Jan 2009, Parking - Local, Assisted
                T. Gilroy with filing

01/25/09 POS    11348 Orenshteyn, Marianna             1.70 25522469
                Postage and Courier

01/30/09 TEL    11348 Orenshteyn, Marianna             2.14 25511893
                To 14162287123
                From S & SNY At 17:27:00
                Ref: 0903599.USD

01/30/09 TEL    11348 Orenshteyn, Marianna             1.32 25511894
                To 19726853011
                From S & SNY At 17:33:00
                Ref: 0903599.USD

01/31/09 TRV    13325 Glennon, Mary M.                 5.34 25512308 31392588
                Travel & Incidental -- VENDOR: Mary M. Glennon,
                31 Jan 2009, Mileage (US) - Local, FROM: 401
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                    PROFORMA NO.        775021
02205-00016                                     BATCH NO.           602438
                                                THROUGH DATE: 04/30/09
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**
Currency: US DOLLARS
======================================================================

```
            Cost
   Date     Code    Charged By                              Amount    Index #  Voucher
                    17th Street, Brooklyn, NY 11215, TO: 599
                    Lexington Avenue, Assisted T. Gilroy with filing


 01/14/09   WLW    13325 Glennon, Mary M.                    240.75 25488370
                     DB TIME 00:17:44
                     Ref:              41290629     67048

 02/23/09   WLW    21938 Isa, Nafisa                         109.74 25554786
                     Transactions 00000000050
                     Ref:              41396259     68072


                   TOTAL                                   2,148.79
```

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                       PROFORMA NO.       775022
02205-00018                                        BATCH NO.          602438
                                                   THROUGH DATE:    04/30/09

NORTEL NETWORKS LIMITED
MARCH 2004 ERISA ACTION

         Currency:  US DOLLARS
==============================================================================


                              Costcard Detail

         Cost
Date     Code   Charged By                                 Amount   Index #   Voucher

01/29/09 CPY   16476 Gilroy, Terence P.                    110.10  25506542
               1101 COPIES AT 599 C1 Level-Copy Center
               Ref:            41313381      67285

03/03/09 CPY   13325 Glennon, Mary M.                         .40  25553085
               4 COPIES AT 599 5th Floor
               Ref:            41388992      68049

01/20/09 INF   11893 Park, Tai H.                           11.94  25486386  31389024
               Other Information Services - - VENDOR: INCISIVE
               MEDIA

01/23/09 INF   11893 Park, Tai H.                           80.63  25496680  31390048
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.

01/26/09 INF   11893 Park, Tai H.                           13.83  25497983  31390284
               Other Information Services - - VENDOR: INCISIVE
               MEDIA

01/31/09 INF   11893 Park, Tai H.                           55.07  25529659  31395575
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.

02/26/09 INF   11893 Park, Tai H.                           12.57  25545439  31397788
               Other Information Services - - VENDOR: INCISIVE
               MEDIA

03/17/09 INF   11893 Park, Tai H.                           45.78  25573374  31401594
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.

03/17/09 INF   11893 Park, Tai H.                           11.94  25573746  31401658
               Other Information Services - - VENDOR: INCISIVE
               MEDIA

03/31/09 INF   06262 Baskin, Stuart                         70.48  25626081  31408100
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.

04/23/09 INF   06262 Baskin, Stuart                          6.29  25631894  31409022
```

Page (9) 9

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                           PROFORMA NO.         775022
02205-00018                                            BATCH NO.            602438
                                                       THROUGH DATE:     04/30/09
```

**NORTEL NETWORKS LIMITED**
**MARCH 2004 ERISA ACTION**
        Currency:   US DOLLARS
========================================================================

```
         Cost
 Date    Code    Charged By                                  Amount    Index #   Voucher
                 Other Information Services - - VENDOR: INCISIVE
                 MEDIA
                 Bank ID: CITBKNY4 Check Number: 742546

02/03/09 LXI    16476 Gilroy, Terence P.                     22.50 25523372
                 Duration 00:29:59 , 1 Lexsees requested
                 Ref:              41346308      67620

04/03/09 OSD    06262 Baskin, Stuart                         47.00 25626202 31408139
                 Other Outside Services - - VENDOR: PACER
                 SERVICE CENTER


                 TOTAL                                      488.53
```

Page (11) 11

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/29/09         PROFORMA NO.     775023
02205-00020                          BATCH NO.        602438
                                     THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION

