IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 288 |
| ) | |

**SUPPLEMENTAL DECLARATION OF GILES BOOTHMAN IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO RETAIN AND EMPLOY ASHURST LLP AS EUROPEAN COUNSEL, NUNC PRO TUNC TO JANUARY 30, 2009**

**GILES BOOTHMAN**, hereby declares:

1. I am a solicitor admitted to practice by the Law Society of England and Wales. I am a member of the limited liability partnership known as Ashurst LLP ("Ashurst")[2], which firm maintains its London office at Broadwalk House, 5 Appold Street, London EC2A 2HA, United Kingdom.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc.. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP, and the non-members who are designated as partners, and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term "partner" in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or to a consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Brussels, Dubai, Frankfurt, Hong Kong, London, Madrid, Milan, Munich, New Delhi, New York, Paris, Singapore, Stockholm, Tokyo and Washington. In some jurisdictions (currently Hong Kong, Italy, Japan and Sweden), independent local partnerships, companies or other entities are authorized to use the name "Ashurst" or describe themselves as being affiliated with Ashurst LLP; some members of these are limited liabilities entities. In this Declaration references to "Ashurst" mean the partnerships, companies or other entities authorized to use the name "Ashurst".

PDB\ 12868750

2. I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (collectively, the "Debtors") to retain and employ Ashurst, as European counsel, nunc pro tunc to January 30, 2009 and my declaration, dated February 12, 2009, submitted in connection therewith (the "Initial Declaration").

3. On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee. The Committee currently consists of five members: Flextronics Corporation (Chairperson); Airvana, Inc.; Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York, as indenture trustee; and The Bank of New York Mellon, as indenture trustee. On the Committee Formation Date, the Committee selected Akin Gump to serve as co-counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code. On January 30, 2009, the Committee selected Ashurst to serve as its European counsel pursuant to section 1103(a) of the Bankruptcy Code.

4. In preparing this Supplemental Declaration, through my colleagues, I caused to be submitted to Ashurst's computerized client and conflict database (the "Conflict Database")[3]

---

[3] The Conflict Database maintained by Ashurst includes all matters in which the firm is now or has previously been engaged, the entity by which the firm is now or has previously been engaged, a matter name describing that matter which should include the salient party involved in that matter, and the attorneys in the firm that are knowledgeable about the matter. Prior to November 10, 2008, Ashurst had a conflict checking system that imposed prime responsibility on the partner taking on the matter to do such checks with the assistance of a registry unit. On November 10, 2008, Ashurst established a new business intake system which includes a dedicated conflict check function performed by a newly instituted Compliance Team. This enables the firm to capture all matters in which the firm is currently engaged, the entity by which the firm is engaged and, as applicable, the identity of related parties and adverse parties and the attorneys in the firm that are knowledgeable about the matter. Since that date, no new matter may be accepted or opened within the firm without completing and submitting to the Compliance Team the

additional entities not included in Schedule 1 to the Initial Declaration. A copy of the list of the parties searched by Ashurst in connection with preparation of this Supplemental Declaration is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). The entities listed in Schedule 1 to this Supplemental Declaration were either: identified by the Debtors' legal and/or financial advisors; listed in the Second and Third Supplemental Declaration of James L. Bromley in Support of Application Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP as Counsel for Debtors and Debtors in Possession (Docket No.s 371 and 686); or came to the attention of Ashurst in the course of its representation of the Committee.[4]

### Representation of Parties in Interest[5]

5.  Set forth in Schedule 2 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the past been adverse to clients of Ashurst in matters wholly unrelated to these chapter 11 cases.

### Other Connections and General Disclosures

6.  Ashurst may have represented in the past and/or may currently or in the future represent entities (other than parties included in the attached exhibits) not currently known to Ashurst in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases. To the extent that Ashurst discovers any such information or needs to update the information disclosed herein, Ashurst will disclose such information to the Court, the

---

information necessary to check each such matter for conflicts, including the identity of the prospective client, the nature of the representation and any related and adverse parties.

[4] For reasons of confidentiality related to the business of the Debtors, Ashurst is not permitted at this time to disclose the identity of certain of the parties listed in Schedule 1. If and when Ashurst is permitted to disclose such information, Ashurst will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014. Ashurst will disclose such information in confidence to the Office of the United States Trustee if requested to do so.

[5] Ashurst does not act as general counsel to any of the parties in interest or related entities described herein.

Debtors and the U.S. Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on June 4, 2009

_____
Giles Boothman

## SCHEDULE 1

**Parties Who Have Filed Notices of Appearance: March 1, 2009 Through April 14, 2009**

Xeta Technologies, Inc.
TEKsystems, Inc.
The Prudential Insurance Company of America
Bell Microproducts, Inc.
Missouri Department of Revenue
Westcon Group North America Inc.
Monarch Alternative Capital LP
SEAL Consulting, Inc.
Tower 333 LLC
Mack Thorpe, Jr.
State of Michigan, Dept. Of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue

**Other Parties in Interest**

McKenna Long & Aldridge LLP
Primerica Financial Services Inc.
Travelers Group
Wipro Technologies
IBM Corporation
Securities and Exchange Commission
Internal Revenue Service
AIMS Logistics LLC (fka Advanced Information Management Systems, LLC)
SCA Music Holdings (Canada) Inc.
Florida Power & Light Company
American Express
Applied Micro Circuits
Paradigm Tax Group, LLC
True Partners Consulting LLC
Ford & Harrison LLP
Paul Hastings Janofsky and Walker LLP
Board of Equalization of State of California
MacKay Shields LLC
Fidelity Management and Research Co.
Loomis Sayles & Company L.P.
Pacific Investment Management Company
Sankaty Advisors LLC
Party A
Party B
Party C
Party D
Party E

Party F
Party G
Party H
Party I
Party J
Party K
Party L
Party M
Party N
Party O
Party P
Party Q
Party R
Party S
Party T
Party U
Party V

## SCHEDULE 2

## PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENT OR FORMER CLIENTS OF ASHURST LLP

### Other Parties in Interest

Ashurst LLP has in the past represented and currently represents the following companies and or certain related parties of such companies on matters wholly unrelated to the Debtors' charter 11 cases:

Sankaty Advisors LLC
Party F
Party L
Party Q
Party R
Party S
Party V

Ashurst LLP has in the past represented the following companies and or certain related parties of such companies on matters wholly unrelated to the Debtors' charter 11 cases:

Paul Hastings Janofsky and Walker LLP
Fidelity Management and Research Co.
Pacific Investment Management Company
Party A
Party C
Party D
Party J
Party P
Party T

## SCHEDULE 3

### PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY OR FORMERLY ADVERSE TO CLIENTS OF ASHURST LLP AND ITS AFFILIATES

The Prudential Insurance Company of America
Securities and Exchange Commission
American Express
MacKay Shields LLC
Sankaty Advisors LLC
Party A
Party B
Party C
Party D
Party E
Party F
Party G
Party K
Party L
Party M
Party Q
Party S
Party U
Party V