**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                Debtors. :
:
: **RE: D.I. _____**
:
------------------------------------------------------------X

**ORDER PURSUANT TO 11 U.S.C. SECTION 102(1) SHORTENING
NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE DEBTORS TO ENTER INTO ONE
OR MORE LETTER OF CREDIT AND BONDING FACILITIES
AND (II) GRANTING RELATED RELIEF
<u>PURSUANT TO SECTIONS 105, 361, 362, 363 AND 364 OF THE BANKRUTPCY CODE</u>**

Upon the motion dated June \_\_\_, 2009 (the "<u>Motion</u>"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "<u>Debtors</u>"), for entry of an order, as more fully described in the Motion for entry of an order pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rules 4001(c)(2) and 9006 and Local Rule 9006-1(e), shortening the notice period related to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Enter Into One or More Letter of Credit and Bonding Facilities and (II) Granting Related Relief Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (the "<u>L/C Motion</u>") and adequate notice of the Motion having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

been given; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, the Debtors' creditors and other parties in interest in these cases; and the Court having determined that "cause" exists to shorten the notice period related to the L/C Motion; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. Relief on the L/C Motion will be considered at the hearing scheduled for **June 11, 2009 at 2:00 p.m.** (Eastern Time).

2. Objections, if any, to the L/C Motion shall be filed and served in accordance with the Local Rules of this Court by no later than **June 10, 2009 at 12:00 p.m.** (Eastern Time).

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE