# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: D.I. No. 773 |

## SUPPLEMENT TO SECOND MONTHLY
## FEE APPLICATION OF JEFFERIES & COMPANY, INC.

Jefferies & Company, Inc., by and through undersigned counsel, hereby submits the attached expense detail report in accordance with Local Rule 2016-2(e), and in support of the Second Monthly Fee Application of Jefferies & Company, Inc. filed on May 20, 2009 [D.I. No. 773].

Dated: June 5, 2009
       Wilmington, Delaware

CROSS & SIMON, LLC

By: *(signature)*
Christopher P. Simon (No. 3697)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)
csimon@crosslaw.com

*Attorneys for Jefferies & Company, Inc.*

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon Websystems, Inc., Alteon Websystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, Coretek, Inc., Nortel Networks Applications Management Solutions, Inc., Nortel Networks Optical Components, Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions, Inc.

| Employee | Expense Category | Description | Date | Amount |
|---|---|---|---|---|
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Office to Home (PM) | 2/1/2009 | $8.50 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Office to Home (PM) | 2/2/2009 | $8.50 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/2/2009 | $8.00 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/3/2009 | $8.50 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Office to Home (PM) | 2/3/2009 | $8.50 |
| Michael J Henkin | Accommodations | Sheraton Hotel in Toronto | 2/3/2009 | $238.71 |
| Michael J Henkin | Accommodations | Hotel Tax | 2/3/2009 | $31.03 |
| Michael J Henkin | Accommodations | Hotel Tip | 2/3/2009 | $5.00 |
| Michael J Henkin | Meals | Meal while traveling | 2/3/2009 | $5.25 |
| Michael J Henkin | Transportation - Air | Roundtrip - San Francisco to Toronto | 2/3/2009 | $1,218.80 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Office to Home (PM) | 2/4/2009 | $8.50 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/4/2009 | $9.00 |
| Michael J Henkin | Meals | Lunch while traveling | 2/4/2009 | $8.46 |
| Michael J Henkin | Transportation - Ground | Taxi from Hotel to Meeting | 2/4/2009 | $27.74 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/5/2009 | $9.00 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Office to Home (PM) | 2/5/2009 | $8.50 |
| Michael J Henkin | Transportation - Ground | Parking at SF airport | 2/5/2009 | $99.00 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/6/2009 | $9.00 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/9/2009 | $8.50 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/10/2009 | $9.00 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/11/2009 | $9.00 |
| Tyler Lonsdale | Meals | Overtime Meal | 2/16/2009 | $19.73 |
| Cary Verasco | Meals | Overtime Meal | 2/17/2009 | $21.57 |
| David Kay | Meals | Overtime Meal | 2/17/2009 | $21.57 |
| Paul Zangrilli | Meals | Overtime Meal | 2/17/2009 | $25.00 |
| Cary Verasco | Meals | Overtime Meal | 2/18/2009 | $23.95 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office (AM) | 2/18/2009 | $9.00 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Office to Home (PM) | 2/18/2009 | $8.50 |
| David Kay | Meals | Overtime Meal | 2/18/2009 | $23.95 |
| Paul Zangrilli | Meals | Overtime Meal | 2/18/2009 | $25.33 |
| Tyler Lonsdale | Meals | Overtime Meal | 2/18/2009 | $25.29 |
| Cary Verasco | Meals | Overtime Meal | 2/19/2009 | $23.51 |
| Tyler Lonsdale | Meals | Overtime Meal | 2/19/2009 | $24.61 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office | 2/20/2009 | $9.00 |
| Paul Zangrilli | Meals | Overtime Meal | 2/20/2009 | $23.38 |
| Chih-Yin Chen | Transportation - Ground | Weekend Taxi - Home to Office | 2/21/2009 | $9.00 |
| Chih-Yin Chen | Transportation - Ground | Weekend Taxi - Office to Home | 2/21/2009 | $8.50 |
| Tyler Lonsdale | Meals | Weekend Lunch | 2/22/2009 | $18.11 |
| Tyler Lonsdale | Meals | Weekend Dinner | 2/22/2009 | $24.09 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office | 2/24/2009 | $9.00 |
| Chih-Yin Chen | Transportation - Ground | Overtime Taxi - Home to Office | 2/27/2009 | $9.00 |
| Ryan Stuckert | Meals | Overtime Meal | 3/2/2009 | $25.50 |
| Tyler Lonsdale | Meals | Overtime Meal | 3/2/2009 | $25.20 |
| Guarav Kittur | Meals | Overtime Meal | 3/3/2009 | $23.54 |
| Leo Chang | Meals | Overtime Meal | 3/3/2009 | $25.50 |
| Leo Chang | Meals | Overtime Meal | 3/4/2009 | $13.35 |
| Cary Verasco | Meals | Overtime Meal | 3/5/2009 | $25.40 |
| Edward Lee | Meals | Overtime Meal | 3/5/2009 | $22.12 |
| Ryan Stuckert | Meals | Overtime Meal | 3/5/2009 | $22.37 |
| Tom Hasselwander | Presentation Services | Create/Edit Presentation | 3/21/2009 | $128.00 |
| Tom Hasselwander | Presentation Services | Create/Edit Presentation | 3/21/2009 | $48.00 |
| Tom Hasselwander | Presentation Services | Create/Edit Presentation | 3/21/2009 | $118.00 |
| Niambi Williams | Presentation Services | Create/Edit Presentation | 3/28/2009 | $30.00 |
| **Total:** | | | | **$2,615.56** |