# SCHEDULE A

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE  ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 4/02/09 | RET | .4 | Teleconference with Joe Dearing regarding call with Chubb |
| 4/03/09 | RET | .5 | Prepare for call with Chubb to discuss letter briefs requested by Judge Weinstein |
| 4/03/09 | RET | .9 | Call with Chubb and Joe Dearing to discuss letter briefs requested by Judge Weinstein |
| 4/03/09 | RET | .4 | Call Joe Dearing and Don Powers to discuss letter briefs requested by Judge Weinstein |
| 4/03/09 | RET | .1 | E-mail to Sandy Illmer regarding the policy |
| 4/06/09 | RET | .2 | E-mail from and to Judge Weinstein regarding the letter briefs he has requested regarding the parties' position on second round of mediation |
| 4/06/09 | RET | .2 | E-mail from and to Peter Bisio regarding the letter briefs Judge Weinstein has requested regarding the parties' position on second round of mediation |
| 4/06/09 | RET | .3 | E-mail from and to Judge Weinstein's assistant regarding letter briefs on status of negotiations |
| 4/14/09 | RET | .2 | E-mail from and to plaintiff's counsel regarding second round of mediation |
| 4/14/09 | RET | .4 | Teleconference with Joe Dearing regarding draft joint letter to Judge Weinstein regarding second round of mediation |
| 4/14/09 | RET | .4 | Begin draft of letter brief to Judge Weinstein per his request |
| 4/14/09 | RET | .4 | Receive and analyze proposed draft joint letter to Judge Weinstein regarding second round of mediation |
| 4/14/09 | CLW3 | .7 | Draft section of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | .5 | Draft section of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | .6 | Draft section of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | .9 | Analyze court decision for use in preparation of letter brief to Judge Weinstein |

1

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 4/14/09 | CLW3 | .8 | Analyze court decision for use in preparation of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | 1.1 | Analyze court decision for use in preparation of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | .6 | Analyze court decision for use in preparation of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | .8 | Analyze court decision for use in preparation of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | .4 | Analyze court decision for use in preparation of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | .6 | Analyze court decision for use in preparation of letter brief to Judge Weinstein |
| 4/14/09 | CLW3 | 2.1 | Draft section of letter brief to Judge |
| 4/15/09 | CLW3 | 1.8 | Draft section of letter brief to Judge Weinstein with respect to recent court cases |
| 4/15/09 | CLW3 | 1.1 | Review and revise letter brief for review by René Thorne prior to submission to Judge Weinstein |
| 4/16/09 | RET | .2 | Teleconference with Sandy Illmer latest briefs to Judge Weinstein |
| 4/16/09 | RET | .5 | Teleconference with plaintiffs' counsel regarding possible second round of mediation |
| 4/16/09 | RET | 2.5 | Draft and edit supplemental mediation position paper requested by Judge Weinstein |
| 4/16/09 | CLW3 | .3 | Conduct research regarding caselaw referred to in letter brief to be submitted to Judge Weinstein |
| 4/17/09 | RET | .2 | E-mail Judge Weinstein requesting to submit supplemental mediation position paper |
| 4/17/09 | RET | 2.1 | Draft and edit supplemental mediation position paper requested by Judge Weinstein |
| 4/17/09 | RET | .3 | E-mail from and to Peter Bisio regarding supplemental mediation position paper requested by Judge Weinstein |
| 4/17/09 | RET | .1 | E-mail from Judge Weinstein regarding supplemental mediation papers |
| 4/20/09 | RET | .3 | Teleconference with Peter Bisio regarding our draft second supplemental mediation position paper |
| 4/20/09 | RET | .2 | E-mail to Peter Bisio regarding prior e-mail from Ernie Higginbotham to Sandy Illmer |
| 4/20/09 | RET | .8 | Final edits to second supplemental mediation position paper and email to Judge Weinstein attaching same with exhibits |

