# SCHEDULE B

## EXPENSE SUMMARY

### NORTEL/CHUBB

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2009 Through April 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Courier/Delivery Service | | | |
| Computer Research | Westlaw | | |
| Duplicating | In Office | 20.86 | 10.43 |
| Telephone | | | |
| Facsimile | | | |
| Secretarial Overtime | | | |
| Computer Research | Lexis | | |
| Paralegal Overtime[1] | | | |
| **Grand Total Expenses** | | **20.86** | **10.43** |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

### NORTEL NETWORKS – NON-INSURANCE

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2009 Through April 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Courier/Delivery Service | | |
| Computer Research | Westlaw | |
| Duplicating | In Office | 4.80 |
| Telephone | | .92 |
| Facsimile | | |
| Postage | | 1.51 |
| Computer Research | Lexis | |
| **Grand Total Expenses** | | **$7.23** |

## TOTAL EXPENSES DUE: $17.66

---

[1] Work performed by paralegals on behalf of the Debtors outside of normal business hours.

# Expenses Back-Up

NORTEL/CHUBB

DISBURSEMENTS

| | | |
|---|---|---:|
| 4/30/09 | Photocopying (In Office) (258) | 18.06 |
| 4/30/09 | Photocopying (In Office) (40) | 2.80 |
| | TOTAL DISBURSEMENTS | $20.86 |

**Nortel's 50% of Total Expenses**            **$10.43**

NORTEL NON-INSURANCE

DISBURSEMENTS

| | | |
|---|---|---:|
| 4/30/09 | Photocopying (In Office) (24) | 4.80 |
| 4/30/09 | Telephone | .92 |
| 4/30/09 | Postage | 1.51 |
| | TOTAL DISBURSEMENTS | $7.23 |

**GRAND TOTAL DISBURSEMENTS**            **$17.66**