**EXHIBIT B**

[New York #2051711 v4]

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :  Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :  Case No. 09-10138 (KG)
                                                            :
                   Debtors. :  Jointly Administered
                                                            :
                                                            :  Hearing date: June 26, 2009 at 3:00 p.m. ET
                                                            :  Objections due: June 19, 2009 at 4:00 p.m. ET
------------------------------------------------------------X

## DECLARATION OF RYAN D. MCGLOTHLIN IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PUNTER SOUTHALL LLC *NUNC PRO TUNC* TO MAY 8, 2009 AS PENSION CO-ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION

      I Ryan D. McGlothlin, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge:

      1.     I am the Managing Director of the firm Punter Southall LLC ("Punter Southall" or the "Firm"), which has its principal office at 161 Worcester Road, Suite 503, Framingham, MA 01701. I am authorized to execute this declaration on behalf of Punter Southall. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

      2.     This declaration is being submitted in connection with the proposed retention of Punter Southall as pension advisor to the Debtors to perform services as set forth in the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

application for an order authorizing the employment and retention of Punter Southall (the "Application").[2]

### Professional Qualifications

3. Punter Southall is an advisory firm that specializes in the provision of actuarial, pension risk management and restructuring advisory services to sponsors and trustees of defined benefit pension plans in the United States and the United Kingdom. Punter Southall has significant experience in dealing with pension regulatory authorities, especially in the United Kingdom, and in obtaining the most favorable outcome for clients in restructuring situations.

4. Punter Southall is the US subsidiary of the Punter Southall Group Limited ("PSG"), a group of companies whose primary business was initially founded in 1988 to provide actuarial and investment advice to UK pension plans. PSG currently employs 700 staff and offers a full range of actuarial, employee benefit consultancy and pension administration services to over 100 clients in the UK and US. PSG's constituent businesses include consulting actuaries and pensions administrators; actuarial services in corporate transactions; independent financial advisers; investment consultants and asset solutions; wealth managers; institutional and retail asset managers and independent pension scheme trustee services. PSG has approximately £5bn assets under management and £20bn of assets under advice. PSG is headquartered in London, England, and certain members of the team assigned to this matter are based in the United Kingdom.

5. Punter Southall is regularly engaged by clients to advise them on pension related issues in corporate restructurings. These issues frequently necessitate engagement with pension regulatory authorities and intense negotiations around the valuation of pension liabilities.

---

[2] Capitalized terms used, but not defined, herein shall have the same meanings as in the Application.

2

6.      Punter Southall's professionals have been engaged in dozens of corporate transaction and restructuring assignments over the past three years in the United Kingdom, the United States and Canada. Uniquely, Punter Southall was an advisor and expert witness to the Committee of Unsecured Creditors of Sea Containers Services Limited ("Sea Containers") in the chapter 11 cases of Sea Containers and certain of its affiliates. Punter Southall's expert testimony was accepted by the court.

### Services to be Provided

7.      Nortel Networks Inc. ("NNI"), Punter Southall and Palisades Capital Advisors, LLC ("Palisades", together with Punter Southall, the "Co-Advisors") entered into that certain letter agreement, dated as of May 8, 2009 (the "Engagement Agreement"), a copy of which is attached to the Application as Exhibit C. Pursuant to the Engagement Agreement,[3] the Co-Advisors will provide pension advisory services to the Debtors in connection with these chapter 11 cases and will provide financial and related advisory services to the Debtors and their counsel, advisors, and consultants relating to the pension-related liabilities and obligations of the Debtors including the following, as reasonably requested:

  a.  Undertaking a financial, regulatory and actuarial review of the Company's pension and other post-retirement plans;

  b.  Analyzing strategic alternatives available to the Company regarding resolution of pension-related claims and issues in the United States, Canada, and the United Kingdom;

  c.  Advising the Company on tactics and strategies for negotiating with various stakeholders and pension regulators on pension-related issues;

  d.  Representing or assisting the Company in negotiations with third parties with respect to any of the foregoing;

---

[3] The summary of the Engagement Agreement in this Application is solely for the benefit of the Court and parties in interest. To the extent that the summary and the terms of the Engagement Agreement are inconsistent, the terms of the Engagement Agreement shall control. Capitalized terms not defined in this Application shall have the meanings given them in the Engagement Agreement.

