## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Application For An Order Authorizing Employment And Retention Of Punter Southall LLC** *Nunc Pro Tunc* **To May 8, 2009 As Pension Co-Advisor To The Debtors And Debtors In Possession** was caused to be made on June 5, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: June 5, 2009

                                        Ann C. Cordo (# 4817)

2931024.1