**EXHIBIT B**

[TENANT LETTERHEAD]

\_\_, 2009

[Landlord Name]
[Address]

      Re:    <u>Nortel Networks Inc., et al., 09-10138 (Bankr. D. Del. filed January 14, 2009) and that certain Lease, dated as of [●], by and between [Nortel Entity] (the "Tenant") and [Landlord] (the "Lease")</u>

Dear [Landlord Name],

      As you are aware, the Tenant and certain of its affiliates and subsidiaries (together, the "Nortel Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") on January 14, 2009 (the "Petition Date"). Under section 365(d)(4) of the Bankruptcy Code, the Tenant has a present deadline of August 12, 2009, to assume or reject its Lease with you. As this decision requires the careful and deliberate evaluation of numerous factors and parties, I am writing to request your consent to an extension of this period through and including March 31, 2010.[1]

      Since the Petition Date, the Tenant and the other Nortel Debtors have devoted their efforts to stabilizing their businesses and undertaking cost reduction activities, positioning themselves to maximize payments to their creditors and strengthen relationships with their key business partners, including their landlords. Your consent to an extension of the period of time under section 365(d)(4) of the Bankruptcy Code will be a valuable contribution to these efforts. This will avoid the Tenant having to make a premature decision to reject your Lease.

      In recognition of this contribution, and as consideration for your agreement to the extension, in the event that after exercising its sound business judgment the Tenant determines that rejection of your Lease will benefit the Tenant's estate, the Tenant agrees that it will provide you with notice of such determination at least 30 days before the date set for rejection of the Lease in (x) a motion filed for the entry of an order authorizing the Tenant to reject your Lease or (y) a rejection notice filed and served on you as provided for in that certain Order Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases and the

---

[1] Nothing in this letter constitutes an admission, and the Nortel Debtors reserve all of their respective rights, remedies, privileges and arguments, including without limitation with respect to the extension of time to assume or reject its leases under section 365(d)(4) of the Bankruptcy Code.

Abandonment of Certain Assets Related Thereto (D.I. 510) entered by the court on March 20, 2009.[2]

        Please sign below indicating your consent to the extension of time, under section 365(d)(4)(B)(ii), for the Tenant to assume or reject its Lease with you through and including March 31, 2010, subject to the notice provision set forth in the preceding paragraph. Once you have executed this letter, please return it to the Tenant in the enclosed self-addressed stamped envelope. Thank you for your cooperation.

        Yours truly,

        [TENANT NAME]


        _____
        Name:
        Title:


Agreed to this ___ day
of _____, 2009

[LANDLORD NAME]


_____
Name:
Title:

---

[2] The Nortel Debtors intend to seek approval of the U.S. Bankruptcy Court to enter into this letter, and the effectiveness of this Letter Agreement is subject to court approval.