## CERTIFICATE OF SERVICE

I, Andrew R. Remming, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Under 11 U.S.C. §§ 363(b)(1) And 365(d)(4), Granting Extension Of The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Non-Residential Real Property Upon Receipt Of Written Consent From Lessors** was caused to be made on June 5, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: June 5, 2009

_____
Andrew R. Remming (No. 5120)

2932241.1