# LEASE REJECTION SERVICE LIST

**VIA INTERNATIONAL AIRMAIL**

c/o Gordon Davies
Nortel Networks Limited
195 West Mall Road
Tononto,   M9C 5K1
Ontario Canada

**VIA FIRST CLASS U.S. MAIL**

c/o Denholz Assoc
Metropark South LLC
1600 St. Georges Avenue
P.O. Box 1234
Rahway, NJ  07065

Attn: VP Operations Office Properties
The Irvine Company LLC
P.O. Box 6370
Newport Beach, CA  92658-6370

c/o The Hinman Co
Open Terrace Associates
750 Trade Centre Way
Suite 100
Portage, MI  49002

Michael H. Kritz
7884 BR LLC
256 Delta Drive
Mandeville, LA  70448

c/o Dixie Development
Moberly Properties LLC
2049 e. Joyce Boulevard
Suite 400
Fayetville, AR  72703

c/o The Dalad Group
Genesis Building Ltd.
6055 Rockside Woods Blvd.
Suite 100
Independence, OH  44131

Omaha Plaza Investments LLC
14301 FNB Parkway
Suite 100
Omaha, NE  68154

c/o REI Real Estate Sev
Technology Center Assoc LP
11711 N. Pennsylvania Street
Suite 200
Michael Wells
Carmel, IN  46032

c/o New Boston Fund Inc
Duke Realty Ohio
5600 Blazer Pkwy.
Suite 100
Dublin, OH  43017

New Boston 175 Capital LLC
60 State Street
Suite 1500
Boston, MA  02109

Attn: Aset Manager
Behringer Harvard TIC Mngmt Services LP
15601 Dallas Parkway
Suite 600
Addison, TX  75001

Attn: Asset Management
St. Paul Properties Inc.
385 Washington Street
St. Paul, MN  55102-1309

One Capital Mall Investors L.P.
7700 College Town Drive
Suite 101
Sacramento, CA  95826

c/o Talcott III Ormsby LLC
Faulkner Hinton/Ormsby II LLC
One Financial Plaza
Hartford, CT  06103

Barbara Sell_Corp Accts
The Regus Group LLC
12601 Deerfield Pkwy.
Suite 100
Alpharetta, GA  30005

Marc Leonard Ripp Esq.
c/o Mack-Cali Realty Corp.
100 Campus Dr. Ste 200
RE_10 Sylvan SPE LLC
Florham Park, NJ  07932

John E. Anderson
Duesenberg Investment Company
1800 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067

Attn:  Business Manager
The Bonham Golf and Country Club
501 West Russell Avenue
Bonham, TX  75418

Janell Cain City Secretary
City of Bonham
301 East Fifth Street
Bonham, TX  75418

c/o Lindoln Property Co
Woodfield Holdings PT LLC
475 N. Martingale Road
Suite 280
Schaumburg, IL  60173

c/o Gatski Commercial Real Est
Tomorrow 35 Century LP
1770 E. Flamingo Road
Suite 202-A
Las Vegas, NV  89119

Riverdale Office Properties Partnership
100 Morgan Keegan Drive
Suite 400
Little Rock, AR  72202-2210

Attn: ZSF/Research Network Trust
U.S. Bank National Association
One Federal Street
Boston, MA  02111

c/o iStar Financial Inc
iStar CTL North Glenville - Richardson LLC
One Galleria Tower
13355 Noel Road
Suite 900
Dallas, TX  75240

c/o Ciminelli Dev Co Inc
Pineview Associates
350 Essjay Road
Suite 101
Williamsville, NY  14221

Willard T. Anderson Properties
125 Wolf Road
Albany, NY  12205

Sunset Land Company LLC
One Annabel Lane
Suite 201
San Ramon, CA  94583

Attn:  AVP Portfolio Mngmt
USAA Stratum Executive Center Joint Venture
9830 Colonnade Blvd.
Suite 600
San Antonio, TX  78230

Thomas Hinds General Manager
Metropolitan Tulsa Investments LLC
Two West Second Street
Suite 22
Tulsa, OK  74103

c/o CORe Realty Holdgs
COARE Brookfield Lakes LLC
18000 West Sarah Lane
Suite 250
c/o Hammes Co
Brookfield, WI  53045

c/o Terrus Real Estate Grp
West Colony Office Associates LP
1200 Valley West Drive
Suite 304-06
West Des Moines, IA  50266

c/o NorthMarq Real Est Ptnshp
Teachers Ins &  Annuity Assoc
8400 Normandale Lake Blvd.
Suite 320
Minneapolis, MN  55437

c/o Gutierrez Company
Technology Park X Limited Partnership
One Wall Street
Burlington, MA  01803

