# Nortel Networks Inc.
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 4/1/09 through 4/30/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| R. Manzo | Executive Director | $795 | 3.20 | $2,544.00 |
| C. Kearns | Executive Director, | $710 | 39.40 | $27,974.00 |
| J. Borow | Executive Director | $710 | 132.20 | $93,862.00 |
| T. Horton | Director | $625 | 148.80 | $93,000.00 |
| J. Hyland | Executive Director | $550 | 288.60 | $158,730.00 |
| S. Song | Consultant | $325 | 215.30 | $69,972.50 |
| J. Peterson | Consultant | $315 | 278.80 | $87,822.00 |
| T. Morilla | Consultant | $285 | 162.20 | $46,227.00 |
| M. DeSalvio | Research | $170 | 0.70 | $119.00 |
| L. Hirschman | Paraprofessional | $110 | 3.90 | $429.00 |
| N. Backer | Paraprofessional | $110 | 2.10 | $231.00 |
| **For the Period 4/1/09 through 4/30/09** | | | **1275.20** | **$580,910.50** |

Capstone Advisory Group, LLC
Invoice for the April 2009 Fee Statement

Page 1 of 1

NY 71725290v1