## Nortel Networks Inc.
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 4/1/09 through 4/30/09

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 171.20 | $80,066.50 |
| 05. Professional Retention/Fee Application Preparation | | 21.60 | $8,628.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 73.90 | $43,820.00 |
| 08. Interaction/Mtgs w Creditors | | 64.20 | $38,383.50 |
| 09. Employee Issues/KEIP | | 55.30 | $28,781.00 |
| 13. Intercompany Transactions/Bal | | 128.50 | $59,952.00 |
| 14. Executory Contracts/Leases | | 26.30 | $10,669.50 |
| 17. Analysis of Historical Results | | 17.20 | $5,340.00 |
| 18. Operating and Other Reports | | 72.00 | $29,849.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 217.10 | $92,909.00 |
| 20. Projections/Business Plan/Other | | 424.80 | $180,422.50 |
| 21. Reclamation/503(b)(9) | | 0.70 | $385.00 |
| 26. Tax Issues | | 1.20 | $852.00 |
| 31. Planning | | 1.20 | $852.00 |
| **For the Period 4/1/09 through 4/30/09** | | **1275.20** | **$580,910.50** |

Capstone Advisory Group, LLC
Invoice for the April 2009 Fee Statement

Page 1 of 1

NY 71725290v1