**Exhibit D**
**Nortel Networks Inc.**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 4/1/09 through 4/30/09**

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| Airfare/Train | | | |
| 4/6/2009 | J. Hyland | Airfare to NY. | $1,008.20 |
| 4/13/2009 | J. Hyland | Airfare for Toronto and NY trip. | $1,351.79 |
| 4/13/2009 | J. Peterson | Airfare to/from Nortel. | $1,045.64 |
| 4/13/2009 | S. Song | Airfare to Toronto. | $1,045.64 |
| 4/14/2009 | J. Borow | Airfare to Toronto from Dallas. | $559.04 |
| 4/14/2009 | J. Hyland | Airfare change fee for Toronto and NY trip | $150.00 |
| 4/20/2009 | J. Hyland | Airfare for Toronto trip. | $1,225.54 |
| 4/20/2009 | S. Song | Airfare to Toronto. | $1,016.64 |
| 4/20/2009 | J. Peterson | Airfare to Toronto. | $882.61 |
| 4/27/2009 | J. Hyland | Airfare to Toronto. | $1,225.17 |
| 4/27/2009 | J. Peterson | Airfare to and from Toronto. | $882.24 |
| **Subtotal - Airfare/Train** | | | **$10,392.51** |
| Auto Rental/Taxi | | | |
| 4/4/2009 | J. Peterson | Took a taxi to the office on Saturday morning. | $8.00 |
| 4/6/2009 | J. Hyland | Taxi -- From airport to NY office. | $32.00 |
| 4/6/2009 | J. Peterson | Worked late and took a taxi home. | $8.00 |
| 4/7/2009 | J. Peterson | Worked late necessitating taking taxi home. | $10.00 |

Capstone Advisory Group, LLC
Invoice for the April 2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/8/2009 | J. Hyland | Taxi while traveling in NY. | $15.00 |
| 4/8/2009 | J. Peterson | Worked late necessitating taking taxi home. | $7.00 |
| 4/13/2009 | Capstone | Taxis for Nortel. | $338.64 |
| 4/13/2009 | Capstone | Taxis for Nortel. | $233.58 |
| 4/13/2009 | Capstone | Taxis for Nortel. | $98.94 |
| 4/13/2009 | J. Peterson | Taxi to work required due to luggage for Canada trip. | $7.00 |
| 4/14/2009 | J. Hyland | Taxi for Toronto trip. | $42.00 |
| 4/14/2009 | J. Borow | Cab fare to airport in Toronto. | $30.00 |
| 4/14/2009 | S. Song | Taxi to/from Debtors. | $27.22 |
| 4/14/2009 | J. Peterson | Taxi from Nortel to the hotel. | $25.00 |
| 4/14/2009 | J. Hyland | Taxi to hotel for Toronto trip. | $24.00 |
| 4/15/2009 | J. Borow | Cab fare to home from LaGuardia. | $62.00 |
| 4/15/2009 | J. Hyland | Taxi to Nortel during Toronto trip. | $28.79 |
| 4/16/2009 | J. Hyland | Taxi during Toronto trip. | $30.86 |
| 4/16/2009 | J. Hyland | Taxi to airport during Toronto trip. | $30.00 |
| 4/16/2009 | J. Peterson | Taxi from hotel to Nortel's office. | $24.00 |
| 4/17/2009 | J. Hyland | Taxi to airport during NY trip. | $85.00 |
| 4/17/2009 | J. Hyland | Taxi during NY trip. | $13.00 |
| 4/19/2009 | S. Song | Taxi home due to working late. | $5.50 |
| 4/20/2009 | J. Hyland | Taxi to Toronto office. | $35.00 |
| 4/20/2009 | J. Hyland | Taxi to Toronto hotel. | $34.00 |
| 4/20/2009 | J. Peterson | Taxi from airport to Nortel's office. | $33.77 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 4/20/2009 | S. Song | Taxi to/from Debtors. | $26.67 |
| 4/20/2009 | J. Peterson | Taxi to hotel from Nortel's office. | $25.00 |
| 4/21/2009 | J. Hyland | Taxi to Toronto office. | $28.00 |
| 4/21/2009 | J. Hyland | Taxi to Toronto hotel. | $25.00 |
| 4/21/2009 | J. Peterson | Cab from the hotel to Nortel in the morning. | $25.00 |
| 4/21/2009 | J. Borow | Cab fare to meeting at Cleary Gottlieb. | $22.00 |
| 4/21/2009 | C. Kearns | Taxi to Cleary's offices. | $17.00 |
| 4/22/2009 | S. Song | Taxi to/from Debtors. | $27.73 |
| 4/22/2009 | S. Song | Taxi to/from Debtors. | $24.35 |
| 4/23/2009 | S. Song | Taxi to/from Debtors. | $27.01 |
| 4/23/2009 | J. Hyland | Taxi to Nortel office. | $24.13 |
| 4/23/2009 | J. Hyland | Taxi to airport from Nortel. | $20.56 |
| 4/23/2009 | J. Peterson | Taxi to Nortel from hotel. | $20.00 |
| 4/23/2009 | J. Peterson | Meals during Toronto trip. | $6.67 |
| 4/24/2009 | J. Peterson | Taxi to work due to luggage for Toronto trip. | $8.00 |
| 4/24/2009 | S. Song | Taxi due to working very late at office. | $7.60 |
| 4/24/2009 | J. Peterson | Taxi home due to working very late. | $7.00 |
| 4/24/2009 | J. Hyland | Taxi exchange rate correction from 4/15 Toronto trip. | $0.59 |
| 4/25/2009 | J. Peterson | Taxi to office to work on Saturday. | $8.00 |
| 4/25/2009 | J. Peterson | Taxi home from office on Saturday night. | $7.00 |
| 4/26/2009 | J. Peterson | Taxi home from office on Sunday. | $7.00 |
| 4/27/2009 | J. Hyland | Taxi during Toronto trip. | $42.00 |

