## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X

*In re*                                                         : Chapter 11

Nortel Networks Inc., *et al.*,[1]                              : Case No. 09-10138 (KG)

             Debtors.                            : Jointly Administered

---------------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 11, 2009 AT 2:00 P.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Motion Of Andrew, LLC For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(9) (D.I. 283, Filed 2/13/09).

    Related Pleadings:

    a) Certification Of Counsel Regarding Order Approving Stipulation Between Andrew, LLC And Nortel Networks Inc. (D.I. 790, Filed 5/27/09); and

    b) Order Approving Stipulation Between Andrew, LLC And Nortel Networks Inc. (D.I. 793, Entered 5/28/09).

    Objection Deadline: February 26, 2009 at 4:00 p.m. (ET). Extended to April 6, 2009 at 4:00 p.m. (ET). Extended to June 9, 2009 at 5:00 p.m. (ET) for the Debtors.

    Responses Received: None at this time.

    Status: Pursuant to the Order entered with respect to this motion, this matter has been resolved.

2. Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).

    Related Pleadings: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to June 19, 2009 at 4:00 p.m. (ET) for the Debtors.

Responses Received: None at this time.

Status: This matter has been adjourned to the hearing scheduled for June 26, 2009 at 3:00 p.m. (ET).

3. Motion For Payment Of Administrative Expenses/Claims Filed by Anixter, Inc. (D.I. 508, Filed 3/20/09).

Related Pleadings:

a) Notice Of Proposed Settlement Of Reclamation Demand And 503(b)(9) Motion Of Anixter Inc. (D.I. 754, Filed 5/14/09); and

b) Notice of Withdrawal of Document (D.I. 834, Filed 6/2/09).

Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to June 9, 2009 at 5:00 p.m. (ET) for the Debtors.

Responses Received: None at this time.

Status: This matter has been resolved by agreement of the parties and a notice withdrawing this matter has been filed.

4. Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

Related Pleadings: None.

Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Extended to July 14, 2009 at 4:00 p.m. (ET) for the Debtors.

Responses Received: None at this time.

Status: This matter has been adjourned to the hearing scheduled for July 21, 2009 at 10:00 a.m. (ET).

5. Motion To Approve Compromise Under Rule 9019 Of Controversy By And Among (I) The Debtors And (II) Crossroads Wireless, Inc. And Crossroads Holding, LLC (D.I. 764, Filed 5/18/09).

Related Pleadings: None.

Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Debtors' response deadline extended to June 23, 2009 at 4:00 p.m. (ET).

Responses Received:

a)   Objection To Joint Motion For Approval Of Compromise Of Controversy, Filed by Brookings Municipal Utilities (D.I. 850, Filed 6/4/09).

Status: This matter has been adjourned to the hearing scheduled for June 26, 2009 at 3:00 p.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

6.  Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Approving The Settlement Documents By And Among (I) Nortel Networks Limited, (II) Flextronics Telecom Systems Ltd. And (III) Flextronics Corporation And (B) Granting Related Relief (D.I. 783, Filed 5/22/09).

    Related Pleadings:

    a)   Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Certain Portions Of The Settlement Documents By And Among (I) Nortel Networks Limited, (II) Flextronics Telecom Systems Ltd. And (III) Flextronics Corporation (D.I. 784, Filed 5/22/09); and

    b)   Certificate Of No Objection [Re: D.I. 783] (D.I. 864, Filed 6/8/09).

    Objection Deadline: June 4, 2009 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

7.  Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Certain Portions Of The Settlement Documents By And Among (I) Nortel Networks Limited, (II) Flextronics Telecom Systems Ltd. And (III) Flextronics Corporation (D.I. 784, Filed 5/22/09).

    Related Pleadings:

    a)   Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Approving The Settlement Documents By And Among (I) Nortel Networks Limited, (II) Flextronics Telecom Systems Ltd. And (III) Flextronics Corporation And (B) Granting Related Relief (D.I. 783, Filed 5/22/09); and

    b)   Certificate Of No Objection [Re: D.I. 784] (D.I. 865, Filed 6/8/09).

    Objection Deadline: June 4, 2009 at 4:00 p.m. (ET).

    Responses Received: None at this time.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

8. Motion Of Phoenix Telecom Solutions, Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff Of Prepetition Amounts Owed By And Between Phoenix Telecom Solutions, Inc. And Debtor Nortel Networks, Inc (D.I. 719, Filed 5/7/09).

   Related Pleadings: None.

   Objection Deadline: May 27, 2009 at 4:00 p.m. (ET). Extended to June 4, 2009 at 4:00 p.m. (ET) for the Debtors.

   Responses Received: None at this time.

   Status: This matter is going forward and the Debtors will submit a revised form of order at the hearing.

9. Debtors Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (D.I. 852, Filed 6/4/09).

   Related Pleadings:

   a) Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Section 102(1) Shortening Notice Of Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (D.I. 853, Filed 6/4/09); and

   b) Order Pursuant To 11 U.S.C. Section 102(1) Shortening Notice Of Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (D.I. 856, Entered 6/5/09).

   Objection Deadline: June 10, 2009 at 12:00 p.m. (ET).

   Responses Received: None at this time.

   Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

   None at this time.

Dated: June 9, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2926508.2