## **CERTIFICATE OF SERVICE**

I, Andrew R. Remming, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On June 11, 2009 At 2:00 p.m. (Eastern Time)** was caused to be made on June 9, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: June 9, 2009

_____
Andrew R. Remming (No. 4817)

2800793.4