IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re                                        :   Chapter 11
                                             :
Nortel Networks, Inc., *et al.*,             :   Case No. 09-10138 (KG)
                                             :
            Debtors.                         :   Jointly Administered
                                             :
------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE (Christopher J. Horvay)

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Christopher J. Horvay, Esquire of Gould & Ratner LLP to represent Eltek Valere U.S. Inc., in the above-referenced cases.

Dated: June 9, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Sanjay Bhatnagar
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Phone: (302) 652-3131

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Christopher J. Horvay
Christopher J. Horvay
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
Phone: (312) 899-1624

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: June ____, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

40000/0600-5693094v1