IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
Nortel Networks, Inc., *et al.*,        :    Case No. 09-10138 (KG)
                                        :
             Debtors.                   :    Jointly Administered
                                        :    **Related to Docket No. 844**
---------------------------------------------------------x

## SUPPLEMENTAL NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Christopher J. Horvay, Esquire of Gould & Ratner LLP appears in the above-captioned case as counsel to Eltek Valere U.S. Inc., and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> Christopher J. Horvay, Esquire
> **GOULD & RATNER LLP**
> 222 North LaSalle Street, Suite 800
> Chicago, IL 60601
> Phone: (312) 899-1624
> Telecopy: (312) 236-3241
> CHorvay@gouldratner.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal,

46865/0001-5700210v1

written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: June 9, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131
302-652-3117 (fax)

Counsel to Eltek Valere U.S. Inc.