## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                :
                                                :      Chapter 11
In re                                           :
                                                :      Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                  :
                                                :
                            Debtors.            :      Jointly Administered
                                                :
                                                :
                                                :
-----------------------------------------------------------X
```

## STATEMENT OF WINSTON & STRAWN LLP PURSUANT TO
## FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY,
## RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE

Michael L. Brody, being duly sworn, upon his oath, deposes and says:

1.      I am a partner in the law firm of Winston & Strawn LLP, located at 35 West Wacker Drive, Chicago, Illinois 60601 ("Winston" or the "Firm").

2.      The Firm has been retained by the above-captioned Debtors (the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "Order") to provide services to the Debtors.

---

¹      The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

CHI:2256806.2

3.    The nature and scope of the services to be provided to the Debtors by the Firm are: ongoing representation of the Debtors in connection with patent and other intellectual property litigation.

4.    Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Firm hereby confirms that, to the best of its knowledge and belief, other than in connection with providing professional services to the Debtors and those parties set forth on **Exhibit A**, it does not have any connection with the Debtors, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in their chapter 11 cases or their respective attorneys or accountants.

5.    Pursuant to the Order, the Firm hereby confirms that is does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which it is engaged.

6.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants and parties in interest in these chapter 11 cases.  The Firm does not perform services for any such person in connection with conducting these chapter 11 cases or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

7.    In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations and certain other connections.   Pursuant to

CHI:2256806.2

Bankruptcy Rule 2014, I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connections which the Firm has with such entities. The Firm's search of the database identified the connections set forth in the list of current and former clients attached hereto as **Exhibit A** (the "Disclosure Parties"). The Firm represents or has represented the Disclosure Parties on a number of matters, none of which is related to the matters upon which the Firm is to be retained.

8.    Neither I nor any principal, partner, director or officer of, or professional retained by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors, other than reimbursing disbursements or costs owed to third parties on account of services provided to the Debtors, with any other person other than the principal and regular employees of the Firm.

9.    Neither I nor any principal, partner, director or officer of, or professional retained by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be retained.

10.    The Debtors owe the Firm $108,829.49 for prepetition services, the payment of which is subject to limitations contained in 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code").

11.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

CHI:2256806.2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 9, 2009                              */s/ Michael L. Brody*
                                                   Michael L. Brody

4

## EXHIBIT A

(Disclosure of Connections)

### Open Matters

| Current Clients |
| --- |
| ABN Amro Bank N.V. |
| ACE USA |
| Anixter Executives |
| Anixter, Inc. |
| Amalgamated Bank |
| AMX Corporation |
| AT&T |
| Atkinson, John |
| Banc of America Securities LLC |
| Bank of America N.A. |
| Barclays Capital |
| BNP Paribas |
| BMO Nesbitt Burns Corp. |
| BMO Nesbitt Burns Inc. |
| Brown Brothers Harriman & Co. |
| CBRE (CB Richard Ellis) |
| Charles Schwab & Co. Inc. |
| Cisco Systems, Inc. |
| Citadel Derivatives Group LLC |
| Citadel Investment Group, L.L.C. |
| Citibank (Mid Cap) FSB |

| |
|---|
| Citibank NA |
| Citibank (West) FSB |
| Citigroup Global Markets, Inc. |
| Credit Suisse Securities (USA) LLC |
| Deutsche Bank Espanola SA |
| Deutsche Bank Securities |
| Deutsche Bank Trust Company Americas |
| Dresdner Kleinwort Securities, LLC |
| Duke Energy Corporation |
| Ernst & Young |
| Fifth Third Bank |
| Flextronics International USA Inc. |
| FPL Group Inc. |
| Freescale Semiconductor, Inc. |
| Goldman Sachs & Co. |
| H&R Block |
| JDS Uniphase Corporation (JDSU) |
| JP Morgan Capital Corporation |
| JPMorgan Chase |
| Level 3 Communications, LLC |
| Microsoft Corporation |
| Morgan Stanley & Co. Incorporated |
| Motorola, Inc. |
| National City Bank |
| NEC Electronics America Inc. |
| NEC Electronics Corporation |

2

| |
|---|
| National Energy & Gas Transmission f/k/a PG&E National Energy Group |
| National Grid USA |
| NeoPhotonics Corporation |
| Ogilvy Renault |
| Oppenheimer & Co. Inc. |
| Pacific Gas & Electric Company |
| Pension Benefit Guaranty Corporation (PBGC) |
| PG&E/Hydro |
| PNC Bank, N.A. |
| Powerwave Technologies, Inc. |
| RBC Capital Markets Corporation |
| Sanmina-SCI Corporation |
| Siemens Corporation (parent, subsidiary or affiliate of Siemens Enterprise Networks LLC) |
| State Street Bank-Leasing |
| Tellabs, Inc. |
| The Bank of New York Mellon |
| The Citigroup Private Bank |
| The Northern Trust Company |
| The Prudential Insurance Company of America |
| Verizon Communications |
| UBS Financial Services Inc. |
| U.S. Bank National Association |
| U.S. Bank Trust National Association |

CHI:2256806.2

| |
|---|
| U.S. Cellular |
| U.S. Cellular f/k/a PimeCo Wireless Communications, LLC |
| Wachovia Capital Markets, LLC |
| Wells Fargo Bank |
| Wilmington Trust Company |
| XL Insurance Co., Ltd. |
| XL Insurance Company |

4

**Closed Matters**
**(Closed Within Last 2 Years)**

| **Former Clients** |
| --- |
| Cellco Partnership |
| Comerica Bank & Trust |
| Cox Communications, Inc. |
| Crowell & Moring LLP |
| France Telecom |
| France Telecom North America |
| Globecast (parent, subsidiary or affiliate of France Telecom) |
| Great American Insurance Company |
| Lehman Brothers |
| LGT Capital Management LLC |
| LGT Capital Partners, Ltd. |
| Morgan, Keegan & Company, Inc. |
| Morgan Stanley Mortgage Capital, Inc. |
| NationsBank |
| Ontario Inc. |
| Oracle Corporation |
| Raymond, James & Associates, Inc. |
| RBC Dominion Securities Inc. |
| Scotia Capital |
| State Street Bank & Trust Company |
| Tech Data Corporation |

CHI:2256806.2

| **Former Clients** |
| --- |
| Telefonica Data S.A. |
| Telefonica Internacional Holding BV |
| Telefonica Internacional S.A. |
| Telefonica Servicios Audiovisuales |
| Texas Instruments |
| The Bank of Tokyo-Mitsubishi, Ltd. |
| UBS International Inc. |
| Union Bank of California, N.A. |

6

## CERTIFICATE OF SERVICE

I, Nancy Godinho Everett, an attorney, certify that I am not less than 18 years of age, and that service of the foregoing **Statement Of Winston & Strawn LLP Pursuant To Fed R. Bankr. P. 2014 And Order Authorizing Debtors To Employ, Retain And Compensate Professionals In The Ordinary Course** was caused to be made on June 9, 2009, via First Class U.S. Mail, postage prepaid, upon the entities identified below.

Dated:  June 9, 2009

/s/  *Nancy Godinho Everett*

**SERVICE LIST:**
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware  19899

James L. Bromley, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006

Office of the United States Trustee
Attn:  Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware  19801

Fred Hodara, Esq
Akin Gump LLP
One Bryant Park
New York, New York  10036