Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

INVOICE

Invoice Number: 7531
Invoice Date: 05/10/2009
Reference #: NOR250001B
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
             Committee Chairman

Re:   Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---|
| **Monthly Fee:** | |
| April 2009 | $250,000.00 |
| (Less 20% Holdback) | ($50,000.00) |
| **Total Fee** | $200,000.00 |
| | |
| **Expenses:** | |
| Accommodations | $2,087.79 |
| Meals | $2,381.46 |
| Miscellaneous | $12.03 |
| Phone/Fax | $512.26 |
| Presentation | $98.00 |
| Transportation - Air | $5,643.85 |
| Transportation - Ground | $1,844.48 |
| **Total Out-of-Pocket Expenses** | $12,579.89 |

**TOTAL DUE   $212,579.89**

Payment Details

**Wire Instructions**
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-085-2772

**Check Payment Instructions**
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:   NOR250-7531- Nortel

12