Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
April 1, 2009 – April 30, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | 2,087.79 |
| Meals | 2,381.49 |
| Miscellaneous | 12.03 |
| Phone/Fax | 512.26 |
| Transportation – Air | 5,643.85 |
| Transportation – Ground | 1,844.48 |
| Total | $12,579.89 |

| BANKER | EXPENSE CATEGORY | DESCRIPTION | DATE | Amount |
|---|---|---|---|---|
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/2/2009 | $7.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/5/2009 | $6.48 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/7/2009 | $10.32 |
| LEO J. CHANG | Phone/Fax | Cell Phone Bill | 2/9/2009 | $66.87 |
| MICHAEL J HENKIN | Transportation - Air | Roundtrip First Class Discount Fare- SFO-EWR-SFO | 2/9/2009 | $1,507.34 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 2/10/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 2/10/2009 | $36.13 |
| MICHAEL J HENKIN | Accommodations | Omni Hotel | 2/10/2009 | $229.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 2/10/2009 | $19.44 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/10/2009 | $5.88 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SFO | 2/10/2009 | $18.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- EWR to Omni Hotel | 2/10/2009 | $80.00 |
| RAYMOND NG | Transportation - Ground | OT Taxi- Office to Home | 2/10/2009 | $47.94 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 2/11/2009 | $36.13 |
| MICHAEL J HENKIN | Accommodations | Omni Hotel | 2/11/2009 | $229.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 2/11/2009 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 2/11/2009 | $57.75 |
| TOM HASSELWANDER | Transportation - Ground | OT Taxi- Office to Home | 2/11/2009 | $23.46 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 2/12/2009 | $36.13 |
| MICHAEL J HENKIN | Accommodations | Omni Hotel | 2/12/2009 | $229.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 2/12/2009 | $18.26 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/12/2009 | $6.10 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/12/2009 | $6.90 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 2/13/2009 | $6.36 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/13/2009 | $6.00 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SFO | 2/13/2009 | $66.33 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Omni Hotel to EWR | 2/13/2009 | $80.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/14/2009 | $14.20 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/16/2009 | $5.50 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Share w/ David Kay- Office to Home | 2/17/2009 | $36.72 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/17/2009 | $6.48 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/18/2009 | $6.48 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/19/2009 | $6.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Taxi to Meeting from Office | 2/19/2009 | $12.06 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Taxi to Office from Meeting | 2/19/2009 | $7.23 |
| TOM HASSELWANDER | Transportation - Ground | OT Taxi- Office to Home | 2/19/2009 | $23.46 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/20/2009 | $6.00 |
| MICHAEL J HENKIN | Phone/Fax | Calling Card | 2/22/2009 | $34.49 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 2/24/2009 | $25.39 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 2/27/2009 | $6.90 |
| SRIKANT M. RAO | Transportation - Ground | OT Taxi- Office to Home | 2/27/2009 | $8.88 |
| SRIKANT M. RAO | Transportation - Ground | OT Taxi- Office to Home | 2/28/2009 | $9.80 |
| MICHAEL J HENKIN | Phone/Fax | Cell Phone Bill (Incurred greater expense while in Toronto) | 3/1/2009 | $266.23 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/1/2009 | $7.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/1/2009 | $6.30 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/2/2009 | $6.96 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 3/2/2009 | $68.39 |
| SRIKANT M. RAO | Transportation - Ground | OT Taxi- Office to Home | 3/2/2009 | $9.00 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/4/2009 | $24.98 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/4/2009 | $5.10 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/4/2009 | $6.48 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 3/4/2009 | $68.34 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 3/5/2009 | $21.42 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/5/2009 | $6.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 3/6/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/7/2009 | $9.96 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/7/2009 | $8.25 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 3/9/2009 | $36.28 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 3/9/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Omni Hotel | 3/9/2009 | $216.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 3/9/2009 | $16.85 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/9/2009 | $25.35 |
| LEO J. CHANG | Phone/Fax | Cell Phone Bill | 3/9/2009 | $27.24 |
| MICHAEL J HENKIN | Transportation - Air | Business Class Roundtrip Flight- SFO-EWR-SFO | 3/9/2009 | $1,507.34 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SFO | 3/9/2009 | $18.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 3/10/2009 | $34.28 |
