Exhibit C

15

# Jefferies & Company, Inc.
## Summary of Hours Worked
### April 1, 2009 - April 30, 2009

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 99.8 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 58.0 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 70.3 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 82.0 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 69.0 |
| Paul Zangrilli | Associate, Communication Technologies Group | 150.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 100.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 208.5 |
| Tyler Lonsdale | Analyst, Recapitalization and Restructuring Group | 144.0 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 141.5 |
| Joseph Lok | Analyst, Communication Technologies Group | 172.0 |
| | **Total** | **1,296.0** |

Other Jefferies professionals who participated but do not keep hours:

Justin Despirito      Legal Counsel
Patrick Morrow      Paralegal

## Jefferies & Company, Inc.
April 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Michael Henkin** | | | |
| Michael Henkin | 4/2/2009 | 2.00 | Committee Call |
| Michael Henkin | 4/2/2009 | 1.50 | Review motions report; call with Lazard re: M&A issues |
| Michael Henkin | 4/2/2009 | 1.50 | Review motions report; call with Lazard re: M&A issues |
| Michael Henkin | 4/2/2009 | 1.00 | Call with Akin re: Committee Call followup; review allocation issue documents |
| Michael Henkin | 4/3/2009 | 2.50 | Calls with Jefco Team, Akin re: bids, M&A process and call with bidder rep re: M&A process |
| Michael Henkin | 4/3/2009 | 2.50 | Calls with Jefco Team, Akin re: bids, M&A process and call with bidder rep re: M&A process |
| Michael Henkin | 4/4/2009 | 1.75 | Review bid documents and related communication with Akin Team |
| Michael Henkin | 4/5/2009 | 1.50 | Call with Jefco Team re; M&A bids, Process and related work/review of bids and question list |
| Michael Henkin | 4/6/2009 | 1.75 | Review M&A documents, Related communication with Jefco TEam and M&A participant |
| Michael Henkin | 4/7/2009 | 9.00 | Travel from SF to NYC for meeting with Company, Cleary, E&Y and others; review M&A documents |
| Michael Henkin | 4/8/2009 | 1.00 | Call with M&A participant; related communication with Jefco Team |
| Michael Henkin | 4/8/2009 | 1.50 | Call with UCC, Akin, Capstone, Jefco Team re: contract manufacture issues |
| Michael Henkin | 4/9/2009 | 3.75 | Meeting with Company, Clearly, E&Y, FTI, Akin committee members re: proceed allocations and other case isseus. |
| Michael Henkin | 4/9/2009 | 9.75 | Calls with Lazard, Jefco Team re: M&A, Prep call with Akin re: UCC calls; travel back from NYC to SF |
| Michael Henkin | 4/10/2009 | 2.75 | UCC call with Capstone, Akin, Jef, Committee members, Fraiser re: M&A and Key issues and review Akin Mer |
| Michael Henkin | 4/13/2009 | 1.75 | Review M&A documents, Communicate with Jefco Team and Akin re: due diligence and meeting prep. |
| Michael Henkin | 4/13/2009 | 8.50 | Travel from SF to NYC for Nortel Meetings |
| Michael Henkin | 4/14/2009 | 1.00 | Call with creditors re: case issues, Calls with Jefco Team re: M&A and due diligence |
| Michael Henkin | 4/14/2009 | 2.50 | Dinner with E&Y, Akin Gump, Hebert Smith re: various case issues |
| Michael Henkin | 4/15/2009 | 1.50 | Call with Capstone, Akin and Jefco Teams re: committee call prep and various case issues and related document revi |
| Michael Henkin | 4/16/2009 | 1.50 | Communication with Jefco Team re: M&A and due diligence issues. |
| Michael Henkin | 4/17/2009 | 8.00 | Travel from NYC to SF, Review due diligence documents |
| Michael Henkin | 4/18/2009 | 1.75 | Team call re: allocations, M&A; due diligence and related document review and communication with team members |
| Michael Henkin | 4/19/2009 | 2.00 | Review due diligence documents, Lazard and Management presentations |
| Michael Henkin | 4/20/2009 | 1.25 | Communicate with Jefco Team re: M&A issues, Review due diligence materials and cash flow analysis |
| Michael Henkin | 4/21/2009 | 2.75 | Call with FTI, Milbank, Capstone, Akin re; meeting prep re: M&A and allocation analysis |
| Michael Henkin | 4/22/2009 | 3.75 | Call with Akin, FTI re: allocations, Prep for UCC call and related review of Materials, Lazard and M&A call. |
