IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                               :
*In re*                                        :   Chapter 11
                                               :
Nortel Networks Inc., *et al.*,[1]             :   Case No. 09-10138 (KG)
                                               :
                    Debtors.                   :   Jointly Administered
                                               :
                                               :   RE: D.I. 510
                                               :
------------------------------------------------------------X

**SEVENTH NOTICE OF REJECTION OF EXECUTORY CONTRACT(S)
AND/OR NONRESIDENTIAL REAL PROPERTY LEASE(S) BY
DEBTORS AND DEBTORS IN POSSESSION**

TO:   ALL PARTIES ON THE ATTACHED SERVICE LIST:

        **PLEASE TAKE NOTICE THAT ALL PARTIES RECEIVING THIS OMNIBUS MOTION SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES IN THE CHART INCLUDED IN THE NOTICE.**

        **PLEASE TAKE NOTICE THAT** on March 20, 2009, the Court entered the *Order Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases and the Abandonment of Certain Assets Related Thereto* (D.I. 510) (the "Order").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Order.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the Debtors hereby reject the following executory contracts (the "Contracts") and/or nonresidential real property leases (the "Leases")[3] and, where applicable, hereby abandon the following personal property at the nonresidential real estate subject to a Lease being rejected (the "Abandoned Personal Property"):

| Address(es) of Non-Debtor Party to Contract/ Lease | Contract/ Lease | Monthly Obligation (if applicable) | Proposed Rejection Date[4] | Term Expiration Date of Contract or Lease | General Description of Abandoned Personal Property (if applicable) |
|---|---|---|---|---|---|
| 7884 BR LLC<br>256 Delta Drive<br>Mandeville, LA 70448 | 7884 Office Park Boulevard, Suite 110, Baton Rouge, LA | $3,754.92 | June 30 2009 | December 31, 2012 | Listed in Exhibit B-1 |
| Behringer Harvard TIC Management Services LP<br>15601 Dallas Parkway, Suite 600<br>Addison, TX 75001 | 250 West Pratt Street, Suite 900, Baltimore MD | $11,456.33 | June 30 2009 | November 30, 2010 | Listed in Exhibit B-2 |
| California State Teachers' Retirement System<br>c/o Thomas Properties Group, LP<br>515 S. Flower Street, 6th Floor<br>Los Angeles, CA 90071 | 1835 Market Street Philadelphia, PA | $8,570.00 | June 30 2009 | December 31, 2010 | Listed in Exhibit B-3 |
| Canal View Properties III, LLC<br>1465 Monroe Avenue<br>Rochester, NY 14618 | 300 Canal View Boulevard Rochester, NY | $17,233.50 | June 30 2009 | December 31, 2011 | Listed in Exhibit B-4 |
| Coliseum Transfer Inc.<br>c/o J.P. Morgan Investment Inc.<br>522 Fifth Avenue, 9th Floor<br>New York, NY 10036 | 2550 West Tyvola Road Charlotte, NC | $7,273.42 | June 30 2009 | September 30, 2009 | Listed in Exhibit B-5 |

---

[3]    The Debtors reserve, and do not waive, any and all claims or causes of action or defenses to any claims or causes of action. Additionally, the Debtors reserve and do not waive, the right to amend, supplement or otherwise modify this Notice.

[4]    The "Proposed Rejection Date" is the date of intended rejection, which shall be, with respect to an unexpired non-residential real property lease, ten (10) calendar days from the date and time this Rejection Notice is served if no later date is designated and the Debtors do not grant an extension; or, with respect to an executory contract, the date this Rejection Notice is filed and served if no other date is designated.

