# EXHIBIT A

## Notice Parties

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

(f) Hewlett-Packard Financial Services Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada;

(g) Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Younge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5; and

(h) Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5.

**Additional Notice Parties for 7884 Office Park Boulevard, Suite 110**
**Baton Rouge, LA**

(a) 7884 BR LLC
256 Delta Drive
Mandeville, LA 70448
Attn: Michael H. Kritz

**Additional Notice Parties for 250 West Pratt Street, Suite 900**
**Baltimore, MD**

(a) Behringer Harvard TIC Management Services LP
15601 Dallas Parkway, Suite 600
Addison, TX 75001
Attn: Asset Manager

(b) CB Richard Ellis
500 E. Pratt Street, Suite 500
Baltimore, MD 21202
Attn: Property Manager

(c) Behringer Harvard Funds
500 E. Pratt Street, Suite 500
Addison, TX 75001
Attn: Chief Legal Officer

**Additional Notice Parties for 1835 Market Street**
**Philadelphia, PA**

(a) California State Teachers' Retirement System
c/o Thomas Properties Group, LP
515 S. Flower Street, 6th Floor
Los Angeles, CA 90071
Attn: Mr. John Sischo

(b) Thomas Properties Group
1835 Market Street, Suite 1720
Philadelphia, PA 19103
Attn: Vice President-Property Management

**Additional Notice Parties for 300 Canal View Boulevard**
**Rochester, NY**

(a) Canal View Properties III, LLC
1465 Monroe Avenue
Rochester, NY 14618

### Additional Notice Parties for 2550 West Tyvola Road
### Charlotte, NC

(a)    Coliseum Transfer Inc.
c/o J.P. Morgan Investment, Inc.
522 Fifth Avenue, 9th Floor
New York, NY 10036
Attn: Joseph B. Dobronyi, Jr.

(b)    Crescent Resources, LLC
400 S. Tryon Street, Suite 1300
Charlotte, NC 28202
Attn: Vice President - Property Management

### Additional Notice Parties for 18500 West Corporate Drive
### Brookfield, WI

(a)    CORE Brookfield Lakes, LLC
c/o CORE Realty Holdings Management, Inc.
c/o Hammes Company
18000 West Sarah Lane, Suite 250
Brookfield, WI 53045

### Additional Notice Parties for 2325 Dulles Corner Boulevard
### Herndon, VA

(a)    Deka Immobilien Investment GmbH
c/o G&R Management Company, LLC
840 First Second Street, N.E.
Suite 2500
Washington, DC 20002

### Additional Notice Parties for 2801 Townsgate Road
### Westlake Village, CA

(a)    Duesenberg Investment Company
1800 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

### Additional Notice Parties for Two Easton Oval, Suite 180
### Columbus, OH

(a)    Duke Realty Ohio
5600 Blazer Parkway, Suite 100
Dublin, OH 43017
Attn: Property Manager

### Additional Notice Parties for 4555 Lake Forest Drive, Suite 375
### Cincinnati, OH

(a)     Duke Realty Ohio
        c/o Duke Realty Corporation
        4555 Lake Forest Drive, Suite 400
        Cincinnati, OH 45242

### Additional Notice Parties for 2398 East Camelback Road
### Phoenix, AZ

(a)     East Camelback Road, Inc.
        c/o Morgan Stanley, US Real Estate Investing Division
        555 California Street, Suite 2100
        San Francisco, CA 94104

### Additional Notice Parties for 10350 Ormsby Park Place, Suite 205
### Louisville, KY

(a)     Faulkner Hinton/Ormsby II, LLC
        c/o Talcott III Ormsby, LLC
        One Financial Plaza
        Hartford, CT 06103

(b)     Faulkner Hinton & Associates, Inc.
        9625 Ormsby Station Road
        Louisville, KY 40223

### Additional Notice Parties for 10151 Deerwood Park Boulevard
### Jacksonville, FL

(a)     Flagler Development Company
        10151 Deerwood Park Boulevard
        Building 100, Suite 330
        Jacksonville, FL 32256

(b)     Advantis Real Estate Services Company
        10151 Deerwood Park Boulevard
        Building 200, Suite 115
        Jacksonville, FL 32256
        Attn: Property Manager

**Additional Notice Parties for 41 North Rio Grande Street
Salt Lake City, UT**

(a)  Gateway Associates, Ltd.
     c/o The Boyer Group
     90 South 400 West, Suite 200
     Salt Lake City, UT 84101

**Additional Notice Parties for 6000 Lombardo Centre, Suite 620
Seven Hills, OH**

(a)  Genesis Building Ltd.
     c/o The Dalad Group
     6055 Rockside Woods Boulevard, Suite 100
     Independence, OH 44131

**Additional Notice Parties for 901 East Byrd Street
Richmond, VA**

(a)  Hines Riverfront Plaza LP
     c/o Hines Interests LP
     555 Thirteenth Street, NW, Suite 1020 East
     Washington, DC 20004-1109
     Attn: William B. Alsup, III

(b)  Hines Interests LP
     2800 Post Oak Boulevard, 50th Floor
     Houston, TX 77056-6118
     Attn: Charles M. Baughn & Jason P. Maxwell, Esq

**Additional Notice Parties for 622 Emerson Road
Creve Coeur, MO**

(a)  I & G Direct Real Estate 18, LP
     c/o Colliers Turley Martin Tucker
     622 Emerson Road, Suite 320
     St. Louis, MO 63141
     Attn: Travis Maune, Senior Manager

