**EXHIBIT B – 1**

Street address of property subject to the Lease:

    7884 Office Park Boulevard, Suite 110, Baton Rouge, LA

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 2

Street address of property subject to the Lease:

250 West Pratt Street, Suite 900, Baltimore, MD

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances, minor telecommunications equipment and carpeting

## EXHIBIT B – 3

Street address of property subject to the Lease:

    1835 Market Street, Philadelphia, PA

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 4

Street address of property subject to the Lease:

300 Canal View Boulevard, Rochester, NY

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 5

Street address of property subject to the Lease:

    2550 West Tyvola Road, Charlotte, NC

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 6

Street address of property subject to the Lease:

18500 West Corporate Drive, Brookfield, WI

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 7

Street address of property subject to the Lease:

    2325 Dulles Corner Boulevard, Herndon, VA

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 8

Street address of property subject to the Lease:

   2801 Townsgate Road, Westlake Village, CA

General description of Abandoned Personal Property at the property subject to the Lease:

   Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 9

Street address of property subject to the Lease:

2 Easton Oval, Suite 180, Columbus, OH

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 10

Street address of property subject to the Lease:

4555 Lake Forest Drive, Suite 375, Cincinnati, OH

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 11

Street address of property subject to the Lease:

  2398 East Camelback Road, Phoenix, AZ

General description of Abandoned Personal Property at the property subject to the Lease:

  Office furniture, minor kitchen appliances, minor telecommunications equipment, racks and cabling

## EXHIBIT B – 12

Street address of property subject to the Lease:

    10350 Ormsby Park Place, Suite 205, Louisville, KY

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## <u>EXHIBIT B – 13</u>

Street address of property subject to the Lease:

    10151 Deerwood Park Boulevard, Jacksonville, FL

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 14

Street address of property subject to the Lease:

    41 North Rio Grande Street, Salt Lake City, UT

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 15

Street address of property subject to the Lease:

    6000 Lombardo Centre, Suite 620, Seven Hills, OH

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 16

Street address of property subject to the Lease:

    901 East Byrd Street, Richmond, VA

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 17

Street address of property subject to the Lease:

    622 Emerson Road, Creve Coeur, MO

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 18

Street address of property subject to the Lease:

 1200 Corporate Drive, Birmingham, AL

General description of Abandoned Personal Property at the property subject to the Lease:

 Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 19

Street address of property subject to the Lease:

    100 Matawan Road, Matawan, NJ

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances, minor telecommunications equipment and security system

## EXHIBIT B – 20

Street address of property subject to the Lease:

    1 West Third Street, Tulsa, OK

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 21

Street address of property subject to the Lease:

175 Capital Boulevard, Rocky Hill, CT

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances, minor telecommunications equipment and security system

## EXHIBIT B – 22

Street address of property subject to the Lease:

13815 FNB Parkway, Omaha, NE

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment

**EXHIBIT B – 23**

Street address of property subject to the Lease:

    1000 Omega Drive, Pittsburgh, PA

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances, minor telecommunications equipment and security system

## EXHIBIT B – 24

Street address of property subject to the Lease:

    1200 Second Street, Suite 230, Sacramento, CA

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances, minor telecommunications equipment and security system

## EXHIBIT B – 25

Street address of property subject to the Lease:

   2951 Charlevoix Drive, Grand Rapids, MI

General description of Abandoned Personal Property at the property subject to the Lease:

   Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 26

Street address of property subject to the Lease:

55 Pineview Drive, Amherst, NY

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 27

Street address of property subject to the Lease:

100 Morgan Keegan Drive, Little Rock, AR

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 28

Street address of property subject to the Lease:

     2 Centerpointe Drive, Suite 300, Lake Oswego, OR

General description of Abandoned Personal Property at the property subject to the Lease:

     Office furniture, minor kitchen appliances, minor telecommunications equipment and security system

## EXHIBIT B – 29

Street address of property subject to the Lease:

    300 Convent Street, San Antonio, TX

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances, minor telecommunications equipment and security system

## EXHIBIT B – 30

Street address of property subject to the Lease:

111 Congressional Boulevard, Suite 100, Carmel, IN

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances, minor telecommunications equipment, cabling and air conditioning equipment

47

## EXHIBIT B – 31

Street address of property subject to the Lease:

    1800 Pembrook Drive, Orlando, FL

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 32

Street address of property subject to the Lease:

   1771 East Flamingo Road, Las Vegas, NV

General description of Abandoned Personal Property at the property subject to the Lease:

   Office furniture and minor kitchen appliances

## EXHIBIT B – 33

Street address of property subject to the Lease:

    2 Towne Square, Southfield, MI

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances, minor telecommunications equipment and security system

## EXHIBIT B – 34

Street address of property subject to the Lease:

11044 Research Boulevard, Austin, TX

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 35

Street address of property subject to the Lease:

  1200 Valley West Drive, Suite 200, West Des Moines, IA

General description of Abandoned Personal Property at the property subject to the Lease:

  Office furniture, minor kitchen appliances and minor telecommunications equipment

## EXHIBIT B – 36

Street address of property subject to the Lease:

    10 Madison Avenue Extension, Albany, NY

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment