# SERVICE LIST

**VIA HAND DELIVERY**

Thomas Patrick Tinker
Office of the US Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801

Mark D. Collins
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**VIA OVERNIGHT MAIL - INTERNATIONAL**

Glenn Lavery
SVP Direct Slaes
Ricoh Canada Inc.
4100 Yonge Street
Suite 600
Toronto, ON  M2P 2B5
CANADA

Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc.
4100 Yonge Street
Suite 600
Toronto, ON  M2P 2B5
CANADA

Scott Marentette
Hewlett-Packard Financial Services
Canada Company
5150 Spectrum Way
Mississauga, ON  L4W 5G1
CANADA

**VIA OVERNIGHT MAIL**

Open Terrace Assocs
c/o The Hinman Co
PO Box 50751
Kalamazoo, MI  49005-0751

Metropark South LLC
c/o Denholz Associates
1600 St. Georges Ave
PO Box 1234
Rahway, NJ  07065

Fred Hodara
Akin Gump
One Bryant Park
New York, NY  10036

Michael H. Kritz
7884 BR LLC
256 Delta Drive
Mandeville, LA  70448

Attn: Asset Manager
Behringer Harvard TIC Mgmt Serv
15601 Dallas Pkwy
Ste. 600
Addison, TX  75001

Attn: Property Mgr
CB Richard Ellis
500 E Pratt St
Ste. 500
Baltimore, MD  21202

Attn: Chief Legal Officer
Behringer Harvard Funds
500 E. Pratt St
Ste. 500
Addison, TX  75001

Mr. John Sischo
c/o Thomas Proeprties Group
515 S. Flower St 6th Fl
RE: CA State Teachers Retirmt
Los Angeles, CA  90071

Attn: VP Property Mgmt
Thomas Properties Group
1835 Market Street
Ste. 1720
Philadelphia, PA  19103

Canal View Properties III LLC
1465 Monroe Avenue
Rochester, NY  14618

Joseph B. Dobronyi Jr.
c/o JP Morgan Investment Inc.
522 Fifth Ave 9th Fl
RE: Coliseum Transfer Inc.
New York, NY  10036

Attn: VP Property Management
Crescent Resources LLC
400 S. Tryon St
Ste. 1300
Charlotte, NC  28202

CORE Brookfield Lakes LLC
c/o Hammes Company
18000 W. Sarah Lane
Ste. 250
RE: Core Realty Holdings
Brookfield, WI  53045

Deka Immobilien Investment GmbH
c/o G&R Management Co LLC
840 First Second Street NE
Ste. 2500
Washington, DC  20002

Duesenberg Investment Co
1800 Avenue of the Stars
Ste 1400
Los Angeles, CA  90067

Attn: Property Mgr
Duke Realty Ohio
5600 Blazer Pkwy.
Ste. 100
Dublin, OH  43017

Duke Realty Ohio
c/o Duke Realty Corp
4555 Lake Forest Dr.
Ste. 400
Cincinnati, OH  45242

East Camelback Road Inc
c/o Morgan Stanley
555 California St Ste. 2100
US Real Estate Investing Div
San Francisco, CA  94014

Faulkner Hinton Ormsby II LLC
c/o Talcott III Ormsby LLC
One Financial Plaza
Hartford, CT  06103

Faulkner Hinton & Associates Inc.
9625 Ormsby Station Rd.
Louisville, KY  40223

Flagler Developmt Co
10151 Deerwood Park Blvd
Building 100 Ste. 330
Jacksonville, FL  32256

Attn: Property Manager
Advantis Real Estate Serv Co
10151 Deerwood Park Blvd
Buidling 200 Ste. 115
Jacksonville, FL  32256

Gateway Associates Ltd
c/o The Boyer Group
90 South 400 West
Ste. 200
Salt Lake City, UT  84101

Genesis Building Ltd
c/o The Dalad Group
6055 Rockside Woods Blvd
Ste. 100
Independence, OH  44131

William B. Alsup III
c/o Hines Interests LP
555 Thirteenth St NW
Ste. 1020 East
RE: Hines Riverfront Plz
Washington, DC  20004-1109

Charles M. Baughn
Jason P. Maxwell
Hines Interests LP
2800 Post Oak Blvd.
50th Floor
Houston, TX  77056-6118

Travis Maune Sr. Mgr
c/o Colliers Turley Martin Tucker
622 Emerson Rd. Ste. 320
re: I&G Direct Real Estate 18
St. Louis, MO  63141

Attn: Meadow Brook Office
c/o Caniel Realty Services LLC
3595 Grandview Parkway
Ste. 400
Birmingham, AL  35243

Thomas Patrick Hinds GM
Metropolitan Tulsa Investmts LLC
Two W Second St
Ste. 22
Tulsa, OK  74103

New Boston 175 Capital LLC
c/o New Boston Fund Inc
60 State St. Ste. 1500
Boston, MA  02109

New Boston 175 Capital Blvd LP
c/o Rappaport Aserkoff & Gelles
60 State St. Ste. 1500
Boston, MA  02109

New Boston 175 Capital Blvd LP
c/o New Boston Mgmt Serv Inc
175 Capital Blvd. Ste. 200
Rocky Hill, CT  06067

Omaha Plaza Investments LLC
14301 FNB Pkwy. Ste. 100
Omaha, NE  68154

Omega Corporate Center LP
11 Parkway Center
Ste. 4300
Pittsburgh, PA  15220

One Capital Mall Investors LP
7700 College Town Dr.
Ste. 101
Sacramento, CA  95826

Pineview Assocs
c/o Ciminelli Devlpmt Co Inc.
350 Essjay Road
Ste. 101
Williamsville, NY  14221

Riverdale Office Properties Ptnshp
100 Morgan Keegan Dr.
Ste. 400
Little Rock, AR  72202-2210

Attn: Asset Mgmt
St. Paul Properties Inc.
385 Washington St.
Mail Code 511A
St. Paul, MN  55102-1396

St. Paul Properties Inc.
c/o Insignia ESG Inc.
8705 SW Nimbus Ave
Ste. 230 - Real Estate
Beaverton, OR  97008

Talcott II Alamo LP
One Financial Plaza
Hartford, CT  06103

Transwestern Commercial Servs
Bank of America Plaza
300 Convent St
San Antonio, TX  78205

Michael Wells
c/o REI Real Estate Servs LLC
11711 N Pennsylvania  St
Ste. 200
re: Techngy Ctr Assoc
Carmel, IN  46032

Barbara Sell - Director
The Regus Group LLC
12601 Deerfield Pkwy
Ste. 100
Alpharetta, GA  30005

Attn: Asset Manager
Tomorrow 35 Century LP
330 Garfield St.
Santa Fe, NM  87501

Tomorrow 35 Century LP
c/o Kennedy Wilson Property LP
1175 American Pacific Dr
Ste. G
Henderson, NV  89074

Two Towne Square LLC
c/o REDICO Mgmt Inc
1 Towne Square
Ste. 1600
Southfield, MI  48076

Two Towne Square LLC
c/o REDICO Mgmt Inc
1 Towne Square
Ste. 180
Southfield, MI  48706

Attn: AVP Portfolio Mgmt
USAA Stratum Exec Ctr Jnt Venture
9830 Colonnade Blvd
Ste. 600
San Antonio, TX  78230

West Colony Office Assocs LP
c/o Terrus Real Estate Group
1200 Valley West Drive
Ste. 304-06
West Des Moines, IA  50266

Willard T. Anderson Properties
125 Wolf Road
Albany, NY  12205