## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Authorizing The Debtors To Make Certain Transfers And Provide Financial Support To Their Non-Debtor Subsidiaries** was caused to be made on June 9, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: June 9, 2009

Andrew R. Remming (No. 5120)

2936289.1