IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

    NORTEL NETWORKS INC.   :   Chapter 11
                                          :
           Debtor             :   Case No. 09-10138

## ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES

DANA S. PLON, ESQUIRE, hereby enters her appearance for Unisys de Mexico S.A. de C.V., and in accordance with Federal Rule of Bankruptcy Procedure 2002(g), respectfully requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
Identification No. 80361
SIRLIN GALLOGLY & LESSER, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
dplon@sirlinlaw.com

_____
DANA S. PLON
Identification No. 80361

Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
(215) 864-9700
dplon@sirlinlaw.com

June 10, 2009