UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE (DELAWARE)

| | | |
|---|---|---|
| In Re. | § | |
| | § | Case No.:09-10138-KG |
| NORTEL NETWORKS INC. | § | Chapter 11 |
| | § | |
| DEBTOR. | § | |
| | § | |

NOTICE OF WITHDRAWAL OF
NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that on January 22, 2009, Campbell Creek, Ltd. ("Campbell"), a creditor in the above-styled bankruptcy proceeding and acting by and through its counsel, William L. Siegel of Cowles & Thompson, P.C., filed its Notice of Appearance and Request for Service of Papers.

**PLEASE TAKE FURTHER NOTICE THAT** Campbell hereby withdraws its Notice of Appearance and Request for Service of Papers upon:

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2126
(214) 672-2326 facsimile
e-mail:  bsiegel@cowlesthompson.com

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Document #: 1373322

Dated: June 10, 2009

                        Respectfully submitted,

                        **COWLES & THOMPSON, P.C.**

                        By: /s/ William L. Siegel
                            **WILLIAM L. SIEGEL**
                            Texas Bar No. 18342480

                        901 Main Street, Suite 3900
                        Dallas, TX 75202
                        (214) 672-2000
                        (214) 672-2020 (Fax)

                        ATTORNEYS FOR CAMPBELL CREEK, LTD.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of June 2009, a true and correct copy of the foregoing document was sent to those parties requesting service via the court's electronic service and via first class mail to those parties listed on the attached service list.

                        /s/ William L. Siegel

Hewlett-Packard Company
Ramona Neal
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801

Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

John A. Wetzel on behalf of
Communications Test Design, Inc.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA 19328