IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*[1], | : | Case No. 09-10138(KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Date: 6/8/09 at 4:00 p.m. |
| | : | Related to Docket No. 768 |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST INTERIM APPLICATION OF PARADIGM DKD GROUP, LLC D/B/A PARADIGM TAX GROUP FOR COMPENSATION FOR SERVICES RENDERED AS PROPERTY TAX PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF JANUARY 14, 2009 THROUGH MARCH 31, 2009**

The undersigned hereby certifies that he has received no answer, objection, or other responsive pleading to the *First Interim Application of Paradigm DKD Group, LLC d/b/a Paradigm Tax Group for Compensation for Services Rendered as Property Tax Professionals to the Debtors-In-Possession for the Period of January 14, 2009 through March 31, 2009* [Docket No. 768] ("Application"), filed on May 19, 2009. Objections to the Application were to be filed and served no later than June 8, 2009.

Pursuant to the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members*, entered with regard to the above-captioned matter by the Court on February 4, 2009, the Debtors are authorized to pay Paradigm DKD Group, LLC d/b/a Paradigm Tax Group $226,784.00, which represents eighty percent (80%) of the total fees ($283,480.00) requested in the

---

[1] The debtors in these jointly administered chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

Application, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: June 10, 2009
        CONNOLLY BOVE LODGE & HUTZ LLP

        _/s/ Marc J. Phillips_
        Marc J. Phillips (No. 4445)
        The Nemours Building
        1007 N. Orange Street
        P.O. Box 2207
        Wilmington, Delaware 19899
        (302) 658-9141

        -and-

        Barry S. Glaser, Esq.
        STECKBAUER WEINHART JAFFE, LLP
        333 South Hope Street, 36th Floor
        Los Angeles, California 90071
        (213) 229-2868

        *Attorneys for Paradigm DKD Group, LLC*
        *d/b/a Paradigm Tax Group*

#692774v1