## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Amended Notice Of Debtors' Motion For Entry Of An Order Authorizing The Debtors To Make Certain Transfers And Provide Financial Support To Their Non-Debtor Subsidiaries [D.I. 873]** was caused to be made on June 10, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: June 10, 2009

                                                           Andrew R. Remming (No. 5120)

2937195.1