## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Rescheduled Hearing Dates** was caused to be made on June 10, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: June 10, 2009

_____
Ann C. Cordo (No. 4817)

2936050.2