IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: July 7, 2009 at 11:00 a.m.<br>) |

### NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:             Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:           Official Committee of Unsecured Creditors

Date of Retention:             March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:     January 22, 2009 through April 30, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:    $2,788,648.75

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $49,816.90

This is (a)n: __X__ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Akin Gump Strauss Hauer & Feld LLP's January, February, March & April 2009 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 3/20/09 Docket No. 513 | 1/22/09 - 2/28/09 | $1,002,466.75 | $14,994.50 | $801,973.40 | $14,994.50 | $200,493.35 |
| Date Filed: 4/20/09 Docket No. 628 | 3/1/09 - 3/31/09 | $866,587.25 | $12,621.33[3] | $693,269.80 | $12,621.33 | $173,317.45 |
| Date Filed: 5/22/09 Docket No. 780 | 4/1/09 - 4/30/09 | $919,594.75 | $22,201.07 | Pending Obj deadline 6/11/09 $735,675.80 | Pending Obj deadline 6/11/09 $22,201.07 | $183,918.95 |
| TOTALS: | | $2,788,648.75 | $49,816.90 | $2,230,919.00[4] | $49,816.90[5] | $557,729.75 |

Summary of any Objections to Fee Applications: None.

Dated: June 10, 2009
       New York, New York

*/s/ Fred S. Hodara*

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10011
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] This figure reflects a voluntary reduction by Akin Gump Strauss Hauer & Feld LLP of $1,459.22 of expenses incurred during March 2009.

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2