IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) |
|  | ) Hearing Date: July 7, 2009 at 11:00 a.m. ) |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:　　　　　January 26, 2009 through April 30, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　$1,756,668.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　$35,095.70

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Capstone Advisory Group, LLC's January, February, March & April 2009 monthly fee applications are incorporated herein by reference.

RLF1-3402371-1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
| Date Filed: 3/20/09 Docket No. 514 | 1/26/09 - 2/28/09 | $631,741.50 | $8,547.70 | $505,393.20 | $8,547.70 | $126,348.30 |
| Date Filed: 5/4/09 Docket No. 694 | 3/1/09 - 3/31/09 | $544,016.50 | $5,537.11 | $435,213.20 | $5,537.11 | $108,803.30 |
| Date Filed: 6/8/09 Docket No. 862 | 4/1/09 - 4/30/09 | $580,910.50 | $21,010.89 | Pending Obj deadline 6/29/09 $464,728.40 | Pending Obj deadline 6/29/09 $21,010.89 | $116,182.10 |
| TOTALS: | | $1,756,668.50 | $35,095.70 | $1,405,334.80[3] | $35,095.70[4] | $351,333.70 |

Summary of any Objections to Fee Applications: None.

Dated: June 10, 2009
New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
1065 Avenue of the Americas
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al*

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.