# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Hearing Date: July 7, 2009 at 11:00 a.m. <br> ) |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:      Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:      Official Committee of Unsecured Creditors

Date of Retention:      March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:      January 26, 2009 through April 30, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:      CDN. $1,321,010.79

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:      CDN. $18,604.14

This is (a)n: _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's January, February, March & April 2009 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 3/20/09 Docket No. 518 | 1/26/09 – 2/28/09 | $470,768.03 | $7,847.68 | $376,614.42 | $7,847.68 | $94,153.61 |
| Date Filed: 4/20/09 Docket No. 632 | 3/1/09 – 3/31/09 | $338,580.38 | $5,654.11 | $270,864.30 | $5,654.11 | $67,716.08 |
| Date Filed: 5/22/09 Docket No. 782 | 4/1/09 – 4/30/09 | $511,662.38 | $5,102.35 | Pending Obj deadline 6/11/09 $409,329.90 | Pending Obj deadline 6/11/09 $5,102.35 | $102,332.48 |
| TOTALS: | | $1,321,010.79 | $18,604.14 | $1,056,808.62[3] | $18,604.14[4] | $264,202.17 |

Summary of any Objections to Fee Applications: None.

Dated: June 10, 2009
Wilmington, Delaware

*(signature)*

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
Suite 3900
1 First Canadian Place
100 King Street West
Toronto, Ontario M5X 1B2
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., et al.

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

6922402_1.DOC