## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: July 7, 2009 at 11:00 a.m. |

### NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant: **Jefferies & Company, Inc.**

Authorized to Provide
Professional Services to: **Official Committee of Unsecured Creditors**

Date of Retention: **March 5, 2009, *Nunc Pro Tunc* to February 1, 2009**

Period for which compensation
and reimbursement is sought: **February 1, 2009 through April 30, 2009[2]**

Amount of Compensation sought as
actual, reasonable and necessary: **$750,000.00**

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: **$29,437.67**

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. February, March & April 2009 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 4/14/09 Docket No. 606 | 2/1/09 - 2/28/09 | $250,000.00 | $14,242.22 | $200,000.00 | $14,242.22 | $50,000.00 |
| Date Filed: 5/20/09 Docket No. 773 | 3/1/09 - 3/31/09 | $250,000.00 | $2,615.56 | $200,000.00 | $2,615.56 | $50,000.00 |
| Date Filed: 6/9/09 Docket No. 871 | 4/1/09 - 4/30/09 | $250,000.00 | $12,579.89 | Pending Obj Deadline 6/29/09 $200,000.00 | Pending Obj Deadline 6/29/09 $12,579.89 | $50,000.00 |
| TOTALS: | | $750,000.00 | $29,437.67 | $600,000.00[3] | $29,437.67[4] | $150,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

Summary of any Objections to Fee Applications: None.

Dated: June 10, 2009
      Wilmington, Delaware

/s/ Hal Kennedy
Hal Kennedy
JEFFERIES & COMPANY, INC.
520 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 323-3391

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., et al.