## **CERTIFICATE OF SERVICE**

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Amended Notice Of Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And Settlement Agreement, And (B) Granting Related Relief [D.I. 874]** was caused to be made on June 10, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: June 10, 2009

Andrew R. Remming (No. 5120)

2938551.1