IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc. et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Hearing Date: July 7, 2009 at 11:00 a.m. |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:                    Ashurst LLP

Authorized to Provide
Professional Services to:             Official Committee of Unsecured Creditors

Date of Retention:                    March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:          January 30, 2009 through April 30, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:     £242,338.75

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  £578.63

This is (a)n: __X__ interim     _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, January, February, March & April 2009 monthly fee applications are incorporated herein by reference.

13131541.01

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 3/20/09 Docket No. 517 | 1/30/09 - 2/28/09 | £97,645.50 | £332.52 | £78,116.40 | £332.52 | £19,529.10 |
| Date Filed: 4/21/09 Docket No. 648 | 3/1/09 - 3/31/09 | £67,637.50 | £113.96 | £54,110.00 | £113.96 | £13,527.50 |
| Date Filed: 5/22/09 Docket No.781 | 4/1/09 - 4/30/09 | £77,055.75 | £132.15 | Pending Obj deadline 6/11/09 £61,644.60 | Pending Obj deadline 6/11/09 £132.15 | £15,411.15 |
| TOTALS: | | £242,338.75 | £578.63 | £193,871.00[3] | 578.63[4] | £48,467.75 |

Summary of any Objections to Fee Applications: None.

Dated: June 10, 2009
London, United Kingdom

_David von Saucken_ (signature)
**David von Saucken**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

13131541.01