IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
                                                      :   Chapter 11
                                                      :
In re                                                 :
                                                      :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                        :
                                                      :   Jointly Administered
                 Debtors.                             :
                                                      :
                                                      :   RE: D.I. 874 and 887
                                                      :
------------------------------------------------------X
```

### ORDER PURSUANT TO 11 U.S.C. SECTION 102(1) SHORTENING NOTICE OF DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 105(A), § 363, § 503 AND FED. R. BANKR. P. 9019 FOR AN ORDER (A) APPROVING THE INTERIM FUNDING AND SETTLEMENT AGREEMENT, AND (B) GRANTING RELETED RELIEF

Upon the motion dated June 10, 2009 (the "Motion"),² of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the notice period related to the Debtors' Motion Pursuant to U.S.C. § 105(a), § 363, §503 and Fed. R. Bankr. P. 9019 for an Order (a) Approving the Interim Funding and Settlement Agreement, and (b) Granting Related Relief (the "Interim Funding Agreement Motion") and adequate notice of the Motion having been given; and it appearing that no other or further notice need be

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

² Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, the Debtors' creditors and other parties in interest in these cases; and the Court having determined that "cause" exists to shorten the notice period related to the Interim Funding Agreement Motion; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. Relief on the Interim Funding Agreement Motion will be considered at the joint hearing scheduled for **June 29, 2009 at 9:00 a.m. (Eastern Time)**.

2. Objections, if any, to the Interim Funding Agreement Motion shall be filed and served in accordance with the Local Rules of this Court by no later than **June 22, 2009 at 4:00 p.m. (Eastern Time)**.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 11, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE