IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | *Re: Dkt #719* |

**ORDER GRANTING MOTION OF PHOENIX TELECOM SOLUTIONS, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF OF PREPETITION AMOUNTS OWED BY AND BETWEEN PHOENIX TELECOM SOLUTIONS, INC. AND DEBTOR NORTEL NETWORKS INC.**

Upon consideration of the *Motion of Phoenix Telecom Solutions, Inc. pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts Owed by and between Phoenix Telecom Solutions, Inc. and Debtor Nortel Networks, Inc.* (the "Motion"); and having considered any objections thereto; this Honorable Court hereby finds that due and adequate notice of the Motion have been given; that it appears that no further or other notice is required; that Phoenix Telecom Solutions, Inc.'s rights of setoff are valid and enforceable against Nortel Networks Inc. and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is GRANTED, and the automatic stay is modified as prayed for in the Motion so that Phoenix Telecom Solutions, Inc. may effect a setoff of mutual prepetition obligations between Nortel Networks Inc. and Phoenix Telecom Solutions, Inc. as set forth in the Motion; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- 1 -

[New York #2058163 v6]

**IT IS FURTHER ORDERED** that Phoenix Telecom Solutions, Inc. may setoff $92,948.61, which is the prepetition amount owed by Phoenix Telecom Solutions, Inc. to Nortel Networks, Inc., against any prepetition amounts owed to Phoenix Telecom Solutions, Inc. by Nortel Networks Inc. without further Court Order or relief. For the avoidance of doubt, this order does not authorize Phoenix Telecom Solutions, Inc. to setoff any amounts owing by or to any affiliate of Nortel Networks Inc.

**IT IS FURTHER ORDERED** that, except for the setoff of mutual prepetition obligations between Nortel Networks Inc. and Phoenix Telecom Solutions, Inc. as expressly provided for herein, nothing in this Order shall otherwise limit or affect the Debtors' rights under the Chapter 11 proceedings or is intended to modify, limit or waive the parties' rights under the Master Services Agreement No. 16793 dated as of August 6, 2008, or in the letter agreement dated as of April 6, 2009 between Nortel Networks Inc. and Phoenix Telecom Solutions, Inc.

Dated: June 11, 2009

_____
THE HONORABLE KEVIN GROSS
United States Bankruptcy Court

[New York #2058163 v6]