IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X  Chapter 11
:
*In re* : Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.,* [1] : Jointly Administered
:
               Debtors. : Hearing Date: June 26, 2009 at 3:00 p.m. (ET)
: Objections Due: June 19, 2009 at 4:00 p.m. (ET)
---------------------------------------------------------X

## NOTICE OF FINAL HEARING [RE: D.I. 852, 894]

PLEASE TAKE NOTICE that on June 4, 2009, the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases filed the **Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code** (D.I. 852) (the "Motion").

PLEASE TAKE FURTHER NOTICE that on June 11, 2009, the Court entered an Interim Order (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities Pending A Final Hearing, (II) Scheduling A Final Hearing And (III) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (the "Interim Order") (D.I. 894).

PLEASE TAKE FURTHER NOTICE that objections, if any, to final approval of the Interim Order must (a) be in writing and served on or before **June 19, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) be served so as to be received on or before the Objection Deadline by: (i) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer), and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott); (ii) counsel to the Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Fax: (212) 872-1002 (Attention: Fred S. Hodara, Stephen Kuhn and Kenneth Davis); and (iii) the U.S. Trustee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

    PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

    PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 26, 2009 AT 3:00 P.M. (EASTERN TIME)**, BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 11, 2009
   Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

2941350.2