# EXHIBIT A

## Notice Parties

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

### Additional Notice Parties for Bonham Golf and Country Club
### Bonham, TX

(a) Bonham Golf and Country Club
501 West Russell Avenue
Bonham, TX 75418
Attn: Stacey Bee, Office Manager

### Additional Notice Parties for City of Bonham Water Treatment Plant
### Bonham, TX

(a) City of Bonham
301 East Fifth Street
Bonham, TX 75418
Attn: Janell Cain, City Secretary

### Additional Notice Parties for 2325 Dulles Corner Boulevard Herndon, VA

(a)   Deka Immobilien Investment GmbH
      c/o Cassidy & Pinkard Colliers
      2980 Fairview Park Drive
      Falls Church, VA 22042