## **EXHIBIT B – 1**

Address of property subject to the Lease:

    Bonham Golf and Country Club, Bonham TX

General description of Abandoned Personal Property at the property subject to the Lease:

    Antenna, wiring, trailer and its contents

## **EXHIBIT B – 2**

Address of property subject to the Lease:

    City of Bonham Water Treatment Plant, Bonham TX

General description of Abandoned Personal Property at the property subject to the Lease:

    Antenna, wiring, trailer and its contents

## EXHIBIT B – 3

Street address of property subject to the Lease:

    2325 Dulles Corner Boulevard, Herndon, VA

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment