# ADDITIONAL NOTICE PARTIES SERVICE LIST

**VIA FEDERAL EXPRESS**

Fred Hondara
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY  10036
(Counsel to the Official Committee
     of Unsecured Creditors)


Bonham Golf and Country Club
501 West Russell Avenue
Bonham, TX  75418
Attn:  Stacey Bee, Office Manager
(for Bonham Golf and Country Club)


City of Bonham
301 East Fifth Street
Bonham, TX  75418
Attn:  Janell Cain, City Secretary
(for City of Bonham Water Treatment
Plant)


Deka Immobilien Investment GmbH
c/o Cassity & Pinkard Colliers
2980 Fairview Park Drive
Falls Church, VA  22942
(for 2325 Dulles Corner Boulevard
     Herndon, VA)

2945463.1