UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 09 - 10138 (KG) |
| | : | |
| Nortel Networks Inc., et al., | : | Chapter 11 |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2009, I electronically filed the Second Supplemental Disclosure and Declaration of Terry W. Simon Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants, and via first-class mail, postage prepaid, upon the persons and entities listed on Exhibit A annexed hereto, addressed as indicated on Exhibit A.

Dated:  June 16, 2009
          New York, New York

                KING & SPALDING LLP

                /s/ Roberta Trowbridge
                Roberta Trowbridge
                Legal Assistant
                1185 Avenue of the Americas
                New York, NY 10036
                Tel. No. 212-556-2100
                Fax No. 212-556-2222

                *Attorneys for KPMG LLP*

## **EXHIBIT A**

Morris, Niochols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
Attn: Derek C. Abbott, Esq.

Office of the United States Trustee
844 King Street, Suite 2206
Lockbox 35
Wilmington, DE  19801
Attn: Thomas P. Tinker, Esq..

Clearly Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley, Esq.

Akin Gump LLP
One Bryant Park
New York, NY  10036
Attn: Fred S. Hodara, Esq.