# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: </br></br>Nortel Networks Inc. et al.,[1] </br></br>                Debtors. | Chapter 11 </br></br>Case No. 09-10138 (KG) </br></br>(Jointly Administered) </br></br>Hearing Date: July 17, 2009 at 11:00 a.m. |

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:    Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:    Official Committee of Unsecured Creditors

Date of Retention:    March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:    January 26, 2009 through April 30, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:    $45,367.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    $11,963.06

This is (a)n:  _X_ interim  ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s ("RLF") January, February, March & April 2009 monthly fee applications are incorporated herein by reference.

RLF1-3402371-2

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 3/31/09 Docket No. 554 | 1/26/09 - 3/31/09 | $30,806.50 | $9,013.45 | $24,645.20 | $9,013.45 | $6,161.30 |
| Date Filed: 4/27/09 Docket No. 671 | 3/1/09 - 3/31/09 | $9,557.50 | $2,370.03 | $7,646.00 | $2,370.03 | $1,911.50 |
| Date Filed: 5/28/09 Docket No. 795 | 4/1/09 - 4/30/09 | $5,003.00 | $579.58 | Pending Obj deadline 6/17/09 $4,002.40 | Pending Obj deadline 6/17/09 $579.58 | $1,000.60 |
| **TOTALS:** | | $45,367.00 | $11,963.06 | $36,293.60[3] | $11,963.06[4] | $9,073.40 |

Summary of any Objections to Fee Applications: The Office of the United States Trustee (the "OUST") informally raised concerns with respect to certain fees included in the *First Monthly Application of Richards, Layton & Finger, PA for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 through February 28, 2009* [Docket No. 554] (the "First RLF Fee Application"). The Fees requested in the First RLF Fee Application reflect a voluntary reduction of $3,000.00 in resolution of the OUST's concerns.

Dated: June 16, 2009
Wilmington, Delaware

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

RLF1-3402371-2