# **EXHIBIT B**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/30/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto for dinner while traveling on Nortel engagement. | 6.48 |
| 4/30/2009 | Theresa Steinkamp | Rental Car | Avis Rental car, YYZ Airport, 4/27 - 4/30/09 | 304.33 |
| 5/1/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |
| 5/1/2009 | Coley P. Brown | Hotel/Lodging | Westin Hotel in Toronto from 4/27-5/1 (4 nights). Hotel $452.51 + Parking $75 +Movie $10 = $537.51. Did not bill through movie to Elite or client. Also included $20 for valet and maid tips during stay, Hotel Total = $472.51. | 472.51 |
| 5/1/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for the week of 4/27-5/1 for Coley Brown (1 person) while on Nortel engagement. | 20.00 |
| 5/1/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin Hotel in Toronto from 4/27-5/1 (4 nights). Hotel $452.51 + Parking $75 + Movie $10 = $537.51. Did not bill through movie to Elite or client. | 75.00 |
| 5/1/2009 | James Lukenda | Ground Transportation | Nortel- PABT to office, early morning w/ files. | 5.00 |
| 5/1/2009 | James Lukenda | Mileage | Nortel- to NYC (36) less regular commute cost, files to office early morning. | 8.31 |
| 5/1/2009 | James Lukenda | Parking & Tolls | Nortel- parking PABT (22.50) and LT toll (6). | 28.50 |
| 5/1/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle, Toronto, 4/27-4/30, 3 nights. | 366.22 |
| 5/1/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 4/27 - 5/1, Client, room + tip, 4 nights. | 493.86 |
| 5/1/2009 | Michael E. Scannella | Meals | Molson Pub and Relay, YYZ, Individual Travel Dinner, Mike Scannella, 1 person. | 13.51 |
| 5/1/2009 | Michael E. Scannella | Mileage | EWR to Montville, NJ, 32 miles, travel to home. | 17.60 |
| 5/1/2009 | Michael E. Scannella | Parking & Tolls | EWR Airport, Newark, NJ, 4/27 - 5/1, 5 days. | 120.00 |
| 5/1/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 4/27 - 5/1, Parking overnight at hotel, 4 nights. | 77.00 |
| 5/1/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 4/27 - 5/1, 5 days. | 288.54 |
| 5/1/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, 4/27-4/30/09, 3 nights, T. Steinkamp, for hotel stay near Nortel client site, plus $10 in tips for hotel staff. | 510.99 |
| 5/4/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport for travel on Nortel engagement. | 40.00 |
| 5/4/2009 | Coley P. Brown | Meals | Breakfast at O'Hare airport for Coley Brown (1 person) while traveling on Nortel engagement. | 7.32 |
| 5/4/2009 | Coley P. Brown | Meals | Dinner at Piazza Manna for Coley Brown (1 person). | 23.47 |
| 5/4/2009 | David Head | Airfare | Airfare for Detroit to Toronto for Nortel. | 1,269.61 |
| 5/4/2009 | Lee A. Sweigart | Ground Transportation | Ride from YYZ to Nortel. | 34.24 |
| 5/4/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 77.30 |
| 5/4/2009 | Matthew J. Fisher | Meals | Breakfast at airport (ORD). 1 person. | 6.85 |
| 5/4/2009 | Michael E. Scannella | Ground Transportation | Montville, NJ to EWR, travel to client-site. | 98.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/4/2009 | Michael E. Scannella | Meals | Oyshi Sushi and Alexandros, Toronto, Team Dinner, 2 people, Mike Scannella and Matt Fisher. | 44.52 |
| 5/4/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast, T. Steinkamp, 1 person, Nortel café. | 8.00 |
| 5/4/2009 | Theresa Steinkamp | Mileage | Mileage from home to LGA airport (to travel to Nortel client site), 28 miles. | 15.40 |
| 5/5/2009 | Coley P. Brown | Parking & Tolls | Parking near Madeline's in Toronto to have dinner while traveling on Nortel engagement. | 10.00 |
