# **<u>EXHIBIT C</u>**



June 15, 2009

Gordon A. Davies, Esq.
Chief Legal Officer and Corporate Secretary
Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1

Dear Mr. Davies:

Enclosed is Huron Consulting Group's statement for May 1, 2009 through May 31, 2009.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this second monthly statement by July 7, 2009, (20th day following service of the Monthly Statement) the debtors are authorized to pay 80% of the fees ($284,513.59) and 100% of the expenses ($38,751.09) for a total amount due of $323,264.68.

If you have any questions on the enclosed billing or any aspect of the engagement,
please do not hesitate to contact Jim Lukenda, the engagement Managing Director.

Very truly yours,

Clarissa Tuttle
Billing Coordinator



# FEES SUMMARY

| Professional | Title | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| James Lukenda | Managing Director | 56.2 | hrs | $ 710 | / hr | $39,902.00 |
| David Head | Managing Director | 23.6 | hrs | $ 650 | / hr | $15,340.00 |
| Lee Sweigart | Director | 154.5 | hrs | $ 540 | / hr | $83,430.00 |
| Matthew J. Fisher | Director | 108.3 | hrs | $ 540 | / hr | $58,482.00 |
| Theresa Steinkamp | Manager | 178.6 | hrs | $ 455 | / hr | $81,263.00 |
| Coley P. Brown | Associate | 187.8 | hrs | $ 335 | / hr | $62,913.00 |
| Bob Jones | Proj Consultant | 99.0 | hrs | $ 250 | /hr | $24,750.00 |
| Michael Scannella | Analyst | 175.0 | hrs | $ 245 | / hr | $42,875.00 |
| Clarissa Tuttle | Analyst | 4.5 | hrs | $ 50 | / hr | $225.00 |
| Total Fees | | 987.5 | | | | $409,180.00 |

Reduction for Travel Time Charges                                 ( $   14,022.25)
Agreed Accommodation on Monthly Invoice (10%)       ( $   39,515.76)

**Net Fees:**                                                                          $355,641.99

Blended Hourly Rate:        $360.14



# EXPENSE SUMMARY

| Cost Type | Amount |
|---|---:|
| Airfare | $17,096.68 |
| Ground Transportation | $1,902.76 |
| Hotel/Lodging | $11,046.44 |
| Meals | $3,393.38 |
| Mileage | $429.06 |
| Office Supplies | $154.98 |
| Telecom | $289.38 |
| Parking & Tolls | $1,659.72 |
| Rental Car | $2,778.69 |
| **Total Expenses** | **$38,751.09** |



Invoice Date: 06/15/09

Gordon A. Davies, Esq.
Chief Legal Officer and Corporate Secretary
Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1

**DUE UPON RECEIPT**
**INVOICE #: 156739**
**JOB NUMBER: 01675**
**HURON TAX ID#: 01-0666453**

**STRICTLY CONFIDENTIAL**

*For Professional Services Rendered May 1, 2009 Through May 31, 2009:*

| | | |
|---|---|---|
| Total Fees | $ | 355,641.99 |
| Total Expenses | $ | 38,751.09 |
| **Total Amount Due:** | **$** | **394,393.08** |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | | |
|---|---|---|
| Fees 80% | $ | 284,513.59 |
| Expenses 100% | $ | 38,751.09 |
| **Amount Due for this period** | **$** | **323,264.68** |
| Holdback of 20% until final court approval | $ | 71,128.40 |

> To ensure proper credit please
> refer to invoice number 156739
>
> FEDERAL TAX ID # 01-0666453
>
> **REMITTANCE COPY**

| Payment by wire transfer: | Payment by ACH/EFT: |
|---|---|
| Bank of America | Bank of America |
| Chicago, Illinois | Chicago, Illinois |
| Routing No. 0260-0959-3 | Routing No. 071000039 |
| Account Title: Huron Consulting Services, LLC | Account Title: Huron Consulting Services, LLC |
| Account Number: 5800297276 | Account Number: 5800297276 |

Comments: (Include Invoice Number to ensure proper credit)