# EXHIBIT A

Court File No. 09-CL-7950

## ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE MR. | ) | TUESDAY, THE 16th |
| | ) | |
| JUSTICE MORAWETZ | ) | DAY OF JUNE, 2009 |

**IN THE MATTER OF THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*, **R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION (the "Applicants")**

**APPLICATION UNDER THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*, **R.S.C. 1985, c. C-36, AS AMENDED**

### ORDER

THIS MOTION, made by the Applicants, for the relief set out in the Applicants' notice of motion dated June 8, 2009 was heard this day at 330 University Avenue, Toronto, Ontario.

ON READING the affidavit of Joseph Flanagan sworn June 5, 2009 and the exhibits thereto (the "Flanagan Affidavit"), and the Thirteenth Report of the Monitor dated June 11, 2009, and on hearing the submissions of counsel for the Applicants, the Monitor and Flextronics Telecom Systems Ltd. and those other parties present, no one appearing for any other person on the service list, although served as appears from the Affidavit of Service of Katie Legree sworn June 8, 2009, filed:

- 2 -

1.  THIS COURT ORDERS that the time for service of the Notice of Motion, the Thirteenth Report and the Motion Record is hereby abridged so that this motion is properly returnable today and hereby dispenses with further service thereof.

2.  THIS COURT ORDERS that the Applicants may file under seal certain portions of the settlement documents dated May 22, 2009 among Nortel Networks Limited on one hand and Flextronics Telecom Systems Ltd. and Flextronics Corporation on the other (the "Settlement Documents"), as appears in Exhibit B to the ~~Flanagan Affidavit~~ *B to the Thirteenth Report of the Monitor*, and such portions shall not form part of the public record, subject to further Order of this Court.

3.  THIS COURT ORDERS that the Settlement Documents be and are hereby approved, and Nortel Networks Limited is hereby authorized and directed to comply with its obligations thereunder.

_____

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

JUN 16 2009

PER / PAR:

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**ORDER**

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Mario Forte LSUC#: 27293F**
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

DOCSTOR: 1705109\2