# EXHIBIT B

June 16, 2009

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

June 16/09.

The motion was not opposed. From the outset of these proceedings it has been emphasized that the relationship between Flextronics and Nortel [illegible] ~~[illegible]~~ is most important to Nortel. Flextronics is the largest supplier of hardware to Nortel. The relationship has been the subject of previous agreements which have been approved by the Court. The parties have now agreed upon a terms for a mutually acceptable resolution of ongoing issues which have been incorporated into Settlement Documents

*ONTARIO*

**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**MOTION RECORD**
**(returnable June 16, 2009)**

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Mario Forte LSUC#: 27293F**
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

SUPERIOR COURT OF JUSTICE / COUR SUPÉRIEURE DE JUSTICE
FILED / DÉPOSÉ
JUN 08 2009
LOCAL REG.

Nortel seeks approval of the Settlement Documents. Flextronics is in support of this request. The Monitor has reviewed and commented on the proposal and recommends that it be approved (See 13th Report). The U.S. Bankruptcy Court has also approved the Settlement. The UCC, the Bondholders, the Joint Administrators, and the Superintendent of Financial Services do not oppose the relief sought.

I am satisfied that the request for approval of the Flextronics Settlement is in the best interests of Nortel's stakeholders and it is approved.

I have also been satisfied that the Settlement Documentation contains certain information that is commercially sensitive, the release of which would be detrimental to Nortel. Accordingly, I order the Settlement Documents, ~~as~~ contained in the 13th Report of the Monitor, at Exhibit ~~B~~ A to the ~~Affidavit~~ to be sealed subject to further order. ~~The~~ ~~redacted~~ A redacted version of the 13th Report ~~Affidavit~~ is in the record.

Order to go in the form presented.

[signature] Morawetz J.