# EXHIBIT A

## Notice Parties

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

### Additional Notice Parties for 2325 Dulles Corner Boulevard Herndon, VA

(a) LanceSoft
2325 Dulles Corner Boulevard
9th Floor
Herndon, VA 20170

(b) Pillsbury Winthrop Shaw Pittman, LLP
1650 Tyson's Boulevard, Suite 1400
McLean, VA 22102

(c) Deka Immobilien Investment GmbH
c/o ING Clarion
601 13th Street, NW, Suite 700N
2980 Fairview Park Drive
Washington, DC 20005
Attn: James L. Dean II

(d)    Thaddeus D. Wilson, Esq.
       King & Spalding LLP
       1180 Peachtree Street, 28th Floor
       Atlanta, GA 30309