## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Ninth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on June 17, 2009, in the manner indicated upon the entities identified below and those on the attached service lists.

Dated: June 17, 2009

_____
Andrew R. Remming (No. 5120)

**VIA OVERNIGHT MAIL**

Akin Gump Strauss Hauer & Feld,
One Bryant Park
New York, NY 10036
Attn: Fred Hodara

LanceSoft
2325 Dulles Corner Boulevard
9th Floor
Herndon, VA 20170

Pillsbury Winthrop Shaw Pittman, LLP
1650 Tyson's Boulevard, Suite 1400
McLean, VA 22102

Deka Immobilien Investment GmbH
c/o ING Clarion
601 13th Street, NW, Suite 700N
2980 Fairview Park Drive
Washington, DC 20005
Attn: James L. Dean II

Thaddeus D. Wilson, Esq.
King & Spalding LLP
1180 Peachtree Street, 28th Floor
Atlanta, GA 30309

2951675.1