IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Chapter 11 |
| | ) | JOINTLY ADMINISTERED |
| Debtors. | ) | |
| | ) | Objection Deadline: June 30, 2009 at 4:00 p.m. |
| | ) | Hearing Date: July 7, 2009 at 11:00 a.m. |
| | ) | |

**NOTICE OF MOTION OF XETA TECHNOLOGIES, INC. PURSUANT TO
SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR
<u>RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF</u>**

**PLEASE TAKE NOTICE** that on June 17, 2009, Xeta Technologies, Inc. ("Xeta") filed their **Motion of Xeta Technologies, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon, so as to actually be received by the undersigned counsel for Xeta, on or before **June 30, 2009 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held before the Honorable Kevin Gross, United States Bankruptcy Court Judge, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 on **July 7, 2009 at 11:00 a.m. (ET)**

{BAY:01315952v1}

**PLEASE TAKE FURTHER NOTICE** that if no response to the Motion is timely filed in accordance with the above procedure, the Bankruptcy Court may grant the relief sought in the Motion without further notice or hearing.

Dated: June 17, 2009

                        BAYARD, P.A.

                        */s/ Daniel O'Brien*

                        Charlene D. Davis (No. 2336)
                        Daniel A. O'Brien (No. 4897)
                        222 Delaware Avenue, Suite 900
                        P.O. Box 25130
                        Wilmington, DE 19899
                        (302) 655-5000 (telephone)
                        (302) 658-6395 (facsimile)

                                and

                        **BARBER & BARTZ, A PROFESSION CORPORATION**
                        Joe Fears, Esquire
                        800 Park Centre
                        525 South Main Street
                        Tulsa, Oklahoma 74103-4511
                        Telephone:    (918) 599-7755
                        Facsimile:    (918) 599-7756

                        *Counsel to Xeta Technologies, Inc.*