# EXHIBIT A

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

**NORTEL**

| Invoice No. | 22246940 |
| Invoice Date | 2008/11/11 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|
| 625568 | 710021 | 1001995122 | AB-17461-001 | | | USOK74102XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | Ship Date |
|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/19 | | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Quantity Shipped | U/M | Site Name | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000010 | GM5311000 | NMS - Managed Voice Plus | | | 1 | EA | TULSA - OCT 1508 TO NOV 1408 | 6,812.2800 | 6,812.28 |

ENTERED
DEC 19 2008
710021-1

Subtotal for the Page: 6,812.28

**SHIP TO**
ONEOK
100 W. FIFTH
TULSA, OK 74102

**BILL TO**
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

Freight Charges: 0.00

Subtotal: 6,812.28
Sales Tax:
  0.00% State Tax: 0.00
  0.00% County Tax: 0.00
  0.00% City Tax: 0.00
  0.00% District Tax: 0.00

Total Tax: 0.00

**REMIT TO ADDRESS:**
Nortel Networks Inc
3985 Collection Center Drive
Chicago, IL 60693
USA

Total Due $USD: $6,812.28

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NØRTEL

| Invoice No. | 22469939 |
|---|---|
| Invoice Date | 2008/11/11 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|
| 626568 | 710021 | 100199513 | AB-17461-001 | | | USKS66606XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | Ship Date |
|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/19 | | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Site Name | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000010 | GM5311000 | NMS - Managed Voice Plus | | | TOPEKA - OCT 15'08 TO NOV 14'08 | 1 | EA | 2,959.1400 | 2,959.14 |

ENTERED
DEC 19 2008

7/0021-1

| | | Subtotal for the Page: | 2,959.14 |
|---|---|---|---|
| | | Freight Charges | 0.00 |

## SHIP TO
ONEOK
100 W. FIFTH
TULSA, OK 74102

## BILL TO
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

| | Subtotal | 2,959.14 |
|---|---|---|
| Sales Tax: | 0.00% State Tax | 0.00 |
| | 0.00% County Tax | 0.00 |
| | 0.00% City Tax | 0.00 |
| | 0.00% District Tax | 0.00 |
| | Total Tax | 0.00 |

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

| Total Due | $2,959.14 |
|---|---|
| $USD | |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.



# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NØRTEL

| Invoice No. | 2246938 |
|---|---|
| Invoice Date | 2008/11/11 |
| Page | 1 of 1 |

710021-1

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 525568 | 710021 | 1001995095 | AB-17461-001 | | | | USOK73120XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | | Ship Date |
|---|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/19 | | | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer Line No. | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 000010 | GM5311000 | NMS - Managed Voice Plus | | | | | | |
| | | OKLAHOMA CITY - OCT1508-NOV 1408 | | 1 | | EA | 11,875.6200 | 11,875.62 |

ENTERED
DEC 19 2008

3194675
2006 9,137

| | Subtotal for the Page: | 11,875.62 |
|---|---|---|

**SHIP TO**
ONEOk
100 W. FIFTH
TULSA, OK 74102

**BILL TO**
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

Freight Charges    0.00

| | Subtotal | 11,875.62 |
|---|---|---|
| Sales Tax: | 0.00% State Tax | 0.00 |
| | 0.00% County Tax | 0.00 |
| | 0.00% City Tax | 0.00 |
| | 0.00% District Tax | 0.00 |
| Total Tax | | 0.00 |

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

| Total Due | $11,875.62 |
|---|---|
| $USD | |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NØRTEL

| Invoice No. | 2246936 |
|---|---|
| Invoice Date | 2008/11/11 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|
| 626568 | 710021 | 100197429A | AB-17461-001 | | | USTX79930XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | | | Ship Date |
|---|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/19 | | | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Delivery No. | Customer Line No. | Site Name | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 000010 | GM5311000 | NMS - Managed Voice Plus | | EL PASO - OCT 1508 TO NOV 1408 | | | 1 | EA | 10,297.7100 | 10,297.71 |

ENTERED
DEC 19 2008

710021-1

Freight Charges                                      Subtotal for the Page:       0.00

**SHIP TO**
ONEOk
100 W. FIFTH
TULSA, OK 74102

**BILL TO**
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

| | |
|---|---|
| Subtotal | 10,297.71 |
| Sales Tax: | 0.00 |
| 0.00% State Tax | 0.00 |
| 0.00% County Tax | 0.00 |
| 0.00% City Tax | 0.00 |
| 0.00% District Tax | 0.00 |
| Total Tax | 0.00 |

