## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Chapter 11 |
| | ) | JOINTLY ADMINISTERED |
| Debtors. | ) | |
| | ) | **Re: Docket No. _____** |
| | ) | |

## ORDER GRANTING MOTION OF XETA TECHNOLOGIES, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF

Upon consideration on the Motion of Xeta Technologies, Inc. ("XETA") pursuant to sections 362(d) and 553 of Title 11 of the United States Code (the "Bankruptcy Code") for relief from the automatic stay in order to effectuate a setoff of prepetition amounts owing and due between XETA and a certain above-captioned Debtor, Nortel Networks, Inc. ("NNI"), pursuant to certain prepetition agreements between the parties (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that no other or further notice is required; and upon consideration of the Motion and arguments contained therein and the opposition thereto, if any; and any opposition to the Motion having been overruled, resolved or withdrawn; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is GRANTED in its entirety; and it is further

ORDERED, that Xeta is granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to effect a setoff of mutual obligations between NNI and XETA; and it is further

ORDERED, that this Court shall return jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: July _____, 2009
      Wilmington, Delaware


 

_____
The Honorable Kevin Gross
United States Bankruptcy Judge