## CERTIFICATE OF SERVICE

I, Daniel A. O'Brien, hereby certify that on the 17th day of June, 2009, I caused a copy of the foregoing **Motion of Xeta Technologies, Inc. Pursuant to Section 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff** (the "Motion") to be served on the parties listed below *via* First Class U.S. Mail and the Motion without Exhibit A attached to the parties listed on the attached service list via First Class U.S. Mail. Copies of Exhibit A are available upon request to counsel for Xeta Technologies, Inc.

*/s/ Daniel O'Brien*
Daniel A. O'Brien (No. 4897)

**VIA FIRST CLASS U.S. MAIL**

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Thomas F. Driscoll, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Nortel Networks, Inc.
221 Lakeside Boulevard
Richardson, TX 75082

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Peter James Duhig, Esquire
Mary Caloway, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Mark D. Collins, Esquire
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801