IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                                                         :     Chapter 11

Nortel Networks Inc., *et al.*,[1]                                  :     Case No. 09-10138 (KG)

                                Debtors.                 :     Jointly Administered

                                                                 :     **RE: D.I. 873**

------------------------------------------------------------X

**NOTICE OF FILING OF SIDE LETTER AGREEMENT
REGARDING THE INTERIM FUNDING AND SETTLEMENT AGREEMENT**

        1.        On June 9, 2009, Nortel Networks Inc. ("NNI")[2] and certain of its affiliates, as debtors and debtors in possession, (collectively, the "US Debtors") filed the *Motion Pursuant To 11 U.S.C. § 105(A), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And Settlement Agreement, And (B) Granting Related Relief* [D.I. 873] (the "Motion"). On June 11, this Court entered an *Order Pursuant to 11 U.S.C. Section 102(1) Shortening Notice of Debtors' Motion Pursuant to 11 U.S.C. § 105(a), §363, § 503 and Fed. R. Bankr. P. 9019 for an Order (A) Approving the Interim Funding and Settlement Agreement and (B) Granting Related Relief*, which ordered that the Motion will be considered at a hearing on June 29, 2009 [D.I. 892].

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2.     Through the Motion, the US Debtors request that the Court enter an order, in substantially the same form as attached to the Motion as Exhibit A, approving the Interim Funding and Settlement Agreement dated June 9, 2009 (the "Agreement"), a copy of which was attached to the Motion as Exhibit B, by and among the US Debtors, the Canadian Debtors, including Nortel Networks Limited ("NNL"), the EMEA Debtors, excluding Nortel Networks S.A. (collectively, the "Parties"), and, for purposes of Section 17 of the Agreement only, Ernst & Young LLP as administrator of the EMEA Debtors other than Nortel Networks (Ireland) Limited (the "UK Administrator") and Ernst & Young Chartered Accountants on behalf of Nortel Networks (Ireland) Limited ("NNIR") only (the "NNIR Administrator," and together with the UK Administrator, the "Joint Administrators").

3.     On June 15, 2009, the Parties supplemented the Agreement by entering into a side letter agreement (the "Side Letter Agreement"), a copy of which is attached hereto as **Exhibit A**.

4.     The Side Letter Agreement provides that the Joint Administrators will waive, under a certain circumstance, the provision in the Agreement that conditions the effectiveness of the Agreement on a direction from the High Court of Justice in London, England, if sought, that the Joint Administrators are at liberty to enter into the Agreement.[3] Section 13(a) of the Agreement contemplates that the Joint Administrators may waive this condition at their election.

---

[3] The summaries and descriptions of the terms and conditions of the Agreement and the Side Letter Agreement set forth herein are intended solely for informational purposes to provide the Court and parties in interest with an overview of significant terms thereof and should only be relied upon as such. The summaries and descriptions are qualified in their entirety by the terms of the Agreement and the Side Letter Agreement. In the event there is a conflict between this notice and the terms of the Agreement or the Side Letter Agreement, the terms of the Agreement and the Side Letter Agreement, as applicable, shall control in all respects.

| | |
|---|---|
| Dated: June 17, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

3