## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Side Letter Agreement Regarding The Interim Funding And Settlement Agreement** was caused to be made on June 17, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: June 17, 2009

Andrew R. Remming (No. 5120)

2952468.1