**EXHIBIT A**



# crowell moring
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000022 / General Counseling-Commercial

Proforma Generation Date: 06/11/09 14:44

Fees and Disbursements Through 01/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $22,433.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$22,433.50** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $0.00 |
| P.O. Box 280510 | | YTD Disb Billed | $0.00 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6702717 | 01/14/09 | Regan, J. | Extended conference call with Mr. LaSalle re bankruptcy ramifications. | 0.80 | $628.00 |
| 6734864 | 01/14/09 | Regan, J. | Review and exchange emails with Nortel counsel and corporate team. | 0.60 | $471.00 |
| 6735002 | 01/14/09 | Regan, J. | Discuss Government Contracts issues relevant to bankruptcy. | 0.50 | $392.50 |
| 6735021 | 01/14/09 | Regan, J. | Draft email to Mr. Davies. | 0.40 | $314.00 |
| 6734859 | 01/14/09 | Regan, J. | Confer with Mr. Stuart re impact on Velocity transaction. | 0.40 | $314.00 |
| 6565028 | 01/15/09 | Blumenthal, M. | Confer with Ms. Almy and Mr. Holbrook re retention issues and emails re same. | 0.50 | $367.50 |
| 6735050 | 01/15/09 | Regan, J. | Revise and edit matrix of pending Nortel matters. | 1.50 | $1,177.50 |
| 6735089 | 01/16/09 | Regan, J. | Confer with C&M and in-house counsel re Wanland | 0.80 | $628.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000022 / General Counseling-Commercial  

**Fees and Disbursements Through** 01/31/09  
**Last Date Billed (Through )**  
**Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | hearing. | | |
| 6643869 | 01/17/09 | Regan, J. | Confer with Mr. Blumenthal re bankruptcy issues and Velocity business. | 0.00 | $0.00 |
| 6735107 | 01/17/09 | Regan, J. | Confer with Mr. Blumenthal re bankruptcy issues and Velocity business. | 0.70 | $549.50 |
| 6643908 | 01/20/09 | Regan, J. | Conference call with Mr. Dearing re bankruptcy ramifications. | 0.50 | $392.50 |
| 6650327 | 01/21/09 | Regan, J. | Meet with Mr. Meade re on-going employment matters in light of bankruptcy. | 0.50 | $392.50 |
| 6650329 | 01/21/09 | Regan, J. | Confer with Mr. Dearing re bankruptcy and submission to trustee. | 0.50 | $392.50 |
| 6650658 | 01/23/09 | Regan, J. | Discuss bankruptcy filing. | 0.00 | $0.00 |
| 6735350 | 01/23/09 | Regan, J. | Extended conference call with Mr. LaSalle re on-going litigation and corporate matters. | 0.80 | $628.00 |
| 6735359 | 01/23/09 | Regan, J. | Confer with Mr. Stuart re Project Velocity. | 0.40 | $314.00 |
| 6735362 | 01/23/09 | Regan, J. | Draft emails to Delaware counsel. | 0.60 | $471.00 |
| 6735336 | 01/24/09 | Regan, J. | Review and respond to request from Nortel re monetizing IP assets for patentee in bankruptcy. | 0.80 | $628.00 |
| 6735340 | 01/24/09 | Regan, J. | Confer with Mr. Supko re IP issues. | 0.20 | $157.00 |
| 6735353 | 01/25/09 | Regan, J. | Draft email to Mr. Smith. | 0.20 | $157.00 |
| 6735355 | 01/25/09 | Regan, J. | Review information from Mr. Supko. | 0.30 | $235.50 |
| 6605146 | 01/26/09 | Blumenthal, M. | Meet with Messrs. Lichtenstein and Riddles to prepare for conference call. | 0.20 | $147.00 |
| 6791616 | 01/26/09 | Blumenthal, M. | Confer with Mr. Lichtenstein and Ms. Brenner re research re effect of automatic stay on counterclaims. | 0.30 | $220.50 |
| 6791619 | 01/26/09 | Blumenthal, M. | Participate on conference call with Nortel's litigation and IP Team, Messrs. Lichtenstein and Riddles re insolvency issues concerning patent licensing program and effect on infringement claims. | 1.00 | $735.00 |

