**EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 14, 2009 Through January 31, 2009

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Express delivery | Federal Express | $10.35 |
| **Grand Total** | | **$10.35** |
| | | |

0

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 01/31/09
Last Date Billed  (Through )
Proforma Joint Group #

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $10.35 |
| | **Total Disbursements** | **$10.35** |

