**EXHIBIT A**

0



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000022 / General Counseling-Commercial

Proforma Generation Date: 06/11/09 15:09

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $3,705.50 | |
| Total Disbursements This Proforma | 48.92 | |
| **TOTAL THIS PROFORMA** | **$3,754.42** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6735572 | 02/02/09 | Regan, J. | Exchange emails with Messrs. Parker and Stuart. | 0.30 | $235.50 |
| 6735581 | 02/02/09 | Regan, J. | Review and edit Nortel audit response. | 0.50 | $392.50 |
| 6735575 | 02/02/09 | Regan, J. | Follow-on conference with Mr. Stuart re Velocity projects. | 0.20 | $157.00 |
| 6690019 | 02/03/09 | Martz, A. | Prepare letter to auditors of Nortel Networks Inc. per Mr. Dearing. | 1.00 | $330.00 |
| 6713122 | 02/03/09 | Regan, J. | Confer with Mr. Gourley re Chinese FCPA matter. | 0.40 | $314.00 |
| 6713125 | 02/03/09 | Regan, J. | Confer with Mr. Kostenko re Nortel corporate / secretariat matters in Europe. | 0.30 | $235.50 |
| 6735631 | 02/04/09 | Regan, J. | Confer with Mr. Stuart re Velocity business. | 0.40 | $314.00 |
| 6706649 | 02/22/09 | Regan, J. | Prepare Nortel bills for bankruptcy trustee. | 1.00 | $785.00 |

O

# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000022 / General Counseling-Commercial

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| 6706448 | 02/24/09 | Regan, J. | Confer with Mr. Cheney re possible testimony at bankruptcy hearing. | 0.20 | $157.00 |
| 6706459 | 02/24/09 | Regan, J. | Review materials for UK submission. | 0.10 | $78.50 |
| 6706468 | 02/24/09 | Regan, J. | Confer with Ms. Crow and Mr. Cheney re Ernst & Young letter. | 0.30 | $235.50 |
| 6706498 | 02/24/09 | Regan, J. | Exchange emails with Messrs. LaSalle and Davies. | 0.40 | $314.00 |
| 6735653 | 02/26/09 | Regan, J. | Review and edit FCPA email to Mr. LaSalle. | 0.20 | $157.00 |
| | | | Professional Services Total | 5.30 | $3,705.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 000302 | Partner | Regan, J. | $785.00 | 4.30 | $3,375.50 |
| 006114 | Other | Martz, A. | $330.00 | 1.00 | $330.00 |
| | | | Fees Value | 5.30 | $3,705.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|-------------------------|--------|
| 4790338 | 02/12/09 | 133666 | 0006 | 869201 | 000302 | Express Delivery - VENDOR: James J. Regan Fe charges on 1.22-23.09 | $48.92 |
| | | | | | | Total Disbursements | $48.92 |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0006 | Express Delivery | $48.92 |
| | Total Disbursements | $48.92 |

0



### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 06/11/09 15:09

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,021.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,021.50** | | |

Address:  Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6622027 | 02/02/09 | Hodges, H. | Telephone call with opposing counsel regarding insurance agreements. | 0.30 | $157.50 |
| 6787723 | 02/05/09 | Dalai, S. | Organize and update case files and recently filed pleadings. | 3.00 | $810.00 |
| 6661414 | 02/05/09 | Dalai, S. | Organize recently filed pleadings. | 0.20 | $54.00 |
| | | | Professional Services Total | 3.50 | $1,021.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002063 | Counsel | Hodges, H. | $525.00 | 0.30 | $157.50 |
| 004500 | Specialist | Dalai, S. | $270.00 | 3.20 | $864.00 |

()

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000121 / Wanland

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Proforma Joint Group #

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
|    |       | Fees Value      |      | 3.50  | $1,021.50 |



0



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000126 / Linex v. Nortel et al.

