**EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1 through February 28, 2998

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Express delivery | Federal Express | $48.92 |
| Long Distance Telephone | Premiere Global Services, Inc. | $36.97 |
| **TOTAL** | | **$85.89** |