**EXHIBIT A**

0


## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000022 / General Counseling-Commercial  

Proforma Generation Date: 06/12/09 15:30

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through )  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $8,808.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$8,808.50** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address:  Nortel Accounts Payable  
P.O. Box 280510  
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6752743 | 03/05/09 | Regan, J. | Confer with Mr. LaSalle. | 0.20 | $157.00 |
| 6752746 | 03/05/09 | Regan, J. | Review license for End Users and Agreement. | 1.10 | $863.50 |
| 6752759 | 03/05/09 | Regan, J. | Confer with Ms. Hermann re licenses. | 0.20 | $157.00 |
| 6752768 | 03/05/09 | Regan, J. | Confer with Messrs. LaSalle and Smith re EC inquiry. | 0.50 | $392.50 |
| 6752879 | 03/06/09 | Regan, J. | Extended conference call with Mr. Davies. | 0.60 | $471.00 |
| 6754623 | 03/09/09 | Regan, J. | Confer with Mr. Davies re New York meeting. | 0.50 | $392.50 |
| 6754625 | 03/09/09 | Regan, J. | Meet with Mr. Stuart re Project Radical. | 0.50 | $392.50 |
| 6739006 | 03/10/09 | Regan, J. | Exchange emails with Messrs. LaSalle and Davies re upcoming meeting. | 0.50 | $392.50 |
| 6754957 | 03/12/09 | Regan, J. | Confer with Mr. Supko re conference call with Mr. Dearing. | 0.30 | $235.50 |
| 6755900 | 03/13/09 | Regan, J. | Meet with Mr. LaSalle to discuss corporate and | 1.50 | $1,177.50 |

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000022 / General Counseling-Commercial  

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | litigation matters relating to Enterprise business. | | |
| 6755953 | 03/15/09 | Regan, J. | Confer with Mr. Smith re Enterprise issues and meeting with Mr. LaSalle. | 0.50 | $392.50 |
| 6828456 | 03/17/09 | Regan, J. | Confer with Ms. Bailey re Nortel UK work. | 0.20 | $157.00 |
| 6794187 | 03/25/09 | Cheney, M | Research re potential scope of PBGC lien. | 0.80 | $440.00 |
| 6794186 | 03/25/09 | Cheney, M | Conferences with Mr. Stuart re NGS and PBGC lien. | 0.20 | $110.00 |
| 6809454 | 03/25/09 | Gourley, A. | Telephone conference with Mr. Stuart re impact of bankruptcy on NGS security clearance. | 0.30 | $217.50 |
| 6809455 | 03/25/09 | Gourley, A. | Research and review prior advice to Nortel, review Nortel email re security clearance issues and review and forward NGS Proxy Agreement to Cleary lawyers. | 1.00 | $725.00 |
| 6809456 | 03/25/09 | Gourley, A. | Telephone conference with Cleary lawyers and Mr. Stuart re NGS bankruptcy and security clearance issues. | 1.00 | $725.00 |
| 6922503 | 03/25/09 | Regan, J. | Confer with Mr. Stuart re Proxy Agreement and Government Contracts issues, and confer with Cleary and Mr. Fishman. | 1.00 | $785.00 |
| 6809480 | 03/27/09 | Gourley, A. | Communication with Cleary bankruptcy lawyers re classified facility. | 0.10 | $72.50 |
| 6793791 | 03/27/09 | Stuart, III, J. | Telephone conference with Ms. Schweitzer re government contracting issues applicable to possible NGS bankruptcy filing. | 0.20 | $159.00 |
| 6793799 | 03/27/09 | Stuart, III, J. | Email to Mr. Gourley re government contracting issues affecting possible NGS bankruptcy. | 0.10 | $79.50 |
| 6829166 | 03/31/09 | Regan, J. | Exchange emails with Messrs. Stuart and Holbrook re Project Velocity closing and review email from Mr. DeAlmeida re same. | 0.40 | $314.00 |
| | | | **Professional Services Total** | **11.70** | **$8,808.50** |

O

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000022 / General Counseling-Commercial

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 000116 | Partner | Gourley, A. | $725.00 | 2.40 | $1,740.00 |
| 000302 | Partner | Regan, J. | $785.00 | 8.00 | $6,280.00 |
| 001332 | Partner | Stuart, III, J. | $795.00 | 0.30 | $238.50 |
| 001835 | Counsel | Cheney, M. | $550.00 | 1.00 | $550.00 |
| | | Fees Value | | 11.70 | $8,808.50 |

