**EXHIBIT A**

O



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000022 / General Counseling-Commercial

Proforma Generation Date: 06/11/09 14:51

Fees and Disbursements Through 04/30/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,041.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,041.00** | | |

Address:  Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6829262 | 04/02/09 | Regan, J. | Extended conference with Mr. Holbrook re Project Velocity. | 0.50 | $392.50 |
| 6895514 | 04/15/09 | Regan, J. | Confer with Mr. Holbrook. | 0.20 | $157.00 |
| 6879366 | 04/16/09 | Regan, J. | Confer with Mr. LaSalle re Anti-Trust investigation, corporate matters. | 0.60 | $471.00 |
| 6897307 | 04/25/09 | Regan, J. | Confer with Mr. Smith and review EU position paper. | 0.80 | $628.00 |
| 6930081 | 04/29/09 | Regan, J. | Attention to Project Radical and email Mr. LaSalle. | 0.50 | $392.50 |
| | | | **Professional Services Total** | **2.60** | **$2,041.00** |

0

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000022 / General Counseling-Commercial

Fees and Disbursements Through 04/30/09
Last Date Billed  (Through )
Proforma Joint Group #

## Professional Services Summary



| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 000302 | Partner | Regan, J. | $785.00 | 2.60 | $2,041.00 |
| | | | Fees Value | 2.60 | $2,041.00 |

0



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 06/11/09 14:51

Fees and Disbursements Through 04/30/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $4,450.95 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$4,450.95** | | |

Address:  Nancy O'Neal
US Compliance Advisor
Nortel
4655 Great America Parkway
Santa Clara, CA 95054

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6831084 | 04/01/09 | Foster, J. | Prepare for and participate in conference call re affirmative action issues. | 1.40 | $415.80 |
| 6814137 | 04/01/09 | Meade, K. | Preparation for and participate in telephone conference with AAP team re same, re 2008 AAPs, and re next steps. | 1.00 | $454.50 |
| 6920301 | 04/01/09 | Springer, R. | Prepare for and participate in conference call to discuss status of AAPs and audits. | 1.00 | $382.50 |
| 6831139 | 04/02/09 | Foster, J. | Conference with Ms. Pham re 2008 workforce data questions. | 0.10 | $29.70 |
| 6822463 | 04/02/09 | Meade, K. | Email exchange with Ms. Pham re revised data for 2009 AAPs. | 0.30 | $136.35 |
| 6858951 | 04/08/09 | Foster, J. | Briefly review and post 2009 first quarter's Applicants data on extranet. | 0.20 | $59.40 |



# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000160 / AAP Preparation

Fees and Disbursements Through 04/30/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6843737 | 04/09/09 | Meade, K. | Participate in AAP team meeting re updates of FAAP and data for 2009 AAPs. | 0.30 | $136.35 |
| 6904288 | 04/20/09 | Foster, J. | Review revised data for 2009 affirmative action plans and identify areas where data is inconsistent, incomplete, or unclear. | 4.20 | $1,247.40 |
| 6904719 | 04/21/09 | Foster, J. | Prepare for and participate in conference with Ms. Pham re data issues identified in data for 2009 affirmative action plans requiring resolution. | 0.40 | $118.80 |
| 6904793 | 04/22/09 | Foster, J. | Participate in conference call re 2009 data and pending compliance issues. | 0.20 | $59.40 |
| 6896296 | 04/22/09 | Meade, K. | Telephone conference with AAP team re status of 2009 data and outstanding issues identified by Ms. Foster. | 0.20 | $90.90 |
| 6905324 | 04/23/09 | Foster, J. | Review outstanding issues with Ms. Springer re data's omission of job titles and other data issues. | 0.40 | $118.80 |
| 6905479 | 04/24/09 | Foster, J. | Along with Ms. Springer, work with Ms. Pham to determine impact of deletion of applicants from 2008 data. | 0.20 | $59.40 |
| 6939395 | 04/24/09 | Foster, J. | Continue review of Ms. Pham's list of data issues. | 0.20 | $59.40 |
| 6920282 | 04/24/09 | Springer, R. | Review and respond to e-mails regarding questions on 2009 AAP data. | 0.50 | $191.25 |
| 6939397 | 04/28/09 | Foster, J. | Conduct analysis of adverse impact in hires for job groups in the IT establishment. | 3.00 | $891.00 |
| | | | **Professional Services Total** | **13.60** | **$4,450.95** |

