**EXHIBIT B**

# EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2009 Through April 30, 2009

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Duplicating | In-House (6 pages) | $0.60 |

0

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000183 / Carrier OFCCP Audit  

Fees and Disbursements Through 04/30/09  
Last Date Billed (Through )  
Proforma Joint Group #  

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4890317 | 04/20/09 | | 0022 | 915079 | 001220 | Inhouse Duplicating | $0.60 |
| | | | | | | Total Disbursements | $0.60 |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $0.60 |
| | Total Disbursements | $0.60 |

- 3 -