# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS INC., ET AL
CASE NO.: 09-10138 - KG
DATE: THURS., JUNE 11, 2009 2:00 P.M.
COURTROOM LOCATION: 3

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ron Gellert | Eckert Seamans | Phoenix Telecom Solutions |
| Lisa Kraidin | Allen & Overy | E&Y as Monitor |
| James Drew | Curtis Mallet-Prevost Colt & Mosle LLP | Flextronics |
| Mary Calloway | Buchanan Ingersoll | E&Y, as Monitor |
| David Botter | Akin Gump | Committee |
| Ryan Jacobs | (?) | Committee |
| Chris Samis | Richards Layton | Committee |
| Annie Cordo | Morris Nichols | Debtors |
| James Bromley | Cleary Gottlieb | Debtors |

# Court Conference

**Calendar Date:** 06/11/2009
**Calendar Time:** 02:00 PM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Re-sent Calendar 06/10/2009 09:55 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2832141 | Anneliese H. Pak | (212) 841-5740 | Ropes & Gray LLP | Interested Party, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2818995 | Steven J. Reisman | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2861580 | Jennifer Stam | (416) 216-2327 | Ogilvy Renault, LLP. | Interested Party, Nortel Networks Corporation / LIVE |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2876441 | David Ball | (212) 508-6133 | Bracewell & Giuliani - New York | Debtor, The Foreign Representative of the Foreign Debtor / LISTEN ONLY |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2876448 | Thomas Kokalas | (212) 508-6126 | Bracewell & Giuliani - New York | Debtor, The Foreign Representative of the Foreign Debtor / LISTEN ONLY |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2876438 | Katherine Lindsay | (860) 249-7252 | Bracewell & Giuliani - Conneticut | Debtor, The Foreign Representative of the Foreign Debtor / LISTEN ONLY |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2876753 | John Whiteoak | (860) 256-8605 | Bracewell & Giuliani - Conneticut | Interested Party, Foreign Representative to Foreign Debtor / LISTEN ONLY |