# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2009 Through May 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $ 25.00 |
| Photos/Art/ Spec Duplicating | | 17,124.68 |
| Travel | | 86.60 |
| Meals | | 117.39 |
| Courier/Delivery Service | | 3,123.83 |
| Computer Research | Westlaw | 2,581.69 |
| Duplicating | In Office | 496.40 |
| Facsimile | | 1,273.00 |
| Postage | | 16.17 |
| Computer Research | Lexis | 195.72 |
| **Grand Total Expenses** | | **$25,040.48** |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA 228568     AS OF 05/31/09     INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 718976 | 05/07/09 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTR OF DELAWARE' PRO HAC - KATHERINE WEAVER OF CLEARY GOTTLIE | 503 | 904 | 160997 |
| 716382 | 05/01/09 | B | 498.12 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160897 |
| 716385 | 05/01/09 | B | 1,727.90 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160900 |
| 717957 | 05/04/09 | B | 641.35 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 160934 |
| 717958 | 05/04/09 | B | 181.80 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS | 510 | 597 | 160935 |
| 719527 | 05/05/09 | B | 440.97 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 161025 |
| 722415 | 05/08/09 | B | 506.46 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 161193 |
| 722414 | 05/08/09 | B | 320.86 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 161192 |
| 722416 | 05/11/09 | B | 1,135.31 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 161194 |
| 724481 | 05/14/09 | B | 3,473.99 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 161271 |
| 724482 | 05/14/09 | B | 295.43 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 161272 |
| 724483 | 05/14/09 | B | 2,262.13 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 161273 |
| 724480 | 05/18/09 | B | 1,113.15 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 161270 |
| 726466 | 05/19/09 | B | 307.65 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 161384 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA   228568        AS OF 05/31/09         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 726479 | 05/21/09 | B | 427.36 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 161410 |
| 726480 | 05/22/09 | B | 358.45 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 161411 |
| 726481 | 05/22/09 | B | 1,670.95 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 161412 |
| 729441 | 05/28/09 | B | 611.30 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' MAILOUTS-ENVELOPES, MAILOUTS-HAND DELIVERIES BANKRUPTCY MAILOUTS | 510 & | 597 | 161591 |
| 729455 | 05/29/09 | B | 361.40 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' MAILOUTS-ENVELOPES, MAILOUTS-HAND DELIVERIES BANKRUPTCY MAILOUTS | 510 & | 597 | 161606 |
| 729449 | 05/29/09 | B | 790.10 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' MAILOUTS-ENVELOPES, MAILOUTS-HAND DELIVERIES BANKRUPTCY MAILOUTS | 510 & | 662 | 161600 |
| 729256 | 05/20/09 | B | 86.60 | Travel - ROADRUNNER EXPRESS INC.` PASSENGER: JAMES BROOMLEY; PU: MNAT/ DROP: P PA - 05/20/09 | 511 L, | 322 | 161558 |
| 719536 | 05/07/09 | B | 68.75 | Meals - URBAN CAFE, LLC` LUNCH FOR 5 PER C. HARE - 05/07/09 | 512 | 626 | 161034 |
| 719539 | 05/07/09 | B | 18.75 | Meals - URBAN CAFE, LLC` LUNCH FOR 5 PER C. HARE - 05/07/09 | 512 | 626 | 161038 |
| 725196 | 05/19/09 | B | 10.15 | Meals - CURTIS MILLER` WORKING MEAL FROM SEASONS PIZZA FOR C. MILLE A. REMMING, AND A. CORDO - 05/19/09 | 512 , | 826 | 161328 |
| 733715 | 05/20/09 | B | 10.24 | Meals PETTY CASH` A. CORDO AND A. REMMING WORKING MEAL - 05/20 | 512 09 | 961 | 161809 |
| 729822 | 05/27/09 | B | 9.50 | Meals PETTY CASH` A. REMMING WORKING MEAL - 05/27/09 | 512 | 961 | 161658 |
| 718327 | 05/04/09 | B | 16.20 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718328 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718329 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718330 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718331 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 721635 | 05/04/09 | B | 24.19 | Courier/Delivery Service | 514 | 904 | 161149 |
| 719015 | 05/04/09 | B | 24.19 | Courier/Delivery Service | 514 | 597 | 161016 |
| 719016 | 05/04/09 | B | 24.19 | Courier/Delivery Service | 514 | 597 | 161016 |
| 719018 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 597 | 161016 |
| 718326 | 05/04/09 | B | 24.19 | Courier/Delivery Service | 514 | 000 | 160967 |
| 719014 | 05/04/09 | B | 24.19 | Courier/Delivery Service | 514 | 000 | 161016 |
| 719017 | 05/04/09 | B | 17.32 | Courier/Delivery Service | 514 | 000 | 161016 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA   228568            AS OF 05/31/09            INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 719576 | 05/04/09 | B | 33.41 | Courier/Delivery Service | 514 | 597 | 161058 |
| 723063 | 05/04/09 | B | 49.05 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 161230 |
