## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

Lauren Gaskill, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.    On June 18, 2009, I caused true and correct copies of the Verified Statement of the Bank of New York Mellon in its Capacity as Indenture Trustee Pursuant to Bankruptcy Rule 2019, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

      /s/ Lauren Gaskill
      Lauren Gaskill

Sworn to before me this
18th day of June, 2009

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

NY\1542169.1

**Exhibit A**

**<u>VIA FIRST CLASS MAIL</u>**

Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 North Market Street
6th Floor
Wilmington, DE  19801

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

James L. Bromley Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006

Fred S. Hodara Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036

NY\1542169.1