IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NORTEL NETWORKS, INC., et al., ) | Case No. 09-10138 (KG) |
| ) | Chapter 11 |
| ) | JOINTLY ADMINISTERED |
| Debtors. ) | |
| ) | Objection Deadline: July 10, 2009 at 4:00 p.m. |
| ) | Hearing Date: July 17, 2009 at 11:00 a.m. |
| ) | |
| ) | Re: Docket No. 918 |

**RENOTICE OF MOTION OF XETA TECHNOLOGIES, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF**

**PLEASE TAKE NOTICE** that on June 17, 2009, Xeta Technologies, Inc. ("Xeta") filed their **Motion of Xeta Technologies, Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon, so as to actually be received by the undersigned counsel for Xeta, on or before **July 10, 2009 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held before the Honorable Kevin Gross, United States Bankruptcy Court Judge, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 on **July 17, 2009 at 11:00 a.m. (ET)**

**PLEASE TAKE FURTHER NOTICE** that if no response to the Motion is timely filed in accordance with the above procedure, the Bankruptcy Court may grant the relief sought in the Motion without further notice or hearing.

Dated: June 19, 2009

        BAYARD, P.A.

        */s/ Daniel O'Brien*
        Charlene D. Davis (No. 2336)
        Daniel A. O'Brien (No. 4897)
        222 Delaware Avenue, Suite 900
        P.O. Box 25130
        Wilmington, DE 19899
        (302) 655-5000 (telephone)
        (302) 658-6395 (facsimile)

        and

        **BARBER & BARTZ, A PROFESSION CORPORATION**
        Joe Fears, Esquire
        800 Park Centre
        525 South Main Street
        Tulsa, Oklahoma 74103-4511
        Telephone:  (918) 599-7755
        Facsimile:   (918) 599-7756

        *Counsel to Xeta Technologies, Inc.*