IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------
                                        )
In re:                                  )    Chapter 11
                                        )
NORTEL NETWORKS, INC., et al.,          )    Case No. 09-10138 (KG)
                                        )
            Debtors.                    )    Jointly Administered
----------------------------------------------------

### AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

    I, Jamie Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 19, 2009, I caused service of the following:

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF DEKA IMMOBILIEN INVESTMENT GMBH TO EIGHTH NOTICE OF REJECTION OF EXECUTORY CONTRACT(S) AND/OR NONRESIDENTIAL REAL PROPERTY LEASE(S) BY DEBTORS AND DEBTORS IN POSSESSION**

    Service was completed upon the parties on the attached list as indicated thereon.

Dated: June 19, 2009

                                                _____
                                                Jamie Dawson

SWORN TO AND SUBSCRIBED before me this 19th day of June, 2009.

                                                _____
                                                NOTARY
                                                My commission expires:_____

                                                DEBORAH QUAINTANCE COOK
                                                Notary Public - State of Delaware
                                                My Comm. Expires May 11, 2011

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Eric D. Swartz, Esq.
Thomas F. Driscoll III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

**VIA ELECTRONIC MAIL &
FACSIMILE**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999
E-mail: jbromley@cgsh.com
E-mail: lschweitzer@cgsh.com
[Counsel for the Debtors and
Debtors-in-Possession]

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer
& Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: (212) 872-1002
E-mail: fhodara@akingump.com
E-mail: rjacobs@akingump.com
[Counsel to the Official Committee
of Unsecured Creditors]