IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
:
In re                                             :   Chapter 11
                                                  :
                                                  :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                  :
                                                  :   Jointly Administered
         Debtors.                                 :
                                                  :
                                                  :   RE: D.I. 931
                                                  :
---------------------------------------------------X

**ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE RELATING TO
CERTAIN ELEMENTS OF DEBTORS' MOTION FOR ORDERS (I)(A)
AUTHORIZING DEBTORS' ENTRY INTO THE ASSET SALE AGREEMENT,
(B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES,
(C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE
REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES,
(E) APPROVING THE ASSUMPTION AND ASSIGNMENT PROCEDURES,
(F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL,
AND (G) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING
AND APPROVING (A) THE SALE OF CERTAIN OF DEBTORS' CDMA AND LTE
ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES,
(B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, AND
(C) THE ASSUMPTION AND SUBLEASE OF CERTAIN LEASES**

Upon the motion dated June 19, 2009 (the "Motion")[2] of Nortel Networks Inc. and its

affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion, pursuant to section

102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

notice period related to the Debtors' Motion (i) to permit consideration on shortened notice of certain elements (the "Bidding Procedures") of Debtors' Motion (the "Sale Motion") for Orders (I)(A) Authorizing Debtors' Entry into the Asset Sale Agreement (the "Agreement"), (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents under Seal, and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain of Debtors' CDMA and LTE Assets Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts, and (C) the Assumption and Sublease of Certain Leases; and (ii) granting them such other and further relief as the Court deems just and proper; and adequate notice of the Sale Motion having been given; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Sale Motion is in the best interest of the Debtors' estates, the Debtors' creditors and other parties in interest in these cases; and the Court having determined that "cause" exists to shorten the notice period related to the Sale Motion; and after due deliberation and sufficient cause appearing therefor;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

IT IS HEREBY ORDERED THAT:

1. Certain relief on the Sale Motion will be considered at the joint hearing scheduled for **June 29, 2009 at 9:00 a.m.** (Eastern Time).

2. Objections, if any, to the Sale Motion shall be filed and served in accordance with the Local Rules of this Court by no later than **June 26, 2009 at 12:00 p.m.** (Eastern Time).

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 22, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE