# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------X
In re:                          :  Chapter 11
                                :
Nortel Networks Inc., et al.,[1] :  Case No. 09-10138 (KG)
                                :
            Debtors.            :  (Jointly Administered)
                                :
                                :
--------------------------------X
```

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Skadden, Arps, Slate,

Meagher & Flom LLP, hereby enters its appearance as counsel

to Nokia Siemens Networks B.V. ("NSN") pursuant to

Bankruptcy Rules 2002, 9007 and 9010 and 11 U.S.C.

§ 1109(b), and demands that all notices and pleadings given

or filed in these cases be given and served upon each of

the following:

---

[1]    The Debtors in these chapter 11 cases, along with the last four
       digits of each Debtor's tax identification number, are:  Nortel
       Networks Inc. (6332), Nortel Networks Capital Corporation (9620),
       Nortel Altsystems Inc. (9769), Nortel Altsystems International
       Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
       Corporation (0251), CoreTek, Inc. (5722), Nortel Networks
       Applications Management Solutions Inc. (2846), Nortel Networks
       Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546),
       Architel Systems (U.S.) Corporation (3826), Nortel Networks
       International Inc. (0358), Northern Telecom International Inc.
       (6286) and Nortel Networks Cable Solutions Inc. (0567).
       Addresses for the Debtors can be found in the Debtors' petitions,
       which are available at http://chapter11.epiqsystems.com/nortel.

Gregg M. Galardi, Esq.
Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000 (telephone)
(302) 651-3001 (facsimile)
sarah.pierce@skadden.com

- and -

N. Lynn Hiestand
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000 (telephone)
(212) 735-2000 (facsimile)

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise filed or made with regard to this bankruptcy case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver

of NSN's right (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which NSN is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are reserved and preserved unto NSN, without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by

any other participation by NSN or its counsel in these

bankruptcy cases.

Dated:  June 22, 2009

                                                 /s/ Sarah E. Pierce
Gregg M. Galardi, Esq. (I.D. No. 2991)
Sarah E. Pierce, Esq. (I.D. No. 4648)
Skadden, Arps, Slate, Meagher
  & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000 (telephone)
(302) 651-3001 (facsimile)

   - and -

N. Lynn Hiestand
Skadden, Arps, Slate, Meagher
  & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000 (telephone)
(212) 735-2000 (facsimile)

Counsel for Nokia Siemens Networks B.V.