IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

    NORTEL NETWORKS INC., et al.    :    Chapter 11
                                              :
                  Debtor                :    Case No. 09-10138

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**
**OF UNISYS de MEXICO S.A. de C.V., CLAIM NO. 1358**

TO THE CLERK:

    Kindly withdraw without prejudice the Proof of Claim, claim number 1358, filed by Unisys de Mexico S.A. de C.V. on June 15, 2009.

                                        _____
                                        DANA S. PLON
                                        Identification No. 80361

                                        Sirlin Gallogly & Lesser, P.C.
                                        1529 Walnut Street, Suite 600
                                        Philadelphia, PA  19102
                                        (215) 864-9700
                                        dplon@sirlinlaw.com

June 23, 2009