UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ X
In re:                                              : Chapter 11
                                                    :
Nortel Networks Inc., *et al.*,                     : Case No. 09 – 10138 (KG)
                                                    :
                    Debtors                         :
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Tracy L. Amoroso, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors and Debtors in Possession in the within captioned matter, and that on June 22, 2009, she caused a copy of the following pleading(s) to be served upon the parties on the attached service list in the manner indicated.

(1)    Statement of Nortel Networks UK Ltd. In Support of NNI's Motion Pursuant to 11 U.S.C. § 105(A), § 363, § 503 and Fed. R. Bankr. P. 9019 For an Order (A) Approving the Interim Funding and Settlement Agreement, and (B) Granting Related Relief [D.I. 936, Filed 6/22/09]

_____
Tracy L. Amoroso

SWORN TO AND SUBSCRIBED before me this _23_ day of June 2009.

_____
Notary Public

[Notary Seal: KASSANDRA ANN RIDDLE, MY COMMISSION EXPIRES JULY 10, 2010, NOTARY PUBLIC STATE OF DELAWARE]

## 2002 SERVICE LIST

### 6/22/2009

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(Co-Counsel to the Chapter 11 Debtors)
*Hand Delivery*

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Co-Counsel to the Chapter 11 Debtors)
*First Class Mail*

Mary F. Caloway
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Ernst & Young Inc., Monitor and Foreign Rep - Canadian Nortel)
*Hand Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Co-Counsel to the Official Committee of Unsecured Creditors)
*Hand Delivery*

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, Ontario, M9C 5K1
(Debtor)
*First Class Mail (International)*

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Co-Counsel to the Official Committee of Unsecured Creditors)
*First Class Mail*

Laura D. Jones, Esq
Pachulski Stang Ziehl Jones LLP
919 N. Market Street, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
(Ad Hoc Committee Noteholders)
*Hand Delivery*

Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Hand Delivery*