## CERTIFICATE OF SERVICE

I, Anne M. Patterson, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing Statement of Riker, Danzig, Scherer, Hyland & Perretti, LLP Pursuant To Fed. R. Bankr.P. 2014 And Order Authorizing Debtors To Employ, Retain And Compensate Professionals In The Ordinary Course was caused to be made on June 23, 2009, in the manner indicated upon the entities identified below.

Dated: June 23, 2009

_____
Anne M. Patterson

<u>VIA FIRST CLASS U.S. MAIL</u>:

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006

Office of the United States Trustee
ATTN:  Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Fred Hodara, Esq.
Akin Gump LLP
One Bryant Park
New York, NY  10036