**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                                       :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                            :        Case No. 09-10138 (KG)
:
        Debtors.                                      :        Jointly Administered
:
---------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 26, 2009 AT 3:00 P.M. (EASTERN TIME)[2]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).

    Related Pleadings:  None.

    Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET).  Extended to July 21, 2009 at 4:00 p.m. (ET) for the Debtors.

    Responses Received:  None at this time.

    Status:  This matter has been adjourned to the hearing scheduled for July 28, 2009 at 2:00 p.m. (ET).

2. Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

    Related Pleadings:  None.

    Objection Deadline:  June 4, 2009 at 4:00 p.m. (ET).  Extended to July 14, 2009 at 4:00 p.m. (ET) for the Debtors.

    Responses Received:  None at this time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

<u>Status</u>: This matter has been adjourned to the hearing scheduled for July 28, 2009 at 2:00 p.m. (ET).

3. Motion To Approve Compromise Under Rule 9019 Of Controversy By And Among (I) The Debtors And (II) Crossroads Wireless, Inc. And Crossroads Holding, LLC (D.I. 764, Filed 5/18/09).

   <u>Related Pleadings</u>: None.

   <u>Objection Deadline</u>: June 4, 2009 at 4:00 p.m. (ET). Debtors' response deadline extended to June 26, 2009 at 4:00 p.m. (ET).

   <u>Responses Received</u>:

   a) Objection To Joint Motion For Approval Of Compromise Of Controversy, Filed by Brookings Municipal Utilities (D.I. 850, Filed 6/4/09).

   <u>Status</u>: The parties are working to consensually resolve this matter. To the extent this matter is not resolved prior to the hearing, the motion will be adjourned to the hearing scheduled for June 29th at 9:00 a.m. (ET)

4. Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives (D.I. 800, Filed 5/29/09).

   <u>Related Pleadings</u>: None.

   <u>Objection Deadline</u>: June 19, 2009 at 4:00 p.m. (ET). Extended to July 10, 2009 at 4:00 p.m. for the Debtors.

   <u>Responses Received</u>: None at this time.

   <u>Status</u>: This matter has been adjourned to the hearing scheduled for July 17, 2009 at 11:00 a.m. (ET).

<u>UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):</u>

5. Debtors Motion For Entry Of An Order Under 11 U.S.C. §§ 363(b)(1) And 365(d)(4), Granting Extension Of The Deadline By Which The Debtors Must Assume Or Reject Unexpired Leases Of Non-Residential Real Property Upon Receipt Of Written Consent From Lessors (D.I. 861, Filed 6/5/09).

   <u>Related Pleadings</u>:

   a) Certificate Of No Objection [Re: D.I. 861] (D.I. 941, Filed 6/24/09).

   <u>Objection Deadline</u>: June 19, 2009 at 4:00 p.m. (ET).

   <u>Responses Received</u>: None at this time.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

6. Debtors Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (D.I. 852, Filed 6/4/09).

    Related Pleadings:

    a) Interim Order (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities Pending A Final Hearing, (II) Scheduling A Final Hearing And (III) Granting Related Relief (D.I. 894, Filed 6/11/09); and

    b) Notice of Final Hearing Re: Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (D.I. 898, Filed 6/11/09)

    Objection Deadline: June 10, 2009 at 12:00 p.m. (ET).

    Responses Received: None at this time.

    Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

7. Application For An Order Authorizing Employment And Retention Of Palisades Capital Advisors, LLC *Nunc Pro Tunc* To May 8, 2009 As Pension Co-Advisor To The Debtors And Debtors In Possession (D.I. 859, Filed 6/5/09).

    Related Pleadings: None at this time.

    Objection Deadline: June 19, 2009 at 4:00 p.m. (ET). Extended to June 25, 2009 at 12:00 a.m. (ET) for the United States Trustee.

    Responses Received:

    a) Informal comments from the United States Trustee.

    Status: This matter is going forward.

8. Application For An Order Authorizing Employment And Retention Of Punter Southall LLC *Nunc Pro Tunc* to May 8, 2009 As Pension Co-Advisor To The Debtors And Debtors In Possession (D.I. 860, Filed 6/5/09)

    Related Pleadings: None at this time.

    Objection Deadline: June 19, 2009 at 4:00 p.m. (ET). Extended to June 25, 2009 at 12:00 a.m. (ET) for the United States Trustee.

Responses Received:

a) Informal comments from the United States Trustee.

Status: This matter is going forward.

9. Eighth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession (D.I. 901 Filed 6/12/09).

Related Pleadings:

a) Order Approving Procedures For The Rejection Of Executory Contracts And Unexpired Leases And The Abandonment Of Certain Assets Related Thereto (D.I. 510, Filed 3/20/09).

Objection Deadline: June 22, 2009 at 4:00 p.m. (ET) Pursuant to the Order Approving Procedures (D.I. 510).

Responses Received:

a) Limited Objection And Reservation Of Rights Of DEKA Immobilien Investment GMBH To Eighth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession (D.I. 930, Filed 6/19/09).

Status: This matter is going forward.

Dated: June 24, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2955323.1

-5-