IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
                                                         :  Chapter 11
*In re*                                                  :
                                                         :  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :
                    Debtors.                             :  Jointly Administered
                                                         :
                                                         :
---------------------------------------------------------X

THIRD SUPPLEMENTAL DISCLOSURE AND DECLARATION
OF TERRY W. SIMON PURSUANT TO FED. R. BANKR. P. 2014
AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND
COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE

Terry W. Simon, being duly sworn, upon his/her oath, deposes and says:

1. I am a Certified Public Accountant and a member of KPMG LLP, located at 300 North Greene Street, Suite 400, Greensboro, North Carolina (the "Company" or "Firm"). I submit this Supplemental Disclosure and Declaration on behalf of KPMG LLP in further support of the retention and employment of KPMG LLP as an ordinary course professional to the Debtors to audit certain of the Debtors' pension plans.

2. The facts set forth in this Supplemental Disclosure and Declaration are based upon my personal knowledge, upon information and belief and upon client matter records kept in the ordinary course of business that were received by me or other

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

\\FIN\224299.7

employees of KPMG LLP under my supervision and direction. Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the declaration of Terry W. Simon dated March 5, 2009 (the "Original Declaration"), the supplemental disclosure and declaration of Terry W. Simon dated June 2, 2009 (the "First Supplemental Declaration"), and the second supplemental disclosure and declaration of Terry W. Simon dated June 15, 2009 (the "Second Supplemental Declaration").

3. The Debtors are in the process of disposing of certain assets, which sale is being supervised by the Bankruptcy Court and is subject to the Court's approval. As disclosed in the Original Declaration, the First Supplemental Declaration and the Second Supplemental Declaration, KPMG LLP and/or other member firms of KPMG International have been engaged by third parties interested in acquiring some or all of these assets, to assist such third parties in the review, due diligence, and evaluation of the assets that may be subject to a possible sale. Recently, KPMG LLP was approached by an additional prospective purchaser ("Purchaser D") to provide similar services.

4. At this time, due to the competitive nature of the bidding process and the number of interested parties, Purchaser D has requested that KPMG LLP not disclose its specific identity. To the extent that the identity of Purchaser D becomes public information, KPMG LLP will file a supplemental disclosure and declaration at that time. If and when the identity of the Purchaser D is disclosed, and if there are material facts that differ from the representations set forth herein, the Office of the United States Trustee shall retain the right to object to such supplemental disclosure and declaration.

5. To the best of KPMG LLP's knowledge, Purchaser D is not an "insider" in these bankruptcy cases as defined in 11 U.S.C. § 101(31).

2

\\FIN\224299.7

6. No KPMG LLP professionals who provide services to the Debtors will have any involvement in the engagement by Purchaser D. None of the professionals who provide services to Purchaser D will provide services to the Debtors. KPMG LLP's policy with respect to conflicts does not prevent KPMG LLP from performing services for Purchaser D.

7. KPMG LLP's services for the Debtors are limited to the audits of a small number of United States pension plans. KPMG LLP has determined that it can perform the continued service as auditors of these pension plans without compromising KPMG LLP's objectivity, and has so informed the Debtors. To the best of my knowledge, the pension plan audits provided to the Debtors shall not be the subject of any due diligence services to be performed for Purchaser D. The Debtors and Purchaser D have consented to the relevant engagements on the terms set forth herein.

8. KPMG LLP shall put in place internal procedures to avoid the sharing, inadvertent or otherwise, of confidential information between those KPMG LLP professionals working on behalf of the Debtors with those KPMG LLP professionals working on behalf of Purchaser D. As noted above, no KPMG LLP professional working on the Debtors' pension plan audits will share any information or discuss any matters related to that engagement with those professionals working for Purchaser D.

9. Subject to the disclosures herein and to those disclosures set forth in the previous filings in connection with KPMG LLP's retention by the Debtors, KPMG LLP does not hold or represent an interest adverse to the estates that would impair KPMG LLP's ability to objectively perform professional services for the Debtors.

3

10. Subject to the disclosures herein and to those disclosures set forth in the previous filings in connection with KPMG LLP's retention by the debtors, KPMG LLP is and continues to be a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code, notwithstanding its retention and employment by Purchasers B and C as described herein.

11. This declaration is provided in accordance with Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

*Terry W. Simon*
Terry W. Simon
KPMG LLP

Executed on
2? June 2009

4

\\FTN\224299.7

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2009, I electronically filed the Third Supplemental Disclosure and Declaration of Terry W. Simon Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants, and via first-class mail, postage prepaid, upon the persons and entities listed below.

Dated:  June 24, 2009

                              KING & SPALDING LLP

                              /s/ Roberta Trowbridge
                              Roberta Trowbridge
                              Legal Assistant
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Tel. No. 212-556-2100
                              Fax No. 212-556-2222

**VIA FIRST CLASS U.S.MAIL**:

Morris, Niochols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
Attn: Derek C. Abbott, Esq.

Office of the United States Trustee
844 King Street, Suite 2206
Lockbox 35
Wilmington, DE  19801
Attn: Thomas P. Tinker, Esq..

Clearly Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley, Esq.

Akin Gump LLP
One Bryant Park
New York, NY  10036
Attn: Fred S. Hodara, Esq.