# EXHIBIT C

## DISBURSEMENT SUMMARY
## MAY 1, 2009 THROUGH MAY 31, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,093.50 |
| Conference Call Charges | $40,209.83 |
| Courier Service/Postage | $20.88 |
| Duplicating (@ $0.10 per page) | $697.30 |
| Duplicating (Third Party Charges billed at cost) | $26.00 |
| Meals/Committee Meeting Expenses | $2,916.67 |
| Tax Charges for Services Rendered in China | $146.10 |
| Travel Expenses – Airfare | $3,829.12 |
| Travel Expenses – Ground Transportation | $3,638.65 |
| Travel Expenses – Lodging | $815.05 |
| Travel Expenses – Parking | $70.00 |
| Travel Expenses – Train Fare | $1,049.00 |
| **TOTAL** | **$54,512.10** |

8172752 v1