# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1261967 |
| ATTN: JOHN DOLITTLE | Invoice Date 06/22/09 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/20/09 | Meals - Business K. Davis; Receipt | $7.00 |
| 02/20/09 | Meals - Business K. Davis; Receipt | $9.75 |
| 03/05/09 | Meals - Business K. Davis; Qdoba Mexican Grill | $9.18 |
| 03/05/09 | Travel - Ground Transportation Medallion | $10.90 |
| 03/13/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 03/16/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361521 DATE: 3/27/2009 Vendor: Prime Time Voucher #: RVHD7361C9 Date: 03/16/2009 Name: Nyron Persaud\|\|Car Service, Vendor: Prime Time Voucher #: RVHD7361C9 Date: 03/16/2009 Name: Nyron Persaud | $33.31 |
| 03/17/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361521 DATE: 3/27/2009 Vendor: Prime Time Voucher #: 88690 Date: 03/17/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 88690 Date: 03/17/2009 Name: Austin Lilling | $83.04 |
| 03/17/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361521 DATE: 3/27/2009 Vendor: Prime Time Voucher #: | $33.31 |

| Date | Description | Amount |
|---|---|---|
| 03/18/09 | RVLE73612A Date: 03/17/2009 Name: Nyron Persaud\|\|Car Service, Vendor: Prime Time Voucher #: RVLE73612A Date: 03/17/2009 Name: Nyron Persaud Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080166 DATE: 4/1/2009 Vendor: Dial Car Voucher #: DLA2850404 Date: 03/18/2009 Name: Eddie Phelps\|\|Car Service, Vendor: Dial Car Voucher #: DLA2850404 Date: 03/18/2009 Name: Eddie Phelps | $109.30 |
| 03/18/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 03/22/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361521 DATE: 3/27/2009 Vendor: Prime Time Voucher #: 67139 Date: 03/22/2009 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 67139 Date: 03/22/2009 Name: Lisa Beckerman | $71.05 |
| 03/22/09 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; The Kebab House | $49.22 |
| 03/23/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361885 DATE: 4/3/2009 Vendor: Prime Time Voucher #: 70163 Date: 03/23/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 70163 Date: 03/23/2009 Name: Austin Lilling | $85.33 |
| 03/24/09 | Meals (100%) Working Lunch; J. Metzger; Working Lunch; Working Lunch | $16.83 |
| 03/24/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361521 DATE: 3/27/2009 Vendor: Prime Time Voucher #: 193541 Date: 03/24/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 193541 Date: 03/24/2009 Name: Austin Lilling | $83.09 |
| 03/26/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 490693 DATE: 3/29/2009 Jacobs Ryan - Abitino's Pizza & Italian Kitchen - 03/26/2009 | $17.79 |
| 03/26/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361885 DATE: 4/3/2009 Vendor: Prime Time Voucher #: 129785 | $83.29 |

| Date | Description | Amount |
|---|---|---|
| 03/26/09 | Date: 03/26/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 129785 Date: 03/26/2009 Name: Austin Lilling Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 361885 DATE: 4/3/2009 Vendor: Prime Time Voucher #: 70318 Date: 03/26/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 70318 Date: 03/26/2009 Name: Austin Lilling | $86.55 |
| 03/26/09 | Travel - Ground Transportation Cab to court; Seacoast Cab Company | $7.00 |
| 03/26/09 | Meals - Business K. Davis; Zaro's Bread Basket | $4.10 |
| 03/28/09 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; The Kebab House | $50.00 |
| 03/29/09 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Carmine's | $50.00 |
| 03/31/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $49.00 |
| 04/01/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080660 DATE: 4/15/2009 Vendor: Dial Car Voucher #: DLA2932440 Date: 04/01/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2932440 Date: 04/01/2009 Name: Ken Davis | $113.38 |
| 04/01/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 362144 DATE: 4/10/2009 Vendor: Prime Time Voucher #: RV0D73715B Date: 04/01/2009 Name: Nyron Persaud\|\|Car Service, Vendor: Prime Time Voucher #: RV0D73715B Date: 04/01/2009 Name: Nyron Persaud | $33.31 |
| 04/01/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 362144 DATE: 4/10/2009 Vendor: Prime Time Voucher #: 89921 Date: 04/01/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 89921 Date: 04/01/2009 Name: Austin Lilling | $86.45 |
| 04/02/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 8145043373 DEPARTURE DATE: 04/02/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 04/02/09 | Travel - Airfare VENDOR: DINERS | $1,577.08 |

