# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 1, 2009 THROUGH MAY 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 11.10 | $10,267.50 |
| John W. Berry | Partner for 2 years; Admitted in 1999; Litigation Department | $675 | 38.00 | $25,650.00 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 78.10 | $64,432.50 |
| David J. D'Urso | Partner for 3 years; Admitted in 1997; Corporate Department | $700 | 25.20 | $17,640.00 |
| Paul B. Hewitt | Partner for 26 years; Admitted in 1974; Litigation Department | $755 | 1.30 | $981.50 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 124.85 | $118,607.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $620 | 26.30 | $16,306.00 |
| Jordan J. Metzger | Partner for 8 years; Admitted in 1984; Real Estate Department | $595 | 2.50 | $1,487.50 |
| David H. Quigley | Partner for 2 years; Admitted in 2000; Environmental Department | $565 | 2.70 | $1,525.50 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 25.05 | $16,908.75 |
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 24.50 | $18,497.50 |
| Janet J. Tang | Partner for 6 years; Admitted in 2001; Beijing Practice | $660 | 1.50 | $990.00 |

8172752 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 7.90 | $5,767.00 |
| Rolf Zaiss | Partner for 1 year; Admitted in 1993; Tax Department | $750 | 3.30 | $2,491.50 |
| James P. Chou | Senior Counsel for 1 year; Admitted in 1997; Litigation Department | $605 | 46.90 | $28,374.50 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 45.40 | $28,148.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 13.60 | $8,296.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 62.20 | $40,430.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 28.60 | $16,588.00 |
| David T. Blonder | Counsel for 1 year; Admitted in 2001; Litigation Department | $500 | 3.40 | $1,700.00 |
| Michelle A. Burg | Counsel for 3 years; Admitted in 2001; Labor Department | $625 | 11.90 | $7,437.50 |
| Tony D. Feurstein | Counsel for 1 year; Admitted in 2003; Corporate Department | $580 | 124.10 | $71,978.00 |
| Charles E. Franklin | Counsel for 1 year; Admitted in 2003; Environmental Department | $470 | 2.50 | $1,175.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 247.55 | $131,201.50 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 20.80 | $11,648.00 |

8172752 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Ning Lu | Counsel for 2 years; Admitted in 2002; Beijing Practice | $460 | 4.20 | $1,932.00 |
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 18.70 | $9,163.00 |
| Laura T. Geyer | Senior Attorney for 1 year; Admitted in 1998; Intellectual Property Department | $410 | 4.90 | $2,009.00 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 119.40 | $44,775.00 |
| Amy J. Lanctot | Associate for 4 years; Admitted in 2004; Corporate Department | $440 | 6.50 | $2,860.00 |
| Nyron Persaud | Associate for 2 years; Admitted in 2008; Tax Department | $375 | 4.00 | $1,500.00 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 30.60 | $12,852.00 |
| Daniel Z. Vira | Associate for 9 years; Admitted in 1993; ERISA Department | $580 | 31.00 | $17,980.00 |
| Elizabeth J. Young | Associate for 3 years; Admitted in 2007; Litigation Department | $420 | 56.60 | $23,772.00 |
| Rebecca L.M. Barloon | Legal Assistant for 2 years; Financial Restructuring Department | $190 | 3.30 | $627.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 19 years; Financial Restructuring Department | $210 | 1.20 | $252.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 2.10 | $514.50 |

Total Amount of Fees:     $766,765.75
Total Number of Hours:    1,261.75
Blended Hourly Rate:      $607.70

8172752 v1