**Exhibit "A"**

EXHIBIT A

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Wu Justin | 14-Jan-09 | $ 226 | 1.8 | $ 406.80 | Bankruptcy comparables research |
| Rentsch Eric | 15-Jan-09 | $ 226 | 0.2 | $ 45.20 | Review on logins and data access |
| Rentsch Eric | 15-Jan-09 | $ 226 | 5.3 | $ 1,197.80 | Research on comparables for bankruptcy benchmarking |
| Rentsch Eric | 16-Jan-09 | $ 226 | 4.0 | $ 904.00 | KEIP practices research |
| Rentsch Eric | 16-Jan-09 | $ 226 | 4.5 | $ 1,017.00 | Bankruptcy comparables research |
| Rentsch Eric | 19-Jan-09 | $ 226 | 5.5 | $ 1,243.00 | Creation of KEIP term sheet and discussions regarding same |
| Weiler Jo-Anne | 19-Jan-09 | $ 221 | 1.5 | $ 331.50 | Research on CCAA compensation practices |
| King Rene | 20-Jan-09 | $ 667 | 1.0 | $ 667.00 | Update meeting |
| Dempsey John | 20-Jan-09 | $ 725 | 2.0 | $ 1,450.00 | Application of KEIP to sales force |
| Rentsch Eric | 20-Jan-09 | $ 226 | 1.0 | $ 226.00 | Creation of KEIP term sheet and discussions regarding same |
| King Rene | 21-Jan-09 | $ 667 | 0.1 | $ 66.70 | Prepare for call with Elena King |
| King Rene | 21-Jan-09 | $ 667 | 0.9 | $ 600.30 | Call with Elena King |
| Mayer Julie | 21-Jan-09 | $ 72 | 12.0 | $ 864.00 | Washington Resource Group Research on Bankruptcy |
| Rentsch Eric | 21-Jan-09 | $ 226 | 3.8 | $ 858.80 | Creation of KEIP term sheet and discussions regarding same |
| King Rene | 22-Jan-09 | $ 667 | 0.7 | $ 466.90 | Outlining KERP deck |
| Rentsch Eric | 22-Jan-09 | $ 226 | 2.3 | $ 519.80 | Creation of KEIP term sheet and discussions regarding same |
| Rentsch Eric | 23-Jan-09 | $ 226 | 6.9 | $ 1,559.40 | Creation of KEIP term sheet and discussions regarding same |
| Wadgaonkar Shruti | 23-Jan-09 | $ 255 | 0.2 | $ 51.00 | TSR calculation revisions |
| King Rene | 24-Jan-09 | $ 667 | 1.8 | $ 1,200.60 | Discussion of KERP report practices |
| Rentsch Eric | 24-Jan-09 | $ 226 | 8.2 | $ 1,853.20 | Bankruptcy comparables research |
| Dempsey John | 25-Jan-09 | $ 725 | 6.0 | $ 4,350.00 | KERP and sales incentive review |
| Rentsch Eric | 25-Jan-09 | $ 226 | 6.2 | $ 1,401.20 | Research and analysis on Nortel data |
| Dempsey John | 26-Jan-09 | $ 725 | 8.0 | $ 5,800.00 | Meetings at Nortel in Toronto |
| King Rene | 26-Jan-09 | $ 667 | 8.2 | $ 5,469.40 | Preparation and meeting in Toronto |
| Dempsey John | 27-Jan-09 | $ 725 | 8.0 | $ 5,800.00 | Meetings at Nortel in Toronto |
| King Rene | 27-Jan-09 | $ 667 | 3.5 | $ 2,334.50 | KEIP calls and review |
| Rentsch Eric | 27-Jan-09 | $ 226 | 5.5 | $ 1,243.00 | Research and analysis on Nortel compensation practices data from client |
| Dempsey John | 28-Jan-09 | $ 725 | 4.0 | $ 2,900.00 | AIP and KERP designs discussion |
| King Rene | 28-Jan-09 | $ 667 | 3.0 | $ 2,001.00 | KEIP calls and design |
| Rentsch Eric | 28-Jan-09 | $ 226 | 5.8 | $ 1,310.80 | Nortel incumbent database of compensation analysis |
| Dempsey John | 29-Jan-09 | $ 725 | 2.0 | $ 1,450.00 | Application of KEIP to the sales force |
| Dempsey John | 29-Jan-09 | $ 725 | 4.0 | $ 2,900.00 | AIP and KERP designs discussion |
| King Rene | 29-Jan-09 | $ 667 | 3.0 | $ 2,001.00 | KEIP and AIP discussions |
| Moses Michael | 29-Jan-09 | $ 226 | 3.0 | $ 678.00 | Research on AIP cash plan prevalence |
| Rentsch Eric | 29-Jan-09 | $ 226 | 7.3 | $ 1,649.80 | Bankruptcy research and market practices data gathering |
| Czarnota Sarah | 30-Jan-09 | $ 348 | 2.0 | $ 696.00 | Summarize Nortel STI/LTI programs for Creditors Committee meeting report |
| Dempsey John | 30-Jan-09 | $ 725 | 4.0 | $ 2,900.00 | AIP and KERP designs discussion |
| Dempsey John | 30-Jan-09 | $ 725 | 3.0 | $ 2,175.00 | Performance metrics for the AIP |
| King Rene | 30-Jan-09 | $ 667 | 2.0 | $ 1,334.00 | Telephone calls regarding KEIP |
| Moses Michael | 30-Jan-09 | $ 226 | 2.0 | $ 452.00 | Research on AIP cash plan prevalence |
| Rentsch Eric | 30-Jan-09 | $ 226 | 6.0 | $ 1,356.00 | Nortel incumbent database analysis |
| Rentsch Eric | 30-Jan-09 | $ 226 | 4.5 | $ 1,017.00 | Bankruptcy comparables research |
| King Rene | 31-Jan-09 | $ 667 | 0.5 | $ 333.50 | Discuss AIP metrics w/ Elena King and Sonny of Nortel finance deparment |
| **TOTALS** | | | **165.2** | **$ 67,081.20** | |