**Exhibit "B"**

EXHIBIT B

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch Eric | 1-Feb-09 | $ 226 | 5.5 | $ 1,243.00 | Nortel KEIP/KERP Report for CHRC Meeting |
| Dempsey John | 2-Feb-09 | $ 725 | 2.0 | $ 1,450.00 | Project management |
| Rentsch Eric | 2-Feb-09 | $ 226 | 1.5 | $ 339.00 | Nortel KEIP/KERP Report for CHRC Meeting |
| Dempsey John | 3-Feb-09 | $ 725 | 2.0 | $ 1,450.00 | Project management |
| Dempsey John | 4-Feb-09 | $ 725 | 1.5 | $ 1,087.50 | Project management |
| King Rene | 4-Feb-09 | $ 667 | 0.5 | $ 333.50 | Status meeting with John |
| Nieting Justin | 4-Feb-09 | $ 226 | 0.5 | $ 113.00 | Insolvency practice research |
| Rentsch Eric | 4-Feb-09 | $ 226 | 1.5 | $ 339.00 | Project planning |
| Dempsey John | 5-Feb-09 | $ 725 | 1.0 | $ 725.00 | Call with Dennis Carrey and Elena King |
| King Rene | 5-Feb-09 | $ 667 | 0.5 | $ 333.50 | Discussions of KERP deck |
| Nieting Justin | 5-Feb-09 | $ 226 | 3.5 | $ 791.00 | Insolvency practice research |
| Rentsch Eric | 5-Feb-09 | $ 226 | 5.5 | $ 1,243.00 | Research on USA KERP Practices in telecommunications industry |
| Rentsch Eric | 5-Feb-09 | $ 226 | 0.5 | $ 113.00 | Project planning |
| Dempsey John | 6-Feb-09 | $ 725 | 2.0 | $ 1,450.00 | Revisions to the KEIP |
| Rentsch Eric | 6-Feb-09 | $ 226 | 0.7 | $ 158.20 | Call with client working group |
| Rentsch Eric | 6-Feb-09 | $ 226 | 6.5 | $ 1,469.00 | Nortel KEIP/KERP Report for CHRC Meeting |
| Dempsey John | 7-Feb-09 | $ 725 | 0.5 | $ 362.50 | Conference Call with Elena King |
| Dempsey John | 8-Feb-09 | $ 725 | 1.0 | $ 725.00 | Review of charts on KEIP from Elena King and call with Jim Bromley regarding same |
| Dempsey John | 9-Feb-09 | $ 725 | 1.0 | $ 725.00 | Call with experts and steering committee |
| King Rene | 9-Feb-09 | $ 667 | 0.5 | $ 333.50 | Debrief with Mercer team |
| King Rene | 9-Feb-09 | $ 667 | 1.0 | $ 667.00 | Call with Cleary and other client advisors |
| King Rene | 9-Feb-09 | $ 667 | 0.5 | $ 333.50 | Call with Elena King and Dennis Carrey |
| Rentsch Eric | 9-Feb-09 | $ 226 | 0.8 | $ 180.80 | Call with client working group |
| Rentsch Eric | 9-Feb-09 | $ 226 | 2.2 | $ 497.20 | Report drafting for Creditors Committee meeting |
| Rentsch Eric | 9-Feb-09 | $ 226 | 2.8 | $ 632.80 | Research on Dana/Delphi/Dura KEIP practice |
| Rentsch Eric | 9-Feb-09 | $ 226 | 2.0 | $ 452.00 | Research on competitive market practice |
| Dempsey John | 10-Feb-09 | $ 725 | 1.0 | $ 725.00 | Call with experts and steering committee |
| King Rene | 10-Feb-09 | $ 667 | 1.0 | $ 667.00 | Call with Cleary and other client advisors |
| Rentsch Eric | 10-Feb-09 | $ 226 | 8.0 | $ 1,808.00 | Report drafting for Creditors Committee meeting |
| Rentsch Eric | 10-Feb-09 | $ 226 | 2.0 | $ 452.00 | Report editing and peer review |
| Rentsch Eric | 10-Feb-09 | $ 226 | 2.0 | $ 452.00 | Call with Elena King |
| Dempsey John | 11-Feb-09 | $ 725 | 6.0 | $ 4,350.00 | Prep of February 12 draft report |
| King Rene | 11-Feb-09 | $ 667 | 2.5 | $ 1,667.50 | Review of report for Creditors Committee meeting |
| King Rene | 11-Feb-09 | $ 667 | 1.0 | $ 667.00 | Discussion with Elena King and Nortel HR |
| Rentsch Eric | 11-Feb-09 | $ 226 | 10.0 | $ 2,260.00 | Report drafting for Creditors Committee meeting |
| Rentsch Eric | 11-Feb-09 | $ 226 | 1.0 | $ 226.00 | Call with Elena King |
