**Exhibit "C"**

EXHIBIT C

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Czarnota Sarah | 1-Mar-09 | $ 348 | 3.5 | $ 1,218.00 | KEIP market research and analysis |
| Czarnota Sarah | 1-Mar-09 | $ 348 | 3.0 | $ 1,044.00 | Draft report & exhibits for KEIP market research and review same with John Dempsey and Rene King |
| Czarnota Sarah | 2-Mar-09 | $ 348 | 3.0 | $ 1,044.00 | Additional KEIP market research/analysis and revise draft report and exhibits |
| Czarnota Sarah | 2-Mar-09 | $ 348 | 0.5 | $ 174.00 | Review KEIP with John Dempsey and Rene King |
| Dempsey John | 2-Mar-09 | $ 725 | 1.0 | $ 725.00 | Preperation of Dempsey testimony |
| Dempsey John | 2-Mar-09 | $ 725 | 0.5 | $ 362.50 | Prep for CHRC meeting on March 18 |
| King Rene | 2-Mar-09 | $ 667 | 1.0 | $ 667.00 | Team update and call with Leila Wong on KEIP |
| Rentsch Eric | 2-Mar-09 | $ 226 | 1.7 | $ 384.20 | Preparation and review of Canadian Filing |
| Czarnota Sarah | 3-Mar-09 | $ 348 | 1.5 | $ 522.00 | KEIP market research and analysis and draft report & exhibits |
| Dempsey John | 3-Mar-09 | $ 725 | 1.0 | $ 725.00 | Preparation for testimony |
| Rentsch Eric | 3-Mar-09 | $ 226 | 1.5 | $ 339.00 | Preparation and review of Canadian Filing |
| Rentsch Eric | 3-Mar-09 | $ 226 | 2.8 | $ 632.80 | KEIP Benchmarking Research |
| Czarnota Sarah | 4-Mar-09 | $ 348 | 0.8 | $ 278.40 | Review KEIP with John Dempsey and Rene King |
| Dempsey John | 4-Mar-09 | $ 725 | 1.0 | $ 725.00 | Preparation for testimony |
| King Rene | 4-Mar-09 | $ 667 | 1.5 | $ 1,000.50 | Update discussion on KEIP |
| Rentsch Eric | 4-Mar-09 | $ 226 | 7.5 | $ 1,695.00 | KEIP benchmarking research |
| Czarnota Sarah | 5-Mar-09 | $ 348 | 1.5 | $ 522.00 | Additional KEIP market research and analysis and revise draft report & exhibits |
| Dempsey John | 5-Mar-09 | $ 725 | 10.0 | $ 7,250.00 | Preperation for, and attendance at, March 4th bankruptcy court hearing |
| Rentsch Eric | 5-Mar-09 | $ 226 | 6.0 | $ 1,356.00 | KEIP benchmarking research |
| Dempsey John | 6-Mar-09 | $ 725 | 1.0 | $ 725.00 | Attend to KEIP provisoins |
| Rentsch Eric | 6-Mar-09 | $ 226 | 0.7 | $ 158.20 | Meeting with Client |
| Rentsch Eric | 6-Mar-09 | $ 226 | 3.0 | $ 678.00 | KEIP benchmarking research |
| Dempsey John | 9-Mar-09 | $ 725 | 0.5 | $ 362.50 | SLT data request |
| Dempsey John | 9-Mar-09 | $ 725 | 0.5 | $ 362.50 | SVP Operations compensation report |
| Rentsch Eric | 9-Mar-09 | $ 226 | 1.7 | $ 384.20 | Analysis for CHRC Meeting on March 18 |
| Rentsch Eric | 9-Mar-09 | $ 226 | 0.8 | $ 180.80 | Call with Leila Wong |
| Dempsey John | 10-Mar-09 | $ 725 | 2.0 | $ 1,450.00 | SLT Compensation slides peer review |
| Dempsey John | 10-Mar-09 | $ 725 | 1.0 | $ 725.00 | Contingency planning for March 18 CHRC meeting |
| Rentsch Eric | 10-Mar-09 | $ 226 | 6.0 | $ 1,356.00 | Prepare necessary information for CHRC Meeting on March 18 |
| Rentsch Eric | 10-Mar-09 | $ 226 | 2.0 | $ 452.00 | Peer review of report for CHRC March 18 Meeting |
| Dempsey John | 11-Mar-09 | $ 725 | 1.0 | $ 725.00 | Contingency planning for March 18 CHRC meeting |
| Dempsey John | 11-Mar-09 | $ 725 | 1.0 | $ 725.00 | SLT Comp slides peer review |
| Rentsch Eric | 11-Mar-09 | $ 226 | 7.0 | $ 1,582.00 | Prepare necessary information for CHRC Meeting on March 18 |
| Rentsch Eric | 11-Mar-09 | $ 226 | 0.5 | $ 113.00 | Document preparation for US Trustee |
| Dempsey John | 12-Mar-09 | $ 725 | 1.0 | $ 725.00 | Contingency planning for March 18 CHRC meeting call with Leila Wong |
| Dempsey John | 12-Mar-09 | $ 725 | 1.0 | $ 725.00 | Joe Flannigan comp deck |
| Rentsch Eric | 12-Mar-09 | $ 226 | 2.0 | $ 452.00 | Prepare necessary information for CHRC Meeting on March 18 |
| King Rene | 16-Mar-09 | $ 667 | 0.5 | $ 333.50 | Invoicing preparation |
| Dempsey John | 18-Mar-09 | $ 725 | 2.0 | $ 1,450.00 | Documenting and discussing miscellaneous changes to the KEIP roster |
| Rentsch Eric | 18-Mar-09 | $ 226 | 1.2 | $ 271.20 | Updates to report from March 5 hearing for March 20 hearing |
| Rentsch Eric | 18-Mar-09 | $ 226 | 0.9 | $ 203.40 | Editing report for CHRC Meeting on March 18 |
| Rentsch Eric | 18-Mar-09 | $ 226 | 0.5 | $ 113.00 | Meeting with Leila Wong & Tracy Connelly |
| Dempsey John | 19-Mar-09 | $ 725 | 2.0 | $ 1,450.00 | Documenting and discussing miscellaneous changes to the KEIP roster |
| Rentsch Eric | 19-Mar-09 | $ 226 | 2.0 | $ 452.00 | Analyzing client revisions to KERP and KEIP |
| Rentsch Eric | 19-Mar-09 | $ 226 | 4.5 | $ 1,017.00 | Updates to report from March 5 hearing for March 20 hearing |
| Rentsch Eric | 19-Mar-09 | $ 226 | 0.7 | $ 158.20 | Meeting with Sanjeet Malik and Zachary Kolkin |
| Dempsey John | 20-Mar-09 | $ 725 | 8.0 | $ 5,800.00 | Preparation for, and attendance at, March 20 bankruptcy court hearing |
| Dempsey John | 22-Mar-09 | $ 725 | 1.0 | $ 725.00 | Preparation for compensation committee meeting |

