**Exhibit "D"**

EXHIBIT D

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Butler Pamela | 29-Apr-09 | $493 | 0.5 | $246.50 | Teleconference with John Dempsey and Eric Rentsch re: Nortel; follow up with Eric and sent information for client report on incentive design |
| Butler Pamela | 29-Apr-09 | $493 | 1.0 | $493.00 | Call with John Dempsey and Eric Rentsch; follow up with Eric and sent information for client report on incentive design |
| Dempsey John | 20-Apr-09 | $725 | 0.7 | $507.50 | Discussions on Business Services TransitionCo |
| Dempsey John | 21-Apr-09 | $725 | 0.8 | $580.00 | Discussions on Business Services TransitionCo |
| Dempsey John | 22-Apr-09 | $725 | 0.5 | $362.50 | Discussions on Business Services TransitionCo |
| Dempsey John | 23-Apr-09 | $725 | 2.0 | $1,450.00 | Discussions on Business Services TransitionCo / Peer review of client report |
| Dempsey John | 23-Apr-09 | $725 | 0.5 | $362.50 | Conference call regarding TransitionCo w/ Elena & Leila |
| Dempsey John | 24-Apr-09 | $725 | 1.0 | $725.00 | Discussions on Business Services TransitionCo / Peer review of client report |
| Dempsey John | 27-Apr-09 | $725 | 1.0 | $725.00 | Peer review of TransitionCo report |
| Dempsey John | 28-Apr-09 | $725 | 0.8 | $580.00 | Prep of 4/29 draft report regarding TransitionCo |
| Dempsey John | 28-Apr-09 | $725 | 1.0 | $725.00 | Peer review of TransitionCo report |
| Dempsey John | 29-Apr-09 | $725 | 1.0 | $725.00 | Peer review of TransitionCo report |
| Dempsey John | 29-Apr-09 | $725 | 1.5 | $1,087.50 | Prep of 4/29 draft report regarding TransitionCo |
| Dempsey John | 30-Apr-09 | $725 | 1.0 | $725.00 | Peer review of TransitionCo report |
| Dempsey John | 30-Apr-09 | $725 | 1.0 | $725.00 | Call with Elena regarding 4/29 draft report for |
| King Rene | 3-Apr-09 | $667 | 0.7 | $466.90 | Reviewing final invoices |
| King Rene | 7-Apr-09 | $667 | 0.5 | $333.50 | Reviewing final invoices |
| King Rene | 13-Apr-09 | $667 | 0.5 | $333.50 | Update discussion with John |
| King Rene | 22-Apr-09 | $667 | 0.5 | $333.50 | Update with John D on TransitionCo |
| King Rene | 23-Apr-09 | $667 | 0.5 | $333.50 | TransitionCo discussions with Elena |
| Mayer Julie | 21-Apr-09 | $72 | 12.0 | $864.00 | WRG ic charge |
| Rentsch Eric | 1-Apr-09 | $226 | 0.5 | $113.00 | Assisting Nancy Allen with data on KEIP |
| Rentsch Eric | 6-Apr-09 | $226 | 1.0 | $226.00 | Invoicing & Project Management |
| Rentsch Eric | 7-Apr-09 | $226 | 1.0 | $226.00 | Invoicing & Project Management |
| Rentsch Eric | 9-Apr-09 | $226 | 0.5 | $113.00 | Invoicing & Project Management |
| Rentsch Eric | 16-Apr-09 | $226 | 0.5 | $113.00 | Wind down incentive research |
| Rentsch Eric | 21-Apr-09 | $226 | 6.0 | $1,356.00 | Research on compensation practices of companies during transition period (adelphia and others) |
| Rentsch Eric | 21-Apr-09 | $226 | 0.2 | $45.20 | Call with Leila & Elena |
| Rentsch Eric | 22-Apr-09 | $226 | 5.0 | $1,130.00 | Research on compensation of Circuit City & Enron |
| Rentsch Eric | 22-Apr-09 | $226 | 6.0 | $1,356.00 | Research on compensation practices of companies during transition period (adelphia and others) |
| Rentsch Eric | 23-Apr-09 | $226 | 1.0 | $226.00 | Call with Leila & Elena |
| Rentsch Eric | 23-Apr-09 | $226 | 2.9 | $655.40 | Drafting report summarizing research |
| Rentsch Eric | 24-Apr-09 | $226 | 1.0 | $226.00 | Call with Leila & Elena |
| Rentsch Eric | 27-Apr-09 | $226 | 0.5 | $113.00 | Meetings discussing TransitionCo |
| Rentsch Eric | 28-Apr-09 | $226 | 1.6 | $361.60 | Preparation of report on TransitionCo |
| Rentsch Eric | 29-Apr-09 | $226 | 3.5 | $791.00 | Research on TransitionCo incentive plan design |
| Rentsch Eric | 29-Apr-09 | $226 | 3.0 | $678.00 | Preparation of report on TransitionCo |
| | | TOTALS | 63.2 | $20,413.60 | |