**Exhibit "E"**

GROUP EXHIBIT E

## JANUARY

| Date | Amount | Description |
|------|--------|-------------|
| 15-Jan-09 | $ 7.43 | Communications/Cell Phone |
| 16-Jan-09 | $ 15.50 | Meals (Non-Travel) |
| 20-Jan-09 | $ 169.21 | Airfare |
| 22-Jan-09 | $ 26.93 | Meals (Non-Travel) |
| 22-Jan-09 | $ 10.46 | Meals (Non-Travel) |
| 22-Jan-09 | $ 1.10 | Meals (Non-Travel) |
| 22-Jan-09 | $ 16.70 | Meals (Non-Travel) |
| 22-Jan-09 | $ 73.50 | Transportation |
| 26-Jan-09 | $ 89.42 | Communications/Cell Phone |
| **TOTAL** | **$ 410.25** | |

## FEBRUARY

| Date | Amount | Description |
|------|--------|-------------|
| 1-Feb-09 | $ 16.80 | Communications/Cell Phone |
| 1-Feb-09 | $ 209.18 | Hotel/Lodging |
| 3-Feb-09 | $ 26.76 | Meals (Non-Travel) |
| 3-Feb-09 | $ 9.25 | Meals (Non-Travel) |
| 3-Feb-09 | $ 63.71 | Communications/Cell Phone |
| 3-Feb-09 | $ 73.93 | Communications/Cell Phone |
| 3-Feb-09 | $ 15.00 | Transportation |
| 3-Feb-09 | $ 14.85 | Transportation |
| 3-Feb-09 | $ 15.00 | Transportation |
| 3-Feb-09 | $ 14.00 | Transportation |
| 3-Feb-09 | $ 14.00 | Transportation |
| 3-Feb-09 | $ 15.00 | Transportation |
| 3-Feb-09 | $ 13.00 | Transportation |
| 9-Feb-09 | $ 210.16 | Car Rental |
| 9-Feb-09 | $ 6.60 | Personal Car Mileage |
| 9-Feb-09 | $ 6.66 | Personal Car Mileage |
| 9-Feb-09 | $ 18.60 | Parking/Misc |
| 9-Feb-09 | $ 25.37 | Meals (While Travel) |
| 9-Feb-09 | $ 0.81 | Communications/Cell Phone |
| 9-Feb-09 | $ 0.81 | Communications/Cell Phone |
| 9-Feb-09 | $ 0.81 | Communications/Cell Phone |
| 9-Feb-09 | $ 10.00 | Agency Fees-Travel |
| 9-Feb-09 | $ 10.00 | Agency Fees-Travel |
| 9-Feb-09 | $ 275.25 | Airfare |
| 9-Feb-09 | $ 332.25 | Airfare |
| 9-Feb-09 | $ 118.70 | Hotel/Lodging |
| 9-Feb-09 | $ 60.00 | Parking/Misc |
| 9-Feb-09 | $ 16.79 | Parking/Misc |
| 10-Feb-09 | $ 26.28 | Meals (Non-Travel) |
| 10-Feb-09 | $ 10.00 | Transportation |
| 17-Feb-09 | $ 99.08 | Communications/Cell Phone |
| 28-Feb-09 | $ 20,363.85 | Legal |
| **TOTAL** | **$ 22,092.50** | |

GROUP EXHIBIT E

**MARCH**

| Date | Amount | | Description |
|------|------|---|-------------|
| 2-Mar-09 | $ | 18.00 | Transportation |
| 2-Mar-09 | $ | 17.00 | Meals (Non-Travel) |
| 3-Mar-09 | $ | 114.64 | Communications/Cell Phone |
| 9-Mar-09 | $ | 160.00 | Communications/Cell Phone |
| 9-Mar-09 | $ | 800.00 | Communications/Cell Phone |
| 9-Mar-09 | $ | 10.00 | Airfare |
| 9-Mar-09 | $ | 332.25 | Airfare |
| 9-Mar-09 | $ | 7.95 | Communications/Cell Phone |
| 9-Mar-09 | $ | 128.90 | Transportation |
| 9-Mar-09 | $ | 14.26 | Parking/Misc |
| 11-Mar-09 | $ | 7.89 | Transportation |
| 11-Mar-09 | $ | 6.75 | Transportation |
| 11-Mar-09 | $ | 243.42 | Communications/Cell Phone |
| 11-Mar-09 | $ | 7.00 | Meals (Non-Travel) |
| 11-Mar-09 | $ | 14.00 | Meals (Non-Travel) |
| 11-Mar-09 | $ | 15.00 | Communications/Cell Phone |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 6.57 | Transportation |
| 11-Mar-09 | $ | 20.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 14.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 13.45 | Transportation |
| 11-Mar-09 | $ | 14.00 | Transportation |
| 11-Mar-09 | $ | 14.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 14.00 | Transportation |
| 11-Mar-09 | $ | 14.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 14.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 11-Mar-09 | $ | 15.00 | Transportation |
| 12-Mar-09 | $ | 10.00 | Agency Fees-Travel |
| 12-Mar-09 | $ | 20.00 | Agency Fees-Travel |
| 12-Mar-09 | $ | 20.00 | Airfare |
| 13-Mar-09 | $ | 152.15 | Car Rental |
| 13-Mar-09 | $ | 24.00 | Parking/Misc |
| 13-Mar-09 | $ | 10.00 | Agency Fees-Travel |

