Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.:  GB 243 2024 11



Interim (S)

VAT Invoice Date: **24 June 2009**        Our Ref: **GDB/CCN01.00001**              Invoice No: **269431**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 82,445.50 |
| For the period to 31 May 2009, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 11.55 |
| **Disbursements:** (NT) Fares and Incidental Expenses | 0.00 | 0.00 | 198.03 |
| | 0.00 | | 82,655.08 |
| | | VAT | 0.00 |
| | | Total | 82,655.08 |
| | | **Balance Due** | **82,655.08** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 269431 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW DELHI  NEW YORK  PARIS  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

**THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.**

### Re: BANKRUPTCY
### GDB/CCN01.00001
### For the period: to 31 May 2009

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 9.70 | 5,917.00 | (C0007) |
| | | 3.70 | 2,257.00 | (C0019) |
| | | 11.00 | 6,710.00 | (C0024) |
| | | 12.80 | 7,808.00 | (C0031) |
| | | 37.20 | £22,692.00 | |
| Partner: | Steven Hull | 10.20 | 6,222.00 | (C0019) |
| | | 10.20 | £6,222.00 | |
| Partner: | Eric Bouffard | 0.50 | 290.00 | (C0019) |
| | | 6.30 | 3,654.00 | (C0031) |
| | | 6.80 | £3,944.00 | |
| Partner: | Andreas Vogel | 3.30 | 2,013.00 | (C0031) |
| | | 3.30 | £2,013.00 | |
| Senior Associate: | Marcus Fink | 15.20 | 7,600.00 | (C0019) |
| | | 15.20 | £7,600.00 | |
| Senior Associate: | Laurent Limoni | 0.50 | 212.50 | (C0019) |
| | | 8.00 | 3,400.00 | (C0031) |
| | | 8.50 | £3,612.50 | |
| Associate: | Simon Owens | 4.50 | 1,777.50 | (C0019) |
| | | 4.50 | £1,777.50 | |
| Associate: | Alex Kay | 3.80 | 1,292.00 | (C0019) |
| | | 5.00 | 1,700.00 | (C0024) |
| | | 9.50 | 3,230.00 | (C0031) |
| | | 18.30 | £6,222.00 | |
| Associate: | Caroline Mougin | 1.00 | 395.00 | (C0019) |
| | | 1.00 | £395.00 | |
| Associate: | Lauren Moore | 7.10 | 2,414.00 | (C0019) |
| | | 0.30 | 102.00 | (C0031) |
| | | 7.40 | £2,516.00 | |

| | | | | |
|---|---|---|---|---|
| Junior Associate: | Paul Bagon | 15.10 | 4,379.00 | (C0003) |
| | | 7.20 | 2,088.00 | (C0006) |
| | | 9.80 | 2,872.00 | (C0007) |
| | | 11.00 | 3,190.00 | C0019) |
| | | 23.40 | 6,836.00 | (C0024) |
| | | 18.40 | 5,336.00 | (C0031) |
| | | 84.90 | £24,701.00 | |
| | | | | |
| Junior Associate: | Marine Guillodo | 0.80 | 232.00 | (C0031) |
| | | 0.80 | £232.00 | |
| | | | | |
| Trainee: | Anthony McCourt | 2.50 | 462.50 | (C0019) |
| | | 2.50 | £462.50 | |
| | | | | |
| Paralegal: | Céline Gillet | 0.50 | 35.00 | (C0031) |
| | | 0.50 | £35.00 | |
| | | | | |
| Paralegal: | Claire Lê nTri | 0.30 | 21.00 | (C0031) |
| | | 0.30 | £21.00 | |

| | | | |
|---|---|---|---|
| **TOTAL** | **201.40** | **£82,445.50** | |

### The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 May 2009

## TIME SUMMARY – ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 15.10 | @ | 290.00 | 4,379.00 |
| | | | | Total | £ 4,379.00 |

**Please Note:**
A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 12/05/09 | Paul Bagon | LETT | Ashurst fees review | 1.00 |
| 13/05/09 | Paul Bagon | LETT | Emails to Akin re Ashurst fees. | 3.20 |
| 15/05/09 | Paul Bagon | DRFT | Ashurst fee application | 3.40 |
| 20/05/09 | Paul Bagon | LETT | Reviewing Ashurst invoice | 2.00 |
| 22/05/09 | Paul Bagon | DRFT | Ashurst Fee Application | 5.50 |

