**Exhibit C**

**DISBURSEMENT SUMMARY**
**MAY 01, 2009 THROUGH MAY 31, 2009**

| | |
|---|---:|
| Travel Expenses – Ground Transportation | £144.04 |
| Meals | £9.30 |
| Company Search Fees | £16.36 |
| Telephonic | £28.33 |
| Document Production | £11.55 |
| TOTAL | £209.58 |

21