**Exhibit D**

23

**DISBURSEMENT BREAKDOWN**

| Date | Disb Type | Narrative | Amount (£) |
|---|---|---|---:|
| 13/05/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 350000; DATE: 13/05/2009. - P/C GDB Taxi home after UCC call | 9.40 |
| 01/05/2009 | TELCON | VENDOR: Meetingzone Ltd; INVOICE#: 000173131; DATE: 01/05/2009 - Conference Calls on 2/4/09 | 28.33 |
| 05/05/2009 | SUNV | Doc Internet LZL 2 kbis versailles | 8.18 |
| 20/05/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 350757; DATE: 20/05/2009. - P/C GDB taxi home after UCC call | 23.00 |
| 13/05/2009 | MEAL | VENDOR: Conference Room Catering : 27/05/2009 ,Hospitality Recharges | 5.90 |
| 22/05/2009 | TAXI | PAYEE: Taxi home after working late | 25.00 |
| 19/05/2009 | SUNV | Doc Internet LZL 2 kbis versailles | 8.18 |
| 06/05/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/78271; DATE: 14/05/2009 - TAXI - PDB (EC2A to NW11) 06/05/09 | 43.04 |
| 19/05/2009 | MEAL | VENDOR: Conference Room Catering | 3.40 |
| 09/04/2009 | FARES | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXAPR09 DATE: 24/04/2009 | 43.60 |
| | | Document Production | 11.55 |
| | | | **£209.58** |