## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 01, 2009 THROUGH MAY 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 37.20 | £22,692.00 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 10.20 | £6,222.00 |
| Eric Bouffard | Partner for 3 years; admitted in 1996; Litigation and Restructuring Group in Paris | £580 | 6.80 | £3,944.00 |
| Andreas Vogel | Partner for 5 years; Employment Group; Germany | £610 | 3.30 | £2,013.00 |
| Marcus Fink | Associate for 8 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 15.20 | £7,600.00 |
| Laurent Limoni | Associate for 5 years; Admitted in 2004; Litigation Group; Paris | £425 | 8.50 | £3,612.50 |
| Alex Kay | Associate for 3 years; Admitted in 2006; Restructuring and Special Situations Group | £340 | 18.30 | £6,222.00 |
| Caroline Mougin | Associate for 5 years; Admitted in 2004; Employment, Incentives and Pensions Group; Paris | £395 | 1.00 | £395.00 |
| Lauren Moore | Associate for 3 years; Admitted in 2006; Employment, Incentives and Pensions Group | £340 | 7.40 | £2,516.00 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special Situations Group | £290 | 84.90 | £24,701.00 |
| Marine Guillodo | Associate for 1 year; Admitted in 2008; Litigation Group; Paris | £290 | 0.80 | £232.00 |
| Anthony McCourt | Trainee Solicitor for 1 year; Employment, Incentives and Pensions Group | £185 | 2.50 | £462.50 |
| Simon Owens | Professional Development lawyer; Admitted in 1999; Employment, Incentives and Pensions Group | £395 | 4.50 | £1,777.50 |
| Céline Gillet | Paralegal; Paris | £70 | 0.50 | £35.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Claire Lê Tri | Paralegal; Paris | £70 | 0.30 | £21.00 |
| TOTAL | | | 201.40 | £82,445.50 |

## COMPENSATION BY PROJECT CATEGORY
## MAY 01, 2009 THROUGH MAY 31, 2009.

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 6.50 | 1,885.00 |
| Creditors Committee Meetings | 22.25 | 9,738.50 |
| Tax Issues | 14.47 | 5,943.30 |
| Labor Issues/Employee Benefits | 37.47 | 17,720.75 |
| Asset/Stock Transactions/Business Liquidations | 46.51 | 16,782.00 |
| European Proceedings/Matters | 54.89 | 24,986.20 |
| **TOTAL** | **201.40** | **82,445.50** |