**EXHIBIT C**

## DISBURSEMENT SUMMARY
## MAY 1, 2009 – MAY 31, 2009
## (All Amounts in Canadian Dollars)

| | |
|---|---:|
| Taxable Disbursements | |
| Accommodations | 346.20 |
| Airfare/Travel | 1,402.22 |
| Cellular Phone | 36.24 |
| Library Computer Research | 149.25 |
| Long Distance Telephone Calls | 438.59 |
| Meals & Beverages | 393.13 |
| Parking | 36.33 |
| Photocopy Charges | 1,843.60 |
| Taxi Charges (Courier) | 692.70 |
| | |
| Total Taxable Disbursements | $5,338.26 |
| Total GST | 266.91 |
| Total Taxable Disbursements including Taxes | **$5,605.17** CDN. |

6952709_1.DOC