EXHIBIT D

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 18/02/09 | Telephone;2128728042;NEW YORKNY; | 1 | 1.02 |
| 28/02/09 | Beck Taxi/Inv 1721-002/M Wunder in Feb 09 - Taxi for R. Jacobs (Akin Gump) | 1 | 22.75 |
| 28/02/09 | Beck Taxi/Inv 1721-002/M Wunder in Feb 09 - Taxi for F. Hodara (Akin Gump) | 1 | 11.00 |
| 28/02/09 | Beck Taxi/Inv 1721-002 for M Wunder in Feb 09 | 1 | 28.00 |
| 04/03/09 | Telephone;2124324643;NEW YORKNY;4479 | 1 | 11.22 |
| 13/03/09 | Telephone;2124324643;NEW YORKNY;4479 | 1 | 5.61 |
| 16/03/09 | Telephone;2128728042;NEW YORKNY;4479 | 1 | 1.53 |
| 18/03/09 | Telephone;2128728042;NEW YORKNY;4479 | 1 | 0.51 |
| 25/03/09 | Telephone;6137347532;OTTAWAHUON;6 824 | 1 | 2.94 |
| 31/03/09 | Telephone;6137349023;OTTAWAHUON;6 824 | 1 | 0.42 |
| 06/04/09 | Telephone;2128728064;NEW YORKNY;4479 | 1 | 7.14 |
| 21/04/09 | Telephone;2125364089;NEW YORKNY;4740 | 1 | 0.51 |
| 24/04/09 | Telephone;2128727434;NEW YORKNY;4740 | 1 | 9.18 |
| 26/04/09 | /Bell Conferencing/Invoice #104792066 April 26/0 | 1 | 66.13 |
| 30/04/09 | Beck Taxi/Inv 1721-004/M. Wunder Apr 21/09. | 1 | 23.25 |
| 30/04/09 | Beck Taxi/Inv 1721-004/M. Wunder Apr 27/09. | 1 | 25.00 |
| 30/04/09 | Beck Taxi/Inv 1721-004/MJ Wunder April 1/09 | 1 | 23.50 |
| 30/04/09 | Beck Taxi/Inv 1721-004/M. Wunder Apr 8/09 to airport | 1 | 60.25 |
| 30/04/09 | Beck Taxi/Inv 1721-004/M. Wunder Apr 16/09 | 1 | 24.00 |
| 30/04/09 | Beck Taxi/Inv 1721-004/M Wunder April 15/09 | 1 | 24.00 |
| 30/04/09 | Telephone;2123186001;NEW YORKNY;4740 | 1 | 0.51 |
| 30/04/09 | Beck Taxi/Inv 1721-004/Fred Hodara to Airport | 1 | 57.50 |
| 30/04/09 | Telephone;2128727434;NEW YORKNY;4740 | 1 | 2.04 |
| 01/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 01/05/09 | Laser Copy;GOUGEON | 13 | 1.30 |
| 01/05/09 | Laser Copy;WONGLEES | 12 | 1.20 |
| 01/05/09 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 01/05/09 | Laser Copy;KARTASHM | 4 | 0.40 |
| 01/05/09 | Laser Copy;NELSON M | 8 | 0.80 |
| 01/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 01/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.59 |
| 01/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 01/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 7.65 |
| 02/05/09 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 03/05/09 | Laser Copy;MATHESON | 285 | 28.50 |
| 03/05/09 | Laser Copy;BEAIRSTO | 42 | 4.20 |
| 04/05/09 | Laser Copy;MacFarlaneA | 10 | 1.00 |
| 04/05/09 | Laser Copy;NELSON M | 7 | 0.70 |
| 04/05/09 | Laser Copy;KAPLAN M | 195 | 19.50 |
| 04/05/09 | Laser Copy;KUKULOWI | 3 | 0.30 |
| 04/05/09 | Photocopy;MacFarlaneA | 26 | 2.60 |
| 04/05/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 0.51 |
| 04/05/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 0.51 |
| 04/05/09 | Telephone;2128727434;NEW YORKNY;4582 | 1 | 1.02 |
| 04/05/09 | Telephone;2128727434;NEW YORKNY;4479 | 1 | 5.61 |
| 04/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 05/05/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 111.75 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 05/05/09 | Laser Copy;KARTASHM | 41 | 4.10 |
| 05/05/09 | Laser Copy;MattesL | 59 | 5.90 |
| 05/05/09 | Laser Copy;MattesL | 1 | 0.10 |
| 05/05/09 | Laser Copy;MattesL | 10 | 1.00 |
| 05/05/09 | Laser Copy;NELSON M | 126 | 12.60 |
| 05/05/09 | Laser Copy;BEAIRSTO | 30 | 3.00 |
