**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## MAY 1, 2009 THROUGH MAY 31, 2009
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 59.5 | $775.00 | $46,112.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 48 | $775.00 | $37,200.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 6.8 | $750.00 | $5,100.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 100.1 | $750.00 | $75,075.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 10.2 | $725.00 | $7,395.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 144.2 | $725.00 | $104,545.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 12.9 | $700.00 | $9,030.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 32.6 | $675.00 | $22,005.00 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 8.1 | $675.00 | $5,467.50 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 2.2 | $600.00 | $1,320.00 |
| Taylor, K.R. | Partner | Employment/Labour | Ontario - 1995 | 5.3 | $600.00 | $3,180.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 14 | $400.00 | $5,600.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 11.7 | $350.00 | $4,095.00 |
| North, A.R. | Student | Students | | 10.5 | $200.00 | $2,100.00 |
| Hetu, J | Student | Students | | 2 | $200.00 | $400.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 47.8 | $175.00 | $8,365.00 |
| | | | | | CDN. | $336,990.00 |
| | Less Non-Working Travel Time Discount (50% of $9,525.00) | | | | | ($4,762.50) |
| TOTAL | | | | 515.9 | CDN. | $332,227.50 |