IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :   Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         :   Case No. 09-10138 (KG)
                                                         :
                         Debtors.                        :   Jointly Administered
                                                         :
--------------------------------------------------------- X   Hearing Date: July 17, 2009 at 10:00 a.m. (ET)


**FIRST QUARTERLY FEE APPLICATION REQUEST OF CROWELL & MORING LLP, SPECIAL COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD JANUARY 14, 2009 THROUGH APRIL 30, 2009**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Crowell & Moring LLP hereby submits its First Quarterly Fee Application Request (the "Request") for the period January 14, 2009 through and including April 30, 2009[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 920, 921, 922, and 923 contain the detailed listing of Crowell & Moring LLP's requested fees and expenses for the Application Period.

Crowell & Moring LLP seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No.[2] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Pending Allowance (80%) | Amount of Expenses Pending Allowance (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 6/17/09 | 1/14/09 - 1/31/09 | $52,701.95 | $10.35 | | $42,161.56 | $10.35 | $10,540.39 |
| 6/17/09 | 2/1/09 – 2/28/09 | $58,523.65 | $85.89 | | $46,818.92 | $85.89 | $11,704.73 |
| 6/17/09 | 3/1/09 – 3/31/09 | $32,648.90 | $0.00 | | $26,119.12 | $0.00 | $6,529.78 |
| 6/17/09 | 4/1/09 – 4/30/09 | $20,543.95 | $0.60 | | $16,435.16 | $0.60 | $4,108.79 |
| TOTAL | | $164,418.45 | $96.84 | | $131,534.76 | $96.84 | $32,883.69 |

In accordance with the Monthly Compensation Order, Crowell & Moring LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Crowell & Moring LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Crowell & Moring LLP such other and further relief as is just and proper.

Dated: June 24, 2009
Washington, D.C.

CROWELL & MORING LLP

*Matthew W Cheney* (signature)

James J. Regan (D.C. Bar No. 967398)
Matthew W. Cheney (MD Fed. Bar No. 25299)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8749
Facsimile: (202) 628-5116

*Special Counsel for the Debtors
and Debtors-in-Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael V. Blumenthal | Partner | $735 | 2.7 | $1,984.50 |
| Alan W. H. Gourley | Partner | $725 | 2.4 | $1,740.00 |
| Matthew Jacobs | Partner | $580 | 7.2 | $4,176.00 |
| Robert Lipstein | Partner | $860 | 3.9 | $3,354.00 |
| Kris D. Meade | Partner | $525 | 15.3 | $8,032.50 |
| Kris D. Meade | Partner | $454.50[3] | 7.9 | $3,590.55 |
| William M. O'Connor | Partner | $775 | 1 | $775.00 |
| James J. Regan | Partner | $785 | 57.8 | $45,373.00 |
| Andrew M. Riddles | Partner | $710 | 1.5 | $1,065.00 |
| John Stewart | Partner | $795 | 0.7 | $556.50 |
| James R. Stuart III | Partner | $795 | 0.3 | $238.50 |
| Mark M. Supko | Partner | $680 | 2.9 | $1,972.00 |
| Scott L. Winkelman | Partner | $725 | 1.2 | $870.00 |
| Matthew Cheney | Counsel | $550 | 48.7 | $26,785.00 |
| Karen C. Hermann | Counsel | $520 | 14.3 | $7,436.00 |
| Heather Hodges | Counsel | $525 | 3.3 | $1,732.50 |
| Rebecca Springer | Counsel | $455 | 5.4 | $2,457.00 |
| Rebecca Springer | Counsel | $382.50[3] | 67.6 | $25,857.00 |
| Noah Bloomberg | Associate | $345 | 1.5 | $517.50 |
| Jenny E. Cieplak | Associate | $455 | 1.8 | $819.00 |
| Jane Foster | Associate | $355 | 7.2 | $2,556.00 |
| Jane Foster | Associate | $297[3] | 44.7 | $13,275.90 |
| Natalia Medley | Associate | $490 | 2.2 | $1,078.00 |
| Subash Dalai | Specialist | $270 | 17.7 | $4,779.00 |
| Shana Harris | Paralegal | $220 | 0.2 | $44.00 |
| Angela Martz | Specialist | $330 | 1 | $330.00 |
| Jane Shepard | Practice Support | $270 | 11.2 | $3,024.00 |
| **TOTAL** | | | **331.6** | **$164,418.45** |

---

[3] One of Crowell & Moring LLP's matters has a special modified fixed fee arrangement for 2009 under which Crowell & Moring LLP bills at its "B" rates.

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| AAP Preparation | 120.2 | $42,723.45 |
| Antitrust Counseling | 3.9 | $3,354.00 |
| Carrier OFCCP Audit | 7.3 | $3,204.50 |
| Fee/Employment Application - US | 82.2 | $46,342.50 |
| General Counseling-Commercial | 48.8 | $36,988.50 |
| IT OFCCP Audit | 6 | $2,386.00 |
| Linex v. Nortel et al. | 8.3 | $4,806.00 |
| North American Sales Audit | 14.6 | $7,455.00 |
| Source Code License and Escrow Agreements | 15 | $7,992.50 |
| Wanland | 25.3 | $9,166.00 |
| **TOTAL** | **331.6** | **$164,418.45** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Express delivery | Federal Express | $59.27 |
| Long Distance Telephone | Premiere Global Services, Inc. | $36.97 |
| Duplicating | In-House (6 pages) | $0.60 |
| **TOTAL** | | **$96.84** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]