IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     : Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          : Case No. 09-10138 (KG)
                                                            :
                    Debtors. : Jointly Administered
                                                            :
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 955]

PLEASE TAKE NOTICE that on June 25, 2009, copies of the **Notice Of Agenda Of Matters Scheduled For Hearing On June 29, 2009 At 9:00 A.M. (Eastern Time)** (D.I. 955, Filed 6/25/09) were served in the manner indicated upon the entities identified on the attached service list.

Dated: June 25, 2009
      Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    James L. Bromley
                                    Lisa M. Schweitzer
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone: (212) 225-2000
                                    Facsimile: (212) 225-3999

                                    - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ 

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2672623.16