# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*[1], | Case No. 09-10138(KG) |
| | Jointly Administered |
| Debtors. | |
| | **Hearing Date: July 17, 2009 at 11:00 a.m.** |

### FIRST QUARTERLY FEE APPLICATION REQUEST OF PARADIGM DKD GROUP, LLC D/B/A PARADIGM TAX GROUP AS PROPERTY TAX PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF JANUARY 14, 2009 THROUGH APRIL 30, 2009

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] ("Monthly Compensation Order"), Paradigm DKD Group, LLC d/b/a Paradigm Tax Group ("Paradigm") hereby submits its First Quarterly Fee Application Request ("Request") for the period January 14, 2009 through and including April 30, 2009[2] ("Application Period").

---

[1] The debtors in these jointly administered chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2] Exhibits B and C attached to the interim application (Docket No. 768) contain detailed listings of Paradigm's requested fees for the Application Period.

Paradigm seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/19/09 D.I. 768 | 1/14/09 – 4/30/09 | $283,480.00 | N/A | 6/10/09 D.I. 879 | $226,784.00 | N/A | $56,696.00 |
| TOTAL | | $283,480.00 | N/A | | $226,784.00 | N/A | $56,696.00 |

In accordance with the Monthly Compensation Order, Paradigm seeks interim approval of the full amount of the fees requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Paradigm respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Paradigm such other and further relief as is just and proper.

Dated: June 26, 2009

CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*

Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

-and-

Barry S. Glaser, Esq.
STECKBAUER WEINHART JAFFE, LLP
333 South Hope Street, 36th Floor
Los Angeles, California 90071
(213) 229-2868

*Attorneys for Paradigm DKD Group, LLC d/b/a Paradigm Tax Group*

#696935v1