# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*[1], | : | Case No. 09-10138(KG) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related to Docket No.** _____ |

## ORDER GRANTING FIRST QUARTERLY FEE APPLICATION REQUEST OF PARADIGM DKD GROUP, LLC D/B/A PARADIGM TAX GROUP AS PROPERTY TAX PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF JANUARY 14, 2009 THROUGH APRIL 30, 2009

Upon consideration of the First Quarterly Fee Application Request ("Request") of Paradigm DKD Group, LLC d/b/a Paradigm Tax Group ("Paradigm"), as property tax professionals for the above-captioned debtors and debtors-in-possession ("Debtors") for the period of January 14, 2009 through and including April 30, 2009; and upon consideration of the monthly fee application subject to the Request ("Fee Application"); the Court having reviewed the Request and Fee Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Request is granted.

2. Paradigm is allowed compensation for the period and in the amounts set forth in the Request, subject to the filing of a final fee application by Paradigm.

---

[1] The debtors in these jointly administered chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

3.  The Debtors are authorized and directed to disburse to Paradigm payment in the amount of the difference between (a) 100% of the total fees set forth in the Fee Application and (b) the actual interim payments received by Paradigm for fees under the Fee Application, as set forth in the Request.

4.  The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.  This Order shall be effective immediately upon entry.

Dated: _____

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

#696953v1

2