IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on the 26th day of June 2009, I caused a copy of the *Limited Objection of MatlinPatterson Global Advisers LLC to Debtors' Motion for Orders (I) (A) Authorizing Debtors' Entry Into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts and (C) the Assumption and Sublease of Certain Leases* to be served upon the parties listed below in the manner indicated:

## HAND DELIVERY

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
*(Counsel to Debtors)*

Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
*(Counsel to Official Committee of Unsecured Creditors)*

Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
The Brandwine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*(Counsel to Ernst & Young Inc., Monitor and Foreign Rep – Canadian Nortel)*

Laura Davis Jones, Esq.
Pachulski Stang Ziehl Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Ad Hoc Committee Noteholders)*

**VIA FACSIMILE**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*(Counsel to Official Committee of Unsecured Creditors)*

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*(Counsel to Debtors)*

Ken Coleman, Esq.
Lisa Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
*(Counsel to Ernst & Young Inc., Monitor and Foreign Rep – Canadian Nortel)*

Dated: June 26, 2009

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)