**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------x
                                        :
                                        :    Chapter 11
                                        :
In re:                                  :
    NORTEL NETWORKS INC., et al.,       :    Case No. 09-10138 (KG)
                                        :
                                        :    (Jointly Administered)
                            Debtors.    :
----------------------------------------------------------------x    Re Docket No. 887
```

**STATEMENT OF AD HOC COMMITTEE OF BONDHOLDERS**
**IN SUPPORT OF DEBTORS' MOTION FOR APPROVAL OF INTERIM FUNDING**
**AND SETTLEMENT AGREEMENT**

The above-captioned Debtors have filed their "Motion Pursuant To 11 U.S.C. § 105(A),

§ 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And

Settlement Agreement, and (B) Granting Related Relief" (D.I. 887, Filed 6/10/09) (as amended,

the "Motion").[1]  The ad hoc group of bondholders holding claims against certain of the debtors

in these cases and certain of the debtors in the related Canadian proceedings (the "Bondholder

Group") hereby submits this Statement in support of the Motion.

The Bondholder Group participated actively in the negotiations of the transactions that

are the subject of the Motion and support the Debtors' request that those transactions be

approved by this Court.  The Bondholder Group's support for the Motion is expressly

conditioned upon the Reservation of Rights contained in Section 20 of the Interim Funding and

Settlement Agreement, and in particular (but without limitation) on the agreement among the

parties that the use of the term Transfer Pricing Payment (or any similar term) or reference to the

Transfer Pricing Agreements (or similar agreement) in the agreement is for convenience only

and shall have no evidentiary effect or be used by any of the Parties thereto in any proceeding to

determine the pre-petition or post-petition validity, applicability, assumption, affirmation or

---

[1]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

LA1:#6407256

ratification by any Party of the Transfer Pricing Agreements or any transfer pricing methodology

provided in the Transfer Pricing Agreements.

Dated:  June 26, 2009
       Wilmington, Delaware

          MILBANK, TWEED, HADLEY & M$^{c}$CLOY LLP
          Thomas R. Kreller
          601 South Figueroa St., Suite 3000
          Los Angeles, CA 90017
          Telephone: (213) 892-4463
          Facsimile:  (213) 892-4763
          Email: tkreller@milbank.com

          And

          PACHULSKI STANG ZIEHL & JONES LLP

          Laura Davis Jones (Bar No. 2436)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, DE 19899-8705 (Courier 19801)
          Telephone:  (302) 652-4100
          Facsimile:  (302) 652-4400
          Email:  ljones@pszjlaw.com

          Counsel for the Bondholder Group