## CERTIFICATE OF SERVICE

I, Karen B. Skomorucha, hereby certify that, on the 26th day of June 2009, I caused a true and correct copy of the foregoing document to be served upon the below listed parties by facsimile and e-mail.

*Ka B. Skomoruch*
Karen B. Skomorucha (#4759)

**FACSIMILE & E-MAIL**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Facsimile (212) 225-3999
jbromley@cgsh.com
lschweitzer@cgsh.com

**FACSIMILE & E-MAIL**
Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
Facsimile (302) 658-3989
dabbott@mnat.com
eschwartz@mnat.com
acordo@mnat.com
aremming@mnat.com

{00227228;v1}