# SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc.  COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG  DATE: 6/26/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jaime Luton | YCST | joint admi - + design reps for foreign debt |
| Ann Cordo | MNAT | Morris Nichols Arsht + Tunnell Debtors |
| Derek Abbott | " | " |
| Catherine Weaver | Cleary Gottlieb Steen + Hamilton | " |
| Stephen Miller | Morris James LLP | PEKA Immobilien Investment GmbH |
| Chris Samis | Richards Layton & Finger | Committee |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |

# Court Conference

**Calendar Date:** 06/26/2009
**Calendar Time:** 03:00 PM

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

1st Revision 06/26/2009 07:44 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2908115 | Peg Brickley | Dow Jones News Wires | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2907913 | Lisa Kraidin | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2912477 | Darryl Laddin | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2908294 | Laura Metzger | Orrick Herrington & Sutcliffe | Creditor, ABN AMRO Bank N.V. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2832914 | Anneliese H. Pak | Ropes & Gray LLP | Interested Party, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2916993 | Steven J. Reisman | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2912444 | David Albalah | Bracewell & Giuliani - New York | Debtor, Joint Administrators and Foreign Representatives for the Foreign Debtor / LIVE |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2912444 | Dan Connolly | Bracewell & Giuliani - New York | Debtor, Joint Administrators and Foreign Representatives for the Foreign Debtor / LIVE |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2908659 | Paul Hollands | Bracewell & Giuliani - Conneticut | Interested Party, Foreign Representative to Foreign Debtor / LISTEN ONLY |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2907900 | Katherine Lindsay | Bracewell & Giuliani - Conneticut | Debtor, The Foreign Representative of the Foreign Debtor / LIVE |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2908495 | Lisa Kraidin | Allen & Overy, LLP | Monitor, Earnst & Young / LIVE |
| | | Nortel Networks UK Limited | 09-11972 | Hearing | 2905515 | John Whiteoak | Bracewell & Giuliani - Conneticut | Interested Party, Foreign Representative to Foreign Debtor / LISTEN ONLY |