IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| NORTEL NETWORKS, INC., ET AL., ) | |
| ) | Case No. 09-10138 (KG) |
| ) | (Chapter 11) |
| Debtor. ) | |

**WITHDRAWAL OF OBJECTION TO JOINT MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY**

COMES NOW, Brookings Municipal Utilities, ("BMU" or "Creditor"), a party in interest with respect to the subject matter of the Motion, and hereby withdraws its' Objection to the Joint Motion for Approval of Compromise of Controversy as filed June 4, 2009 for the reason that: (1) the parties have reached a settlement and agreement in principal; (2) that based upon the representations of counsel regarding the understood terms, that this Withdrawal must be filed before an Order can be submitted, rather than this counsel signing off on an Order; and (3) that an Order to be agreed upon and which is being exchanged between counsel at the time with respect to the Oklahoma City bankruptcy of <u>Crossroads</u>, as referenced in the Motion, this Withdrawal is being filed.

Respectfully submitted,

/s/ Lyle R. Nelson
Lyle R. Nelson, OBA #10914
Jennifer H. Kirkpatrick, OBA#19504
Two Leadership Square, St. 1300
211 N. Robinson
Oklahoma City, Oklahoma  73102
Phone: (405) 232-7567
Facsimile: (405) 232-4061
lyle@lylenelsonlaw.com
jhkirkpatrick@eliasbooks.com
ATTORNEYS FOR BROOKINGS MUNICIPAL
UTILITIES AND SWIFTEL COMMUNICATIONS

## **CERTIFICATE OF SERVICE**

I, Lyle R. Nelson, certify that I am not less than 18 years of age, and that service of the foregoing **Withdrawal of Objection to the Joint Motion for Approval of Compromise of Controversy** was caused to be made on June 26, 2009, in the manner indicated upon the entities identified below:

Via Facsimile (212) 225-3999 and Regular Mail:
CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley
Lisa M. Schweitzer
Katherine M. Weaver
One Liberty Plaza
New York, NY 10006

    -and-

Via Facsimile (302) 658-3989 and Regular Mail:
MORRIS NICHOLS ARSHT & TUNNELL LLP
Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Andrew R. Remming
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19801

                                                      /s/ Lyle R. Nelson
                                                      Lyle R. Nelson