92

SIGNED for and on behalf of **NORTEL**
**NETWORKS ROMANIA SRL (IN**
**ADMINISTRATION)**
by ALAN  BLOOM        as Joint
Administrator (acting as agent and without
personal liability) ~~in the presence of:~~

)
)
)
)

SIGNED for and on behalf of **NORTEL**
**GMBH (IN ADMINISTRATION)**
by ALAN BLOOM        as Joint
Administrator (acting as agent and without
personal liability) ~~in the presence of:~~

)
)
)
)

SIGNED for and on behalf of **NORTEL**
**NETWORKS OY (IN**
**ADMINISTRATION)**
by ALAN BLOOM        as Joint
Administrator (acting as agent and without
personal liability) ~~in the presence of:~~

)
)
)
)

SIGNED for and on behalf of **NORTEL**
**NETWORKS AB (IN**
**ADMINISTRATION)**
by ALAN BLOOM        as Joint
Administrator (acting as agent and without
personal liability) ~~in the presence of:~~

)
)
)
)

Signature page to letter from Joint Administrators

**SIGNED** for and on behalf of **NORTEL NETWORKS INTERNATIONAL FINANCE & HOLDING BV (IN ADMINISTRATION)**
by ALAN BLOOM          as Joint Administrator (acting as agent and without personal liability) ~~in the presence of:~~

)
)
)
)

**SIGNED** for and on behalf of **NORTEL NETWORKS FRANCE S.A.S. (IN ADMINISTRATION)**
by ALAN BLOOM.          as Joint Administrator (acting as agent and without personal liability) ~~in the presence of:~~

)
)
)
)

Acknowledged and agreed by:

NORTEL NETWORKS LIMITED

By _____

Name: John Doolittle
Title: Treasurer

By _____

Name: Anna Ventresca
Title: Assistant Secretary


NORTEL NETWORKS INC.

By _____

Name: Paul W. Karr
Title: Vice-President, Finance

Acknowledged and agreed by:

**SIGNED** for and on behalf of **NORTEL**        )
**NETWORKS UK LIMITED (IN**                        )
**ADMINISTRATION)**                                )
by ALAN BLOOM            as Joint                  )
Administrator (acting as agent and without
personal liability) ~~in the presence of:~~

## Schedule

**Canadian Debtors:**

Nortel Networks Corporation

Nortel Networks Limited

Nortel Networks Global Corporation

Nortel Networks International Corporation

Nortel Networks Technology Corporation

**US Debtors:**

Nortel Networks Inc.

Architel Systems (U.S.) Corporation

CoreTek, Inc.

Nortel Altsystems, Inc. (previously "Alteon WebSystems, Inc.")

Nortel Altsystems International Inc. (previously "Alteon WebSystems International, Inc.")

Nortel Networks Applications Management Solutions Inc.

Nortel Networks Cable Solutions Inc.

Nortel Networks Capital Corporation

Nortel Networks HPOCS Inc.

Nortel Networks International Inc.

Nortel Networks Optical Components Inc.

Northern Telecom International Inc.

Qtera Corporation

Sonoma Systems

Xros, Inc.

**EMEA Debtors:**

Nortel Networks UK Limited (In Administration)

Nortel Networks (Ireland) Limited (In Administration)

Nortel Networks NV (In Administration)

Nortel Networks SpA (In Administration)

Nortel Networks BV (In Administration)

Nortel Networks Polska Sp z.o.o. (In Administration)

Nortel Networks Hispania, SA (In Administration)

Nortel Networks (Austria) GmbH (In Administration)

Nortel Networks sro (In Administration)

Nortel Networks Engineering Services Kft (In Administration)

Nortel Networks Portugal SA (In Administration)

Nortel Networks Slovensko, sro (In Administration)

Nortel Networks Romania Srl (In Administration)

Nortel Networks AG

Nortel GmbH (In Administration)

Nortel Networks Oy (In Administration)

Nortel Networks AB (In Administration)

Nortel Networks International Finance & Holding BV (In Administration)

Nortel Networks France S.A.S. (In Administration)

S-2

# TAB C

98

This is Exhibit........C........referred to in the
affidavit of........JOHN DOOLITTLE........
sworn before me, this.....22nd........
day of....June........20.0.9.

........J.J. Carmichael M. Hartley........
A COMMISSIONER FOR TAKING AFFIDAVITS

**FIFTH EXTENSION DEED**

## INTERIM NORTEL GROUP SUPPLIER PROTOCOL AGREEMENT

This Deed is dated    5    MAY 2009 and made between:

(1)    The Canadian Nortel Group companies listed in part one of Schedule 1 (the **"Canadian Companies"**);

(2)    the EMEA Nortel Group companies listed in part two of Schedule 1 (the **"EMEA Companies in Administration"**);

(3)    Alan Robert Bloom, Christopher John Wilkinson Hill, Stephen John Harris, and Alan Michael Hudson as joint administrators of the EMEA Companies in Administration other than Nortel Networks (Ireland) Limited and in the case of Nortel Networks (Ireland) Limited Alan Robert Bloom and David Martin Hughes as joint administrators of that company, each of Ernst & Young LLP (**"Administrators"**)

1.    **BACKGROUND**

1.1    The Parties are party to the Interim Nortel Group Supplier Protocol Agreement dated 14 January 2009, as extended by the Extension Deed dated 10 February 2009, the Second Extension Deed dated 12 March 2009, the Third Extension Deed dated 14 April 2009 and the Fourth Extension Deed dated 21 April 2009 (**"Agreement"**).

