



Executed as a DEED on behalf of ALAN MICHAEL
HUDSON in his own capacity without
personal liability and solely for the
purpose of obtaining the benefit of
the provisions of this deed
expressed to be conferred on the
Administrators by his attorney (in BLOCK CAPITALS)

Executed as a DEED on behalf of DAVID
MARTIN HUGHES in his own capacity
without personal liability and
solely for the purpose of
obtaining the benefit of the
provisions of this deed
expressed to be conferred on the
Administrators by his attorney (in BLOCK CAPITALS)

*Stephen Harris*

Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness

Name of witness

(in BLOCK CAPITALS)

Address of witness:

142

## CONSENT OF MONITOR

Ernst & Young Inc., as Monitor under the Companies' Creditors Arrangement Act to the Canadian Companies, consents to the extension of the Agreement in accordance with this Sixth Extension Deed.

Ernst & Young Inc., in its capacity as Monitor in the CCAA proceedings and not in its personal capacity

Name: *Brent Beekenkamp*

Title: *Vice President*

June 5, 2009

**TAB E**

This is Exhibit...........E...................referred to in the
affidavit of.......JOHN..DOOLITTLE.............
sworn before me, th..  22nd....................
day of.....J.u.l.a.b....... ... ...................20..0.9..
.......J.J.J.Connelly..M'Sich....................
A COMMISSIONER FOR TAKING AFFIDAVITS

### SEVENTH EXTENSION DEED

## INTERIM NORTEL GROUP SUPPLIER PROTOCOL AGREEMENT

This Deed is dated  ||  JUNE 2009 and made between:

(1)     The Canadian Nortel Group companies listed in part one of Schedule 1 (the "**Canadian Companies**");

(2)     the EMEA Nortel Group companies listed in part two of Schedule 1 (the "**EMEA Companies in Administration**");

(3)     Alan Robert Bloom, Christopher John Wilkinson Hill, Stephen John Harris, and Alan Michael Hudson as joint administrators of the EMEA Companies in Administration other than Nortel Networks (Ireland) Limited and in the case of Nortel Networks (Ireland) Limited Alan Robert Bloom and David Martin Hughes as joint administrators of that company, each of Ernst & Young LLP ("**Administrators**")

**1.      BACKGROUND**

1.1     The Parties are party to the interim Nortel Group Supplier Protocol Agreement dated 14 January 2009, as extended by the Extension Deed dated 10 February 2009, the Second Extension Deed dated 12 March 2009, the Third Extension Deed dated 14 April 2009, the Fourth Extension Deed dated 21 April 2009, the Fifth Extension Deed dated 5 May 2009 and the Sixth Extension Deed dated 5 June 2009 ("**Agreement**").

1.2     The Parties entered into the Agreement in recognition of the global nature of the Nortel Group business and in order to ensure that, for the period immediately following the Filing Date, Canadian Companies could continue to trade with the EMEA Companies in Administration and be paid in full for goods and services provided during the period of the Agreement.

1.3     Pursuant to clause 3 of the Sixth Extension Deed dated 5 June 2009, the Agreement shall terminate, unless otherwise extended by the Parties with the consent of the Monitor in writing before such date, at 11.59pm (Toronto time) on Monday 15 June 2009.

1.4     The Parties have now agreed to further extend the term of the Agreement in accordance with the terms of this seventh extension deed ("**Seventh Extension Deed**").

1.5     On 28 May 2009 secondary liquidation proceedings were opened in France in relation to Nortel Networks S.A. ("NNSA") ("**Secondary Proceedings**") and the administration proceedings in respect of NNSA under the United Kingdom Insolvency Act 1986 are continuing. NNSA is permitted to continue to trade for an initial period of three months by order of the French Court.

1.6     NNSA is not a party to this Seventh Extension Deed but it shall be invited by the Parties to accede to this Seventh Extension Deed.

**2.      DEFINITIONS AND CONSTRUCTION**

2.1     The provisions of clause 2 (*Definitions and Construction*) of the interim Nortel Group Supplier Protocol Agreement dated 14 January 2009 shall also apply to this Seventh Extension Deed but

references to parties, clauses and schedules are to parties, clauses and schedules of this Seventh Extension Deed unless otherwise specified.

## 3.   EXTENSION OF AGREEMENT

In consideration of the arrangements under the Agreement continuing, the Parties agree that with effect on and from the date of this Seventh Extension Deed the Agreement shall be extended such that the Agreement shall terminate, unless otherwise extended by the Parties in writing before such date, at 11.59pm (Toronto time) on Thursday 9 July 2009.

## 4.   NNSA

4.1   The Parties acknowledge that secondary liquidation proceedings have been opened in France in respect of NNSA. Accordingly, any request for NNSA to accede to this Seventh Extension Deed in relation to the continuing supply of Goods and Services shall be made by the Judicial Administrator who has been appointed by the French Court in its sole discretion.

4.2   The Parties agree that if during this extension period, NNSA so requests in writing, each shall enter into a deed of accession with NNSA whereby NNSA shall accede to the Agreement for the period contemplated by this Seventh Extension Deed as if a party from the date hereof.

