IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF MOTION RECORD IN THE CANADIAN PROCEEDINGS IN SUPPORT OF MOTION TO APPROVE NOKIA SIEMENS NETWORKS B.V. BIDDING PROCEDURES

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Protocol approved in the above-captioned cases (Docket No. 18), on June 26, 2009, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Group**"), in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Proceedings**"), by its undersigned counsel, filed in the above-captioned cases the Motion Record filed the Canadian Proceedings in support of the Canadian Nortel Group's Motion to Approve Nokia Siemens Networks B.V. Bidding Procedures (the "**Motion Record**"). A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on June 29, 2009. A copy of the Motion Record is annexed hereto as Exhibit A.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion Record is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
June 26, 2009

                              ALLEN & OVERY LLP

                              Ken Coleman
                              Lisa Kraidin
                              1221 Avenue of the Americas
                              New York, New York  10020
                              Telephone (212) 610-6300
                              Facsimile (212) 610-6399
                              ken.coleman@allenovery.com
                              lisa.kraidin@allenovery.com

                              -and-

                              BUCHANAN INGERSOLL & ROONEY

                              By: /s/ Mary F. Caloway
                              Mary F. Caloway (No. 3059)
                              Peter J. Duhig (No. 4124)
                              The Brandywine Building
                              1000 West Street, Suite 1410
                              Wilmington, Delaware 19801
                              Telephone (302) 552-4200
                              Facsimile (302) 552-4295
                              mary.caloway@bipc.com

                              Attorneys for Ernst & Young Inc., as Monitor
                              and Foreign Representative of the Canadian Nortel
                              Group