IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                                       Debtors.                :   Jointly Administered
                                                               :
                                                               :   Hearing Date: July 17, 2009 at 11:00 a.m. (ET)
                                                               :
---------------------------------------------------------------X

### FIRST INTERIM FEE APPLICATION REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD JANUARY 14, 2009 THROUGH APRIL 30, 2009

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its First Interim Fee Application Request (the "Request") for the period January 14, 2009 through and including April 30, 2009[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 470, 664, 863, and 966 contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Periods.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 3/13/2009 [D.I. 470] | 1/14/09 – 1/31/08 | $1,332,922.00 | $40,486.21 | 4/8/2009 [D.I. 583] | $1,066,337.60 | $40,486.21 | $266,584.40 |
| 4/24/2009 [D I. 664] | 2/1/09 – 2/28/09 | 2,401,013.00 | 85,992.41 | 5/18/2009 [D.I. 762] | 1,920,810.40 | 85,992 41 | 480,202.60 |
| 6/8/2009 [D.I. 863] | 3/1/09 – 3/31/09 | 2,576,907.00 | 72,828 04 | Pending | Pending | Pending | 515,381 40 |
| 6/26/2009 [D.I 966] | 4/1/09 – 4/30/09 | 3,623,969 00 | 120,840.61 | Pending | Pending | Pending | 724,793.80 |
| TOTAL | | $9,934,811.00 | $320,147.27 | | $2,987,147.20 | $126,478.62 | $1,986,962.20 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: June 26, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL FOR APPLICATION PERIOD[3]

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | $ 940.00 | 808.4 | $ 759,896.00 |
| JANE KIM | Associate | 605.00 | 703.7 | 425,738.50 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 870.00 | 698.2 | 607,434.00 |
| LOUIS LIPNER | Law Clerk | 350.00 | 668.2 | 233,870.00 |
| SANDRINE A. COUSQUER | Associate | 605.00 | 665.8 | 402,809.00 |
| ELISABETH M. POLIZZI | Law Clerk | 350.00 | 627.1 | 219,435.00 |
| JAMES DOGGETT | Law Clerk | 350.00 | 561.5 | 196,525.00 |
| CRAIG B. BROD | Partner - Corporate | 980.00 | 544.5 | 533,610.00 |
| NORA SALVATORE | Associate | 495.00 | 516 | 255,420.00 |
| JEREMY LACKS | Associate | 350.00 | 486.8 | 170,380.00 |
| NEIL WHORISKEY | Partner - M&A, Corporate | 940.00 | 479.8 | 451,012.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 430.00 | 445.5 | 191,565.00 |
| SANJEET MALIK | Associate | 605.00 | 425.5 | 257,427.50 |
| KATHERINE WEAVER | Associate | 350.00 | 396.2 | 138,670.00 |
| GEROLAMO DA PASSANO | Associate | 605.00 | 392.5 | 237,462.50 |
| LEAH LAPORTE | Associate | 350.00 | 388.3 | 135,905.00 |
| CARSTEN FIEGE | Associate | 580.00 | 381.6 | 221,328.00 |
| KRISTINE J. KALANGES | Associate | 350.00 | 371 | 129,850.00 |
| EMILY LIU | Law Clerk | 350.00 | 367.2 | 128,520.00 |
| LAURA WHITE | Paralegal | 210.00 | 356.5 | 74,865.00 |
| ALEXANDER BENARD | Law Clerk | 350.00 | 351.4 | 122,990.00 |
| MARIO MENDOLARO | Associate | 495.00 | 299.9 | 148,450.50 |
| ROBERT GRUSZECKI | Associate | 545.00 | 295.6 | 161,102.00 |
| DAVID LEINWAND | Partner - M&A, Corporate | 940.00 | 291.5 | 274,010.00 |
| SANDRA FLOW | Partner - Corporate | 910.00 | 266.5 | 242,515.00 |
| DANIEL ILAN | Associate | 605.00 | 238.1 | 144,050.50 |
| PRIYA H. PATEL | Associate | 495.00 | 231.1 | 114,394.50 |
| DANIEL P. RILEY | Associate | 350.00 | 220.6 | 78,072.50 |
| CARISSA L. ALDEN | Associate | 350.00 | 207.3 | 72,555.00 |
| PATRICK MARETTE | Associate | 605.00 | 195.1 | 118,035.50 |
| PAUL S. HAYES | Associate | 605.00 | 187.6 | 113,498.00 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 800.00 | 184.4 | 147,520.00 |
| PETER O'KEEFE | Paralegal | 235.00 | 169.7 | 39,879.50 |
| ZACHARY KOLKIN | Law Clerk | 350.00 | 167.8 | 58,730.00 |
| LEONARD C. JACOBY | Partner - Intellectual Property | 910.00 | 164.3 | 137,395.00 |
| MEGAN GRANDINETTI | Associate | 350.00 | 152.6 | 53,410.00 |

---

[3] Arranged in descending order according to Total Billed Hours.

