# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **First Interim Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Provider To The Debtors-In-Possession For The Period Of January 14, 2009 Through April 30, 2009** was caused to be made on June 26, 2009, in the manner indicated upon the entities identified below:

Date: June 26, 2009

Ann C. Cordo (No. 4817)

## VIA HAND DELIVERY

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

## VIA FIRST CLASS MAIL

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1
(Debtor)

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

2966101.1

2966101.1