## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Approving A Compromise Of A Controversy Between Nortel Networks Inc. And Moline Dispatch Publishing Co., LLC** was caused to be made on June 26, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: June 26, 2009

_____
Andrew R. Remming (No. 5120)

2966255.1