**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                                :

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 18, 54** |

-------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION**
**OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF NORTEL NETWORKS INC., ET AL., AMENDING THE**
**CROSS-BORDER COURT-TO-COURT PROTOCOL**

       I, Andrew R. Remming, counsel for Nortel Networks Inc. ("NNI") and certain of

its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the

"Debtors"), hereby certify as follows regarding the Order Approving Stipulation of the Debtors

and the Official Committee of Unsecured Creditors of Nortel Networks Inc. *et al.*, Amending the

Cross-Border Court-to-Court Protocol (the "Proposed Order"), attached hereto as **Exhibit 1**.

       1.     On January 14, 2009 (the "Petition Date"), each of the Debtors filed a

voluntary petition for relief in the United States Bankruptcy Court for the District of Delaware

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(the "Court") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code").

2.       On January 15, 2009, the Court entered an order jointly administering these chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3.       The Debtors continue to operate their businesses and manage their properties under section 1107(a) and 1108 of the Bankruptcy Code.  Also on the Petition Date, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL," and together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors")[2] filed an application with the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the "Canadian Proceedings").  The Canadian Debtors continue to manage their properties and operate their businesses under the supervision of the Canadian Court.  Ernst & Young Inc., as court-appointed Monitor in the Canadian Proceedings and as foreign representative for the Canadian Debtors (the "Monitor"), has filed petitions in this Court for recognition of the Canadian Proceedings as foreign main proceedings under chapter 15 of the Bankruptcy Code.  On January 14, 2009, the Canadian Court entered an order recognizing these chapter 11 proceedings as a foreign proceeding under section 18.6 of the CCAA.  On February 27, 2009, this Court entered an order recognizing the Canadian Proceedings as foreign main proceedings under chapter 15 of the Bankruptcy Code.

---

[2]       The Canadian Debtors include the following entities:   NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

4.     On the Petition Date, the Debtors filed their Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) Approving Cross-Border Court-to-Court Protocol [D.I. 18] (the "Cross-Border Protocol Motion") for the purpose of establishing a cross-border court-to-court protocol to govern the chapter 11 and Canadian Proceedings (the "First Day Protocol").

5.     On January 15, 2009, the Court entered the Order Pursuant to 11 U.S.C. § 105(a) Approving Cross-Border Court-To-Court Protocol [D.I. 54] (the "Cross-Border Protocol Order").  On January 14, 2009, the Canadian Court approved an identical version of the First Day Protocol.

6.     On January 26, 2009, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [D.I.s 141, 142].

7.     Pursuant to Rule 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Committee's original deadline to file a motion for reconsideration of the Cross-Border Protocol Order was February 17, 2009.

8.     Since the Petition Date, the Court has, on six occasions, approved stipulations among the Debtors and the Committee extending the Committee's time to file a motion for reconsideration of the Cross-Border Protocol Order [D.I.s 318, 466, 549, 676, 799, 900] pursuant to Local Rule 9013-1(m).  During this time, the Debtors, the Canadian Debtors and the Committee have engaged in constructive, good faith discussions regarding the terms of the First Day Protocol and possible amendments thereto.

9.      The Debtors and the Committee have entered into a stipulation (the "Stipulation") to amend the cross-border court-to-court protocol approved by Cross-Border Protocol Order.

10.     The Stipulation is attached to the Proposed Order as Exhibit 1.

11.     The Canadian Debtors will seek approval of a similar modification of the First Day Protocol at the June 29, 2009 hearing.

WHEREFORE, the Debtors respectfully requests that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** approving the Stipulation and (ii) grant such other and further relief as is just and proper.

Dated:  June 26, 2009
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*