IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X    Chapter 11
In re                                                    :
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
      Debtors.                :    Jointly Administered
                                                         :
                                                         :
                                                         :
---------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2009 AT 9:00 A.M. (EASTERN TIME)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

    None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

    None at this time.

UNCONTESTED MATTERS GOING FORWARD:

1.   Debtors' Motion For Entry Of An Order Authorizing The Debtors To Make Certain Transfers And Provide Financial Support To Their Non-Debtor Subsidiaries (D.I. 873, Filed 6/9/09).

    Related Pleadings:

    a)    Amended Notice Of Debtors' Motion For Entry Of An Order Authorizing The Debtors To Make Certain Transfers And Provide Financial Support To Their Non-Debtor Subsidiaries (D.I. 880, Filed 6/10/09);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Objection Deadline: June 22, 2009 at 4:00 p.m. (ET). Extended to June 26, 2009 at 12:00 a.m. (ET) for the United States Trustee.

**Responses Received: The Debtors received informal comments from the United States Trustee.**

**Status: The Debtors will submit a revised order at the hearing which resolves the concerns raised by the United States Trustee.**

2. Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And Settlement Agreement, And (B) Granting Related Relief (D.I. 874 Filed 6/9/09).

    Related Pleadings:

    a) Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Section 102(1) Shortening Notice Of Debtors' Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And Settlement Agreement, And (B) Granting Related Relief (D.I. 887, Filed 6/10/09);

    b) Amended Notice Of Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And Settlement Agreement, And (B) Granting Related Relief (D.I. 888, Filed 6/10/09);

    c) Order Pursuant To 11 U.S.C. Section 102(1) Shortening Notice Of Debtors' Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And Settlement Agreement, And (B) Granting Related Relief (D.I. 892, Entered 6/11/09); and

    d) **Notice Of Filing Of Side Letter Agreement Regarding The Interim Funding And Settlement Agreement (D.I. 919, Filed 6/17/09).**

    e) Statement of Nortel Networks UK Ltd. in Support of NNI's Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Interim Funding And Settlement Agreement, And (B) Granting Related Relief (D.I. 936, Filed 6/22/09).

    f) **Statement Of Ad Hoc Committee Of Bondholders In Support Of Debtors' Motion For Approval Of Interim Funding And Settlement Agreement (D.I. 967, Filed 6/26/2009).**

    g) **Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record In The Canadian Proceedings In Support Of Motion To Approve Interim Funding Agreement (D.I. 973, Filed 6/26/2009).**

    Objection Deadline: June 22, 2009 at 4:00 p.m. (ET). Extended to June 26, 2009 at 12:00 a.m. (ET) for the United States Trustee.

Responses Received: None at this time.

Status: This matter is going forward.

3. Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 931, Filed 6/19/09).

Related Pleadings:

a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 932, Filed 6/19/09); and

b) Order Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 934, Entered 6/22/09).

c) **Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record In The Canadian Proceedings In Support Of Motion To Approve Nokia Siemens Networks B.V. Bidding Procedures (D.I. 974, Filed 6/26/09).**

Objection Deadline: June 26, 2009 at 12:00 p.m. (ET). Extended to June 26, 2009 at 3:00 p.m. (ET) for Flextronics Corporation And Flextronics Telecom Systems Ltd. **The United States Trustee may raise an objection at any time prior to or during this hearing.**

Responses Received:

a) Response Of Pension Benefit Guaranty Corporation To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 960, Filed 6/26/09);

b) Limited Objection Of MatlinPatterson Global Advisers LLC To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 962, Filed 6/26/09);

c) Exhibit A - C to Limited Objection regarding Debtors' Motion For Orders (i) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases, Filed by MatlinPatterson Global Advisers LLC (D.I. 963, Filed 6/26/09);

d) Objection of the Official Committee of Unsecured Creditors to Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A

Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 964, Filed 6/26/09);

e) Limited Objection And Reservation Of Rights Of Flextronics Corporation And Flextronics Telecom Systems Ltd. To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 969, Filed 6/26/09).

**f) The Debtors received informal comments from the United States Trustee.**

**g) The Canadian Debtors received informal comments from the Ontario Pension Benefits Guarantee Fund.**

Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

None at this time.

ADDITIONAL MATTER GOING FORWARD:

4. Debtors Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (D.I. 852, Filed 6/4/09).

Related Pleadings:

a) Interim Order (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities Pending A Final Hearing, (II) Scheduling A Final Hearing And (III) Granting Related Relief (D.I. 894, Filed 6/11/09); and

b) Notice of Final Hearing Re: Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code (D.I. 898, Filed 6/11/09)

Objection Deadline: June 10, 2009 at 12:00 p.m. (ET).

Responses Received: The Debtors received informal comments from the United States Trustee.

Status: This matter is going forward.

5. Motion To Approve Compromise Under Rule 9019 Of Controversy By And Among (I) The Debtors And (II) Crossroads Wireless, Inc. And Crossroads Holding, LLC (D.I. 764, Filed 5/18/09).

Related Pleadings: None.

Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Debtors' response deadline extended to June 26, 2009 at 4:00 p.m. (ET).

Responses Received:

a) Objection To Joint Motion For Approval Of Compromise Of Controversy, Filed by Brookings Municipal Utilities (D.I. 850, Filed 6/4/09).

b) Withdrawal Of Objection To Joint Motion For Approval Of Compromise Of Controversy (D.I. 971, Filed 6/26/09)

Status: The parties have resolved this matter, and Brookings Municipal Utilities has withdrawn its objection to the Debtors' motion. The Debtors will present a revised order at the hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: June 29, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

2965384.3