IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF SUPPLEMENTAL FIFTEENTH
REPORT OF THE MONITOR OF THE CANADIAN
<u>NORTEL COMPANIES IN THE CANADIAN PROCEEDINGS</u>**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

**PLEASE TAKE NOTICE** that on June 29, 2009, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Supplemental Fifteenth Report of the Monitor (the "**Supplemental Fifteenth Report**"), dated June 26, 2009. A copy of the Supplemental Fifteenth Report is annexed hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Supplemental Fifteenth Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
June 29, 2009

                ALLEN & OVERY LLP

                Ken Coleman
                Lisa Kraidin
                1221 Avenue of the Americas
                New York, New York 10020
                Telephone (212) 610-6300
                Facsimile (212) 610-6399
                ken.coleman@allenovery.com
                lisa.kraidin@allenovery.com

                -and-

                BUCHANAN INGERSOLL & ROONEY

                By: /s/ Mary F. Caloway
                Mary F. Caloway (No. 3059)
                Peter J. Duhig (No. 4124)
                The Brandywine Building
                1000 West Street, Suite 1410
                Wilmington, Delaware 19801
                Telephone (302) 552-4200
                Facsimile (302) 552-4295
                mary.caloway@bipc.com

                Attorneys for Ernst & Young Inc., as Monitor
                and Foreign Representative of the Canadian Nortel
                Group