IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2009, I caused to be served true and correct copies of the following:

   a. "Notice of Debtor's Motion for Orders (I) (A) Authorizing Debtors' Entry into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts and (C) The Assumption and Sublease of Certain Leases," to which is attached the "Debtor's Motion for Orders (I) (A) Authorizing Debtors' Entry into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts and (C) The Assumption and Sublease of Certain Leases," dated June 19, 2009, [Docket No. 931], and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

b. "Debtors Motion for an Order Under 11 U.S.C. § 102(1) Shortening Notice Relating to Certain Elements of Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts and (C) the Assumption and Sublease of Certain Leases," dated June 19, 2009 [Docket No. 932],

enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Eleni Manners*

Sworn to before me this
24th day of June, 2009

*Diane M. Streany*
Notary Public, State of New York

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20<u>10</u>

**EXHIBIT A**

# NORTEL NETWORKS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AKIN GUMP | ATTN: FRED S. HODARA ESQ., RYAN C. JACOBS ESQ., ONE BRYANT PARK, NEW YORK, NY 10036 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ, LISA J.P. KRAIDIN. ESQ., 1221 AVENUE OF THE AMERICAS, 20TH FLOOR, NEW YORK, NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL, 358 HALL AVENUE, WALLINGFORD, CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO, 420 SOUTH ORANGE AVENUE, 6TH FL, ORLANDO, FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ., 300 DELAWARE AVE, STE 1370, WILMINGTON, DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ., 300 DELAWARE AVE, STE 1370, WILMINGTON, DE 19801 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ., FRANK N. WHITE ESQ., 171 17TH ST NW, STE 2100, ATLANTA, GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P. BOWDEN ESQ., AMANDA M. WINFREE ESQ., 500 DELAWARE AVE, 8TH FL, WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ., 500 DELAWARE AVE, WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: GREGORY A. TAYLOR ESQ., BENJAMIN W. KEENAN ESQ., 500 DELAWARE AVE, 8TH FL, WILMINGTON, DE 19801 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ., LESLIE HEILMAN ESQ., 919 MARKET ST, 12TH FL, WILMINGTON, DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ., JEFFREY MEYERS ESQ., 51ST FL MELLON BANK CTR, 1735 MARKET ST, PHILADELPHIA, PA 19103 |
| BARRY SATLOW, DAVID G. WALDER | 1951 VISTA DR, BOULDER, CO 80304 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ., 155 FEDERAL ST, 9TH FL, BOSTON, MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D. DAVIS ESQ., DANIEL A. O'BRIEN ESQ., 222 DELAWARE AVE, STE 900, WILMINGTON, DE 19801 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA, 201 MONROE STREET, SUITE 300, MONTGOMERY, AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ., PATRICK M. COSTELLO ESQ., 2600 EL CAMINO REAL, STE 300, PALO ALTO, CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN G. COLLINS, 800 N. KING STREET, FIRST FLOOR, WILMINGTON, DE 19801 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN, KATHERINE L. LINDSAY, 225 ASYLUM STREET, SUITE 2600, HARTFORD, CT 06103 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ., 6 NORTH BROAD ST, STE 1000, WOODBURY, NJ 08096 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ., 1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ., 161 N CLARK ST, STE 4300, CHICAGO, IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ., 211 N BROADWAY, STE 3600, ST. LOUIS, MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ., 333 MARKET ST, 25TH FL, SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: MARY F. CALOWAY ESQ., P.J. DUHIG ESQ., 1000 WEST STREET, SUITE 1410, WILMINGTON, DE 19801 |
| BUUS KIM KUO & TRAN LLP | ATTN: HUBERT H. KUO ESQ., 4675 MACARTHUR CT, STE 590, NEWPORT BEACH, CA 92660 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ., AYESHA S. CHACKO ESQ., 800 N KING ST, STE 300, WILMINGTON, DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ., 30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ., MARC J. PHILLIPS ESQ., THE NEMOURS BUILDING, 1007 N ORANGE ST, WILMINGTON, DE 19801 |
| COWLES & THOMPSON PC | ATTN: WILLIAM L. SIEGEL, 901 MAIN STREET, SUITE 3900, DALLAS, TX 75202 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ., JAMES V. DREW ESQ., 101 PARK AVENUE, NEW YORK, NY 10178-0061 |
| DAVIS WRIGHT TREMAINE LLP | ATTN: JAMES C. WAGGONER ESQ., 1300 SW 5TH AVE, STE 2300, PORTLAND, OR 97201-5630 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ., DALE K. CATHELL ESQ., 6225 SMITH AVENUE, BALTIMORE, MD 21209 |

