IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2009, I caused to be served true and correct copies of the "Order Under 11 U.S.C. § 102(1) Shortening Notice Relating to Certain Elements of Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry Into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal, and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain of Debtors' CDMA and LTE Assets Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts, and (C) the Assumption and Sublease of Certain Leases," dated June 22, 2009 [Docket No. 934], enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Eleni Kossivas*

Sworn to before me this
24th day of June, 2009

Notary Public

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2013

**EXHIBIT A**

NORTEL NETWORKS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AARON L. HAMMER ESQ, DEVON J. EGGERT ESQ | ATTN FREEBORN & PETERS LLP,311 SOUTH WACKER DR,STE 3000,   CHICAGO, IL 60606 |
| ALAN J. LIPKIN ESQ, JEREMY E CRYSTAL ESQ | ATTN WILLKIE FARR & GALLAGHER LLP,787 7TH AVE,   NEW YORK, NY 10019 |
| ALAN KOLOD, CHRISTOPHER J. CARUSO | KENT C. KOLBIG,ATTN MOSES & SINGER LLP,THE CRYSLER BUILDING, 405 LEXINGTON AVE,   NEW YORK, NY 10174 |
| ALAN S KOPIT ESQ, CHRISTOPHER W PEER ESQ | ATTN HAHN LOESER & PARKS LLP,200 PUBLIC SQUARE,STE 2800,   CLEVELAND, OH 44114 |
| ALISTAR BAMBACH | ATTN SEC NY REGIONAL OFFICE,BANKRUPTCY DIV_STE 400,3 WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1022 |
| AMOS U. PRIESTER IV ESQ | ANNA B. OSTERHOUT ESQ,ATTN SMITH ANDERSON BLOUNT DORSETT MITCH,P.O. BOX 2611, RALEIGH, NC 27602-2611 |
| ANDREW HERENSTEIN | ATTN MONARCH ALTERNATIVE CAPITAL LP,535 MADISON AVE.,   NEW YORK, NY 10022 |
| ANN GRONINGER ESQ | ATTN PATTERSON HARKAVY,521 EAST BOULEVARD,   CHARLOTTE, NC 28203 |
| ATTN:  CHANTEL PINNOCK | ATTN TRAVELERS,1 TOWER SQUARE,5MN,   HARTFORD, CT 06183-4044 |
| ATTN:  NATHAN FUCHS | ATTN SEC NY REGIONAL OFFICE,233 BROADWAY,   NEW YORK, NY 10279 |
| BARRY SATLOW DAVID G. WALDER | 1951 VISTA DR,   BOULDER, CO 80304 |
| BEVERLY H. SHIDELER BS8399 | ATTN IBM CORPORATION,TWO LINCOLN CENTRE,   OAKBROOK TERRACE, IL 60181 |
| BRETT D. FALLON ESQ | ATTN MORRIS JAMES LLP,500 DELAWARE AVE,STE 1500,   WILMINGTON, DE 19801 |
| BRIAN W. BISIGNANI ESQ | ATTN POST & SCHELL P.C.,17 N 2ND ST,12TH FL,   HARRISBURG, PA 17101-1601 |
