# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

**Debtor:** Nortel Networks Inc., et al.
**Case Number:** 09-10138-KG          **Chapter:** 11
**Date / Time / Room:** MONDAY, JUNE 29, 2009 09:00 AM   CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** LESLIE MURIN

## Matters:

1) Bidding Procedures and/or Purchase Pice Allocations w/Canadian Court (moved from 5/22/09, 5/26/09; 6/1/09)
   **R / M #:**   984 /  0

2) **ADM: 09-10164-KG**
   Purchase Price Allocations (moved from 6/1/09)
   **R / M #:**   0 /  0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -ORDER SIGNED
#2 - ORDER SIGNED
#3 -  Approved Bidding Procedures w/exception.  Revised order to be submitted to Chambers later today.
#4 - ORDER SIGNED
#5 - ORDER SIGNED