# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS INC.     COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG / (09-10164)     DATE: 6/29/09

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JENNIFER FELDSHER | Bracewell & Giuliani | MATLINPATTERSON |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Jennifer Story | Archer & Greiner | Automotive Rentals, Inc. |
| Jim Bromley | Cleary Gottlieb | Debtors |
| Lisa Schweitzer | Cleary Gottlieb | Debtors |
| Jane Kim | Cleary Gottlieb | Debtors |
| James Drew | Curtis Mallet-Prevost Colt & Mosle | Fleurinaire |
| Steven Reisman | Curtis Mallet-Prevost Colt & Mosle | Fleurinaire |
| Annie Cordo | morris nichols arsht + tunnell | Debtors |
| Mark Kelly | Cozen O'Connor | Martin Patterson |
| Thomas Kreller | Milbank | |
| Ed Harron | Young Conaway | Joint Administrators for Nortel UK/NNUK |
| Anthony Clark / Sarah Piggo | Skadden Arps | UKS |
| Mary Calloway | Buchanan Ingersoll | Ernst & Young, as Monitor |
| Ken Coleman | Allen & Overy | " |

# SIGN-IN-SHEET

| CASE NAME: | NORTEL NETWORKS INC. | COURTROOM LOCATION: 3 |
| --- | --- | --- |
| CASE NO.: | 09-10138 - KG / (09-10164) | DATE: 6/29/09 |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Andrew Dove | Allen & Overy | Ernst & Young, as Monitor |
| Curtis Hehn | PSZJ | |
| Fred Hodara | Akin Gump | Rothchild Corp |
| Joshua Sturm | " | Committee |
| Chris Samis | Richards Layton & Finger | " |
| David L. Counts | Smuens Stahr Arnes Ars & Iplernon | " |
| Beau Keenan | Ashby + Geddes | NBS |
| | | Flextronics |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 06/29/2009
Calendar Time: 09:00 AM

Amended Calendar 06/29/2009 05:54 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2918140 | Julia Blackwood | Bracewell & Giuliani - New York | Interested Party, Nortel UK / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Kathryn A. Coleman | Gibson, Dunn & Crutcher | Interested Party, Gores Siemens / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2915184 | Ann C. Cordo *(in the courtroom)* | Morris, Nichols, Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Stephen Gale | Bracewell & Giuliani - New York | Interested Party, Nortel UK / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2915 | Thomas Kokalas | Bracewell & Giuliani - New York | Interested Party, Nortel UK / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2916668 | Darryl Laddin | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Tracy C. McGilley | Tracy McGilley - Client | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Anneliese H. Pak | Ropes & Gray LLP | Interested Party, Silver Lake Capital, et al / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2910 | Frank N. White | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc / LIVE |