## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Authorizing The Assumption Of An Executory Contract Under Section 365 OF The Bankruptcy Code And Granting Related Relief** was caused to be made on June 29, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: June 29, 2009

*[signature]*

Ann C. Cordo (No. 4817)

2972110.1