IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
In re : Chapter 11
:
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
------------------------------------------------------------X

## SUPPLEMENTAL NOTICE OF SERVICE [RE: D.I. NO. 1000]

PLEASE TAKE NOTICE that on June 29, 2009, copies of the **Debtors' Motion For An Order Authorizing The Assumption Of An Executory Contract Under Section 365 OF The Bankruptcy Code And Granting Related Relief** (D.I. 1000, Filed 6/29/09) were served in the manner indicated upon the parties listed below:

### VIA FIRST CLASS MAIL

Chrysler Group LLC
1000 Chrysler Drive
Auburn Hills, MI 48326
Attention: Larry Walker

Chrysler Group LLC
1000 Chrysler Drive
Auburn Hills, MI 48326
Attention: General Counsel

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attention: Scott D. Miller

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Sullivan and Cromwell:
1870 Embarcadero Road
Palo Alto, California 94303-3308
Attn: Scott D. Miller

Dated: June 29, 2009
      Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          James L. Bromley
          Lisa M. Schweitzer
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          _____
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Andrew R. Remming (No. 5120)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          Counsel for the Debtors and Debtors in Possession

2972426.1