IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :   Jointly Administered
                              Debtors.                         :
                                                               :
---------------------------------------------------------------X

### SECOND SUPPLEMENTAL NOTICE OF SERVICE [RE: D.I. NO. 1000]

PLEASE TAKE NOTICE that on June 29, 2009, copies of the **Debtors' Motion For An Order Authorizing The Assumption Of An Executory Contract Under Section 365 OF The Bankruptcy Code And Granting Related Relief** (D.I. 1000, Filed 6/29/09) were served in the manner indicated upon the party listed below:

### VIA FIRST CLASS MAIL

Mark U. Schneiderman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: June 29, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

2972426.2