IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
                                                         :   Chapter 11
*In re*                                                  :
                                                         :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :   Jointly Administered
                        Debtors.                         :
                                                         :
                                                         :   RE: D.I. 931
                                                         :
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363 AND 365(A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING**

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the Order Pursuant to Bankruptcy Code Sections 105, 363 and 365(a) Authorizing Debtors' Entry Into the Asset Sale Agreement, (b) Authorizing and Approving the Bidding Procedures, (c) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (d) Approving the Notice Procedures, (e) Authorizing the Filing of Certain Documents Under Seal and (g) Setting a Date For the Sale Hearing (the "Order"), attached hereto as **Exhibit A**.

1. On June 19, 2009, Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion For Orders*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*(I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases* [D.I. 931] (the "Sale Motion").

  2. As Exhibit C to the Sale Motion, the Debtors attached the Order Pursuant to Bankruptcy Code Sections 105, 363 and 365(a) Authorizing Debtors' Entry Into the Asset Sale Agreement, (b) Authorizing and Approving the Bidding Procedures, (c) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (d) Approving the Notice Procedures, (e) Authorizing the Filing of Certain Documents Under Seal and (g) Setting a Date For the Sale Hearing (the "Proposed Bid Procedures Order"). The Proposed Bid Procedures Order authorized and approved, *inter alia*, the bidding procedures (the "Bidding Procedures"), attached as Exhibit 1 to the Proposed Bid Procedures Order.

  3. On June 29, 2009, this Court convened a hearing to consider approval of the Proposed Bid Procedures Order (the "Bid Procedures Hearing").

  4. Based on this Court's rulings at the Bid Procedures Hearing and comments received prior to, during and after the Bid Procedures Hearing from counsel to parties-in-interest, the Debtors have revised the Proposed Bid Procedures Order (the "Revised Bid Procedures Order") and the Bid Procedures (the "Revised Bid Procedures"). The Revised Bid Procedures Order includes a revised version of the Asset Sale Agreement (the "ASA") attached as Exhibit 2 that was previously

attached to the Sale Motion.[2] The Revised Bid Procedures Order and Revised Bid Procedures are attached hereto as **Exhibit A**. A blackline showing the modifications has been attached as **Exhibit B** hereto.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Bid Procedures Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: June 29, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

---

[2] A clean copy of the Revised ASA along with a blackline showing the changes thereto will be filed with the Court as a Notice of Revised Exhibit.