UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
NORTEL NETWORKS, INC., ET AL                        :    Case No. 09-10138 (KG)
                                                    :
                        Debtor.                     :
                                                    :
                                                    :    (Jointly Administered)
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Steven J. Reisman of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178 to represent Flextronics Corporation and Flextronics Telecom Systems Ltd in this matter.

Dated: June 30, 2009                    ASHBY & GEDDES P.A.

                                        /s/ Amanda Winfree
                                        _____
                                        William P. Bowden (I.D. #2553)
                                        Amanda M. Winfree (I.D. # 4615
                                        500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
                                        Wilmington, DE 19899-1150
                                        Telephone: (302) 654-1888
                                        Facsimile: (302) 654-2067

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: June ____, 2009

                                        _____
                                        The Honorable Kevin Gross
                                        United States Bankruptcy Judge

{00309785;v1}
CLE - 1116847.1

## CERTIFICATION BY STEVEN J. REISMAN TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Steven J. Reisman, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559
sreisman@curtis.com

{00309785;v1}