UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:                                                     :     Chapter 11
                                                           :
NORTEL NETWORKS, INC., ET AL                               :     Case No. 09-10138 (KG)
                                                           :
                          Debtor.                          :
                                                           :
                                                           :     (Jointly Administered)

---

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James V. Drew of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178 to represent Flextronics Corporation and Flextronics Telecom Systems Ltd in this matter.

Dated: June 30, 2009                          ASHBY & GEDDES P.A.


                                              /s/ Amanda M. Winfree
                                              _____
                                              William P. Bowden (I.D. #2553)
                                              Amanda M. Winfree (I.D. # 4615)
                                              500 Delaware Avenue, 8th Floor
                                              P.O. Box 1150
                                              Wilmington, DE 19899-1150
                                              Telephone: (302) 654-1888
                                              Facsimile: (302) 654-2067


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: June ____, 2009

                                              _____
                                              The Honorable Kevin Gross
                                              United States Bankruptcy Judge

{00309801;v1}
CLE - 1116847.1

## CERTIFICATION BY JAMES V. DREW TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
James V. Drew, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559
jdrew@curtis.com

{00309801;v1}