BRIER, IRISH, HUBBARD & ERHART, P.L.C.
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
(602) 522-3940 Telephone
(602) 522-3945 Facsimile
bbrier@bihlaw.com

Robert N. Brier (012642)
*Attorneys for East Camelback Road, Inc.*

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Case No. 09-10138-KG<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

The law firm of Brier, Irish, Hubbard & Erhart, P.L.C., through undersigned counsel, hereby gives notice of its appearance as attorneys of record for East Camelback Road, Inc., a party in interest in this bankruptcy proceeding, and requests that copies of all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, plans of reorganization, disclosure statements, and all other filings in the above-entitled Chapter 11 proceeding be served upon counsel, by mail, facsimile or electronic mail, as follows:

East Camelback Road, Inc.
c/o Brier, Irish, Hubbard & Erhart, P.L.C.
2400 E. Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016-2115
Attn: Robert N. Brier, Esq.
Phone: (602) 522-3940/Fax: (602) 522-3945

bbrier@bihlaw.com

DATED this 25th day of June, 2009.

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

By: _____
Robert N. Brier
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
Attorneys for *East Camelback Road, Inc.*

COPIES of the foregoing
mailed this 25th day of June,
2009, to:

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Ann C. Cordo, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, III, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Attorneys for Debtor

Nancy G. Everett, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Attorneys for Debtor

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801

_____
Susie Mann