## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that

service of the foregoing **Monthly Operating Report (May 3, 2009 – May 30, 2009)**  was caused

to be made on June 30, 2009, in the manner indicated upon the entities identified below:

Dated:  June 30, 2009

Ann C. Cordo (No. 4817)


**BY HAND DELIVERY:**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE  19801


**BY FIRST CLASS U.S. MAIL:**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036


2975966.1