# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | June 29, 2009<br>Invoice 335514<br>Page 2<br>Client #  732310<br><br>Matter #  165839 |

For services through May 31, 2009
relating to  Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/09 | Review docket (.2); Review and update critical dates (.2); E-mail to RLF distribution re:same (.1); Retrieve re: fourth order to extend time to file motion for reconsideration approving cross-border protocol (.1); Prepare affidavit of service re: same (.2); Coordinate service re: order of same (.1); Update 2002 service list (.2) | | | | |
| | Paralegal | Barbara J. Witters | 1.10 hrs. | 185.00 | $203.50 |
| 05/01/09 | Review and revise critical dates calendar | | | | |
| | Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 05/04/09 | Review docket (.1); Review ciritcal dates (.1); Retrieve for C. Samis re: first day affidavit (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 05/05/09 | Review docket (.1); Review and update critical dates (.1); E-mail to RLF distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 05/05/09 | Review revised critical dates calendar | | | | |
| | Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |
| 05/07/09 | Retrieval of monitor's eighth report from Nortel Chapter 15 for C. Samis | | | | |
| | Paralegal | Aja E. McDowell | 0.20 hrs. | 185.00 | $37.00 |
| 05/07/09 | Finalize and file affidavit of service re: order second stipulation to extend time cross-border protocol (.2); Finalize and file affidavit of service re: order third stipulation to extend time cross-border protocol (.2); Finalize and file affidavit of service re: order fourth stipulation to extend time cross-border protocol (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.60 hrs. | 185.00 | $111.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

June 29, 2009  
Invoice 335514  
Page 3  
Client # 732310

Matter # 165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/07/09 | Maintain/organize original pleadings. | | | | |
| Paralegal | Rochelle I. Warren | | 0.20 hrs. | 90.00 | $18.00 |
| 05/13/09 | Review docket (.1); Review critical dates (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.20 hrs. | 185.00 | $37.00 |
| 05/15/09 | Maintain/organize pleadings | | | | |
| Paralegal | Tracy A. Cameron | | 0.50 hrs. | 100.00 | $50.00 |
| 05/18/09 | Review docket (.2); Review and update critical dates (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 185.00 | $74.00 |
| 05/19/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Tracy A. Cameron | | 0.20 hrs. | 100.00 | $20.00 |
| 05/20/09 | Review docket | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 185.00 | $18.50 |
| 05/20/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Tracy A. Cameron | | 0.10 hrs. | 100.00 | $10.00 |
| 05/22/09 | Call from R. Warren re: status of the case / committee's ability to represent individual creditors | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 275.00 | $82.50 |
| 05/28/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1); Attention to e-mail re: fifth stipulation cross border protocol (.1); Retrieve and prepare re: same (.2); Prepare COC re: same (.2); Finalize and file COC re: same (.2); Coordinate to Judge Gross re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 1.30 hrs. | 185.00 | $240.50 |
| 05/28/09 | Review, revise and finalize fifth cross-border protocol stipulation, order and related certification of counsel | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 275.00 | $82.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 29, 2009  
Invoice 335514  
Page 4  
Client #  732310  

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 05/28/09 | Email to B. Khan re: status of fifth cross-border protocol stipulation, order and related certification of counsel | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,218.00 |

|  |  |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,218.00** |
| BALANCE BROUGHT FORWARD | $8,328.00 |
| **TOTAL DUE FOR THIS MATTER** | **$9,546.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 29, 2009  
Invoice 335514  
Page 5  
Client #  732310

Matter # 165839

For services through May 31, 2009  
relating to  Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/09 | Retrieve and review re: 5/7/09 agenda (.2); E-mail to distribution re: same (.1) | | | | |
| | Barbara J. Witters | Paralegal | 0.30 hrs. | 185.00 | $55.50 |
| 05/05/09 | Prepare 5/7/09 hearing binder per B. Witters | | | | |
| | Brenda D. Tobin | Paralegal | 0.60 hrs. | 100.00 | $60.00 |
| 05/06/09 | Call from P. Tinker re: scheduling chambers conference to discuss international/joint-hearing issues (.2); Email to B. Khan re: scheduling chambers conference to discuss international/joint-hearing issues (.1) | | | | |
| | Christopher M. Samis | Associate | 0.30 hrs. | 275.00 | $82.50 |
| 05/07/09 | Prepare for 5/7/09 hearing (.6); Attend 5/7/09 hearing (1.4); Email to J. Sturm re: logistics of attending 5/7/09 hearing (.1) | | | | |
| | Christopher M. Samis | Associate | 2.10 hrs. | 275.00 | $577.50 |
| 05/13/09 | Participate in 5/13/09 telephonic hearing | | | | |
| | Christopher M. Samis | Associate | 0.50 hrs. | 275.00 | $137.50 |
| 05/18/09 | Retrieve and review re: 5/20/09 agenda (.2); E-mail to RLF distribution re: same (.1) | | | | |
| | Barbara J. Witters | Paralegal | 0.30 hrs. | 185.00 | $55.50 |
| 05/18/09 | Prepare 5/20/08 hearing binders per B. Witters | | | | |
| | Brenda D. Tobin | Paralegal | 0.60 hrs. | 100.00 | $60.00 |
| 05/19/09 | Prepare for 5/20/09 hearing (.5); Email to F. Hodara re: logistics of 5/20/09 hearing (.1) | | | | |
| | Christopher M. Samis | Associate | 0.60 hrs. | 275.00 | $165.00 |
| 05/20/09 | Attend 5/20/09 hearing | | | | |
| | Christopher M. Samis | Associate | 0.80 hrs. | 275.00 | $220.00 |

