# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

June 29, 2009
Invoice 335514

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through May 31, 2009
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $87.96 |
| Document Retrieval | $12.72 |
| Long distance telephone charges | $9.73 |
| Messenger and delivery service | $641.00 |
| Overtime | $21.25 |
| Photocopies/Printing<br>5,351 @ $.10 pg./ 438 @ $.10/pg. | $578.90 |
| Postage | $395.32 |

| | |
|---|---:|
| Other Charges | $1,746.88 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,746.88** |
| BALANCE BROUGHT FORWARD | $12,986.10 |
| **TOTAL DUE FOR THIS MATTER** | **$14,732.98** |

■ ▨ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 29, 2009  
Invoice 335514  
Page 15  
Client #  732310

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
Case Administration  
Court Hearings  
RLF Retention  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 05/01/09 | Photocopies | | DUP.10CC |
| | Amount = | $89.60 | |
| 05/01/09 | All Pacer | | DOCRETRI |
| | Amount = | $1.60 | |
| 05/01/09 | Postage | | POST |
| | Amount = | $5.66 | |
| 05/01/09 | Postage | | POST |
| | Amount = | $105.66 | |
| 05/04/09 | Photocopies | | DUP.10CC |
| | Amount = | $33.50 | |
| 05/04/09 | 2128728121 Long Distance | | LD |
| | Amount = | $9.73 | |
| 05/04/09 | Delivery Expense 5/1-5/3/09 | | MESS |
| | Amount = | $67.20 | |
| 05/04/09 | Postage | | POST |
| | Amount = | $8.67 | |
| 05/04/09 | Duplicating | | DUP.10CC |
| | Amount = | $7.80 | |
| 05/04/09 | Duplicating | | DUP.10CC |
| | Amount = | $6.10 | |
| 05/05/09 | Messenger and delivery 5/4/09, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 29, 2009
Invoice 335514
Page 16
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 05/05/09 | All Pacer | $0.32 | DOCRETRI |
| 05/05/09 | All Pacer | $3.84 | DOCRETRI |
| 05/06/09 | Photocopies | $128.00 | DUP.10CC |
| 05/06/09 | 05/05/09 - To US Trustee - BJW | $6.00 | MESS |
| 05/06/09 | Postage | $119.84 | POST |
| 05/07/09 | Rodney Grille | $7.96 | MEALSCL |
| 05/07/09 | Manhattan Bagel Company | $80.00 | MEALSCL |
| 05/07/09 | Photocopies | $15.00 | DUP.10CC |
| 05/07/09 | 05/06/09 - To Morris Nichols Arsht -BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Reed Smith - BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Pepper Hamilton - BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Bifferato Gentilotti & Bid - BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Ashby & Geddes - BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Ballard Spahr - BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Sullivan Hazeltine - BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Morris James - BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Archer & Greiner - BJW | $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Smith Katzenstein - BJW | $6.00 | MESS |

| | | |
|---|---|---|
| Nortel Creditors Committee | | June 29, 2009 |
| c/o Fred S. Hodara, Esq. | | Invoice 335514 |
| Akin Gump Strauss Hauer Feld LLP | | Page 17 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | Code |
|---|---|---|
| 05/07/09 | 05/06/09 - To Web & Sullivan - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Manzack & Monaco - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Ashby & Geddes - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Bayard Firm - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Ashby & Geddes - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Connolly Bove - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Morris James - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Campbell & Levine - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To US Trustee - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To US Attorney - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Ballard Spahr - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Klehr Harrison - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Stevens & Lee - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Polsinelli Shalton Flanig - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Archer & Greiner - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Buchanan Ingersoll - BJW<br>Amount =  $6.00 | MESS |
| 05/07/09 | 05/06/09 - To Post Office - BJW<br>Amount =  $51.30 | MESS |
| 05/07/09 | 05/06/09 - To Ashby & Geddes - BJW<br>Amount =  $6.00 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

June 29, 2009  
Invoice 335514  
Page 18  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 05/07/09 | All Pacer | | DOCRETRI |
| | Amount = | $2.40 | |
| 05/07/09 | Duplicating | | DUP.10CC |
| | Amount = | $3.00 | |
| 05/13/09 | All Pacer | | DOCRETRI |
| | Amount = | $0.16 | |
| 05/18/09 | Messenger and delivery 5/6/09, Pepper Hamilton, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/18/09 | Secretarial OT thru 5/15/09 | | OT |
| | Amount = | $21.25 | |
| 05/18/09 | All Pacer | | DOCRETRI |
| | Amount = | $0.32 | |
| 05/18/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.40 | |
| 05/18/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.20 | |
| 05/19/09 | All Pacer | | DOCRETRI |
| | Amount = | $0.56 | |
| 05/20/09 | Photocopies | | DUP.10CC |
| | Amount = | $13.00 | |
| 05/20/09 | Photocopies | | DUP.10CC |
| | Amount = | $117.00 | |
| 05/20/09 | All Pacer | | DOCRETRI |
| | Amount = | $2.72 | |
| 05/20/09 | Postage | | POST |
| | Amount = | $125.40 | |
| 05/20/09 | Postage | | POST |
| | Amount = | $5.19 | |
| 05/20/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.10 | |
| 05/21/09 | Nortel - Messenger and delivery | | MESS |
| | Amount = | $20.90 | |
| 05/21/09 | Messenger and delivery 5/20/09, 31 After Hours Deliveries, BJW | | MESS |
| | Amount = | $186.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 29, 2009  
Invoice 335514  
Page 19  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/21/09 | Messenger and delivery 5/20/09, Post Office/New Castle, BJW | | MESS |
| | Amount = | $54.30 | |
| 05/22/09 | Photocopies | | DUP.10CC |
| | Amount = | $118.50 | |
| 05/22/09 | Postage | | POST |
| | Amount = | $21.69 | |
| 05/22/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.80 | |
| 05/22/09 | Duplicating | | DUP.10CC |
| | Amount = | $3.60 | |
| 05/22/09 | Duplicating | | DUP.10CC |
| | Amount = | $8.60 | |
| 05/22/09 | Duplicating | | DUP.10CC |
| | Amount = | $5.20 | |
| 05/26/09 | Messenger and delivery 5/22/09, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/26/09 | Messenger and delivery 5/22/09, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/26/09 | Messenger and delivery 5/22/09, Post Office/New Castle, BJW | | MESS |
| | Amount = | $51.30 | |
| 05/28/09 | Photocopies | | DUP.10CC |
| | Amount = | $20.50 | |
| 05/28/09 | All Pacer | | DOCRETRI |
| | Amount = | $0.80 | |
| 05/28/09 | Postage | | POST |
| | Amount = | $3.21 | |
| 05/29/09 | Messenger and delivery 5/28/09, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/29/09 | Messenger and delivery 5/28/09, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

June 29, 2009  
Invoice 335514  
Page 20  
Client #  732310  

| 05/29/09 | Messenger and delivery 5/28/09, Bankruptcy Court, BJW/CXS | MESS |
|---|---|---|
| | Amount =  $6.00 | |

TOTALS FOR   732310      Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,746.88