# ADDITIONAL NOTICE PARTIES SERVICE LIST

**VIA FIRST CLASS MAIL**

LanceSoft
2325 Dulles Corner Boulevard
9th Floor
Herndon, VA  20170
*(for 2325 Dulles corner Boulevard)*

Pillsbury Winthrop Shaw Pittman, LLP
1650 Tyson's Boulevard
Suite 1400
McLean, VA  22102
*(for 2325 Dulles corner Boulevard)*

Deka Immobilien Investment GmbH
c/o ING Clarion
601 13th Street, NW, Suite 700N
2980 Fairview Park Drive
Washington, DC  20005
Attn:  James L. Dean II
*(for 2325 Dulles Corner Boulevard)*

Thaddeus D. Wilson, Esquire
King & Spalding LLP
1180 Peachtree Street
28th Floor
Atlanta, GA  30309
*(for 2325 Dulles Corner Boulevard)*

2945463.2