IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
---------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 993, 994 AND 995]

PLEASE TAKE NOTICE that on June 29, 2009, copies of the **Order (A) Approving The Interim Funding And Settlement Agreement, and (B) Granting Related Relief** (D.I. 993, Entered 6/29/09) were served in the manner indicated upon the parties on the attached service lists.

PLEASE TAKE FURTHER NOTICE that on June 29, 2009, copies of the **Order Authorizing The Debtors To Make Certain Transfers And Provide Financial Support To Their Non-Debtor Subsidiaries** (D.I. 994, Entered 6/29/09) were served in the manner upon the parties on the attached service lists.

PLEASE TAKE FURTHER NOTICE that on June 29, 2009, copies of the **Order Approving The Compromise Of Controversy By And Among (I) The Debtors And (II) Crossroads Wireless, Inc. And Crossroads Holding, LLC** (D.I. 995, Entered 6/29/09) were served in the manner indicated on the entity identified below and those on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

<u>**VIA FIRST CLASS MAIL**</u>

G. Blaine Schwabe, III
Lynn Rob Nelson
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Ste. 1300
211 N. Robinson
Oklahoma City, OK 73102-7114

Dated: June 30, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

2970089.1