**<u>EXHIBIT A</u>**

## General Notice Parties for all Objections

(a)     Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b)     Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c)     Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d)     Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002; and

(e)     Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701.

## Additional Notice Parties for American Airlines Center Suite License Agreement and Renewal and Extension to American Airlines Center Suite License Agreement

(a)     Center Operating Company, L.P., 1845 Woodall Rodgers Fwy., Suite 1700, Dallas, Texas 75201, Attn: President/CEO.

## Additional Notice Parties for Master Serivce Agreement No.07-1468, including Exhibits A through D, between Nortel Networks, Inc. and Nap of the Americas/West, Inc. n/k/a Terremark North Maerica, Inc.

(a)     NAP of the Americas, Inc.: 2601 South Bayshore Drive, 9th Floor, Miami, Florida 33133, Attn: President, facsimile 305-402-3890.

(b)     Terremark Worldwide, Inc.: 222 W. Las Colinas Blvd., Suite 350E, Irving, Texas 75039, Attn: Cherie Mahaffey, email: cmahaffey@terremark.com.