## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Tenth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on June 30, 2009, in the manner indicated upon the entities identified below and those on the attached service lists.

Dated: June 30, 2009

Ann C. Cordo (No. 4817)

**VIA OVERNIGHT MAIL**

Akin Gump Strauss Hauer & Feld,
One Bryant Park
New York, NY 10036
Attn: Fred Hodara

Center Operating Company, L.P.,
1845 Woodall Rodgers Fwy.,
Suite 1700, Dallas, Texas 75201,
Attn: President/CEO

NAP of the Americas, Inc.
2601 South Bayshore Drive,
9th Floor,
Miami, Florida 33133,
Attn: President

Terremark Worldwide, Inc.
222 W. Las Colinas Blvd.
Suite 350E,
Irving, Texas 75039,
Attn: Cherie Mahaffey

2977158.1