# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>NORTEL NETWORKS INC., et al., )<br>)<br>)<br>Debtors. ) | Case No. 09-10138 (KG)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF KATHLEEN A. RAHBANY PURSUANT TO DEL. BANKR. L.R. 9010-1

Michael R. Lastowski, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the admission *pro hac vice* of Kathleen A. Rahbany (the "Admittee") of Craig and Macauley P.C., Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210, to represent Airvana, Inc. in the above-captioned cases.

1. The Admittee is a member in good standing of the Bar of the Commonwealth of Massachusetts and is admitted to practice law in the United States District Court for the District of Massachusetts.

Dated: June 29, 2009
Wilmington, DE

*[signature]*
Michael R. Lastowski (DE 3892)
**DUANE MORRIS LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-Mail: mlastowski@duanemorris.com

*Counsel for Airvana, Inc.*

DM3\1046238.1

2.  Pursuant to Local Rule 9010-1, the Admittee certifies that she is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdiction shown above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with those Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

Dated: June 29, 2009
Boston, MA

_____
Kathleen A. Rahbany
CRAIG AND MACAULEY P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone:  (617) 367-9500
Facsimile:  (617) 742-1788

3.  Motion granted

Dated: June 30, 2009
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

DM3\1046238.1