UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                                 :    Chapter 11
                                                       :
NORTEL NETWORKS, INC., ET AL                           :    Case No. 09-10138 (KG)
                                                       :
                         Debtor.                       :
                                                       :
                                                       :    (Jointly Administered)
------------------------------------------------------x
```

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Steven J. Reisman of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178 to represent Flextronics Corporation and Flextronics Telecom Systems Ltd in this matter.

Dated: June 30, 2009                ASHBY & GEDDES P.A.

*/s/ Amanda M. Winfree*
William P. Bowden (I.D. #2553)
Amanda M. Winfree (I.D. # 4615
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: June 30, 2009

*/s/ Kevin Gross*
The Honorable Kevin Gross
United States Bankruptcy Judge

{00309785;v1}
CLE - 1116847.1