UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
NORTEL NETWORKS, INC., ET AL                              :    Case No. 09-10138 (KG)
                                                          :
                    Debtor.                               :
                                                          :
                                                          :    (Jointly Administered)
----------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James V. Drew of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178 to represent Flextronics Corporation and Flextronics Telecom Systems Ltd in this matter.

Dated: June 30, 2009                        ASHBY & GEDDES P.A.

                                            /s/ Amanda Winfree
                                            _____
                                            William P. Bowden (I.D. #2553)
                                            Amanda M. Winfree (I.D. # 4615
                                            500 Delaware Avenue, 8th Floor
                                            P.O. Box 1150
                                            Wilmington, DE 19899-1150
                                            Telephone: (302) 654-1888
                                            Facsimile: (302) 654-2067

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: June 30, 2009

                                            _____
                                            The Honorable Kevin Gross
                                            United States Bankruptcy Judge

{00309801;v1}
CLE - 1116847.1