## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Authorizing Insurers To Pay Certain Costs And Fees And Amending The Automatic Stay As Necessary To Allow Such Payments** was caused to be made on July 2, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: July 2, 2009

Ann C. Cordo (No. 4817)

2989764.1