## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                          :
In re                                     :    Chapter 11
                                          :
Nortel Networks Inc., et al.,[1]          :    Case No. 09-10138 (KG)
                                          :
                          Debtors.        :    Jointly Administered
                                          :
                                          :
-----------------------------------------------------X
```

## NOTICE OF SERVICE [RE: D.I. NO. 1010]

PLEASE TAKE NOTICE that on July 1, 2009, copies of the **Order Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities and (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 and 364 Of The Bankruptcy Code** (D.I. 1010, Entered 6/30/09) were served in the manner indicated upon the parties on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated:  July 1, 2009
      Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                James L. Bromley
                Lisa M. Schweitzer
                One Liberty Plaza
                New York, New York 10006
                Telephone:  (212) 225-2000
                Facsimile:  (212) 225-3999

                     - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Ann C. Cordo (No. 4817)
                Andrew R. Remming (No. 5120)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  302-658-9200
                Facsimile:  302-425-4663

                *Counsel for the Debtors and*
                *Debtors in Possession*

2979104.1