## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 5/1/09 through 5/31/09**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director, | $710 | 79.90 | $56,729.00 |
| J. Borow | Executive Director | $710 | 139.40 | $98,974.00 |
| T. Horton | Director | $625 | 196.80 | $123,000.00 |
| J. Hyland | Executive Director | $550 | 298.30 | $164,065.00 |
| S. Song | Consultant | $325 | 246.40 | $80,080.00 |
| J. Peterson | Consultant | $315 | 235.10 | $74,056.50 |
| T. Morilla | Consultant | $285 | 124.50 | $35,482.50 |
| N. Backer | Paraprofessional | $110 | 1.60 | $176.00 |
| H. Becker | Paraprofessional | $100 | 1.00 | $100.00 |
| **For the Period 5/1/09 through 5/31/09** | | | **1323.00** | **$632,663.00** |

**Capstone Advisory Group, LLC**
Invoice for the May 2009 Fee Statement

Page 1 of 1

NY 71725290v1