# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 5/1/09 through 5/31/09**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 255.30 | $141,987.00 |
| 05. Professional Retention/Fee Application Preparation | | 10.80 | $4,786.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 67.20 | $43,939.00 |
| 08. Interaction/Mtgs w Creditors | | 65.50 | $38,915.00 |
| 09. Employee Issues/KEIP | | 31.90 | $17,702.00 |
| 13. Intercompany Transactions/Bal | | 135.90 | $55,361.00 |
| 14. Executory Contracts/Leases | | 37.80 | $16,842.50 |
| 17. Analysis of Historical Results | | 124.00 | $49,902.50 |
| 18. Operating and Other Reports | | 64.50 | $29,850.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 183.10 | $84,220.00 |
| 20. Projections/Business Plan/Other | | 259.40 | $110,320.00 |
| 21. Reclamation/503(b)(9) | | 24.30 | $8,759.50 |
| 24. Liquidation Analysis | | 63.00 | $29,993.00 |
| 26. Tax Issues | | 0.30 | $85.50 |
| **For the Period 5/1/09 through 5/31/09** | | **1323.00** | **$632,663.00** |