**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 5/1/09 through 5/31/09**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/Train** | | | |
| 5/4/2009 | J. Hyland | Airfare to NY and to Toronto. | $2,167.59 |
| 5/4/2009 | J. Peterson | Airfare to/from Toronto. | $1,140.61 |
| 5/4/2009 | S. Song | Airfare to and from Debtors. | $853.24 |
| 5/5/2009 | J. Borow | Airfare to/from Toronto. | $1,188.54 |
| 5/7/2009 | J. Hyland | Airfare change fee to extend stay to 5/8 for Nortel requested meeting. | $150.00 |
| 5/11/2009 | S. Song | Airfare to and from Debtors. | $1,289.90 |
| 5/11/2009 | J. Hyland | Airfare to Toronto. | $1,137.25 |
| 5/11/2009 | J. Peterson | Flight to and from Toronto. | $1,040.50 |
| 5/14/2009 | S. Song | Meal at Airport. | $15.32 |
| 5/18/2009 | J. Hyland | Airfare to Toronto. | $1,678.16 |
| 5/19/2009 | J. Peterson | Flight to and from Toronto. | $883.73 |
| 5/21/2009 | S. Song | Airfare for Toronto trip. | $1,096.60 |
| 5/26/2009 | J. Hyland | Airfare to Toronto. | $1,004.20 |
| 5/26/2009 | J. Peterson | Flight to and from LGA/Toronto. | $883.80 |
| 5/27/2009 | J. Hyland | Airfare change fee flying from Toronto due to change in time of meeting. | $150.00 |
| 5/28/2009 | T. Horton | Airfare for meetings at Debtors. | $1,285.90 |
| 5/28/2009 | S. Song | Airfare during Toronto trip. | $1,097.78 |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 5/28/2009 | C. Kearns | AA to Toronto for meeting. | $947.85 |

