# Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

**KENNETH E. NOBLE**
kenneth.noble@kattenlaw.com
212.940.6419 direct

FILED
2009 JUL -2 AM 10:49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 1, 2009

U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

To Whom It May Concern::

I would like to withdraw myself from the email alert for the following case:

    Case Name:    Nortel Networks Inc., et al.
    Case Number:    09-10138-KG

Please remove me from any ECF notice / electronic filing alerts in the future.

I've enclosed a printout of one of my latest alerts for your reference.

Please do not hesitate to contact me or my assistant, Andrew Lee, at 212-940-7130, if you have any questions. Please let Andrew know when this has been received and processed, at Andrew.Lee@kattenlaw.com

Best regards,

Kenneth E. Noble

Enclosures