**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
                                                       :
In re:                                                 :   Chapter 11
                                                       :
Nortel Networks Inc., et al.,                          :   Case No. 09-10138 (KG)
                                                       :
                 Debtors.                              :   Jointly Administered
                                                       :
-------------------------------------------------------X
```

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The United States of America hereby appears on behalf of the Department of the Navy and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon its attorney, Seth B. Shapiro, at the addresses (including his electronic mail address) and telephone numbers set forth below:

If served by regular mail:

> Seth B. Shapiro
> Trial Attorney
> U.S. Department of Justice - Civil Division
> Commercial Litigation Branch
> P.O. Box 875
> Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 514-7164
> Facsimile: (202) 307-0494
> seth.shapiro@usdoj.gov

If served by hand delivery or overnight mail:

> Seth B. Shapiro
> Trial Attorney
> U.S. Department of Justice - Civil Division
> Commercial Litigation Branch
> 1100 L Street, NW
> Room 10012

Washington, D.C. 20044
Telephone: (202) 514-7164
Facsimile: (202) 307-0494
seth.shapiro@usdoj.gov

Dated: July 7, 2009

**TONY WEST**
Assistant Attorney General

**DAVID WEISS**
Acting United States Attorney

**ELLEN W. SLIGHTS**
Assistant United States Attorney


 /s/ Seth B. Shapiro
**J. CHRISTOPHER KOHN**
**TRACY J. WHITAKER**
**SETH B. SHAPIRO**
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel:  (202) 514-7164
Fax: (202) 307-0494

**Attorneys for the United States of America, on behalf of the Department of the Navy**