IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
                       Debtors. : Jointly Administered
: 
---------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 6, 2009, copies of the (i) **Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates** (D.I. 1021, Filed 6/30/09); and (ii) **Notice Of Debtors' Request For Authority To Assume And Assign Certain Contracts And To Assume And Sublease Certain Unexpired Leases** (D.I. 1035, Filed 7/6/09) were served in the manner indicated upon the parties on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: July 7, 2009
      Wilmington, Delaware

            CLEARY GOTTLIEB STEEN & HAMILTON LLP

            James L. Bromley
            Lisa M. Schweitzer
            One Liberty Plaza
            New York, New York 10006
            Telephone: (212) 225-2000
            Facsimile: (212) 225-3999

                - and -

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Ann C. Cordo*
            _____
            Derek C. Abbott (No. 3376)
            Eric D. Schwartz (No. 3134)
            Ann C. Cordo (No. 4817)
            Andrew R. Remming (No. 5120)
            1201 North Market Street, 18th Floor
            P.O. Box 1347
            Wilmington, DE 19899-1347
            Telephone: 302-658-9200
            Facsimile: 302-425-4663

            *Counsel for the Debtors and*
            *Debtors in Possession*

2999627.1