# SERVICE LIST
# Narnia Assumption & Assignment Notice
# (Real Estate)

**VIA OVERNIGHT MAIL**

Attn: Corp. Trust Admin.
U.S. Bank National Association
One Federal Street
Boston, MA  02110

Attn: Joseph Magnano
General Counsel
Centre Group LLC
105 East 17th Street
New York, NY  10003

Attn: Tina McNeill
Vice President
Wachovia Bank
Real Estate Asset Management
Nortel Networks-Pass-through
   Trust Series 2001-1
301 S. College Street
17th Floor
NC0122
Charlotte, NC  28202-6000

Attn: Eric Anderson
Fullbright & Jaworski, LLP
1301 McKinney
Suite 5100
Houston, TX  77010-3035

Attn: Christian Halabi
Zurich Structured Finance, Inc.
c/o Zurich Global Investment Advisors Ltd
105 East 17th Street
4th Floor
New York, NY  10003

Attn: General Counsel
Zurich Structured Finance, Inc.
c/o Centre Group, LLC
105 East 17th Street
4th Floor
New York, NY  10003

2990340.1

# SERVICE LIST
## Narnia Assumption & Assignment Notice
### (Suppliers)

<u>**VIA OVERNIGHT MAIL**</u>

Airvana Inc
19 Alpha Road
Chelmsford, MA   01824-4124

2988797

# SERVICE LIST
## Narnia Assumption & Assignment Notice
### (Customers)

**FILED UNDER SEAL IN ACCORDANCE WITH ORDER PURSUANT TO BANKRUPTCY SECTIONS 105, 363 AND 365 (A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING (D.I. 1012)**