# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                  Debtors. : Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 1021]

PLEASE TAKE NOTICE that on July 7, 2009, copies of the **Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates** (D.I. 1021, Filed 6/30/09) were served in the manner indicated upon the parties listed on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: July 7, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

       - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3007938.1

## SERVICE LIST

**VIA FIRST CLASS MAIL**

East Camelback Road, Inc.
c/o Brier, Irish Hubbard & Erhart, PLC
Attn: Robert N. Brier, Esq.
2400 E. Arizona Biltmore Circle, Suite 1300
Phoenix, AZ 85016-2115

Seth B. Shapiro
Trial Attorney
US Department of Justice – Civil Division
Commercial Litigation Branch
PO Box 875
Ben Franklin Station
Washington, DC 20044