## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Approving A Compromise Of A Controversy By And Among (I) Nortel Networks Inc. And (II) Testing House De Mexico S De RL De CV** was caused to be made on July 7, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: July 7, 2009

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

3008001.1