**SERVICE LIST**
**Narnia Assumption & Assignment Notice**
**(Real Estate)**

**BY OVERNIGHT MAIL**

Attn: VP of Asset Mgmt
iStar CTL North Glenville-Richardson
c/o iStar Financial Inc.
Dallas, TX  75240

Attn: Director of Lease Administration
iStar Financial
3480 Preston Ridge Road
Suite 575
Alpharetta, GA  30005

Kenneth E. Noble, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

**SERVICE LIST**
Narnia Assumption & Assignment Notice
(Customers)

FILED UNDER SEAL IN ACCORDANCE WITH ORDER PURSUANT TO BANKRUPTCY SECTIONS 105, 363 AND 365 (A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING (D.I. 1012)