# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 7/8/2009 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 14 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV
aty      Nancy G. Everett      neverett@winston.com, ecf_ch@winston.com

                                                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Nortel Networks Inc., et al.      2221 Lakeside Boulevard      Richardson, TX 75082
frep      Allen &Overy LLP,      1221 Avenue of the Americas      New York, NY 10020
ust      Thomas Patrick Tinker      Office of the U.S. Trustee      844 King Street Suite 2207      Wilmington, DE 19801
aty      Andrew R. Remming      Morris, Nichols, Arsht &Tunnell      1201 North Market Street      P.O. Box 1347      Wilmington, DE 19899−1347
aty      Ann C. Cordo      Morris Nichols Arsht &Tunnell LLP      1201 N. Market Street      P.O. Box 1347      Wilmington, DE 19899−1347
aty      Derek C. Abbott      Morris Nichols Arsht &Tunnell      1201 N. Market Street      Wilmington, DE 19899
aty      Derek C. Abbott      Morris, Nichols, Arsht &Tunnell      1201 N. Market Street      P. O. Box 1347      Wilmington, DE 19899
aty      Eric D. Schwartz      Morris, Nichols, Arsht &Tunnell      1201 N.Market Street      P. O. Box 1347      Wilmington, DE 19801
aty      Mary Caloway      Buchanan Ingersoll &Rooney PC      1000 West Street      Ste 1410      Wilmington, DE 19801
aty      Peter James Duhig      Buchanan Ingersoll &Rooney PC      The Brandywine Building      1000 West Street      Suite 1410, P.O. Box 1397      Wilmington, DE 19899
aty      Thomas F. Driscoll, III      Morris, Nichols, Arsht &Tunnell LLP      1201 North Market Street      Wilmington, DE 19801
aty      Thomas F. Driscoll, III      Morris, Nichols, Arsht &Tunnell LLP      1201 North Market Street      Wilmington, DE 19801

                                                                                                         TOTAL: 12