# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                     Debtors. : Jointly Administered
:
------------------------------------------------------------X

| **SERVICE LIST – CONFIDENTIAL FILED UNDER SEAL [RE: D.I. 1038]** |
|---|

**CONFIDENTIAL -- FILED UNDER SEAL IN ACCORDANCE WITH ORDER PURSUANT TO BANKRUPTCY SECTIONS 105, 363 AND 365 (A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING (D.I. 1012)**

Dated: July 7, 2009
      Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        James L. Bromley
                        Lisa M. Schweitzer
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone:  (212) 225-2000
                        Facsimile:  (212) 225-3999

                              - and -

FILED 2009 JUL -8 AM 9:55 US BANKRUPTCY COURT DISTRICT OF DELAWARE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.