## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Fourth Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on July 8, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: July 8, 2009

Ann C. Cordo (No. 4817)

2990364.1