## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Approving A Compromise Of A Controversy Between Nortel Networks Inc. And First Communications, Inc.** was caused to be made on July 8, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: July 8, 2009

_____
Ann C. Cordo (No. 4817)

3009344.1