IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 7, 2009, I caused to be served true and correct copies of the "Notice of (I) Solicitation of Initial Bids; (II) Public Auction and Sale Hearing; and (III) Related Relief and Dates," dated June 30, 2009 [Docket No. 1021], enclosed securely in separate postage pre-paid envelopes, to be delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Narnia Sale Ntc_ SUPP Aff_ 7-7-09.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
__th day of July, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6172079
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 10-22-2__

- 2 -

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 1ST PLACE RECYCLING LLC | 178A 10TH STREET, PISCATAWAY, NJ 08854 |
| ALCATEL-LUCENT | ATTN: MARK GIBBENS,54 RUE LA BOÉTIE, PARIS 75008,    FRANCE |
| BELTECH | 1775 GLENVALE COURT, GRAND RAPIDS, MI 49509 |
| CANADA PENSION PLAN INVESTMENT BOARD | ONE QUEEN STREET EAST,SUITE 2600,P.O. BOX 101, TORONTO, ON M5C 2W5 CANADA |
| CISCO | 170 WEST TASMAN DRIVE,ATTENTION: ALEX YU, SAN JOSE, CA 95134 |
| COMMUNICATIONS TEST DESIGN, INC | 1373 ENTERPRISE DRIVE, WEST CHESTER, PA 19380 |
| INTEL | 2200 MISSION COLLEGE BLVD., SANTA CLARA, CA 95054-1549 |
| KINGSBRIDGE CAPITAL ADVISORS | 42 BERKELEY SQUARE, LONDON,  W1J 5AW UNITED KINGDOM |
| NORSAT INTERNATIONAL | 110-4020 VIKING WAY, RICHMOND, BC V6V 2L4 CANADA |
| NORWEST VENTURE PARTNERS | 525 UNIVERSITY AVE,SUITE 800, PALO ALTO, CA 94301 |
| NOVACAP INVESTMENTS | 375 ROLAND THERRIEN BLVD.,SUITE 210, LONGUEUIL, QC J4H 4A6 CANADA |
| OPENGATE CAPITAL, LLC | 8383 WILSHIRE BLVD,SUITE 950, BEVERLY HILLS, CA 90211 |
| ORRICK, HERRINGTON & SUTCLIFFE | ATTENTION: JENNA S. CLEMENS,THE ORRICK BUILDING,405 HOWARD STREET, SAN FRANCISCO, CA 94105 |
| PERSISTENT SYSTEMS | 2077 GATEWAY PLACE,SUITE 500, SAN JOSE, CA 95110 |
| PLATINUM EQUITY | 360 NORTH CRESCENT DRIVE SOUTH BUILDING, BEVERLY HILLS, CA 90210 |
| RESEARCH IN MOTION | 295 PHILLIP STREET,ATTENTION: CHRIS WORMALD, WATERLOO, ON N2L 3W8 CANADA |
| SDP COMPONENTS | 1725 TRANSCANADA HIGHWAY, DORVAL, QC H9P 1J1 CANADA |
| SEB ENSKILDA | ATTENTION: ALIREZA ETEMAD,245 PARK AVENUE, 42ND FLOOR, NEW YORK, NY 10167 |
| SHACKLETON ADVISORS | 10877 WILSHIRE BOULEVARD,SUITE 2000, LOS ANGELES, CA 90024 |
| SKYVIEW CAPITAL | 9777 WILSHIRE BOULEVARD,7TH FLOOR, BEVERLY HILLS, CA 90210 |
| SOFINNOVA VENTURES | 850 OAK GROVE AVENUE, MENLO PARK, CA 94025 |
| STARENT | 30 INTERNATIONAL PLACE,3RD FLOOR, TEWKSBURY, MA 01876 |
| SUMMIT PARTNERS, L.P. | 499 HAMILTON AVENUE, PALO ALTO, CA 94301 |
| SUN CAPITAL PARTNERS | 5200 TOWN CENTER CIRCLE,SUITE 470, BOCA RATON, FL 33486 |
| TAMALPAIS VENTURES, LLC | 200 TAMAL PLAZA, SUITE 101, CORTE MADERA, CA 94939 |
| TECHNOLOGY CROSSOVER VENTURES | 528 RAMONA STREET, PALO ALTO, CA 94301 |
| VECTOR CAPITAL | 456 MONTGOMERY STREET,19TH FLOOR, SAN FRANCISCO, CA 94104 |

**Total Creditor Count 27**