## CERTIFICATE OF SERVICE

I, PATRICIA A. KINNEY, certify that I am not less than 18 years of age, and that service of the foregoing **Second Supplemental Affidavit Pursuant To Fed.R.Bankr.P. 2014 And Order Authorizing Debtors To Employ, Retain and Compensate Professionals In The Ordinary Course** was caused to be made on **July 9, 2009** in the manner indicated upon the entities identified below.

*Patricia A. Kinney*
Patricia A. Kinney

### VIA FIRST CLASS U.S. MAIL:

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Fred Hodara, Esq.
Akin Gump LLP
One Bryant Park
New York, NY 10036