# AFFIDAVIT

STATE OF TEXAS              )
                                   ) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for <u>one</u> insertion(s) on the following date(s): <u>July 6, 2009</u>; advertiser: <u>Nortel Networks Inc, et al.</u>; and that the foregoing statements are true and correct to the best of my knowledge.

_E. Ostenson_

Sworn to before me this
<u>7th</u> day of <u>July, 2009</u>.

_Albert Fox_
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012