IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF THE THIRD AMENDED AND RESTATED INITIAL ORDER OF THE ONTARIO COURT IN THE CANADIAN PROCEEDINGS

**PLEASE TAKE NOTICE** that on July 10, 2009, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**Canadian Proceedings**"), pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Third Amended and Restated Initial Order of the Ontario Court dated June 30, 2009 (the "**Third Amended Initial Order**").

**PLEASE TAKE FURTHER NOTICE** that the Third Amended Initial Order amends and restates the Second Amended and Restated Initial Order of the Ontario Court dated April 7, 2009 ("**Second Amended Initial Order**"). The First Amended and Restated Initial Order of the Ontario Court dated February 10, 2009 and any extensions or amendments thereto was enforced in the United States by order of this Court dated February 27, 2009. Notice of Filing of the Second Amended and Restated Initial Order and Endorsement of the Ontario Court in the Canadian Proceedings was filed with this Court on April 10, 2009 (Docket No. 593). A copy of

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

the Third Amended Initial Order and a black-line comparison with the Second Amended Initial Order are annexed hereto as Exhibit A and B, respectively.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Third Amended Initial Order is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
July 10, 2009

ALLEN & OVERY LLP

Ken Coleman
Lisa Kraidin
1221 Avenue of the Americas
New York, New York  10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
lisa.kraidin@allenovery.com

-and-

BUCHANAN INGERSOLL & ROONEY

By: /s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
Peter J. Duhig (No. 4124)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone (302) 552-4200
Facsimile (302) 552-4295
mary.caloway@bipc.com

Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Nortel Group

2