## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket No. 289 |
| | ) |

## THIRD SUPPLEMENTAL DECLARATION OF FRED S. HODARA IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS CO-COUNSEL, NUNC PRO TUNC TO JANUARY 22, 2009

**FRED S. HODARA**, hereby declares:

1.       I am an attorney at law admitted to practice in the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York.  I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which firm maintains offices at One Bryant Park, New York, New York 10036.

2.       I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (collectively, the "Debtors") to retain and employ Akin Gump, as co-counsel, nunc pro tunc to January 22, 2009 (Doc. No. 289), and to update my initial declaration,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

dated February 13, 2009, submitted in connection therewith (the "Initial Declaration"), first

supplemental declaration dated March 20, 2009 (the "First Supplemental Declaration"), and

second supplemental declaration dated May 6, 2009 (the "Second Supplemental Declaration").

      3.      On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102

of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the

District of Delaware (the "U.S. Trustee") appointed the Committee. The Committee currently

consists of five members: Flextronics Corporation (Chairperson); Airvana, Inc.; Pension Benefit

Guaranty Corporation; Law Debenture Trust Company of New York, as indenture trustee; and

The Bank of New York Mellon, as indenture trustee. On the Committee Formation Date, the

Committee selected Akin Gump to serve as co-counsel to the Committee pursuant to

section 1103(a) of the Bankruptcy Code.

      4.      In preparing this Supplemental Declaration, through my colleagues, I caused to be

submitted to Akin Gump's computerized client and conflict database (the "Conflict Database")[2]

additional entities not included in Schedule 1 to the Initial Declaration, First Supplemental

Declaration, or Second Supplemental Declaration. A copy of the list of the parties searched by

Akin Gump in connection with preparation of this Supplemental Declaration is annexed hereto

as Schedule 1 (collectively, the "Searched Parties"). The entities listed in Schedule 1 to this

Supplemental Declaration were either: identified by the Debtors' legal and/or financial advisors;

---

[2] The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter. It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

listed in the Third Supplemental Declaration of James L. Bromley in Support of Application

Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP as Counsel

for Debtors and Debtors in Possession (Docket No. 686); or came to the attention of Akin Gump

in the course of its representation of the Committee.[3]

### Representation of Parties in Interest[4]

5.      Set forth in Schedule 2 annexed hereto is a listing of those parties from Schedule

1 (Searched Parties) of this Supplemental Declaration that Akin Gump either (i) currently

represents (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases or

(ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases.  In

connection with the services to be rendered to the Committee, Akin Gump will not commence a

cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless

Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such

an action.  In connection with these chapter 11 cases, to the extent any causes of action are

commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin

Gump to participate in such action, the Committee will use conflicts counsel to represent the

interests of the Debtors' unsecured creditors.

6.      Set forth in Schedule 3 annexed hereto is a listing of those parties from

Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the

past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

---

[3] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of certain of the parties listed in Schedule 1.  If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Office of the United States Trustee if requested to do so.

[4] Akin Gump does not act as general counsel to any of the parties in interest or related entities described herein.

7.     Set forth in Schedule 4 of this Supplemental Declaration is a list of those Searched Parties from Schedule 1 of this Supplemental Declaration that appear in the Conflict Database as currently serving or having served on informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

## Other Connections and General Disclosures

8.     Akin Gump may have represented in the past and/or may currently or in the future represent entities (other than parties included in the attached exhibits) not currently known to Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases.  To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information to the Court, the Debtors and the U.S. Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on July 10, 2009

Fred S. Hodara

## SCHEDULE 1

### PARTIES SEARCHED IN THE CONFLICT DATABASE

### Parties Who Have Filed Notices of Appearance: April 15, 2009 Through June 29, 2009

IBM Corporation
Beeline.com, Inc.
Modis, Inc
Unisys Corporation
Intech Group, Inc.
Barry Satlow
David G. Walder
Lisa Fitzgerald
Eltek Valere U.S. Inc.
Unisys de Mexico S.A. de C.V.
Nokia Siemens Networks B.V.

### Other Parties in Interest[1]

Winston & Strawn LLP
O'Bryon & Schnabel, APLC
Kroll Ontrack Inc.
Waller Lansden Dortch & Davis LLP
Welch Consulting Ltd.
Huddleston Bolen, LLP
Jensen & Ferrell
Hiscock & Barclay LLP
Palisades Capital Advisors LLC
Punter Southall LLC
True Partners Consulting LLC
ASM Capital, L.P.
Riker, Danzing, Scherer, Hyland & Perretti, LLP
Deka Immobilien Investment GmbH
MatlinPatterson Global Advisers LLC
Party A
Party B
Party C
Party D
Party E

---

[1] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of the parties identified in this Schedule 1 as Parties "A" through "U". If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Office of the United States Trustee if requested to do so.

Party F
Party G
Party H
Party I
Party J
Party K
Party L
Party M
Party N
Party O
Party P
Party Q
Party R
Party S
Party T
Party U

8179773

## SCHEDULE 2

## PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENT OR FORMER CLIENTS OF AKIN GUMP

**Parties Who Have Filed Notices of Appearance:**
**April 15, 2009 through June 29, 2009**

Akin Gump has in the past represented and currently represents Nokia Siemens Networks, B.V. LP and/or certain related parties on matters wholly unrelated to the Debtors' chapter 11 cases.

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

IBM Corporation                                Unisys de Mexico S.A. de C.V.

Unisys Corporation

### Other Parties in Interest

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

MatlinPatterson Global Advisers LLC          Party L

Party A                                      Party M

Party C                                      Party R

Party D                                      Party S

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Winston & Strawn LLP                         Party F

Party B                                      Party H

Party E                                      Party N

**SCHEDULE 3**

**PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1
WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY
OR FORMERLY ADVERSE TO CLIENTS OF AKIN GUMP**

| | |
|---|---|
| IBM Corporation | Party E |
| Modis, Inc. | Party F |
| Unisys Corporation | Party G |
| Unisys de Mexico S.A. de C.V. | Party H |
| Nokia Siemens Networks B.V. | Party L |
| Palisades Capital Advisors LLC | Party M |
| ASM Capital, L.P. | Party N |
| MatlinPatterson Global Advisers LLC | Party R |
| Party A | Party S |
| Party B | Party T |
| Party C | Party U |
| Party D | |

**SCHEDULE 4**

**PARTIES LISTED ON SCHEDULE 1**
**WHO ARE RECORDED IN THE CONFLICT DATABASE AS SERVING OR HAVING**
**SERVED ON OTHER INFORMAL AND/OR OFFICIAL CREDITORS'**
**COMMITTEES REPRESENTED BY AKIN GUMP**

Party D                                    Party R

8179773