## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Amended Motion For An Order Authorizing The Assumption Of An Executory Contract Under Section 365 OF The Bankruptcy Code And Granting Related Relief** was caused to be made on July 10, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: July 10, 2009

_____
Andrew R. Remming (No. 5120)

2972110.1