IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :   Jointly Administered
      Debtors.                :
                                                            :
                                                            :   **RE: D.I. 931, 1012**
                                                            :
                                                            :
------------------------------------------------------------X

**NOTICE OF FILING OF MASTER NOTICES OF ASSIGNMENT
OF CONTRACTS AND ASSUMPTION OF UNEXPIRED LEASES
IN CONNECTION WITH THE PROPOSED SALE
OF CERTAIN ASSETS OF DEBTORS' CDMA AND LTE BUSINESS**

  PLEASE TAKE NOTICE that on June 19, 2009, Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors") filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts and (C) the Assumption and Sublease of Certain Leases (the "Sale Motion") [D.I. 931][2] seeking approval of the sale of certain of Debtors' assets (the "Assets") to Nokia Siemens Network B.V. pursuant to the terms of an Asset Sale Agreement dated June 19, 2009 (the "Sale Agreement"), including the assumption of certain executory contracts and unexpired leases (the "Scheduled Agreements"), and the assignment of such executory contracts and sublease of such unexpired leases pursuant to the procedures as set forth in the Sale Motion (the "Assumption and Assignment Procedures"), and the approval of certain bidding procedures in connection with the proposed sale (the "Bidding Procedures").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that on June 30, 2009, the United States Bankruptcy Court for the District of Delaware entered an order that, among other things, approved the Assumption and Assignment Procedures and the Bidding Procedures (the "Bidding Procedures Order") [D.I. 1012].

PLEASE TAKE FURTHER NOTICE that, pursuant to the Assumption and Assignment Procedures, the Debtors are required to file with the Court a master notice (the "Master Notice") that sets forth: (i) the name and address of each Counterparty to a Scheduled Agreement, (ii) notice of the proposed effective date of the assumption and assignment or sublease, (iii) a description of each Scheduled Agreement, and (iv) the Cure Amount, if any. For Customer Contracts (as defined in the Sale Motion), the Debtors are permitted to file a separate Master Notice under seal with the Court and deliver copies to (i) counsel to the Purchaser, (ii) the U.S. Trustee, (iii) counsel to the Monitor, (iv) counsel to the Committee, and (v) counsel to the Bondholder Group.

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing with the Court such Master Notice in accordance with the Assumption and Assignment Procedures set forth in the Sale Motion. This Master Notice lists Scheduled Agreements other than Customer Contracts on Exhibit A. The Master Notice list of Customer Contracts is attached hereto as Exhibit B. Pursuant to the Bidding Procedures Order, Exhibit B will be filed under seal. The assumption and assignment or sublease of the Scheduled Agreements shall be effective upon the closing (the "Closing Date") of the sale to the Purchaser, subject to the approval of the Agreement and such assumption and assignment or sublease, as applicable. The terms of and conditions to the assumption and assignment or sublease of each contract or lease are further governed by the Agreement and the Sale Motion (including the Assumption and Assignment Procedures).

PLEASE TAKE FURTHER NOTICE that pursuant to the Bidding Procedures Order, objections, if any, to the assumption or assumption and assignment (as applicable) of the Scheduled Agreements (including to the Cure Amounts), including without limitation any objection to the adequate assurance of future performance by the Purchaser under the applicable Scheduled Agreement, must be filed with the Court no later than July 17, 2009 at 4:00 p.m. (ET), and notice of such objection must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) served on counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer), and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott), so that such objection is actually received no later than July 17, 2009 at 4:00 p.m. (ET) (the "Objection Deadline"); and (d) served so as to be received contemporaneously by the following: (i) counsel to the Purchaser: Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates, Four Times Square, New York, New York 10036, Fax: (212) 735-2000 (Attention: N. Lynn Hiestand) and Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899, Fax: (302) 651-3000 (Attention: Sarah E. Pierce and Gregg M. Galardi), (ii) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Fax: (212) 872-1002 (Attention: Fred S. Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King

Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), and (iii) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax: (212) 822-5735 (Attention: Roland Hlawaty). Any such notice must specify the grounds for such objection. Pursuant to the Bidding Procedures Order, only those objections made in compliance with the foregoing requirements will be considered by the Court at the Sale Hearing.

Dated: July 13, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*