# EXHIBIT A

| Name and Address of Counterparty | Proposed Effective Date of Assumption and Assignment | Description of Agreement | Cure Amount |
|---|---|---|---|
| Airvana Inc<br>19 Alpha Rd<br>Chelmsford, MA 01824-4124<br>US | As of the Closing Date | Development and Purchase and Sale Agreement for CDMA High Data Rate (1xEV-DO) Products, as amended and supplemented | $36,393,769.67 |
| | As of the Closing Date | Airvana Inc Diagnostic SW License Agreement and Schedules A-S | $0.00 |

| Name and Address of Counterparty | Proposed Effective Date of Assumption and Sublease | Description of Agreement | Cure Amount |
|---|---|---|---|
| U.S. Bank National Association<br>Attn: Corporate Trust Administration<br>Boston, MA 02110 | As of the Closing Date | Lease between U.S. Bank National Association and Nortel Networks, Inc dated as of July 27, 2001, pertaining to the premises at 4001 East Chapel Hill-Nelson Hwy, Research Triangle Park, NC | $0.00 |
| iStar CTL North Glenville- Richardson<br>c/o iStar Financial Inc.<br>(Attn: VP of Asset Mgmt)<br>Dallas, TX 75240 | As of the Closing Date | Lease between iStar CTL I, L.P. and Nortel Networks Inc. dated July 15, 1996, as amended, pertaining to the premises at 1460 N. Glenville Drive, Richardson, Texas 75081 | $0.00 |