## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Master Notices Of Assignment Of Contracts And Assumption Of Unexpired Leases In Connection With The Proposed Sale Of Certain Assets Of Debtors' CDMA And LTE Business** was caused to be made on July 13, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: July 13, 2009

                                                     Andrew R. Remming (No. 5120)

3013018.1