Marc D. Youngelson, Esq.
Cosner Cosner & Youngelson
197 Highway 18, Suite 308
East Brunswick, New Jersey 08816
Phone: (732) 937-8000
Fax:    (732) 937-5439
Counsel to SEAL Consulting, Inc.

|  |  |
|---|---|
| In re: )<br>)<br>NORTEL NETWORKS, INC., )<br>ET AL., )<br>Debtors. )<br>) | UNITED STATES BANKRUPTCY<br>COURT DISTRICT OF DELAWARE<br>Chapter 11<br><br>Case No.: 09-10138 KG |

## NOTICE OF APPEARANCE, SUBSTITUTION OF COUNSEL, AND DEMAND FOR SERVICE OF NOTICES OF PLEADINGS

PLEASE TAKE NOTICE that Marc D. Youngelson, Esq. of Cosner Cosner & Youngelson hereby enters his appearance as counsel to SEAL Consulting, Inc. ("SEAL"), a creditor and party-in-interest in the above-captioned Chapter 11 cases (collectively, the "Cases"), and pursuant to Sections 342 and 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those governed by Bankruptcy Rules 2002, 3017, and 9007) given, and all papers served or required to be served, in the Cases, or in any case, controversy, or proceeding related to the Cases, be given to and served upon me at the address, telephone, facsimile number and e-mail address indicated above.

PLEASE TAKE FURTHER NOTICE that Cosner Cosner & Youngelson hereby substitutes as counsel for SEAL, with the consent and approval of SEAL and its prior counsel herein, Parag P. Patel, Esq.

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules specified above but also includes, without limitation, orders and

notices of any applications, motions, orders, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, any disclosure statement or plan of reorganization, pursuant to Bankruptcy Rule 3017, and any other document brought before this Court with respect to the Cases, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that SEAL does not intend that this Notice of Appearance, Substitution of Counsel, and Demand for Service of Notice and Pleadings, or any later appearance or pleadings, be deemed or construed to be a waiver of SEAL's rights: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in the Cases, or any case, controversy, or proceedings, related to the Cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any other person, firm, or governmental agency; and (v) to any other rights, claims, actions setoffs, recoupments, or defenses to which SEAL is or may be entitled.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, Substitution of Counsel, and Demand for Service of Notice and Pleadings shall not be construed as an appointment of Marc D. Youngelson, Esq. or his firm as the authorized agent of SEAL either

expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: July 6, 2009

                                            Marc D. Youngelson
                                            Counsel to SEAL Consulting, Inc.

Dated: 7/1/09

                                            Nicholas Visco, CFO
                                            SEAL Consulting, Inc.

Dated:

                                            Parag P. Patel, Esq.

expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: July 1, 2009

                                    Marc D. Youngelson
                                    Counsel to SEAL Consulting, Inc.

Dated:

                                    Nicholas Visco, CFO
                                    SEAL Consulting, Inc.

Dated:

                                    Parag P. Patel, Esq.