STEPHEN C. TINGEY (Utah Bar no. 4424)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
   e-mail: stingey@rqn.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>**NORTEL NETWORKS, INC.,** *et al*<br><br>Debtors. | Case No. 09-10138 KG<br>(Chapter 11)<br><br>Jointly Administered |
|---|---|

### REQUEST FOR NOTICE

Stephen C. Tingey of the firm of Ray Quinney & Nebeker P.C. hereby requests to be placed upon the mailing matrix in the above-referenced case and receive notice on all future hearings, copies of all pleadings, and mailings therein. Copies should be sent to the following:

      Stephen C. Tingey
      **RAY QUINNEY & NEBEKER P.C.**
      36 South State Street, Suite 1400
      P.O. Box 45385
      Salt Lake City, Utah 84145-0385

DATED this 6 day of July, 2009.

                                              RAY QUINNEY & NEBEKER P.C.

                                              */s/ S. Tingey*
                                              Stephen C. Tingey

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of July, 2009, a true and correct copy of the foregoing REQUEST FOR NOTICE was mailed via first class mail, postage prepaid, addressed to:

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006

Derek C. Abbott
Eric d. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware  19801

Thomas Tinker
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899

Christopher Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE  19801

Epiq Bankruptcy Solutions
For Nortel Networks, Inc.
757 Third Avenue, 3rd Floor
New York, New York  10017

_____
[signature]

1041346

2