## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | |
| ) | |
| Nortel Networks Inc., et al.,[1] ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Debtors ) | Jointly Administered |
| ) | |
| ) | Objection Date: July 29, 2009 at 4:00 p.m. (ET) |
| ) | Hearing Date: August 4, 2009 at 10 a.m. (ET) |

### MOTION FOR DEFERRED COMPENSATION
### MOTION FOR SEVERANCE COMPENSATION
### MOTION FOR DEFAULT JUDGMENT

1. Robert J. Cabral (herein "employee") was deceived, manipulated, harmed and wrongfully terminated by Nortel Networks, Inc., et al.,[1] (herein "employer").

2. The employee is due a severance pay in the approximate amount of $43,000 dollars for several years of continuous dedicated employment service to the employer.

3. The employee had contributed approximately $147,180 dollars to the employer's stock plan to provide for future deferred employee compensation.

4. The employee requests this honorable court to provide priority relief for any/all compensation due the employee by its employer including default judgment.

5. The employer liquidated all Nortel Networks, Inc. stock in the employee's personal 401K retirement fund prior to the employee's wrongful termination. This was a violation of the employee's rights as an employee and shareholder. The 401K plan is the employee's personal retirement account and the abrupt sale of the Nortel Networks, Inc stock from that retirement account was conducted without the consent of the employee creating severe financial losses to the employee.

6. The employee has formally submitted claim numbers 464 and 713 against the employer for its wrong doing; however the employer has failed to respond within the prescribed 30 days; therefore the employee requests default judgment. These claims were served to the employer and are publicly available at the following: http://chapter11.epiqsystems.com/NNI/claim/search.aspx

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystem Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc (5722); Nortel Networks Application Management Solutions, Inc (2846); Nortel Networks Optical Components, Inc (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Nortel Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

## COUNT I- BREACH OF ETHICS & SEVERANCE COMPENSATION

7. The employee repeats and incorporates Paragraphs 1 through 6 above herein.

8. The employer breached its code of ethics agreement with the employee.

WHEREFORE, Robert J. Cabral demands judgment in its favor and against the employer for severance compensation due in the amount of $43,000; that the employer be ordered to pay the interest, costs and reasonable attorney's fees; and that the Court order such relief as it deems just and proper.

## COUNT II- UNJUST ENRICHMENT

9. The employee repeats and incorporates Paragraphs 1 through 6 above herein.

10. The employer has been unjustly enriched by the employee based on several years of contribution to the employer's stock.

WHEREFORE, Robert J. Cabral demands judgment in its favor and against the employer for $147,180 for deferred stock compensation; that employer be ordered to pay the interest, costs and reasonable attorney's fees; and that the Court order such relief as it deems just & proper.

## COUNT III- CHAPTER 93A CLAIM

11. Plaintiff repeats and incorporates Paragraphs 1 through 6 above herein.

12. The employer has engaged in unfair and deceptive acts, as stated above and is in violation of M.G.L. c. 93A, section 11 or any equivalent federal statute.

13. The employee has suffered damages as a result of the unfair or deceptive practices by its employer and the employer has failed to respond to the Ch93A claim.

WHEREFORE, Robert J. Cabral demands default judgment in its favor and against the employer, in the amount of $190,180, trebled damages, plus costs, interest and attorney's fees and that the Court order such relief as it deems just and proper.

Respectfully submitted,

Date: July 8, 2009

Robert J. Cabral, Pro Se
33 Hickory Lane
Hudson, Ma 01749
Telephone: 978-760-2622

CC: CLEARY GOTTLIEB STEEN & HAMILTON LLP
CC: MORRIS, NICHOLS, ARSHT & TUNNELL LLP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors ) | |

## CERTIFICATE OF SERVICE

1. I, Robert J. Cabral, hereby certify under oath that I have this 8th day of July, 2009 sent a copy of the foregoing **MOTION FOR DEFERRED COMPENSATION, MOTION FOR SEVERANCE COMPENSATION & MOTION FOR DEFAULT JUDGMENT**

   by United States Certified Mail with return receipt to the following:

   A. MORRIS, NICHOLS, ARSHT & TUNNELL LLP
   Attention: Ann C. Cordo, Esquire
   1201 North Market Street, 18th Floor
   Wilmington, DE 19899

   B. CLEARY GOTTLIEB STEEN & HAMILTON LLP
   Attention: James L. Bromley, Esquire
   One Liberty Plaza
   New York, New York 10006

