IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                                     :    Chapter 11
In re                                                :
                                                     :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                     :
                        Debtors.                     :    Jointly Administered
                                                     :
                                                     :
                                                     :
                                                     :
-----------------------------------------------------X
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 17, 2009 AT 11:00 A.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.    Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).

   Related Pleadings:  None.

   Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET).  Extended to July 21, 2009 at 4:00 p.m. (ET) for the Debtors.

   Responses Received:  None at this time.

   Status:  This matter has been adjourned to the hearing scheduled for July 28, 2009 at 2:00 p.m. (ET).

2.    Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

   Related Pleadings:  None.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

<u>Objection Deadline</u>: June 4, 2009 at 4:00 p.m. (ET).  Extended to July 28, 2009 at 4:00 p.m. (ET) for the Debtors.

<u>Responses Received</u>:  None at this time.

<u>Status</u>:  This matter has been adjourned to the hearing scheduled for August 4, 2009 at 10:00 a.m. (ET).

3.    Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives (D.I. 800, Filed 5/29/09).

<u>Related Pleadings</u>:  None.

<u>Objection Deadline</u>: June 19, 2009 at 4:00 p.m. (ET). Extended to August 11, 2009 at 4:00 p.m. for the Debtors and the Committee

<u>Responses Received</u>:  None at this time.

<u>Status</u>:  This matter has been adjourned to the hearing scheduled for August 18, 2009 at 10:00 a.m. (ET).

4.    Debtors' Motion For An Order Authorizing The Assumption Of An Executory Contract Under Section 365 Of The Bankruptcy Code And Granting Related Relief (D.I. 1000, Filed 6/29/09).

<u>Related Pleadings</u>:

   a)    Debtors' Amended Motion For An Order Authorizing The Assumption Of An Executory Contract Under Section 365 Of The Bankruptcy Code And Granting Related Relief (D.I. 1064, Filed 7/10/09).

<u>Objection Deadline</u>: July 10, 2009 at 4:00 p.m. (ET)

<u>Responses Received</u>:  None at this time.

<u>Status</u>:  This matter is adjourned to a date to be determined.

<u>UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):</u>

5.    Debtors' Motion For An Order Approving A Compromise Of A Controversy Between Nortel Networks Inc. And Moline Dispatch Publishing Co., LLC (D.I. 982 Filed 6/26/09).

<u>Related Pleadings</u>:

   a)    Certificate Of No Objection (D.I. 1071, Filed 7/15/09).

<u>Objection Deadline</u>: July 10, 2009 at 4:00 p.m. (ET)

Responses Received:  None.

Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

6.    Motion Of Xeta Technologies, Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff (D.I. 918, Filed 6/17/09).

Related Pleadings:

a)    Renotice Of Motion Of Xeta Technologies, Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff (D.I. 929, Filed 6/19/09);

Objection Deadline:  July 10, 2009 at 4:00 p.m. (ET)

Responses Received:

a)    Informal comments from the Debtors.

Status:   The parties will submit a revised order at the hearing that resolves the matter.

CONTESTED MATTER GOING FORWARD:

7.    Notice Of Hearings On Professional Fee Application Requests Of Professionals For The Periods (I) January 14, 2009 Through April 30, 2009; (II) May 1, 2009 Through July 31, 2009; And (III) August 1, 2009 Through October 31, 2009 (D.I. 837, Filed 6/2/09).

Related Pleadings:  See attached Exhibit A.

Responses Received:

a)    Informal comments to the First Interim Fee Application Request of Mercer (US) Inc., by the Debtors and the United States Trustee;

b)    Informal comments to the First Interim Fee Application Request of Akin Gump by the United States Trustee;

c)    Informal comments to the First Interim Fee Application Request of Lazard Freres & Co., by the Debtors;

d)    Informal comments to the First Interim Fee Application Request of Jackson Lewis LLP by the Debtors; and

e)    Informal comments to the First Interim Fee Application of Crowell & Moring LLP by the Debtors.

Status:  These matters are going forward.


Dated:  July 15, 2009
        Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    James L. Bromley (No. 5125)
                                    Lisa M. Schweitzer (No. 1033)
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone:  (212) 225-2000
                                    Facsimile:  (212) 225-3999

                                              - and -

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    Derek C. Abbott (No. 3376)
                                    Eric D. Schwartz (No. 3134)
                                    Ann C. Cordo (No. 4817)
                                    Andrew R. Remming (No. 5120)
                                    1201 North Market Street, 18th Floor
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    Telephone:  (302) 658-9200
                                    Facsimile:  (302) 425-4663

                                    *Counsel for the Debtors and
                                    Debtors in Possession*

3012226.3