# EXHIBIT A

## Nortel Networks Inc, Bankruptcy Case No. 09-10138
### Summary of Fees and Expenses for the Period
### From January 14, 2009 through April 30 2009, unless otherwise specified

### Hearing: July 17, 2009 at 11:00 a.m. (Eastern Time)

### Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.  First Interim Fee Application Request of Akin Gump As Co-Counsel for the Official Committee of Unsecured Creditors for the Period January 22, 2009 Through April 30, 2009 (D.I. 882, Filed 6/10/09).

   1. First Monthly Application of Akin for the Period January 22, 2009 Through February 28, 2009 (D.I. 513, Filed 3/20/09)

   2. CNO [Re: D.I. 513] (D.I. 596, Filed 4/13/09);

   3. Second Monthly Application of Akin for the Period March 1, 2009 Through March 31, 2009 (D.I. 628, Filed 4/20/09);

   4. CNO [Re: D.I. 628] (D.I. 736, Filed 5/13/09);

   5. Third Monthly Application of Akin for the Period April 1, 2009 Through April 30, 2009 (D.I. 780, Filed 5/22/09); and

   6. CNO [Re: D.I. 780] (D.I. 906, Filed 6/15/09).

### Ashurst LLP ("Ashurst")

B.  First Interim Fee Application Request of Ashurst as European Counsel to the Official Committee of Unsecured Creditors for the Period January 30, 2009 through April 30, 2009 (D.I. 889, Filed 6/10/09).

   1. First Monthly Application of Ashurst for the Period January 30, 2009 Through February 28, 2009 (D.I. 517, Filed 3/20/09);

   2. CNO [Re: D.I. 517] (D.I. 598, Filed 4/13/09);

   3. Second Monthly Application of Ashurst for the Period March 1, 2009 through March 31, 2009 (D.I. 648, Filed 4/21/09);

   4. CNO [Re: D.I. 648] (D.I. 738, Filed 5/13/09);

   5. Third Monthly Application of Ashurst for the Period April 1, 2009 through April 30, 2009 (D.I. 781, Filed 5/22/09); and

   6. CNO [Re: D.I. 781] (D.I. 907, Filed 6/15/09).

**Capstone Advisory Group, LLC ("Capstone")**

C. First Interim Fee Application Request of Capstone as Financial Advisor for the Official Committee of Unsecured Creditors for the Period January 26, 2009 through April 30, 2009 (D.I. 883, Filed 6/10/09.

    1. First Monthly Application of Capstone for the Period January 26, 2009 through February 28, 2009 (D.I. 514, Filed 3/20/09);

    2. CNO [Re: D.I. 514] (D.I. 597, Filed 4/13/09);

    3. Second Monthly Application of Capstone for the Period March 1, 2009 through March 31, 2009 (D.I. 694, Filed 5/4/09);

    4. CNO [Re: D.I. 694] (D.I. 796, Filed 5/28/09);

    5. Third Monthly Application of Capstone for the Period April 1, 2009 through April 30, 2009 (D.I. 862, Filed 6/8/09); and

    6. CNO [Re: D.I. 862] (D.I.1033, Filed 7/2//09).

**Cleary Gottlieb Steen & Hamilton LLP ("Cleary")**

D. First Interim Fee Application Request Of Cleary As Attorneys For Debtors And Debtors-In-Possession, For The Period January 14, 2009 Through April 30, 2009 (D.I. 978, Filed 6/26/09).

    1. First Monthly Fee Application of Cleary For The Period Of January 14, 2009 Through January 31, 2009 (D.I. 470, Filed 3/13/09);

    2. CNO [Re: D.I. 470] (D.I. 583, Filed 4/8/09);

    3. Second Monthly Fee Application of Cleary For The Period Of February 1, 2009 Through February 28, 2009 (D.I. 664, Filed 4/24/09);

    4. CNO [Re: D.I. 664] (D.I. 762, Filed 5/18/09);

    5. Third Monthly Fee Application of Cleary For The Period Of March 1, 2009 Through March 31, 2009 (D.I. 863, Filed 6/8/09);

    6. CNO [Re: D.I. 863] (D.I. 1026, Filed 7/1/09);

    7. Fourth Monthly Fee Application of Cleary For The Period Of April 1, 2009 Through April 30, 2009 (D.I. 966, Filed 6/26/09); and

    8. CNO [Re: D.I. 966] (TBD).

.
Writing:
# Crowell & Moring LLP ("Crowell")

E.     First Interim Fee Application Request Of Crowell Special Counsel For Debtors And Debtors-In-Possession, For The Period January 14, 2009 Through April 30, 2009 (D.I. 952, Filed 6/24/09).

