## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks (CALA) Inc. | Case No. 09-12515 (KG) |
| Debtor. | Joint Administration Pending |

**Hearing date: July 17, 2009 at 11:00 a.m. (ET)**
**Objections due: At the hearing**

-----------------------------------------------------------X

### DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 105, BANKRUPTCY RULE 1015, AND LOCAL RULE 1015-1 (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors

in possession, each of which commenced a case under chapter 11 of title 11 of the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Code (the "Bankruptcy Code") on January 14, 2009 (collectively, the "Original Debtors"),[2] together with Nortel Networks (CALA) Inc.[3] ("NN CALA"), an affiliate of NNI, as debtor and debtor in possession (together with the Original Debtors, the "Debtors"), respectfully represent as follows:

### Jurisdiction

1.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.    On January 14, 2009 (the "Original Debtors' Petition Date"), each of the Original Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On the Original Debtors' Petition Date, the Original Debtors filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105, Bankruptcy Rule 1015, and Local Rule 1015-1 (i) Directing Joint Administration of the Debtors' Related Chapter 11 Cases and (ii) Granting Related Relief* (the "Original Debtors' Joint Administration Motion") [D.I. 2].  By Order of the Court dated January 15, 2009, the Court granted the Original Debtors' Joint Administration Motion, and the Original Debtors' chapter 11 cases (the "Original Chapter 11 Cases") were

---

[2]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[3]    The last four digits of Nortel Networks (CALA) Inc.'s tax identification number are (4226).

consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).  [D.I. 36].

3.       On January 26, 2009, the Office of the United States Trustee (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [D.I.s 141, 142].  The initial section 341 meeting was held on February 19, 2009.

4.       On July 14, 2009, NN CALA commenced a voluntary case under chapter 11 of the Bankruptcy Code (the "NN CALA Petition Date").  NN CALA is an affiliate of NNI.

5.       The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.       Concurrently herewith, the Original Debtors and NN CALA have filed a motion with the Court requesting that generally applicable orders previously entered in the Original Chapter 11 Cases apply to NN CALA in its chapter 11 case (the "NN CALA Chapter 11 Case," and together with the Original Chapter 11 Cases, the "Chapter 11 Cases").

7.       A description of the Original Debtors' corporate structure and businesses and the events leading to the chapter 11 cases is set forth in the *Declaration of John Doolittle, Vice President of Nortel Networks Inc. in Support of Chapter 11 Petitions and First Day Motions.*  [D.I. 3].

8.       A description of NN CALA's business and corporate structure is set forth in the Declaration of John Doolittle in Support of the Debtors' Motion to Have

Previously-Entered Orders as Supplemented Govern Nortel Networks (CALA) Inc. Prospectively.

### Relief Requested

9.       By this Motion, the Debtors request, pursuant to section 105 of the Bankruptcy Code, Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, directing the joint administration and consolidation of the NN CALA Chapter 11 Case with the jointly administered Original Chapter 11 Cases for procedural purposes only.

10.       Specifically, the Debtors request that (a) this Court maintain one file and one docket for all of the jointly-administered chapter 11 cases under the case number assigned to Debtor NNI, i.e., 09-10138 (KG), and (ii) the Chapter 11 Cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| ---------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
|                  Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| ---------------------------------------------------------X | : | |

* * *

---

1       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc.

(9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

11.     The Debtors also request that an entry be made on the docket of the NN

CALA Chapter 11 Case that is substantially similar to the following:

> An order has been entered in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015–1 directing joint administration of the Chapter 11 Cases of Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 09-10138 (KG).

## Basis for Relief

12.     Bankruptcy Rule 1015(b) provides, in pertinent part, that "(i)f . . . two or

more petitions are pending in the same court by or against . . . a debtor and an affiliate, the

Court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The

Original Debtors and NN CALA are "affiliates" as that term is defined in section 101(2) of the

Bankruptcy Code. Accordingly, the Bankruptcy Code and the Bankruptcy Rules authorize this

Court to grant the relief requested herein.

13.     In addition, Local Rule 1015–1 provides as follows:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in the Court under title 11 is warranted and will ease the administrative burden for the Court and the parties. An order of joint administration

> entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time. An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

14.     Section 105(a) of the Bankruptcy Code also provides this Court with the power to grant the relief requested herein by the Debtors. Section 105(a) of the Bankruptcy Code states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

15.     The entry of a joint administration order in multiple related cases is common in this district. See, e.g., In re ACG Holdings, Inc., Case No. 08-11467 (CSS) (Bankr. D. Del. July 16, 2008); In re Pierre Foods, Inc., Case No. 08-11480 (KG) (Bankr. D. Del. July 16, 2008); In re Tropicana Entm't, LLC, Case No. 08-10856 (KJC) (Bankr. D. Del. May 6, 2008); In re Leiner Health Prods., Inc., Case No. 08-10446 (KJC) (Bankr. D. Del. Mar. 12, 2008); In re Wickes Holdings, LLC, Case No. 08-10212 (KJC) (Bankr. D. Del. Feb. 5, 2008); In re Pope & Talbot, Inc., Case No. 07-11738 (CSS) (Bankr. D. Del. Nov. 21, 2007); In re Hancock Fabrics, Inc., Case No. 07-10353 (BLS) (Bankr. D. Del. March 22, 2007).

16.     Accordingly, the Debtors submit that the joint administration of the Chapter 11 Cases is in the best interests of the Debtors, their estates, their creditors and all other parties in interest.

17.     For all of the foregoing reasons, the Debtors respectfully request the immediate entry of an order providing for the joint administration and consolidation of the NN CALA Chapter 11 Case with the jointly administered Original Chapter 11 Cases for procedural purposes only.

## **Notice**

18.    Notice of the Motion has been given via facsimile, electronic transmission, hand delivery or overnight mail to the (i) U.S. Trustee; (ii) the Committee; (iii) the Bondholder Group; (iv) holders of the twenty (20) largest unsecured claims against the Debtors; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Services; (vii) the United States Department of Justice; and (viii) the general service list established in the Debtors' chapter 11 cases.   The Debtors submit that under the circumstances no other or further notice is necessary.

## **No Prior Request**

19.    No prior request for the relief sought herein has been made to this or any other court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE the Debtors respectfully request that this Court (i) grant this Motion and the relief requested herein; (ii) enter the proposed order attached hereto; and (iii) grant such other and further relief as it deems just and proper.

Dated:  July 15, 2009          CLEARY GOTTLIEB STEEN & HAMILTON LLP
        Wilmington, Delaware

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*