**EXHIBIT B**

**Bank Accounts**

| Bank | Location | Account Held By | Account Purpose | Account Number |
|---|---|---|---|---|
| Citibank | Cerrito 455 C.P. 11000 Montevideo, Uruguay | Nortel Networks (CALA) Inc. (Uruguay Branch) | Collections | X/XXXXXX/627 |
| Citibank | Cerrito 455 C.P. 11000 Montevideo, Uruguay | Nortel Networks (CALA) Inc. (Uruguay Branch) | Bridge Account for Supplier Payments | X/XXXXXX/619 |
| Citibank | Cerrito 455 C.P. 11000 Montevideo, Uruguay | Nortel Networks (CALA) Inc. (Uruguay Branch) | Collections and Supplier Payments | X/XXXXXX/007 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks (CALA) Inc. | Supplier Payments | XXXXXX828 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks (CALA) Inc. | Collections | XXXXXX672 |
| Citibank | 1 Citibank Drive Rio Piedras, Puerto Rico | Nortel Networks (CALA) Inc. (Puerto Rico Branch) | Collections | XXXXXX028 |