**EXHIBIT C**

| D.I. | DATE | ORDER |
|---|---|---|
| 36 | 1/15/09 | Order (i) Granting Joint Administration of the Debtors Related Chapter 11 Cases and (ii) Granting Related Relief |
| 37 | 1/15/09 | Order Authorizing the Debtors to (I) File (A) Consolidated List of Creditors and (B) Consolidated Debtors Top Forty (40) Creditors and (II) Provide Notices, Including Notice of Commencement and Section 341 Meeting |
| 38 | 1/15/09 | Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent of the Bankruptcy Court |
| 48 | 1/15/09 | Order Authorizing the Debtors to Remit and Pay Certain Taxes and Fees |
| 49 | 1/15/09 | Order Authorizing Debtors to Honor Prepetition Obligations to their Customers |
| 50 | 1/15/09 | Order (A) Authorizing the Debtors to Pay Prepetition Common Carrier Charges and Warehouses and (B) Scheduling a Final Hearing |
| 51 | 1/15/09 | Order Authorizing Debtors to (A) Pay Prepetition Premiums Necessary to Maintain and (B) Enter into New Insurance Policies |
| 52 | 1/15/09 | Order Enforcing §362 of the Bankruptcy Code |
| 58 | 1/15/09 | Order Approving the Continued Use of the Cash Management System |
| 59 | 1/15/09 | Order Authorizing Debtors to Pay Certain Prepetition Wages, Salaries and Other Compensation |
| 71 | 1/16/09 | Order Authorizing Payment of Prepetition Obligations to Foreign Vendors |
| 134 | 1/23/09 | Supplemental Order Authorizing Debtors to Pay Certain Prepetition Wages, Salaries and Other Compensation |
| 135 | 1/23/09 | Order Granting Administrative Expense Status to Debtors Obligations Arising from the Delivery of Goods and Services Ordered Pre-petition and Authorizing Debtors to Pay in the Ordinary Course of Business |

| 221 | 2/4/09 | Order Approving the Cleary Gottlieb Retention |
| 220 | 2/4/09 | Order Approving the Morris Nichols Retention |
| 222 | 2/4/09 | Order Approving Interim Compensation for Professionals |
| 223 | 2/4/09 | Extended Deadline for Schedules and Statements of Financial Affairs |
| 235 | 2/5/09 | Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of the Debtors' Parents' Equity Securities |
| 236 | 2/5/09 | Order Authorizing the Debtors to Retain Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date |
| 237 | 2/5/09 | Order Clarifying Debtors' Authorization to Honor Prepetition Obligations to Their Customers |
| 239 | 2/5/09 | Order Supplementing First Day Orders |
| 240 | 2/5/09 | Order Restraining Utility Companies from Altering Service, Deeming Utility Companies Adequately Assured of Future Performance, Establishing Procedures for Determining Requests for Additional Assurance |
| 322 | 2/18/09 | Order Approving the De Minimis Sale Procedures |
| 323 | 2/18/09 | Order Approving the Shearman & Sterling Retention Application |
| 337 | 2/19/09 | Order Further Supplementing Debtors' Cash Management Motion |
| 336 | 2/19/09 | Order Establishing Procedures for Addressing Reclamation Demands |
| 426 | 3/5/09 | Order Approving the Crowell Retention Application |
| 427 | 3/5/09 | Order Approving the Jackson Lewis Retention Application |
| 436 | 3/5/09 | Order Authorizing the KERP and KEIP with regard to non-Senior Leadership Team executives |
| 494 | 3/19/09 | Order Approving the Mercer Retention Application |
| 496 | 3/19/09 | Order Approving the Huron Retention Application |

| 507 | 3/20/09 | Order Approving the Lazard Retention Order |
| 510 | 3/20/09 | Order Approving Procedures for Rejection of Executory Contracts and Unexpired Leases |
| 511 | 3/20/09 | Second KEIP/KERP Order |
| 531 | 3/25/09 | Order to Authorize Debtors to Pay Certain Prepetition Income/Franchise Taxes and/or Business and Occupation Taxes and Business License Fees or Other Fees |
| 585 | 4/9/09 | Order Authorizing but not Directing Payment of Certain Prepetition Obligations Under The Retirement Income Plan |
| 586 | 4/9/09 | Order Approving Omnibus Settlement Procedures to Resolve, Mediate, Compromise or Otherwise Settle Certain Claims and Controversies |
| 587 | 4/9/09 | Order Granting Debtors' Motion Authorizing Insurers to Pay Certain Costs and Fees and Amending the Automatic Stay as Necessary to Allow Such Payments |
| 589 | 4/9/09 | Order Further Supplementing Cash Management Motion |
| 590 | 4/9/09 | Order Establishing and Implementing Uniform Procedures Regarding Section 503(b)(9) Claims |
| 657 | 4/22/09 | Order Granting Debtors Additional Time to File Reports of Financial Information and Certain Modifications of Such Reporting Requirements |
| 716 | 5/7/09 | Order Enlarging the Time Within Which Debtors May File Notices of Removal of Related Proceedings |
| 770 | 5/20/09 | Order Authorizing Debtors to File Certain Portions of their Schedules Under Seal |
| 986 | 6/26/09 | Order Authorizing Retention and Employment of Punter Southhall LLC |
| 988 | 6/26/09 | Order Authorizing Retention and Employment of Palisades Capital Advisors LLC |
| 990 | 6/29/09 | Order Approving Stipulation of Debtors and UCC Amending the Cross-Border Protocol |

| 994 | 6/29/09 | Order Authorizing Debtors to Provide Financial Support to Non-Debtor Subsidiaries |
| --- | --- | --- |
| 1010 | 6/30/09 | Final Order Authorizing Debtors to Enter Into Letter of Credit/Bonding Facilities |