# **SCHEDULE A**

1.     Development and Purchase and Sale Agreement for CDMA High Data Rate (1xEV-DO) Products, as amended and supplemented

        Invoiced Amount Outstanding as of 7/7/2009:     $36,393,769.67
        Interest Amount Outstanding as of 7/7/2009:     $ 1,599,934.96

        Cure Amount as of 7/7/2009:     $37,993,704.63

        Per Diem Interest     $ 12,131.26

For detail, see attached Exhibit 1.

2.     Airvana Inc. Diagnostic SW License Agreement and Schedules A-S

        Cure Amount as of 7/7/2009:     $ 0.00

3.     Purchase and License Agreement

        It is unclear what agreement is referenced.

Exhibit 1 to Schedule A
(See Attachment)

Airvana, Inc.
Nortel Outstanding Invoice Analysis
Accrued Interest Calculation

|  |  |
|---|---|
| Current Date | 7/7/2009 |
| Monthly Interest Rate | 1% |

| Product Sold | Invoice # | Inv Date | Due Date | Inv Amount | Days Late | Daily Amt | Interest |
|---|---|---|---|---|---|---|---|
| Rev A Doms & Oct Royalty Report: 1 RNC's, 2 EMS's (CTC) | 10301 | 11/15/08 | 04/25/09 | 452,553.50 | 73 | 150.85 | 11,012.14 |
| Rev A Doms & Nov Royalty Report: 208 RNC's, 18 EMS's, 102 R5.0 upgrades, 11 R6.0 upgrades & 16,177 R7.0 upgrades | 10312 | 12/15/08 | 01/24/09 | 16,140,923.50 | 164 | 5,380.31 | 882,370.48 |
| Rev A Doms & Nov Royalty Report: 12 RNC's, 8 EMS's (CTC) | 10311 | 12/15/08 | 04/25/09 | 5,066,022.50 | 73 | 1,688.67 | 123,273.21 |
| DOM A Cost Reduction Milestone #4 Billing | 10308 | 12/18/08 | 02/16/09 | 110,000.00 | 141 | 36.67 | 5,170.00 |
| Rev A Doms & Dec Royalty Report: 180 RNC's, 2 EMS's, 446 R5.0 upgrades, 446 R6.0 upgrades, & 3,037 R7.0 upgrades | 10327 | 1/15/09 | 02/24/09 | 10,882,243.00 | 133 | 3,627.41 | 482,446.11 |
| Q1 '09 Extended Maintenance | 10329 | 1/1/09 | 03/12/09 | 345,485.17 | 117 | 115.16 | 13,473.92 |
| Rev A Doms & Jan Royalty Report: 11 DOM's, 1 RNC's, -2 EMS's, 97 R5.0 upgrades, 811 R6.0 upgrades | 10337 | 2/15/09 | 03/27/09 | 686,542.00 | 102 | 228.85 | 23,342.43 |
| Rev A Doms & Feb Royalty Report: 18 EMS's | 10345 | 3/15/09 | 04/24/09 | 1,710,000.00 | 74 | 570.00 | 42,180.00 |
| ATCA Acceleration MS #1 | 10343 | 3/9/09 | 05/18/09 | 1,000,000.00 | 50 | 333.33 | 16,666.67 |
|  |  |  |  | 36,393,769.67 |  | 12,131.26 | 1,599,934.96 |