# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Related to Docket No. 1035 |

## NOTICE OF REQUEST FOR ADEQUATE ASSURANCE

Airvana, Inc. ("Airvana") files this notice of request for adequate assurance pursuant to two individualized *Notices of Debtors' Request to Assume and Assign Certain Contracts and to Assume and Sublease Certain Unexpired Leases* (the "Notices").[1] By its limited objection to the Notices filed contemporaneously herewith, Airvana has made a Request for Adequate Assurance and hereby provides notice of such request. With respect to Airvana's request for adequate assurance, responses should be sent to counsel to Airvana, Christopher J. Panos, Esq., by email to panos@craigmacauley.com or by facsimile to (617) 742-1788, with a copy to Kathleen A. Rahbany, Esq. by email to krahbany@craigmacauley.com.

[Remainder of page intentionally left blank]

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Notices.

Dated: July 15, 2009
      Wilmington, DE

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
**DUANE MORRIS LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-Mail: mlastowski@duanemorris.com

-and-

Christopher J. Panos, Esq.
**CRAIG AND MACAULEY
  PROFESSIONAL CORPORATION**
Federal Reserve Building
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 367-9500
Facsimile: (617) 742-1788
E-mail: panos@craigmacauley.com

*Counsel for Airvana, Inc.*