IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **Nortel Networks Inc.,** *et al.,* § | | |
| § | | **Case No. 09-10138 (KG)** |
| **Debtors.** § | | |
| § | | |
| § | | |

## SUPPLEMENTAL STATEMENT OF COUNSEL UNDER BANKRUPTCY RULE 2019

POLSINELLI SHUGHART PC ("**Polsinelli**"), attorneys for the below listed parties, makes the following supplemental statement ("**Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. On January 14, 2009, each of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed separate voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware.

2. Polsinelli represents the following creditors and parties-in-interest in the above-captioned and jointly administered cases:

    a. **Westcon Group North America, Inc.**
       520 White Plains Road
       Tarrytown, New York  10591

    b. **ABN AMRO Bank N.V.**
       P.O. Box 283
       1000 EA Amsterdam
       The Netherlands

    c. **Official Committee of Unsecured Creditors**
       **Of Crossroads Wireless Holding, LLC and**
       **Crossroads Wireless, Inc.**

**d. OSS Nokalva, Inc.**
   One Executive Drive, Suite 450
   Somerset, New Jersey  08873

3. Polsinelli was retained by Westcon Group North America, Inc. to represent its interests in the above-captioned cases as a creditor.

4. Polsinelli was retained by ABN AMRO Bank N.V. to represent its interests in the above-captioned cases as a creditor.

5. Polsinelli represents the Official Committee of Unsecured Creditors of Crossroads Wireless Holding, LLC and Crossroads Wireless, Inc. in their chapter 11 cases pending in the United States Bankruptcy Court for the Western District of Oklahoma and represented such interests in these cases as a party-in-interest.

6. Polsinelli was retained by OSS Nokalva, Inc. to represent its interests in the above-captioned cases as an interested party.

7. Polsinelli does not own, nor has it ever owned, any equity securities of the Debtors. Polsinelli does not own an interest in a claim against the Debtors.

8. Polsinelli reserves the right to supplement this Statement as necessary.

Dated:  July 15, 2009　　　　　　　　　　　**POLSINELLI SHUGHART PC**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　By:　　*/s/  Christopher A. Ward*
　　　　　　　　　　　　　　　　　　　Christopher A. Ward (No. 3877)
　　　　　　　　　　　　　　　　　　　Justin K. Edelson (No. 5002)
　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1101
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Telephone:  (302) 252-0920
　　　　　　　　　　　　　　　　　　　Facsimile:   (302) 252-0921
　　　　　　　　　　　　　　　　　　　cward@polsinelli.com
　　　　　　　　　　　　　　　　　　　jedelson@polsinelli.com

　　　　　　　　　　　　　　　　　　　*Counsel for Westcon Group North America, Inc., ABN AMRO Bank N.V., Official Committee of Unsecured Creditors of Crossroads Wireless Holding, LLC and Crossroads Wireless, Inc. and OSS Nokalva, Inc.*

2

3

1772467.1