IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks (CALA) Inc. | Case No. 09-12515 (KG) |
| Debtor. | Joint Administration Pending |
| | **Hearing date: July 17, 2009 at 11:00 a.m. (ET)** |

------------------------------------------------------------X

## NORTEL NETWORKS (CALA) INC.'S NOTICE OF HEARING ON VARIOUS MOTIONS AND APPLICATIONS FOR FIRST DAY RELIEF

**PLEASE TAKE NOTICE** that on July 14, 2009, Nortel Networks (CALA) Inc. ("NN CALA" or the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). NN CALA continues to operate its business and manage its properties, as a debtor and debtor in possession, pursuant to sections 1107(a) and

---

[1] The Original Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Original Debtors can be found in the Original Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

1108 of the Bankruptcy Code under the protection of the automatic stay against, among other things, the commencement or continuation of actions by creditors to recover, exercise control over or collect property of the NN CALA pursuant to section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has filed the following motions in connection with requests for various first day relief (collectively, the "Motions"):

| D.I. | DESCRIPTION |
| --- | --- |
| 3 (09-12515) <br><br> 1073 (09-10138) | Debtors' Motion for Entry of An Order Pursuant to 11 U.S.C. § 105, Bankruptcy Rule 1015, and Local Rule 1015-1 (I) Directing Joint Administration of the Debtors' Related Chapter 11 Cases and (II) Granting Related Relief |
| 4 (09-12515) <br><br> 1074 (09-10138) | Debtors' Motion To Have Previously-Entered Orders As Supplemented Govern Nortel Networks (CALA) Inc. Prospectively |

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Motions will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, **on July 17, 2009 at 11:00 a.m. (ET).**

Copies of the Motions may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the Motions will be available for download from the website of the Debtors' proposed claims, notice and balloting agent, Epiq Bankruptcy Solutions, LLC at www.epiqbankruptcysolutions.com. Requests for copies of the Motions and

2

further information regarding the Hearing may also be made to proposed counsel for the Debtors at the telephone number listed below.

Dated: July 15, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtor
and Debtor in Possession*

3