## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Authorizing The Assumption Of An Unexpired Lease Of Nonresidential Real Property Under Section 365 Of The Bankruptcy Code And Granting Related Relief** was caused to be made on July 15, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: July 15, 2009

                                                    Ann C. Cordo (No. 4817)

3020154.1