## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Supplemental Motion For Entry Of An Order Clarifying Relief Granted In The Final Order (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code [D.I. 1010]** was caused to be made on July 15, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: July 15, 2009

                                                       Ann C. Cordo (No. 4817)

3021824.1