IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
In re                                              :        Chapter 11
:
Nortel Networks Inc., et al.,[1]                   :        Case No. 09-10138 (KG)
:
             Debtors.             :        Jointly Administered
:
:
----------------------------------------------------------X
:
In re                                              :        Chapter 11
:
Nortel Networks (CALA) Inc.                        :        Case No. 09-12515 (KG)
:
             Debtor.              :        Joint Administration Pending
:
:
----------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
FIRST-DAY HEARING ON JULY 17, 2009 AT 11:00 A.M. (EASTERN TIME)[2]**

**FIRST-DAY MOTIONS**

1. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 105, Bankruptcy Rule 1015, And Local Rule 1015-1 (I) Directing Joint Administration Of The Debtors' Related Chapter 11 Cases And (II) Granting Related Relief (D.I. Nos. 1073 (09-10138) and 3 (09-12515), Filed 7/15/09).

   Related Pleadings:

---

[1] The Original Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Original Debtors can be found in the Original Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

-2-

    a)    Nortel Networks (CALA) Inc.'s Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. Nos. 1082 (09-10138) and 6 (09-12515), Filed 7/15/09).

<u>Objection Received</u>: None.

<u>Status</u>: This matter is going forward.

2.    Debtors' Motion To Have Previously-Entered Orders As Supplemented Govern Nortel Networks (CALA) Inc. Prospectively (D.I. Nos. 1074 (09-10138) and 4 (09-12515), Filed 7/15/09).

<u>Related Pleadings</u>:

    a)    Declaration Of John Doolittle In Support Of The Debtors' Motion To Have Previously-Entered Orders As Supplemented Govern Nortel Networks (CALA) Inc. Prospectively (D.I. Nos. 1076 (09-10138) and 5 (09-12515), Filed 7/15/09); and

    b)    Nortel Networks (CALA) Inc.'s Notice Of Hearing On Various Motions And Applications For First Day Relief (D.I. Nos. 1082 (09-10138) and 6 (09-12515), Filed 7/15/09).

<u>Objection Received</u>: None.

<u>Status</u>: This matter is going forward.

Dated: July 16, 2009
       Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        James L. Bromley (No. 5125)
                        Lisa M. Schweitzer (No. 1033)
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                                    - and -

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Ann C. Cordo*
                        Derek C. Abbott (No. 3376)
                        Eric D. Schwartz (No. 3134)
                        Ann C. Cordo (No. 4817)
                        Andrew R. Remming (No. 5120)
                        1201 North Market Street, 18th Floor
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        Telephone: 302-658-9200
                        Facsimile: 302-425-4663

                        Proposed Counsel for the Debtor and
                        Debtor in Possession

*3022539.2*