IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

NORTEL NETWORKS, INC., et al,    Case No.: 09-10138-KG
                                 Chapter 11
              Debtor.

## NOTICE OF APPEARANCE
## AND REQUEST FOR ALL NOTICES

PLEASE TAKE NOTICE that Arthur A. Russell, as a creditor and party in interest, hereby files his appearance in the above-captioned case and Boylan, Brown, Code, Vigdor & Wilson, LLP, Devin L. Palmer, Esq., enters their appearance as attorneys for CNB pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and hereby requests, pursuant to 11 U.S.C. §§342 and 1109(b) and Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010, that all notices, pleadings, motions, orders and any other documents filed in this proceeding, including any documents filed in connection with any adversary proceeding commenced in connection with the above-captioned case, be delivered and served upon the undersigned representative of Mr. Russell.

> Devin Lawton Palmer, Esq.
> BOYLAN, BROWN, CODE, VIGDOR & WILSON, LLP
> *Counsel for Arthur A. Russell*
> 2400 Chase Square
> Rochester, New York 14604
> 585-232-5300
> 585-238-9012 (fax)
> E-Mail dpalmer@boylanbrown.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rule of Bankruptcy Procedure specified above, but also includes, without limitation, the schedules, statement of

financial affairs, operating reports, plans of reorganization and disclosure statement and any notice, application, complaint, demand, motion petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE, that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, specifically but not limited to (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which they are or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments they expressly deserve.

Dated: July 13, 2009

**BOYLAN, BROWN, CODE,
VIGDOR & WILSON, LLP**
*Attorneys for Creditor
Arthur A. Russell*

Devin Lawton Palmer, Esq.
2400 Chase Square
Rochester, New York 14604
585-232-5300
585-238-9054 (fax)