**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

      I, Kathleen A. Rahbany, hereby certify that on July 15, 2009, I caused copies of the (i) *Limited Objection of Airvana, Inc. to Notice of Debtors' Request to Assume and Assign Certain Contracts and to Assume and Sublease Certain Unexpired Leases* and (ii) *Notice of Request for Adequate Assurance* to be served on the parties set forth below at the addresses indicated thereon by overnight delivery.

July 15, 2009                                               /s/ Kathleen A. Rahbany
                                                                              Kathleen A. Rahbany

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley and Lisa M. Schweitzer

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
Attn: Derek C. Abbott

Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates
Four Times Square
New York, NY 10036
Attn: N. Lynn Hiestand

Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Attn: Sarah E. Pierce and Gregg M. Galardi

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Fred S. Hodara, Stephen Kuhn and Kenneth Davis

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attn: Christopher M. Samis

Milbank, Tweed, Hadley & McLoy
One Chase Manhattan Plaza
New York, NY 10006
Attn: Roland Hlawaty