# SCHEDULE A

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 5/22/09 | RET | .7 | Teleconference with Joe Dearing restatement database and setting up meeting with Chubb; conference with Donna Hebert regarding database issues; e-mail to Joe Dearing with questions about databases |
| 5/22/09 | RET | .3 | E-mail from and to Joe Dearing and Donna Hebert regarding Kroll data |
| 5/28/09 | RET | .7 | Receive and analyze new case on damages |
| | | | **SUB TOTAL      850.00** |

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 5/05/09 | RET | .4 | Telephone call from Joe Dearing regarding second round of mediation |
| 5/22/09 | RET | .3 | E-mail to Peter Bisio regarding resolve outstanding issues between Chubb and Nortel that impact the ERISA litigation |
| | | | **SUB TOTAL      350.00** |

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessment, Devel. & Adm</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 5/12/09 | JMS7 | .2 | Review draft billings for submission to bankruptcy court |
| 5/19/09 | DSH | .1 | E-mail from Dana Duckwork and voicemail left for Dana Duckworth regarding latest invoice |
| 5/20/09 | JMS7 | .5 | Edit Nortel fee application |
| | | | **SUB TOTAL      312.50** |

1

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L210 Pleadings</u>

| | | | |
|---|---|---|---|
| 5/01/09 | RET | .3 | E-mail from and to Alan Merskey and Jennifer Stam regarding extension for plaintiffs' to respond to our filing in Canada regarding the stay |
| 5/22/09 | RET | .2 | E-mail from and to Alan Merskey regarding the current deadline for Plaintiffs to respond to the stay motion in Canada |

**SUB TOTAL      250.00**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L250 Other Written Motions & Submissions</u>

| | | | |
|---|---|---|---|
| 5/20/09 | CLW3 | .1 | Analyze time entries for submission to bankruptcy court |

**SUB TOTAL      37.50**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L320 Document Production</u>

| | | | |
|---|---|---|---|
| 5/08/09 | DSH | 3.1 | Continue reviewing potentially privileged documents |
| 5/08/09 | DSH | 1.4 | Continue reviewing potentially privileged documents |
| 5/12/09 | DSH | 1.6 | Continue reviewing potentially privileged documents |
| 5/22/09 | DSH | .2 | Telephone conference with Joel Boulanger of Kroll regarding the Shearman Kroll database |
| 5/26/09 | JMS7 | .3 | Correspondence with Dave Deppe regarding document retention |
| 5/27/09 | JMS7 | .2 | Draft file memorandum regarding correspondence with Dave Deppe regarding document retention |
| 5/27/09 | DSH | .1 | Review e-mail received from Jason Stein document retention |
| 5/28/09 | JMS7 | 1.1 | Review documents potentially privileged documents |
| 5/29/09 | DSH | 3.3 | Continue reviewing potentially privileged documents |

**SUB TOTAL      2,135.00**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L390 Other Discovery</u>

| | | | |
|---|---|---|---|
| 5/12/09 | DSH | .6 | Update potentially privilege documents log |
| 5/28/09 | DSH | 2.6 | Update potentially privilege documents log |
| 5/29/09 | DSH | 2.4 | Update potentially privilege documents |

SUB TOTAL        840.00

**ATTORNEY SERVICES**                    $4,775.00

**TOTAL HOURS: 20.70**
**FEE GRAND TOTAL:**      $4,775.00
**NORTEL'S 50% TOTAL:**  $2,387.50

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|

L120 Analysis/Strategy

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|------|------|-----|----------------------------------|
| 5/05/09 | RET | .20 | Telephone call from and to Joe Dearing regarding escrow issue |
| 5/05/09 | RET | .30 | E-mail from and to Nora Salvatore conflicts check; email to Jonathan Radick and Donna Hebert regarding same |
| 5/06/09 | RET | .20 | Voicemail from and email to Peter Bisio regarding escrow issue |
| 5/06/09 | RET | .10 | Telephone call from Peter Bisio regarding escrow issue |
| 5/06/09 | RET | .10 | E-mail to Joe Dearing regarding my telephone call from Peter Bisio regarding escrow issue |
| 5/18/09 | RET | .50 | Receive and analyze letter from Chubb's counsel to Nortel on escrow issue and email to Joe Dearing regarding same |
| 5/20/09 | RET | .40 | Teleconference from Joe Dearing regarding escrow issue and strategy |
| 5/20/09 | RET | .40 | Work on third interim fee application |

SUB TOTAL      1,100.00

DATE ATTY HRS    DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| 5/01/09 RET | 1.30 | Analyze possible settlement of our case |
| 5/04/09 RET | .90 | Analyze possible settlement of our case |
| 5/05/09 RET | .20 | E-mail from Sandy Illmer regarding pre-petition fees and mediation |
| 5/05/09 RET | 3.10 | Research issues regarding assessment of plaintiffs' damages |
| 5/06/09 RET | .90 | Analyze and summarize new denial of case for supplement to position statement to Judge Weinstein |
| 5/06/09 JMS7 | 1.60 | Develop damages analysis for mediation |
| 5/08/09 RET | 3.80 | Continue research regarding assessment of plaintiffs' damages |
| 5/15/09 RET | 2.90 | Craft argument regarding assessment of plaintiffs' damages for possible supplement to Judge Weinstein |
| 5/28/09 RET | .30 | Teleconference with Joe Dearing regarding escrow issue |
| 5/29/09 RET | .40 | Make arrangements for Boston trip for settlement discussions |
| 5/29/09 RET | .50 | Multiple emails and voice mails from Peter Bisio, Joe Dearing, Alan Merskey, Tom Donnelly, and Steve Tenai regarding meeting |

SUB TOTAL    7,830.00

DATE ATTY HRS    DESCRIPTION OF SERVICES RENDERED

L190 Other Case Assessment, Devel. & Adm

| 5/01/09 DSH | .10 | Draft e-mail to Dana Duckworth supplying her with the invoice number for the fee application we filed with the Delaware bankruptcy court for February time entries and expenses |

SUB TOTAL    15.00

DATE ATTY HRS    DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

| 5/01/09 DSH | 1.30 | Continue drafting of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 5/01/09 DSH | 3.60 | Continue drafting of exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 with time entries for the Nortel non-insurance invoice |

4

| | | |
|---|---|---|
| 5/04/09 RET | .80 | Review conflicts and edit updated declaration for the 327E application schedules |
| 5/06/09 RET | .50 | Work on third interim fee application |
| 5/06/09 DSH | 2.30 | Continue drafting of exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 with time entries for the Nortel non-insurance invoice |
| 5/06/09 DSH | 1.20 | Continue drafting of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 5/07/09 DSH | .10 | Draft e-mail to Rene Thorne and Jason Stein to review March time entries to be included in our third interim fee application |
| 5/20/09 DSH | .20 | Telephone conference with Dana Duckworth regarding invoice numbers and payment amounts for the first and second interim fee applications and how payment will be |
| 5/20/09 DSH | 1.10 | Continue drafting of exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 with time entries for the Nortel non-insurance invoice |
| 5/21/09 DSH | .40 | Finalize exhibit B of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 5/21/09 DSH | 1.40 | Finalize third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 5/21/09 DSH | 1.60 | Finalize exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 with time entries for the Nortel non-insurance invoice and the Nortel/Chubb time entries |

**SUB TOTAL      2,630.00**

**TOTAL HOURS: 32.70**

**FEE GRAND TOTAL:      $11,575.00**

5