# SCHEDULE B

### EXPENSE SUMMARY

### NORTEL NETWORKS – NON-INSURANCE

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2009 Through May 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Courier/Delivery Service | | |
| Computer Research | Lexis | 23.28 |
| Duplicating | | |
| Telephone | | 2.07 |
| Facsimile | | |
| Postage | | 42.12 |
| **Grand Total Expenses** | | **$67.47** |

## TOTAL EXPENSES DUE:  $67.47

## Expenses Back-Up

NORTEL NON-INSURANCE

DISBURSEMENTS

| | | |
|---|---|---:|
| 4/30/09 | Research (LEXIS) | 23.28 |
| 4/30/09 | Telephone | 2.07 |
| 4/30/09 | Postage | 42.12 |

TOTAL DISBURSEMENTS                    $67.47

**GRAND TOTAL DISBURSEMENTS            $67.47**