## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

-----------------------------------------------------------X

**NOTICE OF SERVICE OF EXHIBIT B TO NOTICE OF FILING OF MASTER
NOTICES OF ASSIGNMENT OF CONTRACTS AND ASSUMPTION OF
UNEXPIRED LEASES IN CONNECTION WITH THE PROPOSED SALE
OF CERTAIN ASSETS OF DEBTORS' CDMA AND LTE BUSINESS [RE: D.I. 1067]**

PLEASE TAKE NOTICE that on July 13, 2009, un-redacted copies of **Exhibit B
To Notice Of Filing Of Master Notices Of Assignment Of Contracts And Assumption Of
Unexpired Leases In Connection With The Proposed Sale Of Certain Assets Of Debtors'
CDMA And LTE Business [Re: D.I. 1067]** (Filed Under Seal) were served in the manner
indicated upon the entities listed on the attached service list in accordance with the June 30, 2009
Protective Order (D.I. 1031).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: July 16, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

     - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  302-658-9200
Facsimile:  302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3015195.1