# SERVICE LIST

**VIA HAND DELIVERY**

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Christopher M. Samis
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Mary F. Caloway
P.J. Duhig
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801

**VIA OVERNIGHT MAIL**

N. Lynn Hiestand
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Rowland Hlawaty
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Ken Coleman
Lisa J.P. Kraidin
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020

3015035.1