IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                                             :   Chapter 11
                                                                                     :
Nortel Networks Inc., *et al.*,[1]                                 :   Case No. 09-10138 (KG)
                                                                                     :
            Debtors.                                   :   Jointly Administered
                                                                                     :
                                                                                     :
------------------------------------------------------------X
:
In re                                                                             :   Chapter 11
                                                                                     :
Nortel Networks (CALA) Inc.                                   :   Case No. 09-12515 (KG)
                                                                                     :
            Debtor.                                      :   Joint Administration Pending
                                                                                     :
                                                                                     :
------------------------------------------------------------X

**NOTICE OF SERVICE [RE: D.I. NOS. 1087
(CASE NO. 09-10138) AND 8 (CASE NO. 09-12515)]**

PLEASE TAKE NOTICE that on July 16, 2009, copies of the **Notice Of Agenda Of Matters Scheduled For First-Day Hearing On July 17, 2009 At 11:00 A.M. (Eastern Time)** (D.I. Nos. 1087 (09-10138) and 8 (09-12515), Filed 7/16/09) were served in the manner indicated upon the entities identified on the attached service list.

---

[1] The Original Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Original Debtors can be found in the Original Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: July 16, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Proposed Counsel for the Debtor and
Debtor in Possession

*3022947.1*