## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 17th day of July, 2009, a copy of the **Objection of Istar CTL North Glenville_ Richardson LLC to Notice of Debtors' Request for Authority to Assume and Assign Certain Contracts and to Assume and Sublease Certain Unexpired Leases and Demand for Adequate Assurance Information in Connection with Other Potential Purchasers** was served as indicated upon the following counsel.

### By Telefax

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, NY 10006

N. Lynn Hiestand
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square,
New York, NY 10036

Fred S. Hodara,
Stephen Kuhn,
Kenneth Davis
Akin Gum Strauss Hauer & Feld LLP
One Bryant Park,
New York, NY 10036

Roland Hlawaty,
Milbank, Tween, Hadley & McCloy
One Chase Manhattan Plaza,
New York, NY 10006

### VIA HAND DELIVERY AND TELEFAX

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Sarah E. Pierce
Skadden, Arps, Slate, Meagher &
Flom LLP
One Rodney Square,
P.O. Box 636
Wilmington, DE 19899

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

_____
Jeffrey C. Wisler (#2795)