# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JULY 17, 2009 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

OMNIBUS HEARING , Quarterly  FEE APPLICATIONS Continued from 7/7/09 at 11:00 a.m.

**R / M #:**   1,087 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 7/28/09 @ 2:00 pm
#2 - Adjourned to 8/4/09 @ 10:00 a.m.
#3 - Adjourned to 8/11/09 @ 4:00 pm
#4 - Adjourned to date/time to be determined
#5 -  Order Signed
#6 -  ORDER SIGNED
#7 -  ORDER SIGNED

NORTEL NETWORKS (CALA)  09-12515
#1 - ORDER SIGNED
#2 - ORDER SIGNED