# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.　　**COURTROOM LOCATION:** 3
**CASE NO.:** 09-10138 - KG　　**DATE:** 7/17/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Marc Phillips | Connolly Bove Lodge & Hutz | Paradigm Tax Group |
| Christopher Simon | Cross e Simon, LLC | Jefferies & Company, Inc. |
| Daniel O'Brien | Bayard | Xerox Technologies |
| Lisa Schweitzer | Cleary Gottlieb | Debtors |
| Derek Abbott | MNAT | " |
| Anne Cordo | MNAT | " |
| Chris Samis | Richards, Layton & Finger | Committee |

# Court Conference

**Calendar Date:** 07/17/2009
**Calendar Time:** 11:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2878161 | David Albalah | 212-508-6100 | Bracewell & Giuliani - New York | Client, Joint Administrators and Foreign Representatives for the Foreign Debtor / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2946399 | Jay Borow | (212) 782-1411 | Capstone Advisory Group LLC | Interested Party, Capstone Advisory Group LLC / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2945466 | Matthew Cheney | (202) 624-2500 | Crowell & Moring LLP | Other Prof., Crowell & Moring LLP / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2945858 | Brad Dunn | 212-632-1092 | Lazard Freres & Co., LLC | Debtor, Nortel Networks Corp. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2946225 | Aaron Hammer | (312) 360-6565 | Freeborn & Peters | Interested Party, Freeborn & Peters / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2947780 | Jeff Hendrickson - Client | (919) 981-2854 | Foley & Lardner LLP-Detroit | Client, Jeff Hendrickson / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2949746 | Lisa Kraidin | 212-610-7300 | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2947771 | Darryl Laddin | (404) 873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2946663 | Tyler Lonsdale | (212) 845-2300 | Jefferies & Company | Interested Party, Jefferies & Company / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2880285 | Anneliese H. Pak | (212) 441-5741 | Ropes & Gray LLP | Interested Party, Silver Lake Capital, et al / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2819002 | Steven J. Reisman | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2947416 | Lisa Schweitzer | 212-225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2947774 | John A. Simon | (313) 234-7111 | Foley & Lardner, LLP | Creditor, Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2946837 | Phillip Uribe | (302) 651-7700 | Ashurst, LLP | Interested Party, Ashurst, LLP / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2946658 | Michael Wunder | (416) 863-4715 | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |