## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
:
*In re*                                                      :  Chapter 11
                                                             :
Nortel Networks (CALA) Inc.,                                 :  Case No. 09- 12515 (KG)
                                                             :
         Debtor.                                           :  Jointly Administered under
                                                             :  Case No. 09-10138 (KG)
                                                             
                                                                           **RE D.I. 1074**
------------------------------------------------------------- X

### ORDER ENFORCING SECTION 362 OF THE BANKRUPTCY CODE

Upon the motion dated, July 15, 2009 (the "Motion"),[1] of Nortel Networks (CALA) Inc., as a debtor in possession in the above-captioned case (the "Debtor"), for entry of an order enforcing the Bankruptcy Code's automatic stay provision, and upon consideration of the Declaration of John Doolittle in Support of First Day Motions and Applications (the "First Day Declaration"), filed on January 14, 2009, in the chapter 11 cases of Nortel Networks Inc., and its affiliates, jointly administered under case number 09-10138 (KG), as well as the Declaration of John Doolittle in Support of the Motion (the "Supplemental Declaration"), filed concurrently with the Motion; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion, the First Day Declaration and the Supplemental Declaration establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtor, its

---

[1]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

estate, its creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. That the Debtor is authorized, by virtue of the filing of its petition for relief under chapter 11 of the Bankruptcy Code, to be afforded the protections of, *inter alia*, section 362 of the Bankruptcy Code, a copy of which is annexed hereto as <u>Exhibit 1</u>, and section 541 of the Bankruptcy Code, a copy of which is annexed hereto as <u>Exhibit 2</u>.

3. That this Order is intended to be declarative of and coterminous with, and shall neither abridge, enlarge nor modify, the rights and obligations of any party under section 362 of the Bankruptcy Code.

4. That notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtor is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtor may, in its discretion and without further delay, take any action and perform any act authorized under this Order;

5. That the requirements set forth in Rule 6003(b) of the Federal Rules of Bankruptcy Procedure are satisfied by the contents of the Motion or otherwise deemed waived;

6. That the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 17, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2