IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:  Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
         Debtors. : Jointly Administered
:
: **RE: D.I. 918**
:
---------------------------------------------------------X

### ORDER GRANTING MOTION OF XETA TECHNOLOGIES, INC. PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF

Upon consideration of the Motion of Xeta Technologies, Inc. ("XETA") pursuant to sections 362(d) and 553 of Title 11 of the United States Code (the "Bankruptcy Code") for relief from the automatic stay in order to effectuate a setoff of prepetition amounts owing and due between XETA and a certain above-captioned Debtor, Nortel Networks Inc. ("NNI"), pursuant to certain prepetition agreements between the parties (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that no other or further notice is required; and upon consideration of the Motion and arguments contained therein and the opposition thereto, if any; and any opposition to the Motion having been overruled, resolved or withdrawn; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is GRANTED;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[New York #2078999 v2]

IT IS FURTHER ORDERED that XETA is granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to effect a setoff of mutual prepetition obligations between NNI and XETA as set forth in the Motion;

IT IS FURTHER ORDERED that XETA may setoff $115,958.45, which is the prepetition amount owed by XETA to NNI, against the prepetition amount, $687,574.89, owed to XETA by NNI without further Court Order or relief. For the avoidance of doubt, this order does not authorize XETA to setoff any amounts owing by or to any affiliate of NNI.

IT IS FURTHER ORDERED that, except for the setoff of mutual prepetition obligations between NNI and XETA as expressly provided for herein, all rights, claims and defenses of NNI and the Debtors against XETA are reserved, including with respect to any potential avoidance actions against XETA pursuant to chapter 5 of the Bankruptcy Code. Nothing in this Order shall otherwise limit or affect the Debtors' rights under the Chapter 11 proceedings or is intended to modify, limit or waive the parties' rights under the Partner Agreement effective as of June 25, 2003.

IT IS FURTHER ORDERED that this Court shall return jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 17, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

[New York #2078999 v2]