Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested For the Interim Period | (4) Total Expenses Requested For the Interim Period | (5)[1] Amt of Fees For Which Payment Was Requested In Monthly Applications (80%) | (6) Amt of Expenses For Which Payment Was Requested In Monthly Applications (100%) | (7) Amt of Holdback Fees Requested (20%) | (8) Total Requested For Interim Period | (9) Total Amt Requested in Case (Fees and Costs) thru the Interim Period | (10) Total Amount Disallowed For Interim Period | (11) Total Authorized Per Court Order To Date (Fees and Costs) |
|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 1/22/09 – 4/30/09 | 2,788,648.75 | 48,632.74[2] | 2,230,919.00 | 49,816.90 | 557,729.75 | 2,837,281.49 | 2,837,281.49 | 0.00 | 2,837,281.49 |
| Ashurst LLP | 1/30/09 – 4/30/09 | 242,338.75 | 578.63 | 193,871.00 | 578.63 | 48,467.75 | 242,917.38 | 242,917.38 | 0.00 | 242,917.38 |
| Capstone Advisory Group, LLC | 1/26/09 – 4/30/09 | 1,756,668.50 | 35,095.70 | 1,405,334.80 | 35,095.70 | 351,333.70 | 1,791,764.20 | 1,791,764.20 | 0.00 | 1,791,764.20 |
| Cleary Gottlieb Steen & Hamilton LLP | 1/14/09 – 4/30/09 | 9,934,811.00 | 320,147.27 | 7,947,848.80 | 320,147.27 | 1,986,962.20 | 10,254,958.27 | 10,254,958.27 | 0.00 | 10,254,958.27 |
| Crowell & Moring LLP | 1/14/09 – 4/30/09 | 164,418.45 | 96.84 | 131,534.76 | 96.84 | 32,883.69 | 118,216.37[3] | 118,216.37 | 0.00 | 118,216.37 |
| Ernst & Young LLP | 1/14/09 – 4/30/09 | 285,000.00 | 0.00 | 228,000.00 | 0.00 | 57,000.00 | 285,000.00 | 285,000.00 | 0.00 | 285,000.00 |

---

[1] Please note that the listing in Columns (5) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] This figure reflects a reduction of $1,184.16, which Akin Gump voluntarily agreed to following discussions with the United States Trustee.

[3] Following discussions with the Debtors, Crowell & Moring LLP has agreed to voluntarily reduce its fee request for the Interim Period by $46,298.92, bringing the new total requested fees for the Interim Period to $118,119.53.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fraser Milner Casgrain LLP[4] | 1/26/09 – 4/30/09 | 1,321,010.79 | 18,604.14 | 1,056,808.62 | 264,202.17 | 1,339,614.93 | 1,339,614.93 | 0.00 | 1,339,614.93 |
| Huron Consulting Group | 2/2/09 – 4/30/09 | 1,194,400.93 | 135,430.75 | 955,520.74 | 238,880.19 | 1,329,831.68 | 1,329,831.68 | 0.00 | 1,329,831.68 |
| Jackson Lewis LLP | 1/14/09 – 4/30/09 | 93,496.25 | 57.85 | 74,797.00 | 18,699.25 | 93,554.10 | 93,554.10 | 0.00 | 93,554.10 |
| Jefferies & Company, Inc. | 2/1/09 – 4/30/09 | 750,000.00 | 29,437.67 | 600,000.00 | 150,000.00 | 779,437.67 | 779,437.67 | 0.00 | 779,437.67 |
| Lazard Freres & Co. | 1/14/09 – 4/30/09 | 895,161.29 | 75,312.92 | 716,129.03 | 179,032.26 | 895,161.32 | 895,161.32 | 0.00 | 895,161.32[5] |
| Mercer (US) Inc. | 1/14/09 – 4/30/09 | 282,041.70 | 34,621.94 | 225,633.36 | 56,408.34 | 289,003.64 (316,663.64) | 289,003.64 (316,663.64) | 0.00 | 289,003.64 (316,663.64) |
| Morris, Nichols, Arsht & Tunnell LLP | 1/14/09 – 4/30/09 | 242,479.50 | 100,635.08 | 193,983.60 | 48,495.90 | 343,114.58 | 343,114.58 | 0.00 | 343,114.58 |
| Paradigm DKD Group, LLC d/b/a Paradigm Tax Group | 1/14/09 – 4/30/09 | 283,480.00 | 0.00 | 226,784.00 | 56,696.00 | 283,480.00 | 283,480.00 | 0.00 | 283,480.00 |
| Richards, Layton & Finger P.A. | 1/26/09 – 4/30/09 | 45,367.00 | 11,963.06 | 36,293.60 | 9,073.40 | 57,330.06 | 57,330.06 | 0.00 | 57,330.06 |
| Shearman & Sterling LLP | 1/14/09 – 4/30/09 | 237,602.00 | 4,774.38 | 190,081.60 | 47,520.40 | 242,376.38 | 242,376.38 | 0.00 | 242,376.38 |
| **TOTALS** | | 20,516,924.91 | 815,388.97 | 16,413,539.91 | 816,573.13 | 4,103,385.00 | 21,210,702.07 (21,163,702.07) | 21,210,702.07 (21,163,702.07) | 0.00 | 21,210,702.07 (21,163,702.07) |

---

[4] All figures listed for Fraser Milner Casgrain LLP are expressed and paid in Canadian currency.

[5] Prior to the petition date the Debtors paid Lazard professional fees totaling $1,000,000 for services provided pursuant to their January 13, 2009 engagement agreement, covering professionals services provided prior to the date thereof and the 3 month period from January 1, 2009 through March 31, 2009. As of the petition date $645,161.29 of the payment remained unapplied. Lazard's net compensation paid by the Debtors will reflect the application of the unapplied payment to the total authorized amount resulting in a net compensation of $250,000.03. Additionally, prior to the petition date the Debtors paid Lazard a $150,000 expense retainer. As of the petition date $108,939.97 of the retainer remained unapplied. Lazard's net expenses paid by the Debtors will reflect the application of the unapplied payment to the total authorized amount resulting in a net expense payment of $0.00.

[6] At the request of the United States Trustee the expenses for Mercer have been reduced by $27,000 pending resolution of the disputed amount.