## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 17th day of July 2009, I caused a copy of the within *Objection of Motorola, Inc. to Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Authorizing the Filing of Certain Documents Under Seal and (F) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts and (C) the Assumption and Sublease of Certain Leases* to be served upon the parties on the attached service list via facsimile.

Under penalty of perjury, I declare the foregoing to be true and correct.

July 17, 2009                          /s/ Elihu E. Allinson, III
Date                                    Elihu E. Allinson, III

*In re Nortel Networks, Inc., et al.*
Case No. 09-10138, jointly administered
U.S. Bankruptcy Court, District of Delaware

## SERVICE LIST

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
Facsimile:  212-225-3999
*Counsel to Debtors*

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington DE  19801
Facsimile:  302-658-3989
*Counsel to Debtors*

N. Lynn Hiestand
Skadden, Arps, Slate, Meagher
  & Flom LLP & Affiliates
Four Times Square
New York, NY  10036
Facsimile:  212-735-2000
*Counsel to Purchaser*

Sarah E. Pierce
Gregg M. Galardi
Skadden, Arps, Slate, Meagher
  & Flom LLP & Affiliates
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Facsimile:  302-651-3000
*Counsel to Purchaser*

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY  10036
Facsimile:  212-872-1002
*Counsel to Committee*

Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
Facsimile:  302-498-7845
Facsimile:  302-651-7701
*Counsel to Committee*

Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY  10006
Facsimile:  212-822-5735
*Counsel to Bonholder Group*