IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :    Chapter 11
                                                            :
                                                            :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :    Jointly Administered
        Debtors.                                            :
                                                            :
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 20, 2009 AT 2:00 P.M. (EASTERN TIME)[2] [REQUESTED]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

    None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

    None at this time.

UNCONTESTED MATTERS GOING FORWARD:

1.  Debtors' Motion To Apply The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively (D.I. 1106, Filed 7/17/09).

    Related Pleadings:

    a)  Debtors' Motion Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion To Apply The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively (D.I. 1107, Filed 7/17/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Objection Deadline: July 20, 2009 at 2:00 p.m. (ET) (Requested).

Responses Received: None at this time.

Status: This matter is going forward.

2. Debtors' Motion Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion To Apply The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively (D.I. 1107, Filed 7/17/09).

Related Pleadings:

a) Debtors' Motion To Apply The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively (D.I. 1106, Filed 7/17/09).

Responses Received: None at this time.

Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

None at this time.

Dated: July 17, 2009
      Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          James L. Bromley (No. 5125)
          Lisa M. Schweitzer (No. 1033)
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          _/s/_____
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Andrew R. Remming (No. 5120)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          Counsel for the Debtors and
          Debtors in Possession

3026029.1