IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.,*[1]

        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

------------------------------------------------------------X

## NOTICE OF RESCHEDULED HEARING DATE FROM
## JULY 28, 2009 AT 2:00 P.M. TO JULY 28, 2009 AT 1:00 P.M.

PLEASE TAKE NOTICE that at the direction of the Court the hearing previously scheduled for July 28, 2009 at 2:00 p.m. (ET) has been rescheduled in these cases to **July 28, 2009 at 1:00 p.m.** (ET).

PLEASE TAKE FURTHER NOTICE that any matters, previously scheduled to be heard on the July 28, 2009 at 2:00 p.m. have been rescheduled to July 28, 2009 at 1:00 p.m. (ET) in these cases.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: July 17, 2009
      Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          James L. Bromley (No. 5125)
          Lisa M. Schweitzer (No. 1033)
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Ann Cordo
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Andrew R. Remming (No. 5120)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          Counsel for the Debtors and Debtors in Possession

2936031.3