**EXHIBIT A**

Nortel Networks Inc., *et al.*
Palisades Capital Advisors LLC

May 8, 2009 Through June 30, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | May - June |
|---|---|---|
| 1 | Pension Advisory | 201.0 |
| 2 | Engagement/Retention/Fee Applications | 25.5 |
| **TOTAL** | | **226.5** |

**Summary of Services Rendered by Professional**

| Name | May - June |
|---|---|
| Bradley D. Belt (Chairman) | 123.0 |
| John L. Spencer (Managing Director) | 102.0 |
| Dawn M. Bizzell (Director) | 1.5 |
| **TOTAL** | **226.5** |

Palisades Capital Advisors LLC
Time Detail
May 8, 2009 through June 30, 2009

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/8/2009 | Review docket file | 3.0 | 1 | BDB |
| 5/8/2009 | Review Nortel financial statements | 2.0 | 1 | BDB |
| 5/8/2009 | Review docket file | 3.0 | 1 | JLS |
| 5/8/2009 | Review Nortel financial statements | 2.0 | 1 | JLS |
| 5/9/2009 | Review docket file | 3.0 | 1 | BDB |
| 5/9/2009 | Review potential transaction | 2.0 | 1 | BDB |
| 5/9/2009 | Review docket file | 3.0 | 1 | JLS |
| 5/9/2009 | Review potential transaction | 2.0 | 1 | JLS |
| 5/10/2009 | Emails exchanges on scheduling | 0.5 | 1 | BDB |
| 5/10/2009 | Emails exchanges on scheduling | 0.5 | 1 | JLS |
| 5/11/2009 | Discuss and describe PBGC process w/CGSH | 1.5 | 1 | BDB |
| 5/11/2009 | Pre-call preparation, conference Call w/Nortel and CGSH re: potential transaction, PBGC and closing conditions, and follow up | 2.0 | 1 | BDB |
| 5/11/2009 | Internal discussions/emails re: potential transaction and related matters | 2.0 | 1 | BDB |
| 5/11/2009 | Discuss and describe PBGC process w/CGSH | 1.5 | 1 | JLS |
| 5/11/2009 | Internal discussions/emails re: potential transaction and related matters | 2.0 | 1 | JLS |
| 5/12/2009 | Pre-call preparation, conference Call w/Nortel, CGSH, Punter Southall re: UK issues, and follow up | 2.0 | 1 | BDB |
| 5/12/2009 | Review Nortel pension documents | 1.0 | 1 | BDB |
| 5/12/2009 | Analysis, calls and email exchanges re: UK issues TPR authorities and potential comfort letter | 3.0 | 1 | BDB |
| 5/12/2009 | Pre-call preparation, conference Call w/Nortel, CGSH, Punter Southall re: UK issues, and follow up | 2.0 | 1 | JLS |
| 5/12/2009 | Review Nortel pension documents | 1.0 | 1 | JLS |
| 5/12/2009 | Analysis, calls and email exchanges re: UK issues TPR authorities and potential comfort letter | 3.0 | 1 | JLS |
| 5/13/2009 | Review and comment on draft comfort letter | 0.5 | 1 | BDB |
| 5/13/2009 | Review and comment on draft comfort letter | 0.5 | 1 | JLS |
| 5/13/2009 | Call with B. Raymond re: PBGC process | 0.5 | 1 | JLS |
| 5/14/2009 | Emails and discussion re: draft UK comfort letter and potential transaction | 1.0 | 1 | BDB |
| 5/14/2009 | Emails and discussion re: draft UK comfort letter and potential transaction | 1.0 | 1 | JLS |
| 5/15/2009 | Review Punter Southall comfort letter draft | 0.5 | 1 | BDB |
| 5/15/2009 | Review Punter Southall comfort letter draft | 0.5 | 1 | JLS |
