**EXHIBIT B**

Nortel Networks Inc., *et al.*
Palisades Capital Advisors LLC

May 8, 2009 Through June 30, 2009

Expense Summary

| Expense Category | Total Expense |
|---|---|
| Travel Expenses | $2,489.16 |
| **TOTAL** | **$2,489.16** |

Palisades Capital Advisors LLC
Expenses
May 8, 2009 Through June 30, 2009

| Date | Expense | Reason | | Accounting Codes | Individual Charge | Sub Total by Expense Type |
|---|---|---|---|---|---|---|
| 06/08/2009 | Air Fare: DCA to LGA | Meeting in NY 6/08 | air | NY 3100 - Credit Card Charges AMEX | $35.00 | |
| 06/08/2009 | Air Fare: DCA to LGA | Meeting in NY 6/08 | air | NY 3100 - Credit Card Charges AMEX | $359.20 | |
| 06/15/2009 | Air Fare: DCA to LGA | Meeting in NY 6/16 | air | NY 3100 - Credit Card Charges AMEX | $35.00 | |
| 06/15/2009 | Air Fare: DCA to LGA | Meeting in NY 6/16 | air | NY 3100 - Credit Card Charges AMEX | $ 359.20 | |
| 06/15/2009 | Air Fare: DCA to LGA | Meeting in NY 6/16 | air | NY 3100 - Credit Card Charges AMEX | $ 35.00 | |
| 06/15/2009 | Air Fare: DCA to LGA | Meeting in NY 6/16 | air | NY 3100 - Credit Card Charges AMEX | $ 461.89 | $ 1,285.29 Air Fare |
| 06/09/2009 | Parking | Meeting in NY 6/08 | ground | NY 3100 - Credit Card Charges AMEX | $ 19.00 | |
| 06/09/2009 | Taxi | Meeting in NY 6/08 | ground | NY 3100 - Credit Card Charges AMEX | $ 35.95 | |
| 06/15/2009 | Taxi | Meeting in NY 6/16 | ground | NY 3100 - Credit Card Charges AMEX | $ 24.36 | |
| 06/15/2009 | Taxi | Meeting in NY 6/16 | ground | NY 3100 - Credit Card Charges AMEX | $ 33.90 | |
| 06/16/2009 | Taxi | Meeting in NY 6/16 | ground | NY 3100 - Credit Card Charges AMEX | $ 25.32 | |
| 06/16/2009 | Parking | Meeting in NY 6/16 | ground | NY 3100 - Credit Card Charges AMEX | $ 40.00 | |
| 06/16/2009 | Taxi | Meeting in NY 6/16 | ground | NY 3100 - Credit Card Charges AMEX | $ 30.10 | $ 208.63 Ground Transportation |
| 06/16/2009 | Hotel AKA | Meeting in NY 6/16 | hotel | NY 3100 - Credit Card Charges AMEX | $ 319.69 | |
| 06/16/2009 | Hotel AKA | Meeting in NY 6/16 | hotel | NY 3100 - Credit Card Charges AMEX | $ 285.41 | $ 605.10 Hotel |
| 06/09/2009 | Amtrak | Meeting in NY 6/08 | train | NY 3100 - Credit Card Charges AMEX | $ 354.00 | $ 354.00 Train |
| 06/15/2009 | Employee meals on travel | Meeting in NY 6/16 | travel | NY 3100 - Credit Card Charges AMEX | $ 14.94 | |
| 06/15/2009 | Employee meals on travel | Meeting in NY 6/16 | travel | NY 3100 - Credit Card Charges AMEX | $ 21.20 | $ 36.14 Employee Meals on Travel |
| | | TOTAL | | | $2,489.16 | $ 2,489.16 |