IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
            Debtors.                   :   Jointly Administered
                                                               :
                                                               :
---------------------------------------------------------------X
:
In re                                                          :   Chapter 11
                                                               :
Nortel Networks (CALA) Inc.                                    :   Case No. 09-12515 (KG)
                                                               :
            Debtor.                    :   Joint Administration Pending
                                                               :
                                                               :
---------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 17, 2009, copies of the following were served in the manner indicated upon the entities identified on the attached service list.

- **Order Pursuant To 11 U.S.C. § 105, Bankruptcy Rule 1015 And Local Rule 1015-1 (I) Directing Joint Administration Of The Debtors' Related Chapter 11 Cases And (II) Granting Related Relief** (D.I. Nos. 1098 (09-10138) and 11 (09-12515), Filed 7/16/09)

---

[1] The Original Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Original Debtors can be found in the Original Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- **Order To Have Previously-Entered Orders As Supplemented Govern Nortel Networks (CALA) Inc. Prospectively** (D.I. Nos. 1099 (09-10138) and 12 (09-12515), Filed 7/16/09).

- **Order Enforcing Section 362 of the Bankruptcy Code** (D.I. Nos. 1100 (09-10138) and 13 (09-12515), Filed 7/16/09).

Dated: July 17, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

Counsel for the Debtor and
Debtor in Possession

*3025721.1*