# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 7/20/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary Caloway | Buchanan Ingersoll & Rooney | Ernst & Young, as Monitor |
| Jason Libel | Skadden Arps | Nokia Siemens |
| Eric Schwartz | Morris, Nichols, Arsht & Tunnell | Debtors |
| Annie Cordo | " | " |
| Chris Samis | Richards, Layton & Finger, PA. | Committee |
| Patrick Tinker | UST | UST |

# Court Conference

## U.S. Bankruptcy Court-Delaware

### Confirmed Telephonic Appearance Schedule

### Honorable Kevin Gross

Calendar Date: 07/20/2009
Calendar Time: 02:00 PM

Courtroom
Amended Calendar 07/20/2009 08:12 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2955613 | John Doolittle | (905) 863-7000 | Nortel Networks, Inc. | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2952922 | Lisa Kraidin | 212-610-7300 | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2954950 | Katherine Lindsay | 860-249-7253 | Bracewell & Giuliani - Connecticut | Interested Party, Nortel UK / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2963426 | Lisa Schweitzer | 212-225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |

Serenia Taylor

CourtConfCal2007

Page 1 of 2