**Exhibit F**

**Form of Publication Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          : Case No. 09-10138 (KG)
:
                Debtors.         : Jointly Administered
:
:
:
------------------------------------------------------------X

## NOTICE OF PUBLIC AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on July 20, 2009, certain Nortel entities, including Nortel entities subject to creditor protection proceedings in the United States and Canada (the "North American Sellers"), entered into an agreement to convey certain assets of, and equity interests in, Nortel's Enterprise Solutions Business to Avaya Inc. (the "Purchaser") (the "Agreement"), while other Nortel entities, including Nortel entities subject to creditor protection proceedings in the United Kingdom (the "EMEA Sellers," and together with the North American Sellers, the "Sellers"), entered into an agreement to convey certain assets in Nortel's Enterprise Solutions Business to the Purchaser (the "EMEA Agreement," and together with the Agreement, the "Purchase Agreements"), as more fully set forth in that motion for approval of the Agreement and other related relief, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on July 20, 2009 [D.I. [●]] (the "Sale Motion"). The Sellers seek to sell substantially all of Nortel's Enterprise Solutions Business to the Purchaser or such other successful bidder(s) at an auction (the "Successful Bidder"), and the Debtors that are Sellers seek to sell their interests covered by the Agreement free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of the Bankruptcy Code, except as set forth in the Agreement. Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the terms and conditions of the proposed sale of the Debtors' Assets to the Purchaser are set forth in the Agreement attached to the Sale Motion. The Agreement, along with the EMEA Agreement, represent the results of extensive

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

marketing efforts conducted by the Sellers to obtain the highest and best offer for the Enterprise Solutions Business.

**PLEASE TAKE FURTHER NOTICE** that on [●], 2009, the Bankruptcy Court entered an order [D.I. [●]] (the "Bidding Procedures Order") approving the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the sale of the Enterprise Solutions Business under the Purchase Agreements. ***All interested bidders should carefully read the Bidding Procedures.***

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order, an auction (the "Auction") to sell Nortel's Enterprise Solutions Business will be conducted at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 on **September 11, 2009 at 9:30 a.m. (ET)** (the "Auction Date"). Only the Sellers, the Purchaser, the Committee, the Bondholder Group, the Monitor and the Administrators (and the advisors to each of the foregoing), any creditor of the Debtors that has requested in writing permission to attend no later than [●], 2009 and any other Qualified Bidder that has timely submitted a Qualified Bid, shall attend the Auction in person, and only the Purchaser and such other Qualified Bidders will be entitled to make any subsequent bids at the Auction.

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "Sale Hearing") will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, on **September 15, 2009 at 9:00 a.m. (ET)**, or at such other time as the Bankruptcy Court permits, to confirm the results of the Auction and approve the Sale of the Debtors' assets of, and equity interests in, Nortel's Enterprise Solutions Business to the Purchaser or Successful Bidder, in the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801. The Debtors may adjourn the Sale Hearing one or more times without further notice by making an announcement in open Court or by the filing of a hearing agenda pursuant to Local Rule 9029-3 announcing the adjournment.

**PLEASE TAKE FURTHER NOTICE** that, this notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures and Nortel encourages parties in interest to review such documents in their entirety. Copies of the Sale Motion, the Agreement, and the Bidding Procedures Order (including the Bidding Procedures approved by the Bankruptcy Court) may be examined by interested parties between the hours of 8:00 a.m. and 3:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' counsel: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

2

**PLEASE TAKE FURTHER NOTICE** that, dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
James L. Bromley
Lisa M. Schweitzer
Counsel to the Debtors