IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                              : Chapter 11
                                                   :
Nortel Networks Inc., et al.,[1]                   : Case No. 09-10138 (KG)
                                                   :
                         Debtors.                  : Jointly Administered
                                                   :
                                                   :
                                                   :
------------------------------------------------------------X

NOTICE OF (I) SOLICITATION OF INITIAL
BIDS; (II) PUBLIC AUCTION AND SALE
HEARING; AND (III) RELATED RELIEF AND DATES

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST PLEASE TAKE NOTICE:**

1.  Chapter 11 Petitions. On January 14, 2009, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). **On July 14, 2009, Nortel Networks (CALA) Inc. ("NN CALA") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On July 17, 2009, the Bankruptcy Court entered an Order to Have Previously-Entered Orders as Supplemented Govern Nortel Networks (CALA) Inc. Prospectively (D.I. 1099).**

2.  The Sale Motion. On June 19, 2009, the Debtors filed the Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts and (C) the Assumption and Sublease of Certain Leases (the "Initial Sale Motion"). On July 17, 2009, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Debtors filed the Debtors' Motion to Apply the Previously-Entered Bidding Procedures Order and Sale Motion, as Supplemented, to Nortel Networks (CALA) Inc. Prospectively (the "CALA Sale Motion," together with the Initial Sale Motion, the "Sale Motion").

3.   The Bidding Procedures Order. Following an initial hearing on certain relief requested by the Initial Sale Motion on June 29, 2009, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") (D.I. 1012), approving (a) the Bidding Procedures, (b) the Break-Up Fee and Expense Reimbursement, (c) the Notice Procedures, (d) the Assumption and Assignment Procedures, (e) the filing of certain schedules under seal, and (f) setting a time, date and place for the Sale Hearing. **Following a hearing on the relief requested by the CALA Sale Motion on July 20, 2009, the Bankruptcy Court entered an Order (the "CALA Order") making the Bidding Procedures Order and Initial Sale Motion applicable to NN CALA and any assets, executory contracts and unexpired leases owned by NN CALA subject to the sale and auction process.**

4.   Bidding Procedures. In the Bidding Procedures Order, the Bankruptcy Court approved procedures according to which the Debtors and certain of their affiliates (together, the "Sellers") are soliciting bids, holding a public auction, and finally selecting a purchaser for certain assets of the Debtors relating to the Debtors' CDMA and LTE business (the "Assets") (the "Bidding Procedures," as attached hereto as Exhibit A). ***All interested bidders should carefully read the Bidding Procedures.***

5.   The Auction. If the Sellers receive one or more Qualified Bids[2] in addition to the Agreement (as defined in the Bidding Procedures), the Sellers will conduct an auction (the "Auction") of the Assets, upon notice to all Qualified Bidders who have submitted Qualified Bids, at **9:30 a.m. on July 24, 2009 (ET)**, at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer, which Auction shall not be canceled or adjourned without the prior consent of the Purchaser, subject to the terms of the Agreement, such consent not to be unreasonably withheld.

6.   The Sale Hearing. The hearing at which the Debtors and CALA will request approval of the Sale (the "Sale Hearing") to the Successful Bidder shall be conducted before the Honorable Kevin Gross, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom 3, Wilmington, Delaware on **July 28, 2009 at 1:00 p.m. (ET)** or at such other time as the Bankruptcy Court permits.

7.   Key Deadlines (other than for NN CALA creditors). By the Bidding Procedures Order, the Bankruptcy Court set: (a) **July 17, 2009 at 4:00 p.m. (ET)** as the deadline for (i) all general objections to the Sale Motion, (ii) all objections to the cure amount owed by the Debtors under any prepetition executory contract that is scheduled to be assumed and assigned or any unexpired lease that is scheduled to be assumed, by counterparties to such agreements (the "Counterparties"), (iii) objections by Counterparties to the adequate assurance of future performance by Nokia Siemens B.V. ("Nokia Siemens"), and (iv) Counterparties to request

---

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Bidding Procedures. To the extent that there are inconsistencies between this notice and the Bidding Procedures, the Bidding Procedures control.

adequate assurance information regarding bidders other than Nokia Siemens that will or may participate at the Auction (the "General Objection Deadline"); (b) **July 21, 2009 at 4:00 p.m. (ET)** as the Bid Deadline (as defined in the Bidding Procedures); and (c) **July 27, 2009 at 4:00 p.m. (ET)** as the deadline for supplemental objections with respect to objections regarding (i) adequate assurance of future performance by Qualified Bidders other than Nokia Siemens, and (ii) objections to issues arising from and in connection with the Auction and/or the Debtors' selection of a Successful Bid made by a Successful Bidder other than Nokia Siemens. By the CALA Order, the Bankruptcy Court set **July 27, 2009 at 4:00 p.m. (ET)** as the deadline for objections by Counterparties to contracts with CALA.

8. **Key Deadlines (for NN CALA creditors). By the CALA Order, the Bankruptcy Court set: (a) *July 27, 2009 at 4:00 p.m. (ET)* as the deadline for (i) all general objections to the Sale Motion as they relate to NN CALA, (ii) all objections to the cure amount owed by NN CALA under any prepetition executory contract that is scheduled to be assumed and assigned or any unexpired lease that is scheduled to be assumed, by counterparties to such agreements (the "NN CALA Counterparties"), (iii) objections by the NN CALA Counterparties to the adequate assurance of future performance by Nokia Siemens B.V. ("Nokia Siemens"), (iv) objections by the NN CALA Counterparties to the adequate assurance of future performance by Qualified Bidders other than Nokia Siemens, and (v) objections to issues arising from and in connection with the Auction and/or the Debtors' selection of a Successful Bid made by a Successful Bidder other than Nokia Siemens as they relate to NN CALA (the "General CALA Objection Deadline"); (b) *July 21, 2009 at 4:00 p.m. (ET)* as the Bid Deadline (as defined in the Bidding Procedures); and (c) *July 22, 2009 at 4:00 p.m. (ET)* as the deadline for the NN CALA Counterparties to request adequate assurance information regarding bidders other than Nokia Siemens that will or may participate at the Auction.**

9. Objections to the Sale Motion. All objections to the relief requested in the Sale Motion must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in conformance with the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 by no later than the General Objection Deadline, the General CALA Objection Deadline, or other applicable deadline as indicated above; and (e) served in accordance with the Local Rules so as to be received on or before the applicable objection deadline by the following: (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott), (b) counsel to the Purchaser: Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates, Four Times Square, New York, New York 10036, Fax: (212) 735-2000 (Attention: N. Lynn Hiestand) and Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899, Fax: (302) 651-3000 (Attention: Sarah E. Pierce and Gregg M. Galardi), (c) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax: (212) 872-1002 (Attention: Fred S. Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), and (d) counsel to the Bondholder Group: Milbank, Tweed,

3

Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax: (212) 822-5735 (Attention: Roland Hlawaty).

9. <u>Documents</u>. Copies of the Sale Motion, the Agreement, the Bidding Procedures Order and the proposed Sale Order may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtor's attorneys: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

This notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order, the CALA Motion, the CALA Order and the Bidding Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety.

Please note that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

Dated: July 20, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*