IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Nortel Networks Inc., *et al.*, | § § | Case No. 09-10138 (KG) |
| Debtors. | § § | Re Dkt #1081 |

## MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF ROBERT E. NIES

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Robert E. Nies, Esquire, to represent OSS Nokalva, Inc. in the above-referenced bankruptcy case.

POLSINELLI SHUGHART PC

Dated: July 15, 2009
Wilmington, Delaware

By: /s/ Christopher A. Ward
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

1772401.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New Jersey, am admitted to practice before the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern and Southern Districts of New York and the District of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Robert E. Nies
WOLFF & SAMSON PC
Robert E. Nies, Esq.
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
Phone: (973) 325-1500
Facsimile: (973) 325-1501

Dated: July 15, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: July 21, 2009

The Honorable Kevin Gross
United States Bankruptcy Judge

1772401.1                    2