## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELEWARE

In Re:                                      )      Chapter 11
                                            )
NORTEL NETWORKS, INC., et al.,              )      Case No.  09-10138 (KG)
                                            )
            Debtors.                        )

### NOTICE OF SECURED LIEN OF FAIRFAX COUNTY, VIRGINIA AND RESPONSE TO DEBTOR'S NOTICE OF (I) SOLICITATION OF INTITAL BIDS; (II) PUBLIC AUCTION AND SALE HEARING; AND (III) RELATED RELIEF AND DATES

COMES NOW, Fairfax County, Virginia, by and through its Department of Tax Administration and by Counsel (hereinafter "the County"), and files this its Notice Of Secured Lien And Response To Debtor's NOTICE OF (I) SOLICITATION OF INTITAL BIDS; (II) PUBLIC AUCTION AND SALE HEARING; AND (III) RELATED RELIEF AND DATES; and in support thereof it states as follows:

1.      The Debtors filed their Chapter 11 bankruptcy cases on January 14, 2009.

2.      At the time of the commencement of the bankruptcy case the Debtors, Nortel Networks, Inc., *et* al., were liable to the County for 2009 Business Personal Property (BPP) taxes in the amount of $15,113.05, as specifically assessed against all tangible personal property owned by the Debtor and located within the County as of January 1, 2009. See Exhibit A attached hereto and incorporated herein by reference.

3.      Under Va. Code Ann. §58.1-3515, BPP taxes are an ad valorem tax assessed against the owner of the assets as of January 1 of each tax year.  Furthermore, BPP taxes are not subject to pro-ration if the assets are sold during the tax year.  Accordingly, the 2009 BPP taxes assessed on January 1, 2009, are afforded a first priority lien against any taxed property now proposed to be sold.

4.      The 2009 BPP taxes were specifically assessed against the furniture, fixtures, and equipment that may be, upon information and belief, those same assets proposed to be sold by the Debtor.

5.      Under Virginia law, the County (i) has a lien interest in the property proposed to be sold by the Debtor, (ii) that interest is superior to the interest of any other party, and (iii) the Debtor has failed to satisfy any of the five criteria of § 363(f) of the Bankruptcy Code with respect to the County's interest.

6.      Va. Code Ann. §58.1-3942 provides in pertinent part that "(n)o security interest in goods or chattels shall prevent the same from being distrained and sold for taxes or levies assessed thereon, no matter in whose possession they may be found," and goes on to state that **"(t)axes specifically assessed either per item or in bulk against goods and chattels shall constitute a lien against the property so assessed and shall have priority over all security interests."** (emphasis added).

7.      In addition, under Va. Code Ann. §58.1-3941 "(p)roperty on which taxes were specifically assessed, whether assessed per item or in bulk, shall be subject to distress after it passes into the hands of a bona fide purchaser for value."

8.      Therefore, the delinquent 2009 BPP taxes as specifically assessed against the Debtor's personal property which is now proposed to be sold must be either paid as a first priority from the proceeds of the sale or, in the alternative, the County's rights of seizure, as provided by Virginia law, should be preserved even after the sale.

WHEREFORE, Fairfax County prays as follows:

1.    That the County hereby consents to the sale of the Assets so long as the first priority lien interests of the County, as provided by Virginia law, shall be satisfied from the proceeds of the sale in the total amount of **$15,113.05**; or in the alternative

2.    That the Debtors' furniture, fixtures, and equipment be sold subject to the County's rights of distraint under Va. Code Ann. §§58.1-3941 and 3942; and

3.    for such other and further relief as may be deemed appropriate.

Respectfully Submitted,

DAVID P. BOBZIEN
FAIRFAX COUNTY ATTORNEY


BY:    /s/ Nancy F. Loftus
       Nancy F. Loftus
       Assistant County Attorney
       VSB #37785
       12000 Government Center Parkway
       Suite 549
       Fairfax, Virginia 22035
       703 324-2421
       nancy.loftus@fairfaxcounty.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct printed copy of the foregoing Notice Of Secured Lien And Response To Debtor's Motion for Sale Free and Clear of Liens was Electronically Filed and delivered via ECF to counsel to the Debtors, counsel to the Purchasers, counsel to the Committee and counsel to the Bondholder Group, this 21st day of July, 2009.

/s/ Nancy F. Loftus
Nancy F. Loftus
Assistant County Attorney

**Document in ProLaw**

**EXHIBIT A**
# STATEMENT OF TAXES DUE

**NORTEL NETWORKS, INC.**
**Account No.  xxx-xx-9821**

**BUSINESS PERSONAL PROPERTY TAXES (BPP)**

**Secured Priority Tax Claim***

| Tax Year Number of Months | Property Description | Tax | Late Filing Penalty | Late Payment Penalty | Interest (through 1/14/2009) | Total |
|---|---|---|---|---|---|---|
| 2009 12 Months | #0552-7244-1 Furniture and Fixtures | $14,703.24 | $0.00 | $0.00 | $0.00 | $14,703.24 |
| 2009 12 Months | #0610-7724-3 Computer-FF | 379.81 | 0.00 | 0.00 | 0.00 | $ 379.81 |
| | Administrative Fee | | | | | $30.00 |
| | | | | Total Due (through 1/14/2009): | | $15,113.05 |

# Total Amount of Claim:  $15,113.05