# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                          :

*In re*                        :        Chapter 11

                          :

Nortel Networks Inc., *et al.*,[1]      :        Case No. 09-10138 (KG)

                        :

            Debtors.     :        Jointly Administered

                        :

                        :        **RE: D.I.s 137, 224, 236, 457, 605, 1060**

                        :
-------------------------------------------------------X

## NOTICE OF REMOVAL OF SERVICE PROVIDER FROM THE
## LIST OF ORDINARY COURSE PROFESSIONALS

       **PLEASE TAKE NOTICE THAT** on February 5, 2009, the Court entered the *Order Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* [D.I. 236] (the "OCP Order").[2]

       **PLEASE TAKE FURTHER NOTICE THAT** Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), hereby remove Native Discovery Solutions from the list of Ordinary Course Professionals attached as Exhibit 1 to the OCP Order.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc., (9769), Nortel AltSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

1

[New York #2083584 v1]

Dated: July 21, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

2