## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Removal Of Service Provider From The List Of Ordinary Course Professionals** was caused to be made on July 21, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: July 21, 2009

_____
Andrew R. Remming (No. 5120)

3031582.1