IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:
Nortel Networks Inc, et al,
Debtors

Jonathan Lee Riches, movant

Chapter 11
Case No. 09-10138 (KG)
(Jointly Administered)

[Motion to object to Public Auction & Sale]
[Motion to Intervene as a Plaintiff & creditor under Rule 7024, and under Fed. R. Civ. P. rule 24(A)², 24(B)]

Comes now, Jonathan Lee Riches, moves to Intervene in this Nortel Networks Inc Bankruptcy case as a Plaintiff & creditor. I have a financial Interest in this Bankruptcy. I was a hedge fund manager for the Vanguard Group from Feb 2000 through Feb 2003 in which I provided the Debtors pools of investors, Equity, financial support, and capital. I have documents, exhibits, and records related to this case.

I move to Intervene under rule 24(A)². as a unconditional matter of right under rule 7024 of the Federal Rules of Bankruptcy proceedure and under rule 24(B) - permissive Intervention.

I move to object to the Public Auction & sale of the debtors until I analyze and inspect the details as me having a constitutional right to as a creditor.

I pray this court will grant my motions for relief.

Jonathan Lee Riches
#40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

respectfully,

7-8-09