I hereby certify that the following foregoing Motions were sent copied to the following Parties on 7-8-09 via the United States Postal Service to:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
NY, NY 10006
Attn James L. Bromley
    Lisa M. Schweitzer

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
NY, NY 10036
Attn N. Lynn Hiestand

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
NY, NY 10036
Attn Fred S. Hodara

Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
NY, NY 10006
Attn Roland Hlawaty

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St.
Wilmington, DE 19801
Derek C. Abbott

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
Sarah E. Pierce

Richards, Layton & Finger PA
One Rodney Sq.
920 N. King St.
Wilmington, Delaware 19801
Christopher M. Samis



respectfully,

7-8-09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812