U.S. Bankruptcy Court
**RECEIVED**
JUL 2 2 2009
Judge_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO LOCAL RULE 9010-1**

1.  Christopher M. Samis, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Brad M. Kahn (the "Admittee") of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, to represent the Official Committee of Unsecured Creditors.

The Admittee is a member in good standing of the Bar of the State of New York, and is admitted to practice law in all state courts of the State of New York, and United States District Court for the Southern District of New York.

Dated: July 21, 2009
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

RLF1-3416637-1

Docket No. 1143
Date Filed: 7/21/09

2.     Pursuant to Local Rule 9010-1, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with those Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

_____
Brad M. Kahn

3.     Motion granted.

Dated: July 22, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2

RLF1-3416637-1