## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                                    :      Chapter 11
                                          :
Nortel Networks, et al.¹                  :      Case No. 09-10138 (KG)
                                          :
                                          :      (Jointly Administered)
                        Debtors:          :      Objection Deadline: July 22, 2009 at 4:00 p.m.
                                          :                      (extended for Sprint Nextel)
                                          :      Hearing Date: July 28, 2009 at 2:00 p.m.
                                          :
                                          :      Related Docket No. 931
-------------------------------------------------x
```

### OBJECTION AND RESERVATION OF RIGHTS OF SPRINT NEXTEL
### CORPORATION TO NOTICE OF DEBTORS' REQUEST FOR
### AUTHORITY TO ASSUME AND ASSIGN CERTAIN CONTRACTS
### AND TO ASSUME AND SUBLEASE CERTAIN UNEXPIRED LEASES

Sprint Nextel Corporation ("Sprint Nextel"), by and through its undersigned counsel, pursuant to section 365 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and rules 6004 and 6006 of the Federal Rules of Bankruptcy Procedure, hereby asserts its Objection and Reservation of Rights to Notice of Debtors' Request for Authority to Assume and Assign Certain Contracts and to Assume and Sublease Certain Unexpired Leases, and respectfully states as follows:

1.      On January 14, 2009 (the "Petition Date"), Nortel Networks Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5772), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

2.      On June 19, 2009, the Debtors filed a motion (the "Procedures Motion") by which the Debtors sought, among other things, authorization and approval of: (a) the Debtors' entry int o an asset sale agreement with Nokia Siemens Networks B.V. (the "Stalking Horse Bidder") for the sale of certain CDMA and LTE assets as a "stalking-horse" purchase agreement; (b) procedures for the assumption and assignment of certain executory contracts; and (c) the assumption and assignment of certain executory contracts pursuant to section 365 of the Bankruptcy Code.

3.      On June 30, 2009, the Court entered an order (the "Procedures Order") approving the Procedures Motion. The Procedures Order sets forth procedures regarding the Debtors' assumption and assignment of executory contracts which, in summary, provides that the Debtors shall serve an individual notice (a "Notice") on each counterparty under each assumed contract.

4.      On July 7, 2009, Sprint Nextel received two (2) such Notices (the "Sprint Nextel Notices")[2]. Each Sprint Nextel Notice states that the Debtors intend to assume and assign certain contracts the Debtors are a party to with Sprint Nextel (the "Sprint Nextel Contracts")[3]. Each Sprint Nextel Notice also proposes a cure amount of $0 for each Sprint Nextel Contract the Debtors intend to assume and assign.

5.      Sprint Nextel does not necessarily object to either the assumption or assignment of the Sprint Nextel Contracts to the Stalking Horse Bidder. However, Sprint Nextel does object to the proposed cure amount of $0 for the Sprint Nextel Contracts

---

[2] Pursuant to the Sprint Nextel Notices, objections to the assumption and assignment of the Sprint Nextel Contracts (hereafter defined), including without limitation, the proposed cure amounts and adequate assurance of future performance, must be filed on or before July 17, 2009 at 4:00pm EST (the "Objection Deadline"). The Debtors consented to extend Sprint Nextel's Objection Deadline to July 22, 2009 at 4:00pm EST.

[3] Sprint Nextel has not identified or described the Sprint Nextel Contracts in this Objection at the request of the Debtors due to confidentiality issues.

2273375/1

because there are amounts due and owing to Sprint Nextel as of the Petition Date pursuant to the Sprint Nextel Contracts. Sprint Nextel is prepared to cooperate with and share with the Debtors information about the amounts due and owing to Sprint Nextel as of the Petition Date pursuant to the Sprint Nextel Contracts.

6.    Sprint Nextel also files this objection as a protective measure to reserve all other rights, claims and objections, including but not limited to, Sprint Nextel's right to make a demand for adequate assurance of future performance, exercise rights of offset under the Sprint Nextel Contracts, and all rights granted to Sprint Nextel under section 365 of the Bankruptcy Code in the event that the Stalking Horse Bidder is not the purchaser and the Debtors seek to assume and assign some or all of the Sprint Nextel Contracts to such other purchaser.

## **Reservation of Rights**

7.    Sprint Nextel reserves the right to (a) amend, supplement, or otherwise modify this Objection and (b) raise such other and further objections as may be determined by further investigation by Sprint Nextel or the Debtors into the Sprint Nextel Contracts, the Sprint Nextel Notices, the proposed cure amounts, and/or Sprint Nextel's right to adequate assurance of future performance. Further, since this Objection is filed with respect to the proposed assumption and assignment of the Sprint Nextel Contracts and the amount of the proposed cure amount set forth in the Sprint Nextel Notices, Sprint Nextel reserves the right to file an additional objection to the extent that any supplemental or revised Notices are served on Sprint Nextel.

2273375/1

WHEREFORE, Sprint Nextel Corporation respectfully requests this Court grant the

relief requested in this Objection and such other or further relief as is just and proper.

Dated: July 22, 2009                                    SPRINT NEXTEL CORPORATION

                                    By:    /s/  Brett D. Fallon
                                           Brett D. Fallon
                                           MORRIS JAMES LLP
                                           500 Delaware Ave., Suite 1500
                                           Wilmington, DE  19801-1494
                                           Telephone:  (302) 888-6888
                                           Facsimile:  (302) 571-1750
                                           bfallon@morrisjames.com

                                           David I. Swan
                                           MCGUIREWOODS LLP
                                           1750 Tysons Boulevard, Suite 1800
                                           McLean, VA 22102-4215
                                           Telephone: (703) 712-5000
                                           Facsimile: (703) 712-5050
                                           dswan@mcguirewoods.com

/9693158.1

2273375/1