IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

----------------------------------------------------

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                    : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on July 22, 2009, I caused service of the following:

**OBJECTION AND RESERVATION OF RIGHTS OF SPRINT NEXTEL CORPORATION TO NOTICE OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CONTRACTS AND TO ASSUME AND SUBLEASE CERTAIN UNEXPIRED LEASES**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: July 22, 2009

_____
William Weller

SWORN TO AND SUBSCRIBED before me this 22nd day of July, 2009.

_____
NOTARY
My commission expires:_____

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 11, 2011

WWW/099999-7777/2273273/1

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Eric D. Swartz, Esq.
Thomas F. Driscoll III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

Gregg M. Galardi, Esq.
Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Facsimile: (302) 651-3000
[Counsel to the Purchaser]

**VIA FACSIMILE**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999
[Counsel for the Debtors and
Debtors-in-Possession]

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin Gump Strauss Hauer
& Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: (212) 872-1002
[Counsel to the Official Committee
of Unsecured Creditors]

N. Lynn Hiestand, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Facsimile: (212) 735-2000
[Counsel to the Purchaser]

Ronald Hlawaty, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
Facsimile: (212) 822-5735
[Counsel to the Bondholder Group]

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Eric D. Swartz, Esq.
Thomas F. Driscoll III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Thomas Patrick Tinker
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

Gregg M. Galardi, Esq.
Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Facsimile: (302) 651-3000
[Counsel to the Purchaser]

**VIA FACSIMILE**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999
[Counsel for the Debtors and
Debtors-in-Possession]

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin Gump Strauss Hauer
& Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: (212) 872-1002
[Counsel to the Official Committee
of Unsecured Creditors]

N. Lynn Hiestand, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Facsimile: (212) 735-2000
[Counsel to the Purchaser]

Ronald Hlawaty, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
Facsimile: (212) 822-5735
[Counsel to the Bondholder Group]