## EXHIBIT A

### Notice Parties

### General Notice Parties for all Objections

(a)     Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b)     Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c)     Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d)     Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e)     Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

(f)     Hewlett-Packard Financial Services Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada;

(g)     Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Younge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5; and

(h)     Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5.

## Additional Notice Parties for 13560 Morris Road
## Alpharetta, GA

(a)    13560 Morris Road Office Investors
       c/o UBS Realty Investors LLC
       242 Trumbull Street
       Hartford, CT 06103-1212
       Attn: Asset Management

(b)    Jones Lang LaSalle Americas, Inc.
       13560 Morris Road, Suite 4350
       Alpharetta, GA 30022
       Attn: Property Manager

(c)    Leslie C. Heilman, Esq.
       Ballard Spahr Andrews & Ingersoll, LLP
       919 North Market Street
       12th Floor
       Wilmington, DE 19801-3034

## Additional Notice Parties for 2360 Campbell Creek Parkway
## Richardson, TX

(a)    Campbell Creek Ltd.
       4099 McEwen Road, Suite 370
       Dallas, TX 75244
       Attn: Property Manager

(b)    Campbell Creek Ltd.
       c/o Granite Properties Inc.
       17950 Preston Road, Suite 320
       Dallas, TX 75252

(c)    INROADS, Inc.
       10 South Broadway, Suite 300
       St. Louis, Missouri 63102