## EXHIBIT B – 1

Street address of property subject to the Lease:

      13560 Morris Road, Alpharetta, GA

General description of Abandoned Personal Property at the property subject to the Lease:[5]

      Office furniture, minor kitchen appliances and minor telecommunications equipment

---

[5]      The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

## EXHIBIT B – 2

Street address of property subject to the Lease:

    2360 Campbell Creek Parkway, Richardson, TX

General description of Abandoned Personal Property at the property subject to the Lease:[6]

    Office furniture, minor kitchen appliances, and minor telecommunications equipment

---

[6]    The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.