# EXHIBIT A

## NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/2/2009 | Met with T. Ayres of E&Y to discuss certain schedule questions posed by the UCC. | 0.50 | 335 | 167.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/16/2009 | Conference call with T. Lightfoot (Nortel) regarding Schedule G detail requested by Epiq. | 0.70 | 335 | 234.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 6/22/2009 | Met with Huron managing director and directors regarding status of Nortel engagement and future deliverables. | 1.40 | 335 | 469.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/30/2009 | Meeting minutes, notes regarding follow-up items for discussion with Cleary and P. Karr, Nortel. | 0.30 | 710 | 213.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/8/2009 | Call with P. Karr, Nortel, discuss claims matters, on-demand resources and needs. | 0.20 | 710 | 142.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/8/2009 | Call with P. Karr, et al., Nortel, update on work streams, current developments, next steps. | 0.40 | 710 | 284.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/22/2009 | Call with P. Karr, Nortel, discuss business unit plans, organization staffing, reporting matters. | 0.80 | 710 | 568.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/22/2009 | Call with P. Karr and R. Boris, Nortel, and Huron Director regarding planned update session on status of work streams, new matters, case developments and timing. | 0.70 | 710 | 497.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/30/2009 | Meeting with P. Karr, Nortel, and Huron Director regarding update on work streams, discuss go-forward plan, accounting and support and other matters. | 1.20 | 710 | 852.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/30/2009 | Meeting with Huron Director and Associate to review next steps from meeting with P. Karr, Nortel, planning. | 0.70 | 710 | 497.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/4/2009 | Call with Huron Directors regarding claims work stream preparation, timing, and related matters. | 0.30 | 710 | 213.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/16/2009 | Call with Huron Director, discuss work stream status, update on files, claims, and related matters. | 0.30 | 710 | 213.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 6/1/2009 | Call with Huron Directors regarding preparation for meeting with internal claims unit, organization, key matters to be addressed, discuss wrap-up on reporting matters, P. Karr, Nortel, meeting agenda. | 0.60 | 710 | 426.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/16/2009 | Meeting with R. Boris, R. Culkin and J. Davison, Nortel, re: claims management process and set-up of appropriate Nortel infrastructure | 2.50 | 540 | 1,350.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/10/2009 | Meeting with R. Boris, R. Culkin and J. Davison, Nortel, re: claims management process and set-up of appropriate Nortel infrastructure | 2.00 | 540 | 1,080.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/23/2009 | Meeting with R. Boris, R. Culkin and J. Davison, Nortel, re: claims management process and set-up of appropriate Nortel infrastructure | 2.00 | 540 | 1,080.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/1/2009 | Meeting with P. Karr and R. Boris, Nortel to discuss status and open issues | 1.00 | 540 | 540.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/4/2009 | Meeting with G. Boone, Nortel, and T. Ayers, E&Y, to discuss open issues and action items re: outstanding requests from Creditors' committee | 1.00 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/8/2009 | Meeting with P. Karr and R. Boris, Nortel to discuss status and open issues | 1.00 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/8/2009 | Correspondence with Cleary re: future workstreams and Huron's role | 1.00 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/9/2009 | Call with Nortel, E&Y, FTI and Capstone re: intercompany balances and A/R reserves on Nortel's books | 1.00 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/12/2009 | Correspondence with R. Casanave, Nortel, re: NNI cure estimate | 1.00 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/18/2009 | Reviewed claims management action items and issues list with Nortel | 1.00 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/22/2009 | Meeting with P. Karr and R. Boris, Nortel to discuss status and open issues | 1.00 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/23/2009 | Prepared for meeting with R. Boris, R. Culkin and J. Davison, Nortel, re: claims management process and set-up of appropriate Nortel infrastructure | 1.00 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/22/2009 | Correspondence with G. Boone re: opens questions and issues with creditors' committee re: Schedules and Intercompany matters | 0.80 | 540 | 432.