# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/4/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for 6/8-6/11. | 1,039.68 |
| 6/5/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 6/22-6/25. | 732.40 |
| 6/5/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 6/15-6/18. | 638.50 |
| 6/23/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for 6/29-7/2. | 981.54 |
| 6/22/2009 | James Lukenda | Airfare | Nortel-EWR to YYZ CO CSZKDY for 6-30. | 1,050.09 |
| 5/31/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 6/2-6/4. | 1,635.16 |
| 6/8/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 6/9-6/11. | 1,625.46 |
| 6/18/2009 | Lee A. Sweigart | Airfare | Air Canada, IND/YYZ, 6/22-6/25. | 1,415.86 |
| 6/18/2009 | Matthew J. Fisher | Airfare | Porter Airlines, Chicago MDW to Totonto City Centre, 6/16 to 6/18, travel to Toronto to visit Debtors' office. | 1,419.50 |
| 6/30/2009 | Matthew J. Fisher | Airfare | United, from Chicago ORD to Toronto YTO, 6/29 - 6/30, visit Debtors office | 1,627.96 |
| 5/28/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from Westin hotel and dinner while in Toronto for Nortel engagement. | 20.00 |
| 6/1/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport while traveling for Nortel. | 40.00 |
| 6/3/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from Dinner at Barbarian in Toronto while traveling on Nortel engagement. | 22.00 |
| 6/4/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence while traveling for Nortel. | 40.00 |
| 6/8/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to airport in order to travel to Toronto for Nortel engagement. | 40.00 |
| 6/11/2009 | Coley P. Brown | Ground Transportation | Cab ride from airport to residence while traveling home from Toronto on Nortel engagement. | 40.00 |
| 6/15/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to airport in order to travel to Toronto for Nortel engagement. | 40.00 |
| 6/17/2009 | Coley P. Brown | Ground Transportation | Cab ride from Westin to dinner at Terroni while traveling in Toronto. | 12.00 |
| 6/18/2009 | Coley P. Brown | Ground Transportation | Cab ride from airport to residence while traveling home from Toronto on Nortel engagement. | 40.00 |
| 6/22/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from Westin and dinner while traveling in Toronto on Nortel engagement. | 20.00 |
| 6/22/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to airport in order to travel to Toronto for Nortel engagement. | 40.00 |
| 6/24/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from Westin and dinner while traveling in Toronto. | 30.00 |
| 6/25/2009 | Coley P. Brown | Ground Transportation | Cab ride from airport to residence while traveling home from Toronto on Nortel engagement. | 40.00 |
| 6/29/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to airport in order to travel to Toronto for Nortel engagement. | 40.00 |
| 6/30/2009 | James Lukenda | Ground Transportation | Cab to West Mall from YYZ (C36@1.10). | 32.72 |
| 5/28/2009 | Lee A. Sweigart | Ground Transportation | Cab to City Centre Airport from Nortel. | 49.28 |
| 6/2/2009 | Lee A. Sweigart | Ground Transportation | Cab to Nortel from YYZ. | 36.10 |
| 6/9/2009 | Lee A. Sweigart | Ground Transportation | Cab to Nortel from YYZ. | 36.41 |
| 6/22/2009 | Lee A. Sweigart | Ground Transportation | Cab to Nortel from YYZ. | 39.62 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/24/2009 | Lee A. Sweigart | Ground Transportation | Cab ride to Westin Harbour Castle. | 17.67 |
