## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on the 22nd day of July, 2009, I caused a true and correct copy of the forgoing document to be served upon the attached service by U.S. mail, postage prepaid, unless otherwise indicated.

_____
Amanda M. Winfree (#4615)

| | |
|---|---|
| **HAND DELIVERY**<br>Derek C. Abbott<br>Eric D. Schwartz<br>Ann C. Cordo<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | **U.S.MAIL**<br>James L. Bromley<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York |
| **HAND DELIVERY**<br>*U.S. Trustee*<br>Thomas Patrick Tinker<br>Office of the U.S. Trustee<br>844 King Street Suite 2207<br>Wilmington, DE 19801 | **HAND DELIVERY**<br>Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 |