# EXHIBIT A

# NORTEL NETWORKS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASSISTANT ATTORNEY GENERAL | LAURA L. MCCLOUD ESQ.,P.O. BOX 20207, NASHVILLE, TN 37202 |
| BARRY SATLOW | 1951 VISTA DR, BOULDER, CO 80304 |
| BRIER IRISH ET AL | ROBERT N. BRIER,2400 E. ARIZONA BILTMORE CR,SUITE 1300, PHOENIX, AZ 85016 |
| BROWN & CONNERY LLP | DONALD K. LUDMAN ESQ.,6 NORTH BROAD ST,STE 1000, WOODBURY, NJ 08096 |
| BRYAN CAVE LLP | MICHELLE MCMAHON ESQ.,1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| BRYAN CAVE LLP | ERIC S. PREZANT ESQ.,161 N CLARK ST,STE 4300, CHICAGO, IL 60601 |
| BRYAN CAVE LLP | CULLEN K. KUHN ESQ.,211 N BROADWAY,STE 3600, ST. LOUIS, MO 63102 |
| BUCHALTER NEMER | SHAWN M. CHRISTIANSON ESQ.,333 MARKET ST,25TH FL, SAN FRANCISCO, CA 94105 |
| BUUS KIM KUO & TRAN LLP | HUBERT H. KUO ESQ.,4675 MACARTHUR CT,STE 590, NEWPORT BEACH, CA 92660 |
| CHADBOURNE & PARKE LLP | N. THODORE ZINK JR. ESQ.,30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| FOLEY & LARDNER LLP | JILL L. MURCH ESQ.,321 NORTH CLARK ST,STE 2800, CHICAGO, IL 60654 |
| FPL LAW DEPARTMENT | RACHEL S. BUDKE ESQ.,700 UNIVERSE BLVD, JUNO BEACH, FL 33408 |
| FREEBORN & PETERS LLP | AARON L. HAMMER ESQ.,311 SOUTH WACKER DR,STE 3000, CHICAGO, IL 60606 |
| FULBRIGHT & JAWORSKI LLP | DAVID A. ROSENZWEIG ESQ.,666 5TH AVE, NEW YORK, NY 10103 |
| GIBBONS P.C. | DAVID N. CRAPO ESQ.,ONE GATEWAY CENTER, NEWARK, NJ 07102 |
| GOULD & RATNER LLP | CHRISTOPHER J. HORVAY ESQ.,222 N LASALLE ST,STE 800, CHICAGO, IL 60601 |
| IBM CORP. LEGAL DEPT | R. S. STAHEL,1503 LBJ FREEWAY,3RD FL, DALLAS, TX 75234 |
| IBM CORPORATION | BEVERLY H. SHIDELER BS8399,TWO LINCOLN CENTRE, OAKBROOK TERRACE, IL 60181 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN,STE 1800, HOUSTON, TX 77010 |
| KATTEN MUCHIN ROSENMAN LLP | THOMAS J. LEANSE ESQ.,2029 CENTURY PARK EAST,STE 2600, LOS ANGELES, CA 9006 |
| KHANG & KHANG LLP | JOON M. KHANG ESQ.,1901 AVENUE OF THE STARS,2ND FL, LOS ANGELES, CA 90067 |
| LATHROP & GAGE LLP | STEPHEN K. DEXTER ESQ.,370 17TH ST,STE 4650, DENVER, CO 80202 |
| LINEBARGER GOGGAN ET AL | ELIZABETH WELLER ESQ.,2323 BRYAN STREET,STE 1600, DALLAS, TX 75201 |
| LINEBARGER GOGGAN ET AL | DAVID G. AELVOET ESQ.,TRAVIS BLDG SUITE 300,711 NAVARRO, SAN ANTONIO, TX 78205 |
| LOWENSTEIN SANDLER PC | VINCENT A. D'AGOSTINO ESQ.,65 LIVINGSTON AVE, ROSELAND, NJ 07068 |
