UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                :    Chapter 11
                                                      :
NORTEL NETWORKS, INC., ET AL                          :    Case No. 09-10138 (KG)
                                                      :
                                    Debtor.           :    (Jointly Administered)
                                                      :
                                                      :    Related Docket Nos. 1151 & 1152
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
COUNTY OF NEW CASTLE   )

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Ashby & Geddes, P.A., co-counsel to Flextronics Corporation, Flextronics Telecom Systems Ltd and certain of their affiliates in the above captioned bankruptcy case, and that on July 22, 2009 he caused a true and correct copy of the below listed pleadings to be served upon the attached service in the manner so indicated.

- Objection of Flextronics Corporation and Flextronics Telecom Systems LTD to Debtors' Motion for Orders (i) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA and LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases [Filed on July 22, 2009; Docket No. 1151]; and

- Declaration of Simon Robins in Support of Objection of Flextronics Corporation and Flextronics Telecom Systems LTD to Debtors' Motion for Orders (i) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E)

{00317588;v1}

Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA and LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases [Filed on July 22, 2009; Docket No. 1152].

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this ___ day of July, 2009.

Notary Public



**FACSIMILE**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Facsimile (212) 225-3999

**FACSIMILE**
Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
Facsimile (302) 658-3989

CLE - 907357.1
CLE - 1111389.1