IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
                                                           :
*In re*                                                    :   Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :   Case No. 09-10138 (KG)
                                                           :
                            Debtors.                       :   Jointly Administered
                                                           :
---------------------------------------------------------- X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 1040

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion For An Order Approving A Compromise Of Controversy By And Among (I) Nortel Networks, Inc. And (II) Testing House de Mexico S de RL de CV** (the "Motion") (D.I. 1040), filed on July 7, 2009.

The undersigned further certifies that Morris, Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than July 21, 2009 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: July 23, 2009
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (No. 5125)
        Lisa M. Schweitzer (No. 1033)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        _____
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Ann C. Cordo (No. 4817)
        Andrew R. Remming (No. 5120)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        Counsel for the Debtors and
        Debtors in Possession

3034989.1