IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re                                                : Chapter 11
:
Nortel Networks Inc., et al.,[1]                     : Case No. 09-10138 (KG)
:
Debtors.                                             : Jointly Administered
:
-----------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 28, 2009 AT 1:00 P.M. (EASTERN TIME)[2]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).
   Related Pleadings: None.
   Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to August 26, 2009 at 4:00 p.m. (ET) for the Debtors.

   Responses Received: None at this time.

   Status: This matter has been adjourned to the hearing scheduled for September 2, 2009 at 10:00 a.m. (ET).

2. Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

   Related Pleadings: None.

   Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Extended to July 28, 2009 at 4:00 p.m. (ET) for the Debtors.

   Responses Received: None at this time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Status: This matter has been adjourned to the hearing scheduled for August 4, 2009 at 9:00 a.m. (ET).

3. Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives (D.I. 800, Filed 5/29/09).

Related Pleadings: None.

Objection Deadline: June 19, 2009 at 4:00 p.m. (ET). Extended to August 11, 2009 at 4:00 p.m. for the Debtors and the Committee

Responses Received: None at this time.

Status: This matter has been adjourned to the hearing scheduled for August 18, 2009 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

4. Debtors' Motion Authorizing Insurers To Pay Certain Costs And Fees And Amending The Automatic Stay As Necessary To Allow Such Payments (D.I. 1029, Filed 7/2/09).

Related Pleadings:

a) A Certificate Of No Objection [Re: D.I. 1029] (D.I. 1156, Filed 7/23/09)

Objection Deadline: July 21, 2009 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

5. Debtors' Motion For An Order Approving A Compromise Of Controversy By And Among (I) Nortel Networks, Inc. And (II) Testing House de Mexico S de RL de CV (D.I. 1040, Filed 7/7/09).

Related Pleadings:

a) A Certificate Of No Objection [Re: D.I. 1040] (D.I. 1157, Filed 7/23/09).

Objection Deadline: July 21, 2009 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

6. Debtors' Motion For An Order Approving A Compromise Of A Controversy Between Nortel Networks Inc. And First Communications, Inc (D.I. 1047, Filed 7/8/09).

Related Pleadings:

a) A Certificate Of No Objection [Re: D.I. 1047 (D.I. 1160, Filed 7/23/09).

Objection Deadline: July 21, 2009 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

7. Debtors' Amended Motion For An Order Authorizing The Assumption Of Executory Contracts Under Section 365 Of The Bankruptcy Code And Granting Related Relief (D.I. 1064, Filed 7/10/09).

   Related Pleadings:

   a) Debtors Motion For An Order Authorizing The Assumption Of An Executory Contract Under Section 365 Of The Bankruptcy Code And Granting Related Relief (D.I. 1000, Filed 6/29/09).

   b) Notice Of Withdrawal Of Debtors' Motion For An Order Authorizing The Assumption Of An Executory Contract Under Section 365 Of The Bankruptcy Code And Granting Related Relief (D.I. 1155, Filed 7/23/09).

   c) Certificate Of No Objection [Re: D.I. 1064] (D.I. 1158, Filed 7/23/09)

   Objection Deadline: July 21, 2009 at 4:00 p.m. (ET). Extended to July 22, 2009 at 5:00 for the Official Committee Of Unsecured Creditors

   Responses Received: None at this time.

   Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

   None at this time.

CONTESTED MATTER GOING FORWARD:

8. Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 931, Filed 6/19/09).

   Related Pleadings:

a) Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record In The Canadian Proceedings In Support Of Motion To Approve Nokia Siemens Networks B.V. Bidding Procedures (D.I. 974, Filed 6/26/09).

b) Notice Of Filing Of Revised Asset Sale Agreement (D.I. 1007, Filed 6/29/09);

c) Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing (D.I. 1012, Entered 6/30/09);

d) Notice of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates (D.I. 1021, Filed 6/30/09);

e) Notice of Debtors' Request for Authority to Assume and Assign Certain Contracts and to Assume and Sublease Certain Unexpired Leases (D.I. 1035, Filed 7/6/09);

f) Certificate of Publication (The Wall Street Journal) (D.I. 1051, Filed 7/9/09);

g) Certificate of Publication (The Globe and Mail) (D.I. 1052, Filed 7/9/09);

h) Notice Of Filing Of Master Notices Of Assignment Of Contracts And Assumption Of Unexpired Leases In Connection With The Proposed Sale Of Certain Assets Of Debtors' CDMA And LTE Business (D.I. 1067, Filed 7/13/09);

