IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              Case No. 09-10138 (KG)

Nortel Networks, et al.,                            Jointly Administered

            Debtors.                                Chapter 11

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Merritt A. Pardini** to represent iStar CTL North Glenville – Richardson LLC in this action.

Dated: July 24, 2009

Christina M. Thompson (No. 3976)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
cthompson@cblh.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Merritt A. Pardini
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800
merritt.pardini@kattenlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 7/24/09

United States Bankruptcy Court Judge

#1159
7/24/09