IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                                      ) ss.:
COUNTY OF HARTFORD   )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, 100 Pearl Street, Suite 1446, Hartford, CT 06103. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 20, 2009, I caused to be served true and correct copies of the "Notice of (I) Solicitation of Initial Bids; (II) Public Auction and Sale Hearing; and (III) Related Relief and Dates" dated July 20, 2009 [Docket No. 1133], enclosed securely in separate postage prepaid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit A and via first class mail to those parties listed on the annexed Exhibit B.

3. On July 21, 2009, I caused to be served true and correct copies of the "Notice of (I) Solicitation of Initial Bids; (II) Public Auction and Sale Hearing; and (III) Related Relief and Dates" dated July 20, 2009 [Docket No. 1133], enclosed securely in separate postage prepaid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit C and via first class mail to those parties listed on the annexed Exhibit D.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
23rd day of July, 2009

_____
Notary Public, State of Connecticut

**KAREN K. DINSMORE**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2012

T:\Clients\NORTEL\Affidavits\Sale_Notice_Aff_7-20-09.doc