# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ABN AMRO HOLDING NV | FOPPINGADREEF 22, AMSTERDAM ZUIDOOST, 1102 BS NL |
| ADMINISTRACION NACIONAL DE TELECOM | AKA ANTEL,DANIEL FERNANDEZ CRESPO 1534, MONTEVIDEO, 11200 UY |
| ADVANCED COMMUNICATION NETWORK | EDIFICIO PLAZA OBARRIO,PISO 3, PANAMA CITY, PA |
| AEGIS BUSINESS SOLUTIONS LIMITED | PO BOX 1543, PORT OF SPAIN, 1543 TT |
| ALTERNATE COMMUNICATIONS | 509B CENTRE STREET SW, HIGH RIVER, AB T1V 2C2 CANADA |
| ALTERNATE COMMUNICATIONS INT LTD | 309 FIRST STREET SW, HIGH RIVER, AB T1V 1M5 CANADA |
| ALVARION LTD | 21A HABARZEL STREET, TEL AVIV, 69710 IL |
| AMERICA MOVIL SA DE CV | LAGO ALBERTO 366,EDIFICIO DE TELCEL, CIUDAD DE MEXICO DF, 11320 MX |
| ANDREW TELECOMMUNICATION PRODUCTS | SRL,VIA ARCHIMEDE, MILANO, 20041 IT |
| APUA TELEPHONES | ANTIGUA PUBLIC UTILITIES AUTH,CASSADA GARDENS, SAINT JOHNS, AG |
| AXTEL SAB DE CV | BOULEVARD DIAZ ORDAZ KM 3.33,L1,UNIDAD SAN PEDRO, SAN PEDRO GARZA GARCIA NL, 66215 MX |
| BAHAMAS TELECOMMUNICATIONS CORP | BATELCO,JOHN F KENNEDY DRIVE,PO BOX N3048, NASSAU, BS |
| BANK OF NOVA SCOTIA | 44 KING ST W SCOTIA PLZ, TORONTO, ON M5H 1H1 CANADA |
| BDO ORTEGA & ASSOCIDOS | AV JOSE ORTEGA Y GASETT 46 ESQ, SANTO DOMINGO, DO |
| BELIZE TELEMEDIA LIMITED | ESQUIVAL TELECOM CENTER,1 ST THOMAS STREET,PO BOX 603, BELIZE CITY, BZ |
| BGH SA | FKA BORIS GARFUNKEL E HIHOS,AV BRASIL 731, BUENOS AIRES, 1154 AR |
| BGH SA | BRASIL 731, BUENOS AIRES, 1154 AR |
| BLUE SKY WIRELESS LTD | GRAND PAVILION,802 WEST BAY ROAD, GEORGETOWN, KY |
| BOREAL SYSTEMS SA | 18 DE JULIO 2062, MONTEVIDEO, 11500 UY |
| BULL SOUTH AMERICA SA | RUA HADDOCK LOBO 347,13 ANDAR CONJ 131, SAO PAULO – SP, 01414-000 BS |
| CABLE & WIRELESS PLC | 124 THEOBOLDS RD, LONDON, WC1X 8RX GB |
| CABLE BAHAMAS LTD | ROBINSON ROAD,PO BOX CB 13, NASSAU, BS |
| CABLE ONDA SA | CALLE 50,FRENTE A MEDCOM,BOX 550593, PANAMA CITY, PA |
| CALA TELECOM SERVICES | SEYMOUR PARK, KINGSTON 6, JM |
| CANTV | AV LIBERTADOR EDIF NEA PISO 3,CENTRO NACIONAL DE TELECOMUNIC, CARACAS, 1010 VE |
| CCS GROUP LTD | FKA TELECOM ENGINEERING CONSUL,8 BAKERY LN, HAMILTON, HM 07 BM |
| CCT WIRELESS | AKA CARIBBEAN CELLULAR TEL LTD,333 WATERFRONT DRIVE,MILL MALL, ROAD TOWN, VI |
| CENTENNIAL CAYMAN CORP CHILE SA | AVDA MANQUEUE SUR 520, SANTIAGO, 757-0180 CL |
| CENTRAL GENERAL ENGINEERING AND | MAINTENANCE LIMITED,LP#52 GURAHOO TRACE, CHAGUANAS, TT |
| CIA DE TELECOMUNICACIONES DE CHILE | CTC TELEFONOS DE CHILE SA,AV PROVIDENCIA 111,PISO EDIF GEMELO, SANTIAGO, CL |
| COMMUNICATIONS CELLULAIRE D'HAITI | SA AKA COMCEL,56 AV MATIN LUTHER KING,NAZON, PORT AU PRINCE, HT |
