**EXHIBIT C**

| claim_nm | address1 | address2 | address3 | city | state | zip | country | n9 |
|---|---|---|---|---|---|---|---|---|
| HUAWEI | BANTIAN, LONGGANG DISTRICT | | NANSHAN DISTRICT, SHENZHEN | SHENZHEN | | 518129 | CHINA | |
| ZTE | ZTE PLAZA KEJI ROAD | SOUTH HI-TECH INDUSTRIAL PARK | | GUANGDONG PROVINCE | | 518057 | CHINA | |
| NOKIA SIEMENS NETWORKS | NOKIA HOUSE KEILALAHDENTIE 4 | | | ESPOO | | 2150 | FINLAND | |
| FUJITSU | SHIODOME CITY CENTER | 1-5-2 HIGASHI-SHIMBASHI, MINATO-KU | | TOKYO | | 105-7123 | JAPAN | |
| HITACHI | 6-6, MARUNOUCHI 1-CHOME | CHIYODA-KU | | TOKYO | | 100-8280 | JAPAN | |
| NEC | 7-1 SHIBA 5-CHOME MINATO-KU | | | TOKYO | | 108-8001 | JAPAN | |
| LGE | LG TWIN TOWERS 20 | YEOUIDO-DONG | YEONGDEUNGPO-GU | SEOUL | | 150-721 | KOREA | |
| SAMSUNG | 1321-20 SEOCHO 2-DONG | SEOCHO-GU | | SEOUL | | 463-721 | SOUTH KOREA | |
| ERICSSON | TORSHAMNSGATAN 23, KISTA | | | STOCKHOLM | | 164 83 | SWEDEN | |