# SERVICE LIST

**VIA OVERNIGHT DELIVERY:**
Jonahtan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

**VIA FACSIMILE:**
Daniel K. Astin, Esq
Anthony M. Sacullo, Esq.
Ciardi Cardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801
FAX: 302-658-1300

Elihu E. Allinson, III, Esq.
Sullivan, Hazeltine, Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
FAX: 302-428-8195

Jonathan W. Yong , Esq.
Mary Olson, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
FAX: 312-201-2555

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
FAX: 302-657-4901

Christopher J. Panos, Esq.
Craig And Macauley, P.C.
Federal Reserve Building
600 Atlantic Ave.
Boston, MA 02210
FAX: 617-742-1788

Mark E. Felger, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
FAX: 302-295-2013

Jennifer Feldasher, Esq.
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036-2714
FAX: 212-938-3837

2672623.19