## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*                                        :        Chapter 11

Nortel Networks Inc., *et al.*,[1]             :        Case No. 09-10138 (KG)

                         Debtors.              :        Jointly Administered

                                               :        **RE: D.I. 931, 1012, 1129**

-------------------------------------------------------X

## AMENDED[2] NOTICE OF FILING OF SUCCESSFUL BID

PLEASE TAKE NOTICE that on June 19, 2009, the Debtors filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Certain Contracts and (C) the Assumption and Sublease of Certain Leases [D.I. 931] (the "Sale Motion")[3] seeking approval of the sale of certain of the Debtors' assets relating to the Debtors' CDMA and LTE business (the "Assets"), including the assumption and assignment of certain executory contracts and assumption and sublease of certain unexpired leases, to Nokia Siemens Networks B.V. pursuant to the Agreement (or such Alternate Bidder as may result from the Auction), and the approval of certain Bidding Procedures in connection with the proposed sale.  By the Bidding Procedures Order, dated June 30, 2009 [D.I. 1012] and the Order Applying the Previously-Entered Bidding Procedures Order and Sale Motion, as Supplemented, to Nortel Networks (CALA) Inc. Prospectively, dated July 20, 2009 [D.I. 1129] (together with the Bidding Procedures Order, the "Sale Procedures Order"), the United States Bankruptcy Court for the District of Delaware approved bidding procedures (the "Bidding Procedures") to govern the sale by Nortel Networks Inc. and certain of its affiliates (collectively, the "Sellers") of the Assets.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      The Notice has been amended to correct a typographical error.

[3]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that in accordance with the Bidding Procedures, the Sellers conducted an auction on July 24, 2009 (the "Auction"). The Successful Bid (as defined in the Bidding Procedures) resulting from the Auction is the Asset Sale Agreement (the "ASA"), dated as of July 24, 2009 with Telefonaktiebolaget LM Ericsson (Publ) as Purchaser (the "Successful Bid"). A joint hearing with the Ontario Superior Court of Justice to consider approval of the sale of the Assets pursuant to the Successful Bid is scheduled for **July 28, 2009 at 1:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that the bid by Nokia Siemens Networks B.V. for a purchase price of $1,032,500,000 pursuant to the bid terms submitted at the Auction has been selected as the Alternate Bid.

PLEASE TAKE FURTHER NOTICE that any supplemental objections to the Successful Bid must be filed and served so as to be received by no later than **July 27, 2009 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a copy of the ASA has been filed as Exhibit A hereto. Due to its voluminous nature, service copies of this Notice will not include the ASA, which is available for download from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel, or upon written request to the undersigned counsel..

Dated: July 27, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*