IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, 100 Pearl Street, Suite 1446, Hartford, CT 06103. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2009, I caused to be served true and correct copies of the "Notice of (I) Solicitation of Initial Bids; (II) Public Auction and Sale Hearing; and (III) Related Relief and Dates," dated July 20, 2009 [Docket No. 1133], enclosed securely in separate postage prepaid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Eleni Kossivas_
Eleni Kossivas

Sworn to before me this
27th day of July, 2009

_/s/ Notary_
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABCOMMUNICA SC | HAMBURGO 281 INT 203,COL JUAREZ,   MEXICO,   6600 MX |
| ABLE BUSINESS MACHINES INC | 4750 N DIXIE HWY, SUITE 8,   FT LAUDERDALE, FL 33334 |
| ACCTON TECHNOLOGY CORP | NO.1 CREATION ROAD III,   HSINCHU,   300 TW |
| ACE TECHNOLOGIES CORP | 156B 5L 727-4, KONJAN-DONG,NAMDONG-GU,   INCHEON,   405-310 KR |
| ADC TELECOMMUNICATIONS INC | PO BOX 1101,   MINNEAPOLIS, MN 55440-1101 |
| ADEX CORPORATION | 1035 WINDWARD RIDGE PARKWAY,SUITE 500,   ALPHARETTA, GA 30005-1789 |
| AGO COMMUNICATIONS CONSULTANTS S L | CALLE SIRIO NO 14,   MADRID,   ES |
| AIRSPAN COMMUNICATIONS LTD | CAMBRIDGE HOUSE, OXFORD ROAD,   UXBRIDGE,   UB8 1UN GB |
| AIRSPAN NETWORKS | EIN CARMEL INDUSTRIAL ZONE,   EIN CARMEL,   30860 IL |
| AIRSPAN NETWORKS INC | 777 YAMATO ROAD-310,SUITE 310,   BOCA RATON, FL 33431 |
| AIRVANA INC | 19 ALPHA ROAD,   CHELMSFORD, MA 01824-4124 |
| AIRWIDE SOLUTIONS NORTH AMERICA LTD | 1111 ST CHARLES ST. WEST,   LONGUEIL, QC J4K 5G4 CANADA |
| ALGO COMMUNICATIONS PRODUCTS | 4500 BEEDIE ST,   BURNABY, BC V5J 5L2 CANADA |
| ALPHA NETWORKS INC | NO 8 LI SHING 7TH ROAD,SCIENCE BASED INDUSTRIAL PARK,   HSINCHU 300,    TW |
| ALTENIS INC | 150 ALHAMBRA CIRCLE,   CORAL GABLES, FL 33134 |
| AMDOCS SOFTWARE SYSTEMS LTD | FIRST FLOOR, BLOCK S,EASTPOINT BUSINESS PARK,   DUBLIN 3,    IE |
| AMERICAN EXPRESS | PO BOX 360001,   FORT LAUDERDALE, FL 33336-0001 |
| AMPHENOL TAT TECHNOLOGIES | 5975 ANDOVER AVE,   MONT ROYAL, QC H4T 1H3 CANADA |
| ANATECH MICROWAVE COMPANY | 70 OUTWATER LANE,   GARFIELD, NJ 07026-3847 |
| ANDREW LLC | 2700 ELLIS ROAD,   JOLIET, IL 60433-8459 |
| ANDREW TELCO SRL | 11 RUE DE FIEUZAL,   BRUGES,   33520 FR |
| ANITE TELECOMS | 6225 N. STATE HWY 161,   IRVING, TX 75038 |
| ANIXTER | 2800 PERIMETER PARK DRIVE,   MORRISVILLE, NC 27560 |
| ANIXTER ARGENTINA | CASTRO 1844,   BUENOS AIRES,   C1237AAP AR |
| ANIXTER CARIBBEAN EXPORT | 11701 NW 101ST ROAD,SUITE 3,   MEDLEY, FL 33178-1021 |
| ANIXTER COLOMBIA SA | CRA 106 NO 15-25,INT 63 B BODEGA 4,   BOGOTA,    CO |
| ANIXTER COSTA RICA SA | BARRIO MEXICO CALLE 20,   SAN JOSE,    CR |
| ANIXTER DE MEXICO SA DE CV | VIVEROS DE ATIZAPAN NO 123A,COLONIA VIVEROS DE LA LOMA,   MEXICO CITY,   54800 MX |
| ANIXTER DE MEXICO SE DE CV | AV.VIVEROS DE ATIZAPAN 123 A,   TLALNEPANTLA,   54080 MX |
| ANIXTER INC | 1255 NW 17TH AVENUE STE 4,   DELRAY BEACH, FL 33445 |
| ANIXTER INC | CORUJO INDUSTRIAL PARK,   BAYAMON, PR 00961 |
| ANIXTER PERU SAC | CALLE ONTARIO 157,LA CAMPINA,   LIMA,    PE |
| ANIXTER PUERTO RICO | PLAZA HATO TEJAS CORUJO I,   BAYAMON, PR 00961 |
