IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                                   :
                                                   :   Chapter 11
                                                   :
In re                                              :   Case No. 09-10138 (KG)
                                                   :
Nortel Networks Inc., et al.,[1]                   :   Jointly Administered
                                                   :
                    Debtors.                       :
                                                   :   RE: D.I. 931, 1012, 1106, 1129
                                                   :
                                                   :
---------------------------------------------------X

**EXHIBIT B – CONFIDENTIAL FILED UNDER SEAL [RE: D.I. 1168]**

**CONFIDENTIAL –: EXHIBIT B TO NOTICE OF FILING OF MASTER NOTICES OF ASSIGNMENT OF CONTRACTS AND ASSUMPTION OF UNEXPIRED LEASES IN CONNECTION WITH THE PROPOSED SALE OF CERTAIN ASSETS OF DEBTORS' CDMA AND LTE BUSINESS BY NORTEL NETWORKS (CALA) INC.**

**CONFIDENTIAL -- FILED UNDER SEAL IN ACCORDANCE WITH ORDER PURSUANT TO BANKRUPTCY SECTIONS 105, 363 AND 365 (A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING (D.I. 1012)**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.