IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Ayesha S. Chacko, of Campbell & Levine, LLC, hereby certify that on July 27, 2009, I caused a copy of the foregoing *Motion and Order for Admission Pro Hac Vice of Tiffany R. Redding* to be served upon the individuals listed on the attached service list, via the method indicated.

CAMPBELL & LEVINE, LLC

*/s/ Ayesha Chacko*
Ayesha S. Chacko (DE No. 4994)
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel: (302) 426-1900
Fax: (302) 426-9947
achacko@camlev.com

***Counsel to Anixter, Inc.***

{D0158113.1 }