## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
|  | : Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | : |
|  | : (Jointly Administered) |
| Debtors. | : Hearing Date: July 28, 2009 at 1:00 p.m. (ET) |
|  | : Objection Deadline: July 27, 2009 at 4:00 p.m. (ET) |
---------------------------------------------------------x   Related to Docket Nos. 931, 1151, 1152 and 1172

### NOTICE OF WITHDRAWAL OF OBJECTION OF FLEXTRONICS CORPORATION AND FLEXTRONICS TELECOM SYSTEMS LTD TO DEBTORS' MOTION FOR ORDERS (I) (A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) APPROVING THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' CDMA AND LTE BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND (C) THE ASSUMPTION AND SUBLEASE OF CERTAIN LEASES

Flextronics Corporation and Flextronics Telecom Systems Ltd, on behalf of themselves and certain of their affiliates (collectively, "Flextronics"), by and through their undersigned counsel, hereby file this notice of withdrawal (the "Notice of Withdrawal"), with respect to its Objection to Debtors' Motion For Orders (i) (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' CDMA and LTE Business Free And Clear Of All Liens, Claims And Encumbrances, (B) The

6271511v1

Assumption And Assignment Of Certain Contracts And (C) The Assumption And Sublease Of Certain Leases [Docket No. 1151] (the "Flextronics Objection"), and related Declaration of Simon Robins in Support of the Objection [Docket No. 1152] (the "Robins Declaration") and respectfully represents as follows:

### Notice of Withdrawal of Objection

Background

In the Flextronics Objection and the Robins Declaration, Flextronics set forth various objections and concerns relating to the proposed treatment of its executory contracts and the transfer of CDMA-related equipment in Flextronics' possession free and clear of Flextronics' interests, each in connection with the proposed sale of Nortel's CDMA and LTE assets (the "Asset Sale") to Nokia Siemens Networks B.V. ("Nokia Siemens").

Ericsson Winning Bid

Nortel has filed an Amended Notice of Filing of Successful Bid, dated July 27, 2009 [Docket No. 1172], which states that a bid from Telefonaktiebolaget LM Ericsson (Publ) ("Ericsson") has been selected as the Successful Bid with respect to the Asset Sale, with the second highest bid at the auction, from Nokia Siemens, being designated as the "Alternate Bid".

Resolution of Objection

Flextronics and Ericsson have had discussions with respect to the Flextronics Objection and the concerns set forth therein and in the Robins Declaration. Following such discussions, Flextronics and Ericsson have reached a consensual resolution of the Flextronics Objection, on the terms set forth below:

1. Ericsson shall pay US$8 million to Flextronics in partial satisfaction of alleged cure obligations due to Flextronics under Flextronics' agreements with Nortel relating to

the CDMA and LTE business, such payment to be made within three (3) business days following the closing of the Asset Sale to Ericsson;

2.   Flextronics shall apply the payment in item 1 above against specific invoices that Flextronics selects in reduction of its alleged cure claim against Nortel under the agreements, but expressly reserves the right to assert against Nortel all claims for any and all other amounts due and owing under such agreements related to the CDMA or LTE business, or otherwise;

3.   Flextronics consents to the use of the proposed "back to back" arrangement as contemplated in the proposed Asset Sale Agreement between Nortel and Ericsson. Ericsson and Flextronics agree to promptly and in the ordinary course of business negotiate in good faith a new agreement between Ericsson and Flextronics related to the CDMA and LTE business such that the "back to back" agreement will no longer be necessary; and

4.   Flextronics shall withdraw the Flextronics Objection, and support the proposed sale to Ericsson in both the US and Canadian courts.

[*Remainder of page intentionally left blank.*]

6271511v1

Accordingly, Flextronics hereby withdraws the Flextronics Objection with respect to the proposed sale to Ericsson, in accordance with the foregoing terms and conditions. Flextronics reserves all rights with respect to the proposed alternative sale to Nokia Siemens.

Dated: July 27, 2009

Steven J. Reisman, Esq.
Turner P. Smith, Esq.
James V. Drew, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559
sreisman@curtis.com
tsmith@curtis.com
jdrew@curtis.com

*Counsel to Flextronics Corporation and Flextronics Telecom Systems Ltd*

-and-

ASHBY & GEDDES, P.A.

*/s/ William Bowden*
William P. Bowden (I.D. #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067
wbowden@ashby-geddes.com

*Delaware Counsel to Flextronics Corporation and Flextronics Telecom Systems Ltd*

6271511v1