## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on the 27th day of July, 2009, I caused a true and correct copy of the forgoing document to be served upon the attached service by U.S. mail, postage prepaid, unless otherwise indicated.

/s/ Amanda M. Winfree
Amanda M. Winfree (#4615)

**U.S. MAIL & FACSIMILE**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Facsimile (212) 225-3999

**HAND DELIVERY & FACSIMILE**
Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
Facsimile (302) 658-3989

**HAND DELIVERY**
U.S. Trustee
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**HAND DELIVERY**
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801