# EXHIBIT C

## DISBURSEMENT SUMMARY
## JUNE 1, 2009 THROUGH JUNE 30, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $655.66 |
| Conference Call /Telephone Charges | $13,921.79 |
| Courier Service/Postage | $266.09 |
| Duplicating (@ $0.10 per page) | $5.00 |
| Meals/Committee Meeting Expenses | $4,220.69 |
| Travel Expenses – Airfare | $4,442.05 |
| Travel Expenses – Ground Transportation | $654.58 |
| Travel Expenses – Lodging | $484.99 |
| Travel Expenses – Train Fare | $350.00 |
| **TOTAL** | **$25,000.85** |

8185552 v1