# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
### Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number 1266565<br>Invoice Date 07/23/09<br>Client Number 687147<br>Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/04/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 10A670 DEPARTURE DATE: 03/05/2009 ROUTE: NYP WIL NYP | $-22.00 |
| 04/03/09 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 310783 DATE: 4/3/2009 SENDER'S NAME:  ; JOB NUMBER: 1919739; PICKUP: ONE BRYANT PARK; DESTINATION: 347 5TH STREET; DATE: 04/03/2009 | $47.99 |
| 04/03/09 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 310783 DATE: 4/3/2009 SENDER'S NAME:  ; JOB NUMBER: 1920547; PICKUP: ONE BRYANT PARK; DESTINATION: 222 PARK PL; DATE: 04/03/2009 | $47.99 |
| 04/03/09 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 310783 DATE: 4/3/2009 SENDER'S NAME:  ; JOB NUMBER: 1920548; PICKUP: ONE BRYANT PARK; DESTINATION: 134 SLEEPY HOLLOW ROA; DATE: 04/03/2009 | $170.11 |
| 04/16/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642559 | $30.25 |

| Date | Description | Amount |
|---|---|---|
| 04/21/09 | DATE: 5/1/2009<br>Vendor: Executive Royal Voucher #: 122817 Date: 04/16/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 122817 Date: 04/16/2009 Name: Peter Sprofera<br>Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-041409; DATE: 4/21/2009 | $210.95 |
| 04/21/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642559 DATE: 5/1/2009<br>Vendor: Executive Royal Voucher #: 120908 Date: 04/21/2009 Name: Christopher Egleson\|\|Car Service, Vendor: Executive Royal Voucher #: 120908 Date: 04/21/2009 Name: Christopher Egleson | $32.29 |
| 04/21/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642559 DATE: 5/1/2009<br>Vendor: Executive Royal Voucher #: RV01739189 Date: 04/21/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RV01739189 Date: 04/21/2009 Name: Ryan Jacobs | $48.87 |
| 04/21/09 | Travel - Ground Transportation Medallion cab | $9.84 |
| 04/22/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 642559 DATE: 5/1/2009<br>Vendor: Executive Royal Voucher #: 254396 Date: 04/22/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 254396 Date: 04/22/2009 Name: Stephen Kuhn | $127.15 |
| 04/22/09 | Meals - Business Breakfast in Wilmington for Nortel hearing.; J. Sturm; Brew Ha Ha | $3.70 |
| 05/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009<br>Hodara Fred - Kellari Taverna - 05/04/2009 | $37.90 |
| 05/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009<br>Kahn Brad - Midtown Restaurant - 05/04/2009 | $29.69 |
| 05/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL | $29.69 |

| Date | Description | Amount |
|---|---|---|
| | SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009 Jacobs Ryan - Midtown Restaurant - 05/04/2009 | |
| 05/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009 Young Elizabeth - Pietrasanta - 05/04/2009 | $23.17 |
| 05/04/09 | Travel - Ground Transportation Travel home.; NYC Taxi | $10.00 |
| 05/05/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009 Kahn Brad - Tai & Thai - 05/05/2009 | $21.89 |
| 05/05/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009 Young Elizabeth - John's Shanghai Chinese Restaurant - 05/05/2009 | $23.05 |
| 05/05/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009 Jacobs Ryan - Connollys Irish Pub & Restaurant - 05/05/2009 | $43.84 |
| 05/05/09 | Travel - Ground Transportation Travel home.; NYC Taxi | $9.20 |
| 05/05/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: BOTTER DAVID TICKET #: 8146078324 DEPARTURE DATE: 05/05/2009 ROUTE: NYP WIL NYP | $45.00 |
| 05/06/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009 Jacobs Ryan - Fresh Basil's - 05/06/2009 | $27.22 |
| 05/06/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009 Chou James - Hakata Grill - 05/06/2009 | $33.34 |
| 05/06/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 511613 DATE: 5/10/2009 Young Elizabeth - Pita Grill of Hell's Kitchen - 05/06/2009 | $24.73 |
| 05/06/09 | Travel - Ground Transportation Travel home.; NYC Taxi | $10.00 |
| 05/06/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAY09- | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 05/06/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 8144707275 DEPARTURE DATE: 05/06/2009 ROUTE: NYP WIL NYP | $335.00 |
| | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 7344535704 DEPARTURE DATE: 05/07/2009 ROUTE: NYP WIL NYP | |
| 05/06/09 | Travel - Ground Transportation Taxi | $7.00 |
| 05/08/09 | Meals (100%) 5/4/09 A Gomez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800027; DATE: 5/8/2009 | $73.15 |
| 05/08/09 | Meals (100%) 5/4/09 R Jacobs - Team meeting working meal (lunch) 8 people - VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800027; DATE: 5/8/2009 | $344.63 |
| 05/08/09 | Meals (100%) 5/4/09 R Jacobs - Committee call (8 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800027; DATE: 5/8/2009 | $61.77 |
| 05/08/09 | Meals (100%) 5/5/09 E Young - Team meeting (4 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800027; DATE: 5/8/2009 | $54.19 |
| 05/08/09 | Meals (100%) 5/5/09 S Thibodeaux - Team meeting (8 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800027; DATE: 5/8/2009 | $73.15 |
| 05/08/09 | Meals (100%) 5/5/09 B Kahn - Team meeting working meal (lunch) 8 people - VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800027; DATE: 5/8/2009 | $197.24 |
| 05/08/09 | Meals (100%) 5/6/09 S Thibodeaux - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800027; DATE: 5/8/2009 | $181.42 |
| 05/08/09 | Meals (100%) 5/7/09 P Sanchez - Committee call working meal (8 people) - VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800027; DATE: 5/8/2009 | $129.72 |
| 05/11/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 515162 DATE: 5/17/2009 Kahn Brad - Fresh Basil's - 05/11/2009 | $27.29 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1266565

