| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 25-Jun-09 | MJW | 0024 | Receive and attend to review of revised license agreement received from Nortel's Canadian counsel in connection with proposed asset transaction. | .40 |
| 25-Jun-09 | ALM | 0024 | Discussion with J. Hetu regarding Factum with respect to approval of sale and bidding. | .30 |
| 25-Jun-09 | ALM | 0031 | Discussion with M. Wunder regarding bid procedures. | .20 |
| 25-Jun-09 | ALM | 0019 | E-mail to and e-mail from K. Dunsmuir regarding pension issues. | .00 |
| 25-Jun-09 | ALM | 0029 | E-mail to and e-mail from M. Wunder regarding funding issues. | .20 |
| 25-Jun-09 | ALM | 0031 | Preparation of Affidavit of L. Mattes for Objection. | .50 |
| 25-Jun-09 | ALM | 0008 | Review of Factum of Nortel regarding bidding procedures. | .50 |
| 25-Jun-09 | ALM | 0032 | Review of Objection filed by U.S. Creditors Committee. | .50 |
| 25-Jun-09 | ALM | 0031 | Telephone attendance with K. Davis regarding Objection of Committee. | .30 |
| 25-Jun-09 | ALM | 0007 | Telephone conference call with Committee. | 1.50 |
| 25-Jun-09 | ALM | 0014 | Discussion with M. Wunder regarding cross border protocol. | .10 |
| 25-Jun-09 | ALM | 0008 | Review of Motion materials regarding Nokia Siemens. | .40 |
| 25-Jun-09 | ALM | 0014 | Telephone attendance with M. Wunder and R. Jacobs regarding cross-border protocol. | .20 |
| 25-Jun-09 | JHH | 0024 | Researching issues relating to the approval of bidding procedures in CCAA proceedings. | 4.30 |
| 26-Jun-09 | RM | 0020 | Reviewing several new documents posted to electronic data room re: Ottawa Carling facility including various environmental reports and correspondence and revise indices of documents. | 1.50 |
| 26-Jun-09 | RM | 0002 | Receive notifications of new postings to several electronic data rooms and review new document folders for items of relevance. | .30 |
| 26-Jun-09 | RSK | 0031 | Review of Monitor's 15th Report in support of interim funding agreement and for general update. | .80 |
| 26-Jun-09 | RSK | 0014 | Review of e-mails from F. Hodara, Cleary and M. Wunder regarding proposed resolution of issues on cross-border protocol and discussed same with M. Wunder. | .60 |
| 26-Jun-09 | RSK | 0031 | Review of qualifier language from U.S. Trustee regarding interim funding agreement not affecting allocation issues and discussed same with M. Wunder. | .30 |
| 26-Jun-09 | RSK | 0031 | Review of draft U.S. objection to bid procedures and related Canadian pleadings and discussed same with A. MacFarlane. | .80 |
| 26-Jun-09 | RSK | 0031 | Review of notice of motion for leave to appeal by "Former Employees" of Nortel regarding termination and severance | .20 |

| <u>Date</u> | <u>ID</u> | <u>Task</u> | <u>Description of Work</u> | <u>Hours</u> |
|---|---|---|---|---|
| | | | payments. | |
| 26-Jun-09 | RSK | 0014 | Review of side letter for cross-border protocol. Revised protocol and stipulation and related e-mails. | .80 |
| 26-Jun-09 | RSK | 0014 | Exchange of e-mails with M. Wunder and A. MacFarlane regarding final negotiations on protocol terms. | .40 |
| 26-Jun-09 | TO | 0031 | Receipt and review of Fourteenth and Fifteenth Monitor's report with respect to June 29, 2009 Canadian motions including preparing updates to briefs. | .40 |
| 26-Jun-09 | TO | 0008 | Receipt and review of Motion Record filed by the Debtor with respect to Nokia Siemens B.V. and Nortel sale Nortel's assets related to its CDMA and LTE businesses (returnable June 29, 2009) including preparing brief. | .70 |
| 26-Jun-09 | TO | 0008 | Receipt and review of Motion Record with respect to motion on interim funding and settlement, approving certain amendments to the Initial Order as a result of the Interim Funding Agreement and amendments to the EDC Short Term Support Agreement, approving the fifth, sixth and seventh extensions of the Canadian GSPA, approving certain amendments to the Cross-Border Protocol (returnable June 29, 2009) | .80 |
| 26-Jun-09 | TO | 0031 | Review of Doolittle Affidavit filed in support of interim funding motion for GSPA extension documents and preparing records of same. | .40 |
| 26-Jun-09 | TO | 0002 | Discussion regarding Canadian proceeding matters with J. Sabine. | .30 |
| 26-Jun-09 | TO | 0007 | Receipt and review of Committee call documents from June 25, 2009 including preparing brief of documents. | .40 |
| 26-Jun-09 | TO | 0031 | Receipt of service list regarding Canadian proceedings. Prepared revisions for same and e-mail to A. MacFarlane and L. Mattes. | .90 |
| 26-Jun-09 | TO | 0003 | Began review of draft account for June 2009 fees. | 3.40 |
| 26-Jun-09 | MJW | 0008 | Continue review of Canadian court material filings with respect to motion for approval of interim funding agreement, amendments to EDC facility and restated initial CCAA order. | .80 |
| 26-Jun-09 | MJW | 0024 | Conference with A. MacFarlane with respect to U.S. objections to Nokia-Siemens bid procedures and calls with K. Davis and A. MacFarlane to discuss same. | 1.60 |
| 26-Jun-09 | MJW | 0031 | Work with A. MacFarlane in connection with preparation of draft affidavit and factum for filing in Canadian proceeding for Committee's objections to Nokia-Siemens bid procedures. | 1.30 |
| 26-Jun-09 | MJW | 0014 | Receive and review revised cross-border protocol from Nortel's U.S. counsel. | .70 |
| 26-Jun-09 | MJW | 0014 | Attend on call with Akin Gump to discuss negotiations | .30 |

