# EXHIBIT C

# DISBURSEMENT SUMMARY
## JUNE 1 TO JUNE 30, 2009
### (All Amounts in Canadian Dollars)

| Taxable Disbursements | |
|---|---:|
| Accommodations | $ 920.78 |
| Airfare/Travel | 1,479.98 |
| Cellular Phone | 371.61 |
| Library Computer Research | 1,496.39 |
| Long Distance Telephone Calls | 644.73 |
| Meals & Beverages | 461.31 |
| Parking | 43.97 |
| Photocopy Charges | 4,256.30 |
| Taxi Charges (Courier) | 821.35 |
| | |
| Total Taxable Disbursements | $10,496.42 |
| Total GST | 524.82 |
| **Total Taxable Disbursements including Taxes** | **$11,021.24CDN** |

7044846_1.DOC