# EXHIBIT D

**DISBURSEMENT DETAIL**

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 14/05/09 | Telephone;6137349023;OTTAWAHUON;6 824 | 1 | 0.42 |
| 31/05/09 | "Beck Taxi/Inv. 1721-005/M Wunder x 2 Apr 28/09, | 1 | 51.25 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/x 5 May 7/09 | 1 | 182.35 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/M J Wunder Apr 28/09 | 1 | 21.00 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/Alex North May 5/09 | 1 | 13.25 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/M Wunder May 28/09 | 1 | 44.00 |
| 31/05/09 | Beck Taxi/Inv. 1721-005/M Wunder May 28/09 | 1 | 25.50 |
| 01/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 01/06/09 | Laser Copy;NELSON M | 274 | 27.40 |
| 01/06/09 | Laser Copy;PAUL S | 1 | 0.10 |
| 01/06/09 | Laser Copy;DUNSMUIM | 155 | 15.50 |
| 01/06/09 | Laser Copy;CHUNG G | 19 | 1.90 |
| 01/06/09 | Laser Copy;KAPLAN M | 221 | 22.10 |
| 01/06/09 | Laser Copy;GOUGEON | 172 | 17.20 |
| 01/06/09 | Laser Copy;MacFarlaneA | 62 | 6.20 |
| 01/06/09 | Laser Copy;MattesL | 160 | 16.00 |
| 01/06/09 | Laser Copy;MONGEON K | 2 | 0.20 |
| 01/06/09 | Telephone;7199550541;COLORDOSCO;4 582 | 1 | 2.75 |
| 01/06/09 | Telephone;7199550541;COLORDOSCO;4 582 | 1 | 35.20 |
| 01/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 01/06/09 | Telephone;2128690100;NEW YORKNY;4715 | 1 | 2.04 |
| 01/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 01/06/09 | Telephone;2128690100;NEW YORKNY;4715 | 1 | 0.51 |
| 02/06/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 14.79 |
| 02/06/09 | Laser Copy;MATHESON | 7 | 0.70 |
| 02/06/09 | Laser Copy;MattesL | 270 | 27.00 |
| 02/06/09 | Laser Copy;MCDONALA | 10 | 1.00 |
| 02/06/09 | Photocopy;ORAHILL T | 7 | 0.70 |
| 02/06/09 | Photocopy;ORAHILL T | 6 | 0.60 |
| 02/06/09 | Photocopy;ORAHILL T | 200 | 20.00 |
| 02/06/09 | Laser Copy;NELSON M | 56 | 5.60 |
| 02/06/09 | Laser Copy;ORAHILL T | 228 | 22.80 |
| 02/06/09 | Laser Copy;PAUL S | 4 | 0.40 |
| 02/06/09 | Laser Copy;MacFarlaneA | 71 | 7.10 |
| 02/06/09 | Laser Copy;DUNSMUIM | 8 | 0.80 |
| 02/06/09 | Laser Copy;GOUGEON | 61 | 6.10 |
| 02/06/09 | Laser Copy;KAPLAN M | 25 | 2.50 |
| 02/06/09 | Telephone;2128728064;NEW YORKNY;4479 | 1 | 11.22 |
| 03/06/09 | Quick Law | 1 | 79.00 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Washington/Baltimore to Toront0 | 1 | 3.25 |
| 03/06/09 | Photocopy;HETU, Jarvis | 30 | 3.00 |
| 03/06/09 | Photocopy;HETU, Jarvis | 12 | 1.20 |
| 03/06/09 | Laser Copy;KAPLAN M | 26 | 2.60 |
| 03/06/09 | Laser Copy;MattesL | 140 | 14.00 |
| 03/06/09 | Laser Copy;ORAHILL T | 44 | 4.40 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 03/06/09 | Laser Copy;MacFarlaneA | 51 | 5.10 |
| 03/06/09 | Laser Copy;HETU, Jarvis | 61 | 6.10 |
| 03/06/09 | Cellular call charges for A. MacFarlane incoming call in Philadelphia | 1 | 3.60 |
| 03/06/09 | Lexis Online Search | 1 | 52.38 |
| 03/06/09 | "eCarswell/HETU,JARVIS" | 1 | 50.50 |
| 03/06/09 | ECarswell Online Search | 1 | 41.00 |
