# EXHIBIT E

NORTEL NETWORKS INC., et al.
SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
JUNE 1 - JUNE 30, 2009
(All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 61.1 | $775.00 | $47,352.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 55.7 | $775.00 | $43,167.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 26.2 | $750.00 | $19,650.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 133 | $750.00 | $99,750.00 |
| Sabine, J. | Partner | Corporate/M&A/Finance | Ontario - 1972 | 3 | $750.00 | $2,250.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 24.7 | $725.00 | $17,907.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 180.9 | $725.00 | $131,152.50 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 30.8 | $700.00 | $21,560.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 93.8 | $675.00 | $63,315.00 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 21.2 | $675.00 | $14,310.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 16.5 | $600.00 | $9,900.00 |
| Taylor, K.R. | Partner | Employment/Labour | Ontario - 1995 | 1.4 | $600.00 | $840.00 |
| Luck, D. | Partner | Information Technology/ Intellectual Property | Ontario - 1992 | 5.3 | $575.00 | $3,047.50 |
| Dietrich, J. | Associate | Financial Restructuring | Ontario - 2004 | 1.3 | $480.00 | $624.00 |
| Cooke, S. | Associate | Corporate/M&A/Finance | Ontario - 2001 | 12.5 | $450.00 | $5,625.00 |
| Barsky, J. | Associate | Taxation | Ontario - 2004 | 1.3 | $430.00 | $559.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 43.5 | $400.00 | $17,400.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 23.8 | $350.00 | $8,330.00 |
| Fitzsimmons, T | Associate | Taxation | Ontario - 2006 | 1.2 | $350.00 | $420.00 |
| Horrox, N. | Associate | Employment/Labour | Ontario - 2006 | 2.3 | $350.00 | $805.00 |
| Hetu, J | Student | Students | | 56.3 | $200.00 | $11,260.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 45.3 | $175.00 | $7,927.50 |
| | | | | | CDN. | $527,153.00 |
| | Less Non-Working Travel Time Discount (50% of $8,700.00) | | | | | ($4,350.00) |
| TOTAL | | | | 841.1 | CDN. | $522,803.00 |