IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                                    :    Chapter 11
                                                                             :
Nortel Networks Inc., et al.,[1]                              :    Case No. 09-10138 (KG)
                                                                             :
            Debtors.                                               :    Jointly Administered
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                            ) ss.
COUNTY OF NEW CASTLE )

ELISABETH M. POLIZZI, being duly sworn, deposes and says:

1. I am a law clerk with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors");

2. Pursuant to the Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors' Entry Into the Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing (the "Bidding Procedures Order") [D.I. 1012], on July 23, 2009 and July 27, 2009, I transmitted by e-mail adequate assurance information regarding bidders other than Nokia Siemens Networks B.V. to the counterparties that requested such adequate assurance information as listed on **Exhibit A** hereto; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. Pursuant to the Bidding Procedures Order, on July 27, 2009, I transmitted by e-mail the Notice of Filing of Successful Bid to the parties listed on **Exhibit A** hereto.

*Elisabeth M. Polizzi*
Elisabeth M. Polizzi

Sworn to before me this
27th day of July, 2009

*M. Naimoli*
Notary Public, State of Delaware

THERESA MARIE NAIMOLI
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 5, 2009