# EXHIBIT A

**Notice of Adequate Assurance**

7/23 Distribution

panos@craigmacauley.com
krahbany@craigmacauley.com
merritt.pardini@kattenlaw.com
dtwomey@sidley.com
young@wildman.com
molson@wildman.com
heilmanl@ballardspahr.com
Pollack@ballardspahr.com
dustin.branch@kattenlaw.com
maugustine@ciardilaw.com
mlastowski@duanemorris.com
nancy.loftus@fairfaxcounty.gov
wbowden@ashyby-geddes.com
sreisman@curtis.com
jdrew@curtis.com
bfallon@morrisjames.com
dswan@mcguirewoods.com

7/27 Distribution

gnovod@kramerlevin.com
jbarlekamp@kramerlevin.com
ntucker@kramerlevin.com

**Notice of Successful Bidder**

panos@craigmacauley.com
krahbany@craigmacauley.com
merritt.pardini@kattenlaw.com
dtwomey@sidley.com
young@wildman.com
molson@wildman.com
heilmanl@ballardspahr.com
Pollack@ballardspahr.com
dustin.branch@kattenlaw.com
maugustine@ciardilaw.com
mlastowski@duanemorris.com
nancy.loftus@fairfaxcounty.gov
wbowden@ashyby-geddes.com
sreisman@curtis.com
jdrew@curtis.com
bfallon@morrisjames.com
dswan@mcguirewoods.com
gnovod@kramerlevin.com
jbarlekamp@kramerlevin.com
ntucker@kramerlevin.com