IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 1168]

PLEASE TAKE NOTICE that on July 27, 2009, REDACTED copies of the **Notice of Filing Of Master Notices Of Assignment Of Contracts And Assumption Of Unexpired Leases In Connection With The Proposed Sale Of Certain Assets Of Debtors' CDMA and LTE Business By Nortel Networks (CALA) Inc.** (D.I. 1168, Filed 7/27/09) were served in the manner indicated on the entities identified on the service list attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that on July 27, 2009, UNREDACTED copies of the **Notice of Filing Of Master Notices Of Assignment Of Contracts And Assumption Of Unexpired Leases In Connection With The Proposed Sale Of Certain Assets Of Debtors' CDMA and LTE Business By Nortel Networks (CALA) Inc.** (D.I. 1168, Filed 7/27/09) were served in the manner indicated on the entities identified on the service list attached hereto as Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: July 27, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3041459.1