# **<u>EXHIBIT B</u>**

# SERVICE LIST

**VIA HAND DELIVERY**

Sarah E. Pierce
Gregg M. Galardi
Skadden, Arps, Slate, Meagher
   & Flom LLP & Affiliates
One Rodney Square
P.O. Box 636
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway
Peter J. Duhig
BUCHANAN INGERSOLL & ROONEY
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**

N. Lynn Hiestand
Skadden, Arps, Slate, Meagher
   & Flom LLP & Affiliates
Four Times Square
New York, NY 10036

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP,
One Bryant Park
New York, NY 10036

Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006

Ken Coleman
Lisa Kraidin
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020