## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-10138-KG |
| NORTEL NETWORKS, INC. ) | |
| ) | |
| Taxpayer ID: 04-2486332, ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance on behalf of the City and County of Denver, a municipal corporation, a creditor and party-in-interest herein, and requests that copies of all notices, pleadings, motions, applications, and other documents filed or served in this case (including, without limitation, all notices pursuant to Bankruptcy Rule 2002, plans, disclosure statements and U.S. Trustee's reports) be served upon the following:

Max Taylor
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
Telephone:    (720) 913-3275
Direct dial:    (720) 913-8034
Facsimile:    (720) 913-3180
E-mail:    Max.bankruptcy@denver gov.org

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) the above-mentioned creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge; (ii) this creditor's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this creditor is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments this creditor expressly reserves.

DATED this ____ day of _____, 2009.

Respectfully submitted,

CITY ATTORNEY for the City and
County of Denver

MAX TAYLOR #35403
Assistant City Attorney

By: _____
Max Taylor
Attorney for City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, Colorado 80202
Telephone:    (720) 913-3275
Direct Dial:   (720) 913-8034
Facsimile:    (720) 913-3180
E-mail:       Max.bankruptcy@denver gov.org