# CERTIFICATE OF SERVICE

I hereby certify that on this 24 day of July, 2009 true and correct copies of the above and foregoing ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS were mailed to the attached list of parties.

Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
Tax ID / EIN: 04-2486332

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

U.S. Trustee
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

City Attorney's Office