**ACUSHNET COMPANY**

July 24, 2009

US Bankruptcy Court Delaware
Attn Bankruptcy Clerk
824 North Market Street
Wilmington DE  19801

Re:  Case Number 09-10713

To Whom It May Concern:

I'm writing in reference to G I Joe's Holding Corporation. The notices regarding this case are being sent to the incorrect address.  Please send all correspondence to the following address:

>Acushnet Company
>Titleist & FootJoy
>Attn: Credit Dept.
>PO Box 965
>Fairhaven MA 02719

If there are any questions, please call 800-225-8500 Ext. 3441 or Fax: 1-508-910-8441.  Thank you in advance for your attention to this matter.

Very truly yours,

Elle Martins
Sr. Special Collections Specialist





FOOTJOY.

P.O. Box 965
Fairhaven, MA  02719-0965

508-979-2000 phone
800-577-1002 fax