IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 09-10138 (KG) |
| | : | |
| Nortel Networks, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Chapter 11 |
| | : | |
| | : | Related to: Docket No. 1131 |

**OBJECTION OF UCM/SREP – CORP WOODS, LLC TO DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET AND SHARE SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) APPROVING THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL, AND (G) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF, AND EQUITY INTERESTS IN, DEBTORS' ENTERPRISE SOLUTIONS BUSINESS, (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES AND (C) THE ASSUMPTION AND SUBLEASE OF CERTAIN LEASES**

UCM/SREP – Corp Woods, LLC ("Landlord"), by and through its undersigned counsel, hereby objects to the *Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases* ("Motion"), and in support thereof, respectfully states as follows:

## BACKGROUND

1.  Landlord and the Debtors are parties to an unexpired lease of non-residential real property ("Lease") for certain premises located at 55 Corporate Woods, 9300 West 110th Street, Overland Park, Kansas 66210.

2.  On July 20, 2009, the Debtors filed the Motion in which they seek, among other things, to establish bidding procedures ("Procedures") with respect to the Debtors' proposed sale of assets relating to their Enterprise Solutions Business ("Sale") to Avaya, Inc. ("Proposed Purchaser").

3.  Pursuant to the Motion, the Debtors are seeking approval of the following deadlines with respect to the Sale: (a) Qualified Bids due by September 4, 2009; (b) Auction to be conducted on September 11, 2009; (c) Sale hearing scheduled for September 15, 2009; (d) Sale objections due by September 4, 2009, for all objections to the relief requested in the Motion pertaining to the Sale, except for objections related to the assumption and assignment of leases.

4.  With respect to the assumption and assignment of leases, the Procedures will require the Debtors to serve a notice within 50 days of the "Signing Date" to affected parties via first class mail which will set forth a statement as to the Proposed Purchaser's ability to perform under the lease and a proposed cure amount. Landlords will then have 10 days from the date of service to object to any matter pertaining to the proposed assumption and assignment.

## OBJECTION

5.  Landlord objects to the proposed Procedures to the extent they require the Debtors to serve a notice of proposed assumption and assignment upon the Landlord by

first class mail. Any notice that pertains to the proposed assumption and assignment of the Lease should be filed and served upon the Landlord and its undersigned counsel by overnight courier, facsimile and/or email to insure appropriate and prompt receipt of the notice, and to provide the Landlord with adequate opportunity to consider and respond to the notice.

6. Landlord further objects to the proposed Procedures to the extent that they do not place an affirmative duty upon the Debtors to provide the Landlord with adequate assurance of future performance information for any proposed assignee other than the Proposed Purchaser. As currently proposed, if the Proposed Purchaser is not the successful bidder following the scheduled auction, the Debtors have reserved the right to modify the Procedures as they pertain to the assumption and assignment of leases. However, the Debtors have not committed to providing adequate assurance information with respect to any bidder other than the Proposed Purchaser.

7. The Debtors should be required to provide Landlord with information prior to the hearing to consider approval of the Sale and, based on the timeline proposed by the Debtors, no later than 24 hours after a bid has been deemed a "Qualified Bid" by the Debtors. Further, the Debtors should be required to provide adequate assurance information to the Landlord and to Landlord's undersigned counsel by overnight courier, via facsimile and/or email. Additionally, the Debtors should be required to file a notice of the results of the auction immediately upon conclusion of the auction.

8. To the extent consistent with the terms of the Lease and the arguments that are raised herein, Landlord hereby joins in the objections filed by other landlords to the Procedures.

WHEREFORE, Landlord respectfully requests that the Court enter an order that (i) denies the Motion or modify the proposed Procedures consistent with the foregoing and (ii) grants Landlord such further and additional relief as the Court may deem just and proper.

Dated: July 28, 2009

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19801
(302) 658-9141
*Attorneys for UCM/SREP – Corp Woods, LLC*

4