## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on the 28th day of July, 2009, I served a true and correct copy of *Objection of UCM/SREP-Corp Woods, LLC to Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset and Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal, and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests In, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases* upon the parties listed below in the manner indicated.

Christina M. Thompson (#3976)

**VIA FACSIMILE and HAND DELIVERY**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Andrew R. Remming, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
Facsimile: 302/658-3989

**VIA FACSIMILE and FIRST CLASS MAIL**
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: 212/225-3999

#705458