# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JULY 28, 2009 01:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

### *Matter:*

Disclosure Statement / Sale
**R / M #:**   1,185 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 9/2/09 @ 10 a.m.
#2 - Adjourned to 8/4/09 @ 9:00 a.m.
#3 - Adjourned to 8/18/09 @ 10:00a.m.
#4 - #7 - CNO Filed and Order Signed
#8 - ORDER SIGNED