# SIGN-IN-SHEET

| CASE NAME: | NORTEL NETWORKS INC. | COURTROOM LOCATION: 3 |
|---|---|---|
| CASE NO.: | 09-10138 - KG | DATE: 7/28/09 |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christopher J. Panos | Craig and Macauley | Nirvana |
| Jane Kim | Cleary Gottlieb | Debtors |
| James Bromley | " | " |
| Lisa Schweitzer | " | " |
| Anthony M Saccullo | Ciardi Ciardi + Astin | SNMP |
| Annie Cordo | Morris Nichols Arsht+Tunnell | Debtors |
| Derek Abbott | Morris Nichols Arsht+Tunnell | Debtors |
| Chris Samis | Richards, Layton + Finger, P.A. | Comm. Ittee |
| Fred Hodara | Akin Gump | Comm-Ittee |
| Soren Pierce | Skadden Arps | Nortel Siemens |
| Mark Ezban | Cozen O'Connor | Ericsson |
| Steve Shimshak | Paul Weiss | Ericsson |
| James Drew | Curtis Mallet | Flextronics |
| Ken Coleman | Allen & Overy | Monitor |
| Mark Kenny | U.S. Trustee | UST |
| Duane D. Werb | Werb + Sullivan | Emerson Power Embedded |

# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS INC.
CASE NO.: 09-10138 - KG

COURTROOM LOCATION: 3
DATE: 7/28/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kenneth Davis | Akin Gump | Committee |
| Ed Harron | YCS&T | Court Administrators Nortel/Nortel UK |
| Mary Caloway | Buchanan Ingersoll & Rooney | Ernst & Young as Monitor |
| Elihu E. Allinson III | Sullivan Hazeltine Allinson LLC | Motorola, Inc. |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
#### Courtroom

Calendar Date: 07/28/2009
Calendar Time: 01:00 PM

Amended Calendar 07/28/2009 10:09 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2965580 | Peg Brickley | 302-521-2266 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2970249 | Robert Burns | | Monarch Alternative Capital LP | Unknown - Update, - / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2964348 | Karol Denniston | 213-689-3830 | DLA Piper U.S., LLP - Los Angeles | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2964394 | James V. Drew | | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2973438 | Jennifer Feldsher | 212-508-6117 | Bracewell & Giuliani - New York | Interested Party, MatlinPatterson Global Advisers / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2968288 | David A. Fidler | 310-407-4080 | Klee, Tuchin, Bogdanoff & Stern, LLP | Creditor, Sanmina / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2972574 | Dom Genest | | Dom Genest In Pro Per | Creditor, Davison Kempner / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2965746 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2970241 | Darryl Laddin | | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2970019 | Tracy C. McGilley | 212-530-5316 | Nortel Networks Inc. | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2970175 | Anneliese H. Pak | 8415740 | Ropes & Gray LLP | Interested Party, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2964492 | Steven J. Reisman | | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2964467 | Turner Smith | 995-0898 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2967272 | Jennifer Stam | | Ogilvy Renault, LLP. | Defendant(s), Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2957800 | Mike Tyler | 9443555 | Sanmina-Sci Corp. | Creditor, Sanmina-Sci Corp. / LISTEN ONLY |

Serenia Taylor