# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Tiffany R. Redding of the law firm of Schiff Hardin LLP, 6600 Sears Tower, Chicago, IL 60606, to represent Anixter, Inc. in this action.

Date: 7/27/09

CAMPBELL & LEVINE, LLC

*Ayesha Chacko*
Marla R. Eskin (No. 2989)
Ayesha S. Chacko (No. 4994)
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel: (302) 426-1900
Fax: (302) 426-9947
meskin@camlev.com
achacko@camlev.com

**Counsel to Anixter, Inc.**

{D0156533.1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Illinois Bar and the U.S. District Court for the Northern District of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

*/s/ Tiffany R. Redding*
Tiffany R. Redding (Illinois No. 6297487)
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5792
Fax: (312) 248-5700
tredding@schiffhardin.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admission *pro hac vice* is granted.

Date: July 28, 2009

*/s/ Kevin Gross*
The Honorable Kevin Gross
United States Bankruptcy Judge

{D0156533.1}