IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., et al.[1], | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors | : | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Sanjay Bhatnagar, Esquire, hereby certify that on July 28, 2009, I caused a copy of the foregoing **LIMITED OBJECTION OF MATLINPATTERSON GLOBAL ADVISERS LLC TO DEBTORS' MOTION FOR APPROVAL OF BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF THE ENTERPRISE SOLUTIONS BUSINESS** to be served upon:

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006 | Morris Nichols Arsht & Tunnell LLP<br>Derek C. Abbott<br>Eric D. Schwartz<br>Ann C. Cordo<br>Andrew R. Remming<br>1201 North Market Street<br>Wilmington, DE 19801 |

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _/s/ Sanjay Bhatnagar_
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks, Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1