# SERVICE LIST

**VIA HAND DELIVERY**

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

Jeffrey C. Wisler
Christina Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
9th Floor
Wilmington, DE  19801

Christopher A. Ward
Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

Elihu E. Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE  19801

Daniel K. Astin
Anthony M. Saccullo
Mary E. Augustine
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE  19801

Brett D. Fallon
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801-1494

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE  19801

Sarah E. Pierce
Gregg M. Galardi
Skadden, Arps, Slate, Meagher
    & Flom LLP & Affiliates
One Rodney Square
P.O. Box 636
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY  40512

Christopher J. Panos, Esq.
Craig and Macauley
    Professional Corporation
Federal Reserve Building
600 Atlantic Avenue
Boston, MA  02210

Merritt A. Pardini
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022

Robert E. Nies, Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Jonathan W. Young
Mary Olson
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606-1229

David P. Bobzien
FairFax County Attorney
Nancy F. Loftus
Assistant County Attorney
12000 Government Center Parkway
Suite 549
Fairfax, VA  22035

David I. Swan
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

Steven J. Reisman
Turner P. Smith
James V. Drew
Curtis, Mallet-Prevost, Colt
    & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

- 2 -

N. Lynn Hiestand
Skadden, Arps, Slate, Meagher
    & Flom LLP & Affiliates
Four Times Square
New York, NY  10036

3044798