## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned hereby enter their appearance for and on behalf of Avaya Inc. ("Avaya"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and the undersigned hereby request, pursuant to Rules 2002 and 9001 of the Bankruptcy Rules and 11 U.S.C. § 342, that they be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the below counsel at the following addresses, facsimile numbers and e-mail addresses:

David B. Stratton, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
strattond@pepperlaw.com

Mark I. Bane, Esq.
Anne H. Pak, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
mark.bane@ropesgray.com
anne.pak@ropesgray.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein. This Notice of Appearance and Request for Notice, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of Avaya's right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Avaya is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Avaya expressly reserves.

Dated: July 29, 2009
 Wilmington, Delaware

Respectfully Submitted,

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
strattond@pepperlaw.com

-and-

Mark I. Bane, Esq.
Anne H. Pak, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
mark.bane@ropesgray.com
anne.pak@ropesgray.com


*Attorneys for Avaya Inc.*