CERTIFICATE OF SERVICE

      I, John H. Schanne, II, do hereby certify that on the 29th day of July, 2009, I did serve the foregoing **Notice of Appearance and Request for Notice** by causing a true and correct copy thereof to be served via United States mail, first class, postage pre-paid upon the following parties:

| | |
|---|---|
| Derek C. Abbott, Esq. | James L. Bromley (No. 5125) |
| Eric D. Schwartz, Esq. | Lisa M. Schweitzer (No. 1033) |
| Ann C. Cordo, Esq. | Cleary Gottlieb Steen & Hamilton LLP |
| Andrew R. Remming, Esq. | One Liberty Plaza |
| Morris, Nichols, Arsht & Tunnell LLP | New York, New York 10006 |
| 1201 North Market Street | |
| P.O. Box 1347 | |
| Wilmington, Delaware 19899-1347 | |

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

                                                /s/ John H. Schanne, II
                                                John H. Schanne, II (DE No. 5260)

#11302540 v1