# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Nortel Networks, Inc., ) | |
| ) | |
| Debtor. ) | Case No. 09-10138-KG |
| ) | |

## NOTICE OF CHANGE OF ADDRESS
## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL NOTICES AND
## DEMAND FOR SERVICE PAPER

Please take notice that the undersigned is counsel for the Universal Service Administrative Company, a creditor in the above-captioned case, and hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings in this bankruptcy case pursuant to all applicable rules, including Federal Rules of Bankruptcy Procedure 2002(a), (b), (f) and (g) and 3017(a). All notices given or required to be given in this case shall be given to and served upon Universal Service Administrative Company (USAC) as follows:

> David Capozzi
> Acting General Counsel
> Universal Service Administrative Company
> 2000 L Street, NW, Suite 200
> Washington, DC 20036

Please take notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices an documents referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Dated: July 20, 2009

David Capozzi
Acting General Counsel
Universal Service Administrative Company
2000 L Street, NW, Suite 200
Washington, DC 20036
Tel: 202.776.0200
Fax: 202.776.0080