# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Nortel Networks, Inc., | ) | |
| | ) | |
| Debtor. | ) | Case No. 09-10138-KG |
| | ) | |

## CERTIFICATE OF SERVICE

Copies of the foregoing Notice of Appearance and Request for Notice of Service, and Notice of Change of Address, have been served by certified U.S. Mail, on this 23rd day of July 2009 upon all parties on the attached Service List.

_____
David Ziebarth
Paralegal