# Service List

Andrew R. Remming
Counsel for Debtors
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE19899-1347

Thomas Patrick Tinker
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801