

JUL 2 5 2009

Santo Domingo, Dominican Republic.
July 22nd., 2009.

Honorable Judges of the
**UNITED STATES BANKRUPCY COURT**
**FOR THE DISTRICT OF DELAWARE.**
824 Market Street, Courtroom 3.
Willmington, Delaware,
United States of America.

*Reference: Case No. 09-10138 (KG)*

Honorable Judges:

**WIND TELECOM, S. A.** is a Dominican Republic corporation authorized by the Government of the Dominican Republic to provide 4G technology voice, data and video telecommunication services, with its main offices and place of business located in the corner of 27 de Febrero Avenue and Isabel Aguiar Street, Herrera Industrial Zone of the Santo Domingo Province, Dominican Republic, duly represented for the purposes of this letter by its Chief Executive Officer, Mr. Manuel E. Bonilla D., hereby formally replies the Notice of (I) Solicitation of Initial Bids, (II) Public Auction and Sale Hearing, (III) Related Relief and Dates, issued by this Honorable Court, in regards of the case in reference, dated 20 July 2009.

Through this letter, **WIND TELECOM, S. A.** would like to affirm it has *no objections* to present before this Court in regards of the legal procedures currently being followed in pursuance to Nortel Network's January 14th., 2009 voluntary petitions for relief under Chapter 11 of the United States Code or the procedures presented to this Court by Nortel Networks-CALA following such petition.

Nonetheless, **WIND TELECOM, S. A.** would like to ask of you that any solution this Court may dictate regarding the ongoing procedures recognizes current obligations that Nortel Networks-CALA still hold towards this company, specifically, those obligations arising from the Confidential Settlement Agreement and Mutual Release dated March 13th., 2009. Said Agreement establishes, in its Second Title (II. Agreement), Article 1, Nortel Networks' compromise to pay a total sum of **TWO MILLION FOUR HUNDRED DOLLARS OF THE UNITED STATES OF AMERICA AND 00/100 (US$2,400,000.00)**, as part of the agreed settlement between our two companies.

Of said Settlement Proceeds, we have received the first three (3) installments, amounting **ONE MILLION THREE HUNDRED AND FIFTY THOUSAND DOLLARS OF THE UNITED STATES OF AMERICA AND 00/100 (US$1,350,000.00)**. We are still pending payment of three (3) more



---

**WIND TELECOM, S. A.**
Prolongación Av. 27 de Febrero casi esq. Isabel Aguiar, Edificio WIND Telecom, Herrera. Santo Domingo, República Dominicana
Tel.: 829.946.3111 Fax. 829.946.3329 www.wind.com.do RNC:1-02-31596-5

Page 1



installments of **THREE HUNDRED AND FIFTY THOUNSAND DOLLARS OF THE UNITED STATES OF AMERICA AND 00/100 (US$350,000.00)** each, which become payable on the weeks of August 1st., October 1st. and November 1st., 2009.

Our soul request is that this Honorable Court guarantees that the sums owed to us are recognized by the Successful Bidder of Nortel Networks-CALA assets by means of the procedure this Court is conducting, and by doing so, that the Successful Bidder will properly fulfill its duties towards us, so that we may finalize the object of our March 13th., 2009 Agreement with Nortel Networks-CALA.

Should there be any enquiries regarding our request to this Honorable Court, **WIND TELECOM, S. A.** formally expresses its disposition to clarify or assist the Court wherever it may be considered of help toward the timely conclusion of this procedure.

With regards,

Manuel E. Bonilla D.
Executive President
**WIND TELECOM, S. A.**
Dominican Republic.

MEBD/Ehl.