## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors | : | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jennifer Feldsher, Esquire of Bracewell & Giuliani LLP, to represent MatlinPatterson Global Advisers LLC, in this action.

Dated: July **28**, 2009

Sanjay Bhatnagar (No. 4829)
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19899
Phone:  (302) 652-3131
Facsimile: (302) 652-3117

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Jennifer Feldsher (JF 9773)
**BRACEWELL & GIULIANI LLP**
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 508-6137
Facsimile: (212) 938-3837
Jennifer.Feldsher@bgllp.com

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks, Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

49909/0150-5801662.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Dated: _____ _____, 2009

_____
KEVIN GROSS
United States Bankruptcy Judge