UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
NORTEL NETWORKS, INC., ET AL                                   :   Case No. 09-10138 (KG)
                                                               :
                              Debtor.                          :   (Jointly Administered)
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Turner P. Smith of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178 to represent Flextronics Corporation and Flextronics Telecom Systems Ltd in this matter.

Dated: July 29, 2009                ASHBY & GEDDES P.A.

                                    /s/ Amanda Winfree
                                    _____
                                    William P. Bowden (I.D. #2553)
                                    Amanda M. Winfree (I.D. # 4615)
                                    500 Delaware Avenue, 8th Floor
                                    P.O. Box 1150
                                    Wilmington, DE 19899-1150
                                    Telephone: (302) 654-1888
                                    Facsimile: (302) 654-2067

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: July ____, 2009

                                    _____
                                    The Honorable Kevin Gross
                                    United States Bankruptcy Judge

{00318103;v1}

## CERTIFICATION BY TURNER P. SMITH TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Turner P. Smith, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559
tsmith@curtis.com

{00318103;v1}