## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on the 28th day of July, 2009, I caused a true and correct copy of the forgoing document to be served upon the attached service by U.S. mail, postage prepaid, unless otherwise indicated.

*/s/ Amanda M. Winfree*
Amanda M. Winfree (#4615)

**Nortel 2002 Service Labels**
**Label# 5162**

**VIA HAND DELIVERY**
Derek Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Christopher S. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Tobey M. Daluz Esq., Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801

**VIA HAND DELIVERY**
James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA HAND DELIVERY**
Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

James L. Bromley
Lisa M. Schweitzer
Clear Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**VIA HAND DELIVERY**
Christopher A. Ward Esq., Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

**VIA HAND DELIVERY**
United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest,   14459
ROMANIA

| | |
|---|---|
| Chief Legal Officer<br>Luxoft<br>10-3, 1-Volokolamsky proezd<br>Moscow, 123060<br>RUSSIA | Kumudha Sridharan<br>Wipro Technologies<br>Plot 72, Keonics Electronic City<br>Hosur Main Road<br>Bangalore, 561229<br>INDIA |
| Dr. A.L. Rao<br>Wipro Technologies<br>No. 8, 7 "Main 1" Block<br>Koramangala<br>Bangalore, 560034<br>INDIA | Chief Legal Officer<br>Wipro Systems Ltd.<br>40 1A Lavelle Road<br>Bangalore, 560001<br>INDIA |
| Aaron K. Hammer, Esq.<br>Devon J. Eggert, Esq.<br>Freeborn & Peters, LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Chief Legal Officer<br>GFI Inc.<br>180 Ave Labrosse<br>Pointe Claire, Quebec H9R 1A1<br>CANADA |
| Michael Clarke<br>Flextronics America LLC<br>2090 Fortune Drive<br>San Jose, CA 95131 | Michael Clarke<br>Flextronics International Europe BV<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| SEAL Consulting<br>Attn: Chief Legal Officer<br>105 Field Crest Avenue<br>Edison, NJ 08837 | Hayward D. Fisk Esq.<br>Computer Science Corporation<br>2100 East Grand Avenue<br>El Segundo, CA 90245 |
| Ned Nelson<br>Advanced Information Management<br>P.O. Box 1150<br>Collierville, TN 38027-1150 | Infosys Technologies Ltd.<br>Plot No 45 & 46 Electronics<br>Bangalore, KA 560100<br>INDIA |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 | Cliff Plaxco<br>Computer Science Corporation<br>3170 Fairview Park Drive<br>Falls Church, VA 22042 |

{0268299;v1}

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Joe Adams
Jabil Circuit Inc (GDL)
10560 Dr Martin Luther King Jr. Street
St. Petersburg, FL 33716-3718

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094-0430

Attn: President
Tata Consultancy Services
Park West II Kulupwadi Road
Mumbai, 400066
INDIA

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX 75201

Head of Sales - Communications &
Product Services
Infosys Technologies Ltd.
34760 Campus Drive
Fremont, CA 94555

Doug Alteen
JDS Uniphase Corporation
3000 Merivale Road
Ottawa, Ontario K2G 6N7
CANADA

Stephane Lupien
Export Development Canada
151 O'Connor Street
Ottawa, Ontario K1A 1K3
CANADA

Michael Clarke
Flextronics
2090 Fortune Drive
San Jose, CA 95131

Gerald J. Parsons
Communications Test Design Inc.
1373 Enterprise Drive
West Chester, PA 19380

Glow Networks
2140 Lake Park Boulevard
Richardson, TX 75080-2290

Michael Clarke
Flextronics Sales & Marketing North
2090 Fortune Drive
San Jose, CA 95131

EPIQ Bankruptcy Solutions, LLC
Attn: Nortel Networks, Inc., et al.
Grand Central Station
P.O. Box 4601
New York, NY 10163-4601

Chief Legal Officer
Coams Inc.
175 W. Jackson
Suite 1750
Chicago, IL 60604

{0268299;v1}

Michael Clarke
Flextronics International
2090 Fortune Drive
San Jose, CA 95131

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY 10504

Chief Legal Officer
Johnson Controls Inc.
2215 York Road
Oak Brook, IL 60523

Jane B. Stranch
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN 37201-1631

Chief Legal Officer
Emerson Network Power Embedded
2900 South Diablo Way
Tempe, AZ 85282-3214

Chief Legal Officer
Wistron InfoComm Technology Corp.
800 Parker Square
Flower Mound, TX 75028

Office of the General Counsel
Pension Benefit Guaranty Corporation
Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington, DC 20005-4026

Michael Clarke
Flextronics Logistics USA Inc.
2090 Fortune Drive
San Jose, CA 95131

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Senior Vice President &
Chief Financial Officer
Airspan Communications Ltd.
777 Yamato Road
Suite 105
Boca Raton, FL 33431

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Mike Cordova
McCann Erickson San Francisco
600 Battery Street
San Francisco, CA 94941

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center, Suite 400
New York, NY 10281-1022

Chief Legal Officer
TEKsystems Inc.
7437 Race Road
Hanover, MD 21076-111

{0268299:v1}

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Chief Legal Officer
Covergence Inc.
One Clock Tower Place
Maynard, MA 01754

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Ste 300
San Antonio, TX 78205

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St, Ste 400
West Chester, PA 19382

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St, 9th Fl
Boston, MA 02110

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway, 47th Fl
New York, NY 10019

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA 22102-4215

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA 94104

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

| | |
|---|---|
| Howard S. Steel Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Jennifer V. Doran Esq.<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109 |
| Scott K. Brown Esq.<br>Lewis and Roca LLP<br>40 North Central Ave<br>Ste 1900<br>Phoenix, AZ 85004 | David S. Curry Esq.<br>Craig E. Reimer Esq.<br>Mayer Brown LLP<br>71 South Wacker Dr<br>Chicago, IL 60606 |
| Terry Zale<br>Flextronics International<br>305 Interlocken Pkwy<br>Broomfield, CO 80021 | Andrew D. Shaffer Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| J. Scott Douglass Esq.<br>909 Fannin<br>Ste 1800<br>Houston, TX 77010 | Ramona Neal Esq.<br>Hewlett-Packard Company<br>11311 Chinden Blvd<br>Mailstop 314<br>Boise, ID 83714 |
| Michael W. Binning Esq.<br>Law Office of Michael W. Binning<br>200 Oceangate, Ste 845<br>Long Beach, CA 90802-4353 | Nicholas Vianna<br>The Interpublic Group of Companies<br>1114 Avenue of the Americas, 19th Floor<br>New York, NY 10036 |