UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
(302) 573-6491    FAX (302) 573-6497

ROBERTA A. DEANGELIS                              WILLIAM K. HARRINGTON
ACTING U.S. TRUSTEE                               ASSISTANT U.S. TRUSTEE

REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF BANKRUPTCY COURT
TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the Bankruptcy Code, please schedule a meeting
of creditors for the following case(s):

**DEBTOR:**       Nortel Networks (CALA) Inc.

**CASE NO:**     09-12515 (KG) (administratively consolidated with In re Nortel
                 Networks, Inc., *et al.*, Case No. 09-10138 (KG))

**DATE:**         August 24, 2009

**TIME:**         11:00 A.M.

**LOCATION:**    **J. Caleb Boggs Federal Building, 2nd Floor, Room 2112**

          By:    /s/ T. Patrick Tinker
                 T. Patrick Tinker

     Dated: July 29, 2009

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE
TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY
PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE
REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**