U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware  19801
Tel. (302) 573-6491          Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTORS:    Nortel Networks, Inc., *et al.* (This notice applies to debtors other than Nortel Networks (CALA) Inc.)

CASE NUMBER: 09-10138 (KG)

DATE PETITIONS FILED: 1/14/2009

TIME OF MEETING THAT IS BEING CONTINUED: 4/22/2009 @ 1:00 p.m.

PLACE OF MEETING:  U. S. Federal Bldg.; 844 King Street, Room 2112, Wilmington, DE 19801

ORIGINAL 341 (a): 2/19/2009

ADJOURNED 341 TO: 8/24/2009 @ 11:00 a.m., Room 2112.

DEBTORS ATTORNEY (APPEARING): Cleary Gottlieb et al..

COUNSEL/CRED/COMM. (APPEARING):
FIRM NAME:

WITNESS (NAME & TITLE):

SCHEDULES FILED:    DATE:  N/A                         NO (X )

WHY HAVE SCHEDULES NOT BEEN FILED:   Deadlines extended.

WHEN WILL SCHEDULES BE FILED: May 2009

HAS DEBTOR FILED INTERIM REPORTS:    YES (X )         NO ( )

IF NO, WHY NOT:                N/A

WERE QUARTERLY FEES EXPLAINED:    YES (X )         NO ( )

      /s/ Patrick Tinker
      *Patrick Tinker*
      Trial Attorney

DATED: July 24, 2009          CONCLUDED ( )     CONTINUED (X )
(Date continuation date set)