# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) ) | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ANNE H. PAK

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Anne H. Pak, Esq. to represent Avaya, Inc. in the above-captioned cases.

Date: July 29, 2009
Wilmington, Delaware

/s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 777-6500
Fax: (302) 421-8390

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

#11302947 v1

Docket No. 1217
D: 7/29/09

the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

*[signature]*
Anne H. Pak, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
anne.pak@ropesgray.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: *July 29*, 2009        *[signature]*
                             Honorable Kevin Gross

#11302947 v1