**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **RE: D.I. _____** |

------------------------------------------------------------X

**ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE RELATING TO
DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 105(a) AND § 363 FOR AN
ORDER (A) APPROVING THE SIDE AGREEMENT AMONG THE
DEBTORS AND OTHER SELLERS OF NORTEL'S ENTERPRISE
SOLUTIONS BUSINESS AND (B) GRANTING RELATED RELIEF**

Upon the motion dated July 29, 2009 (the "Motion")[2] of Nortel Networks Inc. and its

affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion, pursuant to section

102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the

notice period related to the Debtors' Motion Pursuant to 11 U.S.C. § 105(a) and § 363(b) for an

order, (a) Approving the Side Agreement Among the Debtors and Other Sellers of Nortel's

Enterprise Solutions Business and (b) granting related relief (the "Side Agreement Motion");

and adequate notice of this Motion and the Side Agreement Motion having been given; and it

appearing that no other or further notice need be provided; and the Court having jurisdiction to

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

the Court having determined that consideration of the Motion is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in

the Motion establish just cause for the relief requested in the Motion, and that such relief is in the

best interests of the Debtors, their estates, their creditors and the parties in interest; the Court

having determined that "cause" exists to shorten the notice period related to this Motion; and

after due deliberation and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

    1.    The Side Agreement Motion will be considered at the hearing scheduled for

August 4, 2009 at 9:00 a.m. (Eastern Time).

    2.    Objections, if any, to the Side Agreement Motion shall be filed and served in

accordance with the Local Rules of this Court by no later than August 3, 2009 at 12:00 p.m.

(Eastern Time).

    3.    The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2009
       Wilmington, Delaware

                                  _____
                                  THE HONORABLE KEVIN GROSS
                                  UNITED STATES BANKRUPTCY JUDGE