## CERTIFICATE OF SERVICE

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Approving The Side Agreement Among The Debtors And Other Sellers Of Nortel's Enterprise Solutions Business And (B) Granting Related Relief** was caused to be made on July 29, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: July 29, 2009

                                                   Ann C. Cordo (No. 4817)

3045927.1