## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Approving A Compromise Of Controversy Between Nortel Networks Inc. And Synnex Corporation** was caused to be made on July 29, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated:  July 29, 2009

_____
Ann C. Cordo (No. 4817)

3046305.1