# EXHIBIT A

Nortel Networks Inc., *et al.*
<u>Punter Southall LLC</u>

May 8, 2009 Through June 30, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | May - June |
|---|---|---|
| 1 | Pension Advisory | 88.5 |
| 2 | Engagement/Retention Applications | 36.0 |
| **TOTAL** | | **124.5** |

**Summary of Services Rendered by Professional**

| Name | May - June |
|---|---|
| Richard Jones (Principal – London) | 19.0 |
| Simon Banks (Principal – London) | 27.5 |
| Ryan McGlothlin (Managing Director – Boston) | 41.5 |
| Dan Desmarais (Director – Boston) | 3.5 |
| Elizabeth Weston (General Counsel – London) | 15.0 |
| Jacquie Woodward (Associate Director – London) | 18.0 |
| Rachel Morley (Associate – London) | 1.0 |
| **TOTAL** | **124.5** |

Punter Southall LLC
Time Detail
May 8, 2009 through June 30, 2009

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/8/2009 | Review Docket File | 3.0 | 1 | RJ |
| 5/8/2009 | Review Nortel Financial Statements | 2.0 | 1 | RJ |
| 5/8/2009 | Review Docket File | 3.0 | 1 | SB |
| 5/8/2009 | Review Nortel Financial Statements | 2.0 | 1 | SB |
| 5/8/2009 | Review Docket File | 3.0 | 1 | RDM |
| 5/8/2009 | Review Nortel Financial Statements | 2.0 | 1 | RDM |
| 5/9/2009 | Review Potential Transaction | 2.0 | 1 | RJ |
| 5/9/2009 | Review Potential Transaction | 1.0 | 1 | RDM |
| 5/9/2009 | Review Potential Transaction | 1.0 | 1 | SB |
| 5/11/2009 | Conference call with PCA/CGSH | 1.5 | 1 | RDM |
| 5/11/2009 | Conference call with PCA/CGSH | 1.5 | 1 | DD |
| 5/11/2009 | Internal Discussions/Emails re: Nortel | 2.0 | 1 | RDM |
| 5/11/2009 | Internal Discussions/Emails re: Nortel | 2.0 | 1 | RJ |
| 5/11/2009 | Internal Discussions/Emails re: Nortel | 2.0 | 1 | SB |
| 5/11/2009 | Internal Discussions/Emails re: Nortel | 2.0 | 1 | DD |
| 5/11/2009 | Internal Discussions/Emails re: Nortel | 2.0 | 1 | JW |
| 5/12/2009 | Pre-Call prep, Conference Call on UK Pensions | 1.5 | 1 | RDM |
| 5/12/2009 | Pre-Call prep, Conference Call on UK Pensions | 1.5 | 1 | SB |
| 5/12/2009 | Pre-Call prep, Conference Call on UK Pensions | 1.5 | 1 | JW |
| 5/12/2009 | Pre-Call prep, Conference Call on UK Pensions | 1.5 | 1 | RJ |
| 5/12/2009 | Post call analysis and email exchanges on UK | 2.0 | 1 | SB |
| 5/12/2009 | Post call analysis and email exchanges on UK | 2.0 | 1 | JW |
| 5/12/2009 | Post call analysis and email exchanges on UK | 2.0 | 1 | RJ |
| 5/12/2009 | Conference call with UK tPR and Administrator | 1.0 | 1 | RJ |
| 5/12/2009 | Conference call with UK tPR and Administrator | 1.0 | 1 | SB |
| 5/12/2009 | Conference call with UK tPR and Administrator | 1.0 | 1 | JW |
| 5/13/2009 | Draft UK regulatory comfort letter | 3.0 | 1 | SB |
| 5/13/2009 | Draft UK regulatory comfort letter | 3.0 | 1 | JW |
| 5/13/2009 | Review & comment on UK regulatory comfort letter | 1.0 | 1 | RJ |
| 5/13/2009 | Review & comment on UK regulatory comfort letter | 1.0 | 1 | RDM |
| 5/14/2009 | Follow-up emails/discussion on comfort letter | 1.0 | 1 | RDM |
| 5/14/2009 | Follow-up emails/discussion on comfort letter | 1.0 | 1 | SB |
| 5/14/2009 | Follow-up emails/discussion on comfort letter | 1.0 | 1 | RJ |
| 5/14/2009 | Follow-up emails/discussion on comfort letter | 0.5 | 1 | JW |
| 5/15/2009 | Revisions to UK comfort letter | 1.0 | 1 | SB |
| 5/15/2009 | Revisions to UK comfort letter | 1.0 | 1 | JW |
| 5/18/2009 | Email exchanges w/ CGSH & PCA re comfort letter | 1.0 | 1 | RDM |
| 5/18/2009 | Email exchanges w/ CGSH & PCA re comfort letter | 1.0 | 1 | SB |
| 5/18/2009 | Email exchanges w/ CGSH & PCA re comfort letter | 0.5 | 1 | JW |
| 5/20/2009 | Email exchanges re: information requests | 1.0 | 1 | RDM |
| 5/20/2009 | Email exchanges re: information requests | 1.0 | 1 | JW |
| 5/20/2009 | Email exchanges re: information requests | 1.0 | 1 | SB |
| 5/22/2009 | Call w/ CGSH & PCA re: UK Pensions | 1.5 | 1 | RJ |
| 5/22/2009 | Call w/ CGSH & PCA re: UK Pensions | 1.5 | 1 | SB |
| 5/22/2009 | Call w/ CGSH & PCA re: UK Pensions | 1.5 | 1 | RDM |
| 5/26/2009 | Analysis of US Pension risk management strategies | 3.0 | 1 | RDM |
| 5/29/2009 | Analysis of US Pension risk management strategies | 3.0 | 1 | RDM |
| 6/4/2009 | Review of Nortel UK pension exposures | 2.0 | 1 | RJ |
| 6/22/2009 | Analysis & prep on UK pensions | 1.0 | 1 | JW |
| 6/23/2009 | Pre-call, call with Freshfields re: UK pensions | 3.5 | 1 | SB |
| 6/23/2009 | Pre-call, call with Freshfields re: UK pensions | 2.5 | 1 | JW |
| 6/24/2009 | Anlysis of UK pension situation | 2.0 | 1 | SB |
| 6/24/2009 | Anlysis of UK pension situation | 1.0 | 1 | JW |

