IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                            :
*In re*                                     :   Chapter 11
                                            :
Nortel Networks Inc., *et al.*,[1]          :   Case No. 09-10138 (KG)
                                            :
                          Debtors.          :   Jointly Administered
                                            :
                                            :   **RE: D.I. 994**
                                            :
-----------------------------------------------------------X

## DEBTORS' FIRST FINANCIAL SUPPORT NOTICE

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that, pursuant to paragraph 3 of the Order Authorizing the Debtors to Make Certain Transfers and Provide Financial Support to Their Non-Debtor Subsidiaries [D.I. 994] (the "Financial Support Order"),[2] Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above captioned cases (the "Debtors") hereby provide notice that NNI intends to enter into a loan agreement with Diamondware, Ltd. (a non-debtor subsidiary of NNI, "Diamondware") pursuant to which it may, at NNI's discretion, make advances to Diamondware in an aggregate amount not exceeding at any time $300,000. All amounts advanced to Diamondware will be secured by a first priority lien on substantially all of Diamondware's assets.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Financial Support Order.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to paragraph 3 of the Financial Support Order, on July 28, 2009, the Debtors provided counsel to the Committee, counsel to the Bondholder Group and the U.S. Trustee with written notice (by electronic mail) of the proposed Financial Support, including the amount and terms of the proposed Financial Support, the business purpose for the transfer and all relevant documentation supporting the Financial Support.

| | |
|---|---|
| Dated: July 29, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_/s/ Ann C. Cordo_<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors<br>and Debtors in Possession* |