## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' First Financial Support Notice** was caused to be made on July 29, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: July 29, 2009

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

3046442.1