UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re   Nortel Networks (Cala) Inc., et al (see attached list)   Case No.   09-12515(KG)
               Debtor

INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | X | X |
| Certificates of Insurance: | | |
| Workers Compensation | X | |
| Property | X | |
| General Liability | X | |
| Vehicle | X | |
| Other: | | |
| Identify areas of self-insurance w/liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
| Tax Escrow Account | | |
| General Operating Account | X | |
| Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | | |
| Other: | | |
| Retainers Paid (Form IR-2) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____             July 29/09
Signature of Authorized Individual*          Date
     officer of all debtors in attached listing

     JOHN DOOLITTLE                          Treasurer
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

## Nortel Group of Companies Filed Entities

| Company # | Company Name | Country | Type |
|---|---|---|---|

### Chapter 11 Filed Entities

| Company # | Company Name | Country | Type |
|---|---|---|---|
| 2002 | Nortel Networks (Cala) Inc. | US | Legal Entity |
| 2002 | *Nortel Networks (Cala) Inc. (Uruguay Branch)* | *US* | *FBO* |
| 2002 | *Nortel Networks (Cala) Inc. (Trinidad and Tobago Branch)* | *US* | *FBO* |
| 3270 | *Nortel Networks (Cala) Inc. (Puerto Rico Branch)* | *US* | *FBO* |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: Nortel Networks (Cala) Inc., et al.       **Case No.**     09-12515(KG)
       Debtor

## INITIAL MONTHLY OPERATING REPORT

### 12-Month Cash Flow Projection (Form IR-1)

With respect to the requirement for a 12 month cash flow projection, please note that the Company currently only has a 15 week cash flow projection (see attached). Please also note that the current 15 week cash flow projection represents the Company's current best estimate of such cash flows and will be subject to changes and adjustments.

**Nortel Networks – Jul 19, 2009**
**Cala Inc (2002) Including Branches**
**Weekly Cash Flow**
USD millions

| Receipts & Disbursements | Forecast 19-Jul-09 / 25-Jul-09 | Forecast 26-Jul-09 / 1-Aug-09 | Forecast 2-Aug-09 / 8-Aug-09 | Forecast 9-Aug-09 / 15-Aug-09 | Forecast 16-Aug-09 / 22-Aug-09 | Forecast 23-Aug-09 / 29-Aug-09 | Forecast 30-Aug-09 / 5-Sep-09 | Forecast 6-Sep-09 / 12-Sep-09 | Forecast 13-Sep-09 / 19-Sep-09 | Forecast 20-Sep-09 / 26-Sep-09 | Forecast 27-Sep-09 / 3-Oct-09 | Forecast 4-Oct-09 / 10-Oct-09 | Forecast 11-Oct-09 / 17-Oct-09 | Forecast 18-Oct-09 / 24-Oct-09 | Forecast 25-Oct-09 / 31-Oct-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | |
| Collection of Accounts Receivable | 0.5 | 5.3 | 6.1 | 5.7 | 7.0 | 6.0 | 2.7 | 1.2 | 5.3 | 6.0 | 3.3 | 5.5 | 5.5 | 5.7 | 5.5 |
| Securitization of Receivables | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate sub lease income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income from Investments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract Manufacturer Collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Loan Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Decrease / (Increase) in unavailable cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Receipts from Asset Sales | - | 0.1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Unusual Receipts | 0.6 | 0.2 | 0.1 | 0.1 | 0.1 | 2.9 | - | 0.1 | 0.1 | 0.2 | 0.9 | 0.1 | 0.1 | 2.2 | 0.1 |
| I/C Inventory Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I/C Profit Sharing Receipts | 0.0 | 0.0 | - | - | 0.0 | 0.0 | - | 0.1 | - | - | - | - | - | 0.0 | - |
| I/C Other Trade Receipts | 7.2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I/C Funding Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 8.5 | 5.5 | 6.3 | 5.7 | 7.1 | 8.9 | 2.7 | 1.3 | 5.4 | 6.2 | 4.2 | 5.6 | 5.7 | 7.9 | 5.6 |
| **Disbursements** | | | | | | | | | | | | | | | |
| Payroll (excluding Severance) | 0.1 | 1.3 | - | 1.5 | 0.1 | 0.9 | - | 1.5 | 0.1 | 0.9 | 0.1 | 1.6 | 0.1 | 0.9 | 0.1 |
| Benefits | 0.0 | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 | 0.1 | 0.0 |
| Pension | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory Purchases | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Non-Inventory Purchases | 0.0 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Employee Expenses | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Debt Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | 5.3 | - | - | - | - | - | - | - | - | - | - |
| Capex Disbursement | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dividends to 3rd parties | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Severance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - | - | - | 11.2 | - | - | - | - | 12.6 |
| DIP Loan Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I/C Inventory Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I/C Profit Sharing Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I/C Other Trade Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| I/C Funding Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | 0.7 | 2.4 | 0.5 | 2.2 | 0.8 | 1.7 | 0.5 | 2.1 | 0.8 | 12.8 | 0.7 | 2.3 | 0.9 | 1.7 | 13.4 |
| Net Cash Flow (Before FX Impact) | 7.8 | 3.1 | 5.6 | (1.9) | 6.3 | 7.3 | (0.5) | 0.8 | 4.6 | (6.6) | 3.5 | 3.3 | 4.8 | 6.2 | (7.7) |
| Adjustment to actual | | | | | | | | | | | | | | | |
| FX Impact | 0.0 | 0.0 | - | - | - | - | - | (0.6) | 0.0 | - | - | - | 0.0 | - | - |
| Net Cash Flow (After FX Impact) | 7.8 | 3.1 | 5.5 | (1.9) | 6.3 | 7.3 | (0.5) | (0.8) | 4.6 | (6.6) | 3.5 | 3.3 | 4.8 | 6.2 | (7.7) |
| Opening Available Cash Balance | 57.5 | 65.2 | 68.4 | 74.0 | 72.1 | 78.4 | 85.7 | 91.0 | 90.2 | 94.8 | 88.3 | 91.8 | 94.0 | 97.2 | 102.1 |
| Closing Available Cash Balance | 65.2 | 68.4 | 74.0 | 72.1 | 78.4 | 85.7 | 87.0 | 90.2 | 94.8 | 88.3 | 91.8 | 94.0 | 97.2 | 102.1 | 108.3 | 100.6 |

