```
              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF DELAWARE

                                    .
IN RE:                              .    Chapter 11
                                    .
Nortel Networks, Inc.               .
et al.,                             .
                                    .
        Debtor(s).                  .    Bankruptcy #09-10138 (KG)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


                        Wilmington, DE
                         May 20, 2009
                          10:00 a.m.


             TRANSCRIPT OF OMNIBUS HEARING
          BEFORE THE HONORABLE KEVIN GROSS
             UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For The Debtor(s):              Ann C. Cordo, Esq.
                                Morris Nichols Arsht
                                & Tunnell, LLP
                                1201 N. Market St.-18th Fl.
                                Wilmington, DE 19899

                                James L. Bromley, Esq.
                                Cleary Gottlieb Steen
                                & Hamilton, LLP
                                One Liberty Plaza
                                New York, NY 10006

                                Katherine M. Weaver, Esq.
                                Cleary Gottlieb Steen
                                & Hamilton, LLP
                                One Liberty Plaza
                                New York, NY 10006
```

| | |
|---|---|
| **For The Official Committee:**<br>**Of Unsecured Creditors** | Fred Hodara, Esq.<br>Akin Gump Srauss Hauer<br>& Feld, LLP<br>One Bryant Park<br>New York, NY 10036 |
| | Chris Samis, Esq<br>Richards Layton & Finger, PA<br>One Rodney Square<br>Wilmington, DE 19801 |
| **For Quest:** | Kathleen A. Murphy, Esq.<br>Reed Smith, LLP<br>1201 Market Street-Ste. 1500<br>Wilmington, DE 19801 |

**(Via telephone)**

| | |
|---|---|
| **For Nortel, UK:** | Thomas F. Kokalas, Esq.<br>Bracewell & Giuliani<br>19th Fl.<br>1177 Ave. Of the Americas<br>New York, NY 10036 |
| | Katherine Lindsay, Esq.<br>Bracewell & Giuliani<br>225 Asylum Street-Ste. 2600<br>Hartford, CT 06103 |
| **For Silver Lake Capital:** | Anneliese H. Pak, Esq.<br>Ropes & Gray, LLP<br>One International Plaza<br>Boston, MA 02110 |
| **For Verizon Communications:** | Darryl Laddin, Esq.<br>Arnall Golden & Gregory, LLP<br>171  17th St., NW<br>Atlanta, GA 30363 |
| **Audio Operator:** | Jennifer Pasierb |
| **Transcribing Firm:** | Writer's Cramp, Inc.<br>6 Norton Rd.<br>Monmouth Jct., NJ 08852<br>732-329-0191 |

**Proceedings recorded by electronic sound recording, transcript produced by transcription service.**

| | |
|---|---|
| 1 | THE CLERK: Please rise. |
| 2 | THE COURT: Good morning everyone. Thank you. |
| 3 | Please be seated. Ms. Cordo, good morning. |
| 4 | MS. CORDO: Good morning, Your Honor. Annie Cordo |
| 5 | from Morris Nichols Arsht & Tunnell on behalf of the Debtors. |
| 6 | THE COURT: Yes. |
| 7 | MS. CORDO: We have a pretty quick agenda for you |
| 8 | today so I think I will turn it over to Mr. Bromley, and -- |
| 9 | unless Your Honor has any questions for us. |
| 10 | THE COURT: That will be fine. Thank you, Ms. Cordo. |
| 11 | Mr. Bromley, welcome back. |
| 12 | MR. BROMLEY: Thank you very much, Your Honor. It's |
| 13 | a pleasure -- |
| 14 | THE COURT: Welcome. |
| 15 | MR. BROMLEY: -- to be back. |
| 16 | ALL: Good morning. |
| 17 | THE COURT: Good morning to all counsel, Mr. Hodara, |
| 18 | Mr. Samis. |
| 19 | MR. BROMLEY: Your Honor, we have, as I said -- as |
| 20 | Ms. Cordo said -- a very brief agenda today, but I would like |
| 21 | to take the opportunity to introduce you to one of our other |
| 22 | members of our team who would walk you through the agenda |
| 23 | letter, if you don't mind. |
| 24 | THE COURT: That would be fine. |
| 25 | MR. BROMLEY: I'd like to introduce Kate Weaver to |

1  the Court.
2           THE COURT:  Thank you.  Ms. Weaver, welcome to you.
3  It's good to have you here.
4           MS. WEAVER:  Good morning, Your Honor.  It's good to
5  be here, thank you.  Kate Weaver from Cleary, Gottlieb, Steen &
6  Hamilton for the Debtors --
7           THE COURT:  Yes.
8           MS. WEAVER:  -- and if I may, Your Honor, I'll just
9  walk through the agenda for this morning.  We do have several
10 matters that have been continued.  The first three items on the
11 agenda, the Andrew, LLC Administrative Claim Motion, the
12 American Express Travel Set-off Motion, and the Anixter
13 Incorporated Administrative Claim Motion have all been
14 adjourned to the June 11th hearing.
15          THE COURT:  Okay.
16          MS. WEAVER:  Agenda item #4 is the Debtor's Motion
17 Amending the Case Caption.
18          THE COURT:  Yes.
19          MS. WEAVER:  That was uncontested and a Certificate
20 of No Objection was filed, and I believe you signed that order
21 yesterday.
22          THE COURT:  I did --
23          MS. WEAVER:  Thank you, Your Honor.
24          THE COURT:  -- yes, Ms. Weaver.
25          MS. WEAVER:  We do have two uncontested matters going

