```
                UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF DELAWARE

                                    .
IN RE:                              .    Chapter 11
                                    .
Nortel Networks, Inc.               .
et al.,                             .
                                    .
          Debtor(s).                .    Bankruptcy #09-10138 (KG)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


                         Wilmington, DE
                         May 7, 2009
                         11:00 a.m.


               TRANSCRIPT OF OMNIBUS HEARING
            BEFORE THE HONORABLE KEVIN GROSS
              UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For The Debtor(s):         Derek C. Abbott, Esq.
                           Morris Nichols Arsht
                           & Tunnell, LLP
                           1201 N. Market St.-18th Fl.
                           Wilmington, DE 19899

                           Ann C. Cordo, Esq.
                           Morris Nichols Arsht
                           & Tunnell, LLP
                           1201 N. Market St.-18th Fl.
                           Wilmington, DE 19899

                           James L. Bromley, Esq.
                           Cleary Gottlieb Stern
                           & Hamilton, LLP
                           One Liberty Plaza
                           New York, NY 10006
```

2

|  |  |
|---|---|
|  | Nora Salvtore, Esq.<br>Cleary Gottlieb Stern<br>& Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| For The Official Committee:<br>Of Unsecured Creditors | David Butler, Esq.<br>Akin Gump Srauss Hauer<br>& Feld, LLP<br>One Bryant Park<br>New York, NY 10036 |
|  | Abid Qureshi, Esq.<br>Akin Gump Srauss Hauer<br>& Feld, LLP<br>One Bryant Park<br>New York, NY 10036 |
|  | Chris Samis, Esq<br>Richards Layton & Finger, PA<br>One Rodney Square<br>Wilmington, DE 19801 |
| For The Ad Hoc Committee: | Kathleen P. Makowski, Esq.<br>Pachulski Stang Ziehl<br>& Jones, LLP<br>919 N. Market St.-17th Fl.<br>Wilmington, DE 19899 |
| For The U.S. Trustee: | Jane Leamy, Esq.<br>U.S. Trustee's Office<br>844 King Street-Ste. 2313<br>Lock Box 35<br>Wilmington, DE 19801 |

(Via telephone)

| | |
|---|---|
| For Silver Lake Capital: | James Chang, Esq.<br>Ropes & Gray, LLP<br>One International Plaza<br>Boston, MA 02110 |
| For Verizon Communications: | Frank N. White, Esq.<br>Arnall Golden & Gregory, LLP<br>171  17th St., NW<br>Atlanta, GA 30363 |

                                                              3

    For                          Thomas R. Kreller, Esq.
                                 Milbank Tweed Hadley & McCloy
                                 601 S. Figueroa St.-30th Fl.
                                 Los Angeles, CA 90001

    Audio Operator:              Jennifer Pasierb

    Transcribing Firm:           Writer's Cramp, Inc.
                                 6 Norton Rd.
                                 Monmouth Jct., NJ 08852
                                 732-329-0191

    Proceedings recorded by electronic sound recording, transcript produced by transcription service.

 1              THE CLERK:  Please rise.

 2              THE COURT:  Good morning everyone.  Thank you and
 3   please be seated.

 4              ALL:  Good morning, Your Honor.

 5              THE COURT:  Good morning.  Good morning, Mr. Abbott,
 6   how are you sir?

 7              MR. ABBOTT:  I'm good.  Yourself, Your Honor?

 8              THE COURT:  Very well, thanks.

 9              MR. ABBOTT:  Excellent.  Your Honor, today is the
10   agenda for an Omnibus Hearing in the Nortel cases.  I'm here
11   with my co-counsel from Cleary, as you know.  Your Honor,
12   looking at the agenda, the first four matters are not actually
13   before the Court today because of adjournments, and I'd just
14   like to just cede the podium at this time to Mr. Bromley who
15   will address the remaining two items on the agenda, 5 and 6,
16   Your Honor.

17              THE COURT:  All right, thank you.  Welcome back, Mr.
18   Bromley.

19              MR. BROMLEY:  Thank you very much, Your Honor, it's a
20   pleasure to be back.  Thank you for accommodating us this
21   morning.  We had both a little conversation outside, as well as
22   a delayed train, I believe.

23              THE COURT:  Okay.

24              MR. BUTLER:  Your Honor, I apologize for our
25   tardiness.

1          THE COURT:  No apology.  I understand.
2          MR. BUTLER:  Thank you.
3          MR. BROMLEY:  The 7 a.m. train was on time I should
4   say.
5       (Laughter)
6          UNIDENTIFIED SPEAKER:  As was mine from Long Island,
7   Judge.
8          THE COURT:  Justice waits for no man but we'll wait
9   for Committee Counsel, that's for sure.
10         MR. BUTLER:  Again, thank you, Your Honor.
11         MR. BROMLEY:  Thank you, Your Honor.  We have a very
12  short calendar --
13         THE COURT:  Yes.
14         MR. BROMLEY:  -- today, Your Honor, and as Mr. Abbott
15  mentioned, there are a number of matters that have been
16  adjourned on that.  I won't go through those unless you'd like
17  me to.
18         THE COURT:  No, that's not necessary.
19         MR. BROMLEY:  There are two uncontested matters that
20  are going forward, Your Honor, and if I could just first focus
21  on #5 on the agenda letter, that is the Debtor's Motion to
22  Extend Time pursuant to Rules 9006 and 9027 of the Federal
23  Rules of Bankruptcy Procedure for the Debtor's time to file
24  Notices of Removal and related proceedings.  The objection
25  deadline for that motion, Your Honor, was April 30th.  No

