IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------x
In re                                              :   **Chapter 11**
                                                   :
                                                   :   **Case No. 09-10138 (KG)**
**NORTEL NETWORKS INC., *et al.*,**                :
                                                   :   **(Jointly Administered)**
                          Debtors.                 :   Hearing Date: August 4, 2009 at 9:00 a.m. (ET)
                                                   :   Objection Deadline: July 30, 2009 at 5:00 p.m. (ET) (by agreement)
----------------------------------------------------x  Related to Docket No. 1131

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF FLEXTRONICS CORPORATION AND FLEXTRONICS TELECOM SYSTEMS LTD TO DEBTORS' MOTION FOR ORDERS (I) (A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET AND SHARE SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) APPROVING THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF, AND EQUITY INTERESTS IN, DEBTORS' ENTERPRISE SOLUTIONS BUSINESS, (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES AND (C) THE ASSUMPTION AND SUBLEASE OF CERTAIN LEASES**

Flextronics Corporation and Flextronics Telecom Systems Ltd, on behalf of themselves and certain of their affiliates (collectively, "Flextronics"), by and through their undersigned counsel, hereby file this limited objection and reservation of right (the "Objection") with respect to the Debtors' Motion For Orders (i) (A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (Ii) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of

Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases, dated July 20, 2009 [Docket No. 1131] (the "Enterprise Sale Motion"),[1] and respectfully represents as follows:

### Preliminary Statement

Flextronics is an Electronics Manufacturing Services (EMS) provider, helping customers design, build, ship, and service electronics products through a network of facilities in 30 countries on four continents. As Nortel has previously stated to this Court, Flextronics is by far Nortel's largest supplier, and is responsible for the supply of approximately 70% of Nortel's hardware products. See Debtors' Motion Pursuant to 11 U.S.C. § 105(a) and § 363 for an Order (A) Approving the Settlement Documents By and Among (I) Nortel Networks Limited, (II) Flextronics Telecom Systems Ltd. and (III) Flextronics Corporation and (B) Granting Related Relief, dated May 22, 2009 [Docket No. 783], ¶ 12.

Flextronics' business relationship with Nortel is complex. The relationship is primarily governed by two separate master contract manufacturing and service agreements (MCMSAs), and certain other subagreements incorporated by reference into the MCMSAs, including certain virtual systems house agreements (VSHAs), among other agreements. The business relationship requires an extensive amount of coordination and cooperation between Flextronics and Nortel in several respects in order to allow Nortel's business to operate smoothly and effectively and ensure continuity of Nortel's supply chain. Flextronics has continued to actively support Nortel throughout its insolvency proceedings in the US, Canada and other jurisdictions.[2]

---

[1] Capitalized terms used but not defined herein shall have the meaning assigned to them in the Enterprise Sale Motion.
[2] Flextronics is co-chair of the official committee of unsecured creditors in the Debtors' cases.

-3-

Flextronics remains supportive of Nortel's restructuring efforts in general, including, at least in concept, the sale of the Enterprise business which is the subject of the Enterprise Sale Motion. However, Flextronics has several issues with the structure of the proposed sale and the manner in which Flextronics' contractual rights and claims may be affected by the proposed sale. Some of these issues have been raised with Nortel previously in connection with sale of its CDMA and LTE assets, and may be able to be addressed with Nortel and/or the Purchaser of the Enterprise business amicably, and Flextronics anticipates working closely with Nortel in the coming weeks in an attempt to resolve any issues. In the meantime, Flextronics is compelled to file this Objection to preserve its rights.[3]

## Limited Objection and Reservation of Rights

### I. The Sale Motion Provides Insufficient Information Regarding the Form of Asset and Share Sale Agreement

1. It is difficult for Flextronics to identify all potential issues in connection with the proposed sale of the Enterprise business due to the fact that not all the exhibits to the proposed Asset and Share Sale Agreement have been provided to Flextronics. However, Flextronics' issues primarily relate to the treatment of its executory contracts with Nortel and the failure to cure existing defaults and provide adequate assurance of future performance pursuant to Section 365 of the Bankruptcy Code and applicable Canadian law in connection with any proposed assignment of Nortel's rights under such contracts to the Purchaser.

2. Flextronics reserves all rights to object to the terms of the Asset and Share Sale Agreement and any related or ancillary agreement thereto.

---

[3] Flextronics requested an extension of its objection deadline and was provided with a two day extension.

