## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on July 30, 2009, I caused one copy of the foregoing to be served upon the parties on the attached service list via First Class U.S. Mail, postage prepaid, or in the manner so indicated.

_____
Amanda M. Winfree (#4615)

{00313576;v1}

**VIA U.S. MAIL AND FACSIMILE**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Place
New York, NY 10006
Facsimile: (212) 225-3999

**VIA HAND DELIVERY AND FACSIMILE**
Derek C. Abott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Adrew R. Remming
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Facsimile: (302) 658-3989