**RECEIVED**

**JUL 30 2009**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                                           :      Chapter 11
                                                 :
NORTEL NETWORKS, INC., ET AL                     :      Case No. 09-10138 (KG)
                                                 :
                               Debtor.           :      (Jointly Administered)
-------------------------------------------------x
```

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Turner P. Smith of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178 to represent Flextronics Corporation and Flextronics Telecom Systems Ltd in this matter.

Dated: July 29, 2009                       ASHBY & GEDDES P.A.

_____
William P. Bowden (I.D. #2553)
Amanda M. Winfree (I.D. # 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: July 30, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

{00318103;v1}

DKT. NO. _____1215_____

DT. FILED _____7-29-09_____

## CERTIFICATION BY TURNER P. SMITH TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible

for admission to this Court, am admitted, practicing and in good standing as a member of the Bar

of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct

which occurs in the preparation or course of this action.  I also certify that I am generally

familiar with this Court's Local Rules and with the Standing Order for District Court Fund

effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of

Court for District Court.

Turner P. Smith, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY  10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559
tsmith@curtis.com

{00318103;v1}