**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
                                                           :
                                                           :
In re                                                      :    Chapter 11
                                                           :
                                                           :
Nortel Networks (CALA) Inc.                                :    Case No. 09-12515 (KG)
                                                           :
                  Debtor.                                  :    Jointly Administered with Case No. 09-10138
                                                           :    (KG)
                                                           :
                                                           :
-----------------------------------------------------------X
```

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES,
MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On July 14, 2009, Nortel Networks (CALA) Inc., the debtor and debtor-in-possession in the above-captioned case ( the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 through 1532 (the "Bankruptcy Code"). The Debtor's address, case number and federal tax identification number is as follows:

| **DEBTOR(S)** <br> (Other names, if any, used by the Debtor(s) in the last 6 years appear in brackets) | **ADDRESS (ES)** | **CASE NO** | **EID #** |
|---|---|---|---|
| Nortel Networks (CALA) Inc. | 1500 Concord Terrace <br> Sunrise, FL 33323 | 09-12515 | 59-1664226 |

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS.** A meeting of the Debtor's creditors shall be conducted on August 24, 2009 at 11:00 a.m. (Prevailing Eastern Time) at J. Caleb Boggs Federal Building - 844 King Street, 2nd Floor, Room 2112, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent to known creditors at a later date.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

COUNSEL FOR THE DEBTOR

| | |
|---|---|
| **James L. Bromley** <br> **Lisa M. Schweitzer** <br> **Cleary Gottlieb Steen & Hamilton LLP** <br> **One Liberty Plaza** <br> **New York, New York 10006** <br> **Telephone:  (212) 225-2000** | **Derek C. Abbott** <br> **Eric D. Schwartz** <br> **Morris, Nichols, Arsht & Tunnell LLP** <br> **1201 North Market Street** <br> **Wilmington, Delaware 19801** <br> **Telephone:  (302) 658-9200** |

COMMENCEMENT OF CASES. Petition for reorganization under chapter 11 of the Bankruptcy Code has been filed in this Court by the Debtor, and orders for relief have been entered. You will not receive notice of all

1

documents filed in these cases. All documents filed with the Court, including lists of the Debtor's property and debts, are or will be available for inspection at the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Fl., Wilmington, DE 19801. In addition, such documents may be available at www.deb.uscourts.gov and www.chapter11.eqiqsystems.com/nortel.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtor will remain in possession of its property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom the Debtor owes money or property. Under the Bankruptcy Code, the Debtor is granted certain protections against creditors. Common examples of prohibited actions by creditors are contacting the Debtor to demand repayment, taking action against the Debtor to collect money owed, seizing or holding property of the Debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against the Debtor, the Court may penalize that creditor. A creditor who is considering taking action against the Debtor or the property of the Debtor should review § 362 of the Bankruptcy Code and seek legal advice. The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

MEETING OF CREDITORS. The Debtor's representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtor's representative and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim that is not listed as disputed, contingent, or unliquidated as to all or any portion of such claim may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to all or any portion of such claim and that desire to participate in these cases or share in any distribution must file a proof of claim. A creditor that desires to rely on the schedule of creditors is responsible for determining that such creditor's claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtor's known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms are also available from the Court's web site at www.deb.uscourts.gov. Epiq Bankruptcy Solutions, LLC is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. Epiq Bankruptcy Solutions, LLC can be reached by telephone at (646) 282-2500, at the following address: Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017, and on the web at www.chapter11.epiqsystems.com/nortel.

DISCHARGE OF DEBTS. Confirmation of chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the Debtor, except as provided in the plan.

For the Court:        /s/ David D. Bird              Dated: July 30, 2009
                Clerk of the U.S. Bankruptcy Court

3046585.2