**EXHIBIT A**

**Debtors' Second Ordinary Course Professional Quarterly Statement for April 1 – June 30, 2009**

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|
| Call Jensen & Ferrell | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation. | $0.00 | $0.00 | $0.00 | $0.00 | $35,344.50 | $370.75 | $35,344.50 |
| Ernst & Young LLP | Indirect tax services, including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consultation and refund and credit services. | $0.00 | $0.00 | $25,005.00 | $0.00 | $15,947.00 | $0.00 | $40,952.00 |
| Ford & Harrison LLP | Labor and employment legal services | $25,720.00 | $139.08 | $180.00 | $0.00 | $20,407.00 | $227.46 | $46,307.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Helein & Marashlian LLC | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems. | $34,350.29 | $1,976.29 | $0.00 | $158.20 | $8,479.20 | $0.00 | $42,671.29 |
| Hiscock & Barclay LLP | Legal representation in several litigated matters pending in New York State. | $0.00 | $0.00 | $2,919.48 | $130.38 | $0.00 | $0.40 | $2,788.70 |
| Huddleston Bolen LLP | Defense counsel for Debtors against breach of warranty and related claims pending in West Virginia state court. | $0.00 | $0.00 | $925.00 | $0.00 | $0.00 | $0.00 | $925.00 |
| Kroll Ontrack | Collection, processing, searching, and hosting of the Debtors' electronic documents for Debtors' review in connection with certain litigations and investigations. | $46,300.00 | $0.00 | $0.00 | $0.00 | $23,150.00 | $0.00 | $69,450.00 |

2

| McKenna Long & Aldridge LLP | Representation of the Debtors in bankruptcy and insolvency litigations with regard to current and former customers. | $35,488.48 | $892.47 | $12,772.36 | $5,380.37 | $37,636.37 | $0.00 | $85,897.21 |
|---|---|---|---|---|---|---|---|---|
| Native Discovery Solutions[1] | Litigation consulting, project management, document hosting, eDiscovery services, production services and data storage. | $42,780.10 | $0.00 | $39,230.10 | $0.00 | $51,015.53 | $0.00 | $133,025.73 |
| Neal & Harwell PLC | Local counsel to the Debtors in two civil litigations pending in the United States District Court for the Middle District of Tennessee. | $40.26 | $22.24 | $155.00 | $0.00 | $903.62 | $0.00 | $1,098.88 |
| O'Bryon & Schnabel, APLC | Litigation services. | $0.00 | $0.00 | $0.00 | $0.00 | $100.50 | $0.00 | $100.50 |

---

[1] On July 21, 2009 the Debtors filed a Notice of Removal of Service Provider from the List of Ordinary Course Professionals [D.I. 1142], removing Native Discovery Solutions from the List of Ordinary Course Professionals. The Supplemental Statement of David Deppe Pursuant to Fed. R. Bankr. P. 2014 and Order Authorizing Debtors to Employ, Retain and Compensate Professionals in the Ordinary Course (the "Supplemental Deppe 2014 Statement") [D.I. 1141] also was filed on July 21, 2009. As set forth in the Supplemental Deppe 2014 Statement, Native Discovery Solutions is not the type of service provider whose retention is governed by the procedures established in the OCP Order.

3

| Waller Landsen Dortch & Davis LLP | General labor and employment legal services, including representation in employment and employee benefit matters before administrative agencies and federal and state courts. | $1,852.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,852.00 |

4