IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 1197]

PLEASE TAKE NOTICE that on July 28, 2009, copies of the **Order Approving A Compromise Of Controversy Between Nortel Networks Inc. And First Communications, Inc.** (D.I. 1197, Entered 7/28/09) were served in the manner indicated on the entities identified on the attached service list.

PLEASE TAKE FURTHER NOTICE that on July 30, 2009, copies of the **Order Approving A Compromise Of Controversy Between Nortel Networks Inc. And First Communications, Inc.** (D.I. 1197, Entered 7/28/09) were served in the manner indicated on the entities identified below.

### VIA FIRST CLASS MAIL

Joe Morris
COO
First Communications, Inc.
3340 West Market Street
Akron, OH 44333

M. Gavin McCarty
Shefsky & Froelich Ltd.
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3046232.1

Dated: July 30, 2009
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (No. 5125)
    Lisa M. Schweitzer (No. 1033)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

        - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    _____
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Andrew R. Remming (No. 5120)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: 302-658-9200
    Facsimile: 302-425-4663

    *Counsel for the Debtors and*
    *Debtors in Possession*

3046232.1