IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
Debtors. : Jointly Administered
: 
-----------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 1198]

PLEASE TAKE NOTICE that on July 28, 2009, copies of the **Order Authorizing The Assumption Of Executory Contracts Under Section 365 Of The Bankruptcy Code And Granting Related Relief** (D.I. 1198, Entered 7/28/09) were served in the manner indicated on the entities identified on the attached service list.

PLEASE TAKE FURTHER NOTICE that on July 30, 2009, copies of the **Order Authorizing The Assumption Of Executory Contracts Under Section 365 Of The Bankruptcy Code And Granting Related Relief** (D.I. 1198, Entered 7/28/09) were served in the manner indicated on the entities identified below.

### VIA FIRST CLASS MAIL

Chrysler Group LLC
Attention: Larry Walker
1000 Chrysler Drive
Auburn Hills, MI 48326

Chrysler Group LLC
Attention: General Counsel
1000 Chrysler Drive
Auburn Hills, MI 48326

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3046536.1

Sullivan & Cromwell LLP
Attn: Scott D. Miller
125 Broad Street
New York, NY 10004

Sullivan & Cromwell LLP
Attn: Scott D. Miller
1870 Embarcadero Road
Palo Alto, California 94303-3308

Sullivan & Cromwell LLP
Attn: Mark U. Schneiderman
125 Broad Street
New York, NY 10004

Dated: July 30, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3046536.1