IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
*In re*  : Chapter 11
 : 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 : 
          Debtors. : Jointly Administered
 : 
------------------------------------------------------------X

### NOTICE OF SERVICE [RE: D.I. NO. 1199]

PLEASE TAKE NOTICE that on July 28, 2009, copies of the **Order Approving The Compromise Of Controversy By And Among (I) Nortel Networks, Inc. And (II) Testing House DE Mexico S DE RL DE CV** (D.I. 1199, Entered 7/28/09) were served in the manner indicated on the entities identified on the attached service list.

PLEASE TAKE FURTHER NOTICE that on July 30, 2009, a copy of the **Order Approving The Compromise Of Controversy By And Among (I) Nortel Networks, Inc. And (II) Testing House DE Mexico S DE RL DE CV** (D.I. 1199, Entered 7/28/09) was served in the manner indicated on the entity identified below.

### VIA FIRST CLASS MAIL

Francisco Vazquez
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3045295.1

Dated: July 30, 2009
      Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      James L. Bromley (No. 5125)
      Lisa M. Schweitzer (No. 1033)
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

      - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      /s/ (signature)

      Derek C. Abbott (No. 3376)
      Eric D. Schwartz (No. 3134)
      Ann C. Cordo (No. 4817)
      Andrew R. Remming (No. 5120)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: 302-658-9200
      Facsimile: 302-425-4663

      *Counsel for the Debtors and*
      *Debtors in Possession*

3045295.1