## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing OBJECTION OF THE AFFILIATES OF VERIZON COMMUNICATIONS INC. TO DEBTORS' MOTION FOR ORDER AUTHORIZING AND APPROVING THE BIDDING PROCEDURES APPLICABLE TO THE PROPOSED SALE OF THE DEBTORS' ENTERPRISE SOLUTIONS BUSINESS by First Class Mail, and by fax as and where indicated below, addressed as follows:

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley
Lisa M. Schweitzer
1 Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott
1201 North Market Street
Wilmington, DE 19801
Fax: (302) 658-3989

Richards Layton & Finger PA
Attn: Christopher M. Samis
One Rodney Square
920 North King Street
Wilmington, DE 19801
Fax: (302) 778-7845

Akin Gump Strauss Hauer & Feld LLP
Attn: Fred S. Hodara
Stephen Kuhn
Kenneth Davis
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002

Milbank, Tweed, Hadley & McCloy LLP
Attn: Roland Hlawaty
One Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 822-5735

Ropes & Gray LLP
Attn: Mark I. Bane
Anne H. Pak
1211 Avenue of the Americas
New York, NY 10036
Fax: (646) 728-1662

This 31st day of July, 2009.

/s/ *Darryl S. Laddin*
Darryl S. Laddin

2648793v3