## Exhibit B

15:53\30 July 2009\LONDON\PXU\13607169.01

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.:  GB 243 2024 11



**Interim** (S)

VAT Invoice Date: **28 July 2009**        Our Ref: **GDB/CCN01.00001**        Invoice No: **271195**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 115,466.00 |
| For the period to 30 June 2009, in connection with the above matter. |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 164.74 |
| **Disbursements:** (NT) |  |  |  |
| Fares and Incidental Expenses | 0.00 | 0.00 | 165.97 |
|  | 0.00 |  | 115,796.71 |
|  |  | VAT | 0.00 |
|  |  | Total | 115,796.71 |
|  |  | **Balance Due** | **115,796.71** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 271195 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN

**THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.**

### Re: BANKRUPTCY
### GDB/CCN01.00001
### For the period: to 30 June 2009

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.40 | 244.00 | (C0003) |
| | | 3.80 | 2,318.00 | (C0007) |
| | | 3.40 | 2,074.00 | (C0019) |
| | | 3.10 | 1,891.00 | (C0024) |
| | | 21.70 | 13,237.00 | (C0031) |
| | | 1.60 | 976.00 | (C0032) |
| | | 34.00 | £20,740.00 | |
| Partner: | Steven Hull | 7.40 | 4,514.00 | (C0019) |
| | | 7.40 | £4,514.00 | |
| Partner: | David von Saucken | 2.40 | 1,464.00 | (C0019) |
| | | 2.40 | £1,464.00 | |
| Partner: | Neil Cuningham | 0.20 | 116.00 | (C0019) |
| | | 0.20 | £116.00 | |
| Partner: | Eric Bouffard | 4.50 | 2,610.00 | (C0031) |
| | | 4.50 | £2,610.00 | |
| Partner: | Euran Burrows | 0.80 | 464.00 | (C0031) |
| | | 0.80 | £464.00 | |
| Partner: | Robert Ogilvy Watson | 18.00 | 10,980.00 | (C0032) |
| | | 18.00 | £10,980.00 | |
| Partner: | Carl Dunton | 2.30 | 1,334.00 | (C0032) |
| | | 2.30 | £1,334.00 | |
| Counsel: | Charles Hammon | 3.50 | 1,890.00 | (C0019) |
| | | 0.20 | 108.00 | (C0031) |
| | | 3.70 | £1,998.00 | |
| Senior Associate: | Ian Chye | 17.90 | 8,950.00 | (C0032) |
| | | 17.90 | £8,950.00 | |
| Senior Associate: | Marcus Fink | 39.00 | 19,500.00 | (C0019) |
| | | 39.00 | £19,500.00 | |
| Associate: | Lauren Moore | 0.30 | 111.00 | (C0019) |
| | | 0.30 | £111.00 | |
| Associate: | Tanyel Serpemen | 2.00 | 740.00 | (C0019) |

| | | | | |
|---|---|---:|---:|---|
| | | 2.00 | £740.00 | |
| Associate: | Alex Kay | 3.50 | 1,190.00 | (C0024) |
| | | 0.90 | 306.00 | (C0031) |
| | | 4.40 | £1,496.00 | |
| Junior Associates: | Paul Bagon | 13.80 | 4,347.00 | (C0003) |
| | | 3.20 | 1,008.00 | (C0006) |
| | | 9.10 | 2,866.50 | (C0007) |
| | | 2.00 | 630.00 | (C0008) |
| | | 10.40 | 3,276.00 | (C0019) |
| | | 43.80 | 13,797.00 | (C0024) |
| | | 11.40 | 3,591.00 | (C0031) |
| | | 28.20 | 8,883.00 | (C0032) |
| | | 121.90 | £38,398.50 | |
| Trainee: | Anna Reid | 5.80 | 1,073.00 | (C0006) |
| | | 5.80 | £1,073.00 | |
| Trainee: | Julie Gayrard | 0.60 | 96.00 | (C0031) |
| | | 0.60 | £96.00 | |
| Trainee: | Carla Speziale | 2.50 | 400.00 | (C0031) |
| | | 2.50 | £400.00 | |
| Trainee: | Philip Uribe | 2.30 | 425.50 | (C0032) |
| | | 2.30 | £425.50 | |
| Paralegal: | Céline Gillet | 0.80 | 56.00 | (C0031) |
| | | 0.80 | £56.00 | |
| **TOTAL** | | **270.80** | **£115,466.00** | |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 June 2009

