Exhibit C

## DISBURSEMENT SUMMARY
## JUNE 01, 2009 THROUGH JUNE 30, 2009

| | |
|---|---|
| Travel Expenses – Ground Transportation | £129.44 |
| Meals | £26.45 |
| Company Search Fees | £10.08 |
| Document Production | £164.74 |
| TOTAL | £330.71 |

20

15:53\30 July 2009\LONDON\PXU\13607169.01