Exhibit D

## DISBURSEMENT BREAKDOWN

| Date | Disb Type | Narrative | Amount (£) |
|---|---|---|---|
| 08/06/2009 | SUNV | VENDOR: Carla Speziale; INVOICE#: 080609; DATE: 08/06/2009 - TRSP RER CPS le 02/06/09 | 3.84 |
| 08/06/2009 | SUNV | VENDOR: Carla Speziale; INVOICE#: 080609; DATE: 08/06/2009 - Doc Greffe TC Nanterre - copie ordonnan | 2.27 |
| 02/06/2009 | SUNV | Doc Internet Infogreffe ERB 1 Jugement Versailles | 3.97 |
| 03/06/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 01 07 06 2009 DATE: 12/06/2009 | 8.60 |
| 17/06/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 353965; DATE: 17/06/2009.  - P/C PDB Taxi - 16/06/09 | 23.20 |
| 14/06/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/79126; DATE: 14/06/2009  -  TAXIS-PDB EC2 TO NW1 TO NW1 03/06/09 | 44.20 |
| 26/06/2009 | TAXI | PAYEE: Petty Cash; REQUEST#: 355267; DATE: 26/06/2009.  -  Petty Cash for taxi fares | 19.00 |
| 16/06/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 15 21 06 2009 DATE: 27/05/2009 | 10.05 |
| 24/06/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 22 28 06 2009 DATE: 27/05/2009 | 7.80 |
| 24/06/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/79503; DATE: 30/06/2009 - TAXI - PDB (EC2A to NW11) 24/06/09 | 43.04 |
|  |  | Document Production | 164.74 |
|  |  |  | **£330.71** |