# Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JUNE 01, 2009 THROUGH JUNE 30, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 34.00 | £20,740.00 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 7.40 | £4,514.00 |
| Eric Bouffard | Partner for 3 years; admitted in 1996; Litigation and Restructuring Group in Paris | £580 | 4.50 | £2,610.00 |
| David von Saucken | Partner for 3 years; Admitted in Germany in July 1996; Admitted in England and Wales in 2001 after completing the QLTT, in Restructuring and Special Situations Group | £610 | 2.40 | £1,464.00 |
| Neil Cunningham | Partner for 2 years; Admitted in October 1997, Competition Group | £580 | 0.20 | £116.00 |
| Euan Burrows | Partner 1 year; Called to the Bar in 1995; Admitted 3 November 2008 in England and Wales, Competition Group | £580 | 0.80 | £464.00 |
| Robert Ogilvy Watson | Partner for 8 years; Admitted 15 November 1993, Corporate | £610 | 18.00 | £10,980.00 |
| Carl Dunton | Partner for 1 years; Admitted 1997, Loan Markets, Singapore | £580 | 2.30 | £1,334.00 |
| Charles Hammon | Counsel for 1 year; Admitted September 1998, Competition | £540 | 3.70 | £1,998.00 |
| Ian Chye | Senior Associate; Admitted June 2003 | £500 | 17.90 | £8,950.00 |
| Marcus Fink | Associate for 8 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 39.00 | £19,500.00 |
| Alex Kay | Associate for 3 years; Admitted in 2006; Restructuring and Special Situations Group | £340 | 4.40 | £1,496.00 |
| Lauren Moore | Associate for 3 years; Admitted in 2006; Employment, Incentives and Pensions Group | £340 | 0.30 | £111.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Tanyel Serpemen | Associate for 2 years; Admitted in May 2005, Restructuring and Special Situations Group | £370 | 2.00 | £740.00 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special Situations Group | £290 | 121.90 | £38,398.50 |
| Anna Reid | Trainee for 1.5 years; Restructuring and Special Situations Group | £185 | 5.80 | £1,073.00 |
| Julie Gayrard | Trainee for 1 year; Paris | £160 | 0.60 | £96.00 |
| Carla Speziale | Trainee for 1 year; Paris | £160 | 2.50 | £400.00 |
| Philip Uribe | Trainee for 1.5 years; Restructuring and Special Situations Group | £185 | 2.30 | £425.50 |
| Céline Gillet | Paralegal; Paris | £70 | 0.80 | £56.00 |
| TOTAL | | | 270.80 | £115,465.00 |

23

## COMPENSATION BY PROJECT CATEGORY
## JUNE 01, 2009 THROUGH JUNE 30, 2009.

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 14.20 | £4,591.00 |
| Creditors Committee Meetings | 9.00 | £2,081.00 |
| Tax Issues | 12.90 | £5,184.00 |
| Labor Issues/Employee Benefits | 68.60 | £33,685.00 |
| Asset/Stock Transactions/Business Liquidations | 50.40 | £16,878.00 |
| European Proceedings/Matters | 43.40 | £20,868.00 |
| TOTAL | 270.80 | £115,465.00 |