# **EXHIBIT A**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 28, 2009
Invoice 337460
Page 2
Client # 732310

Matter # 165839

For services through June 30, 2009
relating to Case Administration

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/09 | Coordinate service re: order fifth stipulation of cross border protocol (.2); Prepare affidavit of service re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 06/01/09 | Maintain/organize original pleadings | Paralegal | Rochelle I. Warren | 0.40 hrs. | 90.00 | $36.00 |
| 06/02/09 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 06/04/09 | Maintain original pleadings | Paralegal | Brenda D. Tobin | 0.60 hrs. | 100.00 | $60.00 |
| 06/05/09 | Maintain/organize original pleadings. | Paralegal | Rochelle I. Warren | 0.50 hrs. | 90.00 | $45.00 |
| 06/09/09 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 06/10/09 | Attention to e-mail COC re: sixth stipulation to extend time to file motion approving cross border protocol (.1); Prepare COC re: same (.2); Retrieve and assemble re: stipulation and order of same (.2); Finalize and file COC re: same (.2) | Paralegal | Barbara J. Witters | 0.70 hrs. | 185.00 | $129.50 |
| 06/10/09 | Review, revise and finalize sixth stipulation and order extending time for Committee to file a motion to reconsider the cross-border protocol and related certification of counsel | Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | July 28, 2009<br>Invoice 337460<br>Page 3<br>Client # 732310<br><br>Matter # 165839 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/12/09 | Maintain/organize original pleadings. | | | | |
| | Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 06/15/09 | Retrieve order re: sixth order approve extension to file cross-border court to court protocol (.1); Review docket (.2); Review and update critical dates (.3); E-mail to distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 185.00 | $129.50 |
| 06/15/09 | Email to B. Kahn re: proper method for submitting agreed cross-border protocol order to the Court | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 06/15/09 | Maintain/organize original pleadings. | | | | |
| | Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 06/15/09 | Maintain/organize original pleadings. | | | | |
| | Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 06/17/09 | Maintain/organize original pleadings | | | | |
| | Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 06/19/09 | Review docket (.1); Review critical dates (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 06/19/09 | Maintain/organize original pleading. | | | | |
| | Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 06/22/09 | Maintain/organize original pleadings. | | | | |
| | Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 06/23/09 | Calls to B. Khan re: filing cross-border protocol order under certification of counsel (.2); Call with B. Kahn, D. Abbot and others re: filing cross-border protocol order under certification of counsel (.3) | | | | |
| | Associate | Christopher M. Samis | 0.50 hrs. | 275.00 | $137.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 4  
Client #  732310

Matter #  165839

---

| Date | Description | | | |
|---|---|---|---|---|
| 06/24/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 06/25/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 06/26/09 | Call from M. Mitchell re: overall strategy for case | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 06/26/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |

Total Fees for Professional Services   $1,243.00

TOTAL DUE FOR THIS INVOICE   **$1,243.00**  
BALANCE BROUGHT FORWARD   $1,218.00

**TOTAL DUE FOR THIS MATTER**   **$2,461.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 5  
Client #  732310  

Matter #  165839

For services through June 30, 2009  
relating to Use, Sale of Assets

| Date | Description | Role / Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/25/09 | Email to D. Gentile re: entity interested in purchasing Nortel assets (.1); Email to A. Cordo re: entity interested in purchasing Nortel assets (.1); Email to J. Sturm re: filing objection to Nokia-Siemens sale bid procedures (.1); Email to K. Davis re: filing objection to Nokia-Siemens sale bid procedures (.1) | Associate — Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |
| 06/26/09 | Attention to e-mail re: bidding procedures motion (.1); Import and revise re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare affidavit of service re: same (.2) | Paralegal — Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |
| 06/26/09 | Call from PBGC re: service of objection to bidding procedures (.1); Review, revise and finalize objection to CDMA/LTE sale bid procedures (.5); E-mails to K. Davis and F. Hodara re: finalizing objection to CDMA/LTE sale bid procedures (.2); Review PBGC objection to bidding procedures (.2); Email to B. Witters re: preparing objection to CDMA/LTE sale bid procedures for filing (.2) | Associate — Christopher M. Samis | 1.20 hrs. | 275.00 | $330.00 |
| 06/29/09 | Review filed objection of the Committee to bid procedures motion re: sale of CDMA and LTE businesses (.3); discussion with C. Samis re: events of 6/29/09 hearing re: bid procedures rulings (.2) | Associate — Drew G. Sloan | 0.50 hrs. | 255.00 | $127.50 |

