# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

July 28, 2009
Invoice 337460

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through June 30, 2009
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $4.00 |
| Business Meals | $33.42 |
| Document Retrieval | $55.60 |
| Long distance telephone charges | $9.73 |
| Messenger and delivery service | $510.63 |
| Photocopying/ Printing<br>5,149 @ $.10/pg. / 737 @ $.10/pg. | $588.60 |
| Postage | $277.05 |

| | |
|---|---:|
| Other Charges | $1,479.03 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,479.03** |
| BALANCE BROUGHT FORWARD | $2,769.92 |
| **TOTAL DUE FOR THIS MATTER** | **$4,248.95** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 18  
Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
    Case Administration  
    Use, Sale of Assets  
    Claims Administration  
    Court Hearings  
    Employee Issues  
    Retention of Others  
    RLF Fee Applications  
    Fee Applications of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 06/01/09 | Photocopies | DUP.10CC |
| | Amount = $91.00 | |
| 06/01/09 | Postage | POST |
| | Amount = $110.72 | |
| 06/02/09 | NORTEL - Messenger and delivery | MESS |
| | Amount = $21.11 | |
| 06/02/09 | Messenger and delivery 6/1/09, POST OFFICE/NEW CASTLE, BJW | MESS |
| | Amount = $51.30 | |
| 06/02/09 | Messenger and delivery 6/1/09, 29 AFTER HOURS DELIVERIES, BJW | MESS |
| | Amount = $174.00 | |
| 06/02/09 | Duplicating | DUP.10CC |
| | Amount = $4.80 | |
| 06/03/09 | ALL PACER | DOCRETRI |
| | Amount = $1.60 | |
| 06/04/09 | Photocopies | DUP.10CC |
| | Amount = $122.40 | |
| 06/04/09 | Postage | POST |
| | Amount = $118.46 | |
| 06/05/09 | DELIVERY EXPENSE 6/4/09 | MESS |
| | Amount = $99.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 19  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/05/09 | Messenger and delivery 6/4/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | Amount = | $28.65 | |
| 06/08/09 | Photocopies | | DUP.10CC |
| | Amount = | $37.50 | |
| 06/08/09 | 2128721056 Long Distance | | LD |
| | Amount = | $1.39 | |
| 06/08/09 | Postage | | POST |
| | Amount = | $8.76 | |
| 06/09/09 | 2128728121 Long Distance | | LD |
| | Amount = | $5.56 | |
| 06/09/09 | Messenger and delivery 06/08/09 - TO MORRIS NICHOLS ARSHT AND TUNNELL - BJW | | MESS |
| | Amount = | $6.00 | |
| 06/09/09 | Messenger and delivery 06/08/09 - TO US TRUSTEE - BJW | | MESS |
| | Amount = | $6.00 | |
| 06/09/09 | ALL PACER | | DOCRETRI |
| | Amount = | $7.60 | |
| 06/10/09 | Photocopies | | DUP.10CC |
| | Amount = | $4.60 | |
| 06/10/09 | Photocopies | | DUP.10CC |
| | Amount = | $8.00 | |
| 06/10/09 | ALL PACER | | DOCRETRI |
| | Amount = | $24.24 | |
| 06/10/09 | Postage | | POST |
| | Amount = | $4.59 | |
| 06/10/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.00 | |
| 06/10/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.20 | |
| 06/10/09 | Duplicating | | DUP.10CC |
| | Amount = | $7.40 | |
| 06/10/09 | Duplicating | | DUP.10CC |
| | Amount = | $5.20 | |
| 06/10/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.60 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 20  
Client #  732310

