**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, Ayesha S. Chacko, of Campbell & Levine, LLC, hereby certify that on July 31, 2009, I caused a copy of the *Preliminary Objection of Anixter Inc. to Debtors' Motion for Order Authorizing and Approving the Bidding Procedures Applicable to the Proposed Sale of the Debtors' Enterprise Solutions Business* to be served upon the individuals listed below in the manner indicated.

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Derek C. Abbott, Esq. | James L. Bromley, Esq. |
| Eric D. Schwartz, Esq. | Lisa M. Schweitzer, Esq. |
| Ann C. Cordo, Esq. | One Liberty Plaza |
| Andrew R. Remming, Esq. | New York, NY 10006 |
| Morris, Nichols, Arsht & Tunnell LLP | |
| 1201 N. Market Street | |
| Wilmington, DE 19899 | |

Date: July 31, 2009         */s/Ayesha Chacko*
                            Ayesha S. Chacko (No. 4994)

{D0154373.1 }