IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: August 4, 2009 @ 9:00 a.m. |
| | ) | Related to D.I. No. 1131, 1251 |

**JOINDER OF ANIXTER, INC. TO THE OBJECTION OF THE AFFILIATES OF VERIZON COMMUNICATIONS INC. TO DEBTORS' MOTION FOR ORDER AUTHORIZING AND APPROVING THE BIDDING PROCEDURES APPLICABLE TO THE PROPOSED SALE OF THE DEBTORS' ENTERPRISE SOLUTIONS BUSINESS**

Anixter, Inc., by and through its undersigned counsel, hereby joins in Objection of the Affiliates of Verizon Communications Inc. To Debtors' Motion For Order Authorizing And Approving The Bidding Procedures Applicable To The Proposed Sale Of The Debtors' Enterprise Solutions Business, which was filed on July 31, 2009. [D.I. 1251] (the "Opposition"). Anixter, Inc., hereby joins in and supports the arguments and positions contained in the Opposition, as if fully set forth herein.

(Remainder of Page Intentionally Left Blank)

{D0158399.1 }

WHEREFORE, the Anixter, Inc., respectfully requests that the Court sustain the Opposition and deny Debtors' Motion to the extent set forth in the Opposition.

Dated: July 31, 2009                                       **ANIXTER INC.**

                                                           By:   /s/ Ayesha S. Chacko

                                                                 Marla R. Eskin (#2989)
                                                                 Ayesha Chacko (#4994)
                                                                 800 N. King St., Suite 300
                                                                 Wilmington, DE  19899
                                                                 (302) 426-1900 (phone)
                                                                 (302) 426-9947 (fax)
                                                                 meskin@camlev.com
                                                                 achacko@camlev.com

                                                                 *-and-*

                                                                 Jon C. Vigano (Illinois #6257850)
                                                                 Patricia J. Fokuo (Illinois #6277431)
                                                                 SCHIFF HARDIN LLP
                                                                 6600 Sears Tower
                                                                 Chicago, IL  60606-6473
                                                                 (312) 258-5500 (phone)
                                                                 (312) 258-5700 (fax)
                                                                 jvigano@schiffhardin.com
                                                                 pfokuo@schiffhardin.com

                                                                 ***Counsel for Anixter Inc.***

{D0158399.1 }