**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, Ayesha S. Chacko, of Campbell & Levine, LLC, hereby certify that on July 31, 2009, I caused a copy of the *Joinder of Anixter, Inc. to the Objection of the Affiliates of Verizon Communications Inc. to Debtors' Motion for Order Authorizing and Approving the Bidding Procedures Applicable to the Proposed Sale of the Debtors' Enterprise Solutions Business* to be served upon the individuals listed below in the manner indicated.

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Derek C. Abbott, Esq. | James L. Bromley, Esq. |
| Eric D. Schwartz, Esq. | Lisa M. Schweitzer, Esq. |
| Ann C. Cordo, Esq. | One Liberty Plaza |
| Andrew R. Remming, Esq. | New York, NY 10006 |
| Morris, Nichols, Arsht & Tunnell LLP | |
| 1201 N. Market Street | |
| Wilmington, DE 19899 | |

Date: July 31, 2009         */s/Ayesha Chacko*
                            Ayesha S. Chacko (No. 4994)

{D0158400.1}