## EXHIBIT A

### Notice Parties

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

(f) Hewlett-Packard Financial Services Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada;

(g) Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5; and

(h) Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5.

### Additional Notice Parties for 101 Constitution Avenue NW
### Washington, DC

(a) 101 Constitution Trust
c/o Lincoln Property Company
101 Constitution Avenue NW
Suite L140
Washington, DC 20001

(b) 101 Constitution Trust
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071
Attn: Randy J. Sowell

(c) Jeffrey Rothleder, Esq.
Arent Fox LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5339