## EXHIBIT B – 1

Address of property subject to the Lease:

101 Constitution Avenue NW, Washington, DC 20001

General description of Abandoned Personal Property at the property subject to the Lease:

Office furniture, minor kitchen appliances and minor telecommunications equipment.[5]

---

[5]    The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.