## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twelfth Notice of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Leases(s) By Debtor And Debtors In Possession** was caused to be made on July 31, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: July 31, 2009

_____
Andrew R. Remming (No. 5120)

3049598.1