IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                                            :
                                                            :   Chapter 11
In re:                                                      :
   NORTEL NETWORKS INC., et al.,                            :   Case No. 09-10138 (KG)
                                                            :
                                                            :   (Jointly Administered)
                              Debtors.                      :
------------------------------------------------------------x   Related Docket No. 1131
```

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF AD HOC COMMITTEE OF BONDHOLDERS TO DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS ENTRY INTO THE ASSET AND SHARE SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) APPROVING THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL, AND (G) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF, AND EQUITY INTERESTS IN, DEBTORS ENTERPRISE SOLUTIONS BUSINESS, (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES AND (C) THE ASSUMPTION AND SUBLEASE OF CERTAIN LEASES**

The above-captioned Debtors have filed the Debtors' Motion For Orders (I)(A) Authorizing Debtors Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1131, Filed 7/20/09) (the "Motion"). The ad hoc group of bondholders holding claims against certain of the debtors in these cases and certain

of the debtors in the related Canadian proceedings (the "Bondholder Group") hereby submits this limited objection to and reservation of rights regarding the Motion.

The Bondholder Group has requested from the Debtors certain information relevant to the transactions proposed in the Motion. The Debtors have not provided the requested information to the Bondholder Group. Accordingly, the Bondholder Group reserves all rights, including the right to supplement this limited objection, pending receipt of the requested information.

In addition, the Bondholder Group has received and reviewed the Limited Objection of MatlinPatterson Global Advisers LLC to Debtors' Motion for Approval of Bidding Procedures in Connection with the Sale of the Enterprise Solutions Business (D.I. 1207, Filed 7/28/2009) (the "MP Limited Objection"). The Bondholder Group believes that the MP Limited Objection is well founded and joins in the arguments contained therein.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 31, 2009

MILBANK, TWEED, HADLEY & McCLOY LLP
Thomas R. Kreller
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Telephone: (213) 892-4463
Facsimile: (213) 892-4763
Email: tkreller@milbank.com

And

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Laura Davis Jones_

Laura Davis Jones (Bar No. 2436)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         kmakowski@pszjlaw.com


Counsel for the Bondholder Group