IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                              :    Chapter 11
:
NORTEL NETWORKS INC., et al.,                       :    Case No. 09-10138 (KG)
:
:    Jointly Administered
:
Debtors.                         :
---------------------------------------------------------- x:

### AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Ad Hoc Committee of Bondholders in the above-captioned action, and that on the 31st day of July, 2009, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

> **Limited Objection and Reservation of Rights of Ad Hoc Committee of Bondholders to Debtors' Motion For Orders (I)(A) Authorizing Debtors Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases.**

/s/ Lynzy Oberholzer
Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 31st day of July 2009.

/s/ Monica A. Molitor
Notary Public          MONICA A. MOLITOR
My Commission Expires  Notary Public - State of Delaware
                       My Comm. Expires July 20, 2010

61026-001\DOCS_DE:147904.2

**Nortel Networks Inc., et al. Special Service List**
Case No. 09-10138
Document No. 151531
01 – Hand Delivery
01 – First Class Mail

**Hand Delivery**
(Counsel for Debtors)
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Andrew R. Remming, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899-1347

**First Class Mail**
(Counsel for Debtors)
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006