## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
: 
In re                                                   :        Chapter 11
                                                        :
Nortel Networks Inc., et al., [1]                       :        Case No. 09-10138 (KG)
                                                        :
            Debtors.                                    :        Jointly Administered
                                                        :
-------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 4, 2009 AT 9:00 A.M. (EASTERN TIME)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.      Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).

        Related Pleadings:  None.

        Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET).  Extended to August 26, 2009 at 4:00 p.m. (ET) for the Debtors.

        Responses Received:  None at this time.

        Status:  This matter has been adjourned to the hearing scheduled for September 2, 2009 at 10:00 a.m. (ET).

2.      Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

        Related Pleadings:  None.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Objection Deadline:  June 4, 2009 at 4:00 p.m. (ET).  Extended to September 23, 2009 at 4:00 p.m. (ET) for the Debtors and the Committee.

Responses Received:  None at this time.

Status: This matter has been adjourned to the hearing scheduled for September 30, 2009 at 10:00 a.m. (ET).

3.      Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives (D.I. 800, Filed 5/29/09).

Related Pleadings:  None.

Objection Deadline:  June 19, 2009 at 4:00 p.m. (ET). Extended to August 11, 2009 at 4:00 p.m. for the Debtors and the Committee

Responses Received:  None at this time.

Status:  This matter has been adjourned to the hearing scheduled for August 18, 2009 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

4.      Debtors' Motion For An Order Authorizing The Assumption Of An Unexpired Lease Of Nonresidential Real Property Under Section 365 Of The Bankruptcy Code And Granting Related Relief (D.I. 1083, Filed 7/15/09).

Related Pleadings:

a)      Certificate Of No Objection [Re: D.I. 1083] (D.I. 1249, Filed 7/31/09).

Objection Deadline:  July 28, 2009 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

5.      Debtors' Supplemental Motion For Entry Of An Order Clarifying Relief Granted In The Final Order (I) Authorizing The Debtors To Enter Into One Or More Letter Of Credit And Bonding Facilities And (II) Granting Related Relief Pursuant To Sections 105, 361, 362, 363 And 364 Of The Bankruptcy Code [D.I. 1010] (D.I. 1085, Filed 7/15/09).

Related Pleadings:

a)      Certificate Of No Objection [Re: D.I. 1085] (D.I. 1250, Filed 7/31/09).

Objection Deadline:  July 28, 2009 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.


UNCONTESTED MATTERS GOING FORWARD:

6.    Debtors' Motion Pursuant To Sections 501, 502 And 1111(a) Of The Bankruptcy Code, Bankruptcy Rules 2002 And 3003(c)(3) And Local Rule 2002-1(e) For An Order Establishing Deadlines For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (D.I. 1084, Filed 7/15/09).

Related Pleadings: None.

Objection Deadline: July 28, 2009 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: This matter is going forward.

7.    Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Approving The Side Agreement Among The Debtors And Other Sellers Of Nortel's Enterprise Solutions Business And (B) Granting Related Relief (D.I. 1224, Filed 7/29/09).

Related Pleadings:

a)    Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Approving The Side Agreement Among The Debtors And Other Sellers Of Nortel's Enterprise Solutions Business And (B) Granting Related Relief (D.I. 1225, Filed 7/29/09); and

b)    Order Under 11 U.S.C. §102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Approving The Side Agreement Among The Debtors And Other Sellers Of Nortel's Enterprise Solutions Business And (B) Granting Related Relief (D.I. 1236, Entered 7/30/09).

Objection Deadline: August 3, 2009 at 12:00 p.m. (ET).

Responses Received: None at this time.

Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

8.    Motion For Deferred Compensation; Motion For Severance Compensation; Motion For
      Default Judgment Filed by Robert J. Cabral (D.I. 1070, Filed 7/13/09).

      Related Pleadings:  None.

      Objection Deadline:  July 29, 2009 at 4:00 p.m. (ET).

      Responses Received:

      a)    Debtors' Objection To The Motion Of Robert J. Cabral For Deferred
            Compensation, Severance Compensation, And Default Judgment (D.I. 1220 Filed
            7/29/09);

      Status:  This matter is going forward.

