## SERVICE LIST

**VIA FACSIMILE**

Robert J. Cabral
33 Hickory Lane
Hudson, Massachusetts
Fax: 978-568-1145

Kathryn A. Coleman
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY
Fax: 212-351-4035