## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
        :
        :     Chapter 11

*In re*       :

Nortel Networks Inc., *et al.,* [1]   :     Case No. 09-10138 (KG)

        :     Jointly Administered
      Debtors.   :

        :     **RE: D.I. <u>1083</u>**

---------------------------------------------------X

### ORDER AUTHORIZING THE ASSUMPTION OF AN UNEXPIRED LEASE
### OF NONRESIDENTIAL REAL PROPERTY UNDER SECTION
### <u>365 OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF</u>

Upon the motion dated July 15, 2009 (the "<u>Motion</u>"),[2] of Nortel Networks Inc. ("NNI")

and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases,

including NN CALA (the "<u>Debtors</u>"), for entry of an order, as more fully described in the

Motion, authorizing the Debtors to assume that certain unexpired lease of nonresidential real

property dated as of November 22, 1996, between C and L Properties, predecessor-in-interest to

The Plaza CP LLC, as landlord, and Bay Networks USA, Inc., as predecessor-in-interest to

Nortel Networks Inc., as tenant, for premises located at 2141 Rosecrans Avenue, El Segundo,

California (together with all amendments, supplements and modifications, the "<u>Lease</u>"); and

adequate notice of the Motion having been given as set forth in the Motion; and it appearing that

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

no other or further notice is necessary; and the Court having jurisdiction to consider the Motion

and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having

determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §

157(b)(2); and the Court having determined that the legal and factual bases set forth in the

Motion establish just cause for the relief requested in the Motion, and that such relief is in the

best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the

record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Debtors are authorized, but not directed, to assume the Lease, effective as of

the entry of this Order.

3.    There is no monetary or nonmonetary cure owed by the Debtors pursuant to

section 365 of the Bankruptcy Code or otherwise as a condition to or in connection with the

assumption of the Lease.

4.    Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to

the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its

entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or

realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and

without further delay, take any action and perform any act authorized under this Order.

5.    The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: August 3, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2