IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Matthew J. Williams of Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York, 10166, to represent Gores & Siemens Enterprise Network.

Dated: August 3, 2009
Wilmington, Delaware

/s/ Ian Connor Bifferato
Ian Connor Bifferato (#3273)
Kevin G. Collins (#5149)
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington DE 19801
Tel. (302) 225-7600
Fax. (302) 254-5383

Date Filed: 8/3/09
Docket #: 1274

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25 has been paid to the Clerk of Court for District Court.

Matthew J. Williams, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-1093
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
email: mjwilliams@gibsondunn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August 4, 2009

Honorable Kevin Gross
United States Bankruptcy Judge