# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

**Debtor:** Nortel Networks Inc., et al.
**Case Number:** 09-10138-KG  **Chapter:** 11
**Date / Time / Room:** TUESDAY, AUGUST 04, 2009 09:00 AM  CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** JENNIFER PASIERB

## Matter:

OMNIBUS HEARING ; Bid Procedures
**R / M #:**  1,268 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  Continued to 9/2/09 @ 10:00 a.m.
#2 -  Continued to 9/30/09 @ 10:00 a.m.
#3 -   Continued to 8/11/09 @ 4:00 p.m.
#4 -  #5 - CNO Filed and Order Signed
#6 -  ORDER SIGNED
#7 -  Approved -  ORDER SIGNED
#8 -  Judge will issue an order after reviewing the papers.
#9 -  Approved -  ORDER SIGNED