**S I G N - I N - S H E E T**

CASE NAME: Nortel Networks, Inc.
CASE NO.: 09-10138 - KG

COURTROOM LOCATION: 3
DATE: 8/4/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| MARK BANE | Ropes+Gray LLP | Avaya |
| Derek Abbott | Morris Nichols | Debtors |
| Anna Cordo | " | " |
| Jamie Bromley | Cleary Gottlieb | " |
| John Viguo | Schiff Hardin | Anixter |
| Ayesha Chacko | Campbell & Levine | " |
| JENNIFER FELD SHGa | BLACKWELL & GIULIANI | NATLINRDATIGASG.O. |
| Darryl Laddin | Arnall Golden Gregory | Kodak |
| Steven Lackler | Cleary Gottlieb | Debtors |
| PATRICK Reilly | Cole Schotz | Martin Patterson |
| Fred Hodara | Akin Gump | Official Committee |
| Tony Feuerstein | " | " |
| Lisa Kraidin | Allen&Overy LLP | EV as monitor |
| Kevin Collins | Bifferato LLC | Enterprise Network Holdings |
| Matt Williams | Gibson Dunn + Crutcher | " |
| Duane D. Werb | WERB & SULLIVAN | Emerson Power Embedded |
| Ed HARON | YCST | Joint Administrators |
| Kathy Miller | Smith Katzenstn | Verizon |

S I G N - I N - S H E E T

CASE NAME:    Nortel Networks, Inc.
CASE NO.:    09-10138    - KG

COURTROOM LOCATION: 3
DATE:    8/4/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Tinker | U-S - Trustee | U.S. Trustee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Kevin Gross

Court Conference

Calendar Date: 08/04/2009

Calendar Time: 09:00 AM

Courtroom

Re-sent Calendar 08/03/2009 01:10 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3383436 | Robert Burns | 410-454-1765 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3385419 | Robert J. Cabral | 617-824-2630 | Robert J. Cabral - In Pro Per | In Propria Persona, Robert J. Cabral / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3385825 | Jesse Ernspak | 646-415-4815 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3386008 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy, Group / LIVE | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387678 | Anneliese H. Pak | 212-841-5700 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3381900 | Steven J. Reisman | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3383886 | Jon Vigano | 312-258-5608 | Schiff Hardin LLP | Creditor, Anixter / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3383473 | Jacob Zand | 646-884-9906 | Jacob Zand - In Pro Per | In Propria Persona, Jacob Zand / LISTEN ONLY |

Serenia Taylor

CourtConfCal2007