**Exhibit 2**

**Assignment Procedures**

## ASSIGNMENT PROCEDURES

### I.     CONTRACT DESIGNATION PROCESS

The process for designating Enterprise Agreements for assumption and assignment (or, in the case of certain real estate leases, assumption and sublease in accordance with the terms and conditions of such lease), and the deadline by which such designation must occur, shall be in accordance with Section 2.1.5 of the Agreement.

For the purposes of these Assignment Procedures, the Designated Agreements are divided into three separate categories: (A) Designated Agreements in which one or more counterparties is a customer of the relevant Debtor(s) (including Designated SI/SP Contracts) (the "Designated Customer Contracts"); (B) Designated Agreements that are unexpired leases (the "Designated Leases"); and (C) Designated Agreements that are neither Designated Customer Contracts nor Designated Leases (the "Other Designated Contracts").

### II.    NOTICES

*Designated Customer Contracts – Initial Notices*

After entry of the Bidding Procedures Order, during the Initial Notice Period (as defined below), the Debtors shall serve an individual notice substantially in the form attached to the Motion as Exhibit G (the "Initial Customer Notice") by first class mail on each counterparty to a Designated Customer Contract (a "Customer Contract Counterparty") (and its attorney, if such attorney has filed a notice of appearance in these chapter 11 proceedings) at the last known address available to the Debtors, where "Initial Notice Period" means the period from the date of entry of the Bidding Procedures Order until fifteen (15) days prior to the Closing Date.

Each Initial Customer Notice shall set forth the following information: (i) the name and address of the Customer Contract Counterparty, (ii) identification of the Designated Customer Contracts, (iii) a description of the Purchaser and a statement as to the Purchaser's ability to perform the Debtors' obligations under the Designated Customer Contracts and (iv) any Cure Amount (as defined below) under each relevant Designated Customer Contract that has resulted from defaults occurring prior to or on the date that is thirty (30) days prior to the date of service of the Initial Customer Notice (the "Interim Cure Amount"), where "Cure Amount" means, with respect to an agreement, any amount required by section 365(b)(1) and Bankruptcy Rule 6006(f) to pay for any actual pecuniary losses that have resulted from any defaults by the relevant Debtor under such agreement.

The Debtors shall file under seal with the Court and deliver a full, alphabetized list of Customer Contract Counterparties, along with an affidavit or declaration confirming that an Initial Customer Notice and a Final Customer Notice (as defined below) have been sent to each Customer Contract Counterparty, to (i) counsel to the Purchaser, (ii) the U.S. Trustee, (iii) the Monitor, (iv) counsel to the Committee and (v) counsel to the Bondholder Group.

### *Designated Customer Contracts – Final Notices*

The Debtors shall, no later than fifteen (15) days prior to the Closing Date, serve an individual notice substantially in the form attached hereto as Exhibit H (the "Final Customer Notice") by first class mail on each Customer Contract Counterparty (and its attorney, if such attorney has filed a notice of appearance in these chapter 11 proceedings) at the last known address available to the Debtors. Each Final Customer Notice shall set forth the following information: (i) the name and address of the Counterparty, (ii) notice of the proposed effective date of the assignment, (iii) identification of the Designated Customer Contracts and (iv) any Tail Cure Amount for each relevant Designated Customer Contract, where "Tail Cure Amount" means, with respect to an agreement, the Cure Amount that is due under such agreement as a result of defaults occurring after the date set forth in the Initial Notice and until the Closing Date.

### *Designated Leases – Notices*

Within fifty (50) days from the Signing Date, the Debtors shall serve an individual notice substantially in the form attached to the Motion as Exhibit I (the "Lease Notice") by first class mail on each counterparty to a Designated Lease (a "Lease Counterparty") (and its attorney, if such attorney has filed a notice of appearance in these chapter 11 proceedings) at the last known address available to the Debtors.

Each Lease Notice shall set forth the following information: (i) the name and address of the Lease Counterparty, (ii) identification of the Designated Leases, (iii) a description of the Purchaser and a statement as to the Purchaser's ability to perform the Debtors' obligations under the Designated Leases and (iv) any Cure Amount under each relevant Designated Lease.

