**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
:     Chapter 11
*In re*                                        :
:     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.,* [1]            :
:     Joint Administration
                          Debtors.             :
:
:
:
:
---------------------------------------------------------X

**NOTICE OF (I) SOLICITATION OF INITIAL BIDS; (II) PUBLIC
AUCTION AND SALE HEARING AND (III) RELATED RELIEF AND DATES**

**TO ALL PARTIES IN INTEREST PLEASE TAKE NOTICE:**

      1.      <u>Chapter 11 Petitions</u>.  On January 14, 2009, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (as amended, the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

      2.      <u>The Sale Motion</u>.  On July 20, 2009, the Debtors filed the Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset and Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal, and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests in, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases [D.I. 1131] (the "<u>Sale Motion</u>").

      3.      <u>The Bidding Procedures Order</u>.  Following an initial hearing on certain relief requested by the Sale Motion on August 4, 2009, the Bankruptcy Court entered an Order

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Pursuant to Bankruptcy Code sections 105, 363 and 365 (A) Authorizing Debtors' Entry Into the Asset and Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal, and (G) Setting a Date for the Sale Hearing [D.I. 1278] (the "Bidding Procedures Order").

4.      Bidding Procedures.  In the Bidding Procedures Order, the Bankruptcy Court approved procedures according to which the Debtors and certain of their affiliates (together, the "Sellers") shall solicit bids, hold a public auction, and finally select a purchaser for certain assets and equity interests relating to Nortel's Enterprise Solutions Business (the "Bidding Procedures," as attached hereto as Exhibit A).  ***All interested bidders should carefully read the Bidding Procedures.***

5.      The Auction.  If the Sellers receive one or more Qualified Bids[2] in addition to the Purchase Agreements, the Sellers will conduct an auction (the "Auction") of the Assets upon notice to all Qualified Bidders who have submitted Qualified Bids at **9:30 a.m. on September 11, 2009 (ET)**, at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention:  James L. Bromley and Lisa M. Schweitzer, which Auction may be cancelled or adjourned without the prior written consent of the Purchaser, subject to the terms of the Purchase Agreements.

6.      The Sale Hearing.  The hearing at which the Debtors will request approval of the Sale to the Successful Bidder (the "Sale Hearing") shall be conducted before the Honorable Kevin Gross, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom 3, Wilmington, Delaware on **September 15, 2009 at 9:00 a.m. (ET)** or at such other time as the Bankruptcy Court permits.

7.      Key Deadlines.  By the Bidding Procedures Order, the Bankruptcy Court has currently set:  (a) **September 4, 2009 at 12:00 p.m. (ET)** as the Bid Deadline; (b) **September 4, 2009 at 4:00 p.m. (ET)** as the deadline for general objections to the Sale Motion; and (c) **September 14, 2009 at 12:00 p.m. (ET)** as the deadline for supplemental objections to issues arising from and in connection with the Auction and/or the Debtors' selection of a Successful Bidder other than the Purchaser.

8.      Objections to the Sale Motion.  All objections to the relief requested in the Sale Motion must be:  (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in accordance with the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801; (e) served in accordance with the Local Rules so as to be received on or before the applicable objection deadline set forth in paragraph 7 hereof by the following:  (i) counsel to the Debtors:  Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax:  (212) 225-3999

---

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Bidding Procedures.  To the extent that there are inconsistencies between this notice and the Bidding Procedures, the Bidding Procedures control.

(Attention:  James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax:  (302) 658-3989 (Attention: Derek C. Abbott), (ii) counsel to the Purchaser:  Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Fax:  (646) 728-1662 (Attention:  Mark I. Bane and Anne H. Pak), (iii) counsel to the Committee:  Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax:  (212) 872-1002 (Attention:  Fred S. Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention:  Christopher M. Samis), (iv) counsel to the Bondholder Group:  Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax:  (212) 822-5735 (Attention:  Roland Hlawaty); and (v) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801.

9.  <u>Documents</u>.  Copies of the Sale Motion, the Agreement, the Bidding Procedures Order and the proposed Sale Order may be examined by interested parties between the hours of 8:00 a.m. and 3:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' attorneys:  Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention:  James L. Bromley and Lisa M. Schweitzer.  Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

This notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety.

Please note that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas.  Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

Dated:  August 4, 2009        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        Wilmington, Delaware

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


/s/ Ann C. Cordo_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*