IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| Nortel Networks Inc., et al.,[1] ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Debtors ) | Jointly Administered |
| ) | |
| ) | |
| ) | Hearing Date: August 4, 2009 at 10 a.m. (ET) |

### AFFIDAVIT FOR MOTIONS BY ROBERT J. CABRAL
### FOR DEFERRED COMPENSATION,
### SEVERANCE COMPENSATION AND DEFAULT JUDGMENT

I, Robert J. Cabral, on oath depose and state in the support of Motion for Deferred Compensation, Motion for Severance Compensation and Default Judgment the following:

1) Robert J. Cabral (herein "employee") was deceived, manipulated, harmed and wrongfully terminated by Nortel Networks, Inc., et al.,[1] (herein "employer").

2) The employer liquidated all Nortel Networks, Inc. stock in the employee's personal 401K retirement fund prior to the employee's wrongful termination. This was a violation of the employee's rights as an employee and shareholder. The 401K plan is the employee's personal retirement account and the abrupt sale of the Nortel Networks, Inc stock from that retirement account was conducted without the consent of the employee creating severe financial losses to the employee. The loss of the employee retirement funds has uniquely affect the health and well being of this employee due to negligence of the employer.

3) The employee believes that the employer has engaged in unfair deceptive acts and practices towards the employee. The employee has a unique claim & circumstances.

4) The employee requested to assist with the employers recover efforts including taking a 50% pay cut in an effort to assist with the employer's restructuring plan.

5) The employer has violated its own code of ethics including engaging in wrongful termination of the employee. Please review the details in claim number 464 and 713 which are true and accurate to the best of my knowledge.

Wherefore, Robert J. Cabral states that the information set forth is true to the best of his knowledge and belief. Signed under penalties of perjury this 31st day of July 2009.

Robert J. Cabral, Pro Se

## CERTIFICATE OF SERVICE

I, Robert J. Cabral, certify that I am not less than 18 years of age, and that service of the foregoing **AFFIDAVIT FOR MOTIONS BY ROBERT J. CABRAL** FOR DEFERRED COMPENSATION, SEVERANCE COMPENSATION AND DEFAULT JUDGMENT was caused to be made on July 31, 2009, in the manner indicated upon the entities identified below.

Dated: July 31, 2009

*Robert J. Cabral, Pro Se*

### VIA UNITED STATES CERTIFIED MAIL WITH RETURN RECEIPT TO:

A. MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Attention: Ann C. Cordo, Esquire
1201 North Market Street, 18th Floor
Wilmington, DE 19899

B. United States Bankruptcy Claim
Attn: Claims and Clerk
824 Market Street, 3rd Floor
Wilmington, DE 19801

### VIA FIRST CLASS MAIL TO:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attention: James L. Bromley, Esquire
One Liberty Plaza
New York, New York 10006

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square, 920 N King St
Wilmington, DE 19801
(Counsel for Official Committee Of Unsecured Creditors)

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee Of Unsecured Creditors)