IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jon C. Vigano of the law firm of Schiff Hardin LLP, 6600 Sears Tower, Chicago, IL 60606, to represent Anixter, Inc. in this action.

Date: August 4, 2009              CAMPBELL & LEVINE, LLC

/s/*Ayesha Chacko*
Marla R. Eskin (No. 2989)
Ayesha S. Chacko (No. 4994)
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel: (302) 426-1900
Fax: (302) 426-9947
meskin@camlev.com
achacko@camlev.com

**Counsel to Anixter, Inc.**

{D0158455.1 }

Docket No. 1276
Date Filed 8/5/09

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Illinois Bar and the U.S. District Court for the Northern District of Illinois and the U.S. Tax Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Jon C. Vigano (Illinois #6257850)
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5792
Fax: (312) 248-5700
jvigano@schiffhardin.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admission *pro hac vice* is granted.

Date: August 5, 2009

The Honorable Kevin Gross
United States Bankruptcy Judge

{D0158455.1}