# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2009 Through June 30, 2009[10]

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $ 3,182.19 |
| Photos/Art/ Spec Duplicating | | 26,503.11 |
| Meals | | 2,088.03 |
| Messenger Service | | 108.00 |
| Courier/Delivery Service | | 4,937.77 |
| Computer Research | Westlaw | 329.38 |
| Duplicating | In Office | 2,652.70 |
| Facsimile | | 2,383.00 |
| Postage | | 92.38 |
| Secretarial Overtime | | 39.73 |
| Support Staff Overtime | | 118.00 |
| Pacer | | 377.52 |
| Paralegal Overtime[11] | ARC- 6/27<br>EJC - 6/19 | 53.95 |
| Paralegal Overtime Expense | | 63.21 |
| **Grand Total Expenses** | | **$42,928.97** |

---

[10]    Includes unbilled expenses for the period May 1, 2009 through May 31, 2009.

[11]    Work performed by paralegals on behalf of the Debtors outside of normal business hours with respect to assistance with preparation, filing and service of agendas, various motions, applications, certifications, notices and related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA  231089                    AS OF 06/30/09

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 748297 | 06/26/09 | B | 276.00 | Transcripts - WRITER'S CRAMP INC.: BANKRUPTCY #09-10138 (KG) - .PDF COPY OF TRANSCRIPTS - 06/26/09 | 506 | 904 | 162948 |
| 747012 | 06/29/09 | B | 232.65 | Transcripts - TRANSCRIPTS PLUS: CASE NO. 09-10138 - COPY OF TRANSCRIPTS - 06/29/09 | 506 | 904 | 162851 |
| 743957 | 06/29/09 | B | 2,673.54 | Transcripts - WILCOX & FETZER, LTD BANKRUPTCY COURT HEARING - ORIGINAL & EMAIL COPY EXPEDITED, EXHIBITS, AND HANDLING/ DELIVERY - 06/29/09 | 506 | 904 | 162465 |
| 742857 | 05/29/09 | B | 3,549.47 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' E-LABEL ENDORSEMENT AND PRINTS W/O ASSEMBLY | 510 | 904 | 162387 |
| 730090 | 06/02/09 | B | 445.78 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 161712 |
| 730118 | 06/03/09 | B | 447.93 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 161721 |
| 733073 | 06/04/09 | B | 1,010.84 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 594 | 161757 |
| 733739 | 06/05/09 | B | 3,070.17 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 594 | 161840 |
| 733738 | 06/05/09 | B | 566.79 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 597 | 161839 |
| 734765 | 06/10/09 | B | 2,000.90 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 161883 |
| 734768 | 06/10/09 | B | 1,267.40 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 961 | 161886 |
| 734771 | 06/10/09 | B | 769.25 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 961 | 161888 |
| 736128 | 06/11/09 | B | 468.98 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 161940 |
| 737125 | 06/12/09 | B | 580.46 | Photos/Art/Spec Duplicating - Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 161975 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA  231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 737128 | 06/12/09 | B | 374.40 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 161978 |
| 738915 | 06/17/09 | B | 528.61 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 162095 |
| 738916 | 06/17/09 | B | 668.93 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 162096 |
| 742439 | 06/26/09 | B | 795.46 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 162351 |
| 742441 | 06/26/09 | B | 333.90 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 162353 |
| 743928 | 06/28/09 | B | 755.40 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' TABS (CUSTOMS), TABS (ALPHA/NUMERIC), BINDE 4", AND B&W COPIES B - LIGHT LITIGATION | 510 - | 961 | 162433 |
| 742444 | 06/29/09 | B | 163.44 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 597 | 162356 |
| 743929 | 06/29/09 | B | 341.88 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' TABS (ALPHA/NUMERIC) AND PRINTS W/ ASSEMBLY | 510 | 670 | 162434 |
| 742854 | 06/29/09 | B | 7,839.76 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 904 | 162384 |
| 743938 | 06/30/09 | B | 523.36 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 162443 |
| 737121 | 06/09/09 | B | 7.49 | Meals PETTY CASH A. REMMING WORKING MEAL - HOT PLATE FAMILY REST. - 06/09/09 | 512 | 961 | 161973 |
| 744600 | 06/11/09 | B | 172.50 | Meals - MOVABLE FEAST INC.' LUNCH FOR 8 PER A. CORDO - 06/11/09 | 512 | 904 | 162534 |
| 741045 | 06/24/09 | B | 11.00 | Meals - A. Remming REIMBURSEMENT OF WORKING MEAL FROM CIAO TROLLEY PIZZA - 06/24/09 | 512 | 826 | 162237 |
| 746020 | 06/28/09 | B | 1,347.04 | Meals - HOTEL DUPONT - Room Rental - $749.00; Dinner for 8 - $380.40; Late night food for 11 - $217.64 - 6/28/09 | 512 | 961 | 162686 |
| 744603 | 06/29/09 | B | 400.00 | Meals - MOVABLE FEAST INC.' LUNCH FOR 20 - 06/29/09 | 512 | 961 | 162537 |
| 742345 | 06/29/09 | B | 150.00 | Meals - URBAN CAFE, LLC' BREAKFAST FOR 20 PER A. REMMING - 06/29/09 | 512 | 961 | 162329 |
| 732364 | 06/01/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 732564 | 06/02/09 | B | 6.00 | Messenger Service | 513S | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA    231089                                        AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 733183 | 06/02/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 733194 | 06/04/09 | B | 18.00 | Messenger Service | 513S | 594 | |
| 736175 | 06/08/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 736168 | 06/08/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 736169 | 06/08/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 736191 | 06/09/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 736200 | 06/11/09 | B | 9.00 | Messenger Service | 513S | 597 | |
