IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| NORTEL NETWORKS, INC. ET AL., | § § § | CASE NO. 09-10138 (KG)<br>CHAPTER 11<br>*Jointly Administered* |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE BANKRUPTCY COURT, DEBTORS, CERTAIN CREDITORS, AND THEIR ATTORNEYS OF RECORD, AND THE UNITED STATES TRUSTEE:

PLEASE TAKE NOTICE that the undersigned is counsel for Freescale Semiconductor, Inc. ("Freescale"), a creditor and party in interest in this case. Pursuant to section 1109(b) of Title 11 of the United States Code and FED. R. BANKR. P. 2002, 9007, and 9010, Freescale hereby requests that the undersigned attorneys receive notice of all filings required to be served upon the U.S. Trustee or any creditors. This request includes all notices and papers, however transmitted. All notices given and all papers served in this matter are to be served upon:

Kell C. Mercer
Afton Sands-Puryear
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 472-5456/(512) 226-7324 (fax)
Email: kmercer@mailbmc.com

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is not intended to give consent to jurisdiction nor is it intended to waive Freescale's rights to challenge the jurisdiction of the United States Bankruptcy Court.

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 472-5456
(512) 226-7324 (fax)

By: */s/ Kell C. Mercer*
    Kell C. Mercer
    State Bar No. 24007668
    Afton Sands-Puryear
    State Bar No. 24060555

ATTORNEYS FOR
FREESCALE SEMICONDUCTOR, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2009, a true and correct copy of the foregoing pleading was served, via the Court's CM/ECF notification system and/or regular first class mail, on the parties listed below.

Nortel Networks Inc., ET AL.
2221 Lakeside Boulevard
Richardson, TX 75082
*Debtors*

Andrew R. Remming
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel for Debtors*

Ann C. Cordo
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel for Debtors*

Derek C. Abbott
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Debtors*

Eric D. Schwartz
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
*Counsel for Debtors*

Thomas F. Driscoll, III
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
*Counsel for Debtors*

Nancy G. Everett
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
*Counsel for Debtors*

James L. Bromley
CLEARY GOTTLIEB STEEN & HAMILTON
One Liberty Plaza
New York, NY 10006
*Counsel for Debtors*

Peter James Duhig
BUCHANAN INGERSOLL & ROONEY PC
The Brandywine Building
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899
*Counsel for Allen & Overy LLP*

Mary Caloway
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel for Ernest & Young*

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
*Counsel for U.S. Trustee*

Christopher M. Samis
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
*Counsel for Official Committee of Unsecured Creditors*

/s/ Kell C. Mercer
Kell C. Mercer