**Attachment 1**

## SUPPLEMENTAL LIST OF THE DEBTORS' UTILITY COMPANIES
## (ACCOUNTS OF NORTEL NETWORKS (CALA) INC.)

| UTILITY | UTILITY ADDRESS | TYPE OF UTILITY | ACCOUNT NO. |
|---|---|---|---|
| Florida Power & Light | 9250 West Flagler Street Miami, FL 33174 | Electric | 90497-11436 |
| City of Sunrise | C/o Utilities 777 Sawgrass Corporate Parkway Sunrise, FL 33325 | Water and Sewer | 126029-115296 |

1