IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                              :    Chapter 11
                                                   :
Nortel Networks Inc., *et al.*,[1]                 :    Case No. 09-10138 (KG)
                                                   :
                    Debtors.                       :    Jointly Administered
                                                   :
                                                   :    Hearing date: August 18, 2009 at 10:00 AM (ET)
                                                   :    (requested)
                                                   :    Objections due: August 17, 2009 at 12:00 PM (ET)
                                                   :    (requested)

------------------------------------------------------------X

**NOTICE OF DEBTORS' MOTION FOR AN ORDER (I) APPROVING AND
AUTHORIZING THE DEBTORS TO ENTER INTO AND DELIVER A NEW
LEASE AND RELATED DOCUMENTS BY AND BETWEEN NORTEL NETWORKS
INC. AND THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
(II) APPROVING THE ABANDONMENT OF PERSONAL PROPERTY, AND
(III) WAIVING THE LANDLORD'S REJECTION DAMAGES**

PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed and served the attached **Debtors' Motion For An Order (I) Approving And Authorizing The Debtors To Enter Into And Deliver A New Lease And Related Documents By And Between Nortel Networks Inc. And The Prudential Insurance Company Of America, (II) Approving The Abandonment Of Personal Property, And (III) Waiving The Landlord's Rejection Damages** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 17, 2009 at 12:00 p.m. (ET) (Requested)** (the "Requested Objection Deadline").

At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Requested Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 18, 2009 AT 10:00 A.M. (ET) (REQUESTED)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 7, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

3057042.1