**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

July 1, 2009 Through July 31, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | July |
|:---:|:---|:---:|
| 1 | Pension Advisory | 91.5 |
| 2 | Engagement/Retention/Fee Applications | 16.5 |
| **TOTAL** | | **108.0** |

**Summary of Services Rendered by Professional**

| Name | July |
|:---:|:---:|
| Bradley D. Belt (Chairman) | 35.5 |
| John L. Spencer (Senior Advisor) | 59.0 |
| Dawn M. Bizzell (Director) | 13.5 |
| **TOTAL** | **108.0** |

Palisades Capital Advisors LLC
Time Detail -- By Activity
July 1 - 31, 2009

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 7/1/2009 | Internal discussion re: UCC information request | 0.5 | 1 | JLS |
| 7/1/2009 | Prep for call w/PBGC re: Information Request | 1.5 | 1 | JLS |
| 7/1/2009 | Email exchanges w/Nortel and CGSH re: PBGC information request, status of proposed transaction and non-debtor subs | 1 | 1 | BDB |
| 7/2/2009 | Call w/PBGC re: Information Request | 1.5 | 1 | JLS |
| 7/2/2009 | Follow-up re: PBGC Information Request | 1 | 1 | JLS |
| 7/2/2009 | Pre-call preparation, conference call w/PBGC re: information request and follow up | 3 | 1 | BDB |
| 7/3/2009 | Email/telephone calls re: PBGC confidentiality issue | 1 | 1 | JLS |
| 7/3/2009 | Email exchanges re: PBGC information request and confidentiality issues | 1 | 1 | BDB |
| 7/4/2009 | Email/telephone calls re: PBGC confidentiality issue | 1 | 1 | JLS |
| 7/4/2009 | Email exchanges: re: UCC, confidentiality issues and 07/06 conference call w/UCC and bondholders | 1 | 1 | BDB |
| 7/5/2009 | Email/telephone call w/CGSH re: 07/06 conference call strategy | 1 | 1 | BDB |
| 7/6/2009 | Review UK exposure situation | 1 | 1 | JLS |
| 7/6/2009 | Pre-call preparation, conference call w/Nortel, CGSH re: pension status update | 3 | 1 | JLS |
| 7/6/2009 | Pre-call preparation, conference call w/UCC and bondholders | 3 | 1 | BDB |
| 7/6/2009 | Review Punter Southall UK analysis | 1 | 1 | BDB |
| 7/6/2009 | Review UCC agreement | 0.5 | 1 | BDB |
| 7/7/2009 | Internal meeting/discussion:  follow up to conference call | 1 | 1 | JLS |
| 7/7/2009 | Email/telephone calls re:  Narnia transaction and PBGC | 1.5 | 1 | JLS |
| 7/7/2009 | Review PBGC proposal re: Narnia transaction | 2 | 1 | JLS |
| 7/7/2009 | Call w/PBGC re: Narnia transaction | 1 | 1 | JLS |
| 7/7/2009 | Pre-call preparation, conference call w/Nortel and CGSH on proposed transactions | 2 | 1 | BDB |
| 7/7/2009 | Review PBGC counter-proposal w/email follow up | 1 | 1 | BDB |
| 7/8/2009 | Review documents re: PBGC information request | 1 | 1 | JLS |
| 7/8/2009 | Internal meeting/discussion re: PBGC/UCC/Bondholders | 1.5 | 1 | JLS |
| 7/8/2009 | Calls w PBGC re: Narnia transaction/UCC | 1 | 1 | JLS |
| 7/8/2009 | Pre-call preparation, conference re: PBGC proposal w/follow up | 2 | 1 | BDB |
| 7/8/2009 | Review materials for PBGC information request | 2 | 1 | BDB |
| 7/9/2009 | Internal meeting/discussion re: PBGC/UCC/Nortel Meeting | 1 | 1 | JLS |
| 7/9/2009 | Internal discussion/Email exchange w/CGSH re: scheduling/PBGC | 1 | 1 | BDB |
| 7/10/2009 | Internal meeting/discussion re: PBGC/UCC/Nortel Meeting | 2.5 | 1 | JLS |
