

# pennsylvania
DEPARTMENT OF LABOR & INDUSTRY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  Nortel Networks Inc.

|  |  |
|---|---|
| Debtor | Bankruptcy No. 09-10138-KG |
|  | Chapter 11 |

### REQUEST FOR NOTICES

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Denise A. Mertz, hereby requests that a copy of all notices and papers in this action be served at the agent's office at below captioned address.

Dated:  August 3, 2009

By: _____
Denise A. Mertz
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street - Room 203
Reading, PA 19602-1184
Telephone No.: (610) 378-4064
Fax No.: (610) 378-4459
E-mail: dmertz@state.pa.us

Department of Labor & Industry | Harrisburg, PA 17121-0750 | www.dli.state.pa.us

*Auxiliary aids and services are available upon request to individuals with disabilities.*
*Equal Opportunity Employer/Program*