IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 100 Pearl Street, Suite 1446, Hartford, CT 06103.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2009, I caused to be served true and correct copies of the following:

     a. "Notice of Debtors' Motion for an Order (I) Approving and Authorizing the Debtors to Enter Into and Deliver a New Lease and Related Documents by and between Nortel Networks Inc. and the Prudential Insurance Company of America, (II) Approving the Abandonment of Personal Property, and (III) Waiving the Landlord's Rejection Damages," to which is attached the "Debtors' Motion for an Order (I) Approving and Authorizing the Debtors to Enter Into and Deliver a New Lease and Related Documents by and between Nortel Networks Inc. and the Prudential Insurance Company of America, (II) Approving the Abandonment of Personal Property, and (III) Waiving the Landlord's Rejection Damages," dated August 7, 2009, [Docket No. 1295], and

     b. "Debtors' Motion for an Order Shortening Notice of Debtors' Motion for an Order (I) Approving and Authorizing the Debtors to Enter Into and Deliver a New Lease and Related Documents by and between Nortel Networks Inc. and the Prudential Insurance Company of America, (II) Approving the Abandonment of Personal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Property, and (III) Waiving the Landlord's Rejection Damages," dated August 7, 2009 [Docket No. 1296],

enclosed securely in separate postage pre-paid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Samuel Garcia

Sworn to before me this
10th day of August, 2009

Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

T:\Clients\NORTEL\Affidavits\Prudential Mtn, Mtn to Shorten_Aff 8-7-09.doc