**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT.,TITLEIST & FOOTJOY,PO BOX 965, FAIRHAVEN, MA 02719 |
| AKIN GUMP | FRED S. HODARA ESQ., RYAN C. JACOBS ESQ.,ONE BRYANT PARK, NEW YORK, NY 10036 |
| ALLEN & OVERY LLP | KEN COLEMAN ESQ, LISA J.P. KRAIDIN. ESQ.,1221 AVENUE OF THE AMERICAS,20TH FLOOR, NEW YORK, NY 10020 |
| AMPHENOL CORPORATION | EDWARD C. WETMORE VP & GEN COUNSEL,358 HALL AVENUE, WALLINGFORD, CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | DOUG GOIN CFO,420 SOUTH ORANGE AVENUE,6TH FL, ORLANDO, FL 32801 |
| ARCHER & GREINER PC | JOHN V. FIORELLA ESQ.,300 DELAWARE AVE,STE 1370, WILMINGTON, DE 19801 |
| ARCHER & GREINER PC | CHARLES J. BROWN III ESQ.,300 DELAWARE AVE,STE 1370, WILMINGTON, DE 19801 |
| ARNALL GOLDEN GREGORY LLP | DARRYL S. LADDIN ESQ., FRANK N. WHITE ESQ.,171 17TH ST NW,STE 2100, ATLANTA, GA 30363-1031 |
| ASHBY & GEDDES P.A. | WILLIAM P. BOWDEN ESQ., AMANDA M. WINFREE ESQ.,500 DELAWARE AVE,8TH FL, WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | RICARDO PALACIO ESQ.,500 DELAWARE AVE, WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | GREGORY A. TAYLOR ESQ., BENJAMIN W. KEENAN ESQ.,500 DELAWARE AVE,8TH FL, WILMINGTON, DE 19801 |
| ASSISTANT ATTORNEY GENERAL | LAURA L. MCCLOUD ESQ.,P.O. BOX 20207, NASHVILLE, TN 37202 |
| BALLARD SPAHR | TOBEY M. DALUZ ESQ., LESLIE HEILMAN ESQ.,919 MARKET ST,12TH FL, WILMINGTON, DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | DAVID L. POLLACK ESQ., JEFFREY MEYERS ESQ.,51ST FL MELLON BANK CTR,1735 MARKET ST, PHILADELPHIA, PA 19103 |
| BARRY SATLOW, DAVID G. WALDER | 1951 VISTA DR, BOULDER, CO 80304 |
| BARTLETT HACKETT FEINBERG P.C. | FRANK F. MCGINN ESQ.,155 FEDERAL ST,9TH FL, BOSTON, MA 02110 |
| BAYARD P.A. | CHARLENE D. DAVIS ESQ., DANIEL A. O'BRIEN ESQ.,222 DELAWARE AVE,STE 900, WILMINGTON, DE 19801 |
| BELL MICROPRODUCTS INC | DAVID L. URANGA,201 MONROE STREET,SUITE 300, MONTGOMERY, AL 36104 |
| BIALSON BERGEN & SCHWAB | LAWRENCE M. SCHWAB ESQ., THOMAS M. GAA ESQ.,PATRICK M. COSTELLO ESQ.,2600 EL CAMINO REAL, STE 300, PALO ALTO, CA 94306 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, KEVIN G. COLLINS,800 N. KING STREET,FIRST FLOOR, WILMINGTON, DE 19801 |
| BOYLAN BROWN | DEVIN LAWTON PALMER,2400 CHASE SQUARE, ROCHESTER, NY 14604 |
| BRACEWELL & GUILIANI LLP | JENNIFER FELDSHER,1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2714 |
| BRACEWELL & GUILIANI LLP | EVAN D. FLASCHEN, KATHERINE L. LINDSAY,225 ASYLUM STREET,SUITE 2600, HARTFORD, CT 06103 |
| BRIER IRISH HUBBARD & ERHARD PLC | ROBERT N. BRIER,2400 E. ARIZONA BILTMORE CIRCLE,SUITE 1300, PHOENIX, AZ 85016-2115 |
| BROWN & CONNERY LLP | DONALD K. LUDMAN ESQ.,6 NORTH BROAD ST,STE 1000, WOODBURY, NJ 08096 |
