**EXHIBIT B**

EXCELOCITY INC.
210 COLONNADE ROAD
OTTAWA, ON K2E 7L5
CANADA

ASM CAPITAL
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NJ 11797

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006