IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                   :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :   Case No. 09-10138 (KG)
:
                Debtors.   :   Jointly Administered
:
:   Re: D.I. 965
:
------------------------------------------------------------X

## NOTICE PURSUANT TO EXTENSION ORDER

      **PLEASE TAKE NOTICE THAT** on June 26, 2009, the Court entered the *Order Pursuant to 11 U.S.C. § 363(b)(1) And 365(d)(4) Granting Extension of the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property upon Receipt of Written Consent from Lessors* (D.I. 965) (the "Extension Order").

      **PLEASE TAKE FURTHER NOTICE THAT** pursuant to paragraph 6 of the Extension Order, the Debtors[2] hereby give notice that as of August 11, 2009, the landlords listed on **Exhibit A** hereto for the Leases for the premises set forth on **Exhibit A**, have agreed to extensions under 11 U.S.C. § 365(d)(4)(B)(ii) through and including the date set forth on **Exhibit A**, in each case pursuant to a written consent provided by the landlord.[3]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel. The Extension Order does not apply to Nortel Networks (CALA) Inc.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Extension Order.

[3] The Debtors reserve, and do not waive, any and all rights, remedies, privileges or the like, including the right to amend, supplement or otherwise modify this Notice.

Dated: August 11, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*