# EXHIBIT A

| Leased Premises | Landlord | Extension Through |
|---|---|---|
| 10851 Mastin Boulevard Overland Park, KS | UCM/SREP-Corporate Woods, LLC | March 31, 2010 |
| 8000 Norman Center Drive Bloomington, MN | Teachers Insurance and Annuity Association of America | March 31, 2010[1] |
| 519 North Sam Houston Parkway Houston, TX | RP Sam Houston Plaza, LP | March 31, 2010 |
| 475 North Martingale Storage Schaumburg, IL | Woodfield Holdings PT, LLC | March 31, 2010 |
| 101 Constitution Avenue NW Washington, DC | 101 Constitution Trust | December 31, 2009 |
| 485 Lexington Avenue New York, NY | 485 Lexington Owner LLC | March 31, 2010 |
| 220 Athens Way Nashville, TN | IPC Metrocenter, LLC | March 31, 2010 |
| 100 Summit Lake Valhalla, NY | Reckson Operating Partnership, LP | March 31, 2010 |
| 333 108th Avenue NE Bellevue, WA | Tower 333 LLC | March 31, 2010 |
| 2603 Camino Ramon San Ramon, CA | Sunset Land Company, LLC | March 31, 2010 |
| 6465 South Greenwood Plaza Boulevard Englewood, CO | Crescent Peakview Tower, LLC | March 31, 2010 |
| 18500 Von Karman Irvine, CA | The Irvine Company LLC | March 31, 2010 |
| 600 Technology Park Drive Billerica, MA | Technology Park X Limited Partnership | March 31, 2010 |
| 1460 North Glenville Richardson, TX | iStar CTL North Glenville - Richardson LLC | September 11, 2009 |

---

[1] Notwithstanding the extension date, please note that this lease expires by its terms on December 31, 2009.

| Leased Premises | Landlord | Extension Through |
|---|---|---|
| 4001 East Chapel Hill-Nelson Highway<br>RTP, NC | U.S. Bank National Association | March 31, 2010 |
| 4004 East Chapel Hill-Nelson Highway<br>RTP, NC | U.S. Bank National Association | March 31, 2010 |
| 1500 Concord Terrace<br>Sunrise, FL | 1500 Concord Terrace LP | March 31, 2010 |