# SERVICE LIST

**VIA FIRST CLASS MAIL - INTERNATIONAL**

Craig Brooks,
Director of Corporate Services
ATI Technologies, Inc.
1 Commerce Valley Drive
East Markham, Ontario L3Y 7X6
CANADA

Craig Brooks,
Director of Corporate Services
ATI Technologies, Inc.
1 Commerce Valley Drive E.
Thornhill, Ontario L3Y 7X6
CANADA

**VIA FIRST CLASS MAIL**

Attn:  Legal Department
Namco Bandai Games America Inc.
4555 Great America Parkway, Suite 201
Santa Clara, CA  95054

Thomas B. Jacob, Esquire
Thoits Love Hershberger & McLean
245 Lytton Avenue, Suite 300
Palo Alto, CA  94301

ATI Research Silicon Valley, Inc.
4555 Great America Parkway
Santa Clara, CA  95054

Michael Hirahara / Rosemary Barnett
Brocade Communications Systems, Inc.
1745 Technology Drive
San Jose, CA  95110

Attn:  Leslie Dunaway, Lease Admin.
Advanced Micro Devices, Inc.
c/o SRS Real Estate Partners - REA
15660 N. Dallas Parkway, Suite 1200
Dallas, TX  75258
     [File ID #CA017]

Advanced Micro Devices, Inc.
One AMD Place
P.O. Box 3453
Office #S2-112
Sunnyvale, CA  94088-3453

3066431.1