**EXHIBIT B**

## AGREEMENT FOR APPOINTMENT OF
## TRUSTEE AND TERMINATION OF PLAN

This is an AGREEMENT between the Pension Benefit Guaranty Corporation ("PBGC") and the Retirement Plan Committee of the Nortel Networks Retirement Income Plan.

## **RECITALS:**

A. PBGC is a United States government agency established by Title IV of the Employee Retirement Income Security Act of 1974, *as amended,* 29 U.S.C. §§1301-1461 ("ERISA").

B. Nortel Networks Inc. ("Company") is a corporation organized under the laws of Delaware, with its principal place of business located in Nashville, Tennessee.

C. The Company maintains the Nortel Networks Retirement Income Plan ("Plan") to provide retirement benefits for certain of its employees. The Plan was established effective May 1, 1974.

D. The Plan is an employee pension benefit plan to which 29 U.S.C. § 1321(a) applies and is not exempt under 29 U.S.C. § 1321(b). The Plan is therefore covered by Title IV of ERISA.

E. The Retirement Plan Committee of Nortel Networks Retirement Income Plan is the administrator of the Plan within the meaning of 29 U.S.C. §§ 1002(16) and 1301(a)(1).

F. The Company is a contributing sponsor of the Plan within the meaning of 29 U.S.C. § 1301(a)(13).

G. PBGC has issued to the Company a Notice of Determination under 29 U.S.C. § 1342(a)(2) that the Plan will be unable to pay benefits when due and under 29 U.S.C. § 1342(a)(4) that PBGC's possible long-run loss with respect to the Plan may reasonably be expected to increase unreasonably if the Plan is not terminated, and that the Plan should be terminated under 29 U.S.C. § 1342(c).

H. Notice of the determination was provided to Plan participants by publication on July 17, 2009.

**NOW THEREFORE, the parties agree:**

1. The Plan is terminated under 29 U.S.C. § 1342(c).

2. The Plan termination date is July 17, 2009, under 29 U.S.C. § 1348.

3. PBGC is appointed trustee of the Plan under 29 U.S.C. § 1342(c).

4. The Retirement Plan Committee of Nortel Networks Retirement Income Plan and any other person having possession or control of any records, assets or other property of the Plan shall convey and deliver to PBGC any such records, assets or property in a timely manner. PBGC reserves all its rights to pursue such records, assets, and other property by additional means, including but not limited to issuance of administrative subpoenas under 29 U.S.C. § 1303.

5. PBGC will have, with respect to the Plan, all of the rights and powers of a trustee specified in ERISA or otherwise granted by law.

The persons signing this Agreement are authorized to do so. The Agreement will take effect on the date the last person signs below.

**The Retirement Plan Committee of Nortel Networks Retirement Income Plan, Plan Administrator**

Dated: _____    By: _____
                            Retirement Plan Committee of Nortel Networks Retirement
                            Income Plan

**Pension Benefit Guaranty Corporation**

Dated: _____    By: _____
                            Auditor