## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Authorization To Take Actions In Furtherance Of An Agreement With The Pension Benefit Guaranty Corporation** was caused to be made on August 13, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: August 13, 2009

_____
Chad A. Fights (No. 5006)

3069376.1