# SCHEDULE A
## SIXTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 6/03/09 | RET | .20 | E-mail to Joe Dearing regarding the hearing on the stay motion in Canada |
| 6/03/09 | RET | .20 | Correspondence with Ken Hashimoto regarding settlement status |
| 6/04/09 | CLW3 | 1.20 | Analyze recent decision granting judgment in favor of the defendants on all ERISA claims |
| 6/04/09 | CLW3 | 2.10 | Begin drafting summary of recent decision granting judgment in favor of defendants on all ERISA claims |
| 6/04/09 | CLW3 | 1.60 | Revise and finalize analysis of recent decision granting judgment in favor of defendants on all ERISA claims |
| 6/16/09 | RET | .40 | Receive and analyze recent decision granting judgment in favor of the defendants on all ERISA claims |
| 6/18/09 | RET | .90 | Receive and analyze different recent decision granting judgment in favor of the defendants on all ERISA claims |
| 6/30/09 | RET | .30 | Receive and analyze article discussing Nortel bankruptcy issues |

**SUB TOTAL    2,837.50**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 6/12/09 | RET | .30 | Correspondence with Peter Bisio and Joe Dearing settlement issues |
| 6/15/09 | RET | .40 | Teleconference with plaintiffs' counsel regarding adjournment of the hearing in Canada on the extension of the stay and possible mediation |
| 6/15/09 | RET | .30 | Correspondence with Nick DeRoma regarding status of settlement negotiations |
| 6/15/09 | RET | .30 | Correspondence with Judge Weinstein regarding status of settlement negotiations |
| 6/17/09 | JMS7 | .90 | Plan settlement strategy regarding how to negotiate in view of issues between Nortel and Chubb |

| | | | |
|---|---|---|---|
| 6/18/09 | JMS7 | .20 | Correspondence with Lexecon regarding dollar amount of outstanding bills for settlement preparation |
| 6/18/09 | JMS7 | .10 | Correspondence with Dave Deppe regarding dollar amount of outstanding bills for settlement preparation |
| 6/21/09 | RET | .10 | Correspondence from Peter Bisio regarding second mediation |
| 6/21/09 | JMS7 | .20 | E-mail from Dave Deppe regarding outstanding bills for settlement preparation |
| 6/22/09 | RET | .40 | Prepare for and call with Nick DeRoma regarding status settlement negotiations |
| 6/23/09 | RET | .40 | Telephone call from Judge Weinstein regarding status conference and possible second mediation |
| 6/24/09 | RET | .40 | Teleconference with Joe Dearing regarding calls with Judge Weinstein and second round of mediation |
| 6/24/09 | RET | .50 | Teleconference with Joe Dearing regarding possible second mediation, call from Judge Weinstein, and settlement strategy |

**SUB TOTAL    2,145.00**

DATE ATTY HRS  DESCRIPTION OF SERVICES RENDERED

<u>L210 Pleadings</u>

| | | | |
|---|---|---|---|
| 6/04/09 | JMS7 | .50 | Correspondence with plaintiffs' counsel regarding hard drive document production protocol |
| 6/05/09 | RET | .30 | Correspondence with Alan Merskey regarding plaintiffs' brief in response to our motion to stay filed with the Canadian court |
| 6/05/09 | RET | .80 | Receive and analyze responding record of the ERISA plaintiffs on the Canadian stay motion |
| 6/05/09 | JMS7 | .60 | E-mail Joe Dearing regarding plaintiffs' motion in Canada to lift stay and associated documents |
| 6/05/09 | JMS7 | 4.10 | Review plaintiffs' motion in Canada to lift stay and associated documents and plan response |
| 6/08/09 | RET | .40 | Receive and analyze comments regarding ERISA plaintiffs Canadian stay motion and email to Alan Merskey regarding same |
| 6/08/09 | JMS7 | .10 | E-mail from Alan Merskey regarding plaintiffs' motion in Canada to lift stay |
| 6/08/09 | JMS7 | .30 | Correspondence with Alan Merskey regarding response memorandum regarding plaintiffs' motion in Canada to lift stay documents |
| 6/08/09 | JMS7 | .10 | Second e-mail from Alan Merskey regarding response memorandum regarding plaintiffs' motion in Canada to lift stay |
| 6/08/09 | JMS7 | 4.20 | Draft response memorandum regarding plaintiffs' motion in Canada to lift stay while reviewing assorted background documents |

