## SCHEDULE B

**EXPENSE SUMMARY**

**NORTEL NETWORKS**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2009 Through June 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Travel (Airfare) | | 344.80 |
| Travel (Meals) | | 44.62 |
| Travel (cabfare) | | 25.00 |
| Travel (hotel) | | 833.50 |
| Travel (airport parking) | | 60.00 |
| Refunds (see explanation) | | -40.00 |
| Telephone | | 7.95 |
| Postage | | .66 |
| **Grand Total Expenses** | | **$1,276.53** |

**TOTAL EXPENSES DUE: $1,276.53**

# Expenses Back-Up

## NORTEL NETWORKS

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 5/29/09 | Airfare for Rene Thorne to attend mediation on 6/5/09 in Boston, MA | 344.80 |
| 6/09/09 | Meal for Rene Thorne while attending mediation in Boston, MA | 7.33 |
| 6/09/09 | Cabfare for Rene Thorne while attending mediation in Boston, MA | 25.00 |
| 6/09/09 | Meal for Rene Thorne while attending mediation in Boston, MA | 3.41 |
| 6/11/09 | Hotel for Rene Thorne while attending mediation in Boston, MA | 447.54 |
| 6/11/09 | Parking at hotel for Rene Thorne while attending mediation in Boston, MA | 80.00 |
| 6/11/09 | Meal for Rene Thorne while attending mediation in Boston, MA | 33.88 |
| 6/11/09 | Airport parking for Rene Thorne while attending mediation in Boston, MA | 60.00 |
| 6/12/09 | Hotel for Rene Thorne in Boston, MA due to flight cancellation | 305.96 |
| 6/24/09 | Refund from Boston, MA hotel due to incorrect charge | -40.00 |
| 6/30/09 | Telephone | 7.95 |
| 6/30/09 | Postage | .66 |

**GRAND TOTAL DISBURSEMENTS**          **$1,276.53**