## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Sixth Supplement To List Of Ordinary Course Professionals** was caused to be made on August 14, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: August 14, 2009

_____
Chad A. Fights (No. 5006)

3069376.2