# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT,TITLEIST & FOOTJOY, PO BOX 965, FAIRHAVEN, MA 02719 |
| AKIN GUMP | ATTN: FRED S. HODARA ESQ.,RYAN C. JACOBS ESQ.,ONE BRYANT PARK, NEW YORK, NY 10036 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ.,1221 AVENUE OF THE AMERICAS, 20TH FLOOR, NEW YORK, NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL,358 HALL AVENUE, WALLINGFORD, CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO,420 SOUTH ORANGE AVENUE, 6TH FL, ORLANDO, FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ.,300 DELAWARE AVE, STE 1370, WILMINGTON, DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ.,300 DELAWARE AVE, STE 1370, WILMINGTON, DE 19801 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ.,171 17TH ST NW, STE 2100, ATLANTA, GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ,AMANDA M WINFREE ESQ,500 DELAWARE AVE, 8TH FL, WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ.,500 DELAWARE AVE, WILMINGTON, DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: GREGORY A TAYLOR ESQ,BENJAMIN W KEENAN ESQ,500 DELAWARE AVE, 8TH FL, WILMINGTON, DE 19801 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ.,P.O. BOX 20207, NASHVILLE, TN 37202 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ.,919 MARKET ST, 12TH FL, WILMINGTON, DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ.,51ST FL MELLON BANK CTR, 1735 MARKET ST, PHILADELPHIA, PA 19103 |
| BARRY SATLOW,DAVID G. WALDER | 1951 VISTA DR, BOULDER, CO 80304 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ.,155 FEDERAL ST, 9TH FL, BOSTON, MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ,222 DELAWARE AVE, STE 900, WILMINGTON, DE 19801 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA,201 MONROE STREET, SUITE 300, MONTGOMERY, AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ.,PATRICK M. COSTELLO ESQ.,2600 EL CAMINO REAL, STE 300, PALO ALTO, CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS,800 N. KING STREET, FIRST FLOOR, WILMINGTON, DE 19801 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER,2400 CHASE SQUARE, ROCHESTER, NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER,1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2714 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY,225 ASYLUM STREET, SUITE 2600, HARTFORD, CT 06103 |
| BRIER IRISH HUBBARD & ERHARD PLC | ATTN: ROBERT N. BRIER,2400 E. ARIZONA BILTMORE CIRCLE,SUITE 1300, PHOENIX, AZ 85016-2115 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ.,6 NORTH BROAD ST, STE 1000, WOODBURY, NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR,111 CONGRESS AVENUE, SUITE 1400, AUSTIN, TX 78701 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ.,1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ.,161 N CLARK ST, STE 4300, CHICAGO, IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ.,211 N BROADWAY, STE 3600, ST. LOUIS, MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ.,333 MARKET ST, 25TH FL, SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ.,1000 WEST STREET, SUITE 1410, WILMINGTON, DE 19801 |
| BUUS KIM KUO & TRAN LLP | ATTN: HUBERT H. KUO ESQ.,4675 MACARTHUR CT, STE 590, NEWPORT BEACH, CA 92660 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ.,800 N KING ST, STE 300, WILMINGTON, DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ.,30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR,500 DELAWARE AVE, SUITE 1410, |

