**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.,* | Case No. 09-10138-KG |
| Debtors. | Joint Administration |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that, in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, James E. Van Horn appears as counsel for **GE Fanuc Embedded Systems, Inc. ("GE Fanuc")** in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rules 2002, 3017, 4001, 9001 and 9010 of the Bankruptcy Rules and §§ 342 and 1109(b) of the Bankruptcy Code, GE Fanuc requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Cases, and all papers served or required to be served in any adversary proceeding, be given and served upon the following, and that an appropriate entry be made on the Clerk's Matrix in these Bankruptcy Cases:

> James E. Van Horn
> MCGUIREWOODS LLP
> 7 Saint Paul Street, Suite 1000
> Baltimore, MD 21202-1671
> Telephone: (410) 659-4468
> Facsimile: (410) 659-4488
> jvanhorn@mcguirewoods.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way any rights or interests of any creditor or party in interest in these cases, including GE Fanuc, with respect to, without limitation, (i) the Debtors, (ii) property of the estate or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtors may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by GE Fanuc.

**PLEASE TAKE FURTHER NOTICE** that GE Fanuc intends that neither this Request for Service of Documents nor any later appearance, pleading, claim or suit shall waive:  (a) the right of GE Fanuc to have final orders and non-core matters entered only after de novo review by a District Court Judge; (b) the right of GE Fanuc to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases; (c) the right of GE Fanuc to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which GE Fanuc is or may be entitled.

Dated:  August 17, 2009                    **MCGUIREWOODS LLP**

                                        By:    /s/ James E. Van Horn
                                              James E. Van Horn
                                              MCGUIREWOODS LLP
                                              7 Saint Paul Street, Suite 1000
                                              Baltimore, MD 21202-1671
                                              Telephone: (410) 659-4468
                                              Facsimile: (410) 659-4488
                                              jvanhorn@mcguirewoods.com