3

## **CERTIFICATE OF SERVICE**

I certify that a copy of this Request was sent by electronic notification using the Court's CM/ECF electronic notification system.

/s/  James E. Van Horn

/9768865.1                                                                 3