# AFFIDAVITS

**IN THE MATTER OF:** Nortel Networks

**STATE OF NEW YORK:**

ss:

**COUNTY OF NEW YORK:**

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper published and of general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the WORLDWIDE EDITIONS OF THE FINANCIAL TIMES on **the 7th Day of August, 2009**.



**VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 31-4944197
Qualified in New York County
Commission Expires ............

| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | |
|---|---|
| *In re*                               ) Chapter 11 | |
| Nortel Networks Inc., *et al.*,[1]    ) Case No. 09-10138 (KG) | |
| Debtors.                              ) Jointly Administered | |

### NOTICE OF PUBLIC AUCTION AND SALE HEARING

PLEASE TAKE NOTICE that on July 20, 2009, certain Nortel entities, including Nortel entities subject to creditor protection proceedings in the United States and Canada (the "North American Sellers"), entered into an agreement to convey certain assets of, and equity interests in, Nortel's Enterprise Solutions Business to Avaya Inc. (the "Purchaser") (the "Agreement"), while other Nortel entities, including Nortel entities subject to creditor protection proceedings in the United Kingdom (the "EMEA Sellers," and together with the North American Sellers, the "Sellers"), entered into an agreement to convey certain assets in Nortel's Enterprise Solutions Business to the Purchaser (the "EMEA Agreement," and together with the Agreement, the "Purchase Agreements"), as more fully set forth in that motion for approval of the Agreement and other related relief, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on July 20, 2009 [D.I. 1131] (the "Sale Motion"). The Sellers seek to sell substantially all of Nortel's Enterprise Solutions Business to the Purchaser or such other successful bidder(s) at an auction (the "Successful Bidder"), and the Debtors that are Sellers seek to sell their interests covered by the Agreement free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of the Bankruptcy Code, except as set forth in the Agreement. Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that the terms and conditions of the proposed sale of the Debtors' Assets to the Purchaser are set forth in the Agreement attached to the Sale Motion. The Agreement, along with the EMEA Agreement, represent the results of extensive marketing efforts conducted by the Sellers to obtain the highest and best offer for the Enterprise Solutions Business.

PLEASE TAKE FURTHER NOTICE that on August 4, 2009, the Bankruptcy Court entered an order [D.I. 1278] (the "Bidding Procedures Order") approving the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the sale of the Enterprise Solutions Business under the Purchase Agreements. ***All interested bidders should carefully read the Bidding Procedures.***

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Bidding Procedures Order, an auction (the "Auction") to sell Nortel's Enterprise Solutions Business will be conducted at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 on **September 11, 2009 at 9:30 a.m. (ET)** (the "Auction Date"). Only the Sellers, the Purchaser, the Committee, the Bondholder Group, the Monitor and the Administrators (and the advisors to each of the foregoing), any creditor of the Debtors that has requested in writing permission to attend no later than **September 4, 2009**, and any other Qualified Bidder (and the advisors to such Qualified Bidder) that has timely submitted a Qualified Bid, shall attend the Auction in person, and only the Purchaser and such other Qualified Bidders will be entitled to make any subsequent bids at the Auction.

PLEASE TAKE FURTHER NOTICE that, a hearing (the "Sale Hearing") will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, on **September 15, 2009 at 9:00 a.m. (ET)**, or at such other time as the Bankruptcy Court permits, to confirm the results of the Auction and approve the Sale of the Debtors' assets of, and equity interests in, Nortel's Enterprise Solutions Business to the Purchaser or Successful Bidder, in the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801. The Debtors may adjourn the Sale Hearing one or more times without further notice by making an announcement in open Court or by the filing of a hearing agenda pursuant to Local Rule 9029-3 announcing the adjournment.

PLEASE TAKE FURTHER NOTICE that, this notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures and Nortel encourages parties in interest to review such documents in their entirety. Copies of the Sale Motion, the Agreement, and the Bidding Procedures Order (including the Bidding Procedures approved by the Bankruptcy Court) may be examined by interested parties between the hours of 8:00 a.m. and 3:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' counsel: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE that, dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

---

THE HIGH COURT

2009 No. 345 COS

IN THE MATTER OF
FIRSTRAND (IRELAND) PUBLIC
LIMITED COMPANY
AND IN THE MATTER OF
THE COMPANIES ACTS 1963-2009
AND IN THE MATTER OF
A PROPOSED REDUCTION
OF CAPITAL
PURSUANT TO SECTION 72
OF THE COMPANIES ACT 1963

NOTICE is hereby given that, by Order of the High Court of Ireland made on 29th July 2009, the reduction of FirstRand (Ireland) Public Limited Company's share premium account by US $50,000,000 resolved on and effected by a Special Resolution passed on 24th June 2009, pursuant to s72(2) of the Companies Act 1963, was approved and a Court approved Minute, together with a copy of the aforementioned Order, was delivered to and registered with the Registrar of Companies on 31st July 2009.

Dated this 7th day of August 2009

DILLON EUSTACE
Solicitors for the Petitioner
33 Sir John Rogerson's Quay
Dublin
Ireland



Businesses for sale

FT BUSINESS
Classified Business Advertising
UK: +44 20 7873 4563
US: +1 212 641 6500
ASIA: +852 2905 5554