Gerard R. Kilroy (Cal. Bar No. 094023)
Joseph T. Gauthier (Cal. Bar No, 175399)
UNICOM Systems, Inc.
UNICOM PLAZA, Suite 310
15535 San Fernando Mission Boulevard
Mission Hills, CA 91345
(818) 838-0606
(818 838-0776 (Fax)
gkilroy@unicomsi.com
jgauthier@unicomsi.com

Attorneys for Macro 4, Inc,

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No.: 09 – 10138 (KG) |
| NORTEL NETWORKS INC., et al., | Chapter 11 |
| | Hon. Kevin Gross |
| Debtors | OBJECTION TO ASSUMPTION AND ASSIGNMENT OF SOFTWARE LICENSE AGREEMENT |

    Comes now Macro 4, Inc., through its parent corporate counsel, which has been identified in Debtors' Court filings. Macro 4, Inc. is an IT Vendor and hereby objects to the assumption and/or assignment of its software licenses for use, support and maintenance from Debtors to a prospective assignee in the absence of a mutually agreed-upon new license agreement and/or agreed-upon transfer payment as the underlying software licenses are not assignable or transferrable without our consent.

Dated: August _11_, 2009

Macro 4, Inc.

_/s/ Joseph T. Gauthier_

Joseph T. Gauthier
Senior Corporate Counsel, UNICOM Systems, Inc.,
Parent corporation of Macro 4, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15535 San Fernando Mission Boulevard, Suite 310, Mission Hills, California 91345.

On August 11, 2009, I served a copy of the foregoing document described as OBJECTION TO ASSUMPTION AND ASSIGNMENT OF SOFTWARE LICENSE AGREEMENT on the interested parties in this action by mailing a copy to the interested parties in this action by placing a true copy of it enclosed in sealed envelopes addressed to the parties listed below:

**SEE ATTACHED SERVICE LIST**

I am readily familiar with UNICOM Systems, Inc.'s practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Mission Hills, California in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2009, at Mission Hills, California.

_/s/ Richard T. Crunelle_

Richard T. Crunelle

OBJECTION TO ASSUMPTION AND ASSIGNMENT OF SOFTWARE LICENSE AGREEMENT - 2

# SERVICE LIST

James L. Bromley, Esq. and
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212-225-2000; Fax: 212-225-3999
Debtors' Counsel

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200; Fax: 302-658-3989
Debtors' Co-Counsel

Mark I. Bane, Esq. and
Anne H. Pak, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Fax: 646-728-1662
Purchaser's Counsel

Fred S. Hodara, Esq. and
Stephen Kuhn, Esq. and
Kenneth Davis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
212-872-1212; Fax: 212-872-1002
Counsel for the Official Committee of Unsecured Creditors

Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
302-651-7845; Fax: 302-651-7701
Counsel for the Official Committee of Unsecured Creditors

```
 1   Roland Hlawaty, Esq.
     Milbank, Tweed, Hadley & McCloy
 2   One Chase Manhattan Plaza
     New York, NY  10006
 3   Fax: 212-822-5735
 4
 5   Office of the United States Trustee
     J. Caleb Boggs Federal Building
 6   844 King Street, Room 2207
     Wilmington, DE  19801
 7   302-573-6491; Fax: 302-573-6497
     Attn: U.S. Trustee
 8
 9
10
...
28
```