

**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 11, 2009

Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street,
Wilmington, DE 19801

Re: In Re: Nortel Networks Inc., et al., Debtors // To: Nortel Networks (Northern Ireland) Ltd.

Case No. 09-10138 KG

Dear Sir/Madam:

We are herewith returning the Notice, Exhibit which we received regarding the above captioned matter.

Nortel Networks (Northern Ireland) Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,


Lisa Pierro
SOP Process Specialist

Log# 515269901

FedEx Tracking# 798111248970

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801