

CT
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 11, 2009

Ann C. Cordo
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street,
Wilmington, DE 19801

Re: In Re: Nortel Networks Inc., et al. Debtors // To: Nortel Networks Corporation

Case No. 09-10138  KG

Dear Sir/Madam:

We are herewith returning the Notice, Exhibit which we received regarding the above captioned matter.

Nortel Networks Corporation is not listed on our records or on the records of the State of DE.

Very truly yours,


Lisa Pierro
SOP Process Specialist

Log# 515269726

FedEx Tracking# 790676074813

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE  19801