

**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 11, 2009

Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street,
Wilmington, DE  19801

Re: In Re: Nortel Networks Inc., et al., Debtors // To: Nortel Networks

Case No. 09-10138

Dear Sir/Madam:

We are herewith returning the Notice, Exhibit which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: (user to type in appropriate entity name ). In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 515269946

FedEx Tracking# 798111248650

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE  19801