# SIGN-IN-SHEET

| CASE NAME: | NORTEL NETWORKS INC. | COURTROOM LOCATION: 3 |
| CASE NO.: | 09-10138 - KG | DATE: 8/18/09 |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Chris Samis | Richards, Layton + Finger, P.A. | Committee |
| Derek Abbott | Morris Nichols | Debtors |
| Anna Gallo | " | " |
| Ben Keenan | Ashby + Geddes | Prudential Ins co. of America |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross

Calendar Date: 08/18/2009
Calendar Time: 10:00 AM

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3009663 | Amelie Boaudot | (212) 610-7310 | Allen & Overy, LLP | Interested Party, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2998852 | Scott Brown | (602) 328-4539 | Lewis & Roca | Creditor, Prudential / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2970232 | Anneliese H. Pak | (212) 841-5744 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2819010 | Steven J. Reisman | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |