**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com



August 12, 2009

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: In Re: Nortel Networks Inc., et al., Debtors // To: Nortel Networks UK Limited

Case No. 09-10138  KC

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Nortel Networks UK Limited is not listed on our records or on the records of the State of DE.

Very truly yours,


Amy Carmenucci
Process Specialist

Log# 515271614

FedEx Tracking# 791503410969

cc: District of Delaware Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801