**CT**
a Wolters Kluwer business

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 12, 2009

FILED
2009 AUG 18 AM 11:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: In Re: Nortel Networks Inc., et al., Debtors // To: Nortel Optical Comp Inc.

Case No. 09-10138 KC

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Nortel Optical Comp Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Carmenucci
Process Specialist

Log# 515271642

FedEx Tracking# 799426216787

cc: District of Delaware Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801