**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 12, 2009

FILED 2009 AUG 18 AM 11:58
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: In Re: Nortel Networks Inc., et al., Debtors // To: Centennial Holdings VII, LLC

Case No. 09-10138

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Holdings VII, LLC. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,


Amy Carmenucci
Process Specialist

Log# 515271606

FedEx Tracking# 792158876862

cc: District of Delaware Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801