IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NORTEL NETWORKS, INC., *et al.,* | § | Case No. 09-10138 (KG) |
| | § | |
| Debtors. | § | Jointly Administered |

**MOTION OF GRAYBAR ELECTRIC COMPANY, INC. FOR ALLOWANCE
OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)**

Graybar Electric Company, Inc. ("Graybar"), by and through its undersigned attorney, hereby moves (the "Motion") for allowance of an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of **$5,815.37**. In support of the Motion, Graybar respectfully states as follows:

**Background**

1.     On January 14, 2009 (the "Petition Date"), the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.     The Debtor is operating its business and managing its affairs as debtor and pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.     Graybar is a supplier to the Debtor of electrical goods.

4.     Between December 29, 2009 and January 14, 2009, Graybar sold and delivered to the Debtor certain electrical goods with a collective value in the amount of **$5,815.37** (collectively, the "Goods"). *See* Invoices attached hereto as Exhibit A.

5.     The Goods were sold and delivered in the ordinary course of the Debtor's business.

1

6.     The Debtor received the Goods identified in Exhibit A within twenty (20) days before the Petition Date.  *See* Exhibit A.

## Jurisdiction and Venue

7.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

8.     The venue of the bankruptcy cases and this Motion are proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

9.     Graybar respectfully requests that this Court enter an order allowing GRAYBAR an administrative expense claim for the full value of the Goods delivered and received during the twenty (20) days prior to the Petition Date pursuant to section 503(b)(9) of the Bankruptcy Code.

## Basis for the Administrative Expense Claim

10.     Section 503(b) of the Bankruptcy Code provides:

> After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title, inc1uding-
>
> (9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtors' business.
> 11 U.S.C. § 503(b).

11.     Within twenty (20) days before the Petition Date, Graybar sold the Goods to the Debtor in the ordinary course of the Debtor's business. *See* Exhibit A. The value of the Goods sold by Graybar is no less than **$5,815.37**. *Id.* The Debtor received the Goods within twenty (20) days before the Petition Date. *Id*

12.    As of the Petition Date, the Debtor owes Graybar **$5,815.37** for the delivery of the Goods received by the Debtor within twenty (20) days prior to the Petition Date.  Accordingly, Graybar is entitled to an administrative expense claim in an amount no less than **$5,815.37** pursuant to section 503(b)(9) of the Bankruptcy Code.

13.    Graybar hereby expressly reserves its right to assert additional claims against the Debtors and their estates and to amend, modify and/or supplement this request.

WHEREFORE, Graybar respectfully requests that the Court enter an order allowing Graybar an administrative expense claim pursuant to section 503(b )(9) of the Bankruptcy Code in the amount of **$5,815.37**, and granting such other relief as the Court deems just and proper.

Dated:  August 19, 2009                                          STEVENS & LEE, P.C.

/s/ *John D. Demmy*_____
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone: (302) 425-3308
Fax:    (610) 371-8515
E-mail: jdd@stevenslee.com

-and-

LOOPER REED & McGRAW, P.C.
Ben L. Aderholt
TSB No. 00909000
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Tel: 713-986-7140
Fax: 713.986.7100
baderholt@lrmlaw.com

*Attorneys for Graybar Electric Company, Inc.*

SL1 928935v1/013938.00003