**GRAYBAR V. NORTEL**

Case No. 09-10164-KG (Chapter 15); *In re: Nortel Networks Corporation, Debtor,*
In the U.S. Bankruptcy Court, District of Delaware
(Bankruptcy filed 1-14-09)

### 20-Day Administrative Claim

| Invoice No. | Invoice Date | Shipped Date | Amount | Lien/Bond |
|---|---|---|---|---|
| 938841739 | 12/29/2008 | 12/29/2008 | $503.41 | |
| 938898950 | 1/2/2009 | 1/2/2009 | $532.12 | |
| 938895840 | 1/2/2009 | 1/2/2009 | $59.77 | |
| 938895841 | 1/2/2009 | 1/2/2009 | $132.12 | |
| 938898949 | 1/2/2009 | 1/2/2009 | $649.14 | |
| 938898951 | 1/2/2009 | 1/2/2009 | $335.96 | |
| 938898950 | 1/2/2009 | 1/2/2009 | $532.12 | |
| 938895840 | 1/2/2009 | 1/2/2009 | $59.77 | |
| 938895841 | 1/2/2009 | 1/2/2009 | $132.12 | |
| 938898949 | 1/2/2009 | 1/2/2009 | $649.14 | |
| 938898951 | 1/2/2009 | 1/2/2009 | $335.96 | |
| 938951198 | 1/6/2009 | 1/6/2009 | $278.40 | |
| 938955822 | 1/6/2009 | 1/6/2009 | $18.50 | |
| 939027092 | 1/9/2009 | 1/2/2009 | $50.16 | |
| 939046342 | 1/12/2009 | 1/5/2009 | $220.67 | |
| 939057310 | 1/12/2009 | 1/12/2009 | $39.32 | |
| 939046342 | 1/12/2009 | 1/5/2009 | $220.67 | |
| 939046343 | 1/12/2009 | 1/12/2009 | $215.05 | |
| 939060758 | 1/12/2009 | 1/12/2009 | $387.87 | |
| 939085088 | 1/13/2009 | 1/13/2009 | $115.83 | |
| 939112601 | 1/14/2009 | 1/14/2009 | $347.27 | |
| | | **TOTAL =** | **$5,815.37** | |

**GraybaR.**

12444 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2444

Remit to :

**INVOICE**

**Reprint**

Invoice Questions Please Call
716-565-5900

**Invoice No:** 938841739
Invoice Date:      12/29/2008
Account Number:  134413
Account Name:    NORTEL NETWORKS

Bill-To:
NORTEL NETWORKS
ACCOUNTS PAYABLE
300 CANAL VIEW BLVD.
ROCHESTER NY 14623
USA

Ship-To:
NORTEL-4320039150
TOM CLEMONS
NORTEL-4320039150
NORTEL-4320039150
300 CANAL VIEW BLVD
ROCHESTER NY 14623
USA

Page 1 of 1

Order Number: 4320039150-74 401647/AA43427/COWAND

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832452730 | 1Z6A3R960309198847 | UPS-GROUND | 12/29/2008 | ZONE-YOUNGSTOWN,OH | S/P - F/A | |

| Quantity | Catalog # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 1 | 256-001    GAI-TRONICS CORP | 503.41 / 1 | 503.41 |
| | WEATHER PROOF PHONE VALOX | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly service charge of the lesser of 1-1/2% or the maximum permitted by law may be added to all accounts not paid by net due date. Visa, MasterCard, American Express, and Discover credit cards are accepted at point of purchase only.

| | |
|---|---|
| Sub Total: | 503.41 |
| Freight & Handling: | 0.00 |
| Tax: | 0.00 |
| Total Due: | 503.41 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**

Remit to :

# GraybaR.

PO BOX 403049
ATLANTA GA 30384-3049

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

## INVOICE

## Reprint

Invoice Questions Please Call
703-631-8600

**Invoice No:** 938898950
Invoice Date:      01/02/2009
Account Number:  222639
Account Name:    NORTEL GOVERMENT

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1   of   1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493098 | 1Z34428X0307906268 | UPS-GROUND | 01/02/2009 | ZONE-AUSTELL,GA | PPD - Bill | |

| Quantity | Catalog   # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 3 | FLUKE-117   FLUKE ELECTRONICS CORP. | 164.42 /      1 | 493.26 |
| | ELECTRICIANS MULTIMETER | | |

| | | |
|---|---|---|
| Terms of Payment<br>Net 30 Days<br>As a condition of the sales agreement, a monthly<br>service charge of the lesser of 1-1/2% or the maximum<br>permitted by law may be added to all accounts not paid<br>by net due date. Visa, MasterCard, American Express,<br>and Discover credit cards are accepted at point of<br>purchase only. | Sub Total:<br>Freight:<br>Handling:<br>Tax:<br>**Total Due:** | 493.26<br>6.26<br>3.00<br>29.60<br>532.12 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION – Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS – Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS – Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES – Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY – Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES – Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY – Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods, or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER – The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS – No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.   REELS – When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.   CERTIFICATION – We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

