IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NORTEL NETWORKS, INC., *et al.,* | § | Case No. 09-10138 (KG) |
| | § | |
| Debtors. | § | Jointly Administered |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on this date Graybar Electric Company, Inc. ("Graybar") filed the attached **Motion of Graybar Electric Company, Inc. for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)** (the "Motion").

PLEASE TAKE NOTICE FURTHER that Objections to the Motion, if any, must be filed Pursuant to the Order Establishing Exclusive Procedures for the Allowance and Treatment of Section 503(b)(9) Claims [Docket No. 590] (the "Procedures Order").  At the same time, you must serve a copy of the response or objection on the undersigned attorney.

PLEASE TAKE NOTICE FURTHER that if any Objections are timely filed in accordance with this Notice and the Procedures Order, a hearing on the Motion will be held at a time convenient to the United States Bankruptcy Court for the District of Delaware, 844 N King Street, Wilmington, Delaware 19801-3570.

PLEASE TAKE NOTICE FURTHER THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Dated:  August 19, 2009          STEVENS & LEE, P.C.

/s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone: (302) 425-3308
Fax:    (610) 371-8515
E-mail: jdd@stevenslee.com

-and-

**Error! Unknown document property name.**

LOOPER REED & McGRAW, P.C.
Ben L. Aderholt
TSB No. 00909000
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Tel: 713-986-7140
Fax: 713.986.7100
baderholt@lrmlaw.com

*Attorneys for Graybar Electric Company, Inc.*

**Error! Unknown document property name.**