# EXHIBIT A

NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 7/6/2009 | Met with Huron managing director and directors regarding status of Nortel engagement and future deliverables and action items. | 0.8 | 335 | 268.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 7/9/2009 | Met with R. Boris and J. Davison of Nortel regarding claims management reconciliation workbook, process & next steps. | 2 | 335 | 670.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 7/15/2009 | Met with T. Ayres of Ernst & Young regarding the requirements to file U.S. Debtor claims in Israel. | 1.2 | 335 | 402.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/6/2009 | Call with P. Karr, et al., Nortel, regarding update on workstreams, developments, etc. | 0.5 | 710 | 355.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/6/2009 | Call with working group, preparation for biweekly call with P. Karr, Nortel. | 0.7 | 710 | 497.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/8/2009 | Conference call with Huron Director and Cleary, to review work stream matters, update on developments, and planning. | 0.9 | 710 | 639.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/8/2009 | Call with Huron Director and Cleary regarding case matters, set up call on work streams. | 0.1 | 710 | 71.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/8/2009 | Call with Huron Director regarding preparation for call with Cleary regarding open and discussion items, status update. | 0.3 | 710 | 213.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/8/2009 | Call with Huron Director regarding plan for inter-company claims analysis and working group participation. | 0.2 | 710 | 142.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/10/2009 | Call with counsel and monitor regarding claims and bar date matters. | 0.6 | 710 | 426.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/13/2009 | Call with P. Karr, Nortel regarding foreign POCs, CALA, and related matters. | 0.1 | 710 | 71.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/13/2009 | Call with Cleary regarding CALA matters, and intercompany regarding information requirements. | 0.7 | 710 | 497.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/13/2009 | Call with Huron Director regarding preparation for filing of additional entities, planning call regarding information requirements. | 0.5 | 710 | 355.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/14/2009 | Call with J. Kim (Cleary), regarding payroll matters with CALA, et al. | 0.2 | 710 | 142.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/14/2009 | Call with Huron Director, Cleary, and Ernst and Young, regarding intercompany settlements and position review, cash management | 0.5 | 710 | 355.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/14/2009 | CALA preparation, call with Huron Director regarding filing details, information preparation, timing. | 0.2 | 710 | 142.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/15/2009 | Conference call with Ernst and Young, Cleary, and CALA participants, regarding CALA status and chapter 11 implications, operating under protection, etc. | 0.6 | 710 | 426.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/15/2009 | Call with J. Kim (Cleary), regarding Form 26 and MOR deadlines, coordination with Jan debtors, memo to UST. | 0.1 | 710 | 71.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/15/2009 | Call with Huron Director, regarding reporting deadlines, cut-off matters, and conclusions discussed with company. | 0.3 | 710 | 213.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/15/2009 | Call with Ernst and Young, Co, et al., regarding filing requirements and plan for claims in Israel proceeding. | 0.5 | 710 | 355.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/15/2009 | Call with Huron Director to discuss Israel claims, US subs, and CALA filing. | 0.2 | 710 | 142.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/16/2009 | Call with Huron Director regarding CALA reporting. | 0.3 | 710 | 213.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 7/20/2009 | Call with counsel, management, et al., regarding FAS 52 translation questions, LSTC, intercompany matters. | 0.6 | 710 | 426.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Joseph McKenna | 7/27/2009 | Met with Huron associates to discuss issues and procedures for Schedules and SoFA preparation. | 1 | 245 | 245.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/6/2009 | Meeting with P. Karr and R. Boris, Nortel, to discuss status and open issues. | 1.1 | 540 | 594.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/6/2009 | Call with Huron Managing Director and Director to discuss outstanding action items and status. | 0.6 | 540 | 324.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/6/2009 | Documented meeting notes from meeting with P. Karr and R. Boris, Nortel. | 0.7 | 540 | 378.