# **EXHIBIT B**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2009 THROUGH JULY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/29/2009 | Coley P. Brown | Airfare | Flight to and from Toronto for week of 7/27-7/30. | 924.61 |
| 7/10/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 7/13-7/16. | 1,245.85 |
| 7/28/2009 | James Lukenda | Airfare | CO-EWR to YYZ for 8/4-BY62JB | 479.88 |
| 7/19/2009 | Joseph J. McKenna | Airfare | Continental Airlines/United Airlines; Newark, NJ to/from Toronto, ON; July 20 through July 22; travel to/from Nortel client site in Toronto. | 1,073.68 |
| 7/23/2009 | Joseph J. McKenna | Airfare | US Airways; LGA to Toronto, ON; 7/27 - 7/30; Travel to/from Nortel client site. | 485.20 |
| 7/9/2009 | Lee A. Sweigart | Airfare | Air Canada - IND/YYZ - 7/14 - 7/16 | 1,274.33 |
| 7/31/2009 | Lee A. Sweigart | Airfare | Air Canada, 8/4-8/6, flight to debtors' location. | 1,729.00 |
| 7/16/2009 | Matthew J. Fisher | Airfare | Porter, Chicago to Toronto, 7/13 - 7/16, transportation to Debtors offices. | 1,380.05 |
| 7/23/2009 | Matthew J. Fisher | Airfare | Porter, Chicago to Toronto, 7/20 - 7/23, transportation to Debtors offices. | 1,596.15 |
| 7/29/2009 | Matthew J. Fisher | Airfare | Southwest, Chicago to Ft. Lauderdale, FL, 7/28 - 7/29, flight to NN Cala office. | 777.20 |
| 7/1/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence for travel on Nortel. | 40.00 |
| 7/13/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport for travel on Nortel. | 40.00 |
| 7/16/2009 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence. | 40.00 |
| 7/27/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to airport for travel on Nortel. | 40.00 |
| 7/30/2009 | Coley P. Brown | Ground Transportation | Cab ride from airport to residence for travel on Nortel. | 40.00 |
| 7/20/2009 | Joseph J. McKenna | Ground Transportation | Residence (NYC) to Newark Airport. | 61.44 |
| 7/22/2009 | Joseph J. McKenna | Ground Transportation | Newark Airport to home (NYC). | 15.00 |
| 7/27/2009 | Joseph J. McKenna | Ground Transportation | Toronto Airport to Nortel client site. | 30.52 |
| 7/27/2009 | Joseph J. McKenna | Ground Transportation | Home (NYC) to LaGuardia airport - going to Nortel in Toronto. | 65.70 |
| 7/30/2009 | Joseph J. McKenna | Ground Transportation | LaGuardia Airport to home (NYC). | 50.41 |
| 7/14/2009 | Lee A. Sweigart | Ground Transportation | Ride to Nortel office from YYZ. | 35.94 |
| 7/13/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport to Westin. | 12.00 |
| 7/13/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (MDW). | 30.00 |
| 7/13/2009 | Matthew J. Fisher | Ground Transportation | Transportation from Westin hotel to 195 The West Mall, Toronto (Nortel office). | 43.00 |
| 7/13/2009 | Matthew J. Fisher | Ground Transportation | Transportation from 195 TheWest Mall, Toronto (Nortel office) to hotel (Westin). | 54.00 |
| 7/16/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (MDW) to residence. | 30.00 |
| 7/16/2009 | Matthew J. Fisher | Ground Transportation | Transportation from 195 West Mall to airport (city centre). | 43.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2009 THROUGH JULY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/20/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (MDW). | 30.00 |
| 7/20/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (city centre) to 195 The West Mall (Nortel office). | 42.00 |
| 7/22/2009 | Matthew J. Fisher | Ground Transportation | Transportation from 195 The West Mall to Westin (city centre). | 38.05 |
| 7/23/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (MDW) to residence. | 30.00 |
| 7/28/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (MDW). | 30.00 |
| 7/28/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (FLL) to Crowne Plaza, Ft. Lauderdale. | 50.00 |
| 7/29/2009 | Matthew J. Fisher | Ground Transportation | Transportation from Crowne Plaza, Ft. Lauderdale to NN Cala office. | 20.00 |
| 7/29/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport to residence (MDW). | 30.00 |
| 7/29/2009 | Matthew J. Fisher | Ground Transportation | Transportation from NN Cala office to airport (FLL). | 45.00 |
| 7/1/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel from 6/29-7/1 (2 nights). Hotel $243.97 + Parking $80 = $323.97. Also included $20 for parking and maid tips during stay. | 263.97 |
