# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

May 1, 2009 Through July 31, 2009[8]

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stuart Baskin | Partner/Litigation | 950 | 1.5 | 1,492.00 |
| Marc Ashley | Counsel/Litigation | 745 | 18.5 | 13,782.00 |
| Elizabeth R. Weiss (2001) | Associate/Litigation | 630 | 6.6 | 4,158.00 |
| Parthapratim Chanda (2004) | Associate/Litigation | 580 | 2.5 | 1,450.00 |
| Brian Burke (2005) | Associate/Litigation | 525 | 26.3 | 13,807.50 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 17.8 | 9,345.00 |
| Kelly McDonald (2006) | Associate/Bankruptcy | 525 | 2.6 | 1,365.00 |
| Ira E. Wiener | Managing Attorney | 340 | 0.9 | 306.00 |
| Mary Glennon | Paralegal | 245 | 37.9 | 9,285.50 |
| Jennifer Lin | Paralegal | 195 | 0.7 | 136.50 |
| Nafisa Isa | Paralegal | 185 | 35.4 | 6,549.00 |
| Luis Feliciano | Case Clerk | 185 | 1.5 | 277.50 |
| Tyrone McBride | Case Clerk | 185 | 0.5 | 92.50 |
| Maria Molinelli | Case Clerk | 185 | 0.7 | 129.50 |
| Ruth Sheopaul | Case Clerk | 185 | 9.4 | 1,739.00 |
| **Total** | | | 162.8 | $63,916.00 |
| **Grand Total:**  $63,916.00 | | | | |
| **Blended Rate:**  $392.60 | | | | |

---

[8] Includes unbilled compensation for March 2009 and April 2009.

511427.2

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00016

PROFORMA NO.          787202
BATCH NO.             611819
THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency:  US DOLLARS

================================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 07/15/09 | 06262 Baskin, Stuart | 1.00 | 995.00 | 28130613 |
| Task: | Prepare for conference; meeting with associates | | | |
| 07/17/09 | 07453 Feliciano, Luis | 1.50 | 277.50 | 28080021 |
| Task: | Delivered package to Judge Berman regarding Nortel Networks v. SEC for N. Isa. | | | |
| 07/22/09 | 08288 Wiener, Ira E. | .40 | 136.00 | 28087525 |
| Task: | Using PACER, retrieved memo endorsement and entered information on docket; made calendar entries regarding default judgment against M. Gollogly. | | | |
| 06/22/09 | 13325 Glennon, Mary M. | .70 | 171.50 | 27968688 |
| Task: | Regulatory: retrieved and PDFed documents for E. Weiss (.6) | | | |
| 07/14/09 | 13325 Glennon, Mary M. | 1.80 | 441.00 | 28057633 |
| Task: | Reviewed, printed and filed recent filings and correspondence. | | | |
| 07/17/09 | 13325 Glennon, Mary M. | .80 | 196.00 | 28075513 |
| Task: | Assisted B. Burke with Nortel filing; reviewed and responded to e-mail. | | | |
| 07/21/09 | 13325 Glennon, Mary M. | .70 | 171.50 | 28100806 |
| Task: | Settlement: filed legal files. | | | |
| 07/23/09 | 13325 Glennon, Mary M. | .60 | 147.00 | 28105279 |
| Task: | Settlement: reviewed and filed legal files. | | | |
| 05/14/09 | 15492 Burke, Brian | 1.10 | 577.50 | 27831008 |
| Task: | Telephone call with Nortel I plaintiffs' counsel regarding reimbursement of transfer agent invoices. | | | |
| 07/09/09 | 15492 Burke, Brian | 3.80 | 1,995.00 | 28038580 |
| Task: | Reviewed transfer agent invoices (1); drafted summary spreadsheet of reimbursable fees and expenses (2.2); drafted proposed reimbursement order (.6). | | | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09                    PROFORMA NO.        787202
02205-00016                                     BATCH NO.           611819
                                                THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

          Currency:  US DOLLARS
===============================================================================
Date      Timekeeper                              Hours     Amount   Index #
07/13/09  15492 Burke, Brian                       1.70     892.50 28052969
    Task:         Class action settlement: Call with Nortel II
                  plaintiffs' counsel regarding Computershare
                  invoices (.5); reviewed invoices (.3); drafted
                  reimbursement motion and submitted to Judge
                  Preska (.9).

