# EXHIBIT B

## EXPENSE SUMMARY

### All Matters

### May 1, 2009 Through July 31, 2009[9]

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Service | | 8.00 |
| Postage and Courier | | 3.17 |
| Duplicating | In House | 101.67 |
| Electronic Docket Information | Court Alert | 610.98 |
| Electronic Docket Information | Pacer | 99.25 |
| Electronic Docket Information | E-Law | 182.14 |
| Computer Research | Lexis-Nexis | 76.50 |
| Computer Research | Westlaw | 490.15 |
| Conferencing Services | Southpath Legal | 1.68 |
| Other Information Services | Incisive Media | 782.59 |
| **Total Expenses:** | | $2,356.13 |

---

[9] Includes unbilled expenses for March 2009 and April 2009.

511427.2

# SHEARMAN & STERLING LLP

Page (10) 10

PROFORMA GENERATED: 08/18/09
02205-00016

PROFORMA NO.        787202
BATCH NO.           611819
THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency: US DOLLARS

==================================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 03/24/09 | CPY | 06262 Baskin, Stuart<br>10 COPIES AT 599 5th Floor<br>Ref:            41443615       68469 | .01 | 25768568 | |
| 07/17/09 | CPY | 21938 Isa, Nafisa<br>93 COPIES AT 599 C1 Level-Copy Center<br>Ref:            41705140       70538 | 9.30 | 25765885 | |
| 07/21/09 | CPY | 06262 Baskin, Stuart<br>1 COPIES AT 599 5th Floor<br>Ref:            41709712       70581 | .10 | 25771116 | |
| 03/17/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC. | 28.16 | 25573377 | 31401594 |
| 03/17/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC | 13.01 | 25573504 | 31401612 |
| 03/17/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: INCISIVE MEDIA | 23.88 | 25573748 | 31401658 |
| 03/31/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC. | 6.10 | 25626084 | 31408100 |
| 04/22/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC | 13.01 | 25630660 | 31408705 |
| 04/23/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: INCISIVE MEDIA<br>Bank ID: CITBKNY4 Check Number: 742546 | 27.66 | 25631896 | 31409022 |
| 04/23/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 743314 | 84.08 | 25712344 | 31419881 |

# SHEARMAN & STERLING LLP

Page (11) 11

PROFORMA GENERATED: 08/18/09
02205-00016

PROFORMA NO.        787202
BATCH NO.           611819
**THROUGH DATE: 07/31/09**

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**
       Currency:  US DOLLARS

=================================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|

04/30/09 INF   06262 Baskin, Stuart                             88.92  25680026  31415882
              Other Information Services - - VENDOR:
              COURTALERT.COM, INC. SERVICES FOR THE MONTH
              ENDING 04/30/09.
              Bank ID: CITBKNY4 Check Number: 742771

05/14/09 INF   06262 Baskin, Stuart                             26.02  25661867  31413423
              Other Information Services - - VENDOR: E- LAW,
              LLC
              Bank ID: CITBKNY4 Check Number: 742511

05/14/09 INF   06262 Baskin, Stuart                             13.01  25661869  31413423
              Other Information Services - - VENDOR: E- LAW,
              LLC
              Bank ID: CITBKNY4 Check Number: 742511

05/14/09 INF   06262 Baskin, Stuart                          207.45  25662146  31413457
              Other Information Services - - VENDOR: INCISIVE
              MEDIA
              Bank ID: CITBKNY4 Check Number: 743252

05/14/09 INF   06262 Baskin, Stuart                             27.66  25662148  31413457
              Other Information Services - - VENDOR: INCISIVE
              MEDIA
              Bank ID: CITBKNY4 Check Number: 743252

05/31/09 INF   06262 Baskin, Stuart                          188.55  25706439  31419148
              Other Information Services - - VENDOR: INCISIVE
              MEDIA CASES SEARCHED.
              Bank ID: CITBKNY4 Check Number: 744128

