RAMONA NEAL State Bar No. 4803
HEWLETT-PACKARD COMPANY
11311 Chinden Blvd.
Mailstop 314
Boise, ID  83714-0021
Telephone Number:  (208) 396-6484
Facsimile Number:  (208) 396-3958

Corporate Counsel for Hewlett-Packard Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| Gottschalks, Inc.<br>Nortel Networks, Inc.<br>Qimonda Richmond, LLC<br>SCO Group, Inc.<br>Smurfit-Stone Container Corp.<br>Spansion Inc., *et al.*<br><br>Debtors. | Case Numbers<br>09-10157<br>09-10138<br>09-10589<br>07-11337-11338<br>09-10235<br>09-10690<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the Appearance of ANNE MARIE KENNELLY, counsel for Hewlett-Packard Company, at the address below, should be withdrawn in the above-captioned matters.

Ms. Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304
Telephone: (650) 857-6902
Facsimile: (650) 852-8617
anne.kennelly@hp.com

Dated:  August 20, 2009        Respectfully Submitted,

By: */s/ Ramona S. Neal*
   Hewlett-Packard Company
   11311 Chinden Blvd., M/S 314
   Boise, ID  83714-0021
   Telephone Number:  (208) 396-6484
   Facsimile Number:  (208) 396-3958
   ramona.neal@hp.com

NOTICE OF WITHDRAWAL OF APPEARANCE