# EXHIBIT C

# Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
January 14, 2009 - May 31, 2009
Summary of Services Rendered by Project

| Project # | Project Description | May |
|---|---|---|
| 1 | Interface with Company Personnel | 106.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 216.9 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 1.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 20.0 |
| 7 | Capital Structure Review and Analysis | 48.5 |
| 8 | Merger & Acquisition Processes | 1,108.9 |
| 9 | Financing Including DIP and Exit Financing | 16.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 2.0 |
| 11 | Fee Application, Engagement | 5.5 |
| 12 | Cross Border Protocol and Foreign Operations | 2.0 |
| **TOTAL** | | **1,527.3** |

Summary of Services Rendered by Professional

| Name | May |
|---|---|
| Terry Savage, Managing Director | 55.1 |
| Michael Murray, Managing Director | 189.9 |
| David Descoteaux, Managing Director | 92.0 |
| Cyrus Kapadia, Managing Director | 12.0 |
| Sumeet Mehra, Vice President | 105.0 |
| Matthew Hart, Vice President | 70.5 |
| Aldo Polak, Vice President | 110.0 |
| Ian Mombru, Vice President | 74.0 |
| Colin Keenan, Associate | 48.5 |
| Kshitij Bahtia, Associate | 69.0 |
| Greg Healey, Associate | 327.0 |
| Todd Breeden, Analyst | 52.0 |
| Nicholas Page, Analyst | 102.0 |
| Paz Eshel, Analyst | 71.8 |
| Edouard Gueyffier, Analyst | 16.0 |
| Matthew Carey, Analyst | 132.5 |
| **TOTAL** | **1,527.3** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Update call re: M&A | 1.2 | 2 |
| 05/01/09 | Update call with Brian Levitt at Osler | 0.4 | 2 |
| 05/02/09 | M&A call with Management | 1.4 | 1 |
| 05/04/09 | Weekly advisors calll | 1.2 | 2 |
| 05/04/09 | Call with Pavi Binning on M&A | 0.8 | 1 |
| 05/07/09 | M&A update call | 1.4 | 2 |
| 05/07/09 | Call with Gordon Davis re: M&A | 0.6 | 1 |
| 05/08/09 | Update call with b. Levitt | 1.0 | 1 |
| 05/11/09 | Advisors call | 1.1 | 2 |
| 05/11/09 | Call with Nortel Management re: Asset sale | 1.0 | 1 |
| 05/11/09 | Call with advisors and Nortel Management re: M&A | 1.2 | 1 |
| 05/12/09 | Call with Jim Bromley from Cleary re: various issues | 0.8 | 2 |
| 05/22/09 | M&A update call with creditor advisors | 1.0 | 2 |
| 05/12/09 | Call with Murray McDonald, Derrick Tay, Jim Bromley re: Canada/US issues | 1.0 | 2 |
| 05/13/09 | Weekly update call for creditor advisors | 1.3 | 2 |
| 05/13/09 | Advisors call re: M&A | 1.1 | 2 |
| 05/13/09 | Dinner with Jim Bromley, Chris Kearns and Fred Hodara re: UCC issues | 2.5 | 2 |
| 05/14/09 | 1st quarter results conference call | 1.2 | 1 |
| 05/14/09 | Call with Pavi Binning on M&A | 0.5 | 1 |
| 05/14/09 | Call with George Riedel and Mike Murray re: Division | 0.8 | 2 |
| 05/15/09 | Advisor call with Management on M&A | 1.3 | 2 |
| 05/15/09 | Call with Pavi Binning on M&A | 0.8 | 1 |
| 05/17/09 | Update call on Division | 1.4 | 1 |
| 05/18/09 | Advisors update call | 1.3 | 2 |
| 05/18/09 | Call with B. Levitt, Osters re: Board issues | 0.6 | 2 |
| 05/21/09 | Call with management and advisors re: M&A | 1.2 | 1 |
| 05/21/09 | Call/meeting on US/Canada issues | 1.5 | 2 |
| 05/22/09 | Weekly advisors M&A call | 0.9 | 2 |
| 05/22/09 | Call to review May financial outlook | 1.0 | 1 |
| 05/22/09 | Call with Pavi Binning re: review projections | 0.6 | 1 |
| 05/26/09 | Advisors calls M&P | 1.2 | 2 |
| 05/26/09 | Meeting with buyer on division | 1.0 | 8 |
| 05/27/09 | Call with Osters re: Board issues | 0.6 | 2 |
| 05/27/09 | Steering committee update call | 1.2 | 2 |
| 05/27/09 | Weekly update call for creditors on M&A | 1.0 | 2 |
| 05/28/09 | Travel to Toronto. All day meeting with Management. Travel to New York | 14.0 | 1 |
| 05/29/09 | 2nd Day of M&A meetings | 4.0 | 1 |
|  | **MAY HOURS** | **55.1** |  |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Management prep, weekly updates, general process. | 10.0 | 8 |
| 05/02/09 | Management prep, weekly updates, general process. | 11.0 | 8 |
| 05/03/09 | Travel, car transport and flight to Boston, Delta | 1.4 | 8 |
| 05/04/09 | General management prep, update calls, advisors | 7.0 | 8 |
| 05/05/09 | Travel to NYC- flight | 1.3 | 8 |
| 05/05/09 | Diligence Update, Status, financial checkpoint, general management prep | 9.5 | 8 |
| 05/06/09 | General management prep, update calls, advisors | 9.0 | 8 |
| 05/07/09 | General management prep, update calls, negotiations | 10.0 | 8 |