         Currency:  US DOLLARS
================================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 03/06/09 | CPY | 16476 Gilroy, Terence P.<br>4 COPIES AT 599 5th Floor<br>Ref:                 41401920        68135 | .40 | 25559438 | |
| 04/21/09 | CPY | 14962 Chanda, Parthapratim<br>440 COPIES AT 599 C1 Level-Copy Center<br>Ref:                 41507062        68986 | 44.00 | 25633728 | |
| 04/29/09 | CPY | 13325 Glennon, Mary M.<br>10 COPIES AT 599 5th Floor<br>Ref:                 41526708        69153 | 1.00 | 25646150 | |
| 04/29/09 | CPY | 13325 Glennon, Mary M.<br>15 COPIES AT 599 4th Floor Svc Ctr<br>Ref:                 41526744        69153 | 1.50 | 25646151 | |
| 01/20/09 | INF | 11893 Park, Tai H.<br>Other Information Services - - VENDOR: INCISIVE MEDIA | 11.94 | 25486387 | 31389024 |
| 01/23/09 | INF | 11893 Park, Tai H.<br>Other Information Services - - VENDOR: COURTALERT.COM, INC. | 53.54 | 25496681 | 31390048 |
| 01/26/09 | INF | 11893 Park, Tai H.<br>Other Information Services - - VENDOR: INCISIVE MEDIA | 13.83 | 25497953 | 31390284 |
| 01/26/09 | INF | 11893 Park, Tai H.<br>Other Information Services - - VENDOR: INCISIVE MEDIA | 13.83 | 25497984 | 31390284 |
| 01/31/09 | INF | 11893 Park, Tai H.<br>Other Information Services - - VENDOR: COURTALERT.COM, INC. | 50.40 | 25529660 | 31395575 |
| 02/01/09 | INF | 11893 Park, Tai H.<br>Other Information Services - - VENDOR: E- LAW, LLC | 13.01 | 25533174 | 31395917 |
| 02/26/09 | INF | 11893 Park, Tai H. | 12.57 | 25545408 | 31397788 |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                          PROFORMA NO.      775023
02205-00020                                           BATCH NO.         602438
                                                      THROUGH DATE:   04/30/09
NORTEL NETWORKS LIMITED
EPICON LITIGATION
         Currency:  US DOLLARS
========================================================================
         Cost
  Date   Code    Charged By                              Amount  Index #   Voucher
                 Other Information Services - - VENDOR: INCISIVE
                 MEDIA

02/26/09 INF    11893 Park, Tai H.                        12.57 25545440 31397788
                 Other Information Services - - VENDOR: INCISIVE
                 MEDIA

03/17/09 INF    11893 Park, Tai H.                        46.60 25573375 31401594
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.

03/17/09 INF    11893 Park, Tai H.                        13.01 25573503 31401612
                 Other Information Services - - VENDOR: E- LAW,
                 LLC

03/17/09 INF    11893 Park, Tai H.                        11.94 25573715 31401658
                 Other Information Services - - VENDOR: INCISIVE
                 MEDIA

03/17/09 INF    11893 Park, Tai H.                        11.94 25573747 31401658
                 Other Information Services - - VENDOR: INCISIVE
                 MEDIA

03/31/09 INF    06262 Baskin, Stuart                      43.38 25626082 31408100
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.

04/22/09 INF    06262 Baskin, Stuart                      13.01 25630659 31408705
                 Other Information Services - - VENDOR: E- LAW,
                 LLC

04/23/09 INF    06262 Baskin, Stuart                      13.83 25631860 31409022
                 Other Information Services - - VENDOR: INCISIVE
                 MEDIA
                 Bank ID: CITBKNY4 Check Number: 742546

04/23/09 INF    06262 Baskin, Stuart                      13.83 25631895 31409022
                 Other Information Services - - VENDOR: INCISIVE
                 MEDIA
                 Bank ID: CITBKNY4 Check Number: 742546

04/22/09 MSG    14962 Chanda, Parthapratim                 8.00 25653273
                 Messengers

04/21/09 VLO    14962 Chanda, Parthapratim                24.00 25637133
                 Velo Binding - New York    JOB # 62073
```

Page (13) 13

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                         PROFORMA NO.         775023
02205-00020                                          BATCH NO.            602438
                                                     THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION
         Currency:  US DOLLARS
================================================================================
        Cost
 Date   Code    Charged By                              Amount   Index # Voucher

04/08/09 WLW   14962 Chanda, Parthapratim               621.81 25618641
               Transactions 00000000330
               Ref:                 41489481    68838

04/10/09 WLW   14962 Chanda, Parthapratim               376.73 25618642
               Transactions 00000000160
               Ref:                 41489482    68838

04/13/09 WLW   14962 Chanda, Parthapratim               139.00 25628164
               Transactions 00000000040
               Ref:                 41502450    68966


               TOTAL                                  1,565.67
```