2

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 4/20/09 | RET | .2 | E-mail to Peter Bisio regarding our draft second supplemental mediation position paper |
| 4/20/09 | RET | 2.4 | Incorporate inserts into our draft second supplemental mediation position paper and continue to edit same |
| 4/20/09 | RET | .3 | Review and analyze comments from Peter Bisio to our draft second supplemental mediation position paper |
| 4/21/09 | RET | .1 | E-mail from and to Ken Hashimoto regarding status of re-setting mediation |
| 4/21/09 | RET | .1 | E-mail from Judge Weinstein regarding our supplemental mediation papers |
| 4/22/09 | RET | .3 | E-mail to and from Peter Bisio regarding Judge Weinstein's request for supplemental mediation submissions |
| 4/22/09 | RET | .2 | E-mail to Joe Dearing regarding Peter Bisio's e-mail regarding Judge Weinstein's request for supplemental mediation submissions |
| 4/28/09 | RET | .3 | Receive and review letter from Peter Bisio to Doug Beatty |
| 4/28/09 | RET | .2 | Receive and review letter from Peter Bisio to counsel for Michael Gollogly |

**SUB TOTAL   12,462.50**


L190 Other Case Assessment, Devel. & Adm

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 4/27/09 | JMS7 | .1 | E-mail from Sandy Illmer regarding document production |
| 4/27/09 | JMS7 | .1 | Second e-mail to Sandy Illmer regarding document production |
| 4/27/09 | JMS7 | .2 | E-mail Sandy Illmer regarding document production |
| 4/27/09 | JMS7 | .9 | Review documents produced by Shearman & Sterling |
| 4/27/09 | JMS7 | .3 | Office conference with Donna Hebert regarding documents produced by Shearman & Sterling |

**SUB TOTAL   722.50**

L210 Pleadings

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 4/01/09 | RET | .3 | E-mail from and to Lisa Kraidin regardding supplemental mediation letter |
| 4/01/09 | DSH | .6 | Meeting with Rene' Thorne to review and discuss current Nortel and Chubb invoices for bankruptcy court sumbmission |
| 4/01/09 | DSH | .6 | Conference call with Rene' Thorne, Jason Stein, Ann Robin, Marge McNally and Terri Long to discuss current Nortel and Chubb invoices and the requirements of the bankruptcy court in our monthly fee application |

3

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 4/01/09 | DSH | 1.8 | Review Nortel's portion of Jackson Lewis invoice for the time period January 14, 2009 to January 31, 2009 for category and subtotal information for our first interim application of Jackson Lewis |
| 4/01/09 | DSH | .8 | Further revisions to first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 after conference call with Marge McNally and Terri Long |
| 4/01/09 | DSH | 1.1 | Review time entries from Nortel only - non insurance invoice for month ending February 28, 2009 for use in the February bankruptcy fee application |
| 4/06/09 | RET | .4 | Review and edit latest draft of my affidavit from Alan Merskey |
| 4/17/09 | RET | .3 | E-mail from and to Alan Merskey regarding stay motion in Canada |
| 4/22/09 | RET | .2 | E-mail to plaintiffs' counsel serving them with papers filed in Canada regarding extension of the stay to the individual defendants |
| 4/22/09 | RET | .2 | Telephone call from Alan Merskey and e-mail to Alan Merskey informing him that we served plaintiffs' counsel with papers filed in Canada regarding extension of the stay to the individual defendants |
| 4/22/09 | RET | .2 | E-mail from and to Kate Weaver regarding papers filed in Canada regarding extension of the stay to the individual defendants |
| 4/24/09 | RET | .2 | E-mail from Jennifer Stam regarding plaintiffs' request for an extension of time to respond to the motion to extend the stay in Canada |
| 4/24/09 | RET | .2 | Telephone call from Jennifer Stam regarding plaintiffs' request for an extension of time to respond to the motion to extend the stay in Canada |
| 4/26/09 | RET | .1 | E-mail from Lisa Schweitzer regarding plaintiffs' request for an extension of time to respond to the motion to extend the stay in Canada |
| 4/27/09 | RET | .2 | E-mails from Jennifer Stam to and from Joe Dearing regarding plaintiffs' request for an extension of time to respond to the motion to extend the stay in Canada |