3

e. Providing testimony in court on behalf of the Company with respect to any of the foregoing, if necessary;

f. Attending meetings of the Company's Board of Directors and committees thereof, meetings of the Debtors' investment bankers, financial advisors, and counsel, creditor committee and court hearings; and

g. Providing other pension advisory services as may be agreed upon by the Co-Advisors and the Company.

8. Palisades' analysis of strategic alternatives available to the Company regarding resolution of pension-related claims and issues in the United States, Canada, and the United Kingdom, includes, without limit, issues relating to purported extraterritorial rights with respect to such claims

9. Punter Southall acknowledges that the Debtors have retained other professionals in these chapter 11 cases. Punter Southall will carry out unique functions and will work cooperatively with the Debtors, Punter Southall and other professionals retained in these cases to avoid the unnecessary duplication of services.

## Disclosure of Relationship with Parties in Interest

10. In connection with its proposed retention by the Debtors in these cases, Punter Southall undertook to determine whether Punter Southall had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors. Specifically, Punter Southall obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Potential Parties-in-Interest") and such parties are listed on Schedule 1 annexed hereto. Palisades has researched its electronic client files and records to determine its connections with the Potential Parties-in-Interest. To the best of my knowledge and information, after inquiry of Punter Southall's personnel and records, Punter Southall's connections with the Potential Parties-

in-Interest (or their related entities) in matters unrelated to these chapter 11 proceedings within the last three years are as follows:

    a.    Debtors' Significant Customers: Punter Southall Transactions Services ("PSTS"), a sibling entity of Punter Southall LLC, currently provides corporate pensions advice to a United Kingdom subsidiary of Telefonica, known as O2 plc.

    b.    Debtors' Insurers: Punter Southall's United Kingdom sibling entities have professional indemnity insurance in place with companies within the Hiscox group.

    c.    Debtors' Bondholders and Trustees: PSTS currently acts as an expert witness to the Trustees of the BNP Paribas United Kingdom Pension Scheme, in relation to a dispute with certain of their advisers. PSTS advises private equity firms on pension related matters in which the Debtor's Bondholders and Trustees or their affiliates, may be limited partners. PSigma Investments Limited, a sibling entity of Punter Southall, acts as an investment manager for and on behalf of a number of institutional clients and funds; such clients and funds have derivatives contracts in place with counterparty entities listed among the Debtor's Bondholders and Trustees including Barclays Capital, Credit Suisse, Goldman Sachs, Morgan Stanley and Merrill Lynch. PSigma Investments Limited ("Psigma") has also, within the past three years, acted as an investment adviser to the Bank of America's pension plans.

    d.    Unsecured Creditors Committee's Professionals: Ashurst LLP acts as legal advisers to Punter Southall's sibling entities within the United Kingdom, and also acts as an introducer to certain of Punter Southall LLC's sibling entities within the United Kingdom.

    e.    Debtors' Major Competitors: PSigma currently acts as investment adviser and investment manager to a corporate trustee which is an affiliate of Sony Ericsson Mobile Communications A.B.

    f.    Utilities: Punter Southall's United Kingdom sibling entity, Punter Southall Limited is an appointed actuary/adviser to BT.

    g.    Others: Punter Southall acts as consultant to The Prudential Insurance Company of America. PSigma has also, within the past three years, acted as an investment adviser to Allen & Overy LLP.

11. Punter Southall may also have represented certain Potential Parties-in-Interest (or their Related Entities) in the past and Punter Southall may have worked with, continue to work with, and/or have mutual clients with, certain accounting and law firms who appear on the Potential Parties-in-Interest list.

12. PSTS is the specialist transactions consulting division within the Punter Southall Group of companies, of which Punter Southall is a member. PSTS advises private equity firms, investment companies and other corporate entities on the acquisition and disposal of defined benefit pension schemes as well as the ongoing management of pension liabilities. PSTS was established in 1998 and its experience in pension M&A projects has been gleaned across a broad spectrum of transactions covering all pension arrangements from large defined benefit plans to specialist executive and international arrangements. Employees of PSTS will assist Punter Southall in connection with the engagement. Punter Southall has researched the electronic client files of PSTS and made inquires of its key personnel in relation to the Parties-in-Interest as appropriate.