Joseph B. Dobronyi Jr.
c/o J.P. Morgan Invest. Inc.
522 Fifth Avenue
9th Floor
RE_Coliseum Transfer Inc.
New York, NY  10036

c/o Cont'l Devlpmt Corp
The Plaza CP LLC
2041 Rosecrans Avenue
El Segundo, CA  90245-0916

Omega Corporate Center LP
Eleven Parkway Center
Suite 300
Pittsburgh, PA  15220

The Irvine Company LLC
18500 Von Karman Avenue
Suite 120
Irvine, CA  92612

c/o Moody Rambin Off Serv
RP Sam Houston Plaza LP
519 N. Sam Houston Pkwy E.
Suite 100
Houston, TX  77060

Travis Maune Sr Manager  
c/o Colliers Turley Martin Tucker  
622 Emerson Rd Ste 320  
RE_I&G Direct RE 18 LP  
St. Louis, MO   63141  

c/o Cassidy & Pinkard Colliers  
Deka Immobilien Invstmt GmbH  
2980 Fairview Park Dr.  
Falls Chruch, VA   22042  

IGD Properties Corp.  
1510 FD Roosevelt Avenue  
Suite 11-B-1  
Guaynabo, PR   00968  

c/o Morgan Stanley US  
East Camelback Road Inc.  
555 California Street  
Suite 2100  
San Francisco, CA   94104  

c/o Stoltz Mgmt of DE Inc  
UCM/SREP-Corporate Woods LLC  
725 Conshohocken State Rd.  
Bala Cynwyd, PA   19004  

Attn:  Damian Manolis  
The Prudential  
Four Embarcadero Center  
Suite 2700  
San Francisco, CA   94111  

c/o Reckson Assoc Realty  
Reckson Operating Partnership LP  
625 Reckson Plaza  
Uniondale, NY   11556  

c/o IPC RE Mgmt LLC  
IPC Metrocenter LLC  
303 N. Hurstbourne Pkwy  
Suite 115  
Louisville, KY   40222  

Talcott II Alamo LP  
One Financial Plaza  
Hartford, CT   06103  

John Sischo  
c/o Thomas Properties Grp LP  
515 S. Flower St 6th FL  
RE_ CA State Teachers'  
Los Angeles, CA   90071  

c/o REDICO Mgmt Inc  
Two Towne Square LLC  
One Towne Square  
Suite 1600  
Retirement System  
Southfield, MI   48076  

c/o Duke Realty Corp  
Duke Realty Ohio  
4555 Lake Forest Drive  
Suite 400  
Cincinnati, OH   45242  

c/o The Boyer Group  
Gateway Associates Ltd.  
90 South 400 West  
Suite 200  
Salt Lake City, UT   84101  

William B. Alsup III  
c/o Hines Interests LP  
555 Thirteenth St. NW  
Suite 1020 East  
RE_Hines Riverfront Plaza LP  
Washington, DC   20004-1109  

Canal View Properties III LLC  
1465 Monroe Avenue  
Rochester, NY   14618  

c/o SL Green Realty Co  
485 Lexington Owner LLC  
420 Lexington Ave.  
New York, NY   10170  

Attn:  Property Manager  
101 Constitution Trust  
101 Constitution Ave.  
Suite L140  
Washington, DC   20001  

c/o UBS Realty Inv LLC  
13560 Morris Rd Office Inv LLC  
242 Trumbull Street  
Hartford, CT   06103-1212  

c/o Crescent RE Equities  
Crescent Peakview Tower LLC  
6465 S. Greenwood Plaza Blvd.  
Suite 150  
Centennial, CO   80111  

Tower 333 LLC  
2800 Post Oak Blvd.  
50th Floor  
Houston, TX   77056

c/o Daniel Realty Serv LLC
Meadow Brook Office LLC
3595 Grandview Pkwy.
Suite 400
Attn: Meadow Brook
Birmingham, AL  35243

Flagler Development Company
10151 Deerwood Park Blvd.
Building 100 Suite 330
Jacksonville, FL  32256

John Will
JEK Enterprises LLD
2224 First Landing Lane
Virginia Beach, VA  23451

c/o Lincoln Property Co
Woodfield Holdings PT LLC
475 N. Martingale Road
Suite 280
Schaumburg, IL  60173

c/o Prudential RE Inv.
TMW Weltfonds 1500 Concord Terr
Two Ravinia Drive
Suite 400
Atlanta, GA  30353-3221

c/o Rappaport Aserkoff
New Boston 175 Capital Blvd LP
60 State Street
Suite 1500
Boston, MA  02109