Capstone Advisory Group, LLC

Invoice for the April 2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 4/27/2009 | J. Peterson | Taxi from Toronto airport to Nortel's office. | $35.73 |
| 4/27/2009 | J. Peterson | Taxi to hotel from Nortel. | $21.00 |
| 4/28/2009 | J. Peterson | Taxi to Nortel from hotel. | $30.00 |
| 4/28/2009 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 4/28/2009 | J. Peterson | Taxi to the hotel from Nortel's office. | $25.00 |
| 4/28/2009 | T. Morilla | Taxi due to working very late at office. | $6.60 |
| 4/29/2009 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 4/29/2009 | J. Peterson | Taxi to Nortel from hotel. | $25.00 |
| 4/30/2009 | J. Hyland | Taxi during Toronto trip. | $30.00 |
| 4/30/2009 | J. Hyland | Taxi during Toronto trip. | $27.00 |
| 4/30/2009 | S. Song | Taxi due to working very late at office. | $6.40 |

**Subtotal - Auto Rental/Taxi**      **$1,957.34**

**Hotel**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 4/8/2009 | J. Hyland | Hotel in NY. | $553.12 |
| 4/9/2009 | J. Hyland | Hotel in NY. | $362.44 |
| 4/13/2009 | J. Hyland | Hotel during Toronto stay. | $236.46 |
| 4/14/2009 | J. Borow | Hotel in Toronto. | $124.30 |
| 4/16/2009 | J. Peterson | Hotel during Toronto trip. | $596.15 |
| 4/16/2009 | S. Song | Hotel in Toronto. | $407.34 |
| 4/16/2009 | J. Hyland | Hotel during Toronto stay. | $398.13 |
| 4/17/2009 | J. Hyland | Hotel during NY trip. | $364.40 |
| 4/23/2009 | J. Hyland | Hotel for Toronto trip. | $542.68 |