| CHIH-YIN CHEN | Accommodations | Omni Hotel | 3/10/2009 | $216.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tip | 3/10/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 3/10/2009 | $36.28 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 3/10/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Omni Hotel | 3/10/2009 | $216.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/10/2009 | $9.68 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 3/10/2009 | $19.72 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/10/2009 | $24.04 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 3/10/2009 | $25.50 |
| JOSEPH LOK | Meals | Overtime Meal | 3/10/2009 | $24.21 |
| LEO J. CHANG | Meals | Overtime Meal | 3/10/2009 | $12.54 |
| CHIH-YIN CHEN | Transportation - Air | Roundtrip Coach Flight- SFO-JFK-SFO | 3/10/2009 | $1,117.38 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Office to SFO Airport | 3/10/2009 | $50.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/10/2009 | $6.25 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- EWR to Omni Hotel | 3/10/2009 | $80.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tip | 3/11/2009 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 3/11/2009 | $34.28 |
| CHIH-YIN CHEN | Accommodations | Omni Hotel | 3/11/2009 | $216.00 |
| MICHAEL J HENKIN | Accommodations | Omni Hotel | 3/11/2009 | $216.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 3/11/2009 | $36.28 |
| MICHAEL J HENKIN | Accommodations | Hotel Tip | 3/11/2009 | $5.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/11/2009 | $22.76 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/11/2009 | $13.01 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/11/2009 | $9.56 |
| JOSEPH LOK | Meals | Overtime Meal | 3/11/2009 | $24.88 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 3/11/2009 | $24.87 |
| LEO J. CHANG | Meals | Overtime Meal | 3/11/2009 | $16.71 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 3/11/2009 | $19.49 |
| LEO J. CHANG | Transportation - Ground | Taxi to Meeting w/ David Botter (AkinGump) | 3/11/2009 | $29.22 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/12/2009 | $15.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/12/2009 | $13.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/12/2009 | $2.16 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/12/2009 | $13.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 3/12/2009 | $6.69 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 3/12/2009 | $9.20 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 3/12/2009 | $23.95 |
| CHIH-YIN CHEN | Miscellaneous | Purchase toiletries while traveling | 3/12/2009 | $12.03 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- SFO Airport to Office | 3/12/2009 | $44.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- JFK Airport to Office | 3/12/2009 | $57.50 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/12/2009 | $7.05 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/12/2009 | $6.75 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 3/12/2009 | $14.80 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SFO | 3/12/2009 | $132.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to EWR | 3/12/2009 | $70.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/13/2009 | $10.00 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 3/13/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (AM Call) | 3/13/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/13/2009 | $7.20 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/13/2009 | $7.44 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/13/2009 | $6.50 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/14/2009 | $6.96 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/16/2009 | $24.98 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 3/16/2009 | $8.40 |
| CARY S. VERASCO | Meals | Overtime Meal | 3/17/2009 | $24.23 |
| JOSEPH LOK | Meals | Overtime Meal | 3/17/2009 | $25.20 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/17/2009 | $24.96 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/17/2009 | $25.42 |
| LEO J. CHANG | Meals | Overtime Meal | 3/17/2009 | $25.50 |
| JAMES T. LONSDALE | Transportation - Air | Roundtrip Coach Flight- LGA-TOR-LGA | 3/17/2009 | $1,511.79 |

| BANKER | EXPENSE CATEGORY | DESCRIPTION | DATE | Amount |
|---|---|---|---|---|
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 3/18/2009 | $24.04 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/18/2009 | $25.38 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/18/2009 | $25.49 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 3/19/2009 | $18.47 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/19/2009 | $25.16 |
| JOHN D'AMICO | Meals | Overtime Meal | 3/19/2009 | $24.33 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 3/19/2009 | $10.00 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- Airport to Company | 3/19/2009 | $32.62 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- Company to Airport | 3/19/2009 | $22.83 |
| JOHN D'AMICO | Meals | Overtime Meal | 3/20/2009 | $24.35 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/20/2009 | $25.25 |
| JOHN D'AMICO | Meals | Overtime Meal | 3/21/2009 | $16.08 |
| JOHN D'AMICO | Meals | Overtime Meal | 3/21/2009 | $25.50 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/21/2009 | $24.88 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/22/2009 | $17.69 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/22/2009 | $22.00 |