| Michael Henkin | 4/23/2009 | 2.00 | Committee call and followup with Jefco Team re: M&A issues |
| Michael Henkin | 4/24/2009 | 3.00 | Review Akin memo; Communication with Akin and Jefco Team re: M&A issues, valuation and due diligence issues; |
| Michael Henkin | 4/25/2009 | 1.50 | Communication with Akin Gump and Jefco Team re: due diligence and valuation issues |
| Michael Henkin | 4/26/2009 | 1.75 | Review valuation analyses; call with Jefco Team re: committee presentation, M&A and valution issues |
| Michael Henkin | 4/27/2009 | 0.50 | Call with Jefco Team members re: due diligence and valuation issues |
| Michael Henkin | 4/28/2009 | 1.50 | Review valuation analyses and related communication with Jefco Team |
| Michael Henkin | 4/29/2009 | 2.00 | Review valuation analyses and call with JEF team re: same |
| Michael Henkin | 4/29/2009 | 1.50 | Review valuation analyses, Cash flow/financial analyscs |
| Michael Henkin | 4/29/2009 | 1.25 | Calls with Akin, Fraiser, Capstone, Jefco Team re: case issues |
| Michael Henkin | 4/30/2009 | 2.75 | Committee call re: variety of case issues, M&A, Allocations, valuation issues |
| Michael Henkin | 4/30/2009 | 2.00 | Call with FTI, Akin and Jefco Team re: Equinox, M&A issues, allocation issues |
| **April 2009 Summary Hours for Michael Henkin** | | **99.75** | |
| | | | |
| **Phil Berkowitz** | | | |
| Phil Berkowitz | 4/1/2009 | 1.00 | Weekly Professional Call |
| Phil Berkowitz | 4/2/2009 | 1.00 | Call with Mike Murray (Lazard) |
| Phil Berkowitz | 4/2/2009 | 1.50 | Weekly Committee Call |
| Phil Berkowitz | 4/3/2009 | 1.00 | Call with Company: Carrier 2009 Projections |
| Phil Berkowitz | 4/6/2009 | 1.00 | Call with Lazard: Equinox |
| Phil Berkowitz | 4/7/2009 | 3.50 | Nortel - Flex Call, Nortel: Call with ENH & Nortel: Internal Update Call |
| Phil Berkowitz | 4/8/2009 | 1.00 | Call with Lazard: M&A Process |
| Phil Berkowitz | 4/8/2009 | 2.00 | Weekly CF Call, Call with UCC: Flex Situation |
| Phil Berkowitz | 4/9/2009 | 2.00 | Call with Lazard: Namia / Carrier, Professionals Call Preparation |
| Phil Berkowitz | 4/13/2009 | 1.00 | FTI / Capstone / Jefferies Call re: Toronto Meeting Discussion Items |
| Phil Berkowitz | 4/14/2009 | 1.00 | Nortel - M&A call w/ Lazard and FTI re: GSM business |
| Phil Berkowitz | 4/14/2009 | 3.00 | Call: Liquidity Concerns |
| Phil Berkowitz | 4/15/2009 | 3.00 | Meeting/Call: M&A and Strategic Plan |
| Phil Berkowitz | 4/16/2009 | 3.00 | Nortel: Meeting/Call Re: Entity Viability and Divestiture Issues |
| Phil Berkowitz | 4/17/2009 | 1.00 | Nortel: Meeting/Call with UCC and Ad Hoc Professionals |
| Phil Berkowitz | 4/17/2009 | 0.50 | Internal Call: Prep for Weekly UCC Call |
| Phil Berkowitz | 4/17/2009 | 3.00 | Weekly UCC Call |
| Phil Berkowitz | 4/19/2009 | 2.00 | Reviewed Valuation Materials, Internal Call to Discuss Valuation |
| Phil Berkowitz | 4/20/2009 | 2.00 | Reviewed Valuation Materials |
| Phil Berkowitz | 4/21/2009 | 2.50 | Reviewed Valuation Materials, Internal Update Call |
| Phil Berkowitz | 4/22/2009 | 2.00 | Reviewed Valuation Materials, Internal Call to Discuss Outstanding Diligence and Recent Meetings |
| Phil Berkowitz | 4/22/2009 | 3.00 | Call with Capstone: Recent Developments, Weekly M&A Call, UCC Advisors' Pre-Call |
| Phil Berkowitz | 4/23/2009 | 2.00 | Weekly UCC Call, Call: Re: Calgary Sale |
| Phil Berkowitz | 4/24/2009 | 1.00 | Nortel: Call with Suzanne Kelly Re: Equinox Metrics, Reviewed Valuation Materials |
| Phil Berkowitz | 4/26/2009 | 2.00 | Reviewed Valuation Materials, Internal Call: Valuation Analysis |
| Phil Berkowitz | 4/27/2009 | 1.00 | Nortel: Call with Akin Re: Equinox Bids |
| Phil Berkowitz | 4/28/2009 | 2.00 | Reviewed Valuation Materials, Internal Call to Discuss Valuation |
| Phil Berkowitz | 4/29/2009 | 3.00 | Nortel: Call Re: Q1 & Q2 AIP, Internal Call, Call with Peter Look Re: Taxes |
| Phil Berkowitz | 4/29/2009 | 3.00 | Weekly M&A Call, UCC Professionals Pre-Call, Reviewed Valuation Materials |
| Phil Berkowitz | 4/30/2009 | 3.00 | Reviewed Valuation Materials, Weekly UCC Call |
| **April 2009 Summary Hours for Phil Berkowitz** | | **58.00** | |
| | | | |
| **Hal Kennedy** | | | |
| Hal Kennedy | 4/1/2009 | 0.50 | Call with Company re: 13-week CF |
| Hal Kennedy | 4/2/2009 | 2.50 | Call (weekly update) with UCC re: M&A |