| Creditor | Address | Amount | Date | Expiration | Exhibit |
|---|---|---|---|---|---|
| CORE Brookfield Lakes, LLC<br>c/o CORE Realty Holdings Management, Inc.<br>c/o Hammes Company<br>18000 West Sarah Lane, Suite 250<br>Brookfield, WI 53045 | 18500 West Corporate Drive Brookfield, WI | $4,213.50 | June 30 2009 | May 31, 2010 | Listed in Exhibit B-6 |
| Deka Immobilien Investment GmbH<br>c/o G&R Management Company, LLC<br>840 First Street, N.E.<br>Washington, DC 20002 | 2325 Dulles Corner Boulevard Herndon, VA | $201,506.00 | June 30 2009 | April 30, 2011 | Listed in Exhibit B-7 |
| Duesenberg Investment Company<br>1800 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 | 2801 Townsgate Road, Westlake Village, CA | $5,949.75 | June 30 2009 | August 31 2010 | Listed in Exhibit B-8 |
| Duke Realty Ohio<br>5600 Blazer Parkway, Suite 100<br>Dublin, OH 43017 | 2 Easton Oval Suite 180, Columbus, OH | $4,635.75 | June 30 2009 | May 31, 2010 | Listed in Exhibit B-9 |
| Duke Realty Ohio<br>c/o Duke Realty Corporation<br>4555 Lake Forest Drive, Suite 400<br>Cincinnati, OH 45242 | 4555 Lake Forest Drive Suite 375 Cincinnati, OH | $4,385.25 | June 30 2009 | April 30, 2011 | Listed in Exhibit B-10 |
| East Camelback Road, Inc.<br>c/o Morgan Stanley, US Real Estate Investing Division<br>555 California Street, Suite 2100<br>San Francisco, CA 94104 | 2398 East Camelback Road, Phoenix AZ | $17,688.17 | June 30 2009 | July 31, 2010 | Listed in Exhibit B-11 |
| Faulkner Hinton/Ormsby II, LLC<br>c/o Talcott III Ormsby, LLC<br>One Financial Plaza<br>Hartford, CT 06103 | 10350 Ormsby Park Place Suite 205 Louisville, KY | $3,696.25 | June 30 2009 | October 31 2011 | Listed in Exhibit B-12 |
| Flagler Development Company<br>10151 Deerwood Park Boulevard<br>Building 100, Suite 330<br>Jacksonville, FL 32256 | 10151 Deerwood Park Boulevard Jacksonville, FL | $7,644.00 | June 30 2009 | February 14 2013 | Listed in Exhibit B-13 |
| Gateway Associates, Ltd.<br>c/o The Boyer Group<br>90 South 400 West, Suite 200<br>Salt Lake City, UT 84101 | 41 North Rio Grande Street Salt Lake City UT | $4,305.83 | June 30 2009 | December 31, 2011 | Listed in Exhibit B-14 |
| Genesis Building Ltd.<br>c/o The Dalad Group<br>6055 Rockside Woods Boulevard, Suite 100<br>Independence, OH 44131 | 6000 Lombardo Centre, Suite 620, Seven Hills OH | $5,969.25 | June 30 2009 | April 30, 2011 | Listed in Exhibit B-15 |

| | | | | | |
|---|---|---|---|---|---|
| Hines Riverfront Plaza LP<br>c/o Hines Interests LP<br>555 Thirteenth Street, NW, Suite 1020 East<br>Washington, DC 20004-1109 | 901 East Byrd Street<br>Richmond, VA | $10,421.83 | June 30 2009 | November 30, 2011 | Listed in Exhibit B-16 |
| I & G Direct Real Estate 18, LP<br>c/o Colliers Turley Martin Tucker<br>622 Emerson Road, Suite 320<br>St. Louis, MO 63141 | 622 Emerson Road, Creve Coeur, MO | $13,287.83 | June 30 2009 | August 31 2012 | Listed in Exhibit B-17 |
| Meadow Brook Office, LLC<br>c/o Daniel Realty Services, LLC<br>3595 Grandview Parkway, Suite 400<br>Birmingham, AL 35243 | 1200 Corporate Drive<br>Birmingham, AL | $12,515.92 | June 30 2009 | February 28 2013 | Listed in Exhibit B-18 |
| Metropark South LLC<br>c/o Denholz Associates, 1600 St. Georges Avenue<br>P.O. Box 1234<br>Rahway, NJ 07065 | 100 Matawan Road, Matawan NJ | $8,556.00 | June 30 2009 | October 31 2013 | Listed in Exhibit B-19 |
| Metropolitan Tulsa Investments LLC<br>Two West Second Street, Suite 22<br>Tulsa, OK 74103 | 1 West Third Street, Tulsa OK | $4,586.67 | June 30 2009 | March 31 2011 | Listed in Exhibit B-20 |
| New Boston 175 Capital LLC<br>c/o New Boston Fund, Inc.<br>60 State Street, Suite 1500<br>Boston, MA 02109 | 175 Capital Boulevard<br>Rocky Hill, CT | $6,083.33 | June 30 2009 | February 28 2011 | Listed in Exhibit B-21 |
| Omaha Plaza Investments, LLC<br>14301 FNB Parkway, Suite 100<br>Omaha, NE 68154 | 13815 FNB Parkway<br>Omaha, NE | $7,728.75 | June 30 2009 | June 30 2010 | Listed in Exhibit B-22 |
| Omega Corporate Center, L.P.<br>Eleven Parkway Center<br>Suite 300, Pittsburgh, PA 15220 | 1000 Omega Drive<br>Pittsburgh, PA | $10,918.08 | June 30 2009 | June 30 2010 | Listed in Exhibit B-23 |
| One Capital Mall Investors, L.P.<br>7700 College Town Drive, Suite 101<br>Sacramento, CA 95826 | 1200 Second Street, Suite 230<br>Sacramento, CA | $7,766.58 | June 30 2009 | September 30, 2011 | Listed in Exhibit B-24 |
| Open Terrace Associates<br>c/o The Hinman Company<br>P.O. Box 50751<br>Kalamazoo, MI 49005-0751 | 2951 Charlevoix Drive, Grand Rapids, MI | $1,499.92 | June 30 2009 | May 31, 2010 | Listed in Exhibit B-25 |
| Pineview Associates<br>c/o Ciminelli Development Company, Inc.<br>350 Essjay Road, Suite 101<br>Williamsville, NY 14221 | 55 Pineview Drive, Amherst NY | $2,843.33 | June 30 2009 | September 30, 2010 | Listed in Exhibit B-26 |
| Riverdale Office Properties Partnership<br>100 Morgan Keegan Drive, Suite 400<br>Little Rock, AR 72202-2210 | 100 Morgan Keegan Drive<br>Little Rock, AR | $3,805.17 | June 30 2009 | June 30 2011 | Listed in Exhibit B-27 |