### Additional Notice Parties for 1200 Corporate Drive
### Birmingham, AL

(a)     Meadow Brook Office, LLC
        c/o Daniel Realty Services, LLC
        3595 Grandview Parkway, Suite 400
        Birmingham, AL 35243
        Attn: Meadow Brook

### Additional Notice Parties for 100 Matawan Road
### Matawan, NJ

(a)     Metropark South LLC
        c/o Denholz Associates
        1600 St. Georges Avenue, P.O. Box 1234
        Rahway, NJ 07065

### Additional Notice Parties for 1 West Third Street
### Tulsa, OK

(a)     Metropolitan Tulsa Investments LLC
        Two West Second Street, Suite 22
        Tulsa, OK 74103
        Attn: Thomas Hinds, General Manager

### Additional Notice Parties for 175 Capital Boulevard
### Rocky Hill, CT

(a)     New Boston 175 Capital LLC
        c/o New Boston Fund, Inc.
        60 State Street, Suite 1500
        Boston, MA 02109

(b)     New Boston 175 Capital Boulevard LP
        c/o Rappaport, Aserkoff & Gelles
        60 State Street, Suite 1500
        Boston, MA 02109

(c)     New Boston 175 Capital Boulevard LP
        c/o New Boston Management Services, Inc.
        175 Capital Boulevard, Suite 200
        Rocky Hill, CT 06067

### Additional Notice Parties for 13815 FNB Parkway, Omaha NE

(a)   Omaha Plaza Investments, LLC
      14301 FNB Parkway, Suite 100
      Omaha, NE 68154

### Additional Notice Parties for 1000 Omega Drive Pittsburgh, PA

(a)   Omega Corporate Center, LP
      Eleven Parkway Center, Suite 300
      Pittsburgh, PA 15220

### Additional Notice Parties for 1200 Second Street, Suite 230 Sacramento, CA

(a)   One Capital Mall Investors, L.P.
      7700 College Town Drive, Suite 101
      Sacramento, CA 95826

### Additional Notice Parties for 2951 Charlevoix Drive Grand Rapids, MI

(a)   Open Terrace Associates
      c/o The Hinman Company, P.O. Box 50751
      Kalamazoo, MI 49005-0751

### Additional Notice Parties for 55 Pineview Drive Amherst, NY

(a)   Pineview Associates
      c/o Ciminelli Development Company, Inc.
      350 Essjay Road, Suite 101
      Williamsville, NY 14221

### Additional Notice Parties for 100 Morgan Keegan Drive Little Rock, AR

(a)   Riverdale Office Properties Partnership
      100 Morgan Keegan Drive, Suite 400
      Little Rock, AR 72202-2210

### Additional Notice Parties for 2 Centerpointe Drive, Suite 300
### Lake Oswego, OR

(a) St. Paul Properties, Inc.
385 Washington Street, Mail Code 511A
St. Paul, MN 55102-1396
Attn: Asset Management

(b) St. Paul Properties, Inc.
c/o Insignia ESG, Inc.
8705 SW Nimbus Avenue, Suite 230
Beaverton, OR 97008
Attn: Real Estate

### Additional Notice Parties for 300 Convent Street
### San Antonio, TX

(a) Talcott II Alamo L.P.
One Financial Plaza
Hartford, CT 06103

(b) Transwestern Commercial Services
Bank of America Plaza
300 Convent Street
San Antonio, TX 78205

### Additional Notice Parties for 111 Congressional Boulevard, Suite 100
### Carmel, IN

(a) Technology Center Associates, L.P.
c/o REI Real Estate Services LLC
11711 N. Pennsylvania Street, Suite 200
Carmel, IN 46032
Attn: Michael Wells

### Additional Notice Parties for 1800 Pembrook Drive
### Orlando, FL

(a) The Regus Group LLC
12601 Deerfield Parkway, Suite 100
Alpharetta, GA 30005
Attn: Barbara Sell, Director, Corporate Accounts

### Additional Notice Parties for 1771 East Flamingo Road
### Las Vegas, NV

(a) Tomorrow 35 Century, L.P.
330 Garfield Street
Santa Fe, NM 87501
Attn: Asset Manager

(b) Tomorrow 35 Century, L.P.
c/o Kennedy Wilson Properties, L.P.
1175 American Pacific Drive, Suite G
Henderson, NV 89074
Attn: Property Manager

### Additional Notice Parties for 2 Towne Square
### Southfield, MI

(a) Two Towne Square, LLC
c/o REDICO Management, Inc.
1 Towne Square, Suite 1600
Southfield, MI 48076
Attn: Chief Operating Officer

(b) Two Towne Square, LLC
c/o REDICO Management, Inc.
1 Towne Square, Suite 180
Southfield, MI 48076
Attn: Two Towne Square Property Manager

### Additional Notice Parties for 11044 Research Boulevard
### Austin, TX

(a) USAA Stratum Executive Center Joint Venture
9830 Colonnade Boulevard, Suite 600
San Antonio, TX 78230
Attn: AVP Portfolio Management

### Additional Notice Parties for 1200 Valley West Drive, Suite 200
### West Des Moines, IA

(a) West Colony Office Associates, LP
c/o Terrus Real Estate Group
1200 Valley West Drive, Suite 304-06
West Des Moines, IA 50266

**Additional Notice Parties for 10 Madison Avenue Extension
Albany, NY**

(a)   Willard T. Anderson Properties
      125 Wolf Road
      Albany, NY 12205