| 5/5/2009 | Michael E. Scannella | Meals | The Keg, Toronto, Team Dinner, 5 people, Mike Scannella, Coley Brown, Matt Fisher, Lee Sweigart, and Theresa Steinkamp. | 236.14 |
| 5/5/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast, T. Steinkamp, Nortel café (1 person). | 3.50 |
| 5/6/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for the week of 5/11-5/15 for Nortel engagement. | 910.43 |
| 5/6/2009 | James Lukenda | Ground Transportation | Nortel- car from YYZ to 195 West Mall. | 30.00 |
| 5/6/2009 | James Lukenda | Hotel/Lodging | Nortel- Westin Harbour Castle, 1 night, (C141.25@1.24) and maid tip (5). | 118.91 |
| 5/6/2009 | James Lukenda | Mileage | Nortel- To/fm EWR. | 17.05 |
| 5/6/2009 | James Lukenda | Parking & Tolls | Nortel- parking at YYZ (C12@1.24). | 9.68 |
| 5/6/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 5/11 - 5/14. | 1,247.93 |
| 5/6/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 5/18-5/21. | 968.40 |
| 5/6/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 5/26/09 (inadvertently booked twice; credit to be used on future flight in June 09 to and from IND/YYZ for Nortel). | 449.30 |
| 5/6/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 5/26/09. | 449.30 |
| 5/6/2009 | Lee A. Sweigart | Airfare | Porter Airlines, YYZ/MDW, 5/28/09. | 158.66 |
| 5/6/2009 | Matthew J. Fisher | Meals | Oyshi, Toronto, dinner out-of-town, M. Fisher, J. Lukenda, 2 people. | 53.76 |
| 5/6/2009 | Michael E. Scannella | Airfare | Continental, to/from client, 5/19 - 5/22, travel to client site (includes fees). | 445.16 |
| 5/6/2009 | Michael E. Scannella | Meals | Madeline's, Toronto, Team Dinner, 4 people, Mike Scannella, Coley Brown, Theresa Steinkamp, Lee Sweigart. | 200.00 |
| 5/6/2009 | Theresa Steinkamp | Airfare | Air Canada flight from LGA to YYZ (Nortel client site) and back, T. Steinkamp, 5/11 - 5/15/09. | 661.49 |
| 5/6/2009 | Theresa Steinkamp | Office Supplies | Wal-Mart, Toronto, Necessary office supplies for Nortel engagement, purchased locally for use at client site. | 21.43 |
| 5/7/2009 | James Lukenda | Ground Transportation | Nortel- car from 195 West Mall to YYZ. | 30.00 |
| 5/7/2009 | James Lukenda | Meals | Nortel- breakfast, café (1 person). | 3.27 |
| 5/7/2009 | James Lukenda | Parking & Tolls | Nortel- parking EWR (48) and GSP toll (1.35). | 49.35 |
| 5/7/2009 | Lee A. Sweigart | Ground Transportation | Cab ride from lower Manhattan to Penn Station. | 18.00 |
| 5/7/2009 | Lee A. Sweigart | Meals | Breakfast week of 5/4 (1 person). | 19.67 |
| 5/7/2009 | Matthew J. Fisher | Airfare | Air Canada, Chicago to Toronto, 5/4/2009 - 5/7/2009, roundtrip to visit Debtors offices. | 1,143.21 |
| 5/7/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 42.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/7/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 5/4-5/7, 3 nights, lodging near Debtors' offices. | 384.04 |
| 5/7/2009 | Michael E. Scannella | Meals | Pizza Hut, Toronto, Team Dinner, 4 people, Mike Scannella, Coley Brown, Theresa Steinkamp, Lee Sweigart. | 29.85 |
| 5/7/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast, T. Steinkamp, Nortel cafe & star bucks (1 person). | 4.00 |
| 5/8/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |
| 5/8/2009 | Coley P. Brown | Hotel/Lodging | Westin Hotel in Toronto from 5/4-5/8 (4 nights). Hotel $475.64 + Parking $75 =$550.64. Also included $20 for valet and maid tips during stay, Hotel Total = $495.64. | 495.64 |
| 5/8/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for the week of 5/4-5/8 for Coley Brown (1 person) while on Nortel engagement. | 20.00 |
| 5/8/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin Hotel in Toronto from 5/4-5/8 (4 nights). Hotel $475.64 + Parking $75 = $550.64. | 75.00 |
| 5/8/2009 | Coley P. Brown | Rental Car | Rental car while in Toronto for week of 5/4-5/8 for Nortel engagement. | 308.23 |
| 5/8/2009 | Lee A. Sweigart | Ground Transportation | Ride from Nortel to YYZ for return trip to IND. | 36.43 |
| 5/8/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle, Toronto, 5/5-5/8, 3 nights. | 373.34 |
| 5/8/2009 | Lee A. Sweigart | Meals | Dinner at YYZ airport (Molson Pub) for 1 person. | 35.48 |
| 5/8/2009 | Lee A. Sweigart | Meals | Breakfasts - 5/5 - 5/8 (1 person) | 9.60 |
| 5/8/2009 | Lee A. Sweigart | Mileage | Round trip mileage - Home / IND - 5/5 - 5/8. | 24.75 |
| 5/8/2009 | Lee A. Sweigart | Parking & Tolls | IND airport, 5/5 - 5/8. | 64.00 |
| 5/8/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 5/4 - 5/8, on client site, 4 nights. | 517.68 |
| 5/8/2009 | Michael E. Scannella | Meals | Breakfast for the week, Toronto, 1 person. | 20.00 |
| 5/8/2009 | Michael E. Scannella | Meals | McDonald's, Toronto, Breakfast, 4 people, Mike Scannella, Coley Brown, Theresa Steinkamp, Lee Sweigart. | 15.01 |
| 5/8/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 5/4-5/8, 4 nights. | 77.40 |
| 5/8/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 5/4 - 5/8, 5 days. | 299.04 |
| 5/8/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, 5/4 - 5/8/09, 4 nights, T. Steinkamp, for hotel stay near Nortel client site, plus $10 in tips for hotel staff, 4 nights. | 536.78 |
| 5/8/2009 | Theresa Steinkamp | Meals | Dinner at M. Pub in YYZ Airport for T. Steinkamp, M. Scannella, C. Brown, 3 people. | 57.12 |
| 5/8/2009 | Theresa Steinkamp | Mileage | Mileage from LGA airport to home (for travel from Nortel client site), 28 miles. | 15.40 |
| 5/8/2009 | Theresa Steinkamp | Parking & Tolls | Parking at LGA airport for travel to Nortel client site (YYZ), 5/4 - 5/8, 5 days. | 100.00 |
| 5/11/2009 | Bob Jones | Ground Transportation | Taxi fare from YYZ to the Nortel Networks HQ to work from Monday, May 11th through Friday, May 15th. | 30.42 |
| 5/11/2009 | Bob Jones | Mileage | Cumming, Ga. to Atlanta Airport. 58 miles driven. Drove to the Atlanta Airport to travel to Toronto, Canada to work at the Nortel Networks bankruptcy project from Monday, May 11th through Friday, May 15th. | 31.90 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---:|
| 5/11/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport for travel on Nortel engagement. | 40.00 |
| 5/11/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from Westin hotel and dinner while traveling in Toronto on Nortel engagement. | 25.00 |
| 5/11/2009 | Coley P. Brown | Meals | Breakfast at O'Hare airport for 1 person (Coley Brown) while traveling on Nortel engagement. | 6.12 |
| 5/11/2009 | David Head | Airfare | Airfare from Detroit to Toronto - original flight changed and return will be from Montreal- no charge for change. | 1,430.46 |
| 5/11/2009 | David Head | Ground Transportation | Cab from airport to client site - Nortel $35.00 Canadian - used AMEX for exchange rate of 1.127. | 31.00 |
| 5/11/2009 | David Head | Hotel/Lodging | Hotel for Nortel Bankruptcy- room charges, 1 night. | 125.33 |
| 5/11/2009 | David Head | Telecom | Telephone charges for room - no reception on cell phone to make calls. | 7.56 |
| 5/11/2009 | Lee A. Sweigart | Ground Transportation | Ride from YYZ to Nortel. | 34.83 |
| 5/11/2009 | Michael E. Scannella | Ground Transportation | YYZ to Westin Harbour Castle, Toronto. | 49.12 |
| 5/11/2009 | Michael E. Scannella | Meals | Dinner Chili's, Travel Meal, 1 person. | 15.22 |
| 5/11/2009 | Theresa Steinkamp | Meals | Dinner at The Spice Route, D. Head, L. Sweigart, T. Steinkamp, C. Brown, 4 people. | 200.00 |
| 5/11/2009 | Theresa Steinkamp | Mileage | Mileage from home to LGA airport (to travel to Nortel client site), 28 miles. | 15.40 |
| 5/12/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for the week of 5/19-5/22 for Nortel engagement. | 597.60 |
| 5/12/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for Coley Brown (1 person) while traveling on Nortel engagement. | 5.00 |
| 5/12/2009 | Coley P. Brown | Meals | Dinner at Irish Embassy for Coley Brown, Bobby Jones and Theresa Steinkamp (3 people). | 85.09 |
| 5/12/2009 | David Head | Ground Transportation | Cab from client site to airport 35.00 CAN. | 31.00 |
| 5/12/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 65.80 |
| 5/12/2009 | Matthew J. Fisher | Meals | Breakfast at airport (ORD). 1 person. | 7.68 |
| 5/12/2009 | Michael E. Scannella | Meals | Oyshi/The Kitchen Table, Toronto, Dinner, 1 person. | 35.54 |
| 5/12/2009 | Theresa Steinkamp | Meals | Breakfast - Williams Coffee Pub, B. Jones, T. Steinkamp, 2 people. | 11.49 |
| 5/13/2009 | Bob Jones | Office Supplies | Staples Business Depot, Etobicoke, Ontario. Necessary supplies purchased locally for use at the client site of the Nortel Networks project. | 133.55 |
| 5/13/2009 | Coley P. Brown | Meals | Breakfast at Tim Hortons for 4 people including Coley Brown, Bobby Jones, Mike Scannella and Theresa Steinkamp. | 24.87 |
| 5/13/2009 | Coley P. Brown | Meals | Dinner at Aramark for Coley Brown (1 person) while traveling for Nortel engagement. | 44.65 |
| 5/13/2009 | Coley P. Brown | Meals | Dinner at Aramark for Theresa Steinkamp and Matt Fisher (2 people) while traveling on Nortel engagement. Purchased dinner that night for Theresa Steinkamp and Matt Fisher. | 88.97 |
| 5/13/2009 | Lee A. Sweigart | Meals | Dinner at Aramark while in Toronto for 1 person. | 43.27 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/13/2009 | Lee A. Sweigart | Meals | Breakfast at Tim Horton's for 1 person. | 7.39 |
| 5/13/2009 | Michael E. Scannella | Meals | Aramark, Toronto, Dinner, 2 people, Mike Scannella and Bobby Jones. | 100.00 |
| 5/13/2009 | Theresa Steinkamp | Airfare | United flight from home to YYZ (Nortel client site) and back, T. Steinkamp, 5/18 - 5/22/09. | 838.76 |
| 5/14/2009 | Bob Jones | Airfare | Northwest Airlines change fee for flight at client's request. This is Victoria Day in Canada. Change was authorized by Lee Sweigart, Project Director, per request from client. | 512.69 |
| 5/14/2009 | Bob Jones | Meals | Breakfast at Tim Hortons on Thursday, May 14th (1 person). | 6.95 |
| 5/14/2009 | Coley P. Brown | Meals | Breakfast at Tim Hortons for 3 people including Coley Brown, Matt Fisher and Lee Sweigart. | 23.74 |
| 5/14/2009 | Coley P. Brown | Meals | Dinner at Canoe for Coley Brown, Bobby Jones, Theresa Steinkamp, and Mike Scannella (4 people). Billable portion of total receipt = $361.09. | 200.00 |
| 5/14/2009 | Lee A. Sweigart | Meals | Breakfast week of 5/11 for 1 person. | 22.46 |
| 5/14/2009 | Lee A. Sweigart | Meals | Dinner - YYZ Airport - Toast East (1 person). | 24.63 |
| 5/14/2009 | Lee A. Sweigart | Mileage | Round trip mileage - Home / IND - 5/11 - 5/14. | 24.75 |
| 5/14/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 5/11 - 5/14. | 64.00 |
| 5/14/2009 | Matthew J. Fisher | Airfare | Air Canada, Chicago to Toronto, 5/12-5/14, roundtrip visit to Debtors offices. | 1,119.39 |
| 5/14/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 40.00 |
| 5/14/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 5/12-5/14, 2 nights, lodging near Debtors' offices. | 257.84 |
| 5/15/2009 | Bob Jones | Ground Transportation | Taxi fare from the Nortel Networks HQ to YYZ after working at the Nortel Networks bankruptcy project from Monday, May 11th through Friday, May 15th. | 30.42 |
| 5/15/2009 | Bob Jones | Hotel/Lodging | The Westin Harbor Castle, Toronto, Canada, Lodging in Toronto while working at the Nortel Networks bankruptcy project from Monday, May 11th through Friday, May 15th, 4 nights. | 495.69 |
| 5/15/2009 | Bob Jones | Mileage | Atlanta Airport to Cumming, GA., 58 miles driven. Returning home after working at the Nortel Networks bankruptcy project from Monday, May 11th through Friday, May 15th. | 31.90 |
| 5/15/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA., Parking at the Atlanta Airport while working at the Nortel Networks bankruptcy project from Monday, May 11th through Friday, May 15th. | 75.00 |
| 5/15/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 5/26-5/29 for Nortel engagement. | 411.81 |
| 5/15/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |
| 5/15/2009 | Coley P. Brown | Hotel/Lodging | Westin Hotel in Toronto from 5/11-5/15 (4 nights). Hotel $486.42 + Parking $40 + Westin meal $70 = $596.42. Also included $20 for valet and maid tips during stay, Hotel Total = $506.42. Did not bill client for $70 meal. | 506.42 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/15/2009 | Coley P. Brown | Meals | Breakfast at McDonalds for Coley Brown (1 person). | 11.61 |
| 5/15/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin Hotel in Toronto from 5/11-5/15 (4 nights). Hotel $486.42 + Parking $40 + Westin meal $70 = $596.42. Did not bill client for $70 meal. | 40.00 |
| 5/15/2009 | Coley P. Brown | Rental Car | Rental car in Toronto from 5/11-5/15 while traveling for Nortel engagement. | 368.23 |
| 5/15/2009 | David Head | Parking & Tolls | Parking while at Metro Airport for Nortel. | 40.00 |
| 5/15/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto - 5/11 - 5/14, 3 nights. | 387.36 |
| 5/15/2009 | Lee A. Sweigart | Meals | Dinner at YYZ Airport at Molsons, 1 person. | 31.91 |
| 5/15/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 5/11 - 5/15, Hotel near client, Room + Tip, 4 nights. | 520.34 |
| 5/15/2009 | Michael E. Scannella | Meals | Breakfast for the week, Toronto, 1 person. | 20.00 |
| 5/15/2009 | Michael E. Scannella | Meals | Dinner at Relay, YYZ, Toronto, Travel Meal, 1 person. | 14.02 |
| 5/15/2009 | Michael E. Scannella | Mileage | Roundtrip mileage to/from EWR, 64 miles. | 35.20 |
| 5/15/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, Toronto, 5/11 -5/15/09, 4 nights, hotel for stay near Nortel client site, plus parking fees for rental car and $10 in tips for hotel staff. | 565.31 |
| 5/15/2009 | Theresa Steinkamp | Meals | Travel meals - T. Steinkamp, Breakfast for the week of 5/11 - 5/15/09, Nortel Cafe, 1 person. | 20.00 |
| 5/15/2009 | Theresa Steinkamp | Mileage | Mileage from LGA to home (for travel from Nortel client site), 28 miles. | 15.40 |
| 5/15/2009 | Theresa Steinkamp | Parking & Tolls | La Guardia Airport parking, 5/11 - 5/15/09, parking for travel to Nortel client site (YYZ), 5 days. | 100.00 |
| 5/15/2009 | Theresa Steinkamp | Parking & Tolls | Westin Harbour Castle, Toronto, 5/11-5/15, 4 nights. | 80.00 |
| 5/15/2009 | Theresa Steinkamp | Rental Car | Avis rental car, 5/11 - 5/15/09, YYZ airport, 5 days. | 305.32 |
| 5/17/2009 | Theresa Steinkamp | Airfare | Air Canada flight from LGA to YYZ and back, T. Steinkamp, 5/26 - 5/29/09. | 699.90 |
| 5/18/2009 | Lee A. Sweigart | Meals | Food & Beverage - Sheraton YYZ Airport, 1 person. | 50.00 |
| 5/18/2009 | Michael E. Scannella | Airfare | Continental, To/from home, travel to client site, fees included. | 476.77 |
| 5/18/2009 | Theresa Steinkamp | Ground Transportation | Carmel car service from home (Oyster Bay) to LGA airport for travel to Nortel client site (YYZ). | 72.00 |
| 5/18/2009 | Theresa Steinkamp | Meals | Travel meal - Breakfast, Au Bon Pain at LGA airport, T. Steinkamp, 1 person. | 10.67 |
| 5/19/2009 | Bob Jones | Ground Transportation | Taxi from YYZ to the Nortel Networks HQ on Tuesday, May 19th. | 30.24 |
| 5/19/2009 | Bob Jones | Mileage | Cumming, Ga. to Atlanta Airport. 58 miles driven. To work at the Nortel Networks bankruptcy project from Tuesday, May 19th through Friday, May 22nd. | 31.90 |
| 5/19/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport for travel on Nortel engagement. | 40.00 |
| 5/19/2009 | Coley P. Brown | Meals | Breakfast at O'Hare airport for Coley Brown (1 person) while traveling on Nortel engagement. | 6.87 |
| 5/19/2009 | Lee A. Sweigart | Meals | Breakfast - Sheraton Airport, 1 person. | 10.97 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/19/2009 | Lee A. Sweigart | Meals | Dinner - Canyon Creek - L. Sweigart; M. Fisher, 2 people. | 79.90 |
| 5/19/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 65.80 |
| 5/19/2009 | Matthew J. Fisher | Meals | Breakfast at airport (ORD). 1 person. | 7.68 |
| 5/19/2009 | Michael E. Scannella | Meals | Oyshi/Kitchen Table, Toronto, Dinner, 1 person. | 38.16 |
| 5/20/2009 | Bob Jones | Meals | Breakfast at the Nortel Networks cafeteria, Wednesday, May 20th, 1 person. | 4.74 |
| 5/20/2009 | Lee A. Sweigart | Hotel/Lodging | Sheraton Pearson Airport YYZ (Toronto) - 5/18 - 5/19, 1 night. | 164.50 |
| 5/20/2009 | Lee A. Sweigart | Meals | Breakfast in Toronto - 5/20-5/21, 1 person. | 14.54 |
| 5/20/2009 | Matthew J. Fisher | Airfare | Air Canada, Chicago to Toronto, 5/19-5/20, roundtrip visit to Debtors offices. | 1,144.51 |
| 5/20/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 40.00 |
| 5/20/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 5/19-5/20, 1 night, lodging near Debtors' offices. | 137.86 |
| 5/20/2009 | Michael E. Scannella | Meals | Il Fornello, Toronto, Team Dinner, 5 people, Lee Sweigart, Mike Scannella, Coley Brown, Bobby Jones, Theresa Steinkamp. | 224.62 |
| 5/20/2009 | Michael E. Scannella | Meals | Tim Hortons, Toronto, Breakfast, 4 people, Mike Scannella, Lee Sweigart, Theresa Steinkamp, Matt Fisher. | 10.36 |
| 5/21/2009 | Lee A. Sweigart | Meals | Dinner - Molson Pub YYZ, 1 person. | 33.02 |
| 5/21/2009 | Lee A. Sweigart | Mileage | Round trip mileage - Home / IND - 5/18 - 5/21. | 24.75 |
| 5/21/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 5/18 - 5/21. | 58.00 |
| 5/21/2009 | Michael E. Scannella | Meals | Westin, Toronto, Individual dinner, 1 person. | 48.92 |
| 5/21/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 5/19/09 - 5/21/09, 3 days. | 251.81 |
| 5/21/2009 | Theresa Steinkamp | Meals | McDonalds, breakfast - C. Brown and M. Scannella, 2 people. | 11.58 |
| 5/21/2009 | Theresa Steinkamp | Meals | McDonalds, Breakfast - T. Steinkamp and B. Jones, 2 people. | 10.35 |
| 5/22/2009 | Bob Jones | Ground Transportation | Taxi from the Nortel Networks HQ to YYZ on Friday, May 22nd. | 31.68 |
| 5/22/2009 | Bob Jones | Hotel/Lodging | The Westin Harbor Castle, Toronto, Canada, Lodging in Toronto, Canada while working at the Nortel Networks bankruptcy project from Tuesday, May 19th through Friday, May 22nd, 3 nights. | 383.56 |
| 5/22/2009 | Bob Jones | Meals | Breakfast at the Nortel Networks cafeteria, Friday, May 22nd, 1 person. | 4.19 |
| 5/22/2009 | Bob Jones | Mileage | The Atlanta Airport to Cumming, GA., Drove to Cumming, GA. returning home after working at the Nortel Networks bankruptcy project from Tuesday, May 19th through Friday, May 22nd. | 31.90 |
| 5/22/2009 | Bob Jones | Parking & Tolls | Park & Ticket, College Park, GA., Parking at the Atlanta Airport while working at Nortel Networks bankruptcy project from Tuesday, May 19th through Friday, May 22nd. | 60.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/22/2009 | Bob Jones | Telecom | Usage charges incurred from April 23, 2009 through May 22, 2009 while working at the Nortel Networks bankruptcy project in Toronto, Canada. Authorized by Jim Lukenda. | 281.82 |
| 5/22/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |
| 5/22/2009 | Coley P. Brown | Hotel/Lodging | Westin Hotel in Toronto from 5/18-5/22 (4 nights). | 437.01 |
| 5/22/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for the week of 5/19-5/22 for Coley Brown (1 person) while on Nortel engagement. | 20.00 |
| 5/22/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto - 5/19 - 5/21, 2 nights. | 255.21 |
| 5/22/2009 | Michael E. Scannella | Ground Transportation | Nortel Networks to YYZ. | 34.14 |
| 5/22/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 5/19/09 - 5/12/09, 3 nights, hotel + tip. | 395.97 |
| 5/22/2009 | Michael E. Scannella | Meals | Coyote Jacks, YYZ, Travel Meal, 1 person. | 7.97 |
| 5/22/2009 | Michael E. Scannella | Meals | Nortel Cafe, Breakfast for the week, Toronto, 1 person. | 20.00 |
| 5/22/2009 | Michael E. Scannella | Mileage | Roundtrip mileage to/from EWR, 64 miles. | 35.20 |
| 5/22/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 5/19/09 - 5/22/09, 4 days. | 96.00 |
| 5/22/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 5/19/09 - 5/21/09, 3 nights. | 60.00 |
| 5/22/2009 | Theresa Steinkamp | Ground Transportation | Cab from airport for travel home from Nortel client site (YYZ) - T. Steinkamp. | 42.00 |
| 5/22/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, 5/18 -5/22, 4 nights, hotel for stay near Nortel client site in Toronto, T. Steinkamp, includes parking, and room service. | 571.33 |
| 5/22/2009 | Theresa Steinkamp | Meals | Dinner, Boiler House, T. Steinkamp, B. Jones, C. Brown, 3 people. | 150.00 |
| 5/22/2009 | Theresa Steinkamp | Parking & Tolls | Westin Harbour Castle, 5/18 -5/22, 4 nights. | 80.00 |
| 5/22/2009 | Theresa Steinkamp | Rental Car | Avis Rental car, YYZ airport, 5/18/09 - 5/22/09, 5 days. | 319.81 |
| 5/26/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport for travel on Nortel engagement. | 40.00 |
| 5/26/2009 | James Lukenda | Airfare | Nortel- EWR to YYZ, CO C6FCHT, for 5-27. | 997.51 |
| 5/26/2009 | Lee A. Sweigart | Ground Transportation | Cab ride to IND airport from home. | 48.00 |
| 5/26/2009 | Lee A. Sweigart | Ground Transportation | Ride to Nortel from YYZ. | 37.48 |
| 5/26/2009 | Lee A. Sweigart | Meals | Breakfast at IND airport, 1 person. | 10.34 |
| 5/26/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 65.80 |
| 5/26/2009 | Matthew J. Fisher | Meals | Breakfast at airport (ORD). 1 person. | 11.50 |
| 5/26/2009 | Michael E. Scannella | Meals | Canyon Creek, Toronto, Team Dinner, 5 people, Mike Scannella, Coley Brown, Theresa Steinkamp, Matt Fisher, Lee Sweigart. | 121.45 |
| 5/26/2009 | Michael E. Scannella | Parking & Tolls | Nortel, Toronto, 1 day, parking at client site. | 7.31 |
| 5/26/2009 | Theresa Steinkamp | Ground Transportation | Cab to airport for travel to Nortel client site (YYZ) - T. Steinkamp. | 45.00 |
| 5/26/2009 | Theresa Steinkamp | Meals | Travel meal - breakfast, T. Steinkamp, Au Bon Pain, 1 person. | 11.53 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 5/27/2009 | James Lukenda | Ground Transportation | Nortel- car from YYZ to 195 West Mall. | 31.00 |
| 5/27/2009 | James Lukenda | Hotel/Lodging | Nortel- Westin Harbour Castle, 1 night, (C141.25@1.10) plus maid tip (5). | 133.41 |
| 5/27/2009 | James Lukenda | Meals | Nortel- evening meal for 3, Jim Lukenda, Matt Fisher, Coley Brown, Oyshi Sushi (C115.20@1.10). | 104.72 |
| 5/27/2009 | James Lukenda | Mileage | Nortel- to/fm EWR. | 17.05 |
| 5/27/2009 | Michael E. Scannella | Meals | Terroni, Toronto, Team dinner, 3 people, Mike Scannella, Theresa Steinkamp, Lee Sweigart. | 150.00 |
| 5/27/2009 | Michael E. Scannella | Parking & Tolls | Parking Meter, Toronto, for dinner. | 2.00 |
| 5/28/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for the week of 5/26-5/29 for Coley Brown (1 person) while on Nortel engagement. | 20.00 |
| 5/28/2009 | James Lukenda | Ground Transportation | Nortel- car from 195 West Mall to YYZ. | 31.00 |
| 5/28/2009 | James Lukenda | Meals | Nortel- breakfast, café, 1 person. | 3.77 |
| 5/28/2009 | James Lukenda | Meals | Nortel- evening meal, Burger King, 1 person. | 8.39 |
| 5/28/2009 | James Lukenda | Parking & Tolls | Nortel- Parking EWR (48) and GSP toll (1). | 49.00 |
| 5/28/2009 | Lee A. Sweigart | Ground Transportation | Ride to hotel from MDW (in lieu of ride home from IND). | 40.00 |
| 5/28/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto - 5/26-5/28, 2 nights. | 260.63 |
| 5/28/2009 | Lee A. Sweigart | Meals | Breakfast - Westin Harbour Castle, 1 person. | 5.06 |
| 5/28/2009 | Lee A. Sweigart | Meals | Dinner after flight - O'Callaghan's, 1 person. | 24.46 |
| 5/28/2009 | Michael E. Scannella | Airfare | Continental, To/from client, includes fees. | 571.00 |
| 5/28/2009 | Michael E. Scannella | Ground Transportation | Taxi from dinner to hotel while in Toronto. | 18.00 |
| 5/28/2009 | Michael E. Scannella | Meals | The Banknote, Toronto, Team dinner, Mike Scannella, Coley Brown, Matt Fisher, Theresa Steinkamp, 4 people. | 160.23 |
| 5/29/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling on Nortel engagement. | 40.00 |
| 5/29/2009 | Coley P. Brown | Meals | Breakfast at McDonald's for 3 people including Coley Brown, Matt Fisher and Theresa Steinkamp. | 16.67 |
| 5/29/2009 | Coley P. Brown | Meals | Dinner at Molson Pub for Coley Brown (1 person) while traveling on Nortel engagement. | 24.53 |
| 5/29/2009 | Lee A. Sweigart | Ground Transportation | Ride to Toronto Island Airport (downtown) from Nortel. | 35.06 |
| 5/29/2009 | Matthew J. Fisher | Airfare | Air Canada, Chicago to Toronto, 5/26 - 5/29, roundtrip visit to Debtors offices. | 592.79 |
| 5/29/2009 | Matthew J. Fisher | Ground Transportation | Taxi from airport (ORD) to residence. | 42.00 |
| 5/29/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 5/26-5/29, 3 nights, lodging near Debtors' offices. | 393.58 |
| 5/29/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 5/26 - 5/29, 3 nights, hotel+ tip. | 394.17 |
| 5/29/2009 | Michael E. Scannella | Meals | Breakfast for the week, Nortel, 1 person. | 20.00 |
| 5/29/2009 | Michael E. Scannella | Meals | Dinner at Upper Crust, YYZ, Travel Meal, 1 person. | 13.00 |
| 5/29/2009 | Michael E. Scannella | Mileage | Roundtrip mileage, to/from EWR, 64 miles. | 35.20 |
| 5/29/2009 | Michael E. Scannella | Parking & Tolls | Parking at EWR, 5/26/09 - 5/29/09, 4 days. | 96.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2009 THROUGH MAY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---:|
| 5/29/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 5/26 - 5/29, three nights. | 60.00 |
| 5/29/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 5/26/09 - 5/29/09, 4 Days. | 333.38 |
| 5/29/2009 | Theresa Steinkamp | Ground Transportation | Cab from Nortel client site to YYZ airport (for travel home). | 40.00 |
| 5/29/2009 | Theresa Steinkamp | Ground Transportation | Carmel car service from airport to home (Oyster Bay) for travel from Toronto (Nortel client site). | 85.00 |
| 5/29/2009 | Theresa Steinkamp | Hotel/Lodging | Westin Harbour Castle, 5/26/09 - 5/29/09, hotel stay near Nortel client site in Toronto, 3 nights. | 390.95 |
| 5/29/2009 | Theresa Steinkamp | Meals | Travel meal - dinner for T. Steinkamp, Aramark, 1 person. | 41.51 |
| | | | | $ 38,751.09 |