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

| Total Due | $10,297.71 |
|---|---|
| $USD | |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 04-2486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com



| Invoice No. | 23022570 |
|---|---|
| Invoice Date | 2008/12/29 |
| Page | 1 of 1 |

RECEIVED JAN 05 2009

10356

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|
| 626568 | 8000566 | 7500575023 | AA999999A | | | USOK74012 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | |
|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/30 | | |

## INVOICE FOR GLOBAL REPAIR & SERVICE DELIVERY

| Line No. | Item Number | Description | Customer Part No. | Customer Line No. | Quantity Shipped | U/M | Unit Price | Part Request No. | Ship Date | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 000010 | NR074339 | NT8B27JAAAE6-T7316E CHARCOAL | | 1 | 1 | EA | 80.00 | 985393 | 2008/07/11 | 80.00 |
| | | Request Type : Return and Replace | | | | | | | | |

GL 114410 Q

ENTERED JAN 05 2010

Subtotal for the Page: 80.00

| SHIP TO | BILL TO |
|---|---|
| Xeta Technologies Inc<br>KAREN GOODENOUGH 918-588-4708<br>1814 West Tacoma Street<br>BROKEN ARROW, OK 74012-1406 | Xeta Technologies Inc<br>1814 West Tacoma Street<br>BROKEN ARROW, OK 74012-1406<br>USA |
| | **REMIT TO ADDRESS:**<br>Nortel Networks Inc.<br>3985 Collection Center Drive<br>Chicago, IL 60693<br>USA |

Freight Charges 0.00

| | |
|---|---|
| Subtotal | 80.00 |
| Sales Tax: | |
| 0.00% State Tax | 0.00 |
| 0.00% County Tax | 0.00 |
| 0.00% City Tax | 0.00 |
| 0.00% District Tax | 0.00 |
| Total Tax | 0.00 |
| **Total Due $USD** | **$80.00** |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

# NORTEL

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

Tax ID: 042486332

| Invoice No. | 2302603 |
|---|---|
| Invoice Date | 2008/12/30 |
| Page | 1 of 1 |
| Trans Type | GEO Tax Code |
| | USOK741022XXXX0 |
| Ship Date | |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Site Name |
|---|---|---|---|---|---|
| 626568 | 710021 | 100199512 2 | AB-17461-001 | | |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. |
|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/30 | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer Line No. | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 0000020 | GM5311000 | NMS - Managed Voice Plus | | | 1 | EA | 6,794.4000 | 6,794.40 |
| | | TULSA - NOV 15'08 TO DEC 14'08 | | | | | | |

ENTERED
JAN 06 2009

Subtotal for the Page: 6,794.40

Freight Charges 0.00

**SHIP TO**
ONEOK
100 W. FIFTH
TULSA, OK 74102

**BILL TO**
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

| | |
|---|---|
| Subtotal | 6,794.40 |
| Sales Tax: | |
| 0.00% State Tax | 0.00 |
| 0.00% County Tax | 0.00 |
| 0.00% City Tax | 0.00 |
| 0.00% District Tax | 0.00 |
| Total Tax | 0.00 |
| **Total Due** | |
| **$USD** | **$6,794.40** |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur Interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP, NC 27709-3010**
USA

Tax ID: 04-2486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NORTEL

| Invoice No. | 2302602 |
|---|---|
| Invoice Date | 2008/12/30 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|
| 626568 | 710021 -2 | 100199513 | AB-17461-001 | | | USKS666606XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | Ship Date |
|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/30 | | |

End-User Name: ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Site Name | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000020 | GM5311000 | NMS - Managed Voice Plus | | | TOPEKA - NOV 15'08 TO DEC 14'08 | 1 | EA | 2,994.9000 | 2,994.90 |

ENTERED
JAN 06 2009

Subtotal for the Page:  2,994.90

## SHIP TO
ONEOk
100 W. FIFTH
TULSA, OK 74102

## BILL TO
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

Freight Charges 0.00

| | |
|---|---|
| Subtotal | 2,994.90 |
| Sales Tax: | |
| 0.00% State Tax | 0.00 |
| 0.00% County Tax | 0.00 |
| 0.00% City Tax | 0.00 |
| 0.00% District Tax | 0.00 |
| Total Tax | 0.00 |

**Total Due $USD** **$2,994.90**

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 04-2486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NORTEL

| Invoice No. | 2302601 |
|---|---|
| Invoice Date | 2008/12/30 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|
| 626568 | 710021 -2 | 100199095 | AB-17461-001 | | | USOK73120XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | Ship Date |
|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/30 | | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES,

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Site Name | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000020 | GM5311000 | NMS - Managed Voice Plus | | | OKLAHOMA CITY - NOV 15'08-DEC 14'08 | 1 | EA | 11,880.0900 | 11,880.09 |

Subtotal for the Page: 11,880.09

*ENTERED JAN 06 2009*
*ENTERED JAN 06 2008*

319 67.10
< 200 87-217

**SHIP TO**
ONEOk
100 W. FIFTH
TULSA, OK 74102

**BILL TO**
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

| Freight Charges | | 0.00 |
|---|---|---|
| Subtotal | | 11,880.09 |
| Sales Tax: | 0.00% State Tax | 0.00 |
| | 0.00% County Tax | 0.00 |
| | 0.00% City Tax | 0.00 |
| | 0.00% District Tax | 0.00 |
| Total Tax | | 0.00 |
| **Total Due $USD** | | **$11,880.09** |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 04-2486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NØRTEL

| | |
|---|---|
| Invoice No. | 2302600 |
| Invoice Date | 2008/12/30 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Site Name | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 626568 | 710021 -2 | 1001974294 | AB-17461-001 | | | | USTX79930XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | | |
|---|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2008/12/30 | | | |

| Line No. | Item Number | Description | Customer Part No. | Customer Line No. | Quantity Shipped | U/M | Unit Price | Ship Date Extended Price |
|---|---|---|---|---|---|---|---|---|
| 000020 | GM5311000 | NMS - Managed Voice Plus | | | | EA | 10,297.7100 | 10,297.71 |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

EL PASO - NOV 15'08 TO DEC 14'08

ENTERED
JAN 05 2009

Subtotal for the Page: 10,297.71

Freight Charges 0.00

**SHIP TO**
ONEOK
100 W. FIFTH
TULSA, OK 74102

**BILL TO**
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

| | |
|---|---|
| Subtotal | 10,297.71 |
| Sales Tax: | |
| 0.00% State Tax | 0.00 |
| 0.00% County Tax | 0.00 |
| 0.00% City Tax | 0.00 |
| 0.00% District Tax | 0.00 |
| Total Tax | 0.00 |

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

| Total Due | $10,297.71 |
|---|---|
| $USD | |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042466332

# INVOICE

**RECEIVED JAN 05 2009**

# N⊘RTEL

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

| Invoice No. | 23056602 |
| Invoice Date | 2009/01/01 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | Printed On | Original Inv. No. | Clarify Contract ID | GEO Tax Code |
|---|---|---|---|---|---|---|
| 626568 | 1016587X  NO | C025611500 | 2009/01/01 | | 256115 | USOK7401214060 |

ACCOUNT SPECIALIST: Pedro Camalich
PHONE: 1800-4NORTEL ERC 989
FAX: 866-502-0973

| Line No. | Item Number | Description | Billing Start Date | Billing End Date | Qty | Extended Price |
|---|---|---|---|---|---|---|
| 000010 | SP2504000 Site ID: 1625203 70 Cases | PARTNER TECH SUPPORT SERVICES XETA TECHNOLOGIES INC / 1814 WEST TACOMA STREET / BROKEN ARROW OK 74012 / USA | 2009/01/01 | 2009/03/31 | 1 | 20,111.25 |

Subtotal for the Page: 20,111.25

| SHIP TO | 626568 | BILL TO | 300010804 | | |
|---|---|---|---|---|---|
| Xeta Technologies Inc 1814 West Tacoma Street BROKEN ARROW, OK 74012-1406 | | Xeta Technologies 1814 West Tacoma Street BROKEN ARROW, OK 74012 USA | | Subtotal | 20,111.25 |
| | | | | Sales Tax: 0.00% State Tax 0.00% County Tax 0.00% City Tax 0.00% District Tax | 0.00 0.00 0.00 0.00 |
| | | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago, IL 60693 USA | | Total Tax | 0.00 |
| | | | | **Total Due** $USD | **$20,111.25** |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

# N⊘RTEL

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

| Invoice No. | 23135565 |
|---|---|
| Invoice Date | 2009/01/14 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | GEO Tax Code |
|---|---|---|---|---|---|
| 626568 | 710021 | 100199513 | AB-17461-001 | | USKS6660620010 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Trans Type | Ship Date |
|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2009/01/20 | | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 000030 | GM5311000 | NMS - Managed Voice Plus TOPEKA - DEC 15'08 TO JAN 14'09 | | | 1 | EA | 3,003.8400 | 3,003.84 |

102387
71002/-3

ENTERED
JAN 20 2009

Subtotal for the Page: 3,003.84

**SHIP TO**
ONEOK
501 Gage
Topeka, KS 66606-2001
USA

**BILL TO**
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

| Freight Charges | | 0.00 |
|---|---|---|
| | Subtotal | 3,003.84 |
| | Sales Tax: | |
| | 0.00% State Tax | 0.00 |
| | 0.00% County Tax | 0.00 |
| | 0.00% City Tax | 0.00 |
| | 0.00% District Tax | 0.00 |
| | Total Tax | 0.00 |
| | **Total Due $USD** | **$3,003.84** |

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NØRTEL

| Invoice No. | 23135564 |
|---|---|
| Invoice Date | 2009/01/14 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Site Name | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 626568 | 710021 | 1001995095 | AB-17461-001 | | | | USKS6660620010 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | | Ship Date |
|---|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2009/01/20 | | | |

End-User Name: ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 000030 | GM5311000 | NMS - Managed Voice Plus OKLAHOMA CITY - DEC15'08-JAN 14'09 | | | 1 | EA | 11,884.5600 | 11,884.56 |

102381
7/002J-3

ENTERED
JAN 20 2009

Freight Charges                                     Subtotal for the Page:              0.00

## SHIP TO
ONEOK
501 Gage
Topeka, KS 66606-2001

## BILL TO
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

| | |
|---|---|
| Subtotal | 11,884.56 |
| Sales Tax: | |
| 0.00% State Tax | 0.00 |
| 0.00% County Tax | 0.00 |
| 0.00% City Tax | 0.00 |
| 0.00% District Tax | 0.00 |
| Total Tax | 0.00 |

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

| Total Due | $11,884.56 |
|---|---|
| $USD | |

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NORTEL

| Invoice No. | 2313563 |
|---|---|
| Invoice Date | 2009/01/14 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|
| 626568 | 710021 | 100197429 | AB-17461-001 | | | USKS66060620010 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | Ship Date |
|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2009/01/20 | | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Site Name | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000030 | GM531100 | NMS - Managed Voice Plus | | | EL PASO - DEC 15'08 TO JAN 14'09 | 1 | EA | 10,136.7900 | 10,136.79 |

102387
71-0021-3

ENTERED
JAN 2 0 2009

Subtotal for the Page: 10,136.79

**SHIP TO**
ONEOk
501 Gage
Topeka, KS 66606-2001

**BILL TO**
Xeta Technologies Inc
1814 West Tacoma Street
BROKEN ARROW, OK 74012-1406
USA

Freight Charges 0.00

| | |
|---|---|
| Subtotal | 10,136.79 |
| Sales Tax: | |
| 0.00% State Tax | 0.00 |
| 0.00% County Tax | 0.00 |
| 0.00% City Tax | 0.00 |
| 0.00% District Tax | 0.00 |
| Total Tax | 0.00 |

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

| Total Due | $10,136.79 |
|---|---|
| $USD | |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

# INVOICE

**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: John Wise
Tel: 972-684-1718
Fax: 972-684-1971
E-Mail: johnwi@nortel.com

# NORTEL

| Invoice No. | 2313561 |
|---|---|
| Invoice Date | 2009/01/14 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|
| 625568 | 710021 | 100195122 | AB-17461-001 | | | USOK74102XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | | Ship Date |
|---|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2009/01/20 | | | |

End-User Name : ONEOK
Invoice Note:
ONE OK - MANAGED SERVICES.

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Site Name | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000030 | GM5311000 | NMS - Managed Voice Plus | | | TULSA - DEC 1508 TO JAN 1409 | 1 | EA | 6,830.1600 | 6,830.16 |

H2387
H10021-3

ENTERED
JAN 20 2009
✗

Subtotal for the Page: 6,830.16

| SHIP TO | BILL TO | | |
|---|---|---|---|
| ONEOK | Xeta Technologies Inc | Freight Charges | 0.00 |
| 501 Gage | 1814 West Tacoma Street | | |
| Topeka, KS 66606-2001 | BROKEN ARROW, OK 74012-1406 | Subtotal | 6,830.16 |
| | USA | Sales Tax: | |
| | | 0.00% State Tax | 0.00 |
| | | 0.00% County Tax | 0.00 |
| | **REMIT TO ADDRESS:** | 0.00% City Tax | 0.00 |
| | Nortel Networks Inc. | 0.00% District Tax | 0.00 |
| | 3985 Collection Center Drive | Total Tax | 0.00 |
| | Chicago, IL 60693 | | |
| | USA | **Total Due** | **$6,830.16** |
| | | $USD | |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.