# CROWELL & MORING
# BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan     **Fees and Disbursements Through** 01/31/09
**Client:** 105185 / Nortel Networks Corp     **Last Date Billed (Through)**
**Matter:** 105185.0000022 / General Counseling-Commercial     **Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6791630 | 01/26/09 | Blumenthal, M. | Review emails from Mr. Supko re insolvency issues concerning infringement actions. | 0.20 | $147.00 |
| 6606974 | 01/26/09 | O'Connor, William | Conference call with client re patent litigation interplay with bankruptcy laws. | 1.00 | $775.00 |
| 6651698 | 01/26/09 | Regan, J. | Conference call with Patent / Bankruptcy team. | 0.50 | $392.50 |
| 6651704 | 01/26/09 | Regan, J. | Meeting with various C&M matter responsible partners re bankruptcy guidelines. | 1.00 | $785.00 |
| 6651707 | 01/26/09 | Regan, J. | Exchange emails with Mr. LaSalle re litigation and corporate matters. | 0.50 | $392.50 |
| 6651709 | 01/26/09 | Regan, J. | Confer with Mr. Davies re on-going corporate matters, and follow-on emails. | 0.50 | $392.50 |
| 6652581 | 01/26/09 | Regan, J. | Confer with Mr. Dearing. | 0.50 | $392.50 |
| 6652584 | 01/26/09 | Regan, J. | Conference call with Nortel litigation and IP counsel re patent enforcement issues. | 1.00 | $785.00 |
| 6620557 | 01/26/09 | Riddles, A. | Telephone conference with personnel from Nortel re patent mining and assertion of patents by bankrupt entity. | 1.50 | $1,065.00 |
| 6605678 | 01/26/09 | Supko, M. | Confer with Mr. Dearing re possible assertion of patents during bankruptcy, legal research re same, coordinate conference call re same, and participate in call with Nortel legal re same along with Messrs. Blumenthal, Gess, Lichtenstein, O'Connor and Regan. | 2.20 | $1,496.00 |
| 6735400 | 01/27/09 | Regan, J. | Confer with Mr. Holbrook re Project Radical and review emails. | 0.80 | $628.00 |
| 6735407 | 01/27/09 | Regan, J. | Attend to urgent audit response. | 0.80 | $628.00 |
| 6618785 | 01/28/09 | Blumenthal, M. | Protocol and telephone call with Ms. Almy re Nortel's right to retain counsel. | 0.20 | $147.00 |
| 6791646 | 01/28/09 | Blumenthal, M. | Review first day orders. | 0.30 | $220.50 |
| 6735426 | 01/28/09 | Regan, J. | Confer with Mr. LaSalle re IP lawsuits and corporate transactions issues. | 0.80 | $628.00 |
| 6735438 | 01/28/09 | Regan, J. | Confer with Mr. Gourley re Chinese FCPA | 0.50 | $392.50 |

O

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000022 / General Counseling-Commercial  

Fees and Disbursements Through 01/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | investigation. | | |
| 6735448 | 01/28/09 | Regan, J. | Draft email to Mr. Davies re Project Velocity. | 0.50 | $392.50 |
| 6735454 | 01/28/09 | Regan, J. | Confer with Messrs. Holbrook and Stuart. | 0.50 | $392.50 |
| 6735473 | 01/28/09 | Regan, J. | Review reseller information from Nortel. | 0.80 | $628.00 |
| 6735480 | 01/28/09 | Regan, J. | Confer with Mr. Lipstein. | 0.50 | $392.50 |
| 6735534 | 01/29/09 | Regan, J. | Exchange emails with Mr. Davies re corporate transactions. | 0.30 | $235.50 |
| 6735496 | 01/29/09 | Regan, J. | Draft email to Mr. LaSalle. | 0.20 | $157.00 |
| 6735502 | 01/29/09 | Regan, J. | Review follow-on email from Mr. LaSalle. | 0.10 | $78.50 |
| 6735512 | 01/29/09 | Regan, J. | Confer with Mr. Parker re Project Redbolt. | 0.10 | $78.50 |
| 6735515 | 01/29/09 | Regan, J. | Confer with Mr. Holbrook. | 0.10 | $78.50 |
| 6735521 | 01/29/09 | Regan, J. | Confer with Messrs. Gourley and LaSalle re China FCPA matter. | 0.50 | $392.50 |
| 6735546 | 01/30/09 | Regan, J. | Extended conference call with Mr. LaSalle re FCPA matter. | 0.80 | $628.00 |
| | | | **Professional Services Total** | **29.20** | **$22,433.50** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 000302 | Partner | Regan, J. | $785.00 | 21.80 | $17,113.00 |
| 001474 | Partner | Supko, M. | $680.00 | 2.20 | $1,496.00 |
| 001801 | Partner | Riddles, A. | $710.00 | 1.50 | $1,065.00 |
| 001817 | Partner | O'Connor, William | $775.00 | 1.00 | $775.00 |
| 002218 | Partner | Blumenthal, M. | $735.00 | 2.70 | $1,984.50 |
| | | **Fees Value** | | **29.20** | **$22,433.50** |

- 4 -

O



## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000112 / W. Randolph Smith
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000025 / Antitrust Counseling

Proforma Generation Date: 06/12/09 15:31

Fees and Disbursements Through 01/31/09
Last Date Billed  (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $3,182.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$3,182.00** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

Address:   Nortel Accounts Payable Department
             P.O. Box 280510
             Nashville, TN 37728

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6720236 | 01/14/09 | Lipstein, R. | Review standard Nortel reseller agreement to prepare for conference call. | 0.60 | $516.00 |
| 6720248 | 01/14/09 | Lipstein, R. | Advice from Ms. Almy on impact of bankruptcy on Nortel ability to reject reseller agreements. | 0.20 | $172.00 |
| 6720250 | 01/14/09 | Lipstein, R. | Conference call with Messrs. Nielsen and Levin, with Ms. Almy (in part) to advise on antitrust and state law aspects of reseller restructuring. | 1.00 | $860.00 |
| 6720255 | 01/14/09 | Lipstein, R. | Prepare post-call summary email of advice and next steps. | 0.30 | $258.00 |
| 6720258 | 01/14/09 | Lipstein, R. | Review of email and files from Mr. Nielsen concerning non-renewed dealer and lawyer's letter from same. | 0.30 | $258.00 |

()

## CROWELL & MORING
## BILLABLE PROFORMA

**Billing Attorney:** 000112 / W. Randolph Smith  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000025 / Antitrust Counseling  

**Fees and Disbursements Through** 01/31/09  
**Last Date Billed (Through )**  
**Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6720261 | 01/14/09 | Lipstein, R. | Brief research on New York law issues. | 0.40 | $344.00 |
| 6720264 | 01/14/09 | Lipstein, R. | Prepare preliminary email response to Messrs. Nielsen and Levin. | 0.20 | $172.00 |
| 6564244 | 01/15/09 | Lipstein, R. | Conference call with Messrs. Nielsen and Levin to analyze further proposed reseller restructuring and associated legal issues to be addressed. | 0.70 | $602.00 |
| | | | **Professional Services Total** | **3.70** | **$3,182.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001388 | Partner | Lipstein, R. | $860.00 | 3.70 | $3,182.00 |
| | | | **Fees Value** | **3.70** | **$3,182.00** |

0



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 06/11/09 14:44

Fees and Disbursements Through 01/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $7,739.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 10.35 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$7,749.85** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $0.00 |
| P.O. Box 280510 | | YTD Disb Billed | $0.00 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6578388 | 01/14/09 | Dalai, S. | Research for and retrieve legal authorities cited to in plaintiff's motion for class certification and assemble the papers for review by attorneys. | 3.20 | $864.00 |
| 6787708 | 01/14/09 | Dalai, S. | Retrieve various class certification legal research materials and distribute the same to attorneys. | 1.90 | $513.00 |
| 6787713 | 01/14/09 | Dalai, S. | Retrieve and assemble case law and other legal authorities related to standards for class certification. | 0.70 | $189.00 |
| 6562433 | 01/14/09 | Hodges, H. | Review plaintiff's motion for class certification. | 1.20 | $630.00 |
| 6787009 | 01/14/09 | Hodges, H. | Participate in conference calls with Mr. Winkelman, Ms. Patterson, Mr. Plevin, Ms. | 0.80 | $420.00 |



## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 01/31/09  
Last Date Billed (Through )  
Proforma Joint Group #  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Tuffin and Mr. Greenbaum regarding January 15, 2009 status conference and nortel bankruptcy filing. | | |
| 6596503 | 01/14/09 | Winkelman, S. | Telephone conference with team in preparation for status conference to assess proper reporting of Nortel bankruptcy to Court and emails with Mr. Powers re same. | 0.70 | $507.50 |
| 6578395 | 01/15/09 | Dalai, S. | Continue to retrieve legal authorities cited to in plaintiff's motion for class certification; organize and assemble Nortel's petition for bankruptcy and related papers for distribution to the team. | 0.00 | $0.00 |
| 6787719 | 01/15/09 | Dalai, S. | Retrieve and assemble case law and other legal authorities related to standards for class certification. | 1.90 | $513.00 |
| 6787721 | 01/15/09 | Dalai, S. | Retrieve and assemble fact documents from production database for attorney review in connection with preparation of class certification opposition brief. | 1.70 | $459.00 |
| 6792161 | 01/15/09 | Dalai, S. | Retrieve and assemble case law and other legal authorities related to standards for class certification. | 1.90 | $513.00 |
| 6792172 | 01/15/09 | Dalai, S. | Retrieve and assemble fact documents from production database for attorney review in connection with preparation of class certification opposition brief. | 1.70 | $459.00 |
| 6570758 | 01/15/09 | Hodges, H. | Participate in status conference with Court. | 0.50 | $262.50 |
| 6735038 | 01/15/09 | Regan, J. | Meeting re filing in Wanland case. | 0.50 | $392.50 |
| 6735041 | 01/15/09 | Regan, J. | Confer with team to draft email submission to New Jersey Court. | 0.40 | $314.00 |
| 6596615 | 01/15/09 | Winkelman, S. | Review report on status conference with Court, re bankruptcy impact on proceedings, assess bankruptcy impact. | 0.50 | $362.50 |
| 6573189 | 01/16/09 | Medley, N. | Communicate with Ms. Hodges about drafting | 0.20 | $98.00 |



## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 01/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | response letter. | | |
| 6599331 | 01/21/09 | Medley, N. | Review background material for Nortel bankruptcy filing in preparation for drafting letter to submit to court in Wanland matter. | 0.70 | $343.00 |
| 6787649 | 01/21/09 | Medley, N. | Compose initial draft of letter. | 0.50 | $245.00 |
| 6787660 | 01/22/09 | Medley, N. | Look up filings in bankruptcy matter for inclusion in letter. | 0.40 | $196.00 |
| 6599416 | 01/22/09 | Medley, N. | Read and revise draft notice letter to court discussing the status of the Nortel bankruptcy and forward draft to Ms. Hodges for review. | 0.40 | $196.00 |
| 6621620 | 01/29/09 | Hodges, H. | Conference call with court regarding status of bankruptcy proceedings. | 0.50 | $262.50 |
| | | | **Professional Services Total** | **20.30** | **$7,739.50** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 000277 | Partner | Winkelman, S. | $725.00 | 1.20 | $870.00 |
| 000302 | Partner | Regan, J. | $785.00 | 0.90 | $706.50 |
| 001771 | Associate | Medley, N. | $490.00 | 2.20 | $1,078.00 |
| 002063 | Counsel | Hodges, H. | $525.00 | 3.00 | $1,575.00 |
| 004500 | Specialist | Dalai, S. | $270.00 | 13.00 | $3,510.00 |
| | | Fees Value | | **20.30** | **$7,739.50** |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4758215 | 01/15/09 | 328261 | 0006 | 858688 | 005758 | Express Delivery - - VENDOR: Federal Express Corporation | $10.35 |
| | | | | | | Total Disbursements | **$10.35** |



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000126 / Linex v. Nortel et al.

Proforma Generation Date: 06/11/09 14:44

Fees and Disbursements Through 01/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,992.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,992.00** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $0.00 |
| P.O. Box 280510 | | YTD Disb Billed | $0.00 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6622932 | 01/14/09 | Jacobs, M. | Telephone conference with Ms. Kelley re settlement of Texas case. | 0.20 | $116.00 |
| 6624256 | 01/28/09 | Jacobs, M. | Prepare case summary for Nortel (0.8); conference and e-mails with Mr. Supko re same (0.5); review case dockets in Florida and Texas cases re same (1.3); review USPTO re-examination records re same (1.5). | 3.00 | $1,740.00 |
| 6605631 | 01/28/09 | Supko, M. | Review and revise summary of case status requested by Nortel in connection with bankruptcy proceeding. | 0.20 | $136.00 |
| | | | Professional Services Total | **3.40** | **$1,992.00** |

O

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000126 / Linex v. Nortel et al.

Fees and Disbursements Through 01/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

### Professional Services Summary

| ID     | Title   | Timekeeper Name | Rate     | Hours | Value      |
|--------|---------|-----------------|----------|-------|------------|
| 001365 | Partner | Jacobs, M.      | $580.00  | 3.20  | $1,856.00  |
| 001474 | Partner | Supko, M.       | $680.00  | 0.20  | $136.00    |
|        |         |                 | Fees Value | 3.40 | $1,992.00 |

O



# crowell moring
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Proforma Generation Date: 06/11/09 14:44

Fees and Disbursements Through 01/31/09  
Last Date Billed (Through)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $2,479.95 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$2,479.95** | |

| | | |
|---|---|---|
| Unallocated Cash | | $0.00 |
| Trust Balance | | $0.00 |
| YTD Fees Billed | | $0.00 |
| YTD Disb Billed | | $0.00 |
| LTD Fees Billed | | $0.00 |
| LTD Disb Billed | | $0.00 |
| A/R Balance This Matter | | $0.00 |

Address: Nancy O'Neal  
US Compliance Advisor  
Nortel  
4655 Great America Parkway  
Santa Clara, CA 95054

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6571778 | 01/14/09 | Meade, K. | Conference with Ms. Springer re status of AAPs. | 0.30 | $136.35 |
| 6596951 | 01/14/09 | Springer, R. | Develop job groups for MEN AAP, draft summary of department information for AAPs and send to Ms. O'Neal and Ms. Bolon, and create revised Vets 100 reports. | 4.50 | $1,721.25 |
| 6570213 | 01/15/09 | Foster, J. | Continue drafting Legal Affirmative Action Plan. | 0.30 | $89.10 |
| 6596954 | 01/15/09 | Springer, R. | Continue to revise Vets 100 reports and continue to edit Finance AAP. | 0.80 | $306.00 |
| 6577620 | 01/20/09 | Meade, K. | Email exchange with Ms. O'Neal re status of request for data. | 0.20 | $90.90 |
| 6577621 | 01/21/09 | Meade, K. | Conference with Ms. Springer re response to inquiry from Ms. O'Neal and re status of AAPs. | 0.30 | $136.35 |



# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Fees and Disbursements Through 01/31/09  
Last Date Billed (Through)  
Proforma Joint Group #  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Professional Services Total | 6.40 | $2,479.95 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $454.50 | 0.80 | $363.60 |
| 001220 | Counsel | Springer, R. | $382.50 | 5.30 | $2,027.25 |
| 003496 | Associate | Foster, J. | $297.00 | 0.30 | $89.10 |
| | | | Fees Value | 6.40 | $2,479.95 |

O



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 06/11/09 14:45

Fees and Disbursements Through 01/31/09
Last Date Billed  (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $546.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$546.00** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $0.00 |
| P.O. Box 280510 | | YTD Disb Billed | $0.00 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6596959 | 01/21/09 | Springer, R. | Compile and audit data on applicants and selections for follow-up on areas with adverse impact for women or minorities. | 1.20 | $546.00 |
| | | | Professional Services Total | **1.20** | **$546.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 1.20 | $546.00 |
| | | | Fees Value | **1.20** | **$546.00** |

0



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000183 / Carrier OFCCP Audit

Proforma Generation Date: 06/11/09 14:45

Fees and Disbursements Through 01/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $318.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$318.50** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $0.00 |
| P.O. Box 280510 | | YTD Disb Billed | $0.00 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6596958 | 01/21/09 | Springer, R. | Compile data on terminations, applicants and selections for follow-up on areas with adverse impact for women or minorities. | 0.70 | $318.50 |
| | | | Professional Services Total | **0.70** | **$318.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 0.70 | $318.50 |
| | | | Fees Value | **0.70** | **$318.50** |

O



# crowell &amp; moring
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 06/11/09 14:45

Fees and Disbursements Through 01/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $13,750.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$13,750.50** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address:   Nortel Networks Corp

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6559972 | 01/14/09 | Bloomberg, N. | Review first-day pleadings in Nortel's bankruptcy case re status and retention of professionals. | 1.50 | $517.50 |
| 6735013 | 01/14/09 | Regan, J. | Confer with Messrs. Plevin and McCarthy. | 0.30 | $235.50 |
| 6735018 | 01/14/09 | Regan, J. | Review and edit Nortel matter attachment. | 0.80 | $628.00 |
| 6735044 | 01/15/09 | Regan, J. | Various conferences and emails re summary of pending Nortel matters. | 1.00 | $785.00 |
| 6735047 | 01/15/09 | Regan, J. | Confer with Ms. Almy and Mr. Cheney, C&M bankruptcy lawyers, re US issues. | 0.30 | $235.50 |
| 6735100 | 01/16/09 | Regan, J. | Confer with Mr. Stuart. | 0.40 | $314.00 |
| 6735095 | 01/16/09 | Regan, J. | Draft email to Mr. Dearing. | 0.30 | $235.50 |
| 6735097 | 01/16/09 | Regan, J. | Confer with Mr. LaSalle. | 0.50 | $392.50 |
| 6735119 | 01/17/09 | Regan, J. | Draft email with supporting matrix for | 0.80 | $628.00 |



# CROWELL & MORING
# BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Fees and Disbursements Through** 01/31/09  
**Last Date Billed (Through )**  
**Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | bankruptcy submission to all C&M matter responsible partners. | | |
| 6791696 | 01/17/09 | Regan, J. | Draft email with supporting matrix for bankruptcy submission to all C&M matter responsible partners. | 0.80 | $628.00 |
| 6593380 | 01/22/09 | Cheney, M | Teleconference with Mr. Driscoll re application for employment as special counsel. | 0.20 | $110.00 |
| 6593381 | 01/22/09 | Cheney, M | Draft email re billing guidelines for timekeepers. | 0.80 | $440.00 |
| 6593384 | 01/22/09 | Cheney, M | Conference with Ms. Almy re fee guidelines and conflicts check. | 0.20 | $110.00 |
| 6593385 | 01/22/09 | Cheney, M | Email conflicts department re conflicts check. | 0.30 | $165.00 |
| 6593387 | 01/22/09 | Cheney, M | Email Mr. Regan re billing guidelines for timekeepers. | 0.20 | $110.00 |
| 6735135 | 01/22/09 | Regan, J. | Confer with Mr. Dearing re Delaware bankruptcy counsel. | 0.30 | $235.50 |
| 6735137 | 01/22/09 | Regan, J. | Confer with Mr. Smith. | 0.30 | $235.50 |
| 6735152 | 01/22/09 | Regan, J. | Review and edit email from Mr. Meade re summaries of pending matters for bankruptcy court. | 0.80 | $628.00 |
| 6735162 | 01/22/09 | Regan, J. | Confer with Mr. Cheney to edit billing guidelines. | 0.70 | $549.50 |
| 6616166 | 01/26/09 | Cheney, M | Conference with J. Stuart and R. Holbrook re billing guidelines. | 0.20 | $110.00 |
| 6616168 | 01/26/09 | Cheney, M | Email R. Holbrook re billing guidelines. | 0.40 | $220.00 |
| 6616185 | 01/27/09 | Cheney, M | Review conflicts information for employment application | 0.70 | $385.00 |
| 6616186 | 01/27/09 | Cheney, M | Draft application for employment as special counsel | 1.90 | $1,045.00 |
| 6616201 | 01/28/09 | Cheney, M | Continue working on disclosure issues for employment application | 2.10 | $1,155.00 |
| 6616202 | 01/28/09 | Cheney, M | Conference with J. Stuart and R. Holbrook re | 0.40 | $220.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 01/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6616203 | 01/28/09 | Cheney, M | employment application<br>Conferences with M. Almy re issues concerning employment application | 0.50 | $275.00 |
| 6616204 | 01/28/09 | Cheney, M | Conference with J. Regan re issues concerning employment application | 0.40 | $220.00 |
| 6735528 | 01/29/09 | Regan, J. | Draft litigation and IP summaries for Nortel bankruptcy matters. | 1.00 | $785.00 |
| 6616221 | 01/30/09 | Cheney, M | Revise employment application | 0.40 | $220.00 |
| 6616218 | 01/30/09 | Cheney, M | Conference with M. Almy and J. Regan re disclosures for employment application | 0.90 | $495.00 |
| 6616219 | 01/30/09 | Cheney, M | Review materials for disclosures for employment application | 1.80 | $990.00 |
| 6616220 | 01/30/09 | Cheney, M | Conference with M. Almy re issues concerning employment application | 0.10 | $55.00 |
| 6735557 | 01/30/09 | Regan, J. | Meeting with Ms. Almy and Mr. Cheney re bankruptcy filings. | 0.50 | $392.50 |
|  |  |  | **Professional Services Total** | **21.80** | **$13,750.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 000302 | Partner | Regan, J. | $785.00 | 8.80 | $6,908.00 |
| 001835 | Counsel | Cheney, M | $550.00 | 11.50 | $6,325.00 |
| 002067 | Associate | Bloomberg, N. | $345.00 | 1.50 | $517.50 |
|  |  | **Fees Value** |  | **21.80** | **$13,750.50** |

0



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000191 / Source Code License and Escrow Agreement

Proforma Generation Date: 06/11/09 14:45

Fees and Disbursements Through 01/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Mar 6, 2009
Proforma Joint Group #

| | | |
|---|---:|---|
| Total Fees This Proforma | $260.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$260.00** | |

| | |
|---|---:|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

Address: William J. LaSalle, Esq.
General Counsel - Enterprise Solutions & Car
Nortel
4001 E. Chapel Hill Nelson Highway
Research Triangle Park, NC 27709-3010

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---:|---:|
| 6791349 | 01/30/09 | Hermann, K. | Telephone conference with Mr. LaSalle re source code escrow project. | 0.50 | $260.00 |
| | | | Professional Services Total | **0.50** | **$260.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001292 | Counsel | Hermann, K. | $520.00 | 0.50 | $260.00 |
| | | | Fees Value | **0.50** | **$260.00** |