Proforma Generation Date: 06/11/09 15:09

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $2,814.00 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 36.97 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,850.97** | | | |

Address:   Nortel Accounts Payable
           P.O. Box 280510
           Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6704888 | 02/11/09 | Jacobs, M. | Confer with Mr. Supko re suggestion of bankruptcy and its effect on litigation. | 0.30 | $174.00 |
| 6643486 | 02/11/09 | Supko, M. | Telephone conference with Mr. Abbott re settlement of Texas actions and status of case against Nortel, including inquiry re filing of notice of bankruptcy, and consult with Mr. Jacobs re same. | 0.30 | $204.00 |
| 6704987 | 02/12/09 | Jacobs, M. | Telephone conference with and e-mail to Ms. Almy re suggestion of bankruptcy and voice mails to and from Ms. Kelley re same. | 0.60 | $348.00 |
| 6676522 | 02/18/09 | Cheney, M | Confer with Ms. Almy re suggestion of bankruptcy from in-house counsel. | 0.10 | $55.00 |
| 6676520 | 02/18/09 | Cheney, M | Call with Mr. Driscoll re suggestion of bankruptcy for Florida case. | 0.10 | $55.00 |

O

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000126 / Linex v. Nortel et al.

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6706368 | 02/18/09 | Jacobs, M. | Prepare suggestion of bankruptcy and send same to Ms. Kelley and e-mails with Messrs. Dearing and Supko, and Ms. Almy re same. | 2.70 | $1,566.00 |
| 6778726 | 02/18/09 | Jacobs, M. | E-mails with JDG re suggestion of bankruptcy and communications with mediator. | 0.30 | $174.00 |
| 6661573 | 02/18/09 | Supko, M. | Review draft notice to Court re bankruptcy filing and discuss same with Mr. Jacobs, and review correspondence with co-counsel re inquiry from mediator re case status. | 0.20 | $136.00 |
| 6706581 | 02/19/09 | Jacobs, M. | Report Order on stay of litigation to Mr. Dearing. | 0.10 | $58.00 |
| 6686628 | 02/26/09 | Harris, S. | Review docket and update electronic databases. | 0.20 | $44.00 |
| | | | **Professional Services Total** | **4.90** | **$2,814.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001365 | Partner | Jacobs, M. | $580.00 | 4.00 | $2,320.00 |
| 001474 | Partner | Supko, M. | $680.00 | 0.50 | $340.00 |
| 001835 | Counsel | Cheney, M | $550.00 | 0.20 | $110.00 |
| 006316 | Paralegal | Harris, S. | $220.00 | 0.20 | $44.00 |
| | | | **Fees Value** | **4.90** | **$2,814.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4786553 | 02/09/09 | 329089 | 0140 | 871564 | 001474 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $36.97 |
| | | | | | | **Total Disbursements** | **$36.97** |

- 2 -

0

### CROWELL & MORING
### BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000126 / Linex v. Nortel et al.

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Proforma Joint Group #

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0140 | Long Distance Telephone | $36.97 |
| | Total Disbursements | $36.97 |



0



## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000160 / AAP Preparation

Proforma Generation Date:  06/11/09 15:09

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $21,009.15 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$21,009.15** | | |

Address:   Nancy O'Neal
US Compliance Advisor
Nortel
4655 Great America Parkway
Santa Clara, CA  95054

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7000381 | 02/04/09 | Foster, J. | Revise HR FAAP to reflect comments of Ms. Springer. | 2.40 | $712.80 |
| 6635772 | 02/04/09 | Foster, J. | Complete draft of Legal FAAP. | 0.90 | $267.30 |
| 6815807 | 02/04/09 | Foster, J. | Conference with Ms. Springer re Human Resources FAAP. | 0.50 | $148.50 |
| 6815809 | 02/04/09 | Foster, J. | Begin Marketing FAAP analysis. | 1.10 | $326.70 |
| 6707530 | 02/04/09 | Springer, R. | Edit data for 2008 AAPs. | 1.00 | $382.50 |
| 6939239 | 02/04/09 | Springer, R. | Conference with Ms. Foster re AAPs for 2008. | 0.50 | $191.25 |
| 6815813 | 02/05/09 | Foster, J. | Analyze Marketing data and draft proposed weightings for affirmative action analysis. | 3.00 | $891.00 |
| 6636107 | 02/05/09 | Foster, J. | Call to discuss affirmative action plan process and outstanding issues. | 0.50 | $148.50 |
| 6636508 | 02/05/09 | Meade, K. | Telephone conference with AAP team re status of | 0.50 | $227.25 |



# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | AAPs, data for 2009 AAPs, and FAAP Agreement. | | |
| 6815821 | 02/05/09 | Springer, R. | Prepare for and participate in status conference call. | 0.50 | $191.25 |
| 6707538 | 02/05/09 | Springer, R. | Continue to draft and edit analyses and narrative for 2008 Finance AAP. | 2.40 | $918.00 |
| 6815830 | 02/06/09 | Springer, R. | Continue to draft analyses for 2008 AAPs. | 0.30 | $114.75 |
| 6707544 | 02/06/09 | Springer, R. | Review draft of 2008 HR AAP. | 1.20 | $459.00 |
| 6815829 | 02/06/09 | Springer, R. | Respond to questions from Ms. Foster regarding Marketing AAP. | 1.10 | $420.75 |
| 6815838 | 02/09/09 | Springer, R. | Continue to draft 2008 North American Sales AAP, including internal and external weightings. | 3.20 | $1,224.00 |
| 6656342 | 02/09/09 | Springer, R. | Edit and finalize several of the 2008 AAPs. | 1.30 | $497.25 |
| 6656349 | 02/10/09 | Springer, R. | Assign weightings for North American sales AAP. | 0.00 | $0.00 |
| 6815903 | 02/10/09 | Springer, R. | Review and edit weightings for Marketing AAP. | 1.20 | $459.00 |
| 6815943 | 02/10/09 | Springer, R. | Continue to draft AAP analyses. | 0.80 | $306.00 |
| 6656766 | 02/11/09 | Foster, J. | Finalize reports for Human Resources and Legal AAPs to include department names. | 1.50 | $445.50 |
| 6656817 | 02/12/09 | Foster, J. | Conference call re 2008 FAAPs and other issues related to OFCCP compliance. | 0.80 | $237.60 |
| 6651572 | 02/12/09 | Meade, K. | Conference with Ms. Springer re status of AAPs for 2008 and data for 2009. | 0.50 | $227.25 |
| 6815957 | 02/12/09 | Meade, K. | Participate in AAP team meeting. | 0.50 | $227.25 |
| 6656358 | 02/12/09 | Springer, R. | Finalize HR, Finance, Global Services and Legal AAPs and post all documents to extranet. | 2.50 | $956.25 |
| 6815966 | 02/12/09 | Springer, R. | Prepare for and participate in conference call to discuss 2008 AAP status, 2009 AAPs, FAAP agreement and veterans issues. | 0.50 | $191.25 |
| 6815974 | 02/13/09 | Foster, J. | Analyze census data and conduct availability analysis. | 4.10 | $1,217.70 |
| 6656926 | 02/13/09 | Foster, J. | Commence drafting of Marketing affirmative action plan. | 2.60 | $772.20 |



# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6815982 | 02/13/09 | Springer, R. | Finalize proposed weightings for 2008 North American Sales AAP and send to Ms. O'Neal. | 0.80 | $306.00 |
| 6815983 | 02/13/09 | Springer, R. | Research data discrepancies and draft adverse impact analysis for North American Sales AAP. | 1.20 | $459.00 |
| 6656360 | 02/13/09 | Springer, R. | Review revised Marketing internal and external weightings. | 2.70 | $1,032.75 |
| 6676888 | 02/17/09 | Springer, R. | Continue to format data to create metro ethernet networks 2008 AAP. | 1.00 | $382.50 |
| 6815986 | 02/19/09 | Foster, J. | Participate in call re compliance issues. | 0.90 | $267.30 |
| 6677455 | 02/19/09 | Foster, J. | Complete draft of marketing affirmative action plan. | 0.70 | $207.90 |
| 6674842 | 02/19/09 | Meade, K. | Preparation for and participate in telephone conference with AAP team re status of 2008 data for 2009 AAPs, re revisions to draft AAPs, re FAAP agreement and re knock out questions for candidates. | 0.70 | $318.15 |
| 6676898 | 02/19/09 | Springer, R. | Prepare for and participate in conference call to discuss status of AAPs and audits. | 0.30 | $114.75 |
| 6815989 | 02/19/09 | Springer, R. | Consider weightings for Metro Ethernet Networks AAP. | 0.80 | $306.00 |
| 6815991 | 02/19/09 | Springer, R. | Send data to Ms. Lightfoot regarding Sales Marketing JCI 4 applicants. | 0.90 | $344.25 |
| 6676904 | 02/20/09 | Springer, R. | Format data, conduct analyses and begin to draft 2008 Enterprise Solutions AAP. | 4.10 | $1,568.25 |
| 6706227 | 02/23/09 | Foster, J. | Conference with Ms. Springer re drafting of Global Operations affirmative action plan and revisions of already drafted plans based on comments from Nortel. | 0.40 | $118.80 |
| 6674885 | 02/23/09 | Meade, K. | Review of email from Ms. O'Neal re revisions to draft 2008 AAPs. | 0.00 | $0.00 |
| 6816000 | 02/23/09 | Meade, K. | Conference with Ms. Springer re revisions to 2008 AAPSs. | 0.30 | $136.35 |
| 6939241 | 02/23/09 | Meade, K. | Review of email from Ms. O'Neal re revisions to | 0.20 | $90.90 |



# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000160 / AAP Preparation

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | draft 2008 AAPs. | | |
| 6939248 | 02/23/09 | Meade, K. | Conference with Ms. Springer re same. | 0.00 | $0.00 |
| 6707556 | 02/23/09 | Springer, R. | Review e-mail from Ms. O'Neal and begin to investigate questions raised regarding completed 2008 AAPs. | 0.50 | $191.25 |
| 6707563 | 02/24/09 | Springer, R. | Continue to draft and edit weightings for Enterprise Solutions AAP. | 0.50 | $191.25 |
| 6707571 | 02/25/09 | Springer, R. | Review and edit Marketing AAP and post all documents for Marketing AAP to extranet. | 0.50 | $191.25 |
| 6816013 | 02/25/09 | Springer, R. | Review questions regarding completed AAP drafts and research answers to same. | 0.00 | $0.00 |
| 6939250 | 02/25/09 | Springer, R. | Review and edit Marketing AAP and post all documents for Marketing AAP to extranet. | 0.00 | $0.00 |
| 6939252 | 02/25/09 | Springer, R. | Review questions regarding completed AAP drafts and research answers to same. | 2.00 | $765.00 |
| 6706727 | 02/26/09 | Foster, J. | Review Nortel comments to draft plans. | 0.50 | $148.50 |
| 6816016 | 02/26/09 | Foster, J. | Prepare for and participate in conference call re 2008 affirmative action plans and 2009 data, among other issues. | 0.60 | $178.20 |
| 6939255 | 02/26/09 | Foster, J. | Participate in conference call re 2008 affirmative action plans and 2009 data, among other issues. | 0.00 | $0.00 |
| 6707577 | 02/26/09 | Springer, R. | Review comments from Ms. Doxey and Ms. O'Neal regarding 2008 AAPs and research answers to questions. | 0.80 | $306.00 |
| 6815728 | 02/26/09 | Springer, R. | Continue to draft weightings for Enterprise Solutions AAP and begin availability analysis. | 1.20 | $459.00 |
| 6815731 | 02/26/09 | Springer, R. | Draft e-mail detailing information needed for departments for remaining 2008 AAPs. | 1.20 | $459.00 |
| 6815734 | 02/26/09 | Springer, R. | Prepare for and participate in conference call to discuss AAPs and changes for upcoming plans. | 0.80 | $306.00 |
| | | | **Professional Services Total** | **59.00** | **$21,009.15** |

PROFORMA



## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Proforma Joint Group #

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001003 | Partner | Meade, K. | $454.50 | 2.70 | $1,227.15 |
| 001220 | Counsel | Springer, R. | $382.50 | 35.80 | $13,693.50 |
| 003496 | Associate | Foster, J. | $297.00 | 20.50 | $6,088.50 |
| | | | Fees Value | 59.00 | $21,009.15 |

0



## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000173 / North American Sales Audit

Proforma Generation Date:  06/11/09 15:09

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,771.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,771.00** | | |

Address:  Nortel Accounts Payable
P.O. Box 280510
Nashville, TN  37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6636509 | 02/05/09 | Meade, K. | Telephone conference with Mr. Fears of the OFCCP re request for applicant flow data for Sales & Marketing JCI 4 and re request for current utilization data for same. | 0.30 | $157.50 |
| 6815744 | 02/05/09 | Meade, K. | Conference with Ms. Springer re request from Mr. Fears and data to respond to same. | 0.30 | $157.50 |
| 6815747 | 02/05/09 | Meade, K. | Telephone conference with Mses. Doxey, O'Neal, and Springer re inquiry from Mr. Fears, re potential responses to same, and re status of FAAP Agreement demonstrating absence of NA Sales function. | 0.30 | $157.50 |
| 6707543 | 02/06/09 | Springer, R. | Conduct analysis of JCI 4 applicant data by requisition number in response to request from OFCCP and draft e-mail to Mr. Meade regarding | 1.70 | $773.50 |

- 1 -



## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000173 / North American Sales Audit

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | results of analysis and additional data issues. | | |
| 6651573 | 02/12/09 | Meade, K. | Conference with Ms. Springer re data to be submitted to the OFCCP for North American Sales, results of display by requisition and by job title within the single job group at issue. | 0.30 | $157.50 |
| 6815764 | 02/12/09 | Meade, K. | Telephone conference with Mses. Doxey, O'Neal, Bolon and Springer re results of analysis by requisition number and job title. | 0.70 | $367.50 |
| | | | **Professional Services Total** | **3.60** | **$1,771.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|------|---------|-----------------|---------|-------|----------|
| 001003 | Partner | Meade, K. | $525.00 | 1.90 | $997.50 |
| 001220 | Counsel | Springer, R. | $455.00 | 1.70 | $773.50 |
| | | | **Fees Value** | **3.60** | **$1,771.00** |

- 2 -

0



# BILLABLE PROFORMA

**Billing Attorney:  001003 / Kris D. Meade**
**Client:  105185 / Nortel Networks Corp**
**Matter:  105185.0000183 / Carrier OFCCP Audit**

**Proforma Generation Date:  06/11/09 15:09**

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $227.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$227.50** | | |

Address:  Nortel Accounts Payable
P.O. Box 280510
Nashville, TN  37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6707542 | 02/06/09 | Springer, R. | Finalize data regarding areas of adverse impact for further review and send to Ms. O'Neal. | 0.50 | $227.50 |
| | | | **Professional Services Total** | **0.50** | **$227.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 0.50 | $227.50 |
| | | | Fees Value | **0.50** | **$227.50** |

0



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 06/11/09 15:09

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $20,242.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$20,242.50** | | |

Address:   Nortel Networks Corp

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6633121 | 02/02/09 | Cheney, M | Draft disclosures for employment application | 3.00 | $1,650.00 |
| 6633141 | 02/03/09 | Cheney, M | Continue drafting disclosures for employment application | 3.90 | $2,145.00 |
| 6633143 | 02/03/09 | Cheney, M | Conference with J. Regan re employment application | 0.20 | $110.00 |
| 6713131 | 02/03/09 | Regan, J. | Meeting with Mr. Cheney re employment application. | 0.20 | $157.00 |
| 6713134 | 02/03/09 | Regan, J. | Amend bankruptcy disclosures. | 0.40 | $314.00 |
| 6713135 | 02/03/09 | Regan, J. | Edits to employment application. | 0.40 | $314.00 |
| 6633160 | 02/04/09 | Cheney, M | Continue drafting disclosures for employment application | 0.90 | $495.00 |
| 6735627 | 02/04/09 | Regan, J. | Review revised declaration for bankrutpcy court and confer with Mr. Cheney. | 0.80 | $628.00 |

- 1 -



# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| 6633197 | 02/05/09 | Cheney, M | Conference with J. Regan re employment application | 0.20 | $110.00 |
| 6633198 | 02/05/09 | Cheney, M | Revise employment application | 0.40 | $220.00 |
| 6706922 | 02/05/09 | Regan, J. | Conference call with Mr. Cheney. | 0.10 | $78.50 |
| 6706913 | 02/05/09 | Regan, J. | Finalize edits to declaration. | 0.90 | $706.50 |
| 6633213 | 02/06/09 | Cheney, M | Call with T. Driscoll re employment application | 0.20 | $110.00 |
| 6633212 | 02/06/09 | Cheney, M | Revise employment application | 2.10 | $1,155.00 |
| 6633215 | 02/06/09 | Cheney, M | Email T. Driscoll enclosing draft employment application | 0.10 | $55.00 |
| 6766390 | 02/09/09 | Regan, J. | Review and send Nortel Retention Letter to Mr. Cheney and discussion re same. | 0.60 | $471.00 |
| 6766392 | 02/09/09 | Regan, J. | Meet with Ms. Redman re continuing Nortel CAMs. | 0.40 | $314.00 |
| 6766399 | 02/09/09 | Regan, J. | Review email from Mr. Powers re post-petition invoicing. | 0.50 | $392.50 |
| 6766402 | 02/09/09 | Regan, J. | Draft email to team per instructions. | 0.50 | $392.50 |
| 6766404 | 02/09/09 | Regan, J. | Review response from Bankruptcy Counsel re forms and descriptions. | 0.20 | $157.00 |
| 6769261 | 02/10/09 | Regan, J. | Confer with Mr. Powers re non-OCP list. | 0.20 | $157.00 |
| 6651984 | 02/11/09 | Cheney, M | Conferences with M. Almy re employment application and additional conflicts check | 0.20 | $110.00 |
| 6651988 | 02/11/09 | Cheney, M | Review email from T. Driscoll re additional conflicts check | 0.10 | $55.00 |
| 6652002 | 02/11/09 | Cheney, M | Revise employment application and disclosures | 1.70 | $935.00 |
| 6652014 | 02/11/09 | Cheney, M | Email T. Driscoll enclosing revised employment application | 0.20 | $110.00 |
| 6652063 | 02/12/09 | Cheney, M | Teleconference with T. Driscoll re revisions to employment application | 0.10 | $55.00 |
| 6652065 | 02/12/09 | Cheney, M | Revise employment application and disclosures | 1.70 | $935.00 |
| 6652086 | 02/13/09 | Cheney, M | Finalize employment application | 0.10 | $55.00 |

O

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney:  001835 / Matthew Cheney
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 02/28/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| 6652089 | 02/13/09 | Cheney, M | Email T. Driscoll final employment application | 0.10 | $55.00 |
| 6652097 | 02/13/09 | Cheney, M | Review email from T. Driscoll confirming filing of employment application | 0.10 | $55.00 |
| 6769269 | 02/13/09 | Regan, J. | Confer with Mr. Cheney re conference with E&Y and Delaware filing | 0.50 | $392.50 |
| 6676525 | 02/18/09 | Cheney, M | Review email from N. Salvatore re additional name check and inquiry re debt/equity in debtors | 0.30 | $165.00 |
| 6676527 | 02/18/09 | Cheney, M | Conference with M. Almy re additional name check | 0.10 | $55.00 |
| 6676529 | 02/18/09 | Cheney, M | Email N. Redman re additional name check | 0.20 | $110.00 |
| 6676577 | 02/19/09 | Cheney, M | Review email from N. Salvatore re inquiry from committee. | 0.30 | $165.00 |
| 6676580 | 02/19/09 | Cheney, M | Investigate issues raised by inquiry from committee. | 1.40 | $770.00 |
| 6676583 | 02/19/09 | Cheney, M | Conference with J. Regan re status of employment application | 0.10 | $55.00 |
| 6676587 | 02/19/09 | Cheney, M | Review information re supplemental conflicts search | 0.40 | $220.00 |
| 6676630 | 02/20/09 | Cheney, M | Draft supplemental declaration in support of employment application. | 4.30 | $2,365.00 |
| 6676633 | 02/20/09 | Cheney, M | Continue investigating issues raised by inquiry from committee | 1.20 | $660.00 |
| 6676641 | 02/20/09 | Cheney, M | Draft email to N. Salvatore responding to inquiry from committee | 0.70 | $385.00 |
| 6703099 | 02/23/09 | Cheney, M | Draft supplemental declaration in support of employment application | 1.30 | $715.00 |
| 6703114 | 02/23/09 | Cheney, M | Email T. Driscoll re supplemental declaration | 0.20 | $110.00 |
| 6703217 | 02/24/09 | Cheney, M | Email N. Salvatore re status of employment application and inquiry from committee | 0.10 | $55.00 |
| 6703552 | 02/26/09 | Cheney, M | Conference with J. Regan re status of | 0.10 | $55.00 |

PROFORMA

0

## CROWELL & MORING
### BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| | | | employment application | | |
| 6703547 | 02/26/09 | Cheney, M | Teleconference with T. Driscoll re status of employment application | 0.10 | $55.00 |
| 6735643 | 02/26/09 | Regan, J. | Confer with Mr. Cheney re billing and timekeeping guidelines. | 0.30 | $235.50 |
| 6735648 | 02/26/09 | Regan, J. | Edit emails to time keepers and billing partners. | 0.50 | $392.50 |
| 6735662 | 02/27/09 | Regan, J. | Draft emails to billing partners and time keepers re January time, pre- and post-bankruptcy. | 0.60 | $471.00 |
| 6735668 | 02/27/09 | Regan, J. | Various conferences with Mr. Cheney re billing guidelines. | 0.40 | $314.00 |
| | | | Professional Services Total | 33.60 | $20,242.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|------|---------|-----------------|--------|-------|-----------|
| 000302 | Partner | Regan, J. | $785.00 | 7.50 | $5,887.50 |
| 001835 | Counsel | Cheney, M | $550.00 | 26.10 | $14,355.00 |
| | | | Fees Value | 33.60 | $20,242.50 |

O



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000191 / Source Code License and Escrow Agreement

Proforma Generation Date: 06/16/09 17:01

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Mar 6, 2009
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $7,732.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$7,732.50** | | |

Address:   William J. LaSalle, Esq.
General Counsel - Enterprise Solutions & Car
Nortel
4001 E. Chapel Hill Nelson Highway
Research Triangle Park, NC 27709-3010

YTD Fees Billed            $0.00
YTD Disb Billed            $0.00

LTD Fees Billed            $0.00
LTD Disb Billed            $0.00

A/R Balance This Matter    $0.00

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6791350 | 02/02/09 | Hermann, K. | Telephone conference with Ms. Fedder re Escrow Associates' draft escrow agreement. | 0.20 | $104.00 |
| 6791351 | 02/02/09 | Hermann, K. | Further telephone conference with Mr. Lasalle re source code license agreement. | 0.30 | $156.00 |
| 6791352 | 02/02/09 | Hermann, K. | Initial preparation of source code license agreement. | 1.90 | $988.00 |
| 6791353 | 02/03/09 | Hermann, K. | Further preparation of source code license agreement. | 4.00 | $2,080.00 |
| 6638376 | 02/03/09 | Stewart, J. | Review draft Escrow Agreement and email re suggested changes and corrections. | 0.70 | $556.50 |
| 6791354 | 02/05/09 | Hermann, K. | Further e-mail communication with Mr. LaSalle re source code escrow agreement. | 0.30 | $156.00 |
| 6791355 | 02/06/09 | Hermann, K. | Telephone conference with Mr. Lasalle re further revisions to source code license | 0.40 | $208.00 |

O

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000191 / Source Code License and Escrow Agreement

Fees and Disbursements Through 02/28/09
Last Date Billed (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | agreement. | | |
| 6791356 | 02/06/09 | Hermann, K. | Further revisions to source code license agreement per conference with Mr. Lasalle. | 1.20 | $624.00 |
| 6791357 | 02/11/09 | Hermann, K. | Further revisions to draft Source Code License Agreement. | 2.00 | $1,040.00 |
| 6791359 | 02/12/09 | Hermann, K. | Further review of and revisions to source code escrow agreement per telephone conference with Mr. Lasalle. | 3.00 | $1,560.00 |
| 6791358 | 02/12/09 | Hermann, K. | Further telephone conferences with Mr. Lasalle re draft source code escrow agreement. | 0.50 | $260.00 |
| | | | **Professional Services Total** | **14.50** | **$7,732.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|------|-------|-----------------|------|-------|-------|
| 000070 | Partner | Stewart, J. | $795.00 | 0.70 | $556.50 |
| 001292 | Counsel | Hermann, K. | $520.00 | 13.80 | $7,176.00 |
| | | | **Fees Value** | **14.50** | **$7,732.50** |