0



## BILLABLE PROFORMA

Billing Attorney: 000112 / W. Randolph Smith  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000025 / Antitrust Counseling  

Proforma Generation Date: 06/11/09 14:48

Fees and Disbursements Through 03/31/09  
Last Date Billed  (Through )  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group #

| | |
|---|---|
| Total Fees This Proforma | $172.00 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$172.00** |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address: Nortel Accounts Payable Department  
P.O. Box 280510  
Nashville, TN  37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6766781 | 03/19/09 | Lipstein, R. | Telephone call with Mr. Nielsen on post-petition process for termination of resellers. | 0.10 | $86.00 |
| 6766779 | 03/20/09 | Lipstein, R. | Advice to Mr. Nielsen on termination of resellers. | 0.10 | $86.00 |
| | | | Professional Services Total | **0.20** | **$172.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001388 | Partner | Lipstein, R. | $860.00 | 0.20 | $172.00 |
| | | | Fees Value | **0.20** | **$172.00** |

()

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 03/31/09
Last Date Billed (Through )
Proforma Joint Group #

()

## crowell moring
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 06/11/09 14:48

Fees and Disbursements Through 03/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $405.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$405.00** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $0.00 |
| P.O. Box 280510 | | YTD Disb Billed | $0.00 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6768360 | 03/13/09 | Dalai, S. | Organize and store electronic copies of relevant bankruptcy court filings and formal papers. | 1.50 | $405.00 |
| | | | Professional Services Total | **1.50** | **$405.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|

-2-

O

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 004500 | Specialist | Dalai, S. | $270.00 | 1.50 | $405.00 |
| | | | Fees Value | **1.50** | **$405.00** |

PROFORMA

0


## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Proforma Generation Date: 06/11/09 14:48

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through )  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $14,783.40 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$14,783.40** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

Address: Nancy O'Neal  
US Compliance Advisor  
Nortel  
4655 Great America Parkway  
Santa Clara, CA 95054

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6740793 | 03/02/09 | Springer, R. | Continue to draft and edit Enterprise Solutions AAP and Metro Ethernet Networks AAP. | 2.50 | $956.25 |
| 6737835 | 03/05/09 | Foster, J. | Begin analysis of data. | 0.40 | $118.80 |
| 6939260 | 03/05/09 | Foster, J. | Identify data issues for Global Operations 2008 affirmative action plan. | 0.40 | $118.80 |
| 6939261 | 03/05/09 | Foster, J. | Participate in weekly call re compliance issues with Nortel. | 0.40 | $118.80 |
| 6740668 | 03/05/09 | Meade, K. | Preparation for and participate in telephone conference with AAP team re status of 2008 AAPs and 2009 data. | 0.40 | $181.80 |
| 6939263 | 03/05/09 | Springer, R. | Prepare for and participate in conference call. | 0.20 | $76.50 |
| 6740797 | 03/05/09 | Springer, R. | Finalize Enterprise Solutions AAP and post to extranet. | 0.40 | $153.00 |



## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6757921 | 03/09/09 | Foster, J. | Continue analysis to draft affirmative action plan for Global Operations. | 0.30 | $89.10 |
| 6753091 | 03/09/09 | Springer, R. | Conduct all analyses for and draft and edit 2008 Corporate AAP. | 4.30 | $1,644.75 |
| 6757990 | 03/10/09 | Foster, J. | Begin to draft suggested weightings for internal and external movements to job groups for utilization analysis for Global Operations. | 2.90 | $861.30 |
| 6782266 | 03/10/09 | Springer, R. | Review, edit and input internal and external weightings for North American Sales AAP and obtain prior year information for all feeder job groups for North American Sales availability analysis. | 2.90 | $1,109.25 |
| 6757999 | 03/11/09 | Foster, J. | Complete suggested weightings for Global Operations' twenty-six job group utilization analysis | 2.00 | $594.00 |
| 6753092 | 03/11/09 | Springer, R. | Continue to draft and edit North American Sales AAP. | 1.50 | $573.75 |
| 6758046 | 03/12/09 | Foster, J. | Begin to draft adverse impact analysis of Global Operations affirmative action plan. | 3.50 | $1,039.50 |
| 6753069 | 03/12/09 | Meade, K. | Telephone conference with AAP team re status of data for 2009 AAPs, status of 2008 AAPs, FAAP agreement, and related issues. | 0.60 | $272.70 |
| 6753096 | 03/12/09 | Springer, R. | Prepare for and participate in conference call to discuss AAPs and data issues. | 0.60 | $229.50 |
| 6939265 | 03/12/09 | Springer, R. | Edit Enterprise Solutions workforce analysis and post to extranet. | 1.10 | $420.75 |
| 6782270 | 03/16/09 | Springer, R. | Continue to draft and edit analyses and narrative for 2008 AAPs. | 4.50 | $1,721.25 |
| 6782124 | 03/18/09 | Foster, J. | Conference with Ms. Springer re expanding adverse impact analysis template to accommodate all Global Operations job groups. | 0.10 | $29.70 |
| 6782273 | 03/18/09 | Springer, R. | Finalize NA Sales AAP and post to extranet. | 0.30 | $114.75 |

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 03/31/09
Last Date Billed (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6939344 | 03/18/09 | Springer, R. | Identify individuals from Finance, Legal and HR AAPs to review in preparation for 2009 AAPs and draft e-mail detailing same. | 0.90 | $344.25 |
| 6939347 | 03/19/09 | Foster, J. | Conference with Ms. Springer re adverse impact template as applied to Global Operations plan. | 0.20 | $59.40 |
| 6782145 | 03/19/09 | Foster, J. | Telephone conference with Nortel re compliance issues and status. | 0.40 | $118.80 |
| 6777208 | 03/19/09 | Meade, K. | Preparation for and participate in telephone conference with AAP team re 2008 and 2009 AAPs. | 0.40 | $181.80 |
| 6939367 | 03/19/09 | Springer, R. | Respond to follow-up e-mail regarding current projects. | 0.80 | $306.00 |
| 6782276 | 03/19/09 | Springer, R. | Prepare for and participate in conference call to discuss status of projects. | 0.40 | $153.00 |
| 6782283 | 03/20/09 | Foster, J. | Continue drafting of Global Operations affirmative action plan and updating of adverse impact analysis. | 1.50 | $445.50 |
| 6812643 | 03/23/09 | Springer, R. | Edit Metro Ethernet AAP. | 0.50 | $191.25 |
| 6805654 | 03/25/09 | Meade, K. | Attention to email from Ms. O'Neal re status of data and conference call to discuss same. | 0.10 | $45.45 |
| 6939373 | 03/25/09 | Meade, K. | Conference with Ms. Springer re status of data. | 0.10 | $45.45 |
| 6812655 | 03/30/09 | Springer, R. | Download 2009 AAP data files from extranet and begin to review same. | 1.80 | $688.50 |
| 6939382 | 03/31/09 | Foster, J. | Conference with Ms. Springer re creation of new job groups and other steps necessary for plan completion. | 0.50 | $148.50 |
| 6814970 | 03/31/09 | Foster, J. | Conference with Ms. Springer and Mr. Meade re status of 2008 plans. | 0.50 | $148.50 |
| 6939381 | 03/31/09 | Foster, J. | Review 2009 data with Ms. Springer and identify issues. | 0.50 | $148.50 |
| 6939386 | 03/31/09 | Meade, K. | Email exchanges with Mses. Springer and Foster re 2009 data, structure of 2009 AAPs, and extent to which we will be able to capture activity data and feeder groups for the twenty | 0.50 | $227.25 |



## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | planned AAPs. | | |
| 6809546 | 03/31/09 | Meade, K. | Conference with Mses. Foster and Springer re status of 2008 AAPs, first review of 2009 data, issues to raise in weekly call re 2009 AAPs, and next steps. | 0.50 | $227.25 |
| 6812659 | 03/31/09 | Springer, R. | Download and format 2009 AAP data. | 1.00 | $382.50 |
| 6939389 | 03/31/09 | Springer, R. | Review 2009 AAP data with Ms. Foster and identify data discrepancies to be addressed. | 1.00 | $382.50 |
| 6939390 | 03/31/09 | Springer, R. | Draft e-mail re data discrepancies. | 0.30 | $114.75 |
| | | | **Professional Services Total** | **41.20** | **$14,783.40** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $454.50 | 2.60 | $1,181.70 |
| 001220 | Counsel | Springer, R. | $382.50 | 25.00 | $9,562.50 |
| 003496 | Associate | Foster, J. | $297.00 | 13.60 | $4,039.20 |
| | | **Fees Value** | | **41.20** | **$14,783.40** |

0


## BILLABLE PROFORMA

**Billing Attorney:** 001003 / Kris D. Meade
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000173 / North American Sales Audit

**Proforma Generation Date:** 06/11/09 14:49

**Fees and Disbursements Through** 03/31/09
**Last Date Billed (Through)**
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #**

| | | |
|---|---|---|
| Total Fees This Proforma | $2,744.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$2,744.00** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

**Address:** Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6753070 | 03/12/09 | Meade, K. | Begin preparation of draft letter to Mr. Fears re Sales and Marketing JCI 4 applicants and hires. | 0.60 | $315.00 |
| 7041977 | 03/12/09 | Meade, K. | Revise and transmit draft letter to Mses. O'Neal, Doxey, Bolon and Springer. hires and applicants for Sales and Marketing JCI 4 positions. | 0.20 | $105.00 |
| 7041982 | 03/12/09 | Meade, K. | Telephone conference with Mses. O'Neal, Doxey, Bolon and Springer re revising draft letter to OFCCP to reflect absence of 2009 FAAP for North American Sales. | 0.10 | $52.50 |
| 7041990 | 03/12/09 | Meade, K. | Conference with Ms. Springer re results of adverse impact analysis relating to hires and applicants for Sales and Marketing JCI 4 | 0.20 | $105.00 |

- 1 -

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000173 / North American Sales Audit

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | positions. | | |
| 6753095 | 03/12/09 | Springer, R. | Review and comment on letter to Mr. Fears re JCI 4 applicants and selections. | 0.50 | $227.50 |
| 7042001 | 03/12/09 | Springer, R. | Create chart to accompany letter to OFCCP. | 0.30 | $136.50 |
| 7041995 | 03/12/09 | Springer, R. | Review and edit numbers in letter and adverse impact results. | 0.50 | $227.50 |
| 6777195 | 03/16/09 | Meade, K. | Revise draft excel chart to be provided to the OFCCP and forward same and revised letter to Mses. Doxey, O'Neal and Bolon for final review. | 1.20 | $630.00 |
| 6787188 | 03/17/09 | Meade, K. | Finalize draft letter and spreadsheet to Mr. Fears of the OFCCP re sales and marketing applicants and hires and transmit same to Mr. Fears. | 1.00 | $525.00 |
| 7042014 | 03/17/09 | Meade, K. | Review of email from Ms. Doxey re successor liability in connection with OFCCP audit; consideration of same. | 0.30 | $157.50 |
| 6805643 | 03/24/09 | Meade, K. | Begin preparation of email to Ms. Doxey re preliminary results of legal research re successor liability in connection with OFCCP audit and re additional information needed to provide guidance. | 0.30 | $157.50 |
| 7042023 | 03/24/09 | Meade, K. | Further legal research re successor liability issue. | 0.20 | $105.00 |
| | | | **Professional Services Total** | **5.40** | **$2,744.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 4.10 | $2,152.50 |
| 001220 | Counsel | Springer, R. | $455.00 | 1.30 | $591.50 |
| | | | **Fees Value** | **5.40** | **$2,744.00** |

0



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000183 / Carrier OFCCP Audit

Proforma Generation Date: 06/11/09 14:49

Fees and Disbursements Through 03/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $105.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$105.00** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6805663 | 03/26/09 | Meade, K. | Attention to email from Ms. O'Neal re contact from Ms. Butts of the OFCCP re incumbency data for promotions analysis and respond to same with information re placement of that data within the AAP. | 0.20 | $105.00 |
| | | | Professional Services Total | **0.20** | **$105.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 0.20 | $105.00 |
| | | | Fees Value | **0.20** | **$105.00** |

0

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 03/31/09
Last Date Billed (Through )
Proforma Joint Group #

0

## crowell moring
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 06/11/09 14:49

Fees and Disbursements Through 03/31/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $5,631.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| TOTAL THIS PROFORMA | $5,631.00 | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6737350 | 03/02/09 | Cheney, M | Email with T. Driscoll re status of CNO for employment application | 0.30 | $165.00 |
| 6737374 | 03/03/09 | Cheney, M | Review CNO for employment application | 0.20 | $110.00 |
| 6737378 | 03/03/09 | Cheney, M | Email T. Driscoll re CNO and hearing on employment application | 0.20 | $110.00 |
| 6737380 | 03/03/09 | Cheney, M | Conference with J. Regan re hearing on employment application | 0.10 | $55.00 |
| 6737385 | 03/03/09 | Cheney, M | Email H. Hodges re CNO for employment | 0.20 | $110.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | application | | |
| 6737389 | 03/03/09 | Cheney, M | Review bills re employment application | 0.30 | $165.00 |
| 6922157 | 03/03/09 | Regan, J. | Exchange emails with Mr. Cheney re certificate of no objection. | 0.30 | $235.50 |
| 6752773 | 03/05/09 | Regan, J. | Review Court order authorizing Crowell & Moring to be heard and confer with Mr. Cheney re same. | 0.40 | $314.00 |
| 6737556 | 03/06/09 | Cheney, M | Review email from N. Salvatore re order authorizing employment | 0.20 | $110.00 |
| 6737560 | 03/06/09 | Cheney, M | Draft email to J. Regan re order authorizing employment | 0.20 | $110.00 |
| 6737561 | 03/06/09 | Cheney, M | Call with A. Cordo re fee application process | 0.40 | $220.00 |
| 6752885 | 03/07/09 | Regan, J. | Exchange emails with Messrs. Stuart and Cheney re fee statements. | 0.50 | $392.50 |
| 6751635 | 03/09/09 | Cheney, M | Conference with M. Almy and R. Holbrook re status of employment and supplemental disclosures. | 0.30 | $165.00 |
| 6751637 | 03/09/09 | Cheney, M | Calls with T. Driscoll and N. Salvatore re supplemental disclosures. | 0.70 | $385.00 |
| 6754631 | 03/09/09 | Regan, J. | Confer with Mr. Davies re bankruptcy issues. | 0.50 | $392.50 |
| 6754706 | 03/09/09 | Regan, J. | Meet with Mr. Lipstein and Ms. Almy re new distribution matter. | 0.40 | $314.00 |
| 6756082 | 03/16/09 | Regan, J. | Attention to billing inquiries and draft email to all practice groups re same. | 0.50 | $392.50 |
| 6777373 | 03/18/09 | Cheney, M | Conference with Ms. Cieplak re fees and billing | 0.10 | $55.00 |
| 6777375 | 03/18/09 | Cheney, M | Review inquiry from M. Fleming re payment history | 0.10 | $55.00 |
| 6777376 | 03/18/09 | Cheney, M | Investigate inquiry re payment history | 0.60 | $330.00 |
| 6777416 | 03/19/09 | Cheney, M | Respond to inquiry from M. Fleming re payment history | 0.30 | $165.00 |
| 6770179 | 03/19/09 | Regan, J. | Confer with Ms. Fleming (Cleary) and exchange | 0.40 | $314.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 03/31/09  
Last Date Billed (Through )  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | of emails with Mr. Cheney re bankruptcy questions. | | |
| 6922487 | 03/24/09 | Regan, J. | Update email to Crowell Nortel time keepers relating to US Bankruptcy request processes. | 0.40 | $314.00 |
| 7040845 | 03/24/09 | Regan, J. | Confer with Mr. Cheney re billing. | 0.20 | $157.00 |
| 6794249 | 03/26/09 | Cheney, M | Conference with S. Sherman re assistance with fee applications. | 0.10 | $55.00 |
| 6814402 | 03/30/09 | Cheney, M | Review email from Ms. Salvatore re updated conflicts list | 0.30 | $165.00 |
| 6814431 | 03/31/09 | Cheney, M | Review results from updated conflicts search | 0.40 | $220.00 |
| 6814430 | 03/31/09 | Cheney, M | Conference with Ms. Shepard re fee applications | 0.10 | $55.00 |
| | | | Professional Services Total | **8.70** | **$5,631.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 000302 | Partner | Regan, J. | $785.00 | 3.60 | $2,826.00 |
| 001835 | Counsel | Cheney, M | $550.00 | 5.10 | $2,805.00 |
| | | Fees Value | | **8.70** | **$5,631.00** |

-4-