O

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000160 / AAP Preparation

Fees and Disbursements Through 04/30/09
Last Date Billed  (Through )
Proforma Joint Group #

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001003 | Partner | Meade, K. | $454.50 | 1.80 | $818.10 |
| 001220 | Counsel | Springer, R. | $382.50 | 1.50 | $573.75 |
| 003496 | Associate | Foster, J. | $297.00 | 10.30 | $3,059.10 |
| | | | Fees Value | 13.60 | $4,450.95 |

0



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Proforma Generation Date: 06/11/09 14:51

Fees and Disbursements Through 04/30/09
Last Date Billed  (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,940.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,940.00** | | |

Address:  Nortel Accounts Payable
P.O. Box 280510
Nashville, TN  37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6814138 | 04/01/09 | Meade, K. | Voicemail exchange with Mr. Fears re audit issues and conference with AAP team re same. | 0.20 | $105.00 |
| 6837662 | 04/07/09 | Meade, K. | Telephone conference with Mr. Fears of the OFCCP re applicant and hire data for the Sales & Marketing JCI 4 job group, including discrepancy between the applicant and hire counts in the AAP and same in recent submission. | 0.80 | $420.00 |
| 6837671 | 04/08/09 | Meade, K. | Review file re applicant and hire count, including prior correspondence with the OFCCP re same. | 0.50 | $262.50 |
| 6837672 | 04/08/09 | Meade, K. | Email exchange with Springer re prior correspondence with the OFCCP. | 0.30 | $157.50 |
| 6843728 | 04/09/09 | Meade, K. | Telephone conference with Ms. Springer re | 0.40 | $210.00 |

PROFORMA



# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000173 / North American Sales Audit

Fees and Disbursements Through 04/30/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | request from Mr. Fears relating to counts of applicants and new hires for Sales & Marketing JCI 4 and re background to different figures and conveying same. | | |
| 6843729 | 04/09/09 | Meade, K. | Telephone conference with audit team re request from Mr. Fears and proposed response to same. | 0.20 | $105.00 |
| 6884553 | 04/16/09 | Meade, K. | Review of data files re applicants and requisitions for Sales & Marketing 4 job group and begin preparation of email to audit team re same, re primary messages to compliance officer re same, and re next steps. | 1.20 | $630.00 |
| 6896277 | 04/21/09 | Meade, K. | Prepare for and participate in telephone conference with Mr. Fears of the OFCCP re applicant and hire data for the Sales & Marketing JCI 4 job group, including discrepancy between the applicant and hire counts in the AAP and same in recent submission and re request for data by requisition number. | 0.40 | $210.00 |
| 6896278 | 04/21/09 | Meade, K. | Email to AAP team re results of telephone conference with Mr. Fears. | 0.10 | $52.50 |
| 6896295 | 04/22/09 | Meade, K. | Telephone conference with audit team re telephone conference with Mr. Fears of the OFCCP requesting data by requisition number and potential responses to same. | 0.20 | $105.00 |
| 6899934 | 04/27/09 | Meade, K. | Telephone conference with Ms. Aukstikalnis re method whereby the OFCCP may analyze selections for requisitions where a single selection is made for each. | 0.40 | $210.00 |
| 7042555 | 04/27/09 | Meade, K. | Telephone conference with Mr. Fears re analysis used by OFCCP and re request for conference call with statistician to learn more about the OFCCP's methodology for reviewing selections by requisition number. | 0.30 | $157.50 |
| 7042558 | 04/27/09 | Meade, K. | Begin preparation of chart of applicants and | 0.50 | $262.50 |

PROFORMA

O

## CROWELL & MORING
### BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter:  105185.0000173 / North American Sales Audit

Fees and Disbursements Through 04/30/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | selections by requisition number for potential submission to the OFCCP. | | |
| 7042560 | 04/27/09 | Meade, K. | Transmit draft letter to the audit team with explanatory email. | 0.10 | $52.50 |
| | | | **Professional Services Total** | **5.60** | **$2,940.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 5.60 | $2,940.00 |
| | | | **Fees Value** | **5.60** | **$2,940.00** |

PROFORMA

0



BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 04/30/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

Proforma Generation Date: 06/11/09 14:51

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,840.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,840.00** | | |

Address:   Nortel Accounts Payable
           P.O. Box 280510
           Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6939393 | 04/22/09 | Foster, J. | Overview and review of tipping analysis of IT establishment. | 1.70 | $603.50 |
| 6939392 | 04/22/09 | Foster, J. | Complete analyses of adverse impact of job groups identified by the OFCCP against various incumbencies, analysis of the adverse impact of hires of combined years of data in job group in IT. | 2.30 | $816.50 |
| 6896292 | 04/22/09 | Meade, K. | Review and consideration of letter from OFCCP re request for applicant information and compensation information. | 0.30 | $157.50 |
| 6896293 | 04/22/09 | Meade, K. | Email exchange with Ms. Foster re compiling data to assess options for responding to same. | 0.20 | $105.00 |
| 6896294 | 04/22/09 | Meade, K. | Preparation for and participate in telephone conference with audit team re OFCCP letter and | 0.30 | $157.50 |

O

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 04/30/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
|       |      |                 | potential responses to same.        |       |               |
|       |      |                 | Professional Services Total          | 4.80  | $1,840.00     |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|------|-----------|-------------|---------|-------|------------|
| 001003 | Partner | Meade, K. | $525.00 | 0.80 | $420.00 |
| 003496 | Associate | Foster, J. | $355.00 | 4.00 | $1,420.00 |
|  |  |  | Fees Value | 4.80 | $1,840.00 |

- 2 -

0



### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000183 / Carrier OFCCP Audit

Proforma Generation Date: 06/11/09 14:51

Fees and Disbursements Through 04/30/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,553.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.60 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,554.10** | | |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6822474 | 04/03/09 | Meade, K. | Review of email from Ms. O'Neal re inquiry from Ms. Butts re involuntary terminations and consideration of response to same. | 0.30 | $157.50 |
| 7042313 | 04/03/09 | Meade, K. | Prepare detailed email to Ms. O'Neal re Butts letter and email exchange with Ms. Doxey re same and re whether terminations were all RIF decisions. | 0.20 | $105.00 |
| 6859432 | 04/14/09 | Foster, J. | Conference with Mr. Meade re job title analysis of adverse impact in terminations within certain job groups for Carrier Network affirmative action plan. | 0.20 | $71.00 |
| 6868854 | 04/14/09 | Meade, K. | Conference with Ms. Foster re analysis of terminations for job group at issue by job title and re data for same. | 0.30 | $157.50 |

- 1 -

0

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000183 / Carrier OFCCP Audit

Fees and Disbursements Through 04/30/09
Last Date Billed (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6884960 | 04/16/09 | Foster, J. | Analyze adverse impact of terminations by job title within job groups already identified as having adverse impact in terminations and confer with Mr. Meade re same. | 2.40 | $852.00 |
| 6884554 | 04/16/09 | Meade, K. | Review and revise results of terminations analysis and forward same to audit team. | 0.60 | $315.00 |
| 6896288 | 04/22/09 | Meade, K. | Review and consideration of letter from OFCCP re request for terminations data. | 0.30 | $157.50 |
| 6896289 | 04/22/09 | Meade, K. | Review of termination data submitted thus far and email exchange with Ms. Foster re analyzing same. | 0.30 | $157.50 |
| 6896290 | 04/22/09 | Meade, K. | Telephone conference with audit team re OFCCP letter re terminations data and options for responding to same. | 0.30 | $157.50 |
| 6896291 | 04/22/09 | Meade, K. | Review email from Ms. Foster enclosing results of terminations analysis for entire time period. | 0.20 | $105.00 |
| 6896308 | 04/23/09 | Meade, K. | Telephone conference with Ms. Foster re next steps in responding to the OFCCP and re data received re same. | 0.20 | $105.00 |
| 6923706 | 04/28/09 | Foster, J. | Conference with Mr. Meade re necessary analyses of adverse impact within job groups under audit. | 0.60 | $213.00 |
| | | | **Professional Services Total** | **5.90** | **$2,553.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 2.70 | $1,417.50 |
| 003496 | Associate | Foster, J. | $355.00 | 3.20 | $1,136.00 |
| | | | **Fees Value** | **5.90** | **$2,553.50** |

- 2 -

0



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 06/11/09 14:51

Fees and Disbursements Through 04/30/09
Last Date Billed (Through )
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $6,718.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$6,718.50** | | |
| Address:   Nortel Networks Corp | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6830467 | 04/01/09 | Cheney, M | Draft second supplemental disclosure | 0.60 | $330.00 |
| 6829259 | 04/02/09 | Regan, J. | Exchange emails with Mr. Cheney re attorney fee submissions. | 0.30 | $235.50 |
| 6830502 | 04/03/09 | Cheney, M | Finalize second supplemental disclosure | 0.30 | $165.00 |
| 6856352 | 04/10/09 | Cheney, M | Conference with Mr. Meade re billing for AAP matter | 0.20 | $110.00 |
| 6856354 | 04/10/09 | Cheney, M | Revise supplemental disclosures | 0.40 | $220.00 |
| 6856357 | 04/10/09 | Cheney, M | Conference with Mr. Regan re supplemental disclosures | 0.10 | $55.00 |
| 6883513 | 04/14/09 | Cheney, M | Teleconference with Ms. Doxey, Ms. O'Neal and Mr. Meade re internal approval of AAP billing | 0.20 | $110.00 |
| 6883519 | 04/14/09 | Cheney, M | Email to/from Mr. Meade re AAP billing | 0.20 | $110.00 |
| 6862357 | 04/14/09 | Cieplak, J. | Review and revise proformas. | 1.30 | $591.50 |

PROFORMA

- 1 -

0

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 04/30/09
Last Date Billed  (Through )
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| 6883529 | 04/15/09 | Cheney, M | Conference with Mr. Holbrook and Ms. Cieplak re billing issues | 0.20 | $110.00 |
| 6863787 | 04/15/09 | Cieplak, J. | Conference with Mseers. Holbrook and Cheney re submission of bills. | 0.50 | $227.50 |
| 6903818 | 04/20/09 | Cheney, M | Begin working on monthly fee statements for January and February | 1.90 | $1,045.00 |
| 6903846 | 04/21/09 | Cheney, M | Conference with Ms. Shepard re preparing fee statements | 0.40 | $220.00 |
| 6903844 | 04/21/09 | Cheney, M | Continue working on monthly fee statements for January and February | 0.30 | $165.00 |
| 6908444 | 04/21/09 | Shepard, J. | Meeting with Mr. Cheney to discuss and review processes needed to comply with Bankruptcy filing on Nortel matters. | 0.40 | $108.00 |
| 6908721 | 04/28/09 | Shepard, J. | Prepare monthly statements for Mr. Cheney. | 5.00 | $1,350.00 |
| 6908797 | 04/29/09 | Shepard, J. | Review January monthly statement and make some edits and revisions (3.2). Start on the February monthly statement (0.8). | 4.00 | $1,080.00 |
| 6913948 | 04/30/09 | Shepard, J. | Complete computations and edits in form letter for February 2009 and forward the document to Mr. Cheney. | 1.80 | $486.00 |
| | | | **Professional Services Total** | **18.10** | **$6,718.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|------|-------|-----------------|------|-------|-------|
| 000302 | Partner | Regan, J. | $785.00 | 0.30 | $235.50 |
| 001835 | Counsel | Cheney, M | $550.00 | 4.80 | $2,640.00 |
| 002061 | Associate | Cieplak, J. | $455.00 | 1.80 | $819.00 |
| 006382 | Practice Supp | Shepard, J. | $270.00 | 11.20 | $3,024.00 |
| | | | **Fees Value** | **18.10** | **$6,718.50** |