| 719038 | 05/04/09 | B | 23.43 | Courier/Delivery Service | 514 | 904 | 161017 |
| 718494 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718495 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718496 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718497 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718498 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718499 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718488 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718489 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718490 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718491 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718492 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718493 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718482 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718483 | 05/04/09 | B | 14.82 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718484 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718485 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718486 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718487 | 05/04/09 | B | 23.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718476 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718477 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718478 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718479 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718480 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718481 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718470 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718471 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718472 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718473 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718474 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718475 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718464 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718465 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718466 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718467 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718468 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA   228568         AS OF 05/31/09         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 718469 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718458 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718459 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718460 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718461 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718462 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718463 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718452 | 05/04/09 | B | 14.82 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718453 | 05/04/09 | B | 14.82 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718454 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718455 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718456 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718457 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718446 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718447 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718448 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718449 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718450 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718451 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718440 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718441 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718442 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718443 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718444 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718445 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718434 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718435 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718436 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718437 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718438 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718439 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718428 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718429 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718430 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718431 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718432 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718433 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718422 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |

```
Nortel Networks, Inc.                          PRO FORMA  228568        AS OF 05/31/09                          INVOICE# ******
63989-DIP
DATE: 06/18/09 16:04:05

INDEX   DATE      STAT  AMOUNT  DESCRIPTION               CODE  TKPER  VOUCHER
718423  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718424  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718425  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718426  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718427  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718416  05/04/09  B     11.08   Courier/Delivery Service  514   904    160967
718417  05/04/09  B     15.31   Courier/Delivery Service  514   904    160967
718418  05/04/09  B     15.31   Courier/Delivery Service  514   904    160967
718419  05/04/09  B     15.31   Courier/Delivery Service  514   904    160967
718420  05/04/09  B     15.31   Courier/Delivery Service  514   904    160967
718421  05/04/09  B     14.82   Courier/Delivery Service  514   904    160967
718410  05/04/09  B     14.82   Courier/Delivery Service  514   904    160967
718411  05/04/09  B     13.80   Courier/Delivery Service  514   904    160967
718412  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718413  05/04/09  B     13.43   Courier/Delivery Service  514   904    160967
718414  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718415  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718404  05/04/09  B     19.37   Courier/Delivery Service  514   904    160967
718405  05/04/09  B     11.08   Courier/Delivery Service  514   904    160967
718406  05/04/09  B     11.08   Courier/Delivery Service  514   904    160967
718407  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718408  05/04/09  B     13.43   Courier/Delivery Service  514   904    160967
718409  05/04/09  B     12.73   Courier/Delivery Service  514   904    160967
718398  05/04/09  B     13.80   Courier/Delivery Service  514   904    160967
718399  05/04/09  B     13.43   Courier/Delivery Service  514   904    160967
718400  05/04/09  B     23.80   Courier/Delivery Service  514   904    160967
718401  05/04/09  B     15.31   Courier/Delivery Service  514   904    160967
718402  05/04/09  B     15.31   Courier/Delivery Service  514   904    160967
718403  05/04/09  B     23.80   Courier/Delivery Service  514   904    160967
718392  05/04/09  B     12.73   Courier/Delivery Service  514   904    160967
718393  05/04/09  B     13.80   Courier/Delivery Service  514   904    160967
718394  05/04/09  B     13.43   Courier/Delivery Service  514   904    160967
718395  05/04/09  B     23.80   Courier/Delivery Service  514   904    160967
718396  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
718397  05/04/09  B     13.80   Courier/Delivery Service  514   904    160967
718386  05/04/09  B     12.73   Courier/Delivery Service  514   904    160967
718387  05/04/09  B     15.31   Courier/Delivery Service  514   904    160967
718388  05/04/09  B      9.37   Courier/Delivery Service  514   904    160967
```

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA 228568          AS OF 05/31/09          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 718389 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718390 | 05/04/09 | B | 14.82 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718391 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718380 | 05/04/09 | B | 13.48 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718381 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718382 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718383 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718384 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718385 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718374 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718375 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718376 | 05/04/09 | B | 14.82 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718377 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718378 | 05/04/09 | B | 23.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718379 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718368 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718369 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718370 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718371 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718372 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718373 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718362 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718363 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718364 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718365 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718366 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718367 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718356 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718357 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718358 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718359 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718360 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718361 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718350 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718351 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718352 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718353 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718354 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA   228568           AS OF 05/31/09                                      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 718355 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718344 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718345 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718346 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718347 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718348 | 05/04/09 | B | 14.82 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718349 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718338 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718339 | 05/04/09 | B | 15.40 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718340 | 05/04/09 | B | 15.40 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718341 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718342 | 05/04/09 | B | 14.82 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718343 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718332 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718333 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718334 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718335 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718336 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718337 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 160967 |
| 719600 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 161060 |
| 719601 | 05/04/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 161060 |
| 721631 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 161149 |
| 721632 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 161149 |
| 721633 | 05/04/09 | B | 13.80 | Courier/Delivery Service | 514 | 904 | 161149 |
| 721634 | 05/04/09 | B | 15.31 | Courier/Delivery Service | 514 | 904 | 161149 |
| 718500 | 05/04/09 | B | 11.08 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718501 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718502 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718503 | 05/04/09 | B | 12.73 | Courier/Delivery Service | 514 | 904 | 160967 |
| 718503 | 05/04/09 | B | 9.37 | Courier/Delivery Service | 514 | 904 | 160967 |
| 723050 | 05/05/09 | B | 10.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 662 | 161230 |
| 719034 | 05/05/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161017 |
| 719035 | 05/05/09 | B | 12.73 | Courier/Delivery Service | 514 | 000 | 161017 |
| 719036 | 05/05/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161017 |
| 719037 | 05/05/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161017 |
| 719039 | 05/05/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161017 |
| 719040 | 05/05/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161017 |
| 719041 | 05/05/09 | B | 11.08 | Courier/Delivery Service | 514 | 000 | 161017 |
| 719042 | 05/05/09 | B | 13.43 | Courier/Delivery Service | 514 | 000 | 161017 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA   228568        AS OF 05/31/09                                  INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 719577 | 05/05/09 | B | 41.45 | Courier/Delivery Service | 514 | 000 | 161058 |
| 719602 | 05/07/09 | B | 5.74 | Courier/Delivery Service | 514 | 000 | 161060 |
| 721617 | 05/08/09 | B | 39.19 | Courier/Delivery Service | 514 | 000 | 161147 |
| 721630 | 05/08/09 | B | 5.57 | Courier/Delivery Service | 514 | 000 | 161149 |
| 722986 | 05/12/09 | B | 7.54 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722987 | 05/12/09 | B | 5.57 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722988 | 05/12/09 | B | 7.54 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722996 | 05/12/09 | B | 6.58 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722992 | 05/12/09 | B | 6.58 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722993 | 05/14/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722994 | 05/14/09 | B | 13.43 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722995 | 05/14/09 | B | 15.31 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722989 | 05/14/09 | B | 11.08 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722990 | 05/14/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161215 |
| 722991 | 05/14/09 | B | 15.31 | Courier/Delivery Service | 514 | 000 | 161215 |
| 726491 | 05/14/09 | B | 24.19 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 161427 |
| 725222 | 05/18/09 | B | 9.37 | Courier/Delivery Service | 514 | 597 | 161343 |
| 725223 | 05/18/09 | B | 12.73 | Courier/Delivery Service | 514 | 597 | 161343 |
| 725224 | 05/18/09 | B | 9.37 | Courier/Delivery Service | 514 | 597 | 161343 |
| 725225 | 05/18/09 | B | 9.37 | Courier/Delivery Service | 514 | 597 | 161343 |
| 725226 | 05/18/09 | B | 11.08 | Courier/Delivery Service | 514 | 597 | 161343 |
| 730140 | 05/28/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161724 |
| 730141 | 05/28/09 | B | 13.80 | Courier/Delivery Service | 514 | 000 | 161724 |
| 730142 | 05/28/09 | B | 24.19 | Courier/Delivery Service | 514 | 000 | 161724 |
| 730175 | 05/28/09 | B | 90.75 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 161726 |
| 734741 | 05/29/09 | B | 24.19 | Courier/Delivery Service | 514 | 000 | 161879 |
| 730178 | 05/29/09 | B | 13.43 | Courier/Delivery Service | 514 | 000 | 161727 |
| 732325 | 05/29/09 | B | 9.37 | Courier/Delivery Service | 514 | 000 | 161738 |
| 732326 | 05/29/09 | B | 21.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 161738 |
| 734740 | 05/30/09 | B | 280.00 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 161879 |
| 723179 | 05/03/09 | B | 21.17 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 723180 | 05/04/09 | B | 66.00 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 723181 | 05/06/09 | B | 32.99 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 723182 | 05/07/09 | B | | | | | |

```
Nortel Networks, Inc.                          PRO FORMA   228568        AS OF 05/31/09                         INVOICE# ******
63989-DIP
DATE: 06/18/09 16:04:05
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 723183 | 05/08/09 | B | 56.55 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 727476 | 05/11/09 | B | 190.39 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 727477 | 05/12/09 | B | 1,301.01 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 727479 | 05/13/09 | B | 83.38 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 727478 | 05/13/09 | B | 151.82 | Computer Research - Westlaw Search Performed by: ABBOTT,DEREK C | 515 | 322 | |
| 727480 | 05/14/09 | B | 46.76 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 727481 | 05/15/09 | B | 63.80 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 727482 | 05/16/09 | B | 35.16 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 729748 | 05/27/09 | B | 252.66 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 715828 | 05/01/09 | B | 2.00 | In-House Duplicating | 519 | 662 | |
| 718171 | 05/05/09 | B | 2.10 | In-House Duplicating | 519 | 670 | |
| 718172 | 05/05/09 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 718174 | 05/05/09 | B | 5.20 | In-House Duplicating | 519 | 605 | |
| 718173 | 05/05/09 | B | 0.20 | In-House Duplicating | 519 | 560 | |
| 718170 | 05/05/09 | B | 1.60 | In-House Duplicating | 519 | 597 | |
| 719411 | 05/07/09 | B | 3.00 | In-House Duplicating | 519 | 597 | |
| 719412 | 05/07/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 719413 | 05/07/09 | B | 0.40 | In-House Duplicating | 519 | 560 | |
| 719410 | 05/07/09 | B | 1.00 | In-House Duplicating | 519 | 597 | |
| 719409 | 05/07/09 | B | 3.20 | In-House Duplicating | 519 | 670 | |
| 719414 | 05/07/09 | B | 0.60 | In-House Duplicating | 519 | 662 | |
| 719415 | 05/07/09 | B | 0.60 | In-House Duplicating | 519 | 662 | |
| 719985 | 05/08/09 | B | 3.20 | In-House Duplicating | 519 | 605 | |
| 720362 | 05/11/09 | B | 11.20 | In-House Duplicating | 519 | 605 | |
| 720359 | 05/11/09 | B | 0.80 | In-House Duplicating | 519 | 670 | |
| 720360 | 05/11/09 | B | 0.40 | In-House Duplicating | 519 | 670 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA  228568          AS OF 05/31/09                                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 720361 | 05/11/09 | B | 3.20 | In-House Duplicating | 519 | 662 | |
| 722288 | 05/13/09 | B | 35.50 | In-House Duplicating | 519 | 605 | |
| 722766 | 05/14/09 | B | 34.20 | In-House Duplicating | 519 | 605 | |
| 722767 | 05/14/09 | B | 69.60 | In-House Duplicating | 519 | 605 | |
| 723905 | 05/18/09 | B | 6.50 | In-House Duplicating | 519 | 670 | |
| 724935 | 05/19/09 | B | 0.40 | In-House Duplicating | 519 | 670 | |
| 726875 | 05/21/09 | B | 1.00 | In-House Duplicating | 519 | 662 | |
| 726876 | 05/21/09 | B | 2.40 | In-House Duplicating | 519 | 662 | |
| 726877 | 05/21/09 | B | 0.40 | In-House Duplicating | 519 | 662 | |
| 727244 | 05/22/09 | B | 5.20 | In-House Duplicating | 519 | 670 | |
| 727245 | 05/22/09 | B | 15.80 | In-House Duplicating | 519 | 605 | |
| 727246 | 05/22/09 | B | 69.60 | In-House Duplicating | 519 | 605 | |
| 728500 | 05/22/09 | B | 104.70 | In-House Duplicating | 519 | 961 | |
| 727243 | 05/22/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 728372 | 05/27/09 | B | 8.80 | In-House Duplicating | 519 | 560 | |
| 728373 | 05/27/09 | B | 1.60 | In-House Duplicating | 519 | 670 | |
| 730786 | 05/29/09 | B | 1.40 | In-House Duplicating | 519 | 597 | |
| 725172 | 05/11/09 | B | 5.19 | Postage | 520 | 597 | |
| 725187 | 05/19/09 | B | 1.22 | Postage | 520 | 597 | |
| 732965 | 05/23/09 | B | 9.76 | Postage | 520 | 662 | |
| 719531 | 05/05/09 | B | 431.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 161029 |
| 719530 | 05/07/09 | B | 446.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 161028 |
| 726469 | 05/18/09 | B | 395.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 161387 |
| 729649 | 05/07/09 | B | 195.72 | Lexis Research Performed by: Emma J. Campbell | 527 | 597 | |
| 715829 | 05/01/09 | B | 1.35 | In-House Printing - black & white | 541 | 662 | |
| 717586 | 05/04/09 | B | 1.30 | In-House Printing - black & white | 541 | 597 | |
| 717587 | 05/04/09 | B | 2.40 | In-House Printing - black & white | 541 | 597 | |
| 717588 | 05/04/09 | B | 4.70 | In-House Printing - black & white | 541 | 597 | |
| 717579 | 05/04/09 | B | 1.30 | In-House Printing - black & white | 541 | 637 | |
| 717580 | 05/04/09 | B | 0.25 | In-House Printing - black & white | 541 | 637 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA   228568                    AS OF 05/31/09                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 717581 | 05/04/09 | B | 0.80 | In-House Printing - black & white | 541 | 637 | |
| 717582 | 05/04/09 | B | 0.30 | In-House Printing - black & white | 541 | 637 | |
| 717583 | 05/04/09 | B | 0.35 | In-House Printing - black & white | 541 | 637 | |
| 717584 | 05/04/09 | B | 0.05 | In-House Printing - black & white | 541 | 637 | |
| 717573 | 05/04/09 | B | 0.50 | In-House Printing - black & white | 541 | 637 | |
| 717574 | 05/04/09 | B | 1.95 | In-House Printing - black & white | 541 | 637 | |
| 717575 | 05/04/09 | B | 1.70 | In-House Printing - black & white | 541 | 637 | |
| 717576 | 05/04/09 | B | 0.40 | In-House Printing - black & white | 541 | 637 | |
| 717577 | 05/04/09 | B | 2.20 | In-House Printing - black & white | 541 | 637 | |
| 717578 | 05/04/09 | B | 0.45 | In-House Printing - black & white | 541 | 637 | |
| 717585 | 05/04/09 | B | 12.20 | In-House Printing - black & white | 541 | 904 | |
| 718716 | 05/06/09 | B | 1.80 | In-House Printing - black & white | 541 | 637 | |
| 718717 | 05/06/09 | B | 3.10 | In-House Printing - black & white | 541 | 637 | |
| 718718 | 05/06/09 | B | 3.30 | In-House Printing - black & white | 541 | 637 | |
| 719416 | 05/07/09 | B | 1.60 | In-House Printing - black & white | 541 | 597 | |
| 719986 | 05/08/09 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |
| 720364 | 05/11/09 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |
| 720363 | 05/11/09 | B | 1.35 | In-House Printing - black & white | 541 | 961 | |
| 720365 | 05/11/09 | B | 1.35 | In-House Printing - black & white | 541 | 961 | |
| 720366 | 05/11/09 | B | 1.35 | In-House Printing - black & white | 541 | 961 | |
| 720367 | 05/11/09 | B | 1.10 | In-House Printing - black & white | 541 | 961 | |
| 722289 | 05/13/09 | B | 1.40 | In-House Printing - black & white | 541 | 605 | |
| 722768 | 05/14/09 | B | 1.40 | In-House Printing - black & white | 541 | 961 | |
| 722769 | 05/14/09 | B | 1.05 | In-House Printing - black & white | 541 | 961 | |
| 722770 | 05/14/09 | B | 1.10 | In-House Printing - black & white | 541 | 605 | |
| 723907 | 05/18/09 | B | 2.15 | In-House Printing - black & white | 541 | 637 | |
| 723906 | 05/18/09 | B | 2.25 | In-House Printing - black & white | 541 | 961 | |
| 724936 | 05/19/09 | B | 1.60 | In-House Printing - black & white | 541 | 597 | |
| 725557 | 05/20/09 | B | 1.50 | In-House Printing - black & white | 541 | 670 | |
| 725558 | 05/20/09 | B | | In-House Printing - black & white | 541 | 670 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/18/09 16:04:05

PRO FORMA 228568          AS OF 05/31/09          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 725551 | 05/20/09 | B | 2.30 | In-House Printing - black & white | 541 | 961 | |
| 725552 | 05/20/09 | B | 1.40 | In-House Printing - black & white | 541 | 961 | |
| 725553 | 05/20/09 | B | 1.40 | In-House Printing - black & white | 541 | 961 | |
| 725554 | 05/20/09 | B | 1.40 | In-House Printing - black & white | 541 | 961 | |
| 725555 | 05/20/09 | B | 20.25 | In-House Printing - black & white | 541 | 961 | |
| 725556 | 05/20/09 | B | 0.50 | In-House Printing - black & white | 541 | 961 | |
| 726878 | 05/21/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 727247 | 05/22/09 | B | 0.05 | In-House Printing - black & white | 541 | 968 | |
| 727248 | 05/22/09 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |
| 728002 | 05/26/09 | B | 1.10 | In-House Printing - black & white | 541 | 961 | |
| 728003 | 05/26/09 | B | 0.05 | In-House Printing - black & white | 541 | 904 | |
| 729115 | 05/28/09 | B | 1.10 | In-House Printing - black & white | 541 | 605 | |
| 730790 | 05/29/09 | B | 1.10 | In-House Printing - black & white | 541 | 605 | |
| 730787 | 05/29/09 | B | 1.25 | In-House Printing - black & white | 541 | 597 | |
| 730788 | 05/29/09 | B | 2.05 | In-House Printing - black & white | 541 | 597 | |
| 730789 | 05/29/09 | B | 1.60 | In-House Printing - black & white | 541 | 597 | |

25,040.48