| Date | Description | Amount |
|---|---|---|
| | CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7416016932 DEPARTURE DATE: 04/06/2009 ROUTE: LGA YYZ LGA | |
| 04/03/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080660 DATE: 4/15/2009 Vendor: Dial Car Voucher #: DLA2841013 Date: 04/03/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2841013 Date: 04/03/2009 Name: David Botter | $99.61 |
| 04/06/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 498732 DATE: 4/12/2009 Kahn Brad - Aceluck - 04/06/2009 | $24.06 |
| 04/06/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 641814 DATE: 4/10/2009 Vendor: Executive Royal Voucher #: 126849 Date: 04/06/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 126849 Date: 04/06/2009 Name: Brad Kahn | $29.49 |
| 04/06/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642051 DATE: 4/17/2009 Vendor: Executive Royal Voucher #: 126231 Date: 04/06/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 126231 Date: 04/06/2009 Name: Fred Hodara | $101.65 |
| 04/06/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642051 DATE: 4/17/2009 Vendor: Executive Royal Voucher #: RVN27381F8 Date: 04/06/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RVN27381F8 Date: 04/06/2009 Name: Ryan Jacobs | $68.35 |
| 04/06/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7417706003 DEPARTURE DATE: 04/06/2009 ROUTE: LGA YYZ LGA | $0.00 |
| 04/06/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: JACOBS RYAN C | $37.00 |

| Date | Description | Amount |
|---|---|---|
| | TICKET #: 8145175966 DEPARTURE DATE: 04/06/2009 ROUTE: LGA YYZ LGA | |
| 04/07/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 498732 DATE: 4/12/2009 Feuerstein Tony - Subway 8th Ave) - 04/07/2009 | $12.96 |
| 04/07/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 498732 DATE: 4/12/2009 Kahn Brad - Connollys Irish Pub & Restaurant - 04/07/2009 | $33.63 |
| 04/07/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080660 DATE: 4/15/2009 Vendor: Dial Car Voucher #: DLA2933576 Date: 04/07/2009 Name: Ken Davis‖Car Service, Vendor: Dial Car Voucher #: DLA2933576 Date: 04/07/2009 Name: Ken Davis | $108.79 |
| 04/08/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642051 DATE: 4/17/2009 Vendor: Executive Royal Voucher #: RVV2738109 Date: 04/08/2009 Name: Ryan Jacobs‖Car Service, Vendor: Executive Royal Voucher #: RVV2738109 Date: 04/08/2009 Name: Ryan Jacobs | $83.80 |
| 04/08/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 8145289093 DEPARTURE DATE: 04/08/2009 ROUTE: NYP WIL NYP | $37.00 |
| 04/08/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 080345 DEPARTURE DATE: 04/09/2009 ROUTE: NYP WIL NYP | $253.00 |
| 04/09/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642051 DATE: 4/17/2009 Vendor: Executive Royal Voucher #: 110882 Date: 04/09/2009 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 110882 Date: 04/09/2009 Name: Brad Kahn | $26.17 |
| 04/09/09 | Travel - Ground Transportation Medallion | $5.30 |

| Date | Description | Amount |
|---|---|---|
| 04/09/09 | Meals - Business  K. Davis; Brew Haha | $3.69 |
| 04/10/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 498732 DATE: 4/12/2009  Kahn Brad - Chopt 51st & 6th) - 04/10/2009 | $22.82 |
| 04/10/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 498732 DATE: 4/12/2009  Jacobs Ryan - Chopt 51st & 6th) - 04/10/2009 | $22.82 |
| 04/13/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 502381 DATE: 4/19/2009  Jacobs Ryan - Connollys Irish Pub & Restaurant - 04/13/2009 | $23.15 |
| 04/13/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080904 DATE: 4/22/2009  Vendor: Dial Car Voucher #: DLA2876738 Date: 04/13/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2876738 Date: 04/13/2009 Name: Ken Davis | $113.38 |
| 04/13/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642319 DATE: 4/24/2009  Vendor: Executive Royal Voucher #: 109878 Date: 04/13/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 109878 Date: 04/13/2009 Name: Peter Sprofera | $30.25 |
| 04/14/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 502381 DATE: 4/19/2009  Jacobs Ryan - Connollys Irish Pub & Restaurant - 04/14/2009 | $33.07 |
| 04/14/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080904 DATE: 4/22/2009  Vendor: Dial Car Voucher #: DLA2918969 Date: 04/14/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2918969 Date: 04/14/2009 Name: David Botter | $114.91 |
| 04/14/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1080904 DATE: 4/22/2009  Vendor: Dial Car Voucher #: DLA2922179 Date: 04/14/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2922179 Date: 04/14/2009 Name: David Botter | $134.29 |

| Date | Description | Amount |
|---|---|---|
| 04/15/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 502381 DATE: 4/19/2009 Kahn Brad - Fresh Basil's - 04/15/2009 | $32.73 |
| 04/15/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 502381 DATE: 4/19/2009 Jacobs Ryan - Fresh Basil's - 04/15/2009 | $32.73 |
| 04/15/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 502381 DATE: 4/19/2009 Kahn Brad - Junior`s Broadway) - 04/15/2009 | $19.55 |
| 04/15/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 502381 DATE: 4/19/2009 Jacobs Ryan - Junior`s Broadway) - 04/15/2009 | $19.54 |
| 04/16/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 502381 DATE: 4/19/2009 Kahn Brad - China Moon - 04/16/2009 | $37.21 |
| 04/16/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 502381 DATE: 4/19/2009 Jacobs Ryan - China Moon - 04/16/2009 | $37.22 |
| 04/16/09 | Meals (100%) 4/10/09  T Duval VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800024; DATE: 4/16/2009 Working lunch for committee meting (10 Attendees). | $263.35 |
| 04/16/09 | Meals (100%) 4/14/09  A Ellis VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800024; DATE: 4/16/2009 Working lunch for team meeting (5 Attendees). | $91.04 |
| 04/16/09 | Meals (100%) 4/15/09  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800024; DATE: 4/16/2009 Working lunch for team meeting (6 Attendees). | $144.79 |
| 04/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642319 DATE: 4/24/2009 Vendor: Executive Royal Voucher #: 112545 Date: 04/17/2009 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 112545 Date: | $111.65 |

| Date | Description | Amount |
|---|---|---|
| 04/20/09 | 04/17/2009 Name: Fred Hodara Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 503452 DATE: 4/26/2009 Jacobs Ryan - Connollys Irish Pub & Restaurant - 04/20/2009 | $30.87 |
| 04/20/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 503452 DATE: 4/26/2009 Kahn Brad - Connollys Irish Pub & Restaurant - 04/20/2009 | $30.87 |
| 04/21/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 503452 DATE: 4/26/2009 Kahn Brad - Hatsuhana - 04/21/2009 | $36.12 |
| 04/21/09 | Travel - Airfare Travel agency fee; American Express | $45.00 |
| 04/21/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: STURM JOSHUA TICKET #: 8144707269 DEPARTURE DATE: 04/21/2009 ROUTE: NYP WIL NYP | $37.00 |
| 04/21/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: STURM JOSHUA TICKET #: 7344535698 DEPARTURE DATE: 04/22/2009 ROUTE: NYP WIL NYP | $268.00 |
| 04/21/09 | Travel - Airfare Airfare to Toronto re Nortel; All Nations Tours | $494.97 |
| 04/22/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 503452 DATE: 4/26/2009 Bernath Kinga - Monster Sushi 46th) - 04/22/2009 | $19.50 |
| 04/22/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 503452 DATE: 4/26/2009 Kuhn Stephen - Aoki Japanese Restaurant - 04/22/2009 | $25.27 |
| 04/22/09 | Duplication - In House REQUESTOR: D BLONDER; DESCRIPTION: 107-COLOR, 17-B/W; DATE ORDERED: 4/22/09 | $110.40 |
| 04/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 503452 DATE: 4/26/2009 Jacobs Ryan - Connollys Irish Pub & Restaurant - 04/23/2009 | $23.53 |

| Date | Description | Amount |
|---|---|---|
| 04/23/09 | Meals (100%) 4/17/09 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800025; DATE: 4/23/2009 Working lunch for team meeting (6 Attendees). | $159.31 |
| 04/23/09 | Meals (100%) 4/17/09 N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800025; DATE: 4/23/2009 Working lunch for committee meeting (15 Attendees). | $395.57 |
| 04/23/09 | Meals (100%) 4/22/09 A Gomez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800025; DATE: 4/23/2009 Working lunch for team meeting (6 Attendees). | $90.66 |
| 04/23/09 | Meals (100%) 4/23/09 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800025; DATE: 4/23/2009 Working lunch for committee call (10 Attendees). | $237.88 |
| 04/23/09 | Meals (100%) 4/23/09 N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800025; DATE: 4/23/2009 | $68.06 |
| 04/24/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 8145804878 DEPARTURE DATE: 04/24/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 04/24/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: APR09-53062500000206 DATE: 4/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7421901324 DEPARTURE DATE: 05/07/2009 ROUTE: LGA YYZ LGA | $300.58 |
| 04/27/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Jacobs Ryan - Fresh Basil's - 04/27/2009 | $29.00 |
| 04/27/09 | Travel - Lodging (Hotel, Apt, Other) Hotel stay to attend court; Fairmont Royal York | $191.66 |
| 04/27/09 | Travel - Ground Transportation Aerofleet Cab services Ltd. | $46.94 |
| 04/27/09 | Meals - Business F. Hodara; Cibo Market | $4.69 |
| 04/27/09 | Travel - Airfare Airport Service Fee; Airport Service Fee; American Airlines | $30.00 |
| 04/27/09 | Travel - Airfare Travel to Toronto; American Airlines | $579.43 |

| Date | Description | Amount |
|---|---|---|
| 04/27/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1082093 DATE: 5/6/2009 Vendor: Dial Car Voucher #: DLA2965361 Date: 04/27/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2965361 Date: 04/27/2009 Name: David Botter | $104.71 |
| 04/27/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642941 DATE: 5/8/2009 Vendor: Executive Royal Voucher #: RVX773912D Date: 04/27/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: RVX773912D Date: 04/27/2009 Name: Fred Hodara | $58.40 |
| 04/28/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Sturm Joshua - Cafe K - 04/28/2009 | $28.00 |
| 04/28/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Kuhn Stephen - Osteria al Doge - 04/28/2009 | $35.84 |
| 04/28/09 | Meals - Business  F. Hodara; Starbucks Coffee Canada | $9.78 |
| 04/28/09 | Meals - Business  F. Hodara; Pearson | $5.56 |
| 04/28/09 | Meals - Business  F. Hodara; Michel's Baguette | $2.81 |
| 04/28/09 | Travel - Ground Transportation  Taxi Cash Receipt | $48.00 |
| 04/28/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642941 DATE: 5/8/2009 Vendor: Executive Royal Voucher #: 109167 Date: 04/28/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 109167 Date: 04/28/2009 Name: Stephen Kuhn | $117.72 |
| 04/28/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 363222 DATE: 5/8/2009 Vendor: Prime Time Voucher #: 41951 Date: 04/28/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 41951 Date: 04/28/2009 Name: Austin Lilling | $83.09 |
| 04/29/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 4/29/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $127.64 |

| Date | Description | Amount |
|---|---|---|
| 04/29/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Lilling Austin - Haru On Broadway Min 12% Tip) - 04/29/2009 | $44.04 |
| 04/29/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Kuhn Stephen - Aoki Japanese Restaurant - 04/29/2009 | $28.88 |
| 04/29/09 | Travel - Airfare Airfare to Toronto, including agency fee; All Nations Tours | $691.06 |
| 04/29/09 | Travel - Ground Transportation From meeting at Cleary to OBP.; NYC Taxi | $15.00 |
| 04/29/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1082249 DATE: 5/13/2009 Vendor: Dial Car Voucher #: DLA2852005 Date: 04/29/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2852005 Date: 04/29/2009 Name: David Botter | $116.95 |
| 04/29/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642941 DATE: 5/8/2009 Vendor: Executive Royal Voucher #: 143321 Date: 04/29/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 143321 Date: 04/29/2009 Name: Stephen Kuhn | $117.05 |
| 04/30/09 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 4/30/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $45.08 |
| 04/30/09 | Computerized Legal Research - Westlaw User: PERSAUD,NYRON Date: 4/30/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $218.68 |
| 04/30/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Feuerstein Tony - Subway 8th Ave) - 04/30/2009 | $11.93 |
| 04/30/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Kahn Brad - Connollys Irish Pub & Restaurant - 04/30/2009 | $30.06 |
| 04/30/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Jacobs Ryan - Connollys Irish Pub & | $30.05 |

| Date | Description | Amount |
|---|---|---|
| 04/30/09 | Restaurant - 04/30/2009 Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 04/30/2009 | $26.89 |
| 04/30/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 510476 DATE: 5/3/2009 Kuhn Stephen - Bread Factory Cafe 42nd/9th) - 04/30/2009 | $22.60 |
| 04/30/09 | Duplication - Off Site  Voucher # 9  3/18/09  K Owen  Copies VENDOR: PETTY CASH; INVOICE#: PE043009; DATE: 4/30/2009 | $26.00 |
| 04/30/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 363222 DATE: 5/8/2009  Vendor: Prime Time Voucher #: 101220 Date: 04/30/2009 Name: Lisa Beckerman||Car Service, Vendor: Prime Time Voucher #: 101220 Date: 04/30/2009 Name: Lisa Beckerman | $71.05 |
| 05/01/09 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 7 page(s) | $0.70 |
| 05/01/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642941 DATE: 5/8/2009  Vendor: Executive Royal Voucher #: 145742 Date: 05/01/2009 Name: Stephen Kuhn||Car Service, Vendor: Executive Royal Voucher #: 145742 Date: 05/01/2009 Name: Stephen Kuhn | $111.60 |
| 05/01/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 363222 DATE: 5/8/2009  Vendor: Prime Time Voucher #: 965308 Date: 05/01/2009 Name: Cynthia Curry||Car Service, Vendor: Prime Time Voucher #: 965308 Date: 05/01/2009 Name: Cynthia Curry | $124.09 |
| 05/03/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642941 DATE: 5/8/2009  Vendor: Executive Royal Voucher #: 152072 Date: 05/03/2009 Name: Fred Hodara||Car Service, Vendor: Executive Royal Voucher #: 152072 Date: 05/03/2009 Name: Fred Hodara | $42.49 |
| 05/04/09 | Duplication - In House  Photocopy - Young, Elizabeth, NY, 153 page(s) | $15.30 |
| 05/04/09 | Computerized Legal Research - Westlaw | $200.98 |

| Date | Description | Amount |
|---|---|---|
| | User: KAHN,BRAD Date: 5/4/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 05/04/09 | Travel - Ground Transportation Taxi | $7.00 |
| 05/04/09 | Travel - Ground Transportation Taxi from office home - working on Nortel.; Taxi Receipt | $11.80 |
| 05/04/09 | Travel - Ground Transportation Taxi home from office- working on Nortel.; Taxi Receipt | $14.87 |
| 05/04/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643132 DATE: 5/15/2009 Vendor: Executive Royal Voucher #: 148650 Date: 05/04/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 148650 Date: 05/04/2009 Name: Fred Hodara | $27.19 |
| 05/05/09 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 03001-54901-09; DATE: 5/5/2009 | $17,678.67 |
| 05/05/09 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 5/5/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $16.59 |
| 05/05/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 5/5/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $11.69 |
| 05/05/09 | Computerized Legal Research - Westlaw User: YOUNG,ELIZABETH Date: 5/5/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $176.32 |
| 05/05/09 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 05001-54901-09; DATE: 5/5/2009 | $22,531.16 |
| 05/05/09 | Travel - Ground Transportation Taxi from office home - working on Nortel.; Taxi Receipt | $20.40 |
| 05/06/09 | Duplication - In House Photocopy - Young, Elizabeth, NY, 334 page(s) | $33.40 |
| 05/06/09 | Computerized Legal Research - Westlaw User: YOUNG,ELIZABETH Date: 5/6/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $273.14 |
| 05/06/09 | Travel - Ground Transportation Taxi | $7.00 |
| 05/06/09 | Travel - Parking Newark Liberty International Airport | $70.00 |
| 05/07/09 | Duplication - In House Photocopy - Young, Elizabeth, NY, 188 page(s) | $18.80 |
| 05/07/09 | Computerized Legal Research - Westlaw User: YOUNG,ELIZABETH Date: 5/7/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $23.38 |
| 05/07/09 | Meals - Business F. Hodara; Receipt | $31.83 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1261967

Page 14
June 22, 2009

| Date | Description | Amount |
|---|---|---|
| 05/07/09 | Meals - Business  F. Hodara; Sodexho | $6.48 |
| 05/07/09 | Travel - Lodging (Hotel, Apt, Other) Hotel in Toronto re: Nortel; Park Hyatt Toronto | $272.27 |
| 05/07/09 | Travel - Ground Transportation  Taxi to meeting.; Taxi Receipt | $8.10 |
| 05/07/09 | Travel - Ground Transportation  Taxi from train station to courthouse.; Seacoast Cab Company | $8.00 |
| 05/07/09 | Travel - Train Fare  Train to and from Nortel hearing.; Executive Travel/Amtrak | $372.00 |
| 05/07/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay; Sheraton Centre Toronto Hotel | $351.12 |
| 05/07/09 | Travel - Ground Transportation  Cab from YYZ to Nortel; Beck Taxi | $25.00 |
| 05/07/09 | Travel - Train Fare  Amtrak service fee for changing of ticket.; Nortel - Amtrak Service Fee | $82.00 |
| 05/07/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643132 DATE: 5/15/2009  Vendor: Executive Royal Voucher #: RVRP73A1D8 Date: 05/07/2009 Name: Ryan Jacobs‖Car Service, Vendor: Executive Royal Voucher #: RVRP73A1D8 Date: 05/07/2009 Name: Ryan Jacobs | $63.71 |
| 05/07/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643132 DATE: 5/15/2009  Vendor: Executive Royal Voucher #: 147019 Date: 05/07/2009 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 147019 Date: 05/07/2009 Name: Fred Hodara | $55.75 |
| 05/07/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643132 DATE: 5/15/2009  Vendor: Executive Royal Voucher #: 979697 Date: 05/07/2009 Name: Stephen Kuhn‖Car Service, Vendor: Executive Royal Voucher #: 979697 Date: 05/07/2009 Name: Stephen Kuhn | $115.57 |
| 05/07/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643132 DATE: 5/15/2009  Vendor: Executive Royal Voucher #: 114914 Date: 05/07/2009 Name: Abid Qureshi‖Car Service, Vendor: Executive Royal Voucher #: 114914 Date: 05/07/2009 Name: Abid Qureshi | $40.45 |
| 05/08/09 | Meals - Business  F. Hodara; Sodexho | $4.94 |
| 05/08/09 | Travel - Ground Transportation | $104.10 |

| Date | Description | Amount | |
|---|---|---|---|
| 05/08/09 | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643132 DATE: 5/15/2009 Vendor: Executive Royal Voucher #: RV0M73A1E8 Date: 05/08/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RV0M73A1E8 Date: 05/08/2009 Name: Ryan Jacobs Travel - Ground Transportation | $125.67 | |
| | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643132 DATE: 5/15/2009 Vendor: Executive Royal Voucher #: RVW273A1B8 Date: 05/08/2009 Name: David Botter\|\|Car Service, Vendor: Executive Royal Voucher #: RVW273A1B8 Date: 05/08/2009 Name: David Botter | | |
| 05/12/09 | Duplication - In House  Photocopy - Volow, Mark, NY, 21 page(s) | $2.10 | |
| 05/13/09 | Duplication - In House  Photocopy - User # 990100, NY, 2509 page(s) | $250.90 | |
| 05/13/09 | Meals - Business  Lazard, Cleary, Capstone, Akin; Maloney & Porcelli - 4 persons. | $200.00 | |
| 05/13/09 | Meals - Business  meal reimbursement; NPersaud; Chipotle | $15.75 | |
| 05/14/09 | Postage  US Postage - Hodara, Fred, NY, 1 piece(s) | $0.44 | |
| 05/14/09 | Postage  US Postage - Hodara, Fred, NY, 2 piece(s) | $1.96 | |
| 05/14/09 | Meals - Business  meal reiumbursement; dvira; Abitino's | $8.15 | |
| 05/18/09 | Duplication - In House  Photocopy - User # 990100, NY, 2653 page(s) | $265.30 | |
| 05/19/09 | Meals - Business  Breakfast at LGA airport; R. Jacobs; Au Bon Pain | $4.52 | |
| 05/22/09 | Duplication - In House  Photocopy - Jacobs, Ryan, NY, 4 page(s) | $0.40 | |
| 05/26/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E229 DATE: 5/30/2009 TRACKING #: 1Z02E52E6650540126; PICKUP DATE: 05/26/2009; SENDER: RYAN JACOBS/E.L.; RECEIVER: MICHAEL WUNDER - FRASER MILNER CASGRAIN; | $18.48 | |
| | People's Republic of China Tax (5% tax on services rendered in China) | $146.10 | |
| | Current Expenses | | $54,512.10 |