| Chingos Peter | 12-Feb-09 | $ 870 | 1.0 | $ 870.00 | Preparation for meeting with Nortel creditors |
| Dempsey John | 12-Feb-09 | $ 725 | 7.0 | $ 5,075.00 | Preparation of February 12 draft report |
| Dempsey John | 12-Feb-09 | $ 725 | 1.0 | $ 725.00 | Conference call with Nortel steering committee |
| Dempsey John | 12-Feb-09 | $ 725 | 1.0 | $ 725.00 | Conference call with Dennis Carrey |
| Dempsey John | 12-Feb-09 | $ 725 | 3.0 | $ 2,175.00 | Multiple conference calls with Elena King |
| King Rene | 12-Feb-09 | $ 667 | 1.5 | $ 1,000.50 | Multiple conference calls with Elena King and Dennis Carrey |
| King Rene | 12-Feb-09 | $ 667 | 0.5 | $ 333.50 | Statement of Work Drafting and invoicing |
| King Rene | 12-Feb-09 | $ 667 | 1.5 | $ 1,000.50 | Review of February 12 draft report with John Dempsey and Eric Rentsch |
| King Rene | 12-Feb-09 | $ 667 | 2.5 | $ 1,667.50 | Second Review of February 12 draft report with John Dempsey and Eric Rentsch |
| Rentsch Eric | 12-Feb-09 | $ 226 | 4.0 | $ 904.00 | Report editing and peer review |
| Rentsch Eric | 12-Feb-09 | $ 226 | 10.0 | $ 2,260.00 | Report drafting for Creditors Committee meeting |
| Dempsey John | 13-Feb-09 | $ 725 | 0.5 | $ 362.50 | Updating report for Creditors Committee and CHRC |
| Rentsch Eric | 13-Feb-09 | $ 226 | 2.5 | $ 565.00 | Report editing and peer review |
| Rentsch Eric | 16-Feb-09 | $ 226 | 2.5 | $ 565.00 | Creditors Committee due diligence summarizing |
| Rentsch Eric | 16-Feb-09 | $ 226 | 1.0 | $ 226.00 | Finalizing supporting documentation for results to present to Creditors Committee |
| Czarnota Sarah | 17-Feb-09 | $ 348 | 3.3 | $ 1,148.40 | Peer review analysis and report for Incentive Plan Reasonableness Review |
| Dempsey John | 17-Feb-09 | $ 725 | 0.5 | $ 362.50 | Project management |
| Dempsey John | 17-Feb-09 | $ 725 | 1.5 | $ 1,087.50 | Briefing Peter Chingos for CHRC Meeting |

EXHIBIT B

| Name | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| King Rene | 17-Feb-09 | $667 | 0.8 | $533.60 | Peer review of report for CHRC meeting |
| Rentsch Eric | 17-Feb-09 | $226 | 5.0 | $1,130.00 | Creditors Committee due diligence summarizing |
| Rentsch Eric | 17-Feb-09 | $226 | 3.0 | $678.00 | Finalizing supporting documentation for results to present to Creditors Committee |
| Chingos Peter | 18-Feb-09 | $870 | 2.5 | $2,175.00 | Multiple discussions with John Dempsey |
| Chingos Peter | 18-Feb-09 | $870 | 0.5 | $435.00 | Review of materials and attendance via phone of creditors meeting |
| Dempsey John | 18-Feb-09 | $725 | 2.5 | $1,812.50 | Call to discuss report with Creditors Committee |
| King Rene | 18-Feb-09 | $667 | 1.5 | $1,000.50 | Call to discuss report with Creditors Committee |
| King Rene | 18-Feb-09 | $667 | 2.0 | $1,334.00 | Research STI/LTI data sources |
| Rentsch Eric | 18-Feb-09 | $226 | 6.5 | $1,469.00 | Creditors Committee due diligence summarizing |
| Rentsch Eric | 18-Feb-09 | $226 | 5.0 | $1,130.00 | Finalizing supporting documentation for results to present to Creditors Committee |
| Rentsch Eric | 18-Feb-09 | $226 | 2.0 | $452.00 | Call with creditor advisors and client |
| Dempsey John | 19-Feb-09 | $725 | 2.0 | $1,450.00 | Preparation for and attendance at the CHRC meeting board meeting |
| Dempsey John | 19-Feb-09 | $725 | 2.0 | $1,450.00 | Final editing of the deck for February 20 |
| Dempsey John | 19-Feb-09 | $725 | 0.5 | $362.50 | Debrief with Peter Chingos |
| Rentsch Eric | 19-Feb-09 | $226 | 3.7 | $836.20 | Creditors Committee due diligence summarizing |
| Rentsch Eric | 19-Feb-09 | $226 | 3.0 | $678.00 | Finalizing supporting documentation for results to present to Creditors Committee |
| Chingos Peter | 20-Feb-09 | $870 | 1.0 | $870.00 | Attended Board meeting by phone |
| Dempsey John | 20-Feb-09 | $725 | 2.0 | $1,450.00 | CHRC meeting on site |
| Dempsey John | 20-Feb-09 | $725 | 4.0 | $2,900.00 | Responding to creditors' questions |
| Rentsch Eric | 20-Feb-09 | $226 | 2.5 | $565.00 | Creditors Committee due diligence summarizing |
| Chingos Peter | 21-Feb-09 | $870 | 0.5 | $435.00 | Discussion with John Dempsey |
| Chingos Peter | 21-Feb-09 | $870 | 0.5 | $435.00 | Review of CHRC Board Meeting Material |
| Dempsey John | 21-Feb-09 | $725 | 4.0 | $2,900.00 | Attend Board meeting on site |
| King Rene | 21-Feb-09 | $667 | 1.5 | $1,000.50 | Review of market data sources for benchmarking |
| King Rene | 21-Feb-09 | $667 | 0.5 | $333.50 | Review of analysis for program costing |
| Rentsch Eric | 21-Feb-09 | $226 | 11.5 | $2,599.00 | Due diligence on analysis and providing back-up for Creditor's Committee advisors |
| Dempsey John | 22-Feb-09 | $725 | 4.0 | $2,900.00 | Responding to creditors' questions |
| Rentsch Eric | 22-Feb-09 | $226 | 4.8 | $1,084.80 | Meetings to discuss due diligence analysis and providing further back-up for Creditor's Committee |
| Beraldo Martin | 23-Feb-09 | $203 | 0.3 | $60.90 | Various discussions with working group regarding directors compensation review |
| Dempsey John | 23-Feb-09 | $725 | 2.0 | $1,450.00 | Creditors Committee call |
| King Rene | 23-Feb-09 | $667 | 0.5 | $333.50 | Review of Dempsey Declaration |
| King Rene | 23-Feb-09 | $667 | 1.0 | $667.00 | Team update meeting |
| King Rene | 23-Feb-09 | $667 | 1.0 | $667.00 | Review of Dempsey Declaration and KEIP/KERP |
| King Rene | 23-Feb-09 | $667 | 2.5 | $1,667.50 | Board of Directors - Non-Executive Chair and Audit Committee Chairman analysis and report drafting |
| Mayer Julie | 23-Feb-09 | $72 | 12.0 | $864.00 | Washington Resource Group research on bankruptcy |
| Rentsch Eric | 23-Feb-09 | $226 | 3.0 | $678.00 | Various telephone calls regarding planning and reviewing motion for KEIP/KERP content |
| Rentsch Eric | 23-Feb-09 | $226 | 5.0 | $1,130.00 | Review of KEIP/KERP motion and creation of back-up report |
| Rentsch Eric | 23-Feb-09 | $226 | 5.0 | $1,130.00 | Reviewing and editing KERP back-up document |
| Taylor Su | 23-Feb-09 | $406 | 0.8 | $324.80 | Call with Rene King to discuss directors compensation analyis request |
| Wu Justin | 23-Feb-09 | $226 | 5.0 | $1,130.00 | Board of Directors - Non-Executive Chair and Audit Committee Chairman analysis and report drafting |
| Beraldo Martin | 24-Feb-09 | $203 | 3.7 | $751.10 | Follow up DC analysis discussions with Justin Wu |
| Dempsey John | 24-Feb-09 | $725 | 3.0 | $2,175.00 | Call reviewing KERP materials |
| Dempsey John | 24-Feb-09 | $725 | 1.0 | $725.00 | Preparation of KERP Deck |
| Dempsey John | 24-Feb-09 | $725 | 2.0 | $1,450.00 | Call with the client and advisors and motion call |
| King Rene | 24-Feb-09 | $667 | 2.0 | $1,334.00 | Directors Comp - review deck |
| King Rene | 24-Feb-09 | $667 | 1.0 | $667.00 | Directors Comp - call with Gordon Davies and Tracy Connelly |
| King Rene | 24-Feb-09 | $667 | 0.5 | $333.50 | Discussions on KERP |

EXHIBIT B

| Name | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch Eric | 24-Feb-09 | $ 226 | 1.5 | $ 339.00 | Various telephone calls regarding planning and reviewing motion for KEIP/KERP content |
| Rentsch Eric | 24-Feb-09 | $ 226 | 5.5 | $ 1,243.00 | Analysis on costing of participation in KEIP/KERP for Nortel employees |
| Rentsch Eric | 24-Feb-09 | $ 226 | 7.5 | $ 1,695.00 | Review of KEIP/KERP motion and creation of back-up report |
| Taylor Su | 24-Feb-09 | $ 406 | 1.7 | $ 690.20 | Review DC draft charts and discuss with Rene King and Justin Wu |
| Taylor Su | 24-Feb-09 | $ 406 | 2.0 | $ 812.00 | Call with Gordon Davies and Tracy Connelly and discuss changes and review final changes for Justin Wu |
| Wu Justin | 24-Feb-09 | $ 226 | 4.2 | $ 949.20 | BOD Analysis |
| Dempsey John | 25-Feb-09 | $ 725 | 3.0 | $ 2,175.00 | Multiple calls with Nortel |
| Rentsch Eric | 25-Feb-09 | $ 226 | 1.5 | $ 339.00 | Various telephone calls regarding planning and reviewing motion for KEIP/KERP content |
| Rentsch Eric | 25-Feb-09 | $ 226 | 7.0 | $ 1,582.00 | Review of KEIP/KERP motion and creation of back-up report |
| Rentsch Eric | 25-Feb-09 | $ 226 | 2.0 | $ 452.00 | Meetings discussing changed strategy for filing |
| Rentsch Eric | 25-Feb-09 | $ 226 | 0.5 | $ 113.00 | Analysis on costing of participation in KEIP/KERP for Nortel employees |
| Wu Justin | 25-Feb-09 | $ 226 | 1.0 | $ 226.00 | Board of Directors Compensation Review analysis |
| Czarnota Sarah | 26-Feb-09 | $ 348 | 0.2 | $ 69.60 | Review materials for March 18 CHRC Meeting with working group |
| Dempsey John | 26-Feb-09 | $ 725 | 2.0 | $ 1,450.00 | Review of KEIP/KERP motion and review of back-up |
| Dempsey John | 26-Feb-09 | $ 725 | 1.0 | $ 725.00 | Preperation of Dempsey Declaration |
| King Rene | 26-Feb-09 | $ 667 | 0.5 | $ 333.50 | Review of Dempsey Declaration |
| Rentsch Eric | 26-Feb-09 | $ 226 | 1.5 | $ 339.00 | Meetings discussing changed strategy for filing |
| Rentsch Eric | 26-Feb-09 | $ 226 | 2.0 | $ 452.00 | Various telephone calls regarding planning and reviewing filing content |
| Rentsch Eric | 26-Feb-09 | $ 226 | 8.0 | $ 1,808.00 | Filing documents and supporting report creation |
| Taylor Su | 26-Feb-09 | $ 406 | 0.7 | $ 284.20 | Follow up on request from John MacNaughton, Chair of Audit Committee |
| Wu Justin | 26-Feb-09 | $ 226 | 1.0 | $ 226.00 | Board of Directors compensation review analysis |
| Chingos Peter | 27-Feb-09 | $ 870 | 2.0 | $ 1,740.00 | Review of court filings materials and discussion with John Dempsey regarding same |
| Czarnota Sarah | 27-Feb-09 | $ 348 | 1.5 | $ 522.00 | Review materials for March 18 CHRC Meeting with working group |
| Dempsey John | 27-Feb-09 | $ 725 | 4.0 | $ 2,900.00 | Final review of KEIP/KERP motion and declaration |
| King Rene | 27-Feb-09 | $ 667 | 1.0 | $ 667.00 | Review of materials for CHRC Meeting on March 18 |
| King Rene | 27-Feb-09 | $ 667 | 0.5 | $ 333.50 | Final review of Dempsey Declaration |
| Rentsch Eric | 27-Feb-09 | $ 226 | 3.0 | $ 678.00 | Review of KEIP/KERP motion and creation of back-up report |
| Rentsch Eric | 27-Feb-09 | $ 226 | 3.0 | $ 678.00 | Various calls regarding planning and reviewing motion for KEIP/KERP content |
| **TOTALS** | | | **326.7** | **$ 127,633.00** | |