EXHIBIT C

| Name | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Chingos Peter | 23-Mar-09 | $ 870 | 1.0 | $ 870.00 | Phone meeting with John Dempsey |
| Dempsey John | 23-Mar-09 | $ 725 | 1.0 | $ 725.00 | Discussion for compensation committee meeting |
| Dempsey John | 23-Mar-09 | $ 725 | 1.0 | $ 725.00 | Review and preperation for compensation committee meeting |
| Dempsey John | 23-Mar-09 | $ 725 | 3.0 | $ 2,175.00 | Multiple telephone conferences regarding NGS project management |
| Mayer Julie | 23-Mar-09 | $ 72 | 12.0 | $ 864.00 | Washington Resource Group research on bankruptcy |
| Rentsch Eric | 23-Mar-09 | $ 226 | 3.0 | $ 678.00 | Drafting of opinion letter on NGS retention plan |
| Rentsch Eric | 23-Mar-09 | $ 226 | 1.2 | $ 271.20 | Call with Nortel Government Solutions team |
| Rentsch Eric | 23-Mar-09 | $ 226 | 1.0 | $ 226.00 | Market practice on defined contribution plan matching |
| Chingos Peter | 24-Mar-09 | $ 870 | 1.0 | $ 870.00 | Conference call with Nortel regarding KEIP market case studies and next steps - contingency planning |
| Dempsey John | 24-Mar-09 | $ 725 | 3.0 | $ 2,175.00 | Preparation of report regarding Nortel Government Solutions |
| Dempsey John | 24-Mar-09 | $ 725 | 1.0 | $ 725.00 | Preperation for compensation committee meeting |
| King Rene | 24-Mar-09 | $ 667 | 1.0 | $ 667.00 | Update call regarding potential KEIP modifications |
| Rentsch Eric | 24-Mar-09 | $ 226 | 1.6 | $ 361.60 | Drafting of opinion letter on NGS retention plan |
| Rentsch Eric | 24-Mar-09 | $ 226 | 2.8 | $ 632.80 | Research on contingency compensation practices |
| Rentsch Eric | 24-Mar-09 | $ 226 | 1.9 | $ 429.40 | Update call with Client and internal planning meeting |
| Chingos Peter | 25-Mar-09 | $ 870 | 2.0 | $ 1,740.00 | Preparation and call with working group regarding review of package for CHRCH |
| Dempsey John | 25-Mar-09 | $ 725 | 3.0 | $ 2,175.00 | Call with Elena King and Leila Wong regarding compensation committee meeting |
| King Rene | 25-Mar-09 | $ 667 | 1.0 | $ 667.00 | Peer review contingency plan KEIP deck and call with Elena King and Leila Wong regarding same |
| Rentsch Eric | 25-Mar-09 | $ 226 | 5.5 | $ 1,243.00 | Drafting of opinion letter on NGS retention plan |
| Rentsch Eric | 25-Mar-09 | $ 226 | 0.5 | $ 113.00 | Update call with client and internal planning meetings |
| Rentsch Eric | 25-Mar-09 | $ 226 | 3.0 | $ 678.00 | Contingency planning on compensation practices review |
| Wolf Jessicca | 25-Mar-09 | $ 226 | 1.0 | $ 226.00 | Reviewing Nortel Government Solutions report and analysis back-up |
| Chingos Peter | 26-Mar-09 | $ 870 | 0.5 | $ 435.00 | Call w/ E&Y monitor Murray McDonald |
| Chingos Peter | 26-Mar-09 | $ 870 | 0.5 | $ 435.00 | Call with working groupl re: contingency planning |
| Dempsey John | 26-Mar-09 | $ 725 | 1.5 | $ 1,087.50 | Preperation for compensation committee meeting |
| Dempsey John | 26-Mar-09 | $ 725 | 1.5 | $ 1,087.50 | Multiple telephone conferences with working group and additional conference call with Dennis Carrey |
| Rentsch Eric | 26-Mar-09 | $ 226 | 0.5 | $ 113.00 | Update call with client and internal planning meetings |
| | | **TOTALS** | **161.3** | **$ 66,913.90** | |