GROUP EXHIBIT E

| | | | |
|---|---|---:|---|
| 13-Mar-09 | $ | 10.00 | Agency Fees-Travel |
| 13-Mar-09 | $ | 431.20 | Airfare |
| 13-Mar-09 | $ | 486.98 | Airfare |
| 13-Mar-09 | $ | 20.00 | Meals (While Travel) |
| 13-Mar-09 | $ | 31.15 | Meals (Non-Travel) |
| 13-Mar-09 | $ | 24.99 | Meals (Non-Travel) |
| 13-Mar-09 | $ | 24.99 | Meals (Non-Travel) |
| 13-Mar-09 | $ | 32.54 | Meals (While Travel) |
| 13-Mar-09 | $ | 30.60 | Meals (While Travel) |
| 13-Mar-09 | $ | 11.53 | Communications/Cell Phone |
| 13-Mar-09 | $ | 1.13 | Communications/Cell Phone |
| 13-Mar-09 | $ | 1.13 | Communications/Cell Phone |
| 13-Mar-09 | $ | 1.13 | Communications/Cell Phone |
| 13-Mar-09 | $ | 16.73 | Communications/Cell Phone |
| 13-Mar-09 | $ | 1.13 | Communications/Cell Phone |
| 13-Mar-09 | $ | 172.86 | Hotel/Lodging |
| 13-Mar-09 | $ | 192.50 | Hotel/Lodging |
| 13-Mar-09 | $ | 17.21 | Meals (While Travel) |
| 13-Mar-09 | $ | 2.00 | Parking/Misc |
| 13-Mar-09 | $ | 8.36 | Parking/Misc |
| 13-Mar-09 | $ | 85.45 | Car Rental |
| 13-Mar-09 | $ | 24.99 | Transportation |
| 13-Mar-09 | $ | 24.99 | Transportation |
| 13-Mar-09 | $ | 24.00 | Transportation |
| 13-Mar-09 | $ | 24.00 | Transportation |
| 13-Mar-09 | $ | 30.00 | Transportation |
| 13-Mar-09 | $ | 6.90 | Parking/Misc |
| 13-Mar-09 | $ | 23.05 | Transportation |
| 19-Mar-09 | $ | 3.27 | Parking/Misc |
| 24-Mar-09 | $ | 19.00 | Transportation |
| 24-Mar-09 | $ | 20.00 | Transportation |
| 24-Mar-09 | $ | 18.00 | Transportation |
| 24-Mar-09 | $ | 18.00 | Transportation |
| 24-Mar-09 | $ | 14.50 | Meals (Non-Travel) |
| 31-Mar-09 | $ | 7,495.84 | Legal |
| **TOTAL** | $ | 11,757.38 | |

GROUP EXHIBIT E

**APRIL**

| Date | Amount | | Description |
|------|--------|---|-------------|
| 1-Apr-09 | $ | 80.69 | Transportation |
| 1-Apr-09 | $ | 17.60 | Meals (While Travel) |
| 1-Apr-09 | $ | 46.80 | Meals (While Travel) |
| 1-Apr-09 | $ | 12.00 | Hotel/Lodging |
| 1-Apr-09 | $ | 251.90 | Hotel/Lodging |
| 1-Apr-09 | $ | 23.27 | Meals (While Travel) |
| 1-Apr-09 | $ | 30.00 | Transportation |
| 1-Apr-09 | $ | 30.00 | Transportation |
| 1-Apr-09 | $ | 146.16 | Communications/Cell Phone |
| 28-Apr-09 | $ | 2.05 | Hotel/Lodging |
| 28-Apr-09 | $ | 201.80 | Meals (Non-Travel) |
| 28-Apr-09 | $ | 31.12 | Meals (While Travel) |
| 28-Apr-09 | $ | 60.00 | Communications/Cell Phone |
| 28-Apr-09 | $ | 84.96 | Communications/Cell Phone |
| 28-Apr-09 | $ | 4.00 | Project Management Software |
| 28-Apr-09 | $ | 5.91 | Meals (Non-Travel) |
| 28-Apr-09 | $ | 9.68 | Meals (Non-Travel) |
| 28-Apr-09 | $ | 15.00 | Transportation |
| 28-Apr-09 | $ | 13.00 | Transportation |
| 28-Apr-09 | $ | 13.00 | Transportation |
| 28-Apr-09 | $ | 15.00 | Transportation |
| 28-Apr-09 | $ | 5.00 | Transportation |
| 28-Apr-09 | $ | 5.91 | Transportation |
| 28-Apr-09 | $ | 13.00 | Transportation |
| 30-Apr-09 | $ | 3,505.50 | Legal |
| **TOTAL** | $ | 4,623.35 | |