### The Official Unsecured Creditors Committee for Nortel Networks Inc

#### Re: BANKRUPTCY

#### GDB/CCN01.00001

#### For the period: to 31 May 2009

## TIME SUMMARY – RETENTION OF PROFESSIONALS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 7.20 | @ | 290.00 | 2,088.00 |
| | | | | Total | £ 2,088.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/05/09 | Paul Bagon | LETT | Compliance - emails re further Ashurst disclosures. | 1.50 |
| 12/05/09 | Paul Bagon | DRFT | Supplemental Declaration | 2.50 |
| 15/05/09 | Paul Bagon | LETT | Reviewing AG comments on Supplemental Dec. | 0.80 |
| 15/05/09 | Paul Bagon | PHON | x2 with AG re compliance / supp dec | 0.20 |
| 18/05/09 | Paul Bagon | PHON | Various phone calls and emails with compliance department re additional entity conflict checks and GDB Supplemental Declaration | 1.50 |
| 21/05/09 | Paul Bagon | LETT | Emails from and to compliance re supp dec | 0.70 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 May 2009

## TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 9.70 | @ | 610.00 | 5,917.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 1.20 | @ | 315.00 | 378.00 |
| Paul Bagon | engaged | 8.60 | @ | 290.00 | 2,494.00 |
| | | | | Total | £ 8,789.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 07/05/09 | Giles Boothman | ATTD | UCC call (05.00 - 07.42) | 2.70 |
| 07/05/09 | Paul Bagon | PHON | Weekly UCC call. | 2.80 |
| 11/05/09 | Paul Bagon | PHON | Attending UCC meeting re Canadian funding. | 1.70 |
| 11/05/09 | Giles Boothman | ATTD | UCC call (in part) | 0.50 |
| 14/05/09 | Paul Bagon | PHON | Attending UCC weekly meeting. | 2.30 |
| 14/05/09 | Giles Boothman | ATTD | UCC call (4.00 - 6.30) | 2.50 |
| 20/05/09 | Giles Boothman | ATTD | UCC professionals call (21.30 - 22.00) | 0.50 |
| 21/05/09 | Paul Bagon | PHON | UCC weekly meeting | 1.80 |
| 21/05/09 | Giles Boothman | ATTD | Update call with UCC (4.00 - 5.50) | 1.80 |
| 29/05/09 | Paul Bagon | LETT | Weekly UCC call. | 1.20 |
| 29/05/09 | Giles Boothman | ATTD | Committee call (5.30 - 6.42) | 1.70 |

The Official Unsecured Creditors Committee for Nortel Networks Inc

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 31 May 2009

## TIME SUMMARY – LABOR ISSUES/EMPLOYEE BENEFITS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 3.70 | @ | 610.00 | 2,257.00 |
| Steven Hull | engaged | 10.20 | @ | 610.00 | 6,222.00 |
| Eric Bouffard | engaged | 0.50 | @ | 580.00 | 290.00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 15.20 | @ | 500.00 | 7,600.00 |
| Laurent Limoni | engaged | 0.50 | @ | 425.00 | 212.50 |
| **Associates:** | | | | | |
| Caroline Mougin | engaged | 1.00 | @ | 395.00 | 395.00 |
| Alex Kay | engaged | 3.80 | @ | 340.00 | 1,292.00 |
| Lauren Moore | engaged | 7.10 | @ | 340.00 | 2,414.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 11.00 | @ | 290.00 | 3,190.00 |
| **Professional Development:** | | | | | |
| Simon Owens | engaged | 4.50 | @ | 395.00 | 1,777.50 |
| **Trainees:** | | | | | |
| Anthony McCourt | engaged | 2.50 | @ | 185.00 | 462.50 |
| | | | | Total | £ 26,112.50 |

## Please Note:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/05/09 | Simon Owens | DRFT | Considering status of payments in shortfall prior to insolvency and whether these are preferential debt updating UK pensions note following conference call with Nortel | 2.50 |
| 01/05/09 | Lauren Moore | LETT | Emails - reading | 0.40 |
| 01/05/09 | Steven Hull | LETT | Review Simon Owen's email and review attached clean and blacklined copies of pensions note following previous day's conference call; emails with Lisa Beckerman regarding availability for conference call; | 0.50 |
| 02/05/09 | Lauren Moore | PHON | Call with Paul Bagon regarding severance | 0.30 |
| 02/05/09 | Lauren Moore | ATTD | Attending Ashurst to pick up document | 0.50 |
| 02/05/09 | Lauren Moore | READ | Reviewing EMEA documents | 0.90 |
| 02/05/09 | Lauren Moore | PHON | Call with Paul Bagon regarding documents | 0.30 |
| 02/05/09 | Lauren Moore | LETT | Reviewing Paul Bagon email | 0.30 |
| 03/05/09 | Alex Kay | LETT | Call with AG and emails | 1.00 |
| 03/05/09 | Lauren Moore | LETT | Reviewing emails | 0.50 |
| 03/05/09 | Steven Hull | LETT | Review Giles Boothman email to Fred Hodara regarding pension issues; review Fred Hodara email regarding same; consideration of pension issues and preparation of draft response | 0.80 |
| 04/05/09 | Lauren Moore | LETT | Reading emails | 0.50 |
| 04/05/09 | Steven Hull | LETT | Email to Fred Hodara regarding pensions and pensions regulator position and clearance application issues and review Fred Hodara response | 1.00 |
| 05/05/09 | Simon Owens | READ | Reading various e-mails received over the course of the weekend on pensions issues on this matter | 2.00 |
| 05/05/09 | Giles Boothman | SUPE | Re. employment issues | 0.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 05/05/09 | Alex Kay | LETT | Research into employment costs on liquidation | 2.00 |
| 05/05/09 | Lauren Moore | READ | Reviewing EMEA documents | 0.50 |
| 05/05/09 | Lauren Moore | PHON | Call with Paul Bagon regarding employment severance legislation | 0.30 |
| 05/05/09 | Lauren Moore | PHON | Call with Alex Kay regarding employment schedule and employment costs; reviewing relevant provision of EMEA | 0.80 |
| 05/05/09 | Steven Hull | LETT | Review Fred Hodara email regarding Canada and UK Pension Issues and review matters relating to same and arrangements for conference call to discuss same | 0.80 |
| 06/05/09 | Caroline Mougin | DRFT | Review and modification of the note re liquidation and redundancy costs (employment safeguard plan and consultation of the works council). | 1.00 |
| 06/05/09 | Alex Kay | LETT | Call re employee severance issues | 0.80 |
| 06/05/09 | Paul Bagon | DRFT | Research and drafting paper re EMEA severance costs. | 7.00 |
| 06/05/09 | Paul Bagon | PHON | With professionals re EMEA severance costs | 1.00 |
| 06/05/09 | Lauren Moore | READ | Consideration of insolvency summary | 0.80 |
| 06/05/09 | Lauren Moore | PHON | Call with Paul Bagon; reading emails | 0.40 |
| 06/05/09 | Giles Boothman | PREP | For call re. EMEA severance with Akin, Jefferies, Capstone | 0.70 |
| 06/05/09 | Giles Boothman | READ | Emails/papers re. EMEA severance Q | 0.50 |
| 06/05/09 | Steven Hull | LETT | Emails regarding conference calls and clarifications regarding cash flow call | 0.20 |
| 07/05/09 | Marcus Fink | READ | Review redraft of pensions paper | 0.80 |
| 07/05/09 | Marcus Fink | DUED | Review datasites for changes (nb - difficulty in logging in) | 1.20 |
| 07/05/09 | Marcus Fink | LETT | Review emails received during 2 week absence | 0.90 |
| 07/05/09 | Paul Bagon | PHON | Re EMEA severance | 1.00 |
| 07/05/09 | Paul Bagon | LETT | Research / emails on EMEA Severance issues. | 1.00 |
| 08/05/09 | Lauren Moore | LETT | Reading emails | 0.60 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 08/05/09 | Steven Hull | LETT | Review Fred Hodara emails regarding Nortel Transfer and allocation update and related issues; forwarding to Marcus Fink and arrangements for pensions conference call; review Alex Kay email to Simon Owens regarding ▓▓▓▓ M&A update and related issues; emails with Alex Kay, Giles Boothman, Marcus Fink and Simon Owens regarding Pensions Regulator issues and clarification of clearance procedures and risks | 1.00 |
| 09/05/09 | Giles Boothman | SUPE | Pensions query | 0.50 |
| 09/05/09 | Giles Boothman | LETT | Fred re. pensions query re. ▓▓▓▓ | 0.50 |
| 09/05/09 | Giles Boothman | READ | Emails re. ▓▓▓▓/pensions | 0.50 |
| 09/05/09 | Marcus Fink | LETT | Review emails and provide analysis of other routes available aside from the formal pensions regulator clearance process | 1.00 |
| 09/05/09 | Steven Hull | LETT | Review Marcus Fink email regarding comfort letters; preparing email to Alex Kay regarding advice in connection with informal clearance and suggested response to client and review emails with Marcus fink and Alex Kay regarding same and review Giles Boothman email to Tony Feuerstein regarding UK pensions query, informal clearance application and comfort letters and related issues | 1.00 |
| 11/05/09 | Marcus Fink | PHON | Preparation for and attending weekly update call | 2.20 |
| 12/05/09 | Paul Bagon | LETT | Emails re pensions. | 0.80 |
| 12/05/09 | Steven Hull | LETT | Review Paul Bagon email regarding pensions conference call and review attached email correspondence and documentation regarding the same. | 0.40 |
| 13/05/09 | Marcus Fink | LETT | Creditor committee presentation, including attending a professional advisors call in advance of the presentation | 2.20 |
| 13/05/09 | Giles Boothman | READ | Pensions paper | 0.50 |
| 13/05/09 | Anthony McCourt | READ | Reading MDF's advice note in preparation for evening conference call | 0.50 |
| 13/05/09 | Anthony McCourt | PHON | Pre-conference call with the UCC (SEH and MDF also on call) | 0.70 |
| 13/05/09 | Steven Hull | LETT | Discussions with Marcus Fink preparing for and attending Nortel conference call and discussions with Anthony McCourt and discussions with Marcus Fink following conference call; review Paul Bagon emails regarding arrangements and consideration of issues | 0.80 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------|
| 14/05/09 | Anthony McCourt | PHON | Conference call relating to analysis of the position of the Nortel group of companies in relation to the funding deficit in the UK DB pension scheme. | 1.30 |
| 14/05/09 | Marcus Fink | PREP | Preparing for presentation to committee of unsecured creditors | 2.80 |
| 14/05/09 | Marcus Fink | PHON | Deliver presentation to US UCC and listen to other presentations and weekly update | 1.70 |
| 14/05/09 | Steven Hull | LETT | Discussions with Marcus Fink preparing for and attending Nortel conference call and discussions with Anthony McCourt and discussions with Marcus Fink following conference call; review Paul Bagon emails regarding arrangements and consideration of issues | 2.30 |
| 15/05/09 | Steven Hull | LETT | Review Jun Jaing and review attached ▇▇▇▇▇ EDR daily updates and ▇▇▇▇▇ Index | 0.20 |
| 18/05/09 | Marcus Fink | DUED | Check datasite for updates and consider implications of unregistered exec scheme from US UCC perspective | 1.20 |
| 18/05/09 | Paul Bagon | PHON | Call with ERB re French employment law severance advice. | 0.20 |
| 18/05/09 | Eric Bouffard | RSCH | Check question AGS | 0.50 |
| 19/05/09 | Laurent Limoni | RSCH | Guarantee of severance costs under French law | 0.50 |
| 20/05/09 | Marcus Fink | DUED | Review datasite for pensions update | 0.40 |
| 20/05/09 | Steven Hull | LETT | Review Jun Jaing and review attached ▇▇▇▇▇ updates | 0.20 |
| 21/05/09 | Steven Hull | LETT | Review Jun Jaing and review attached ▇▇▇▇ updates | 0.20 |
| 23/05/09 | Steven Hull | LETT | Review Jun Jaing and review attached ▇▇▇▇ updates | 0.20 |
| 26/05/09 | Marcus Fink | DUED | Review ▇▇▇▇▇ disclosures to check for UK pensions information | 0.20 |
| 27/05/09 | Marcus Fink | LETT | Review emails re dd call ▇▇▇▇▇▇▇▇▇ | 0.40 |
| 27/05/09 | Steven Hull | LETT | Review Lisa Beckman email regarding conference call.  Review Mary Rice email and review attached daily update and review Matthew Hart email and review agenda items. | 0.40 |
| 28/05/09 | Marcus Fink | LETT | Review data room update emails and emails re pensions call | 0.20 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 28/05/09 | Steven Hull | READ | Review Mary Reice email and review ██████████ EDR daily update | 0.20 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 May 2009**

### TIME SUMMARY – ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 11.00 | @ | 610.00 | 6,710.00 |
| **Associates:** | | | | | |
| Alex Kay | engaged | 5.00 | @ | 340.00 | 1,700.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 2.00 | @ | 315.00 | 630.00 |
| Paul Bagon | engaged | 21.40 | @ | 290.00 | 6,206.00 |
| | | | | Total | £ 15,246.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 02/05/09 | Paul Bagon | READ | Reviewing ▮▮▮▮▮▮ Documents. Related emails and calls. | 8.50 |
| 02/05/09 | Giles Boothman | SUPE | Re. ▮▮▮▮▮ review. | 1.00 |
| 02/05/09 | Giles Boothman | INTD | PDB re. sale | 0.20 |
| 02/05/09 | Giles Boothman | LETT | Emails ▮▮▮▮▮ | 0.30 |
| 02/05/09 | Giles Boothman | READ | Emails ▮▮▮▮▮ | 0.30 |
| 02/05/09 | Giles Boothman | LETT | T Feuerstein ▮▮▮▮▮ | 0.30 |
| 02/05/09 | Alex Kay | LETT | Review of ▮▮ agreements and email | 5.00 |
| 03/05/09 | Giles Boothman | SUPE | ▮▮▮▮▮ | 0.50 |
| 03/05/09 | Giles Boothman | PHON | Call T Feuerstein ▮▮▮▮▮ | 0.50 |
| 03/05/09 | Giles Boothman | LETT | Emails ▮▮▮▮▮ | 0.70 |
| 03/05/09 | Giles Boothman | READ | Emails ▮▮▮▮▮ | 0.50 |
| 04/05/09 | Paul Bagon | LETT | Reading ▮▮▮▮▮ emails. | 0.50 |
| 04/05/09 | Giles Boothman | READ | Email re. ▮▮▮▮▮ | 0.50 |
| 04/05/09 | Giles Boothman | LETT | T Feuerstein ▮▮▮▮▮ | 0.50 |
| 05/05/09 | Giles Boothman | READ | Emails ▮▮▮▮▮ | 0.50 |
| 05/05/09 | Giles Boothman | SUPE | Re ▮▮▮▮▮ | 0.50 |
| 05/05/09 | Paul Bagon | INTD | With GDB and AZK re ▮▮▮▮▮ | 0.50 |
| 05/05/09 | Paul Bagon | LETT | ▮▮▮▮▮ | 0.60 |
| 05/05/09 | Paul Bagon | READ | Cleary mark-up ▮▮▮▮▮ | 5.40 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 06/05/09 | Giles Boothman | INTD | Re. ██████/EMEA employment | 1.00 |
| 07/05/09 | Giles Boothman | READ | Review amends ████████████ | 1.00 |
| 08/05/09 | Giles Boothman | READ | Emails ██████████ | 0.50 |
| 08/05/09 | Giles Boothman | SUPE | Re. response to queries ███████ | 0.50 |
| 13/05/09 | Giles Boothman | INTD | Re. ████████comparison | 0.40 |
| 14/05/09 | Giles Boothman | SUPE | Re. ██████queries | 0.30 |
| 19/05/09 | Paul Bagon | LETT | ████████████████ related email to Akin. | 4.90 |
| 28/05/09 | Paul Bagon | PHON | Re ███████████. | 1.00 |
| 29/05/09 | Giles Boothman | INTD | Alex Kay ██████ | 0.50 |
| 29/05/09 | Giles Boothman | READ | ████████materials | 0.50 |
| 30/05/09 | Paul Bagon | LETT | ████████████████ and table and related emails. | 1.50 |
| 31/05/09 | Paul Bagon | LETT | Reading emails re ████████ | 0.50 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 May 2009

### TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 12.80 | @ | 610.00 | 7,808.00 |
| Andreas Vogel | engaged | 3.30 | @ | 610.00 | 2,013.00 |
| Eric Bouffard | engaged | 6.30 | @ | 580.00 | 3,654.00 |
| **Senior Associates:** | | | | | |
| Laurent Limoni | engaged | 8.00 | @ | 425.00 | 3,400.00 |
| **Associates:** | | | | | |
| Alex Kay | engaged | 9.50 | @ | 340.00 | 3,230.00 |
| Lauren Moore | engaged | 0.30 | @ | 340.00 | 102.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 18.40 | @ | 290.00 | 5,336.00 |
| Marine Guillodo | engaged | 0.80 | @ | 290.00 | 232.00 |
| **Paralegals:** | | | | | |
| Céline Gillet | engaged | 0.50 | @ | 70.00 | 35.00 |
| Claire Lê Tri | engaged | 0.30 | @ | 70.00 | 21.00 |
| | | | | Total | £ 25,831.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 02/05/09 | Lauren Moore | LETT | Reading email | 0.30 |
| 05/05/09 | Andreas Vogel | LETT | Germany, analyse employment/insolvency law questions, email correspondence | 2.30 |
| 05/05/09 | Marine Guillodo | DRFT | Research on recent French case law condemning parent companies or hedge funds to grant damages to employees made redundant by liquidator | 0.80 |
| 05/05/09 | Alex Kay | LETT | Call with Tony | 0.20 |
| 05/05/09 | Alex Kay | INTD | Discussion with Paul Bagon and Giles Boothman | 0.50 |
| 05/05/09 | Alex Kay | ATTD | Various calls and emails to specialists in France and Germany | 1.00 |
| 05/05/09 | Eric Bouffard | CASE | CT A. Kay + disc PEF + meeting LZL. Review memo | 3.30 |
| 05/05/09 | Laurent Limoni | RSCH | Liquidation and redundancy costs under French law | 7.00 |
| 05/05/09 | Claire Lê Tri | RSCH | French Commercial Register Excerpts / Nortel | 0.30 |
| 06/05/09 | Andreas Vogel | LETT | German employment/insolvency questions | 1.00 |
| 06/05/09 | Alex Kay | LETT | INTD with Paul Bagon and Giles Boothman | 0.30 |
| 06/05/09 | Alex Kay | LETT | INTD and drafting email on employee claims in liquidation | 1.00 |
| 06/05/09 | Alex Kay | LETT | Calls and email to Herbert Smith | 1.00 |
| 06/05/09 | Paul Bagon | PHON | Pre-UCC with professionals | 1.20 |
| 06/05/09 | Giles Boothman | ATTD | UCC advisor call witih PDB | 0.30 |
| 06/05/09 | Giles Boothman | SUPE | Team discussion | 0.30 |
| 06/05/09 | Eric Bouffard | LETT | Finalising mémo | 2.00 |
| 06/05/09 | Laurent Limoni | RSCH | Liquidation and redundancy costs under French law | 1.00 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 07/05/09 | Giles Boothman | PREP | For UCC call | 0.50 |
| 07/05/09 | Giles Boothman | INTD | Discussions with PDB/Alex Kay | 0.50 |
| 07/05/09 | Paul Bagon | LETT | Various emails. | 1.00 |
| 07/05/09 | Alex Kay | LETT | Call with Herbert Smith and email to AG | 2.00 |
| 08/05/09 | Alex Kay | LETT | Review of issues and emails to Steven Hull/Simon Owens | 1.00 |
| 09/05/09 | Paul Bagon | LETT | Reading emails | 0.20 |
| 11/05/09 | Paul Bagon | READ | Reading emails ▓▓▓▓▓ and materials for call. | 1.00 |
| 11/05/09 | Giles Boothman | INTD | PDB | 0.50 |
| 13/05/09 | Paul Bagon | RSCH | Re administrators fees and related emails to Akin | 2.30 |
| 13/05/09 | Paul Bagon | READ | Reviewing Jefferies note on M&A processes | 1.00 |
| 13/05/09 | Paul Bagon | PHON | Pre-UCC professionals call. | 0.70 |
| 13/05/09 | Giles Boothman | ATTD | Professionals call | 0.70 |
| 13/05/09 | Giles Boothman | SUPE | Akin query re. administrator's fees | 0.50 |
| 14/05/09 | Paul Bagon | RSCH | Research into procedures to remove administrator and reduce administrators fees and related email. | 5.00 |
| 14/05/09 | Giles Boothman | SUPE | Query re. administrator fees | 0.50 |
| 14/05/09 | Giles Boothman | READ | Emails/docs | 0.50 |
| 15/05/09 | Paul Bagon | RSCH | Research re query from AG re creditor claim longstop date. | 2.30 |
| 15/05/09 | Giles Boothman | SUPE | Re, Ryan Jacobs query re. bar date for admin. | 0.30 |
| 18/05/09 | Giles Boothman | READ | Capstone query re. French liquidation/consider issues | 0.30 |
| 18/05/09 | Giles Boothman | LETT | Capstone re. French liquidation | 0.30 |
| 18/05/09 | Giles Boothman | INTD | Eric Boufford re. French liquidation | 0.20 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 18/05/09 | Giles Boothman | INTD | Paul Bagon re. French liquidation | 0.20 |
| 18/05/09 | Giles Boothman | SUPE | Paul Bagon ████████ terms | 0.20 |
| 18/05/09 | Paul Bagon | LETT | Email to Akin re French Irrevocable Offer | 2.20 |
| 19/05/09 | Eric Bouffard | DRFT | Exam Kbis, instructing LZL, amending mail to Akim Group | 1.00 |
| 19/05/09 | Giles Boothman | READ | Emails | 0.50 |
| 19/05/09 | Giles Boothman | READ | Memo re. French liquidation | 0.20 |
| 19/05/09 | Giles Boothman | SUPE | Process | 0.30 |
| 19/05/09 | Céline Gillet | RSCH | Kbis (Excerpts from the Commercial Register) | 0.50 |
| 19/05/09 | Alex Kay | LETT | ████ comparison table | 1.00 |
| 20/05/09 | Giles Boothman | SUPE | PDB re. UCC call/M&A/other issues | 0.30 |
| 20/05/09 | Paul Bagon | DRFT | Reviewing docs and emails in preparation for professionals pre ucc call | 0.50 |
| 20/05/09 | Paul Bagon | PHON | Professionals pre-ucc call. | 0.50 |
| 20/05/09 | Alex Kay | LETT | Commenting on ██████ comparison table | 1.50 |
| 22/05/09 | Giles Boothman | SUPE | PDB re. fees/review and sign witness statement. | 0.40 |
| 27/05/09 | Giles Boothman | READ | Emails | 0.50 |
| 27/05/09 | Giles Boothman | SUPE | Re. Nortel SA process | 0.50 |
| 28/05/09 | Paul Bagon | LETT | Reading emails | 0.50 |
| 28/05/09 | Giles Boothman | SUPE | Paul Bagon re. attending meetings/partial attendance on calls | 0.50 |
| 29/05/09 | Giles Boothman | READ | Materials for committee call | 0.50 |
| 29/05/09 | Giles Boothman | READ | Consider proposal from Administrator | 0.70 |
| 30/05/09 | Giles Boothman | READ | Funding agreement; allocation agreement | 0.70 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 30/05/09 | Giles Boothman | LETT | Email Akin re. Funding Agreement | 0.50 |
| 30/05/09 | Giles Boothman | READ | Emails re. funding and allocation | 0.50 |
| 31/05/09 | Giles Boothman | READ | Emails re. funding and allocation | 0.80 |
| 31/05/09 | Giles Boothman | LETT | F Hodora | 0.10 |