| 05/05/09 | Photocopy;BOWEN S2 | 113 | 11.30 |
| 05/05/09 | Laser Copy;MacFarlaneA | 51 | 5.10 |
| 05/05/09 | Telephone;2128727434;NEW YORKNY;4582 | 1 | 1.53 |
| 05/05/09 | Photocopy;ORAHILL T | 50 | 5.00 |
| 05/05/09 | Photocopy;MattesL | 47 | 4.70 |
| 05/05/09 | Laser Copy;NORTH A | 197 | 19.70 |
| 05/05/09 | Laser Copy;NORTH A | 25 | 2.50 |
| 05/05/09 | Laser Copy;ORAHILL T | 55 | 5.50 |
| 05/05/09 | Laser Copy;ORAHILL T | 12 | 1.20 |
| 05/05/09 | Laser Copy;ORAHILL T | 9 | 0.90 |
| 05/05/09 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 05/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 05/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.08 |
| 05/05/09 | Telephone;2128727434;NEW YORKNY;4582 | 1 | 10.20 |
| 06/05/09 | Laser Copy;NORTH A | 7 | 0.70 |
| 06/05/09 | Parking for M. Wunder at FCP on May 2/09 | 1 | 9.56 |
| 06/05/09 | Laser Copy;NORTH A | 4 | 0.40 |
| 06/05/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 8.50 |
| 06/05/09 | Laser Copy;ORAHILL T | 159 | 15.90 |
| 06/05/09 | Laser Copy;ORAHILL T | 1 | 0.10 |
| 06/05/09 | Laser Copy;ORAHILL T | 27 | 2.70 |
| 06/05/09 | Laser Copy;MacFarlaneA | 1 | 0.10 |
| 06/05/09 | Laser Copy;MattesL | 8 | 0.80 |
| 06/05/09 | Laser Copy;KARTASHM | 6 | 0.60 |
| 06/05/09 | Laser Copy;KARTASHM | 5 | 0.50 |
| 06/05/09 | Laser Copy;KUKULOWI | 55 | 5.50 |
| 06/05/09 | Laser Copy;MattesL | 80 | 8.00 |
| 06/05/09 | Laser Copy;MattesL | 6 | 0.60 |
| 06/05/09 | Laser Copy;BuchananB | 168 | 16.80 |
| 06/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 06/05/09 | Dinner for M. Wunder at New Sky Restaurant on April 29/09 | 1 | 17.50 |
| 06/05/09 | Lunch for M. Wunder at People's Foods on May 1/09 | 1 | 15.00 |
| 07/05/09 | Laser Copy;MattesL | 2 | 0.20 |
| 07/05/09 | Laser Copy;KUKULOWI | 42 | 4.20 |
| 07/05/09 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 1.02 |
| 07/05/09 | Laser Copy;NELSON M | 93 | 9.30 |
| 07/05/09 | Laser Copy;ORAHILL T | 151 | 15.10 |
| 07/05/09 | Laser Copy;KAPLAN M | 2 | 0.20 |
| 08/05/09 | Laser Copy;MacFarlaneA | 7 | 0.70 |
| 08/05/09 | Laser Copy;NELSON M | 227 | 22.70 |
| 08/05/09 | Laser Copy;KAPLAN M | 6 | 0.60 |
| 08/05/09 | Laser Copy;MattesL | 246 | 24.60 |
| 10/05/09 | "eCarswell/HETU,JARVIS" | 1 | 11.00 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 11/05/09 | Laser Copy;NELSON M | 71 | 7.10 |
| 11/05/09 | Laser Copy;DUNSMUIM | 18 | 1.80 |
| 11/05/09 | "eCarswell/HETU,JARVIS" | 1 | 18.00 |
| 11/05/09 | Laser Copy;MacFarlaneA | 17 | 1.70 |
| 11/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.08 |
| 11/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 11/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 11/05/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 0.51 |
| 12/05/09 | Laser Copy;KARTASHM | 6 | 0.60 |
| 12/05/09 | Long Distance Telephone Calls: 2009-5-11 (S. Kukulowicz) | 1 | 36.24 |
| 12/05/09 | Laser Copy;BEAIRSTO | 44 | 4.40 |
| 12/05/09 | Parking at FCP for M. Wunder on May 9/09 | 1 | 9.56 |
| 12/05/09 | Photocopy;BEAIRSTO | 14 | 1.40 |
| 12/05/09 | Photocopy;ORAHILL T | 312 | 31.20 |
| 12/05/09 | Photocopy;ORAHILL T | 4 | 0.40 |
| 12/05/09 | Photocopy;ORAHILL T | 10 | 1.00 |
| 12/05/09 | Laser Copy;ORAHILL T | 247 | 24.70 |
| 12/05/09 | Laser Copy;MattesL | 72 | 7.20 |
| 12/05/09 | Laser Copy;THOMAS M | 30 | 3.00 |
| 12/05/09 | Laser Copy;KUKULOWI | 17 | 1.70 |
| 12/05/09 | Laser Copy;LEGAULT | 23 | 2.30 |
| 12/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 12/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 12/05/09 | Laser Copy;MacFarlaneA | 1 | 0.10 |
| 12/05/09 | Laser Copy;NELSON M | 94 | 9.40 |
| 12/05/09 | Lunch for M. Wunder at Whole Foods on May 9/09. | 1 | 15.74 |
| 12/05/09 | Dinner at Jump for M. Wunder, F. Hodara and R. Jacobs (Akin Gump) on May 7/09 | 1 | 105.26 |
| 12/05/09 | Food from Kitchen Table for meeting with FMC and Akin Gump on May 7/09 | 1 | 28.53 |
| 12/05/09 | Laser Copy;KAPLAN M | 221 | 22.10 |
| 12/05/09 | Parking for M. Wunder for meeting at Nortel on May 8/09 | 1 | 7.65 |
| 13/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 13/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 13/05/09 | A. MacFarlane - Air Canada Flight AC7918 to Philadelphia from TO on May 6, 2009 | 1 | 590.80 |
| 13/05/09 | A. MacFarlane - Return airfare on Air Canada Flight AC1035 from Philadelphia to Toronto on May 7, 2009 | 1 | 811.42 |
| 13/05/09 | Laser Copy;ORAHILL T | 875 | 87.50 |
| 13/05/09 | Laser Copy;ROHOMAN | 4 | 0.40 |
| 13/05/09 | Laser Copy;DUNSMUIM | 27 | 2.70 |
| 13/05/09 | Laser Copy;LEGAULT | 146 | 14.60 |
| 13/05/09 | Laser Copy;KAPLAN M | 36 | 3.60 |
| 13/05/09 | Laser Copy;MacFarlaneA | 44 | 4.40 |
| 13/05/09 | Laser Copy;HAHNJ | 4 | 0.40 |
| 13/05/09 | Dinner for A. MacFarlane at Philadelphia Airport - May 7, 2009 prior to return flight to Toronto. | 1 | 25.74 |
| 13/05/09 | Breakfast for A. MacFarlane at Green Room in Hotel Dupont, Philadelphia | 1 | 25.00 |
| 13/05/09 | Laser Copy;GOUGEON | 15 | 1.50 |
| 13/05/09 | Laser Copy;NELSON M | 245 | 24.50 |
| 13/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 13/05/09 | A. MacFarlane - One night stay at Hotel du Pont, Wilmington, DE ; 2009-5-6 | 1 | 346.20 |
| 13/05/09 | Taxi for A. MacFarlane from Hotel Dupont to Philadelphia Airport on May 7, 2009 | 1 | 105.30 |
| 13/05/09 | Taxi for A. MacFarlane from Pearson Airport to Harbour Castle. | 1 | 57.14 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 13/05/09 | Taxi for A. MacFarlane from Philadelphia Airport to Hotel Dupont, Wilmington, DE on May 6, 2009 | 1 | 105.30 |
| 13/05/09 | Water taxi for A. MacFarlane from Harbour Castle | 1 | 28.57 |
| 13/05/09 | Taxi for A. MacFarlane from office to Pearson Airport on May 6, 2009 | 1 | 57.14 |
| 14/05/09 | Laser Copy;NELSON M | 173 | 17.30 |
| 14/05/09 | Taxi for M. Wunder from FCP to Eglinton on May 12/09 | 1 | 16.19 |
| 14/05/09 | Laser Copy;MattesL | 145 | 14.50 |
| 14/05/09 | Laser Copy;ORAHILL T | 206 | 20.60 |
| 14/05/09 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 14/05/09 | Dinner for M. Wunder at Cora Pizza on May 12/09 | 1 | 7.65 |
| 14/05/09 | Photocopy;ORAHILL T | 27 | 2.70 |
| 14/05/09 | Laser Copy;LEGAULT | 10 | 1.00 |
| 14/05/09 | Laser Copy;MacFarlaneA | 13 | 1.30 |
| 14/05/09 | Laser Copy;KAPLAN M | 12 | 1.20 |
| 14/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 15/05/09 | Maxim: Breakfast Meeting on April 29/09 with M. Wunder, S Kukulowicz, A. Macfarlane and F Hodara (Akin Gump) Inv. 114173 | 1 | 22.95 |
| 15/05/09 | Laser Copy;NELSON M | 10 | 1.00 |
| 15/05/09 | Laser Copy;MacFarlaneA | 26 | 2.60 |
| 15/05/09 | Telephone;2125065127;NEW YORKNY;4582 | 1 | 0.51 |
| 15/05/09 | Laser Copy;MattesL | 17 | 1.70 |
| 18/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 7.65 |
| 18/05/09 | Laser Copy;MacFarlaneA | 1 | 0.10 |
| 18/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 18/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 19/05/09 | Photocopy;ORAHILL T | 146 | 14.60 |
| 19/05/09 | Laser Copy;ORAHILL T | 398 | 39.80 |
| 19/05/09 | Photocopy;ORAHILL T | 48 | 4.80 |
| 19/05/09 | Laser Copy;KAPLAN M | 36 | 3.60 |
| 19/05/09 | Laser Copy;NELSON M | 241 | 24.10 |
| 19/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 6.63 |
| 19/05/09 | Telephone;2128690100;NEW YORKNY;4715 | 1 | 1.53 |
| 19/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 19/05/09 | Laser Copy;PAUL S | 2 | 0.20 |
| 19/05/09 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 19/05/09 | Laser Copy;MattesL | 12 | 1.20 |
| 20/05/09 | US$18.72 Long-distance calls on Gaylord Hotel - converted at rate of 1.273697849 on VISA; 2009-4-1 (A. MacFarlane while in Philadelphia) | 1 | 23.84 |
| 20/05/09 | $US42.12 Long-distance call on Gaylord National invoice - converted at $1.273697849 on VISA; 2009-4-2 (A. MacFarlane while in Philadelphia) | 1 | 53.65 |
| 20/05/09 | Laser Copy;MacFarlaneA | 180 | 18.00 |
| 20/05/09 | Laser Copy;MattesL | 25 | 2.50 |
| 20/05/09 | Laser Copy;NELSON M | 90 | 9.00 |
| 20/05/09 | Laser Copy;WUNDER M | 18 | 1.80 |
| 20/05/09 | Laser Copy;ORAHILL T | 131 | 13.10 |
| 20/05/09 | US$62.18 for long-distance call on Gaylord National invoice - converted at $1.273697849 on VISA; 2009-4-1 (A. MacFarlane while in Philadelphia) | 1 | 79.19 |
| 20/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.59 |
| 20/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 20/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 20/05/09 | Laser Copy;PAUL S | 49 | 4.90 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 20/05/09 | Dinner for A. MacFarlane at Pearson Airport on May 6, 2009 prior to flight to Philadelphia | 1 | 22.15 |
| 20/05/09 | Dinner for M. Wunder at Cora Pizza on May 19/09 | 1 | 7.17 |
| 20/05/09 | Photocopy;ORAHILL T | 588 | 58.80 |
| 20/05/09 | Parking for M. Wunder at FCP on May 18/09. | 1 | 9.56 |
| 20/05/09 | Photocopy;MattesL | 52 | 5.20 |
| 20/05/09 | Taxi for M. Wunder from FCP to Eglinton on May 19/09 | 1 | 23.81 |
| 20/05/09 | $US8.64 Long-distance call on Gaylord National invoice - converted at $1.273697849 on VISA; 2009-4-2 (A. MacFarlane while in Philadelphia) | 1 | 11.00 |
| 21/05/09 | Photocopy;ORAHILL T | 457 | 45.70 |
| 21/05/09 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 21/05/09 | Laser Copy;MattesL | 122 | 12.20 |
| 21/05/09 | Laser Copy;ANTONY S | 220 | 22.00 |
| 21/05/09 | Laser Copy;DUNSMUIM | 3 | 0.30 |
| 21/05/09 | Photocopy;ORAHILL T | 12 | 1.20 |
| 21/05/09 | Photocopy;ORAHILL T | 4 | 0.40 |
| 21/05/09 | Laser Copy;NELSON M | 1047 | 104.70 |
| 21/05/09 | Laser Copy;PAUL S | 5 | 0.50 |
| 21/05/09 | Laser Copy;KAPLAN M | 233 | 23.30 |
| 21/05/09 | Laser Copy;ROHOMAN | 949 | 94.90 |
| 22/05/09 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 22/05/09 | Laser Copy;MattesL | 384 | 38.40 |
| 22/05/09 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 12.24 |
| 22/05/09 | Laser Copy;GRASSI J | 24 | 2.40 |
| 25/05/09 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 25/05/09 | Laser Copy;MattesL | 7 | 0.70 |
| 25/05/09 | Laser Copy;GRASSI J | 5 | 0.50 |
| 25/05/09 | Laser Copy;NELSON M | 566 | 56.60 |
| 25/05/09 | Laser Copy;KARTASHM | 15 | 1.50 |
| 25/05/09 | Laser Copy;KUKULOWI | 12 | 1.20 |
| 25/05/09 | Laser Copy;MATHESON | 3 | 0.30 |
| 25/05/09 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 26/05/09 | Laser Copy;NELSON M | 449 | 44.90 |
| 26/05/09 | Laser Copy;DUNSMUIM | 293 | 29.30 |
| 26/05/09 | Photocopy;ORAHILL T | 36 | 3.60 |
| 26/05/09 | Laser Copy;ORAHILL T | 274 | 27.40 |
| 26/05/09 | Laser Copy;MacFarlaneA | 35 | 3.50 |
| 26/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 5.10 |
| 26/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 13.26 |
| 26/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 26/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 26/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 26/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 26/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 26/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.08 |
| 26/05/09 | Laser Copy;MattesL | 22 | 2.20 |
| 26/05/09 | Laser Copy;KARTASHM | 1 | 0.10 |
| 27/05/09 | Photocopy;ORAHILL T | 12 | 1.20 |
| 27/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 27/05/09 | Telephone;2083966484;BOISE ID;4715 | 1 | 0.56 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 27/05/09 | Telephone;2083966484;BOISE ID;4715 | 1 | 11.20 |
| 27/05/09 | Laser Copy;MATHESON | 4 | 0.40 |
| 27/05/09 | Laser Copy;MattesL | 356 | 35.60 |
| 27/05/09 | Laser Copy;ORAHILL T | 128 | 12.80 |
| 27/05/09 | Laser Copy;NELSON M | 785 | 78.50 |
| 27/05/09 | Laser Copy;KAPLAN M | 203 | 20.30 |
| 27/05/09 | Laser Copy;MacFarlaneA | 97 | 9.70 |
| 27/05/09 | Photocopy;ORAHILL T | 20 | 2.00 |
| 27/05/09 | Photocopy;ORAHILL T | 118 | 11.80 |
| 28/05/09 | Laser Copy;MacFarlaneA | 379 | 37.90 |
| 28/05/09 | Laser Copy;MATHESON | 12 | 1.20 |
| 28/05/09 | Laser Copy;MattesL | 317 | 31.70 |
| 28/05/09 | Laser Copy;MCDONALA | 141 | 14.10 |
| 28/05/09 | Laser Copy;NELSON M | 297 | 29.70 |
| 28/05/09 | Laser Copy;ORAHILL T | 148 | 14.80 |
| 28/05/09 | Laser Copy;PAUL S | 2 | 0.20 |
| 28/05/09 | Laser Copy;KARTASHM | 5 | 0.50 |
| 28/05/09 | Laser Copy;GOUGEON | 45 | 4.50 |
| 28/05/09 | Photocopy;ORAHILL T | 187 | 18.70 |
| 29/05/09 | Photocopy;ORAHILL T | 368 | 36.80 |
| 29/05/09 | Laser Copy;ROHOMAN | 444 | 44.40 |
| 29/05/09 | Maxim: May 7/09 Lunch Meeting with Akin Gump (F.Hodara/R.Jacobs), Capstone (J.Hyland), Airvana (J.Glidden), M Wunder, S Kukulowicz - Inv. 114320 | 1 | 100.44 |
| 29/05/09 | Laser Copy;MacFarlaneA | 225 | 22.50 |
| 29/05/09 | Laser Copy;KAPLAN M | 23 | 2.30 |
| 29/05/09 | Laser Copy;MattesL | 128 | 12.80 |
| 29/05/09 | Laser Copy;MCDONALA | 4 | 0.40 |
| 29/05/09 | Laser Copy;NELSON M | 62 | 6.20 |
| 29/05/09 | Laser Copy;ORAHILL T | 41 | 4.10 |
| 30/05/09 | Laser Copy;CHUNG G | 404 | 40.40 |
| 30/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 30/05/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 31/05/09 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 0.51 |
| 31/05/09 | Laser Copy;MacFarlaneA | 96 | 9.60 |
| 31/05/09 | Telephone;2125447922;NEW YORKNY;4715 | 1 | 0.51 |
| 31/05/09 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 1.02 |
| 31/05/09 | Telephone;7192347615;COLORDOSCO;4715 | 1 | 13.20 |
| 31/05/09 | Laser Copy;CHUNG G | 186 | 18.60 |

Total CDN $5,338.26