1.2    The Parties entered into the Agreement in recognition of the global nature of the Nortel Group business and in order to ensure that, for the period immediately following the Filing Date, Canadian Companies could continue to trade with the EMEA Companies in Administration and be paid in full for goods and services provided during the period of the Agreement.

1.3    Pursuant to clause 3 of the Fourth Extension Deed dated 21 April 2009, the Agreement shall terminate, unless otherwise extended by the Parties with the consent of the Monitor in writing before such date, at 11.59pm (Toronto time) on Tuesday 5 May 2009.

1.4    The Parties have now agreed to further extend the term of the Agreement in accordance with the terms of this fifth extension deed (**"Fifth Extension Deed"**).

1.5    Nortel Networks S.A. (**"NNSA"**) and Nortel Networks France S.A.S. (**"NNSAS"**) continue to be parties to the Agreement as extended by this Fifth Extension Deed but both shall have the right to terminate its future participation therein on the terms and conditions contained herein. It is likely that secondary liquidation proceedings are opened in France in relation to NNSA and possibly also in respect of NNSAS if necessary, subject to compliance with French law, but that the administration proceedings in respect of both NNSA and NNSAS under the United Kingdom Insolvency Act 1986 shall continue and that NNSA and NNSAS will continue to trade.

2.    **DEFINITIONS AND CONSTRUCTION**

2.1    The provisions of clause 2 (*Definitions and Construction*) of the interim Nortel Group Supplier Protocol Agreement dated 14 January 2009 shall also apply to this Fifth Extension Deed but references to parties, clauses and schedules are to parties, clauses and schedules of this Fifth Extension Deed unless otherwise specified.

99

**3.   EXTENSION OF AGREEMENT**

In consideration of the arrangements under the Agreement continuing, the Parties agree that with effect on and from the date of this Fifth Extension Deed the Agreement shall be extended such that the Agreement shall terminate, unless otherwise extended by the Parties with the consent of the Monitor in writing before such date, at 11.59pm (Toronto time) on Friday 5 June 2009.

**4.   NNSA and NNSAS**

4.1   The Parties acknowledge that it is likely that secondary liquidation proceedings will be opened in due course in France in respect of NNSA and (subject to compliance with French law) possibly also in respect of NNSAS ("Secondary Proceedings"). Accordingly, the Parties agree that any administrator of NNSA or NNSAS appointed by the French Court (the "French Administrator") in Secondary Proceedings shall be entitled to terminate the participation of NNSA or NNSAS (as the case may be) in this Fifth Extension Deed by giving all Parties 14 days prior written notice.

4.2   Upon such termination, any payment or other financial obligations or liability of the terminating company under this Fifth Extension Deed and the Agreement for any period after expiry of the notice of termination shall unless otherwise agreed cease immediately without prejudice to the rights and obligations of such company existing thereunder before such termination, and further without prejudice to the rights and obligations of the other Parties amongst themselves.

4.3   If, following the opening of Secondary Proceedings, the French Administrator does not exercise his right to terminate the participation of NNSA or NNSAS (as the case may be) in this Fifth Extension Deed and the Agreement, then the Parties agree that from the date of the opening of Secondary Proceedings any Post Filing Goods and Services Payments in respect of an order for Goods and Services made on or after that date will not be payable as an expense of the administration under the UK Insolvency Act 1986, but shall in accordance with and subject to French law, be payable only from the assets which are subject to the Secondary Proceedings.

**5.   MONITOR CONSENT**

By executing the consent attached to this Fifth Extension Deed, the Monitor consents to the extension of the Agreement in accordance with clause 3.

**6.   CONTINUATION**

6.1   This Fifth Extension Deed is supplemental to, and shall be construed as one with, the Agreement.

6.2   Except as extended by the terms of this Fifth Extension Deed, the Agreement will remain in full force and effect and any reference in the Agreement to the Agreement or to any provision of the Agreement will be construed as a reference to the Agreement, or that provision, as extended by this Fifth Extension Deed.

**7.    NO PERSONAL LIABILITY OF THE ADMINISTRATORS**

7.1    The Parties agree that the Administrators have negotiated and are entering into this Fifth Extension Deed as agents for the companies to which they are appointed and that none of the Administrators, their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever, whether on their own part or in respect of any failure on the part of any Nortel Group company to observe, perform or comply with any of its obligations under this Fifth Extension Deed or under or in relation to any associated arrangements or negotiations.

7.2    The Administrators are a party to this Fifth Extension Deed:

7.2.1    as agents of each of the respective EMEA Companies in Administration of which they are administrators; and

7.2.2    in their own capacities solely for taking the benefit of the statutory charges under Paragraph 99(3) of Schedule B1 of the Insolvency Act 1986 and enforcing the obligations of the Canadian Companies under this Fifth Extension Deed.

7.3    In exercising their rights under, or giving effect to the arrangements contemplated in, the Fifth Extension Deed and the Agreement, it is acknowledged that the Administrators are required to act in the best interests of the creditors of the EMEA Company in Administration to which they have been appointed.  Therefore nothing in this Fifth Extension Deed or the Agreement shall operate so as to derogate from, restrict or prevent the Administrators from complying with their statutory duties or legal obligations in relation to the exercise of their powers, duties or functions as administrators of the EMEA Companies in Administration under the UK Insolvency Act 1986 or any other applicable legislation or statutory instrument as they see fit, acting in good faith.

**8.    COUNTERPARTS**

This Fifth Extension Deed may be executed in any number of counterparts, and this has the same effect as if the signatures on the counterparts were on a single copy of this Fifth Extension Deed.

**9.    GOVERNING LAW**

This Fifth Extension Deed shall be governed by and construed in accordance with English law.

This Fifth Extension Deed has been entered into on the date stated at the beginning of this Fifth Extension Deed.

IN WITNESS whereof this DEED has been executed by the parties hereto.

|0|

**Schedule 1**

**Part Two: The EMEA Companies in Administration**

1.   Nortel Networks UK Limited

2.   Nortel Networks S.A. (France)

3.   Nortel GmbH (Germany)

4.   Nortel Networks (Ireland) Limited (Ireland)

5.   Nortel Networks N.V. (Belgium)

6.   Nortel Networks S.p.A. (Italy)

7.   Nortel Networks B.V. (Netherlands)

8.   Nortel Networks Polska Sp. z o.o. (Poland)

9.   Nortel Networks Hispania, S.A. (Spain)

10.  Nortel Networks International Finance & Holding B.V. (Netherlands)

11.  Nortel Networks (Austria) GmbH (Austria)

12.  Nortel Networks, s.r.o. (Czech Republic)

13.  Nortel Networks Engineering Service Kft. (Hungary)

14.  Nortel Networks Portugal S.A. (Portugal)

15.  Nortel Networks Slovensko, s.r.o. (Slovakia)

16.  Nortel Networks France S.A.S (France)

17.  Nortel Networks Oy (Finland)

18.  Nortel Networks Romania SRL (Romania)

19.  Nortel Networks AB (Sweden)

102

**EXECUTED AS A DEED BY EACH OF THE CANADIAN COMPANIES**

**NORTEL NETWORKS CORPORATION**

.......................................
Signature

...Gordon..A...Davies..........
Name of signatory

Chief..Legal..Officer..&..Corporate
Title          Secretary

..........J..Connelly..M..July
Signature

..............Tracy S.J. Connelly McGinley
Name of signatory  Assistant Secretary

.......................................
Title

**NORTEL NETWORKS LIMITED**

.......................................
Signature

...Gordon..A...Davies..........
Name of signatory

Chief..Legal..Officer..&..Corporate Secretary
Title

..J..Connelly..M..July
Signature

........Tracy S.J. Connelly McGinley
Name of signatory  Secretary

.......................................
Title

**NORTEL NETWORKS TECHNOLOGY CORPORATION**

.......................................
Signature

......Gordon..A...Davies...
Name of signatory

......Secretary...............
Title

....J..Connelly..M..July
Signature

........Tracy S.J. Connelly McGinley
Name of signatory  Assistant Secretary

.......................................
Title

**NORTEL NETWORKS INTERNATIONAL CORPORATION**

.......................................
Signature

...Gordon..A...Davies............
Name of signatory

...Secretary..and..Director
Title

...J..Connelly..M..July
Signature

........Tracy S.J. Connelly McGinley
Name of signatory  Secretary

.......................................
Title

103

**NORTEL NETWORKS GLOBAL CORPORATION**

.......................................
Signature

Gordon A. Davies
Name of signatory

Secretary and Director
Title

.......................................
Signature

**Anna Ventresca**
Name of signatory **Assistant Secretary**

.......................................
Title

104

EMEA Companies in Administration

UK

EXECUTED AS A DEED                          )
for and on behalf of                        )
Nortel Networks UK Limited                  )
(in administration)                         )
by CHRISTOPHER HILL                         )
as joint administrator                      )
(acting as agent and without personal       )
liability) in the presence of:              )
                                            )
Signature of witness                        )        Signature of administrator
                                            )
...........................                 )        ...........................
                                            )
Name of witness                             )
(in BLOCK CAPITALS)                         )
RYAN ELLIS                                  )

Address of witness                          )
27 D WESTBOURNE GROVE                       )
LONDON  W2 4UE                              )

FRANCE

EXECUTED AS A DEED                          )
for and on behalf of                        )
Nortel Networks S.A.    (in administration) )
by CHRISTOPHER HILL                         )
as joint administrator                      )
(acting as agent and without personal       )
liability) in the presence of:              )
                                            )
Signature of witness                        )        Signature of administrator
                                            )
...........................                 )        ...........................
                                            )
Name of witness                             )
(in BLOCK CAPITALS)                         )
RYAN ELLIS                                  )

Address of witness                          )
27 D WESTBOURNE GROVE                       )
LONDON W2 4UE                               )

100

## GERMANY

**EXECUTED AS A DEED**
for and on behalf of )
Nortel GmbH    (in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness .                            )    Signature of administrator
........................................         )    ..................................
)
**Name of witness** )
**(in BLOCK CAPITALS)** )
RYAN ELLIS )
)
**Address of witness** )
27 D WESTBOURNE GROVE )
LONDON  W2 4UE )

## BELGIUM

**EXECUTED AS A DEED**
for and on behalf of )
Nortel Networks N.V.    (in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness~                            )    Signature of administrator
.........................................        )    ..................................
)
**Name of witness** )
**(in BLOCK CAPITALS)** )
RYAN ELLIS )
)
**Address of witness** )
27 D WESTBOURNE GROVE )
LONDON  W2 4UE )
)
.............................................     )

106

## ITALY

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks S.p.A. (in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )          Signature of administrator
........................................ )          ........................................
)

Name of witness )
(in BLOCK CAPITALS) )
RYAN ELLIS )
........................................ )

Address of witness )
27.D. WESTBOURNE GROVE )
LONDON W2 4UE )

## NETHERLANDS

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks B.V.    (in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )          Signature of administrator
........................................ )          ........................................
)

Name of witness )
(in BLOCK CAPITALS) )
RYAN ELLIS )
........................................ )

Address of witness )
27.D. WESTBOURNE GROVE )
LONDON W2 4UE )

107

**POLAND**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks Polska Sp. Z o.o. )
(in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )     Signature of administrator
)
..........................................  )  ................................................
)
Name of witness )
(in BLOCK CAPITALS) )
RYAN ELLIS )
..................................  )
Address of witness )
27 D WESTBOURNE GROVE )
LONDON W2 4UE )

**SPAIN**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks Hispania, S.A. )
(in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )     Signature of administrator
)
..........................................  )  ................................................
)
Name of witness )
(in BLOCK CAPITALS) )
RYAN ELLIS )
..................................  )
Address of witness )
27 D WESTBOURNE GROVE )
LONDON W2 4UE )

108

**NETHERLANDS**

**EXECUTED AS A DEED**                                )
for and on behalf of                                 )
Nortel Networks International Finance                 )
& Holding B.V. (in administration)                   )
by CHRISTOPHER HILL                                  )
as joint administrator                               )
(acting as agent and without personal                )
liability) in the presence of:                       )
                                                      )
                                                      )
Signature of witness                                 )       Signature of administrator
                                                      )
.................................................     )       .................................................
                                                      )
Name of witness                                      )
(in BLOCK CAPITALS)                                   )
RYAN ELLIS                                           )

Address of witness                                   )
27 D WESTBOURNE GROVE                                )
LONDON W2 4UE                                        )

**AUSTRIA**

**EXECUTED AS A DEED**                                )
for and on behalf of                                 )
Nortel Networks (Austria) GmbH                        )
(in administration)                                   )
by CHRISTOPHER HILL                                  )
as joint administrator                               )
(acting as agent and without personal                )
liability) in the presence of:                       )
                                                      )
                                                      )
Signature of witness                                 )       Signature of administrator
                                                      )
.................................................     )       .................................................
                                                      )
Name of witness                                      )
(in BLOCK CAPITALS)                                   )
RYAN ELLIS                                           )

Address of witness                                   )
27 D WESTBOURNE GROVE                                )
LONDON W2 4UE                                        )

109

**CZECH REPUBLIC**

**EXECUTED AS A DEED**
for and on behalf of
Nortel Networks, s.r.o.  (in administration)
by CHRISTOPHER HILL
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness

Name of witness
(in BLOCK CAPITALS)

.RYAN...ELLIS..............

Address of witness

27..D..WESTBOURNE.GROVE
LONDON   W2 4UE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Signature of administrator

**HUNGARY**

**EXECUTED AS A DEED**
for and on behalf of
Nortel Networks Engineering Service Kft.
(in administration)
by CHRISTOPHER HILL
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness

Name of witness
(in BLOCK CAPITALS)

.RYAN...ELLIS..............

Address of witness

27. D. WESTBOURNE GROVE
LONDON   W2 4UE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Signature of administrator

110

**PORTUGAL**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks Portugal S.A. )
(in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
)
Signature of witness )        Signature of administrator
)
..................................... )        .....................................
)
Name of witness )
(in BLOCK CAPITALS) RYAN ELLIS )
27 D. WESTBOURNE GROVE )

Address of witness )
LONDON W2 4UE )
27 D WESTBOURNE GROVE )

**SLOVAKIA**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks Slovensko, s.r.o. )
(in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )        Signature of administrator
)
..................................... )        .....................................
)
Name of witness )
(in BLOCK CAPITALS) )
RYAN ELLIS )

Address of witness )
27 D. WESTBOURNE GROVE )
LONDON W2 4UE )

**FRANCE**

EXECUTED AS A DEED                          )
for and on behalf of                        )
Nortel Networks France S.A.S                )
(in administration)                         )
by CHRISTOPHER HILL                         )
as joint administrator                      )
(acting as agent and without personal       )
liability) in the presence of:              )
                                            )
                                            )
Signature of witness                        )     Signature of administrator
                                            )
..............................              )     ..............................
                                            )
Name of witness                             )
(in BLOCK CAPITALS)                         )
RYAN ELLIS                                  )
..............................
                                            )
Address of witness                          )
27.D.WESTBOURNE.GROVE                       )
LONDON  W2 4UE                              )
..............................

**FINLAND**

EXECUTED AS A DEED                          )
for and on behalf of                        )
Nortel Networks Oy    (in administration)   )
by CHRISTOPHER HILL                         )
as joint administrator                      )
(acting as agent and without personal       )
liability) in the presence of:              )
                                            )
                                            )
Signature of witness                        )     Signature of administrator
                                            )
..............................              )     ..............................
                                            )
Name of witness                             )
(in BLOCK CAPITALS)                         )
RYAN ELLIS                                  )
..............................
                                            )
Address of witness                          )
27.D.WESTBOURNE.GROVE                       )
LONDON  W2 4UE                              )
..............................

12

**ROMANIA**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks Romania SRL )
(in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )                    Signature of administrator
)
.......................................... )    ..................................
)
Name of witness )
(in BLOCK CAPITALS) )
)
RYAN ELLIS )
)
Address of witness )
)
27 D WESTBOURNE GROVE )
)
LONDON W2 4UE )

**SWEDEN**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks AB    (in administration) )
by CHRISTOPHER HILL )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )                    Signature of administrator
)
.......................................... )    ..................................
)
Name of witness )
(in BLOCK CAPITALS) )
)
RYAN ELLIS )
)
Address of witness )
)
27 D WESTBOURNE GROVE )
)
LONDON W2 4UE )

13

**IRELAND**

| | |
|---|---|
| **EXECUTED AS A DEED** | ) |
| for and on behalf of | ) |
| Nortel Networks (Ireland) Limited | ) |
| (in administration) | ) |
| by DAVID MARTIN HUGHES | ) |
| as joint administrator | ) |
| (acting as agent and without personal | ) |
| liability) in the presence of: | ) |
| | ) |
| | ) |
| **Signature of witness** | )    **Signature of administrator** |
| | ) |
| .......~~Hughes~~........................ | ) |
| | ) |
| **Name of witness** | ) |
| (in BLOCK CAPITALS) | ) |
| | |
| ...MARIA....KOLS........... | ) |
| | |
| **Address of witness** | ) |
| | |
| HERBERT SMITH LLP | ) |
| | |
| EXCHANGE HOUSE. | ) |
| | |
| PRIMROSE STREET. | ) |
| LONDON  EC2A 2HS. | |

114

**Executed as a DEED by ALAN ROBERT**
**BLOOM in his own capacity without**
**personal liability and solely for the**
**purpose of obtaining the benefit of the**
**provisions of this deed expressed**
**to be conferred on the Administrators**

...................................................
Signature

*Alan Hudson on behalf of Alan Bloom*
*as his authorised representative.*

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness

.................................................

Name of witness

**(in BLOCK CAPITALS)**

MARIA KOIS

Address of witness

HERBERT SMITH LLP
EXCHANGE HOUSE.
PRIMROSE STREET
LONDON EC2A 2HS.



Executed as a DEED by **CHRISTOPHER
JOHN WILKINSON HILL** in his own capacity
without personal liability and solely
for the purpose of obtaining the
benefit of the provisions of this
deed expressed to be conferred
on the Administrators

..........................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness
..........................................

Name of witness

**(in BLOCK CAPITALS)**

RYAN ELLIS

Address of witness

27 D WESTBOURNE GROVE
BAYSWATER
LONDON  W2 4UA
..........................................

Executed as a DEED by STEPHEN JOHN
HARRIS in his own capacity without
personal liability and solely for the
purpose of obtaining the benefit of the
provisions of this deed expressed
to be conferred on the Administrators

..................................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness
..................................................

Name of witness

(in BLOCK CAPITALS)
... GRACE  AYLWARD

Address of witness

244 Clapham Road
Stockwell
SW9  0PZ
London

117

Executed as a DEED by ALAN MICHAEL
HUDSON in his own capacity without
personal liability and solely for the
purpose of obtaining the benefit of
the provisions of this deed
expressed to be conferred on the
Administrators

..................................................

Signature

Title: JOINT ADMINISTRATOR

In the presence of:

Signature of witness

..................................................

Name of witness

(in BLOCK CAPITALS)

MARIA  KOIS

Address of witness

Herbert SMITH LLP
EXCHANGE HOUSE
PRIMROSE STREET
LONDON EC2A 2HS.

18

Executed as a DEED by DAVID
MARTIN HUGHES in his own capacity
without personal liability and
solely for the purpose of
obtaining the benefit of the
provisions of this deed
expressed to be conferred on the
Administrators

......................................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness
......................................................

Name of witness

(in BLOCK CAPITALS)

MARCIA KOIS
......................................................

Address of witness

HERBERT SMITH LLP
PZ1 EXCHANGE HOUSE
PRIMROSE STREET.
LONDON EC2A 2HS.

119

**CONSENT OF MONITOR**

Ernst & Young Inc., as Monitor under the Companies' Creditors Arrangement Act to the Canadian Companies, consents to the extension of the Agreement in accordance with this Fifth Extension Deed.

Ernst & Young Inc., in its capacity as Monitor in the CCAA proceedings and not in its personal capacity

Name: Brent Beekenkamp

Title: Vice President

**TAB D**

This is Exhibit..........D..............referred to in the affidavit of....JOHN DOOLITTLE....... sworn before me, this.....22nd.................... day of.......April.............................20.09.

J.J. Connelly M'Duffy

A COMMISSIONER FOR TAKING AFFIDAVITS

**SIXTH EXTENSION DEED**

### INTERIM NORTEL GROUP SUPPLIER PROTOCOL AGREEMENT

This Deed is dated **5** JUNE 2009 and made between:

(1)  The Canadian Nortel Group companies listed in part one of Schedule 1 (the "**Canadian Companies**");

(2)  the EMEA Nortel Group companies listed in part two of Schedule 1 (the "**EMEA Companies in Administration**");

(3)  Alan Robert Bloom, Christopher John Wilkinson Hill, Stephen John Harris, and Alan Michael Hudson as joint administrators of the EMEA Companies in Administration other than Nortel Networks (Ireland) Limited and in the case of Nortel Networks (Ireland) Limited Alan Robert Bloom and David Martin Hughes as joint administrators of that company, each of Ernst & Young LLP ("**Administrators**")

## 1. BACKGROUND

1.1  The Parties are party to the interim Nortel Group Supplier Protocol Agreement dated 14 January 2009, as extended by the Extension Deed dated 10 February 2009, the Second Extension Deed dated 12 March 2009, the Third Extension Deed dated 14 April 2009, the Fourth Extension Deed dated 21 April 2009 and the Fifth Extension Deed dated 5 May 2009 ("**Agreement**").

1.2  The Parties entered into the Agreement in recognition of the global nature of the Nortel Group business and in order to ensure that, for the period immediately following the Filing Date, Canadian Companies could continue to trade with the EMEA Companies in Administration and be paid in full for goods and services provided during the period of the Agreement.

1.3  Pursuant to clause 3 of the Fifth Extension Deed dated 5 May 2009, the Agreement shall terminate, unless otherwise extended by the Parties with the consent of the Monitor in writing before such date, at 11.59pm (Toronto time) on Friday 5 June 2009.

1.4  The Parties have now agreed to further extend the term of the Agreement in accordance with the terms of this sixth extension deed ("**Sixth Extension Deed**").

1.5  On 28 May 2009 secondary liquidation proceedings were opened in France in relation to Nortel Networks S.A. ("**NNSA**") ("**Secondary Proceedings**") and the administration proceedings in respect of NNSA under the United Kingdom Insolvency Act 1986 are continuing. NNSA is permitted to continue to trade for an initial period of three months by order of the French Court.

1.6  NNSA is not a party to this Sixth Extension Deed but it shall be invited by the Parties to accede to this Sixth Extension Deed.

## 2. DEFINITIONS AND CONSTRUCTION

2.1  The provisions of clause 2 (*Definitions and Construction*) of the interim Nortel Group Supplier Protocol Agreement dated 14 January 2009 shall also apply to this Sixth Extension Deed but references to parties, clauses and schedules are to parties, clauses and schedules of this Sixth Extension Deed unless otherwise specified.



3. **EXTENSION OF AGREEMENT**

In consideration of the arrangements under the Agreement continuing, the Parties agree that with effect on and from the date of this Sixth Extension Deed the Agreement shall be extended such that the Agreement shall terminate, unless otherwise extended by the Parties in writing before such date, at 11.59pm (Toronto time) on Monday 15 June 2009.

4. **NNSA**

4.1   The Parties acknowledge that secondary liquidation proceedings have been opened in France in respect of NNSA. Accordingly, any request for NNSA to accede to this Sixth Extension Deed in relation to the continuing supply of Goods and Services shall be made by the Judicial Administrator who has been appointed by the French Court in its sole discretion.

4.2   The Parties agree that if during this extension period, NNSA so requests in writing, each shall enter into a deed of accession with NNSA whereby NNSA shall accede to the Agreement for the period contemplated by this Sixth Extension Deed as if a party from the date hereof.

4.3   If NNSA becomes a party to this Sixth Extension Deed, it shall be a term of such accession that any Post Filing Goods and Services Payments in respect of an order for Goods and Services delivered or made on or after the date of opening of Secondary Proceedings will not be payable as an expense of the administration of NNSA under the UK Insolvency Act 1986, but shall in accordance with and subject to French law, be payable only from the assets of NNSA which are subject to the Secondary Proceedings.

5. **MONITOR CONSENT**

By executing the consent attached to this Sixth Extension Deed, the Monitor consents to the extension of the Agreement in accordance with clause 3.

6. **CONTINUATION**

6.1   This Sixth Extension Deed is supplemental to, and shall be construed as one with, the Agreement.

6.2   Except as extended by the terms of this Sixth Extension Deed, the Agreement will remain in full force and effect and any reference in the Agreement to the Agreement or to any provision of the Agreement will be construed as a reference to the Agreement, or that provision, as extended by this Sixth Extension Deed.

7. **NO PERSONAL LIABILITY OF THE ADMINISTRATORS**

7.1   The Parties agree that the Administrators have negotiated and are entering into this Sixth Extension Deed as agents for the companies to which they are appointed and that none of the Administrators, their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever, whether on their own part or in respect of any failure on the part of any Nortel Group company to observe, perform or comply with any of its obligations under this Sixth Extension Deed or under or in relation to any associated arrangements or negotiations.

7.2   The Administrators are a party to this Sixth Extension Deed:



7.2.1    as agents of each of the respective EMEA Companies in Administration of which they are administrators; and

7.2.2    in their own capacities solely for taking the benefit of the statutory charges under Paragraph 99(3) of Schedule B1 of the Insolvency Act 1986 and enforcing the obligations of the Canadian Companies under this Sixth Extension Deed.

7.3    In exercising their rights under, or giving effect to the arrangements contemplated in, the Sixth Extension Deed and the Agreement, it is acknowledged that the Administrators are required to act in the best interests of the creditors of the EMEA Company in Administration to which they have been appointed. Therefore nothing in this Sixth Extension Deed or the Agreement shall operate so as to derogate from, restrict or prevent the Administrators from complying with their statutory duties or legal obligations in relation to the exercise of their powers, duties or functions as administrators of the EMEA Companies in Administration under the UK Insolvency Act 1986 or any other applicable legislation or statutory instrument as they see fit, acting in good faith.

## 8.    COUNTERPARTS

This Sixth Extension Deed may be executed in any number of counterparts, and this has the same effect as if the signatures on the counterparts were on a single copy of this Sixth Extension Deed.

## 9.    GOVERNING LAW

This Sixth Extension Deed shall be governed by and construed in accordance with English law.

This Sixth Extension Deed has been entered into on the date stated at the beginning of this Sixth Extension Deed.

IN WITNESS whereof this DEED has been executed by the parties hereto.



## Schedule 1

### Part One: The Canadian Companies

1. Nortel Networks Limited

2. Nortel Networks Corporation

3. Nortel Networks Technology Corporation

4. Nortel Networks Global Corporation

5. Nortel Networks International Corporation

124

Schedule 1

Part Two: The EMEA Companies in Administration

1.   Nortel Networks UK Limited

2.   Nortel GmbH (Germany)

3.   Nortel Networks (Ireland) Limited (Ireland)

4.   Nortel Networks N.V. (Belgium)

5.   Nortel Networks S.p.A. (Italy)

6.   Nortel Networks B.V. (Netherlands)

7.   Nortel Networks Polska Sp. z o.o. (Poland)

8.   Nortel Networks Hispania, S.A. (Spain)

9.   Nortel Networks International Finance & Holding B.V. (Netherlands)

10.  Nortel Networks (Austria) GmbH (Austria)

11.  Nortel Networks, s.r.o. (Czech Republic)

12.  Nortel Networks Engineering Service Kft. (Hungary)

13.  Nortel Networks Portugal S.A. (Portugal)

14.  Nortel Networks Slovensko, s.r.o. (Slovakia)

15.  Nortel Networks France S.A.S (France)

16.  Nortel Networks Oy (Finland)

17.  Nortel Networks Romania SRL (Romania)

18.  Nortel Networks AB (Sweden)

**EXECUTED AS A DEED BY EACH OF THE CANADIAN COMPANIES**

**NOTEL NETWORKS CORPORATION**

..............................................
Signature      Gordon A. Davies
              Chief Legal Officer
              and Corporate Secretary
..............................................
Name of signatory

..............................................
Title

              Tracy S.J. Connelly McGilley
..............................................
              Assistant Secretary
Signature

..............................................
Name of signatory

..............................................
Title

**NORTEL NETWORKS LIMITED**

..............................................
Signature      Gordon A. Davies
              Chief Legal Officer
              and Corporate Secretary
..............................................
Name of signatory

..............................................
Title

              Tracy S.J. Connelly McGilley
..............................................
              Assistant Secretary
Signature

..............................................
Name of signatory

..............................................
Title

**NORTEL NETWORKS TECHNOLOGY CORPORATION**

..............................................
Signature

Gordon A. Davies..............
Name of signatory    Secretary

..............................................
Title

              Tracy S.J. Connelly McGilley
..............................................
              Assistant Secretary
Signature

..............................................
Name of signatory

..............................................
Title

**NORTEL NETWORKS INTERNATIONAL CORPORATION**

..............................................
Signature

Gordon A. Davies..............
Name of signatory    Secretary + Director

..............................................
Title      Tracy S.J. Connelly McGilley
              Assistant Secretary

..............................................
Signature

..............................................
Name of signatory

..............................................
Title

126

**NORTEL NETWORKS GLOBAL
CORPORATION**

.................................................
Signature

G.P.rdan. A. Dewies..............
Name of signatory

...Secretary. of. Director......
Title

..................................................
Signature

Tracy S.J. Connelly McGilley
...............Assistant Secretary................
Name of signatory

..................................................
Title

EMEA Companies In Administration

UK

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks UK Limited )
(in administration) )
by STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
Signature of witness )         Signature of administrator
)
)
Name of witness )
(in BLOCK CAPITALS) )
PAUL HOLLANDS )

Address of witness )
FLAT 1, FESTIVAL CRT, )
DALSTON   E8 3XT )

GERMANY

EXECUTED AS A DEED )
for and on behalf of )
Nortel GmbH   (in administration) )
by STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
Signature of witness )         Signature of administrator
)
)
Name of witness )
(in BLOCK CAPITALS) )
PAUL HOLLANDS )

Address of witness )
FLAT 1, FESTIVAL COURT, )
DALSTON  E8 3XT )





BELGIUM

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks N.V. (in administration) )
by _____ )
as joint administrator )
(as agent and not personally in respect )
of it) in the presence of: )

Signature of administrator

129



**ITALY**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks S.p.A. (in administration) )
by STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )                    Signature of administrator
)
)
Name of witness )
(in BLOCK CAPITALS) )
CHRIS  MILLER )
Address of witness )
1  MLP )
London  SS1 2AF )

**NETHERLANDS**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks B.V.   (in administration) )
by STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )

Signature of witness )                    Signature of administrator

Name of witness
(in BLOCK CAPITALS)

Address of witness





POLAND

EXECUTED AS A DEED
for and on behalf of
Nortel Networks Polska Sp. Z o.o.
(in administration)
by
(acting as agent and without personal
liability)

(B)



NETHERLANDS

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks International Finance )
& Holding B.V. (in administration) )
by STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
)
)
Signature of witness    )    Signature of administrator
)
)
)
Name of witness )
(in BLOCK CAPITALS) )
CHRIS MILLER )
)
Address of witness )
1 MLP )
London SE1 2AF )

AUSTRIA

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks (Austria) GmbH )
(in administration) )
by STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
Signature of witness    )    Signature of administrator
)
Name of witness )
(in BLOCK CAPITALS) )
CHRIS MILLER )
)
Address of witness )
1 MLP )
London SE1 2AF )

132



**CZECH REPUBLIC**

EXECUTED AS A DEED
for and on behalf of
Nortel Networks, s.r.o. (in administration)
by
as joint administrator
(acting as agent and without personal
liability) in the presence of:



**PORTUGAL**

EXECUTED AS A DEED
for and on behalf of
Nortel Networks Portugal S.A.
(in administration)
by STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness

Name of witness
(in BLOCK CAPITALS)

Address of witness

Signature of administrator

**SLOVAKIA**

EXECUTED AS A DEED
for and on behalf of
Nortel Networks Slovensko, s.r.o.
(in administration)
by STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness

Signature of administrator

Name of witness
(in BLOCK CAPITALS)

134



FRANCE

**EXECUTED AS A DEED**
for and on behalf of
Nortel Networks France S.A.S.
(in administration)
by: STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness

Signature of administrator

Name of witness
(in BLOCK CAPITALS)

Address of witness

FINLAND

EXECUTED AS A DEED

Name of witness
(in BLOCK CAPITALS)

135

**ROMANIA**

| | |
|---|---|
| **EXECUTED AS A DEED** | ) |
| for and on behalf of | ) |
| Nortel Networks Romania SRL | ) |
| (in administration) | ) |
| by STEPHEN HARRIS | ) |
| as Joint administrator | ) |
| (acting as agent and without personal | ) |
| liability) in the presence of: | ) |
| | ) |
| | ) |
| **Signature of witness** | ) **Signature of administrator** |
| .............................................. | ) .......................................... |
| | ) |
| **Name of witness** | ) |
| (in BLOCK CAPITALS) | ) |
| ....CHRIS.. MILLER... | ) |
| **Address of witness** | ) |
| ...............MLP............... | ) |
| ......London.. SE1 2AF | ) |

**SWEDEN**

| | |
|---|---|
| **EXECUTED AS A DEED** | ) |
| for and on behalf of | ) |
| Nortel Networks AB    (in administration) | ) |
| by STEPHEN HARRIS | ) |
| as Joint administrator | ) |
| (acting as agent and without personal | ) |
| liability) in the presence of: | ) |

**Signature of witness**

**Name of witness**
(in BLOCK CAPITALS)

**Address of**

136



IRELAND

EXECUTED AS A DEED
for and on behalf of
Nortel Networks (Ireland) Limited
(in administration)
by: ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of:

)
)
)
)
)
)
)
)

Signature of witness

Signature of administrator

Name of witness
(BLOCK CAPITALS)

Address of witness



Executed as a DEED by ALAN ROBERT
BLOOM in his own capacity without
personal liability and solely for the
purpose of obtaining the benefit of the
provisions of this deed expressed
to be conferred on the Administrators

Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness

Name of witness

(in BLOCK CAPITALS)

Address of witness



Executed as a DEED on behalf of CHRISTOPHER
JOHN WILKINSON HILL in his own capacity
without personal liability and solely
for the purpose of obtaining the
benefit of the provisions of this
deed expressed to be conferred
on the Administrators by his signature IN BLOCK CAPITALS



139

Executed as a DEED by STEPHEN JOHN
HARRIS in his own capacity without
personal liability and solely for the
purpose of obtaining the benefit of the
provisions of this deed expressed
to be conferred on the Administrators

..........................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness

Name of witness

(in BLOCK CAPITALS)

Address of witness