4.3   If NNSA becomes a party to this Seventh Extension Deed, it shall be a term of such accession that any Post Filing Goods and Services Payments in respect of an order for Goods and Services delivered or made on or after the date of opening of Secondary Proceedings will not be payable as an expense of the administration of NNSA under the UK Insolvency Act 1986, but shall in accordance with and subject to French law, be payable only from the assets of NNSA which are subject to the Secondary Proceedings.

## 5.   MONITOR CONSENT

By executing the consent attached to this Seventh Extension Deed, the Monitor consents to the extension of the Agreement in accordance with clause 3.

## 6.   CONTINUATION

6.1   This Seventh Extension Deed is supplemental to, and shall be construed as one with, the Agreement.

6.2   Except as extended by the terms of this Seventh Extension Deed, the Agreement will remain in full force and effect and any reference in the Agreement to the Agreement or to any provision of the Agreement will be construed as a reference to the Agreement, or that provision, as extended by this Seventh Extension Deed.

## 7.   NO PERSONAL LIABILITY OF THE ADMINISTRATORS

7.1   The Parties agree that the Administrators have negotiated and are entering into this Seventh Extension Deed as agents for the companies to which they are appointed and that none of the Administrators, their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever, whether on their own part or in respect of any failure on the part of any Nortel Group company to observe, perform or comply with any of its obligations under this Seventh Extension Deed or under or in relation to any associated arrangements or negotiations.



7.2    The Administrators are a party to this Seventh Extension Deed:

7.2.1    as agents of each of the respective EMEA Companies in Administration of which they are administrators; and

7.2.2    in their own capacities solely for taking the benefit of the statutory charges under Paragraph 99(3) of Schedule B1 of the Insolvency Act 1986 and enforcing the obligations of the Canadian Companies under this Seventh  Extension Deed.

7.3    In exercising their rights under, or giving effect to the arrangements contemplated in, the Seventh Extension Deed and the Agreement, it is acknowledged that the Administrators are required to act in the best interests of the creditors of the EMEA Company in Administration to which they have been appointed.  Therefore nothing in this Seventh Extension Deed or the Agreement shall operate so as to derogate from, restrict or prevent the Administrators from complying with their statutory duties or legal obligations in relation to the exercise of their powers, duties or functions as administrators of the EMEA Companies in Administration under the UK Insolvency Act 1986 or any other applicable legislation or statutory instrument as they see fit, acting in good faith.

## 8.    COUNTERPARTS

This Seventh Extension Deed may be executed in any number of counterparts, and this has the same effect as if the signatures on the counterparts were on a single copy of this Seventh Extension Deed.

## 9.    GOVERNING LAW

This Seventh Extension Deed shall be governed by and construed in accordance with English law.

This Seventh Extension Deed has been entered into on the date stated at the beginning of this Seventh Extension Deed.

IN WITNESS whereof this DEED has been executed by the parties hereto.

## Schedule 1

### Part One: The Canadian Companies

1.   Nortel Networks Limited

2.   Nortel Networks Corporation

3.   Nortel Networks Technology Corporation

4.   Nortel Networks Global Corporation

5.   Nortel Networks International Corporation

147

**Schedule 1**

**Part Two: The EMEA Companies in Administration**

1.  Nortel Networks UK Limited

2.  Nortel GmbH (Germany)

3.  Nortel Networks (Ireland) Limited (Ireland)

4.  Nortel Networks N.V. (Belgium)

5.  Nortel Networks S.p.A. (Italy)

6.  Nortel Networks B.V. (Netherlands)

7.  Nortel Networks Polska Sp. z o.o. (Poland)

8.  Nortel Networks Hispania, S.A. (Spain)

9.  Nortel Networks International Finance & Holding B.V. (Netherlands)

10. Nortel Networks (Austria) GmbH (Austria)

11. Nortel Networks, s.r.o. (Czech Republic)

12. Nortel Networks Engineering Service Kft. (Hungary)

13. Nortel Networks Portugal S.A. (Portugal)

14. Nortel Networks Slovensko, s.r.o. (Slovakia)

15. Nortel Networks France S.A.S (France)

16. Nortel Networks Oy (Finland)

17. Nortel Networks Romania SRL (Romania)

18. Nortel Networks AB (Sweden)

**EXECUTED AS A DEED BY EACH OF THE CANADIAN COMPANIES**

**NOTEL NETWORKS CORPORATION**

..........................................
Signature

..........................................
Name of signatory Gordon A. Davies
            Chief Legal Officer
            and Corporate Secretary

..........................................
Title

..........................................
Signature

..........................................
Name of signatory Tracy S.J. Connelly McGilley
            Assistant Secretary

..........................................
Title

**NORTEL NETWORKS LIMITED**

..........................................
Signature

..........................................
Name of signatory Gordon A. Davies
            Chief Legal Officer
            and Corporate Secretary

..........................................
Title

..........................................
Signature

..........................................
Name of signatory Tracy S.J. Connelly McGilley
            Assistant Secretary

..........................................
Title

**NORTEL NETWORKS TECHNOLOGY CORPORATION**

..........................................
Signature

..........................................
Name of signatory

..........................................
Title

..........................................
Signature

..........................................
Name of signatory Tracy S.J. Connelly McGilley
            Assistant Secretary

..........................................
Title

**NORTEL NETWORKS INTERNATIONAL CORPORATION**

..........................................
Signature  Gordon A. Davies

..........................................
Name of signatory  Secretary & Director

..........................................
Title

..........................................
Signature

..........................................
Name of signatory Tracy S.J. Connelly McGilley
            Assistant Secretary

..........................................
Title

**NORTEL NETWORKS GLOBAL CORPORATION**

..........................................
Signature

..Gordon..A..Davier...........
Name of signatory

..Secretary..+..Director....
Title

..J.J..Connelly..McGilly....
Signature

Tracy S.J. Connelly McGilley
Assistant Secretary
..........................
Name of signatory

..............................................
Title



10-06-2008   01:05   FRAM-RADISSON SAS STRAND HOTEL                +46                T-142   P.003   F-788

**EMEA Companies in Administration**

                                                    **UK**

**EXECUTED AS A DEED**                              )
**for and on behalf of**                            )
**Nortel Networks UK Limited**                      )
**(in administration)**                             )
**by ALAN BLOOM**                                   )
**as joint administrator**                          )
(acting as agent and without personal              )
liability) in the presence of:                      )

**Signature of witness**                            )          **Signature of administrator**
...........................................          )
                                                    )
**Name of witness**                                 )
**(in BLOCK CAPITALS)**                             )
...........................................          )
**Address of witness**                              )
...........................................          )
...........................................          )

PAGE 3/15 * RCVD AT 1/06/2008 01:02:50 [GMT Daylight Time] * SVR:LN1FX01/8 * DNIS:888 * CSID:+46 * DURATION (mm-ss):02-12



### GERMANY

**EXECUTED AS A DEED**
for and on behalf of
Nortel GmbH    (in administration)
by ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of:

)
)
)
)
)
)
)
)

**Signature of witness**                                    **Signature of administrator**

**Name of witness**
(in BLOCK CAPITALS)                                         )

**Address of witness**                                      )

                                                            )

### BELGIUM

**EXECUTED AS A DEED**
for and on behalf of
Nortel Networks N.V.    (in administration)
By ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of:

)
)
)
)
)
)
)
)

**Signature of witness**                                    **Signature of administrator**

**Name of witness**
(in BLOCK CAPITALS)
                                                            )

**Address of witness**                                      )

                                                            )

                                                            )
                                                            )



## ITALY

**EXECUTED AS A DEED**
for and on behalf of
Nortel Networks S.p.A. (in administration)
by ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness

Name of witness
(in BLOCK CAPITALS)

Address of witness

Signature of administrator

## NETHERLANDS

**EXECUTED AS A DEED**
for and on behalf of
Nortel Networks B.V.  (in administration)
by ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness

Name of witness
(in BLOCK CAPITALS)

Address of witness

Signature of administrator

POLAND

EXECUTED AS A DEED
for and on behalf of
Nortel Networks Polska Sp. Z o.o.
(in administration)
by ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of:                    )

Signature of witness                              Signature of administrator

Name of witness
(in BLOCK CAPITALS)

Address of witness

SPAIN

EXECUTED AS A DEED
for and on behalf of
Nortel Networks Hispania, S.A.
(in administration)
by ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of)                    )

Signature of witness                              Signature of administrator

Name of witness
(in BLOCK CAPITALS)

Address of witness

NETHERLANDS

EXECUTED AS A DEED
for and on behalf of
Nortel Networks International Finance
& Holding B.V. (in administration)
by ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of:

)
)
)
)
)
)
)
)
)
)
)
)
)

Signature of witness

Signature of administrator

Name of witness
(in BLOCK CAPITALS)

Address of witness

AUSTRIA

EXECUTED AS A DEED
for and on behalf of
Nortel Networks (Austria) GmbH
(in administration)
by ALAN BLOOM
as joint administrator
(acting as agent and without personal
liability) in the presence of:

)
)
)
)
)
)
)
)
)
)
)

Signature of witness

Signature of administrator

Name of witness
(in BLOCK CAPITALS)

Address of witness



## CZECH REPUBLIC

EXECUTED AS A DEED                              )
for and on behalf of                           )
Nortel Networks, s.r.o.  (in administration)   )
By ALAN BLOOM                          )       )
as joint administrator                         )
(acting as agent and without personal          )
liability) in the presence of:                 )
                                               )
Signature of witness                           )    Signature of administrator
..............................................  )    .............................................
                                               )
Name of witness                                )
(in BLOCK CAPITALS)                            )
.................................... )
                                               )
Address of witness                             )
........................................  )
..................................  )

## HUNGARY

EXECUTED AS A DEED                              )
for and on behalf of                           )
Nortel Networks Engineering Service Kft.       )
(in administration)                            )
by ALAN BLOOM                                  )
as joint administrator                         )
(acting as agent and without personal          )
liability) in the presence of:                 )
                                               )
Signature of witness                           )    Signature of administrator
..............................................  )    .............................................
                                               )
Name of witness                                )
(in BLOCK CAPITALS)                            )
.................................... )
                                               )
Address of witness                             )
........................................  )
..................................  )



## PORTUGAL

EXECUTED AS A DEED                                          )
for and on behalf of                                        )
Nortel Networks Portugal S.A.                               )
(in administration)                                         )
by ALAN BLOOM                                           )
as joint administrator                                      )
(acting as agent and without personal                      )
liability) in the presence of:                              )
                                                            )
                                                            )
Signature of witness                                        )          Signature of administrator
                                                            )
                                                            )
                                                            )
Name of witness                                             )
(in BLOCK CAPITALS)                                         )
                                                            ).
                                                            )
Address of witness                                          )
                                                            )
                                                            )

## SLOVAKIA

EXECUTED AS A DEED                                          )
for and on behalf of                                        )
Nortel Networks Slovensko, s.r.o.                           )
(in administration)                                         )
by ALAN BLOOM                                           )
as joint administrator                                      )
(acting as agent and without personal                      )
liability) in the presence of:                              )
                                                            )
                                                            )
Signature of witness                                        )          Signature of administrator
                                                            )
                                                            )
                                                            )
Name of witness                                             )
(in BLOCK CAPITALS)                                         )
                                                            )
Address of witness                                          )
                                                            )
                                                            )

10-06-2009   01:06    FRAN-RADISSON SAS STRAND HOTEL              +46              T-142   P.001/015   F-788

**FRANCE**

EXECUTED AS A DEED                          )
for and on behalf of                        )
Nortel Networks France S.A.S                )
(in administration)                         )
by ALAN BLOOM                               )
as joint administrator                      )
(acting as agent and without personal       )
liability) in the presence of:              )
                                            )
Signature of witness                        )          Signature of administrator
                                            )
...........................                 )          ...........................
Name of witness                             )
(in BLOCK CAPITALS)                         )
...........................                 )
Address of witness                          )
...........................                 )
...........................                 )

**FINLAND**

EXECUTED AS A DEED                          )
for and on behalf of                        )
Nortel Networks Oy    (in administration)   )
by ALAN BLOOM                               )
as joint administrator                      )
(acting as agent and without personal       )
liability) in the presence of:              )
                                            )
Signature of witness                        )          Signature of administrator
                                            )
...........................                 )          ...........................
Name of witness                             )
(in BLOCK CAPITALS)                         )
...........................                 )
Address of witness                          )
...........................                 )
...........................                 )

PAGE 1/15 * RCVD AT 10/06/2009 01:02:50 [GMT Daylight Time] * SVR:LN1FX01/6 * DNIS:839 * CSID:+46 * DURATION (mm-ss):02:12

**ROMANIA**

EXECUTED AS A DEED                                        )
for and on behalf of                                     )
Nortel Networks Romania SRL                              )
(in administration)                                      )
By ALAN BLOOM                                            )
as joint administrator                                   )
(acting as agent and without personal                   )
liability) in the presence of:                           )
                                                         )
Signature of witness                                     )        Signature of administrator
                                                         )
...........................................              )        ....................................
                                                         )
Name of witness                                          )
(in BLOCK CAPITALS)                                      )
                                                         )
..........................................               )
                                                         )
Address of witness                                       )
                                                         )
..........................................               )
                                                         )
..........................................               )

                                                    **SWEDEN**

EXECUTED AS A DEED                                        )
for and on behalf of                                     )
Nortel Networks AB     (in administration)               )
by ALAN BLOOM                                            )
as joint administrator                                   )
(acting as agent and without personal                   )
liability) in the presence of:                           )
                                                         )
Signature of witness                                     )        Signature of administrator
                                                         )
...........................................              )        ....................................
                                                         )
Name of witness                                          )
(in BLOCK CAPITALS)                                      )
                                                         )
..........................................               )
                                                         )
Address of witness                                       )
                                                         )
..........................................               )
                                                         )
..........................................               )

159

**IRELAND**

**EXECUTED AS A DEED**
for and on behalf of
Nortel Networks (Ireland) Limited
(in administration)
by **ALAN BLOOM**
as joint administrator
(acting as agent and without personal
liability) in the presence of:

)
)
)
)
)
)
)
)
)

**Signature of witness**                                )              **Signature of administrator**
)
)
**Name of witness**                                       )
**(in BLOCK CAPITALS)**                             )
)
**Address of witness**                                  )
)
)



Executed as a DEED by ALAN ROBERT
BLOOM in his own capacity without
personal liability and solely for the
purpose of obtaining the benefit of the
provisions of this deed expressed
to be conferred on the Administrators

..................... ...................................
Signature

Title: JOINT ADMINISTRATOR

In the presence of:

Signature of witness

Name of witness

(in BLOCK CAPITALS)
HELEN MACCABE WARD

Address of witness
1 MORE London Place
London SE1

...................................................
...................................................

10-06-2009   01:08    FRAN-RADISSON SAS STRAND HOTEL           +49              T-142   P.012/015   F-788

Executed as a DEED on behalf of CHRISTOPHER
JOHN WILKINSON HILL in his own capacity
without personal liability and solely
for the purpose of obtaining the
benefit of the provisions of this
deed expressed to be conferred
on the Administrators by his attorney

**ALAN BLOOM**

.............................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness
.............................................

Name of witness

(in BLOCK CAPITALS)
.... _Helen Marsdueston_

Address of witness
.... _1 little London Place_
.... _London SE6 1_
.............................................
.............................................

Executed as a DEED on behalf of STEPHEN JOHN
HARRIS in his own capacity
without personal liability and solely
for the purpose of obtaining the
benefit of the provisions of this
deed expressed to be conferred
on the Administrators by his attorney

**ALAN BLOOM**

..............................................
**Signature**

Title: JOINT ADMINISTRATOR

in the presence of:

**Signature of witness**
..............................................

**Name of witness**

**(in BLOCK CAPITALS)**

...HELEN....MACNAUGHTON.....

**Address of witness**

1. WHITE  London  Park li .
..............London...EC1..

..............................................
..............................................



Executed as a DEED on behalf of **ALAN MICHAEL HUDSON** in his own capacity without personal liability and solely for the purpose of obtaining the benefit of the provisions of this deed expressed to be conferred on the Administrators by his attorney

**ALAN BLOOM**

.................................................
Signature

Title: **JOINT ADMINISTRATOR**

In the presence of:

Signature of witness
.................................................

Name of witness

**(In BLOCK CAPITALS)**
HELEN MACKAUGHTON

Address of witness
1 MORE LONDON PLACE
LONDON SE1.
.................................................
.................................................

10ł

Executed as a DEED on behalf of DAVID
MARTIN HUGHES in his own capacity
without personal liability and
solely for the purpose of
obtaining the benefit of the
provisions of this deed
expressed to be conferred on the
Administrators by his attorney

**ALAN BLOOM**

▶

...................................................
Signature

Title: **JOINT ADMINISTRATOR**

in the presence of:

Signature of witness
...................................................

Name of witness

(in **BLOCK CAPITALS**)
.....Helen McNaughton.....

Address of witness

▶      .....1 Main Hanson Place.....

.....London.....

...................................................

...................................................

## CONSENT OF MONITOR

Ernst & Young Inc., as Monitor under the Companies' Creditors Arrangement Act to the Canadian Companies, consents to the extension of the Agreement in accordance with this Seventh   Extension Deed.

Ernst & Young Inc., in its capacity as Monitor
in the CCAA proceedings and not in its
personal capacity

Name: Brent Beekra Kemp

Title: Vice President

**TAB F**

This is Exhibit.................*F*...........referred to in the

affidavit of.......*JOHN DOOLITTLE*..............

sworn before me, this......*22 nd*.................

day of....*June*................................20..*09*..

.......*McCauley M'Sit*..........................

A COMMISSIONER FOR TAKING AFFIDAVITS

### DEED OF ACCESSION TO SIXTH AND SEVENTH EXTENSION DEEDS

### INTERIM NORTEL GROUP SUPPLIER PROTOCOL AGREEMENT

This Deed is dated JUNE |7 2009 and made between:

(1)   The Canadian Nortel group companies listed in Part 1 of Schedule 1 (the "Canadian Companies");

(2)   Nortel Networks S.A., a French *société anonyme* registered with the Registry of Commerce of Versailles under the number RCS Versailles no. 389 516 741, ("NNSA"), represented by Maître Franck Michel, as administrator, and in the presence of Maître Cosme Rogeau, as liquidator, each of whom has been appointed in such capacity in connection with the secondary liquidation proceedings commenced in respect of NNSA by the Commercial court of Versailles on May 28, 2009;

(3)   The EMEA Nortel group companies listed in part two of Schedule 1 (the "EMEA Companies in Administration"); and

(4)   Alan Robert Bloom, Christopher John Wilkinson Hill, Stephen John Harris and Alan Michael Hudson as joint administrators of the EMEA Companies in Administration other than Nortel Networks (Ireland) Limited, and in the case of Nortel Networks (Ireland) Limited, Alan Robert Bloom and David Martin Hughes as joint administrators of that company, each of Ernst & Young LLP ("Administrators").

**WHEREAS**

The Canadian Companies and certain EMEA Nortel Group Companies entered into a sixth and a seventh extension deeds ("Sixth and Seventh Extension Deeds") in respect with the Interim Nortel Group Supplier Protocol Agreement on June 5, 2009 and June 11, 2009, respectively.

### Article 1

NNSA hereby accedes and becomes a party to the Sixth and Seventh Extension Deeds referred to above; provided, however, that NNSA reserves its right to terminate its participation to such extension deeds and to the Interim Nortel Group Supplier Protocol Agreement upon five (5) business days prior written notice to the Canadian Companies; and provided further that the Interim Nortel Group Supplier Protocol Agreement and its Sixth and Seventh Extension Deeds shall be interpreted *vis à vis* NNSA only by reference to the plain reading of such documents and that this Accession Deed shall under no circumstances be interpreted as an implied acceptance by NNSA of any matter that is not expressly set forth in such documents.

### Article 2

This accession deed may be executed in any number of counterparts and this have the same effect as if the signatures on the counterparts where on a single copy of this Accession Deed.

### Article 3

This accession deed shall be governed by and construed in accordance with English law.

1



This Accession Deed has been entered into on the date stated at the beginning of this Accession Deed.

IN WITNESS whereof this DEED has been executed by the parties hereto.



**Schedule 1**

**Part One: The Canadian Companies**

1. Nortel Networks Limited
2. Nortel Networks Corporation
3. Nortel Networks Technology Corporation
4. Nortel Networks Global Corporation
5. Nortel Networks International Corporation

**Schedule 1**

**Part Two: The EMEA Companies in Administration**

1. Nortel Networks UK Limited

2. Nortel GmbH (Germany)

3. Nortel Networks (Ireland) Limited (Ireland)

4. Nortel Networks N.V. (Belgium)

5. Nortel Networks S.p.A. (Italy)

6. Nortel Networks B.V. (Netherlands)

7. Nortel Networks Polska Sp. z o.o. (Poland)

8. Nortel Networks Hispania, S.A. (Spain)

9. Nortel Networks International Finance & Holding B.V. (Netherlands)

10. Nortel Networks (Austria) GmbH (Austria)

11. Nortel Networks, s.r.o. (Czech Republic)

12. Nortel Networks Engineering Service Kft. (Hungary)

13. Nortel Networks Portugal S.A. (Portugal)

14. Nortel Networks Slovensko, s.r.o. (Slovakia)

15. Nortel Networks France S.A.S (France)

16. Nortel Networks Oy (Finland)

17. Nortel Networks Romania SRL (Romania)

18. Nortel Networks AB (Sweden)

*CGSH Draft of June 11, 2009*

**EXECUTED AS A DEED BY EACH OF THE CANADIAN COMPANIES**

**NORTEL NETWORKS CORPORATION**

.......................................................
Signature

.......................................................
Name of signatory
     Gordon A. Davies
     Chief Legal Officer
     and Corporate Secretary
.......................................................
Title

.......................................................
Signature

.........Tracy S.J. Connally McGhey.........
Name of signatory Assistant Secretary

.......................................................
Title

**NORTEL NETWORKS LIMITED**

.......................................................
Signature

.......................................................
Name of signatory
     Gordon A. Davies
     Chief Legal Officer
     and Corporate Secretary
.......................................................
Title

.......................................................
Signature

    Tracy S.J. Connally McGhey
Name of signatory  Assistant Secretary

.......................................................
Title

**NORTEL NETWORKS TECHNOLOGY CORPORATION**

.......................................................
Signature Gordon A. Davies
     Chief Legal Officer
     and Corporate Secretary
Name of signatory

.......................................................
Title

.......................................................
Signature

.......................................................
Name of signatory

.......................................................
Title

**NORTEL NETWORKS INTERNATIONAL CORPORATION**

.......................................................
Signature Gordon A. Davies
     Chief Legal Officer
     and Corporate Secretary
Name of signatory

.......................................................
Title

.......................................................
Signature

.......................................................
Name of signatory Tracy S.J. Connally McGhey
     Assistant Secretary

.......................................................
Title

Error! Unknown document property
name.Error! Unknown document property
name.Error! Unknown document property

Error! Unknown document
property name.

**NORTEL NETWORKS GLOBAL
CORPORATION**

......................................................
Signature

......................................................
Name of signatory
Gordon A. Davies
Chief Legal Officer
and Corporate Secretary
......................................................
Title

......................................................
Signature

......................................................
Tracy S.J. Connolly McGilley
Assistant Secretary
Name of signatory

......................................................
Title

Error! Unknown document property
name.Error! Unknown document property
name.Error! Unknown document property

Error! Unknown document
property name.

Nortel Networks S.A.

| | |
|---|---|
| **EXECUTED AS A DEED** | ) |
| for and on behalf of | ) |
| Nortel Networks S.A. | ) |
| (in administration) | ) |
| by Maître Franck Michel | ) |
| as administrator | ) |
| (acting as agent and without personal | ) |
| liability) in the presence of: | ) |
| | ) |
| | ) |
| | ) Signature of administrator |
| | ) |

and Maître Cosme Rogeau, as liquidator,

Signature of liquidator

..........................................    )
Signature of witness

Name of witness    )   Nicolas Gricourt
(in BLOCK CAPITALS)    )   Collaborateur Administrateur
.............................................    )
Address of witness    )
.............................................    )
.............................................    )

## EMEA Companies in Administration
### UK

**EXECUTED AS A DEED**
for and on behalf of
**Nortel Networks UK Limited**
(in administration)
by ~~ALAN BLOOM~~ Stephen HARRIS
as Joint administrator
(acting as agent and without personal
liability) in the presence of:

**Signature of witness**
**administrator**

..BL.VM.....BRRHYAUX....

**Name of witness**
(in BLOCK CAPITALS)
.BRUNO...BRRUYAUX...

**Address of witness**
.6h...Av.....Marceau....
..75008..PARIS.....

**Signature of**

8

## GERMANY

EXECUTED AS A DEED
for and on behalf of
Nortel GmbH                                    (in administration)
by ~~ALAN BLOOM~~ STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness
administrator

Name of witness
(in BLOCK CAPITALS)
.BRUNO....BASUYAUX.

Address of witness
66,. AV.. MARCEAU.
7500 8.. PARK.......

Signature of
administrator

## BELGIUM

EXECUTED AS A DEED
for and on behalf of
Nortel Networks N.V.                           (in administration)
By ~~ALAN BLOOM~~ STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness
administrator

Name of witness
(in BLOCK CAPITALS)
.BRUNO.....BASUYAUX.

Address of witness
.66,. AV.. Marceau...
.1 Sant.....PARIS...

Signature of
administrator

9

## ITALY

EXECUTED AS A DEED
for and on behalf of
Nortel Networks S.p.A.
by ~~ALAN BLOOM~~ STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

)
)
(in administration)
)
)
)
)



Signature of witness
administrator

Name of witness
(in BLOCK CAPITALS)
BRUNO....BASUYAUX.

Address of witness
66..Av..Tambour..
7500.8...PARIS...

Signature of
)
)
)

## NETHERLANDS

EXECUTED AS A DEED
for and on behalf of
Nortel Networks B.V.
by ~~ALAN BLOOM~~ STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of)

)
)
(in administration)
)
)
)
)

Signature of witness
administrator

Name of witness
(in BLOCK CAPITALS)
BRUNO...BASUYAUX...

Address of witness
66..Av...Tambour..
7500.8...PARIS.......

Signature of
)
)
)

10

**POLAND**

EXECUTED AS A DEED                                      )
for and on behalf of
Nortel Networks Polska Sp. Z o.o.                      )
(in administration)
by ~~ALAN BLOOM~~ STEPHEN HARRIS
as joint administrator
(acting as agent and without personal                 )
liability) in the presence of:                         )
                                                       )
                                                       )

Signature of witness                                   )         Signature of
administrator                                                    )
..........................................              ).............................................
                                                                )
Name of witness                                        )
(in BLOCK CAPITALS)
BRUNO  BRUNYAUX......                       )
Address of witness                                     )
6Ay Apr. Murnum........                    )
75008  PARIS........                        )

**SPAIN**

EXECUTED AS A DEED                                      )
for and on behalf of                                   )
Nortel Networks Hispania, S.A.
(in administration)                                    )
by ~~ALAN BLOOM~~ STEPHEN HARRIS
as joint administrator
(acting as agent and without personal                 )
liability) in the presence of:                         )
                                                       )
                                                       )

Signature of witness                                   )         Signature of
administrator                                                    )
..........................................              )..........................................
                                                                )
Name of witness                                        )
(in BLOCK CAPITALS)
..BRUNO  BRUNYAUX...                         )
Address of witness                                     )
6Ay Apr. Murnum........                    )
75008  PARIS.......                         )

11

177

**NETHERLANDS**



| | |
|---|---|
| **EXECUTED AS A DEED** | ) |
| for and on behalf of | ) |
| Nortel Networks International Finance | ) |
| & Holding B.V. | (in administration) |
| by ~~ALAN BLOOM~~ STEPHEN | ) |
| as joint administrator HARRIS | |
| (acting as agent and without personal | ) |
| liability) in the presence of: | ) |
| | ) |

| | |
|---|---|
| **Signature of witness** | ) |
| administrator | **Signature of** |
| | ) |
| )............................................. | ) |

| | |
|---|---|
| **Name of witness** | ) |
| **(In BLOCK CAPITALS)** | |
| .BRUNO.....BASMAYAUX | ) |

| | |
|---|---|
| **Address of witness** | ) |
| .66.,.Av..Marceau.. | ) |
| .75008.PARIS.... | ) |

**AUSTRIA**

| | |
|---|---|
| **EXECUTED AS A DEED** | ) |
| for and on behalf of | |
| Nortel Networks (Austria) GmbH | ) |
| (in administration) | |
| by ~~ALAN BLOOM~~ STEPHEN HARRIS | |
| as joint administrator | |
| (acting as agent and without personal | ) |
| liability) in the presence of: | ) |
| | ) |

| | |
|---|---|
| **Signature of witness** | ) |
| administrator | **Signature of** |
| | ) |
| )............................................. | |

| | |
|---|---|
| **Name of witness** | ) |
| **(In BLOCK CAPITALS)** | |
| ..BRUNO.....BASMAYAUX.. | ) |
| **Address of witness** | ) |
| .66.,.Av..Marceau... | ) |
| ...75008..PARIS.... | ) |

12

**CZECH REPUBLIC**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks, s.r.o.             (in administration) )
By ~~ALAN BLOOM~~ STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )                   Signature of
administrator )
)
)...........................................
)
Name of witness )
(in BLOCK CAPITALS) )
..BRUNO.. BRASSEAUX )
Address of witness )
..66,. AV. .MARCEAU..... )
...75008.. PARIS...... )

**HUNGARY**

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks Engineering Service Kft. )
(in administration) )
by ~~ALAN BLOOM~~ STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )                   Signature of
administrator )
)
..............................................
)
Name of witness )
(in BLOCK CAPITALS) )
..BRUNO.. BRASSEAUX... )
Address of witness )
..66,. AV.....Marceau... )
..75008.. PARIS...... )

13

129

## PORTUGAL

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks Portugal S.A. )
(in administration) )
by ~~ALAN BLOOM~~ STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )    Signature of
administrator )
)
).................................................
)
Name of witness )
(in BLOCK CAPITALS) )
BRUNO.....BEAULY EUX... )
Address of witness )
66...Av...MARCEAU... )
.750aT...PARIS...... )

## SLOVAKIA

EXECUTED AS A DEED )
for and on behalf of )
Nortel Networks Slovensko, s.r.o. )
(in administration) )
by ~~ALAN BLOOM~~ STEPHEN HARRIS )
as joint administrator )
(acting as agent and without personal )
liability) in the presence of: )
)
)
Signature of witness )    Signature of
administrator )
)
.................................................
)
Name of witness )
(in BLOCK CAPITALS) )
BRUNO...BEAULY MUX..... )
Address of witness )
66...Av...MARCEAU... )
.750aT...PARIS........ )

14



### FRANCE

EXECUTED AS A DEED
for and on behalf of
Nortel Networks France S.A.S
(in administration)
by ~~ALAN BLOOM~~ STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness
administrator

Name of witness
(in BLOCK CAPITALS)
...BRUNO...BASUYAUX...

Address of witness
66.,.Av...Marceau...
75008....PARIS......



### FINLAND

EXECUTED AS A DEED
for and on behalf of
Nortel Networks Oy (in administration)
by ~~ALAN BLOOM~~ STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness
administrator

Name of witness
(in BLOCK CAPITALS)
BRUNO..BASUYAUX......

Address of witness
66.,.Av.Marceau...
75008..PARIS........

Signature of

Signature of

181

**ROMANIA**

EXECUTED AS A DEED
for and on behalf of
Nortel Networks Romania SRL
(in administration)
By ALAN BLOOM — STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

Signature of witness
administrator

Signature of

Name of witness
(in BLOCK CAPITALS)
DAVID....PACUTKUT....

Address of witness
66, Av. Montaim
75008 PARIS

**SWEDEN**

EXECUTED AS A DEED
for and on behalf of
Nortel Networks AB
by ALAN BLOOM STEPHEN HARRIS
as joint administrator
(acting as agent and without personal
liability) in the presence of:

(in administration)

Signature of witness
administrator

Signature of

Name of witness
(in BLOCK CAPITALS)
DAVID....PACUTKUT...

Address of witness
66, Av. Montaim
75008 PARIS

16

**IRELAND**

EXECUTED AS A DEED )
for and on behalf of
Nortel Networks (Ireland) Limited )
(in administration)
by ALAN BLOOM )
as joint administrator
(acting as agent and without personal )
liability) in the presence of:

)
)

Signature of witness )        Signature of
administrator                                    )
....................................              )........................................
                                                  )
Name of witness )
(in BLOCK CAPITALS)
...WILMA....ACAHAM.........          )
                                                  )
Address of witness
...I...WORE...LONDON...PLACE
...LONDON...SE1...RAE...........     )
................................................  )
..............................................    )

17

*Stephen John Harris*

Executed as a DEED by ~~ALAN ROBERT BLOOM~~ in his own capacity without personal liability and solely for the purpose of obtaining the benefit of the provisions of this deed expressed to be conferred on the Administrators

.................................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness

Name of witness
(in BLOCK CAPITALS)
BRUNO.....RENY.MUX

Address of witness
66, Av. Mancecum
75008 PARIS
.................................................
.................................................

18

184

Executed as a DEED on behalf of CHRISTOPHER
JOHN WILKINSON HILL in his own capacity
without personal liability and solely
for the purpose of obtaining the
benefit of the provisions of this
deed expressed to be conferred
on the Administrators by his attorney

..................................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness

..................................................

Name of witness

(in BLOCK CAPITALS)

BRUNO ZARYCHUK

Address of witness

64, Av. Henri ...
7 500 B. PARIS
..................................................
..................................................

19



*Alan Robert Bloom*

Executed as a DEED on behalf of STEPHEN JOHN
HARRIS in his own capacity
without personal liability and solely
for the purpose of obtaining the
benefit of the provisions of this
deed expressed to be conferred
on the Administrators by his attorney

..............................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness

Name of witness
(In BLOCK CAPITALS)
BRUNO..... BASMYAUX

Address of witness
66 Av. Manceau
75008 PARIS
..............................................
..............................................

20



Executed as a DEED on behalf of ALAN MICHAEL
HUDSON in his own capacity without
personal liability and solely for the
purpose of obtaining the benefit of
the provisions of this deed
expressed to be conferred on the
Administrators by his attorney
ALAN HUDSON

.......................................................
Signature

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness
.......................................................

Name of witness
(in BLOCK CAPITALS)
.BRUNO...RASUYAUX...

Address of witness
64,..Av..Marceau......
.75008..PARIS........
.......................................................
.......................................................

21



Executed as a DEED on behalf of DAVID
MARTIN HUGHES in his own capacity
without personal liability and
solely for the purpose of
obtaining the benefit of the
provisions of this deed
expressed to be conferred on the
Administrators by his attorney

**ALAN BLOOM**

Signature ................................

Title: JOINT ADMINISTRATOR

in the presence of:

Signature of witness
...........................................

Name of witness
**(in BLOCK CAPITALS)**
.....WILMA GRAHAM...........

Address of witness
.1 MORE LONDON PLACE
.LONDON SE1 2AF......
...........................................
...........................................

22