| Name | Title | Rate | Hours | Total |
|---|---|---:|---:|---:|
| TEMPORARY PARALEGAL | Paralegal | 235.00 | 149.2 | 35,085.00 |
| ROBIN BAIK | Associate | 430.00 | 145.6 | 62,608.00 |
| STEVEN G. HOROWITZ | Partner - Real Estate | 980.00 | 132.3 | 129,654.00 |
| ELIZABETH MANDELL | Associate | 580.00 | 130.1 | 75,458.00 |
| JOSHUA KALISH | Associate | 350.00 | 129.6 | 45,360.00 |
| SCOTT LARSON | Associate | 545.00 | 121.7 | 66,326.50 |
| NESLIHAN GAUCHIER | Associate | 350.00 | 120.3 | 42,105.00 |
| ANA CRISTINA JARAMILLO | International Lawyer | 325.00 | 118 | 38,170.00 |
| RUSSELL JONES | Associate | 605.00 | 115.7 | 69,998.50 |
| DEANNA DENNIS | Associate | 545.00 | 114.3 | 62,293.50 |
| CHARLES-ANTOINE WAUTERS | Associate | 545.00 | 113.7 | 74,084.50 |
| WILLIAM MCRAE | Partner - Tax | 870.00 | 109.5 | 93,410.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 690.00 | 108.2 | 73,780.50 |
| JULIUS PAUL WEDEMEYER | Solicitor Trainee | 290.00 | 107.1 | 31,059.00 |
| JESUS BELTRAN | Associate | 605.00 | 93.3 | 58,301.50 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 910.00 | 92 | 83,720.00 |
| HUA PAN | Law Clerk | 350.00 | 83.9 | 29,365.00 |
| COREY M. GOODMAN | Associate | 430.00 | 83 | 35,690.00 |
| JULIE YIP-WILLIAMS | Associate | 605.00 | 81.2 | 49,126.00 |
| CHRISTIAN ANNEN | Solicitor Trainee | 290.00 | 80.1 | 23,229.00 |
| MARK W. NELSON | Partner - Antitrust, M&A | 930.00 | 77.6 | 71,968.50 |
| VIOLETTA BOURT | Associate | 350.00 | 69.1 | 24,185.00 |
| ALEX FURSENKO | Associate | 350.00 | 61.6 | 21,560.00 |
| STEVEN WILNER | Partner - Real Estate | 960.00 | 61 | 58,560.00 |
| DONALD A. STERN | Partner - M&A, Corporate | 980.00 | 53.4 | 52,332.00 |
| HEATHER GOOD | Associate | 545.00 | 50.2 | 27,359.00 |
| WANDA OLSON | Partner - Corporate | 980.00 | 50.1 | 49,098.00 |
| LUISA N. PEREDO | Associate | 350.00 | 48.2 | 16,870.00 |
| SU CHEUNG | Clerk, Managing Attorney's Office | 140.00 | 47.2 | 6,608.00 |
| ITALIA ALMEIDA | Paralegal | 235.00 | 47.1 | 11,068.50 |
| CAROL WHATLEY | Clerk, Managing Attorney's Office | 140.00 | 44.9 | 6,286.00 |
| RACHELLE TILLY | Associate | 605.00 | 38.8 | 23,474.00 |
| NATALIE JONES | Paralegal | 205.00 | 38.2 | 7,831.00 |
| STEPHANIE CANNULI | Paralegal | 210.00 | 37.3 | 7,833.00 |
| FABRICE BAUMGARTNER | Partner - Corporate | 980.00 | 36.9 | 36,162.00 |
| DANIEL S. STERNBERG | Partner - M&A, Corporate | 980.00 | 35 | 34,300.00 |
| MARIANA Y. HARIKI | International Lawyer | 325.00 | 34.8 | 11,310.00 |
| JAMES R. MODRALL | Partner - M&A, International Competition | 980.00 | 33.6 | 32,928.00 |
| ALEXANDRA DEEGE | Associate | 530.00 | 33.2 | 17,596.00 |
| AARON GINGRANDE | Paralegal | 210.00 | 33.1 | 6,951.00 |
| JEAN-MARIE AMBROSI | Partner - M&A, Corporate | 980.00 | 31.5 | 30,870.00 |
| GINA REBOLLAR | Associate | 495.00 | 31.2 | 15,444.00 |

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| BENET J. O'REILLY | Partner - M&A, Corporate | 805.00 | 30.6 | 24,633.00 |
| CHIN YEOH | Associate | 495.00 | 30.5 | 15,097.50 |
| LINDA THONG | Law Clerk | 350.00 | 30.1 | 10,535.00 |
| MARTIN FERNANDEZ DUSSAUT | International Lawyer | 325.00 | 26.3 | 8,547.50 |
| JASON FACTOR | Partner - Tax | 870.00 | 26 | 22,620.00 |
| W. RICHARD BIDSTRUP | Counsel - Environmental, M&A | 800.00 | 25.7 | 20,560.00 |
| PAUL J. SHIM | Partner - M&A, Corporate | 980.00 | 24.4 | 23,912.00 |
| JAIME EL KOURY | Partner - Corporate | 980.00 | 23.5 | 23,030.00 |
| JOHN OLSON | Associate | 430.00 | 22 | 9,460.00 |
| KIMBERLY SPOERRI | Associate | 350.00 | 20.9 | 7,315.00 |
| PATRICIA PAK | Paralegal | 210.00 | 18 | 3,780.00 |
| ASIMA AHMAD | Paralegal | 235.00 | 17.8 | 4,183.00 |
| ABIGAIL SHELDON | Paralegal | 235.00 | 17.3 | 4,065.50 |
| NEIL MARKEL | Associate | 430.00 | 17.3 | 7,439.00 |
| INNA ROZENBERG | Senior Attorney | 630.00 | 17 | 10,710.00 |
| GEOFFROY RENARD | Associate | 570.00 | 16.9 | 9,633.00 |
| ERIC WOOD | Associate | 350.00 | 14.3 | 5,005.00 |
| MELISSA GINSBERG | Law Clerk | 350.00 | 13.6 | 4,760.00 |
| KATHRYN SMITH | Paralegal | 275.00 | 13.3 | 3,657.50 |
| JONATHAN REINSTEIN | Paralegal | 235.00 | 13 | 3,055.00 |
| JOCELYN ROBERTS | Associate | 495.00 | 12 | 5,940.00 |
| STEPHEN VALDES | Associate | 545.00 | 11.8 | 6,431.00 |
| YE SUN | Associate | 350.00 | 11.2 | 3,920.00 |
| ELENA V. ROMANOVA | Associate | 605.00 | 11 | 6,655.00 |
| SHARMIN TAKIN | Associate | 605.00 | 10.8 | 6,534.00 |
| LIZ J. STAFFORD | Clerk, Managing Attorney's Office | 140.00 | 10.7 | 1,498.00 |
| OLIVIER A. BEYDON | Law Clerk | 350.00 | 10.6 | 3,710.00 |
| BETH NAGALSKI | Law Clerk | 350.00 | 10.1 | 3,362.50 |
| STEPHANIE XETHALIS | Paralegal | 235.00 | 8.9 | 2,091.50 |
| GARRETT REEB | Paralegal | 235.00 | 8.8 | 2,068.00 |
| LUIZ E. KRIEGER | Associate | 545.00 | 8.8 | 4,796.00 |
| DENISE NICHOLSON | Paralegal | 275.00 | 8.5 | 2,337.50 |
| ADAM BRYAN | Solicitor Trainee | 310.00 | 7.7 | 2,387.00 |
| GERARDO CRUZAT | International Lawyer | 325.00 | 7.5 | 2,437.50 |
| MICHAEL MCDONALD | Partner - M&A, Corporate | 930.00 | 7.5 | 6,975.00 |
| AMARILYS BERNACET | Paralegal | 210.00 | 7.4 | 1,554.00 |
| CONSTANCE BROSSOLLET | Associate | 570.00 | 7.3 | 4,161.00 |
| BENAZIR TEELUCK | Paralegal | 235.00 | 7 | 1,645.00 |
| CHRIS MACBETH | Associate | 605.00 | 6.9 | 4,174.50 |
| AYA MOTOMURA | International Lawyer | 325.00 | 6.8 | 2,210.00 |
| SHANNON DELAHAYE | Associate | 350.00 | 6.8 | 2,380.00 |
| MARCEL ANDERSON | Associate | 430.00 | 6.6 | 2,838.00 |
| KRISTOFER HESS | Partner - Tax | 870.00 | 6.5 | 5,655.00 |

| Name | Title | Rate | Hours | Total |
|---|---|---:|---:|---:|
| ARTHUR KOHN | Partner - Employee Benefits | 980.00 | 5.7 | 5,586.00 |
| MICHAEL WEINTRAUB | Paralegal | 275.00 | 5.7 | 1,567.50 |
| DAVID LIVSHIZ | Associate | 545.00 | 5.6 | 3,052.00 |
| STEPHANIE POTIN | Translator | 250.00 | 5.3 | 1,325.00 |
| GERALD MCCARTHY | Paralegal | 275.00 | 5.1 | 1,402.50 |
| MEME PEPONIS | Partner - Corporate | 870.00 | 5.1 | 4,437.00 |
| FLORA FABY | Associate | 545.00 | 5 | 2,725.00 |
| JAMES DYE | Paralegal | 235.00 | 5 | 1,175.00 |
| NEIL FORREST | Senior Attorney - Bankruptcy, Litigation | 740.00 | 4.8 | 3,552.00 |
| AMANDA RYDBERG | Stagiaire | 250.00 | 4.5 | 1,125.00 |
| DANIEL FERNANDEZ | Associate | 690.00 | 4.5 | 3,105.00 |
| ROBERT REED CAREY | Associate | 495.00 | 4.4 | 2,178.00 |
| FRANCESCA LIM | Associate | 430.00 | 4.3 | 1,849.00 |
| SEAN A. O'NEAL | Partner - Bankruptcy, Litigation | 725.00 | 4.2 | 2,182.50 |
| SHAUN KOONT | Paralegal | 235.00 | 4.1 | 1,143.50 |
| TIHIR SARKAR | Partner - M&A, Corporate | 805.00 | 4 | 3,220.00 |
| BRENDAN CLEGG | Paralegal | 210.00 | 3.5 | 735.00 |
| MELISSA RUHRY | Paralegal | 210.00 | 3.3 | 693.00 |
| ALYSSA PHILLIPS | Associate | 545.00 | 3 | 1,635.00 |
| CHRISTOPHER SCHIMPF | Paralegal | 235.00 | 3 | 705.00 |
| HOWARD S. ZELBO | Partner - Arbitration, Litigation | 980.00 | 2.7 | 2,646.00 |
| BUNDY CHUNG | Paralegal | 275.00 | 2.5 | 687.50 |
| CONNIE G. CHU | Associate | 325.00 | 2.4 | 780.00 |
| A. RICHARD SUSKO | Partner - Employee Benefits | 980.00 | 2.3 | 2,254.00 |
| SHAUN GOODMAN | Partner - Corporate | 870.00 | 2.3 | 2,001.00 |
| LAURA A. ZUCKERWISE | Associate | 350.00 | 2.2 | 770.00 |
| AUDE DUPUIS | Associate | 570.00 | 2.1 | 1,197.00 |
| CARINA BADGER | Associate | 605.00 | 2 | 1,210.00 |
| LYNN ZOUBOK | Research Specialist | 265.00 | 2 | 530.00 |
| RICHARD ALVAREZ | Clerk | 140.00 | 2 | 280.00 |
| ALYSON CLABAUGH | Paralegal | 235.00 | 1.8 | 423.00 |
| JEAN-YVES GARAUD | Partner - Bankruptcy, Litigation | 960.00 | 1.8 | 1,728.00 |
| LERTLAR POOPOKSAKUL | Law Clerk | 430.00 | 1.8 | 774.00 |
| VICTOR I. LEWKOW | Partner - M&A, Corporate | 980.00 | 1.8 | 1,764.00 |
| LUDIVINE VAN DER HEYDEN | Stagiaire | 250.00 | 1.7 | 425.00 |
| MICHAEL R. LAZERWITZ | Partner - Litigation | 980.00 | 1.7 | 1,666.00 |
| RESEARCH SPECIALIST | Research Specialist | 150.00 | 1.7 | 255.00 |
| LAWRENCE B. FRIEDMAN | Partner - Litigation | 980.00 | 1.6 | 1,568.00 |
| ANDREW ZWECKER | Paralegal | 235.00 | 1.5 | 352.50 |
| COLIN GIRGENTI | Paralegal | 350.00 | 1.5 | 525.00 |
| MICHAEL ALBANO | Associate | 605.00 | 1.5 | 907.50 |
| SAMANTHA REILLY | Paralegal | 235.00 | 1.5 | 352.50 |
| JENNIFER SCOTT | Paralegal | 210.00 | 1.4 | 294.00 |
| PAUL D. MARQUARDT | Partner - Corporate | 910.00 | 1.3 | 1,183.00 |

| Name | Role | Rate | Hours | Total |
|---|---|---|---|---|
| EMMANUEL RONCO | Associate | 590.00 | 1.2 | 708.00 |
| JULIET A. DRAKE | Associate | 605.00 | 1.2 | 726.00 |
| YANA CHERNOBILSKY | Associate | 350.00 | 1.2 | 420.00 |
| GERARDO CRUZAT OCHAGAVIA | International Lawyer | 325.00 | 1 | 325.00 |
| MARIA B. RODRIGUEZ | Paralegal | 285.00 | 1 | 285.00 |
| NIKHIL MEHTA | Partner - Tax | 980.00 | 1 | 980.00 |
| PAULINA GIL-WHITE | International Lawyer | 325.00 | 1 | 325.00 |
| RYAN R. WRIGHT | Paralegal | 235.00 | 1 | 235.00 |
| SIMON OVENDEN | Partner - Corporate | 960.00 | 1 | 960.00 |
| TIM SWEENEY | Clerk | 140.00 | 1 | 140.00 |
| ANDREW SELLNAU | Paralegal | 235.00 | 0.8 | 175.50 |
| ELLEN INGERMAN | Research Specialist | 265.00 | 0.8 | 374.00 |
| GEORGE S. CARY | Partner - Antitrust, Litigation | 980.00 | 0.8 | 784.00 |
| MATTHEW BUNDA | Associate | 495.00 | 0.8 | 396.00 |
| PAUL HYAMS | Clerk | 140.00 | 0.8 | 112.00 |
| SANDRA M. ROCKS | Counsel - Corporate, Secured Transactions | 865.00 | 0.8 | 692.00 |
| CYNTHIA SCOTT | Paralegal | 210.00 | 0.6 | 126.00 |
| BRIAN SANDSTROM | Associate | 430.00 | 0.5 | 215.00 |
| FATIMA BENAMIRA | Paralegal | 235.00 | 0.5 | 117.50 |
| GABRIELA LOPEZ | Paralegal | 350.00 | 0.5 | 175.00 |
| JACE LIPSTEIN | Clerk, Managing Attorney's Office | 140.00 | 0.5 | 70.00 |
| LAETITIA TOMBARELLO | Associate | 570.00 | 0.5 | 285.00 |
| JAMES A. DUNCAN | Partner - Tax | 980.00 | 0.4 | 392.00 |
| JORGE JUANTORENA | Partner - M&A, Corporate | 940.00 | 0.4 | 376.00 |
| JOSHUA PANAS | Associate | 605.00 | 0.4 | 242.00 |
| LUKE BAREFOOT | Associate | 580.00 | 0.4 | 232.00 |
| MIRNA ZWITTER-TEHOVNIK | Associate | 605.00 | 0.4 | 242.00 |
| JESSICA HOPPE | Associate | 580.00 | 0.3 | 174.00 |
| RAJ PANASAR | Partner - Corporate | 930.00 | 0.3 | 279.00 |
| RICHARD SULTMAN | Associate | 605.00 | 0.3 | 181.50 |
| SUSAN CUMISKEY | Paralegal | 275.00 | 0.3 | 82.50 |
| DANIEL PILARSKI | Associate | 545.00 | 0.2 | 109.00 |
| DAVID RUSH | Associate | 605.00 | 0.2 | 121.00 |
| JENNIFER ROSENBERG | Associate | 235.00 | 0.2 | 47.00 |
| LISA MILANO | IT Specialist | 225.00 | 0.2 | 45.00 |
| RICHARD V. CONZA | Managing Attorney | 605.00 | 0.2 | 121.00 |
| GREGORY COATES | Clerk, Managing Attorney's Office | 140.00 | 0.1 | 14.00 |
| MAUREEN E. MCDONALD | Research Specialist | 265.00 | 0.1 | 26.50 |
| MELISSA O'CONNORS | Paralegal | 275.00 | 0.1 | 27.50 |
| **GRAND TOTAL** | | | 17,908.5 | $ 9,934,811.00 |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY
## FOR APPLICATION PERIOD

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions | 723.7 | $ 354,553.00 |
| Business Operations | 116.8 | 63,290.50 |
| Case Administration | 4,390.2 | 2,235,333.50 |
| Claims Administration and Objections | 567.4 | 208,673.50 |
| Debtor in Possession Financing | 112.1 | 76,684.00 |
| Creditors Committee Matters | 582 | 404,046.50 |
| M&A Advice | 4,270.8 | 2,774,947.00 |
| Employee Matters | 1,338.9 | 737,670.50 |
| Customer Issues | 129.7 | 68,000.50 |
| Supplier Issues | 1,383.3 | 777,234.00 |
| Plan of Reorganization and Disclosure Statement | 30.5 | 16,162.00 |
| Tax | 514.9 | 295,535.50 |
| Intellectual Property | 935.1 | 531,601.50 |
| Regulatory | 836.7 | 464,617.50 |
| Chapter 15 | 10.4 | 4,127.00 |
| Canadian Coordination | 36.6 | 21,980.50 |
| Non-Canadian International Coordination | 34.7 | 25,791.00 |
| Fee and Employment Applications | 471.6 | 146,229.00 |
| Litigation | 180.5 | 72,402.50 |
| Relief from Stay Proceedings | 0.5 | 215.00 |
| General Corporate | 73.6 | 38,532.00 |
| Real Estate | 1,169 | 617,184.50 |
| **TOTAL** | **17,909.00** | **$ 9,934,811.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY
## FOR APPLICATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone | | $ 15,187.24 |
| Travel - Transportation | | 50,537.06 |
| Travel - Lodging | | 7,426.15 |
| Travel - Meals | | 2,022.58 |
| Mailing and Shipping Charges | | 1,722.94 |
| Scanning Charges (at 0.10/page) | | 330.50 |
| Duplicating Charges (at 0.10/page) | | 21,108.05 |
| Color Duplicating Charges (at 0.65/page) | | 12,081.24 |
| Facsimile Charges (at 1.00/page) | | 691.00 |
| Legal Research | Lexis | 63,638.23 |
| | Westlaw | 69,324.59 |
| | PACER | 3,382.40 |
| Late Work – Meals | | 8,452.50 |
| Late Work – Transportation | | 34,843.20 |
| Conference Meals | | 28,779.98 |
| Other Charges | | 619.61 |
| | | |
| **Grand Total Expenses** | | **$ 320,147.27** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]