| Claim Name | Address Information |
|---|---|
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON,1717 MAIN ST,STE 2400, DALLAS, TX 75201 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN,151 O'CONNOR STREET, OTTOWA, ON K1A 1K3 CA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE,305 INTERLOCKEN PKWY, BROOMFIELD, CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ., LARS A. PETERSON ESQ.,321 NORTH CLARK ST,STE 2800, CHICAGO, IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ.,1111 3RD AVE,STE 3400, SEATTLE, WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ.,700 UNIVERSE BLVD, JUNO BEACH, FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS,P.O. BOX 7040, DOVER, DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ,ALEX L. MACFARLANE,1 FIRST CANADIAN PLACE -FLOOR 42,100 KING ST WEST, TORONTO, ON M5X 1B2 CA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ., DEVON J. EGGERT ESQ.,311 SOUTH WACKER DR,STE 3000, CHICAGO, IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ.,666 5TH AVE, NEW YORK, NY 10103-3198 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ.,ONE GATEWAY CENTER, NEWARK, NJ 07102-5310 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ.,222 N LASALLE ST,STE 800, CHICAGO, IL 60601 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ., CHRISTOPHER W. PEER ESQ.,200 PUBLIC SQUARE,STE 2800, CLEVELAND, OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE,EXCHANGE HOUSE,PRIMROSE STREEET, LONDON EC2A 2HS, GB |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON,820 O'KEEFE AVENUE, NEW ORELANS, LA 70113 |
| HEWLETT-PACKARD COMPANY | ATTN: RAMONA NEAL ESQ.,11311 CHINDEN BLVD,MAILSTOP 314, BOISE, ID 83714 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ.,28 STATE ST, BOSTON, MA 02109 |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ., NOEL R. BOEKE ESQ.,P.O. BOX 1288, TAMPA, FL 33601-1288 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN,1445 ROSS AVE,ROUNTAIN PLACE STE 3700, DALLAS, TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL,1503 LBJ FREEWAY,3RD FL, DALLAS, TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399,TWO LINCOLN CENTRE, OAKBROOK TERRACE, IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION,PO BOX 21126, PHILADELPHIA, PA 19114-0326 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN,STE 1800, HOUSTON, TX 77010 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ.,1420 PEACHTREE ST NE,STE 800, ATLANTA, GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ.,575 MADISON AVE, NEW YORK, NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: THOMAS J. LEANSE ESQ., DUSTIN P. BRANCH ESQ.,2029 CENTURY PARK EAST,STE 2600, LOS ANGELES, CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ.,101 PARK AVENUE, NEW YORK, NY 10178 |
| KHANG & KHANG LLP | ATTN: JOON M. KHANG ESQ.,1901 AVENUE OF THE STARS,2ND FL, LOS ANGELES, CA 90067 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ.,1999 AVENUE OF THE STARS,39TH FL, LOS ANGELES, CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ.,919 MARKET ST,STE 1000, WILMINGTON, DE 19801 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ.,885 THIRD AVENUE,STE 1000, NEW YORK, NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ.,885 THIRD AVENUE,STE 1000, NEW YORK, NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ.,885 THIRD AVENUE,STE 1000, NEW YORK, NY 10022-4068 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ.,370 17TH ST,STE 4650, DENVER, CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR.,100 SOUTH BROAD STREET,SUITE 1530, PHILADELPHIA, PA 19110 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ.,40 NORTH CENTRAL AVE,STE 1900, PHOENIX, AZ 85004 |

## NORTEL NETWORKS INC.
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ.,2323 BRYAN STREET,STE 1600, DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ.,P.O. BOX 3064, HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ.,TRAVIS BLDG SUITE 300,711 NAVARRO, SAN ANTONIO, TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ.,65 LIVINGSTON AVE, ROSELAND, NJ 07068 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT ESQ.,750 SHIPYARD DR,STE 102, WILMINGTON, DE 19801 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY,71 S. WACKER DRIVE, CHICAGO, IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ., KENNETH M. MISKEN ESQ.,1750 TYSONS BLVD,STE 1800, MCLEAN, VA 22102-4215 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ., MICHELE THOMPSON ESQ.,44 MONTGOMERY STREET,STE 1010, SAN FRANCISCO, CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ., THOMAS R.,KRELLER ESQ., ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ.,ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ.,ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ.,P.O. BOX 475,BANKRUPTCY DIVISION, JEFFERSON CITY, MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN,535 MADISON AVE., NEW YORK, NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ.,1201 N ORANGE ST,STE 400, WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ.,500 DELAWARE AVE,STE 1500, WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ., MICHAEL J. CUSTER ESQ.,500 DELAWARE AVE,STE 1500, WILMINGTON, DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD, CHRISTOPHER J. CARUSO,KENT C. KOLBIG,THE CRYSLER BUILDING,405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| MUNSCH HARDT KOPF & HARR P.C. | ATTN: JOSEPH J. WIELEBINSKI ESQ.,3800 LINCOLN PLAZA,500 N AKARD ST, DALLAS, TX 75201-6659 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ.,915 L ST,STE 1000, SACRAMENTO, CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: PATRICK TINKER ESQ.,844 KING STREET,SUITE 2207 LOCKBOX 35, WILMINGTON, DE 19801-3519 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM,200 BAY STREET SUITE 3800,ROYAL BANK PLAZA SOUTH TOWER, TORONTO, ON M5J 2Z4 CA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR. ESQ., LAURA D.,METZGER ESQ., WESTON T. EGUCHI ESQ.,666 FIFTH AVENUE, NEW YORK, NY 10103-0001 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ.,21 S 12TH ST,3RD FL, PHILADELPHIA, PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS,919 N. MARKET ST. 17TH FL., WILMINGTON, DE 19899-8705 |
| PARAG P. PATEL ESQUIRE | 33 WOOD AVENUE S. - 2ND FL,PO BOX 81, ISELIN, NJ 08830-0081 |
| PATTERSON HARKAVY | ATTN: ANN GRONINGER ESQ.,521 EAST BOULEVARD, CHARLOTTE, NC 28203 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ.,STEPHEN D. SCHREIBER ESQ.,1200 K STREET NW, WASHINGTON, DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON ESQ.,LEIGH-ANNE M. RAPORT ESQ.,1313 MARKET ST, STE 5100, WILMINGTON, DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ.,1313 MARKET ST,STE 5100, WILMINGTON, DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ.,4025 WOODLAND PARK BLVD,STE 300, ARLINGTON, TX 76013 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: CHRISTOPHER A. WARD ESQ.,JUSTIN K. EDELSON ESQ.,222 DELAWARE AVENUE, STE 1101, WILMINGTON, DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ.,17 N 2ND ST,12TH FL, HARRISBURG, PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF,301 S. COLLEGE STREET,SUITE 2300, CHARLOTTE, NC 28202 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ., J. CORY FALGOWSKI ESQ.,1201 N MARKET ST,STE 1500, WILMINGTON, DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D. COLLINS ESQ.,CHRISTOPHER M. SAMIS ESQ.,ONE RODNEY SQUARE,920 N |

# NORTEL NETWORKS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RICHARDS LAYTON & FINGER | KING ST, WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ.,1001 4TH AVE,STE 4500, SEATTLE, WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ., TY E. SHAFFER ESQ.,101 NORTH TRYON ST,STE 1900, CHARLOTTE, NC 28246 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS,500 E. PRATT STREET,8TH FLOOR, BALTIMORE, MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ., PATRICIA J. FOKUO ESQ.,6600 SEARS TOWER, CHICAGO, IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS,233 BROADWAY, NEW YORK, NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH,BANKRUPTCY DIV_STE 400,3 WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040, DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE, WASHINGTON, DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B. SHULMAN ESQ.,KIMBERLY K. SMITH ESQ.,30 ROCKEFELLER PLAZA,24TH FL, NEW YORK, NY 10112 |
| SIRLIN GALLOGLY & LESSER | ATTN: DANA S. PLON ESQ.,1529 WALNUT STREET,STE 600, PHILADELPHIA, PA 19102 |
| SKADDEN, ARPS, SLATE, MEAGHER & | FLOM LLP & AFFILIATES,ATTN: N. LYNN HIESTAND,FOUR TIMES SQUARE, NEW YORK, NY 10036 |
| SKADDEN, ARPS, SLATE, MEAGHER & | FLOM LLP & AFFILIATES,ATTN: SARAH E. PIERCE; GREGG M. GALARDI,ONE RODNEY SQUARE, P.O. BOX 636, WILMINGTON, DE 19899 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL | & JERNIGAN LLP,ATTN: AMOS U. PRIESTER IV ESQ.,ANNA B. OSTERHOUT ESQ.,P.O. BOX 2611, RALEIGH, NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ.,800 DELAWARE AVE.,7TH FL, WILMINGTON, DE 19801 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ.,3030 W GRAND BLVD. STE. 10-200,CADILLAC PLACE, DETROIT, MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ.,675 THIRD AVE,31ST FL, NEW YORK, NY 10017 |
| STEVENS & LEE P.C. | ATTN: JOSEPH H. HUSTON JR. ESQ.,MARIA APRILE SAWCZUK ESQ.,1105 N MARKET ST, 7TH FL, WILMINGTON, DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ.,4 E 8TH ST,STE 400, WILMINGTON, DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER,78 ALEXANDER DRIVE,PO BOX 13445, TRIANGLE PARK, NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ., JOHN A. WETZEL ESQ.,ONE S. CHURCH ST,STE 400, WEST CHESTER, PA 19382 |
| TENNESSEE DEPT OF REVENUE | ATTN: LAURA L. MCCLOUD ESQ.,P.O. BOX 20207, NASHVILLE, TN 37202-0207 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT,305 EXTON COMMONS, EXTON, PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA,1114 AVENUE OF THE AMERICAS,19TH FLOOR, NEW YORK, NY 10036 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK,1 TOWER SQUARE,5MN, HARTFORD, CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE,10475 PARK MEADOWS DR,STE 400, LITTLETON, CO 80124 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK,P.O. BOX 500,M/S E8-108, BLUE BELL, PA 19424 |
| US ATTORNEY'S OFFICE DISTRICT OF DELAWARE | 1007 N. ORANGE STREET, WILMINGTON, DE 19801 |
| VAL MANDEL P.C. | ATTN: VAL MANDEL ESQ.,80 WALL ST,STE 1115, NEW YORK, NY 10005 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ.,1633 BROADWAY,47TH FL, NEW YORK, NY 10019 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ.,411 E WISCONSIN AVE,STE 700, MILWAUKEE, WI 53202 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ.,300 DELAWARE AVE,13TH FL, WILMINGTON, DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ., JEREMY E. CRYSTAL ESQ.,787 7TH AVE, NEW YORK, NY 10019 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ.,3 GANNETT DR, WHITE PLAINS, NY 10604 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON, EDWIN J. HARRON,THE BRANDYWINE BLDG 17TH FL.,1000 WEST STREET, WILMINGTON, DE 19801 |

NORTEL NETWORKS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 137**