| CARL N. KUNZ ESQ, MICHAEL J. CUSTER ESQ | ATTN MORRIS JAMES LLP,500 DELAWARE AVE,STE 1500,   WILMINGTON, DE 19801 |
| CAROL E. MOMJIAN ESQ | ATTN PA SENIOR DEPUTY ATTY GEN,21 S 12TH ST,3RD FL,   PHILADELPHIA, PA 19107-3603 |
| CARREN SHULMAN, KIMBERLY SMITH ESQS | ATTN SHEPPARD MULLIN RICHTER & HAMPTON,ATTN SHEPPARD MULLIN RICHTER & HAMPTON L,30 ROCKEFELLER PLAZA, 24TH FL,   NEW YORK, NY 10112 |
| CENTRALIZED INSOLVENCY OPERATION | ATTN INTERNAL REVENUE SERVICE,PO BOX 21126,   PHILADELPHIA, PA 19114-0326 |
| CHARLENE D. DAVIS ESQ | DANIEL A. O'BRIEN ESQ,ATTN BAYARD P.A.,222 DELAWARE AVE, STE 900,   WILMINGTON, DE 19801 |
| CHARLES J. BROWN III ESQ | ATTN ARCHER & GREINER PC,300 DELAWARE AVE,STE 1370,   WILMINGTON, DE 19801 |
| CHRIS FINCH CREDIT MANAGER | ATTN SUMITOMO ELECTRIC,78 ALEXANDER DRIVE,PO BOX 13445,   TRIANGLE PARK, NC 27709 |
| CHRISTOPHER A. WARD ESQ | JUSTIN K. EDELSON ESQ,ATTN POLSINELLI SHALTON FLANIGAN SUELTHA,222 DELAWARE AVENUE, STE 1101,   WILMINGTON, DE 19801 |
| CHRISTOPHER J. HORVAY ESQ | ATTN GOULD & RATNER LLP,222 N LASALLE ST,STE 800,   CHICAGO, IL 60601 |
| CHRISTOPHER M. ALSTON ESQ | ATTN FOSTER PEPPER PLLC,1111 3RD AVE,STE 3400,   SEATTLE, WA 98101-3299 |
| CULLEN K. KUHN ESQ | ATTN BRYAN CAVE LLP,211 N BROADWAY,STE 3600,   ST. LOUIS, MO 63102 |
| DANA S. PLON ESQ | ATTN SIRLIN GALLOGLY & LESSER,1529 WALNUT STREET,STE 600,   PHILADELPHIA, PA 19102 |
| DARRYL S. LADDIN ESQ, FRANK N. WHITE ESQ | ATTN ARNALL GOLDEN GREGORY LLP,171 17TH ST NW,STE 2100,   ATLANTA, GA 30363-1031 |
| DAVID A. ROSENZWEIG ESQ | ATTN FULBRIGHT & JAWORSKI LLP,666 5TH AVE,   NEW YORK, NY 10103-3198 |
| DAVID G. AELVOET ESQ | ATTN LINEBARGER GOGGAN BLAIR & SAMPSON,TRAVIS BLDG SUITE 300,711 NAVARRO,   SAN ANTONIO, TX 78205 |
| DAVID I. SWAN ESQ, KENNETH M. MISKEN ESQ | ATTN MCGUIREWOODS LLP,1750 TYSONS BLVD,STE 1800,   MCLEAN, VA 22102-4215 |
| DAVID L. POLLACK ESQ, JEFFREY MEYERS ESQ | ATTN BALLARD SPAHR ANDREWS & INGERSOLL,51ST FL MELLON BANK CTR,1735 MARKET ST, PHILADELPHIA, PA 19103 |
| DAVID L. URANGA | ATTN BELL MICROPRODUCTS INC,201 MONROE STREET,SUITE 300,   MONTGOMERY, AL 36104 |
| DAVID M. SCHILLI ESQ, TY E. SHAFFER ESQ | ATTN ROBINSON BRADSHAW & HINSON P.A.,101 NORTH TRYON ST,STE 1900,   CHARLOTTE, NC 28246 |
| DAVID N. CRAPO ESQ | ATTN GIBBONS P.C.,ONE GATEWAY CENTER,   NEWARK, NJ 07102-5310 |
| DAVID STRATTON,LEIGH-ANNE RAPORT ESQS | ATTN PEPPER HAMILTON LLP,ATTN PEPPER HAMILTON LLP,1313 MARKET ST, STE 5100, |

# NORTEL NETWORKS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DAVID STRATTON, LEIGH-ANNE RAPORT ESQS | WILMINGTON, DE 19801 |
| DEBORAH B. WALDMEIR ESQ | ATTN STATE OF MI DEPT OF TREASURY, 3030 W GRAND BLVD. STE. 10-200, CADILLAC PLACE, DETROIT, MI 48202 |
| DENNIS DUNNE ESQ | ATTN MILBANK TWEED HADLEY & MCCLOY LLP, ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005-1413 |
| DENNIS DUNNE, THOMAS R. KRELLER ESQS | ALBERT A PISA ESQ, ANDREW M. LEBLANC ESQ, ATTN MILBANK TWEED HADLEY & MCCLOY LLP, ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005 |
| DEREK AUSTIN | ATTN EXPORT DEVELOPMENT CANADA, 151 O'CONNOR STREET, OTTOWA, ON K1A 1K3 CANADA |
| DONALD K. LUDMAN ESQ | ATTN BROWN & CONNERY LLP, 6 NORTH BROAD ST, STE 1000, WOODBURY, NJ 08096 |
| DOUG GOIN CFO | ATTN APC WORKFORCE SOLUTIONS LLC, 420 SOUTH ORANGE AVENUE, 6TH FL, ORLANDO, FL 32801 |
| DUANE D. WERB ESQ | ATTN WERB & SULLIVAN, 300 DELAWARE AVE, 13TH FL, WILMINGTON, DE 19801 |
| EDMOND P. O'BRIEN ESQ | ATTN STEMPEL BENNETT CLAMAN HOCHBERG .C, 675 THIRD AVE, 31ST FL, NEW YORK, NY 10017 |
| EDWARD C. WETMORE VP & GEN COUNSEL | ATTN AMPHENOL CORPORATION, 358 HALL AVENUE, WALLINGFORD, CT 06492 |
| EDWARD T. ATTANASIO ESQ | ATTN KLEE TUCHIN BOGDANOFF & STERN LLP, 1999 AVENUE OF THE STARS, 39TH FL, LOS ANGELES, CA 90067-6049 |
| ELIZABETH BANDA ESQ | ATTN PERDUE BRANDON FIELDER COLLINS MOTT, 4025 WOODLAND PARK BLVD, STE 300, ARLINGTON, TX 76013 |
| ELIZABETH WELLER ESQ | ATTN LINEBARGER GOGGAN BLAIR & SAMPSON, 2323 BRYAN STREET, STE 1600, DALLAS, TX 75201 |
| ERIC S. PREZANT ESQ | ATTN BRYAN CAVE LLP, 161 N CLARK ST, STE 4300, CHICAGO, IL 60601 |
| ERNIE HOLLING PRESIDENT | ATTN THE INTECH GROUP INC., 305 EXTON COMMONS, EXTON, PA 19341 |
| EVAN D. FLASCHEN, KATHERINE L. LINDSAY | ATTN BRACEWELL & GUILIANI LLP, 225 ASYLUM STREET, SUITE 2600, HARTFORD, CT 06103 |
| FRANK F. MCGINN ESQ | ATTN BARTLETT HACKETT FEINBERG P.C., 155 FEDERAL ST, 9TH FL, BOSTON, MA 02110 |
| FRED S. HODARA ESQ, RYAN C. JACOBS ESQ | ATTN AKIN GUMP, ONE BRYANT PARK, NEW YORK, NY 10036 |
| GREGORY A. TAYLOR ESQ | BENJAMIN W. KEENAN ESQ, ATTN ASHBY & GEDDES P.A., 500 DELAWARE AVE, 8TH FL, WILMINGTON, DE 19801 |
| HENRY JAFFE ESQ | ATTN PEPPER HAMILTON LLP, 1313 MARKET ST, STE 5100, WILMINGTON, DE 19801 |
| HOWARD S. STEEL ESQ | ATTN KELLEY DRYE & WARREN LLP, 101 PARK AVENUE, NEW YORK, NY 10178 |
| HUBERT H. KUO ESQ | ATTN BUUS KIM KUO & TRAN LLP, 4675 MACARTHUR CT, STE 590, NEWPORT BEACH, CA 92660 |
| IAN CONNOR BIFFERATO KEVIN G. COLLINS | ATTN BIFFERATO LLC, 800 N. KING STREET, FIRST FLOOR, WILMINGTON, DE 19801 |
| J. SCOTT DOUGLASS ESQ | 909 FANNIN, STE 1800, HOUSTON, TX 77010 |
| JAMES C. WAGGONER ESQ | ATTN DAVIS WRIGHT TREMAINE LLP, 1300 SW 5TH AVE, STE 2300, PORTLAND, OR 97201-5630 |
| JAMES E. HUGGETT ESQ | ATTN MARGOLIS EDELSTEIN, 750 SHIPYARD DR, STE 102, WILMINGTON, DE 19801 |
| JAMES L. PATTON EDWIN J. HARRON | ATTN YOUNG CONAWAY, THE BRANDYWINE BLDG 17TH FL., 1000 WEST STREET, WILMINGTON, DE 19801 |
| JANET FITZPATRICK | ATTN UNISYS CORPORATION, P.O. BOX 500, M/S E8-108, BLUE BELL, PA 19424 |
| JEFFREY B. ELLMAN ESQ | ROBBIN S RAHMAN ESQ, ATTN JONES DAY, 1420 PEACHTREE ST NE, STE 800, ATLANTA, GA 30309 |
| JEFFREY S WISLER ESQ, MARC J PHILLIPS ESQ | ATTN CONNOLLY BOVE, THE NEMOURS BUILDING, 1007 N ORANGE ST, WILMINGTON, DE 19801 |
| JENNIFER STAM | ATTN OGILVY RENAULT LLP, 200 BAY STREET SUITE 3800, ROYAL BANK PLAZA SOUTH TOWER, TORONTO, ON M5J 2Z4 CANADA |
| JENNIFER V. DORAN ESQ | ATTN HINCKLEY ALLEN & SNYDER LLP, 28 STATE ST, BOSTON, MA 02109 |
| JILL L. MURCH ESQ, LARS A. PETERSON ESQ | ATTN FOLEY & LARDNER LLP, 321 NORTH CLARK ST, STE 2800, CHICAGO, IL 60654-5313 |
| JOANNE B. WILLS ESQ | ATTN KLEHR HARRISON, 919 MARKET ST, STE 1000, WILMINGTON, DE 19801 |
| JOHN C. VIGANO ESQ, PATRICIA J FOKUO ESQ | ATTN SCHIFF HARDIN LLP, 6600 SEARS TOWER, CHICAGO, IL 60606-6473 |

| Claim Name | Address Information |
|---|---|
| JOHN P. DILLMAN ESQ | ATTN LINEBARGER GOGGAN BLAIR & SAMPSON, P.O. BOX 3064, HOUSTON, TX 77253-3064 |
| JOHN V. FIORELLA ESQ | ATTN ARCHER & GREINER PC, 300 DELAWARE AVE, STE 1370, WILMINGTON, DE 19801 |
| JOON M. KHANG ESQ | ATTN KHANG & KHANG LLP, 1901 AVENUE OF THE STARS, 2ND FL, LOS ANGELES, CA 90067 |
| JOSEPH E. SHICKICH JR. ESQ | ATTN RIDDELL WILLIAMS P.S., 1001 4TH AVE, STE 4500, SEATTLE, WA 98154-1192 |
| JOSEPH H. HUSTON JR. ESQ | MARIA APRILE SAWCZUK ESQ, ATTN STEVENS & LEE P.C., 1105 N MARKET ST, 7TH FL, WILMINGTON, DE 19801 |
| JOSEPH J. WIELEBINSKI ESQ | ATTN MUNSCH HARDT KOPF & HARR P.C., 3800 LINCOLN PLAZA, 500 N AKARD ST, DALLAS, TX 75201-6659 |
| JOYCE A. KUHNS | ATTN SAUL EWING LLP, 500 E. PRATT STREET, 8TH FLOOR, BALTIMORE, MD 21202 |
| KATHLEEN M. MILLER ESQ | ATTN SMITH KATZENSTEIN & FURLOW, 800 DELAWARE AVE., 7TH FL, WILMINGTON, DE 19801 |
| KEN COLEMAN ESQ LISA J.P. KRAIDIN. ESQ | ATTN ALLEN & OVERY LLP, 1221 AVENUE OF THE AMERICAS, 20TH FLOOR, NEW YORK, NY 10020 |
| KENNETH E. NOBLE ESQ | ATTN KATTEN MUCHIN ROSENMAN LLP, 575 MADISON AVE, NEW YORK, NY 10022-2585 |
| KURT F. GWYNNE ESQ, J CORY FALGOWSKI ESQ | ATTN REED SMITH LLP, 1201 N MARKET ST, STE 1500, WILMINGTON, DE 19801 |
| LAURA DAVIS JONES TIMOTHY P. CAIRNS | ATTN PACHULSKI STANG, 919 N. MARKET ST. 17TH FL., WILMINGTON, DE 19899-8705 |
| LAURA L. MCCLOUD ESQ | ATTN TENNESSEE DEPT OF REVENUE, P.O. BOX 20207, NASHVILLE, TN 37202-0207 |
| LAWRENCE M. SCHWAB ESQ | PATRICK M. COSTELLO ESQ, ATTN BIALSON BERGEN & SCHWAB, 2600 EL CAMINO REAL, STE 300, PALO ALTO, CA 94306 |
| LINDA BOYLE | ATTN TW TELECOM INC., 10475 PARK MEADOWS DR, STE 400, LITTLETON, CO 80124 |
| LYNNETTE R. WARMAN | ATTN HUNTON & WILLIAMS, 1445 ROSS AVE, ROUNTAIN PLACE STE 3700, DALLAS, TX 75202-2799 |
| MARK D. COLLINS ESQ | CHRISTOPHER M. SAMIS ESQ, ATTN RICHARDS LAYTON & FINGER, ONE RODNEY SQUARE, 920 N KING ST, WILMINGTON, DE 19801 |
| MARK G. LEDWIN ESQ | ATTN WILSON ELSER MOSKOWITZ EDELMAN, & DICKER LLP, 3 GANNETT DR, WHITE PLAINS, NY 10604 |
| MARLA R. ESKIN ESQ, AYESHA S. CHACKO ESQ | ATTN CAMPBELL & LEVINE LLC, 800 N KING ST, STE 300, WILMINGTON, DE 19801 |
| MARY F. CALOWAY ESQ, P.J. DUHIG ESQ | ATTN BUCHANAN INGERSOLL & ROONEY, 1000 WEST STREET, SUITE 1410, WILMINGTON, DE 19801 |
| MELISSA A. MICKEY | ATTN MAYER BROWN LLP, 71 S. WACKER DRIVE, CHICAGO, IL 60604-1404 |
| MERLE C MEYERS ESQ, MICHELE THOMPSON ESQ | ATTN MEYERS LAW GROUP P.C., 44 MONTGOMERY STREET, STE 1010, SAN FRANCISCO, CA 94104 |
| MICHAEL J. RIELA ESQ | ATTN LATHAM & WATKINS LLP, 885 THIRD AVENUE, STE 1000, NEW YORK, NY 10022-4068 |
| MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ | ALEX L. MACFARLANE, ATTN FRASER MILNER CASGRAIN LLP, 1 FIRST CANADIAN PL -FL 42, 100 KING ST W, TORONOTO, ON M5X 1B2 CANADA |
| MICHAEL L. SCHEIN ESQ | ATTN VEDDER PRICE P.C., 1633 BROADWAY, 47TH FL, NEW YORK, NY 10019 |
| MICHELLE MCMAHON ESQ | ATTN BRYAN CAVE LLP, 1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| N. THODORE ZINK JR. ESQ | ATTN CHADBOURNE & PARKE LLP, 30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| NICHOLAS SKILES ESQ, JOHN A. WETZEL ESQ | ATTN SWARTZ CAMPBELL LLC, ONE S. CHURCH ST, STE 400, WEST CHESTER, PA 19382 |
| NICHOLAS VIANNA | ATTN THE INTERPUBLIC GROUP OF COMPANIES, 1114 AVENUE OF THE AMERICAS, 19TH FLOOR, NEW YORK, NY 10036 |
| PARAG P. PATEL ESQUIRE | 33 WOOD AVENUE S. - 2ND FL, PO BOX 81, ISELIN, NJ 08830-0081 |
| PATRICK TINKER ESQ | ATTN OFFICE OF THE U.S. TRUSTEE, 844 KING STREET, SUITE 2207 LOCKBOX 35, WILMINGTON, DE 19801-3519 |
| R. S. STAHEL | ATTN IBM CORP. LEGAL DEPT, 1503 LBJ FREEWAY, 3RD FL, DALLAS, TX 75234 |
| RACHEL B. MERSKY ESQ | ATTN MONZACK MERSKY MCLAUGHLIN BROWDER, 1201 N ORANGE ST, STE 400, WILMINGTON, DE 19801 |
| RACHEL S. BUDKE ESQ | ATTN FPL LAW DEPARTMENT, 700 UNIVERSE BLVD, JUNO BEACH, FL 33408 |
| RAMONA NEAL ESQ | ATTN HEWLETT-PACKARD COMPANY, 11311 CHINDEN BLVD, MAILSTOP 314, BOISE, ID 83714 |
| RANDALL D. CROCKER ESQ | ATTN VONBRIESEN & ROPER S.C., 411 E WISCONSIN AVE, STE 700, MILWAUKEE, WI 53202 |

# NORTEL NETWORKS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RANIERO D'AVERSA JR, LAURA METZGER ESQA | WESTON T. EGUCHI ESQ, ATTN ORRICK HERRINGTON & SUTCLIFFE LLP, 666 FIFTH AVENUE, NEW YORK, NY 10103-0001 |
| RICARDO PALACIO ESQ | ATTN ASHBY & GEDDES P.A., 500 DELAWARE AVE, WILMINGTON, DE 19801 |
| RICHARD M KREMEN ESQ, DALE K CATHELL ESQ | ATTN DLA PIPER LLP (US), 6225 SMITH AVENUE, BALTIMORE, MD 21209 |
| ROBERT J. ROSENBERG ESQ | ATTN LATHAM & WATKINS LLP, 885 THIRD AVENUE, STE 1000, NEW YORK, NY 10022-4068 |
| ROBERT S. MCWHORTER ESQ | ATTN NOSSAMAN LLP, 915 L ST, STE 1000, SACRAMENTO, CA 95814 |
| ROBERT T. VANCE JR. | ATTN LAW OFFICES OF ROBERT T. VANCE JR., 100 SOUTH BROAD STREET, SUITE 1530, PHILADELPHIA, PA 19110 |
| ROD ANDRERSON ESQ NOEL R. BOEKE ESQ | ATTN HOLLAND & KNIGHT LLP, P.O. BOX 1288, TAMPA, FL 33601-1288 |
| SCOTT K. BROWN ESQ | ATTN LEWIS AND ROCA LLP, 40 NORTH CENTRAL AVE, STE 1900, PHOENIX, AZ 85004 |
| SECRETARY OF STATE DIVISION OF CORP | ATTN FRANCHISE TAX, P.O. BOX 7040, DOVER, DE 19903 |
| SECRETARY OF TREASURY | P.O. BOX 7040, DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE, WASHINGTON, DC 20549 |
| SHANNON E. HOFF | ATTN POYNER SPRUILL LLP, 301 S. COLLEGE STREET, SUITE 2300, CHARLOTTE, NC 28202 |
| SHAWN M. CHRISTIANSON ESQ | ATTN BUCHALTER NEMER, 333 MARKET ST, 25TH FL, SAN FRANCISCO, CA 94105-2126 |
| SHERYL L. MOREAU ESQ | ATTN MISSOURI DEPT OF REVENUE, P.O. BOX 475, BANKRUPTCY DIVISION, JEFFERSON CITY, MO 65105-0475 |
| SOREN E. GISLESON | ATTN HERMAN HERMAN KATZ & COTLAR, 820 O'KEEFE AVENUE, NEW ORELANS, LA 70113 |
| STEPHEN C. STAPLETON | ATTN DYKEMA GOSSETT PLLC, 1717 MAIN ST, STE 2400, DALLAS, TX 75201 |
| STEPHEN GALE | ATTN HERBERT SMITH, EXCHANGE HOUSE, PRIMROSE STREEET, LONDON, EC2A 2HS UNITED KINGDOM |
| STEPHEN K. DEXTER ESQ | ATTN LATHROP & GAGE LLP, 370 17TH ST, STE 4650, DENVER, CO 80202 |
| STEVEN J. REISMAN ESQ, JAMES V. DREW ESQ | ATTN CURTIS MALLET-PREVOST COLT & MOSLE, 101 PARK AVENUE, NEW YORK, NY 10178-0061 |
| TERRY ZALE | ATTN FLEXTRONICS INTERNATIONAL, 305 INTERLOCKEN PKWY, BROOMFIELD, CO 80021 |
| THOMAS J LEANSE ESQ, DUSTIN P BRANCH ESQ | ATTN KATTEN MUCHIN ROSENMAN LLP, 2029 CENTURY PARK EAST, STE 2600, LOS ANGELES, CA 90067-3012 |
| TOBEY M. DALUZ ESQ, LESLIE HEILMAN ESQ | ATTN BALLARD SPAHR, 919 MARKET ST, 12TH FL, WILMINGTON, DE 19801 |
| US ATTY'S OFFICE DISTRICT OF DELAWARE | 1007 N. ORANGE STREET, WILMINGTON, DE 19801 |
| VAL MANDEL ESQ | ATTN VAL MANDEL P.C., 80 WALL ST, STE 1115, NEW YORK, NY 10005 |
| VICENTE MATIAS MURRELL ESQ | STEPHEN D. SCHREIBER ESQ, ATTN PENSION BENEFIT GUARANTY CORP, 1200 K STREET NW, WASHINGTON, DC 20005-4026 |
| VINCENT A. D'AGOSTINO ESQ | ATTN LOWENSTEIN SANDLER PC, 65 LIVINGSTON AVE, ROSELAND, NJ 07068 |
| WILLIAM D. SULLIVAN ESQ | ATTN SULLIVAN HAZELTINE ALLINSON LLC, 4 E 8TH ST, STE 400, WILMINGTON, DE 19801 |
| WILLIAM L. SIEGEL | ATTN COWLES & THOMPSON PC, 901 MAIN STREET, SUITE 3900, DALLAS, TX 75202 |
| WILLIAM P. BOWDEN ESQ | AMANDA M. WINFREE ESQ, ATTN ASHBY & GEDDES P.A., 500 DELAWARE AVE, 8TH FL, WILMINGTON, DE 19801 |
| ZACHARY N. GOLDSTEIN ESQ | ATTN LATHAM & WATKINS LLP, 885 THIRD AVENUE, STE 1000, NEW YORK, NY 10022-4068 |

**Total Creditor Count 135**

NNI ORDER SHORTEN 6-23-09
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: N. LYNN HIESTAND
FOUR TIMES SQUARE
NEW YORK, NY  10036

NNI ORDER SHORTEN 6-23-09
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE AND GREGG M. GALARDI
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899