| | | | | |
|---|---|---|---|---|
| Nortel Creditors Committee | | | June 29, 2009 | |
| c/o Fred S. Hodara, Esq. | | | Invoice 335514 | |
| Akin Gump Strauss Hauer Feld LLP | | | Page 6 | |
| One Bryant Park | | | | |
| New York NY 10036 | | | Client # 732310 | |
| | | | Matter # 165839 | |

| | | | | |
|---|---|---|---|---|
| 05/22/09 Paralegal | Maintain/organize hearing binders from court Rochelle I. Warren | 0.10 hrs. | 90.00 | $9.00 |
| 05/22/09 Paralegal | Maintain/organize hearing binders from court Rochelle I. Warren | 0.10 hrs. | 90.00 | $9.00 |
| 05/22/09 Paralegal | Maintain/organize hearing binders from court Rochelle I. Warren | 0.10 hrs. | 90.00 | $9.00 |
| 05/22/09 Paralegal | Maintain/organize hearing binders from court Rochelle I. Warren | 0.10 hrs. | 90.00 | $9.00 |
| 05/22/09 Paralegal | Maintain/organize hearing binders from court Rochelle I. Warren | 0.10 hrs. | 90.00 | $9.00 |
| 05/22/09 Paralegal | Maintain/organize hearing binders from court Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 05/22/09 Paralegal | Maintain/organize hearing binders from court Rochelle I. Warren | 0.10 hrs. | 90.00 | $9.00 |
| 05/22/09 Paralegal | Maintain/organize hearing binders from court Rochelle I. Warren | 0.60 hrs. | 90.00 | $54.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,539.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,539.50** |
| BALANCE BROUGHT FORWARD | $8,983.50 |
| **TOTAL DUE FOR THIS MATTER** | **$10,523.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 29, 2009
Invoice 335514
Page 7

Client #  732310

Matter #  165839

For services through May 31, 2009
relating to  RLF Retention

| Date | Role | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/09 | | Finalize and file affidavit of service re: RLF retention order | | | | |
| | Paralegal | Barbara J. Witters | | 0.20 hrs. | 185.00 | $37.00 |

Total Fees for Professional Services          $37.00

TOTAL DUE FOR THIS INVOICE          **$37.00**
BALANCE BROUGHT FORWARD          $19,330.00

**TOTAL DUE FOR THIS MATTER**          **$19,367.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

June 29, 2009  
Invoice 335514  
Page 8  
Client # 732310

Matter # 165839

For services through May 31, 2009  
relating to Retention of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/09 | Attention to e-mail re: second supplemental declaration of F. Hodara (.1); Retrieve re: same (.1); Finalize, file and coordinate service re: same (.2); Prepare affidavit of service re: same (.2) | Paralegal — Barbara J. Witters | 0.60 hrs. | 185.00 | $111.00 |
| 05/06/09 | Email to B. Khan re: filing second Hodara affidavit in support of Akin retention | Associate — Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 05/07/09 | Finalize and file affidavit of service re: supplemental declaration of M. Wunder for retention application of Fraser Milner and supplemental declaration for F. Hodara for retention application of Akin Gump | Paralegal — Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 05/13/09 | Finalize and file affidavit of service re: second supplemental declaration of F. Hodara for Akin Gump retention application | Paralegal — Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 05/20/09 | Finalize, file and coordinate service re: supplemental declaration of M. Wunder to retain Fraser Milner (.2); Prepare affidavit of service re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $286.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$286.50** |
| BALANCE BROUGHT FORWARD | $3,518.00 |
| **TOTAL DUE FOR THIS MATTER** | **$3,804.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

June 29, 2009  
Invoice 335514  
Page 9  
Client # 732310

Matter # 165839

For services through May 31, 2009  
relating to RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/09 | Email to B. Anemone re: RL&F fee dispute | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 05/18/09 | Email to D. Sloan and M. Romanczuk re: further revisions to Nortel time entries | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 05/19/09 | Review April RLF bill memos and meal chart | | | | |
| | Paralegal | Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |
| 05/19/09 | Meet with D. Sloan re: revising conflict time entries to more accurately describe activities for the UST (.1); Email to D. Sloan re: revising conflict time entries to more accurately describe activities for the UST (.1) | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 05/19/09 | Review April 2009 bill memos re: RLF fee application | | | | |
| | Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 05/20/09 | E-mail to distribution re: objection deadline of RLF March fee application (.1); Prepare certification of no objection re: same (.2); Finalize and file certification of no objection re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 05/20/09 | Review, revise and finalize certificate of no objection second monthly application of RL&F | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 05/28/09 | Review and revise RLF third monthly fee application (.3); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.90 hrs. | 185.00 | $166.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 29, 2009  
Invoice 335514  
Page 10  
Client #  732310

Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 05/28/09 | Review, revise and finalize third monthly fee application of RL&F (.3); Email to P. Tinker re: UST position on first monthly RL&F fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |

| | |
|---|---|
| Total Fees for Professional Services | $784.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$784.00** |
| BALANCE BROUGHT FORWARD | $1,252.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,036.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

June 29, 2009  
Invoice 335514  
Page 11  

Client # 732310  

Matter # 165839

---

For services through May 31, 2009  
relating to Fee Applications of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/09 | Attention to e-mail re: Capstone second monthly fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 185.00 | $185.00 |
| 05/05/09 | Revise fee status chart | Paralegal | Barbara J. Witters | 0.10 hrs. | 185.00 | $18.50 |
| 05/07/09 | Finalize and file affidavit of service re: Akin Gump second monthly fee application and Fraser Milner second monthly fee application | Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 05/11/09 | Attention to e-mail from C. Samis re: Akin Gump second monthly cno (.1); Prepare cno re: Akin Gump of same (.2); E-mail to B. Kahn re: same (.1) | Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 05/13/09 | E-mail to distribution re: monthly fee application deadlines (.1); Import re: Akin Gump revised certification of no objection for the March monthly fee application (.2); Finalize and file certification of no objection re: same (.2); Prepare certification of no objection re: Ashurst March monthly fee application (.2); Finalize and file certification of no objection re: same (.2); Prepare certification of no objection re: Fraser Milner re: March monthly fee application (.2); Finalize and file certification of no objection re: same (.2) | Paralegal | Barbara J. Witters | 1.30 hrs. | 185.00 | $240.50 |
| 05/13/09 | Review, revise and finalize certificate of no objection for second Fraser fee application (.2); Review, revise and finalize certificate of no objection for second Ashurst fee application (.2); Review, revise and finalize certificate of no objection for second Akin fee application (.2) | Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

June 29, 2009  
Invoice 335514  
Page 12  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/18/09 | Update fee status chart | | | | |
| | Paralegal — Barbara J. Witters | | 0.20 hrs. | 185.00 | $37.00 |
| 05/20/09 | Attention to e-mail re: Jefferies & Co second monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 1.00 hrs. | 185.00 | $185.00 |
| 05/20/09 | Review, revise and finalize second monthly fee application of Jefferies | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 275.00 | $55.00 |
| 05/21/09 | Review, revise and finalize Nortel time entries and e-mail to United States Trustee | | | | |
| | Associate — Christopher M. Samis | | 0.30 hrs. | 275.00 | $82.50 |
| 05/22/09 | Attention to e-mail re: Ashurst April monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Akin Gump April monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner April monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 2.70 hrs. | 185.00 | $499.50 |
| 05/22/09 | Call from B. Kahn re: fee applications for filing 5/22/09 (.1); Email to B. Kahn re: fee applications for filing 5/22/09 (.1); Email to B. Witters re: fee applications for filing 5/22/09 (.1); Review, revise and finalize third monthly fee application of Ashurst (.2); Review, revise and finalize third monthly fee application of Fraser (.2); Review, revise and finalize third monthly fee application of Akin (.2) | | | | |
| | Associate — Christopher M. Samis | | 0.90 hrs. | 275.00 | $247.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 29, 2009
Invoice 335514
Page 13

Client #  732310

Matter #  165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/28/09 | Update fee status chart (.3); E-mail to distribution re: Capstone second monthly fee application objection deadline (.1); Prepare cno re same (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |
| 05/28/09 | Review, revise and finalize certificate of no objection for second Capstone monthly fee application (.2); Email to B. Witters re: complying with fee procedures (.1) | Associate — Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 05/28/09 | Communicate with C. Samis regarding filing of certificate of no objection for Capstone's second monthly fee application | Paralegal — Janel Gates | 0.10 hrs. | 185.00 | $18.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $2,075.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,075.50** |
| BALANCE BROUGHT FORWARD | $3,328.00 |
| **TOTAL DUE FOR THIS MATTER** | **$5,403.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 29, 2009  
Invoice 335514  
Page 14  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Aja E. McDowell | 0.20 | 185.00 | 37.00 |
| Barbara J. Witters | 16.50 | 185.00 | 3,052.50 |
| Brenda D. Tobin | 1.20 | 100.00 | 120.00 |
| Christopher M. Samis | 8.40 | 275.00 | 2,310.00 |
| Drew G. Sloan | 0.70 | 255.00 | 178.50 |
| Janel Gates | 0.10 | 185.00 | 18.50 |
| Rochelle I. Warren | 1.60 | 90.00 | 144.00 |
| Tracy A. Cameron | 0.80 | 100.00 | 80.00 |
| TOTAL | 29.50 | $201.37 | 5,940.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                    $7,687.38

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310