**Subtotal – Airfare/Train** — **$18,010.97**

**Auto Rental/Taxi**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 5/1/2009 | J. Peterson | Taxi to the office with bags. | $8.00 |
| 5/2/2009 | S. Song | Taxi due to overtime work. | $7.50 |
| 5/2/2009 | S. Song | Taxi due to overtime work. | $7.00 |
| 5/3/2009 | S. Song | Taxi due to overtime work. | $6.70 |
| 5/4/2009 | J. Hyland | Taxi to airport from NY office. | $67.00 |
| 5/4/2009 | J. Hyland | Taxi to NY office from airport. | $60.00 |
| 5/4/2009 | J. Peterson | Taxi from the airport to Nortel's office. | $34.94 |
| 5/4/2009 | S. Song | Taxi in Toronto. | $28.87 |
| 5/4/2009 | S. Song | Taxi in Toronto. | $20.00 |
| 5/5/2009 | J. Borow | Taxi to/from LGA ($134); cab in Toronto ($37) | $171.00 |
| 5/5/2009 | C. Kearns | Toronto airport taxi. | $28.00 |
| 5/5/2009 | J. Hyland | Taxi to Nortel from hotel. | $23.00 |
| 5/5/2009 | S. Song | Taxi while in Toronto. | $21.25 |
| 5/6/2009 | S. Song | Taxi during Toronto trip. | $26.00 |
| 5/6/2009 | J. Hyland | Taxi to hotel from office in Toronto. | $25.00 |
| 5/6/2009 | J. Peterson | Taxi from hotel to Nortel's office. | $22.00 |
| 5/7/2009 | J. Peterson | Taxi from Nortel to Airport | $30.00 |
| 5/7/2009 | J. Hyland | Taxi to hotel during Nortel trip. | $28.00 |
| 5/7/2009 | J. Hyland | Taxi to Airport during Nortel trip. | $24.00 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| 5/7/2009 | J. Peterson | Taxi from hotel to Nortel | $23.00 |
| 5/7/2009 | S. Song | Taxi during Nortel trip. | $18.84 |
| 5/8/2009 | Capstone Expense | Local taxi for Nortel trip. | $599.92 |
| 5/8/2009 | Capstone Expense | Local taxi for Nortel trip. | $500.82 |
| 5/8/2009 | Capstone Expense | Local taxi for Nortel trip. | $450.84 |
| 5/8/2009 | Capstone Expense | Local taxi for Nortel trip. | $170.03 |
| 5/8/2009 | Capstone Expense | Local taxi for Nortel trip. | $120.36 |
| 5/8/2009 | J. Hyland | Taxi to airport from Nortel. | $26.50 |
| 5/8/2009 | J. Hyland | Taxi to Nortel during Nortel trip. | $23.25 |
| 5/8/2009 | J. Peterson | Taxi to the office with bags | $12.00 |
| 5/10/2009 | S. Song | Taxi from working overtime. | $5.75 |
| 5/10/2009 | J. Peterson | Taxi from the office on Sunday morning. | $5.00 |
| 5/11/2009 | J. Peterson | Taxi - Airport to 195 West Mall. | $39.37 |
| 5/11/2009 | J. Hyland | Taxi from airport to Nortel. | $37.30 |
| 5/11/2009 | J. Hyland | Taxi during Toronto trip. | $21.47 |
| 5/11/2009 | S. Song | Taxi while at Nortel. | $16.15 |
| 5/11/2009 | T. Morilla | Taxi from working overtime on Nortel. | $6.60 |
| 5/12/2009 | J. Peterson | Taxi from hotel to Nortel. | $31.16 |
| 5/12/2009 | J. Peterson | Taxi during Nortel trip. | $23.69 |
| 5/12/2009 | J. Hyland | Taxi during Toronto trip less exchange rate correction from 5/8/09 receipts. | $21.50 |
| 5/13/2009 | J. Peterson | Taxi during Toronto trip. | $53.57 |
| 5/13/2009 | J. Hyland | Taxi during Toronto trip. | $34.00 |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/13/2009 | J. Peterson | Taxi during Toronto trip. | $25.00 |
| 5/13/2009 | S. Song | Taxi at Toronto. | $20.00 |
| 5/14/2009 | J. Hyland | Taxi during Toronto trip. | $32.00 |
| 5/14/2009 | J. Peterson | Taxi for Nortel in Toronto. | $25.00 |
| 5/14/2009 | J. Peterson | Taxi for Nortel in Toronto. | $24.02 |
| 5/14/2009 | S. Song | Taxi in Toronto. | $24.00 |
| 5/15/2009 | J. Peterson | Taxi for Nortel in Toronto. | $8.00 |
| 5/18/2009 | J. Hyland | Taxi to Nortel from airport. | $28.00 |
| 5/19/2009 | J. Peterson | Taxi from Airport to 195 The West Mall, Toronto. | $37.40 |
| 5/19/2009 | S. Song | Taxi at Toronto. | $27.40 |
| 5/19/2009 | S. Song | Taxi at Toronto. | $17.49 |
| 5/20/2009 | J. Hyland | Taxi to Nortel during Toronto trip. | $27.00 |
| 5/20/2009 | J. Peterson | Taxi for Nortel in Toronto. | $25.00 |
| 5/20/2009 | J. Peterson | Taxi from hotel to Nortel. | $24.00 |
| 5/20/2009 | S. Song | Taxi at Toronto. | $20.00 |
| 5/21/2009 | J. Hyland | Taxi from Nortel to airport during Toronto trip. | $30.00 |
| 5/21/2009 | J. Peterson | Taxi - from Nortel to the Airport | $26.46 |
| 5/21/2009 | J. Peterson | Taxi - from hotel to Nortel | $21.04 |
| 5/21/2009 | S. Song | Taxi during Nortel trip. | $20.00 |
| 5/21/2009 | S. Song | Taxi during Nortel trip. | $19.89 |
| 5/26/2009 | J. Peterson | Taxi - Toronto Airport to Nortel | $40.67 |
| 5/26/2009 | J. Hyland | Taxi to Nortel office from airport. | $33.00 |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| 5/26/2009 | J. Peterson | Taxi - Nortel to hotel. | $30.00 |
| 5/26/2009 | S. Song | Taxi at Toronto. | $28.00 |
| 5/26/2009 | S. Song | Taxi at Toronto. | $27.61 |
| 5/26/2009 | J. Hyland | Taxi to Nortel office from Hotel. | $23.00 |
| 5/27/2009 | J. Peterson | Taxi for Nortel in Toronto. | $32.37 |
| 5/27/2009 | S. Song | Taxi at Toronto. | $22.66 |
| 5/28/2009 | T. Horton | Cabs to Nortel and to hotel in Toronto. | $85.75 |
| 5/28/2009 | C. Kearns | Toronto airport taxi. | $35.00 |
| 5/28/2009 | S. Song | Taxi during Toronto trip. | $28.50 |
| 5/28/2009 | J. Hyland | Taxi to airport during trip to Toronto. | $28.00 |
| 5/28/2009 | J. Peterson | Taxi - from Nortel to Toronto Airport. | $27.73 |
| 5/28/2009 | S. Song | Taxi at Toronto. | $22.00 |
| 5/29/2009 | C. Kearns | Auto rental in Toronto. | $166.00 |
| 5/29/2009 | T. Horton | Cabs to Debtors and to airport during Toronto visit. | $55.00 |
| 5/29/2009 | C. Kearns | Taxi to Toronto hotel. | $35.00 |

**Subtotal - Auto Rental/Taxi** $4,081.37

**Hotel**

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| 5/7/2009 | J. Peterson | Hotel while in Toronto. | $507.81 |
| 5/7/2009 | S. Song | Hotel for Nortel travel. | $482.96 |
| 5/7/2009 | J. Hyland | Hotel and meals during Nortel trip. | $456.07 |
| 5/8/2009 | J. Hyland | Hotel and meals during Nortel trip. | $171.22 |
| 5/14/2009 | J. Hyland | Hotel for Toronto trip. | $468.93 |

**Capstone Advisory Group, LLC**                    **Page 5 of 12**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 5/14/2009 | J. Peterson | Hotel while at Nortel. | $460.97 |
| 5/14/2009 | S. Song | Hotel in Toronto for Nortel. | $406.99 |
| 5/21/2009 | J. Hyland | Hotel for Toronto trip. | $401.60 |
| 5/21/2009 | S. Song | Hotel in Toronto for Nortel. | $333.23 |
| 5/21/2009 | J. Peterson | Hotel in Toronto for Nortel. | $300.35 |
| 5/28/2009 | J. Hyland | Hotel during Toronto trip. | $427.54 |
| 5/28/2009 | J. Peterson | Hotel during Toronto trip. | $388.50 |
| 5/28/2009 | S. Song | Hotel for Toronto meetings. | $363.63 |
| 5/28/2009 | T. Horton | Hotel for meetings at Debtors. | $241.82 |
| 5/29/2009 | C. Kearns | Hotel during Toronto stay. | $216.00 |

**Subtotal - Hotel**     **$5,627.62**

**Meals**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 5/1/2009 | J. Peterson | Meals during working late for S. Song and J. Peterson. | $43.89 |
| 5/1/2009 | T. Horton | Dinner during overtime work. | $21.41 |
| 5/2/2009 | S. Song | Meal due to overtime hours. | $16.93 |
| 5/2/2009 | J. Hyland | Meals during weekend work. | $8.75 |
| 5/3/2009 | S. Song | Meal due to overtime hours. | $37.55 |
| 5/3/2009 | S. Song | Meal due to overtime hours. | $8.58 |
| 5/4/2009 | S. Song | Meal in Toronto. | $12.88 |
| 5/4/2009 | J. Peterson | Lunch during Nortel trip. | $12.82 |
| 5/4/2009 | J. Peterson | Breakfast at Toronto Airport. | $12.22 |
| 5/4/2009 | J. Hyland | Meals with traveling to NY. | $11.01 |

**Capstone Advisory Group, LLC**     **Page 6 of 12**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/4/2009 | J. Hyland | Meals with traveling to NY. | $3.95 |
| 5/5/2009 | J. Borow | Lunch at Toronto airport for C. Kearns and J. Borow. | $27.24 |
| 5/5/2009 | J. Peterson | Lunch at Nortel. | $13.60 |
| 5/5/2009 | S. Song | Meal while traveling to Toronto. | $10.24 |
| 5/5/2009 | J. Hyland | Meals with traveling to Toronto. | $8.04 |
| 5/5/2009 | J. Hyland | Meals with traveling to Toronto. | $1.57 |
| 5/6/2009 | J. Hyland | Meals with traveling to Toronto. | $16.10 |
| 5/6/2009 | S. Song | Travel meal during Toronto trip. | $9.34 |
| 5/6/2009 | J. Peterson | Lunch while at Nortel. | $8.12 |
| 5/6/2009 | J. Peterson | Breakfast at Nortel. | $5.70 |
| 5/6/2009 | J. Hyland | Meals with traveling to Toronto. | $1.94 |
| 5/7/2009 | S. Song | Meal at Toronto airport. | $21.62 |
| 5/7/2009 | S. Song | Meal while at Nortel. | $18.56 |
| 5/7/2009 | J. Peterson | Dinner at the Toronto Airport. | $17.93 |
| 5/7/2009 | T. Morilla | Meals while working overtime on Nortel matters. | $15.33 |
| 5/7/2009 | J. Peterson | Lunch at Nortel | $13.56 |
| 5/7/2009 | J. Peterson | Breakfast at Nortel. | $6.15 |
| 5/7/2009 | J. Hyland | Meals while travel to Nortel. | $1.94 |
| 5/8/2009 | S. Song | Meals while working overtime for Nortel. | $18.58 |
| 5/8/2009 | J. Hyland | Meals while travel to Nortel. | $10.72 |
| 5/8/2009 | J. Hyland | Meals while travel to Nortel. | $1.94 |
| 5/11/2009 | T. Morilla | Dinner from working overtime on Nortel. | $24.80 |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

Page 7 of 12

| Date | Professional | Description | Amount |
|------|--------------|-------------|-------:|
| 5/11/2009 | S. Song | Meal at Airport. | $22.28 |
| 5/11/2009 | J. Peterson | Late night meal working on Nortel. | $14.73 |
| 5/11/2009 | J. Hyland | Meal for Toronto trip. | $7.50 |
| 5/11/2009 | J. Peterson | Lunch at Nortel. | $6.15 |
| 5/11/2009 | J. Hyland | Meal for Toronto trip. | $2.71 |
| 5/12/2009 | S. Song | Travel meal during Toronto trip. | $26.68 |
| 5/12/2009 | J. Peterson | Lunch at Nortel. | $16.66 |
| 5/12/2009 | T. Morilla | Dinner due to working late on Nortel. | $8.42 |
| 5/13/2009 | J. Peterson | Meal during Toronto trip. | $10.91 |
| 5/13/2009 | J. Peterson | Meal during Toronto trip. | $4.86 |
| 5/14/2009 | S. Song | Travel Meal. | $26.34 |
| 5/14/2009 | J. Peterson | Meal during travel in Toronto. | $18.80 |
| 5/14/2009 | J. Peterson | Meal during travel in Toronto. | $12.23 |
| 5/14/2009 | J. Hyland | Meal tips during Toronto trip. | $10.00 |
| 5/14/2009 | J. Peterson | Meal during Toronto trip. | $5.70 |
| 5/17/2009 | T. Morilla | Dinner due to working late on Nortel. | $18.65 |
| 5/19/2009 | J. Peterson | Meal during travel in Toronto. | $39.17 |
| 5/19/2009 | J. Peterson | Meal during travel in Toronto. | $14.93 |
| 5/19/2009 | S. Song | Meal at Toronto airport. | $14.72 |
| 5/19/2009 | S. Song | Meal during Toronto trip. | $12.33 |
| 5/19/2009 | J. Hyland | Meal during Toronto trip. | $10.16 |
| 5/19/2009 | J. Peterson | Meal during travel in Toronto. | $9.07 |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| 5/20/2009 | S. Song | Meal during Nortel trip. | $16.08 |
| 5/20/2009 | J. Peterson | Meal during travel in Toronto. | $10.88 |
| 5/20/2009 | J. Hyland | Meal during Toronto trip. | $10.37 |
| 5/20/2009 | J. Peterson | Meal during travel in Toronto. | $7.23 |
| 5/21/2009 | J. Peterson | Meal during travel in Toronto. | $17.65 |
| 5/21/2009 | S. Song | Meal for trip at Nortel | $15.28 |
| 5/21/2009 | J. Hyland | Meal during Toronto trip. | $11.93 |
| 5/21/2009 | J. Peterson | Meal during travel in Toronto. | $11.72 |
| 5/21/2009 | J. Peterson | Meal during travel in Toronto. | $8.34 |
| 5/21/2009 | J. Hyland | Meal during Toronto trip. | $1.98 |
| 5/26/2009 | T. Morilla | Dinner due to overtime work. | $19.84 |
| 5/26/2009 | S. Song | Meal during Nortel trip. | $17.17 |
| 5/26/2009 | J. Peterson | Meal during travel in Toronto. | $15.49 |
| 5/26/2009 | S. Song | Meal at Toronto airport. | $14.27 |
| 5/26/2009 | J. Peterson | Meal during Toronto trip. | $13.96 |
| 5/26/2009 | J. Hyland | Meal during trip to Toronto. | $11.66 |
| 5/26/2009 | J. Hyland | Meal during trip to Toronto. | $3.42 |
| 5/27/2009 | S. Song | Meal in Toronto. | $12.57 |
| 5/27/2009 | J. Hyland | Meal during trip to Toronto. | $12.26 |
| 5/27/2009 | J. Peterson | Meal during travel in Toronto. | $8.19 |
| 5/27/2009 | S. Song | Meal in Toronto. | $3.48 |
| 5/28/2009 | J. Peterson | Meal during Toronto trip. | $28.77 |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| 5/28/2009 | J. Peterson | Meal during Toronto trip. | $21.16 |
| 5/28/2009 | S. Song | Meal during Toronto trip. | $14.14 |
| 5/28/2009 | S. Song | Meal during Toronto trip. | $12.85 |
| 5/28/2009 | J. Peterson | Meal during Toronto trip. | $10.09 |
| 5/28/2009 | J. Hyland | Meal during trip to Toronto. | $6.91 |
| 5/28/2009 | T. Morilla | Dinner due to working late on Nortel. | $6.33 |
| 5/31/2009 | T. Morilla | Lunch during work on Sunday while working on Nortel. | $10.71 |
| **Subtotal - Meals** | | | **$1,110.74** |
| **Mileage** | | | |
| 5/1/2009 | J. Hyland | Mileage for driving Nortel workpapers to office. | $27.50 |
| 5/2/2009 | J. Hyland | Mileage for Saturday drive to office. | $27.50 |
| 5/4/2009 | J. Hyland | Mileage to airport for NY and Toronto trip. | $24.75 |
| 5/5/2009 | C. Kearns | Roundtrip mileage for Toronto trip from LGA. | $24.75 |
| 5/11/2009 | J. Hyland | Mileage to airport for Toronto trip. | $23.65 |
| 5/18/2009 | J. Hyland | Local mileage for Toronto trip. | $40.70 |
| 5/26/2009 | J. Hyland | Local mileage to airport. | $25.30 |
| **Subtotal - Mileage** | | | **$194.15** |
| **Other** | | | |
| 5/29/2009 | S. Song | Foreign Transaction Fee - Finance Charge. | $45.94 |
| **Subtotal - Other** | | | **$45.94** |
| **Parking/Tolls** | | | |
| 5/1/2009 | J. Hyland | Parking at office to carry workpapers. | $32.00 |
| 5/1/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |

**Capstone Advisory Group, LLC**
Invoice for the 5/1/09 - 5/31/09 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 5/2/2009 | J. Hyland | Parking for weekend work at office. | $27.00 |
| 5/2/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $20.00 |
| 5/4/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/4/2009 | J. Hyland | Tolls for local transportation for trip to NY and Toronto. | $1.60 |
| 5/5/2009 | C. Kearns | Daily parking during Toronto trip. | $30.00 |
| 5/6/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/7/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/8/2009 | J. Hyland | Airport parking during Nortel trip. | $150.00 |
| 5/11/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/11/2009 | J. Hyland | Tolls for Toronto trip. | $1.60 |
| 5/12/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/13/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/14/2009 | J. Hyland | Parking at O'Hare for Toronto trip. | $120.00 |
| 5/14/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/15/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/18/2009 | J. Hyland | Parking at office for Toronto trip. | $25.00 |
| 5/18/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/19/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/20/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/21/2009 | J. Hyland | Parking at airport for Toronto trip. | $92.00 |
| 5/21/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/22/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/09 - 5/31/09 Fee Statement**

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 5/26/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/26/2009 | J. Hyland | Tolls to airport for Toronto trip. | $1.60 |
| 5/27/2009 | T. Horton | Parking- resulting from working with staff in NY office (normally domiciled in NJ office). | $22.00 |
| 5/28/2009 | J. Hyland | Parking at O'Hare during Toronto trip. | $64.00 |
| 5/29/2009 | T. Horton | Parking at airport and bridge toll during Toronto trip. | $65.00 |
| **Subtotal - Parking/Tolls** | | | **$981.80** |

**Postage/FedEx**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 5/5/2009 | Capstone Expense | Messengers for Nortel matters. | $53.18 |
| 5/7/2009 | Capstone Expense | Postage for Nortel matter. | $9.13 |
| **Subtotal - Postage/FedEx** | | | **$62.31** |

**Telecom**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 5/1/2009 | J. Peterson | Mobile Phone - Calls made from Toronto. | $5.01 |
| 5/6/2009 | Capstone Expense | Conference call service expense for Nortel. | $45.75 |
| 5/11/2009 | Capstone Expense | Telephone expense for Nortel. | $481.64 |
| 5/14/2009 | Capstone Expense | Telephone expense for Nortel. | $1,475.20 |
| 5/22/2009 | J. Hyland | Telephone for roaming charges while in Toronto. | $358.83 |
| 5/31/2009 | J. Peterson | Roaming charges for calls made on mobile phone while in Toronto. | $374.56 |
| **Subtotal - Telecom** | | | **$2,740.99** |
| **For the Period 5/1/09 through 5/31/09** | | | $32,855.89 |

NY 71725290v1