   C. Nortel Networks, Inc Claims Processing Center
   c/o Eqip Banckruptcy Solutions, LLC
   FDR Station, P.O. Box 5075
   New York, NY 10150-5075

2. I, Robert J. Cabral hereby certify on March 2, 2009 I sent a copy of claim # 464 and on March 23, 2009 I sent a copy of claim # 713 via certified US mail w/ return receipt to:

   Nortel Networks, Inc Claims Processing Center
   c/o Eqip Banckruptcy Solutions, LLC
   FDR Station, P.O. Box 5075
   New York, NY 10150-5075

   Robert J. Cabral

# Robert J. Cabral

33 HICKORY LANE
HUDSON, MASSACHUSETTS 01749

TELEPHONE (978) 760-2622
FASCIMILE (978) 568-1145
bob_cabral@hotmail.com

March 2, 2009

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**CLAIM: NORTEL NETWORKS, INC COMPENSATION DUE EMPLOYEE**

To whom it may concern,

Robert J. Cabral discloses that he is a current employee with Nortel Networks Inc.

This claim is for the stock losses sustained by the employee as a result of unfair and deceptive practices by the employer, Nortel Networks Inc. and any of its affiliates. This claim is being sent subject to M.G.L. Chapter 93A claim for triple damages based on unfair and deceptive acts and practices of the employer. Employer manipulated employee unfairly.

A demand of relief is made for all Nortel Networks, Inc. stock purchases incurred by the employee. The employee acquired approximately $100,000+ dollars of Nortel Networks, Inc company stock through the employer's 401K retirement plan and an additional $47,179.77 dollars of company stock purchased by employee from 1999-2008.

| Date | Amount |
|---|---|
| 4/30/1999 | $5,029 |
| 10/29/1999 | $4,788 |
| 04/28/2000 | $4,998 |
| 01/13/2000 | $14,000.04 |
| 01/03/2001 | $14,000.04 |
| 11/21/2008 | $854.00 |
| 09/30/2008 | $3,510.69 |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)      0000000464



Therefore a demand is made by Robert J. Cabral in the amount of $147,179.77 plus interest, appreciation and any legal fees. A response is expected within 30 days otherwise legal action will be taken subject to M.G.L. Chapter 93A including requesting triple damages. This demand notice was sent via first class US mail and US certified mail return receipt # 7008 0150 0000 4098 8271.

Respectively Submitted,

Robert J. Cabral (Pro-Se)



FILED / RECEIVED
MAR - 4 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

# Robert J. Cabral

33 HICKORY LANE
HUDSON, MASSACHUSETTS 01749

TELEPHONE (978) 760-2622
FASCIMILE (978) 568-1145
bob_cabral@hotmail.com

March 23, 2009

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075



Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)         0000000713

**CLAIM: REINSTATEMENT, DAMAGES AND SERVERANCE DUE EMPLOYEE**

To Whom It May Concern;

Robert J. Cabral (hereinafter the "employee") known with Nortel global id: 4723002 was erroneously affected by the **work force reduction** conducted by Nortel Networks, Inc. (hereinafter the "employer"). The employee was improperly terminated, reinstated and then re-terminated by the employer against the employer's own policies and procedures.

This claim is being sent subject to M.G.L. Chapter 93A claim for triple damages based on unfair and deceptive acts and practices by the employer. The employer manipulated and deceived the employee unfairly, including causing pain and suffering to the employee. The behavior of the employer violates its own ethical obligations to its employee. The employer did not properly handle the employee's termination and violated ethical, moral and legal boundaries. The employer never contacted the employee to discuss, explain or apologize for the unfortunate events that occurred between March 10, 2009 thru March 16, 2009 regarding the unexpected and abrupt early termination of the employee's employment status, network services, email, voice mail and telephone connectivity. The employee is providing this detailed account of the events as proof of employer's wrong doing. The employee's coworkers were also disappointed with the unprofessional conduct engaged by the employer.

On or around February 25, 2009, Manager, Edward Eng stated that the Corporate Systems Engineering group would not be impacted by the employer's work force reductions.

On or around February 27, 2009 thru March 13, 2009, the employee's direct Manager, Edward Eng went on vacation.

On or around February 27, 2009, the employee's coworker, Michael Mosca announced his two week notice and his intent to terminate his employment with the employer.

**FILED / RECEIVED**

MAR 2 5 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

1