       1. First Monthly Fee Application of Crowell For The Period Of January 14, 2009 Through January 31, 2009 (D.I. 920, Filed 6/17/09);

       2. CNO [Re: D.I. 920] (D.I. 1053, Filed 7/9/09);

       3. Second Monthly Fee Application of Crowell For The Period Of February 1, 2009 Through February 28, 2009 (D.I. 921, Filed 6/17/09);

       4. CNO [Re: D.I. 921] (D.I. 1054, Filed 7/9/09);

       5. Third Monthly Fee Application of Crowell For The Period Of March 1, 2009 Through March 31, 2009 (D.I. 922, Filed 6/7/09);

       6. CNO [Re: D.I. 922] (D.I. 1055, Filed 7/9/09);

       7. Fourth Monthly Fee Application of Crowell For The Period Of April 1, 2009 Through April 30, 2009 (D.I. 923, Filed 6/7/09); and

       8. CNO [Re: D.I. 923] (D.I. 1056, Filed 7/9/09).

# Ernst & Young LLP ("E&Y")

F.     First Fee Application Request Of E&Y As Indirect Tax Services Provider To The Debtors-In-Possession For The Period Of January 14, 2009 Through April 30, 2009 (D.I. 981, Filed 6/26/09).

       1. First Monthly Fee Application of E&Y For The Period Of January 14, 2009 Through April 30, 2009 (D.I. 980, Filed 6/26/09).

**Fraser Milner Casgrain LLP ("Fraser")**

G. First Interim Fee Application Request of Fraser for the Period January 26, 2009 through April 30, 2009 (D.I. 884, Filed 6/10/09).

    1. First Interim Application of Fraser for the Period January 26, 2009 Through February 28, 2009 (D.I. 518, Filed 3/20/09);

    2. CNO [Re: D.I. 518] (D.I. 599, Filed 4/13/09);

    3. Second Interim Application of Fraser for the Period March 1, 2009 through March 31, 2009 (D.I. 632, Filed 4/20/09);

    4. CNO [Re: D.I. 632] (D.I. 737, Filed 5/13/09);

    5. Third Interim Application of Fraser for the Period April 1, 2009 through April 30, 2009 (D.I. 782, Filed 5/22/09); and

    6. CNO [Re: D.I. 782] (D.I. 908, Filed 6/15/09).

**Huron Consulting Group ("Huron")**

H. First Interim Application of Huron, As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, for Compensation and Reimbursement of Expenses for the Period February 2, 2009 through April 30, 2009 (D.I. 849, Filed 6/3/09).

    1. First Monthly Fee Application of Huron for the Period February 2, 2009 Through February 28, 2009 (D.I. 519, Filed 3/23/09);

    2. CNO [Re: D.I. 519] (D.I. 612, Filed 4/16/09);

    3. Second Monthly Fee Application of Huron for the Period March 1, 2009 Through March 31, 2009 (D.I. 665, Filed 4/24/09);

    4. CNO [Re: D.I. 665] (D.I. 763, Filed 5/18/09);

    5. Third Monthly Fee Application of Huron for the Period April 1, 2009 Through April 30, 2009 (D.I. 785, Filed 5/22/09); and

    6. CNO [Re: D.I. 785] (D.I. 909, Filed 6/16/09).

**Jackson Lewis LLP ("Jackson")**

I. First Interim Application of Jackson As Counsel For Debtors And Debtors-In-Possession, for Compensation and Reimbursement of Expenses for the Period January 14, 2009 through April 30, 2009 (D.I. 891, Filed 6/10/09).

    1. First Monthly Fee Application of Jackson for the Period January 14, 2009 Through January 31, 2009 (D.I. 577, Filed 4/11/09);

    2. CNO [Re: D.I. 577] (D.I. 678, Filed 4/30/09);

    3. Second Monthly Fee Application of Jackson for the Period February 1, 2009 Through February 28, 2009 (D.I. 652, Filed 4/21/09);

    4. CNO [Re: D.I. 652] (D.I. 750, Filed 5/14/09);

    5. Third Monthly Fee Application of Jackson for the Period March 1, 2009 Through March 30, 2009 (D.I. 822, Filed 6/1/09);

    6. CNO [Re: D.I. 822] (D.I. 975, Filed 6/26/09);

    7. Fourth Monthly Fee Application of Jackson for the Period April 1, 2009 Through April 30, 2009 (D.I. 858, Filed 6/5/09); and

    8. CNO [Re: D.I. 858] (D.I. 1062, Filed 7/10/09).

**Jefferies & Company, Inc ("J&C")**

J. First Interim Application of Jeffries As Investment Banker to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period February 1, 2009 to February 28, 2009 (D.I. 886, Filed 6/10/09).

    1. First Monthly Fee Application of J&C for the Period February 1, 2009 Through February 28, 2009 (D.I. 606, Filed 4/14/09);

    2. Certification of Counsel Regarding First Monthly Fee Application for the Period from February 1, 2009 Through February 28, 2009 (D.I. 705, Filed 5/6/09);

    3. Second Monthly Fee Application of J&C for the Period March 1, 2009 through March 31, 2009 (D.I. 773, Filed 5/20/09);

    4. Supplemental Application for Compensation to Second Monthly Fee Application of Jefferies (D.I. 855, Filed 6/5/09);

    5. CNO [Re: D.I. 855] (D.I. 897, Filed 6/11/09);

    6. Third Monthly Fee Application of J&C for the Period April 1, 2009 through April 30, 2009 (D.I. 871, Filed 6/9/09); and

    7.    CNO [Re: D.I. 871] (TBD).

**Lazard Freres & Co. LLC ("Lazard")**

K.    First Application Request Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period January 14, 2009 Through April 30, 2009 (D.I. 957, Filed 6/25/09.

    1.    First Monthly Fee Application of Lazard for the Period January 14, 2009 Through April 30, 2009 (D.I. 606, Filed 4/14/09).

**Mercer (US) Inc. ("Mercer")**

L.    First Interim Fee Application Request of Mercer (Us) Inc., as Compensation Specialist to the Debtors, for the Period January 14, 2009 through April 30, 2008 (D.I. 951, Filed 6/24/09).

    1.    First Monthly Fee Application of Mercer for the Period January 14, 2009 Through April 30, 2009 (D.I. 948, Filed 6/24/09); and

    2.    CNO [Re: D.I. 948] (TBD).

**Morris, Nichols, Arsht & Tunnell LLP ("MNAT")**

M.    First Interim Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, Bankruptcy Counsel for Debtors and Debtors-In-Possession for the Period January 14, 2009 through April 30, 2009 (D.I. 839, Filed 6/2/09).

    1.    First Interim Application of MNAT for the Period January 14, 2009 through January 31, 2009 (D.I. 298, Filed 2/13/09);

    2.    CNO [Re: D.I. 298] (D.I. 460, Filed 3/12/09);

    3.    Second Interim Application of MNAT for the Period February 1, 2009 through February 28, 2009 (D.I. 540, Filed 3/26/09);

    4.    CNO [Re: D.I. 540] (D.I. 659, Filed 4/22/09);

    5.    Third Interim Application of MNAT for the Period March 1, 2009 through March 31, 2009 (D.I. 674, Filed 4/28/09);

    6.    CNO [Re: D.I. 674] (D.I. 798, Filed 5/28/09);

    7.    Fourth Interim Application of MNAT for the Period April 1, 2009 through April 30, 2009 (D.I. 823, Filed 6/1/09); and

    8.    CNO [Re: D.I. 823] (D.I. 976, Filed 6/26/09).

**Paradigm DKD Group, LLC d/b/a Paradigm Tax Group ("Paradigm")**

N. First Interim Fee Application Request Of Paradigm for Compensation for the Period of January 14, 2009 through April 30, 2009 (D.I. 959, Filed 6/26/09).

    1. First Application for Compensation for Paradigm for the Period January 14, 2009 through March 31, 2009 (D.I. 768, Filed 5/19/09); and

    2. CNO [Re: D.I. 768] (D.I. 879, Filed 6/10/09).

**Richards, Layton & Finger, PA ("Richards Layton")**

O. First Interim Fee Application Request of Richards, Layton & Finger, PA as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from January 26, 2009 through February 28, 2009 (D.I. 914, Filed 6/16/09).

    1. First Interim Application of Richards Layton for the Period January 26, 2009 through February 28, 2009 (D.I. 554, Filed 3/31/09);

    2. CNO [Re: D.I. 554] (D.I. 913, Filed 6/16/09);

    3. Second Interim Application of Richards Layton for the Period March 1, 2009 through March 31, 2009 (D.I. 671, Filed 4/27/09);

    4. CNO [Re: D.I. 671] (D.I. 772, Filed 5/20/09);

    5. Third Interim Application of Richards Layton for the Period April 1, 2009 through April 30, 2009 (D.I. 795, Filed 5/28/09); and

    6. CNO [Re: D.I. 795] (D.I. 933, Filed 6/19/09).

**Shearman & Sterling, LLP**

P. Shearman & Sterling, LLP, As Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-In-Possession, For The Period January 14, 2009 Through April 30, 2009 (D.I. 902, Filed 6/12/09).

    1. First Interim Application of Shearman & Sterling, LLP for the Period January 14, 2009 through April 30, 2009 (D.I. 848, Filed 6/3/09); and

    2. CNO [Re: D.I. 848] (D.I. 977, Filed 6/26/09).