| 5/18/2009 | Email exchanges from CGSH re: Status of comfort letter | 0.5 | 1 | BDB |
| 5/18/2009 | Email exchanges from CGSH re: Status of comfort letter | 0.5 | 1 | JLS |
| 5/20/2009 | Email exchanges re: information requests | 1.0 | 1 | BDB |
| 5/20/2009 | Email exchanges re: information requests | 1.0 | 1 | JLS |
| 5/22/2009 | Call w/CGSH and PS re: UK issues | 1.5 | 1 | BDB |
| 5/22/2009 | Call w/CGSH and PS re: UK issues | 1.5 | 1 | JLS |
| 5/26/2009 | Pre-call preparation, status call w/Nortel and CGSH and followup | 2.0 | 1 | BDB |
| 5/26/2009 | Pre-call preparation, status call w/Nortel and CGSH and followup | 2.0 | 1 | JLS |
| 5/27/2009 | Email exchanges/calls/internal discussions re: PBGC/pension strategy | 3.0 | 1 | BDB |
| 5/27/2009 | Email exchanges/calls/internal discussions re: PBGC/pension strategy | 3.0 | 1 | JLS |
| 5/28/2009 | Draft strategy memo and discussion points | 1.5 | 1 | BDB |
| 5/28/2009 | Email exchanges/calls/internal discussions re:draft strategy memo | 1.5 | 1 | BDB |
| 5/28/2009 | Draft strategy memo and discussion points | 1.5 | 1 | JLS |
| 5/28/2009 | Email exchanges/calls/internal discussions re:draft strategy memo | 1.5 | 1 | JLS |
| 5/29/2009 | Pre-call preparation, status call w/Nortel and CGSH and followup | 2.0 | 1 | BDB |
| 5/29/2009 | Follow up w/B. Raymond re: status call | 1.0 | 1 | BDB |
| 5/29/2009 | Call w/Nortel and CGSH | 1.0 | 1 | BDB |
| 5/29/2009 | Internal discussions re: PBGC approach | 1.0 | 1 | BDB |
| 5/29/2009 | Review Narnia transaction/Assess CALA assets | 3.0 | 1 | BDB |
| 5/29/2009 | Pre-call preparation, status call w/Nortel and CGSH and followup | 2.0 | 1 | JLS |
| 5/29/2009 | Follow up w/B. Raymond re: status call | 1.0 | 1 | JLS |
| 5/29/2009 | Call w/Nortel and CGSH | 1.0 | 1 | JLS |
| 5/29/2009 | Internal discussions re: PBGC approach | 1.0 | 1 | JLS |
| 5/29/2009 | Call w/PBGC | 0.5 | 1 | JLS |
| 5/29/2009 | Review Narnia transaction/Assess CALA assets | 3.0 | 1 | JLS |
| 6/1/2009 | Email exchanges re: UCC information request | 0.5 | 1 | BDB |
| 6/1/2009 | Pre-call preparation, conference call w/Nortel and CGSH re: potential transaction and PBGC and followup | 2.0 | 1 | BDB |
| 6/1/2009 | Email exchanges re: UCC information request | 0.5 | 1 | JLS |
| 6/1/2009 | Pre-call preparation, conference call w/Nortel and CGSH re: potential transaction and PBGC and followup | 2.0 | 1 | JLS |
| 6/2/2009 | Call w/Nortel and CGSH | 1.0 | 1 | BDB |
| 6/2/2009 | Call w/PBGC | 1.0 | 1 | JLS |
| 6/2/2009 | Call w/Nortel and CGSH | 1.0 | 1 | JLS |
| 6/3/2009 | Pre-call preparation, status call w/Nortel and CGSH re: potential transaction, protocol, PBGC | 2.0 | 1 | BDB |
| 6/3/2009 | Follow up calls/email exchanges re: status call | 1.0 | 1 | BDB |
| 6/3/2009 | Pre-call preparation, status call w/Nortel and CGSH re: potential transaction, protocol, PBGC | 2.0 | 1 | JLS |
| 6/3/2009 | Follow up calls/email exchanges re: status call | 1.0 | 1 | JLS |

Palisades Capital Advisors LLC
Time Detail
May 8, 2009 through June 30, 2009

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 6/4/2009 | Review protocol documents | 2.0 | 1 | BDB |
| 6/4/2009 | Call w/B. Raymond re: creditor's committee meeting | 1.0 | 1 | BDB |
| 6/4/2009 | Review protocol documents | 2.0 | 1 | JLS |
| 6/4/2009 | Call w/B. Raymond re: creditor's committee meeting | 1.0 | 1 | JLS |
| 6/5/2009 | Pre-call preparation, conference call w/Nortel and CGSH re: strategy and PBGC meeting next week and follow up | 3.0 | 1 | BDB |
| 6/5/2009 | Pre-call preparation, conference call w/Nortel and CGSH re: strategy and PBGC meeting next week and follow up | 3.0 | 1 | JLS |
| 6/9/2009 | Round trip travel to NYC re: Nortel meeting | 6.0 | 1 | BDB |
| 6/9/2009 | Meeting w/Nortel and CGSH re: status of potential transaction and related matters | 2.0 | 1 | BDB |
| 6/9/2009 | Email exchanges/calls re: meeting follow up | 1.0 | 1 | BDB |
| 6/9/2009 | Round trip travel to NYC re: Nortel meeting | 6.0 | 1 | JLS |
| 6/9/2009 | Meeting w/Nortel and CGSH re: status of potential transaction and related matters | 2.0 | 1 | JLS |
| 6/10/2009 | Email exchanges re: scheduling | 0.5 | 1 | BDB |
| 6/10/2009 | Email exchanges re: scheduling | 0.5 | 1 | JLS |
| 6/11/2009 | Email exchanges re: scheduling | 0.5 | 1 | BDB |
| 6/12/2009 | Pre-call preparation, status call w/Nortel and CGSH and followup | 2.0 | 1 | BDB |
| 6/12/2009 | Review funding agreement | 2.0 | 1 | BDB |
| 6/12/2009 | Call w/B. Raymond re: draft language for press release | 0.5 | 1 | BDB |
| 6/12/2009 | Pre-call preparation, status call w/Nortel and CGSH and followup | 2.0 | 1 | JLS |
| 6/13/2009 | Email exchange w/B. Raymond re: press release | 0.5 | 1 | BDB |
| 6/14/2009 | Travel to NYC re: Nortel and PBGC meeting | 2.0 | 1 | BDB |
| 6/14/2009 | Travel to NYC re: Nortel and PBGC meeting | 2.0 | 1 | JLS |
| 6/15/2009 | Meeting w/Nortel and PBGC | 1.5 | 1 | BDB |
| 6/15/2009 | Meeting w/Nortel and CGSH re: follow up | 1.0 | 1 | BDB |
| 6/15/2009 | Travel to WDC/return | 2.0 | 1 | BDB |
| 6/15/2009 | Meeting w/Nortel and PBGC | 1.5 | 1 | JLS |
| 6/15/2009 | Meeting w/Nortel and CGSH re: follow up | 1.0 | 1 | JLS |
| 6/15/2009 | Travel to WDC/return | 2.0 | 1 | JLS |
| 6/17/2009 | Pre-call preparation, status call w/Nortel and CGSH and followup | 2.0 | 1 | BDB |
| 6/17/2009 | Review termination premium issues | 2.0 | 1 | BDB |
| 6/17/2009 | Review of Nortel proposed draft for PBGC | 1.0 | 1 | BDB |
| 6/17/2009 | Pre-call preparation, status call w/Nortel and CGSH and followup | 2.0 | 1 | JLS |
| 6/17/2009 | Review termination premium issues | 2.0 | 1 | JLS |
| 6/17/2009 | Review of Nortel proposed draft for PBGC | 1.0 | 1 | JLS |
| 6/18/2009 | Review and comment on revised draft term sheet | 1.0 | 1 | BDB |
| 6/18/2009 | Review and comment on revised draft term sheet | 1.0 | 1 | JLS |
| 6/19/2009 | Review revised term sheet | 1.0 | 1 | BDB |
| 6/19/2009 | Review revised term sheet | 1.0 | 1 | JLS |
| 6/21/2009 | Pre-call preparation, conference call w/Nortel and CGSH and followup | 2.0 | 1 | BDB |
| 6/21/2009 | Pre-call preparation, conference call w/Nortel and CGSH and followup | 2.0 | 1 | JLS |
| 6/22/2009 | Call w/PS re: UK pension issues | 0.5 | 1 | BDB |
| 6/22/2009 | Review pension updated materials from CGSH and Lazard | 1.0 | 1 | BDB |
| 6/22/2009 | Internal meetings re: term sheet and PBGC | 2.0 | 1 | BDB |
| 6/22/2009 | Review pension updated materials from CGSH and Lazard | 1.0 | 1 | JLS |
| 6/22/2009 | Internal meetings re: term sheet and PBGC | 2.0 | 1 | JLS |
| 6/23/2009 | Review and revise term sheet | 0.5 | 1 | BDB |
| 6/24/2009 | Pre-call preparation, status call w/Nortel and CGSH re: review PBGC strategy and followup | 3.0 | 1 | BDB |
| 6/24/2009 | Pre-call preparation, status call w/Nortel and CGSH re: review PBGC strategy and followup | 3.0 | 1 | JLS |
| 6/25/2009 | Finalize term sheet | 1.0 | 1 | BDB |
| 6/25/2009 | Call with PBGC | 0.5 | 1 | JLS |
| 6/25/2009 | Finalize term sheet | 1.0 | 1 | JLS |
| 6/26/2009 | Communicate w/PBGC re: term sheet | 0.5 | 1 | BDB |
| 6/26/2009 | Review PBGC and other objections to Narnia | 2.0 | 1 | BDB |
| 6/26/2009 | Call with PBGC | 1.0 | 1 | JLS |
| 6/26/2009 | Communicate w/PBGC re: term sheet | 0.5 | 1 | JLS |
| 6/26/2009 | Review PBGC and other objections to Narnia | 2.0 | 1 | JLS |
| 6/27/2009 | Call w/B. Raymond re: PBGC | 1.0 | 1 | BDB |
| 6/27/2009 | Call w/B. Raymond re: PBGC | 1.0 | 1 | JLS |
| 6/29/2009 | Term sheet to PBGC | 1.0 | 1 | BDB |
| 6/29/2009 | Communicate w/PBGC re: term sheet review and Narnia objection | 2.0 | 1 | BDB |
| 6/29/2009 | Call with PBGC | 1.0 | 1 | JLS |
| 6/29/2009 | Communicate w/PBGC re: term sheet review and Narnia objection | 2.0 | 1 | JLS |
| 6/30/2009 | Communication re: PBGC information request | 1.0 | 1 | BDB |
| 6/30/2009 | Review draft protocol | 1.0 | 1 | BDB |
| 6/30/2009 | Communication re: PBGC information request | 1.0 | 1 | JLS |

2

Palisades Capital Advisors LLC
Time Detail
May 8, 2009 through June 30, 2009

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 6/30/2009 | Review draft protocol | 1.0 | 1 | JLS |
| | **Total Activity 1** | 201.0 | | |
| 5/8/2009 | Review, finalize and execute engagement letter | 1.0 | 2 | BDB |
| 5/11/2009 | Receive and review retention application | 2.0 | 2 | BDB |
| 5/12/2009 | Call w/N. Salvatore re: Retention application | 0.5 | 2 | BDB |
| 5/14/2009 | Review and mark-up retention application | 1.5 | 2 | BDB |
| 5/15/2009 | Revise retention application | 0.5 | 2 | BDB |
| 5/19/2009 | Email exchanges re: retention application | 0.5 | 2 | BDB |
| 5/20/2009 | Call w/Delaware counsel re: retention application | 0.5 | 2 | BDB |
| 5/20/2009 | Call w/Delaware counsel re: retention application | 0.5 | 2 | JLS |
| 5/21/2009 | Review and comment re: revised engagement letter and retention application | 1.0 | 2 | BDB |
| 5/22/2009 | Review and comment re: revised engagement letter and retention application | 1.0 | 2 | BDB |
| 5/22/2009 | Review and comment re: revised engagement letter and retention application | 1.0 | 2 | JLS |
| 5/26/2009 | Email exchanges re: revised retention application and declaration | 0.5 | 2 | BDB |
| 5/29/2009 | Review and comment re: revised retention application and declaration | 1.0 | 2 | BDB |
| 5/30/2009 | Review and mark-up retention application, declaration and order | 2.0 | 2 | BDB |
| 5/31/2009 | Exchange emails w/N. Salvatore | 0.5 | 2 | BDB |
| 6/1/2009 | Call w/N. Salvatore re: conflict issues | 0.5 | 2 | BDB |
| 6/4/2009 | Review and comment on revised retention application and declaration | 1.0 | 2 | BDB |
| 6/5/2009 | Review, finalize and execute retention application and declaration | 1.0 | 2 | BDB |
| 6/5/2009 | Email executed retention application and declaration | 0.5 | 2 | DMB |
| 6/19/2009 | Email exchanges/calls re: retention application and UST request for extension | 1.0 | 2 | BDB |
| 6/21/2009 | Email exchange re: retention application status | 0.5 | 2 | BDB |
| 6/22/2009 | Status update w/Delaware counsel | 0.5 | 2 | BDB |
| 6/22/2009 | Status update w/Delaware counsel | 0.5 | 2 | JLS |
| 6/23/2009 | Calls/email exchanges re: court hearing and retention application | 0.5 | 2 | BDB |
| 6/24/2009 | Review and comment on UST comments | 0.5 | 2 | BDB |
| 6/24/2009 | Review and comment on UST comments | 0.5 | 2 | JLS |
| 6/25/2009 | Call/email exchanges re: 6/26 court hearing and retention application | 0.5 | 2 | BDB |
| 6/25/2009 | Review/revise application to address UST comments | 1.0 | 2 | BDB |
| 6/25/2009 | Review/revise application to address UST comments | 1.0 | 2 | JLS |
| 6/29/2009 | Review fee application materials | 1.0 | 2 | BDB |
| 6/29/2009 | Set up fee application documents | 1.0 | 2 | DMB |
| | **Total Activity 2** | 25.5 | | |
| | **Total Activity 1 and 2** | 226.5 | | |