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/2/2009 | Correspondence with G. Boone, Nortel, and T. Ayers, E&Y re: questions from the Creditor's Committee on Statements and Schedules | 0.50 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/4/2009 | Updated and provided summaries of Schedules E & F for active entities to G. Boone, Nortel, and T. Ayers, E&Y | 0.50 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/8/2009 | Prepared agenda and documented minutes for meeting with P. Karr | 0.50 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/9/2009 | Prepared for call with Nortel, E&Y, FTI and Capstone re: intercompany balances and A/R reserves on Nortel's books | 0.50 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/15/2009 | Corresponded with R. Boris, Nortel, re: preparation for 6/16 claims discussion | 0.50 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/1/2009 | Prepared agenda and documented minutes for meeting with P. Karr | 0.40 | 540 | 216.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 6/22/2009 | Prepared agenda and documented minutes for meeting with P. Karr | 0.40 | 540 | 216.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 6/30/2009 | Prepared for and met with P. Karr (Nortel) to discuss outcome of hearing, status of various asset sales and claims management planning. | 1.50 | 540 | 810.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 6/12/2009 | Met with associates to discuss analyses required for cure payment estimates, liquidation analyses, and other matters. | 1.20 | 540 | 648.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 6/17/2009 | Met with associates to discuss analyses required for cure payment estimates, liquidation analyses, and other matters. | 0.70 | 540 | 378.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 6/29/2009 | Met with associates to discuss liquidation analyses, claims process, and other matters. | 0.60 | 540 | 324.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 6/1/2009 | Conference call regarding second quarter accounting issues with auditors and P. Karr, C. Glaspell (Nortel) and accounting group. | 0.60 | 540 | 324.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 6/15/2009 | Prepared for and met with P. Karr, C. Glaspell (Nortel), the Canadian monitor, and auditors regarding second quarter accounting issues. | 1.50 | 540 | 810.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Michael Scannella | 6/11/2009 | Met with Huron associate regarding necessary May fee application updates. | 0.70 | 245 | 171.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Michael Scannella | 6/12/2009 | Met with Huron associate to discuss cure analysis procedure. | 0.60 | 245 | 147.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Michael Scannella | 6/17/2009 | Met with Huron associate regarding to-do's and procedure related to Cure Analysis. | 0.40 | 245 | 98.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Michael Scannella | 6/18/2009 | Met with Huron associate regarding to-do's and procedure related to Cure Analysis. | 0.60 | 245 | 147.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Theresa Steinkamp | 6/5/2009 | Conference call with Nortel management regarding open items on intercompany amounts and source of accrued expense amounts. | 1.10 | 455 | 500.50 |
| 3 | Meeting / teleconference with Statutory Committees, Counsels or Advisors | Coley P. Brown | 6/5/2009 | Reviewed and updated the UCC correspondence log with additional questions posed by FTI. | 1.00 | 335 | 335.00 |
| 3 | Meeting / teleconference with Statutory Committees, Counsels or Advisors | Coley P. Brown | 6/9/2009 | Provided additional questions from FTI to Huron analyst to update the UCC correspondence log. | 1.60 | 335 | 536.00 |
| 3 | Meeting / teleconference with Statutory Committees, Counsels or Advisors | Coley P. Brown | 6/9/2009 | Reviewed and updated the UCC correspondence log detail and layout. | 1.50 | 335 | 502.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/1/2009 | Researched Schedule G to identify Mednax / Pediatrix contract and provided follow up to L. Polizzi of Cleary and A. Graham of Nortel. | 1.80 | 335 | 603.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/1/2009 | Met with L. Lipner of Cleary and H. Lanford of Nortel to discuss the Enterprise Database scheduled in B24. | 1.60 | 335 | 536.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/1/2009 | Reviewed accounts receivable information for NNII scheduled in B16 and provided follow up to M. Doty and M. Jewell of Nortel. | 0.90 | 335 | 301.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/2/2009 | Reviewed Nortel eroom materials and consolidated finalized documents as well as removed excess working documents. | 2.20 | 335 | 737.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/5/2009 | Updated the Nortel schedule summary reconciliations for each of the active debtors by importing and mapping the trial balance. | 2.20 | 335 | 737.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/8/2009 | Updated the Nortel schedule summary reconciliations with the final schedule amounts and notes for variances between trial balance and scheduled amounts. | 2.50 | 335 | 837.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/8/2009 | Updated the Nortel schedule summary reconciliations for the intercompany adjustments to Schedules B16 and F per D. Culkin and K. Poe of Nortel. | 2.10 | 335 | 703.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/9/2009 | Reviewed and provided follow up to L. Smith of Nortel regarding the various Nortel primes responsible for the MOR reporting categories. | 1.80 | 335 | 603.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/12/2009 | Corresponded with R. Casanaves regarding a supplier LC breakdown by segment for purposes of Schedule G database. | 1.00 | 335 | 335.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/16/2009 | Corresponded with T. Lightfoot regarding Schedule G detail data validation. | 1.30 | 335 | 435.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/17/2009 | Updated and provided Epiq with alternate addresses for Schedule G noticing purposes. | 1.00 | 335 | 335.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/22/2009 | Reviewed and updated the intercompany summary and reconciliation for documentation purposes. | 1.80 | 335 | 603.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/23/2009 | Corresponded with Huron manager regarding schedule supporting documentation and uploaded documents to the e-room. | 1.60 | 335 | 536.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/23/2009 | Corresponded with A. Tsai of Epiq regarding Schedule G and employee noticing information. | 1.50 | 335 | 502.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/23/2009 | Reviewed supporting employee schedule detail to locate GIDs for purposes of notification. | 1.50 | 335 | 502.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/4/2009 | Reviewed examples of liquidation analyses filed in other Debtor cases for purposes of preparing workplan for Nortel engagement. | 0.90 | 335 | 301.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/30/2009 | Update on case matters, review filings, Huron status, update files. | 2.90 | 710 | 2,059.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/8/2009 | Review correspondence, filed documents, updates regarding case developments. | 0.70 | 710 | 497.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/8/2009 | Preparation for weekly call with P. Karr, Nortel, communications with Huron Directors. | 0.30 | 710 | 213.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/3/2009 | Reviewed updated filings and information on case developments. | 0.40 | 710 | 284.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/22/2009 | Reviewed liquidation analysis draft and notes. | 0.80 | 710 | 568.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/22/2009 | Preparation for call with P. Karr, Nortel, regarding work stream status and related matters, update on status with Huron Director, review correspondence, reading on case developments. | 1.20 | 710 | 852.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/23/2009 | Review liquidation analysis materials, comments by Huron Director, correspondence. | 0.60 | 710 | 426.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/25/2009 | Review May MOR draft, discuss with Huron Director. | 0.70 | 710 | 497.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/26/2009 | Case update and review files; preparation for meetings at West Mall. | 1.30 | 710 | 923.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/29/2009 | Preparation for meeting at West Mall, review articles and correspondence. | 1.80 | 710 | 1,278.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 6/30/2009 | SEC reporting, review regulations, research other case experience. | 1.10 | 710 | 781.00 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/4/2009 | Researched and provided response to J. Kim, Cleary, re: number of contracts filed under seal vs. total contracts | 2.00 | 540 | 1,080.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/5/2009 | Reviewed information provided by C. Hurt, Nortel, and calculated potential priority claim amounts for participants of U.S. Deferred Compensation plan | 2.00 | 540 | 1,080.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/10/2009 | Prepared analysis that compares assets and liabilities included in monthly MOR reporting with amounts included in Schedules | 2.00 | 540 | 1,080.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/11/2009 | Prepared analysis that reconciled current pre-petition intercompany balances and reserves provided to the creditors' committee and balances included in Schedules | 2.00 | 540 | 1,080.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/12/2009 | Prepared analysis that links Schedule G with Nortel's books and records and Schedules to determine potential cure exposure | 2.00 | 540 | 1,080.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/1/2009 | Compiled top 40 creditor list included in petitions and compare amounts to liabilities included in Schedules | 1.60 | 540 | 864.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/8/2009 | Researched and provided response to G. Boone re: creditors' committee questions on 3rd party accounts receivable balance in Schedules | 1.50 | 540 | 810.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/11/2009 | Revised analysis that compares assets and liabilities included in monthly MOR reporting with amounts included in Schedules based on feedback from various contacts at Nortel | 1.50 | 540 | 810.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/25/2009 | Compiled a response re: Glow Networks for T. Sutcliffe, Nortel, re: Glow's questions on Schedules | 1.50 | 540 | 810.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/22/2009 | Researched and prepared responses to Nortel legal re: questions on employee matters included Schedules | 1.30 | 540 | 702.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/2/2009 | Worked with K. Ng, Nortel, to compile appropriate addresses for noticing employees included Schedule G. | 1.20 | 540 | 648.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/2/2009 | Compiling tracking tool to document various questions and responses re: Statements and Schedules | 1.20 | 540 | 648.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/3/2009 | Revised top 40 creditor list comparison based on feedback from J. Patchett, Nortel | 1.20 | 540 | 648.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/1/2009 | Investigated questions re: litigation matters included in Statements | 1.00 | 540 | 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/9/2009 | Updated summary of intercompany balances included in Schedules | 1.00 | 540 | 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/24/2009 | Correspondence with J. Kim, Cleary, re: open issues, action items and outstanding questions from external stakeholders | 1.00 | 540 | 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/25/2009 | Compiled invoice level support for trade payable liabilities included in Schedule F | 1.00 | 540 | 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/4/2009 | Researched and provide response to K. Ng and A. Graham, re: open questions from Cleary on Schedule G | 0.50 | 540 | 270.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 6/9/2009 | Updated tracking tool to document various questions and responses re: Statements and Schedules | 0.50 | 540 | 270.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 6/1/2009 | Analyzed scheduled claims and reconciled to amounts recorded as liabilities subject to compromise as of April 30, 2009. | 0.40 | 540 | 216.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 6/8/2009 | Prepared for status meeting with P. Karr (Nortel); discussed questions and prepared items for 341 meeting; met with team to prepared agenda. | 1.30 | 540 | 702.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 6/16/2009 | Analyzed scheduled claims and reconciled to amounts recorded as liabilities subject to compromise as of April 30, 2009. | 1.40 | 540 | 756.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 6/17/2009 | Reviewed and provided comments on monthly operating report draft. | 0.90 | 540 | 486.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/1/2009 | Began review, organization, and cleaning of e-room to answer questions related to the submitted schedules. | 1.60 | 245 | 392.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/4/2009 | Created tracking spreadsheet to follow questions posed by consultants related to Schedule F and populated with available data and requests. | 1.90 | 245 | 465.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/4/2009 | Reviewed new additions to daily docket and updated eroom tracker. | 0.70 | 245 | 171.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/5/2009 | Created reconciliation for intercompany accounts receivables/payable based on Schedules F and B16 for 10138. | 2.80 | 245 | 686.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/5/2009 | Created reconciliation for intercompany accounts receivables/payable based on Schedules F and B16 for 10139, 10140, and 10150. | 2.20 | 245 | 539.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/6/2009 | Reconciliation of Intercompany Receivables/Payables - continued walk to Schedules B16 and Schedules F (roll up of entities into parent). | 1.50 | 245 | 367.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/7/2009 | Finalized review and consolidation of reconciliation for Schedule B16 and Schedule F related to Intercompany Receivables. | 2.00 | 245 | 490.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/1/2009 | Reviewed additions to daily docket and updated eroom tracker. | 0.70 | 245 | 171.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/9/2009 | Review daily additions to docket and update eroom tracker. | 0.80 | 245 | 196.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/2/2009 | Reviewed eroom materials and consolidated finalized documents as well as removed excess working documents. | 2.60 | 245 | 637.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/10/2009 | Updated and formatted UCC tracker. | 1.40 | 245 | 343.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/11/2009 | Reviewed daily additions to the docket and updated eroom tracker. | 1.00 | 245 | 245.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/11/2009 | Reviewed Schedule G cure analysis. | 0.80 | 245 | 196.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/12/2009 | Began cure analysis review by comparing schedule G vendors to schedule F and identifying those that appear in both. | 1.60 | 245 | 392.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/2/2009 | Reviewed daily additions to the docket and updated eroom tracker. | 0.70 | 245 | 171.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/15/2009 | Updated schedules G and F Cure Analysis (Companies A-C). | 2.10 | 245 | 514.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/16/2009 | Updated schedules G and F Cure Analysis (Companies L-R). | 2.30 | 245 | 563.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/16/2009 | Updated schedules G and F Cure Analysis (Companies D-K). | 2.20 | 245 | 539.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/16/2009 | Updated schedules G and F Cure Analysis (Companies S-Z). | 2.10 | 245 | 514.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/17/2009 | Reviewed daily docket entries and updated eroom tracker. | 0.80 | 245 | 196.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/17/2009 | Identify accruals not included in Schedule F that must be added (cure analysis). | 2.10 | 245 | 514.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/17/2009 | Review of accruals to identify repeats and duplicates so they can be rolled up into once account and plugged on Schedule F. | 1.40 | 245 | 343.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/17/2009 | Analyzed accruals for NNI and assigned unique accrual ID's to be used in Schedule F (for cure analysis). | 2.40 | 245 | 588.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/3/2009 | Review and organize eroom, eliminate unnecessary files, and consolidate groups of documents to increase ease of accessibility. | 1.90 | 245 | 465.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/3/2009 | Conduct research on first day motions and identify, download, and review all related orders. | 2.50 | 245 | 612.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/18/2009 | Identified accruals without vendor ID's, attempted to identify them within Schedule F, and if unable to do so inserted them as additional line items. | 1.60 | 245 | 392.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/18/2009 | Identified accruals with vendor numbers that do not appear within Schedule F. Proceeded to create category in Cure Analysis and insert extra line items. | 1.40 | 245 | 343.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/18/2009 | Reviewed daily additions to docket and updated eroom tracker. | 0.60 | 245 | 147.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/19/2009 | Quality check of Cure Analysis spreadsheet to ensure numbers tie out and are correctly identified by category. | 1.40 | 245 | 343.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/3/2009 | Reviewed daily additions to docket and updated eroom tracker. | 0.80 | 245 | 196.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/22/2009 | Reviewed daily additions to the docket and updated eroom tracker. | 0.70 | 245 | 171.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 6/4/2009 | Reviewed Schedule G data, uploaded information into Microsoft Access, and analyzed cure exposure risk. | 2.20 | 245 | 539.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/5/2009 | Preparation for conference call with Nortel management and reconciliation of intercompany adjustments to Schedules F and B16. | 2.10 | 455 | 955.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/1/2009 | Follow up on open items related to Schedules. | 1.60 | 455 | 728.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/7/2009 | Reconciliation of intercompany amounts for follow up on questions. | 2.10 | 455 | 955.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/8/2009 | Discussion with Nortel management regarding the reconciliation of intercompany items to Schedules F and B16. | 0.50 | 455 | 227.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/8/2009 | Updated reconciliation of intercompany items for delivery to Nortel management. | 1.40 | 455 | 637.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/8/2009 | Review of Schedules/ balance sheet reconciliation for follow up questions. | 0.30 | 455 | 136.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/9/2009 | Updated summary sheet of schedules and reconciliations. | 0.90 | 455 | 409.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/9/2009 | Followed up on open questions regarding intercompany items and discrepancies within balance sheet reconciliations. | 2.20 | 455 | 1,001.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Theresa Steinkamp | 6/10/2009 | Review of balance sheet reconciliations (unrounded) and updates for intercompany items. | 1.60 | 455 | 728.00 |
| 6 | Retention and Fee Applications | Clarissa Tuttle | 6/15/2009 | Prepared the Draft details for review by Nortel Team first pass through. | 0.75 | 50 | 37.50 |
| 6 | Retention and Fee Applications | Clarissa Tuttle | 6/10/2009 | Prepared the final pass through and sent to Jim Lukenda. Also prepared the word document of the fee app to reflect changes and forwarded to team for review. | 0.50 | 50 | 25.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/10/2009 | Performed an initial review of the time and expense details for purposes of the May interim fee application. | 1.80 | 335 | 603.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Retention and Fee Applications | Coley P. Brown | 6/11/2009 | Completed the review of the time and expense details for purposes of the May interim fee application and provided comments to Huron analyst. | 2.10 | 335 | 703.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/11/2009 | Corresponded with A. Cordo of MNAT regarding certificate of no objection for previous interim application. | 0.70 | 335 | 234.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/15/2009 | Performed a final quality control check on the various documents and exhibits to be filed in the May fee application. | 2.50 | 335 | 837.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/15/2009 | Updated the May interim fee application task code summaries for work performed during the period. | 1.80 | 335 | 603.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/30/2009 | Completed detailed time report for time devoted during June for purposes of the monthly interim fee application. | 2.50 | 335 | 837.50 |
| 6 | Retention and Fee Applications | James Lukenda | 6/15/2009 | Review monthly statement and details, sign-off. | 1.20 | 710 | 852.00 |
| 6 | Retention and Fee Applications | James Lukenda | 6/16/2009 | Review final draft of monthly invoice; sign-off. | 0.30 | 710 | 213.00 |
| 6 | Retention and Fee Applications | James Lukenda | 6/3/2009 | Review fee application requirements, review draft application, communications with CT, finalize and approve for filing. | 1.20 | 710 | 852.00 |
| 6 | Retention and Fee Applications | Lee Sweigart | 6/3/2009 | Prepared detailed time report for May-09 for work on Nortel engagement | 2.50 | 540 | 1,350.00 |
| 6 | Retention and Fee Applications | Matthew J. Fisher | 6/4/2009 | Prepared monthly request for professional fees and expense reimbursements according to local rules | 0.80 | 540 | 432.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/5/2009 | Finalized time and expenses for purposes of the fee application to be submitted to the courts. | 1.00 | 245 | 245.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/15/2009 | Finalized May Fee Application for Managing Director review. | 1.40 | 245 | 343.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/3/2009 | Began review of fee and expense entries related to May fee application. | 1.20 | 245 | 294.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/9/2009 | Critical review and update of Nortel team time entries for May Fee application. | 2.60 | 245 | 637.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/9/2009 | Critical review of expense entries for May Fee Application for submission to the court. | 2.30 | 245 | 563.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/3/2009 | Reviewed first draft of first interim fee application (quarterly) and confirmed accuracy of included information. | 1.70 | 245 | 416.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/10/2009 | Review and completion (for submission to team lead) of time and expenses for May Fee Application. | 2.10 | 245 | 514.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/16/2009 | Review of the May interim fee application for purposes of submitting to the court. | 0.70 | 245 | 171.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/11/2009 | Reviewed, updated, and formatted May Fee Application. | 1.40 | 245 | 343.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 6/17/2009 | Updated monthly fee tracker with May Fee Application information. | 1.50 | 245 | 367.50 |
| 6 | Retention and Fee Applications | Theresa Steinkamp | 6/8/2009 | Fee application preparation for time and expense details. | 2.00 | 455 | 910.00 |
| 11 | Asset Sale & Disposition Support | James Lukenda | 6/15/2009 | Review materials on on-demand regarding response to P. Karr, Nortel on contingency plans, etc. | 1.10 | 710 | 781.00 |
| 11 | Asset Sale & Disposition Support | Lee Sweigart | 6/9/2009 | Prepared draft workplan and fee estimate for calculating hypothetical liquidation analysis | 0.70 | 540 | 378.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 6/4/2009 | Reviewed updated due diligence documents for project narnia/equinox and analyzed impact to U.S. debtors. | 2.00 | 540 | 1,080.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 6/9/2009 | Reviewed updated due diligence documents for project narnia/equinox and analyzed impact to U.S. debtors. | 1.50 | 540 | 810.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 6/16/2009 | Reviewed analyses of hypothetical liquidation scenarios for U.S. chapter 11 entities. | 0.90 | 540 | 486.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 6/17/2009 | Reviewed cash flow, due diligence and other project Copperhead updates and analyzed impact to U.S. chapter 11 entities. | 2.40 | 540 | 1,296.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 6/18/2009 | Reviewed analyses of hypothetical liquidation scenarios for U.S. chapter 11 entities and met with monitor to discuss. | 2.00 | 540 | 1,080.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 6/19/2009 | Reviewed updates to Copperhead dataroom and impact on U.S. entities. | 0.60 | 540 | 324.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 6/26/2009 | Reviewed Copperhead dataroom updates and status of project Narnia. | 1.50 | 540 | 810.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/10/2009 | Updated the schedule G cure analysis and corresponded with Huron analyst regarding next steps. | 0.90 | 335 | 301.50 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/30/2009 | Documented the claims documentation standards research and sent results to Huron managing director and director for review. | 2.20 | 335 | 737.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/30/2009 | Performed research on claims documentation standards for the Canada bankruptcy jurisdiction per request of P. Karr of Nortel. | 1.90 | 335 | 636.50 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/30/2009 | Performed research on claims documentation standards for the U.S. bankruptcy jurisdiction per request of P. Karr of Nortel. | 1.70 | 335 | 569.50 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/30/2009 | Performed research on claims documentation standards for the UK bankruptcy jurisdiction per request of P. Karr of Nortel. | 1.60 | 335 | 536.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/2/2009 | Updated and provided Huron director with Schedule F vs. LSTC analysis. | 1.40 | 335 | 469.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/2/2009 | Updated and provided Huron director with AP trade liability original and stayed invoice analysis for purposes of reconciling with the LSTC. | 1.10 | 335 | 368.50 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/3/2009 | Reviewed Schedule G contracts database provided by Epiq and reconciled against contracts database provided by Katie Ng of Nortel for purposes of the cure analysis. | 2.20 | 335 | 737.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/3/2009 | Updated the master contracts database with contract ID categories and subcategories. | 1.70 | 335 | 569.50 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/3/2009 | Updated the master contracts database with additional information provided by Katie Ng of Nortel. | 1.40 | 335 | 469.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/4/2009 | Reviewed the master contracts database and assigned unique parent ID to each group of contracts based on naming conventions. | 2.40 | 335 | 804.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/4/2009 | Created a summary of each contract ID category and subcategory for purposes of analyzing the cure exposure related to the supplier contracts. | 2.00 | 335 | 670.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/8/2009 | Updated the cure analysis to include the Schedule F detail complete with original trade liability amount and stayed invoice amount. | 1.00 | 335 | 335.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/8/2009 | Corresponded with L. Smith of Nortel regarding the trial balance activity supporting the LSTC. | 0.80 | 335 | 268.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/10/2009 | Updated the AP trade payable stayed invoice analysis and provided to Huron director for review. | 1.90 | 335 | 636.50 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/16/2009 | Corresponded with Huron analyst regarding Schedule G cure analysis reconciling with Schedule F. | 0.90 | 335 | 301.50 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/17/2009 | Reviewed and updated the Schedule G cure analysis file to tie out with Schedule F, stayed invoices and original AP detail. | 2.40 | 335 | 804.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/17/2009 | Corresponded with Huron analyst regarding Schedule G cure analysis reconciling totals and next steps for accruals. | 1.20 | 335 | 402.00 |
| 14 | Account Analysis and Reconciliations | Coley P. Brown | 6/30/2009 | Updated the Schedule G cure analysis and footed the reconciliation totals to the original accrual detail. | 2.50 | 335 | 837.50 |
| 14 | Account Analysis and Reconciliations | James Lukenda | 6/8/2009 | Follow-up re on-demand resources, review requirements with Huron Director, discuss with Huron Managing Director, planning matters. | 0.80 | 710 | 568.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/10/2009 | Updated and provided materials for meeting with R. Boris, R. Culkin and J. Davison, Nortel, re: claims management process and set-up of appropriate Nortel infrastructure | 1.00 | 540 | 540.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/8/2009 | Worked with J. Jiang, Nortel, to gain access and navigate through Nortel's document retention tool (EDR) | 0.50 | 540 | 270.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/1/2009 | Corresponded with M. Haney and R. Boris re: proofs of claim process for tax liability | 1.50 | 540 | 810.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/2/2009 | Prepared sample trade payable claim reconciliation workbook and tool to document detailed invoice reconciliations | 2.10 | 540 | 1,134.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/15/2009 | Prepared claims management tracking tool for employee and litigation claims and distributed to Nortel for review | 1.80 | 540 | 972.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/9/2009 | Revised trade payable claim reconciliation workbook and tool to document detailed invoice reconciliations based on feedback from Nortel | 1.30 | 540 | 702.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/17/2009 | Reviewed Nortel claims register provided by Epiq to determine action items and issues list | 1.00 | 540 | 540.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/19/2009 | Reviewed Nortel docket for motions/orders that will have an impact on claim estimates | 1.00 | 540 | 540.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/24/2009 | Reviewed list of rejected real estate and procurement contracts to determine impact on claims filed to date | 1.00 | 540 | 540.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/11/2009 | Prepared sample 502(b)(6) damage calculations and provided to R. Boris and J. Davison, Nortel | 0.70 | 540 | 378.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/4/2009 | Researched claims management question provided by J. Davison, Nortel and provided response | 0.50 | 540 | 270.00 |
| 14 | Account Analysis and Reconciliations | Lee Sweigart | 6/3/2009 | Prepared workplan and corresponded with A. Graham, Nortel, re: NNI cure estimate | 1.00 | 540 | 540.00 |
| 14 | Account Analysis and Reconciliations | James Lukenda | 6/2/2009 | Claims matters, planning and coordination, review materials prepared by team, correspondence. | 0.70 | 710 | 497.00 |
| 14 | Account Analysis and Reconciliations | James Lukenda | 6/9/2009 | Review document files, notes to Huron Directors regarding response to Cleary on estimates, materials for P. Karr, Nortel. | 1.20 | 710 | 852.00 |
| 25 | Case Administration | James Lukenda | 6/16/2009 | Materials for P. Karr, Nortel, regarding forward staffing considerations, finalize. | 0.50 | 710 | 355.00 |
| 17 | Intercompany Claims | Matthew J. Fisher | 6/30/2009 | Reviewed intercompany claims analyses prepared by D. Culkin (Nortel) and prepared follow up questions. | 3.10 | 540 | 1,674.00 |
| 25 | Case Administration | Coley P. Brown | 6/25/2009 | Performed general case administration such as archiving emails, files and other documents for future use at Nortel. | 1.00 | 335 | 335.00 |
| 25 | Case Administration | James Lukenda | 6/12/2009 | Review case related materials and correspondence, planning work streams and response to debtors counsel. | 0.70 | 710 | 497.00 |
| 25 | Case Administration | James Lukenda | 6/1/2009 | Follow-up on open work stream items, review correspondence, discussion on staffing with Huron Director, et al. | 1.20 | 710 | 852.00 |
| 25 | Case Administration | Lee Sweigart | 6/8/2009 | Correspondence with Huron MD and director re: Nortel M&A transition plans and entity expected to support case management matters | 1.00 | 540 | 540.00 |
| 25 | Case Administration | Lee Sweigart | 6/11/2009 | Meeting with Huron director and associate to discuss reconciliation of assets and liabilities included in monthly MOR reporting with amounts included in Schedules and other workstreams | 0.80 | 540 | 432.00 |
| 25 | Case Administration | Lee Sweigart | 6/15/2009 | Updated rolling 3-month fee estimate for Huron based on update to workstreams | 0.70 | 540 | 378.00 |
| 25 | Case Administration | Lee Sweigart | 6/1/2009 | Call with Huron MD and director to discussion action items and issues for week of 6/1 | 0.50 | 540 | 270.00 |
| 25 | Case Administration | Lee Sweigart | 6/4/2009 | Call with Huron MD and director to discussion action items and issues for week of 6/1 | 0.50 | 540 | 270.00 |
| 25 | Case Administration | Lee Sweigart | 6/4/2009 | Discussion with Huron associate and analyst to discuss action items and issues | 0.50 | 540 | 270.00 |
| 25 | Case Administration | Lee Sweigart | 6/8/2009 | Discussion with Huron associate and analyst to discuss action items and issues | 0.50 | 540 | 270.00 |
| 25 | Case Administration | Lee Sweigart | 6/22/2009 | Call with Huron MD and director to discussion action items and issues for week of 6/22 | 0.50 | 540 | 270.00 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 25 | Case Administration | Lee Sweigart | 6/3/2009 | Discussion with Huron associate and analyst to discuss action items and issues | 0.30 | 540 | 162.00 |
| 26 | Travel Time | Coley P. Brown | 6/8/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 6/1/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 6/18/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 6/29/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 6/11/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 6/4/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 6/22/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 6/15/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 335 | 670.00 |
| 26 | Travel Time | Lee Sweigart | 6/2/2009 | Travel to and from Indianapolis and client site in Toronto Canada beyond initial hour of travel time. | 1.00 | 540 | 540.00 |
| 26 | Travel Time | Lee Sweigart | 6/4/2009 | Travel to and from Indianapolis and client site in Toronto Canada beyond initial hour of travel time. | 1.00 | 540 | 540.00 |
| 26 | Travel Time | Lee Sweigart | 6/11/2009 | Travel to and from Indianapolis and client site in Toronto Canada beyond initial hour of travel time. | 1.00 | 540 | 540.00 |
| 26 | Travel Time | Lee Sweigart | 6/22/2009 | Travel to and from Indianapolis and client site in Toronto Canada beyond initial hour of travel time. | 1.00 | 540 | 540.00 |
| 26 | Travel Time | Lee Sweigart | 6/25/2009 | Travel to and from Indianapolis and client site in Toronto Canada beyond initial hour of travel time. | 1.00 | 540 | 540.00 |
| 26 | Travel Time | Lee Sweigart | 6/9/2009 | Travel to and from Indianapolis and client site in Toronto Canada beyond initial hour of travel time. | 1.00 | 540 | 540.00 |
| 26 | Travel Time | Matthew J. Fisher | 6/16/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 540 | 1,080.00 |
| 26 | Travel Time | Matthew J. Fisher | 6/18/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 540 | 1,080.00 |
| 26 | Travel Time | Matthew J. Fisher | 6/29/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 540 | 1,080.00 |
| 26 | Travel Time | Matthew J. Fisher | 6/30/2009 | Travel to and from Chicago and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 540 | 1,080.00 |
| 26 | Travel Time | Michael Scannella | 6/2/2009 | Travel to and from New Jersey and client site in Toronto Canada beyond initial hour of travel time. | 2.00 | 245 | 490.00 |
| 26 | Travel Time | Michael Scannella | 6/4/2009 | Travel to and from New Jersey and client site in Toronto Canada beyond initial hour of travel time. | 2.50 | 245 | 612.50 |
| **Total** | | | | | **315.15** | | **132,137.00** |