| 6/18/2009 | Matthew J. Fisher | Ground Transportation | Transportation from Debtors office to airport (TO City Centre). | 52.90 |
| 6/29/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 50.00 |
| 6/29/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (YTO) to hotel. | 45.08 |
| 6/30/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (ORD) to residence (1464 S. Mich). | 50.00 |
| 6/30/2009 | Matthew J. Fisher | Ground Transportation | Transportation from Debtors office to airport (YTO). | 27.00 |
| 6/3/2009 | Michael E. Scannella | Ground Transportation | Cab ride, Dinner to Hotel, Toronto. | 10.00 |
| 5/29/2009 | Coley P. Brown | Hotel/Lodging | Westin Hotel in Toronto for week of 5/26-5/29 (3 nights) while on Nortel engagement. Hotel $387.93 + Parking $60 + $100 Westin Meal = $547.93. Also included $20 for valet and maid tips during stay, Hotel Total = $407.93. Did not bill $100 Westin meal to client. | 407.93 |
| 6/4/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto for 3 nights from 6/1-6/4. Hotel $424.36 + $30 Meal + $20 Parking = $474.36. Also included $20 for parking and maid tips during stay. | 444.36 |
| 6/11/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto from 6/8-6/11 (3 nights). Hotel $394.21 + Parking $60 = $454.21. Also included $20 for parking and maid tips during stay. | 414.21 |
| 6/18/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto from 6/15-6/18 (3 nights). Hotel $383.66 + Meal $55 + Parking $60 = $498.66. Also included $20 for parking and maid tips during stay. | 403.66 |
| 6/25/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto from 6/22-6/25 (3 nights). Hotel $377.74 + Parking $120 = $497.74. Also included $20 for parking and maid tips during stay. | 397.74 |
| 6/5/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle, Toronto, 6/2-6/4, 2 nights. | 263.62 |
| 6/11/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle, Toronto, 6/9-6/11, 2 nights. | 263.71 |
| 6/25/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle, Toronto, 6/22-6/25, 3 nights. | 390.46 |
| 6/17/2009 | Matthew J. Fisher | Hotel/Lodging | Sheraton, Toronto, lodging during Debtor office visit, 1 night | 130.39 |
| 6/18/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, lodging during Debtor office visit, 1 night. | 139.95 |
| 6/30/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, lodging during Debtor office visit, 1 night. | 139.95 |
| 6/4/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 6/2/09 - 6/4/09, 2 nights, room + tip. | 270.70 |
| 5/14/2009 | Lee A. Sweigart | Meals | Alexandro's Toronto, Dinner, 1 person. | 13.76 |
| 6/1/2009 | Coley P. Brown | Meals | Dinner for Coley Brown (1 person) at Yuzu while traveling for Nortel engagement. | 38.78 |
| 6/1/2009 | Coley P. Brown | Meals | Breakfast at airport for Coley Brown (1 person) while traveling to Toronto for Nortel engagement. | 6.58 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 6/2/2009 | Coley P. Brown | Meals | Dinner at Harbour Sports Grille for Coley Brown, Lee Sweigart and Mike Scannella (3 people). | 137.89 |
| 6/1/2009 | Michael E. Scannella | Meals | DNC Travel, EWR, Traveling Breakfast, 1 person. | 9.82 |
| 6/2/2009 | Michael E. Scannella | Meals | The Kitchen Table, Toronto, Breakfast, 1 person. | 2.50 |
| 6/3/2009 | Coley P. Brown | Meals | Breakfast at Tim Hortons for Coley Brown (1 person) while traveling on Nortel engagement. | 6.43 |
| 6/3/2009 | Michael E. Scannella | Meals | Barberian's, Toronto, Team Dinner, 3 people, Mike Scannella, Coley Brown, Lee Sweigart. | 150.00 |
| 6/3/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | 4.83 |
| 6/4/2009 | Coley P. Brown | Meals | Breakfast for the week of 6/1-6/4 while traveling on Nortel engagement, 1 person. | 10.00 |
| 6/4/2009 | Coley P. Brown | Meals | Dinner at YYZ airport for Coley Brown (1 person) while traveling for Nortel engagement. | 23.00 |
| 6/4/2009 | Lee A. Sweigart | Meals | Breakfast - Week of 6/2-6/4, 1 person | 19.84 |
| 6/4/2009 | Lee A. Sweigart | Meals | Dinner at YYZ airport - Molson Pub, 1 person. | 34.11 |
| 6/4/2009 | Michael E. Scannella | Meals | Fridays, Toronto, Dinner, 1 person. | 14.76 |
| 6/4/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast, 1 person. | 4.75 |
| 6/8/2009 | Coley P. Brown | Meals | Breakfast at airport for Coley Brown (1 person) while traveling to Toronto for Nortel engagement. | 7.03 |
| 6/8/2009 | Coley P. Brown | Meals | Dinner at Kitchen Table for Coley Brown (1 person). | 19.91 |
| 6/9/2009 | Coley P. Brown | Meals | Dinner at Oyshi for Coley Brown (1 person). | 46.26 |
| 6/9/2009 | Lee A. Sweigart | Meals | Dinner - The Kitchen Table, Toronto, 1 person. | 13.04 |
| 6/10/2009 | Coley P. Brown | Meals | Dinner at Watermark for Lee Sweigart and Coley Brown (2 people). | 100.00 |
| 6/11/2009 | Coley P. Brown | Meals | Travel dinner for Coley Brown (1 person) at YYZ while traveling home from Nortel engagement. | 16.54 |
| 6/11/2009 | Coley P. Brown | Meals | Breakfast for Coley Brown (1 person) the week of 6/8-6/11 while traveling in Toronto. | 20.00 |
| 6/11/2009 | Lee A. Sweigart | Meals | Breakfast - Week of 6/9-6/11, 1 person. | 24.88 |
| 6/11/2009 | Lee A. Sweigart | Meals | Dinner at YYZ airport - Molson Pub, 1 person. | 21.34 |
| 6/12/2009 | Lee A. Sweigart | Meals | Breakfast - Westin Harbour Castle, Toronto - 6/11, 1 person. | 10.91 |
| 6/15/2009 | Coley P. Brown | Meals | Breakfast at airport for Coley Brown (1 person) while traveling to Toronto for Nortel engagement. | 9.32 |
| 6/15/2009 | Coley P. Brown | Meals | Dinner at Oyshi for Coley Brown (1 person). | 45.04 |
| 6/16/2009 | Matthew J. Fisher | Meals | Breakfast at airport (MDW), 1 person. | 9.34 |
| 6/16/2009 | Matthew J. Fisher | Meals | Loose Moose, Toronto, dinner out of town with associate (C. Brown, M. Fisher), 2 people. | 79.45 |
| 6/17/2009 | Coley P. Brown | Meals | Dinner at Terroni for Coley Brown and Matt Fisher (2 people). | 100.00 |
| 6/18/2009 | Coley P. Brown | Meals | Breakfast for Coley Brown (1 person) the week of 6/15-6/18 whiletraveling in Toronto. | 20.00 |
| 6/18/2009 | Coley P. Brown | Meals | Travel dinner for Coley Brown (1 person) at Toronto airport YYZ while travling home on Nortel engagement. | 42.58 |
| 6/22/2009 | Coley P. Brown | Meals | Dinner at Jack Astors for Coley Brown and Lee Sweigart, 2 people. | 100.00 |
| 6/22/2009 | Coley P. Brown | Meals | Breakfast at airport for Coley Brown (1 person) while traveling to Toronto for Nortel engagement. | 6.74 |
| 6/22/2009 | Lee A. Sweigart | Meals | Breakfast at IND airport - Cafe Patechou, 1 person. | 9.32 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 6/23/2009 Coley P. Brown | Meals | Dinner at Pure Spirits for Lee Sweigart and Coley Brown (2 people). | 100.00 |
| 6/24/2009 Coley P. Brown | Meals | Dinner at Football Factory for Coley Brown and Lee Sweigart, 2 people. | 100.00 |
| 6/25/2009 Coley P. Brown | Meals | Dinner at YYZ while traveling home on Nortel engagement, 1 person. | 34.86 |
| 6/25/2009 Coley P. Brown | Meals | Breakfast for Coley Brown (1 person) the week of 6/22-6/25 while traveling in Toronto. | 15.00 |
| 6/25/2009 Lee A. Sweigart | Meals | Dinner at YYZ airport - Molson Pub, 1 person. | 44.51 |
| 6/25/2009 Lee A. Sweigart | Meals | Breakfast - Week of 6/22-6/25. | 24.65 |
| 6/29/2009 Coley P. Brown | Meals | Breakfast at airport for Coley Brown (1 person) while traveling to Toronto for Nortel engagement. | 7.68 |
| 6/30/2009 James Lukenda | Meals | Dinner, Toast (C12.41@1.10), 1 person. | 11.28 |
| 6/30/2009 Matthew J. Fisher | Meals | Dinner at airport (YTO), 1 person. | 25.10 |
| 6/4/2009 Lee A. Sweigart | Mileage | Round trip mileage to IND - 6/2-6/4. | 24.75 |
| 6/4/2009 Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 round trip miles, to airport. | 35.20 |
| 6/11/2009 Lee A. Sweigart | Mileage | Round trip mileage to IND - 6/9-6/11. | 24.75 |
| 6/25/2009 Lee A. Sweigart | Mileage | Round trip mileage to IND - 6/22-6/25. | 24.75 |
| 6/30/2009 James Lukenda | Mileage | Mileage to/fm EWR and home. | 17.05 |
| 5/29/2009 Coley P. Brown | Parking & Tolls | Parking at Westin Hotel in Toronto for weekof 5/26-5/29 (3 nights) while on Nortel engagement. Hotel $387.93 + Parking $60 + $100 Westin Meal = $547.93. Also included $20 for parking and maid tips during stay, Hotel Total = $407.93. Did not bill $100 Westin meal to client. | 60.00 |
| 6/4/2009 Coley P. Brown | Parking & Tolls | Parking at Westin hotel for 1 night from 6/1-6/4. Hotel $424.36 + $30 Meal + $20 Parking = $474.36. | 20.00 |
| 6/11/2009 Coley P. Brown | Parking & Tolls | Parking at Westin hotel from 6/8-6/11 (3 nights). Hotel $394.21 + Parking $60 = $454.21. | 60.00 |
| 6/18/2009 Coley P. Brown | Parking & Tolls | Parking at the Westin from 6/15-6/18 (3 nights). Hotel $383.66 + Meal $55 + Parking $60 = $498.66. | 60.00 |
| 6/23/2009 Coley P. Brown | Parking & Tolls | Parking in Toronto to have dinner while traveling. | 1.80 |
| 6/24/2009 Coley P. Brown | Parking & Tolls | Parking in Toronto for dinner while traveling. | 2.58 |
| 6/25/2009 Coley P. Brown | Parking & Tolls | Parking at Westin from 6/22-6/25 (3 nights). Hotel $377.74 + Parking $120 = $497.74. | 120.00 |
| 6/30/2009 James Lukenda | Parking & Tolls | Parking at EWR (24) and GSP toll (1). | 25.00 |
| 6/4/2009 Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 6/2-6/4, three days. | 48.00 |
| 6/11/2009 Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 6/9-6/11, three days. | 48.00 |
| 6/25/2009 Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 6/22-6/25, 4 days. | 64.00 |
| 6/4/2009 Michael E. Scannella | Parking & Tolls | Westin, Toronto, 6/2/09 - 6/4/09, 2 nights. | 40.00 |
| 6/4/2009 Michael E. Scannella | Parking & Tolls | EWR, EWR, 6/2/09 - 6/4/09, 3 days. | 81.00 |
| 6/2/2009 Michael E. Scannella | Postage and Freight | Canada Post, To ship documents and materials to Morris Nichols and Huron NY office. | 27.99 |
| 6/1/2009 Coley P. Brown | Rental Car | Rental Car in Toronto for week of 5/26-5/29 for Nortel engagement (4 days). | 391.24 |
| 6/11/2009 Coley P. Brown | Rental Car | Avis rental car in Toronto for week of 6/8-6/11 (4 days). | 363.66 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| 6/18/2009 Coley P. Brown | | Rental Car | Avis rental car in Toronto from 6/15-6/18 (4 days). | 356.09 |
| 6/25/2009 Coley P. Brown | | Rental Car | Avis rental car in Toronto from 6/22-6/25 (4 days). | 342.84 |
| 6/4/2009 Michael E. Scannella | | Rental Car | Avis, Toronto, 6/2/09 - 6/4/09, 3 days. | 232.62 |
| 6/22/2009 James Lukenda | | Telecom | Sprint calls, May-June. | 79.26 |
| | | | | 20,836.02 |