| MAYER BROWN LLP | MELISSA A. MICKEY,71 S. WACKER DRIVE, CHICAGO, IL 60604 |
| MCGUIREWOODS LLP | DAVID I. SWAN ESQ.,1750 TYSONS BLVD,STE 1800, MCLEAN, VA 22102 |
| MEYERS LAW GROUP P.C. | MERLE C. MEYERS ESQ.,44 MONTGOMERY STREET,STE 1010, SAN FRANCISCO, CA 94104 |
| MILBANK TWEED ET AL | DENNIS DUNNE ESQ.,ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005 |
| MONARCH ALTERNATIVE CAPITAL LP | ANDREW HERENSTEIN,535 MADISON AVE., NEW YORK, NY 10022 |
| MOSES & SINGER LLP | ALAN KOLOD,THE CRYSLER BUILDING,405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| NOSSAMAN LLP | ROBERT S. MCWHORTER ESQ.,915 L ST,STE 1000, SACRAMENTO, CA 95814 |
| ORRICK HERRINGTON & SUTCLIFFE | RANIERO D'AVERSA JR. ESQ.,666 FIFTH AVENUE, NEW YORK, NY 10103 |
| PATTERSON HARKAVY | ANN GRONINGER ESQ.,521 EAST BOULEVARD, CHARLOTTE, NC 28203 |
| PERDUE BRANDON ET AL | ELIZABETH BANDA ESQ.,4025 WOODLAND PARK BLVD,STE 300, ARLINGTON, TX 76013 |
| POST & SCHELL P.C. | BRIAN W. BISIGNANI ESQ.,17 N 2ND ST,12TH FL, HARRISBURG, PA 17101 |
| POYNER SPRUILL LLP | SHANNON E. HOFF,301 S. COLLEGE STREET,SUITE 2300, CHARLOTTE, NC 28202 |
| ROBINSON BRADSHAW ET AL | DAVID M. SCHILLI ESQ.,101 NORTH TRYON ST,STE 1900, CHARLOTTE, NC 28246 |
| SCHIFF HARDIN LLP | JOHN C. VIGANO ESQ.,6600 SEARS TOWER, CHICAGO, IL 60606 |
| SEC & EX COMMISSION | SED,100 F STREET NE, WASHINGTON, DC 20549 |
| SEC NY REGIONAL OFFICE | ATTN: NATHAN FUCHS,233 BROADWAY, NEW YORK, NY 10279 |
| SEC NY REGIONAL OFFICE | ALISTAR BAMBACH,BANKRUPTCY DIV_STE 400,3 WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| SHEPPARD MULLIN ET AL | CARREN B. SHULMAN ESQ.,30 ROCKEFELLER PLAZA,24TH FL, NEW YORK, NY 10112 |
| SKADDEN ARPS ET AL | N. LYNN HIESTAND,FOUR TIMES SQUARE, NEW YORK, NY 10036 |
| SUMITOMO ELECTRIC | CHRIS FINCH, CREDIT MANAGER,78 ALEXANDER DRIVE,PO BOX 13445, TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | NICHOLAS SKILES ESQ.,ONE S. CHURCH ST,STE 400, WEST CHESTER, PA 19382 |
| THE INTECH GROUP INC. | ERNIE HOLLING, PRESIDENT,305 EXTON COMMONS, EXTON, PA 19341 |

NORTEL NETWORKS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TRAVELERS | ATTN: CHANTEL PINNOCK, 1 TOWER SQUARE, 5MN,   HARTFORD, CT 06183 |
| VEDDER PRICE P.C. | MICHAEL L. SCHEIN ESQ., 1633 BROADWAY, 47TH FL,   NEW YORK, NY 10019 |
| WILSON ELSER ET AL | MARK G. LEDWIN ESQ., 3 GANNETT DR,   WHITE PLAINS, NY 10604 |

**Total Creditor Count 50**