i) Declaration in Support of Debtors' Motion To Have Previously-Entered Orders As Supplemented Govern Nortel Networks (CALA) Inc. Prospectively (D.I. 1076, Filed 7/15/09);

j) Order Enforcing Bidding Procedures Order Of The Ontario Court (Nortel Networks Corporation, et al., Case No. 09-10164 (KG), D.I. 121, Filed 7/16/09);

k) Debtors' Motion To Apply The Previously - Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively (D.I. 1106, Filed 7/17/09);

l) Debtors' Motion Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion To Apply The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively (D.I. 1107, Filed 7/17/09);

m) Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion To Apply The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively (D.I. 1126, Approved 7/17/09);

n)  Order Applying The Previously-Entered Bidding Procedures Order And Sale Motion, As Supplemented, To Nortel Networks (CALA) Inc. Prospectively (D.I. 1129, Entered 7/20/09); and

o)  Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates (D.I. 1133, Filed 7/20/09).

Objection Deadline:  July 17, 2009 at 4:00 p.m. (ET). Extended to July 20, 2009 at 4:00 p.m. (ET) for SNMP Research International, Inc. Extended to July 22, 2009 at 4:00 p.m. (ET) for Flextronics Corporation And Flextronics Telecom Systems Ltd. and Sprint Nextel Corporation. Extended to July 27, 2009 at 12:00 p.m. (ET) for Verizon.

Responses Received:

a)  Response Of Pension Benefit Guaranty Corporation To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 960, Filed 6/26/09);

b)  Limited Objection Of MatlinPatterson Global Advisers LLC To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 962, Filed 6/26/09);

c)  Exhibit A - C to Limited Objection regarding Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And

(C) The Assumption And Sublease Of Certain Leases, Filed by MatlinPatterson Global Advisers LLC (D.I. 963, Filed 6/26/09);

d) Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 964, Filed 6/26/09);

e) Limited Objection And Reservation Of Rights Of Flextronics Corporation And Flextronics Telecom Systems Ltd. To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 969, Filed 6/26/09);

f) The Debtors received informal comments from the United States Trustee;

g) The Debtors received informal comments from the Pension Benefit Guaranty Corporation;

h) The Canadian Debtors received informal comments from the Ontario Pension Benefits Guarantee Fund;

i) Limited Objection Of Airvana, Inc. To Notice Of Debtors' Request To Assume And Assign Certain Contracts And To Assume And Sublease Certain Unexpired Leases (D.I. 1075, Filed 7/15/09);

j) Notice of Request for Adequate Assurance Filed by Airvana, Inc (D.I. 1077, Filed 7/15/09)

k) Objection of iStar CTL North Glenville-Richardson LLC To Notice Of Debtors' Request For Authority To Assume And Assign Certain Contracts And To Assume And Sublease Certain Unexpired Leases And Demand For Adequate Assurance Information In Connection With Other Potential Purchasers (D.I. 1096, Filed 7/17/09);

l)  Objection By OSS Nokalva, Inc., To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA and LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 1104, Filed 7/17/09);

m)  Objection Of Motorola, Inc. To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 1105, Filed 7/17/09);

n)  Preliminary Objection And Reservation Of Rights Of SNMP Research International, Inc. To Debtors Motion To Approve The Sale Of Certain Assets Of The Debtors CDMA And LTE Business Free And Clear Of All Liens, Claims And Encumbrances And The Assumption And Assignment Of Certain Contracts (D.I. 1128, Filed 7/20/09);

o)  Response To Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates Filed by County Of Fairfax (D.I. 1138, Filed 7/21/09);

p)  Response To Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates, Filed by Jonathan Lee Riches (D.I. 1144, Filed 7/14/09 - Entered on Docket 7/22/09);

q)  Objection And Reservation Of Rights Of Sprint Nextel Corporation To Notice Of Debtors' Request For Authority To Assume And Assign Certain Contracts And To Assume And Sublease Certain Unexpired Leases (D.I. 1147, Filed 7/22/09);

r)  Objection Of Flextronics Corporation And Flextronics Telecom Systems LTD To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA and LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption

        And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 1151, Filed 7/22/09); and

s)      Declaration Of Simon Robins In Support Of Objection Of Flextronics Corporation And Flextronics Telecom Systems LTD To Debtors' Motion For Orders (I) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA and LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases (D.I. 1152, Filed 7/22/09).

Status:  This matter is going forward.

Dated: July 24, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

__/s/_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

3031234.1