| COMPLETWIRELESS JAMAICA INC | 4 EASTWOOD AV, KINGSTON, 0 JM |
| COMTEL SA | FKA SERVICIOS COMTEL SA,CALLE 49 ESTE #30,PO BOX 8465, BELLA VISTA, PA |
| COMTEL SA | APARTADO 0823-05880, PANAMA 7, PA |
| CONECEL SA | AVENIDA FRANCISCO DE,ORELLANA Y ALBERTO BORGES,EDIFICIO CENTRUM PISO 3, GUAYAQUIL, EC |
| CONIBER SA | PLAZA INDEPENDENCIA 822, MONTEVIDEO, 56321 UY |
| CONSORCIO RED UNO SA DE CV | PERIFERICO SUR 3190,1ER PISO COLONIA JARDINES,DEL PEDEGRAL, CIUDAD DE MEXICO DF, 1900 MX |
| CONTINEX SA | COND TORRES DEL CAMPO 3ER PISO,TORRE1 FRENTE CENTRO COMERCIAL,APARTADO 746-1000, SAN JOSE, 1000 CR |
| CONVEXUS COMUNICACIONES | REDES Y SISTEMAS,AV DE LAS ARTES NORTE 968,OFICINA 201, LIMA, 41 PE |
| CORPORACION TELEMIC CA | EDIFICIO CEC AV LOS,LEONES Y CARONI PLANTA BAJA, BARQUISIMETO, VE |
| DAMOVO II SARL | BOULEVARD DU PRINCE HENRI 3, LUXEMBOURG, 1724 LU |
| DATATEC NETWORKING & COMMUNICATION | SYSTEMS,SANDGATE PARK,16 DESMOND STREET, EASTGATE, 2008 ZM |
| DATATEL SA | CALLE 49 ESTE NO 30, BELLA VISTA, PA |

| Claim Name | Address Information |
|---|---|
| DGI-DIRECCION GENERAL IMPOSITIVA | DANIEL FERNANDEZ CRESPO 1534,C.P. 11200,   MONTEVIDEO,    UY |
| DIGICEL GROUP | DYOLL BUILDING,40 KNUTSFORD BOULEVARD,   KINGSTON 5,    JM |
| EDWARDS MARISSA | #22 PALM AVENUE,CASSELTON GARDENS,   TRINCITY,    TT |
| EMPRESA DE TELECOMUN DE SANTA FE | CARRERA 7 A  #20-37,BOGOTA COLOMBIA,   BOGOTA,    CO |
| ESQUADRA PUBLICITARIA | AV BOLIVAR NO 407-C,   GAZCUE,    DO |
| EVOLUCIONA COMUNICACIONES SA DE CV | AV RIO MIXCOAC NO 97,INSURGENTES MIXCOAC,   MEXICO CITY DF,   3900 MX |
| FUJITSU LTD | 1-6-1 MARUNOUCHI,   CHIYODA-KU,   100-8211 JP |
| GETEL  LTDA | CALLE 13A NO 31-11,PO BOX 35818,   BOGOTA,    CO |
| GILMORE DOCULINK INTERNATIONAL | 120 HERZBERG ROAD,   KANATA, ON K2K 3B7 CANADA |
| GINTEL CA | AVENIDA FRANCISCO DE MIRANDA,EDF SEGUROS VENEZUELA PISO 11,CAMPO ALEGRE CHACAO,   CARACAS,   1060 VE |
| GLOBAL CROSSING LTD | 45 REID ST,WESSEX HOUSE,HAMILTON,   HAMILTON PEMBROKE,   HM-12 BM |
| GOMEZ PINZON ZULETA ABOGADOS SA | CALLE 67 NO. 7-35,   BOGOTA,    CO |
| GOVERNMENT OF GUAM | DEPARTMENT OF REVENUE AND TAXATION,PO BOX 23607,   G.M.. BARRIGADA,   96921 GU |
| GROLLEAU | RUE DE MOULIN DE LA BUIE,   MONTILLIERS,   49310 FR |
| GRUEIN CIA LTDA | GRUEIN,AV MIGUEL H ALCIVAR NO 227 MZ6,VILLA 9 CDLA ALBATROS,   GUAYAQUIL,    EC |
| GRUPO TELECTRO | FKA SERVICIOS TELECTRONIC,PASEO COLON TORRE MERCEDES,300 NORTE 100 OESTE NO 399,   SAN JOSE,    CR |
| GSMA MOBILE WORLD CONGRESS | GEORGE P JOHNSON UK LTD,PICTON HOUSE,   KINGSTON UPON THAMES,   KT1 1HN GB |
| GUYANA TELEPHONE & TELEGRAPH CO LTD | TELEPHONE HOUSE,79 BRICKDAM ST,PO BOX 10628,   GEORGETOWN,    GY |
| HEWLETT PACKARD CANADA LTD | 5151 SPECTRUM WAY,   MISSISSAUGA, ON L4W 5G1 CANADA |
| HEWLETT PACKARD COLOMBIA SA | CRA 7 99 - 53 TORRE 2,   BOGOTA,    CO |
| HSBC HOLDINGS PLC | 10 LOWER THAMES ST,   LONDON,   EC3R 6AE GB |
| HUTCHISON TELECOM PARAGUAY SA | CTI PARAGUAY       FKA COPESA,AV MCAL LOPEZ 1730,   ASUNCION,    PY |
| I AND C SA | 22 CALLE 5 14 ZONA 14,   GUATEMALA,    GT |
| IDT COMMUNICATION TECHNOLOGY LTD | BLOCK C 9F KAISER ESTATE,   HUNGHOM KOWLOON,    HK |
| IKUSI MEXICO SA DE CV | INSURGENTES SUR NO 1898,PISO 18,COL FLORIDA,   MEXICO DF,   1030 MX |
| INGEDIGIT CA | EDIFICIO VENEZUELA PISOS 5 Y 6,AVENIDA VENEZUELA,EL ROSAL,   CARACAS,    VE |
| INTERCONNECT  SA | AV LEANDRO N ALEM 449,PISO 1,   BUENOS AIRES,   1003 AR |
| INTEROPTICS SA | LIMA 541,   CIUDAD DE BUENOS AIRES,   1073 AR |
| ISBEL S A | AV URUGUAY 807,   MONTEVIDEO,   11100 UY |
| ISBEL SA | PAYSANDU 926 PISO 1,   MONTEVIDEO,    UY |
| ISBEL SA | PAYSANDU 926,PISO 1,   MONTEVIDEO,   11100 UY |
| ITELCA LTDA | CALLE 92 NUMERO 30-25,   BOGOTA,    CO |
| J MOCK & CO SA | NO 15A JARDINES DE ALMA ROSA,   SANTO DOMINGO,    DO |
| JIMENEZ DE ARECHAGA VIANA & BRAUSE | CERRITO 415 PISO 6,   MONTEVIDEO,    UY |
| KEYTECH LTD | 30 VICTORIA STREET,   HAMILTON,    BM |
| KOOR INDUSTRIES LTD | 4 KAUFMAN ST,68012,   TEL AVIV,   68012 IL |
| LEDEFYL SA | BVAR ARTIGAS 417,   MONTEVIDEO,    UY |
| MANTENIMIENTO TECNICO MARYANG 959 | CALLE DEL ARENAL QUINTA MTM,ZONA INDUSTRIAL DE LA TRINIDAD,URBANIZACION LA TRINIDAD,   CARACAS,   1011 VE |
| MCOMM GROUP INC | CALLE 53 ESTE URBANIZACION OB,   CIUDAD DE PANAMA,    PA |
| MERCURY COMMUNICATIONS SA | AVENIDA LEANDRO N ALEM 584,PISO 6,   BUENOS AIRES,   1001 AR |
| MEXICO RED DE TELECOMUNICACIONES | MONTES URALES 632 PISO 2,LOMAS DE CHAPULTEPEC,   CIUDAD DE MEXICO DF,   11000 MX |
| MITEC TELECOM (SUZHOU) CO LTD | 10 BAIHE ST,   SUZHOU CITY,   215021 CN |
| MITEC TELECOM INC | 9000 TRANS CANADA HIGHWAY,   POINTE CLAIRE, QC H9R 5Z8 CANADA |
| MULTICANAL SA | AV. SAN JUAN 1170,  BUENOS AIRES,   1147 AR |
| MULTICOMPUTOS SA | AVENIDA ABRAHAM LINCOLN,NO 1007 PISO 4,   SANTO DOMINGO,    DO |
| MULTITEL COLOMBIA SA | CARRERA  43  31-159,PISO 3,AVENIDA POBLADO,   MEDELLIN,    CO |
| MULTITEL COLOMBIA SA | CALLE100 NO18 36,   BOGOTA,    CO |

| Claim Name | Address Information |
|---|---|
| NEC CORPORATION | NIHON DENKI KK,5-7-1 SHIBA,MINATO-KU,  TOKYO,  108-8001 JP |
| NETWORK COMMUNICATIONS SA | AKA NETCOM,WORLD TRADE CENTER,PISO - 14 OF. 1403, PANAMA CITY,  PA |
| NORTEL 001 NTL HQ | 8200 DIXIE RD,STE 100,  BRAMPTON, ON L6T 5P6 CANADA |
| OPERADORA UNEFON SA DE CV | PERIFERICO SUR 4119,FUENTES DEL PEDREGAL,  CIUDAD DE MEXICO DF,  14141 MX |
| ORBEN COMUNICACIONES SA DE CV | NORTEAMERICA 601,VISTA HERMOSA,  MONTERREY NL,   MX |
| PICTET ET CIE | 29 BOULEVARD GEORGES FAVON,  GENEVE,  1204 CH |
| POWERWAVE TECHNOLOGIES ESTONIA OU | PWAV SWEDEN,POIKMAE 1 TANASSILMA,  ASAKU VALD,   SE |
| PROCYON AUTOMATISERING | PLUTOSTRAAT 218,  PARAMARIBO,   SR |
| PROFESSIONAL COMPUTER CONSULTANTS | GROUP LTD PROCOM,2323 YONGE STREET,  TORONTO, ON M4P 2C9 CANADA |
| PROMIGAS TELECOMUNICACIONES SA | CALLE 66 NO 67-123,  BARRANQUILLA,   CO |
| SERVICIOS ESPECIALIZADOS EN | 1KM AL NOR DEL PUENTE RAFAEL,IGLESIAS AUTOPISTA BERNSOTO,ROSARIO DE NARANJO, NARANJO,   CR |
| SERVICIOS INTEGRALES EN | TELECOMUNICACIONES ZEYCO,CALZADA VALLEJO 489 301P3,  MEXICO CITY,  2600 MX |
| SETAR | SERVICIO DI TELECOM DI ARUBA,SEROE BLANCO Z/N,  ORANJESTAD,   AW |
| SISTEMAS C&C SA DE CV | AVENIDA OLIMPICA 3322,COLONIA ESCALON,  SAN SALVADOR,   SV |
| SMITCOMS INC | ST MAARTEN INTL  TELECOM SVCS,DR CA WATHEY CRUISE AND,CARGO FACILITY,  PT. BLANCHE ST. MAARTEN,   BM |
| SOLECTRON TECHNOLOGY SDN BHD | PLOT 13 PHASE IV,  PRAI,  13600 MY |
| SOLIN SOLUCOES EM INFORMATICA LTDA | BELO HORIZONTE,AVENIDA RAJA GABAGLIA 3.348 E,3.35,  BELO HORIZONTE - MG, 30350-540 BR |
| SPEEDNET COMMUNICATIONS LTD | CINDERELLA & FONSECA STREETS,  ORANGE WALK,   BZ |
| SPLICE DO BRASIL TELECOM E ELET S/A | AV JUSCELINO K DE OLIVEIRA,154 LAJEADO,  VOTORANTIM - SP,   BR |
| SSA SISTEMAS | EDIF. BANCO GENERAL,  MARBELLA,   PA |
| ST MAARTEN TELEPHONE COMPANY NV | TELEM NV,CANNEGIETER STREET NO 26, BOX 160,CURACAO,  ANTILLES,  PHILIPSBURG, NL |
| STAPLES NATIONAL ADVANTAGE | 70 FIRST LAKE DRIVE,  LOWER SACKVILLE, NS B4C 3E4 CANADA |
| STERLING NETWORKS CORP | 701 45TH ST EAST,  SASKATOON, SK S7K 0W4 CANADA |
| TECNASA | AKA TECNOLOGIA APLICADA SA,EDIFICIO TECHNASA OFF PK 10,CALLE RUBEN DARIO ANCON,  ANCON,   PA |
| TECNOLOGIA ESPECIALIZADA ASOCIADA | EUGENIA NO 1029,DEL VALLE,  MEXICO CITY DF,  3100 MX |
| TECS-LIMITED | 13 FOREST HILL DRIVE,  WARWICK,  WK08 BM |
| TEKNOWLOGIC | AVE ABRAHAM LINCOLN ESQ 27 DE,  SANTO DOMINGO,  91204 DO |
| TELE COMMUNICATION CONTRACTOR S A | VIA PORRAS NO. 65,  PANAMA,   PA |
| TELEBERMUDA INTERNATIONAL LTD | 360 NETWORKS BERMUDA,BERMUDA COMMERCIAL BLDG 2ND FL,43 VICTORIA STREET, HAMILTON,  HM12 BM |
| TELECARRIER INC | PISO # 8 EDIFICIO OMEGA,AVE SAMUEL LEWIS,PANAMA,  CIUDAD DE PANAMA,   PA |
| TELECOMUNICACIONES DE GUATEMALA | TELGUA,7A AVENIDA 12-39,ZONA 1 5TO NIVEL,  GUATEMALA,   GT |
| TELECOMUNICACIONES MODERNAS Y | TEOTIHUACAN 53,COL SAN JAVIER,LA ROMANA TLALNEPANTLA,  ESTADO DE MEXICO MEX, 54000 MX |
| TELECTRONIC SA | TELECTRONIC SOCIEDAD ANONIMA,ELIODORO YANEZ 2238,  SANTIAGO,   CL |
| TELEFONIA BONAIRIANO NV | TELBO NV,KAYA LIB SIMON BOLIVAR 8,BOX 94,CURACAO,  ANTILLES,  KRALENDIJK,   NL |
| TELEFONICA SA | GRAN VIA 28,ED TELEFONICA,  MADRID,  28013 ES |
| TELEFONOS DE MEXICO SAB DE CV | PARQUE VIA NO 198 PISO 1,CUAUHTEMOC,  CIUDAD DE MEXICO DF,  6599 MX |
| TELEREUNION SA DE CV | FLORESTA 185,COLONIA EL RECREO,  MEXICO CITY DF,  2070 MX |
| TELESUR | TELECOMMUNICATIEBEDRIJF SUR,HEILIGENWEG 1,PO BOX 1839,  PARAMARIBO,   SR |
| TELRAD INDUSTRIES | C/O PROXIMITY WAREHOUSE,8 BAT-SHEVA,  LOD,  71100 IL |
| TMFECUADOR CIA LTDA | AV REPUBLICA DEL SALVADOR 108,  QUITO,   EC |
| TREASURER OF GUAM | DEPT. OF REVENUE AND TAXATION,PO BOX 23607,  GMF,  96921 GU |
| TREASURER OF GUAM | GOVERNMENT OF GUAM,PO BOX 23607,  VARRIGADA,  96921 GU |
| TRICOM SA | AVE LOPE DE VEGA # 95,  SANTO DOMINGO,   DO |

| Claim Name | Address Information |
|---|---|
| TRILOGY BOLIVIA (NUEVATEL) | FKA NUEVATEL PCS DE BOLIVIA SA,ED MULTICENTRO TORRE C  MEZZ,CALLE CAPITA RAVELO 2289,  LA PAZ,   BO |
| TRILOGY DOMINICANA SA | AV WINSTON CHURCHILL 77,EDIFICIO SALANA PISO 3,PO BOX 91,  SANTO DOMINGO,   DO |
| TRILOGY HAITI (COMCEL) | FKA COMCEL - COMM CELL D'HAITI,AVENUE MARTIN LUTHER KING 27,PO BOX 16117, PORT AU PRINCE,  6111 HT |
| TRINIDAD BOARD OF INLAND REVENUE | ATTN: CHAIRMAN OF BOARD,TRINIDAD HOUSE,ST VINCENT STREET,  PORT OF SPAIN,   TT |
| TSTT    TELECOMMUNICATIONS SERVICES | OF TRINIDAD AND TOBAGO LTD,1 EDWARD ST,PO BOX 3,  PORT OF SPAIN,   TT |
| UNITED TELECOMMUNICATION SERVICES | UTS  FKA ANTELECOM NV,RIGELWEG 2,CURACAO, ANTILLES,  WILLEMSTAD,   NL |
| VALUE TEAM BRASIL CONSULTORIA | EM T.I. & SOLUCOES LTDA,AV BRIGADEIRO FARIA LIMA 201,12 ANDAR,   SAO PAULO - SP,  05426-100 BR |
| VIMENCA SA | ABRAHAM LINCOLN NO 308,LA JULIA,  SANTO DOMINGO,   DO |
| VTR LARGA DISTANCIA SA | BANDERA 168,  SANTIAGO,    CL |
| WIND TELECOM | FKA WINDMAX,CALLE 5 NO. 1 ESQ. DESIDERIO,ARIAS ENANCEH LA JULIA,   SANTO DOMINGO,    DO |
| WINDWARD TELECOM LIMITED | 251 CAIRNCROFT ROAD,   OAKVILLE, ON L6J 4M4 CANADA |
| WIPRO LIMITED (INFOTECH DIVISION) | RATTAN JYOTI COMMERCIAL COMPLX,  RAJENDRA PLACE,  110008 IN |
| WITTEL COMUNICACOES LTDA | AV RIO BRANCO 128-160 ANDAR,CENTRO,  RIO DE JANEIRO - RJ,  20040-002 BR |

**Total Creditor Count 146**