| APPROVE IT | 1606 DIANA ROAD,   MENDOTA HEIGHTS, MN 55118-3626 |
| APTILO NETWORKS INC | 5800 GRANITE PARKWAY,   PLANO, TX 75024 |
| APW ELECTRONIC SOLUTIONS | 14100 DANIELSON STREET,   POWAY, CA 92064-6898 |
| ARTESYN COMMUNICATION PRODUCTS INC | 1/F, MODERN TERMINAL WHSE,PHASE 2, BERTH ONE,   KWAI CHUNG,    CN |
| ASIS TP SAC | AV JAVIER PRADO ESTE 5370,   LA MOLINA,   LIMA 12 PE |
| AUDIOCODES INC | 3000 TECHNOLOGY DR SUITE,   PLANO, TX 75074 |
| AUDIOCODES LTD | 1 HAYARDEN STREET,   AIRPORT CITY LOD,   70151 IL |
| AURORA PACIFIC SERVICES CORP | CALLE 14 EDIFICIO BELLEVIEW,   CARACAS,   1080 VE |
| AVATECH SOLUTIONS | 10715 RED RUN BOULEVARD,SUITE 101,   OWINGS MILLS, MD 21117 |
| AXESSTEL INC | 6815 FLANDERS DRIVE,   SAN DIEGO, CA 92121 |
| BATTERYCORP INC | 44 OAK STREET NEWTON,   NEWTON, MA 02464 |
| BELL MICROPRODUCTS CANADA | 4118 FOURTEENTH AVE,   MARKHAM, ON L3R 0J3 CANADA |
| BUSINESS MONITOR INTERNATIONAL LTD | MERMAID HOUSE,2 PUDDLE DOCK,   LONDON,   EC4V 3DS GB |
| BUSINESS OBJECTS AMERICAS | 3030 ORCHARD PARKWAY,   SAN JOSE, CA 95134-2028 |
| BYBSA INGENIERIA SA DE CV | HELIOTROPO NO 42,BARRIO XALTOCAN,   DEL XOCHIMILCO,   16090 MX |

| Claim Name | Address Information |
|---|---|
| CAPACITACION Y SERVICIOS | CARRERA 2A# 66-52 APTO 509B,   BOGOTA,     CO |
| CAPITAL IMAGING SOLUTIONS | 4611 S UNIVERSITY DRIVE# 173,   DAVIE, FL 33328 |
| CARLSON MARKETING GROUP LTD | MAIPU 1300,PISO 4,   CAPITAL FEDERAL,   1006 AR |
| CASIANO COMMUNICATIONS INC | PO BOX 12130,   SAN JUAN, PR 00914-0130 |
| CDTI-CRL | 2390 ARGENTIA ROAD,   MISSISSAUGA, ON L5N 5Z7 CANADA |
| CELESTICA HOLDINGS PTE LTD | 49/18 MOO5 LAEMCHABANG IND EST,TUNGSUKHLA,  SRIRACHA,   CHONBURI,   20230 TH |
| CENTENNIAL GOLF CLASSIC | PO BOX 71514,   SAN JUAN, PR 00936-8614 |
| CESA DE GUATEMALA SA | 3ERA AV 13-78 Z10,   GUATEMALA,   1010 GT |
| CHEROKEE INTERNATIONAL LLC | 2841 DOW AVENUE,   TUSTIN, CA 92780-7246 |
| COLLIERS ABOOD WOOD-FAY | 95 MERRICK WAY,   CORAL GABLES, FL 33134 |
| COLLIERS LATIN AMERICA LLC | 601 BRICKELL KEY DR,SUITE 402,   MIAMI, FL 33131 |
| COMMUNICATIONS TEST DESIGN INC | 1373 ENTERPRISE DRIVE,   WEST CHESTER, PA 19380-5987 |
| COMMUNICATIONS TEST DESIGN INC | 640 MASSMAN DRIVE,   NASHVILLE, TN 37210-3722 |
| COMPTEL COMMUNICATIONS | 1655 NORTHFORT MYER DRIVE,   ARLINTONG, VA 22209 |
| COMPUTER CABLING SYSTEMS GROUP | 8 PAR LA VILLE,   HAMILTON,   HM-11 BM |
| COMTEL SA | CALLE 49 ESTE NO 30,CORREGIMIENTO DE BELLA VISTA,   PANAMA 8,   PA |
| COMUNICACIONES AMADO SPC | PADILLA 360 ATICO 2A,   BARCELONA,   8025 ES |
| CONVEXUS COMUNICACIONES REDES Y | AV DE LAS ARTES NORTE # 968,   SAN BORJA,   41 PE |
| COPITECA SA DE CV | PUENTE DE TECAMACHALCO NO 12,COL LOMAS DE TECHMACHALCO,   NAUCALPAN,   53950 MX |
| COSAPI DATA S A | DEAN VALDIVIA 205,   SAN ISIDIRO,   LIMA 27 PE |
| COTELSA INC | 1900 NW 97TH AVENUE,SUITE 14-10102,   MIAMI, FL 33172 |
| CTDI | 1305 GOSHEN PARKWAY,   WEST CHESTER, PA 19380 |
| DATA GROUP OF COMPANIES | 80 AMBASSADOR DR,   MISSISSAUGA, ON L5T 2Y9 CANADA |
| DE LA CRUZ & ASSOCIATES | BOX 11885,   SAN JUAN, PR 00922-1885 |
| DELL COMPUTER CORPORATION | 1 DELL BLVD,   ROUND ROCK, TX 78682-0001 |
| DELTA NETWORKS INTERNATIONAL LTD | ROOM B 9/F,   KOWLOON WHARF,   KOWLOON,   CN |
| DESCA COLOMBIA SA | CARRERA 7 NO 71-52,TORRE A PISO 11,   BOGOTA,   CO |
| DIAMOND SA | INDUSTRIESTRASSE 8,   GOSSAU ZH,   8625 HU |
| DRESSCOM INC | ROAD 510 KM 2.3,   JUANA DIAZ, PR 00795 |
| ECI TELECOM INC | 1201 WEST CYPRESS CREEK ROAD,   FORT LAUDERDALE, FL 33309 |
| ECOMPANY STORE INC | 5945 CABOT PARKWAY,BUILDING 200 SUITE 150,   ALPHARETTA, GA 30005-1781 |
| EDDY COJULUN VELA | KM 16.5 CARR A EL SALVADOR,LOS DIAMANTES CASA 94B,   GUATEMALA CITY,   GT |
| EDDY ESTUARDO COJULUN VELA | 4A AVE 3-39 ZONA 14,   GUATEMALA,   1010 GT |
| EGON ZEHNDER INTERNATIONAL INC | 350 PARK AVENUE,8TH FLOOR,   NEW YORK, NY 10022 |
| EKAHAU | 12930 SARATOGA AVENUE,   SARATOGA, CA 95070-4661 |
| ELTEK VALERE INC | 1303 E ARAPAHO RD,   RICHARDSON, TX 75081 |
| EMERSON ENERGY SYSTEMS LTD | 701 NORTH GLENVILLE DR,   RICHARDSON, TX 75081-2835 |
| EMERSON NETWORK POWER | 5810 VAN ALLEN WAY,   CARLSBAD, CA 92008-7300 |
| EMERSON NETWORK POWER EMBEDDED | 2208 GALVIN DRIVE,8310 EXCELSIOR DRIVE(OLD ADDR),   ELGIN, IL 60123 |
| EMERSON NETWORK POWER ENERGY | 1122 F STREET,   LORAIN, OH 44052-2255 |
| EMERSON NETWORK POWER NORTHERN | 10020 E. KNOX AVE,SUITE 50,   SPOKANE VALLEY, WA 99206 |
| ERICSSON INC | 1755 N COLLINS BOULEVARD,SUITE 400,   RICHARDSON, TX 75080 |
| ERNST & YOUNG | 4130 PARKLAKE AVENUE, SUITE 50,   RALEIGH, NC 27612-2299 |
| ERNST & YOUNG SERVICES LIMITED | 8 OLIVIER ROAD,   KINGSTON 8,   JM |
| ERNST & YOUNG TOWER TD CENTRE | PO BOX 251,222 BAY STREET,   TORONTO, ON M5K 1J7 CANADA |
| ESB PUERTORICO CORP | PO BOX 4825,   CAROLINA, PR 00984-4825 |
| EVENPRO MARKETING GROUP INC | AMELIA INDUSTRIAL PARK,   GUAYNABO, PR 00966 |
| EVOLUCIONA COMUNICACIONES SA DE CV | RIO MIXCOAC NO 97,COL INSURGENTES MIXCOAC,   MEXICO CITY,   3900 MX |
| EXFO ELECTRO OPTICAL ENGINEERING | 400 GODIN AVENUE,   VANIER, QC G1M 2K2 CANADA |

| Claim Name | Address Information |
|---|---|
| FG COMPUTE SRL | CALLE TRIANA 435, PUEBLO LIBRE, 78U9 PE |
| FILTRONIC COMTEK INC | 31901 COMTEK LANE, SALISBURY, MD 21804-1788 |
| FIRSTHAND TECHNOLOGIES INC | 350 TERRY FOX DRIVE, OTTAWA, ON K2K 2P5 CANADA |
| FITCH ASSOCIATES | 24565 SW NODAWAY LANE, WILSONVILLE, OR 97070 |
| FLEXTRONICS | CARRETERA BASE AEREA 5850, ZAPOPAN, 45100 MX |
| FLEXTRONICS ELECTRONICS TECHNOLOGY | 9 SUQIAN ROAD,SUZHOU INDUSTRIAL PARK, SUZHOU, 215021 CN |
| FLEXTRONICS INTERNATIONAL | CARRETARA BASE AEREA NO 5850,KM5 LA MORA, ZAPOPAN, 45100 MX |
| FLEXTRONICS INTERNATIONAL | UL MALINOWSKA 28, TCZEW, 83-100 PL |
| FLEXTRONICS INTERNATIONAL EUROPE BV | MAASHESEWEG 87A, BUILDING T,INTERNAL P.O. BOX T263, VENRAY, 5804 AB NL |
| FLEXTRONICS MANUFACTURA MEX S DE RL | PROL AV LOPEZ MATEOS SUR,KM 6.5 NO 2915 COL LA TIJERA, GUADALAJARA, 45640 MX |
| FLEXTRONICS MANUFACTURING MEX | CARRETERA A BASE AEREA 5850-33, ZAPOPAN, 45136 MX |
| FORRESTER RESEARCH INC | 400 TECHNOLOGY SQUARE, CAMBRIDGE, MA 02139 |
| FORSK | 7 RUE DES BRIQUETIERS, BLAGNAC, 31700 FR |
| FUJITSU TRANSACTION SOLUTIONS | 19 - 20 VICTORIA SQUARE WEST,PO BOX 195, PORT OF SPAIN, TT |
| GDNT - GUANGDONG NORTEL | RONGLI INDUSTRIAL PARK,LIUHENG ROAD GUIZHOU, SHUNDE, 528306 CN |
| GFI | 180 AVENUE LABROSSE, POINTE CLAIRE, QC H9R 1A1 CANADA |
| GILMORE GLOBAL LOGISTICS SERVICES | 101 SOUTHCENTER COURT,SUITE 100E, MORRISVILLE, NC 27560 |
| GINTEL | 1725 MAIN STREET,SUITE 205, WESTON, FL 33326 |
| GINTEL CA | AV FRANCISCO DE MIRANDA EDIF,TORRE KYRA PISO 1-15, CHACAO, 1060 VE |
| GLOBAL CROSSING CONFERENCING | 1499 WEST 121ST AVENUE, WESTMINSTER, CO 80234 |
| GLOBAL K SA DE CV | MONTECITO 38 PISO 9 OFICINA 11,COLONIA NAPOLES, MEXICO, 3810 MX |
| GLOBAL KNOWLEDGE NETWORK | 1057 SOUTH SHERMAN ST, RICHARDSON, TX 75081-4848 |
| GNB INDUSTRIAL POWER | 220 BOUL INDUSTRIEL, BOUCHERVILLE, QC J4B 2X4 CANADA |
| GRANIOU CARAIBES | 14 LOTISSEMENT VINCE,ZI ARNOUVILLE, PETIT BOURG, 97170 FR |
| GRAYBAR ELECTRIC CO | 1255 NORTHWEST 21ST ST, POMPANO BEACH, FL 33069 |
| GUANGDONG NORTEL TELECOMMUNICATIONS | GUI ZHOU RONG LI IND PARK,LIU HENG LU, SHUNDE, 528306 CN |
| GUILLERMO ROMERO E I R L | AV HORACIO URTEAGA 1156, LIMA, 27 PE |
| HARRIS | 3 HOTEL DE VILLE, DOLLARD DES ORMEAUX, QC H9B 3G4 CANADA |
| HARRIS CORPORATION | MICROWAVE COMMUNICATION,DIVISION 637 DAVIS DRIVE, MORRISVILLE, NC 27560 |
| HARRIS STRATEX NETWORKS INC | KEYSTONE PARK, MORRISVILLE, NC 27560 |
| HARTE-HANKS CRM SERVICES BELGIUM NV | EKKELGAARDEN 6, HASSELT, 3500 BE |
| HEWLETT PACKARD CO | 6600 ROCKLEDGE DRIVE,SUITE 150, BETHESDA, MD 20817 |
| HEWLETT PACKARD CO | PO BOX 75629, CHARLOTTE, NC 28275-5629 |
| HEWLETT PACKARD FINANCIAL SERVICES | 420 MOUNTAIN AVENUE, MURRAY HILL, NJ 07974 |
| IAN MARTIN LIMITED | 465 MORDEN ROAD, OAKVILLE, ON L6K 3W6 CANADA |
| IAN MARTIN LTD | 465 MORDEN RD 2ND FLOOR, OAKVILLE, ON L6K 3W6 CANADA |
| IBISKA TELECOM INC | 130 ALBERT STREET,SUITE 1810, OTTAWA, ON K1P 5G4 CANADA |
| IKUSI GS MEXICO SA DE CV | MORAS NO 430,COL DE VALLE, MEXICO, 3100 MX |
| INCIDENT MANAGEMENT GROUP | PO BOX 011511, MIAMI, FL 33101-1511 |
| INCIDENT MANAGEMENT GROUP | 8751 WEST BROWARD BOULEVARD,SUITE 109, PLANTATION, FL 33324 |
| INCODE TELECOM | 4225 EXECUTIVE SQUARE,SUITE 1550, LA JOLLA, CA 92037 |
| INCODE TELECOM GROUP INC | 9645 SCRANTON RD,SUITE 110, SAN DIEGO, CA 92121-1764 |
| INFORMA TELECOMS & MEDIA | MORTIMER HOUSE,37/41 MORTIMER STREET, LONDON, W1T 3JH GB |
| INFORMA UK LIMITED | SHEEPEN PLACE, COLCHESTER, CO3 3LP GB |
| INFORMATICS INTERNATIONAL LIMITED | NO 104, KITULWATTA ROAD, COLOMBO, LK |
| INFOSPECTRUM CONSULTING INC | 1699 WALL STREET, MT PROSPECT, IL 60056-5781 |
| INGENIERIA EN ISTALACIONES EN | AV DE LA MANZANA 46 LOCAL 10,SAN MIGUEL XOCHIMANGA, ANTIZAPAN DE ZARAGOZA, 52927 MX |
| INGRAM MICRO MEXICO SA DE CV | LAGUNA DE TERMINOS NO 249,COL ANAHUAC, MEXICO CITY, 11320 MX |

| Claim Name | Address Information |
|---|---|
| INNOVACIONES TELEMATICAS SA DE CV | LAGO TLHAUAC 4 LOC 15,   MEXICO,   11320 MX |
| INNOVAK OF FLORIDA INC DBA NEW HORI | 1221 LEE ROAD,   ORLANDO, FL 32810-5855 |
| INTCOMEX INC | 3505 N W 107TH AVENUE,   DORAL, FL 33178-1889 |
| INTEGRADORA DE COMUNICACIONES | PASEO KUKULCAN 14-1,MZA 1 SMZA 44,   CANCUN,   MX |
| INTEGRATION TECHNOLOGIES CORP | GLOBAL PLAZA SUITE 208,322 JOHN ALBERT ERNDT STREET,   SAN JUAN, PR 00936-3988 |
| INTERCONNECT USA LLC | 1198 VENETIAN WAY,SUITE 303,   MIAMI BEACH, FL 33139 |
| INTRAWAY CORPORATION | SARMIENTO 663 SUITE 500,   ARGENTINA,   C1041AAM AR |
| IPVISION | BERNARDO DE IRIGOYEN # 112,   BUENOS AIRES,   C1072AAD AR |
| ITKNOWLEDGE & CERTIFICATIONS C A | AV FCO DE MIRANDA EDIF PARQ,TORRE OESTE PISO 13 OFIC 13 3,   LOS PALOS GRANDES,   1060 VE |
| ITKNOWLEDGE & CERTIFICATIONS CA | AVFCO DEMIRANDA EDIFICIO PARQU,   CARACAS,   1060 VE |
| IXIA | 26601 WEST AGOURA ROAD,   CALABASAS, CA 91302 |
| JABIL CIRCUIT INC (GDL) | 10560 DR MARTIN LUTHER KING JR,   ST PETERSBURG, FL 33716-3718 |
| JAC TELECOM INC | JOSE ZAYAS GREEN AV KM 05,   BARRANQUITAS, PR 00794-9704 |
| JDSU | 4397 NW 124TH AVE,   CORAL SPRINGS, FL 33065 |
| JDSU DE MEXICO SA DE CV | SAN FRANCISCO 6 COL. DEL VALLE,   MEXICO,   3100 MX |
| JOHNSON CONTROLS INC | 2215 YORK ROAD,DRAKE PLAZA SUITE 110,   OAK BROOK, IL 60523 |
| KATHREIN SCALA DIVISION | PO BOX 4580,   MEDFORD, OR 97501 |
| KEYMILE LIMITED | SCHWARZENBURGSTRASSE 73,   BERNE-LIEBEFORD,   3097 HU |
| KEYMILE LTD | TATE HOUSE WATERMARK WAY,   HETFORD,   SG13 7TZ GB |
| KNOWLEDGE MANAGEMENT SERVICES SPA | PADRE MARIANO 253 OF 32,   SANTIAGO,   CL |
| KORN FERRY INTERNATIONAL | BCE PLACE BAY WELLINGTON TOWER,BOX 763 181 BAY ST SUITE 3320,   TORONTO, ON M5J 2T3 CANADA |
| KPMG LLP | PO BOX 120001 DEPT 0566,   DALLAS, TX 75312-0566 |
| KUEHNE & NAGEL INC | 10205 NW 108 AVE,   MIAMI, FL 33178 |
| KUEHNE & NAGEL LOGISTICS INC | 4001 EAST CHAPEL HILL NELSON,HIGHWAY,   DURHAM, NC 27709 |
| LANIER WORLDWIDE INC | 4667 NORTH ROYAL ATLANTA DRIVE,   TUCKER, GA 30084 |
| LEADCOM PARAGUAY SA | DR JAIME BESTARD 2518 GUM,ERSINDO SOSA BARRIO YCUA SATI,   ASUNCION,   PY |
| LEADCOM PERU SAC | PASEO DE LA REPUBLICA,3211 PISO 10,   LIMA,   PE |
| LEDEFYL SA | BVAR ARTIGAS 462,   MONTEVIDEO,   11300 UY |
| LG NORTEL | GS KANGNAM TOWER,679 YOKSAM KANGNAM GU,   SEOUL,   135-985 KR |
| LG NORTEL CO LTD | GS TOWER 679 YOKSAM-DONG,KANGNAM-GU SEOUL,   CHEONGJU,   135-985 KR |
| LINGUALINX LANGUAGE SOLUTIONS INC | 650 FRANKLIN STREET, SUITE 502,SCHENECTADY,   NEW YORK, NY 12305 |
| LOGIX SOURCE DIRECT CARIBBEAN LTD | PLAZA BAL HARBOUR GALERIAS,   PAITILLA,   PA |
| MANNING GLOBAL GMBH | HOHENZOLLERNSTRASSE 60,   MUENCHEN,   80801 DE |
| MANPOWER PARAGUAY | AV ESPABA NO 888,PADRE PUCHEAU,   ASUNCION,   PY |
| MANTENIMIENTO TECNICO MARYANG | AV ANDRES BELLO TORRE,FUNDACION DEL NINO PISO 1,   CARACAS,   1010 VE |
| MARTINEZ BAUTISTA MARIO EZEQUIEL | HACIENDA HUAYAPAN 1,BOSQUE DE ECHEGARAY,   NAUCALPAN,   53520 MX |
| MAYORISTAS DE PARTES Y SERVICIOS SA | URBINA 5 PARQUE INDUSTRIAL,NAUCALPAN,   NAUCALPAN,   3100 MX |
| MCCANN ERICKSON PR | PO BOX 9023389,   SAN JUAN, PR 00902-3389 |
| MEGATEL INDUSTRIES CORP | 6 CRIMSON DRIVE,   NORRISTOWN, PA 19401-1834 |
| MEMOFIX HITECH SERVICES | 330 MILLWAY AVENUE,UNIT 3,   CONCORD, ON L4K 3W2 CANADA |
| MENTUM WIRELESS US INC | 71 JEAN PROULX,   GATINEAU, QC J8Z 1W2 CANADA |
| MERA NETWORKS INC | 15 WERTHEIM COURT,   RICHMOND HILL, ON L4B 3H7 CANADA |
| MERCURY COMMUNICATIONS SA | LEANDRO N ALEM 584,6 FLOOR CAPITAL FEDERAL,   BUENOS AIRES,   1001 AR |
| MILLER HEIMAN | PO BOX 41081,   RENO, NV 89504-5081 |
| MILLER HEIMAN INC | 10509 PROFESSIONAL CIRCLE,SUITE 100,   RENO, NV 89521 |
| MINTON ENTERPRISES INC | 306 BURLAGE CIRCLE,   CHAPEL HILL, NC 27514 |
| MITRA ENERGY | 131 BOULEVARD DE L'EUROPE,   WAVRE,   1301 BE |

| Claim Name | Address Information |
|---|---|
| MOBILENET SERVICES INC | 18 MORGAN, SUITE 200, IRVINE, CA 92618-2004 |
| MOBILEPLANET INC | 902 IAA DRIVE, BLOOMINGTON, IL 61701 |
| MONICA ALEJANDRA BEA | 0 HIGGINS 4475 5TH FLOOR APT A, CAPITAL FEDERAL, 1429 AR |
| MURAL CONSULTING INC | 1875 CAMPUS COMMONS DRIVE 30, RESTON, VA 20191-1533 |
| MYCOM INTERNATIONAL | PO BOX 546, ST-HELIER JERSEY, JE4 8XY JE |
| NCI TECHNOLOGIES INC | 636 CURE BOIVIN BOULEVARD, BOISBRIAND, QC J7G 2A7 CANADA |
| NERA NETWORKS INCORPORATED | 4975 PRESTON PARK BOULEVARD, SUITE 600, PLANO, TX 75093 |
| NESIC BRASIL SA | R D JOAQUIM DE MELO 162/178, SAO PAULO, 03123-902 BR |
| NET CONNECTION INTERNATIONAL SRL | TUCUMAN 540 PISO 15 OFICINA E, BUENOS AIRES, 1049 AR |
| NET OPTICS INC | 5303 BETSY ROSS DR, SANTA CLARA, CA 95054-1102 |
| NET2S | 74 80 RUE ROQUE DE FILLOL, PUTEAUX, 92800 FR |
| NETFORMX INC | 275 SARATOGA AVENUE, SANTA CLARA, CA 95050 |
| NETWORK ENGINEERING | 3010 LBJ FREEWAY SUITE 350, DALLAS, TX 75234-2714 |
| NETWORK ENGINEERING INC | 3010 LBJ FREEWAY, SUITE 350, DALLAS, TX 75234-2714 |
| NETWORK GENERAL CORPORATION | 178 EAST TASMAN DRIVE, SAN JOSE, CA 95134 |
| NETWORK TECHNOLOGIES INC | 1275 DANNER DRIVE, AURORA, OH 44202-8054 |
| NETXAR TECHNOLOGIES INC | 17 PONCE STREET, SAN JUAN, PR 00917-5004 |
| NEWCOM LCS SA | MIXICO 628, PISO 6 OFIC A, CIUDAD AUTONOMA DE BUENOS, C1097 AR |
| NEXTONE COMMUNICATIONS INC | 101 ORCARD RIDGE DRIVE, SUITE 300, GAITHERSBURG, MD 20878 |
| NORTEL | 195 WEST MALL, TORONTO, ON M9C 5K1 CANADA |
| NORTEL NETWORKS (CALA) INC | CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324-4413 |
| NORTEL NETWORKS DE MEXICO SA DE CV | AV INSURGENTES SUR 1605, PISO 30, TORRE MURAL, MEXICO, 3900 MX |
| NORTEL NETWORKS LTD | 2351 ALFRED-NOBEL, 2351 ALFRED-NOBEL, QC H4S 2A9 CANADA |
| NORTEL NETWORKS LTD | 4001 E CHAPEL HILL, NELSON HIGHWAY, DURHAM, NC 27709-3010 |
| NORTH CAROLINA STATE UNIVERSITY | PO BOX 7203, RALEIGH, NC 27695 |
| NORTHERN TECHNOLOGIES INC | 10020 E.KNOX AVE SUITE 50, SPOKANE VALLEY, WA 99206 |
| OLPC FOUNDATION | 1 CAMBRIDGE CENTER 10TH FLOOR, CAMBRIDGE, MA 02139-1612 |
| ORACLE | P.O. BOX 44471, SAN FRANCISCO, CA 94144 |
| ORACLE CORP | PO BOX 71028, CHICAGO, IL 60694-1028 |
| ORBEN COMUNICACIONES SA DE CV404485 | NORTE AMERICA NO 205, NUEVO LEON, 64620 MX |
| PAELLA PARTY | 16155 SW 117 AVE, MIAMI, FL 33177-1616 |
| PDCM ASSOCIATES SE | PO BOX 190858, SAN JUAN PR, PR 00919-0858 |
| PICO | 5361 ROYAL WOODS PARKWAY, TUCKER, GA 30084 |
| POLYCOM INC | 4750 WILLOW ROAD, PLESANTON, CA 94588 |
| POLYCOM REPAIR CENTER | 4809 BRADFORD DR BLDG 7, HUNSTVILLE, AL 35805 |
| POLYPHASER CORP | 2225 PARK PLACE, PO BOX 9000, MINDEN, NV 89423-9000 |
| PREMIER STAGING | PO BOX 970698, COCONUT CREEK, FL 33097-0698 |
| PRICEWATERHOUSECOOPERS LTD | PO BOX 550 11-13 VICTORIA AVE, PORT OF SPAIN, TT |
| PROCIBERNETICA SA | CARRERA 13 #98-34, BOGOTA, CO |
| PROCIBERNETICA SA | CRA 9 NO 73-44, BOGOTA, CO |
| PROCOM | 2323 YONGE ST, SUITE 605, TORONTO, ON M4P 2C9 CANADA |
| PROCOM | 801 E CAMPBELL ROAD, STE 375, RICHARDSON, TX 75081-1894 |
| PROCOM SERVICES | 2501 BLUE RIDGE ROAD, SUITE 150, RALEIGH, NC 27607 |
| PROCYON AUTOMATISERING | PLUTOSTRAAT NO 218, PARAMARIBO, SR |
| PRODUCTION CASE COMPANY | 246 WESTBROOK ROAD, CARP, ON K0A 1L0 CANADA |
| PRONTO NETWORKS | 4637 CHABOT DRIVE, PLEASANTON, CA 94588 |
| PUBLIALTERNATIVA JM&M SA DE CV | CALLE 13 NUM 83-A, COLONIA ESPARTACO, MEXICO CITY, 4870 MX |
| PYRAMID RESEARCH INC | 10 CANAL PARK, CAMBRIDGE, MA 02141-2128 |
| QUANTUM BUSINESS ENGINEERING | 90 CARR 165 TORRE II #504, SAN JUAN, PR 00968-8058 |

| Claim Name | Address Information |
|---|---|
| RADIO FREQUENCY SYSTEMS | 29 RESEARCH PARKWAY, WALLINGFORD, CT 06492-1929 |
| RADIO FREQUENCY SYSTEMS DE MEXICO | HOMERO 418 6, MEXICO CITY, MX |
| RADISYS CORPORATION | 5445 NE DAWSON CREEK DRIVE, HILLSBORO, OR 97124-5797 |
| RED FARGO | CAIXABANK, LA PLAZE DE REBES, BR |
| RED FARGO | JUAN AUSTRIA 6-5, MADRID, 28010 ES |
| RED ROCK TECHNOLOGIES INC | 14429 N. 73RD STREET, SCOTTSDALE, AZ 85260-3131 |
| REDAPT SYSTEMS & PERIPHERALS INC | 12226 134TH COURT, NORTH EAST BUILDING D, REDMOND, WA 98052-2429 |
| REDKNEE IRELAND LTD | SANDYFORD BUSINESS CENTRE, DUBLIN 18, IE |
| REGUS VENEZUELA CA | AV. FCO. DE MIRANDA, CENTRO LIDO. TORRE D PISO 4 OF, EL ROSAL CHACAO, 1060 VE |
| RIGHT MANAGEMENT CONSULTANTS INC | PO BOX 8538-388, PHILADELPHIA, PA 19171-0388 |
| ROTARY CLUB OF NASSAU | COLLINS AVE & SHIRLEY ST, NASSAU, BS |
| S&C CONSTRUCTORES DE SISTEMAS SA DE | LUIS KUHNE NO10, DISTRITO FEDERAL, 1710 MX |
| SANMINA CORPORATION | 2701 ZANKER ROAD BLDG 3, SAN JOSE, CA 95134 |
| SANMINA SCI | AV DE LA SOLIDARIDAD, EL SALTO, 45680 MX |
| SANMINA-SCI SYSTEM (CANADA) | 2001 BOUL DES SOURCES, POINTE CLAIRE, QC H9R 5Z4 CANADA |
| SCHOFIELD MEDIA LTD | 303 E WACKER DRIVE, CHICAGO, IL 60601-5224 |
| SCI E MARKETING INC | 123 SOUTHEAST 3RD AVENUE, MIAMI, FL 33131 |
| SDC PROESA SA DE CV | UXMAL NO 564, COL NARVARTE, MEXICO CITY, 3020 MX |
| SECURITY EVOLUTIONS INC | 9817 BOLTEN VILLAGE COURT, FAIRFAX, VA 22032 |
| SEVERGNINI ROBIOLA GRINBERG & LARRE | RECONQUISTA 336 2 PISO, BUENOS AIRES, C1003ABH AR |
| SINFIN SERVICIO DE INFORMACION | CARRERA 59B BIS NO 128B 11, INT 4, BOGOTA, CO |
| SISTEMAS INTELIGENTES SRL | AV HERNANDO SILES 1 C, LA PAZ, 5195 BO |
| SMARTANT TELECOM CO LTD | 2F NO 669 SEC 4 CHUNG HSING RD, HSINCHU, 310 TW |
| SOFTWARE SPECTRUM | 10 KINGSBRIDGE GARDEN CIRCLE, MISSISSAUGA, ON L5R 3K6 CANADA |
| SOLUCIONES DE MONITOREO SA DE CV | SABINO 274 PB COL SANTA MARIA, LA RIBERA, MEXICO, 6400 MX |
| SOLUCIONES INTEGRADAS EN | PLAN DE IGUALA 102 A NTE, COL EL OLIVAR, GUANAJUATO, 38050 MX |
| SPECTRIAN | 350 WEST JAVA DRIVE, SUNNYVALE, CA 94089-1026 |
| SPRINGWELL CAPITAL PARTNERS LLC | SIX LANDMARK SQUARE, 4TH FLOOR, STAMFORD, CT 06901-2701 |
| SS8 NETWORKS | DEPARTMENT 33372, SAN FRANCISCO, CA 94139-3372 |
| STARENT NETWORKS CORP | 30 INTERNATIONAL PLACE, TEWKSBURY, MA 01876-1149 |
| STRATA GROUP | 502 EARTH CITY EXPRESS WAY, ST LOUIS, MO 63045 |
| SUN MICROSYSTEM INC | 5 OMNI WAY, CHELMSFORD, MA 01824-4142 |
| SUN MICROSYSTEMS DE COLOMBIA SA | CALLE 114 NO 9 01, TORRE A PISO 12, BOGOTA, CO |
| SUN MICROSYSTEMS INC | FILE NO72612, PO BOX 6000, SAN FRANCISCO, CA 94160-2612 |
| TANDBERG CANADA INC | 6505 TRANS CANADA SUITE 610, MONTREAL, QC H4T 1S8 CANADA |
| TANDBERG US | 1860 MICHAEL FARADAY DR, SUITE 250, RESTON, VA 20190-2153 |
| TECNIASES SA | CALLE LOS PLASTICOS 166, LIMA, PE |
| TECOM CO LTD | 23 R&D ROAD 2, HSINCHU, 300 TW |
| TECTROL INC | 39 KODIAK CRESCENT, DOWNSVIEW, ON M3J 3E5 CANADA |
| TEKNOWLOGIC | AV27 DEFEBRERO ESQ ABE LINCOLN, SANTO DOMINGO, DO |
| TEKNOWLOGIC CORPORATION | METRO OFFICE PARK CALLE 1, LOTE 15 SUITE 220, GUAYNABO, PR 00968-1705 |
| TELE COMMUNICATION CONTRACTOR | AVE 5A NORTE ENRIQUE GEENZIER, PAITILLA, PA |
| TELECOM SITE SOLUTIONS LLC | PO BOX 251171, PLANO, TX 75217 |
| TELECT INC | 1730 NORTH MADSON STREET, LIBERTY LAKE, WA 99019 |
| TELECT INC | 2111 NORTH MOLTER ROAD, LIBERTY LAKE, WA 99019-9469 |
| TELEFONICA DATA USA INC | 1111 BRICKELL AVE SUITE 1000, MIAMI, FL 33131-3112 |
| TELEFONICA INTERNACIONAL S A | RONDA DE LAS COMUNICACIONES, S/N DISTRITO C, EDIFICIO OESTE, MADRID, 28050 ES |
| TELESUR | HEILIGENWEG NO 14, PARAMARIBO, SR |
| TELMAR NETWORK TECHNOLOGY | 99 SIGNET DR UNIT 200, WESTON, ON M9L 1T6 CANADA |

| Claim Name | Address Information |
|---|---|
| TELMAR NETWORK TECHNOLOGY | 30 NORELCO DRIVE, WESTON, ON M9L 2X6 CANADA |
| TELRAD NETWORKS LTD | 1 BAT SHEVA STREET, LOD, 71100 IL |
| TELRAD TELECOMMUNICATION AND | PO BOX 50, LOD, 71100 IL |
| TELSTRAT | 6900 K AVENUE, PLANO, TX 75074 |
| THE OFFICE SHOP | PO BOX 195497, SAN JUAN, PR 00919-5497 |
| TIGER DIRECT | 7795 WEST FLAGLER STREET,SUITE 35, MIAMI, FL 33144-2367 |
| TRANSLATIONS COM | THREE PARK AVENUE,37TH FLOOR, NEW YORK, NY 10016 |
| TRS REN TELCO | 90 BRUNSWICK BOULEVARD, DOLLARD DES ORMEAUX, QC H9B 2C5 CANADA |
| TRYLON TSF INTERNATIONAL LIMITED | 113 NIKOU PATTIHI STREET,OFFICE 3 SUITE 201 NIKOLAS BLD, LIMASSOL, 3070 CY |
| TTI TELECOM INTERNATIONAL LIMITED | 7 MARTIN GEHL STREET,KIRYAT ARIEH, PETECH TIKVA, 49512 IL |
| VERILINK CORPORATION | 127 JET PLEX CIRCLE, MADISON, AL 35758 |
| VERISIGN INC | 75 REMITTANCE DRIVE,SUITE 1689, CHICAGO, IL 60675-1689 |
| VERISIGN INC | 487 EAST MIDDLEFIELD ROAD, MOUNTAIN VIEW, CA 94043-4047 |
| WAVETEC LLC | 1733 NW 79TH AVE,SUITE 7500, MIAMI, FL 33126 |
| WESTCON BRASIL LTDA | RUA VICTOR CIVITA 66 BL I,SL 201 A 203, RIO DE JANEIRO, 22775-040 BR |
| WFI | 4810 EASTGATE MALL, SAN DIEGO, CA 92121 |
| WFI DE MEXICO S DE RL DE CV | MUSSET NO 10, MEXICO CITY, 11550 MX |
| WIND TELECOM SA | AVE 27 DE FEBRERO ESQ ISABEL, SANTO DOMINGO, DO |
| WIRELESS INTEGRATED NETWORKS WIN | 861 INDUSTRIAL PARK DRIVE, NOGALES, AZ 85621 |
| WIRELESSLOGIX INC | 500 N CENTRAL EXPRESSWAY, PLANO, TX 75074 |
| WISTRON INFOCOMM TEXAS CORP | 4051 FREEPORT PARKWAY,SUITE 200, GRAPEVINE, TX 76051-2316 |
| XCEED INC | 8500 LEESBURG PIKE, VIENNA, VA 22182-2409 |
| XSPAND MEXICO S A DE C V | CUMBRES DE MALTRATA 373-5,COL PIEDAD NARVARTE, MEXICO D F, 3020 MX |
| YANKEE GROUP | 31 ST JAMES AVENUE,FIFTH FLOOR, BOSTON, MA 02116 |
| YANKEE GROUP RESEARCH INC | 800 BOYLSTON ST, BOSTON, MA 02199-8001 |
| ZEYCO SA | SEGURO SOCIAL 58 ENTRE ISRAEL,GONZALEZ Y VICAMI CP 83190, HERMOSILO, MX |
| ZYXEL COMMUNICATIONS INC | 1130 NORTH MILLER STREET, ANAHEIM, CA 92806-2001 |

**Total Creditor Count 317**