Page 5
July 23, 2009

| Date | Description | Amount |
|---|---|---|
| 05/12/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 515162 DATE: 5/17/2009 Jacobs Ryan - Connollys Irish Pub & Restaurant - 05/12/2009 | $31.96 |
| 05/13/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 515162 DATE: 5/17/2009 Jacobs Ryan - Connollys Irish Pub & Restaurant - 05/13/2009 | $20.94 |
| 05/13/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 515162 DATE: 5/17/2009 Kahn Brad - Aceluck - 05/13/2009 | $15.87 |
| 05/13/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1082893 DATE: 5/27/2009 Vendor: Dial Car Voucher #: DLA2835833 Date: 05/13/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2835833 Date: 05/13/2009 Name: David Botter | $117.97 |
| 05/14/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 515162 DATE: 5/17/2009 Jacobs Ryan - Connollys Irish Pub & Restaurant - 05/14/2009 | $30.34 |
| 05/14/09 | Meals (100%) 5/8/09 C Franklin VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 | $13.01 |
| 05/14/09 | Meals (100%) 5/11/09 S Thibodeaux - Committee call working meal (12 people) - VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 | $335.96 |
| 05/14/09 | Meals (100%) 5/11/09 S Thibodeaux - Team meeting (6 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 | $105.83 |
| 05/14/09 | Meals (100%) 5/11/09 P Sanchez - Team meeting (6 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 | $63.07 |
| 05/14/09 | Meals (100%) 5/11/09 S Thibodeaux - Team meeting (8 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 | $90.71 |
| 05/14/09 | Meals (100%) 5/12/09 P Sanchez - Team meeting working meal (8 people) - | $63.07 |

| Date | Description | Amount |
|---|---|---|
| 05/14/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 Meals (100%) 5/13/09 S Thibodeaux - Professionals meeting working meal (10 people) - | $181.42 |
| 05/14/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 Meals (100%) 5/14/09 P Sanchez - Team meeting (8 people). | $61.77 |
| 05/14/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 Meals (100%) 5/14/09 P Sanchez - Committee call working meal (12 people) - | $368.48 |
| 05/18/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800028; DATE: 5/14/2009 Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 516354 DATE: 5/24/2009 Kahn Brad - Hatsuhana - 05/18/2009 | $34.04 |
| 05/18/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 516354 DATE: 5/24/2009 Jacobs Ryan - Better Burger West - 05/18/2009 | $16.15 |
| 05/18/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1082893 DATE: 5/27/2009 Vendor: Dial Car Voucher #: DLA2954260 Date: 05/18/2009 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA2954260 Date: 05/18/2009 Name: David Botter | $104.71 |
| 05/19/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 516354 DATE: 5/24/2009 D'Urso David - Blue Chili Restaurant - 05/19/2009 | $35.29 |
| 05/19/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 516354 DATE: 5/24/2009 Jacobs Ryan - Luckys Famous Burgers - 05/19/2009 | $18.74 |
| 05/19/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 516354 DATE: 5/24/2009 Kahn Brad - Luckys Famous Burgers - 05/19/2009 | $18.75 |
| 05/20/09 | Meals (100%) VENDOR: | $40.03 |

| Date | Description | Amount |
|---|---|---|
| 05/20/09 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 516354 DATE: 5/24/2009 D'Urso David - Blue Chili Restaurant - 05/20/2009 Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 516354 DATE: 5/24/2009 Jacobs Ryan - Junior's Broadway) - 05/20/2009 | $22.71 |
| 05/22/09 | Meals (100%) 5/20/09 S Thibodeaux - Professionals meeting working meal (10 people) - VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800029; DATE: 5/22/2009 | $181.42 |
| 05/22/09 | Meals (100%) 5/21/09 S Thibodeaux - Committee call working meal (12 people) - VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800029; DATE: 5/22/2009 | $363.06 |
| 05/22/09 | Meals (100%) 5/21/09 P Sanchez - Committee call working meal (12 people) - VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800029; DATE: 5/22/2009 | $432.96 |
| 05/26/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 521740 DATE: 5/31/2009 Jacobs Ryan - Brooklyn Diner - 05/26/2009 | $25.89 |
| 05/27/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 521740 DATE: 5/31/2009 Kahn Brad - Haru On Broadway Min 12% Tip) - 05/27/2009 | $45.58 |
| 05/27/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: HODARA FRED TICKET #: 8146738725 DEPARTURE DATE: 05/27/2009 ROUTE: LGA YYZ EWR | $37.00 |
| 05/27/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: HODARA FRED TICKET #: 7429833898 DEPARTURE DATE: 05/28/2009 ROUTE: LGA YYZ EWR | $1,164.43 |
| 05/27/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 05/27/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 8146738644 DEPARTURE DATE: 05/27/2009 ROUTE: LGA YYZ LGA | $1,924.46 |
| 05/28/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7429833812 DEPARTURE DATE: 05/28/2009 ROUTE: LGA YYZ LGA | $258.77 |
| 05/28/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel Meetings; Le Meridien King Edward | $45.00 |
| 05/28/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: BOTTER DAVID TICKET #: 8146721450 DEPARTURE DATE: 05/27/2009 ROUTE: LGA/YYZ/LGA | $1,189.16 |
| 05/28/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY09-53062500000206 DATE: 5/29/2009 PASSENGER: BOTTER DAVID TICKET #: 7427119584 DEPARTURE DATE: 05/27/2009 ROUTE: LGA/YYZ/LGA | |
| 05/28/09 | Travel - Ground Transportation  Taxi from Toronto Airport to meeting.; Nortel - Kingsboro Taxi | $30.00 |
| 05/28/09 | Meals - Business  D.Botter; Nortel - Coffee Beanery | $3.14 |
| 05/28/09 | Meals - Business  F. Hodara; Au Bon Pain | $2.37 |
| 05/28/09 | Meals - Business  F. Hodara; Coffee Beanery | $11.70 |
| 05/29/09 | Telephone - Cell/ Pagers  Verizon wireless; Nortel | $39.33 |
| 05/29/09 | Meals (100%)  5/26/09  A Gomez - Professionals meeting working meal (8 people) - VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800030; DATE: 5/29/2009 | $95.59 |
| 05/29/09 | Travel - Ground Transportation  Taxi | $51.00 |
| 05/29/09 | Meals - Business  F. Hodara; Starbucks | $15.04 |
| 05/29/09 | Travel - Lodging (Hotel, Apt, Other) Travel for Nortel meeting; LeMeridien King Edward | $226.22 |
| 05/29/09 | Travel - Ground Transportation  American Express (for Taxi) | $30.60 |
| 06/02/09 | Meals (100%)  Working lunch; J. Metzger; Working Lunch; Working Lunch | $5.05 |
| 06/03/09 | Travel - Ground Transportation  Medallion | $12.10 |
| 06/05/09 | Audio and Web Conference Services | $13,671.51 |

<!-- Note: The $258.77 and $45.00 and $1,189.16 values correspond to the Lodging, first Botter Airfare, and second Botter Airfare rows respectively. -->

| Date | Description | Amount |
|---|---|---|
| | VENDOR: DERAVENTURES, INC; INVOICE#: 06001-54901-09; DATE: 6/5/2009 | |
| 06/11/09 | Meals - Business Lunch in Delaware at hearing with David Botter; R. Jacobs; The Rodney Gille Food Court & Caterers | $19.86 |
| 06/18/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 20 page(s) | $2.00 |
| 06/18/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 10 page(s) | $1.00 |
| 06/18/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 20 page(s) | $2.00 |
| 06/18/09 | Meals - Business meal reimbursement; dvira; Abitino's | $10.11 |
| 06/19/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 6/19/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $116.06 |
| 06/22/09 | Travel - Ground Transportation Taxi from Cleary to OBP.; NYC Taxi | $12.60 |
| 06/23/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 6/23/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $75.78 |
| 06/23/09 | Travel - Ground Transportation Travel home from office re review of various documents.; Taxi Receipt | $11.00 |
| 06/24/09 | Computerized Legal Research - Westlaw User: FARMER,MATT Date: 6/24/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.18 |
| 06/25/09 | Computerized Legal Research - Westlaw User: FARMER,MATT Date: 6/25/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $174.62 |
| 06/25/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 6/25/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $65.26 |
| 06/26/09 | Computerized Legal Research - Westlaw User: FARMER,MATT Date: 6/26/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $139.76 |

Current Expenses $25,000.85