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | relating to cross-border protocol. | |
| 26-Jun-09 | MJW | 0014 | Prepare revised draft form of language for Akin Gump to circulate in connection with negotiations relating to cross-border protocol. | .70 |
| 26-Jun-09 | MJW | 0014 | Negotiations throughout the afternoon in connection with cross-border protocol amendments including memo to Akin Gump with FMC commentary. | 1.60 |
| 26-Jun-09 | MJW | 0019 | Receive and review notice of appeal in Canadian proceeding with respect to Canadian order regarding employee payments. | .30 |
| 26-Jun-09 | MJW | 0008 | Receive and review notice of objections filed in Canadian proceeding by bondholder in connection with Nokia-Siemens transaction. | .80 |
| 26-Jun-09 | MJW | 0014 | Work throughout the evening by way of calls and e-mails regarding negotiation and settlement of amendments to cross-border protocol. | 2.60 |
| 26-Jun-09 | CJS | 0018 | Telephone call with K. Rowe and A. Anderson regarding Canadian tax issues relating to cross border payments. | .30 |
| 26-Jun-09 | CJS | 0018 | Instructing T. Fitzsimmons regarding Canadian withholding tax issues. | .30 |
| 26-Jun-09 | CJS | 0018 | Follow-up telephone call with A. Anderson regarding tax issues. | .30 |
| 26-Jun-09 | CJS | 0018 | Reviewing relevant provisions of the ITA and US Tax Treaty. | 1.50 |
| 26-Jun-09 | DFL | 0023 | Review revised Intellectual Property License Agreement. | 1.20 |
| 26-Jun-09 | ALM | 0024 | Discussion with J. Hetu regarding case law memo for approval bidding procedures. | .30 |
| 26-Jun-09 | ALM | 0014 | Discussion with M. Wunder regarding cross-border protocol and revisions thereto. | .20 |
| 26-Jun-09 | ALM | 0014 | E-mail from F. Hodara regarding cross-border protocol. | .10 |
| 26-Jun-09 | ALM | 0031 | Review of revised Affidavit of L. Mattes. | .40 |
| 26-Jun-09 | ALM | 0014 | Review of revised cross-border protocol. | .40 |
| 26-Jun-09 | ALM | 0014 | Discussion with M. Wunder regarding cross-border protocol. | .20 |
| 26-Jun-09 | ALM | 0024 | E-mail to M. Wunder regarding objections with respect to bidding procedure. | .30 |
| 26-Jun-09 | ALM | 0014 | Review of revisions to cross-border protocol. | .30 |
| 26-Jun-09 | ALM | 0014 | Review of Monitor's Report with respect to bidding procedures. | .30 |
| 26-Jun-09 | ALM | 0024 | Review of Nokia Siemens asset purchase agreement regarding bidding procedures. | .40 |
| 26-Jun-09 | ALM | 0014 | Telephone attendance with F. Hodara and M. Wunder | .10 |

| <u>Date</u> | <u>ID</u> | <u>Task</u> | <u>Description of Work</u> | <u>Hours</u> |
|---|---|---|---|---|
| | | | regarding cross-border protocol. | |
| 26-Jun-09 | ALM | 0031 | Telephone attendance with K. Davis regarding Objection. | .20 |
| 26-Jun-09 | ALM | 0014 | Discussion with M. Wunder regarding cross-border protocol. | .30 |
| 26-Jun-09 | ALM | 0031 | Discussion with M. Wunder regarding Affidavit and Factum for Objection. | .20 |
| 26-Jun-09 | ALM | 0019 | Discussion with J. Hetu regarding Factum and case law. | .40 |
| 26-Jun-09 | ALM | 0031 | E-mails to Morawetz, J. regarding Factum and Objection. | .20 |
| 26-Jun-09 | ALM | 0031 | Review of draft Factum for Canadian proceeding. | .80 |
| 26-Jun-09 | ALM | 0031 | Review and revise Affidavit of L. Mattes. | .20 |
| 26-Jun-09 | ALM | 0014 | Preparation of draft e-mail regarding cross-border protocol. | .30 |
| 26-Jun-09 | ALM | 0031 | Review of memo from J. Hetu with respect to pension liability issues. | .50 |
| 26-Jun-09 | ALM | 0031 | Review and revise draft Factum for Canadian proceeding. | .80 |
| 26-Jun-09 | TSF | 0018 | Meeting with C. Steeves regarding payments to non-residents including review of source materials on withholding tax and payments to non-residents. | 1.20 |
| 26-Jun-09 | JHH | 0031 | Drafting memorandum regarding the approval of "bid" procedures in CCAA proceedings. | 1.80 |
| 26-Jun-09 | JHH | 0031 | Drafting factum regarding motion returnable June 29, 2009. | 3.90 |
| 26-Jun-09 | JHH | 0031 | Filing materials with the Commercial List. | 1.30 |
| 26-Jun-09 | JHH | 0031 | Compiling supplementary materials to brief of authorities and factum. | 1.90 |
| 27-Jun-09 | MNK | 0024 | E-mails to M. Wunder, S. Kukulowicz and A. MacFarlane regarding transaction documents. | .20 |
| 27-Jun-09 | MNK | 0024 | Review of draft transaction documents. | .20 |
| 27-Jun-09 | RSK | 0031 | Review of limited objection regarding Nokia Siemens transaction and bid procedures. | .30 |
| 27-Jun-09 | RSK | 0032 | Review of U.S. Stipulation regarding cross-border protocol. | .20 |
| 27-Jun-09 | RSK | 0031 | Review of Monitor's supplemental report regarding approval of cross-border protocol. | .40 |
| 27-Jun-09 | MJW | 0014 | E-mails with Nortel's U.S. counsel and Akin Gump in connection with negotiations relating to side letter for cross-border protocol and timing for review of same. | .30 |
| 27-Jun-09 | MJW | 0031 | Receive update from Akin Gump in connection with Monday's joint court hearing and Akin Gump/FMC internal conference to discuss submissions at joint hearing. | .30 |
| 27-Jun-09 | MJW | 0024 | Receive and review material relating to bid procedure terms for proposed asset transaction including e-mails to FMC group for review and comments. | .60 |

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|--------------------|-------|
| 27-Jun-09 | MJW | 0014 | E-mail to Nortel's Canadian counsel with respect to filings in Canadian court regarding amendments to cross-border protocol. | .10 |
| 28-Jun-09 | RSK | 0024 | Review of amended bid procedures and draft U.S. sale order from Cleary regarding proposed asset sale transaction. | .70 |
| 28-Jun-09 | RSK | 0024 | Review of e-mails from M. Kaplan and A. MacFarlane regarding proposed documents for asset sale transaction and provided comments. | .40 |
| 28-Jun-09 | MJW | 0008 | E-mail exchanges with Akin Gump in connection with joint court hearing and joint submissions. | .60 |
| 28-Jun-09 | ALM | 0008 | Review of draft Sale Order. | .50 |
| 28-Jun-09 | ALM | 0024 | Review of bidding procedures. | 1.50 |
| 28-Jun-09 | ALM | 0008 | Review of Objection from Matlin Patterson. | .20 |
| 28-Jun-09 | ALM | 0008 | Review of Objection from Akin Gump. | .60 |
| 28-Jun-09 | ALM | 0014 | E-mail from Akin Gump and Cleary regarding cross-border protocol. | .30 |
| 28-Jun-09 | ALM | 0014 | Review of revised Third Amended and Restated Order. | .50 |
| 28-Jun-09 | ALM | 0029 | Review of Doolittle Affidavit regarding Interim Funding Agreement. | .50 |
| 28-Jun-09 | ALM | 0014 | Review of rider to cross-border protocol. | .70 |
| 28-Jun-09 | ALM | 0031 | Review of summary of Canadian proceedings. | .30 |
| 28-Jun-09 | ALM | 0014 | Review of Monitor's Report regarding cross-border protocol. | .30 |
| 28-Jun-09 | ALM | 0024 | Review of Monitor's Report regarding bidding procedures. | .50 |
| 29-Jun-09 | MNK | 0024 | Review of draft transaction documents. | 2.50 |
| 29-Jun-09 | MNK | 0024 | Discussions with M. Wunder and S. Kukulowicz regarding draft transaction documents. | .50 |
| 29-Jun-09 | MNK | 0024 | E-mails regarding draft transaction documents. | .80 |
| 29-Jun-09 | MNK | 0024 | Conference call regarding draft transaction documents. | .80 |
| 29-Jun-09 | NAL | 0002 | Review proposed transaction documents regarding employment issues. | .90 |
| 29-Jun-09 | RM | 0020 | E-mail from M. Kaplan and review of agreement and certain draft documents as schedules thereto relating to potential asset transaction with respect to Canadian real property matters and e-mail to and from M. Kaplan. | 1.30 |
| 29-Jun-09 | MMP | 0019 | Reviewed the new bid material from M. Kaplan and provided employee benefit plan comments. | 2.00 |
| 29-Jun-09 | MMP | 0019 | Worked on issue of potential U.K. pension claim liability of NNL. | 1.10 |
| 29-Jun-09 | SEP | 0024 | E-mail from M. Kaplan on revised draft Agreement relating | .20 |

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|--------------------|-------|
| | | | to proposed transaction. | |
| 29-Jun-09 | SEP | 0024 | Review revised draft Agreement including e-mail report to M. Kaplan. | .40 |
| 29-Jun-09 | RSK | 0024 | Office conference with M. Kaplan regarding revised transaction documents and timing. | .20 |
| 29-Jun-09 | RSK | 0024 | Review of revised asset transaction documents (including draft approval and vesting orders. | .90 |
| 29-Jun-09 | RSK | 0031 | Review of e-mails regarding joint hearing and hearing to approve Nokia Siemens transaction. | .40 |
| 29-Jun-09 | RSK | 0032 | Review of summary of U.S. approval hearing. | .20 |
| 29-Jun-09 | RSK | 0014 | Review of e-mails and executed side letter regarding cross-border protocol. | .30 |
| 29-Jun-09 | RSK | 0024 | Office conference with M. Kaplan regarding proposed asset transaction documents and exchange of e-mails regarding comments. | .50 |
| 29-Jun-09 | RSK | 0008 | Review of Notice of Motion by Nortel continuing employees regarding representative counsel order. | .20 |
| 29-Jun-09 | RSK | 0031 | Office conference with A. MacFarlane regarding results of joint hearing. | .20 |
| 29-Jun-09 | MJW | 0008 | Prepare for court including conference with A. MacFarlane and e-mails to FMC and Akin Gump lawyers. | .50 |
| 29-Jun-09 | MJW | 0014 | Receive and review draft side letter for cross-border protocol and notice requirements and e-mail exchanges with Akin Gump regarding same. | .30 |
| 29-Jun-09 | MJW | 0008 | Attend to Canadian/U.S. joint court hearing. | 3.60 |
| 29-Jun-09 | MJW | 0008 | E-mails with Akin Gump after court hearing in connection with bid procedure objections and ultimate orders issued in Canada and U.S. | .30 |
| 29-Jun-09 | MJW | 0008 | Receive briefing from A. MacFarlane with respect to results of bid procedures motion. | .40 |
| 29-Jun-09 | MJW | 0029 | E-mail exchanges with Akin Gump and Capstone including discussions in connection with meeting regarding APAC countries. | .30 |
| 29-Jun-09 | MJW | 0024 | Receive update from M. Kaplan with respect to all parties call regarding proposed transaction. | .20 |
| 29-Jun-09 | MJW | 0008 | Receive notice of hearing from Shibley Righton on behalf of Canadian continuing employees and conference with A. MacFarlane to discuss court attendance. | .20 |
| 29-Jun-09 | MJW | 0024 | Conferences with Committee advisors regarding meetings for meeting to discuss side letter and other outstanding issues for proposed sale transaction. | .20 |
| 29-Jun-09 | MJW | 0024 | E-mails with FMC and Akin Gump lawyers in connection | .80 |

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|--------------------|-------|
| | | | with proposed sale transaction. | |
| 29-Jun-09 | MJW | 0024 | Receive and review new bid procedures with respect to proposed sale transaction. | .80 |
| 29-Jun-09 | MJW | 0024 | Discuss issues with M. Kaplan regarding proposed lien for purchaser and proposed sale transaction. | .20 |
| 29-Jun-09 | MJW | 0024 | E-mail to Akin Gump with respect to Canadian lien issues. | .30 |
| 29-Jun-09 | MJW | 0024 | Receive and review draft proposed side letter in connection with proposed sale transaction. | .60 |
| 29-Jun-09 | DFL | 0023 | Review a revised transaction agreement in relation to Canadian intellectual property issues. | 2.30 |
| 29-Jun-09 | DFL | 0023 | Review a further revised transaction agreement with respect to Canadian intellectual property issues. | 1.10 |
| 29-Jun-09 | DFL | 0023 | Attend conference call with respect to transaction documents and Canadian intellectual property issues. | .70 |
| 29-Jun-09 | WDR | 0023 | Reviewing revised transaction agreement document with respect to Canadian Intellectual Property issues. | 2.50 |
| 29-Jun-09 | ALM | 0008 | Preparation for Court including review of Factum, case law and Objection of Committee and preparation of draft submission. | 1.10 |
| 29-Jun-09 | ALM | 0008 | Attendance at Court regarding appearing to approve Interim Funding Agreement, cross-border protocol and bidding procedures. | 7.50 |
| 29-Jun-09 | ALM | 0024 | Discussion with M. Wunder and R. Jacobs regarding bidding procedures. | .30 |
| 29-Jun-09 | ALM | 0014 | Discussion with R. Jacobs and M. Wunder regarding cross-border protocol. | .30 |
| 29-Jun-09 | ALM | 0008 | E-mails to and e-mails from F. Hodara and J. Sturm regarding submission and points of issue during hearing. | .50 |
| 29-Jun-09 | ALM | 0024 | Telephone conference call regarding asset sale agreement. | .70 |
| 30-Jun-09 | MNK | 0024 | Conference call regarding transaction documents. | .80 |
| 30-Jun-09 | MNK | 0024 | E-mails regarding draft documents. | .30 |
| 30-Jun-09 | RM | 0020 | Review of data rooms for new documents and review listing of real estate. | .30 |
| 30-Jun-09 | MMP | 0019 | Received from M. Kaplan and began to review draft sale agreement documentation. | 1.40 |
| 30-Jun-09 | TO | 0003 | Receipt and review of account information. | .20 |
| 30-Jun-09 | TO | 0002 | Telephone call and e-mail from and to D. Luck regarding Nortel matters. | .20 |
| 30-Jun-09 | TO | 0031 | E-mails from and to L. Mattes regarding Canadian counsel service list including reviewing Ernst & Young website and further revisions to same. | .30 |

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 30-Jun-09 | TO | 0023 | Telephone discussion with D. Luck regarding document review process with respect to Canadian Intellectual Property issues. | .40 |
| 30-Jun-09 | MJW | 0031 | Attend on lengthy conference call with Akin Gump and FMC with respect to various matters relating to both sale transactions, inter-company tax issues and other matters relating to Canadian and U.S. proceedings. | 2.50 |
| 30-Jun-09 | MJW | 0024 | Meet with M. Kaplan to discuss proposed sale transactions. | .30 |
| 30-Jun-09 | MJW | 0019 | Conference with A. MacFarlane to discuss updates regarding various employee issues including notices of appeal and court attendance. | .50 |
| 30-Jun-09 | MJW | 0019 | Receive and review court orders regarding employee motions. | .40 |
| 30-Jun-09 | MJW | 0031 | Receive and review court order regarding CDMA bid procedures. | .20 |
| 30-Jun-09 | MJW | 0014 | Receive and review amended and restated initial CCAA order. | .20 |
| 30-Jun-09 | MJW | 0024 | E-mail exchange with FMC lawyers and Akin Gump lawyers with respect to CDMA bid procedures and orders issued in U.S. and Canadian proceedings including conference with A. MacFarlane and review amendments to bid procedures to be filed in Canadian court. | .70 |
| 30-Jun-09 | MJW | 0031 | Review material received from Monitor in connection with directors and officers insurance and liabilities and insurance policies. Review insurance policies. | 1.20 |
| 30-Jun-09 | CJS | 0018 | E-mails with A. Anderson regarding Canadian tax issues. | .20 |
| 30-Jun-09 | CJS | 0018 | Preparing for and participating in conference call with B. Seagal (Ogilvy), A. Anderson and C. Goodman (Cleary) regarding Canadian tax matters. | .80 |
| 30-Jun-09 | ALM | 0008 | Attendance at Chambers appointment with Morawetz, J. regarding entry of plea, rep counsel orders and bidding procedural order. | 1.50 |
| 30-Jun-09 | ALM | 0031 | E-mail to and from M. Wunder and R. Jacobs regarding cross-border protocol. | .10 |
| 30-Jun-09 | ALM | 0024 | E-mail to and e-mail from M. Wunder and J. Sturm regarding bidding procedures. | .10 |
| 30-Jun-09 | ALM | 0024 | E-mails to and from J. Sturm regarding bidding procedures. | .30 |
| 30-Jun-09 | ALM | 0031 | E-mails to and from D. Tay and J. Sturm regarding claims bar date. | .20 |
| 30-Jun-09 | ALM | 0008 | Review of Motion by Nortel Continuing Employees. | .10 |
| 30-Jun-09 | ALM | 0024 | Review of bidding procedures material. | .20 |

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 30-Jun-09 | ALM | 0007 | Telephone conference call regarding tax issues, potential transactions and claims issues. | 2.50 |

Total **841.1**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 61.1 | $775.00 | $47,352.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 55.7 | $775.00 | $43,167.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 26.2 | $750.00 | $19,650.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 133 | $750.00 | $99,750.00 |
| Sabine, J. | Partner | Corporate/M&A/Finance | Ontario - 1972 | 3 | $750.00 | $2,250.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 24.7 | $725.00 | $17,907.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 180.9 | $725.00 | $131,152.50 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 30.8 | $700.00 | $21,560.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 93.8 | $675.00 | $63,315.00 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 21.2 | $675.00 | $14,310.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 16.5 | $600.00 | $9,900.00 |
| Taylor, K.R. | Partner | Employment/Labour | Ontario - 1995 | 1.4 | $600.00 | $840.00 |
| Luck, D. | Partner | Information Technology/ Intellectual Property | Ontario - 1992 | 5.3 | $575.00 | $3,047.50 |
| Dietrich, J. | Associate | Financial Restructuring | Ontario - 2004 | 1.3 | $480.00 | $624.00 |
| Cooke, S. | Associate | Corporate/M&A/Finance | Ontario - 2001 | 12.5 | $450.00 | $5,625.00 |
| Barsky, J. | Associate | Taxation | Ontario - 2004 | 1.3 | $430.00 | $559.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 43.5 | $400.00 | $17,400.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 23.8 | $350.00 | $8,330.00 |
| Fitzsimmons, T | Associate | Taxation | Ontario - 2006 | 1.2 | $350.00 | $420.00 |
| Horrox, N. | Associate | Employment/Labour | Ontario - 2006 | 2.3 | $350.00 | $805.00 |
| Hetu, J | Student | Students | | 56.3 | $200.00 | $11,260.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 45.3 | $175.00 | $7,927.50 |
| | | | | | CDN. | $527,153.00 |
| | | Less Non-Working Travel Time Discount (50% of $8,700.00) | | | | ($4,350.00) |
| TOTAL | | | | 841.1 | CDN. | $522,803.00 |

| | | |
|---|---:|---|
| Total Fees | $527,153.00 | |
| Less Non-Working Travel Time Discount (50% of $8,700) | -4,350.00 | |
| | | |
| Net Fees | $522,803.00 | |
| | | |
| Total GST | 26,140.15 | |
| **Our Fees** | | **$548,943.15  CDN.** |

| | | |
|---|---:|---|
| Taxable Disbursements | | |
| Accommodations | $920.78 | |
| Airfare/Travel | 1,479.98 | |
| Cellular Phones | 371.61 | |
| Library Computer Research | 1,496.39 | |
| Long Distance Telephone Calls | 644.73 | |
| Meals & Beverages | 461.31 | |
| Parking | 43.97 | |
| Photocopy Charges | 4,256.30 | |
| Taxi Charges (Courier) | 821.35 | |
| Total Taxable Disbursements | $10,496.42 | |
| Total GST | 524.82 | |
| Total Taxable Disbursements including Taxes | | **$11,021.24  CDN.** |

| | |
|---|---|
| **TOTAL ACCOUNT** | **$559,964.39  CDN.** |

**SUMMARY**

| | | |
|---|---:|---|
| Total Fees | $522,803.00 | |
| Total Disbursements | 10,496.42 | |
| Total Taxes on Fees and Disbursements | 26,664.97 | |
| | | |
| **TOTAL ACCOUNT** | | **$559,964.39  CDN.** |

Payment may be made by wire in **CANADIAN FUNDS** to:

Transit  #00022     Bank of Montreal
Bank      #001     1 First Canadian Place
Account #0004-324     Toronto, Ontario
Swift  #BOFMCAM2

FRASER MILNER CASGRAIN LLP

Per: _____
                M.J. Wunder

TERMS: PAYMENT DUE UPON RECEIPT, IN ACCORDANCE WITH SECTION 33(1) OF THE SOLICITORS ACT, INTEREST WILL BE CHARGED AT THE RATE OF .5% PER ANNUM ON UNPAID FEES, CHARGES OR DISBURSEMENTS CALCULATED FROM A DATE THAT IS ONE MONTH AFTER THIS STATEMENT IS DELIVERED.

**TIME SUMMARY BY TASK CODE**

| Task Code | Task Description | Hours | Value |
|---|---|---|---|
| 0002 | General Case Administration | 5.50 | $3,202.50 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 27.30 | $7,967.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Rep | 0.40 | $190.00 |
| 0007 | Creditors Committee Meetings | 36.70 | $25,407.50 |
| 0008 | Court Hearings | 55.60 | $37,927.50 |
| 0009 | Financial Reports and Analysis | 3.90 | $2,907.50 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 5.50 | $4,025.00 |
| 0013 | Analysis of Pre-Petition Transactions | 6.60 | $4,890.00 |
| 0014 | CCAA Order/Court-Ordered Charges/Canadian Analysis | 37.30 | $27,336.50 |
| 0018 | Tax Issues | 36.60 | $24,311.50 |
| 0019 | Labor Issues/Employee Benefits | 193.40 | $111,482.50 |
| 0020 | Real Estate Issues/Leases | 21.00 | $15,240.00 |
| 0023 | Telecommunications/Regulatory | 65.20 | $30,117.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 199.40 | $133,820.00 |
| 0025 | Travel | 12.00 | $8,700.00 |
| 0029 | Intercompany Analysis | 75.60 | $55,580.00 |
| 0031 | Canadian Proceedings/Matters | 56.80 | $32,887.50 |
| 0032 | U.S. Proceedings/Matters | 2.30 | $1,160.00 |
| | **Total** | **841.10** | **CDN $527,153.00** |

**DISBURSEMENT DETAIL**

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 14/05/09 | Telephone;6137349023;OTTAWAHUON;6 824 | 1 | 0.42 |
| 31/05/09 | "Beck Taxi/Inv. 1721-005/M Wunder x 2 Apr 28/09, | 1 | 51.25 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/x 5 May 7/09 | 1 | 182.35 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/M J Wunder Apr 28/09 | 1 | 21.00 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/Alex North May 5/09 | 1 | 13.25 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/M Wunder May 28/09 | 1 | 44.00 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/M Wunder May 28/09 | 1 | 25.50 |
| 01/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 01/06/09 | Laser Copy;NELSON M | 274 | 27.40 |
| 01/06/09 | Laser Copy;PAUL S | 1 | 0.10 |
| 01/06/09 | Laser Copy;DUNSMUIM | 155 | 15.50 |
| 01/06/09 | Laser Copy;CHUNG G | 19 | 1.90 |
| 01/06/09 | Laser Copy;KAPLAN M | 221 | 22.10 |
| 01/06/09 | Laser Copy;GOUGEON | 172 | 17.20 |
| 01/06/09 | Laser Copy;MacFarlaneA | 62 | 6.20 |
| 01/06/09 | Laser Copy;MattesL | 160 | 16.00 |
| 01/06/09 | Laser Copy;MONGEON K | 2 | 0.20 |
| 01/06/09 | Telephone;7199550541;COLORDOSCO;4 582 | 1 | 2.75 |
| 01/06/09 | Telephone;7199550541;COLORDOSCO;4 582 | 1 | 35.20 |
| 01/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 01/06/09 | Telephone;2128690100;NEW YORKNY;4715 | 1 | 2.04 |
| 01/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 01/06/09 | Telephone;2128690100;NEW YORKNY;4715 | 1 | 0.51 |
| 02/06/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 14.79 |
| 02/06/09 | Laser Copy;MATHESON | 7 | 0.70 |
| 02/06/09 | Laser Copy;MattesL | 270 | 27.00 |
| 02/06/09 | Laser Copy;MCDONALA | 10 | 1.00 |
| 02/06/09 | Photocopy;ORAHILL T | 7 | 0.70 |
| 02/06/09 | Photocopy;ORAHILL T | 6 | 0.60 |
| 02/06/09 | Photocopy;ORAHILL T | 200 | 20.00 |
| 02/06/09 | Laser Copy;NELSON M | 56 | 5.60 |
| 02/06/09 | Laser Copy;ORAHILL T | 228 | 22.80 |
| 02/06/09 | Laser Copy;PAUL S | 4 | 0.40 |
| 02/06/09 | Laser Copy;MacFarlaneA | 71 | 7.10 |
| 02/06/09 | Laser Copy;DUNSMUIM | 8 | 0.80 |
| 02/06/09 | Laser Copy;GOUGEON | 61 | 6.10 |
| 02/06/09 | Laser Copy;KAPLAN M | 25 | 2.50 |
| 02/06/09 | Telephone;2128728064;NEW YORKNY;4479 | 1 | 11.22 |
| 03/06/09 | Quick Law | 1 | 79.00 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Washington/Baltimore to Toront0 | 1 | 3.25 |
| 03/06/09 | Photocopy;HETU, Jarvis | 30 | 3.00 |
| 03/06/09 | Photocopy;HETU, Jarvis | 12 | 1.20 |
| 03/06/09 | Laser Copy;KAPLAN M | 26 | 2.60 |
| 03/06/09 | Laser Copy;MattesL | 140 | 14.00 |
| 03/06/09 | Laser Copy;ORAHILL T | 44 | 4.40 |

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 03/06/09 | Laser Copy;MacFarlaneA | 51 | 5.10 |
| 03/06/09 | Laser Copy;HETU, Jarvis | 61 | 6.10 |
| 03/06/09 | Cellular charges for A. MacFarlane incoming call in Philadelphia | 1 | 3.60 |
| 03/06/09 | Lexis Online Search | 1 | 52.38 |
| 03/06/09 | "eCarswell/HETU,JARVIS" | 1 | 50.50 |
| 03/06/09 | ECarswell Online Search | 1 | 41.00 |
| 03/06/09 | Telephone;7199550541;COLORDOSCO;4 582 | 1 | 68.75 |
| 03/06/09 | Telephone;7192347615;COLORDOSCO;4 582 | 1 | 1.10 |
| 03/06/09 | Telephone;7192347615;COLORDOSCO;4 582 | 1 | 27.50 |
| 03/06/09 | Dinner at Terroni on May 28/09 with M. Wunder, Akin Gump (F. Hodara/R. Jacobs), Capstone (T. Horton/C. Kearns), Jefferies (L. Chang/C. Verasco/G. Kittur) | 1 | 280.00 |
| 03/06/09 | Lunch at Bagel World for M. Wunder on May 30/09 | 1 | 14.17 |
| 03/06/09 | Parking at FCP for M. Wunder on May 30/09 | 1 | 9.56 |
| 03/06/09 | Taxi from Bloor to King for M. Wunder and R. Jacobs (Akin) on May 28/09 | 1 | 9.52 |
| 03/06/09 | Cellular Call roaming charges for A. MacFarlane | 1 | 2.40 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Washington/Baltimore to New York City | 1 | 13.60 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Wilmington to New York City | 1 | 3.40 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Philadelphia to New York City | 1 | 8.29 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Philadelphia to Toronto | 1 | 3.40 |
| 03/06/09 | Cellular call charges for A. MacFarlane incoming call - Philadelphia | 1 | 2.40 |
| 04/06/09 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 04/06/09 | "eCarswell/HETU,JARVIS" | 1 | 99.50 |
| 04/06/09 | Laser Copy;MattesL | 195 | 19.50 |
| 04/06/09 | Laser Copy;WUNDER M | 915 | 91.50 |
| 04/06/09 | Photocopy;MattesL | 29 | 2.90 |
| 04/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 04/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 04/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 04/06/09 | Telephone;2128728011;NEW YORKNY;4715 | 1 | 0.51 |
| 04/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 20.90 |
| 04/06/09 | Photocopy;ORAHILL T | 88 | 8.80 |
| 04/06/09 | Laser Copy;HETU, Jarvis | 106 | 10.60 |
| 04/06/09 | Laser Copy;ORAHILL T | 147 | 14.70 |
| 04/06/09 | Laser Copy;KAPLAN M | 17 | 1.70 |
| 05/06/09 | ECarswell Online Search | 1 | 31.75 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 05/06/09 | Quick Law | 1 | 15.80 |
| 05/06/09 | Laser Copy;MacFarlaneA | 44 | 4.40 |
| 05/06/09 | Laser Copy;WUNDER M | 481 | 48.10 |
| 05/06/09 | Laser Copy;MattesL | 491 | 49.10 |
| 05/06/09 | Laser Copy;HETU, Jarvis | 55 | 5.50 |
| 05/06/09 | Laser Copy;GOUGEON | 9 | 0.90 |
| 05/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 69.30 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 05/06/09 | "eCarswell/HETU, JARVIS" | 1 | 156.00 |
| 06/06/09 | ECarswell Online Search | 1 | 5.25 |
| 06/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.59 |
| 06/06/09 | Laser Copy;CHUNG G | 100 | 10.00 |
| 06/06/09 | ECarswell Online Search | 1 | 137.50 |
| 07/06/09 | ECarswell Online Search | 1 | 29.50 |
| 07/06/09 | ECarswell Online Search | 1 | 51.00 |
| 07/06/09 | Laser Copy;LIDWILL | 49 | 4.90 |
| 07/06/09 | Laser Copy;MacFarlaneA | 160 | 16.00 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 582 | 1 | 17.05 |
| 08/06/09 | Lexis Online Search/J.Hetu | 1 | 3.70 |
| 08/06/09 | "Quick Law/HETU, JARVIS" | 1 | 11.07 |
| 08/06/09 | Quick Law | 1 | 167.49 |
| 08/06/09 | ECarswell Online Search | 1 | 1.75 |
| 08/06/09 | ECarswell Online Search | 1 | 61.25 |
| 08/06/09 | Laser Copy;MacFarlaneA | 186 | 18.60 |
| 08/06/09 | Laser Copy;MattesL | 594 | 59.40 |
| 08/06/09 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 08/06/09 | Laser Copy;NELSON M | 598 | 59.80 |
| 08/06/09 | Laser Copy;HETU, Jarvis | 89 | 8.90 |
| 08/06/09 | "eCarswell/HETU,JARVIS" | 1 | 173.75 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 25.30 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 08/06/09 | Telephone;2128724040;NEW YORKNY;4715 | 1 | 0.51 |
| 08/06/09 | Telephone;2128728040;NEW YORKNY;4715 | 1 | 0.51 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 21.45 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 0.55 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 14.30 |
| 08/06/09 | Telephone;2128728011;NEW YORKNY;4715 | 1 | 1.02 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 56.65 |
| 09/06/09 | Laser Copy;MattesL | 189 | 18.90 |
| 09/06/09 | Laser Copy;HETU, Jarvis | 7 | 0.70 |
| 09/06/09 | Telephone;2128728121;NEW YORKNY;4615 | 1 | 1.02 |
| 09/06/09 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 1.02 |
| 09/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 09/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 15.30 |
| 09/06/09 | Telephone;2128690100;NEW YORKNY;4715 | 1 | 1.53 |
| 09/06/09 | Return flight to New York for M. Wunder on June 1-3/09; 2009-6-1 | 1 | 1,420.06 |
| 09/06/09 | Laser Copy;NELSON M | 533 | 53.30 |
| 09/06/09 | Laser Copy;ORAHILL T | 406 | 40.60 |
| 09/06/09 | Laser Copy;DUNSMUIM | 157 | 15.70 |

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 09/06/09 | Parking at office for M. Wunder on June 6/09; 2009-6-6 | 1 | 9.56 |
| 09/06/09 | Laser Copy;KAPLAN M | 179 | 17.90 |
| 09/06/09 | Taxi to airport for M. Wunder on June 1/09; 2009-6-1 | 1 | 57.14 |
| 09/06/09 | Taxi from airport home for M. Wunder on June 3/09; 2009-6-3 | 1 | 48.90 |
| 09/06/09 | Taxi home to get to airport for New York meetings for M. Wunder on June 1/09; 2009-6-1 | 1 | 24.76 |
| 09/06/09 | Laser Copy;MacFarlaneA | 110 | 11.00 |
| 10/06/09 | Laser Copy;MacFarlaneA | 14 | 1.40 |
| 10/06/09 | Laser Copy;GOUGEON | 407 | 40.70 |
| 10/06/09 | Laser Copy;ROHOMAN | 487 | 48.70 |
| 10/06/09 | Laser Copy;MATHESON | 177 | 17.70 |
| 10/06/09 | Laser Copy;BilottaA | 1,147 | 114.70 |
| 10/06/09 | Laser Copy;MattesL | 820 | 82.00 |
| 10/06/09 | Laser Copy;NELSON M | 894 | 89.40 |
| 10/06/09 | Laser Copy;KUKULOWI | 9 | 0.90 |
| 10/06/09 | Laser Copy;LEGAULT | 140 | 14.00 |
| 10/06/09 | Laser Copy;YING C | 5 | 0.50 |
| 10/06/09 | Photocopy;AmaralJ | 854 | 85.40 |
| 10/06/09 | Photocopy;NELSON M | 97 | 9.70 |
| 10/06/09 | Photocopy;NELSON M | 1 | 0.10 |
| 10/06/09 | Photocopy;ORAHILL T | 20 | 2.00 |
| 10/06/09 | Laser Copy;KAPLAN M | 686 | 68.60 |
| 10/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 10/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 10/06/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 0.55 |
| 10/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 10/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 10/06/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 24.75 |
| 10/06/09 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 0.51 |
| 10/06/09 | Laser Copy;DUNSMUIM | 3 | 0.30 |
| 10/06/09 | Laser Copy;ORAHILL T | 503 | 50.30 |
| 11/06/09 | Laser Copy;KAPLAN M | 6 | 0.60 |
| 11/06/09 | Laser Copy;MattesL | 433 | 43.30 |
| 11/06/09 | Laser Copy;NELSON M | 366 | 36.60 |
| 11/06/09 | Laser Copy;KUKULOWI | 52 | 5.20 |
| 11/06/09 | Telephone;5124996292;AUSTIN TX;4715 | 1 | 0.55 |
| 11/06/09 | Telephone;5124996292;AUSTIN TX;4715 | 1 | 0.55 |
| 11/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 11/06/09 | Air Canada change fee on June 3/09 | 1 | 59.92 |
| 11/06/09 | Dinner in New York at Mulligan's for M. Wunder and R. Jacobs (Akin Gump) on June 2/09 (see Visa for exchange); 2009-6-2 | 1 | 60.00 |
| 11/06/09 | Dinner in New York at Mulligan's for M. Wunder on June 1/09 (see Visa for exchange); 2009-6-1 | 1 | 30.00 |
| 11/06/09 | Hotel in New York for Michael Wunder on June 1-3/09 | 1 | 920.78 |
| 11/06/09 | Aiport taxi to Akin Gump office for M. Wunder on May 21/09 (see Visa for exchange); 2009-5-21 | 1 | 66.45 |
| 11/06/09 | Laser Copy;BilottaA | 78 | 7.80 |
| 11/06/09 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 11/06/09 | Laser Copy;MATHESON | 25 | 2.50 |
| 12/06/09 | "Quick Law/HETU, JARVIS" | 1 | 131.95 |

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 12/06/09 | Laser Copy;MONGEON K | 1 | 0.10 |
| 12/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 9.18 |
| 12/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 12/06/09 | "eCarswell/HETU,JARVIS" | 1 | 30.00 |
| 12/06/09 | Laser Copy;LEGAULT | 4 | 0.40 |
| 12/06/09 | Laser Copy;MacFarlaneA | 56 | 5.60 |
| 12/06/09 | Laser Copy;GOUGEON | 136 | 13.60 |
| 12/06/09 | Laser Copy;MattesL | 855 | 85.50 |
| 12/06/09 | Rogers phone charges for M. Wunder from April 24 to May 15/09; 2009-4-24 | 1 | 33.05 |
| 12/06/09 | Laser Copy;KAPLAN M | 156 | 15.60 |
| 12/06/09 | Laser Copy;NELSON M | 267 | 26.70 |
| 13/06/09 | Laser Copy;CHUNG G | 113 | 11.30 |
| 13/06/09 | Laser Copy;BEAIRSTO | 30 | 3.00 |
| 14/06/09 | Laser Copy;MacFarlaneA | 143 | 14.30 |
| 15/06/09 | Laser Copy;NELSON M | 928 | 92.80 |
| 15/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 15/06/09 | Laser Copy;KAPLAN M | 284 | 28.40 |
| 15/06/09 | Laser Copy;LEGAULT | 138 | 13.80 |
| 15/06/09 | Taxi fom 175 The West Mall to 1st Canadian Place; 2009-5-28 | 1 | 40.00 |
| 15/06/09 | Water Taxi for A. MacFarlane | 1 | 33.33 |
| 15/06/09 | Taxi cab; 2009-5-28 | 1 | 8.57 |
| 15/06/09 | Laser Copy;MacFarlaneA | 286 | 28.60 |
| 15/06/09 | Laser Copy;MATHESON | 146 | 14.60 |
| 15/06/09 | Laser Copy;MattesL | 301 | 30.10 |
| 16/06/09 | Laser Copy;MATHESON | 275 | 27.50 |
| 16/06/09 | Dinner for M. Wunder at Subway on June 9/09; 2009-6-9 | 1 | 7.87 |
| 16/06/09 | Dinner at New Sky Restaurant for M. Wunder on May 31/09; 2009-5-31 | 1 | 25.00 |
| 16/06/09 | Laser Copy;LEGAULT | 123 | 12.30 |
| 16/06/09 | Laser Copy;ORAHILL T | 433 | 43.30 |
| 16/06/09 | Parking at office for M. Wunder on June 13/09; 2009-6-13 | 1 | 9.56 |
| 16/06/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 5.61 |
| 16/06/09 | Laser Copy;PAUL S | 10 | 1.00 |
| 16/06/09 | Photocopy;ORAHILL T | 68 | 6.80 |
| 16/06/09 | Photocopy;ORAHILL T | 249 | 24.90 |
| 16/06/09 | Photocopy;ORAHILL T | 162 | 16.20 |
| 16/06/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 0.51 |
| 16/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 6.63 |
| 16/06/09 | Laser Copy;KAPLAN M | 356 | 35.60 |
| 16/06/09 | Laser Copy;NELSON M | 285 | 28.50 |
| 16/06/09 | Taxi for M. Wunder from FCP to Eglinton on June 8/09; 2009-6-8 | 1 | 24.76 |
| 16/06/09 | Taxi for M. Wunder from FCP to Eglinton on June 11/09; 2009-6-11 | 1 | 23.81 |
| 16/06/09 | Laser Copy;BEAIRSTO | 22 | 2.20 |
| 16/06/09 | Laser Copy;KUKULOWI | 34 | 3.40 |
| 16/06/09 | "eCarswell/DIETRICH,JANE" | 1 | 38.50 |
| 16/06/09 | Laser Copy;MattesL | 57 | 5.70 |
| 16/06/09 | Laser Copy;DIETRICJ | 93 | 9.30 |

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 16/06/09 | Laser Copy;MacFarlaneA | 448 | 44.80 |
| 17/06/09 | Laser Copy;MATHESON | 324 | 32.40 |
| 17/06/09 | Laser Copy;MacFarlaneA | 197 | 19.70 |
| 17/06/09 | Laser Copy;MattesL | 100 | 10.00 |
| 17/06/09 | Laser Copy;BilottaA | 330 | 33.00 |
| 17/06/09 | Laser Copy;ORAHILL T | 189 | 18.90 |
| 17/06/09 | Laser Copy;KUKULOWI | 49 | 4.90 |
| 17/06/09 | Laser Copy;LEGAULT | 772 | 77.20 |
| 17/06/09 | Laser Copy;NELSON M | 695 | 69.50 |
| 17/06/09 | Taxi Charges -  Diamond Taxicab Association /inv dated May 31/09/ MJW May 15/09 -home at 10:30 PM | 1 | 25.57 |
| 17/06/09 | Laser Copy;GOUGEON | 3 | 0.30 |
| 17/06/09 | Laser Copy;KAPLAN M | 445 | 44.50 |
| 17/06/09 | Telephone;7192347615;COLORDOSCO;4 740 | 1 | 23.10 |
| 17/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 18/06/09 | Long distance telephone calls; 2009-4-23 | 1 | 19.18 |
| 18/06/09 | Laser Copy;MacFarlaneA | 285 | 28.50 |
| 18/06/09 | Laser Copy;NELSON M | 713 | 71.30 |
| 18/06/09 | Laser Copy;ORAHILL T | 32 | 3.20 |
| 18/06/09 | Laser Copy;KAPLAN M | 133 | 13.30 |
| 18/06/09 | Laser Copy;KARTASHM | 84 | 8.40 |
| 18/06/09 | Laser Copy;KUKULOWI | 25 | 2.50 |
| 18/06/09 | Laser Copy;DUNSMUIM | 34 | 3.40 |
| 18/06/09 | Laser Copy;ANTONY S | 1 | 0.10 |
| 18/06/09 | Laser Copy;MattesL | 598 | 59.80 |
| 18/06/09 | Breakfast for M. Wunder at Le Pain Quotidien on June 2/09; 2009-6-2 | 1 | 5.00 |
| 18/06/09 | Breakfast for M. Wunder at Le Pain Quotidien in New York on June 3/09 | 1 | 15.00 |
| 18/06/09 | Laser Copy;LEGAULT | 114 | 11.40 |
| 18/06/09 | Taxi for M. Wunder from meeting in New York to airport on June 3/09; 2009-6-3 | 1 | 84.36 |
| 19/06/09 | Incoming long distance call for A. MacFarlane | 1 | 3.60 |
| 19/06/09 | Laser Copy;NELSON M | 1,635 | 163.50 |
| 19/06/09 | Long-distance call from Chicago to Toronto for A. MacFarlane | 1 | 1.62 |
| 19/06/09 | Laser Copy;KAPLAN M | 558 | 55.80 |
| 19/06/09 | Laser Copy;KARTASHM | 2 | 0.20 |
| 19/06/09 | Laser Copy;ANTONY S | 932 | 93.20 |
| 19/06/09 | Laser Copy;BEAIRSTO | 28 | 2.80 |
| 19/06/09 | Laser Copy;MacFarlaneA | 381 | 38.10 |
| 19/06/09 | Laser Copy;MattesL | 134 | 13.40 |
| 19/06/09 | Laser Copy;HETU, Jarvis | 63 | 6.30 |
| 19/06/09 | Long Distance Charges for incoming call (A. MacFarlane) | 1 | 2.40 |
| 19/06/09 | Long-distance call for A. MacFarlane from Chicago to Toronto | 1 | 1.62 |
| 19/06/09 | Long-distance call for A. MacFarlane from Chicago to Toronto | 1 | 1.62 |
| 19/06/09 | Long distance charges for A. MacFarlane from Wilmington, DE to New York | 1 | 3.40 |
| 19/06/09 | Long distance call for A. MacFarlane from PA to Toronto; 2009-5-7 | 1 | 3.25 |
| 19/06/09 | Long distance call for A. MacFarlane | 1 | 8.29 |
| 20/06/09 | Laser Copy;CHUNG G | 235 | 23.50 |
| 20/06/09 | Laser Copy;WUNDER M | 28 | 2.80 |

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 20/06/09 | Laser Copy;LEGAULT | 51 | 5.10 |
| 20/06/09 | Laser Copy;MacFarlaneA | 70 | 7.00 |
| 21/06/09 | "eCarswell/HETU,JARVIS" | 1 | 21.50 |
| 22/06/09 | Photocopy;ORAHILL T | 83 | 8.30 |
| 22/06/09 | Laser Copy;MacFarlaneA | 80 | 8.00 |
| 22/06/09 | Laser Copy;MATHESON | 538 | 53.80 |
| 22/06/09 | Laser Copy;MattesL | 248 | 24.80 |
| 22/06/09 | Laser Copy;NELSON M | 203 | 20.30 |
| 22/06/09 | Laser Copy;ORAHILL T | 195 | 19.50 |
| 22/06/09 | Laser Copy;WUNDER M | 25 | 2.50 |
| 22/06/09 | Laser Copy;KAPLAN M | 27 | 2.70 |
| 22/06/09 | Laser Copy;KARTASHM | 42 | 4.20 |
| 22/06/09 | Laser Copy;KUKULOWI | 7 | 0.70 |
| 22/06/09 | Photocopy;ORAHILL T | 47 | 4.70 |
| 22/06/09 | Photocopy;ORAHILL T | 56 | 5.60 |
| 22/06/09 | Photocopy;ORAHILL T | 1 | 0.10 |
| 23/06/09 | Photocopy;NELSON M | 12 | 1.20 |
| 23/06/09 | Laser Copy;MacFarlaneA | 44 | 4.40 |
| 23/06/09 | Laser Copy;MattesL | 374 | 37.40 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 23/06/09 | Photocopy;MattesL | 6 | 0.60 |
| 23/06/09 | Laser Copy;MCDONALA | 154 | 15.40 |
| 23/06/09 | Laser Copy;HETU, Jarvis | 70 | 7.00 |
| 23/06/09 | Parking for M. Wunder at office on June 20/09; 2009-6-20 | 1 | 9.56 |
| 23/06/09 | Laser Copy;NELSON M | 404 | 40.40 |
| 23/06/09 | Taxi; 2009-6-15 | 1 | 4.76 |
| 23/06/09 | Taxi; 2009-6-10 | 1 | 4.45 |
| 23/06/09 | Taxi; 2009-6-8 Taxi Charges | 1 | 4.76 |
| 23/06/09 | Photocopy;MattesL | 7 | 0.70 |
| 24/06/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 26.95 |
| 24/06/09 | Laser Copy;MCDONALA | 3 | 0.30 |
| 24/06/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 0.51 |
| 24/06/09 | Telephone;9178592835;NEW YORKNY;4421 | 1 | 0.51 |
| 24/06/09 | Lunch for M. Wunder at Whole Foods on June 20/09; 2009-6-20 | 1 | 15.00 |
| 24/06/09 | Dinner at Subway for M. Wunder on June 4/09; 2009-6-4 | 1 | 9.27 |
| 24/06/09 | Laser Copy;NELSON M | 275 | 27.50 |
| 24/06/09 | Laser Copy;ORAHILL T | 18 | 1.80 |
| 24/06/09 | Laser Copy;KAPLAN M | 218 | 21.80 |
| 24/06/09 | Laser Copy;Brown, Georgia | 186 | 18.60 |
| 24/06/09 | Laser Copy;KUKULOWI | 2 | 0.20 |
| 24/06/09 | Laser Copy;LEGAULT | 5 | 0.50 |
| 24/06/09 | Laser Copy;MacFarlaneA | 57 | 5.70 |

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 24/06/09 | Laser Copy;MattesL | 406 | 40.60 |
| 25/06/09 | Laser Copy;MattesL | 528 | 52.80 |
| 25/06/09 | Laser Copy;NELSON M | 457 | 45.70 |
| 25/06/09 | Laser Copy;HETU, Jarvis | 51 | 5.10 |
| 25/06/09 | Laser Copy;Brown, Georgia | 3 | 0.30 |
| 25/06/09 | Photocopy;NELSON M | 77 | 7.70 |
| 25/06/09 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 5.10 |
| 25/06/09 | Laser Copy;KAPLAN M | 27 | 2.70 |
| 25/06/09 | Laser Copy;MacFarlaneA | 28 | 2.80 |
| 26/06/09 | "Quick Law/HETU, JARVIS" | 1 | 19.75 |
| 26/06/09 | Laser Copy;NELSON M | 245 | 24.50 |
| 26/06/09 | Laser Copy;MacFarlaneA | 83 | 8.30 |
| 26/06/09 | Laser Copy;ORAHILL T | 1,050 | 105.00 |
| 26/06/09 | Laser Copy;PenJ | 6 | 0.60 |
| 26/06/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 2.04 |
| 26/06/09 | Telephone;2128728006;NEW YORKNY;4582 | 1 | 2.04 |
| 26/06/09 | "eCarswell/HETU,JARVIS" | 1 | 86.50 |
| 26/06/09 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 0.51 |
| 26/06/09 | Photocopy;MattesL | 36 | 3.60 |
| 26/06/09 | Taxi for M. Wunder from FCP to Eglinton on June 24/09; 2009-6-24 | 1 | 22.86 |
| 26/06/09 | Laser Copy;HETU, Jarvis | 172 | 17.20 |
| 26/06/09 | Photocopy;MattesL | 2 | 0.20 |
| 26/06/09 | Photocopy;MattesL | 24 | 2.40 |
| 26/06/09 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 0.51 |
| 26/06/09 | Photocopy;ORAHILL T | 94 | 9.40 |
| 26/06/09 | Photocopy;Burnett, Helen | 90 | 9.00 |
| 26/06/09 | Photocopy;Flancia A | 1,031 | 103.10 |
| 26/06/09 | Photocopy;HETU, Jarvis | 1 | 0.10 |
| 26/06/09 | Photocopy;HETU, Jarvis | 79 | 7.90 |
| 26/06/09 | Laser Copy;MattesL | 110 | 11.00 |
| 26/06/09 | Laser Copy;Brown, Georgia | 1 | 0.10 |
| 28/06/09 | Laser Copy;MacFarlaneA | 216 | 21.60 |
| 29/06/09 | Laser Copy;LEGAULT | 23 | 2.30 |
| 29/06/09 | Laser Copy;KUKULOWI | 31 | 3.10 |
| 29/06/09 | Laser Copy;MATHESON | 306 | 30.60 |
| 29/06/09 | Laser Copy;MattesL | 486 | 48.60 |
| 29/06/09 | Laser Copy;BEAIRSTO | 29 | 2.90 |
| 29/06/09 | Laser Copy;NELSON M | 687 | 68.70 |
| 29/06/09 | Laser Copy;KAPLAN M | 376 | 37.60 |
| 29/06/09 | Laser Copy;KARTASHM | 137 | 13.70 |
| 30/06/09 | Rogers cell phone charges for M. Wunder from May 20 to June 18/09 | 1 | 331.27 |
| 30/06/09 | Laser Copy;MattesL | 133 | 13.30 |
| 30/06/09 | Parking for M. Wunder on June 30/09; 2009-6-30 | 1 | 5.73 |
| 30/06/09 | Laser Copy;PAUL S | 25 | 2.50 |
| 30/06/09 | Laser Copy;LEGAULT | 21 | 2.10 |
| 30/06/09 | Laser Copy;KAPLAN M | 341 | 34.10 |

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 30/06/09 | Laser Copy;NELSON M | 471 | 47.10 |
| 30/06/09 | Laser Copy;MacFarlaneA | 15 | 1.50 |
| | **Total** | **CDN** | **$10,496.42** |