| 03/06/09 | Telephone;7199550541;COLORDOSCO;4 582 | 1 | 68.75 |
| 03/06/09 | Telephone;7192347615;COLORDOSCO;4 582 | 1 | 1.10 |
| 03/06/09 | Telephone;7192347615;COLORDOSCO;4 582 | 1 | 27.50 |
| 03/06/09 | Dinner at Terroni on May 28/09 with M. Wunder, Akin Gump (F. Hodara/R. Jacobs), Capstone (T. Horton/C. Kearns), Jefferies (L. Chang/C. Verasco/G. Kittur) | 1 | 280.00 |
| 03/06/09 | Lunch at Bagel World for M. Wunder on May 30/09 | 1 | 14.17 |
| 03/06/09 | Parking at FCP for M. Wunder on May 30/09 | 1 | 9.56 |
| 03/06/09 | Taxi from Bloor to King for M. Wunder and R. Jacobs (Akin) on May 28/09 | 1 | 9.52 |
| 03/06/09 | Cellular Call roaming charges for A. MacFarlane | 1 | 2.40 |
| 03/06/09 | Cellular call charges for A. MacFarlane from from Washington/Baltimore to New York City | 1 | 13.60 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Wilmington to New York City | 1 | 3.40 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Philadephia to New York City | 1 | 8.29 |
| 03/06/09 | Cellular call charges for A. MacFarlane from Philadelphia to Toronto | 1 | 3.40 |
| 03/06/09 | Cellular call charges for A. MacFarlane incoming call - Philadelphia | 1 | 2.40 |
| 04/06/09 | Laser Copy;MacFarlaneA | 27 | 2.70 |
| 04/06/09 | "eCarswell/HETU,JARVIS" | 1 | 99.50 |
| 04/06/09 | Laser Copy;MattesL | 195 | 19.50 |
| 04/06/09 | Laser Copy;WUNDER M | 915 | 91.50 |
| 04/06/09 | Photocopy;MattesL | 29 | 2.90 |
| 04/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 04/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 04/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 04/06/09 | Telephone;2128728011;NEW YORKNY;4715 | 1 | 0.51 |
| 04/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 20.90 |
| 04/06/09 | Photocopy;ORAHILL T | 88 | 8.80 |
| 04/06/09 | Laser Copy;HETU, Jarvis | 106 | 10.60 |
| 04/06/09 | Laser Copy;ORAHILL T | 147 | 14.70 |
| 04/06/09 | Laser Copy;KAPLAN M | 17 | 1.70 |
| 05/06/09 | ECarswell Online Search | 1 | 31.75 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 05/06/09 | Quick Law | 1 | 15.80 |
| 05/06/09 | Laser Copy;MacFarlaneA | 44 | 4.40 |
| 05/06/09 | Laser Copy;WUNDER M | 481 | 48.10 |
| 05/06/09 | Laser Copy;MattesL | 491 | 49.10 |
| 05/06/09 | Laser Copy;HETU, Jarvis | 55 | 5.50 |
| 05/06/09 | Laser Copy;GOUGEON | 9 | 0.90 |
| 05/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 69.30 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 05/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 05/06/09 | "eCarswell/HETU,JARVIS" | 1 | 156.00 |
| 06/06/09 | ECarswell Online Search | 1 | 5.25 |
| 06/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.59 |
| 06/06/09 | Laser Copy;CHUNG G | 100 | 10.00 |
| 06/06/09 | ECarswell Online Search | 1 | 137.50 |
| 07/06/09 | ECarswell Online Search | 1 | 29.50 |
| 07/06/09 | ECarswell Online Search | 1 | 51.00 |
| 07/06/09 | Laser Copy;LIDWILL | 49 | 4.90 |
| 07/06/09 | Laser Copy;MacFarlaneA | 160 | 16.00 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 582 | 1 | 17.05 |
| 08/06/09 | Lexis Online Search/J.Hetu | 1 | 3.70 |
| 08/06/09 | "Quick Law/HETU, JARVIS" | 1 | 11.07 |
| 08/06/09 | Quick Law | 1 | 167.49 |
| 08/06/09 | ECarswell Online Search | 1 | 1.75 |
| 08/06/09 | ECarswell Online Search | 1 | 61.25 |
| 08/06/09 | Laser Copy;MacFarlaneA | 186 | 18.60 |
| 08/06/09 | Laser Copy;MattesL | 594 | 59.40 |
| 08/06/09 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 08/06/09 | Laser Copy;NELSON M | 598 | 59.80 |
| 08/06/09 | Laser Copy;HETU, Jarvis | 89 | 8.90 |
| 08/06/09 | "eCarswell/HETU,JARVIS" | 1 | 173.75 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 25.30 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 08/06/09 | Telephone;2128724040;NEW YORKNY;4715 | 1 | 0.51 |
| 08/06/09 | Telephone;2128728040;NEW YORKNY;4715 | 1 | 0.51 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 21.45 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 08/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 0.55 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 14.30 |
| 08/06/09 | Telephone;2128728011;NEW YORKNY;4715 | 1 | 1.02 |
| 08/06/09 | Telephone;7199550541;COLORDOSCO;4 715 | 1 | 56.65 |
| 09/06/09 | Laser Copy;MattesL | 189 | 18.90 |
| 09/06/09 | Laser Copy;HETU, Jarvis | 7 | 0.70 |
| 09/06/09 | Telephone;2128728121;NEW YORKNY;4615 | 1 | 1.02 |
| 09/06/09 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 1.02 |
| 09/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 09/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 15.30 |
| 09/06/09 | Telephone;2128690100;NEW YORKNY;4715 | 1 | 1.53 |
| 09/06/09 | Return flight to New York for M. Wunder on June 1-3/09; 2009-6-1 | 1 | 1,420.06 |
| 09/06/09 | Laser Copy;NELSON M | 533 | 53.30 |
| 09/06/09 | Laser Copy;ORAHILL T | 406 | 40.60 |
| 09/06/09 | Laser Copy;DUNSMUIM | 157 | 15.70 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/06/09 | Parking at office for M. Wunder on June 6/09; 2009-6-6 | 1 | 9.56 |
| 09/06/09 | Laser Copy;KAPLAN M | 179 | 17.90 |
| 09/06/09 | Taxi to airport for M. Wunder on June 1/09; 2009-6-1 | 1 | 57.14 |
| 09/06/09 | Taxi from airport to home for M. Wunder on June 3/09; 2009-6-3 | 1 | 48.90 |
| 09/06/09 | Taxi home to get to airport for New York meetings for M. Wunder on June 1/09; 2009-6-1 | 1 | 24.76 |
| 09/06/09 | Laser Copy;MacFarlaneA | 110 | 11.00 |
| 10/06/09 | Laser Copy;MacFarlaneA | 14 | 1.40 |
| 10/06/09 | Laser Copy;GOUGEON | 407 | 40.70 |
| 10/06/09 | Laser Copy;ROHOMAN | 487 | 48.70 |
| 10/06/09 | Laser Copy;MATHESON | 177 | 17.70 |
| 10/06/09 | Laser Copy;BilottaA | 1,147 | 114.70 |
| 10/06/09 | Laser Copy;MattesL | 820 | 82.00 |
| 10/06/09 | Laser Copy;NELSON M | 894 | 89.40 |
| 10/06/09 | Laser Copy;KUKULOWI | 9 | 0.90 |
| 10/06/09 | Laser Copy;LEGAULT | 140 | 14.00 |
| 10/06/09 | Laser Copy;YING C | 5 | 0.50 |
| 10/06/09 | Photocopy;AmaralJ | 854 | 85.40 |
| 10/06/09 | Photocopy;NELSON M | 97 | 9.70 |
| 10/06/09 | Photocopy;NELSON M | 1 | 0.10 |
| 10/06/09 | Photocopy;ORAHILL T | 20 | 2.00 |
| 10/06/09 | Laser Copy;KAPLAN M | 686 | 68.60 |
| 10/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 10/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 10/06/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 0.55 |
| 10/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 10/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 10/06/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 24.75 |
| 10/06/09 | Telephone;2128728012;NEW YORKNY;4469 | 1 | 0.51 |
| 10/06/09 | Laser Copy;DUNSMUIM | 3 | 0.30 |
| 10/06/09 | Laser Copy;ORAHILL T | 503 | 50.30 |
| 11/06/09 | Laser Copy;KAPLAN M | 6 | 0.60 |
| 11/06/09 | Laser Copy;MattesL | 433 | 43.30 |
| 11/06/09 | Laser Copy;NELSON M | 366 | 36.60 |
| 11/06/09 | Laser Copy;KUKULOWI | 52 | 5.20 |
| 11/06/09 | Telephone;5124996292;AUSTIN TX;4715 | 1 | 0.55 |
| 11/06/09 | Telephone;5124996292;AUSTIN TX;4715 | 1 | 0.55 |
| 11/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 11/06/09 | Air Canada change fee on June 3/09 | 1 | 59.92 |
| 11/06/09 | Dinner in New York at Mulligan's for M. Wunder and R. Jacobs (Akin Gump) on June 2/09 (see Visa for exchange); 2009-6-2 | 1 | 60.00 |
| 11/06/09 | Dinner in New York at Mulligan's for M. Wunder on June 1/09 (see Visa for exchange); 2009-6-1 | 1 | 30.00 |
| 11/06/09 | Hotel in New York for Michael Wunder on June 1-3/09 | 1 | 920.78 |
| 11/06/09 | Aiport taxi to Akin Gump office for M. Wunder on May 21/09 (see Visa for exchange); 2009-5-21 | 1 | 66.45 |
| 11/06/09 | Laser Copy;BilottaA | 78 | 7.80 |
| 11/06/09 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 11/06/09 | Laser Copy;MATHESON | 25 | 2.50 |
| 12/06/09 | "Quick Law/HETU, JARVIS" | 1 | 131.95 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 12/06/09 | Laser Copy;MONGEON K | 1 | 0.10 |
| 12/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 9.18 |
| 12/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 12/06/09 | "eCarswell/HETU,JARVIS" | 1 | 30.00 |
| 12/06/09 | Laser Copy;LEGAULT | 4 | 0.40 |
| 12/06/09 | Laser Copy;MacFarlaneA | 56 | 5.60 |
| 12/06/09 | Laser Copy;GOUGEON | 136 | 13.60 |
| 12/06/09 | Laser Copy;MattesL | 855 | 85.50 |
| 12/06/09 | Rogers phone charges for M. Wunder from April 24 to May 15/09; 2009-4-24 | 1 | 33.05 |
| 12/06/09 | Laser Copy;KAPLAN M | 156 | 15.60 |
| 12/06/09 | Laser Copy;NELSON M | 267 | 26.70 |
| 13/06/09 | Laser Copy;CHUNG G | 113 | 11.30 |
| 13/06/09 | Laser Copy;BEAIRSTO | 30 | 3.00 |
| 14/06/09 | Laser Copy;MacFarlaneA | 143 | 14.30 |
| 15/06/09 | Laser Copy;NELSON M | 928 | 92.80 |
| 15/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 15/06/09 | Laser Copy;KAPLAN M | 284 | 28.40 |
| 15/06/09 | Laser Copy;LEGAULT | 138 | 13.80 |
| 15/06/09 | Taxi fom 175 The West Mall to 1st Canadian Place; 2009-5-28 | 1 | 40.00 |
| 15/06/09 | Water Taxi for A. MacFarlane | 1 | 33.33 |
| 15/06/09 | Taxi cab; 2009-5-28 | 1 | 8.57 |
| 15/06/09 | Laser Copy;MacFarlaneA | 286 | 28.60 |
| 15/06/09 | Laser Copy;MATHESON | 146 | 14.60 |
| 15/06/09 | Laser Copy;MattesL | 301 | 30.10 |
| 16/06/09 | Laser Copy;MATHESON | 275 | 27.50 |
| 16/06/09 | Dinner for M. Wunder at Subway on June 9/09; 2009-6-9 | 1 | 7.87 |
| 16/06/09 | Dinner at New Sky Restaurant for M. Wunder on May 31/09; 2009-5-31 | 1 | 25.00 |
| 16/06/09 | Laser Copy;LEGAULT | 123 | 12.30 |
| 16/06/09 | Laser Copy;ORAHILL T | 433 | 43.30 |
| 16/06/09 | Parking at office for M. Wunder on June 13/09; 2009-6-13 | 1 | 9.56 |
| 16/06/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 5.61 |
| 16/06/09 | Laser Copy;PAUL S | 10 | 1.00 |
| 16/06/09 | Photocopy;ORAHILL T | 68 | 6.80 |
| 16/06/09 | Photocopy;ORAHILL T | 249 | 24.90 |
| 16/06/09 | Photocopy;ORAHILL T | 162 | 16.20 |
| 16/06/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 0.51 |
| 16/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 6.63 |
| 16/06/09 | Laser Copy;KAPLAN M | 356 | 35.60 |
| 16/06/09 | Laser Copy;NELSON M | 285 | 28.50 |
| 16/06/09 | Taxi for M. Wunder from FCP to Eglinton on June 8/09; 2009-6-8 | 1 | 24.76 |
| 16/06/09 | Taxi for M. Wunder from FCP to Eglinton on June 11/09; 2009-6-11 | 1 | 23.81 |
| 16/06/09 | Laser Copy;BEAIRSTO | 22 | 2.20 |
| 16/06/09 | Laser Copy;KUKULOWI | 34 | 3.40 |
| 16/06/09 | "eCarswell/DIETRICH,JANE" | 1 | 38.50 |
| 16/06/09 | Laser Copy;MattesL | 57 | 5.70 |
| 16/06/09 | Laser Copy;DIETRICJ | 93 | 9.30 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 16/06/09 | Laser Copy;MacFarlaneA | 448 | 44.80 |
| 17/06/09 | Laser Copy;MATHESON | 324 | 32.40 |
| 17/06/09 | Laser Copy;MacFarlaneA | 197 | 19.70 |
| 17/06/09 | Laser Copy;MattesL | 100 | 10.00 |
| 17/06/09 | Laser Copy;BilottaA | 330 | 33.00 |
| 17/06/09 | Laser Copy;ORAHILL T | 189 | 18.90 |
| 17/06/09 | Laser Copy;KUKULOWI | 49 | 4.90 |
| 17/06/09 | Laser Copy;LEGAULT | 772 | 77.20 |
| 17/06/09 | Laser Copy;NELSON M | 695 | 69.50 |
| 17/06/09 | Taxi Charges - Diamond Taxicab Association /inv dated May 31/09/ MJW May 15/09 -home at 10:30 PM | 1 | 25.57 |
| 17/06/09 | Laser Copy;GOUGEON | 3 | 0.30 |
| 17/06/09 | Laser Copy;KAPLAN M | 445 | 44.50 |
| 17/06/09 | Telephone;7192347615;COLORDOSCO;4 740 | 1 | 23.10 |
| 17/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 18/06/09 | Long distance telephone calls; 2009-4-23 | 1 | 19.18 |
| 18/06/09 | Laser Copy;MacFarlaneA | 285 | 28.50 |
| 18/06/09 | Laser Copy;NELSON M | 713 | 71.30 |
| 18/06/09 | Laser Copy;ORAHILL T | 32 | 3.20 |
| 18/06/09 | Laser Copy;KAPLAN M | 133 | 13.30 |
| 18/06/09 | Laser Copy;KARTASHM | 84 | 8.40 |
| 18/06/09 | Laser Copy;KUKULOWI | 25 | 2.50 |
| 18/06/09 | Laser Copy;DUNSMUIM | 34 | 3.40 |
| 18/06/09 | Laser Copy;ANTONY S | 1 | 0.10 |
| 18/06/09 | Laser Copy;MattesL | 598 | 59.80 |
| 18/06/09 | Breakfast for M. Wunder at Le Pain Quotidien on June 2/09; 2009-6-2 | 1 | 5.00 |
| 18/06/09 | Breakfast for M. Wunder at Le Pain Quotidien in New York on June 3/09 | 1 | 15.00 |
| 18/06/09 | Laser Copy;LEGAULT | 114 | 11.40 |
| 18/06/09 | Taxi for M. Wunder from meeting in New York to airport on June 3/09; 2009-6-3 | 1 | 84.36 |
| 19/06/09 | Incoming long distance call for A. MacFarlane | 1 | 3.60 |
| 19/06/09 | Laser Copy;NELSON M | 1,635 | 163.50 |
| 19/06/09 | Long-distance call from Chicago to Toronto for A. MacFarlane | 1 | 1.62 |
| 19/06/09 | Laser Copy;KAPLAN M | 558 | 55.80 |
| 19/06/09 | Laser Copy;KARTASHM | 2 | 0.20 |
| 19/06/09 | Laser Copy;ANTONY S | 932 | 93.20 |
| 19/06/09 | Laser Copy;BEAIRSTO | 28 | 2.80 |
| 19/06/09 | Laser Copy;MacFarlaneA | 381 | 38.10 |
| 19/06/09 | Laser Copy;MattesL | 134 | 13.40 |
| 19/06/09 | Laser Copy;HETU, Jarvis | 63 | 6.30 |
| 19/06/09 | Long Distance Charges for incoming call (A. MacFarlane) | 1 | 2.40 |
| 19/06/09 | Long-distance call for A. MacFarlane from Chicago to Toronto | 1 | 1.62 |
| 19/06/09 | Long-distance call for A. MacFarlane from Chicago to Toronto | 1 | 1.62 |
| 19/06/09 | Long distance charges for A. MacFarlane from Wilmington, DE to New York | 1 | 3.40 |
| 19/06/09 | Long distance call for A. MacFarlane from PA to Toronto; 2009-5-7 | 1 | 3.25 |
| 19/06/09 | Long distance call for A. MacFarlane | 1 | 8.29 |
| 20/06/09 | Laser Copy;CHUNG G | 235 | 23.50 |
| 20/06/09 | Laser Copy;WUNDER M | 28 | 2.80 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 20/06/09 | Laser Copy;LEGAULT | 51 | 5.10 |
| 20/06/09 | Laser Copy;MacFarlaneA | 70 | 7.00 |
| 21/06/09 | "eCarswell/HETU,JARVIS" | 1 | 21.50 |
| 22/06/09 | Photocopy;ORAHILL T | 83 | 8.30 |
| 22/06/09 | Laser Copy;MacFarlaneA | 80 | 8.00 |
| 22/06/09 | Laser Copy;MATHESON | 538 | 53.80 |
| 22/06/09 | Laser Copy;MattesL | 248 | 24.80 |
| 22/06/09 | Laser Copy;NELSON M | 203 | 20.30 |
| 22/06/09 | Laser Copy;ORAHILL T | 195 | 19.50 |
| 22/06/09 | Laser Copy;WUNDER M | 25 | 2.50 |
| 22/06/09 | Laser Copy;KAPLAN M | 27 | 2.70 |
| 22/06/09 | Laser Copy;KARTASHM | 42 | 4.20 |
| 22/06/09 | Laser Copy;KUKULOWI | 7 | 0.70 |
| 22/06/09 | Photocopy;ORAHILL T | 47 | 4.70 |
| 22/06/09 | Photocopy;ORAHILL T | 56 | 5.60 |
| 22/06/09 | Photocopy;ORAHILL T | 1 | 0.10 |
| 23/06/09 | Photocopy;NELSON M | 12 | 1.20 |
| 23/06/09 | Laser Copy;MacFarlaneA | 44 | 4.40 |
| 23/06/09 | Laser Copy;MattesL | 374 | 37.40 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 23/06/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 23/06/09 | Photocopy;MattesL | 6 | 0.60 |
| 23/06/09 | Laser Copy;MCDONALA | 154 | 15.40 |
| 23/06/09 | Laser Copy;HETU, Jarvis | 70 | 7.00 |
| 23/06/09 | Parking for M. Wunder at office on June 20/09; 2009-6-20 | 1 | 9.56 |
| 23/06/09 | Laser Copy;NELSON M | 404 | 40.40 |
| 23/06/09 | Taxi; 2009-6-15 | 1 | 4.76 |
| 23/06/09 | Taxi; 2009-6-10 | 1 | 4.45 |
| 23/06/09 | Taxi; 2009-6-8 Taxi Charges | 1 | 4.76 |
| 23/06/09 | Photocopy;MattesL | 7 | 0.70 |
| 24/06/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 26.95 |
| 24/06/09 | Laser Copy;MCDONALA | 3 | 0.30 |
| 24/06/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 0.51 |
| 24/06/09 | Telephone;9178592835;NEW YORKNY;4421 | 1 | 0.51 |
| 24/06/09 | Lunch for M. Wunder at Whole Foods on June 20/09; 2009-6-20 | 1 | 15.00 |
| 24/06/09 | Dinner at Subway for M. Wunder on June 4/09; 2009-6-4 | 1 | 9.27 |
| 24/06/09 | Laser Copy;NELSON M | 275 | 27.50 |
| 24/06/09 | Laser Copy;ORAHILL T | 18 | 1.80 |
| 24/06/09 | Laser Copy;KAPLAN M | 218 | 21.80 |
| 24/06/09 | Laser Copy;Brown, Georgia | 186 | 18.60 |
| 24/06/09 | Laser Copy;KUKULOWI | 2 | 0.20 |
| 24/06/09 | Laser Copy;LEGAULT | 5 | 0.50 |
| 24/06/09 | Laser Copy;MacFarlaneA | 57 | 5.70 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/06/09 | Laser Copy;MattesL | 406 | 40.60 |
| 25/06/09 | Laser Copy;MattesL | 528 | 52.80 |
| 25/06/09 | Laser Copy;NELSON M | 457 | 45.70 |
| 25/06/09 | Laser Copy;HETU, Jarvis | 51 | 5.10 |
| 25/06/09 | Laser Copy;Brown, Georgia | 3 | 0.30 |
| 25/06/09 | Photocopy;NELSON M | 77 | 7.70 |
| 25/06/09 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 5.10 |
| 25/06/09 | Laser Copy;KAPLAN M | 27 | 2.70 |
| 25/06/09 | Laser Copy;MacFarlaneA | 28 | 2.80 |
| 26/06/09 | "Quick Law/HETU, JARVIS" | 1 | 19.75 |
| 26/06/09 | Laser Copy;NELSON M | 245 | 24.50 |
| 26/06/09 | Laser Copy;MacFarlaneA | 83 | 8.30 |
| 26/06/09 | Laser Copy;ORAHILL T | 1,050 | 105.00 |
| 26/06/09 | Laser Copy;PenJ | 6 | 0.60 |
| 26/06/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 2.04 |
| 26/06/09 | Telephone;2128728006;NEW YORKNY;4582 | 1 | 2.04 |
| 26/06/09 | "eCarswell/HETU,JARVIS" | 1 | 86.50 |
| 26/06/09 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 0.51 |
| 26/06/09 | Photocopy;MattesL | 36 | 3.60 |
| 26/06/09 | Taxi for M. Wunder from FCP to Eglinton on June 24/09; 2009-6-24 | 1 | 22.86 |
| 26/06/09 | Laser Copy;HETU, Jarvis | 172 | 17.20 |
| 26/06/09 | Photocopy;MattesL | 2 | 0.20 |
| 26/06/09 | Photocopy;MattesL | 24 | 2.40 |
| 26/06/09 | Telephone;9175447922;NEW YORKNY;4715 | 1 | 0.51 |
| 26/06/09 | Photocopy;ORAHILL T | 94 | 9.40 |
| 26/06/09 | Photocopy;Burnett, Helen | 90 | 9.00 |
| 26/06/09 | Photocopy;Flancia A | 1,031 | 103.10 |
| 26/06/09 | Photocopy;HETU, Jarvis | 1 | 0.10 |
| 26/06/09 | Photocopy;HETU, Jarvis | 79 | 7.90 |
| 26/06/09 | Laser Copy;MattesL | 110 | 11.00 |
| 26/06/09 | Laser Copy;Brown, Georgia | 1 | 0.10 |
| 28/06/09 | Laser Copy;MacFarlaneA | 216 | 21.60 |
| 29/06/09 | Laser Copy;LEGAULT | 23 | 2.30 |
| 29/06/09 | Laser Copy;KUKULOWI | 31 | 3.10 |
| 29/06/09 | Laser Copy;MATHESON | 306 | 30.60 |
| 29/06/09 | Laser Copy;MattesL | 486 | 48.60 |
| 29/06/09 | Laser Copy;BEAIRSTO | 29 | 2.90 |
| 29/06/09 | Laser Copy;NELSON M | 687 | 68.70 |
| 29/06/09 | Laser Copy;KAPLAN M | 376 | 37.60 |
| 29/06/09 | Laser Copy;KARTASHM | 137 | 13.70 |
| 30/06/09 | Rogers cell phone charges for M. Wunder from May 20 to June 18/09 | 1 | 331.27 |
| 30/06/09 | Laser Copy;MattesL | 133 | 13.30 |
| 30/06/09 | Parking for M. Wunder on June 30/09; 2009-6-30 | 1 | 5.73 |
| 30/06/09 | Laser Copy;PAUL S | 25 | 2.50 |
| 30/06/09 | Laser Copy;LEGAULT | 21 | 2.10 |
| 30/06/09 | Laser Copy;KAPLAN M | 341 | 34.10 |

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/06/09 | Laser Copy;NELSON M | 471 | 47.10 |
| 30/06/09 | Laser Copy;MacFarlaneA | 15 | 1.50 |
| | **Total** | **CDN** | **$10,496.42** |