| Total Activity 1 | 88.5 |
|---|---|

7

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/8/2009 | Review, finalize and execute engagement letter | 1.0 | 2 | RDM |
| 5/11/2009 | Receive and review retention application | 2.0 | 2 | RDM |
| 5/12/2009 | Call w/PCA re: retention application | 0.5 | 2 | RDM |
| 5/13/2009 | Review retention application | 1.0 | 2 | EW |
| 5/19/2009 | Emails re: retention application | 1.0 | 2 | RDM |
| 5/20/2009 | Call w/ PCA re: retention application | 0.5 | 2 | RDM |
| 5/22/2009 | Review revised engagement letter | 1.0 | 2 | RDM |
| 5/22/2009 | Review revised engagement letter & retention app | 1.0 | 2 | EW |
| 5/26/2009 | Review revised retention app | 1.0 | 2 | RDM |
| 5/26/2009 | Review revised retention app | 1.0 | 2 | EW |
| 5/27/2009 | Draft declaration / retention | 2.0 | 2 | RDM |
| 5/27/2009 | Emails and calls re: retention app | 2.0 | 2 | EW |
| 5/27/2009 | Emails and calls re: retention app | 1.0 | 2 | RDM |
| 6/1/2009 | Draft declaration / retention | 2.0 | 2 | RDM |
| 6/1/2009 | Emails w/ N. Salvatore | 2.0 | 2 | RDM |
| 6/1/2009 | Emails/discussions re: retention | 1.0 | 2 | SB |
| 6/1/2009 | Emails/discussions re: retention | 1.0 | 2 | JW |
| 6/2/2009 | Emails w/ N. Salvatore | 1.0 | 2 | EW |
| 6/2/2009 | Internal conflicts checks process | 1.0 | 2 | RM |
| 6/2/2009 | Internal conflicts checks process | 1.0 | 2 | RDM |
| 6/2/2009 | Internal conflicts checks process | 2.0 | 2 | EW |
| 6/3/2009 | Emails w/ N. Salvatore | 1.0 | 2 | EW |
| 6/3/2009 | Revisions to retention and declaration | 3.0 | 2 | EW |
| 6/3/2009 | Emails w/ N. Salvatore | 1.0 | 2 | RDM |
| 6/4/2009 | Review revised retention app | 1.0 | 2 | RDM |
| 6/4/2009 | Review revised retention app | 1.0 | 2 | EW |
| 6/5/2009 | Review and execute final retention app | 1.0 | 2 | RDM |
| 6/5/2009 | Review final retention app | 1.0 | 2 | EW |
| 6/25/2009 | Review/revise application for UST comments | 1.0 | 2 | EW |
| 6/25/2009 | Review/revise application for UST comments | 1.0 | 2 | RDM |

| Total Activity 2 | 36.0 |
|---|---|

| Total Activity 1 & 2 | 124.5 |
|---|---|

8