CONFIDENTIAL

7/28/2009 3:32 PM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Nortel Networks (Cala) Inc., et al.          Case No.    09-12515(KG)
         Debtor

**INITIAL MONTHLY OPERATING REPORT**

**Certificates of Insurance**

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YY):** 07/26/2009

**PRODUCER**
WILLIS
26 CENTURY BLVD.
NASHVILLE, TN 37214
TEL: 615-872-3711

Serial # B1668

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| COMPANY B | PHOENIX INSURANCE COMPANY |
| COMPANY C | |
| COMPANY D | |

**INSURED**
NORTEL NETWORKS INC.
220 ATHENS WAY, SUITE 300
NASHVILLE, TN 37228-1397

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** <br> ☐ COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS MADE ☐ OCCUR <br> ☐ OWNER'S & CONTRACTOR'S PROT | | | | GENERAL AGGREGATE <br> PRODUCTS - COMP/OP AGG <br> PERSONAL & ADV INJURY <br> EACH OCCURRENCE <br> FIRE DAMAGE (Any one fire) <br> MED EXP (Any one person) | $ <br> $ <br> $ <br> $ <br> $ <br> $ |
| | **AUTOMOBILE LIABILITY** <br> ☒ ANY AUTO <br> ☐ ALL OWNED AUTOS <br> ☐ SCHEDULED AUTOS <br> ☒ HIRED AUTOS <br> ☒ NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT <br> BODILY INJURY (Per person) <br> BODILY INJURY (Per accident) <br> PROPERTY DAMAGE | $ <br> $ <br> $ <br> $ |
| | **GARAGE LIABILITY** <br> ☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT <br> OTHER THAN AUTO ONLY: <br> EACH ACCIDENT <br> AGGREGATE | $ <br> <br> $ <br> $ |
| | **EXCESS LIABILITY** <br> ☐ UMBRELLA FORM <br> ☐ OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE <br> AGGREGATE | $ <br> $ <br> $ |
| A <br> B | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY** <br> THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: ☐ INCL ☐ EXCL | TRJUB-395J130-5-09 (AZ, HI, MA, MT, NV, OR, WI) <br> TC2KUB-395J126-2-09 (ALL OTHER STATES) | 05/15/2009 | 05/15/2010 | ☒ WC STATU-TORY LIMITS ☐ OTHER <br> EL EACH ACCIDENT <br> EL DISEASE - POLICY LIMIT <br> EL DISEASE - EA EMPLOYEE | <br> $ 1,000,000 <br> $ 1,000,000 <br> $ 1,000,000 |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
ALTEON WEBSYSTEMS INC. IS INCLUDED IN THE COVERAGE ABOVE.

**CERTIFICATE HOLDER**
TO WHOM IT MAY CONCERN

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE OPTIONAL GLOBAL FIELD**
*[signature]*
GLENDA LITIMCO

ACORD 25-S (1/95) © ACORD CORPORATION 1988
27CERTPROS.FP5

# MARSH


MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

**Certificate of Insurance**

No. 2009-368   Dated: July 26, 2009

This is to certify that the Policy(ies) of insurance listed below ("Policy" or "Policies") have been issued to the Named Insured identified below for the policy period(s) indicated. This certificate is issued as a matter of information only and confers no rights upon the Certificate Holder named below other than those provided by the Policy(ies).
Notwithstanding any requirement, term or condition of any contract or any other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the Policy(ies) is subject to all the terms, conditions and exclusions of such Policy(ies). This certificate does not amend, extend or alter the coverage afforded by the Policy(ies). Limits shown are intended to address contractual obligations of the Named Insured. Limits may have been reduced since Policy effective date(s) as a result of a claim or claims.

| Certificate Holder: | Named Insured and Address: |
|---|---|
| To Whom It May Concern | Nortel Networks Inc.<br>Nortel Networks Capital Corp.<br>Alteon Websystems International Inc.<br>Alteon Websystems Inc.<br>Architel Systems (U.S.) Corp<br>CoreTek Inc.<br>Nortel Networks Applications Management Solutions Inc.<br>Nortel Networks Cable Solution Inc.<br>Nortel Networks HPOCS Inc.<br>Nortel Networks International Inc.<br>Nortel Networks Optical Components Inc.<br>Northern Telecom International Inc.<br>QTERA Corp<br>Sonoma Systems<br>XROS Inc. |

**This certificate is issued regarding:**

| Type(s) of Insurance | Insurer(s) | Policy Number(s) | Effective/ Expiry Dates | Sums Insured Or Limits of Liability | |
|---|---|---|---|---|---|
| Comprehensive General Liability | Zurich American Insurance Company | GLO-8239490-13 | May 15, 2009 to May 15, 2010 | Each Occurrence (inclusive bodily injury and/or property damage) | US $2,000,000 |
| | | | | Products & Completed Operations Aggregate | US $2,000,000 |
| | | | | Annual Aggregate | US $2,000,000 |
| Property | Zurich Insurance Company of Canada<br>AIG Commercial Insurance Company of Canada<br>ACE INA Insurance<br>Chubb Insurance Company of Canada<br>Catlin Canada Inc.<br>Lloyd's Underwriters | MMEP 0284 | Nov 1, 2008 to Nov 1, 2009 | Limit | US $100,000,000 |

**Special Conditions:**
The Zurich American Insurance Company, policy number GLO823949013, placement was made by Seabury & Smith, Inc. (Marsh Commercial Business Center) - San Antonio, Texas. Marsh Canada Limited has only acted in the role of a consultant to the client with respect to this placement, which is indicated here for your convenience.

**Notice of cancellation:**
The Insurer(s) affording coverage under the policies described herein will not notify the certificate holder named herein of the cancellation of such coverage.

| | **MARSH CANADA LIMITED** |
|---|---|
| Marsh Canada Limited<br>TD Canada Trust Tower, Brookfield Place<br>161 Bay Street, Suite 1400<br>Toronto, ON M5J 2S4<br>Telephone (416) 868-7240<br>Fax (416) 868-7360<br>michael.provost@marsh.com | *Michael Provost* (signature)<br>Michael Provost |

# ACORD CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YY):** 07/26/2009

**PRODUCER** — Serial # B1669
WILLIS
26 CENTURY BLVD.
NASHVILLE, TN 37214
TEL: 615-872-3711

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

## COMPANIES AFFORDING COVERAGE

**COMPANY A:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
**COMPANY B:** PHOENIX INSURANCE COMPANY
**COMPANY C:**
**COMPANY D:**

**INSURED:**
NORTEL NETWORKS INC.
220 ATHENS WAY, SUITE 300
NASHVILLE, TN 37228-1397

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | GENERAL AGGREGATE | $ |
| | [ ] COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS - COMP/OP AGG | $ |
| | [ ] CLAIMS MADE [ ] OCCUR | | | | PERSONAL & ADV INJURY | $ |
| | [ ] OWNER'S & CONTRACTOR'S PROT | | | | EACH OCCURRENCE | $ |
| | | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | | MED EXP (Any one person) | $ |
| A | **AUTOMOBILE LIABILITY** | TC2JCAP395J1237-09 | 05/15/2009 | 05/15/2010 | COMBINED SINGLE LIMIT | $ 1,000,000 |
| | [X] ANY AUTO | | | | | |
| | [ ] ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | [ ] SCHEDULED AUTOS | | | | | |
| | [X] HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | [X] NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | [ ] ANY AUTO | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | [ ] UMBRELLA FORM | | | | AGGREGATE | $ |
| | [ ] OTHER THAN UMBRELLA FORM | | | | | $ |
| | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY** | | | | [X] WC STATUTORY LIMITS [ ] OTHER | |
| | THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [ ] EXCL | | | | EL EACH ACCIDENT | $ |
| | | | | | EL DISEASE - POLICY LIMIT | $ |
| | | | | | EL DISEASE - EA EMPLOYEE | $ |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
NORTEL NETWORKS CAPITAL CORP., ALTEON WEBSYSTEMS INTERNATIONAL INC., ALTEON WEBSYSTEMS INC., ARCHITEL SYSTEMS (U.S.) CORP, CORETEK INC., NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC., NORTEL NETWORKS CABLE SOLUTION INC., NORTEL NETWORKS HPOCS INC., NORTEL NETWORKS INTERNATIONAL INC., NORTEL NETWORKS OPTICAL COMPONENTS INC., NORTHERN TELECOM INTERNATIONAL INC., QTERA CORP, SONOMA SYSTEMS, XROS INC. ARE INCLUDED IN THE COVERAGE ABOVE.

## CERTIFICATE HOLDER
TO WHOM IT MAY CONCERN

## CANCELLATION
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE OPTIONAL GLOBAL FIELD
GLENDA LITIMCO

ACORD 25-S (1/98)
© ACORD CORPORATION 1988
27CERTPROS.FP5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Nortel Networks (Cala) Inc., et al.          Case No.     09-12515(KG)
         Debtor

INITIAL MONTHLY OPERATING REPORT

Evidence of Debtor in Possession Bank Accounts

General Operating Account

**EXHIBIT B**

| Bank | Location | Beneficiary | Account Purpose | Account Number |
|---|---|---|---|---|
| Citibank | Cerrito 455 C.P. 11000 Montevideo, Uruguay | Nortel Networks (CALA) Inc. (Uruguay Branch) | Collections | X/XXXXXX/627 |
| Citibank | Cerrito 455 C.P. 11000 Montevideo, Uruguay | Nortel Networks (CALA) Inc. (Uruguay Branch) | Bridge Account for Supplier Payments | X/XXXXXX/619 |
| Citibank | Cerrito 455 C.P. 11000 Montevideo, Uruguay | Nortel Networks (CALA) Inc. (Uruguay Branch) | Collections and Supplier Payments | X/XXXXXX/007 |
| Citibank | 1 Penn's Way New Castle, DE, USA | Nortel Networks (CALA) Inc. | Supplier Payments | XXXXXX828 |
| Citibank | 111 Wall Street New York, NY, USA | Nortel Networks (CALA) Inc. | Collections | XXXXXXX672 |
| Citibank | 1 Citibank Drive Rio Piedras, Puerto Rico | Nortel Networks (CALA) Inc. (Puerto Rico Branch) | Collections | XXXXXXX028 |

[New York #2083823 v1]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Nortel Networks (Cala) Inc., et al.              Case No.      09-12515(KG)
            Debtor

## INITIAL MONTHLY OPERATING REPORT

### Retainers Paid (Form IR-2)

In re: Nortel Networks (Cala) Inc., et al
Debtor

Case No. 09-12515(KG)
Reporting Period: Initial Report

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| No retainers were paid to professionals pursuant to this filing. | | | | | | |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)