1   forward this morning.  Agenda item #5 is the Debtor's Motion to
2   Extend the Plan Exclusivity Period, and Mr. Bromley will be
3   presenting that motion.  But before I turn over the floor to
4   him, if I may, Your Honor, just go on to the last item on the
5   agenda, which is the Debtor's Motion to File certain portions
6   of their schedules under seal.
7             THE COURT:  Yes.
8             MS. WEAVER:  We do have a revised order for you which
9   resolves certain comments that we received from the U.S.
10  Trustee and a Nortel customer, and I believe Ms. Cordo will
11  bring that up.
12            THE COURT:  Okay.  Ms. Cordo, please.  Thank you.
13  All right.
14            MS. CORDO:  Here you go, Your Honor.
15     (The Court receives document)
16            THE COURT:  Oh, thank you, Ms. Cordo.  Let me just
17  look here at the blackline.  Okay.
18            MS. WEAVER:  I'm happy to make a few comments on it
19  if it's helpful.
20            THE COURT:  Please, why don't you, Ms. Weaver, thank
21  you.
22            MS. WEAVER:  As you know, Your Honor, the Debtors are
23  required to file certain schedules, and pursuant to your order,
24  the dormant entities filed their schedules April 20th --
25            THE COURT:  Yes.

1          MS. WEAVER:  -- the active entities will be filing on
2    or before May 29th, and we anticipate that the schedules will
3    contain certain customer information, including customer
4    identities and certain executory contracts that the customers
5    have with the Debtors.  We posit that customer identities are
6    one of the Debtor's most important assets, and we submit that
7    we may risk unfair competition and potentially even some
8    customer relationships if this information is made public, so
9    as a result, the Debtors request authorization to submit
10   redacted schedules to the Court for filing on the public docket
11   and authorization to submit unredacted versions both to file
12   under seal with the Clerk, and we will also be giving
13   unredacted versions to the U.S. Trustee and the Committee.
14         THE COURT:  Excellent.
15         MS. WEAVER:  We do request an order that these
16   unredacted versions remain under seal and confidential unless
17   the Debtors consent otherwise.
18         THE COURT:  All right.  I certainly -- I appreciate
19   the sensitivity of the information, and I don't know -- and it
20   sounds like the Committee, and the Clerk, and the U.S. Trustee
21   will be getting unredacted copies, so that certainly enables
22   them to perform their functions.  I assume the Committee does
23   not have any objection, or would the Committee like to be heard
24   on this?
25         MR. HODARA:  Your Honor, we have no objection, thank

1  you.  May I just confer with counsel for one moment?
2            THE COURT:  You certainly may, Mr. Hodara.  Thank
3  you.
4       (Counsel confer)
5            MS. WEAVER:  Counsel has just informed me that there
6  is a small typo in the redline of the motion and the revised
7  motion -- so I apologize for that -- in paragraph 7.  Hopefully
8  that will not be too much of a problem.  And just with regard
9  to the two comments that we received.  We received one comment
10 from a Nortel customer, and we have agreed that, upon a
11 customer's request, the Debtors will provide the unredacted
12 portion of the schedule pertaining to that customer's
13 information.
14           THE COURT:  Okay.
15           MS. WEAVER:  And we also received and have had
16 discussions with the U.S. Trustee on this issue, and the U.S.
17 Trustee and the Debtors have agreed that the U.S. Trustee will
18 have 20 days to review the unredacted portions, and if the U.S.
19 Trustee believes that certain of that information should not be
20 under seal, the U.S. Trustee and the Debtors will confer, and
21 if a resolution can not be reached, we will come back to the
22 Court for a hearing.
23           THE COURT:  Absolutely.  That's fine.  Do you want to
24 point out the typo to me and I'll make the correction, or is it
25 --

1           MS. WEAVER:  Let's see -- I have not -- "Debtors" --
2  it's the third line of --
3           THE COURT:  Yes.
4           MS. WEAVER:  -- paragraph 7, "whether the information
5  subject to dispute shall continue," there shouldn't be a "d" on
6  the end of continue.
7           THE COURT:  Okay.
8           MS. WEAVER:  So "shall continue to be sealed."
9           THE COURT:  Line -- did you say line 3 of paragraph
10 7?
11          MS. WEAVER:  I'm sorry, Your Honor.  It's the third
12 line from the bottom.
13          THE COURT:  Oh, okay.
14          MS. WEAVER:  "The Debtors shall file a Notice of
15 Hearing" --
16          THE COURT:  There it is, "for the continued sealing"
17 -- oh, there it is, I'm sorry, yes.  Let me make that just
18 little correction and --
19          MS. WEAVER:  Thank you, Your Honor.  I apologize for
20 that.
21          THE COURT:  It's no problem. Here it is. Okay. As
22 I said, I think that there is cause for this relief, and there
23 are certainly mechanisms to address any issues that may arise
24 which are satisfactory to me, and as a result, I'm going to
25 grant the motion and sign the order.

1        MS. WEAVER:  Thank you, Your Honor.  And with that, I
2   will turn the floor back over to Mr. Bromley.
3        THE COURT:  Okay.  Thank you.
4        MS. WEAVER:  Thank you.
5        THE COURT:  Thank you, Ms. Weaver.  All right.
6        MR. BROMLEY:  Thank you, Your Honor.  That reminds me
7   of one of the first times I appeared in Bankruptcy Court.  I
8   was presenting the motion, and as I got to the end, the Judge
9   said -- this was in the Pan Am bankruptcy -- and he said, I'm
10  perfectly happy to grant the relief, but I'll note that your
11  prayer for relief asks for it for Continental Airlines.
12       (Laughter)
13       THE COURT:  Understandable, though, right, and nobody
14  caught it?
15       MR. BROMLEY:  Other than the Judge, but --
16       THE COURT:  Yes.
17       MR. BROMLEY:  -- the order was -- had the right
18  Debtor.  Your Honor, we're here today on an uncontested basis
19  with the Debtor's First Motion to Extend the Exclusivity
20  Period.
21       THE COURT:  Yes.
22       MR. BROMELY:  The Debtors, as you recall, filed these
23  cases on January 14th.  The exclusive period for filing a plan
24  would have expired on May 14th but for the filing of this
25  motion, and the motion seeks to extend the exclusive period for

1  filing a plan through the 11th of September and the time for
2  soliciting a plan through the 10th of November.  Your Honor, we
3  did have a witness who was available to testify but we had a
4  problem with the link.  And as it turns out, we didn't need it,
5  but that -- the person who was available was Mr. Doolittle, the
6  Treasurer, who was here in Court on the first day of the case -
7  -
8            THE COURT:  Yes.
9            MR. BROMLEY:  -- and had submitted the initial
10 declarations in support.  Your Honor, as the prior motion
11 indicated, we are moving through the typical things that we
12 have to move through, including the filing of the schedules.
13 It is a complicated case, and we, as our Chambers conference
14 indicated, have some issues as well that we're working through
15 on -- hopefully on a consensual basis.  But nevertheless, we
16 have reserved dates at the end of this month in case we're not
17 able to resolve it on a consensual basis.  But nevertheless,
18 Your Honor, the Debtors are moving with all due expedition to
19 try to resolve these cases as quickly as possible, and we have
20 been and continue to be in active conversations with the
21 Official Committee of Unsecured Creditors, as well as our
22 Bondholder Committee.
23       So, Your Honor, with that, and without -- unless Your
24 Honor has any questions, we would rest on the papers and ask
25 that the order be entered.

```
 1            THE COURT:  Mr. Bromley, I'm certainly satisfied that
 2   the motion should be granted.  This is a very involved case,
 3   significant issues.  I am certainly aware of the significant
 4   and substantial amount of work that's been done by Debtor and
 5   Debtor's counsel and by the Committee, and I think that
 6   exclusivity -- the continuation of exclusivity will certainly
 7   be of great assistance in hopefully what will be a successful
 8   reorganization.  So I find that there is cause for the relief
 9   requested, and I will grant the motion, and I'll be pleased to
10   sign the order.
11            MR. BROMLEY:  Thank you very much, Your Honor.
12            MS. CORDO:  May I approach?
13            THE COURT:  Yes, you may, Ms. Cordo.  Thank you.
14   It's good to see you.
15       (The Court receives document)
16            THE COURT:  Mr. Bromley, is there anything further
17   that you wish to discuss at this point?
18            MR. BROMLEY:  No, Your Honor, though at this -- if
19   the Court's systems aren't working too well.  The Nortel
20   Enterprise group would certainly be willing to come by and give
21   you a quote.
22       (Laughter)
23            THE COURT:  I will certainly make that note to the
24   responsible parties.
25            MR. BROMLEY:  Thank you very much, Your Honor.
```

```
                                                              12

1            THE COURT:  Yes, and I appreciate everyone's

2   appearance here, and I'm pleased that the case obviously is

3   moving forward in the good hands of counsel for the Debtors and

4   the Committee, and with that, we will stand in recess, and good

5   day everyone.  Thank you.

6            ALL:  Thank you, Your Honor.

7       (Court adjourned)

8

9                           CERTIFICATION
10  I certify that the foregoing is a correct transcript from the
11  electronic sound recording of the proceedings in the above-
12  entitled matter.
13
14  Lewis Parham                                      7/22/09
15  _____               _____
16  Signature of Transcriber                         Date
```