1   objections have been received.  It's a fairly standard --
2             THE COURT:  Yes.
3             MR. BROMLEY:  -- motion, and unless Your Honor has
4   any questions, we propose to submit an order.
5             THE COURT:  It's very standard, there were no
6   objections.  Certainly in a case of this size it's completely
7   understandable that the Debtors would require more time, and
8   I'm pleased to grant that motion and sign the order.
9             MR. ABBOTT:  May I approach, Your Honor?
10            THE COURT:  Sure, Mr. Abbott.  Thank you.
11       (The Court receives document)
12            THE COURT:  Thank you. All right.  Thank you, Mr.
13  Bromley.
14            MR. BROMLEY:  Thank you, Your Honor.  Number 6 on the
15  agenda, Your Honor, is the Debtor's motion pursuant to Section
16  365(d)(4) of the Bankruptcy Code to extend the deadline by
17  which Debtors must assume or reject unexpired leases of non-
18  residential real property.  The objection deadline, Your Honor,
19  was May 5th at noon. We've received no objections.  We do have
20  present and available for testimony, Mr. Charles Meachum.  Mr.
21  Meachum is the -- manages the Asset and Portfolio Management
22  function of the real estate group for Nortel Networks, and he's
23  present by video conference and available to testify with
24  respect to the Debtor's intentions over the next several months
25  with respect to real estate.  I am prepared to proffer his

1   testimony in order to establish a -- the record if you'd like,

2   Your Honor, and if Your Honor doesn't think it necessary, we

3   can also skip that, but we wanted to make him available.

4         THE COURT:  I appreciate that.  Does -- does anyone

5   have any objection to a proffer in this situation?

6         MR. BUTLER:  No objection, Your Honor.

7         THE COURT:  All right.  Then you certainly may

8   proceed by proffer, Mr. Bromley.  I know Mr. Meachum will be

9   disappointed, but he'll just have to wait until the next time.

10        MR. BROMLEY:  Well, thank you very much, Your Honor.

11  Mr. Meacham, as I mentioned, Your Honor, is -- manages the

12  Asset and Portfolio Management function for the real estate

13  group of Nortel Networks.  He has directed this function for

14  the past 5 years and is responsible for global real estate

15  transactions, property managements, and mergers, acquisitions,

16  and disposition activities relating to real estate.

17    Your Honor, the -- Mr. Meachum would testify, if called to

18  the stand, that as of the petition date that Nortel Networks,

19  Incorporated was party to approximately 73 leases of non-

20  residential real property, that six of those leases have been

21  rejected, and three have since expired in the ordinary course,

22  that is since the petition date.  So as a result, Your Honor,

23  at the present time Nortel Networks, Incorporated is party to

24  approximately 64 leases.

25    Mr. Meachum would explain, if called to testify, that the

8

1   real estate team at Nortel, along with their counsel, is in the
2   process of analyzing the relevant leases for either assumption
3   or rejection or modification and that the real estate portfolio
4   is an important asset of the Debtor's estates and the
5   maximization of value out of that portfolio is the primary goal
6   of this exercise.
7       He would also testify, Your Honor, that because of the
8   number of landlords, tenants and sub-tenants who are parties to
9   the leases, the geographic scope of the leases both within the
10  United States and abroad, and the logistics of moving certain
11  Nortel entities currently housed in leased premises, that an
12  extension is appropriate and necessary under the circumstances
13  for the Debtor's reorganization efforts.  He would also testify
14  that an extension would allow the Debtors the necessary time to
15  thoroughly analyze the relevant leases and make decisions that
16  would maximize value to the extent possible.  That is the sum
17  and substance of his testimony if Mr. Meachum would be called
18  to testify.
19          THE COURT:  And this is the first request for the
20  extension, of course?
21          MR. BROMLEY:  This is the first request, Your Honor,
22  and again, given the size of the case and the --
23          THE COURT:  Yes.
24          MR. BROMLEY:  -- footprint of this company, the -- we
25  think it fairly standard and appropriate under the

```
 1   circumstances.
 2            THE COURT:  I agree that it is necessary and
 3   appropriate under these circumstances as it's still early in
 4   the case, the leasehold interests are a major asset of the
 5   Debtors, and I will grant the motion and the extension.
 6            MR. BROMLEY:  Thank you very much, Your Honor.
 7            THE COURT:  Certainly.
 8            MR. ABBOTT:  May I approach again, Your Honor?
 9            THE COURT:  Yes.
10            MR. ABBOTT:  Thank you, Your Honor.
11       (The Court receives document)
12            THE COURT:  Thank you, Mr. Abbott.  All right.  All
13   right, I think that's our docket for today, right?
14            MR. BROMLEY:  That is, Your Honor.  As we had
15   communicated with Chambers, we would appreciate some time with
16   you in Chambers to discuss certain issues that we would rather
17   not discuss on the record, and we've coordinated with Creditors
18   Committee counsel in that regard --
19            THE COURT:  Yes.
20            MR. BROMLEY:  -- and we certainly appreciate you
21   making yourself available for that.
22            THE COURT:  That's fine.  I will -- I'll see you back
23   in Chambers shortly then.
24            MR. BROMLEY:  Thank you very much, Your Honor.
25            THE COURT:  Ms. Leamy, let me recognize you, and
```

1   welcome back.

2           MS. LEAMY:  Thank you, Your Honor.

3           THE COURT:  Yes.  All right, we'll stand in recess,

4   Counsel, thank you.

5           ALL:  Thank you, Your Honor.

6       (Court adjourned)

7

8                        CERTIFICATION
9   I certify that the foregoing is a correct transcript from the
10  electronic sound recording of the proceedings in the above-
11  entitled matter.
12
13  *Lewis Parham*                                   7/22/09
14  _____          _____
15  Signature of Transcriber                    Date