6270147
00319434;v1

## II. Notice Procedures for Assumption and Assignment of Executory Contracts are Insufficient as Applied to Flextronics

3. As set forth in the Enterprise Sale Motion, Nortel proposes to send notices to counterparties under executory contracts and unexpired leases, the precise procedure for which varies depending on the type of contract or lease. See Enterprise Sale Motion, ¶ 33. It appears from a review of the proposed procedures that Flextronics' agreements with Nortel would be considered "Other Designated Contracts" to the extent such agreements were proposed to be assumed and assigned. Id. at ¶ 33.b.

4. Nortel proposes, with respect to Other Designated Contracts, to file and serve, during the Initial Notice Period, one or more Initial Omnibus Notices which shall include proposed Interim Cure Amounts. Id. at ¶ 33.j. Thereafter, no later than 15 days prior to the Closing Date, Nortel proposes to file and serve one or more Final Omnibus Notices which shall include proposed Tail Cure Amounts. Id. at ¶ 33.k. Interim Cure Amounts and Tail Cure Amounts, taken together, are to include proposed amounts due under the relevant agreements as a result of defaults occurring up to the Closing Date. Id. at ¶ 33.d. and f.

5. Nortel's proposed procedures would require counterparties to file any objections to Interim Cure Amounts or Tail Cure Amounts within 10 days of service of the notices thereof. Id. at ¶ 33.l.-o.

6. This is an extraordinarily short notice period for Flextronics to properly and meaningfully respond, given the complexity and scope of the Flextronics' relationship with Nortel. Flextronics' business with Nortel as it relates to the Enterprise business involves numerous separate Flextronics site locations around the world, and the individual transactions involved are likely measured in the tens of thousands, resulting in a multiple of that in terms of pieces of paper to produce. Thus it would be highly impractical, if not impossible, for

6270147
00319434;v1

Flextronics to gather the relevant data required under the Enterprise Sale Motion in the 10 days allotted following receipt of an Initial Omnibus Notice or a Final Omnibus Notice.

7. Accordingly, Flextronics hereby objects to the proposed procedures for assumption and assignment of executory contracts set forth in the Enterprise Sale Motion, and requests that to the extent Nortel seeks to assume and/or assign any of Flextronics' agreements, it be required to send to Flextronics (with a copy to counsel) any Initial Omnibus Notice or a Final Omnibus Notice relating to Flextronics' agreements no later than 45 days prior to Closing Date, by e-mail and overnight mail.

8. Such Initial Omnibus Notices or a Final Omnibus Notices must, as to Flextronics, include (i) proposed Interim Cure Amounts or Tail Cure Amounts, as the case may be, and (ii) transaction level detail supporting the proposed amounts.

9. Flextronics further reserves the right to request an extension of any deadlines to respond to any Initial Omnibus Notice or Final Omnibus Notice.

**WHEREFORE**, Flextronics respectfully requests that the Court modify the requested Assignment Procedures to require that:

(a) to the extent Nortel seeks to assume and/or assign any of Flextronics' agreements, it shall be required to send to Flextronics (with a copy to counsel) any Initial Omnibus Notice or a Final Omnibus Notice relating to Flextronics' agreements no later than 45 days prior to Closing Date, by e-mail and overnight mail, and

(b) such Initial Omnibus Notices or a Final Omnibus Notices shall, as to Flextronics, include (i) proposed Interim Cure Amounts or Tail Cure Amounts, as the case may be, and (ii) transaction level detail supporting the proposed amounts,

and grant such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: July 30, 2009 | Steven J. Reisman, Esq.<br>Turner P. Smith, Esq.<br>James V. Drew, Esq.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178-0061<br>Telephone: 212-696-6000<br>Facsimile: 212-697-1559<br>sreisman@curtis.com<br>tsmith@curtis.com<br>jdrew@curtis.com<br><br>*Counsel to Flextronics Corporation and Flextronics Telecom Systems Ltd*<br><br>-and-<br><br>ASHBY & GEDDES, P.A.<br><br>*/s/ Amanda Winfree*<br>William P. Bowden (I.D. #2553)<br>Amanda M. Winfree (I.D. #4615)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: 302-654-1888<br>Facsimile: 302-654-2067<br>wbowden@ashby-geddes.com<br><br>*Delaware Counsel to Flextronics Corporation and Flextronics Telecom Systems Ltd* |

-6-

6270147
00319434;v1