## TIME SUMMARY – ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.40 | @ | 610.00 | 244.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 13.80 | @ | 315.00 | 4,347.00 |
| | | | | Total | £ 4,591.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 10/06/09 | Paul Bagon | LETT | Ashurst interim fee app | 4.30 |
| 10/06/09 | Giles Boothman | SUPE | Signing fee application. | 0.20 |
| 11/06/09 | Paul Bagon | LETT | AG enquiry re fees. | 0.50 |
| 15/06/09 | Paul Bagon | LETT | Reviewing invoice. | 1.00 |
| 19/06/09 | Paul Bagon | LETT | Preparing monthly fee application. | 4.00 |
| 24/06/09 | Paul Bagon | LETT | Finalising Ashurst monthly invoice and related emails. | 4.00 |
| 24/06/09 | Giles Boothman | SUPE | Fee applications | 0.20 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 June 2009

## TIME SUMMARY – RETENTION OF PROFESSIONALS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 3.20 | @ | 315.00 | 1,008.00 |
| **Trainees:** | | | | | |
| Anna Reid | engaged | 5.80 | @ | 185.00 | 1,073.00 |
| | | | | Total | £ 2,081.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 02/06/09 | Anna Reid | LETT | Discussions with Paul Bagon regarding supplemental declaration and how to complete this. | 0.50 |
| 02/06/09 | Anna Reid | LETT | Reviewing statement, emails, drafting schedules to the statement. | 3.00 |
| 02/06/09 | Anna Reid | LETT | Reviewing draft schedules, requesting further search. | 1.00 |
| 03/06/09 | Anna Reid | LETT | Proof reading schedules, call with NBI, amending documentation. | 1.30 |
| 04/06/09 | Paul Bagon | DRFT | Reviewing GDB compliance declaration | 1.00 |
| 04/06/09 | Paul Bagon | LETT | Finalising GDB compliance declaration | 1.40 |
| 11/06/09 | Paul Bagon | LETT | Various emails and  calls re APAC arrangements | 0.80 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 June 2009

## TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 3.80 | @ | 610.00 | 2,318.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 9.10 | @ | 315.00 | 2,866.50 |
| | | | | Total | £ 5,184.50 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------|
| 01/06/09 | Paul Bagon | PHON | UCC meeting to discuss Equniox Sale | 1.00 |
| 01/06/09 | Giles Boothman | ATTD | UCC call | 1.00 |
| 03/06/09 | Giles Boothman | ATTD | UCC professionals call | 0.80 |
| 04/06/09 | Giles Boothman | ATTD | UCC call | 1.50 |
| 04/06/09 | Paul Bagon | PHON | Attending weekly UCC call | 2.70 |
| 11/06/09 | Paul Bagon | PHON | UCC weekly call. | 1.40 |
| 18/06/09 | Giles Boothman | ATTD | Listen (in part) to UCC call | 0.50 |
| 18/06/09 | Paul Bagon | PHON | UCC weekly meeting | 2.00 |
| 25/06/09 | Paul Bagon | PHON | Attending UCC weekly call | 2.00 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 June 2009

### TIME SUMMARY – COURT HEARINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 2.00 | @ | 315.00 | 630.00 |
| | | | | Total | £ 630.00 |

### Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 23/06/09 | Paul Bagon | JUDG | Attending court re application to approve funding agreement | 2.00 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 June 2009

## TIME SUMMARY – LABOR ISSUES/EMPLOYEE BENEFIT

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 3.40 | @ | 610.00 | 2,074.00 |
| Steven Hull | engaged | 7.40 | @ | 610.00 | 4,514.00 |
| David von Saucken | engaged | 2.40 | @ | 610.00 | 1,464.00 |
| Neil Cuninghame | engaged | 0.20 | @ | 580.00 | 116.00 |
| **Counsels:** | | | | | |
| Charles Hammon | engaged | 3.50 | @ | 540.00 | 1,890.00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 39.00 | @ | 500.00 | 19,500.00 |
| **Associates:** | | | | | |
| Lauren Moore | engaged | 0.30 | @ | 370.00 | 111.00 |
| Tanyel Serpemen | engaged | 2.00 | @ | 370.00 | 740.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 10.40 | @ | 315.00 | 3,276.00 |
| | | | | Total | £ 33,685.00 |

### Please Note:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/06/09 | Steven Hull | INTD | Discussion with Marcus Fink regarding all advisers call and potential pensions issues | 0.30 |
| 02/06/09 | Marcus Fink | DUED | Review data sites for updated pensions info and send email to L Beckerman re non UK EU pension liabilities | 1.50 |
| 02/06/09 | Giles Boothman | LETT | Akin re. Punter Southall and internal checks. | 0.30 |
| 02/06/09 | Steven Hull | PHON | Providing details to Giles Boothman regarding Punter Southall; review Marcus Fink email to Lisa Beckaman regarding non-UK European pension liabilities; preparing for and attending all advisors' conference call | 1.00 |
| 02/06/09 | Marcus Fink | PHON | Attending ▮▮▮▮▮ conference calls | 3.30 |
| 03/06/09 | Steven Hull | LETT | Review Mary Reis email and review attached daily update | 0.20 |
| 03/06/09 | Charles Hammon | DRFT | Preparing slides on European anti-trust/merger control issues for meeting; discussing with EUB and revising. | 3.50 |
| 04/06/09 | Giles Boothman | SUPE | Query re. pensions/pensions call | 0.50 |
| 04/06/09 | Giles Boothman | LETT | M Winder - re. pensions | 0.10 |
| 04/06/09 | Marcus Fink | LETT | Review and respond to emails from external counsel | 0.40 |
| 04/06/09 | Paul Bagon | RSCH | Searching for pension funding agreement and related emails to Fraser Milner. | 1.00 |
| 04/06/09 | Steven Hull | LETT | Review Mary Rice ▮▮▮▮▮ EDR daily update | 0.10 |
| 04/06/09 | Lauren Moore | PHON | Paul Bagon - Call regarding redundancy consultation requirements | 0.30 |
| 05/06/09 | Marcus Fink | LETT | Further analysis of 2006 guarantee and participate in con call with Canadian counsel. Obtain executed copies of agreements from Nortel | 5.20 |
| 05/06/09 | Giles Boothman | ATTD | Call with Fraser Milner re. pensions | 0.50 |
| 05/06/09 | Giles Boothman | INTD | PDB/Marcus | 0.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 05/06/09 | Giles Boothman | PREP | For call with Fraser Milner | 0.50 |
| 05/06/09 | Paul Bagon | LETT | Emails and calls re UK pension funding agreement. | 1.00 |
| 05/06/09 | Paul Bagon | READ | Reading pensions materials before call with Fraser Milner. | 1.50 |
| 05/06/09 | Paul Bagon | INTD | Discussion with GDB and MDF re UK pension guarantees. | 0.30 |
| 05/06/09 | Paul Bagon | PHON | Call with Frasner Milner team re UK pension guarantees. | 1.00 |
| 05/06/09 | Steven Hull | LETT | Review Mary Rice EDR daily update; discussions with Marcus Fink regarding conference call to discuss guarantees | 0.50 |
| 08/06/09 | Steven Hull | LETT | Detailed discussions with Marcus Fink regarding terms of 2006 funding agreement and guarantees and impact of entry to PPF assessment period; review Marcus Fink email to John Poos at Nortel regarding same and review John Poos responses; review EDR daily update | 1.50 |
| 08/06/09 | Marcus Fink | DUED | Review 2006 guarantee and request and review additional information from Nortel. Draft note on amounts outstanding under 2006 Funding Agreement after calculating outstanding amounts from matrices contained in 2006 Funding Agreement | 4.20 |
| 08/06/09 | Paul Bagon | LETT | Email to Fraser Milner re subrogation issues in relation to UK pension guarantees. | 2.30 |
| 09/06/09 | Steven Hull | INTD | Detailed discussions with Marcus Fink regarding trustee claims in relation to UK pension plan and obligations under guarantee and trustee claims under guarantee; review Marcus Fink email to Alex MacFarlane; Mary Picard and Mark Dunsmuir regarding same and review further email to Lisa Beckerman regarding same. | 1.10 |
| 09/06/09 | Marcus Fink | LETT | Drafting note relating to liabilities existing under 2006 guarantee and drafting email to Canadian counsel explaining operation of liabilities | 2.70 |
| 09/06/09 | Marcus Fink | LETT | Discussions with SEH, GB, PB re operation and liabilities under 2006 guarantee | 1.40 |
| 09/06/09 | Paul Bagon | DRFT | Updating note re subrogation issues in relation to UK pension guarantees. | 1.00 |
| 09/06/09 | Paul Bagon | INTD | Discussion with GDB and MDF re pensions note. | 1.30 |
| 09/06/09 | Giles Boothman | DRFT | Review/revise email to Fraser Milner | 0.40 |
| 09/06/09 | Giles Boothman | INTD | Marcus/Paul re. pension Qs | 0.20 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 10/06/09 | Steven Hull | READ | Discussions with Marcus Fink and review emails regarding attendance on conference call; preparing for and attending conference call | 0.50 |
| 10/06/09 | Marcus Fink | PHON | Preparation for and attending Nortel pensions call | 1.40 |
| 11/06/09 | Steven Hull | INTD | Discussions with Marcus Fink regarding trustee claims in relation to UK pension plan; review Marcus Fink email to client regarding same | 0.90 |
| 11/06/09 | Marcus Fink | LETT | Further analysis of 2006 guarantee and summarising findings | 2.40 |
| 11/06/09 | Giles Boothman | READ | Emails re. UK pensions position. | 0.20 |
| 12/06/09 | Marcus Fink | DRFT | Redrafting section of pensions paper relating to 2006 guarantee | 2.20 |
| 15/06/09 | Steven Hull | READ | Review Marcus Fink email and review attached updated version of pensions note | 0.40 |
| 15/06/09 | Paul Bagon | LETT | Reviewing redraft of pensions note. | 1.00 |
| 15/06/09 | Marcus Fink | DRFT | Drafting revised sections of UK pensions note and cons with P Bagon re the same | 2.30 |
| 16/06/09 | Steven Hull | READ | Review Marcus Fink updated pensions note and email to Lisa Beckerman regarding same | 0.30 |
| 16/06/09 | David von Saucken | READ | Review of documents relating to German pension scheme | 0.40 |
| 16/06/09 | Marcus Fink | DUED | Reviewing Merrill data site documents in relation to non-UK European entities with pension liabilities. Printing documents and cons with Ashurst German team in relation to German pension liabilities. Finalise UK pension note updates and send to L Beckerman at Akin | 3.20 |
| 17/06/09 | Marcus Fink | LETT | Review draft sale agreements and provide high level comments re UK pension position. Review advice re German exposure from Ashurst German team and ask additional questions | 3.60 |
| 17/06/09 | Tanyel Serpemen | LETT | Nortel GmbH - German law advice re pension liabilities in insolvency | 2.00 |
| 17/06/09 | David von Saucken | READ | Review of German pension report, summary of findings to Markus Fink, briefing Tanyel Serpemen on the relevant issues, following further correspondence | 2.00 |
| 18/06/09 | Marcus Fink | LETT | Review emails from Ashurst German team re German pension scheme liabilities | 0.40 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 18/06/09 | Marcus Fink | ATTD | Respond to email from F Hondura at Akin Gump re pension exposure under 2006 Guarantee from NNL to trustees | 0.60 |
| 18/06/09 | Giles Boothman | READ | Emails re. pensions. | 0.20 |
| 19/06/09 | Marcus Fink | LETT | Review emails from German Counsel and draft advice note to L Bekermann re German position | 1.20 |
| 19/06/09 | Marcus Fink | LETT | Review Herbert Smith amends to draft ASSA and draft response | 1.20 |
| 22/06/09 | Steven Hull | READ | Review weekend daily updates and Narnia press release. | 0.30 |
| 22/06/09 | Marcus Fink | LETT | Draft additional information requests relating to German counsel and review data site | 1.20 |
| 24/06/09 | Neil Cuninghame | PHON | GDB & CWH | 0.20 |
| 24/06/09 | Steven Hull | READ | Review ▓▓▓▓▓▓▓ daily update | 0.20 |
| 26/06/09 | Marcus Fink | LETT | Review data site for updates | 0.40 |
| 26/06/09 | Steven Hull | READ | Review Daily Updates | 0.10 |
| 30/06/09 | Marcus Fink | DUED | Review data site update emails | 0.20 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 June 2009

## TIME SUMMARY – ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 3.10 | @ | 610.00 | 1,891.00 |
| **Associates:** | | | | | |
| Alex Kay | engaged | 3.50 | @ | 340.00 | 1,190.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 43.80 | @ | 315.00 | 13,797.00 |
| | | | | Total | £ 16,878.00 |

#### Please Note:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/06/09 | Paul Bagon | READ | ████████ documents | 3.50 |
| 01/06/09 | Paul Bagon | PHON | Call with Akin re French Proceedings | 0.50 |
| 02/06/09 | Paul Bagon | READ | Reviewing ████████ EMEA ASA, Funding Agreement and Allocation Agreement | 6.80 |
| 02/06/09 | Paul Bagon | PHON | Lawyers call re ████████ Sale | 1.50 |
| 02/06/09 | Paul Bagon | PHON | All parties call re ████████ Sale | 0.50 |
| 02/06/09 | Giles Boothman | SUPE | Re. NNSA interest in purchase price in ████████ | 0.50 |
| 02/06/09 | Alex Kay | LETT | Review of ████████ agreement and email | 1.50 |
| 03/06/09 | Paul Bagon | INTD | Discussion with AZK re ████████ | 0.50 |
| 03/06/09 | Paul Bagon | DRFT | Slides re sale process and related emails. | 1.50 |
| 03/06/09 | Paul Bagon | READ | Marked-up ████████ funding and allocation agreements. | 1.00 |
| 03/06/09 | Paul Bagon | PHON | All parties call re ████████ sale | 5.40 |
| 03/06/09 | Alex Kay | LETT | Timeline for ████████ sale process | 2.00 |
| 04/06/09 | Paul Bagon | DRFT | Updating steps paper re EMEA sales procedures | 1.50 |
| 04/06/09 | Paul Bagon | READ | Akin's revised steps paper re sale procedures. | 0.30 |
| 11/06/09 | Paul Bagon | LETT | Reviewing latest bid docs | 2.00 |
| 15/06/09 | Paul Bagon | DRFT | Allocation agreement | 1.40 |
| 16/06/09 | Giles Boothman | READ | Re. ████████ bid | 0.50 |
| 16/06/09 | Paul Bagon | READ | Reviewing revised ████████ revised asa | 4.00 |
| 17/06/09 | Paul Bagon | LETT | Email to AG with comments on ████████ ASA | 7.90 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 18/06/09 | Giles Boothman | READ | Emails re. sale. | 0.20 |
| 19/06/09 | Giles Boothman | READ | Emails re. funding/emails re. sales process. | 0.50 |
| 20/06/09 | Giles Boothman | READ | Emails re. ▮▮▮▮/sales | 0.40 |
| 29/06/09 | Giles Boothman | READ | Emails re. ▮▮▮▮▮ | 0.50 |
| 29/06/09 | Giles Boothman | SUPE | Discussion with PDB re. sales reviews | 0.50 |
| 29/06/09 | Paul Bagon | READ | Reviewing ▮▮▮▮▮ bid documents and drafting related email to AG | 5.50 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 June 2009

## TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 21.70 | @ | 610.00 | 13,237.00 |
| Eric Bouffard | engaged | 4.50 | @ | 580.00 | 2,610.00 |
| Euan Burrows | engaged | 0.80 | @ | 580.00 | 464.00 |
| **Counsels:** | | | | | |
| Charles Hammon | engaged | 0.20 | @ | 540.00 | 108.00 |
| **Associates:** | | | | | |
| Alex Kay | engaged | 0.90 | @ | 340.00 | 306.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 11.40 | @ | 315.00 | 3,591.00 |
| **Trainees:** | | | | | |
| Julie Gayrard | engaged | 0.60 | @ | 160.00 | 96.00 |
| Carla Speziale | engaged | 2.50 | @ | 160.00 | 400.00 |
| **Paralegal:** | | | | | |
| Céline Gillet | engaged | 0.80 | @ | 70.00 | 56.00 |
| | | | | Total | £ 20,868.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/06/09 | Alex Kay | LETT | Call with Ken Davies | 0.40 |
| 01/06/09 | Giles Boothman | READ | Funding agreement/allocation agreement amends/HS comments | 1.00 |
| 01/06/09 | Giles Boothman | ATTD | Call with HS/others | 1.00 |
| 01/06/09 | Giles Boothman | SUPE | Re. French input re. Nortel Networks SA status | 0.20 |
| 01/06/09 | Giles Boothman | ATTD | Call with Akin and Jefferies re. French issues | 0.50 |
| 01/06/09 | Giles Boothman | INTD | Eric Boufford re. French issues/line up Ashurst Paris | 0.30 |
| 02/06/09 | Eric Bouffard | CASE | Instructing JIG, exam doctrine collected | 3.50 |
| 02/06/09 | Euan Burrows | LETT | Call AK re next steps and briefing CWH | 0.30 |
| 02/06/09 | Giles Boothman | READ | Funding Agreement/Allocation Agreement | 1.00 |
| 02/06/09 | Giles Boothman | SUPE | French liquidation Q | 0.50 |
| 02/06/09 | Giles Boothman | ATTD | Call with all parties | 1.50 |
| 02/06/09 | Giles Boothman | ATTD | 2nd call with all parties | 1.00 |
| 02/06/09 | Giles Boothman | LETT | Email to Ryan with comments on Funding Agreement/Allocation | 0.70 |
| 02/06/09 | Céline Gillet | RSCH | Commande d'un jugement | 0.80 |
| 02/06/09 | Alex Kay | LETT | Call with Tony Fuernstein | 0.50 |
| 03/06/09 | Giles Boothman | READ | Review Funding Agreement and Allocation Agreement | 0.80 |
| 03/06/09 | Giles Boothman | LETT | Ryan re. key points on funding agreement | 0.50 |
| 03/06/09 | Giles Boothman | ATTD | Calls with Cleary re. funding/allocation | 3.00 |
| 03/06/09 | Giles Boothman | READ | Emails | 0.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 03/06/09 | Giles Boothman | SUPE | Slides re. EMEA conditions | 0.50 |
| 03/06/09 | Paul Bagon | PHON | Professionals pre-UCC call. | 0.90 |
| 03/06/09 | Carla Speziale | LETT | Déplacement au TC de Nanterre pour aller chercher l' ordonnance qui homologue le protocole de coopération (dossier Nortel) | 2.50 |
| 03/06/09 | Euan Burrows | LETT | Comments and review of CWH slides; further comments | 0.50 |
| 04/06/09 | Giles Boothman | READ | Emails | 0.50 |
| 04/06/09 | Giles Boothman | PREP | For UCC call/check re. conditions for sale | 0.50 |
| 04/06/09 | Paul Bagon | READ | Preparing for UCC call | 0.20 |
| 04/06/09 | Paul Bagon | LETT | Emails | 0.40 |
| 05/06/09 | Giles Boothman | READ | Revised funding agreement. | 0.50 |
| 05/06/09 | Giles Boothman | READ | Emails re. Deal status. | 0.10 |
| 08/06/09 | Paul Bagon | LETT | Various emails. | 1.00 |
| 10/06/09 | Giles Boothman | READ | Emails | 0.30 |
| 13/06/09 | Giles Boothman | READ | Emails re. allocation. | 0.20 |
| 15/06/09 | Giles Boothman | INTD | Discussion with PDB re. allocation protocol | 0.30 |
| 15/06/09 | Giles Boothman | READ | Emails re. allocation | 0.30 |
| 16/06/09 | Paul Bagon | LETT | Various emails. | 0.30 |
| 16/06/09 | Paul Bagon | PHON | Update call with Lazard re M&A process | 0.90 |
| 17/06/09 | Giles Boothman | READ | Emails re. allocation/process | 0.50 |
| 19/06/09 | Paul Bagon | LETT | Reviewing dispute protocols. | 0.50 |
| 20/06/09 | Giles Boothman | LETT | Herbert Smith re. funding agreement | 0.20 |
| 22/06/09 | Giles Boothman | READ | Emails/documents re. Administrators application re. funding agreement | 0.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 22/06/09 | Giles Boothman | SUPE | Discussion with PDB re. attending hearing | 0.50 |
| 22/06/09 | Paul Bagon | READ | Reviewing funding  agreement | 1.80 |
| 22/06/09 | Paul Bagon | LETT | Emails  re UK court proceedings | 1.00 |
| 22/06/09 | Paul Bagon | READ | Reviewing Bloom witness statement re UK court application | 3.50 |
| 23/06/09 | Giles Boothman | INTD | Discussion with P Bagon report re. UK liquidation | 0.30 |
| 23/06/09 | Giles Boothman | READ | Emails re. UK court application | 0.30 |
| 24/06/09 | Charles Hammon | LETT | Email to Giles Boothman re merger control process/third party complaints. | 0.20 |
| 24/06/09 | Eric Bouffard | CASE | Vérif art L. 642-19 + jurisprudence. Instructing + disc JIG + mail to client. | 1.00 |
| 24/06/09 | Julie Gayrard | RSCH | Recherche sur les bases légales de la vente de gré à gré et la détermination du prix + draft mail + rech sur base légale de l'auteur de la requête | 0.60 |
| 24/06/09 | Paul Bagon | PHON | Attending professionals pre-UCC meeting call | 0.90 |
| 24/06/09 | Giles Boothman | LETT | Tony Fuerstein re. Antitrust query | 0.30 |
| 24/06/09 | Giles Boothman | LETT | Tony Fuerstein re. French liquidation | 0.30 |
| 24/06/09 | Giles Boothman | INTD | Charlie Hammon/Neil Cunninghame re. antitrust query | 0.30 |
| 24/06/09 | Giles Boothman | SUPE | French input re. query from Akin | 0.30 |
| 24/06/09 | Giles Boothman | READ | Emails | 0.30 |
| 24/06/09 | Giles Boothman | INTD | Discussion with P Bagon re. Prof call/issues | 0.30 |
| 25/06/09 | Giles Boothman | INTD | Discussion with PDB re. APAC/Sales/UCC call | 0.30 |
| 25/06/09 | Giles Boothman | READ | Emails to UCC call | 0.30 |
| 26/06/09 | Giles Boothman | READ | Emails re. disposal | 0.50 |
| 26/06/09 | Giles Boothman | SUPE | Re. disposal | 0.50 |
| 26/06/09 | Giles Boothman | INTD | Discussions with PDB - various | 0.30 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 June 2009

## TIME SUMMARY – ASIAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 1.60 | @ | 610.00 | 976.00 |
| Robert Ogilvy Watson | engaged | 18.00 | @ | 610.00 | 10,980.00 |
| Carl Dunton | engaged | 2.30 | @ | 580.00 | 1,334.00 |
| **Senior Associates:** | | | | | |
| Ian Chye | engaged | 17.90 | @ | 500.00 | 8,950.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 28.20 | @ | 315.00 | 8,883.00 |
| **Trainees:** | | | | | |
| Philip Uribe | engaged | 2.30 | @ | 185.00 | 425.50 |

Total         £ 31,548.50

### Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------:|
| 08/06/09 | Giles Boothman | SUPE | Re. assistance with APAC region | 0.20 |
| 08/06/09 | Giles Boothman | LETT | F Hodara re. APAC | 0.20 |
| 10/06/09 | Paul Bagon | LETT | Various emails and calls re APAC arrangements. | 2.00 |
| 15/06/09 | Paul Bagon | LETT | Various emails re APAC arrangements and scope of work | 1.80 |
| 15/06/09 | Giles Boothman | SUPE | APAC review | 0.30 |
| 16/06/09 | Giles Boothman | SUPE | Re. APAC review | 0.20 |
| 16/06/09 | Paul Bagon | LETT | Re Ashurst APAC note | 2.50 |
| 17/06/09 | Ian Chye | DRFT | Drafting and preparing memo on directors' duties under the Singapore regulatory regime | 7.00 |
| 17/06/09 | Carl Dunton | LETT | Review of email from Paul Bagon regarding Singapore advice.  Discussion on scope with IZC. | 0.40 |
| 18/06/09 | Ian Chye | RSCH | Drafting and preparing memo on directors' duties under the Singapore regulatory regime | 4.00 |
| 18/06/09 | Carl Dunton | READ | Review and comment on the Singapore paper on wrongful trading, etc. | 1.00 |
| 18/06/09 | Giles Boothman | SUPE | APAC issues. | 0.20 |
| 18/06/09 | Paul Bagon | PHON | Call with ROW re APAC note and related emails. | 0.70 |
| 18/06/09 | Paul Bagon | READ | Reviewing Singapore APAC note. | 3.50 |
| 18/06/09 | Robert Ogilvy Watson | LETT | APAC matters | 2.50 |
| 18/06/09 | Robert Ogilvy Watson | LETT | Reviewing director's duty under Hong Kong law | 1.50 |
| 19/06/09 | Robert Ogilvy Watson | LETT | APAC matters | 4.00 |
| 19/06/09 | Ian Chye | INTD | Telcall with ROW to discuss memo contents and Paul Bagon's email; reviewing and considering Paul Bagon's and ROW's emails of 18/19 Jun | 1.00 |
| 19/06/09 | Paul Bagon | LETT | Emails to HK and Singapore re APAC note. | 0.40 |
| 19/06/09 | Giles Boothman | SUPE | Re. APAC review | 0.50 |
| 19/06/09 | Carl Dunton | INTD | Discussion with IZC. | 0.20 |
| 19/06/09 | Robert Ogilvy Watson | DRFT | Commenting on the memo prepared by ROW on director's duty under Hong Kong law | 1.00 |
| 22/06/09 | Ian Chye | LETT | Discussion with CBD; reviewing ROW's memo; revising Singapore memo and looking up | 4.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| | | | Singapore position on judicial management/scheme of arrangement | |
| 22/06/09 | Carl Dunton | INTD | Discussion with IZC on status and progress. | 0.20 |
| 22/06/09 | Robert Ogilvy Watson | DRFT | Review of Hong Kong note | 1.00 |
| 23/06/09 | Robert Ogilvy Watson | DRFT | Review of Hong Kong note | 1.00 |
| 23/06/09 | Ian Chye | DRFT | Discussions with SER and Paul Bagon; revising memorandum | 1.40 |
| 23/06/09 | Carl Dunton | LETT | Review of IZC Note. | 0.50 |
| 23/06/09 | Paul Bagon | PHON | Call with Singapore re APAC note | 1.00 |
| 23/06/09 | Paul Bagon | LETT | Amending Hong Kong note | 5.00 |
| 24/06/09 | Paul Bagon | DRFT | Amending HK and Singapore notes | 6.30 |
| 24/06/09 | Robert Ogilvy Watson | DRFT | Amending note | 0.50 |
| 25/06/09 | Robert Ogilvy Watson | DRFT | Review of Hong Kong note | 1.00 |
| 25/06/09 | Paul Bagon | LETT | Reading emails re APAC | 0.50 |
| 25/06/09 | Robert Ogilvy Watson | DRFT | Reviewing revised memo on director's duties and discuss the same with ROW | 1.50 |
| 25/06/09 | Robert Ogilvy Watson | DUED | Reviewing results of a company search and a search at the official receiver's office | 0.80 |
| 25/06/09 | Robert Ogilvy Watson | PHON | Telephone call with Ian Chye regarding revised memo on director's duties | 0.20 |
| 26/06/09 | Robert Ogilvy Watson | DRFT | Review of Hong Kong note | 1.00 |
| 26/06/09 | Robert Ogilvy Watson | DRFT | Reviewing revised memo on director's duties and discuss the same with ROW | 2.00 |
| 29/06/09 | Paul Bagon | LETT | Reviewing APAC notes | 1.80 |
| 30/06/09 | Paul Bagon | READ | Amending APAC notes | 2.70 |
| 30/06/09 | Philip Uribe | LETT | Going over letters, checking amendments have been entered, amending and proof reading Singapore document. | 2.30 |