Total Fees for Professional Services                   $715.50

**TOTAL DUE FOR THIS INVOICE**                              **$715.50**

**TOTAL DUE FOR THIS MATTER**                               **$715.50**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | July 28, 2009<br>Invoice 337460<br>Page 6<br>Client #  732310<br><br>Matter # 165839 |

For services through June 30, 2009
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 06/02/09 | Call from N. Winje re: Creditors' Committee role and filing proof of claim | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 06/26/09 | Call from T. Skidmore re: payment of unsecured claims | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $110.00 |
| TOTAL DUE FOR THIS INVOICE | **$110.00** |
| **TOTAL DUE FOR THIS MATTER** | **$110.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

July 28, 2009  
Invoice 337460  
Page 7  
Client # 732310  

Matter # 165839  

---

For services through June 30, 2009  
relating to Court Hearings

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/09/09 | Retrieve and review re: 6/11/09 agenda (.1); E-mail to RLF distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 06/09/09 | Assist B. Witters with preparation of June 11, 2009 hearing binder | Paralegal | Brenda D. Tobin | 1.40 hrs. | 100.00 | $140.00 |
| 06/10/09 | Assist with preparation of June 11, 2009 hearing binders | Paralegal | Brenda D. Tobin | 2.20 hrs. | 100.00 | $220.00 |
| 06/10/09 | Email to R. Jacobs re: logistics of 6/11/09 hearing | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 06/11/09 | Assist with June 11, 2009 hearing binders | Paralegal | Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |
| 06/11/09 | Attend 6/11/09 hearing (1.0); Prepare for 6/11/09 hearing (.5); Email to R. Jacobs re: logistics of 6/11/09 hearing (.1) | Associate | Christopher M. Samis | 1.60 hrs. | 275.00 | $440.00 |
| 06/24/09 | Retrieve and review re: 6/26/09 agenda (.2); E-mail to B. Tobin re: same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 06/24/09 | Prepare June 26, 2009 hearing binders | Paralegal | Brenda D. Tobin | 1.00 hrs. | 100.00 | $100.00 |
| 06/25/09 | Prepare for 6/26/09 hearing (.5); Email to J. Sturm re: handling 6/26/09 hearing (.1); Call to J. Sturm re: handling 6/26/09 hearing (.1) | Associate | Christopher M. Samis | 0.70 hrs. | 275.00 | $192.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 8  
Client #  732310

Matter #  165839

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/26/09 | Retrieve amended 6/26/09 agenda for C. Samis (.1); Retrieve re: 6/29/09 agenda (.1); Review re: same (.1); E-mail to B. Tobin re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 185.00 | $74.00 |
| 06/26/09 | Prepare June 29, 2009 hearing binders | | | | |
| | Paralegal — Brenda D. Tobin | | 1.20 hrs. | 100.00 | $120.00 |
| 06/26/09 | Email to K. Davis re: covering 6/26/09 hearing (.1); Emails to D. Sloan re: covering 6/29/09 Nortel hearing if necessary (.2); Emails to J. Sturm re: covering 6/29/09 hearing (.2); Attend 6/26/09 hearing (.5); Prepare for 6/26/09 hearing (.3) | | | | |
| | Associate — Christopher M. Samis | | 1.30 hrs. | 275.00 | $357.50 |
| 06/26/09 | Review emails (x2) from C. Samis re: preparation for 6/29/09 hearing (.1); review agenda for 6/29/09 hearing (.2); review email from J. Sturm re: attending 6/29/09 hearing (.1) | | | | |
| | Associate — Drew G. Sloan | | 0.40 hrs. | 255.00 | $102.00 |
| 06/29/09 | Attend 6/29/09 hearing (7.0); Prepare for 6/29/09 hearing (.8) | | | | |
| | Associate — Christopher M. Samis | | 7.80 hrs. | 275.00 | $2,145.00 |
| 06/29/09 | Review emails (x3) from C. Samis re: attending 6/29/09 hearing (.1); emails (x3) to C. Samis re: attending rescheduled 6/29/09 hearing (.1); review revised agenda for 6/29/09 hearing (.2); attend 6/29/09 hearing (1.5) | | | | |
| | Associate — Drew G. Sloan | | 1.90 hrs. | 255.00 | $484.50 |

Total Fees for Professional Services  $4,525.50

TOTAL DUE FOR THIS INVOICE  **$4,525.50**  
$1,539.50

**TOTAL DUE FOR THIS MATTER**  **$6,065.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 28, 2009  
Invoice 337460  
Page 9  
Client #  732310  

Matter #  165839  

For services through June 30, 2009  
relating to  Employee Issues  

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06/24/09 | Call from R. Sloan (former employee) questioning how sale may affect claims | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | | $55.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $55.00 |
| TOTAL DUE FOR THIS INVOICE | **$55.00** |
| **TOTAL DUE FOR THIS MATTER** | $55.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 10

Client #  732310

Matter #  165839

---

For services through June 30, 2009  
relating to  Retention of Others

| | | | | |
|---|---|---|---|---|
| 06/04/09 | Attention to e-mail re: supplemental declaration of G. Boothman to retention application of Ashurst (.1); Retrieve and review re: same (.2); Finalize, file and coordinate service re: same (.2); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 185.00 | $129.50 |

Total Fees for Professional Services         $129.50

TOTAL DUE FOR THIS INVOICE         **$129.50**

                                               $286.50

**TOTAL DUE FOR THIS MATTER**         **$416.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

July 28, 2009  
Invoice 337460  
Page 11  
Client # 732310  

Matter # 165839  

For services through June 30, 2009  
relating to RLF Fee Applications

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/02/09 | Prepare letter to G. Davies re: RLF second fee application and cno for payment (.2); Retrieve re: RLF second fee application and cno (.1); Coordinate to G. Davies re: same (.1); E-mail to M. Reis re: letter and invoice of same (.1) | Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 06/03/09 | Discussion with C. Samis re: RLF interim fee application and hearing date | Paralegal | Barbara J. Witters | 0.20 hrs. | 185.00 | $37.00 |
| 06/03/09 | Email to B. Anemone re: resolving UST objection to fees | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 06/04/09 | Prepare RLF first interim fee application (.4); Discussion with C. Samis re: same (.1); Revise RLF first interim fee application (.2); E-mail to B. Kahn re: same (.1) | Paralegal | Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |
| 06/10/09 | Revise RLF first interim fee application x2 (.4); Prepare cno re: RLF first monthly fee application (.2); Revise RLF cno re: same (.2) | Paralegal | Barbara J. Witters | 0.80 hrs. | 185.00 | $148.00 |
| 06/10/09 | Review, revise and finalize certification of no objection for RL&F first monthly fee application (.3); Review, revise and finalize first interim fee application of RL&F (.3); Meet with M. Collins re: disputed RL&F fees (.1); Meet with P. Tinker re: disputed RL&F fees (.2); Calls to P. Tinker re: disputed RL&F fees (.2); Email to P. Tinker re: disputed RL&F fees (.1) | Associate | Christopher M. Samis | 1.20 hrs. | 275.00 | $330.00 |
| 06/11/09 | Email to L. Stevenson re: obtaining RL&F May fees and expenses for Akin budget (.1); Email to B. Khan re: RL&F May fees and expenses for Akin budget (.1); Email to P. Tinker re: RL&F fee dispute (.1) | Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

July 28, 2009  
Invoice 337460  
Page 12  
Client # 732310  

Matter # 165839  

---

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/12/09 | Call from J. McMahon re: settling Nortel fee dispute | Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 06/16/09 | Finalize and file cno re: RLF first fee application (.2); Finalize, file and coordinate service re: RLF first interim fee application (.2); Prepare affidavit of service re: same (.2) | Paralegal | Barbara J. Witters | 0.60 hrs. | 185.00 | $111.00 |
| 06/16/09 | Review, revise and finalize RL&F first interim fee application (.2); Review, revise and finalize certification of no objection for RL&F first monthly fee application (.2); Emails to J. McMahon re: agreement to reduce RL&F fees (.2) | Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 06/17/09 | Prepare letter re: cno for RLF first fee application (.2); Retrieve re: RLF first application and cno (.1); Coordinate to G. Davies re: same (.1) | Paralegal | Barbara J. Witters | 0.40 hrs. | 185.00 | $74.00 |
| 06/19/09 | E-mail to distribution re: RLF April fee application objection deadline (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 06/24/09 | Prepare letter to G. Davies re: RLF April fee application and cno (.2); Coordinate to G. Davies re: same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 06/25/09 | Review RLF May bill memos | Paralegal | Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 06/25/09 | Review May 2009 bill memos re RLF fee application | Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 06/30/09 | Review and revise RLF May monthly fee application (.3); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 0.90 hrs. | 185.00 | $166.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 28, 2009
Invoice 337460

Page 13

Client #  732310

Matter # 165839

| | |
|---|---:|
| Total Fees for Professional Services | $1,779.50 |
| TOTAL DUE FOR THIS INVOICE | **$1,779.50** |
| | $784.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,563.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

July 28, 2009  
Invoice 337460  
Page 14  
Client # 732310  

Matter # 165839  

---

For services through June 30, 2009  
relating to Fee Applications of Others  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/09 | Update fee status chart | Paralegal — Barbara J. Witters | 0.30 hrs. | 185.00 | $55.50 |
| 06/04/09 | Review interim fee order, bankruptcy rules and local rules to create fully-compliant form for Committee fee applications (.8); Email to B. Witters re: revisions to form interim fee request (.1); Call from B. Witters re: timing of interim fee requests (.1) | Associate — Christopher M. Samis | 1.00 hrs. | 275.00 | $275.00 |
| 06/08/09 | Attention to e-mail re: Capstone third monthly fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal — Barbara J. Witters | 0.90 hrs. | 185.00 | $166.50 |
| 06/08/09 | Review and revise Capstone third monthly fee application (.2); Email to J. Sturm re: procedure for filing fee applications (.1); Call to J. Sturm re: filing of Capstone third monthly fee application (.1); Email to B. Witters re: preparation of notice for and filing and service of Capstone third monthly fee application (.1) | Associate — Christopher M. Samis | 0.50 hrs. | 275.00 | $137.50 |
| 06/09/09 | Call to B. Khan re: interim fee application procedures; Email to B. Khan re: further questions on interim fee procedures; Review interim compensation order for Akin questions on interim compensation forms; Review Fraser interim fee application | Associate — Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 06/10/09 | E-mail to B. Kahn re: Ashurst first interim fee application (.1); Finalize, file and coordinate service re: first interim fee applications for Akin Gump, Capstone Advisory, Fraser Milner, Jefferies & Co. & Ashurst (.8); Prepare affidavit of service re: first interim fee applications (.2) | Paralegal — Barbara J. Witters | 1.10 hrs. | 185.00 | $203.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 28, 2009  
Invoice 337460  
Page 15  
Client #  732310  

Matter #  165839  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/09 | Review, revise and finalize first interim fee application of Ashurst (.2); Review, revise and finalize first interim fee application of Akin (.2); Review, revise and finalize first interim fee application of Fraser (.2); Review, revise and finalize first interim fee application of Capstone (.2); Review, revise and finalize first interim fee application of Jeffries (.2); Email to B. Witters re: filing and service of interim fee applications (.1) | Associate — Christopher M. Samis | 1.10 hrs. | 275.00 | $302.50 |
| 06/11/09 | E-mail to distribution re: Jefferies March fee application objection deadline (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.50 hrs. | 185.00 | $92.50 |
| 06/15/09 | E-mail to distribution re: objection deadlines for third monthly fee applications of Fraser Milner, Ashurst and Akin Gump (.1); Prepare cno re : Akin Gump (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner (.2); Finalize and file cno re: same (.2); Prepare cno re: Ashurst (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 1.30 hrs. | 185.00 | $240.50 |
| 06/15/09 | Review, revise and finalize certificate of no objection for third monthly fee application of Ashurst (.2); Review, revise and finalize certificate of no objection for third monthly fee application of Fraser (.2); Review, revise and finalize certificate of no objection for third monthly fee application of Akin (.2) | Associate — Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 06/22/09 | E-mail to A. Cordo re: Solid Asset solutions interest in purchasing various assets | Associate — Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | July 28, 2009<br>Invoice 337460<br>Page 16<br>Client #  732310<br><br>Matter # 165839 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06/24/09 | Attention to e-mail re: Fraser Milner May monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize and file re: same (.2); Attention to e-mail re: Ashurst May monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of motion re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Akin Gump May monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner May monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | 3.60 hrs. | 185.00 | | $666.00 |
| 06/24/09 | Review, revise and finalize fourth monthly fee application of Akin (.2); Review, revise and finalize fourth monthly fee application of Ashurst (.2); Review, revise and finalize fourth monthly fee application of Fraser (.2); E-mails to B. Kahn re: filing fourth monthly fee applications of various professionals (.1) | | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 275.00 | | $192.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $2,689.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,689.50** |
| | $2,075.50 |
| **TOTAL DUE FOR THIS MATTER** | **$4,765.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 17  
Client #  732310

<u>Summary of Hours</u>

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 18.90 | 185.00 | 3,496.50 |
| Brenda D. Tobin | 6.70 | 100.00 | 670.00 |
| Christopher M. Samis | 21.80 | 275.00 | 5,995.00 |
| Drew G. Sloan | 3.20 | 255.00 | 816.00 |
| Rochelle I. Warren | 3.00 | 90.00 | 270.00 |
| TOTAL | 53.60 | $209.84 | 11,247.50 |

**TOTAL DUE FOR THIS INVOICE**                                $12,726.53

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310