| Date | Description | Code |
|---|---|---|
| 06/11/09 | RODNEY GRILLE: INVOICES RLF610/RG269-272/FOOD SERVICE 6/8-6/12<br>Amount = $33.42 | MEALSCL |
| 06/11/09 | Photocopies<br>Amount = $36.20 | DUP.10CC |
| 06/11/09 | Photocopies<br>Amount = $10.00 | DUP.10CC |
| 06/11/09 | Messenger and delivery 06/10/09 - TO US TRUSTEE - BJW<br>Amount = $6.00 | MESS |
| 06/11/09 | Messenger and delivery 06/10/09 - TO MORRIS NICHOLS ARSHT & TUNNELL - BJW<br>Amount = $6.00 | MESS |
| 06/11/09 | ALL PACER<br>Amount = $0.24 | DOCRETRI |
| 06/12/09 | 06/11/09 - LOCAL DELIVERY - BJW/CXS<br>Amount = $3.20 | MESS |
| 06/15/09 | ALL PACER<br>Amount = $2.16 | DOCRETRI |
| 06/16/09 | Photocopies<br>Amount = $1.50 | DUP.10CC |
| 06/16/09 | Postage<br>Amount = $3.39 | POST |
| 06/17/09 | NORTEL - Messenger and delivery<br>Amount = $21.11 | MESS |
| 06/17/09 | Messenger and delivery-6/16/09, US TRUSTEE, BJW<br>Amount = $6.00 | MESS |
| 06/17/09 | Messenger and delivery6/16/09, MORRIS NICHOLS, BJW<br>Amount = $6.00 | MESS |
| 06/17/09 | Duplicating<br>Amount = $6.30 | DUP.10CC |
| 06/23/09 | 2128728121 Long Distance<br>Amount = $1.39 | LD |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 28, 2009  
Invoice 337460  
Page 21  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/24/09 | NORTEL - Messenger and delivery | | MESS |
| | Amount = | $21.11 | |
| 06/24/09 | Photocopies | | DUP.10CC |
| | Amount = | $16.50 | |
| 06/24/09 | Photocopies | | DUP.10CC |
| | Amount = | $118.50 | |
| 06/24/09 | ALL PACER | | DOCRETRI |
| | Amount = | $15.76 | |
| 06/24/09 | Postage | | POST |
| | Amount = | $21.69 | |
| 06/24/09 | Duplicating | | DUP.10CC |
| | Amount = | $8.30 | |
| 06/24/09 | Duplicating | | DUP.10CC |
| | Amount = | $4.00 | |
| 06/24/09 | Duplicating | | DUP.10CC |
| | Amount = | $5.40 | |
| 06/24/09 | Duplicating | | DUP.10CC |
| | Amount = | $5.40 | |
| 06/24/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.00 | |
| 06/24/09 | Duplicating | | DUP.10CC |
| | Amount = | $8.90 | |
| 06/25/09 | 2128721056 Long Distance | | LD |
| | Amount = | $1.39 | |
| 06/25/09 | Messenger and delivery-6/24/09, MORRIS NICHOLS, BJW | | MESS |
| | Amount = | $6.00 | |
| 06/25/09 | Messenger and delivery-6/24/09, US TRUSTEE, BJW | | MESS |
| | Amount = | $6.00 | |
| 06/25/09 | Messenger and delivery6/24/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | Amount = | $25.65 | |
| 06/25/09 | Messenger and delivery6/24/09, OFFICE OF THE US TRUSTEE, MDC/SYH | | MESS |
| | Amount = | $4.50 | |
| 06/26/09 | Photocopies | | DUP.10CC |
| | Amount = | $5.60 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | July 28, 2009 |
| c/o Fred S. Hodara, Esq. | | Invoice 337460 |
| Akin Gump Strauss Hauer Feld LLP | | Page 22 |
| One Bryant Park | | |
| New York NY 10036 | | Client # 732310 |

| Date | Description | | Code |
|---|---|---|---|
| 06/26/09 | Photocopies | | DUP.10CC |
| | Amount = | $38.00 | |
| 06/26/09 | ALL PACER | | DOCRETRI |
| | Amount = | $3.44 | |
| 06/26/09 | Postage | | POST |
| | Amount = | $2.44 | |
| 06/26/09 | Duplicating | | DUP.10CC |
| | Amount = | $1.30 | |
| 06/26/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.50 | |
| 06/26/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.50 | |
| 06/26/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.90 | |
| 06/28/09 | BINDING 6/20-6/27 | | BIND |
| | Amount = | $4.00 | |
| 06/29/09 | DELIVERY EXPENSE 6/26/09 | | MESS |
| | Amount = | $6.40 | |
| 06/29/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.56 | |
| 06/30/09 | Photocopies | | DUP.10CC |
| | Amount = | $2.60 | |
| 06/30/09 | Photocopies | | DUP.10CC |
| | Amount = | $22.50 | |
| 06/30/09 | DELIVERY EXPENSE 6/30/09 | | MESS |
| | Amount = | $6.40 | |
| 06/30/09 | Postage | | POST |
| | Amount = | $7.00 | |

TOTALS FOR   732310      Official Committee of the Board of Directors of Nortel Networks Inc

Expenses    $1,479.03