9.    Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share
      Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C)
      Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D)
      Approving The Notice Procedures, (E) Approving The Assumption And Assignment
      Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G)
      Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale
      Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business,
      (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The
      Assumption And Sublease Of Certain Leases (D.I. 1131, Filed 7/20/09).

      Related Pleadings:

      a)    Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice
            Relating To Certain Elements Of Debtors' Motion For Orders (I)(A) Authorizing
            Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And
            Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up
            Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E)
            Approving The Assumption And Assignment Procedures, (F) Authorizing The
            Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale
            Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of,
            And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The
            Assumption And Assignment Of Certain Contracts And Leases And (C) The
            Assumption And Sublease Of Certain Leases (D.I. 1132, Filed 7/20/09); and

      b)    Order Shortening Notice Relating To Certain Elements Of Debtors' Motion For
            Orders (I) (A) Authorizing Debtors' Entry Into The Asset And Share Sale
            Agreement, (B) Authorizing And Approving The Bidding Procedures, (C)
            Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D)
            Approving The Notice Procedures, (E) Approving The Assumption And
            Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under

Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1135, Entered 7/21/09).

<u>Objection Deadline</u>: July 28, 2009 at 4:00 p.m. (ET).  Extended to August 3, 2009 at 12:00 p.m. (ET) for the Federal Government and its Agencies.  Extended to July 31, 2009 at 5:00 p.m. (ET) for the Bondholders Group and Verizon Communications Inc. Extended to July 30, 2009 for Flextronics Corporation And Flextronics Telecom Systems Ltd.

<u>Responses Received</u>:

a)      Limited Objection Of The Pension Benefit Guaranty Corporation To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1195, Filed 7/28/09);

b)      Objection Of UCM/SREP – Corp Woods, LLC To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1202, Filed 7/28/09);

c)      Limited Objection Of Enterprise Networks Holdings BV To Debtors' Motion For An Order Authorizing And Approving The Bidding Procedures (D.I. 1203, Filed 7/28/09);

d)      Limited Objection Of MatlinPatterson Global Advisers LLC To Debtors' Motion For Approval Of Bidding Procedures In Connection With The Sale Of The Enterprise Solutions Business (D.I. 1207, Filed 7/28/09);

e)      Limited Objection And Reservation Of Rights Of Flextronics Corporation And Flextronics Telecom Systems Ltd To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B)

Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1237, Filed 7/30/09);

f)    Objection of the Affiliates of Verizon Communications Inc. To Debtors' Motion For Order Authorizing And Approving The Bidding Procedures Applicable To The Proposed Sale Of The Debtors' Enterprise Solutions Business (D.I. 1251, Filed 7/31/09);

g)    **Preliminary Objection Of Anixter, Inc To Debtors' Motion For Order Authorizing And Approving The Bidding Procedures Applicable To The Proposed Sale Of The Debtors' Enterprise Solutions Business (D.I. 1256, Filed 7/31/09);**

h)    **Joinder Of Anixter, Inc. To The Objection Of The Affiliates Of Verizon Communications Inc. To Debtors' Motion For Order Authorizing And Approving The Bidding Procedures Applicable To The Proposed Sale Of The Debtors' Enterprise Solutions Business (D.I. 1257, Filed 7/31/09); and**

i)    **Limited Objection And Reservation Of Rights Of Ad Hoc Committee Of Bondholders To Debtors' Motion For Orders (I)(A) Authorizing Debtors Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1261, Filed 7/31/09).**

Status:    The Debtors have resolved the objections of the Pension Benefit Guaranty Corporation and UCM/SREP – Corp. Woods, LLC.  The Debtors are working with Enterprise Networks Holdings, BV, Verizon Communications, Inc., MatlinPatterson Global Advisors LLC, Anixter, Inc., Flextronics Corporation and Flextronics Telecom Systems Ltd., to resolve their objections.  The Debtors intend to hand a revised form of order up at the hearing.

Dated: August 3, 2009
     Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

3050432.2