The Debtors shall file with the Court a full, alphabetized list of Lease Counterparties, along with an affidavit or declaration confirming that a Lease Notice has been sent to each Lease Counterparty.

### *Other Designated Contracts – Initial Omnibus Notices*

After entry of the Bidding Procedures Order, the Debtors shall, during the Initial Notice Period, file with the Court one or more omnibus notices, each covering no greater than 100 Other Designated Contracts, substantially in the form attached hereto as Exhibit J (the "Initial Omnibus Notice" and together with the Initial Customer Notice, the "Initial Notice"), and serve each omnibus notice on each Counterparty to an Other Designated Contract (an "Other Contract Counterparty," and together with a Customer Contract Counterparty and a Lease Counterparty, a "Counterparty") whose Other Designated Contract appears on such omnibus notice. The Initial Omnibus Notices will provide inter alia Interim Cure Amounts.

### *Other Designated Contracts – Final Omnibus Notices*

The Debtors shall, no later than fifteen (15) days prior to the Closing Date, also file with the Court one or more omnibus notices, each covering no greater than 100 Other Designated Contracts, substantially in the form attached hereto as Exhibit K ("Final Omnibus Notice" and together with the Final Customer Notice, the "Final Notice"), and serve each omnibus notice on

each Other Contract Counterparty whose Other Designated Contract appears on such omnibus notice. The Final Omnibus Notices will provide inter alia Tail Cure Amounts.

## III. OBJECTION PROCEDURES

### *Initial Objections*

To the extent that any Customer Contract Counterparty or Other Contract Counterparty wishes to object to any matter pertaining to the proposed assumption and assignment of a Designated Customer Contract or an Other Designated Contract, including without limitation the adequate assurance of future performance by the Purchaser under the applicable Designated Agreement or the Interim Cure Amount, if any, ("Initial Cure Objection"), then such Counterparty must file a written objection with the Court no later than ten (10) days following service of the Initial Notice, and serve notice of such objection on counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott). Copies also must be served contemporaneously on (a) counsel to the Purchaser: Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Fax: (646) 728-1662 (Attention: Mark I. Bane and Anne H. Pak), (b) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax: (212) 872-1002 (Attention: Fred S. Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), and (c) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax: (212) 822-5735 (Attention: Roland Hlawaty).

To the extent that any Customer Contract Counterparty or Other Contract Counterparty does not timely serve an objection as set forth above, such Counterparty will be deemed to have (i) consented to the assumption and assignment of the applicable Designated Agreement; (ii) agreed that the Purchaser has provided adequate assurance of future performance within the meaning of Bankruptcy Code section 365(b)(1)(C); (iii) consented to the Interim Cure Amount, if any; and (iv) agreed that the terms of the Bidding Procedures Order and the Sale Order shall apply to the assignment, subject **SOLELY** to the resolution of the Tail Cure Amount, if any.

### *Final Objections*

To the extent that any Customer Contract Counterparty or Other Contract Counterparty wishes to object to the Tail Cure Amount in the Final Notice, then such Counterparty must file a written objection with the Court ("Final Cure Objection" and together with the Initial Cure Objection and the Lease Cure Objection (as defined below), the "Cure Objection") no later than ten (10) days following service of the Final Notice, and serve notice of such objection on (a) counsel to the Debtors, (b) counsel to the Purchaser, (c) counsel to the Committee and (d) counsel to the Bondholder Group, each at the address set forth above.

To the extent that any Counterparty does not timely serve an objection as set forth directly above, such Counterparty will be deemed to have (i) consented to such Tail Cure

3

Amount, if any, and to the assumption and assignment of the Designated Agreement; (ii) agreed that all defaults under the Designated Agreement arising or continuing prior to the effective date of the assignment have been cured as a result or precondition of the assignment, such that the Purchaser or the Debtors shall have no liability or obligation with respect to any default occurring or continuing prior to the assignment, and from and after the effective date of the assignment, the Designated Agreement shall remain in full force and effect for the benefit of the Purchaser and the Counterparty in accordance with its terms; and (iii) waived any right to terminate the Designated Agreement or designate an early termination date under the applicable Designated Agreement as a result of any default that occurred or was continuing prior to the effective date of the assignment.

### *Lease Objections*

To the extent that any Lease Counterparty wishes to object to any matter pertaining to the proposed assumption and assignment or assumption and sublease of a Designated Lease, including without limitation the adequate assurance of future performance by the Purchaser under the applicable Designated Lease or the Cure Amount, ("Lease Cure Objection"), then such Lease Counterparty must file a written objection with the Court no later than ten (10) days following service of the Lease Notice, and serve notice of such objection on (a) counsel to the Debtors, (b) counsel to the Purchaser, (c) counsel to the Committee and (d) counsel to the Bondholder Group, each at the address set forth above.

To the extent that any Lease Counterparty does not timely serve an objection as set forth above, such Lease Counterparty will be deemed to have (i) consented to the assumption and assignment or assumption and sublease of the applicable Designated Lease; (ii) agreed that the Purchaser has provided adequate assurance of future performance within the meaning of Bankruptcy Code section 365(b)(1)(C); (iii) consented to the Cure Amount, if any; and (iv) agreed that the terms of the Bidding Procedures Order and Sale Order shall apply to the assignment or sublease.

### IV. RESOLUTION OF OBJECTIONS

Upon filing of an objection by a Counterparty, the Debtors will initiate a meeting or teleconference with the objecting Counterparty and the Purchaser to consensually resolve any timely served objection. If the Debtors, the Purchaser and the Counterparty are unable to consensually resolve any timely served objection within fifteen (15) days ("Consensual Resolution Deadline"), the Debtors shall be required to respond to such objection within thirty (30) days after the Consensual Resolution Deadline.

To the extent that an objection by a Counterparty is not resolved prior to the Closing Date, the Debtors, in consultation with the Purchaser, may elect to (i) not assume and assign or assume and sublease such Designated Agreement, (ii) postpone the assumption and assignment or assumption and sublease of such Designated Agreement until the resolution or adjudication of such objection, or (iii) in the case of a Cure Objection, the relevant party responsible for payment

4

of the Cure Amount under Section 2.1.7 of the Agreement[1] shall segregate any disputed Cure Amount pending the resolution or adjudication of any such objection, in which case the Debtors shall be permitted to assume and assign or assume and sublease such Designated Agreement as of the Closing Date. Any Cure Amounts outstanding on the Closing Date shall be paid to the appropriate Counterparty as a condition subsequent to such assumption and assignment or assumption and sublease by the relevant party responsible for payment of the Cure Amount under Section 2.1.7 of the Agreement.

## V.     RESERVATION OF RIGHTS

The Debtors' decision to assume and assign or assume and sublease the Designated Agreements is subject to Court approval and consummation of the sale of the Enterprise Solutions Business to the Purchaser. Accordingly, the Debtors shall be deemed to have assumed and assigned or assumed and subleased those Designated Agreements ultimately identified under the Agreement as of and effective only upon the Closing Date. Absent a closing that includes such Designated Agreements, each of the Designated Agreements shall be deemed neither assumed nor assigned/subleased and shall in all respects be subject to subsequent assumption or rejection by the Debtors under the Bankruptcy Code.

The Purchaser shall have no rights in and to a particular Designated Agreement until such time as the particular Designated Agreement is assumed and assigned or assumed and subleased in accordance with the procedures set forth herein.

The Debtors reserve the right to combine any Initial Notice with the corresponding Final Notice in appropriate circumstances.

In the event that the Purchaser is not a Successful Bidder at the Auction, the Debtors reserve the right to modify the Assignment Procedures, subject to approval of this Court.

To the extent required by applicable law, the Debtors reserve the right to file one or more motions to assume and assign or assume and sublease any unexpired leases of the Debtors.

---

[1] In summary, this Section provides that (i) the Debtors shall pay all Cure Amounts relating to Designated Customer Contracts, (ii) the Purchaser shall pay all Cure Amounts relating to Other Designated Contracts and Designated Leases that are to be assumed and assigned, and (iii) each of the Purchaser and the Debtors shall pay a pro-rata share of all Cure Amounts relating to Designated Leases that are to be assumed and subleased.

5