| 739569 | 06/15/09 | B | 3.00 | Messenger Service | 513S | 594 | |
| 739579 | 06/15/09 | B | 3.00 | Messenger Service | 513S | 814 | |
| 739612 | 06/17/09 | B | 6.00 | Messenger Service | 513S | 662 | |
| 739625 | 06/18/09 | B | 6.00 | Messenger Service | 513S | 662 | |
| 739647 | 06/18/09 | B | 3.00 | Messenger Service | 513S | 651 | |
| 741868 | 06/22/09 | B | 3.00 | Messenger Service | 513S | 594 | |
| 742230 | 06/24/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 742239 | 06/25/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 742237 | 06/25/09 | B | 6.00 | Messenger Service | 513S | 651 | |
| 742257 | 06/26/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 742271 | 06/26/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 742251 | 06/26/09 | B | 6.00 | Messenger Service | 513S | 594 | |
| 743393 | 06/30/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 744411 | 05/04/09 | B | 49.89 | Courier/Delivery Service AMERICAN EXPRESS' USPS. COM - 05/04/09 | 514 | 904 | 162507 |
| 744412 | 05/04/09 | B | 116.41 | Courier/Delivery Service AMERICAN EXPRESS' USPS. COM - 05/04/09 | 514 | 904 | 162507 |
| 732181 | 06/01/09 | B | 15.36 | Courier/Delivery Service | 514 | 000 | 161737 |
| 732182 | 06/01/09 | B | 15.36 | Courier/Delivery Service | 514 | 000 | 161737 |
| 732183 | 06/01/09 | B | 11.43 | Courier/Delivery Service | 514 | 000 | 161737 |
| 737628 | 06/02/09 | B | 10.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 162007 |
| 737640 | 06/03/09 | B | 10.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 904 | 162007 |
| 749540 | 06/04/09 | B | 116.41 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 06/04/09 | 514 | 662 | 163119 |
| 733740 | 06/04/09 | B | 24.43 | Courier/Delivery Service | 514 | 904 | 161841 |
| 733741 | 06/04/09 | B | 24.43 | Courier/Delivery Service | 514 | 904 | 161841 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA   231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 733742 | 06/04/09 | B | 33.74 | Courier/Delivery Service | 514 | 904 | 161841 |
| 733743 | 06/04/09 | B | 24.43 | Courier/Delivery Service | 514 | 904 | 161841 |
| 732402 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732403 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732404 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732405 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732406 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732407 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732408 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732409 | 06/04/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732410 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732411 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732412 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732413 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732414 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732415 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732416 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732417 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732418 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732419 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732420 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732421 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732422 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732423 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732424 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732425 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732426 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732427 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732428 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732429 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732430 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732431 | 06/04/09 | B | 13.94 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732432 | 06/04/09 | B | 13.94 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732433 | 06/04/09 | B | 13.94 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732434 | 06/04/09 | B | 13.94 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732435 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732436 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732437 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA    231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 732438 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732439 | 06/04/09 | B | 12.86 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732440 | 06/04/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732441 | 06/04/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732442 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732443 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732444 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732445 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732446 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732447 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732448 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732449 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732450 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732451 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732452 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732453 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732454 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732455 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732456 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732457 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732458 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732459 | 06/04/09 | B | 13.94 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732460 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732461 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732462 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732463 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732464 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732465 | 06/04/09 | B | 11.19 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732466 | 06/04/09 | B | 11.19 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732467 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732468 | 06/04/09 | B | 12.86 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732469 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732470 | 06/04/09 | B | 13.94 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732471 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732472 | 06/04/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732473 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732474 | 06/04/09 | B | 13.94 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732475 | 06/04/09 | B | 13.56 | Courier/Delivery Service | 514 | 904 | 161743 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA  231089                AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 732476 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732477 | 06/04/09 | B | 11.19 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732478 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732479 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732480 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732481 | 06/04/09 | B | 12.86 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732482 | 06/04/09 | B | 12.86 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732483 | 06/04/09 | B | 15.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732484 | 06/04/09 | B | 13.94 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732485 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732486 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732487 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732488 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732489 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732490 | 06/04/09 | B | 12.86 | Courier/Delivery Service | 514 | 904 | 161743 |
| 732491 | 06/04/09 | B | 9.46 | Courier/Delivery Service | 514 | 904 | 161743 |
| 749539 | 06/04/09 | B | 99.78 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 06/04/09 | 514 | 597 | 163119 |
| 749552 | 06/09/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 06/09/09 | 514 | 961 | 163119 |
| 737151 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161990 |
| 735193 | 06/09/09 | B | 24.43 | Courier/Delivery Service | 514 | 597 | 161933 |
| 738955 | 06/09/09 | B | 142.80 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 162103 |
| 736305 | 06/09/09 | B | 19.46 | Courier/Delivery Service | 514 | 000 | 161967 |
| 736306 | 06/09/09 | B | 25.46 | Courier/Delivery Service | 514 | 000 | 161967 |
| 736307 | 06/09/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 161967 |
| 736308 | 06/09/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 161967 |
| 736309 | 06/09/09 | B | 22.86 | Courier/Delivery Service | 514 | 000 | 161967 |
| 735194 | 06/09/09 | B | 24.43 | Courier/Delivery Service | 514 | 000 | 161933 |
| 735195 | 06/09/09 | B | 24.43 | Courier/Delivery Service | 514 | 000 | 161933 |
| 735196 | 06/09/09 | B | 24.43 | Courier/Delivery Service | 514 | 000 | 161933 |
| 735215 | 06/09/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735216 | 06/09/09 | B | 16.36 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735217 | 06/09/09 | B | 13.94 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735218 | 06/09/09 | B | 13.94 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735219 | 06/09/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735220 | 06/09/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735221 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161934 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA    231089          AS OF 06/30/09          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 735222 | 06/09/09 | B | 19.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735223 | 06/09/09 | B | 12.86 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735224 | 06/09/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735225 | 06/09/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735226 | 06/09/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735227 | 06/09/09 | B | 12.86 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735228 | 06/09/09 | B | 12.86 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735229 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735230 | 06/09/09 | B | 12.86 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735231 | 06/09/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735232 | 06/09/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735233 | 06/09/09 | B | 12.86 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735234 | 06/09/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735235 | 06/09/09 | B | 13.94 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735236 | 06/09/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735237 | 06/09/09 | B | 23.56 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735238 | 06/09/09 | B | 13.94 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735239 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735240 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735241 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735242 | 06/09/09 | B | 13.94 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735243 | 06/09/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735244 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735245 | 06/09/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735246 | 06/09/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735247 | 06/09/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735248 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735249 | 06/09/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735250 | 06/09/09 | B | 12.86 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735251 | 06/09/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735252 | 06/09/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735253 | 06/09/09 | B | 12.86 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735254 | 06/09/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735255 | 06/09/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735256 | 06/09/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 161934 |
| 735258 | 06/09/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 161934 |
| 738956 | 06/09/09 | B | 10.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 162103 |
| 735259 | 06/09/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161934 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA  231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 735260 | 06/09/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161934 |
| 735257 | 06/09/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 161934 |
| 736310 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736311 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736312 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736313 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736314 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736315 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736316 | 06/10/09 | B | 14.97 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736317 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736318 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736319 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736320 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736321 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736322 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736323 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736324 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736325 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736326 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736327 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736328 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736329 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736330 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736331 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736332 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736333 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736334 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736335 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736336 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736337 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736338 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736339 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736340 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736341 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736342 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736343 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736344 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736345 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA   231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 736346 | 06/10/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736347 | 06/10/09 | B | 14.97 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736348 | 06/10/09 | B | 14.97 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736349 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736350 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736351 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736352 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736353 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736354 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736355 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736356 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736357 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736358 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736359 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736360 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736361 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736362 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736363 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736364 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736365 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736366 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736367 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736368 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736369 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736370 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736371 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736372 | 06/10/09 | B | 11.19 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736373 | 06/10/09 | B | 11.19 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736374 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736375 | 06/10/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736376 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736377 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736378 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736379 | 06/10/09 | B | 14.97 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736380 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736381 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736382 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736383 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA  231089            AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 736384 | 06/10/09 | B | 11.19 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736385 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736386 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736387 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736388 | 06/10/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736389 | 06/10/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736390 | 06/10/09 | B | 15.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736391 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736392 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736393 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736394 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736395 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736396 | 06/10/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736397 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736398 | 06/10/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736399 | 06/10/09 | B | 17.39 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736400 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736401 | 06/10/09 | B | 13.94 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736402 | 06/10/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 161967 |
| 736403 | 06/10/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 161967 |
| 738958 | 06/10/09 | B | 163.80 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 162103 |
| 735316 | 06/10/09 | B | 24.43 | Courier/Delivery Service | 514 | 000 | 161935 |
| 735318 | 06/10/09 | B | 24.43 | Courier/Delivery Service | 514 | 000 | 161935 |
| 737138 | 06/10/09 | B | 33.74 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 161989 |
| 749554 | 06/10/09 | B | 99.78 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 06/10/09 | 514 | 597 | 163119 |
| 735317 | 06/10/09 | B | 24.43 | Courier/Delivery Service | 514 | 597 | 161935 |
| 737834 | 06/11/09 | B | 7.62 | Courier/Delivery Service | 514 | 000 | 162053 |
| 737836 | 06/11/09 | B | 5.80 | Courier/Delivery Service | 514 | 000 | 162053 |
| 738942 | 06/11/09 | B | 26.32 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 162103 |
| 737152 | 06/12/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 161990 |
| 737835 | 06/12/09 | B | 15.55 | Courier/Delivery Service | 514 | 597 | 162053 |
| 737153 | 06/12/09 | B | 15.55 | Courier/Delivery Service | 514 | 597 | 161990 |
| 737154 | 06/12/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 161990 |
| 739192 | 06/15/09 | B | 5.66 | Courier/Delivery Service | 514 | 000 | 162115 |
| 749562 | 06/15/09 | B | 66.52 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 06/15/09 | 514 | 597 | 163119 |
| 739171 | 06/17/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 162114 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA   231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 739172 | 06/17/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739173 | 06/17/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739174 | 06/17/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739175 | 06/17/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739176 | 06/17/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739177 | 06/17/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739179 | 06/17/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739180 | 06/17/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739181 | 06/17/09 | B | 21.19 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739182 | 06/17/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 162114 |
| 739183 | 06/17/09 | B | 15.46 | Courier/Delivery Service | 514 | 000 | 162114 |
| 740470 | 06/17/09 | B | 11.19 | Courier/Delivery Service | 514 | 000 | 162224 |
| 739168 | 06/17/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162114 |
| 739169 | 06/17/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 162114 |
| 739170 | 06/17/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162114 |
| 739178 | 06/17/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162114 |
| 742453 | 06/17/09 | B | 39.13 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 162358 |
| 740481 | 06/18/09 | B | 5.89 | Courier/Delivery Service | 514 | 000 | 162225 |
| 740479 | 06/22/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162225 |
| 740480 | 06/22/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162225 |
| 741052 | 06/23/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 162243 |
| 741352 | 06/24/09 | B | 24.43 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 597 | 162266 |
| 741368 | 06/24/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 162268 |
| 741370 | 06/24/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162268 |
| 741371 | 06/24/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162268 |
| 741372 | 06/24/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162268 |
| 741369 | 06/25/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162268 |
| 741374 | 06/25/09 | B | 12.86 | Courier/Delivery Service | 514 | 597 | 162268 |
| 741375 | 06/25/09 | B | 9.46 | Courier/Delivery Service | 514 | 597 | 162268 |
| 743098 | 06/25/09 | B | 5.89 | Courier/Delivery Service | 514 | 000 | 162399 |
| 741373 | 06/25/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 162268 |
| 742451 | 06/25/09 | B | 24.43 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 597 | 162358 |
| 743977 | 06/27/09 | B | 15.00 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 904 | 162466 |
| 744897 | 06/29/09 | B | 71.92 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 162560 |
| 744912 | 06/29/09 | B | 58.70 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 162560 |
| 744411 | 06/30/09 | B | 28.03 | Courier/Delivery Service | 514 | 000 | 162405 |
| 743412 | 06/30/09 | B | 9.46 | Courier/Delivery Service | 514 | 000 | 162405 |
| 743413 | 06/30/09 | B | 13.94 | Courier/Delivery Service | 514 | 000 | 162405 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA  231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 743414 | 06/30/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 162405 |
| 743415 | 06/30/09 | B | 13.94 | Courier/Delivery Service | 514 | 000 | 162405 |
| 743380 | 06/30/09 | B | 33.74 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 162403 |
| 736755 | 06/03/09 | B | 3.63 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 739070 | 06/09/09 | B | 3.63 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 739071 | 06/10/09 | B | 145.73 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 742780 | 06/18/09 | B | 58.07 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 745795 | 06/28/09 | B | 118.32 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 735121 | 06/01/09 | B | 39.73 | Secretarial Overtime | 516S | 670 | |
| 731259 | 06/01/09 | B | 3.80 | In-House Duplicating | 519 | 670 | |
| 731261 | 06/01/09 | B | 28.00 | In-House Duplicating | 519 | 605 | |
| 731260 | 06/01/09 | B | 2.50 | In-House Duplicating | 519 | 594 | |
| 732040 | 06/03/09 | B | 57.60 | In-House Duplicating | 519 | 637 | |
| 730434 | 06/04/09 | B | 13.10 | In-House Duplicating | 519 | 662 | |
| 732842 | 06/05/09 | B | 9.80 | In-House Duplicating | 519 | 597 | |
| 732843 | 06/05/09 | B | 12.00 | In-House Duplicating | 519 | 670 | |
| 732844 | 06/05/09 | B | 13.20 | In-House Duplicating | 519 | 579 | |
| 733547 | 06/08/09 | B | 254.40 | In-House Duplicating | 519 | 605 | |
| 734166 | 06/09/09 | B | 586.80 | In-House Duplicating | 519 | 605 | |
| 734165 | 06/09/09 | B | 130.00 | In-House Duplicating | 519 | 662 | |
| 734168 | 06/09/09 | B | 7.00 | In-House Duplicating | 519 | 662 | |
| 734169 | 06/09/09 | B | 17.60 | In-House Duplicating | 519 | 662 | |
| 734164 | 06/09/09 | B | 12.80 | In-House Duplicating | 519 | 670 | |
| 734167 | 06/09/09 | B | 13.00 | In-House Duplicating | 519 | 623 | |
| 734590 | 06/10/09 | B | 27.80 | In-House Duplicating | 519 | 623 | |
| 734589 | 06/10/09 | B | 0.20 | In-House Duplicating | 519 | 904 | |
| 734591 | 06/10/09 | B | 8.60 | In-House Duplicating | 519 | 662 | |
| 735634 | 06/11/09 | B | 6.00 | In-House Duplicating | 519 | 670 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA 231089

AS OF 06/30/09

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 735972 | 06/12/09 | B | 9.50 | In-House Duplicating | 519 | 605 | |
| 737440 | 06/16/09 | B | 28.00 | In-House Duplicating | 519 | 605 | |
| 738174 | 06/17/09 | B | 9.00 | In-House Duplicating | 519 | 597 | |
| 738175 | 06/17/09 | B | 44.80 | In-House Duplicating | 519 | 554 | |
| 738176 | 06/17/09 | B | 7.40 | In-House Duplicating | 519 | 554 | |
| 738173 | 06/17/09 | B | 9.20 | In-House Duplicating | 519 | 670 | |
| 738177 | 06/17/09 | B | 40.40 | In-House Duplicating | 519 | 605 | |
| 738730 | 06/18/09 | B | 8.00 | In-House Duplicating | 519 | 594 | |
| 738731 | 06/18/09 | B | 43.20 | In-House Duplicating | 519 | 605 | |
| 739881 | 06/22/09 | B | 0.80 | In-House Duplicating | 519 | 597 | |
| 739882 | 06/22/09 | B | 6.60 | In-House Duplicating | 519 | 662 | |
| 740268 | 06/23/09 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 740267 | 06/23/09 | B | 50.20 | In-House Duplicating | 519 | 597 | |
| 740750 | 06/24/09 | B | 31.60 | In-House Duplicating | 519 | 670 | |
| 740751 | 06/24/09 | B | 4.80 | In-House Duplicating | 519 | 670 | |
| 740752 | 06/24/09 | B | 5.00 | In-House Duplicating | 519 | 670 | |
| 741224 | 06/25/09 | B | 2.00 | In-House Duplicating | 519 | 670 | |
| 741225 | 06/25/09 | B | 38.00 | In-House Duplicating | 519 | 605 | |
| 741601 | 06/26/09 | B | 2.80 | In-House Duplicating | 519 | 597 | |
| 741602 | 06/26/09 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 741603 | 06/26/09 | B | 106.60 | In-House Duplicating | 519 | 670 | |
| 741604 | 06/26/09 | B | 1.80 | In-House Duplicating | 519 | 670 | |
| 741605 | 06/26/09 | B | 15.60 | In-House Duplicating | 519 | 605 | |
| 741785 | 06/28/09 | B | 455.60 | In-House Duplicating | 519 | 637 | |
| 742112 | 06/29/09 | B | 12.80 | In-House Duplicating | 519 | 597 | |
| 742114 | 06/29/09 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 742116 | 06/29/09 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 742118 | 06/29/09 | B | 50.80 | In-House Duplicating | 519 | 597 | |
| 742104 | 06/29/09 | B | 6.60 | In-House Duplicating | 519 | 597 | |
| 742105 | 06/29/09 | B | 19.80 | In-House Duplicating | 519 | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA   231089    AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 742108 | 06/29/09 | B | 42.00 | In-House Duplicating | 519 | 597 | |
| 742106 | 06/29/09 | B | 13.20 | In-House Duplicating | 519 | 605 | |
| 742107 | 06/29/09 | B | 76.80 | In-House Duplicating | 519 | 605 | |
| 742113 | 06/29/09 | B | 13.00 | In-House Duplicating | 519 | 670 | |
| 742117 | 06/29/09 | B | 0.40 | In-House Duplicating | 519 | 670 | |
| 742115 | 06/29/09 | B | 10.40 | In-House Duplicating | 519 | 670 | |
| 742109 | 06/29/09 | B | 32.00 | In-House Duplicating | 519 | 670 | |
| 742110 | 06/29/09 | B | 26.00 | In-House Duplicating | 519 | 670 | |
| 742111 | 06/29/09 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 742620 | 06/30/09 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 742619 | 06/30/09 | B | 29.70 | In-House Duplicating | 519 | 597 | |
| 742621 | 06/30/09 | B | 4.80 | In-House Duplicating | 519 | 597 | |
| 742622 | 06/30/09 | B | 7.50 | In-House Duplicating | 519 | 605 | |
| 732982 | 06/01/09 | B | 1.90 | Postage | 520 | 904 | |
| 732989 | 06/04/09 | B | 3.83 | Postage | 520 | 904 | |
| 732992 | 06/04/09 | B | 2.75 | Postage | 520 | 594 | |
| 738316 | 06/05/09 | B | 2.40 | Postage | 520 | 597 | |
| 738319 | 06/05/09 | B | 1.73 | Postage | 520 | 597 | |
| 738321 | 06/05/09 | B | 17.43 | Postage | 520 | 662 | |
| 738346 | 06/13/09 | B | 2.34 | Postage | 520 | 904 | |
| 738364 | 06/17/09 | B | 12.08 | Postage | 520 | 662 | |
| 740387 | 06/19/09 | B | 6.07 | Postage | 520 | 904 | |
| 743137 | 06/26/09 | B | 17.20 | Postage | 520 | 000 | |
| 743132 | 06/26/09 | B | 11.90 | Postage | 520 | 904 | |
| 743142 | 06/27/09 | B | 4.49 | Postage | 520 | 904 | |
| 743150 | 06/30/09 | B | 1.22 | Postage | 520 | 597 | |
| 743154 | 06/30/09 | B | 7.04 | Postage | 520 | 597 | |
| 734763 | 06/09/09 | B | 450.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 161881 |
| 740944 | 06/24/09 | B | 472.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 162227 |
| 742427 | 06/26/09 | B | 434.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 162339 |
| 742428 | 06/26/09 | B | 484.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 162340 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA   231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 742430 | 06/26/09 | B | 24.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 162342 |
| 742431 | 06/29/09 | B | 518.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 162343 |
| 742387 | 06/28/09 | B | 118.00 | Support Staff Overtime | 525S | 400 | |
| 741012 | 05/31/09 | B | 176.80 | Pacer charges for the month of May | 529 | 000 | |
| 747239 | 06/30/09 | B | 200.72 | Pacer charges for the month of June | 529 | 000 | |
| 742370 | 06/19/09 | B | 34.75 | Paralegal Overtime | 530S | 594 | |
| 742377 | 06/27/09 | B | 19.20 | Paralegal Overtime | 530S | 594 | |
| 749463 | 06/05/09 | B | 27.71 | Paralegal Overtime Expense GROTTO'S PIZZA` E. CAMPBELL AND A. CONWAY OT MEAL - 06/05/09 | 531 | 597 | 163085 |
| 749467 | 06/29/09 | B | 28.00 | Paralegal Overtime Expense GROTTO'S PIZZA` E. CAMPBELL OT MEAL - 06/29/09 | 531 | 597 | 163085 |
| 743711 | 06/29/09 | B | 7.50 | Paralegal Overtime Expense PETTY CASH` A. CONWAY OT MEAL - 06/29/09 | 531 | 594 | 162407 |
| 731617 | 06/02/09 | B | 1.10 | In-House Printing - black & white | 541 | 904 | |
| 731618 | 06/02/09 | B | 1.20 | In-House Printing - black & white | 541 | 961 | |
| 731619 | 06/02/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 731620 | 06/02/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 731621 | 06/02/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 732041 | 06/03/09 | B | 3.15 | In-House Printing - black & white | 541 | 597 | |
| 732042 | 06/03/09 | B | 3.70 | In-House Printing - black & white | 541 | 597 | |
| 732043 | 06/03/09 | B | 2.60 | In-House Printing - black & white | 541 | 597 | |
| 732044 | 06/03/09 | B | 1.20 | In-House Printing - black & white | 541 | 597 | |
| 732045 | 06/03/09 | B | 3.70 | In-House Printing - black & white | 541 | 597 | |
| 732046 | 06/03/09 | B | 3.10 | In-House Printing - black & white | 541 | 597 | |
| 732047 | 06/03/09 | B | 0.65 | In-House Printing - black & white | 541 | 597 | |
| 732048 | 06/03/09 | B | 1.85 | In-House Printing - black & white | 541 | 597 | |
| 732049 | 06/03/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 730436 | 06/04/09 | B | 1.10 | In-House Printing - black & white | 541 | 597 | |
| 730437 | 06/04/09 | B | 1.50 | In-House Printing - black & white | 541 | 904 | |
| 730435 | 06/04/09 | B | 1.50 | In-House Printing - black & white | 541 | 961 | |
| 732847 | 06/05/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 732848 | 06/05/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA   231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 732845 | 06/05/09 | B | 1.15 | In-House Printing - black & white | 541 | 904 | |
| 732846 | 06/05/09 | B | 1.15 | In-House Printing - black & white | 541 | 904 | |
| 732849 | 06/05/09 | B | 1.15 | In-House Printing - black & white | 541 | 597 | |
| 732850 | 06/05/09 | B | 1.65 | In-House Printing - black & white | 541 | 597 | |
| 732852 | 06/05/09 | B | 1.15 | In-House Printing - black & white | 541 | 597 | |
| 732851 | 06/05/09 | B | 1.15 | In-House Printing - black & white | 541 | 904 | |
| 732853 | 06/05/09 | B | 1.15 | In-House Printing - black & white | 541 | 904 | |
| 732854 | 06/05/09 | B | 1.65 | In-House Printing - black & white | 541 | 904 | |
| 732855 | 06/05/09 | B | 1.15 | In-House Printing - black & white | 541 | 904 | |
| 733548 | 06/08/09 | B | 15.75 | In-House Printing - black & white | 541 | 662 | |
| 734170 | 06/09/09 | B | 2.70 | In-House Printing - black & white | 541 | 961 | |
| 734171 | 06/09/09 | B | 2.65 | In-House Printing - black & white | 541 | 961 | |
| 734172 | 06/09/09 | B | 2.65 | In-House Printing - black & white | 541 | 961 | |
| 734173 | 06/09/09 | B | 2.65 | In-House Printing - black & white | 541 | 961 | |
| 734175 | 06/09/09 | B | 1.45 | In-House Printing - black & white | 541 | 961 | |
| 734176 | 06/09/09 | B | 1.40 | In-House Printing - black & white | 541 | 961 | |
| 734177 | 06/09/09 | B | 1.40 | In-House Printing - black & white | 541 | 961 | |
| 734178 | 06/09/09 | B | 1.15 | In-House Printing - black & white | 541 | 605 | |
| 734174 | 06/09/09 | B | 1.10 | In-House Printing - black & white | 541 | 605 | |
| 734592 | 06/10/09 | B | 4.00 | In-House Printing - black & white | 541 | 961 | |
| 735638 | 06/11/09 | B | 1.15 | In-House Printing - black & white | 541 | 553 | |
| 735635 | 06/11/09 | B | 1.50 | In-House Printing - black & white | 541 | 961 | |
| 735636 | 06/11/09 | B | 1.50 | In-House Printing - black & white | 541 | 961 | |
| 735637 | 06/11/09 | B | 1.50 | In-House Printing - black & white | 541 | 961 | |
| 735973 | 06/12/09 | B | 1.15 | In-House Printing - black & white | 541 | 605 | |
| 737068 | 06/15/09 | B | 1.10 | In-House Printing - black & white | 541 | 961 | |
| 737441 | 06/16/09 | B | 3.20 | In-House Printing - black & white | 541 | 662 | |
| 737442 | 06/16/09 | B | 1.15 | In-House Printing - black & white | 541 | 605 | |
| 738178 | 06/17/09 | B | 1.05 | In-House Printing - black & white | 541 | 662 | |
| 739401 | 06/19/09 | B | 2.90 | In-House Printing - black & white | 541 | 961 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA   231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 739402 | 06/19/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 739883 | 06/22/09 | B | 2.90 | In-House Printing - black & white | 541 | 961 | |
| 739884 | 06/22/09 | B | 1.25 | In-House Printing - black & white | 541 | 961 | |
| 740269 | 06/23/09 | B | 2.40 | In-House Printing - black & white | 541 | 597 | |
| 740270 | 06/23/09 | B | 1.40 | In-House Printing - black & white | 541 | 597 | |
| 740271 | 06/23/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 740272 | 06/23/09 | B | 7.70 | In-House Printing - black & white | 541 | 597 | |
| 740273 | 06/23/09 | B | 3.80 | In-House Printing - black & white | 541 | 597 | |
| 740274 | 06/23/09 | B | 1.90 | In-House Printing - black & white | 541 | 597 | |
| 740275 | 06/23/09 | B | 1.90 | In-House Printing - black & white | 541 | 597 | |
| 740753 | 06/24/09 | B | 1.10 | In-House Printing - black & white | 541 | 670 | |
| 741226 | 06/25/09 | B | 2.55 | In-House Printing - black & white | 541 | 904 | |
| 741618 | 06/26/09 | B | 2.40 | In-House Printing - black & white | 541 | 961 | |
| 741616 | 06/26/09 | B | 2.40 | In-House Printing - black & white | 541 | 597 | |
| 741606 | 06/26/09 | B | 1.10 | In-House Printing - black & white | 541 | 597 | |
| 741607 | 06/26/09 | B | 7.20 | In-House Printing - black & white | 541 | 597 | |
| 741608 | 06/26/09 | B | 1.30 | In-House Printing - black & white | 541 | 597 | |
| 741609 | 06/26/09 | B | 3.60 | In-House Printing - black & white | 541 | 597 | |
| 741610 | 06/26/09 | B | 0.70 | In-House Printing - black & white | 541 | 597 | |
| 741611 | 06/26/09 | B | 0.70 | In-House Printing - black & white | 541 | 597 | |
| 741612 | 06/26/09 | B | 1.40 | In-House Printing - black & white | 541 | 597 | |
| 741613 | 06/26/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 741614 | 06/26/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 741615 | 06/26/09 | B | 1.90 | In-House Printing - black & white | 541 | 597 | |
| 741617 | 06/26/09 | B | 1.15 | In-House Printing - black & white | 541 | 605 | |
| 741786 | 06/28/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 741787 | 06/28/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 741788 | 06/28/09 | B | 2.40 | In-House Printing - black & white | 541 | 961 | |
| 741789 | 06/28/09 | B | 2.55 | In-House Printing - black & white | 541 | 961 | |
| 741790 | 06/28/09 | B | 2.50 | In-House Printing - black & white | 541 | 961 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/04/09 10:27:25

PRO FORMA   231089

AS OF 06/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 741791 | 06/28/09 | B | 2.50 | In-House Printing - black & white | 541 | 961 | |
| 741792 | 06/28/09 | B | 1.35 | In-House Printing - black & white | 541 | 961 | |
| 741793 | 06/28/09 | B | 3.10 | In-House Printing - black & white | 541 | 961 | |
| 742119 | 06/29/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 742120 | 06/29/09 | B | 1.75 | In-House Printing - black & white | 541 | 961 | |
| 742125 | 06/29/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 742123 | 06/29/09 | B | 1.25 | In-House Printing - black & white | 541 | 597 | |
| 742124 | 06/29/09 | B | 1.25 | In-House Printing - black & white | 541 | 597 | |
| 742121 | 06/29/09 | B | 7.20 | In-House Printing - black & white | 541 | 904 | |
| 742122 | 06/29/09 | B | 6.20 | In-House Printing - black & white | 541 | 904 | |
| 742623 | 06/30/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 742624 | 06/30/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 742625 | 06/30/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 742626 | 06/30/09 | B | 2.40 | In-House Printing - black & white | 541 | 597 | |
| 742627 | 06/30/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 742628 | 06/30/09 | B | 3.00 | In-House Printing - black & white | 541 | 597 | |

42,928.97