| 7/10/2009 | Internal meeting/discussion and Email/telephone call re: PBGC and creditors meeting. | 2.5 | 1 | BDB |
| 7/11/2009 | Review Materials for PBGC Meeting | 1 | 1 | JLS |
| 7/11/2009 | Review materials from Nortel re: UCC and PBGC meetings | 1 | 1 | BDB |
| 7/12/2009 | Prep and planning for PBGC and PBGC/UCC Meetings | 3.5 | 1 | JLS |
| 7/12/2009 | Review revised presentation materials with email follow ups | 2 | 1 | BDB |
| 7/13/2009 | Prep and pre-meeting for PBGC meeting | 1.5 | 1 | JLS |
| 7/13/2009 | Meeting with PBGC | 2 | 1 | JLS |
| 7/13/2009 | Travel to WDC/PBGC Meeting | 2.5 | 1 | JLS |
| 7/13/2009 | Telephone calls re: PBGC/UCC/Bondholders meeting | 2 | 1 | JLS |
| 7/14/2009 | Prep for meeting with PBGC/UCC/Bondholders | 1 | 1 | JLS |
| 7/14/2009 | PBGC/UCC/Bondholders Meeting | 3 | 1 | JLS |
| 7/14/2009 | Follow-up re: PBGC/UCC/Bondholder meeting | 2.5 | 1 | JLS |
| 7/14/2009 | Conference call re: Creditors and PBGC meeting | 3 | 1 | BDB |
| 7/15/2009 | Telephone calls/e-mails re: Narnia transaction | 1 | 1 | JLS |
| 7/16/2009 | Telephone calls/e-mails re: Plan termination | 3 | 1 | JLS |
| 7/16/2009 | Email/telephone call re: UK issues and plan termination | 1 | 1 | BDB |
| 7/17/2009 | Review of plan termination docs and communications re same | 1.5 | 1 | JLS |
| 7/17/2009 | Pre-call preparation, conference call w/CGSH and Punter Southall re: UK issues | 1.5 | 1 | BDB |
| 7/20/2009 | Review and discussion of termination & trusteeship agreement | 2 | 1 | JLS |
| 7/20/2009 | Internal meetings/emails/telephone calls re: PBGC trusteeship agreement | 2 | 1 | BDB |
| 7/21/2009 | Review transaction agreement | 1.5 | 1 | JLS |
| 7/29/2009 | Review PBGC data request re: proposed transaction and discuss response | 1 | 1 | BDB |
| 7/22/2009 | Review documents re: Nortel/PBGC/Narnia settlement | 2 | 1 | JLS |
| 7/24/2009 | Review UK Claims Issues | 1 | 1 | JLS |
| 7/27/2009 | Emails and telephone calls re: proposed transaction | 1.5 | 1 | JLS |
| 7/29/2009 | Internal meeting and follow up discussion w/PBGC re: PBGC information request | 2 | 1 | JLS |
| 7/31/2009 | Coordination/scheduling re: meetings/discussions | 0.5 | 1 | JLS |
| | July Total -- Activity 1 | 91.5 | | |
| 7/1/2009 | Review fee application process | 1 | 2 | DMB |
| 7/2/2009 | Review fee application process | 0.5 | 2 | DMB |
| 7/3/2009 | Review retention documents | 1 | 2 | JLS |
| 7/5/2009 | May/June Fee Application | 5 | 2 | DMB |
| 7/6/2009 | Revise May/June Fee Application | 1.5 | 2 | DMB |
| 7/7/2009 | May/June  Time Logs/Expenses Call with BDB to discuss/Call with MNAT to discuss | 1 | 2 | DMB |
| 7/13/2009 | Revisions to May/June Fee App | 0.5 | 2 | DMB |
| 7/14/2009 | Revisions to May/June Fee App | 0.5 | 2 | DMB |
| 7/15/2009 | Review final fee application | 0.5 | 2 | BDB |
| 7/15/2009 | Finalize May/June Fee App and send to MNAT | 2 | 2 | DMB |
| 7/17/2009 | Call w/MNAT to discuss fee app Revised/submit final fee app | 0.5 | 2 | DMB |
| 7/29/2009 | Preparation for July fee application | 1 | 2 | DMB |
| 7/28/2009 | Completion of July time documentation | 1.5 | 2 | JLS |
| | July Total -- Activity 2 | 16.5 | | |
| | Total | 108 | | |