| BRYAN CAVE LLP | MICHELLE MCMAHON ESQ.,1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| BRYAN CAVE LLP | ERIC S. PREZANT ESQ.,161 N CLARK ST,STE 4300, CHICAGO, IL 60601 |
| BRYAN CAVE LLP | CULLEN K. KUHN ESQ.,211 N BROADWAY,STE 3600, ST. LOUIS, MO 63102 |
| BUCHALTER NEMER | SHAWN M. CHRISTIANSON ESQ.,333 MARKET ST,25TH FL, SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | MARY F. CALOWAY ESQ., P.J. DUHIG ESQ.,1000 WEST STREET,SUITE 1410, WILMINGTON, DE 19801 |
| BUUS KIM KUO & TRAN LLP | HUBERT H. KUO ESQ.,4675 MACARTHUR CT,STE 590, NEWPORT BEACH, CA 92660 |
| CAMPBELL & LEVINE LLC | MARLA R. ESKIN ESQ., AYESHA S. CHACKO ESQ.,800 N KING ST,STE 300, WILMINGTON, DE 19801 |
| CHADBOURNE & PARKE LLP | N. THODORE ZINK JR. ESQ.,30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | NORMAN L. PERNICK, SANJAY BHATNAGAR,500 DELAWARE AVE,SUITE 1410, WILMINGTON, DE 19801 |
| CONNOLLY BOVE | JEFFREY S. WISLER ESQ., MARC J. PHILLIPS ESQ.,THE NEMOURS BUILDING,1007 N ORANGE ST, WILMINGTON, DE 19801 |
| COSNER COSNER & YOUNGELSON | MARC D. YOUNGELSON,197 HIGHWAY 18,SUITE 308, EAST BRUNSWICK, NJ 08816 |

| Claim Name | Address Information |
|---|---|
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | STEVEN J. REISMAN ESQ., JAMES V. DREW ESQ.,101 PARK AVENUE,  NEW YORK, NY 10178-0061 |
| DAVIS WRIGHT TREMAINE LLP | JAMES C. WAGGONER ESQ.,1300 SW 5TH AVE,STE 2300,  PORTLAND, OR 97201-5630 |
| DLA PIPER LLP (US) | RICHARD M. KREMEN ESQ., DALE K. CATHELL ESQ.,6225 SMITH AVENUE,  BALTIMORE, MD 21209 |
| DYKEMA GOSSETT PLLC | STEPHEN C. STAPLETON,1717 MAIN ST,STE 2400,  DALLAS, TX 75201 |
| EXPORT DEVELOPMENT CANADA | DEREK AUSTIN,151 O'CONNOR STREET,  OTTOWA, ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | TERRY ZALE,305 INTERLOCKEN PKWY,  BROOMFIELD, CO 80021 |
| FOLEY & LARDNER LLP | JILL L. MURCH ESQ., LARS A. PETERSON ESQ.,321 NORTH CLARK ST,STE 2800, CHICAGO, IL 60654-5313 |
| FOSTER PEPPER PLLC | CHRISTOPHER M. ALSTON ESQ.,1111 3RD AVE,STE 3400,  SEATTLE, WA 98101-3299 |
| FPL LAW DEPARTMENT | RACHEL S. BUDKE ESQ.,700 UNIVERSE BLVD,  JUNO BEACH, FL 33408 |
| FRANCHISE TAX | SECRETARY OF STATE DIVISION OF CORPORATIONS,P.O. BOX 7040,  DOVER, DE 19903 |
| FRASER MILNER CASGRAIN LLP | MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ,ALEX L. MACFARLANE,1 FIRST CANADIAN PLACE -FLOOR 42,100 KING ST WEST,  TORONTO, ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | AARON L. HAMMER ESQ., DEVON J. EGGERT ESQ.,311 SOUTH WACKER DR,STE 3000, CHICAGO, IL 60606 |
| FULBRIGHT & JAWORSKI LLP | DAVID A. ROSENZWEIG ESQ.,666 5TH AVE,  NEW YORK, NY 10103-3198 |
| GIBBONS P.C. | DAVID N. CRAPO ESQ.,ONE GATEWAY CENTER,  NEWARK, NJ 07102-5310 |
| GOULD & RATNER LLP | CHRISTOPHER J. HORVAY ESQ.,222 N LASALLE ST,STE 800,  CHICAGO, IL 60601 |
| HAHN LOESER & PARKS LLP | ALAN S. KOPIT ESQ., CHRISTOPHER W. PEER ESQ.,200 PUBLIC SQUARE,STE 2800, CLEVELAND, OH 44114 |
| HERBERT SMITH | STEPHEN GALE,EXCHANGE HOUSE,PRIMROSE STREEET,  LONDON, UK EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | SOREN E. GISLESON,820 O'KEEFE AVENUE,  NEW ORELANS, LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | JENNIFER V. DORAN ESQ.,28 STATE ST,  BOSTON, MA 02109 |
| HOLLAND & KNIGHT LLP | ROD ANDRERSON ESQ., NOEL R. BOEKE ESQ.,P.O. BOX 1288,  TAMPA, FL 33601-1288 |
| HP  COMPANY | RAMONA NEAL ESQ.,11307 CHINDEN BLVD,MS 314,  BOISE, ID 83714 |
| HUNTON & WILLIAMS | LYNNETTE R. WARMAN,1445 ROSS AVE,ROUNTAIN PLACE STE 3700,  DALLAS, TX 75202-2799 |
| IBM CORP. LEGAL DEPT | R. S. STAHEL,1503 LBJ FREEWAY,3RD FL,  DALLAS, TX 75234 |
| IBM CORPORATION | BEVERLY H. SHIDELER BS8399,TWO LINCOLN CENTRE,  OAKBROOK TERRACE, IL 60181 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION,PO BOX 21126,  PHILADELPHIA, PA 19114-0326 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN STE 1800,  HOUSTON, TX 77010 |
| JONES DAY | JEFFREY B. ELLMAN ESQ., ROBBIN S. RAHMAN ESQ.,1420 PEACHTREE ST NE,STE 800, ATLANTA, GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | KENNETH E. NOBLE ESQ.,575 MADISON AVE,  NEW YORK, NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | THOMAS J. LEANSE ESQ., DUSTIN P. BRANCH ESQ.,2029 CENTURY PARK EAST,STE 2600, LOS ANGELES, CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | HOWARD S. STEEL ESQ.,101 PARK AVENUE,  NEW YORK, NY 10178 |
| KHANG & KHANG LLP | JOON M. KHANG ESQ.,1901 AVENUE OF THE STARS,2ND FL,  LOS ANGELES, CA 90067 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | EDWARD T. ATTANASIO ESQ.,1999 AVENUE OF THE STARS,39TH FL,  LOS ANGELES, CA 90067-6049 |
| KLEHR HARRISON | JOANNE B. WILLS ESQ.,919 MARKET ST,STE 1000,  WILMINGTON, DE 19801 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110,  LOS ANGELES, CA 90054-0110 |
| LATHAM & WATKINS LLP | ROBERT J. ROSENBERG ESQ.,885 THIRD AVENUE,STE 1000,  NEW YORK, NY 10022-4068 |
| LATHAM & WATKINS LLP | MICHAEL J. RIELA ESQ.,885 THIRD AVENUE,STE 1000,  NEW YORK, NY 10022-4068 |
| LATHAM & WATKINS LLP | ZACHARY N. GOLDSTEIN ESQ.,885 THIRD AVENUE,STE 1000,  NEW YORK, NY 10022-4068 |
| LATHROP & GAGE LLP | STEPHEN K. DEXTER ESQ.,370 17TH ST,STE 4650,  DENVER, CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ROBERT T. VANCE JR.,100 SOUTH BROAD STREET,SUITE 1530,  PHILADELPHIA, PA 19110 |
| LEWIS AND ROCA LLP | SCOTT K. BROWN ESQ.,40 NORTH CENTRAL AVE,STE 1900,  PHOENIX, AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER ESQ.,2323 BRYAN STREET,STE 1600,  DALLAS, TX 75201 |

| Claim Name | Address Information |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P. DILLMAN ESQ.,P.O. BOX 3064,   HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G. AELVOET ESQ.,TRAVIS BLDG SUITE 300,711 NAVARRO,   SAN ANTONIO, TX 78205 |
| LOWENSTEIN SANDLER PC | VINCENT A. D'AGOSTINO ESQ.,65 LIVINGSTON AVE,   ROSELAND, NJ 07068 |
| MARGOLIS EDELSTEIN | JAMES E. HUGGETT ESQ.,750 SHIPYARD DR,STE 102,   WILMINGTON, DE 19801 |
| MAYER BROWN LLP | MELISSA A. MICKEY,71 S. WACKER DRIVE,   CHICAGO, IL 60604-1404 |
| MCGUIREWOODS LLP | DAVID I. SWAN ESQ., KENNETH M. MISKEN ESQ.,1750 TYSONS BLVD,STE 1800,   MCLEAN, VA 22102-4215 |
| MEYERS LAW GROUP P.C. | MERLE C. MEYERS ESQ., MICHELE THOMPSON ESQ.,44 MONTGOMERY STREET,STE 1010, SAN FRANCISCO, CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | DENNIS F. DUNNE ESQ., THOMAS R. KRELLER ESQ.,ALBERT A. PISA ESQ., ANDREW M. LEBLANC ESQ.,ONE CHASE MANHATTAN PLAZA,   NEW YORK, NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | DENNIS DUNNE ESQ.,ONE CHASE MANHATTAN PLAZA,   NEW YORK, NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | SHERYL L. MOREAU ESQ.,P.O. BOX 475,BANKRUPTCY DIVISION,   JEFFERSON CITY, MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ANDREW HERENSTEIN,535 MADISON AVE.,   NEW YORK, NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | RACHEL B. MERSKY ESQ.,1201 N ORANGE ST,STE 400,   WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | BRETT D. FALLON ESQ.,500 DELAWARE AVE,STE 1500,   WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | CARL N. KUNZ ESQ., MICHAEL J. CUSTER ESQ.,500 DELAWARE AVE,STE 1500, WILMINGTON, DE 19801 |
| MOSES & SINGER LLP | ALAN KOLOD, CHRISTOPHER J. CARUSO, KENT C. KOLBIG,THE CHRYSLER BUILDING,405 LEXINGTON AVENUE,   NEW YORK, NY 10174 |
| MUNICIPAL OPERATIONS | MAX TAYLOR ASST. CITY ATTY.,201 W. COLFAX AVENUE,DEPT. 1207,   DENVER, CO 80202-5332 |
| MUNSCH HARDT KOPF & HARR P.C. | JOSEPH J. WIELEBINSKI ESQ.,3800 LINCOLN PLAZA,500 N AKARD ST,   DALLAS, TX 75201-6659 |
| NOSSAMAN LLP | ROBERT S. MCWHORTER ESQ.,915 L ST,STE 1000,   SACRAMENTO, CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | PATRICK TINKER ESQ.,844 KING STREET,SUITE 2207 LOCKBOX 35,   WILMINGTON, DE 19801-3519 |
| OGILVY RENAULT LLP | JENNIFER STAM,200 BAY STREET SUITE 3800,ROYAL BANK PLAZA SOUTH TOWER, TORONTO, ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | RANIERO D'AVERSA JR. ESQ.,LAURA D. METZGER ESQ., WESTON T. EGUCHI ESQ.,666 FIFTH AVENUE,   NEW YORK, NY 10103-0001 |
| PA SENIOR DEPUTY ATTY GEN | CAROL E. MOMJIAN ESQ.,21 S 12TH ST,3RD FL,   PHILADELPHIA, PA 19107-3603 |
| PACHULSKI STANG | LAURA DAVIS JONES, TIMOTHY P. CAIRNS,919 N. MARKET ST. 17TH FL.,   WILMINGTON, DE 19899-8705 |
| PATTERSON HARKAVY | ANN GRONINGER ESQ.,521 EAST BOULEVARD,   CHARLOTTE, NC 28203 |
| PENSION BENEFIT GUARANTY CORP | VICENTE MATIAS MURRELL ESQ.,STEPHEN D. SCHREIBER ESQ.,1200 K STREET NW, WASHINGTON, DC 20005-4026 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON ESQ., LEIGH-ANNE M. RAPORT ESQ.,1313 MARKET ST,STE 5100, WILMINGTON, DE 19801 |
| PEPPER HAMILTON LLP | HENRY JAFFE ESQ.,1313 MARKET ST,STE 5100,   WILMINGTON, DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ELIZABETH BANDA ESQ.,4025 WOODLAND PARK BLVD,STE 300,   ARLINGTON, TX 76013 |
| POLSINELLI SHUGHART PC | CHRISTOPHER A. WARD ESQ., JUSTIN K. EDELSON ESQ.,222 DELAWARE AVENUE,STE 1101, WILMINGTON, DE 19801 |
| POST & SCHELL P.C. | BRIAN W. BISIGNANI ESQ.,17 N 2ND ST,12TH FL,   HARRISBURG, PA 17101-1601 |
| POYNER SPRUILL LLP | SHANNON E. HOFF,301 S. COLLEGE STREET,SUITE 2300,   CHARLOTTE, NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | STEPHEN C. TINGEY, ESQ.,36 SOUTH STATE STREET,SUITE 1400,   SALT LAKE CITY, UT 84145-0385 |
| REED SMITH LLP | KURT F. GWYNNE ESQ., J. CORY FALGOWSKI ESQ.,1201 N MARKET ST,STE 1500, |

| Claim Name | Address Information |
| --- | --- |
| REED SMITH LLP | WILMINGTON, DE 19801 |
| RICHARDS LAYTON & FINGER | MARK D. COLLINS ESQ., CHRISTOPHER M. SAMIS ESQ.,ONE RODNEY SQUARE,920 N KING ST,  WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS P.S. | JOSEPH E. SHICKICH JR. ESQ.,1001 4TH AVE,STE 4500,  SEATTLE, WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | DAVID M. SCHILLI ESQ., TY E. SHAFFER ESQ.,101 NORTH TRYON ST,STE 1900, CHARLOTTE, NC 28246 |
| ROPES & GRAY LLP | MARK I. BANE, ANNE H. PAK,1211 AVENUE OF THE AMERICAS,  NEW YORK, NY 10036-8704 |
| SAUL EWING LLP | JOYCE A. KUHNS,500 E. PRATT STREET,8TH FLOOR,  BALTIMORE, MD 21202 |
| SCHIFF HARDIN LLP | JOHN C. VIGANO ESQ., PATRICIA J. FOKUO ESQ.,6600 SEARS TOWER,  CHICAGO, IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN:  NATHAN FUCHS,233 BROADWAY,  NEW YORK, NY 10279 |
| SEC NY REGIONAL OFFICE | ALISTAR BAMBACH,BANKRUPTCY DIV_STE 400,3 WORLD FINANCIAL CENTER,  NEW YORK, NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040,  DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE,  WASHINGTON, DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | CARREN B. SHULMAN ESQ., KIMBERLY K. SMITH ESQ.,30 ROCKEFELLER PLAZA,24TH FL, NEW YORK, NY 10112 |
| SIRLIN GALLOGLY & LESSER | DANA S. PLON ESQ.,1529 WALNUT STREET,STE 600,  PHILADELPHIA, PA 19102 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | N. LYNN HIESTAND,FOUR TIMES SQUARE,  NEW YORK, NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | GREGG M. GALARDI, SARAH E. PIERCE,ONE RODNEY SQUARE,PO BOX 636,  WILMINGTON, DE 19899-0636 |
| SMITH ANDERSON BLOUNT | DORSETT MITCHELL & JERNIGAN LLP,AMOS U. PRIESTER IV ESQ., ANNA B. OSTERHOUT ESQ.,P.O. BOX 2611,  RALEIGH, NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | KATHLEEN M. MILLER ESQ.,800 DELAWARE AVE.,7TH FL,  WILMINGTON, DE 19801 |
| STATE OF MI DEPT OF TREASURY | DEBORAH B. WALDMEIR ESQ.,3030 W GRAND BLVD. STE. 10-200,CADILLAC PLACE, DETROIT, MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | EDMOND P. O'BRIEN ESQ.,675 THIRD AVE,31ST FL,  NEW YORK, NY 10017 |
| STEVENS & LEE P.C. | JOSEPH H. HUSTON JR. ESQ.,MARIA APRILE SAWCZUK ESQ.,1105 N MARKET ST,7TH FL, WILMINGTON, DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM D. SULLIVAN ESQ.,4 E 8TH ST,STE 400,  WILMINGTON, DE 19801 |
| SUMITOMO ELECTRIC | CHRIS FINCH CREDIT MANAGER,78 ALEXANDER DRIVE,PO BOX 13445,  TRIANGLE PARK, NC 27709 |
| SWARTZ CAMPBELL LLC | NICHOLAS SKILES ESQ., JOHN A. WETZEL ESQ.,ONE S. CHURCH ST,STE 400,  WEST CHESTER, PA 19382 |
| THE INTECH GROUP INC. | ERNIE HOLLING PRESIDENT,305 EXTON COMMONS,  EXTON, PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | NICHOLAS VIANNA,1114 AVENUE OF THE AMERICAS,19TH FLOOR,  NEW YORK, NY 10036 |
| TRAVELERS | ATTN:  CHANTEL PINNOCK,1 TOWER SQUARE,5MN,  HARTFORD, CT 06183-4044 |
| TW TELECOM INC. | LINDA BOYLE,10475 PARK MEADOWS DR,STE 400,  LITTLETON, CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | SETH B. SHAPIRO ESQ.,P.O. BOX 875,BEN FRANKLIN STATION,  WASHINGTON, DC 20044 |
| UNISYS CORPORATION | JANET FITZPATRICK,P.O. BOX 500,M/S E8-108,  BLUE BELL, PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | DAVID CAPOZZI, ACTING GENERAL COUNSEL,2000 L STREET NW,SUITE 200,  WASHINGTON, DC 20036 |
| US ATTORNEY'S OFFICE DISTRICT OF DELAWARE | 1007 N. ORANGE STREET,  WILMINGTON, DE 19801 |
| VAL MANDEL P.C. | VAL MANDEL ESQ.,80 WALL ST,STE 1115,  NEW YORK, NY 10005 |
| VEDDER PRICE P.C. | MICHAEL L. SCHEIN ESQ.,1633 BROADWAY,47TH FL,  NEW YORK, NY 10019 |
| VONBRIESEN & ROPER S.C. | RANDALL D. CROCKER ESQ.,411 E WISCONSIN AVE,STE 700,  MILWAUKEE, WI 53202 |
| WERB & SULLIVAN | DUANE D. WERB ESQ.,300 DELAWARE AVE,13TH FL,  WILMINGTON, DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ALAN J. LIPKIN ESQ., JEREMY E. CRYSTAL ESQ.,787 7TH AVE,  NEW YORK, NY 10019 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | MARK G. LEDWIN ESQ.,3 GANNETT DR,  WHITE PLAINS, NY 10604 |

| Claim Name | Address Information |
| --- | --- |
| WOLFF & SAMSON PC | ROBERT E. NIES ESQ.,THE OFFICES AT CRYSTAL LAKE,ONE BOLAND DRIVE,  WEST ORANGE, NJ 07052 |
| YOUNG CONAWAY | JAMES L. PATTON, EDWIN J. HARRON,THE BRANDYWINE BLDG 17TH FL.,1000 WEST STREET,  WILMINGTON, DE 19801 |

**Total Creditor Count 148**

NNI LEASE MOT 8-7-09
LEWIS & ROCA
ATTN: SCOTT BROWN AND JEFFREY WUTZKE
40 NORTH CENTRAL AVENUE
PHOENIX, AZ  85004-4429