| | | | |
|---|---|---|---|
| 6/09/09 | JMS7 | 2.30 | Draft and edit affidavit in support of opposition to plaintiffs' motion in Canada to lift stay while reviewing assorted background documents |
| 6/09/09 | DSH | 2.80 | Research bankruptcy stay issues for response to plaintiffs motion to lift stay in Canadian court |
| 6/19/09 | RET | .30 | E-mail from Nick Deroma regarding Canadian stay motion |
| 6/19/09 | RET | .20 | E-mail from and to Nick DeRoma regarding hearing in Canada about motion for extension of stay |
| 6/25/09 | RET | .40 | Receive and analyze proposed supplemental affidavit from plaintiffs' counsel in connection with the Canadian stay hearing and e-mail from and to Alan Merskey regarding same |

**SUB TOTAL    6,805.00**

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

<u>L250 Other Written Motions & Submissions</u>

| | | | |
|---|---|---|---|
| 6/04/09 | CLW3 | .30 | Prepare time entries for submission to bankruptcy court |
| 6/09/09 | RET | 2.50 | Work with Alan Merskey in connection with stay motion papers in Canada, including revisions and strategy |
| 6/16/09 | RET | .30 | Correspondence with Alan Merskey regarding my call with plaintiffs' counsel about adjourning the hearing on the Canadian motion to extend the stay to the officers and directors |
| 6/16/09 | RET | .30 | E-mail from and to Alan Merskey post-liminary thoughts on hearing on the Canadian motion |

**SUB TOTAL    1,662.50**

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

<u>L260 Class Action Certification & Notice</u>

| | | | |
|---|---|---|---|
| 6/18/09 | RET | .40 | Receive and analyze new case denying class certification on an ERISA 401k claim and correspondence with Joe Dearing regarding same |

**SUB TOTAL    200.00**

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

<u>L320 Document Production</u>

| | | | |
|---|---|---|---|
| 5/22/09 | JMS7 | .50 | Consider how files should continued to be stored pending stay |
| 5/22/09 | JMS7 | .40 | Correspondence with Dave Deppe regarding continued file preservation |
| 6/02/09 | DSH | 1.40 | Continue review potentially privileged documents |

| | | | |
|---|---|---|---|
| 6/10/09 | DSH | 1.80 | Continue review potentially privileged documents |
| 6/11/09 | DSH | 2.30 | Continue review potentially privileged documents |
| 6/11/09 | DSH | 1.60 | Continue review potentially privileged documents |
| 6/18/09 | JMS7 | .10 | Communication with Donna Hebert regarding her review potentially privileged documents |
| | | **SUB TOTAL** | **1,490.00** |

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

<u>L350 Discovery Motions</u>

| | | | |
|---|---|---|---|
| 6/09/09 | JMS7 | .30 | Correspondence with defense team including client, Joe Dearing, regarding affidavit edits motion to stay in Canada |
| 6/09/09 | JMS7 | .50 | Correspondence with Unitedlex (Dave Deppe) regarding document motion to stay in Canada |
| 6/09/09 | JMS7 | .20 | Correspondence with Alan Merseky regarding motion to stay in Canada |
| 6/09/09 | JMS7 | .20 | Correspondence with Alan Merskey regarding affidavit edits for motion to stay in Canada |
| 6/12/09 | JMS7 | .60 | Plan settlement strategy in view of Chubb and Nortel coverage issues |
| | | **SUB TOTAL** | **765.00** |

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

<u>L390 Other Discovery</u>

| | | | |
|---|---|---|---|
| 6/01/09 | DSH | 2.10 | Update privilege log |
| 6/02/09 | DSH | .70 | Update privilege log |
| | | **SUB TOTAL** | **420.00** |

**TOTAL HOURS: 45.30**

**FEE GRAND TOTAL:**   $16,325.00

**NORTEL'S 50% TOTAL:**   $8,162.50

---

4

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY HRS     DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 5/05/09 | RET | .20 | Telephone call from and to Joe Dearing regarding settlement |
| 5/05/09 | RET | .30 | Correspondence with Nora Salvatore, Jonathan Radick, and Donna Hebert regarding conflicts check |
| 5/06/09 | RET | .20 | Voicemail from and email to Peter Bisio regarding settlement |
| 5/06/09 | RET | .10 | Telephone call from Peter Bisio regarding settlement |
| 5/06/09 | RET | .10 | E-mail to Joe Dearing regarding my telephone call from Peter Bisio regarding settlement |
| 5/18/09 | RET | .50 | Receive and analyze letter from Chubb regarding settlement and correspondence with Joe Dearing regarding same |
| 5/20/09 | RET | .40 | Teleconference from Joe Dearing regarding settlement |
| 5/20/09 | RET | .40 | Work on third interim fee application |
| 6/01/09 | RET | .30 | Correspondence with Jason Stein regarding continued document preservation |
| 6/09/09 | RET | 7.00 | Travel to Boston for meeting with Joe Dearing, Alan Merskey, and Tom Donnelly for preparation for settlement discussions |
| 6/09/09 | RET | 3.50 | Meeting with Joe Dearing, Alan Merskey, and Tom for preparation for settlement discussions and to work on brief in support of motion to extend Canadian stay |
| 6/09/09 | RET | .80 | Prepare for meeting with Joe Dearing, Alan Merskey, and Tom Donnelly regarding settlement discussions |
| 6/11/09 | RET | .40 | Receive and analyze first quarterly fee application |
| 6/12/09 | RET | .40 | Telephone call from Joe Dearing regarding results of hearing in Canada on the stay motion and settlement discussions |

    **SUB TOTAL    6,200.00**

DATE ATTY HRS     DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 6/02/09 | RET | .40 | Correspondence with Joe Dearing and Alan Merskey regarding settlement discussions |

| | | |
|---|---|---|
| 6/02/09 RET | .30 | Voice mail from and e-mail from and to Peter Bisio regarding settlement discussions |
| 6/02/09 RET | .30 | E-mails from and to Joe Dearing, Alan Merskey, and Tom Donnelly regarding settlement discussions |
| 6/03/09 RET | .20 | E-mail from and to Peter Bisio regarding upcoming meeting between Chubb and Nortel regarding settlement discussions |
| 6/04/09 RET | .30 | Voice mail from and teleconference with Peter Bisio regarding upcoming meeting between Chubb and Nortel regarding the settlement discussions |
| 6/10/09 RET | 10.00 | Meeting with Joe Dearing, Alan Merskey, Tom Donnelly and representatives of Chubb and their lawyers regarding settlement; meeting with Joe Dearing, Alan Merskey, Tom Donnelly to complete my declaration in support of our motion in Canada to stay; travel to airport and find out after an 2 hours flight was canceled |
| 6/10/09 RET | .60 | Correspondence with Judge Weinstein, Joe Dearing, and Alan Merskey regarding hearing on motion stay |
| 6/11/09 RET | 6.80 | Return travel to New Orleans from meeting with Chubb regarding settlement discussions |
| 6/11/09 RET | .30 | E-mail from and to Judge Weinstein about trying to set up mediation |
| 6/11/09 RET | .60 | Lengthy email to Jason Stein regarding results of meeting with Chubb regarding settlement issues |
| 6/15/09 RET | .30 | E-mail from and to Joe Dearing, Alan Merksey and Tom Donnelly regarding Chubb's settlement position |
| 6/16/09 RET | .80 | Receive and analyze the Nortel and Chubb coverage issues and analyze the impact on settlement negotiations in the ERISA litigation |
| 6/17/09 RET | .40 | Prepare for call with Joe Dearing and Peter Bisio regarding possible second round of mediation |
| 6/17/09 RET | .50 | Call with Joe Dearing and Peter Bisio regarding possible second round of mediation |
| 6/24/09 RET | 1.10 | Begin analysis of what is left on the insurance policy for settlement discussions |
| 6/24/09 JMS7 | .20 | Correspondence with Dave Deppe regarding vendor bills for settlement analysis |
| 6/24/09 JMS7 | .80 | Analyze vendor bills for settlement analyses and draft chart of same |

**SUB TOTAL    11,875.00**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

L190 Other Case Assessment, Devel. & Adm

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 6/02/09 | DSH | .60 | Analyze invoice amounts and update spreadsheet for use in drafting quarterly interim fee application |
| 6/04/09 | JMS7 | .60 | Revise application for fee approval and internal correspondence regarding the same |
| 6/10/09 | DSH | .10 | Draft e-mail to Dana Duckworth requesting a contact in their accounting department regarding interim fee application questions for use in drafting quarterly fee application |
| 6/10/09 | DSH | .30 | Update spreadsheet of amounts due for settlement analysis |

**SUB TOTAL    405.00**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

L210 Pleadings

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 6/01/09 | RET | .80 | Edit third interim fee application |
| 6/01/09 | RET | .20 | E-mail from and to Joe Dearing regarding second amended complaint |
| 6/01/09 | DSH | .20 | Review e-mail from Nora Salvatore regarding Nortel fee application and quarterly hearing information and procedures |
| 6/01/09 | DSH | .30 | Draft e-mail to Annie Cordo regarding Jackson Lewis' third interim application with exhibits A and B for the time period March 1, 2009 to March 31, 2009 and attaching same |
| 6/01/09 | DSH | .30 | Draft letter to Annie Cordo regarding the originals of third interim fee application and exhibits A and B |
| 6/01/09 | DSH | .90 | Finalize Exhibit A of third interim application of Jackson Lewis for the time period March 1, 2009 to March 31, 2009 |
| 6/01/09 | DSH | 1.30 | Revise third interim application of Jackson Lewis for the time period March 1 to March 31, 2009 and put in final form to be forwarded to Annie Cordo |
| 6/01/09 | DSH | .30 | Revise and edit Exhibit B of our third interim fee application and accompanying back up materials and put in final form to forward to Annie Cordo for filing |
| 6/01/09 | DSH | .30 | Draft letter to Gordon Davis of Nortel Network in connection with Jackson Lewis' third interim fee application |
| 6/01/09 | DSH | .20 | Review e-mail from Nora Salvatore regarding cover letter and invoice template that must be provided to Gordon Davis of Nortel when each interim fee application is filed with the bankruptcy court |

7

| Date | Initials | Hours | Description |
|---|---|---|---|
| 6/01/09 | DSH | .40 | Begin drafting form invoice to Gordon Davis of Nortel Network in connection with Jackson Lewis' third interim fee application |
| 6/02/09 | DSH | .20 | Receive e-mail from and draft e-mail to Annie Cordo regarding Jackson Lewis' third interim fee report and sample quarterly report |
| 6/02/09 | DSH | .30 | Finalize form invoice to Gordon Davis of Nortel Network in connection with Jackson Lewis' third interim fee application |
| 6/03/09 | RET | .50 | Work on fourth interim fee application and quarterly application |
| 6/03/09 | DSH | .60 | Begin reviewing e-mail and form samples from Annie Cordo regarding drafting first quarterly fee application and first quarterly order granting payment of remaining 20% of fees due |
| 6/03/09 | DSH | 2.70 | Begin drafting first quarterly fee application and first quarterly order granting payment of remaining 20% of fees due |
| 6/03/09 | DSH | 2.30 | Begin drafting fourth interim fee application for fees and expenses from April 1, 2009 to April 30, 2009 |
| 6/03/09 | DSH | 1.70 | Begin drafting Exhibit A of fourth interim fee application for fees from April 1, 2009 to April 30, 2009 |
| 6/04/09 | DSH | 2.60 | Begin reviewing April Nortel/Chubb time entries for use in Exhibit A of our fourth interim fee for fees from April 1, 2009 to April 30, 2009 |
| 6/04/09 | DSH | 2.20 | Begin reviewing April Nortel non-insurance time entries for use in Exhibit A of our fourth interim fee for fees from April 1, 2009 to April 30, 2009 |
| 6/04/09 | DSH | 1.30 | Begin drafting Exhibit B of fourth interim fee application for fees from April 1, 2009 to April 30, 2009 |
| 6/04/09 | DSH | .60 | Continue drafting of Jackson Lewis' fourth interim fee application for fees from April 1, 2009 to April 30, 2009 |
| 6/05/09 | DSH | 1.90 | Continue drafting first quarterly fee application and first quarterly order granting payment of remaining 20% of fees due |
| 6/05/09 | DSH | .30 | Draft e-mail to Annie Cordo regarding Jackson Lewis' fourth interim application with exhibits A and B for the time period April 1, 2009 to April 30, 2009 and attaching the same |
| 6/05/09 | DSH | .30 | Draft letter to Annie Cordo regarding originals of fourth interim fee application and exhibits A and B |
| 6/05/09 | DSH | .40 | Finalize drafting Exhibit B of fourth interim fee application for fees from April 1, 2009 to April 30, 2009 |
| 6/05/09 | DSH | .20 | Finalize drafting of form invoice to Gordon Davis of Nortel Network in connection with Jackson Lewis' fourth interim fee application |
| 6/05/09 | DSH | 1.40 | Edit and finalize Exhibit A of fourth interim fee application for fees from April 1, 2009 to April 30, 2009 |
| 6/05/09 | DSH | 1.10 | Finalize Jackson Lewis' fourth interim fee application for fees from April 1, 2009 to April 30, 2009 |
| 6/05/09 | DSH | .30 | Draft letter to Gordon Davis of Nortel Network in connection with Jackson Lewis' fourth interim fee application |

| | | | |
|---|---|---|---|
| 6/05/09 | DSH | .50 | Begin drafting form invoice to Gordon Davis of Nortel Network in connection with Jackson Lewis' fourth interim fee application |
| 6/08/09 | DSH | .40 | Review bankruptcy docket for docket entry information needed for first quarterly fee application |
| 6/08/09 | DSH | 4.10 | Continue drafting first quarterly fee application and first quarterly order granting payment of remaining 20% of fees due |
| 6/09/09 | DSH | 1.40 | Continue drafting first quarterly fee application and first quarterly order granting payment of remaining 20% of fees due |
| 6/10/09 | DSH | .20 | Receive e-mail from and draft e-mail to Annie Cordo regarding her review of our first quarterly fee application for review and notification of it being filed today with the US Bankruptcy Court for the District of Delaware |
| 6/10/09 | DSH | 1.80 | Finalize first quarterly fee application and first quarterly order granting payment of remaining 20% of fees due |
| 6/10/09 | DSH | .20 | Draft e-mail to Annie Cordo regarding our first quarterly fee application for review and filing with the US Bankruptcy Court for the District of Delaware |
| 6/11/09 | DSH | .20 | Correspondence with Nora Salvatore regarding letter and special invoice usually sent to Gordon Davies with each interim fee application, needs to be sent with our first quarterly fee application |
| 6/11/09 | DSH | .20 | Draft letter to Annie Cordo in connection with the originals of first quarterly fee application |
| 6/11/09 | DSH | .20 | Draft calendar entry for July 17, 2009 court hearing for quarterly fee applications, including directions and call in instructions |
| 6/11/09 | DSH | .10 | Receive e-mail from Annie Cordo regarding her review of our first quarterly fee application and change in the court hearing date |
| 6/11/09 | DSH | .20 | Update first quarterly fee application and first quarterly order granting payment of remaining 20% of fees due with new hearing date |
| 6/25/09 | DSH | 1.40 | Begin drafting fifth interim fee application of Jackson Lewis for the time period May 1 to May 31, 2009 |

**SUB TOTAL     6,075.00**


DATE ATTY HRS     DESCRIPTION OF SERVICES RENDERED

<u>L250 Other Written Motions & Submissions</u>

| | | | |
|---|---|---|---|
| 6/01/09 | RET | .30 | E-mail from and to Nora Salvatore regarding Interim Compensation Order entered by the Court |
| 6/09/09 | RET | .40 | Teleconference with Joe Dearing and e-mail from and to Alan Merskey regarding Canadian stay motion |
| 6/11/09 | RET | .20 | E-mail from Nora Salvatore regarding first quarterly fee applications |

| | | | |
|---|---|---|---|
| 6/11/09 | RET | .40 | Correspondence with Alan Merskey regarding the hearing on the Canadian stay motion |
| 6/12/09 | RET | .40 | Additional correspondence with Alan Merskey regarding hearing on the Canadian stay motion |
| 6/12/09 | RET | .80 | Receive and analyze 24 page opposition from plaintiffs to the Canadian stay motion and e-mail from and to Alan Merskey regarding impact of same |

**SUB TOTAL    1,250.00**

DATE ATTY  HRS     DESCRIPTION OF SERVICES RENDERED

<u>L320 Document Production</u>

| | | | |
|---|---|---|---|
| 6/15/09 | RET | .30 | Correspondence with Donna Hebert and Jason Stein regarding review of privileged documents |
| 6/25/09 | RET | 1.90 | Review new cases interpreting the contours on new federal evidence rule 502 regarding privileged documents |

**SUB TOTAL    1,100.00**

**TOTAL HOURS: 79.60**

**FEE GRAND TOTAL:    $26,905.00**