| Claim Name | Address Information |
|---|---|
| COLE SCHOTZ MEISEL FORMAN & LEONARD | WILMINGTON, DE 19801 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ.,THE NEMOURS BUILDING, 1007 N ORANGE ST, WILMINGTON, DE 19801 |
| COSNER COSNER & YOUNGELSON | ATTN: MARC D. YOUNGELSON,197 HIGHWAY 18, SUITE 308, EAST BRUNSWICK, NJ 08816 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ.,101 PARK AVENUE, NEW YORK, NY 10178-0061 |
| DAVIS WRIGHT TREMAINE LLP | ATTN: JAMES C. WAGGONER ESQ.,1300 SW 5TH AVE, STE 2300, PORTLAND, OR 97201-5630 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ.,6225 SMITH AVENUE, BALTIMORE, MD 21209 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON,1717 MAIN ST, STE 2400, DALLAS, TX 75201 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN,151 O'CONNOR STREET, OTTOWA, ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE,305 INTERLOCKEN PKWY, BROOMFIELD, CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ.,321 NORTH CLARK ST, STE 2800, CHICAGO, IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ.,1111 3RD AVE, STE 3400, SEATTLE, WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ.,700 UNIVERSE BLVD, JUNO BEACH, FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS,P.O. BOX 7040, DOVER, DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ,ALEX L. MACFARLANE,1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST, TORONTO, ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ.,311 SOUTH WACKER DR, STE 3000, CHICAGO, IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ.,666 5TH AVE, NEW YORK, NY 10103-3198 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ.,ONE GATEWAY CENTER, NEWARK, NJ 07102-5310 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ.,222 N LASALLE ST, STE 800, CHICAGO, IL 60601 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ.,200 PUBLIC SQUARE, STE 2800, CLEVELAND, OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE,EXCHANGE HOUSE, PRIMROSE STREEET, LONDON,   EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON,820 O'KEEFE AVENUE, NEW ORELANS, LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ.,28 STATE ST, BOSTON, MA 02109 |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ.,P.O. BOX 1288, TAMPA, FL 33601-1288 |
| HP  COMPANY | ATTN: RAMONA NEAL ESQ.,11307 CHINDEN BLVD, MS 314, BOISE, ID 83714 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN,1445 ROSS AVE, ROUNTAIN PLACE STE 3700, DALLAS, TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL,1503 LBJ FREEWAY, 3RD FL, DALLAS, TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399,TWO LINCOLN CENTRE, OAKBROOK TERRACE, IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION,PO BOX 21126, PHILADELPHIA, PA 19114-0326 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800, HOUSTON, TX 77010 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ.,1420 PEACHTREE ST NE, STE 800, ATLANTA, GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ.,575 MADISON AVE, NEW YORK, NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: THOMAS J. LEANSE ESQ.,DUSTIN P. BRANCH ESQ.,2029 CENTURY PARK EAST, STE 2600, LOS ANGELES, CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ.,101 PARK AVENUE, NEW YORK, NY 10178 |
| KHANG & KHANG LLP | ATTN: JOON M. KHANG ESQ.,1901 AVENUE OF THE STARS, 2ND FL, LOS ANGELES, CA 90067 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ.,1999 AVENUE OF THE STARS, 39TH FL, LOS ANGELES, |

| Claim Name | Address Information |
|---|---|
| KLEE TUCHIN BOGDANOFF & STERN LLP | CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ.,919 MARKET ST, STE 1000, WILMINGTON, DE 19801 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110, LOS ANGELES, CA 90054-0110 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ.,885 THIRD AVENUE, STE 1000, NEW YORK, NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ.,885 THIRD AVENUE, STE 1000, NEW YORK, NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ.,885 THIRD AVENUE, STE 1000, NEW YORK, NY 10022-4068 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ.,370 17TH ST, STE 4650, DENVER, CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR.,100 SOUTH BROAD STREET, SUITE 1530, PHILADELPHIA, PA 19110 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ.,40 NORTH CENTRAL AVE, STE 1900, PHOENIX, AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ.,2323 BRYAN STREET, STE 1600, DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ.,P.O. BOX 3064, HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ.,TRAVIS BLDG SUITE 300, 711 NAVARRO, SAN ANTONIO, TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ.,65 LIVINGSTON AVE, ROSELAND, NJ 07068 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT ESQ.,750 SHIPYARD DR, STE 102, WILMINGTON, DE 19801 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY,71 S. WACKER DRIVE, CHICAGO, IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ.,1750 TYSONS BLVD, STE 1800, MCLEAN, VA 22102-4215 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ.,44 MONTGOMERY STREET, STE 1010, SAN FRANCISCO, CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ.,ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ.,ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ.,ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ.,P.O. BOX 475, BANKRUPTCY DIVISION, JEFFERSON CITY, MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN,535 MADISON AVE., NEW YORK, NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ.,1201 N ORANGE ST, STE 400, WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ.,500 DELAWARE AVE, STE 1500, WILMINGTON, DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ.,500 DELAWARE AVE, STE 1500, WILMINGTON, DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG,THE CHRYSLER BUILDING,405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY.,201 W. COLFAX AVENUE, DEPT. 1207, DENVER, CO 80202-5332 |
| MUNSCH HARDT KOPF & HARR P.C. | ATTN: JOSEPH J. WIELEBINSKI ESQ.,3800 LINCOLN PLAZA, 500 N AKARD ST, DALLAS, TX 75201-6659 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ.,915 L ST, STE 1000, SACRAMENTO, CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: PATRICK TINKER ESQ.,844 KING STREET, SUITE 2207 LOCKBOX 35, WILMINGTON, DE 19801-3519 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM,200 BAY STREET SUITE 3800,ROYAL BANK PLAZA SOUTH TOWER, TORONTO, ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ,WESTON T. EGUCHI ESQ.,666 FIFTH AVENUE, NEW YORK, NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT,READING BANKRUPTCY & COMPLIANCE UNIT,625 CHERRY STREET, ROOM 203, READING, PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ.,21 S 12TH ST, 3RD FL, PHILADELPHIA, PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS,919 N. MARKET ST. 17TH FL., |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG | WILMINGTON, DE 19899-8705 |
| PATTERSON HARKAVY | ATTN: ANN GRONINGER ESQ.,521 EAST BOULEVARD, CHARLOTTE, NC 28203 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ.,STEPHEN D. SCHREIBER ESQ.,1200 K STREET NW, WASHINGTON, DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ,1313 MARKET ST, STE 5100, WILMINGTON, DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ.,1313 MARKET ST, STE 5100, WILMINGTON, DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ.,4025 WOODLAND PARK BLVD, STE 300, ARLINGTON, TX 76013 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ,222 DELAWARE AVENUE, STE 1101, WILMINGTON, DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ.,17 N 2ND ST, 12TH FL, HARRISBURG, PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF,301 S. COLLEGE STREET, SUITE 2300, CHARLOTTE, NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ.,36 SOUTH STATE STREET, SUITE 1400, SALT LAKE CITY, UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ.,1201 N MARKET ST, STE 1500, WILMINGTON, DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ,ONE RODNEY SQUARE, 920 N KING ST, WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ.,1001 4TH AVE, STE 4500, SEATTLE, WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ.,101 NORTH TRYON ST, STE 1900, CHARLOTTE, NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK,1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-8704 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS,500 E. PRATT STREET, 8TH FLOOR, BALTIMORE, MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ.,6600 SEARS TOWER, CHICAGO, IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS,233 BROADWAY, NEW YORK, NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH,BANKRUPTCY DIV_STE 400,3 WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040, DOVER, DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE, WASHINGTON, DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ,30 ROCKEFELLER PLAZA, 24TH FL, NEW YORK, NY 10112 |
| SIRLIN GALLOGLY & LESSER | ATTN: DANA S. PLON ESQ.,1529 WALNUT STREET, STE 600, PHILADELPHIA, PA 19102 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: N. LYNN HIESTAND,FOUR TIMES SQUARE, NEW YORK, NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GREGG M. GALARDI,SARAH E. PIERCE,ONE RODNEY SQUARE, PO BOX 636, WILMINGTON, DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN, | LLP, ATTN: AMOS U. PRIESTER IV ESQ.,ANNA B. OSTERHOUT ESQ.,P.O. BOX 2611, RALEIGH, NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ.,800 DELAWARE AVE., 7TH FL, WILMINGTON, DE 19801 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ.,3030 W GRAND BLVD. STE. 10-200,CADILLAC PLACE, DETROIT, MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ.,675 THIRD AVE, 31ST FL, NEW YORK, NY 10017 |
| STEVENS & LEE P.C. | ATTN: JOSEPH H HUSTON JR,MARIA APRILE SAWCZUK,1105 N MARKET ST, 7TH FL, WILMINGTON, DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ.,4 E 8TH ST, STE 400, WILMINGTON, DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER,78 ALEXANDER DRIVE, PO BOX 13445, TRIANGLE PARK, NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ.,ONE S. CHURCH ST, STE 400, WEST CHESTER, PA 19382 |

| Claim Name | Address Information |
|---|---|
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT,305 EXTON COMMONS, EXTON, PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA,1114 AVENUE OF THE AMERICAS, 19TH FLOOR, NEW YORK, NY 10036 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK,1 TOWER SQUARE, 5MN, HARTFORD, CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE,10475 PARK MEADOWS DR, STE 400, LITTLETON, CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ.,P.O. BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK,P.O. BOX 500, M/S E8-108, BLUE BELL, PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL,2000 L STREET NW, SUITE 200, WASHINGTON, DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE,1007 N. ORANGE STREET, WILMINGTON, DE 19801 |
| VAL MANDEL P.C. | ATTN: VAL MANDEL ESQ.,80 WALL ST, STE 1115, NEW YORK, NY 10005 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ.,1633 BROADWAY, 47TH FL, NEW YORK, NY 10019 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ.,411 E WISCONSIN AVE, STE 700, MILWAUKEE, WI 53202 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ.,300 DELAWARE AVE, 13TH FL, WILMINGTON, DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ.,787 7TH AVE, NEW YORK, NY 10019 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ.,3 GANNETT DR, WHITE PLAINS, NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ.,THE OFFICES AT CRYSTAL LAKE,ONE BOLAND DRIVE, WEST ORANGE, NJ 07052 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON,THE BRANDYWINE BLDG 17TH FL.,1000 WEST STREET, WILMINGTON, DE 19801 |

**Total Creditor Count 150**

NNI LEASE ORDR 8-11-09
LEWIS & ROCA
ATTN: SCOTT BROWN AND JEFFREY WUTZKE
40 NORTH CENTRAL AVENUE
PHOENIX, AZ  85004-4429