## Return this copy with your payment.

Remit to :



# GraybaR.

PO BOX 403049
ATLANTA GA 30384-3049

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

**INVOICE**

**Reprint**

Invoice Questions Please Call
703-631-8600

Invoice No:      938895840
Invoice Date:    01/02/2009
Account Number:  222639
Account Name:    NORTEL GOVERMENT

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1   of   1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493118 | 1Z2104160358511037 | UPS-GROUND | 01/02/2009 | CHARLOTTE, NC | PPD - Bill | |

| Quantity | Catalog  # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 1 | 85078  KLEIN TOOLS INC | 48.01 / 1 | 48.01 |
| | SCREWDRIVER SET 8-PC. CUSHION-GRIP ASSO | | |

| Terms of Payment | |
|---|---|
| Net 30 Days<br>As a condition of the sales agreement, a monthly<br>service charge the lesser of 1-1/2% or the maximum<br>permitted by law may be added to all accounts not paid<br>by net due date. Visa, MasterCard, American Express,<br>and Discover credit cards are accepted at point of<br>purchase only. | Sub Total:    48.01<br>Freight:       5.87<br>Handling:      3.00<br>Tax:           2.89<br>Total Due:    59.77 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding upon Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**

# GraybaR.

**INVOICE**

**Reprint**

Remit to :

PO BOX 403049
ATLANTA GA 30384-3049

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Invoice Questions Please Call
703-631-8600

**Invoice No:** 938895841
Invoice Date:  01/02/2009
Account Number:  222639
Account Name:  NORTEL GOVERMENT

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1  of  1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493495 | 1Z2911690361032350 | UPS-GROUND | 01/02/2009 | LANHAM, MD | PPD - Bill | |

| Quantity | Catalog  # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 3 | 11294000  FLUKE NETWORKS, INC. | 13.60 / 1 | 40.80 |
| | NEED-LCK COMBO CRMP/PLIER | | |
| 1 | 5200-15  KLEIN TOOLS INC | 74.81 / 1 | 74.81 |
| | 15 CORDURA BALLISTIC NYLON 10-POCKET TO | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 115.61 |
| Freight: | 6.57 |
| Handling: | 3.00 |
| Tax: | 6.94 |
| Total Due: | 132.12 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER: TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods, or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**



Remit to :

**GraybaR**

PO BOX 403049
ATLANTA GA 30384-3049

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA 22033
USA

### INVOICE

### Reprint

Invoice Questions Please Call
703-631-8600

Invoice No:       938898949
Invoice Date:     01/02/2009
Account Number:   222639
Account Name:     NORTEL GOVERMENT

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD 21046
USA

Page 1  of  1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493012 | 1Z8V38900354102319 | UPS-GROUND | 01/02/2009 | ZONE-RICHMOND,VA | PPD - Bill | |

| Quantity | Catalog # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 3 | CI-KIT   THE SIEMON COMPANY | 135.94 / 1 | 407.82 |
|  | CLIP ON TOOL KIT | | |
| 3 | AT680   ALLEN TEL PRODUCTS INCORPORATED | 38.72 / 1 | 116.16 |
|  | RJ11 CRIMP TOOL RATCHET | | |
| 3 | 10230-100   FLUKE NETWORKS, INC. | 23.84 / 1 | 71.52 |
|  | IN-LINE ADPTR 8/DTCH CRD | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 595.50 |
| Freight: | 14.91 |
| Handling: | 3.00 |
| Tax: | 35.73 |
| Total Due: | 649.14 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's forms are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.    REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.    CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

## Return this copy with your payment.

Remit to :



# GraybaR.

PO BOX 403049
ATLANTA GA 30384-3049

**INVOICE**

**Reprint**

Invoice Questions Please Call
703-631-8600

**Invoice No:** 938898951
Invoice Date:    01/02/2009
Account Number:  222639
Account Name:    NORTEL GOVERMENT

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1  of  1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493977 | 1Z2998420368323894 | UPS-GROUND | 01/02/2009 | STERLING, VA | PPD - Bill | |

| Quantity | Catalog  # / Description | Unit Price / Unit | | Amount |
|---|---|---|---|---|
| 2 | 85078   KLEIN TOOLS INC | 48.01 / | 1 | 96.02 |
| | SCREWDRIVER SET 8-PC. CUSHION-GRIP ASSO | | | |
| 3 | J502-10   KLEIN TOOLS INC | 20.58 / | 1 | 61.74 |
| | JOURNEYMAN TM PUMP PLIERS 10 | | | |
| 2 | 5200-15   KLEIN TOOLS INC | 74.81 / | 1 | 149.62 |
| | 15 CORDURA BALLISTIC NYLON 10-POCKET TO | | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 307.38 |
| Freight: | 7.13 |
| Handling: | 3.00 |
| Tax: | 18.45 |
| Total Due: | 335.96 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

# Return this copy with your payment.

Remit to :

# GraybaR.

PO BOX 403049
ATLANTA GA 30384-3049

**INVOICE**

**Reprint**

Invoice Questions Please Call

703-631-8600

| | |
|---|---|
| **Invoice No:** | 938898950 |
| Invoice Date: | 01/02/2009 |
| Account Number: | 222639 |
| Account Name: | NORTEL GOVERMENT |

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA 22033
USA

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD 21046
USA

Page 1 of 1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493098 | 1Z34428X0307906268 | UPS-GROUND | 01/02/2009 | ZONE-AUSTELL,GA | PPD - Bill | |

. .

| Quantity | Catalog # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 3 | FLUKE-117   FLUKE ELECTRONICS CORP. | 164.42 / 1 | 493.26 |
| | ELECTRICIANS MULTIMETER | | |

**Terms of Payment**
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 493.26 |
| Freight: | 6.26 |
| Handling: | 3.00 |
| Tax: | 29.60 |
| **Total Due:** | 532.12 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER, PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**

Remit to :

# GraybaR.

PO BOX 403049
ATLANTA GA 30384-3049

**INVOICE**

**Reprint**

Invoice Questions Please Call

703-631-8600

**Invoice No:** 938895840
Invoice Date:  01/02/2009
Account Number:  222639
Account Name:  NORTEL GOVERMENT

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page  1   of   1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493118 | 1Z2104160358511037 | UPS-GROUND | 01/02/2009 | CHARLOTTE, NC | PPD - Bill | |

| Quantity | Catalog  # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 1 | 85078   KLEIN TOOLS INC | 48.01 / 1 | 48.01 |
| | SCREWDRIVER SET 8-PC. CUSHION-GRIP ASSO | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 48.01 |
| Freight: | 5.87 |
| Handling: | 3.00 |
| Tax: | 2.89 |
| Total Due: | 59.77 |

Terms and Conditions of sale:

1.  ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2.  PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3.  RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4.  TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5.  DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6.  WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE. UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER, PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7.  LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8.  WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9.  MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.  REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.  CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**

Remit to :

# GraybaR.

PO BOX 403049
ATLANTA GA 30384-3049

**INVOICE**

**Reprint**

Invoice Questions Please Call

703-631-8600

Invoice No:    938895841
Invoice Date:    01/02/2009
Account Number:    222639
Account Name:    NORTEL GOVERMENT

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1  of  1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|------------|-------|---------|--------------|--------------|--------|--------|
| 832493495 | 1Z2911690361032350 | UPS-GROUND | 01/02/2009 | LANHAM, MD | PPD - Bill | |

. .

| Quantity | Catalog # / Description | Unit Price / | Unit | Amount |
|----------|-------------------------|--------------|------|--------|
| 3 | 11294000   FLUKE NETWORKS, INC. | 13.60 / | 1 | 40.80 |
| | NEED-LCK COMBO CRMP/PLIER | | | |
| 1 | 5200-15   KLEIN TOOLS INC | 74.81 / | 1 | 74.81 |
| | 15 CORDURA BALLISTIC NYLON 10-POCKET TO | | | |

| Terms of Payment | | |
|---|---|---|
| Net 30 Days<br>As a condition of the sales agreement, a monthly<br>service charge of the lesser of 1-1/2% or the maximum<br>permitted by law may be added to all accounts not paid<br>by net due date. Visa, MasterCard, American Express,<br>and Discover credit cards are accepted at point of<br>purchase only. | Sub Total:<br>Freight:<br>Handling:<br>Tax:<br>Total Due: | 115.61<br>6.57<br>3.00<br>6.94<br>132.12 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION – Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS – Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS – Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES – Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY – Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES – Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY – Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER – The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS – No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS – When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION – We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**

Remit to :

# GraybaR

PO BOX 403049
ATLANTA GA 30384-3049

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

### INVOICE

### Reprint

Invoice Questions Please Call
703-631-8600

| | |
|---|---|
| **Invoice No:** | **938898949** |
| Invoice Date: | 01/02/2009 |
| Account Number: | 222639 |
| Account Name: | NORTEL GOVERMENT |

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1  of  1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493012 | 1Z8V38900354102319 | UPS-GROUND | 01/02/2009 | ZONE-RICHMOND,VA | PPD - Bill | |

| Quantity | Catalog  #  /  Description | Unit Price / Unit | | Amount |
|---|---|---|---|---|
| 3 | CI-KIT    THE SIEMON COMPANY | 135.94 / | 1 | 407.82 |
| | CLIP ON TOOL KIT | | | |
| 3 | AT680    ALLEN TEL PRODUCTS INCORPORATED | 38.72 / | 1 | 116.16 |
| | RJ11 CRIMP TOOL RATCHET | | | |
| 3 | 10230-100    FLUKE NETWORKS, INC. | 23.84 / | 1 | 71.52 |
| | IN-LINE ADPTR 8/DTCH CRD | | | |

| Terms of Payment | | | |
|---|---|---|---|
| Net 30 Days | Sub Total: | | 595.50 |
| As a condition of the sales agreement, a monthly | Freight: | | 14.91 |
| service charge of the lesser of 1-1/2% or the maximum | Handling: | | 3.00 |
| permitted by law may be added to all accounts not paid | Tax: | | 35.73 |
| by net due date. Visa, MasterCard, American Express, | Total Due: | | 649.14 |
| and Discover credit cards are accepted at point of | | | |
| purchase only. | | | |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER, PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.    REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.    CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

## Return this copy with your payment.

Remit to :

# GraybaR.

**INVOICE**

**Reprint**

Invoice Questions Please Call
703-631-8600

PO BOX 403049
ATLANTA GA 30384-3049

| | |
|---|---|
| **Invoice No:** | 938898951 |
| Invoice Date: | 01/02/2009 |
| Account Number: | 222639 |
| Account Name: | NORTEL GOVERMENT |

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA 22033
USA

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD 21046
USA

Page 1  of  1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832493977 | 1Z2998420368323894 | UPS-GROUND | 01/02/2009 | STERLING, VA | PPD - Bill | |

. .

| Quantity | Catalog  # / Description | Unit Price / Unit | | Amount |
|---|---|---|---|---|
| 2 | 85078   KLEIN TOOLS INC | 48.01 / | 1 | 96.02 |
| | SCREWDRIVER SET 8-PC. CUSHION-GRIP ASSO | | | |
| 3 | J502-10   KLEIN TOOLS INC | 20.58 / | 1 | 61.74 |
| | JOURNEYMAN TM PUMP PLIERS 10 | | | |
| 2 | 5200-15   KLEIN TOOLS INC | 74.81 / | 1 | 149.62 |
| | 15 CORDURA BALLISTIC NYLON 10-POCKET TO | | | |

| Terms of Payment | | |
|---|---|---|
| Net 30 Days | Sub Total: | 307.38 |
| As a condition of the sales agreement, a monthly | Freight: | 7.13 |
| service charge of the lesser of 1-1/2% or the maximum | Handling: | 3.00 |
| permitted by law may be added to all accounts not paid | Tax: | 18.45 |
| by net due date. Visa, MasterCard, American Express, | Total Due: | 335.96 |
| and Discover credit cards are accepted at point of | | |
| purchase only. | | |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE. UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER, PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods, or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.    REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.    CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

# Return this copy with your payment.

# GraybaR.

Remit to :

12444 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2444

**INVOICE**

**Reprint**

Invoice Questions Please Call
716-565-5900

**Invoice No:** 938951198
Invoice Date:    01/06/2009
Account Number:  134413
Account Name:    NORTEL NETWORKS

Bill-To:
NORTEL NETWORKS
ACCOUNTS PAYABLE
300 CANAL VIEW BLVD.
ROCHESTER NY  14623
USA

Ship-To:
COMPUTER SCIENCE CORP
ATTN: TIM SMITH 703-398-3459
BUILDING B
BUILDING B
3170 FAIRVIEW PARK BLVD
FALLS CHURCH VA  22042
USA

Page 1  of  1

Order Number: 4320039150-76 181141/AA43608/THOMSON

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832545593 | 1Z34428X0307919629 | UPS-GROUND | 01/06/2009 | ZONE-AUSTELL,GA | S/P - F/A | |

| Quantity | Catalog # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 16 | 25-3-CX-15-GY   ALLEN TEL PRODUCTS INCORPORATED | 17.40 /      1 | 278.40 |
| | 25PAIR TELCO F-BL 15FT | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by met due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 278.40 |
| Freight: | 0.00 |
| Handling: | 0.00 |
| Tax: | 0.00 |
| Total Due: | 278.40 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.    REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.    CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**

# GraybaR.

Remit to :

12444 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2444

Bill-To:
NORTEL NETWORKS
ACCOUNTS PAYABLE
300 CANAL VIEW BLVD.
ROCHESTER NY  14623
USA

## INVOICE

## Reprint

Invoice Questions Please Call

716-565-5900

**Invoice No: 938955822**
Invoice Date:     01/06/2009
Account Number:   134413
Account Name:     NORTEL NETWORKS

Ship-To:
NORTEL-4320039150
TOM CLEMONS
NORTEL-4320039150
NORTEL-4320039150
300 CANAL VIEW BLVD
ROCHESTER NY  14623
USA

Page 1   of   1

Order Number: 4320039150-75 AA40143/HARTTER

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832541867 | 1Z6A3R960309224942 | UPS-GROUND | 01/06/2009 | ZONE-YOUNGSTOWN,OH | S/P - F/A | |

| Quantity | Catalog   # / Description | Unit Price / Unit | | Amount |
|---|---|---|---|---|
| 10 | L-8100-07-W  LYNN ELECTRONICS CORP | 1.85 / | 1 | 18.50 |
| | FUL-MOD 6C LNCRD 7FT SS | | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 18.50 |
| Freight & Handling: | 0.00 |
| Tax: | 0.00 |
| Total Due: | 18.50 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE. UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER, PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding upon Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.     REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.     CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

## Return this copy with your payment.

Remit to :

# Gray␔␔R.

PO BOX 403049
ATLANTA GA 30384-3049

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

## INVOICE

## Reprint

Invoice Questions Please Call

703-631-8600

**Invoice No:** 939027092
Invoice Date:   01/09/2009
Account Number: 222639
Account Name:   NORTEL GOVERMENT

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1   of   1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 325477747 | | | 01/02/2009 | FACTORY | | |

. .

| Quantity | Catalog  # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 3 | JIC-63050   JONARD INDUSTRIES CORP | 12.69  /    1 | 38.07 |
| | HIGH LEVERAGE CABLE CUTTER | | |
| | Inbound Freight | | 9.25 |

| Terms of Payment | | |
|---|---|---|
| Net 30 Days | Sub Total: | 47.32 |
| As a condition of the sales agreement, a monthly | Freight: | 0.00 |
| service charge of the lesser of 1-1/2% or the maximum | Handling: | 0.00 |
| permitted by law may be added to all accounts not paid | Tax: | 2.84 |
| by net due date. Visa, MasterCard, American Express, | Total Due: | 50.16 |
| and Discover credit cards are accepted at point of | | |
| purchase only. | | |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.    REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.    CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

# Return this copy with your payment.

Remit to :

# Graybar. 

PO BOX 403049
ATLANTA GA 30384-3049

**INVOICE**

**Reprint**

Invoice Questions Please Call
703-631-8600

**Invoice No:** 939046342
Invoice Date:    01/12/2009
Account Number:  222639
Account Name:    NORTEL GOVERMENT

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1    of    1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 325477747 |  |  | 01/05/2009 | FACTORY |  |  |

| Quantity | Catalog  # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 3 | 1573  PALADIN CORPORATION | 69.39  /  1 | 208.17 |
|  | LAN & TELECOM TESTER KIT |  |  |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 208.17 |
| Freight: | 0.00 |
| Handling: | 0.00 |
| Tax: | 12.50 |
| Total Due: | 220.67 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**

Remit to :

# GraybaR.

12444 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2444

**INVOICE**

**Reprint**

Invoice Questions Please Call
716-565-5900

**Invoice No:** 939057310
Invoice Date:      01/12/2009
Account Number:  134413
Account Name:    NORTEL NETWORKS

Bill-To:
NORTEL NETWORKS
ACCOUNTS PAYABLE
300 CANAL VIEW BLVD.
ROCHESTER NY 14623
USA

Ship-To:
ROLLS ROYCE
ATTN: RANDY FOX 812-560-9190
2001 SOUTH TIBBS AVENUE
INDIANAPOLIS IN 46241
USA

Page 1   of   1

Order Number: 4320039150-77 208564/AA53750/GAYLORD

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832623646 | 1ZE9W0210313427411 | UPS-GROUND | 01/12/2009 | ZONE-JOLIET, IL | S/P - F/A | |

| Quantity | Catalog  #  /  Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 25 | AT1501EV-GY   ALLEN TEL PRODUCTS INCORPORATED | 1.47 / 1 | 36.75 |
| | CAT 5E VIP 1FT GRY | | |

| Terms of Payment | | |
|---|---|---|
| Net 30 Days | Sub Total: | 36.75 |
| As a condition of the sales agreement, a monthly | Freight: | 0.00 |
| service charge of the lesser of 1-1/2% or the maximum | Handling: | 0.00 |
| permitted by law may be added to all accounts not paid | Tax: | 2.57 |
| by net due date. Visa, MasterCard, American Express, | Total Due: | 39.32 |
| and Discover credit cards are accepted at point of | | |
| purchase only. | | |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER, PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon writing request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

# Return this copy with your payment.

Remit to :



# GraybaR®

PO BOX 403049
ATLANTA GA 30384-3049

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

**INVOICE**

**Reprint**

| Invoice Questions Please Call |
| --- |
| 703-631-8600 |

**Invoice No:** 939046342
Invoice Date:    01/12/2009
Account Number:  222639
Account Name:    NORTEL GOVERMENT

Ship-To:
SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY ADMIN.
PATRICK GOINS/NGS 703-219-1884
9150 GUILFORD ROAD
COLUMBIA MD  21046
USA

Page 1  of  1

Order Number: PO09-0001

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
| --- | --- | --- | --- | --- | --- | --- |
| 325477747 | | | 01/05/2009 | FACTORY | | |
| . . | | | | | | |

| Quantity | Catalog  # / Description | Unit Price / Unit | Amount |
| --- | --- | --- | --- |
| 3 | 1573   PALADIN CORPORATION | 69.39 / 1 | 208.17 |
| | LAN & TELECOM TESTER KIT | | |

| Terms of Payment | | |
| --- | --- | --- |
| Net 30 Days<br>As a condition of the sales agreement, a monthly<br>service charge of the lesser of 1-1/2% or the maximum<br>permitted by law may be added to all accounts not paid<br>by net due date. Visa, MasterCard, American Express,<br>and Discover credit cards are accepted at point of<br>purchase only. | Sub Total:<br>Freight:<br>Handling:<br>Tax:<br>**Total Due:** | 208.17<br>0.00<br>0.00<br>12.50<br>220.67 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE. UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER, PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.    REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.    CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

# Return this copy with your payment.

Remit to :



**GraybaR**

PO BOX 403049
ATLANTA GA 30384-3049

**INVOICE**

**Reprint**

| Invoice Questions Please Call |
|---|
| 703-631-8600 |

**Invoice No:** 939046343
Invoice Date:     01/12/2009
Account Number:   222639
Account Name:     NORTEL GOVERMENT

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Ship-To:
GENERAL DYNAMICS INFORMATION TECHNOLOGY
ROGER MORRELL 571-238-2794
8535 TERMINAL ROAD, SUITE J
LORTON VA  22079
USA

Page 1   of   1

Order Number: PO09-0033

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832632153 |  | GB TRUCK | 01/12/2009 | STERLING, VA | PPD - Bill |  |

| Quantity | Catalog # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 50 | AT1507EV-BU   ALLEN TEL PRODUCTS INCORPORATED | 3.62 / 1 | 181.00 |
|  | CAT 5E VIP 7FT BLU |  |  |

| Terms of Payment | | |
|---|---|---|
| Net 30 Days | Sub Total: | 181.00 |
| As a condition of the sales agreement, a monthly | Freight: | 25.00 |
| service charge of the lesser of 1-1/2% or the maximum | Handling: | 0.00 |
| permitted by law may be added to all accounts not paid | Tax: | 9.05 |
| by net due date. Visa, MasterCard, American Express, | **Total Due:** | 215.05 |
| and Discover credit cards are accepted at point of | | |
| purchase only. | | |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than less in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or so exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10.    REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11.    CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Return this copy with your payment.**

Remit to :

# GraybaR.

PO BOX 403049
ATLANTA GA 30384-3049

**INVOICE**

**Reprint**

Invoice Questions Please Call

703-631-8600

**Invoice No:** 939060758
Invoice Date:      01/12/2009
Account Number:   222639
Account Name:    NORTEL GOVERMENT

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Ship-To:
GENERAL DYNAMICS INFORMATION TECHNOLOGY
ROGER MORRELL 571-238-2794
8535 TERMINAL ROAD, SUITE J
LORTON VA  22079
USA

Page 1  of  1

| Order Number: PO09-0033 | | | | | | |
|---|---|---|---|---|---|---|
| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
| 832632053 | 1Z2911690363190864 | UPS-GROUND | 01/12/2009 | LANHAM, MD | PPD - Bill | |

| Quantity | Catalog  # / Description | Unit Price / Unit | Amount |
|---|---|---|---|
| 80 | AT1510EV-BU   ALLEN TEL PRODUCTS INCORPORATED | 4.49 / 1 | 359.20 |
| | CAT 5E VIP 10FT BLU | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 359.20 |
| Freight: | 7.71 |
| Handling: | 3.00 |
| Tax: | 17.96 |
| Total Due: | 387.87 |

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

# Return this copy with your payment.



Remit to :

PO BOX 403049
ATLANTA GA 30384-3049

**INVOICE**

**Reprint**

Bill-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Invoice Questions Please Call
703-631-8600

**Invoice No:**  939085088
Invoice Date:      01/13/2009
Account Number:   222639
Account Name:     NORTEL GOVERMENT

Ship-To:
NORTEL GOVERMENT SOLUTIONS, INC.
12730 FAIR LAKES CIRCLE
FAIRFAX VA  22033
USA

Page 1  of  2

Order Number: PO09-0036

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832643672 | | COUNTER | 01/13/2009 | STERLING, VA | S/P - F/A | |

| Quantity | Catalog  # / Description | Unit Price / Unit | | Amount |
|---|---|---|---|---|
| 2 | S89B    THE SIEMON COMPANY | 1.57 / | 1 | 3.14 |
| | MOUNTING BRACKET | | | |
| 100 | JDWS3C   METALLICS  INCORPORATED | 3.70 / | 100 | 3.70 |
| | 6X1-1/4 SELF TAP SCR | | | |
| 1 | HLS-15R0    PANDUIT CORP | 19.12 / | 1 | 19.12 |
| | CABLE TIE BLACK | | | |
| 2 | 25-3-CC-25-GY    ALLEN TEL PRODUCTS INCORPORATED | 27.85 / | 1 | 55.70 |
| | 25PAIR TELCO FF 25FT | | | |
| 1 | 25-3-CX-15-GY    ALLEN TEL PRODUCTS INCORPORATED | 21.57 / | 1 | 21.57 |
| | 25PAIR TELCO F-BL 15FT | | | |
| 1 | 98002BT    KLEIN TOOLS INC | 7.08 / | 1 | 7.08 |
| | BEVERAGE TOOL - STAINLESS STEEL W/ CUSHI | | | |

Terms of Payment
Net 30 Days
As a condition of the sales agreement, a monthly
service charge of the lesser of 1-1/2% or the maximum
permitted by law may be added to all accounts not paid
by net due date. Visa, MasterCard, American Express,
and Discover credit cards are accepted at point of
purchase only.

| | |
|---|---|
| Sub Total: | 110.31 |
| Freight: | 0.00 |
| Handling: | 0.00 |
| Tax: | 5.52 |
| **Total Due:** | 115.83 |

**Subject to the standard terms and conditions set forth below**

Remit to :

# GraybaR.

12444 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2444

**INVOICE**

**Reprint**

Invoice Questions Please Call

716-565-5900

**Invoice No:** 939112601
Invoice Date:       01/14/2009
Account Number:  134413
Account Name:     NORTEL NETWORKS

Bill-To:
NORTEL NETWORKS
ACCOUNTS PAYABLE
300 CANAL VIEW BLVD.
ROCHESTER NY  14623
USA

Ship-To:
METRO NORTH COMMUTER RAILROAD CO
ATTN: KEVIN WILSON 212-340-2351/235
*DOCK - DEPEW PLACE @ 45TH STREET
*DOCK - DEPEW PLACE @ 45TH STREET
105 EAST 43RD STREET
NEW YORK NY  10017
USA

Page  1   of   2

Order Number: 4320039150-78 208564/AB13347001/JONES

| Del.Doc.#: | PRO # | Routing | Date Shipped | Shipped From | F.O.B. | Rt. To |
|---|---|---|---|---|---|---|
| 832677742 | 1ZA6392R0302570293 | UPS-GROUND | 01/14/2009 | ZONE-TAUNTON,MA | S/P - F/A | |

· ·

| Quantity | Catalog  # / Description | Unit Price / Unit | | Amount |
|---|---|---|---|---|
| 15 | AT1514EV-YL    ALLEN TEL PRODUCTS INCORPORATED | 3.97 / | 1 | 59.55 |
| | CAT 5E VIP 14FT YEL | | | |
| 20 | AT1514EV-GY    ALLEN TEL PRODUCTS INCORPORATED | 3.97 / | 1 | 79.40 |
| | CAT 5E VIP 14FT GRY | | | |
| 3 | 25-3-PC-50-GY    ALLEN TEL PRODUCTS INCORPORATED | 42.40 / | 1 | 127.20 |
| | 25PAIR TELCO MF 50FT | | | |
| 1,000 | PLT2S-M    PANDUIT CORP | 53.07 / | 1000 | 53.07 |
| | LOCKING TIE BULK-PK | | | |
| | Item#: P/N:20256 | | | |
| 1,000 | XCW-1P24-GN/WH-S-GCC    GENERAL CABLE COMMDATA PRODS | 28.05 / | 1000 | 28.05 |
| | 7023781 SPEC 5006 | | | |
| | Item#: P/N:15601 | | | |

| Terms of Payment | | |
|---|---|---|
| Net 30 Days<br>As a condition of the sales agreement, a monthly service charge of the lesser of 1-1/2% or the maximum permitted by law may be added to all accounts not paid by net due date. Visa, MasterCard, American Express, and Discover credit cards are accepted at point of purchase only. | Sub Total:<br>Freight & Handling:<br><br>Tax:<br>**Total Due:** | 347.27<br>0.00<br><br>0.00<br>347.27 |

**Subject to the standard terms and conditions set forth below**

Remit to :

# GraybaR.

12444 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2444

Bill-To:
NORTEL NETWORKS
ACCOUNTS PAYABLE
300 CANAL VIEW BLVD.
ROCHESTER NY 14623
USA

**INVOICE**

**Reprint**

Invoice Questions Please Call
716-565-5900

| | |
|---|---|
| **Invoice No:** | **939112601** |
| Invoice Date: | 01/14/2009 |
| Account Number: | 134413 |
| Account Name: | NORTEL NETWORKS |

Ship-To:
METRO NORTH COMMUTER RAILROAD CO
ATTN: KEVIN WILSON 212-340-2351/235
*DOCK - DEPEW PLACE @ 45TH STREET
*DOCK - DEPEW PLACE @ 45TH STREET
105 EAST 43RD STREET
NEW YORK NY 10017
USA

Page 2 of 2

Order Number: 4320039150-78 208564/AB13347001/JONES

Terms and Conditions of sale:

1. ACCEPTANCE OF ORDER; TERMINATION - Acceptance of any order is subject to credit approval and acceptance of order by Seller and, when applicable, Seller's suppliers. If Buyer's credit becomes unsatisfactory to Seller, Seller reserves the right to terminate upon notice to Buyer and without liability to Seller.

2. PRICES AND SHIPMENTS - Unless otherwise quoted, prices shall be those in effect at time of shipment which shall be made F.O.B. shipping point, prepaid and bill.

3. RETURN OF GOODS - Credit will be allowed for goods returned with prior approval. A deduction will be made from credits issued to cover cost of handling.

4. TAXES - Prices shown do not include sales or other taxes imposed on the sale of goods. Taxes now or hereafter imposed upon sales or shipments will be added to the purchase price. Buyer agrees to reimburse Seller for any such tax or provide Seller with acceptable tax exemption certificate.

5. DELAY IN DELIVERY - Seller is not to be accountable for delays in delivery occasioned by acts of God, failure of its suppliers to ship or deliver on time, or other circumstances beyond Seller's reasonable control. Factory shipment or delivery dates are the best estimates of our suppliers, and in no case shall Seller be liable for any consequential or special damages arising from any delay in shipment or delivery.

6. WARRANTIES - Seller warrants that all goods sold are free of any security interest and will make available to Buyer all transferable warranties made to Seller by the manufacturer of the goods. SELLER MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, AND SPECIFICALLY MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PURPOSE, UNLESS OTHERWISE AGREED IN WRITING BY AN AUTHORIZED REPRESENTATIVE OF SELLER. PRODUCTS SOLD HEREUNDER ARE NOT INTENDED FOR USE IN OR IN CONNECTION WITH A NUCLEAR FACILITY.

7. LIMITATION OF LIABILITY - Buyer's remedies under this contract are subject to any limitations contained in manufacturer's terms and conditions to Seller, a copy of which will be furnished upon written request. Furthermore, Seller's liability shall be limited to either repair or replacement of the goods or refund of the purchase price, all at Seller's option, and in no case shall Seller be liable for special or consequential damages. In addition, claims for shortages, other than loss in transit, must be made in writing not more than five (5) days after receipt of shipment.

8. WAIVER - The failure of Seller to insist upon the performance of any of the terms or conditions of this contract or to exercise any right hereunder shall not be deemed to be a waiver of such terms, conditions or rights in the future, nor shall it be deemed to be a waiver of any other term, condition, or right under this contract.

9. MODIFICATION OF TERMS AND CONDITIONS - No terms and conditions other than those stated herein, and no agreement or understanding, in any way purporting to modify these terms or conditions, shall be binding on Seller without the Seller's written consent. Any additional or different terms in the Buyer's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given.

10. REELS - When the Seller ships returnable reels, a reel deposit will be included in the invoice. The Buyer should contact the nearest Graybar service location to return reels.

11. CERTIFICATION - We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

## Return this copy with your payment.