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/7/2009 | Corresponded with J. Davison and S. Graff (Nortel) to discuss employee related inquires relating to Statements and Schedules. | 1 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/10/2009 | Call with Huron Managing Director and Director to discuss outstanding action items and status. | 0.5 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/10/2009 | Call with Nortel and Cleary to discuss Intercompany status update and issues. | 1 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/10/2009 | Call with Nortel and Cleary to discuss claims bar date motion. | 0.5 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/13/2009 | Call with Cleary to discuss current status and action items. | 1 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/14/2009 | Met with Huron team to discuss action items related to preparing potential chapter 11 petitions for NN CALA and other entity. | 0.9 | 540 | 486.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/15/2009 | Corresponded with Nortel regarding NN CALA filing and next steps. | 0.6 | 540 | 324.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/16/2009 | Call with R. Boris, D. Culkin and J. Davison, Nortel, to discuss overall claims management process and strategy. | 2.5 | 540 | 1,350.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/16/2009 | Documented meeting notes, action items and two-week workplan regarding claims management process and strategy. | 1 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/17/2009 | Call with Nortel to discuss workplan to complete Statements and Schedules for NN CALA. | 0.5 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/17/2009 | Call with Nortel and Cleary to discuss Intercompany status update and issues. | 0.5 | 540 | 270.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/17/2009 | Corresponded with Cleary regarding various employee related question on NNI Statements and Schedules. | 1.5 | 540 | 810.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Lee Sweigart | 7/29/2009 | Corresponded with S. Graff, Nortel regarding various employee related questions regarding NNI Statements and Schedules. | 0.9 | 540 | 486.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/6/2009 | Met with P. Karr, Nortel, regarding transaction and organizational updates and met with team to discuss roles of residual company. | 1.6 | 540 | 864.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/9/2009 | Prepared for and met with K. Poe, P. Karr (Nortel) and monitor regarding intercompany claims and settlements. | 1 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/13/2009 | Met with U.S. counsel to discuss plans for NN Cala. | 1.5 | 540 | 810.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/20/2009 | Prepared for and met with P. Karr and R. Boris (Nortel) regarding status of cases, international claims process, and Cala reporting in U.S. | 1 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/20/2009 | Prepared for and met with K. Poe, P. Karr (Nortel) and monitor regarding intercompany claims and settlements. | 1 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/20/2009 | Conference call regarding second quarter accounting issues with auditors and P. Karr, C. Glaspel (Nortel) and accounting group. | 1.2 | 540 | 648.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/20/2009 | Conference call regarding prepetition claims and foreign exchange rate assumptions with auditors and P. Karr, R. Oakley (Nortel) and accounting group. | 0.9 | 540 | 486.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/22/2009 | Met with associates to discuss issues and questions on Schedules preparation and assumptions. | 1 | 540 | 540.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/22/2009 | Met with J. Suarez and B. Ellis (Nortel Cala) to discuss treatment of prepetition settlement with former customer. | 0.8 | 540 | 432.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/23/2009 | Met with monitor to discuss Nortel Cala status as debtor and spending of U.S. debtors under current prepetition cap allowances. | 0.8 | 540 | 432.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/23/2009 | Discussed case reporting timing with A. Stout (Nortel). | 0.5 | 540 | 270.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/24/2009 | Prepared for and met with K. Poe, P. Karr (Nortel) and monitor regarding intercompany claims and settlements and resources required to complete effort. | 1.4 | 540 | 756.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/27/2009 | Met with associates to discuss issues and questions on Schedules preparation and assumptions. | 2 | 540 | 1,080.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/29/2009 | Participated in all day meetings with monitor, J. Williams, J. Suarez, B. Ellis and M. Arencibia (Nortel) to discuss issues regarding Mexican entity cash flows, billing, and utilization and operational and administrative status of Ecuador, Uruguay, Guatemala, Puerto Rico, Trinidad, Venezuela, Brazil, and Colombia. | 8 | 540 | 4,320.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/30/2009 | Prepared notes of July 29, 2009 Cala meeting with B. Ellis, J. Suarez, Nortel, and the monitor. | 1.5 | 540 | 810.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 7/30/2009 | Prepared for and met with K. Poe, P. Karr (Nortel) and monitor regarding intercompany claims and settlements. | 1 | 540 | 540.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/13/2009 | Reviewed financial statements for Nortel Networks (CALA) Inc. in preparation for Chapter 11 bankruptcy filing. | 1.2 | 335 | 402.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/13/2009 | Prepared CALA bankruptcy request information checklist to ensure proper filing requirements. | 1.8 | 335 | 603.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/14/2009 | Compiled list of top 20 CALA creditors per AP detail provided by B. Ellis of Nortel. | 1 | 335 | 335.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/14/2009 | Corresponded with J. Kim of Cleary regarding top 20 CALA creditors for purposes of bankruptcy filing. | 0.4 | 335 | 134.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/14/2009 | Updated the CALA creditor matrix with employee information provided by W. Grammer of Nortel. | 1 | 335 | 335.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/14/2009 | Updated the CALA creditor matrix with tax information provided by E. Reed of Nortel. | 1.5 | 335 | 502.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/15/2009 | Updated the CALA creditor matrix with customer information provided by B. Ellis of Nortel. | 0.9 | 335 | 301.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/15/2009 | Updated the CALA creditor matrix with utility information provided by Nortel. | 0.9 | 335 | 301.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/15/2009 | Updated the CALA creditor matrix with master vendor list provided by Nortel. | 0.7 | 335 | 234.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/15/2009 | Updated the CALA creditor matrix with the suppliers provided by Nortel. | 1 | 335 | 335.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/15/2009 | Reviewed and updated the prepetition cap relief regarding the Foreign Vendors Motion and Order. | 1.4 | 335 | 469.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/15/2009 | Provided J. Kim of Cleary with CALA creditor matrix and prepetition relief caps. | 0.5 | 335 | 167.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/16/2009 | Updated the CALA creditor matrix with invoice and purchase order information provided by Nortel. | 1.3 | 335 | 435.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/16/2009 | Reviewed and updated the prepetition cap relief regarding the Common Carrier & Warehouse Motion and Order. | 0.9 | 335 | 301.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/16/2009 | Reviewed and updated the prepetition cap relief regarding the Employee Wage Motions and Orders. | 1 | 335 | 335.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 7/16/2009 | Reviewed and updated the prepetition cap relief regarding the Taxes & Fees Motions and Orders. | 1.3 | 335 | 435.50 |
| 4 | Court Hearings / Preparation | Lee Sweigart | 7/9/2009 | Reviewed draft bar date motion to determine adequacy of affiliate language and to provide overall comments. | 1.1 | 540 | 594.00 |
| 4 | Court Hearings / Preparation | Matthew J. Fisher | 7/13/2009 | Analyzed and prepared financial information required for potential Cala filing. | 4 | 540 | 2,160.00 |
| 4 | Court Hearings / Preparation | Matthew J. Fisher | 7/14/2009 | Analyzed and prepared financial information required for potential Cala filing; petition data; top 40 unsecured creditors. | 4.8 | 540 | 2,592.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 4 | Court Hearings / Preparation | Matthew J. Fisher | 7/14/2009 | Analyzed and prepared balance sheet information of debtors; information pertaining to estimated tax liabilities, amounts payable to foreign vendors. | 3.3 | 540 | 1,782.00 |
| 4 | Court Hearings / Preparation | Matthew J. Fisher | 7/14/2009 | Analyzed and prepared employee wages and benefit accruals and funding requirements. | 3.9 | 540 | 2,106.00 |
| 4 | Court Hearings / Preparation | Matthew J. Fisher | 7/15/2009 | Analyzed and prepared financial information required for potential Cala filing; petition data; top 40 unsecured creditors; balance sheet information of debtors. | 3.6 | 540 | 1,944.00 |
| 4 | Court Hearings / Preparation | Matthew J. Fisher | 7/15/2009 | Analyzed and prepared information pertaining to estimated tax liabilities, amounts payable to foreign vendors, and employee wages and benefit accruals and funding requirements. | 2.2 | 540 | 1,188.00 |
| 4 | Court Hearings / Preparation | Matthew J. Fisher | 7/21/2009 | Obtained, analyzed and prepared financial and creditor information related to NN Cala utilities providers and discussed findings with counsel. | 4.2 | 540 | 2,268.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/1/2009 | Updated Nortel docket tracking file to include recent entries. | 0.5 | 335 | 167.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/2/2009 | Researched scheduling issue of J. Donnelly of Nortel per request of S. Graff of Nortel. | 1.5 | 335 | 502.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/14/2009 | Provided R. Boris of Nortel with employee names where only GIDs were scheduled. | 0.9 | 335 | 301.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/27/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 01 - Business Income. | 0.8 | 335 | 268.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/27/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 03 - Payments to Creditors. | 0.6 | 335 | 201.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/27/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 04 - Suits. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/27/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 05 - Repossessions, Foreclosures, and Returns. | 1 | 335 | 335.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/27/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 06 - Assignments and Receiverships. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/27/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 07 - Gifts. | 0.6 | 335 | 201.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/27/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 08 - Losses. | 0.8 | 335 | 268.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/27/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 09 - Debt Counseling or Bankruptcy Payments. | 0.6 | 335 | 201.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/28/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 10 - Other Transfers. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/28/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 11 - Closed Financial Accounts. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/28/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 12 - Safe Deposit Boxes. | 0.8 | 335 | 268.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/28/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 13 - Setoffs. | 0.6 | 335 | 201.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/28/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 14 - Property Held for Another Person. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/28/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 15 - Prior Address of Debtor. | 0.6 | 335 | 201.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/28/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 17 - Environmental Information. | 0.8 | 335 | 268.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/29/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 18 - Nature, Location, and Name of Business. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/29/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 19 - Books, Records, and Financial Statements. | 0.6 | 335 | 201.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/29/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 20 - Inventories. | 0.8 | 335 | 268.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/29/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 21 - Current Officers, Directors, and Shareholders. | 0.8 | 335 | 268.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/29/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 22 - Former Officers, Directors, and Shareholders. | 0.6 | 335 | 201.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/29/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 23 - Withdrawals or Distributions by a Corporation. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/30/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 24 - Tax Consolidation Group. | 0.9 | 335 | 301.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/30/2009 | Prepared and sent documentation requests to various Nortel primes regarding SoFA 25 - Pension Funds. | 0.6 | 335 | 201.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/30/2009 | Requested a copy of the cutoff and 6/30 financials from A. Teverovsky, Nortel. | 0.4 | 335 | 134.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/30/2009 | Prepared and sent documentation requests to various Nortel primes regarding Schedule A - Real Property. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/30/2009 | Prepared and sent documentation requests to various Nortel primes regarding Schedule E - Creditors Holding Unsecured Priority Claims. | 0.8 | 335 | 268.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/30/2009 | Prepared and sent documentation requests to various Nortel primes regarding Schedule F - Creditors Holding Unsecured Nonpriority Claims. | 0.7 | 335 | 234.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/31/2009 | Prepared and sent documentation requests to various Nortel primes regarding Schedule G - Executory Contracts and Leases. | 0.9 | 335 | 301.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/31/2009 | Prepared and sent documentation requests to various Nortel primes regarding Schedule H - Co-debtors. | 0.6 | 335 | 201.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 7/31/2009 | Prepared and sent documentation requests to various Nortel primes regarding Schedule B - Assets. | 4.3 | 335 | 1,440.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 7/2/2009 | Follow-up on reporting matters from meeting with P. Karr, Nortel regarding inquiry to Cleary, review press and information. | 0.2 | 710 | 142.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 7/2/2009 | Response on UST reporting questions, follow-up with Huron Director. | 0.6 | 710 | 426.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 7/7/2009 | Reviewed CALA docket, correspondence. | 1.2 | 710 | 852.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 7/14/2009 | CALA filing preparation, coordination with Huron Director, et al. regarding payroll and other first day data gathering matters. | 0.8 | 710 | 568.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 7/14/2009 | Filing requirements for CALA, calls with Huron team and calls to counsel. | 1.1 | 710 | 781.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 7/15/2009 | Initial review, case reporting matters for CALA, MOR and other reporting considerations. | 1.3 | 710 | 923.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 7/15/2009 | CALA reporting, review prior documents, and case filing details. | 1.7 | 710 | 1,207.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 7/29/2009 | CALA reporting status, follow-up on correspondence, updating. | 0.6 | 710 | 426.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/21/2009 | Preparing and updating the CALA Creditor matrix for the inclusion of additional information received regarding purchase orders and supplier invoices. | 1.8 | 245 | 441.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/22/2009 | Researching address information for inclusion in the CALA Creditor Matrix. | 2.0 | 245 | 490.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/22/2009 | Analysis of changes in CALA Creditor Matrix between updated and prior versions. | 2.0 | 245 | 490.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/27/2009 | Compilation and analysis of list of CALA bank accounts. | 1.5 | 245 | 367.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/27/2009 | Reviewed new additions to the docket and prepared e-room for the incorporation of CALA supporting documents and templates. | 1.5 | 245 | 367.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/28/2009 | Compiled and formatted client-prepared CALA trial balances at 7/15/09 for analysis and reconciliation to SoFAs and Schedules. | 0.75 | 245 | 183.75 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/28/2009 | Compiled and formatted client-prepared CALA trial balances at 12/31/08 for analysis and reconciliation to SoFAs and Schedules. | 2.0 | 245 | 490.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/28/2009 | Created a summary reconciliation schedule of CALA trial balances to amounts included in SoFAs and Schedules to be filed. | 2.0 | 245 | 490.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/28/2009 | Reviewing client responses and incorporating the information provided into SoFA templates. | 1.7 | 245 | 416.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/29/2009 | Compiled and formatted CALA trial balances at 6/30/09 per client-provided General Ledger for inclusion in summary reconciliation schedule to SoFAs and Schedules. | 2.5 | 245 | 612.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/29/2009 | Updated Huron-prepared reconciliation schedule to include client-provided General Ledger information as of 6/30/09. | 0.8 | 245 | 183.75 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/29/2009 | Analysis of Huron-prepared trial balances to understand variances between measurement dates. | 1.8 | 245 | 428.75 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/29/2009 | Created a comprehensive list of insiders based on Nortel provided information and initial drafts of SoFA 21b and 22b exhibits. | 2.0 | 245 | 490.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/30/2009 | Reviewed all CALA supporting documents and initial drafts and templates prepared to date and uploaded to the eroom. | 1.0 | 245 | 245.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/30/2009 | Created a comprehensive list of insiders based on Nortel provided information and initial drafts of SoFA 21b and 22b exhibits. Researching the GID's for remaining CALA insiders. | 1.0 | 245 | 245.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/30/2009 | Prepared list of all losses from fire, theft, other casualty or gambling within 1 year immediately preceding the Petition Date (July 15, 2009 – July 14, 2009) based on Nortel-prepared information for incorporation into SoFA 8. | 0.4 | 245 | 102.08 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/30/2009 | Incorporation of consolidated tax group information (including Tax ID number) into SoFA 24 template. | 0.2 | 245 | 40.83 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/30/2009 | Compiling, formatting, and editing a Nortel-provided list of security deposits made with public utilities, telephone companies, landlords, and others for incorporation into Schedule B3. | 0.4 | 245 | 102.08 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Joseph McKenna | 7/30/2009 | Compiling, formatting, and editing a list of CALA bank accounts and each account's description and balance for incorporation into Schedule B2. Some research was needed to complete Schedule fields. | 1.0 | 245 | 245.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/2/2009 | Investigated and responded to various inquires received by Nortel's legal group by NNI creditors relating to Statements and Schedules. | 2 | 540 | 1,080.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/13/2009 | Compiled initial data request relating to a potential filing by NN CALA. | 2 | 540 | 1,080.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/13/2009 | Reviewed historical financial statements to determine scope relating to preparing NN CALA and other entities for potential chapter 11 petition. | 1.5 | 540 | 810.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/13/2009 | Compiled action items and workplan relating to potential filing of NN CALA and other entities. | 1 | 540 | 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/14/2009 | Compiled certain information required to populate chapter 11 petition for entities that may file. | 2.1 | 540 | 1,134.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/14/2009 | Analyzed intercompany balances in preparation for potential chapter 11 petition. | 1.1 | 540 | 594.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/14/2009 | Worked with A. Foster, P. Karr, L. Eagan, Nortel, to compile remaining outstanding information required for chapter 11 petition for potential filing. | 1.9 | 540 | 1,026.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/14/2009 | Organized and provided information to Cleary regarding potential chapter 11 petition filing for certain entities. | 1 | 540 | 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/17/2009 | Prepared detailed workplan to prepare Statements and Schedules for NN CALA and distributed to R. Boris, Nortel, for comments. | 2.5 | 540 | 1,350.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/24/2009 | Worked with Cleary and Epiq to address noticing issues with NNI statements and schedules and updated creditor matrix. | 1 | 540 | 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Lee Sweigart | 7/24/2009 | Updated detailed workplan to prepare Statements and Schedules for NN CALA based on feedback from R. Boris, Nortel. | 0.5 | 540 | 270.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 7/15/2009 | Prepared data required for Cala creditors matrix. | 2.2 | 540 | 1,188.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 7/16/2009 | Prepared data required for Cala creditors matrix and met with B. Ellis, C. Glaspell, and H. Williams (Nortel) to discuss financial report requirements of chapter 11 entities; Statements; Schedules; initial monthly operating report; Form 26, etc. | 4.3 | 540 | 2,322.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 7/20/2009 | Prepared letters of requests and responses to inquiries to various accounting and legal personnel to obtain data required for Cala financial reporting. | 2.4 | 540 | 1,296.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 7/22/2009 | Prepared responses to inquiries from counsel regarding NN Cala creditor matrix. | 1 | 540 | 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 7/23/2009 | Prepared responses to inquiries from C. Glaspell (Nortel) regarding NN Cala monthly operating report format. | 0.6 | 540 | 324.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 7/23/2009 | Prepared notes to associates regarding issues and questions on Schedules preparation and assumptions. | 1.7 | 540 | 918.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 7/24/2009 | Reviewed NN Cala budget for Mexico, balance sheet and other information in preparation for meeting with Cala Finance, Legal, and the monitor. | 3.1 | 540 | 1,674.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 7/27/2009 | Reviewed NN Cala budget for Mexico, balance sheet and other information in preparation for meeting with Cala Finance, Legal, and the monitor. | 2.5 | 540 | 1,350.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Michael Scannella | 7/1/2009 | Reviewed daily additions to docket and updated eroom tracker. | 1.2 | 245 | 294.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/8/2009 | Corresponded with A. Cordo of MNAT to file CNO for Huron's 4th monthly fee application. | 0.9 | 335 | 301.50 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Retention and Fee Applications | Coley P. Brown | 7/20/2009 | Reviewed and updated Nortel June time detail entries for consistency and content. | 1.5 | 335 | 502.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/20/2009 | Reviewed and updated Nortel June monthly fee application cover sheet. | 1.7 | 335 | 569.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/20/2009 | Reviewed and updated Nortel June monthly fee application exhibit C. | 1.8 | 335 | 603.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/21/2009 | Reviewed and updated Nortel June monthly fee application summary statement. | 1.6 | 335 | 536.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/21/2009 | Reconciled final Nortel June monthly fee application to ensure documents and numbers footed. | 1.5 | 335 | 502.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/21/2009 | Corresponded with A. Cordo of MNAT to file Huron's 5th monthly interim fee application for time devoted and expenses incurred during June. | 1.8 | 335 | 603.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/31/2009 | Prepared detailed time report for time devoted during July for the benefit of Nortel. | 2.5 | 335 | 837.50 |
| 6 | Retention and Fee Applications | James Lukenda | 7/16/2009 | First interim fee app, review, Huron Associate to confirm with counsel. | 0.5 | 710 | 355.00 |
| 6 | Retention and Fee Applications | Joseph McKenna | 7/28/2009 | Reviewed, formatted, edited, and updated fee and expense entries for interim fee applications. | 2 | 245 | 490.00 |
| 6 | Retention and Fee Applications | Joseph McKenna | 7/31/2009 | Completed detailed time report for time devoted during July for purposes of the monthly interim fee application. | 2 | 245 | 490.00 |
| 6 | Retention and Fee Applications | Lee Sweigart | 7/7/2009 | Prepared detailed time report for Jun-09 for work on Nortel engagement. | 3 | 540 | 1,620.00 |
| 6 | Retention and Fee Applications | Michael Scannella | 7/6/2009 | Reviewed expense entries for purposes of preparing the June Fee Application. | 1.5 | 245 | 367.50 |
| 6 | Retention and Fee Applications | Michael Scannella | 7/9/2009 | Reviewed available time entries and formatted for presentation in the June fee application. | 1 | 245 | 245.00 |
| 9 | Cash Flow Analysis and Reporting | James Lukenda | 7/13/2009 | Review correspondence from counsel regarding cash questions and points for follow-up, op unit correspondence. | 0.2 | 710 | 142.00 |
| 9 | Cash Flow Analysis and Reporting | Matthew J. Fisher | 7/17/2009 | Mexican entity cash flow analysis and discussion with J. Williams (Nortel) of historical intercompany billing practices and drivers of potential cash shortage in Mexican entity. | 1.5 | 540 | 810.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 7/1/2009 | Analyzed M and A copperhead update and considered impact to U.S. debtors and prepared notes. | 1.6 | 540 | 864.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 7/6/2009 | Analyzed M and A copperhead update and considered impact to U.S. debtors and prepared notes. | 0.9 | 540 | 486.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 7/10/2009 | Analyzed M and A copperhead update and considered impact to U.S. debtors and prepared notes. | 3.5 | 540 | 1,890.00 |
| 11 | Asset Sale & Disposition Support | Matthew J. Fisher | 7/22/2009 | Analyzed M and A copperhead update and considered impact to U.S. debtors. | 1.2 | 540 | 648.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/6/2009 | Performed research regarding proof of claim standards in the U.S. Bankruptcy Code per request of P. Karr of Nortel. | 2.2 | 335 | 737.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/6/2009 | Performed research regarding proof of claim standards per the Canada Bankruptcy and Insolvency Act per request of P. Karr of Nortel. | 2.4 | 335 | 804.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/6/2009 | Performed research regarding proof of claim standards per the UK Administration or Receivership per request of P. Karr of Nortel. | 2.3 | 335 | 770.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/6/2009 | Documented proof of claim standards per various bankruptcy jurisdictions and provided notes to Huron managing director and directors for review and comments. | 1.8 | 335 | 603.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/6/2009 | Initiated preparation of proof of claim standards white paper per request of Huron managing director for P. Karr of Nortel. | 2.6 | 335 | 871.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/7/2009 | Compiled proof of claim standards supporting documentation including proofs of claim forms to supplement white paper. | 2.6 | 335 | 871.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/7/2009 | Completed proof of claim standards white paper per request of Huron managing director for P. Karr of Nortel. | 1.4 | 335 | 469.00 |

NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/9/2009 | Incorporated comments from Huron managing director into the claims documentation standards white paper and finalized document. | 0.7 | 335 | 234.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 7/8/2009 | Review draft white paper on claims documentation standards, examples, etc., comments to Huron Associate, et al. | 1.4 | 710 | 994.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 7/10/2009 | Coordination on intercompany and claims bar date matters with Huron Director, follow-up on NNI related matters. | 0.5 | 710 | 355.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 7/10/2009 | Review bar date CCAA and US document drafts, comments. | 0.3 | 710 | 213.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 7/17/2009 | Accounting treatment, claims and foreign currency translation, address research, discussion with Huron Director. | 1.8 | 710 | 1,278.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 7/22/2009 | Review documents, proof-of-claim draft, etc. regarding US and Canadian Bar Dates. | 0.9 | 710 | 639.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 7/23/2009 | Claims filings, review drafts, correspondence. | 0.4 | 710 | 284.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 7/31/2009 | Review correspondence with counsel, response on requests. | 0.3 | 710 | 213.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/6/2009 | Reviewed and revised draft claims, management process documents, and reconciliation forms received from Nortel. | 1.6 | 540 | 864.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/8/2009 | Reviewed list of first 1,000 claims filed against Nortel to determine initial comments and action items. | 2 | 540 | 1,080.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/9/2009 | Call with R. Boris, R. Culkin and J. Davison, Nortel, to discuss overall claims management process and strategy. | 2 | 540 | 1,080.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/9/2009 | Reviewed NNI Livelink materials to identify information sources that could assist in overall claims management process. | 0.9 | 540 | 486.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/10/2009 | Reviewed claims management triage report provided by Nortel to determine resolution process and populate required fields per the process. | 2 | 540 | 1,080.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/15/2009 | Indentified potential invalid claims and objections based on detailed review of claims filed to date. | 1.8 | 540 | 972.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/15/2009 | Prepared various claims reporting and stratification summaries of claims filed to date. | 2.1 | 540 | 1,134.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/15/2009 | Prepared and documented methodology to identify single debtor duplicates, multiple debtor duplicates, amending claims and the identification of surviving claim numbers. | 1.5 | 540 | 810.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/15/2009 | Performed detailed review of claims over $1M filed to date and assigned preliminary estimate and recommendation to review and resolve. | 2.1 | 540 | 1,134.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/16/2009 | Reviewed initial claims status reporting based on feedback from R. Boris and J. Davison, Nortel. | 1.5 | 540 | 810.00 |
| 17 | Intercompany Claims | Coley P. Brown | 7/16/2009 | Reviewed U.S. Debtor Israeli proofs of claim filed within their bankruptcy jurisdiction. | 0.7 | 335 | 234.50 |
| 17 | Intercompany Claims | James Lukenda | 7/9/2009 | Review file on intercompany balances, scheduled amounts. | 1.1 | 710 | 781.00 |
| 17 | Intercompany Claims | James Lukenda | 7/9/2009 | Address intercompany claim-bar date correspondence, set up for call, etc. | 0.2 | 710 | 142.00 |
| 17 | Intercompany Claims | James Lukenda | 7/10/2009 | Intercompany claim matters, review analyses on balances and roll forward details. | 2.8 | 710 | 1,988.00 |
| 17 | Intercompany Claims | James Lukenda | 7/13/2009 | File review; coordination with Huron Directors regarding intercompany claims, foreign proofs of claim requirements, information requirements from counsel. | 2.8 | 710 | 1,988.00 |
| 17 | Intercompany Claims | James Lukenda | 7/14/2009 | Review schedules from administrator regarding matched positions, pre and post petition dates, prorata and full payable. | 0.7 | 710 | 497.00 |
| 17 | Intercompany Claims | James Lukenda | 7/14/2009 | Foreign claims filing, research on form and practice, materials to Huron team. | 1.3 | 710 | 923.00 |
| 17 | Intercompany Claims | James Lukenda | 7/15/2009 | CALA interco analysis, review update from Ernst and Young. | 0.2 | 710 | 142.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD July 1, 2009 THROUGH July 31, 2009**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 17 | Intercompany Claims | James Lukenda | 7/15/2009 | Call to Ernst and Young regarding CALA interco schedule. | 0.1 | 710 | 71.00 |
| 17 | Intercompany Claims | James Lukenda | 7/15/2009 | Review materials regarding Israel claims, preparation for call regarding same. | 0.7 | 710 | 497.00 |
| 17 | Intercompany Claims | James Lukenda | 7/16/2009 | Case reading, review interco, plan for claims considerations. | 1 | 710 | 710.00 |
| 17 | Intercompany Claims | James Lukenda | 7/20/2009 | Intercompany questions, review correspondence, schedules. | 0.5 | 710 | 355.00 |
| 17 | Intercompany Claims | James Lukenda | 7/21/2009 | Review intercompany claim correspondence, materials. | 0.6 | 710 | 426.00 |
| 17 | Intercompany Claims | James Lukenda | 7/30/2009 | Review intercompany correspondence, regarding Mexico/CALA. | 0.4 | 710 | 284.00 |
| 17 | Intercompany Claims | Matthew J. Fisher | 7/23/2009 | Discussed fx rates for intercompany prepetition claims with D. Culkin (Nortel) and reconciliation of those claims to items in Schedule F. | 1.3 | 540 | 702.00 |
| 17 | Intercompany Claims | Matthew J. Fisher | 7/27/2009 | Analyzed prepetition and postpetition intercompany claims matrix prepared by Nortel and positions of U.S. debtors versus debtors outside of the U.S. | 2 | 540 | 1,080.00 |
| 25 | Case Administration | James Lukenda | 7/1/2009 | Address US-CD reporting matters with staff and KV. | 1.3 | 710 | 923.00 |
| 25 | Case Administration | James Lukenda | 7/22/2009 | Case administration, analysis and review, correspondence update. | 0.3 | 710 | 213.00 |
| 26 | Travel Time | Coley P. Brown | 7/1/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 7/13/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 7/16/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 7/27/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 335 | 670.00 |
| 26 | Travel Time | Coley P. Brown | 7/30/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 335 | 670.00 |
| 26 | Travel Time | Joseph McKenna | 7/20/2009 | Travel time over initial hour from residence (NYC) to Nortel client site (Toronto). | 3 | 245 | 735.00 |
| 26 | Travel Time | Joseph McKenna | 7/22/2009 | Travel time over initial hour from Nortel client site (Toronto, ON) to residence (NY, NY). | 3 | 245 | 735.00 |
| 26 | Travel Time | Joseph McKenna | 7/27/2009 | Travel time over initial hour from residence (NYC) to Nortel client site (Toronto). | 2 | 245 | 490.00 |
| 26 | Travel Time | Joseph McKenna | 7/30/2009 | Travel time over initial hour from Nortel client site (Toronto, ON) to residence (NY, NY). | 2 | 245 | 490.00 |
| 26 | Travel Time | Matthew J. Fisher | 7/13/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 540 | 1,080.00 |
| 26 | Travel Time | Matthew J. Fisher | 7/16/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 540 | 1,080.00 |
| 26 | Travel Time | Matthew J. Fisher | 7/20/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 540 | 1,080.00 |
| 26 | Travel Time | Matthew J. Fisher | 7/23/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2 | 540 | 1,080.00 |
| 26 | Travel Time | Matthew J. Fisher | 7/28/2009 | Travel time to and from Chicago and Toronto beyond initial hour of travel. | 2.5 | 540 | 1,350.00 |
| **Total** | | | | | **313.85** | | **144,179.25** |