| 7/16/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel from 7/13-7/16 (3 nights). Hotel $380.79 + Parking $120 + Meal $20 = $520.79. Also included $20 for parking and maid tips during stay. Did not bill for meal. | 400.79 |
| 7/20/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Harbour Castle, Toronto, ON; 7/20-7/22; Lodging while at Nortel client site, 2 nights. | 301.03 |
| 7/16/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle - 7/14-7/16, 2 nights. | 260.73 |
| 7/16/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, 7/13 - 7/16, lodging near Debtors' office, 3 nights. | 381.12 |
| 7/23/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 7/20 - 7/23, lodging near Debtors' office, 3 nights. | 380.46 |
| 7/29/2009 | Matthew J. Fisher | Hotel/Lodging | Crown Plaza, Ft. Lauderdale, FL, lodging near Cala office, 1 night. | 176.49 |
| 6/29/2009 | Coley P. Brown | Meals | Dinner at Kitchen Table for Coley Brown (1 person). | 40.38 |
| 7/1/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for week of 6/29-7/1 for Coley Brown (1 person). | 10.00 |
| 7/13/2009 | Coley P. Brown | Meals | Breakfast at airport while traveling to Toronto for Coley Brown (1 person). | 8.29 |
| 7/14/2009 | Coley P. Brown | Meals | Dinner at Boiler House for Matt Fisher, Lee Sweigart and Coley Brown (3 people). | 145.43 |
| 7/15/2009 | Coley P. Brown | Meals | Dinner at Blowfish for Coley Brown, Lee Sweigart and Matt Fisher (3 people). | 150.00 |
| 7/16/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for week of 7/13-7/16 for Coley Brown (1 person). | 15.00 |
| 7/27/2009 | Coley P. Brown | Meals | Breakfast at airport while traveling to Toronto for Coley Brown (1 person). | 7.83 |
| 7/30/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for week of 7/27-7/30 for Coley Brown (1 person). | 15.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2009 THROUGH JULY 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/20/2009 | Joseph J. McKenna | Meals | beerbistro, Toronto, ON; Dinner while at Nortel client site; Matthew Fisher, Joseph McKenna, 2 people. | 100.00 |
| 7/21/2009 | Joseph J. McKenna | Meals | Toula Dining; Toronto, ON; Dinner while at Nortel client site in Toronto; Matthew Fisher, Joseph McKenna, 2 people. | 100.00 |
| 7/30/2009 | Joseph J. McKenna | Meals | Jet Rock Bar and Grill, Philadelphia Airport; Travel meal (Dinner), 1 person. | 24.43 |
| 7/14/2009 | Lee A. Sweigart | Meals | Breakfast - Week of 7/14, 1 person. | 18.23 |
| 7/16/2009 | Lee A. Sweigart | Meals | Dinner at YYZ - McLeans T3, 1 person. | 19.34 |
| 7/13/2009 | Matthew J. Fisher | Meals | Hy's Toronto, out-of-town dinner | 50.00 |
| 7/13/2009 | Matthew J. Fisher | Meals | Breakfast at airport (MDW), 1 person. | 12.65 |
| 7/14/2009 | Matthew J. Fisher | Meals | Westin, Room service dinner, 1 person. | 35.83 |
| 7/22/2009 | Matthew J. Fisher | Meals | Oyshi Sushi, Toronto, out of town dinner, 1 person. | 23.80 |
| 7/23/2009 | Matthew J. Fisher | Meals | Harbour Sports Grille, Toronto, out of town dinner, 1 person. | 35.47 |
| 7/29/2009 | Matthew J. Fisher | Meals | Dinner at airport (FLL), 1 person. | 19.31 |
| 7/27/2009 | Joseph J. McKenna | Other | Canadian Government Services; Work Permit for services performed on Nortel Engagement in Canada. | 142.68 |
| 7/1/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin hotel for 2 nights from 6/29-7/1. | 80.00 |
| 7/15/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto to have dinner while traveling for Nortel. | 5.41 |
| 7/16/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin from 7/13-7/16 (3 nights). | 120.00 |
| 7/28/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto in order to have dinner while traveling. | 5.00 |
| 7/29/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto near dinner location while traveling. | 10.00 |
| 7/1/2009 | Coley P. Brown | Rental Car | Avis rental car for week of 6/29-7/1 (3 days). | 206.25 |
| 7/16/2009 | Coley P. Brown | Rental Car | Rental car in Toronto for 7/13-7/16 (4 days). | 271.81 |
| 7/22/2009 | Joseph J. McKenna | Rental Car | Avis; Toronto International Airport; 7/20 - 7/22, 3 days. | 229.09 |
| 7/14/2009 | Coley P. Brown | Research | Research - PACER SERVICE CENTER | 7.60 |

**Total**     16,025.43