07/14/09  15492 Burke, Brian                       1.20     630.00 28052979
    Task:         Class action settlement: Reviewed materials in
                  preparation for Nortel I status conference (1);
                  call with J. Dearing regarding same (.2).

07/15/09  15492 Burke, Brian                       5.80   3,045.00 28052982
    Task:         Prepared for and attended Nortel I status
                  conference (3.2); calls and emails with J.
                  Dearing, S. Tenai and S. Baskin regarding
                  reimbursement (1); drafted letter to J. Berman
                  requesting reimbursement of Computershare fees
                  and expenses (1.6).

07/16/09  15492 Burke, Brian                       5.20   2,730.00 28066785
    Task:         Class action settlement: Drafted reimbursement
                  letter brief and Computershare declaration for
                  Judge Berman (4.6); discussions and emails with
                  S. Baskin and Computershare regarding same (.6).

07/17/09  15492 Burke, Brian                       4.10   2,152.50 28066789
    Task:         Class action settlement: Drafted and finalized
                  reimbursement letter brief and Computershare
                  declaration and arranged for submission to
                  Judge Berman (3.7); discussions and emails with
                  S. Baskin, J. Dearing and Computershare
                  regarding same (.4).

07/21/09  15492 Burke, Brian                       1.30     682.50 28079600
    Task:         Class action settlement: Drafted letter to
                  Nortel II plaintiffs' counsel directing
                  reimbursement.

07/24/09  15492 Burke, Brian                       1.30     682.50 28096492
    Task:         Securities settlement: Reviewed letter brief
                  and accompanying materials filed by Nortel I
                  plaintiffs' counsel.

07/29/09  15492 Burke, Brian                        .80     420.00 28117337
    Task:         Reviewed historical correspondence in response

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00016

PROFORMA NO.        787202
BATCH NO.           611819
THROUGH DATE: 07/31/09

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

Currency:  US DOLLARS

==================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | to requests from M. Glennon and E. Weiss regarding Kroll database; corresponded with Nortel II plaintiffs' counsel and Nortel regarding wire transfer. | | | |
| 07/13/09 Task: | 20883 McBride, Tyrone E-mailed for Brian Burke to Orders and Judgments at SDNY a Proposed Order regarding Nortel Reimbursement. | .50 | 92.50 | 28043540 |
| 06/10/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.50 | 27920225 |
| 06/22/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .50 | 92.50 | 27959299 |
| 06/24/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.50 | 27965111 |
| 06/29/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .60 | 111.00 | 27993801 |
| 07/08/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .50 | 92.50 | 28029687 |
| 07/16/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .50 | 92.50 | 28056437 |
| 07/16/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .40 | 74.00 | 28056436 |
| 07/20/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .30 | 55.50 | 28070173 |
| 07/30/09 Task: | 20891 Sheopaul, Ruth Reviewed papers and made docket and calendar entries in Law Manager. | .20 | 37.00 | 28127918 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00016

PROFORMA NO.        787202
BATCH NO.           611819
THROUGH DATE: 07/31/09

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

Currency:  US DOLLARS

==============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 07/08/09 | 21938 Isa, Nafisa | 1.00 | 185.00 | 28035147 |

Task:    Reviewed expense invoices for non-reimbursable
         charges (.6); created chart of non-reimbursable
         charges as per B. Burke (.4).

| | | | | |
|------|-----------|-------|--------|---------|
| 07/17/09 | 21938 Isa, Nafisa | 2.30 | 425.50 | 28068145 |

Task:    Prepared letter brief, declaration and exhibits
         to be sent to judge (1.4); corresponded with
         Managing Attorney's office to arrange delivery
         documents (.9).

         TOTAL HOURS:              41.20
         TOTAL FEES:                      17,712.00

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/10/09
02205-00018

PROFORMA NO.          787203
BATCH NO.             611819
THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
MARCH 2004 ERISA ACTION

          Currency:  US DOLLARS

====================================================================================

## Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 07/06/09 05842 Molinelli, Maria | | .40 | 74.00 | 28015824 |
| Task: | Discussed and arranged to research notices of withdrawal for M. Glennon. | | | |
| 07/07/09 05842 Molinelli, Maria | | .30 | 55.50 | 28029443 |
| Task: | Discussed and reviewed Domenikos notice of withdrawal for M. Glennon. | | | |
| 07/21/09 06262 Baskin, Stuart | | .00 | .00 | 28074634 |
| Task: | FOR PROFESSIONAL SERVICES RENDERED AND POSTED with representing Nortel Networks Corporation | | | |
| 07/06/09 08288 Wiener, Ira E. | | .50 | 170.00 | 28030296 |
| Task: | Reviewed precedent and rules for withdrawing attorney of record in SDNY case and discussed procedure with M. Molinelli. | | | |
| 07/07/09 20891 Sheopaul, Ruth | | .30 | 55.50 | 28023411 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 07/13/09 20891 Sheopaul, Ruth | | .30 | 55.50 | 28042497 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

```
                    TOTAL HOURS:            1.80
                    TOTAL FEES:                    410.50
```

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00020

PROFORMA NO.          787204
BATCH NO.             611819
**THROUGH DATE: 07/31/09**

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**

Currency:  US DOLLARS

===============================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 07/21/09 | 06262 Baskin, Stuart | .00 | .00 | 28074635 |
| Task: | FOR PROFESSIONAL SERVICES RENDERED AND POSTED with representing Nortel Networks Corporation | | | |
| 07/06/09 | 13325 Glennon, Mary M. | 2.70 | 661.50 | 28010152 |
| Task: | Drafted Motion to Withdraw and Proposed Order for M. Ashley. | | | |
| 07/07/09 | 13325 Glennon, Mary M. | 1.90 | 465.50 | 28039542 |
| Task: | Edited and proofed M. Ashley's Motion to Withdraw and Proposed Order; drafted e-mails regarding same to M. Ashley and MA's office; telephone calls with MA's office. | | | |
| 07/30/09 | 13429 Weiss, Elizabeth R. | .10 | 63.00 | 28126492 |
| Task: | Telephone call from plaintiffs regarding Canadian stay; correspondence with Ogilvy Renault regarding same. | | | |
| 07/31/09 | 13429 Weiss, Elizabeth R. | .10 | 63.00 | 28133876 |
| Task: | Correspondence with plaintiffs regarding extension of stay. | | | |
| 04/13/09 | 14623 Ashley, Marc D. | 1.40 | 1,043.00 | 27716819 |
| Task: | Reviewed materials and communications regarding Domenikos action. | | | |
| 04/20/09 | 14623 Ashley, Marc D. | 2.20 | 1,639.00 | 27742701 |
| Task: | Call with J. Dearing and bankruptcy counsel regarding stay of Domenikos action; reviewed related materials and other communications regarding stay of action. | | | |
| 04/21/09 | 14623 Ashley, Marc D. | 1.40 | 1,043.00 | 27742706 |
| Task: | Reviewed draft letter and related materials regarding stay of Domenikos action; communications regarding same. | | | |
| 04/22/09 | 14623 Ashley, Marc D. | 1.20 | 894.00 | 27742710 |
| Task: | Reviewed draft letter and related materials regarding stay of Domenikos action; communications regarding same. | | | |

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/18/09                    PROFORMA NO.        787204
02205-00020                                     BATCH NO.          611819
                                                THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION


          Currency:  US DOLLARS
=============================================================================
Date      Timekeeper                              Hours    Amount   Index #

04/24/09 14623 Ashley, Marc D.                      .80    596.00 27773403
    Task:         Communications regarding stay of Domenikos
                  action; reviewed related materials.

04/27/09 14623 Ashley, Marc D.                     1.00    745.00 27773406
    Task:         Communications regarding status of Domenikos
                  action; reviewed related materials.

04/28/09 14623 Ashley, Marc D.                     1.70  1,266.50 27773410
    Task:         Reviewed draft letter and related materials
                  regarding stay of Domenikos action;
                  communications regarding same.

04/29/09 14623 Ashley, Marc D.                     1.30    968.50 27773413
    Task:         Reviewed draft letter and related materials
                  regarding stay of Domenikos action;
                  communications regarding same.

04/30/09 14623 Ashley, Marc D.                     3.60  2,682.00 27780177
    Task:         Communications with team and bankruptcy counsel
                  regarding scope of bankruptcy stay in Domenikos
                  action; prepared for Domenikos court conference
                  regarding status of litigation.

05/01/09 14623 Ashley, Marc D.                     3.30  2,458.50 27786577
    Task:         Preparation for court conference regarding stay
                  of Domenikos action; travel to and attendance
                  at court conference; communications regarding
                  stay of action; reviewed related materials.

05/04/09 14623 Ashley, Marc D.                      .60    447.00 27786580
    Task:         Communications regarding status of Domenikos
                  action; reviewed related materials.

05/01/09 14962 Chanda, Parthapratim                2.10  1,218.00 27781488
    Task:         Hearing before Judge Kaplan (1.2); travel from
                  hearing (.5); correspondence regarding hearing
                  with co-counsel (.4).

05/04/09 14962 Chanda, Parthapratim                 .40    232.00 27784205
    Task:         Retrieving order suspending action (.2);
                  correspondence with M. Ashley regarding order
                  (.1); correspondence with co-counsel regarding
                  same (.1).
```

Page (8) 8

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00020

PROFORMA NO.          787204
BATCH NO.             611819
THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION

Currency:  US DOLLARS
==============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 05/01/09 | 20891 Sheopaul, Ruth | 1.00 | 185.00 | 27782313 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 05/05/09 | 20891 Sheopaul, Ruth | .30 | 55.50 | 27782337 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 05/06/09 | 20891 Sheopaul, Ruth | .30 | 55.50 | 27786080 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

TOTAL HOURS:              27.40
TOTAL FEES:                       16,781.50

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09                    PROFORMA NO.          787205
02205-00021                                     BATCH NO.             611819
                                                THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
================================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 03/20/09 | 06262 Baskin, Stuart | .50 | 497.50 | 27650726 |
| Task: | SEC issues regarding preserving privilege | | | |
| 05/29/09 | 13325 Glennon, Mary M. | 1.10 | 269.50 | 27892352 |
| Task: | Bankruptcy: Attended office conference with T. Gilroy regarding preparing interim fee application (.3); calculated data for inclusion in the interim fee application (.8) | | | |
| 06/10/09 | 13325 Glennon, Mary M. | 1.30 | 318.50 | 27925160 |
| Task: | Bankruptcy: filed bankruptcy filing (.3); updated correspondence and case files (.4); updated indices (.6) | | | |
| 06/23/09 | 13325 Glennon, Mary M. | 1.20 | 294.00 | 27973207 |
| Task: | Regulatory: reviewed and responded to e-mails from team; reviewed and filed recent filings on the SEC v. Dunn case. (1.2) | | | |
| 06/24/09 | 13325 Glennon, Mary M. | 2.40 | 588.00 | 27973212 |
| Task: | Regulatory: reviewed and responded to e-mails from T. Gilroy; reviewed, pulled and organized correspondence between S&S and the SEC regarding Recall Documents. | | | |
| 06/25/09 | 13325 Glennon, Mary M. | 1.70 | 416.50 | 27983182 |
| Task: | Regulatory: reviewed and responded to e-mails regarding recall documents; telephone call with T. Gilroy regarding same. | | | |
| 06/26/09 | 13325 Glennon, Mary M. | 2.40 | 588.00 | 27983187 |
| Task: | Regulatory: researched indices and correspondence files regarding recall docs.; reviewed and responded to e-mails regarding same (2.0); coordinated PDF's of Dunn filings to B. Burke; re-filed filings (.4). | | | |
| 07/01/09 | 13325 Glennon, Mary M. | 2.30 | 563.50 | 28010145 |
| Task: | Regulatory: assisted T. Gilroy and E. Weiss with recall letters to the SEC; reviewed and responded to e-mails. | | | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00021

PROFORMA NO.          787205
BATCH NO.             611819
THROUGH DATE: 07/31/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

                Currency:  US DOLLARS
=================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 07/02/09 | 13325 Glennon, Mary M. | .50 | 122.50 | 28010148 |

Task:          Regulatory: reviewed and responded to e-mails; reviewed and printed excel spreadsheets.

| 07/06/09 | 13325 Glennon, Mary M. | 1.40 | 343.00 | 28010155 |

Task:          Regulatory: reviewed e-mails; responded to same; reviewed, printed e-mails.

| 07/09/09 | 13325 Glennon, Mary M. | 2.60 | 637.00 | 28052087 |

Task:          Regulatory: Reviewed, printed and filed employee list; updated recall index (1.8); reviewed, printed Pacer information regarding Nortel cases (.8).

| 07/15/09 | 13325 Glennon, Mary M. | .70 | 171.50 | 28062421 |

Task:          Regulatory: edited recall index; reviewed filed memos and legal filings.

| 07/28/09 | 13325 Glennon, Mary M. | 3.60 | 882.00 | 28127467 |

Task:          Regulatory: Research for E. Weiss regarding Fios and Kroll data and Kroll or Fios raw data; review of indices; responded and reviewed e-mails to E. Weiss; reviewed e-mails regarding information regarding FIOS and Kroll data.

| 07/29/09 | 13325 Glennon, Mary M. | .90 | 220.50 | 28127473 |

Task:          Regulatory: reviewed and responded to e-mails regarding FIOS and Kroll data bases; coordinated retrieval of boxes from storage facility.

| 07/30/09 | 13325 Glennon, Mary M. | 6.10 | 1,494.50 | 28127476 |

Task:          Regulatory: reviewed and responded to e-mails from B. Burke; reviewed and responded to e-mails from E. Weiss; reviewed Nortel II indices regarding Kroll data; reviewed boxes retrieved from storage; telephone call with T. Yau regarding databases; e-mails to J. Kapp regarding same; reviewed boxes of Kroll raw data; office conference with E. Weiss regarding same.

| 07/31/09 | 13325 Glennon, Mary M. | .50 | 122.50 | 28135785 |

Task:          Regulatory: re-filing Kroll data; returned files to records; drafted paperwork regarding same.

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00021

PROFORMA NO.        787205
BATCH NO.           611819
THROUGH DATE: 07/31/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

================================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 05/19/09 13429 Weiss, Elizabeth R. | | .70 | 441.00 | 27829569 |
| Task: | Telephone call with Kroll regarding database shutdown; correspondence with team and PTS regarding same. | | | |
| 05/20/09 13429 Weiss, Elizabeth R. | | .10 | 63.00 | 27836509 |
| Task: | Correspondence regarding closing of Kroll databases. | | | |
| 05/21/09 13429 Weiss, Elizabeth R. | | .20 | 126.00 | 27854813 |
| Task: | Correspondence to J. Dearing regarding closing of Kroll database. | | | |
| 05/26/09 13429 Weiss, Elizabeth R. | | .10 | 63.00 | 27858098 |
| Task: | Telephone call from V. Martinez at the SEC regarding Garden City's performance; correspondence with B. Burke and S. Baskin regarding same. | | | |
| 05/27/09 13429 Weiss, Elizabeth R. | | .40 | 252.00 | 27873783 |
| Task: | Review telephone message from SEC; telephone call with J. Dearing regarding same and Kroll databases. | | | |
| 06/03/09 13429 Weiss, Elizabeth R. | | .20 | 126.00 | 27895310 |
| Task: | Telephone call with V. Martinez regarding Garden City and recalled documents. | | | |
| 06/22/09 13429 Weiss, Elizabeth R. | | .80 | 504.00 | 27961115 |
| Task: | Correspondence with SEC regarding inquiry into RSU analysis, research into same, and telephone call with V. Martinez regarding pending actions against Nortel (.8). | | | |
| 06/23/09 13429 Weiss, Elizabeth R. | | .30 | 189.00 | 27961121 |
| Task: | Telephone calls and correspondence with SEC and S. Tenai regarding SEC inquiries. | | | |
| 06/24/09 13429 Weiss, Elizabeth R. | | .30 | 189.00 | 27969337 |
| Task: | Telephone call with V. Martinez regarding status of Nortel litigations and recalls and follow-up correspondence with team, S. Tenai, and J. Dearing regarding same. | | | |
| 06/25/09 13429 Weiss, Elizabeth R. | | .60 | 378.00 | 27969342 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00021

PROFORMA NO.            787205
BATCH NO.              611819
THROUGH DATE: 07/31/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

===============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | Task:              Telephone call | | | |

| 06/26/09 13429 Weiss, Elizabeth R. | .10 | 63.00 | 27976588 |
|---|---|---|---|
| Task:              Correspondence with T. Gilroy regarding recall status. | | | |

06/30/09 13429 Weiss, Elizabeth R.                      .50    315.00 28000992
    Task:           Correspondence with client regarding latest SEC
                    request and telephone call with SEC responding
                    to earlier inquiry.

07/01/09 13429 Weiss, Elizabeth R.                      .30    189.00 28000998
    Task:           Correspondence regarding recalled materials.

07/02/09 13429 Weiss, Elizabeth R.                      .10     63.00 28012210
    Task:           Correspondence with SEC providing requested
                    information.

07/07/09 13429 Weiss, Elizabeth R.                      .30    189.00 28025004
    Task:           Edit spreadsheet and correspondence with SEC
                    regarding inquiry into former employee contact
                    information.

07/21/09 13429 Weiss, Elizabeth R.                      .10     63.00 28082390
    Task:           File organization and maintenance.

07/27/09 13429 Weiss, Elizabeth R.                      .20    126.00 28104940
    Task:           Review correspondence from J. Dearing regarding
                    location of FIOS data; instruct M. Glennon
                    regarding same.

07/30/09 13429 Weiss, Elizabeth R.                     1.00    630.00 28126490
    Task:           Review records to determine location of FIOS
                    data.

07/31/09 13429 Weiss, Elizabeth R.                      .10     63.00 28133873
    Task:           Correspondence with J. Dearing regarding FIOS
                    data.

05/04/09 16476 Gilroy, Terence P.                      2.10  1,102.50 27783155
    Task:           Bankruptcy - Corresponded with N. Salvatore
                    regarding billing procedures (.6); reviewed
                    updated conflicts list and compared with list
                    included in Shearman & Sterling's application
                    for appointment as special litigation counsel
                    (.2); corresponded with D. McPherson regarding

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/18/09            PROFORMA NO.        787205
02205-00021                             BATCH NO.           611819
                                        THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
```

          Currency:  US DOLLARS
===================================================================================
```
Date     Timekeeper                                      Hours     Amount   Index #
                  generation of pro forma invoices (.3)


05/06/09 16476 Gilroy, Terence P.                          .70     367.50 27789200
   Task:         Bankruptcy - Drafted fee application.


05/12/09 16476 Gilroy, Terence P.                          .40     210.00 27805742
   Task:         Meeting with D. McPherson regarding fee
                 application in Nortel bankruptcy proceeding.


05/15/09 16476 Gilroy, Terence P.                         1.00     525.00 27820482
   Task:         Meeting with D. McPherson regarding bankruptcy
                 court fee application; reviewed diary entries
                 for submission to bankruptcy court.


05/18/09 16476 Gilroy, Terence P.                          .50     262.50 27830800
   Task:         Bankruptcy - Meeting with legal assistant to
                 discuss bankruptcy court fee application.


05/20/09 16476 Gilroy, Terence P.                         3.90   2,047.50 27845037
   Task:         Bankruptcy - Reviewed diary entries for interim
                 fee application; meeting with N. Isa regarding
                 interim fee application; edited interim fee
                 application; telephone call with D. Montenez
                 regarding interim fee application.


05/21/09 16476 Gilroy, Terence P.                         1.20     630.00 27845040
   Task:         Meeting with N. Isa regarding interim fee
                 application; edited interim fee application.


05/22/09 16476 Gilroy, Terence P.                         1.20     630.00 27856344
   Task:         Bankruptcy - Reviewed draft fee application and
                 edited same (.6); prepared correspondence to
                 caseteam regarding billing procedures in Nortel
                 matters (.4); telephone call with Treasury
                 Department regarding fee application (.2).


05/28/09 16476 Gilroy, Terence P.                          .60     315.00 27883774
   Task:         Bankruptcy - Edited interim fee application
                 (.4); corresponded with A. Cordo regarding same
                 (.2).


05/29/09 16476 Gilroy, Terence P.                          .90     472.50 27894308
   Task:         Bankruptcy - Meeting with D. McPherson
                 regarding fee application (.3); meeting with M.
                 Glennon regarding interim fee application (.3);
                 edited interim fee application (.3).
```

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09                    PROFORMA NO.          787205
02205-00021                                     BATCH NO.             611819
                                                THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
=================================================================================
Date    Timekeeper                                  Hours    Amount   Index #

06/01/09 16476 Gilroy, Terence P.                    .20    105.00 27894311
   Task:          Bankruptcy - Corresponded with Nortel's
                  bankruptcy counsel regarding fee application
                  procedures (.2).

06/02/09 16476 Gilroy, Terence P.                    .30    157.50 27894316
   Task:          Bankruptcy - Edited interim fee application per
                  guidance from Nortel's bankruptcy counsel (.3).

06/03/09 16476 Gilroy, Terence P.                    .70    367.50 27902550
   Task:          Bankruptcy - Meeting with D. McPherson
                  regarding execution of fee application (.2);
                  prepared fee application for filing (.5).

06/10/09 16476 Gilroy, Terence P.                    .30    157.50 27928847
   Task:          Bankruptcy - Edited Quarterly Fee Application
                  (.3).

06/24/09 16476 Gilroy, Terence P.                    .80    420.00 27966897
   Task:          Regulatory - Reviewed correspondence for
                  documents relating to issue of production
                  recalls in response to request from V. Martinez
                  of the SEC (.5); corresponded with M. Glennon
                  regarding same (.2); corresponded with E. Weiss
                  regarding same (.1).

06/25/09 16476 Gilroy, Terence P.                    .70    367.50 27994166
   Task:          Regulatory - Corresponded with E. Weiss
                  regarding SEC request regarding discovery;
                  reviewed documents in response to same (.7).

06/26/09 16476 Gilroy, Terence P.                    .50    262.50 27994173
   Task:          Regulatory - Reviewed correspondence relating
                  to historical discovery requests in SEC
                  investigation in response to SEC inquiry (.5).

06/30/09 16476 Gilroy, Terence P.                    .90    472.50 28004231
   Task:          Regulatory - Meeting with N. Isa regarding SEC
                  document inquiry (.3); reviewed historical
                  documents regarding same (.4); drafted
                  correspondence to caseteam regarding same (.2)

07/01/09 16476 Gilroy, Terence P.                    .70    367.50 28007188
   Task:          Regulatory - Prepared correspondence to
                  caseteam regarding status of recalled documents

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09                    PROFORMA NO.        787205
02205-00021                                     BATCH NO.           611819
                                                **THROUGH DATE: 07/31/09**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

          Currency:  US DOLLARS
================================================================================
Date      Timekeeper                              Hours    Amount   Index #
                (.3); reviewed documents regarding same (.4).

07/16/09 16476 Gilroy, Terence P.                  .20    105.00 28082729
   Task:         Bankruptcy - Drafted corresponded to caseteam
                 regarding First Quarterly Fee Application
                 hearing (.2).

06/02/09 20891 Sheopaul, Ruth                      .30     55.50 27892588
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

06/17/09 20891 Sheopaul, Ruth                      .30     55.50 27942284
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

06/23/09 20891 Sheopaul, Ruth                     1.20    222.00 27963523
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

06/24/09 20891 Sheopaul, Ruth                      .30     55.50 27965112
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

06/29/09 20891 Sheopaul, Ruth                      .50     92.50 27993802
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

07/08/09 20891 Sheopaul, Ruth                      .30     55.50 28029693
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

07/10/09 20891 Sheopaul, Ruth                      .40     74.00 28039854
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

07/16/09 20891 Sheopaul, Ruth                      .30     55.50 28056441
   Task:         Reviewed papers and made docket and calendar
                 entries in Law Manager.

05/20/09 20984 McDonald, Kelly                     .50    262.50 27879290
   Task:         Telephone call with T. Gilroy regarding draft
                 of fee application (0.4); correspondence to M.
                 Luketic regarding same (0.1).

05/21/09 20984 McDonald, Kelly                     .60    315.00 27879299
   Task:         Meeting with J. Lin regarding fee application

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00021

PROFORMA NO.          787205
BATCH NO.             611819
THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

Currency:  US DOLLARS

================================================================================

| Date | Timekeeper | | Hours | Amount | Index # |
|------|-----------|---|-------|--------|---------|
| | (0.2); telephone call to T. Gilroy regarding fee application (0.1); review correspondence from debtors counsel regarding fee application (0.1); correspondence to T. Gilroy and J. Lin regarding review of fee application (0.1); telephone call with J. Lin regarding bankruptcy billing (0.1). | | | | |
| 05/22/09 | 20984 McDonald, Kelly | | .80 | 420.00 | 27848520 |
| Task: | Correspondence to T. Gilroy regarding draft fee application (.1); review draft fee application (.5); telephone call with T. Gilroy regarding the same (.2). | | | | |
| 05/28/09 | 20984 McDonald, Kelly | | .30 | 157.50 | 27869548 |
| Task: | Review revised fee application (.2); correspondence to T. Gilroy regarding the same (.1). | | | | |
| 06/09/09 | 20984 McDonald, Kelly | | .40 | 210.00 | 27992879 |
| Task: | Review interim fee application (.3); correspondence to T. Gilroy regarding the same (.1). | | | | |
| 05/21/09 | 21225 Lin, Jennifer C. | | .70 | 136.50 | 27856069 |
| Task: | Meeting with K. McDonald regarding Fee Application (.2); meeting with K. McDonald and T. Gilroy regarding same (.2); retrieve and distribute memo regarding bankruptcy billing procedures (.3). | | | | |
| 05/13/09 | 21938 Isa, Nafisa | | .40 | 74.00 | 27809954 |
| Task: | Met with M. Glennon regarding upcoming projects and case coverage. | | | | |
| 05/18/09 | 21938 Isa, Nafisa | | 6.70 | 1,239.50 | 27829693 |
| Task: | Prepared chart of billable hours and expense reports for bankruptcy court reimbursement form as per T. Gilroy. | | | | |
| 05/19/09 | 21938 Isa, Nafisa | | 8.00 | 1,480.00 | 27837055 |
| Task: | Prepared and revised chart of individual compensation and chart of compensation by matter for partner approval; prepared expense summary as per T. Gilroy. | | | | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09
02205-00021

PROFORMA NO.        787205
BATCH NO.           611819
THROUGH DATE: 07/31/09

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS

```
================================================================================
Date      Timekeeper                                    Hours    Amount  Index #
05/20/09  21938 Isa, Nafisa                             5.70   1,054.50 27858531
   Task:          Revised chart of individual compensation and
                  chart of compensation by matter as per T.
                  Gilroy (1.5); revised expense summary as per T.
                  Gilroy (3.5); corresponded with Accounts
                  Payable and billing department regarding
                  billing rates and invoices (.3); met with T.
                  Gilroy regarding project instructions (.4).

05/21/09  21938 Isa, Nafisa                             4.90     906.50 27858534
   Task:          Revised chart of individual compensation and
                  chart of compensation by matter as per T.
                  Gilroy (1.1); revised expense summary chart as
                  per T. Gilroy (3.2); met with T. Gilroy
                  regarding project instructions (.5).

06/03/09  21938 Isa, Nafisa                              .50      92.50 27895709
   Task:          Prepared and sent original signed first interim
                  fee application to A. Cordo as per T. Gilroy
                  (.5).

06/24/09  21938 Isa, Nafisa                              .80     148.00 27977968
   Task:          Prepared filings to be reviewed by B. Burke.

06/30/09  21938 Isa, Nafisa                             5.10     943.50 28014906
   Task:          Reviewed correspondence files for letter
                  regarding SEC production recalls.

                     TOTAL HOURS:                      92.40
                     TOTAL FEES:                             29,012.00
```