05/31/09 INF   06262 Baskin, Stuart                             25.14  25706441  31419148
              Other Information Services - - VENDOR: INCISIVE
              MEDIA CASES SEARCHED.
              Bank ID: CITBKNY4 Check Number: 744128

06/16/09 INF   06262 Baskin, Stuart                             26.02  25713101  31419976
              Other Information Services - - VENDOR: E- LAW,
              LLC
              Bank ID: CITBKNY4 Check Number: 743335

06/16/09 INF   06262 Baskin, Stuart                             13.01  25713103  31419976
              Other Information Services - - VENDOR: E- LAW,
              LLC
              Bank ID: CITBKNY4 Check Number: 743335

```
                                                                      Page (12)  12
                         SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09                       PROFORMA NO.        787202
02205-00016                                        BATCH NO.           611819
                                                   THROUGH DATE:    07/31/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE
           Currency:   US DOLLARS
================================================================================
           Cost
  Date     Code    Charged By                              Amount  Index #  Voucher

06/30/09   INF     06262 Baskin, Stuart                     99.74 25765260 31427008
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 744277

06/30/09   INF     06262 Baskin, Stuart                    207.45 25765608 31427043
                   Other Information Services - - VENDOR: INCISIVE
                   MEDIA
                   Bank ID: CITBKNY4 Check Number: 744965

06/30/09   INF     06262 Baskin, Stuart                     27.66 25765610 31427043
                   Other Information Services - - VENDOR: INCISIVE
                   MEDIA
                   Bank ID: CITBKNY4 Check Number: 744965

07/01/09   INF     06262 Baskin, Stuart                     26.02 25765124 31426979
                   Other Information Services - - VENDOR: E- LAW,
                   LLC
                   Bank ID: CITBKNY4 Check Number: 744300

07/01/09   INF     06262 Baskin, Stuart                     13.01 25765126 31426979
                   Other Information Services - - VENDOR: E- LAW,
                   LLC
                   Bank ID: CITBKNY4 Check Number: 744300

07/17/09   LXI     15492 Burke, Brian                       76.50 25790802
                   Duration 00:16:10 , 1 Searches
                   Ref:              41740969       70810

04/03/09   OSD     06262 Baskin, Stuart                      6.25 25626200 31408139
                   Other Outside Services - - VENDOR: PACER
                   SERVICE CENTER

07/06/09   OSD     06262 Baskin, Stuart                      2.00 25779752 31428937
                   Other Outside Services - - VENDOR: PACER
                   SERVICE CENTER
                   Bank ID: CITBKNY4 Check Number: 744478

07/06/09   OSD     06262 Baskin, Stuart                     10.00 25779753 31428937
                   Other Outside Services - - VENDOR: PACER
                   SERVICE CENTER
                   Bank ID: CITBKNY4 Check Number: 744478

05/04/09   POS     06262 Baskin, Stuart                       .42 25653402
                   Postage and Courier
```

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/18/09                    PROFORMA NO.        787202
02205-00016                                     BATCH NO.           611819
                                                THROUGH DATE:     07/31/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE
         Currency:  US DOLLARS
============================================================================
         Cost
 Date    Code    Charged By                          Amount   Index # Voucher


                 TOTAL                             1,290.14
```

# SHEARMAN & STERLING LLP

Page (7) 28

PROFORMA GENERATED: 08/10/09  
02205-00018

PROFORMA NO.   787203  
BATCH NO.      611819  
THROUGH DATE: 07/31/09

NORTEL NETWORKS LIMITED  
MARCH 2004 ERISA ACTION

Currency: US DOLLARS

==================================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 06/30/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 744277 | 35.76 | 25765261 | 31427008 |
| | | TOTAL | 35.76 | | |

# SHEARMAN & STERLING LLP

Page (9) 9

PROFORMA GENERATED: 08/18/09
02205-00020

PROFORMA NO.        787204
BATCH NO.           611819
THROUGH DATE: 07/31/09

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**

Currency: US DOLLARS

================================================================================

Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 04/23/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 743314 | 34.14 | 25712346 | 31419881 |
| 04/30/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC. SERVICES FOR THE MONTH ENDING 04/30/09.<br>Bank ID: CITBKNY4 Check Number: 742771 | 35.76 | 25680028 | 31415882 |
| 05/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 742511 | 13.01 | 25661868 | 31413423 |
| 05/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: INCISIVE MEDIA<br>Bank ID: CITBKNY4 Check Number: 743252 | 6.91 | 25662115 | 31413457 |
| 05/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: INCISIVE MEDIA<br>Bank ID: CITBKNY4 Check Number: 743252 | 13.83 | 25662147 | 31413457 |
| 05/31/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: INCISIVE MEDIA CASES SEARCHED.<br>Bank ID: CITBKNY4 Check Number: 744128 | 12.57 | 25706440 | 31419148 |
| 06/16/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 743335 | 13.01 | 25713102 | 31419976 |
| 06/30/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 744277 | 35.76 | 25765262 | 31427008 |

Page (10) 10

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/18/09                    PROFORMA NO.        787204
02205-00020                                     BATCH NO.           611819
                                                THROUGH DATE: 07/31/09
NORTEL NETWORKS LIMITED
EPICON LITIGATION
        Currency:  US DOLLARS
================================================================================
          Cost
  Date    Code    Charged By                              Amount  Index #   Voucher
06/30/09  INF    06262 Baskin, Stuart                      13.83 25765609  31427043
                 Other Information Services - - VENDOR: INCISIVE
                 MEDIA
                 Bank ID: CITBKNY4 Check Number: 744965

07/01/09  INF    06262 Baskin, Stuart                      13.01 25765125  31426979
                 Other Information Services - - VENDOR: E- LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 744300

04/29/09  MSG    20807 Jankay, Bryan                        4.00 25696683
                 Messengers       PICK UP AT:   S&S`
                 DELIVERED TO: SDNY

04/30/09  MSG    07453 Feliciano, Luis                      4.00 25696659
                 Messengers       PICK UP AT:   599 LEX`
                 DELIVERED TO:  500 PEARL ST.

07/06/09  OSD    06262 Baskin, Stuart                      44.00 25779754  31428937
                 Other Outside Services - - VENDOR: PACER
                 SERVICE CENTER
                 Bank ID: CITBKNY4 Check Number: 744478

04/20/09  TEL    06262 Baskin, Stuart                       1.68 25711927  31419841
                 Telephone Charges - - VENDOR: SOUNDPATH LEGAL
                 CONFERENCING P.CHANDA
                 Bank ID: CITBKNY4 Check Number: 743333

04/30/09  WLW    14962 Chanda, Parthapratim               490.15 25691562
                   Transactions 00000000260
                   Ref:             41545964      69260


            TOTAL                                         735.66
```

Page (15) 15

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/18/09                 PROFORMA NO.      787205
02205-00021                                  BATCH NO.         611819
                                             THROUGH DATE:   07/31/09
NORTEL NETWORKS LIMITED
INVESTIGATIONS

         Currency:  US DOLLARS
=============================================================================

                              Costcard Detail

         Cost
Date     Code    Charged By                              Amount    Index #  Voucher

05/18/09 CPY   21938 Isa, Nafisa                          14.94 25673175
               83 COPIES AT 599 4th Floor Svc Ctr
               Ref:              41569634    69450

05/20/09 CPY   16476 Gilroy, Terence P.                   13.86 25675402
               77 COPIES AT 599 3rd Floor Rm 329
               Ref:              41575429    69492

05/20/09 CPY   16476 Gilroy, Terence P.                    6.84 25675403
               38 COPIES AT 599 3rd Floor Rm 329
               Ref:              41575440    69492

05/21/09 CPY   16476 Gilroy, Terence P.                    3.42 25678031
               19 COPIES AT 599 3rd Floor Rm 329
               Ref:              41579129    69532

05/28/09 CPY   16476 Gilroy, Terence P.                     .10 25694364
               1 COPIES AT 599 3rd Floor Rm 329
               Ref:              41595246    69699

05/28/09 CPY   16476 Gilroy, Terence P.                    1.70 25694365
               17 COPIES AT 599 3rd Floor Rm 329
               Ref:              41595247    69699

05/29/09 CPY   16476 Gilroy, Terence P.                    3.40 25694366
               34 COPIES AT 599 3rd Floor Rm 329
               Ref:              41595373    69699

06/03/09 CPY   21938 Isa, Nafisa                            .10 25699813
               1 COPIES AT 599 4th Floor Svc Ctr
               Ref:              41605634    69778

06/23/09 CPY   21938 Isa, Nafisa                           3.90 25725977
               39 COPIES AT 599 4th Floor Svc Ctr
               Ref:              41647366    70113

06/23/09 CPY   21938 Isa, Nafisa                          13.70 25725978
               137 COPIES AT 599 C1 Level-Copy Center
               Ref:              41647399    70113

06/24/09 CPY   13325 Glennon, Mary M.                      7.30 25729970
```

```
                                                                         Page (16)  16
                         SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/18/09                    PROFORMA NO.         787205
02205-00021                                     BATCH NO.            611819
                                                THROUGH DATE:      07/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
           Currency:   US DOLLARS
===============================================================================
         Cost
  Date   Code    Charged By                                  Amount  Index #  Voucher
                 73 COPIES AT 599 C1 Level-Copy Center
                 Ref:              41654644    70160

06/26/09 CPY    13325 Glennon, Mary M.                          .50 25733200
                5 COPIES AT 599 5th Floor
                Ref:               41659880    70203

06/26/09 CPY    13325 Glennon, Mary M.                          .10 25733201
                1 COPIES AT 599 5th Floor
                Ref:               41659906    70203

06/30/09 CPY    21938 Isa, Nafisa                              8.20 25739824
                82 COPIES AT 599 4th Floor Svc Ctr
                Ref:               41668561    70280

06/30/09 CPY    21938 Isa, Nafisa                               .70 25739825
                7 COPIES AT 599 5th Floor
                Ref:               41668563    70280

06/30/09 CPY    21938 Isa, Nafisa                             12.10 25739826
                121 COPIES AT 599 5th Floor
                Ref:               41668584    70280

07/01/09 CPY    13325 Glennon, Mary M.                          .60 25739827
                6 COPIES AT 599 5th Floor
                Ref:               41668900    70280

07/14/09 CPY    13325 Glennon, Mary M.                          .40 25756031
                4 COPIES AT 599 5th Floor
                Ref:               41692973    70449

07/16/09 CPY    13325 Glennon, Mary M.                          .20 25762901
                2 COPIES AT 599 5th Floor
                Ref:               41700725    70498

07/28/09 CPY    13325 Glennon, Mary M.                          .20 25783040
                2 COPIES AT 599 5th Floor
                Ref:               41725191    70707

04/23/09 INF    06262 Baskin, Stuart                          34.14 25712347 31419881
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 743314

04/30/09 INF    06262 Baskin, Stuart                          35.76 25680029 31415882
                Other Information Services - - VENDOR:
```

Page (17) 17

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/18/09                          PROFORMA NO.         787205
02205-00021                                           BATCH NO.            611819
                                                      THROUGH DATE:      07/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
         Currency:  US DOLLARS
=========================================================================================
          Cost
  Date    Code     Charged By                                Amount    Index #   Voucher
                   COURTALERT.COM, INC. SERVICES FOR THE MONTH
                   ENDING 04/30/09.
                   Bank ID: CITBKNY4 Check Number: 742771


06/30/09  INF      06262 Baskin, Stuart                       92.66  25765263  31427008
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 744277


07/06/09  OSD      06262 Baskin, Stuart                       37.00  25779755  31428937
                   Other Outside Services - - VENDOR: PACER
                   SERVICE CENTER
                   Bank ID: CITBKNY4 Check Number: 744478


06/08/09  POS      21938 Isa, Nafisa                           2.75  25714394
                   Postage and Courier


                   TOTAL                                     294.57
```