| 05/08/09 | General, updates, management prep, board meeting | 8.0 | 8 |
| 05/08/09 | Travel, car transport and flight to Boston, Delta | 2.1 | 8 |
| 05/10/09 | Update Call | 1.0 | 8 |
| 05/11/09 | General management prep, update calls, advisors | 9.0 | 8 |
| 05/12/09 | General management prep, update calls, checkpoint, adhoc advisors call | 8.0 | 8 |
| 05/13/09 | Travel to NYC, Flight/Ground transport | 2.1 | 8 |
| 05/13/09 | General management prep, update calls, M&A update | 9.0 | 8 |
| 05/14/09 | General management prep, update calls, process | 10.0 | 8 |
| 05/15/09 | General management prep, update calls, process | 10.0 | 8 |
| 05/15/09 | Travel, car transport and flight to Boston | 2.1 | 8 |
| 05/16/09 | Update Call | 1.0 | 8 |
| 05/18/09 | General management prep, update calls, advisors, bid reviews | 9.0 | 8 |
| 05/19/09 | Calls, general management, updates process | 7.0 | 8 |
| 05/20/09 | Travel to Toronto, air plus ground transport | 2.0 | 8 |
| 05/20/09 | General management prep, update calls, advisors, bid reviews | 5.0 | 8 |
| 05/21/09 | Calls, general management, updates process | 6.0 | 8 |
| 05/21/09 | Travel- ground transport and air | 1.9 | 8 |
| 05/22/09 | Update Call | 1.0 | 8 |
| 05/25/09 | Update Call | 2.0 | 8 |
| 05/26/09 | General management prep, update calls, bid reviews | 7.0 | 8 |
| 05/27/09 | Meetings, management prep/meetings, drafting | 8.0 | 8 |
| 05/28/09 | General, updates, management prep, board meeting | 6.0 | 8 |
| 05/28/09 | Travel- Air and ground transportation (Toronto to NYC) | 2.2 | 8 |
| 05/29/09 | Management prep, Team call, next steps, process | 7.3 | 8 |
| 05/30/09 | Travel- Air and ground transportation (NYC to Sumeet) | 2.0 | 8 |
| 05/30/09 | Update Call | 1.0 | 8 |
| 05/31/09 | Update Call | 1.0 | 8 |
| | **MAY HOURS** | **189.9** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Nortel M&A update call | 1.0 | 2 |
| 05/02/09 | organization call w/ Nortel management | 1.0 | 1 |
| 05/03/09 | Sale update call | 1.0 | 7 |
| 05/04/09 | NT Advisors organization call | 0.8 | 1 |
| 05/04/09 | organization call w/ Nortel management | 1.0 | 1 |
| 05/05/09 | Sale diligence update call | 2.5 | 7 |
| 05/06/09 | M&A update call w/ creditors | 1.3 | 1 |
| 05/06/09 | organization call w/ Nortel management | 1.3 | 1 |
| 05/07/09 | review materials for board and creditor advisors | 3.5 | 7 |
| 05/07/09 | review apa markups for Sale | 3.5 | 7 |
| 05/07/09 | Sale 2 update call w/ creditors | 0.8 | 1 |
| 05/08/09 | board of directors call | 1.5 | 2 |
| 05/08/09 | review M&A materials prepared for creditors | 2.5 | 7 |
| 05/08/09 | Nortel M&A update call | 1.0 | 2 |
| 05/11/09 | NT advisors organization call | 1.0 | 1 |
| 05/12/09 | Sale diligence meeting | 5.5 | 7 |
| 05/12/09 | Sale update w/ creditor advisors | 1.0 | 1 |
| 05/13/09 | M&A update call w/ creditor advisors | 1.0 | 1 |
| 05/13/09 | Sale3 diligence meeting | 2.5 | 7 |
| 05/13/09 | TPA Model Call | 2.5 | 2 |
| 05/14/09 | Sale 2 update call w/ credit advisors | 1.0 | 1 |
| 05/14/09 | Nortels Preliminary 1st quarter results | 2.0 | 2 |
| 05/14/09 | review of Sale documents | 3.5 | 7 |
| 05/15/09 | call w/ osler | 0.5 | 1 |
| 05/15/09 | Bonholder committee call | 2.0 | 2 |
| 05/15/09 | Notel M&A update call | 1.0 | 2 |
| 05/17/09 | Sale 2 organizational call | 1.0 | 7 |
| 05/18/09 | NT Advisors organization call | 0.5 | 1 |
| 05/18/09 | Sale 2 bid reviews | 3.0 | 7 |
| 05/18/09 | M&A update calls w/ creditor advisors | 1.0 | 1 |
| 05/18/09 | organization call w/ Nortel management | 1.0 | 1 |
| 05/19/09 | NT advisors org call | 1.0 | 1 |
| 05/19/09 | review NT presentation to creditors | 2.0 | 2 |
| 05/19/09 | review of presentation w/ co. personnel re: bondholders | 2.0 | 2 |
| 05/19/09 | Nortel M&A update call | 1.0 | 2 |
| 05/20/09 | follow up presentation for bondholders w/ co. personnel | 0.5 | 2 |
| 05/20/09 | review of project Sale 4 bids | 1.0 | 7 |
| 05/20/09 | M&A update call w/ creditor advisors | 0.5 | 1 |
| 05/20/09 | organization call w/ Nortel management | 1.0 | 1 |
| 05/21/09 | travel to/from toronto | 4.0 | 1 |
| 05/21/09 | meeting @ ogilvey offices | 4.0 | 1 |
| 05/21/09 | call w/ creditor advisors | 1.0 | 1 |
| 05/22/09 | Sale 4 bid reviews | 1.0 | 7 |
| 05/22/09 | organization call w/ Nortel management | 1.0 | 1 |
| 05/22/09 | call w/ Osler | 0.5 | 1 |
| 05/22/09 | call w/ creditor re: CDMA | 1.5 | 1 |
| 05/22/09 | call w/ creditor FA's re: standalone CDMA option | 1.0 | 2 |
| 05/22/09 | Nortel M&A update call | 1.0 | 2 |
| 05/26/09 | M&A update call w/ creditors | 1.0 | 1 |
| 05/26/09 | Sale 4 update call | 1.0 | 7 |
| 05/26/09 | george riedel and Mike Murry presentation to ad hoc bondholders - call | 1.0 | 2 |
| 05/27/09 | Sale calls various | 3.5 | 7 |
| 05/28/09 | board of directors call | 1.5 | 1 |
| 05/28/09 | Sale calls various | 4.5 | 1 |
| 05/29/09 | Nortel M&A update call | 1.0 | 2 |
| 05/29/09 | M&A organization calls | 1.5 | 7 |
| 05/29/09 | call w/ osler | 0.5 | 1 |
| | **MAY HOURS** | **92.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Cyrus Kapadia - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Management Meetings | 1.0 | 7 |
| 05/05/09 | Strategy | 2.0 | 7 |
| 05/13/09 | Strategy | 1.0 | 7 |
| 05/14/09 | Strategy | 1.0 | 7 |
| 05/18/09 | Strategy | 2.0 | 7 |
| 05/19/09 | Strategy | 3.0 | 7 |
| 05/22/09 | Strategy | 2.0 | 7 |
| | **MAY HOURS** | **12.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Sale Workstream Update with UK-A | 1.0 | 8 |
| 05/01/09 | weekly M&A update for Jefferies, FTI & Farber Financial (Ontario PBGF) | 1.0 | 8 |
| 05/04/09 | Travel to/from Ottawa/Montreal | 6.0 | 8 |
| 05/04/09 | Weekly Update Call | 1.0 | 8 |
| 05/04/09 | Lazard - Nortel Sale Meeting | 5.0 | 8 |
| 05/05/09 | Diligence Update | 3.5 | 1 |
| 05/05/09 | Sale Financial Checkpoint | 0.5 | 1 |
| 05/05/09 | Call with Sale | 1.0 | 8 |
| 05/06/09 | Discuss P&L Recon - Buyer 1 | 0.5 | 8 |
| 05/06/09 | Buyer Diligence Meeting/Request Discussion | 1.0 | 8 |
| 05/06/09 | weekly M&A update for Jefferies, FTI & Farber Financial (Ontario PBGF) | 0.5 | 8 |
| 05/07/09 | Travel to/from Montreal | 3.0 | 8 |
| 05/07/09 | Call with on QoE issues | 0.5 | 8 |
| 05/07/09 | Diligence Session | 9.5 | 8 |
| 05/07/09 | Weekly Update Call | 1.0 | 8 |
| 05/08/09 | Nortel - review of 1Q09 results with creditors' financial advisors | 1.5 | 8 |
| 05/08/09 | Updated: Division (Sale): Lazard - Nortel Final Information Memorandum walk-through | 2.0 | 8 |
| 05/10/09 | Sale | QoE Discussion | 1.0 | 8 |
| 05/11/09 | Weekly Update Call | 1.0 | 8 |
| 05/11/09 | Nortel / Lazard Call | 0.5 | 8 |
| 05/11/09 | Sale | Buyer ASA/ASSA Redline Call | 1.0 | 8 |
| 05/12/09 | Sale | | Q1 Update Call | 0.5 | 8 |
| 05/12/09 | Sale | Division | Legal Issues List Discussion | 1.0 | 8 |
| 05/12/09 | Sale | Division | China Plan | 2.0 | 8 |
| 05/13/09 | Revenue funnel for Division | 0.5 | 8 |
| 05/13/09 | Nortel - meeting/call to go through TPA model | 1.5 | 1 |
| 05/13/09 | weekly M&A update for Jefferies, FTI & Farber Financial (Ontario PBGF) | 0.5 | 8 |
| 05/13/09 | Sale | Division | Revenue Funnel Discussion | 1.0 | 8 |
| 05/14/09 | Weekly Update Call | 1.0 | 8 |
| 05/14/09 | Dry Run - Division Management Presentation | 5.0 | 8 |
| 05/14/09 | Nortel - 1Q Results | 1.5 | 8 |
| 05/15/09 | Dry Run Presentation | 2.0 | 8 |
| 05/15/09 | Dry Run - Finance - Management Presentation | 1.0 | 8 |
| 05/18/09 | Weekly Update Call | 1.0 | 8 |
| 05/18/09 | Sale Bid Review | 1.0 | 8 |
| 05/19/09 | semi-weekly due diligence org calls | 0.5 | 8 |
| 05/19/09 | discussion w/mgmt and counsel re. Division standalone plans/presentations for creditors' advisors | 1.0 | 8 |
| 05/20/09 | Travel to/from Toronto | 3.3 | 8 |
| 05/20/09 | weekly M&A update for Jefferies, FTI & Farber Financial (Ontario PBGF) | 0.5 | 8 |
| 05/20/09 | Sale | Follow-up Call Scheduling Discussion | 0.2 | 8 |
| 05/21/09 | Sale WC Model, Peg, PPA | 1.0 | 8 |
| 05/21/09 | Weekly Update Call | 1.0 | 8 |
| 05/21/09 | Next Steps Discussion | 1.0 | 8 |
| 05/21/09 | Nortel - call re. reclamation claims w/UCC advisors and Cleary | 0.5 | 8 |
| 05/21/09 | Sale | Division | Working Capital Discussion | 1.0 | 8 |
| 05/22/09 | Nortel - call w/creditor FA's re. standalone Division option | 1.0 | 1 |
| 05/22/09 | Nortel - call re. May Outlook (i.e. revised financial projections) | 1.0 | 8 |
| 05/25/09 | Weekly Update Call | 1.0 | 8 |
| 05/25/09 | Travel to/from Toronto | 3.3 | 1 |
| 05/26/09 | George Riedel and Mike Murray presentation to Ad Hoc bondholders | 2.0 | 8 |
| 05/26/09 | weekly due diligence org call | 0.5 | 8 |
| 05/26/09 | Nortel - Division update call | 0.5 | 8 |
| 05/27/09 | Sale EDR - Contracts (Cust & Supplier), R&D Assets, Intellectual Property, Finance | 1.5 | 8 |
| 05/27/09 | Sale Definitive Agreement | 1.5 | 8 |
| 05/27/09 | meeting w/mgmt, Monitor and Admin (only) | 2.0 | 8 |
| 05/28/09 | Day 1 of meetings w/mgmt, creditors, admin, monitor | 7.0 | 1 |
| 05/28/09 | Working Capital Discussion | 1.0 | 1 |
| 05/29/09 | Day 2 of meetings w/mgmt, creditors, admin, monitor and GTM Session | 8.5 | 1 |
| 05/29/09 | Sale - Call with Buyer on Next Steps | 0.7 | 8 |
| 05/29/09 | Sale | Division Update - Team Call | 1.0 | 8 |
| 05/31/09 | Sale | Buyer - Diligence Process / Workplan Call | 1.0 | 8 |
| | **MAY HOURS** | **105.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 05/01/09 | Weekly call w/Pavi Bining, others from mgmt, Nortel advisors | 1.0 | 1 |
| 05/04/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 05/06/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 05/06/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 05/11/09 | Call w/mgmt, Nortel advisors re. UCC litigation strategy | 0.5 | 1 |
| 05/11/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 05/12/09 | Call w/FTI (Ad Hoc advisors) re. Division | 1.0 | 2 |
| 05/12/09 | Call w/mgmt re. transfer pricing | 0.5 | 1 |
| 05/12/09 | Review M&A materials / internal discussions re. M&A processes | 0.5 | 8 |
| 05/13/09 | Call w/mgmt, Nortel advsisors, creditors' advisor re. transfer pricing model | 1.5 | 2 |
| 05/13/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 05/13/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 05/14/09 | Call w/mgmt, Nortel advisors, creditors' advisors re.first quarter results | 1.5 | 2 |
| 05/15/09 | Call w/mgmt re. standalone Division plan | 0.5 | 1 |
| 05/15/09 | Call w/mgmt, Nortel advisors, Ad Hoc advisors re. standalone Division plan | 0.5 | 2 |
| 05/15/09 | Call w/Nortel advisors on various topics | 0.5 | 2 |
| 05/18/09 | Call w/creditors' advisors re. various M&A processes | 1.0 | 2 |
| 05/18/09 | Review M&A materials / internal discussions re. M&A processes | 1.0 | 8 |
| 05/18/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 05/19/09 | Calls w/mgmt and Nortel advisors re. Division standalone plan | 2.0 | 1 |
| 05/19/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 05/20/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 05/20/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 05/21/09 | Call w/mgmt, Nortel advisors and creditors' advisors on reclamation claims | 0.5 | 2 |
| 05/21/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. KEIP | 1.0 | 2 |
| 05/21/09 | Review M&A materials / internal discussions re. M&A processes | 0.5 | 8 |
| 05/21/09 | Review May Outlook and related presentation materials | 1.0 | 3 |
| 05/22/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. revised financial projections ("May Outlook") | 1.0 | 2 |
| 05/22/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. standalone Division plan | 1.0 | 2 |
| 05/25/09 | Review M&A materials / internal discussions re. M&A processes | 1.0 | 8 |
| 05/25/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 05/25/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 05/26/09 | Call w/creditors' advisors re. Division sale process | 0.5 | 2 |
| 05/26/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. APA process | 1.0 | 2 |
| 05/26/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. Asia entities | 1.0 | 2 |
| 05/26/09 | Meeting w/mgmt, Nortel advisors, Ad Hoc bondholder/advisors (Boston), by phone | 2.0 | 2 |
| 05/26/09 | Meeting w/mgmt, Nortel advisors, Joint Administrator and advisors (Toronto), inc. travel time | 6.0 | 2 |
| 05/26/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 05/27/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. Division | 1.0 | 2 |
| 05/27/09 | Review M&A materials / internal discussions re. M&A processes | 1.0 | 8 |
| 05/27/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 05/27/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 05/28/09 | Meeting w/all parties re. transfer pricing / intercompany funding, asset sales, proceeds allocation (Toronto) | 12.0 | 2 |
| 05/29/09 | Meeting w/all parties re. transfer pricing / intercompany funding, asset sales, proceeds allocation (Toronto), inc. travel time | 11.5 | 2 |
| 05/31/09 | Call w/all counsels re. transfer pricing / intercompany funding, asset sales, proceeds allocation | 1.0 | 12 |
| 05/31/09 | Review draft intercompany funding agreement | 1.0 | 12 |
| | **MAY HOURS** | **70.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Aldo J. Polak - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | M&A update call with Nortel management | 1.0 | 1 |
| 05/01/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 05/01/09 | Preparation of update materials on various M&A processes | 2.5 | 2 |
| 05/01/09 | Division - call with monitor on transaction terms | 0.5 | 8 |
| 05/01/09 | Division - review of draft transaction agreements | 2.0 | 8 |
| 05/02/09 | Division - coordination/compilation of materials for creditor advisors | 3.5 | 2 |
| 05/02/09 | Division - communication with potential acquiror advisor on draft agreements | 0.5 | 8 |
| 05/03/09 | Division - review of draft transaction agreements | 2.5 | 8 |
| 05/04/09 | Weekly advisors call | 1.0 | 2 |
| 05/04/09 | Division - workstream updates to stakeholders | 2.0 | 2 |
| 05/04/09 | Division - coordination/compilation of materials for creditor advisors | 1.5 | 2 |
| 05/07/09 | Division - worked with Cleary on draft sale motion for the court | 1.0 | 8 |
| 05/11/09 | Call with party interested in Nortel assets | 1.0 | 8 |
| 05/13/09 | M&A update to creditor advisors | 1.0 | 2 |
| 05/13/09 | Calls w/parties interested in Nortel assets | 2.5 | 8 |
| 05/13/09 | Reviewed management presentation materials for sale process of another division | 2.0 | 8 |
| 05/14/09 | Reviewed materials on Q1 results and call with management and creditor advisors to discuss those | 2.0 | 2 |
| 05/14/09 | Division - due diligence call with potential buyer | 1.0 | 8 |
| 05/14/09 | Division - due diligence call with potential buyer | 1.5 | 8 |
| 05/14/09 | Call on coordination of sale process of another division | 1.0 | 8 |
| 05/15/09 | Division - update call on potential buyer proposal | 1.5 | 8 |
| 05/15/09 | Division - reviewed new draft transaction agreements from potential buyer | 2.5 | 8 |
| 05/16/09 | Division - reviewed new draft transaction agreements from potential buyer | 1.5 | 8 |
| 05/18/09 | Weekly advisors call | 1.0 | 2 |
| 05/18/09 | Division - update to creditor advisors | 1.0 | 2 |
| 05/19/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 05/19/09 | Call w/management and advisors on division standalone plan | 2.0 | 1 |
| 05/20/09 | Division - negotiation sessions with potential buyer at Cleary | 11.5 | 8 |
| 05/20/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 05/21/09 | Division - various due diligence calls with potential buyer | 6.5 | 8 |
| 05/22/09 | Division - negotiation sessions with potential buyer at Cleary | 11.0 | 8 |
| 05/25/09 | Weekly advisors call | 1.0 | 2 |
| 05/25/09 | Division - reviewed latest draft of sale transaction documents and issues list | 2.5 | 8 |
| 05/26/09 | Division - reviewed latest draft of sale transaction documents and issues list | 1.5 | 8 |
| 05/26/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 05/26/09 | Management presentation to ad-hoc bondholder advisors (Boston), by phone | 2.0 | 2 |
| 05/26/09 | Division - call with creditor advisor on update of sale process | 1.0 | 2 |
| 05/27/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 05/27/09 | Division - update call with creditor advisors regarding negotiations | 2.0 | 2 |
| 05/27/09 | Division - preparation of process update materials | 1.5 | 2 |
| 05/28/09 | Division - due diligence calls with potential buyer | 2.0 | 8 |
| 05/28/09 | Division - negotiation sessions with potential buyer at Cleary | 8.0 | 8 |
| 05/29/09 | Division - update call with creditor advisors regarding negotiations | 1.0 | 2 |
| 05/29/09 | Division - negotiation sessions with potential buyer at Cleary | 12.0 | 8 |
| 05/30/09 | Division - reviewed latest drafts of sale transaction documents | 3.0 | 8 |
| | MAY HOURS | 110.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Ian Mombru - Vice President

| Date: | Description of Work | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Preparing for R1 Bid / Management meetings | 2.0 | 8 |
| 05/05/09 | Preparing for R1 Bid / Management meetings | 4.0 | 8 |
| 05/06/09 | Preparing for R1 Bid / Management meetings | 3.0 | 8 |
| 05/07/09 | Preparing for R1 Bid / Management meetings | 4.0 | 8 |
| 05/11/09 | Preparing for R1 Bid | 4.0 | 8 |
| 05/12/09 | Preparing for R1 Bid | 14.0 | 8 |
| 05/13/09 | Preparing for R1 Bid | 12.0 | 8 |
| 05/14/09 | Preparing for R1 Bid | 4.0 | 8 |
| 05/18/09 | Analysis R1 Bid / Preparing for R2 | 2.0 | 8 |
| 05/19/09 | Analysis R1 Bid / Preparing for R2 | 3.0 | 8 |
| 05/20/09 | Analysis R1 Bid / Preparing for R2 | 3.0 | 8 |
| 05/21/09 | Analysis R1 Bid / Preparing for R2 | 4.0 | 8 |
| 05/22/09 | Analysis R1 Bid / Preparing for R2 | 2.0 | 8 |
| 05/26/09 | Dataroom preparation/Preparing for R2 process | 1.0 | 8 |
| 05/27/09 | Dataroom preparation/Preparing for R2 process | 4.0 | 8 |
| 05/28/09 | Dataroom preparation/Preparing for R2 process | 4.0 | 8 |
| 05/29/09 | Dataroom preparation/Preparing for R2 process | 4.0 | 8 |
| | **MAY HOURS** | **74.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/04/09 | Weekly Due Diligence Calls | 1.0 | 2 |
| 05/04/09 | Fee App | 3.5 | 11 |
| 05/04/09 | Discussions with Company personnel Re: diligence items | 1.0 | 1 |
| 05/04/09 | Discussions with UCC advisors re diligence items | 1.0 | 2 |
| 05/06/09 | 13 Wk Cash Flow Update - Call | 1.0 | 2 |
| 05/08/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/11/09 | Weekly Due Diligence Calls | 1.0 | 2 |
| 05/13/09 | TPA Model - Call | 2.5 | 2 |
| 05/13/09 | Discussions with UCC advisors re diligence items | 1.5 | 2 |
| 05/13/09 | Discussions with Company personnel Re: diligence items | 0.5 | 2 |
| 05/13/09 | 13 Wk Cash Flow Update - Call | 1.0 | 2 |
| 05/14/09 | Nortel's preliminary first quarter results - Call | 2.0 | 2 |
| 05/15/09 | Discussions with Company personnel Re: diligence items | 0.5 | 1 |
| 05/15/09 | Bondholder Committee Call | 2.0 | 2 |
| 05/15/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/18/09 | Weekly Due Diligence Calls | 1.0 | 2 |
| 05/18/09 | Discussions with UCC advisors re diligence items | 1.1 | 1 |
| 05/19/09 | Review of presentation with Company personnel Re: Bondholders | 2.0 | 2 |
| 05/19/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/20/09 | Follow up on presentation for bondholders with Company personnel | 0.5 | 2 |
| 05/20/09 | 13 Wk Cash Flow Update - Call | 1.0 | 2 |
| 05/20/09 | Discussions with Company personnel Re: diligence items | 0.8 | 1 |
| 05/21/09 | Reclamation claims w/UCC advisors and Cleary - Call | 2.0 | 2 |
| 05/22/09 | Call w/creditor FA's re. standalone Division option | 1.0 | 2 |
| 05/22/09 | Discussions with UCC advisors re diligence items | 1.0 | 1 |
| 05/22/09 | May Outlook - Call | 2.0 | 2 |
| 05/22/09 | Discussions with UCC advisors re diligence items | 1.2 | 2 |
| 05/22/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/25/09 | Weekly Due Diligence Calls | 1.0 | 2 |
| 05/26/09 | George Riedel and Mike Murray presentation to Ad Hoc bondholders - Call | 1.0 | 2 |
| 05/26/09 | Division Update Call | 2.0 | 2 |
| 05/26/09 | APA call w/Peter Look | 2.0 | 2 |
| 05/26/09 | Discussions with UCC advisors re diligence items | 1.8 | 1 |
| 05/27/09 | Discussions with Company personnel Re: diligence items | 0.8 | 2 |
| 05/27/09 | 13 Wk Cash Flow Update - Call | 1.0 | 2 |
| 05/29/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/29/09 | Discussions with Company personnel Re: diligence items | 0.8 | 1 |
| | **MAY HOURS** | **48.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Kshitij Bhatia - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | M&A process update pages | 2.0 | 8 |
| 05/05/09 | Division 2: meeeting preperation | 3.0 | 8 |
| 05/06/09 | Division 2: meeting with potential buyer | 7.0 | 8 |
| 05/06/09 | M&A discussion on strategy | 1.0 | 8 |
| 05/07/09 | Call with buyer on patents | 1.0 | 8 |
| 05/07/09 | Review of division1 information memorandum | 2.0 | 8 |
| 05/07/09 | Call with buyer on packet core | 1.0 | 8 |
| 05/08/09 | Review 1Q 2009 with creditor FAs | 1.5 | 8 |
| 05/11/09 | Call on term sheet and timeline | 1.0 | 8 |
| 05/12/09 | Meeting with buyer for division1 | 8.0 | 8 |
| 05/13/09 | Work on Division project timelines | 2.0 | 8 |
| 05/13/09 | Meeting with buyer for division1 | 8.0 | 8 |
| 05/14/09 | Division3 mamagement presentation dry run | 3.0 | 8 |
| 05/17/09 | Review draft termsheet for division1 | 1.0 | 8 |
| 05/17/09 | Review revised termsheet for division1 | 1.0 | 8 |
| 05/18/09 | Review revised termsheet for division1 | 1.5 | 8 |
| 05/20/09 | Develop buyers list for divison1 | 3.0 | 8 |
| 05/22/09 | Call with creditor's FA on financial plan | 2.0 | 8 |
| 05/27/09 | M&A projects organization chart pages | 2.0 | 8 |
| 05/28/09 | Meeting with creditors FA and monitor (remotely) | 5.0 | 8 |
| 05/29/09 | Diligence update on division1 | 1.0 | 8 |
| 05/29/09 | Meeting with creditors FA and monitor (remotely) | 6.0 | 8 |
| 05/29/09 | Bid Comparison for Division 2 M&A Project | 4.0 | 8 |
| 05/30/09 | Review Term Sheet from buyer on Division1 | 2.0 | 8 |
| | **MAY HOURS** | **69.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Preparing for R1 Bid / Management meetings | 14.0 | 8 |
| 05/02/09 | Preparing for R1 Bid / Management meetings | 7.0 | 8 |
| 05/03/09 | Preparing for R1 Bid / Management meetings | 9.0 | 8 |
| 05/04/09 | Preparing for R1 Bid / Management meetings | 14.0 | 8 |
| 05/05/09 | Preparing for R1 Bid / Management meetings | 10.0 | 8 |
| 05/06/09 | Preparing for R1 Bid / Management meetings | 14.0 | 8 |
| 05/07/09 | Preparing for R1 Bid / Management meetings | 11.0 | 8 |
| 05/08/09 | Preparing for R1 Bid | 10.0 | 8 |
| 05/09/09 | Preparing for R1 Bid | 9.0 | 8 |
| 05/10/09 | Preparing for R1 Bid | 14.0 | 8 |
| 05/11/09 | Preparing for R1 Bid | 7.0 | 8 |
| 05/12/09 | Preparing for R1 Bid | 14.0 | 8 |
| 05/13/09 | Preparing for R1 Bid | 7.0 | 8 |
| 05/14/09 | Preparing for R1 Bid | 7.0 | 8 |
| 05/15/09 | Preparing for R1 Bid | 7.0 | 8 |
| 05/16/09 | Preparing for R1 Bid | 12.0 | 8 |
| 05/17/09 | Preparing for R1 Bid | 11.0 | 8 |
| 05/18/09 | Analysis R1 Bid / Preparing for R2 | 9.0 | 8 |
| 05/19/09 | Analysis R1 Bid / Preparing for R2 | 14.0 | 8 |
| 05/20/09 | Analysis R1 Bid / Preparing for R2 | 10.0 | 8 |
| 05/21/09 | Analysis R1 Bid / Preparing for R2 | 11.0 | 8 |
| 05/22/09 | Analysis R1 Bid / Preparing for R2 | 10.0 | 8 |
| 05/23/09 | Analysis R1 Bid / Preparing for R2 | 4.0 | 8 |
| 05/24/09 | Analysis R1 Bid / Preparing for R2 | 11.0 | 8 |
| 05/25/09 | Analysis R1 Bid / Preparing for R2 | 10.0 | 8 |
| 05/26/09 | Dataroom preparation/Preparing for R2 process | 14.0 | 8 |
| 05/27/09 | Dataroom preparation/Preparing for R2 process | 11.0 | 8 |
| 05/28/09 | Dataroom preparation/Preparing for R2 process | 10.0 | 8 |
| 05/29/09 | Dataroom preparation/Preparing for R2 process | 11.0 | 8 |
| 05/30/09 | Dataroom preparation/Preparing for R2 process | 11.0 | 8 |
| 05/31/09 | Dataroom preparation/Preparing for R2 process | 14.0 | 8 |
| | **MAY HOURS** | **327.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Todd Breeden - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/04/09 | Weekly Due Diligence Calls | 1.0 | 2 |
| 05/04/09 | Fees and Conflict Check | 2.0 | 11 |
| 05/04/09 | WGL/Dataroom Additions | 0.5 | 10 |
| 05/06/09 | 13 Wk Cash Flow Update - Call | 1.0 | 2 |
| 05/08/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/11/09 | Weekly Due Diligence Calls | 1.0 | 2 |
| 05/11/09 | WGL/Dataroom Additions | 0.5 | 10 |
| 05/13/09 | TPA Model - Call | 2.0 | 2 |
| 05/13/09 | 13 Wk Cash Flow Update - Call | 1.0 | 2 |
| 05/14/09 | Nortel's preliminary first quarter results - Call | 2.0 | 2 |
| 05/15/09 | Bonholder Committee Issues - At request of FTI - Call | 2.0 | 2 |
| 05/15/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/18/09 | Weekly Due Diligence Calls | 1.0 | 2 |
| 05/18/09 | WGL/Dataroom Additions | 0.5 | 10 |
| 05/19/09 | Review of Presentation Re: Bondholders w/Lorrie,Tara - Call | 2.0 | 2 |
| 05/19/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/20/09 | 13 Wk Cash Flow Update - Call | 1.0 | 2 |
| 05/21/09 | Reclamation claims w/UCC advisors and Cleary - Call | 2.0 | 2 |
| 05/22/09 | Call w/creditor FA's re. standalone Division option | 1.0 | 2 |
| 05/22/09 | May Outlook - Call | 2.0 | 2 |
| 05/22/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| 05/25/09 | Weekly Due Diligence Calls | 1.0 | 2 |
| 05/25/09 | WGL/Dataroom Additions | 0.5 | 10 |
| 05/26/09 | George Riedel and Mike Murray presentation to Ad Hoc bondholders - Call | 1.0 | 2 |
| 05/26/09 | Division Update Call | 2.0 | 2 |
| 05/26/09 | APA call w/Peter Look | 2.0 | 2 |
| 05/27/09 | 13 Wk Cash Flow Update - Call | 1.0 | 2 |
| 05/28/09 | All hands sessions in Toronto - Phone | 8.0 | 2 |
| 05/29/09 | All hands sessions in Toronto - Phone | 8.0 | 2 |
| 05/29/09 | Nortel - M & A Update - Call | 1.0 | 2 |
| | **MAY HOURS** | **52.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Preparatory work for Round One and Management Meetings | 4.0 | 8 |
| 05/04/09 | Preparation of EDR and Q&A Process / Internal Process Calls | 6.0 | 8 |
| 05/05/09 | Preparation of EDR and Q&A Process / Internal Process Calls | 5.0 | 8 |
| 05/06/09 | Preparation of EDR and Q&A Process / Internal Process Calls | 6.0 | 8 |
| 05/07/09 | Management Presentation Prepartion / Dry Run | 4.0 | 8 |
| 05/08/09 | Preparation of EDR and Q&A Process / Internal Process Calls | 4.0 | 8 |
| 05/11/09 | Round One Management Meetings | 4.0 | 8 |
| 05/12/09 | Round One Management Meetings | 4.0 | 8 |
| 05/13/09 | Round One Management Meetings | 2.0 | 8 |
| 05/14/09 | Round One Management Meetings | 4.0 | 8 |
| 05/15/09 | Round One Management Meetings | 4.0 | 8 |
| 05/18/09 | Round One Management Meetings | 6.0 | 8 |
| 05/19/09 | Process Calls / EDR Review | 5.0 | 8 |
| 05/20/09 | Process Calls / EDR Review | 7.0 | 8 |
| 05/21/09 | Process Calls / EDR Review | 7.0 | 8 |
| 05/22/09 | Process Calls / EDR Review and Management Meeting (via conference call) | 7.0 | 8 |
| 05/25/09 | EDR Review | 5.0 | 8 |
| 05/26/09 | Process Calls / EDR Review | 3.0 | 8 |
| 05/27/09 | Process Calls / EDR Review | 3.0 | 8 |
| 05/28/09 | Process Calls / EDR Review | 6.0 | 8 |
| 05/29/09 | Process Calls / EDR Review | 6.0 | 8 |
| | **MAY HOURS** | 102.0 | |

**Nortel Networks, Inc.**
**Time Detail**
**Lazard Frères & Co. LLC**
**Paz Eshel - Analyst**

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Counterparty Research | 1.7 | 8 |
| 05/04/09 | DCF with Revenue Hedge | 1.6 | 6 |
| 05/05/09 | Diligence Update with Management | 3.5 | 8 |
| 05/05/09 | DCF Analysis | 4.8 | 6 |
| 05/06/09 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 05/06/09 | DCF Analysis | 2.3 | 6 |
| 05/06/09 | M&A Log | 1.6 | 8 |
| 05/07/09 | Diligence Calls with Interested Parties | 9.0 | 8 |
| 05/07/09 | M&A Log | 1.1 | 8 |
| 05/07/09 | Synergies Analysis | 2.3 | 6 |
| 05/10/09 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 05/10/09 | Update DCF | 3.5 | 6 |
| 05/11/09 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 05/11/09 | Refresh Model / WACC Analysis | 3.7 | 6 |
| 05/12/09 | Diligence Calls with Interested Parties | 3.4 | 8 |
| 05/13/09 | DCF Discussion | 1.0 | 6 |
| 05/13/09 | Diligence Calls with Interested Parties | 1.5 | 8 |
| 05/18/09 | Bid Review Call | 1.0 | 8 |
| 05/19/09 | DCF / Dilution Analysis Discussion | 0.8 | 6 |
| 05/21/09 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 05/21/09 | M&A Log / WGL | 1.9 | 8 |
| 05/21/09 | Counterparty Technical Analysis | 4.6 | 8 |
| 05/22/09 | Counterparty Research | 2.2 | 8 |
| 05/26/09 | Diligence Calls with Interested Parties | 0.5 | 8 |
| 05/26/09 | Distribute Working Group List to Counterparties | 0.8 | 8 |
| 05/27/09 | EDR / Logistics | 0.9 | 8 |
| 05/28/09 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 05/28/09 | EDR / Logistics | 3.7 | 8 |
| 05/28/09 | M&A Log | 1.4 | 8 |
| 05/29/09 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 05/29/09 | Logistics | 2.6 | 8 |
| 05/30/09 | EDR / Logistics | 0.8 | 8 |
| 05/31/09 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 05/31/09 | EDR / Logistics | 1.6 | 8 |
| | **MAY HOURS** | **71.8** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/08/09 | Sale Process Timeline | 2.0 | 9 |
| 05/11/09 | Sale Process Timeline | 1.0 | 9 |
| 05/20/09 | M&A Org Chart | 1.0 | 9 |
| 05/21/09 | M&A Org Chart | 2.0 | 9 |
| 05/26/09 | M&A Org Chart | 1.0 | 9 |
| 05/27/09 | M&A Process Update | 5.0 | 9 |
| 05/29/09 | Sale Bid Comparison | 4.0 | 9 |
| | **MAY HOURS** | **16.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/09 | Management Presentations/Prep | 4.0 | 8 |
| 05/02/09 | Management Presentations/Prep | 5.0 | 8 |
| 05/04/09 | Management Presentations/Prep | 5.0 | 8 |
| 05/05/09 | Management Presentations/Prep | 1.5 | 8 |
| 05/07/09 | M&A Log | 2.0 | 8 |
| 05/08/09 | Management Presentations/Prep | 2.0 | 8 |
| 05/10/09 | M&A Log | 2.0 | 8 |
| 05/11/09 | Management Presentations/Prep | 3.0 | 8 |
| 05/12/09 | Management Presentations/Prep | 4.0 | 8 |
| 05/12/09 | M&A Log | 2.0 | 8 |
| 05/13/09 | M&A Log | 2.0 | 8 |
| 05/13/09 | Management Presentations/Prep | 3.0 | 8 |
| 05/14/09 | Management Presentations/Prep | 5.0 | 8 |
| 05/14/09 | M&A Log | 2.0 | 8 |
| 05/15/09 | M&A Log | 2.0 | 8 |
| 05/15/09 | Management Presentations/Prep | 5.0 | 8 |
| 05/16/09 | M&A Log | 2.0 | 8 |
| 05/18/09 | M&A Log | 2.0 | 8 |
| 05/18/09 | Management Presentations/Prep | 5.0 | 8 |
| 05/19/09 | Management Presentations/Prep | 5.0 | 8 |
| 05/20/09 | Travel to Toronto | 5.0 | 8 |
| 05/20/09 | Management Presentations | 10.0 | 8 |
| 05/21/09 | Management Presentations | 10.0 | 8 |
| 05/22/09 | Management Presentations | 10.0 | 8 |
| 05/22/09 | Travel from Toronto | 5.0 | 8 |
| 05/25/09 | Travel to Toronto | 4.0 | 8 |
| 05/26/09 | Management Presentations | 5.0 | 8 |
| 05/26/09 | Management Presentations | 5.0 | 8 |
| 05/28/09 | Management Presentations | 5.0 | 8 |
| 05/28/09 | Management Presentations | 5.0 | 8 |
| 05/28/09 | Travel from Toronto | 5.0 | 8 |
| | **MAY HOURS** | **132.5** | |