Case 09-10138-MFW   Doc 848-3   Filed 06/03/09   Page 13 of 18

Page (31) 31

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/29/09                                        PROFORMA NO.        775024
02205-00021                                                         BATCH NO.           602438
                                                                    THROUGH DATE: 04/30/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

         Currency:  US DOLLARS
================================================================================

                              Costcard Detail

         Cost
Date     Code    Charged By                                    Amount    Index #   Voucher

03/13/09 CPY    13325 Glennon, Mary M.                            .30 25571815
                3 COPIES AT 599 5th Floor
                Ref:              41419787      68263

03/14/09 CPY    21938 Isa, Nafisa                               1.10 25571816
                11 COPIES AT 599 5th Floor
                Ref:              41420018      68263

03/14/09 CPY    21938 Isa, Nafisa                                .10 25571817
                1 COPIES AT 599 5th Floor
                Ref:              41420019      68263

03/14/09 CPY    21938 Isa, Nafisa                               2.60 25571818
                26 COPIES AT 599 5th Floor
                Ref:              41420022      68263

03/14/09 CPY    21938 Isa, Nafisa                                .50 25571819
                5 COPIES AT 599 5th Floor
                Ref:              41420020      68263

03/14/09 CPY    21938 Isa, Nafisa                                .50 25571820
                5 COPIES AT 599 5th Floor
                Ref:              41420021      68263

03/17/09 CPY    16476 Gilroy, Terence P.                        1.30 25577020
                13 COPIES AT 599 3rd Floor Rm 329
                Ref:              41425915      68305

03/17/09 CPY    21938 Isa, Nafisa                                .10 25577021
                1 COPIES AT 599 5th Floor
                Ref:              41425920      68305

03/18/09 CPY    21938 Isa, Nafisa                               1.40 25577022
                14 COPIES AT 599 4th Floor Svc Ctr
                Ref:              41426150      68305

03/18/09 CPY    21938 Isa, Nafisa                                .50 25577023
                5 COPIES AT 599 5th Floor
                Ref:              41426190      68305

03/18/09 CPY    21938 Isa, Nafisa                                .40 25577024

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                    PROFORMA NO.      775024
02205-00021                                     BATCH NO.         602438
                                                THROUGH DATE:  04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
         Currency:  US DOLLARS
================================================================================
         Cost
  Date   Code    Charged By                              Amount   Index # Voucher
                 4 COPIES AT 599 5th Floor
                 Ref:           41426317      68305

03/18/09 CPY     21938 Isa, Nafisa                        1.10 25577025
                 11 COPIES AT 599 5th Floor
                 Ref:           41426196     .68305

03/18/09 CPY     21938 Isa, Nafisa                         .40 25577026
                 4 COPIES AT 599 5th Floor
                 Ref:           41426205      68305

03/18/09 CPY     21954 Bartholomew, G William             1.80 25577027
                 18 COPIES AT 599 5th Floor
                 Ref:           41426227      68305

03/19/09 CPY     13429 Weiss, Elizabeth R.                 .40 25580277
                 4 COPIES AT 599 5th Floor
                 Ref:           41432246      68346

03/19/09 CPY     13429 Weiss, Elizabeth R.                 .20 25580278
                 2 COPIES AT 599 5th Floor
                 Ref:           41432248      68346

03/19/09 CPY     21938 Isa, Nafisa                         .40 25580279
                 4 COPIES AT 599 5th Floor
                 Ref:           41432254      68346

03/19/09 CPY     13429 Weiss, Elizabeth R.                 .40 25580280
                 4 COPIES AT 599 5th Floor
                 Ref:           41432244      68346

03/19/09 CPY     21938 Isa, Nafisa                         .20 25580281
                 2 COPIES AT 599 5th Floor
                 Ref:           41432256      68346

03/19/09 CPY     16476 Gilroy, Terence P.                  .20 25580282
                 2 COPIES AT 599 5th Floor
                 Ref:           41432395      68346

03/19/09 CPY     21938 Isa, Nafisa                         .20 25580283
                 2 COPIES AT 599 5th Floor
                 Ref:           41432258      68346

03/19/09 CPY     16476 Gilroy, Terence P.                  .30 25580284
                 3 COPIES AT 599 5th Floor
                 Ref:           41432385      68346
```

Page (33) 33

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09            PROFORMA NO.        775024
02205-00021                             BATCH NO.           602438
                                        THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
        Currency:  US DOLLARS
==============================================================================
          Cost
 Date     Code   Charged By                              Amount  Index # Voucher

03/19/09  CPY   16476 Gilroy, Terence P.                   .50 25580285
                5 COPIES AT 599 5th Floor
                Ref:          41432387      68346

03/19/09  CPY   16476 Gilroy, Terence P.                   .20 25580286
                2 COPIES AT 599 5th Floor
                Ref:          41432390      68346

03/19/09  CPY   16476 Gilroy, Terence P.                   .80 25582103
                8 COPIES AT 599 5th Floor
                Ref:          41435308      68388

03/20/09  CPY   16476 Gilroy, Terence P.                  3.10 25582104
                31 COPIES AT 599 5th Floor
                Ref:          41435418      68388

03/20/09  CPY   21938 Isa, Nafisa                          .90 25582105
                9 COPIES AT 599 5th Floor
                Ref:          41435424      68388

03/20/09  CPY   21938 Isa, Nafisa                         1.70 25582106
                17 COPIES AT 599 5th Floor
                Ref:          41435431      68388

03/20/09  CPY   21938 Isa, Nafisa                         3.10 25582107
                31 COPIES AT 599 5th Floor
                Ref:          41435438      68388

03/20/09  CPY   21938 Isa, Nafisa                          .20 25582108
                2 COPIES AT 599 5th Floor
                Ref:          41435441      68388

03/20/09  CPY   21938 Isa, Nafisa                         2.10 25582109
                21 COPIES AT 599 5th Floor
                Ref:          41435456      68388

03/20/09  CPY   16476 Gilroy, Terence P.                   .30 25582110
                3 COPIES AT 599 5th Floor
                Ref:          41435379      68388

03/20/09  CPY   21938 Isa, Nafisa                          .40 25582111
                4 COPIES AT 599 5th Floor
                Ref:          41435470      68388

03/20/09  CPY   21938 Isa, Nafisa                         1.80 25582112
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                        PROFORMA NO.       775024
02205-00021                                         BATCH NO.          602438
                                                    THROUGH DATE:    04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
         Currency:  US DOLLARS
================================================================================
         Cost
 Date    Code    Charged By                                    Amount  Index # Voucher
                 18 COPIES AT 599 5th Floor
                 Ref:              41435527      68388

03/20/09 CPY  13325 Glennon, Mary M.                              .70 25582113
              7 COPIES AT 599 5th Floor
              Ref:              41435493      68388

03/20/09 CPY  21938 Isa, Nafisa                                  1.00 25582114
              10 COPIES AT 599 5th Floor
              Ref:              41435509      68388

03/20/09 CPY  21938 Isa, Nafisa                                  4.30 25582115
              43 COPIES AT 599 4th Floor Svc Ctr
              Ref:              41435510      68388

03/20/09 CPY  21938 Isa, Nafisa                                  2.40 25582116
              24 COPIES AT 599 5th Floor
              Ref:              41435515      68388

03/20/09 CPY  21938 Isa, Nafisa                                   .60 25582117
              6 COPIES AT 599 5th Floor
              Ref:              41435520      68388

03/20/09 CPY  16476 Gilroy, Terence P.                           1.00 25582118
              10 COPIES AT 599 5th Floor
              Ref:              41435522      68388

03/22/09 CPY  16476 Gilroy, Terence P.                           2.80 25582119
              28 COPIES AT 599 5th Floor
              Ref:              41435572      68388

03/23/09 CPY  16476 Gilroy, Terence P.                           1.40 25584510
              14 COPIES AT 599 3rd Floor Rm 329
              Ref:              41439460      68429

03/24/09 CPY  21938 Isa, Nafisa                                  3.00 25588063
              30 COPIES AT 599 5th Floor
              Ref:              41443661      68469

03/26/09 CPY  21938 Isa, Nafisa                                 35.00 25592285
              350 COPIES AT 599 4th Floor Svc Ctr
              Ref:              41450148      68515

03/26/09 CPY  21938 Isa, Nafisa                                  9.80 25592286
              98 COPIES AT 599 4th Floor Svc Ctr
              Ref:              41450203      68515
```

```
                                                                    Page (35) 35
                          SHEARMAN & STERLING LLP

PROFORMA GENERATED: 05/29/09                    PROFORMA NO.           775024
02205-00021                                     BATCH NO.              602438
                                                THROUGH DATE: 04/30/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
         Currency:  US DOLLARS
================================================================================
         Cost
Date     Code   Charged By                              Amount   Index #  Voucher

03/31/09 CPY   16476 Gilroy, Terence P.                 57.20  25600090
               572 COPIES AT 599 C1 Level-Copy Center
               Ref:              41466596     68639

04/02/09 CPY   21938 Isa, Nafisa                          .30  25600091
               3 COPIES AT 599 5th Floor
               Ref:              41467031     68639

04/03/09 CPY   21938 Isa, Nafisa                         1.20  25605176
               12 COPIES AT 599 5th Floor
               Ref:              41475244     68691

04/06/09 CPY   16476 Gilroy, Terence P.                 10.40  25614733
               104 COPIES AT 599 C1 Level-Copy Center
               Ref:              41479703     68731

04/08/09 CPY   13325 Glennon, Mary M.                    6.00  25614734
               60 COPIES AT 599 5th Floor
               Ref:              41479972     68731

04/08/09 CPY   13325 Glennon, Mary M.                     .40  25614735
               4 COPIES AT 599 5th Floor
               Ref:              41480078     68731

04/08/09 CPY   13325 Glennon, Mary M.                   12.00  25614736
               120 COPIES AT 599 4th Floor Svc Ctr
               Ref:              41480026     68731

04/10/09 CPY   13325 Glennon, Mary M.                     .70  25618429
               7 COPIES AT 599 5th Floor
               Ref:              41487959     68816

03/19/09 FED   03307 Marchetti, Anthony                 12.72  25601617
               Inv#913721252 TR#796442885380RF:02205-00021;
               Sent: Anthony Marchetti, Shearma, NY TO:
               Suzanne J. Romajas, Esq. at United States S
               ecurities, 100 F ST NE, WASHINGTON DC
               Ref:              41472488     68665

01/31/09 INF   11893 Park, Tai H.                       35.76  25529661  31395575
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.

03/17/09 INF   11893 Park, Tai H.                       35.22  25573376  31401594
               Other Information Services - - VENDOR:
```

Page (36) 36

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 05/29/09                    PROFORMA NO.        775024
02205-00021                                     BATCH NO.           602438
                                                THROUGH DATE:     04/30/09
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**
         Currency:  US DOLLARS
==========================================================================

|  Date  | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
|  |  | COURTALERT.COM, INC. |  |  |  |
| 03/31/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC. | 38.47 | 25626083 | 31408100 |
| 03/05/09 | MSG | 07453 Feliciano, Luis<br>Messengers    PICK UP AT: 599 LEX | 4.00 | 25612407 |  |
| 04/03/09 | OSD | 06262 Baskin, Stuart<br>Other Outside Services - - VENDOR: PACER<br>SERVICE CENTER | 23.00 | 25626203 | 31408139 |
| 01/25/09 | POS | 16476 Gilroy, Terence P.<br>Postage and Courier | 1.17 | 25516773 |  |
| 01/25/09 | POS | 16476 Gilroy, Terence P.<br>Postage and Courier | .42 | 25516774 |  |
| 04/06/09 | PRT | 06262 Baskin, Stuart<br>Offsite Photocopies and Printing - - VENDOR:<br>PETTY CASH -SHEARMAN & STERLING LLP | 48.00 | 25607073 | 31406155 |
| 03/12/09 | TEL | 13429 Weiss, Elizabeth R.<br>TO 2026636843 IN WASHINGTONDC<br>FROM 1(212) 848-5086 AT 03:31pm<br>Ref:          41417495     68225 | 1.15 | 25569668 |  |
| 03/18/09 | TEL | 13429 Weiss, Elizabeth R.<br>TO 9726848880 IN DALLASTX<br>FROM 1(212) 848-5086 AT 05:05pm<br>Ref:          41427625     68307 | 1.24 | 25577498 |  |
| 03/23/09 | TEL | 13429 Weiss, Elizabeth R.<br>TO 9726845262 IN DALLASTX<br>FROM 1(212) 848-5086 AT 02:58pm<br>Ref:          41439781     68431 | 1.80 | 25584670 |  |
| 03/23/09 | WLW | 16476 Gilroy, Terence P.<br>Transactions 00000000020<br>Ref:          41459171     68578 | 188.74 | 25594887 |  |

                    TOTAL                              571.39