SUB TOTAL     1,885.00

4

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions & Submissions

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 4/13/09 | RET | .4 | Receive and analyze final version of my affidavit and the attached exhibits and email to Alan Merskey regarding same |

SUB TOTAL     200.00

L320 Document Production

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 4/21/09 | DSH | 2.8 | Continue reviewing documents produced by Shearman & Sterling |

SUB TOTAL     420.00

**ATTORNEY SERVICES**                                    15,690.00

TOTAL HOURS: 40.10

FEE GRAND TOTAL:      $15,690.00

**NORTEL'S 50% TOTAL: $7,845.00**

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

L120 Analysis/Strategy

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/01/09 | RET | .40 | Multiple emails and voice mail from and to Chubb and Joe Dearing regarding mediation strategy |
| 4/03/09 | RET | .50 | E-mail from and to Kate Weaver regarding creditors committee's request |
| 4/06/09 | RET | .30 | Receive and analyze correspondence from Alan Merskey to Chubb |
| 4/09/09 | RET | .50 | Receive and analyze articles discussing Nortel's receipt of bids |
| 4/14/09 | RET | .30 | E-mails from and to Dave Deppe regarding two comfort orders |
| 4/20/09 | RET | .30 | Call with Dave Deppe regarding two comfort orders |
| 4/21/09 | RET | .20 | E-mail to Joe Dearing regarding my conversation with Peter Bisio |
| 4/21/09 | RET | .70 | Telephone call from and to Ken Hashimoto regarding defendant Mary Cross |

**SUB TOTAL    1,512.50**

L160 Settlement/Non-Binding ADR

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/14/09 | RET | .20 | E-mail to and Joe Dearing regarding letter brief to Judge Weinstein |
| 4/16/09 | RET | .50 | Teleconference with Tom Donnelly regarding mediation position statement |
| 4/17/09 | RET | .50 | Teleconference with Joe Dearing regarding requested briefs by Judge Weinstein |
| 4/17/09 | RET | .20 | E-mail to Peter Bisio reqarding requested briefs by Judge Weinstein |
| 4/17/09 | RET | .60 | Revisions to requested briefs by Judge Weinstein |
| 4/17/09 | RET | .90 | Teleconference with Peter Bisio regarding requested briefs by Judge Weinstein |
| 4/17/09 | RET | .10 | E-mail to Peter Bisio regarding requested briefs by Judge Weinstein |
| 4/17/09 | RET | .40 | Receive and analyze Tom Donnelly's comments to requested briefs by Judge Weinstein |

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/17/09 | RET | .30 | E-mail to Tom Donnelly and Joe Dearing regarding Tom Donnelly's requested briefs by Judge Weinstein |
| 4/20/09 | RET | 1.10 | Think through pros and cons of various resolution scenarios |
| 4/21/09 | RET | 1.60 | Think through various possible resolution scenarios |
| 4/27/09 | RET | 2.10 | Begin drafting outline and arguments for letter briefs requested by Judge Weinstein |

SUB TOTAL     4,250.00

<u>L190 Other Case Assessment, Devel. & Adm</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/01/09 | RET | 1.00 | Meet with Donna Hebert to go over fee application process for the January fees |
| 4/01/09 | JMS7 | .70 | Teleconference regarding bankruptcy court fee application and determine how to submit the same |
| 4/01/09 | JMS7 | .10 | Review bankruptcy court order regarding approval of sale of certain assets |
| 4/01/09 | JMS7 | .60 | Edit bankruptcy court fee application exhibit regarding billings |
| 4/01/09 | JMS7 | .40 | Prepare for internal call regarding bankruptcy court fee application |
| 4/06/09 | JMS7 | .10 | E-mail from Katherine Weaver regarding Chubb insurance motion |
| 4/06/09 | JMS7 | .40 | Assist in finalizing first interim fee application |
| 4/07/09 | JMS7 | .10 | E-mail from Annie Cordo regarding filing first interim fee application |
| 4/09/09 | JMS7 | .10 | Review order from bankruptcy court regarding fee payment |
| 4/09/09 | JMS7 | .20 | Consider how to handle billing in light of order from bankruptcy court regarding fee payment |
| 4/09/09 | JMS7 | .40 | Work on fee application filing papers |
| 4/13/09 | JMS7 | .60 | Review bankruptcy court comfort motion and correspondence with Sandy Illmer regarding the same |
| 4/14/09 | JMS7 | .20 | Work on billing submission to bankruptcy court |
| 4/21/09 | JMS7 | .30 | Edit bill for submission to court for approval |
| 4/27/09 | JMS7 | .30 | Edit bill for submission to bankruptcy court |
| 4/28/09 | RET | .40 | Receive and analyze from Nora Salvatore relationship/conflicts check list |
| 4/29/09 | RET | .20 | E-mail from Dana Duckworth regarding January invoice; e-mail to Donna Hebert regarding same |
| 4/29/09 | JMS7 | .50 | Finalize bill for submission to bankruptcy court |

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 4/29/09 | DSH | .10 | Draft e-mail to Dana Duckworth in response to her e-mail requesting an invoice number for the fee application we filed with the Delaware bankruptcy court for January time entries |

          SUB TOTAL     2,940.00

## L210 Pleadings

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/01/09 | DSH | 1.80 | Review time entries included in exhibit A for Donna Hebert and Susanne Veters and revise as needed for our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 4/02/09 | DSH | .90 | Review and make revisions to original Jackson Lewis invoice for January 14 - 31, 2009 to reflect only one half of all charges that are due from Nortel to be used as back up for first interim fee application |
| 4/02/09 | DSH | .40 | Review time entries included in exhibit A for Jason Stein and revise as needed for our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 4/03/09 | RET | .50 | Pull information for Kate Weaver regarding questions from the creditors committee on the second comfort motion |
| 4/03/09 | DSH | .70 | Meet with Rene Thorne to review and discuss status of Jackson Lewis' first interim fee application |
| 4/03/09 | DSH | 2.20 | Review documents contained on the US Bankruptcy Court, District of Delaware docket report to research requirements for filing and review forms used by other firms to prepare for filing Jackson Lewis' first interim fee application |
| 4/06/09 | RET | .30 | E-mail from and to Kate Weaver regarding questions from the creditors committee on the second comfort motion |
| 4/06/09 | RET | .20 | E-mail from and to Joe Dearing regarding questions from the creditors committee on the second comfort motion |
| 4/06/09 | DSH | .20 | Receive and review e-mail from Annie Cordo answering questions and requiring all additional information regarding our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 4/06/09 | DSH | .10 | Draft e-mail to Annie Cordo requesting additional information regarding our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 4/06/09 | DSH | .30 | Draft another e-mail to Annie Cordo requesting additional information regarding our first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/06/09 | DSH | .80 | Revise draft of first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 after conference with Rene' Thorne |
| 4/06/09 | DSH | .50 | Revise time entries for Rene Thorne to remove privileged and confidential information to be used as back up for first interim fee application |
| 4/07/09 | RET | .20 | E-mail from Annie Cordo regarding first fee application and its exhibits |
| 4/07/09 | DSH | .60 | Revisions to draft of first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 4/07/09 | DSH | .30 | Meeting with Rene' Thorne for final review of first interim application of Jackson Lewis for the time period January 14, 2009 to January 31, 2009 |
| 4/07/09 | DSH | .30 | Draft e-mail to Annie Cordo attaching Jackson Lewis' first interim application with exhibits A and B for the time period January 14, 2009 to January 31, 2009 |
| 4/07/09 | DSH | 1.20 | Begin draft of second interim application of Jackson Lewis for the time period February 1 to February 28, 2009 |
| 4/08/09 | DSH | .10 | Receive and review e-mail from Annie Cordo regarding providing back up for expenses on our next interim fee application |
| 4/08/09 | DSH | 2.10 | Begin reviewing February Nortel/Chubb time for revisions needed for exhibit A of our second interim fee application |
| 4/08/09 | DSH | .20 | Draft letter to Annie Cordo in connection with the originals of first interim fee application and exhibits A and B |
| 4/09/09 | DSH | 2.30 | Review February Nortel/Chubb time entries for revisions needed in regards to privilege and confidential information for exhibit A of our second interim fee application |
| 4/09/09 | DSH | 2.10 | Begin review of February Nortel Non-Insurance and February Nortel/Chubb disbursements for February to draft Exhibit B of our second interim fee application |
| 4/09/09 | DSH | 2.60 | Review February Nortel Non-Insurance time entries for revisions needed in regards to privilege and confidential information for exhibit A of our second interim fee application |
| 4/10/09 | DSH | .90 | Continue drafting of second interim application of Jackson Lewis for the time period February 1 to February 28, 2009 |
| 4/10/09 | DSH | 1.60 | Begin drafting Exhibit B of our second interim fee application |
| 4/10/09 | DSH | 1.70 | Begin drafting Exhibit A of our second interim fee application |
| 4/13/09 | RET | .20 | E-mail from Annie Cordo regarding second interim fee application and when and how payments are made once the fee applications are submitted to the Court |
| 4/13/09 | DSH | .10 | Draft e-mail to Rene' Thorne and Jason Stein regarding filed version of first interim fee application |

DATE ATTY HRS  DESCRIPTION OF SERVICES RENDERED

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 4/13/09 | DSH | .40 | Research and review docket on Pacer for filing of first interim fee application of Jackson Lewis |
| 4/13/09 | DSH | .10 | Calculated calendar entry of final date objections could be filed regarding our first interim fee application |
| 4/13/09 | DSH | .10 | Calculated calendar entry of date certificate of no objection could be filed and Nortel would be released to make payment to Jackson Lewis on monies due from our first interim fee application |
| 4/13/09 | DSH | 2.20 | Continue editing Exhibit A of our second interim fee application |
| 4/13/09 | DSH | .20 | Receive and review e-mail to Annie Cordo regarding requested information on payment structure once fee applications are approved by the bankruptcy court |
| 4/13/09 | DSH | .10 | Draft e-mail to Annie Cordo requesting information on how and when payments are made from the bankruptcy court once approved |
| 4/13/09 | DSH | 1.30 | Continue drafting of second interim application of Jackson Lewis for the time period February 1 to February 28, 2009 |
| 4/14/09 | DSH | .20 | Teleconference with Annie Cordo in connection with our second interim fee application and whether we should file one fee application including both Nortel/Chubb time and Nortel non-insurance time or file two separate applications |
| 4/14/09 | DSH | 1.10 | Continue drafting of second interim application of Jackson Lewis for the time period February 1 to February 28, 2009 |
| 4/14/09 | DSH | 1.20 | Continue editing Exhibit A of our second interim fee application |
| 4/16/09 | DSH | 1.10 | Continue editing Exhibit A of our second interim fee application |
| 4/16/09 | DSH | 1.30 | Continue drafting of second interim application of Jackson Lewis for the time period February 1 to February 28, 2009 |
| 4/16/09 | DSH | 1.20 | Continue editing Exhibit B of our second interim fee application and accompanying back up materials |
| 4/16/09 | DSH | .20 | Draft e-mail to Rene' Thorne in connection with the draft of our second interim fee application to the bankruptcy court |
| 4/21/09 | RET | 1.40 | Analyze issues raised by plaintiffs' counsel regarding several possible approaches to resolution |
| 4/21/09 | RET | .90 | Edit second interim fee application |
| 4/21/09 | DSH | .60 | Revise second interim application of Jackson Lewis for the time period February 1 to February 28, 2009 and put in final form to be forwarded to Annie Cordo |
| 4/21/09 | DSH | .30 | Draft letter to Annie Cordo in connection with the originals of second interim fee application and exhibits A and B |
| 4/21/09 | DSH | .30 | Draft e-mail to Annie Cordo attaching Jackson Lewis' second interim application with exhibits A and B for the time period February 1, 2009 to February 28, 2009 |

10

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/21/09 | DSH | 1.30 | Revise Exhibit A of our second interim fee application with time entries from attorneys with February time on case and put in final form to be forwarded to Annie Cordo for filing |
| 4/21/09 | DSH | .40 | Revise and edit Exhibit B of our second interim fee application and accompanying back up materials and put in final form to forward to Annie Cordo for filing |
| 4/22/09 | RET | .20 | E-mail from Annie Cordo regarding second interim fee application |
| 4/22/09 | DSH | 1.30 | Begin draft of exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/22/09 | DSH | .80 | Begin draft of exhibit B of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/22/09 | DSH | .20 | Receive and review e-mail from Annie Cordo regarding changes made and information added to our second interim fee application |
| 4/22/09 | DSH | 1.30 | Begin draft of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/23/09 | DSH | .30 | Research and review bankruptcy docket and fee application documents filed on our behalf by Annie Cordo |
| 4/23/09 | DSH | .10 | Calculate and calendar entry of final date objections could be filed regarding our second interim fee application |
| 4/23/09 | DSH | 2.30 | Begin reviewing March Nortel/Chubb time for revisions needed for exhibit A of our third interim fee application |
| 4/23/09 | DSH | 1.20 | Continue drafting of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/24/09 | DSH | .90 | Continue drafting of exhibit B of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/24/09 | DSH | 1.10 | Continue drafting of exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/24/09 | DSH | 1.10 | Continue drafting of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/27/09 | DSH | .90 | Continue editing time entries of exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/28/09 | DSH | 2.10 | Continue editing time entries of exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/30/09 | DSH | 1.60 | Continue drafting of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 4/30/09 | DSH | 3.20 | Continue drafting of exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 with time entries for the Nortel non-insurance invoice |

SUB TOTAL    10,350.00

L240 Dispositive Motions

DATE ATTY HRS    DESCRIPTION OF SERVICES RENDERED

4/21/09 RET  .40    Receive and analyze Second Amended and Restated Initial Order in the Canadian bankruptcy proceedings

SUB TOTAL    200.00

L250 Other Written Motions & Submissions

DATE ATTY HRS    DESCRIPTION OF SERVICES RENDERED

4/03/09 RET  1.40    Revisions to fee application for January

4/08/09 RET  1.10    Work in second fee application

4/13/09 RET  .40    Receive and analyze order on second comfort motion and e-mail from and to Dave Deppe regarding same

4/13/09 RET  1.40    Work on second fee application

4/13/09 RET  .30    E-mail from and to Sandy Illmer regarding second comfort order

4/13/09 RET  .30    Teleconference with Sandy Illmer regarding scope and application of second comfort order

4/13/09 RET  .90    Continue to work on second fee application

4/13/09 RET  .70    Consider scope and impact of second comfort order permitting Chubb to pay its previously agreed upon pre-petition fees

4/20/09 RET  .50    Receive and analyze Justice Campbell's decision regarding allocation issue

SUB TOTAL    3,500.00

L390 Other Discovery

DATE ATTY HRS    DESCRIPTION OF SERVICES RENDERED

4/24/09 DSH  2.60    Draft chart of documents that have been produced by Shearman & Sterling

4/27/09 DSH  .90    Pull selected documents that have been produced by Shearman & Sterling for review

SUB TOTAL    525.00

TOTAL HOURS:  89.20

FEE GRAND TOTAL:      $23,277.50

TOTAL HOURS:  89.20

FEE GRAND TOTAL:      $23,277.50