13. Punter Southall has asset management affiliates, including PSigma. As part of its regular business as a regulated investment adviser, investment manager and fund manager within the United Kingdom, PSigma may trade securities (including in discretionary institutional client accounts) on behalf of underlying clients or mutual funds, in entities listed among the Parties-in-Interest, and/or utilizing the services of Parties-in-Interest. Punter Southall will keep and hold all information gained from this engagement confidential to ensure that no confidential or non-public information concerning the Debtors or the Parties-in-Interest will be available to Punter Southall's asset management affiliates, including PSigma.

14.     Given the size of the Firm and the breadth of Punter Southall's client base it is possible that Punter Southall may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge. In addition, the Debtors have numerous customers, creditors and other parties with whom they maintain business relationships and some may not be included as Potential Parties-in-Interest. To the extent that Punter Southall discovers any, or enters into any new, material relationship with Potential Parties-in-Interest, it will use reasonable efforts to supplement this disclosure to the Court.

15.     Other than as disclosed herein, Punter Southall has no relationship with the Debtors of which I am aware after due inquiry.

### Professional Compensation and Employment Terms

16.     Punter Southall's retention is subject to the Court's approval of the Engagement Agreement. It is the intention of the Co-Advisors to seek compensation for its services as described in the Application and the Agreement in accordance with the Bankruptcy Code, the Bankruptcy Rules, the United States Trustees' Guidelines and any and all rules of this Court and consistent with the proposed compensation set forth in the Engagement Agreement (the "Fee Structure").[4]

17.     In summary, the Fee Structure provides that NNI is obligated to pay the following compensation to the Co-Advisors:

    a.     A monthly cash fee ("Monthly Advisory Fee") of $200,000 for the first ten months of the Engagement (the "Minimum Advisory Fee Period") and then $125,000 thereafter, which first payment accrues upon the date of execution of the Agreement, until the expiration or termination of the

---

[4] The summary of the Engagement Agreement in this application is solely for the benefit of the Court and parties in interest. To the extent that the summary and the terms of the Engagement Agreement are inconsistent, the terms of the Engagement Agreement shall control. Capitalized terms not defined in this Application shall have the meanings given them in the Engagement Agreement.

        Agreement. Sixty-five percent of the Monthly Advisory Fee will be payable to Palisades and thirty-five percent to Punter Southall.

    b.    In addition to all of the other fees and expenses described in the Agreement, NNI shall reimburse the Co-Advisors for all (i) reasonable out-of-pocket expenses incurred from time to time in connection with its services hereunder (including travel and lodging, data processing and communications, carrier services) and (ii) other reasonable fees and expenses, including counsel, if any.

    c.    To the extent a plan of reorganization or liquidation is confirmed by the Bankruptcy Court or the Agreement is otherwise terminated by the Company, the Co-Advisors shall be entitled to the Monthly Advisory Fees accrued and expenses incurred to such date, but in no event less than the aggregate Monthly Advisory Fees payable through the Minimum Advisory Fee Period.

18. Punter Southall charges its clients for reasonable expenses associated with an assignment. Except as necessary to comply with an applicable administrative order, all such expense billings are in accordance with the Firm's customary practices.

19. Punter Southall has not received a retainer in this matter.

20. To the best of my knowledge, (a) no commitments have been made or received by Palisades, nor any member thereof, as to compensation or payment in connection with this chapter 11 case other than in accordance with the provisions of the Bankruptcy Code, and (b) Punter Southall has no agreement with any other entity, with the exception of Palisades, who the Debtors seek to retain by separate application filed concurrently herewith, to share with such entity any compensation received by Punter Southall in connection with these chapter 11 cases.

21. The Debtors did not make any payments to Punter Southall during the 90-day period prior to the Petition Date.

22. Based upon the foregoing, I believe Punter Southall is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

Dated: June 5, 2009

PUNTER SOUTHALL LLC

By: _____
Name: Ryan D. McGlothlin
Title: Managing Director