Attn:  Real Estate
CB Richard Ellis
250 W. Pratt Street
Suite 1700
Baltimore, MD  21201

c/o Insignia ESG Inc
St. Paul Properties Inc.
7616 SW Mohawk Street
Tualatin, OR  97062

Attn:  Property Manager
Faulkner Hinton & Associates Inc.
9625 Ormsby Station Road
Louisville, KY  40223

Joseph S. Magnano Esq.
Centre Group LLC
105 East 17th Street
New York, NY  10003

Attn:  General Manager
iStar Financial Inc.
1114 Avenue of the Americas
New York, NY  10036

c/o Granite Properties
Campbell Creek Ltd.
17950 Preston Road
Suite 250
Dallas, TX  75252

Attn:
VP Property Mgmt
Crescent Resources LLC
400 S. Tryon Street
Suite 1300
Charlotte, NC  28202

Gian-Carlo M. Hankee Esq.
c/o Continental Development Corp.
2041 Rosecrans Ave.
RE_The Plaza CP LLC
El Segundo, CA  90245-0916

Joan Hayden
Prudential Real Estate Investors
8 Campus Drive
4th Floor Arbor Circle South
Parsippany, NJ  07054

Attn:  Managing Director
Reckson Operating Partnership LP
360 Hamilton Avenue
White Plains, NY  10601

Transwestern Commercial Services
300 Convent Street
Bank of America Plaza
San Antonio, TX  78205

Attn:
VP Property Mgmt
Thomas Properties Group
1835 Market Street
Suite 1720
Philadelphia, PA  19103

Attn: Property Manager
Two Towne Square
One Towne Square
Suite 180
Southfield, MI  48076

Charles M. Baughn Esq
Hines Interests LP
2800 Post Oak Blvd.
50th Floor
Houston, TX  77056-6118

Attn: Property Manager
Jones Lang LaSalle Americas Inc.
13560 Morris Road
Suite 4350
Alpharetta, GA  30022

Attn: Asset Mgmt & Leasing
The Crescent
200 Crescent Court
Suite 200
Dallas, TX  75201

Attn: Property Manager
Advantis Real Estate Serv. Co
10151 Deerwood Park Blvd.
Blvd. 200 Suite 115
Jacksonville, FL  32256

Jim Marinello_Legal Dept
Prudential Real Estate Investors
8 Campus Drive
4th Floor
Parsippany, NJ  07054-4493

c/o New Boston Mgmt Ser
New Boston 175 Capital Blvd
175 Capital Boulevard
Suite 200
Rocky Hill, CT  06067

Attn: Chief Legal Officer
Behringer Harvard Funds
15601 Dallas Pkwy.
Suite 600
Addison, TX  75001

Nortel Networks Pass-Through Trust
Wachovia Bank fka First Union Bank
8739 Research Drive
NC 1075
RE_Series 2001-1
Charlotte, NC  28262-1075

Eric Anderson
Fullbright & Jaworski LLP
1301 McKinney
Suite 5100
Houston, TX  77010-3095

Attn:  Director Lease Administration
iStar Financial Inc.
3480 Preston Ridge Road
Suite 575
Alpharetta, GA  30005

Andy Carper
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ  85004

Unire Real Estate Group Inc.
1800 E. Imperial Highway
Suite 205
Brea, CA  92821

Attn: Legal Dept
Crescent Peakview Tower LLC
200 Crescent Court
Suite 200
Dallas, TX  75201

Christopher B. Price
Goodwin Procter LLP
New York Time Building
620 Eighth Avenue
New York, NY  10018

Attn: Legal Dept
Volt Delta Resources LLC
560 Lexington Avenue
New York, NY  10022

Time Warner Telecom of North Carolina LP
3120 Highwoods Blvd.
Suite 214
Raleigh, NC  27604

Attn: Real Estate Dept
Raytheon Company
870 Winter Street
Waltham, MA  02451

LanceSoft
2325 Dulles Corner Boulevard
9th Floor
Herndon, VA  20170

Attn Facilities Dept
Pediatrix Medical Group Inc.
1301 Concord Terrace
Sunrise, FL  33323

Attn: General Counsel
tw telecom
10475 Park Meadows Drive
Littleton, CO  80124

Attn:  Real Estate Coordinator
4055 Valley View Lane
Suite 110
Dallas, TX  75244

Susan J. Borschel
Pillsbury Winthrop Shaw Pittman LLP
1650 Tyson's Boulevard
Suite 1400
McLean, VA  22102

Attn: Law Department
1301 Concord Terrace
Sunrise, FL  33323

c/o Property Manager, Mack-Cali Realty
Corp
10 Sylvan SPE LLC
11 Commerce Drive
Cranford, NJ  07016