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 4/23/2009 | J. Peterson | Hotel during Toronto trip. | $491.82 |
| 4/23/2009 | S. Song | Hotel in Toronto. | $461.41 |
| 4/24/2009 | J. Hyland | Hotel exchange rate correction from 3/19 Toronto trip. | $6.03 |
| 4/30/2009 | J. Peterson | Hotel during Toronto trip. | $458.05 |
| 4/30/2009 | J. Hyland | Hotel for Toronto trip. | $421.88 |
| **Subtotal - Hotel** | | | **$5,424.21** |
| **Meals** | | | |
| 4/6/2009 | J. Hyland | Dinner while travel to NY. | $24.21 |
| 4/6/2009 | J. Peterson | Dinner for T. Morilla and J. Peterson due to working late. | $16.52 |
| 4/6/2009 | J. Hyland | Breakfast while travel to NY. | $5.13 |
| 4/8/2009 | J. Hyland | Dinner while travel to NY. | $27.31 |
| 4/8/2009 | J. Hyland | Lunch while travel to NY. | $7.19 |
| 4/9/2009 | J. Hyland | Meals while traveling in NY. | $11.57 |
| 4/9/2009 | J. Hyland | Meals while traveling in NY. | $10.96 |
| 4/11/2009 | J. Hyland | Meals during weekend work on Nortel. | $11.24 |
| 4/13/2009 | J. Peterson | Breakfast at the airport. | $9.06 |
| 4/14/2009 | J. Hyland | Meals during Toronto trip. | $7.44 |
| 4/16/2009 | J. Hyland | Meals during NY stay. | $46.99 |
| 4/16/2009 | J. Peterson | Dinner - Toronto Airport | $12.95 |
| 4/16/2009 | S. Song | Meal during Toronto trip. | $12.74 |
| 4/16/2009 | J. Hyland | Meals during Toronto stay. | $11.80 |
| 4/17/2009 | T. Morilla | Meal due to working late. | $20.85 |

Capstone Advisory Group, LLC                                                    Page 5 of 10
Invoice for the April 2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 4/17/2009 | J. Hyland | Meals during NY trip. | $11.02 |
| 4/19/2009 | S. Song | Dinner due to working late. | $8.08 |
| 4/20/2009 | S. Song | Travel meal. | $11.40 |
| 4/20/2009 | J. Peterson | Lunch at Nortel | $9.54 |
| 4/20/2009 | J. Hyland | Meals during Toronto trip. | $8.08 |
| 4/20/2009 | J. Peterson | Breakfast at the airport. | $6.36 |
| 4/20/2009 | S. Song | Travel meal. | $4.99 |
| 4/20/2009 | J. Hyland | Meals during Toronto trip. | $3.24 |
| 4/20/2009 | J. Hyland | Meals during Toronto trip. | $1.92 |
| 4/21/2009 | S. Song | Travel meal. | $17.44 |
| 4/21/2009 | J. Hyland | Meals during Toronto trip. | $13.68 |
| 4/21/2009 | J. Peterson | Lunch at Nortel. | $12.85 |
| 4/21/2009 | T. Morilla | Dinner due to working late. | $8.50 |
| 4/22/2009 | S. Song | Travel meal. | $14.95 |
| 4/22/2009 | J. Peterson | Lunch during Toronto trip. | $13.78 |
| 4/22/2009 | J. Hyland | Meals during Toronto trip. | $8.08 |
| 4/23/2009 | S. Song | Travel meal. | $14.94 |
| 4/23/2009 | J. Peterson | Dinner at the Toronto Airport. | $12.09 |
| 4/23/2009 | J. Hyland | Meals during Toronto trip. | $9.79 |
| 4/23/2009 | J. Hyland | Tips during Toronto trip for breakfast. | $8.00 |
| 4/23/2009 | J. Peterson | Meals during Toronto trip. | $7.80 |
| 4/24/2009 | S. Song | Meal due to working late. | $19.51 |

Capstone Advisory Group, LLC

Invoice for the April 2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| 4/24/2009 | J. Hyland | Meals exchange rate correction from 3/19 Toronto trip. | $0.42 |
| 4/25/2009 | J. Peterson | Lunch - Saturday. | $13.84 |
| 4/26/2009 | T. Morilla | Meals for weekend work at office for Nortel. | $21.68 |
| 4/27/2009 | J. Peterson | Lunch during Toronto trip. | $12.19 |
| 4/27/2009 | J. Peterson | Breakfast at Toronto Airport. | $7.37 |
| 4/27/2009 | J. Peterson | Meals during Toronto trip. | $5.29 |
| 4/28/2009 | J. Peterson | Meals during Toronto trip. | $27.67 |
| 4/28/2009 | J. Peterson | Meals during Toronto trip. | $7.12 |
| 4/29/2009 | J. Peterson | Meals during Toronto trip. | $13.21 |
| 4/29/2009 | J. Peterson | Meals during Toronto trip. | $4.69 |
| 4/29/2009 | J. Hyland | Meals for Toronto trip. | $3.13 |
| 4/29/2009 | J. Hyland | Meals for Toronto trip. | $1.84 |
| 4/30/2009 | C. Kearns | Working lunch- ck, jb, ms and associates. | $108.66 |
| 4/30/2009 | J. Hyland | Meals during Toronto trip. | $16.23 |
| 4/30/2009 | J. Peterson | Dinner - Toronto Airport. | $11.57 |
| 4/30/2009 | J. Hyland | Meals during Toronto trip. | $10.21 |
| 4/30/2009 | S. Song | Meals due to working very late on Nortel. | $10.02 |
| 4/30/2009 | J. Peterson | Meals during Toronto trip. | $7.12 |

**Subtotal - Meals**     **$744.26**

**Mileage**

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| 4/6/2009 | J. Hyland | Mileage for drive to airport for NY trip. | $26.40 |
| 4/11/2009 | J. Hyland | Mileage for weekend work at office. | $27.50 |

**Capstone Advisory Group, LLC**
**Invoice for the April 2009 Fee Statement**

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 4/13/2009 | J. Hyland | Local mileage for Toronto and NY trip. | $45.10 |
| 4/23/2009 | J. Hyland | Local mileage to airport for Toronto trip. | $27.50 |
| 4/27/2009 | J. Hyland | Local Mileage to airport for Toronto trip. | $27.50 |
| **Subtotal - Mileage** | | | **$154.00** |
| **Other** | | | |
| 4/20/2009 | S. Song | Fax sent from hotel on Nortel matter. | $6.70 |
| **Subtotal - Other** | | | **$6.70** |
| **Parking/Tolls** | | | |
| 4/1/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/2/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/3/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/6/2009 | J. Hyland | Tolls for NY trip. | $1.60 |
| 4/7/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/9/2009 | J. Hyland | Parking at O'Hare while traveling to NY. | $120.00 |
| 4/10/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/11/2009 | J. Hyland | Parking for weekend work at office. | $27.00 |
| 4/11/2009 | J. Hyland | Tolls for weekend work at office. | $0.80 |
| 4/13/2009 | J. Hyland | Parking at office for Toronto and NY trip. | $18.00 |
| 4/13/2009 | J. Hyland | Local tolls for Toronto and NY trip. | $1.20 |
| 4/14/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/15/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/16/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |

**Capstone Advisory Group, LLC**
**Invoice for the April 2009 Fee Statement**

NY 71725290v1

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 4/17/2009 | J. Hyland | Parking at airport during Toronto and NY trip. | $134.00 |
| 4/17/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/20/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/21/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/23/2009 | J. Hyland | Parking at airport for Toronto trip. | $120.00 |
| 4/23/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/23/2009 | J. Hyland | Tolls to airport for Toronto trip. | $1.60 |
| 4/27/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/27/2009 | J. Hyland | Tolls for Toronto trip. | $1.60 |
| 4/28/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/29/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |
| 4/30/2009 | J. Hyland | Parking at airport during Toronto trip. | $114.00 |
| 4/30/2009 | T. Horton | Parking - working with staff in NY office. | $22.00 |

**Subtotal - Parking/Tolls**     **$891.80**

**Postage/FedEx**

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 4/14/2009 | Capstone | Postage for Nortel. | $82.00 |
| 4/14/2009 | Capstone | Postage for Nortel. | $27.51 |

**Subtotal - Postage/FedEx**     **$109.51**

**Research**

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 4/15/2009 | Capstone | Bloomberg charges for Nortel research. | $25.00 |
| 4/15/2009 | Capstone | Pacer charges for Nortel research. | $15.92 |

**Subtotal - Research**     **$40.92**

**Telecom**

NY 71725290v1

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 4/1/2009 | J. Borow | Telecom roaming charges. | $82.79 |
| 4/9/2009 | Capstone | Conference call charges for Nortel. | $41.32 |
| 4/17/2009 | Capstone | Telephone charges for Nortel. | $1,073.76 |
| 4/27/2009 | J. Borow | Telecom roaming for March. | $91.77 |

**Subtotal - Telecom**                                                **$1,289.64**

**For the Period 4/1/09 through 4/30/09**                        $21,010.89

NY 71725290v1