| JOHN D'AMICO | Meals | Weekend Lunch | 3/22/2009 | $17.33 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/22/2009 | $18.11 |
| JOHN D'AMICO | Meals | Weekend Dinner | 3/22/2009 | $23.63 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 3/22/2009 | $9.50 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 3/22/2009 | $10.00 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 3/23/2009 | $24.58 |
| JOSEPH LOK | Meals | Overtime Meal | 3/23/2009 | $24.59 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 3/23/2009 | $25.15 |
| JOHN D'AMICO | Meals | Overtime Meal | 3/23/2009 | $25.16 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 3/23/2009 | $9.00 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/23/2009 | $24.44 |
| JOHN D'AMICO | Meals | Overtime Meal | 3/24/2009 | $25.36 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/24/2009 | $23.54 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 3/24/2009 | $24.72 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 3/24/2009 | $25.05 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 3/24/2009 | $68.34 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/24/2009 | $25.44 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 3/25/2009 | $25.19 |
| CARY S. VERASCO | Meals | Overtime Meal | 3/25/2009 | $25.41 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 3/25/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 3/25/2009 | $10.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 3/25/2009 | $12.80 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/25/2009 | $25.42 |
| JOHN D'AMICO | Meals | Overtime Meal | 3/26/2009 | $23.87 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/26/2009 | $25.25 |
| CARY S. VERASCO | Meals | Overtime Meal | 3/26/2009 | $22.10 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 3/26/2009 | $9.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (Past Midnight) | 3/26/2009 | $9.00 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/27/2009 | $25.41 |
| JOHN D'AMICO | Meals | Overtime Meal | 3/28/2009 | $17.65 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/28/2009 | $25.50 |
| PHILIP BERKOWITZ | Phone/Fax | Cell Phone Bill | 3/28/2009 | $72.21 |
| JOHN D'AMICO | Meals | Weekend Dinner | 3/29/2009 | $23.51 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/29/2009 | $25.50 |
| JOHN D'AMICO | Meals | Weekend Lunch | 3/29/2009 | $17.65 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 3/29/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 3/29/2009 | $9.00 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/29/2009 | $15.30 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/29/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/30/2009 | $25.26 |
| CARY S. VERASCO | Meals | Overtime Meal | 3/30/2009 | $22.17 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 3/30/2009 | $24.96 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/31/2009 | $25.28 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 3/31/2009 | $73.44 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/31/2009 | $25.40 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/1/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/1/2009 | $25.36 |
| MICHAEL J HENKIN | Phone/Fax | Cell Phone Bill | 4/1/2009 | $45.22 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/1/2009 | $11.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/1/2009 | $68.34 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/1/2009 | $22.78 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/2/2009 | $25.50 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/2/2009 | $23.53 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/2/2009 | $23.53 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 4/2/2009 | $23.53 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/2/2009 | $25.36 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/2/2009 | $25.49 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/3/2009 | $25.50 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/3/2009 | $25.50 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/3/2009 | $75.48 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/3/2009 | $25.32 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/4/2009 | $10.87 |
| CHIH-YIN CHEN | Meals | Weekend Dinner | 4/5/2009 | $20.82 |
| CHIH-YIN CHEN | Meals | Weekend Lunch | 4/5/2009 | $16.16 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/6/2009 | $25.21 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/6/2009 | $25.43 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/6/2009 | $23.70 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/6/2009 | $25.34 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/6/2009 | $68.34 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/7/2009 | $25.26 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/7/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/8/2009 | $25.44 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/8/2009 | $24.14 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/9/2009 | $20.19 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/9/2009 | $3.57 |
| LAMAR MYERS | Presentation Services | Create/Edit Presentation | 4/9/2009 | $98.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi from Office to Meeting | 4/9/2009 | $7.00 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/12/2009 | $25.26 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 4/14/2009 | $11.40 |
| Total: | | | | $12,979.89 |