**Jefferies & Company, Inc.**
April 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Hal Kennedy | 4/3/2009 | 1.00 | Call with Debtors re: Carrier 2009 plan |
| Hal Kennedy | 4/3/2009 | 2.50 | Calls with Jefco Team, Akin re: bids, M&A process |
| Hal Kennedy | 4/5/2009 | 0.50 | Internal call to discuss M&A issues |
| Hal Kennedy | 4/6/2009 | 1.00 | Call with Lazard re: M&A issues |
| Hal Kennedy | 4/6/2009 | 1.25 | Call with Cleary re: M&A issues |
| Hal Kennedy | 4/7/2009 | 0.25 | Call with Akin re: M&A |
| Hal Kennedy | 4/7/2009 | 0.75 | Internal call re: M&A |
| Hal Kennedy | 4/8/2009 | 2.00 | Call with UCC re: Flex situation |
| Hal Kennedy | 4/8/2009 | 0.25 | Call with Akin re: M&A |
| Hal Kennedy | 4/8/2009 | 1.00 | Call with Lazard re: M&A |
| Hal Kennedy | 4/8/2009 | 1.50 | Call with UCC, Akin, Capstone, Jefco Team re: contract manufacture issues |
| Hal Kennedy | 4/9/2009 | 3.00 | Call with UCC re: weekly update |
| Hal Kennedy | 4/9/2009 | 1.25 | Call with Lazard re: M&A |
| Hal Kennedy | 4/9/2009 | 3.75 | Meeting with Company, Clearly, E&Y, FTI, Akin committee members re: proceed allocations and other case isscus. |
| Hal Kennedy | 4/10/2009 | 2.75 | UCC call with Capstone, Akin, Jef, Committee members |
| Hal Kennedy | 4/13/2009 | 1.00 | Call with Capstone & FTI re: prep for Toronto meetings |
| Hal Kennedy | 4/14/2009 | 2.50 | Dinner with E&Y, Akin Gump, Hebert Smith re: various case issues |
| Hal Kennedy | 4/15/2009 | 1.50 | Call with Capstone, Akin and Jefco Teams re: committee call prep and various case issues and related document revi |
| Hal Kennedy | 4/16/2009 | 7.00 | Toronto due diligence meetings |
| Hal Kennedy | 4/16/2009 | 1.50 | Communication with Jefco Team re: M&A and due diligence issues. |
| Hal Kennedy | 4/17/2009 | 2.00 | Call with FRI re: Toronto Due diligence debrief |
| Hal Kennedy | 4/18/2009 | 1.00 | Internal call to discuss actionable items and next week's meetings in Toronto |
| Hal Kennedy | 4/18/2009 | 1.75 | Team call re: allocations, M&A; due diligence and related document review and communication with team members |
| Hal Kennedy | 4/19/2009 | 2.00 | Review due diligence documents, Lazard and Management presentations |
| Hal Kennedy | 4/20/2009 | 1.25 | Communicate with Jefco Team re: M&A issues, Review due diligence materials and cash flow analysis |
| Hal Kennedy | 4/21/2009 | 2.75 | Call with FTI, Milbank, Capstone, Akin re: meeting prep re: M&A and allocation analysis |
| Hal Kennedy | 4/22/2009 | 1.00 | Internal call re: actionable items and due diligence status |
| Hal Kennedy | 4/22/2009 | 1.00 | Pre-call for UCC weekly call |
| Hal Kennedy | 4/22/2009 | 1.00 | Weekly call with Lazard re: M&A |
| Hal Kennedy | 4/22/2009 | 1.00 | Call with Capstone re: funding and allocation |
| Hal Kennedy | 4/23/2009 | 2.00 | Weekly UCC update call |
| Hal Kennedy | 4/23/2009 | 1.00 | Meeting with Company re: detailed P&L costs |
| Hal Kennedy | 4/23/2009 | 2.00 | Committee call and internal call |
| Hal Kennedy | 4/26/2009 | 1.25 | Internal Call re: valuation |
| Hal Kennedy | 4/27/2009 | 1.00 | Call with Akin re: M&A issues |
| Hal Kennedy | 4/27/2009 | 0.50 | Call with Jefco Team members re: due diligence and valuation issues |
| Hal Kennedy | 4/29/2009 | 0.50 | Call with UK Administrator re: proceed allocation |
| Hal Kennedy | 4/29/2009 | 2.00 | Review valution analyses and call with JEF team re: same |
| Hal Kennedy | 4/29/2009 | 1.25 | Calls with Akin, Fraiser, Capstone, Jefco Team re: case issues |
| Hal Kennedy | 4/30/2009 | 2.75 | Committee call re: variety of case issues, M&A, Allocations, valuation issues |
| Hal Kennedy | 4/30/2009 | 2.00 | Call with FTI, Akin and Jefco Team re: Equinox, M&A issues, allocation issues |
| **April 2009 Summary Hours for Hal Kennedy** | | **70.25** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 4/1/2009 | 1.00 | Weekly Professional Call |
| Leo Chang | 4/2/2009 | 2.50 | Call (weekly update) with UCC re: M&A |
| Leo Chang | 4/2/2009 | 1.00 | Call with Mike Murray (Lazard) |
| Leo Chang | 4/3/2009 | 1.00 | Call with Debtors re: Carrier 2009 plan |
| Leo Chang | 4/3/2009 | 2.50 | Calls with Jefco Team, Akin re: bids, M&A process |
| Leo Chang | 4/5/2009 | 0.50 | Internal call to discuss M&A issues |
| Leo Chang | 4/6/2009 | 1.00 | Call with Lazard re: M&A issues |
| Leo Chang | 4/6/2009 | 1.25 | Call with Cleary re: M&A issues |
| Leo Chang | 4/7/2009 | 3.50 | Nortel - Flex Call, Nortel: Call with ENH & Nortel: Internal Update Call |
| Leo Chang | 4/8/2009 | 0.25 | Call with Akin re: M&A |
| Leo Chang | 4/8/2009 | 1.50 | Call with UCC, Akin, Capstone, Jefco Team re: contract manufacture issues |
| Leo Chang | 4/8/2009 | 1.00 | Call with Lazard: M&A Process |
| Leo Chang | 4/9/2009 | 3.75 | Meeting with Company, Clearly, E&Y, FTI, Akin committee members re: proceed allocations and other case isscus. |
| Leo Chang | 4/9/2009 | 2.00 | Call with Lazard: Narnia / Carrier, Professionals Call Preparation |
| Leo Chang | 4/10/2009 | 2.75 | UCC call with Capstone, Akin, Jef, Committee members |
| Leo Chang | 4/13/2009 | 1.00 | Call with Capstone & FTI re: prep for Toronto meetings |
| Leo Chang | 4/14/2009 | 2.50 | Dinner with E&Y, Akin Gump, Hebert Smith re: various case issues |
| Leo Chang | 4/14/2009 | 1.00 | Nortel - M&A call with Lazard and FTI |
| Leo Chang | 4/14/2009 | 3.00 | Call to discuss liquidity concerns |
| Leo Chang | 4/15/2009 | 1.50 | Call with Capstone, Akin and Jefco Teams re: committee call prep and various case issues and related document revi |
| Leo Chang | 4/15/2009 | 3.00 | Meeting/Call: M&A and Strategic Plan |
| Leo Chang | 4/16/2009 | 7.00 | Toronto due diligence meetings |
| Leo Chang | 4/17/2009 | 2.00 | Call with FTI regarding Toronto |
| Leo Chang | 4/17/2009 | 1.00 | Nortel: Meeting/Call with UCC and Ad Hoc Professionals |
| Leo Chang | 4/17/2009 | 0.50 | Internal Call: Prep for Weekly UCC Call |
| Leo Chang | 4/18/2009 | 1.75 | Team call re: allocations, M&A; due diligence and related document review and communication with team members |
| Leo Chang | 4/19/2009 | 2.00 | Review due diligence documents, Lazard and Management presentations |
| Leo Chang | 4/20/2009 | 1.25 | Communicate with Jefco Team re: M&A issues, Review due diligence materials and cash flow analysis |
| Leo Chang | 4/21/2009 | 2.75 | Call with FTI, Milbank, Capstone, Akin re: meeting prep re: M&A and allocation analysis |
| Leo Chang | 4/22/2009 | 1.00 | Internal call re: actionable items and due diligence status |
| Leo Chang | 4/22/2009 | 1.00 | Pre-call for UCC weekly call |
| Leo Chang | 4/22/2009 | 1.00 | Weekly call with Lazard re: M&A |
| Leo Chang | 4/23/2009 | 1.00 | Meeting with Company re: detailed P&L costs |

## Jefferies & Company, Inc.
April 2009

| Banker | Date | Hours | Description |
|--------|------|-------|-------------|
| Leo Chang | 4/23/2009 | 2.00 | Weekly UCC Call, Call: Re: Calgary Sale |
| Leo Chang | 4/24/2009 | 1.00 | Nortel: Call with Suzanne Kelly Re: Equinox Metrics, Reviewed Valuation Materials |
| Leo Chang | 4/26/2009 | 1.25 | Internal Call re: valuation |
| Leo Chang | 4/26/2009 | 3.00 | Reviewed Valuation Materials, Internal Call: Valuation Analysis |
| Leo Chang | 4/27/2009 | 1.00 | M&A call with Akin Gump |
| Leo Chang | 4/27/2009 | 0.50 | Call with Jefco Team members re: due diligence and valuation issues |
| Leo Chang | 4/28/2009 | 3.00 | Reviewed Valuation Materials, Internal Call to Discuss Valuation |
| Leo Chang | 4/29/2009 | 0.50 | Call with UK Administrator re: proceed allocation |
| Leo Chang | 4/29/2009 | 1.25 | Calls with Akin, Fraiser, Capstone, Jefco Team re: case issues |
| Leo Chang | 4/29/2009 | 4.00 | Weekly M&A Call, UCC Professionals Pre-Call, Reviewed Valuation Materials |
| Leo Chang | 4/30/2009 | 2.75 | Committee call re: variety of case issues, M&A, Allocations, valuation issues |
| Leo Chang | 4/30/2009 | 2.00 | Call with FTI, Akin and Jefco Team re: Equinox, M&A issues, allocation issues |
| **April 2009 Summary Hours for Leo Chang** | | **82.00** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 4/1/2009 | 1.00 | Weekly Professional Call |
| Gaurav Kittur | 4/2/2009 | 1.00 | Call with Mike Murray (Lazard) |
| Gaurav Kittur | 4/2/2009 | 1.50 | Weekly Committee Call |
| Gaurav Kittur | 4/3/2009 | 1.00 | Call with Company: Carrier 2009 Projections |
| Gaurav Kittur | 4/6/2009 | 1.00 | Call with Lazard: Equinox |
| Gaurav Kittur | 4/7/2009 | 3.50 | Nortel - Flex Call, Nortel: Call with ENH & Nortel: Internal Update Call |
| Gaurav Kittur | 4/8/2009 | 1.00 | Call with Lazard: M&A Process |
| Gaurav Kittur | 4/8/2009 | 2.00 | Weekly CF Call, Call with UCC: Flex Situation |
| Gaurav Kittur | 4/9/2009 | 2.00 | Call with Lazard: Narnia / Carrier, Professionals Call Preparation |
| Gaurav Kittur | 4/13/2009 | 1.00 | FTI / Capstone / Jefferies Call re: Toronto Meeting Discussion Items |
| Gaurav Kittur | 4/14/2009 | 1.00 | Nortel - M&A call w/ Lazard and FTI re: GSM business |
| Gaurav Kittur | 4/14/2009 | 3.00 | Call: Liquidity Concerns |
| Gaurav Kittur | 4/15/2009 | 3.00 | Meeting/Call: M&A and Strategic Plan |
| Gaurav Kittur | 4/16/2009 | 3.00 | Nortel: Meeting/Call Re: Entity Viability and Divestiture Issues |
| Gaurav Kittur | 4/17/2009 | 1.00 | Nortel: Meeting/Call with UCC and Ad Hoc Professionals |
| Gaurav Kittur | 4/17/2009 | 0.50 | Internal Call: Prep for Weekly UCC Call |
| Gaurav Kittur | 4/17/2009 | 3.00 | Weekly UCC Call |
| Gaurav Kittur | 4/19/2009 | 4.00 | Reviewed Valuation Materials, Internal Call to Discuss Valuation |
| Gaurav Kittur | 4/20/2009 | 4.50 | Reviewed Valuation Materials |
| Gaurav Kittur | 4/21/2009 | 4.00 | Reviewed Valuation Materials, Internal Update Call |
| Gaurav Kittur | 4/22/2009 | 3.00 | Reviewed Valuation Materials, Internal Call to Discuss Outstanding Diligence and Recent Meetings |
| Gaurav Kittur | 4/22/2009 | 3.00 | Call with Capstone: Recent Developments, Weekly M&A Call, UCC Advisors' Pre-Call |
| Gaurav Kittur | 4/23/2009 | 2.00 | Weekly UCC Call, Call: Re: Calgary Sale |
| Gaurav Kittur | 4/24/2009 | 1.00 | Nortel: Call with Suzanne Kelly Re: Equinox Metrics, Reviewed Valuation Materials |
| Gaurav Kittur | 4/26/2009 | 3.00 | Reviewed Valuation Materials, Internal Call: Valuation Analysis |
| Gaurav Kittur | 4/27/2009 | 1.00 | Nortel: Call with Akin Re: Equinox Bids |
| Gaurav Kittur | 4/28/2009 | 3.00 | Reviewed Valuation Materials, Internal Call to Discuss Valuation |
| Gaurav Kittur | 4/29/2009 | 3.00 | Nortel: Call Re: Q1 & Q2 AIP, Internal Call, Call with Peter Look Re: Taxes |
| Gaurav Kittur | 4/29/2009 | 4.00 | Weekly M&A Call, UCC Professionals Pre-Call, Reviewed Valuation Materials |
| Gaurav Kittur | 4/30/2009 | 4.00 | Reviewed Valuation Materials, Weekly UCC Call |
| **April 2009 Summary Hours for Gaurav Kittur** | | **69.00** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 4/3/2009 | 1.50 | Carrier Conference Call |
| Paul Zangrilli | 4/5/2009 | 5.00 | Bid analysis and calls to discuss bids |
| Paul Zangrilli | 4/6/2009 | 1.00 | Call to discuss enterprise bids |
| Paul Zangrilli | 4/7/2009 | 8.00 | Equinox bid analysis |
| Paul Zangrilli | 4/9/2009 | 4.00 | Equinox valuation analysis |
| Paul Zangrilli | 4/9/2009 | 8.00 | Equinox bid analysis / Prep Call / Dataroom research |
| Paul Zangrilli | 4/10/2009 | 1.00 | Committee Call |
| Paul Zangrilli | 4/11/2009 | 8.00 | Diligence meeting prep |
| Paul Zangrilli | 4/12/2009 | 5.50 | Diligence meeting prep |
| Paul Zangrilli | 4/14/2009 | 2.50 | Bid analysis and discussions |
| Paul Zangrilli | 4/14/2009 | 1.00 | Bid call |
| Paul Zangrilli | 4/16/2009 | 4.50 | Valuation analysis prep |
| Paul Zangrilli | 4/16/2009 | 3.25 | Valuation analysis prep |
| Paul Zangrilli | 4/20/2009 | 5.00 | Valuation analysis |
| Paul Zangrilli | 4/21/2009 | 6.50 | Valuation Analysis |
| Paul Zangrilli | 4/22/2009 | 1.00 | Internal Call |
| Paul Zangrilli | 4/22/2009 | 1.00 | Advisor call |
| Paul Zangrilli | 4/22/2009 | 1.00 | M&A Call |
| Paul Zangrilli | 4/22/2009 | 1.00 | Advisor call |
| Paul Zangrilli | 4/23/2009 | 1.00 | Committee Call |
| Paul Zangrilli | 4/23/2009 | 7.50 | Valuation work |
| Paul Zangrilli | 4/24/2009 | 10.00 | Valuation work |
| Paul Zangrilli | 4/25/2009 | 4.00 | Valuation work |
| Paul Zangrilli | 4/25/2009 | 6.00 | Valuation work |
| Paul Zangrilli | 4/26/2009 | 4.50 | Valuation work |
| Paul Zangrilli | 4/26/2009 | 4.50 | Valuation work |
| Paul Zangrilli | 4/27/2009 | 7.00 | Valuation work |
| Paul Zangrilli | 4/27/2009 | 9.00 | Valuation work |
| Paul Zangrilli | 4/28/2009 | 7.00 | Valuation work |

## Jefferies & Company, Inc.
April 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Paul Zangrilli | 4/28/2009 | 5.00 | Valuation work |
| Paul Zangrilli | 4/29/2009 | 6.25 | Valuation work |
| Paul Zangrilli | 4/29/2009 | 8.00 | Valuation work |
| Paul Zangrilli | 4/30/2009 | 2.00 | Committee Call |
| **April 2009 Summary Hours for Paul Zangrilli** | | **150.50** | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 4/1/2009 | 1.00 | Due diligence coordination, call with other professionals |
| Cary Verasco | 4/2/2009 | 3.00 | Prepare analysis, discussions with counsel, committee call |
| Cary Verasco | 4/3/2009 | 5.00 | Call with other advisors, due diligence coordination, review materials, various correspondence |
| Cary Verasco | 4/5/2009 | 8.00 | Review materials, prepare analysis, various correspondence, internal discussions, call with counsel |
| Cary Verasco | 4/6/2009 | 1.50 | Calls with Debtor advisors and other professionals, various correspondence |
| Cary Verasco | 4/7/2009 | 2.50 | Various correspondence, review materials, prepare analysis, call with Company and other professionals |
| Cary Verasco | 4/8/2009 | 4.00 | Update analysis, various calls with other professionals and committee members, various correspondence |
| Cary Verasco | 4/9/2009 | 1.50 | Various correspondence, due diligence coordination |
| Cary Verasco | 4/14/2009 | 12.00 | Due diligence meetings and related travel, various correspondence |
| Cary Verasco | 4/15/2009 | 12.00 | Due diligence meetings, review materials, various correspondence, call other professionals, internal discussions |
| Cary Verasco | 4/16/2009 | 9.00 | Review materials, update materials, due diligence meetings and related travel |
| Cary Verasco | 4/17/2009 | 4.00 | Various correspondence, review materials, committee call, call with other professionals |
| Cary Verasco | 4/18/2009 | 1.50 | Internal discussions, various correspondence, prepare analysis |
| Cary Verasco | 4/19/2009 | 2.00 | Various correspondence, review analysis |
| Cary Verasco | 4/20/2009 | 12.00 | Due diligence and related travel, review analysis, various discussions |
| Cary Verasco | 4/21/2009 | 3.00 | Internal discussions, various calls with other professionals, review materials, various correspondence |
| Cary Verasco | 4/22/2009 | 4.00 | Review materials, various calls with other professionals, various correspondence, due diligence coordination |
| Cary Verasco | 4/23/2009 | 3.00 | Various correspondence, review materials, update materials, committee call |
| Cary Verasco | 4/24/2009 | 4.00 | Various correspondence, call with committee member, prepare materials, due diligence coordination, review materia |
| Cary Verasco | 4/26/2009 | 1.00 | Various correspondence, internal discussions |
| Cary Verasco | 4/27/2009 | 3.00 | Various correspondence, review materials, update materials |
| Cary Verasco | 4/28/2009 | 0.50 | Various correspondence |
| Cary Verasco | 4/29/2009 | 3.00 | Update materials, calls with other professionals, various correspondence, review materials |
| **April 2009 Summary Hours for Cary Verasco** | | **100.50** | |
| | | | |
| *Gene Chen* | | | |
| Gene Chen | 4/1/2009 | 0.50 | Call with Company re: 13-week CF |
| Gene Chen | 4/1/2009 | 1.25 | Review materials |
| Gene Chen | 4/1/2009 | 0.75 | Call with UCC professionals re: prep for UCC call |
| Gene Chen | 4/1/2009 | 1.50 | Data room diligence. Review CF-related docs |
| Gene Chen | 4/2/2009 | 2.50 | Call (weekly update) with UCC re: M&A |
| Gene Chen | 4/2/2009 | 0.50 | Call with Lazard re: M&A |
| Gene Chen | 4/2/2009 | 1.50 | Data room diligence. Review materials |
| Gene Chen | 4/3/2009 | 2.50 | Review m&a related docs. Data room diligence |
| Gene Chen | 4/3/2009 | 1.00 | Call with Debtors re: Carrier 2009 plan |
| Gene Chen | 4/3/2009 | 1.00 | Data room diligence. Review materials |
| Gene Chen | 4/5/2009 | 3.50 | Review m&a related docs. Prepare UCC presentation |
| Gene Chen | 4/5/2009 | 1.00 | Call with Akin Gump re: M&A issues |
| Gene Chen | 4/5/2009 | 0.50 | Internal call to discuss M&A issues |
| Gene Chen | 4/5/2009 | 2.00 | Review m&a related docs |
| Gene Chen | 4/6/2009 | 1.00 | Call with Lazard re: M&A issues |
| Gene Chen | 4/6/2009 | 1.25 | Review m&a related docs |
| Gene Chen | 4/6/2009 | 1.25 | Call with Cleary re: M&A issues |
| Gene Chen | 4/7/2009 | 0.25 | Call with Akin re: M&A |
| Gene Chen | 4/7/2009 | 3.00 | Review m&a-related docs. Data room diligence |
| Gene Chen | 4/7/2009 | 0.75 | Internal call re: M&A |
| Gene Chen | 4/7/2009 | 0.75 | Call with UCC advisors re: Flex |
| Gene Chen | 4/7/2009 | 1.50 | Call with All re: Flex |
| Gene Chen | 4/8/2009 | 2.00 | Call with UCC re: Flex situation |
| Gene Chen | 4/8/2009 | 0.75 | Internal call re: M&A |
| Gene Chen | 4/8/2009 | 0.25 | Call with Akin re: M&A |
| Gene Chen | 4/8/2009 | 1.00 | Call with Company re: 13-week CF |
| Gene Chen | 4/8/2009 | 2.50 | Review materials. Prepare presentation to UCC |
| Gene Chen | 4/8/2009 | 1.00 | Call with Lazard re: M&A |
| Gene Chen | 4/9/2009 | 3.00 | Call with UCC re: weekly update |
| Gene Chen | 4/9/2009 | 3.50 | Call/meeting in Toronto re: cost/proceed allocation |
| Gene Chen | 4/9/2009 | 2.00 | Prepare presentation to UCC. Review M&A docs |
| Gene Chen | 4/9/2009 | 1.00 | Review materials |
| Gene Chen | 4/9/2009 | 0.75 | Call with UCC professionals to prep for UCC call |
| Gene Chen | 4/9/2009 | 1.25 | Call with Lazard re: M&A |
| Gene Chen | 4/9/2009 | 0.50 | Review materials |
| Gene Chen | 4/13/2009 | 1.00 | Call with Capstone & FTI re: prep for Toronto meetings |
| Gene Chen | 4/13/2009 | 8.00 | Travel to Toronto for due diligence meetings |
| Gene Chen | 4/13/2009 | 4.50 | Prep for Toronto meetings. Data room diligence |
| Gene Chen | 4/14/2009 | 10.00 | Toronto due diligence meetings |
| Gene Chen | 4/15/2009 | 10.50 | Toronto due diligence meetings |
| Gene Chen | 4/15/2009 | 8.00 | Prepare presentation to UCC |
| Gene Chen | 4/16/2009 | 7.00 | Toronto due diligence meetings |
| Gene Chen | 4/16/2009 | 9.00 | Travel/return to San Francisco following due diligence meetings |
| Gene Chen | 4/17/2009 | 3.00 | Weekly UCC call |

Jefferies & Company, Inc.
April 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Gene Chen | 4/17/2009 | 2.00 | Call with FRI re: Toronto Due diligence debrief |
| Gene Chen | 4/18/2009 | 2.25 | Equinox due diligence |
| Gene Chen | 4/18/2009 | 0.75 | Internal call to discuss Equinox due diligence |
| Gene Chen | 4/18/2009 | 1.00 | Internal call to discuss actionable items and next week's meetings in Toronto |
| Gene Chen | 4/19/2009 | 8.00 | Travel to Toronto for onsite diligence |
| Gene Chen | 4/20/2009 | 13.00 | Onsite diligence in Toronto |
| Gene Chen | 4/21/2009 | 3.50 | Onsite diligence in Toronto |
| Gene Chen | 4/21/2009 | 1.00 | Internal update call |
| Gene Chen | 4/21/2009 | 2.00 | Onsite diligence in Toronto |
| Gene Chen | 4/21/2009 | 1.50 | Onsite diligence in Toronto |
| Gene Chen | 4/21/2009 | 6.00 | Call with All re: funding and allocation |
| Gene Chen | 4/22/2009 | 1.50 | Onsite diligence in Toronto |
| Gene Chen | 4/22/2009 | 1.00 | Internal call re: actionable items and due diligence status |
| Gene Chen | 4/22/2009 | 0.50 | Weekly cash update call |
| Gene Chen | 4/22/2009 | 2.00 | Onsite diligence in Toronto |
| Gene Chen | 4/22/2009 | 2.00 | Onsite diligence in Toronto |
| Gene Chen | 4/22/2009 | 1.00 | Pre-call for UCC weekly call |
| Gene Chen | 4/22/2009 | 1.00 | Onsite diligence in Toronto |
| Gene Chen | 4/22/2009 | 1.00 | Weekly call with Lazard re: M&A |
| Gene Chen | 4/22/2009 | 1.00 | Onsite diligence in Toronto |
| Gene Chen | 4/22/2009 | 1.00 | Call with Capstone re: funding and allocation |
| Gene Chen | 4/23/2009 | 2.00 | Weekly UCC update call |
| Gene Chen | 4/23/2009 | 3.00 | Onsite diligence in Toronto |
| Gene Chen | 4/23/2009 | 7.00 | Travel/return to San Francisco following onsite diligence |
| Gene Chen | 4/23/2009 | 1.00 | Call with Company re: Calgary sale |
| Gene Chen | 4/23/2009 | 1.00 | Meeting with Company re: detailed P&L costs |
| Gene Chen | 4/24/2009 | 3.00 | Prepare due diligence request information |
| Gene Chen | 4/26/2009 | 2.25 | Review materials |
| Gene Chen | 4/26/2009 | 1.25 | Internal Call re: valuation |
| Gene Chen | 4/27/2009 | 3.00 | Review M&A related materials |
| Gene Chen | 4/27/2009 | 1.00 | Review materials. Data room diligence |
| Gene Chen | 4/27/2009 | 1.00 | Call with Akin re: M&A issues |
| Gene Chen | 4/28/2009 | 2.00 | Review materials |
| Gene Chen | 4/28/2009 | 3.00 | Review m&A related materials |
| Gene Chen | 4/29/2009 | 2.00 | Call with Peter Look re: tax assets and transfer pricing |
| Gene Chen | 4/29/2009 | 0.50 | Internal call |
| Gene Chen | 4/29/2009 | 0.50 | Weekly cash flow call |
| Gene Chen | 4/29/2009 | 3.25 | Due diligence re: M&A |
| Gene Chen | 4/29/2009 | 1.00 | Pre-call with UCC professionals |
| Gene Chen | 4/29/2009 | 1.50 | Prepare internal update. Review materials |
| Gene Chen | 4/29/2009 | 0.50 | Call with UK Administrator re: proceed allocation |
| Gene Chen | 4/30/2009 | 2.50 | Weekly UCC update call |
| Gene Chen | 4/30/2009 | 1.00 | Due diligence follow-up |
| Gene Chen | 4/30/2009 | 2.00 | Review materials |
| **April 2009 Summary Hours for Gene Chen** | | **208.50** | |

*Tyler Lonsdale*

| Tyler Lonsdale | 4/1/2009 | 0.50 | Call with Company re: 13-week CF |
| Tyler Lonsdale | 4/1/2009 | 0.75 | Call with UCC professionals re: prep for UCC call |
| Tyler Lonsdale | 4/2/2009 | 2.50 | Call (weekly update) with UCC re: M&A |
| Tyler Lonsdale | 4/2/2009 | 0.50 | M&A call with Lazard |
| Tyler Lonsdale | 4/3/2009 | 1.00 | 2009 Carrier Plan Call |
| Tyler Lonsdale | 4/5/2009 | 1.00 | M&A call with Akin Gump |
| Tyler Lonsdale | 4/5/2009 | 3.00 | Equinox bid analysis |
| Tyler Lonsdale | 4/5/2009 | 0.50 | Internal call to discuss M&A issues |
| Tyler Lonsdale | 4/5/2009 | 2.00 | Diligence re: Pension Liabilities |
| Tyler Lonsdale | 4/6/2009 | 1.00 | M&A update call with Lazard |
| Tyler Lonsdale | 4/6/2009 | 1.25 | Review M&A documents |
| Tyler Lonsdale | 4/6/2009 | 1.25 | Call with Cleary re: M&A issues |
| Tyler Lonsdale | 4/7/2009 | 0.25 | Call with Akin re: M&A |
| Tyler Lonsdale | 4/7/2009 | 3.00 | Review M&A documents |
| Tyler Lonsdale | 4/7/2009 | 3.00 | Ad hoc preparation of public docs |
| Tyler Lonsdale | 4/7/2009 | 0.75 | Internal call re: M&A |
| Tyler Lonsdale | 4/7/2009 | 0.75 | Call with UCC regarding Flextronics |
| Tyler Lonsdale | 4/7/2009 | 2.00 | Equinox bid review |
| Tyler Lonsdale | 4/7/2009 | 1.50 | All-hands call re: Flextronics |
| Tyler Lonsdale | 4/8/2009 | 2.00 | Equinox bid diligence |
| Tyler Lonsdale | 4/8/2009 | 2.00 | Call with UCC re: Flex situation |
| Tyler Lonsdale | 4/8/2009 | 0.75 | Internal call re: M&A |
| Tyler Lonsdale | 4/8/2009 | 0.25 | Call with Akin re: M&A |
| Tyler Lonsdale | 4/8/2009 | 1.00 | Call with Company re: 13-week CF |
| Tyler Lonsdale | 4/8/2009 | 2.00 | Project Equinox bid proposal summaries |
| Tyler Lonsdale | 4/8/2009 | 2.50 | Review materials. Prepare presentation to UCC |
| Tyler Lonsdale | 4/8/2009 | 1.00 | Call with Lazard re: M&A |
| Tyler Lonsdale | 4/9/2009 | 3.00 | Call with UCC re: weekly update |
| Tyler Lonsdale | 4/8/2009 | 3.00 | Project Equinox bid proposal summaries |
| Tyler Lonsdale | 4/9/2009 | 3.50 | Call/meeting in Toronto re: cost/proceed allocation |

Jefferies & Company, Inc.
April 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Tyler Lonsdale | 4/9/2009 | 2.00 | Prepare presentation to UCC. Review M&A docs |
| Tyler Lonsdale | 4/9/2009 | 1.00 | Review materials |
| Tyler Lonsdale | 4/9/2009 | 0.75 | Call with UCC professionals to prep for UCC call |
| Tyler Lonsdale | 4/9/2009 | 1.25 | Call with Lazard re: M&A |
| Tyler Lonsdale | 4/9/2009 | 0.50 | Review materials |
| Tyler Lonsdale | 4/13/2009 | 1.00 | Call with Capstone & FTI re: prep for Toronto meetings |
| Tyler Lonsdale | 4/16/2009 | 4.00 | Prepare presentation materials for Toronto diligence meetings |
| Tyler Lonsdale | 4/17/2009 | 4.00 | Update materials for Toronto diligence meetings |
| Tyler Lonsdale | 4/17/2009 | 3.00 | Weekly UCC call |
| Tyler Lonsdale | 4/17/2009 | 2.00 | Call with FRI re: Toronto Due diligence debrief |
| Tyler Lonsdale | 4/17/2009 | 1.00 | Enterprise cash flow due diligence |
| Tyler Lonsdale | 4/18/2009 | 2.00 | Equinox due diligence |
| Tyler Lonsdale | 4/18/2009 | 0.75 | Internal call to discuss Equinox due diligence |
| Tyler Lonsdale | 4/18/2009 | 1.00 | Internal call to discuss actionable items and next week's meetings in Toronto |
| Tyler Lonsdale | 4/19/2009 | 2.00 | Prioritize Equinox due diligence items |
| Tyler Lonsdale | 4/20/2009 | 4.00 | Travel to Toronto for onsite diligence |
| Tyler Lonsdale | 4/20/2009 | 11.00 | Onsite diligence in Toronto |
| Tyler Lonsdale | 4/21/2009 | 4.00 | Travel home from Toronto diligence trip |
| Tyler Lonsdale | 4/21/2009 | 1.00 | Internal team update call |
| Tyler Lonsdale | 4/21/2009 | 6.00 | Call with All re: funding and allocation |
| Tyler Lonsdale | 4/22/2009 | 1.00 | Internal call re: actionable items and due diligence status |
| Tyler Lonsdale | 4/22/2009 | 0.50 | Weekly cash update call |
| Tyler Lonsdale | 4/22/2009 | 1.50 | Pre-call for UCC weekly call |
| Tyler Lonsdale | 4/22/2009 | 1.00 | Onsite diligence in Toronto |
| Tyler Lonsdale | 4/22/2009 | 1.00 | Weekly call with Lazard re: M&A |
| Tyler Lonsdale | 4/22/2009 | 1.00 | Review materials |
| Tyler Lonsdale | 4/22/2009 | 1.00 | Call with Capstone re: funding and allocation |
| Tyler Lonsdale | 4/23/2009 | 2.00 | Weekly UCC update call |
| Tyler Lonsdale | 4/23/2009 | 3.00 | Equinox metrics analysis |
| Tyler Lonsdale | 4/23/2009 | 1.00 | Call with Company re: Calgary sale |
| Tyler Lonsdale | 4/23/2009 | 1.00 | Meeting with Company re: detailed P&L costs |
| Tyler Lonsdale | 4/24/2009 | 2.00 | Equinox metrics analysis |
| Tyler Lonsdale | 4/24/2009 | 3.00 | Prepare due diligence request information |
| Tyler Lonsdale | 4/26/2009 | 1.25 | Internal Call re: valuation |
| Tyler Lonsdale | 4/27/2009 | 3.00 | Review M&A related materials |
| Tyler Lonsdale | 4/27/2009 | 1.00 | Review materials. Data room diligence |
| Tyler Lonsdale | 4/27/2009 | 1.00 | Call with Akin re: M&A issues |
| Tyler Lonsdale | 4/28/2009 | 6.00 | Prepare UCC presentation on strategic alternatives |
| Tyler Lonsdale | 4/28/2009 | 4.00 | Project Snow bid summary |
| Tyler Lonsdale | 4/29/2009 | 2.00 | Call with Peter Look re: tax assets and transfer pricing |
| Tyler Lonsdale | 4/29/2009 | 0.50 | Internal call |
| Tyler Lonsdale | 4/29/2009 | 1.00 | UCC Professionals pre-call |
| Tyler Lonsdale | 4/29/2009 | 1.50 | Prepare internal update. Review materials |
| Tyler Lonsdale | 4/29/2009 | 0.50 | Call with UK Administrator re: proceed allocation |
| Tyler Lonsdale | 4/30/2009 | 2.50 | Weekly UCC update call |
| Tyler Lonsdale | 4/30/2009 | 1.00 | Due diligence follow-up |
| **April 2009 Summary Hours for Tyler Lonsdale** | | **144.00** | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 4/1/2009 | 1.00 | Weekly Professional Call |
| Ryan Stuckert | 4/2/2009 | 1.50 | Weekly Committee Call |
| Ryan Stuckert | 4/2/2009 | 1.00 | Nortel - Call with Mike Murray of Lazard |
| Ryan Stuckert | 4/3/2009 | 1.00 | Call with Company Re: Carrier 2009 Projections |
| Ryan Stuckert | 4/6/2009 | 1.00 | Call with Lazard Re: Equinox |
| Ryan Stuckert | 4/7/2009 | 3.50 | Nortel - Flex Call |
| Ryan Stuckert | 4/8/2009 | 1.00 | Nortel: Call with UCC Re: Flex Situation |
| Ryan Stuckert | 4/8/2009 | 0.50 | Nortel: Weekly Call re: 13-Week CF & Cash Balances |
| Ryan Stuckert | 4/8/2009 | 1.00 | Nortel: Call with Lazard Re: M&A Process |
| Ryan Stuckert | 4/9/2009 | 1.00 | Nortel: Professionals Prep Call |
| Ryan Stuckert | 4/9/2009 | 1.00 | Nortel: Call with Lazard re: Narnia / Carrier (FA's Only) |
| Ryan Stuckert | 4/13/2009 | 1.00 | FTI / Capstone / Jefferies Call re: Toronto Meeting Discussion Items |
| Ryan Stuckert | 4/14/2009 | 3.00 | Nortel: Meeting/Call Re: Liquidity Concerns |
| Ryan Stuckert | 4/14/2009 | 1.00 | Nortel - M&A call w/ Lazard and FTI re: GSM business |
| Ryan Stuckert | 4/15/2009 | 3.00 | Nortel: Meeting/Call Re: M&A and Strategic Plan |
| Ryan Stuckert | 4/16/2009 | 3.00 | Nortel: Meeting/Call Re: Entity Viability and Divestiture Issues |
| Ryan Stuckert | 4/17/2009 | 3.00 | Nortel: Weekly UCC Call |
| Ryan Stuckert | 4/17/2009 | 0.50 | Internal discussion with team members: Prep for Weekly UCC Call |
| Ryan Stuckert | 4/17/2009 | 1.00 | Nortel: Meeting/Call with UCC and Ad Hoc Professionals |
| Ryan Stuckert | 4/20/2009 | 13.50 | Valuation Analysis |
| Ryan Stuckert | 4/21/2009 | 2.00 | Valuation Analysis |
| Ryan Stuckert | 4/22/2009 | 7.50 | Valuation Analysis |
| Ryan Stuckert | 4/22/2009 | 11.00 | Valuation Analysis |
| Ryan Stuckert | 4/23/2009 | 2.00 | Valuation Analysis |
| Ryan Stuckert | 4/23/2009 | 8.00 | Valuation Analysis |
| Ryan Stuckert | 4/24/2009 | 9.00 | Valuation Analysis |
| Ryan Stuckert | 4/25/2009 | 4.50 | Valuation Analysis |
| Ryan Stuckert | 4/26/2009 | 5.00 | Valuation Analysis |

## Jefferies & Company, Inc.
April 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Ryan Stuckert | 4/26/2009 | 6.50 | Valuation Analysis |
| Ryan Stuckert | 4/27/2009 | 2.50 | Valuation Analysis |
| Ryan Stuckert | 4/28/2009 | 2.00 | Valuation Analysis |
| Ryan Stuckert | 4/28/2009 | 15.50 | Valuation Analysis |
| Ryan Stuckert | 4/29/2009 | 3.00 | Valuation Analysis |
| Ryan Stuckert | 4/29/2009 | 6.50 | Valuation Analysis |
| Ryan Stuckert | 4/30/2009 | 2.00 | Weekly UCC Call |
| Ryan Stuckert | 4/30/2009 | 12.00 | Valuation Analysis |
| **April 2009 Summary Hours for Ryan Stuckert** | | **141.50** | |
| | | | |
| *Joseph Lok* | | | |
| Joseph Lok | 4/1/2009 | 0.50 | Call with Company re: 13-week CF |
| Joseph Lok | 4/1/2009 | 0.75 | Call with UCC professionals re: prep for UCC call |
| Joseph Lok | 4/2/2009 | 2.50 | Call (weekly update) with UCC re: M&A |
| Joseph Lok | 4/2/2009 | 0.50 | Call with Lazard re: M&A |
| Joseph Lok | 4/3/2009 | 5.00 | Prepare M&A docs; financial analysis re: enterprise |
| Joseph Lok | 4/3/2009 | 1.00 | Call with Debtors re: Carrier 2009 plan |
| Joseph Lok | 4/5/2009 | 4.00 | Review m&a related docs. |
| Joseph Lok | 4/5/2009 | 1.00 | Call with Akin Gump re: M&A issues |
| Joseph Lok | 4/6/2009 | 1.00 | Call with Lazard re: M&A issues |
| Joseph Lok | 4/6/2009 | 1.25 | Call with Cleary re: M&A issues |
| Joseph Lok | 4/7/2009 | 0.75 | Internal call re: M&AFlex and prep for UCC weekly update |
| Joseph Lok | 4/7/2009 | 0.75 | Call with UCC advisors re: Flex |
| Joseph Lok | 4/7/2009 | 3.50 | Call with All re: Flex |
| Joseph Lok | 4/8/2009 | 2.00 | Call with UCC re: Flex situation |
| Joseph Lok | 4/8/2009 | 0.75 | Internal call re: M&A |
| Joseph Lok | 4/8/2009 | 0.25 | Call with Akin re: M&A |
| Joseph Lok | 4/8/2009 | 1.00 | Call with Company re: 13-week CF |
| Joseph Lok | 4/8/2009 | 1.00 | Call with Lazard re: M&A |
| Joseph Lok | 4/9/2009 | 3.00 | Call with UCC re: weekly update |
| Joseph Lok | 4/9/2009 | 3.50 | Call/meeting in Toronto re: cost/proceed allocation |
| Joseph Lok | 4/9/2009 | 0.75 | Call with UCC professionals to prep for UCC call |
| Joseph Lok | 4/9/2009 | 1.25 | Call with Lazard re: M&A |
| Joseph Lok | 4/13/2009 | 1.00 | Call with Capstone & FTI re: prep for Toronto meetings |
| Joseph Lok | 4/14/2009 | 3.00 | Call Re: Liquidity Concerns |
| Joseph Lok | 4/14/2009 | 1.00 | Call w Lazrd re: GSM |
| Joseph Lok | 4/15/2009 | 3.00 | Nortel: Meeting/Call Re: M&A and Strategic Plan |
| Joseph Lok | 4/16/2009 | 3.00 | Nortel: Meeting/Call Re: Entity Viability and Divestiture Issues |
| Joseph Lok | 4/17/2009 | 3.00 | Weekly UCC Call |
| Joseph Lok | 4/17/2009 | 0.50 | Internal discussion with team members: Prep for Weekly UCC Call |
| Joseph Lok | 4/17/2009 | 1.00 | Nortel: Meeting/Call with UCC and Ad Hoc Professional |
| Joseph Lok | 4/19/2009 | 10.00 | Valuation Materials; organized internal discussion materials |
| Joseph Lok | 4/20/2009 | 13.50 | Valuation Analysis |
| Joseph Lok | 4/21/2009 | 11.00 | Valuation Analysis |
| Joseph Lok | 4/23/2009 | 8.00 | Valuation analysis, Call re: calgary sale |
| Joseph Lok | 4/24/2009 | 9.00 | Valuation analysis |
| Joseph Lok | 4/25/2009 | 6.50 | Valuation analysis |
| Joseph Lok | 4/26/2009 | 5.00 | Valuation analysis |
| Joseph Lok | 4/27/2009 | 15.50 | Valuation Analysis |
| Joseph Lok | 4/27/2009 | 14.50 | Valuation analysis |
| Joseph Lok | 4/28/2009 | 2.00 | Valuation analysis |
| Joseph Lok | 4/28/2009 | 2.00 | Valuation analysis |
| Joseph Lok | 4/28/2009 | 6.50 | Valuation Analysis |
| Joseph Lok | 4/29/2009 | 3.00 | Valuation analysis |
| Joseph Lok | 4/29/2009 | 12.00 | Valuation analysis |
| Joseph Lok | 4/30/2009 | 2.00 | Weekly UCC Call |
| **April 2009 Summary Hours for Joseph Lok** | | **172.00** | |