| | | | | | |
|---|---|---|---|---|---|
| St. Paul Properties, Inc.<br>385 Washington Street<br>Mail Code 511A<br>St. Paul, MN 55102-1396 | 2 Centerpointe Drive Suite 300 Lake Oswego OR | $7,487.58 | June 30 2009 | August 31 2010 | Listed in Exhibit B-28 |
| Talcott II Alamo Limited Partnership<br>One Financial Plaza<br>Hartford, CT 06103 | 300 Convent Street, San Antonio, TX | $9,456.92 | June 30 2009 | March 31 2010 | Listed in Exhibit B-29 |
| Technology Center Associates, L.P<br>c/o REI Real Estate Services LLC<br>11711 N. Pennsylvania Street Suite 200<br>Carmel, IN 46032 | 111 Congressional Boulevard, Suite 100, Carmel, IN | $4,575.17 | June 30 2009 | July 31, 2011 | Listed in Exhibit B-30 |
| The Regus Group LLC<br>12601 Deerfield Parkway, Suite 100<br>Alpharetta, GA 30005 | 1800 Pembrook Drive, Orlando FL | $3,875.50 | June 29 2009 | June 30 2009 | Listed in Exhibit B-31 |
| Tomorrow 35 Century, LP<br>330 Garfield Street<br>Santa Fe, NM 87501 | 1771 East Flamingo Road Las Vegas, NV | $3,305.92 | June 30 2009 | December 30, 2010 | Listed in Exhibit B-32 |
| Two Towne Square, LLC<br>c/o REDICO Management, Inc.<br>One Towne Square, Suite 1600<br>Southfield, MI 48076 | 2 Towne Square Southfield, MI | $19,018.17 | June 30 2009 | March 31 2011 | Listed in Exhibit B-33 |
| USAA Stratum Executive Center Joint Venture<br>9830 Colonnade Boulevard Suite 600<br>San Antonio, TX 78230 | 11044 Research Boulevard Austin, TX | $5,790.08 | June 30 2009 | December 31, 2009 | Listed in Exhibit B-34 |
| West Colony Office Associates, LP<br>c/o Terrus Real Estate Group<br>1200 Valley West Drive, Suite 304-06<br>West Des Moines, IA 50266 | 1200 Valley West Drive Suite 200, West Des Moines, IA | $2,701.50 | June 30 2009 | April 30, 2013 | Listed in Exhibit B-35 |
| Willard T. Anderson Properties<br>125 Wolf Road<br>Albany, NY 12205 | 10 Madison Avenue Extension Albany, NY | $7,223.17 | June 30 2009 | October 31 2012 | Listed in Exhibit B-36 |

5

**PLEASE TAKE FURTHER NOTICE THAT** objections ("Objections"), if any, to the rejection of a Contract and/or Lease must be filed with the Court and received by the general notice parties and the additional notice parties for the Contract and/or Lease as listed in Exhibit A hereto no later than ten (10) calendar days following the date of service of this Rejection Notice.

**PLEASE TAKE FURTHER NOTICE THAT** unless a party in interest timely and properly files an Objection to the rejection of any such Contract and/or Lease, the rejection of such Contract and/or Lease shall become effective on the Proposed Rejection Date, without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, unless a party in interest timely and properly files an Objection to the abandonment of the Abandoned Personal Property, the Abandoned Personal Property at the property subject to a rejected Lease and listed next to such Lease shall be deemed abandoned, pursuant to Section 554 of the Bankruptcy Code, as is, where is, free and clear of claims, interests and encumbrances, and such Abandoned Personal Property may be retained or disposed of by the landlord without liability owed to the Debtors or third parties, effective on the Proposed Rejection Date without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** proofs of claim for damages arising from rejection of the rejected Contracts and/or Leases must be filed by the affected party with the Debtors' claims agent, Epiq Bankruptcy Solutions, FDR Station, P.O. Box 5075, New York, New York, 10150-5075, on the later of (i) thirty-five (35) days after the date of this Rejection Notice, (ii) thirty (30) days after entry of an order on this Rejection Notice, and (iii) the general bar date that will be established by the Court for the filing of prepetition general unsecured claims.

| | |
|---|---|
| Dated: June 9, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |