# EXHIBIT D

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

January 14, 2009 - April 30, 2009

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: January 12, 2009 - January 31, 2009 | $145,161.29 |
| Monthly Fees: February 1, 2009 - February 28, 2009 | 250,000.00 |
| Monthly Fees: March 1, 2009 - March 31, 2009 | 250,000.00 |
| Monthly Fees: April 1, 2009 - April 30, 2009 | 250,000.00 |
| Less: Amounts Paid | (645,161.29) |
| **TOTAL** | **$250,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $9,723.08 |
| Courier/Shipping | 42.62 |
| Electronic Information Service | 1,094.02 |
| Legal Expenses | 7.84 |
| Legal fees [2] | 17,650.17 |
| Meals-Meetings/Travel | 733.92 |
| Misc. Travel Expense | 828.18 |
| Miscellaneous | 314.24 |
| Photocopying Costs | 5,044.52 |
| Printing Consumables | 189.92 |
| Telephone/Telex/Fax-Usage | 193.10 |
| Travel | 39,491.34 |
| **TOTAL** | **$75,312.95** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |

### Car Services and Taxis

| | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| | 2/5/2009 | Bhatia-O 01/29/2009 21:10 M / Origin: 30 ROCK Dest: M / SELAM TRANSPORTATION LLC | 25.50 |
| | 2/25/2009 | Bhatia-D 01/08/2009 02:18 87/BWAY M / Origin: 49 W 49 ST M Dest: 87/BWAY M / DIAL CAR INC | 27.54 |
| | 3/19/2009 | Bhatia-D 01/19/2009 22:41 W 86/ BWY / Origin: 49 W 49 ST M Dest: W 86/ BWY M / DIAL CAR INC | 25.50 |
| | 3/24/2009 | Bhatia-O 03/12/2009 22:15 M / Origin: 30 ROCK Dest: M / SELAM TRANSPORTATION LLC | 15.40 |
| | 3/24/2009 | Bhatia-TAXI - office/home 01/22/2009 | 12.50 |
| | 3/24/2009 | Bhatia-NYC TAXI TAXI - office/home 01/29/2009 | 12.10 |
| | 3/24/2009 | Bhatia-TAXI - office/home 01/15/2009 | 11.90 |
| | 3/24/2009 | Bhatia-NYC TAXI - office/home 01/31/2009 | 10.90 |
| | 3/24/2009 | Bhatia-NYC TAXI - office/home 01/28/2009 | 8.90 |
| | 3/24/2009 | Bhatia-NYC TAXI - office/home 02/04/2009 | 8.80 |
| | 3/24/2009 | Bhatia-NYC TAXI - office/home 01/23/2009 | 7.20 |
| | 4/9/2009 | Bhatia-NYC TAXI - office/home 01/22/2009 | 28.56 |
| | 4/9/2009 | Bhatia-O 03/30/2009 22:20 M / Origin: 30 ROCK Dest: M / SELAM TRANSPORTATION LLC | 25.50 |
| | 4/17/2009 | Bhatia-O 03/31/2009 21:00 M / Origin: 30 ROCK Dest: M / SELAM TRANSPORTATION LLC | 25.50 |
| | 4/30/2009 | Breeden-Lazard/home - 4/9 04/10/2009 | 12.36 |
| | 4/6/2009 | Breeden-Lazard/home - early morning 03/10/2009 | 7.44 |
| | 4/6/2009 | Breeden-Lazard/home - early morning 03/11/2009 | 6.84 |
| | 3/2/2009 | Breeden-Lazard/home 01/14/2009 | 10.10 |
| | 3/2/2009 | Breeden-Lazard/home 01/15/2009 | 9.20 |
| | 3/2/2009 | Breeden-Lazard/home 01/27/2009 | 10.30 |
| | 3/2/2009 | Breeden-Lazard/home 02/04/2009 | 9.96 |
| | 3/2/2009 | Breeden-Lazard/home 02/12/2009 | 9.90 |
| | 4/6/2009 | Breeden-Lazard/home 03/03/2009 | 8.20 |
| | 4/6/2009 | Breeden-Lazard/home 03/07/2009 | 8.04 |
| | 4/6/2009 | Breeden-Lazard/home 03/11/2009 | 9.00 |
| | 4/30/2009 | Breeden-Lazard/home 03/17/2009 | 10.70 |
| | 3/2/2009 | Breeden-Lazard/home 2/11 02/12/2009 | 9.43 |
| | 4/6/2009 | Breeden-Lazard/home 2/27 02/28/2009 | 14.28 |
| | 4/6/2009 | Breeden-Lazard/home 3/2 03/03/2009 | 7.92 |
| | 4/30/2009 | Breeden-Lazard/home/early morning 04/08/2009 | 6.48 |
| | 4/30/2009 | Breeden-Lazard/home/weekend 03/21/2009 | 7.44 |
| | 4/6/2009 | Breeden-Lazard/home/weekend 2/21 02/22/2009 | 8.40 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 4/28/2009 | Descoteaux-04/15/09 Airpot to Meeting at Nortel / CAREY INTERNATIONAL | 118.60 |
| | 4/30/2009 | Descoteaux-04/15/09 Nortel office to Hotel / CAREY INTERNATIONAL | 108.00 |
| | 4/30/2009 | Descoteaux-04/16/09 Hotel to Nortel office CAREY INTERNATIONAL | 108.00 |
| | 4/30/2009 | Descoteaux-04/16/09 Nortel office to Airport CAREY INTERNATIONAL | 108.00 |
| | 4/3/2009 | Descoteaux-Airport to Nortel Office / Carey  03/05/2009 | 108.00 |
| | 4/3/2009 | Descoteaux-Airport to Nortel office 03/09/2009 | 108.00 |
| | 4/3/2009 | Descoteaux-Nortel Office to Airport / Carey 03/10/2009 | 108.00 |
| | 3/5/2009 | Descoteaux- Nortel office to Airport / Carey 02/06/2009 | 108.00 |
| | 3/5/2009 | Descoteaux-Hotel to Nortel office 02/06/2009 | 118.00 |
| | 3/26/2009 | Descoteaux-D 02/03/2009 17:21 LGA  LGA / Origin: 49 W 49 ST  M Dest: LGA  LGA / DIAL CAR INC | 68.34 |
| | 3/26/2009 | Descoteaux-D 02/04/2009 05:44 LGA  LGA / Origin: 301 E 62 ST  M Dest: LGA / DIAL CAR INC | 60.18 |
| | 3/26/2009 | Descoteaux-D 02/04/2009 18:14 301 E 62ND / Origin: LGA Dest: 301 E 62ND  M / DIAL CAR INC | 80.58 |
| | 4/8/2009 | Flaton-Late night office to home 2/4 02/04/2009 | 12.00 |
| | 4/8/2009 | Flaton-Weekend office to home 2/22 02/22/2009 | 8.00 |
| | 4/8/2009 | Flaton-Weekend office to home 2/8 02/08/2009 | 10.00 |
| | 2/24/2009 | Grafstein-FEB4,2009 Nortel office/Airport / CAREY INTERNATIONAL | 107.76 |
| | 2/24/2009 | Grafstein-HOME TO LAGUARDIA APT 01/21/2009 | 125.20 |
| | 2/24/2009 | Grafstein-LAGUARDIA TO HOME 01/21/2009 | 125.20 |
| | 3/20/2009 | Grafstein-NY-Home to LGA client meeting 03/06/2009 | 144.40 |
| | 4/14/2009 | Gueyffier-Taxi from office 02/18/2009 | 21.40 |
| | 4/14/2009 | Gueyffier-Taxi from office 02/24/2009 | 11.28 |
| | 4/14/2009 | Gueyffier-Taxi from office 03/11/2009 | 11.27 |
| | 4/14/2009 | Gueyffier-Taxi from office 03/03/2009 | 11.00 |
| | 4/14/2009 | Gueyffier-Taxi from office 02/25/2009 | 11.00 |
| | 4/14/2009 | Gueyffier-Taxi from office 02/24/2009 | 10.60 |
| | 4/14/2009 | Gueyffier-Taxi from office - weekend 03/14/2009 | 10.10 |
| | 4/14/2009 | Gueyffier-Taxi from office  03/14/2009 | 9.84 |
| | 4/14/2009 | Gueyffier-Taxi from office 02/13/2009 | 9.70 |
| | 4/14/2009 | Gueyffier-Taxi from office - weekend 03/14/2009 | 8.50 |
| | 3/10/2009 | Hart-02/24/09 TORONTO WEST MALL / CAREY INTERNATIONAL | 108.00 |
| | 4/2/2009 | Hart-03/19/09 TORONTO 195 WMALL-Airport / CAREY INTERNATIONAL | 118.60 |
| | 4/28/2009 | Hart - 04/08/09 Nortel Meeting to Lester B. Pearson International Airport | 118.60 |
| | 4/28/2009 | Hart-04/08/09 Lester B. Pearson International Airport to Nortel Meeting / Carey | 108.00 |
| | 4/30/2009 | Hart - 04/16/09 Lester B. Pearson International Airport to Nortel Meeting / Carey | 118.60 |
| | 4/30/2009 | Hart - 04/16/09 Nortel Meeting to Lester B. Pearson International Airport / Carey | 108.00 |

Nortel_Apr 09.XLS  
**LAZARD**

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | | | |
| | 4/3/2009 | Hart-Car service to airport, 2/24 02/24/2009 | 28.82 |
| | 4/3/2009 | Hart-Car to/from airport-Nortel,3/6 03/06/2009 | 122.16 |
| | 3/26/2009 | Hart-D 02/04/2009 05:07 LGA LGA / Origin: 3 LUNDY LA LARCHMONT WE Dest: LGA LGA / DIAL CAR INC | 123.42 |
| | 3/26/2009 | Hart-D 02/24/2009 18:06 3 LUNDY LAN / Origin: LGA Dest: 3 LUNDY LANE LARCHMONT10538 WE / DIAL CAR INC | 76.50 |
| | 4/1/2009 | Hart-MAR19,2009 Airport/Nottel meeting / CAREY INTERNATIONAL | 108.00 |
| | 2/19/2009 | Hart-O 02/10/2009 23:00 LI / Origin: 30 ROCK Dest: LI / SELAM TRANSPORTATION LLC | 91.55 |
| | 2/19/2009 | Hart-O 02/11/2009 22:00 LI / Origin: 30 ROCK Dest: LI / SELAM TRANSPORTATION LLC | 96.65 |
| | 2/19/2009 | Hart-O 02/12/2009 22:30 LI / Origin: 30 ROCK Dest: LI / SELAM TRANSPORTATION LLC | 96.16 |
| | 2/26/2009 | Hart-O 02/17/2009 23:05 WE / Origin: 30 ROCK Dest: WE / SELAM TRANSPORTATION LLC | 96.39 |
| | 3/5/2009 | Hart-O 02/23/2009 22:30 WE / Origin: 30 ROCK Dest: WE / SELAM TRANSPORTATION LLC | 96.65 |
| | 3/12/2009 | Hart-O 03/04/2009 23:25 WE / Origin: 30 ROCK Dest: WE / SELAM TRANSPORTATION LLC | 96.65 |
| | 3/26/2009 | Hart-O 03/16/2009 22:40 WE / Origin: 30 ROCK Dest: WE / SELAM TRANSPORTATION LLC | 90.27 |
| | 3/26/2009 | Hart-O 03/17/2009 22:00 WE / Origin: 30 ROCK Dest: WE / SELAM TRANSPORTATION LLC | 96.65 |
| | 3/26/2009 | Hart-O 03/18/2009 22:30 LI / Origin: 30 ROCK Dest: LI / SELAM TRANSPORTATION LLC | 96.65 |
| | 4/2/2009 | Hart-O 03/23/2009 22:40 WE / Origin: 30 ROCK Dest: WE / SELAM TRANSPORTATION LLC | 96.39 |
| | 4/2/2009 | Hart-O 03/25/2009 23:15 LI / Origin: 30 ROCK Dest: LI / SELAM TRANSPORTATION LLC | 96.65 |
| | 2/25/2009 | Hart-Taxi office-airport for Nortel 02/03/2009 | 58.15 |
| | 4/27/2009 | Keenan-Late night home from office 03/22/2009 | 8.00 |
| | 4/27/2009 | Keenan-TAXI LateNightHomeFromOffice 03/19/2009 | 9.30 |
| | 4/27/2009 | Mehra-AIRPORT TAXI BRAMPTON ON 03/18/2009 Taxi from mtg to the Toronto airport | 28.46 |
| | 4/27/2009 | Mehra-DIAMOND TAXI MONTREAL QC 04/01/2009 Taxi from mtg to Montreal airport | 20.73 |
| | 4/27/2009 | Mehra-QUELICA LIMO & TAXI DOVAL QC 03/30/2009 Taxi from Montreal airport to mtg | 20.56 |
| | 4/21/2009 | Mehra-Taxi from airport to client 03/17/2009 | 35.00 |
| | 4/21/2009 | Mehra-Taxi home (Sunday) 03/22/2009 | 21.00 |
| | 4/21/2009 | Mehra-Taxi home 03/11/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 03/12/2009 | 18.00 |
| | 4/21/2009 | Mehra-Taxi home 03/13/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 03/16/2009 | 18.00 |
| | 4/21/2009 | Mehra-Taxi home 03/19/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 03/20/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 03/23/2009 | 21.00 |
| | 4/21/2009 | Mehra-Taxi home 03/24/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 03/25/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 03/27/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 04/01/2009 | 19.00 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 4/21/2009 | Mehra-Taxi home 04/06/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 04/08/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 04/09/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home 04/14/2009 | 20.00 |
| | 4/30/2009 | Mehra-Taxi home from the airport 04/20/2009 | 42.00 |
| | 4/21/2009 | Mehra-Taxi home on a Sunday 03/26/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi home on a Sunday 04/05/2009 | 20.00 |
| | 4/30/2009 | Mehra-Taxi in NYC 04/20/2009 | 35.00 |
| | 4/30/2009 | Mehra-Taxi in NYC 04/20/2009 | 30.00 |
| | 4/21/2009 | Mehra-Taxi to airport 03/17/2009 | 40.00 |
| | 4/21/2009 | Mehra-Taxi to office from airport 03/18/2009 | 27.00 |
| | 4/21/2009 | Mehra-Taxi to the airport 03/30/2009 | 40.00 |
| | 4/21/2009 | Mehra-Taxi to the airport 04/02/2009 | 40.00 |
| | 4/21/2009 | Mehra-Taxi to the airport 04/07/2009 | 40.00 |
| | 4/30/2009 | Mehra-Taxi to the airport 04/20/2009 | 45.00 |
| | 4/21/2009 | Mehra-Taxi to the office(Sunday) 03/22/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi to work on a Sunday 04/05/2009 | 20.00 |
| | 4/21/2009 | Mehra-Taxi while traveling 03/18/2009 | 25.00 |
| | 4/21/2009 | Mehra-Taxi while traveling 04/02/2009 | 25.00 |
| | 4/21/2009 | Mehra-Taxi while traveling 04/07/2009 | 25.00 |
| | 4/21/2009 | Mehra-Taxi while traveling 04/07/2009 | 22.00 |
| | 3/18/2009 | Murray-03/10/09 DALLAS FT WORTH / CAREY INTERNATIONAL - car-airport to meetings- 3/10 | 107.60 |
| | 3/18/2009 | Murray-03/10/09 DALLAS-FT WORTH / CAREY INTERNATIONAL - car- meetings to airport 3/10 | 104.60 |
| | 3/25/2009 | Murray-MAR16 DURHAM / CAREY INTERNATIONAL - car-hotel(Sheraton) to mtgs@ Duke Inn | 101.70 |
| | 3/25/2009 | Murray-MAR16,2009 DURHAM / CAREY INTERNATIONAL - Car-mtgs to hotel | 94.60 |
| | 3/27/2009 | Murray-03/17/09 DURHAM / CAREY INTERNATIONAL - car-hotel(sheraton) to RDU | 97.60 |
| | 4/1/2009 | Murray-MAR17,2009 TORONTO / CAREY INTERNATIONAL car-YYZ to hotel | 108.00 |
| | 4/2/2009 | Murray-03/17/09 NORETEL OFF-TORONTO / CAREY INTERNATIONAL | 118.60 |
| | 4/7/2009 | Murray-MAR25,2009 TORONTO / CAREY INTERNATIONAL car-hotel(Sheraton) to mtg. | 108.00 |
| | 4/15/2009 | Murray-03/31/09 MONTREAL- HT ST JAMES / CAREY INTERNATIONAL -car-meeting to hotel | 102.22 |
| | 4/15/2009 | Murray-03/31/09 MONTREAL-BLVD ALFRED / CAREY INTERNATIONAL -car airport to mtg. | 106.48 |
| | 4/15/2009 | Murray-04/01/09 MONTREAL-HTL LE ST JA / CAREY INTERNATIONAL - car- hotel to mtg. | 101.17 |
| | 4/15/2009 | Murray-APR3,2009 NEW YORK / CAREY INTERNATIONAL car-NY Palace to LGA | 118.11 |
| | 4/16/2009 | Murray-APR6,2009 MONTREAL / CAREY INTERNATIONAL -car-airport to meeting | 101.48 |
| | 4/16/2009 | Murray-APR3,2009 MONTREAL / CAREY INTERNATIONAL - car-meeting to airport | 101.48 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 4/16/2009 | Murray-APR3,2009 MONTREAL / CAREY INTERNATIONAL - car- airport to meeting | 101.48 |
| | 4/16/2009 | Murray-APR1,2009 MONTREAL / CAREY INTERNATIONAL car- meeting to airport | 101.17 |
| | 4/28/2009 | Murray-04/06/09 MONTREAL/YUL/YM / CAREY INTERNATIONAL - car-mtg to airport | 104.21 |
| | 4/22/2009 | Orazem-Taxi 03/31/2009 | 7.00 |
| | 4/22/2009 | Orazem-Taxi 04/15/2009 | 6.00 |
| | 3/24/2009 | Polak-late-night taxi 03/14/2009 | 7.10 |
| | 4/28/2009 | Polak-ELITE COACH INC CARY NC 03/19/2009  Taxi from airport to hotel | 71.50 |
| | 4/28/2009 | Polak-ELITE COACH INC CARY NC 03/25/2009  Taxi from airport from hotel | 71.50 |
| | 4/28/2009 | Polak-KING BROKERAGE KING BROOKLYN N 03/16/2009  Taxi to office from airport (flight cancelled) | 39.85 |
| | 4/28/2009 | Polak-NYC TAXI MED 3H90 09 BROOKLYN  03/16/2009  Taxi home from office - worked late | 6.80 |
| | 4/28/2009 | Polak-NYC TAXI MED 5H75 09 BROOKLYN  04/03/2009  Taxi home from office - worked late | 6.80 |
| | 4/27/2009 | Polak-Taxi home from meeting 04/21/2009 | 18.00 |
| | 3/24/2009 | Polak- late-night taxi 03/14/2009 | 5.90 |
| | 4/28/2009 | Polak-THE BRIDGE GROUP OF LONG ISLAND 03/15/2009  Taxi to office from home (Sunday) | 5.75 |
| | 4/28/2009 | Polak-WASHINGTON DUKE INN DURHAM NC 03/19/2009  Taxi to airport from hotel | 60.00 |
| | 4/28/2009 | Polak-WASHINGTON DUKE INN DURHAM NC 03/24/2009  Taxi to airport from hotel | 55.00 |
| | 2/4/2009 | Savage-1/22-Sheraton/Nortel CAREY | 108.17 |
| | 2/4/2009 | Savage-1/22-Nortel/airportCAREY | 108.81 |
| | 2/9/2009 | Savage - JAN 21,2009 Nortel/airport CAREY | 118.11 |
| | 2/9/2009 | Savage-Restaurant/Sheraton hotel 01/21/2009 | 70.00 |
| | 2/24/2009 | Savage-FEB3,2009 Toronto airport/Nortel CAREY | 107.12 |
| | 2/24/2009 | Savage-FEB2,2009 Sheraton/Nortel CAREY | 118.26 |
| | 2/24/2009 | Savage-FEB3,2009 Nortel/airport CAREY | 107.76 |
| | 3/4/2009 | Savage-Rye, NY (home)/Laguardia 2/2 02/02/2009 | 137.19 |
| | 3/4/2009 | Savage-Laguardia/Rye, NY (home) 1/22 01/22/2009 | 137.19 |
| | 3/4/2009 | Savage-Laguardia/Rye, NY (home) 2/3 02/03/2009 | 137.19 |
| | 3/5/2009 | Savage-2/19-Lazard/Laguardia  CAREY | 118.11 |
| | 3/25/2009 | Savage-03/17/09 DEL FRISCO-LGA / CAREY INTERNATIONAL | 118.11 |
| | 4/1/2009 | Savage-MAR18,2009 Sheraton/Nortel CAREY | 108.00 |
| | 4/1/2009 | Savage-MAR18,2009 TORONTO Nortel/airport CAREY | 108.00 |
| | 4/7/2009 | Savage-Laguardia/Rye, NY 2/20 02/22/2009 | 137.19 |
| | 4/16/2009 | Savage-02/20/09 Sheraton/Nortel CAREY | 108.00 |
| | 4/16/2009 | Savage-02/20/09 Nortel/airport / CAREY | 107.12 |
| | 4/24/2009 | Savage-Laguardia/Rye, NY (home) 3/18 03/18/2009 | 137.19 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | | | |
| | 4/2/2009 | Sinatra-O 03/23/2009 21:00 M / Origin: 30 ROCK Dest: M / SELAM TRANSPORTATION LLC | 28.56 |
| | | Subtotal: | 9,723.08 |
| **Couriers / Shipping** | | | |
| | 2/25/2009 | U 22-JAN-2009 1605 LANDS ENS R / UNITED PARCEL SERVICE INC. | 8.87 |
| | 4/29/2009 | MESSENGER SERVICE / N.Y. MINUTE MESSENGER | 33.75 |
| | | Subtotal: | 42.62 |
| **Electronic Information Service** | | | |
| | 3/19/2009 | ALACRA QTR 02/26/09-05/26/09 / ALACRA, INC. | 100.52 |
| | 4/24/2009 | ALACRA MAR 09 USAGE FEE / ALACRA, INC. | 325.14 |
| | 4/24/2009 | ALACRA MAR 09 USAGE FEE / ALACRA, INC. | 75.87 |
| | 4/27/2009 | BARRA CHARGEBACKS MAR 09 / BARRA INC | 592.49 |
| | | Subtotal: | 1,094.02 |
| **Employee Meals** | | | |
| | 3/6/2009 | Bhatia-M 26-JAN-2009 Chola Dosa & Cha / SEAMLESSWEB PROFESSIONAL | 26.26 |
| | 3/6/2009 | Bhatia-M 27-JAN-2009 Bay Leaf Indian / SEAMLESSWEB PROFESSIONAL | 26.26 |
| | 3/6/2009 | Bhatia-M 02-FEB-2009 Chola Dosa & Cha / SEAMLESSWEB PROFESSIONAL | 26.26 |
| | 3/6/2009 | Hart-M 19-FEB-2009 Bay Leaf Indian / SEAMLESSWEB PROFESSIONAL | 26.19 |
| | 3/6/2009 | Hart-M 10-FEB-2009 Bay Leaf Indian / SEAMLESSWEB PROFESSIONAL | 26.08 |
| | 3/6/2009 | Hart-M 12-FEB-2009 Kiku Japanese Re / SEAMLESSWEB PROFESSIONAL | 25.96 |
| | 3/6/2009 | Hart-M 18-FEB-2009 Kiku Japanese Re / SEAMLESSWEB PROFESSIONAL | 25.96 |
| | 3/6/2009 | Bhatia-M 29-JAN-2009 Minar Indian Res / SEAMLESSWEB PROFESSIONAL | 25.33 |
| | 3/6/2009 | Hart-M 11-FEB-2009 Bocca / SEAMLESSWEB PROFESSIONAL | 24.75 |
| | 3/6/2009 | Hart-M 17-FEB-2009 Bocca / SEAMLESSWEB PROFESSIONAL | 24.75 |
| | 3/6/2009 | Breeden-M 11-FEB-2009 Wu Liang Ye / SEAMLESSWEB PROFESSIONAL | 23.67 |
| | 3/26/2009 | Bhatia-M 12-MAR-2009 Ali Baba / SEAMLESSWEB PROFESSIONAL | 26.26 |
| | 3/26/2009 | Leite-M 08-MAR-2009 Amish Market Wes / SEAMLESSWEB PROFESSIONAL | 26.18 |
| | 3/26/2009 | Hart-M 04-MAR-2009 Bay Leaf Indian / SEAMLESSWEB PROFESSIONAL | 26.08 |
| | 3/26/2009 | Master-M 20-MAR-2009 19 Metro Market / SEAMLESSWEB PROFESSIONAL | 25.97 |
| | 3/26/2009 | Hart-M 23-FEB-2009 Kiku Japanese Re / SEAMLESSWEB PROFESSIONAL | 25.96 |
| | 3/26/2009 | Ryan-M 09-MAR-2009 goodburger (Lex) / SEAMLESSWEB PROFESSIONAL | 25.62 |
| | 3/26/2009 | Eshel-DINING IN 0035 BRIGHTON MA 03/14/2009 | 25.00 |
| | 3/26/2009 | Mehra-DINING IN 0035 BRIGHTON MA 03/09/2009 | 25.00 |
| | 3/26/2009 | Hart-M 09-MAR-2009 New York Thai Gr / SEAMLESSWEB PROFESSIONAL | 24.78 |
| | 3/26/2009 | Breeden-M 10-MAR-2009 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 24.77 |
| | 3/26/2009 | Gueyffier-M 12-MAR-2009 Hatsuhana / SEAMLESSWEB PROFESSIONAL | 23.15 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---:|
| **Employee Meals** | | | |
| | 3/26/2009 | Holmes-M 08-MAR-2009 Blockheads Burri / SEAMLESSWEB PROFESSIONAL | 21.45 |
| | 3/26/2009 | Mehra-PANERA BREAD #03705 BOSTON MA 03/07/2009 | 8.37 |
| | 3/26/2009 | Mehra-PANERA BREAD #03705 BOSTON MA 03/07/2009 | 4.82 |
| | 4/2/2009 | Orazem-DINING IN 0035 BRIGHTON MA 03/12/2009 | 19.58 |
| | 4/2/2009 | Orazem-SHAW'S 387 MELROSE MA 03/14/2009 | 15.60 |
| | 4/22/2009 | Orazem-Lunch on a Sunday 03/15/2009 | 7.85 |
| | 4/22/2009 | Orazem-Lunch on a Sunday 03/29/2009 | 4.69 |
| | 4/22/2009 | Orazem-Lunch on a Sunday 03/22/2009 | 3.66 |
| | 4/22/2009 | Orazem-Lunch on a Sunday 03/22/2009 | 1.03 |
| | 4/24/2009 | Breeden-Dinner/Daisy May's BBQ/NYC/6p 03/18/2009 | 25.00 |
| | 4/27/2009 | Mehra-DINING IN 0035 BRIGHTON MA 03/27/2009 | 25.00 |
| | 4/27/2009 | Breeden-Dinner/Monetti's NY Pizza (1p) 02/19/2009 | 24.72 |
| | 4/27/2009 | Mehra-PANERA BREAD #03705 BOSTON MA 04/05/2009 | 11.91 |
| | | Subtotal: | 733.92 |
| **Hard Copy Information** | | | |
| | 2/13/2009 | WALL STREET JOURNAL IN TORONTO 02/04/2009 | 2.64 |
| | 2/13/2009 | WSJ AND NYPOST PAPERS 02/02/2009 | 2.50 |
| | 3/2/2009 | Updated copies of org. chart 02/12/2009 | 100.79 |
| | 3/2/2009 | Copies of organization chart 01/22/2009 | 83.99 |
| | | Subtotal: | 189.92 |
| **Legal Expenses** | | | |
| | 3/20/2009 | NORTEL NETWORK THR FEB 28,2009 / GIBSON, DUNN & CRUTCHER LLP | 7.84 |
| | | Subtotal: | 7.84 |
| **Legal Fees** | | | |
| | 3/2/2009 | JAN2009 RETENTION ADVICE / GIBSON, DUNN & CRUTCHER LLP | 1,660.67 |
| | 3/20/2009 | NORTEL NETWORK THR FEB 28,2009 / GIBSON, DUNN & CRUTCHER LLP | 282.00 |
| | 3/25/2009 | FEB2009-NORTEL CLIENTS-PROF SV / SONNENSCHEIN NATH & ROSENTHAL | 15,707.50 |
| | | Subtotal: | 17,650.17 |
| **Meals-Meetings/Travel** | | | |
| | 2/13/2009 | Grafstein-BREAKFAST AT LAGUARDIA APT 02/02/2009 | 8.44 |
| | 2/13/2009 | Grafstein-LUNCH TORONTO AIRPORT 02/04/2009 | 5.22 |
| | 2/13/2009 | Grafstein-CHIPS AND SODA IN TORONTO 02/02/2009 | 2.85 |
| | 2/13/2009 | Grafstein-V8 VEGETABLE JUICE 02/04/2009 | 2.09 |
| | 2/13/2009 | Grafstein-BALANCE BAR AT LAGUARDIA APT 02/02/2009 | 1.99 |
| | 2/24/2009 | Grafstein-toronto breakfast for Larry 02/05/2009 | 29.49 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Meals-Meetings/Travel | 3/27/2009 | McInnes-TM - MARKS AND SPENCER PLC, LO Trans: GBP 13.27 / 1p | 20.04 |
| | 4/3/2009 | Descoteaux-FRIDAY'S AMERICAN BA - lunch 1p/TORONTO 03/05/2009 | 19.78 |
| | 4/3/2009 | Hart-Dinner while traveling,1ppl,3/3 03/03/2009 | 12.28 |
| | 4/7/2009 | Savage-Breakfast/Berger's/NY - 30p 03/11/2009 | 235.30 |
| | 4/20/2009 | Murray-SUSHI ANN NEW YORK NY (dinner 1p )03/10/2009 | 65.32 |
| | 4/21/2009 | Mehra-Food at client site 03/17/2009 | 8.80 |
| | 4/21/2009 | Mehra-Food at airport 03/17/2009 | 2.09 |
| | 4/22/2009 | Descoteaux-meal while traveling 04/02/2009 | 2.54 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009  Room Service Dinner-1 attendee | 32.78 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/02/2009  Room Service Dinner-1 attendee | 20.95 |
| | 4/27/2009 | Enticknap-Paid for Greg Healey Trans: GBP 13.77 / American Express  (1p) | 20.80 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009  Room Service Meal -1 attendee | 17.89 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/02/2009  Meal from Hotel Boutique - 1 attendee | 15.43 |
| | 4/27/2009 | Mehra-BOULEVARD RESTAURANTDORVAL QC 04/01/2009  Meal at airport -1 attendee | 15.35 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/01/2009  Room Service Meal -1 attendee | 12.46 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009  Room Service Dinner-1 attendee | 11.02 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/01/2009  Room Service Meal -1 attendee | 9.84 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009  Room Service Meal -1 attendee | 8.47 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/04/2009  Room Service Meal -1 attendee | 7.62 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/02/2009  Room Service Meal -1 attendee | 7.44 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009  Room Service Meal -1 attendee | 6.44 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/01/2009  Room Service Meal -1 attendee | 4.87 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009  Room Service Meal -1 attendee | 4.60 |
| | 4/27/2009 | Mehra-COSI 800000054657001 BOSTON MA 03/30/2009  Meal at airport -1 attendee | 4.59 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009  Room Service Meal -1 attendee | 4.59 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009  Room Service Meal -1 attendee | 4.59 |
| | 4/27/2009 | Mehra-BOULEVARD RESTAURANTDORVAL QC 04/07/2009  Meal at airport -1 attendee | 4.40 |
| | 4/27/2009 | Mehra-PIZZA PIZZA NODE 20TORONTO ON 03/18/2009  Meal at airport -1 attendee | 4.31 |
| | 4/27/2009 | Mehra-COSI 800000054657001 BOSTON MA 03/17/2009  Meal at airport -1 attendee | 3.97 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/01/2009  Room Service Meal -1 attendee | 3.60 |
| | 4/27/2009 | Mehra-COSI 800000054657001 BOSTON MA 03/17/2009  Meal at airport -1 attendee | 3.14 |
| | 4/27/2009 | Mehra-COSI 800000054657001 BOSTON MA 04/02/2009  Meal at airport -1 attendee | 2.30 |
| | 4/27/2009 | Mehra-COSI 800000054657001 BOSTON MA 04/07/2009  Meal at airport -1 attendee | 2.30 |
| | 4/27/2009 | Mehra-COSI 800000054657001 BOSTON MA 04/02/2009  Meal at airport -1 attendee | 2.30 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Meals-Meetings/Travel** | | | |
| | 4/27/2009 | Mehra-COSI 80000005465700l BOSTON MA 04/02/2009 Meal at airport - 1 attendee | 2.09 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/01/2009 Room Service Meal - 1 attendee | 2.02 |
| | 4/27/2009 | Mehra-COSI 80000005465700l BOSTON MA 03/17/2009 Meal at airport - 1 attendee | 1.98 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/02/2009 Room Service Meal - 1 attendee | 1.90 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/01/2009 Room Service Meal - 1 attendee | 1.28 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/02/2009 Room Service Meal - 1 attendee | 1.20 |
| | 4/28/2009 | Polak-WASHINGTON DUKE INN DURHAM NC 03/18 brkfst & dinner (2 meals) room service | 75.05 |
| | 4/28/2009 | Polak-WASHINGTON DUKE INN DURHAM NC 03/24/2009 dinner | 33.22 |
| | 4/28/2009 | Polak-JET ROCK C LGA TERMI FLUSHING 03/17/2009 lunch - Aldo | 13.94 |
| | 4/28/2009 | Polak-JET ROCK C LGA TERMI FLUSHING 03/23/2009 breakfast - Aldo | 13.30 |
| | 4/28/2009 | Polak-JFK ABP Food Court T Jamaica N 03/18/2009 dinner - Aldo (part 1 of 2 receipts) | 9.52 |
| | 4/28/2009 | Polak-PARADIES #090 Q02 RALEIGH NC 03/18/2009 dinner - Aldo (part 2 of 2 receipts) | 8.40 |
| | 4/28/2009 | Polak-OTG USAIR FLUSHING NY 03/16/2009 breakfast - Aldo | 7.40 |
| | | Subtotal: | 828.18 |
| **Photocopying Costs** | | | |
| | 3/17/2009 | CPYCNTR JOBS DONE IN 02\09 / NON VENDOR (AP JOURNALS) | 982.16 |
| | 4/28/2009 | CPYCNTR JOBS DONE IN 03/09 / NON VENDOR (AP JOURNALS) | 4,062.36 |
| | | Subtotal: | 5,044.52 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 3/25/2009 | CONFERENCE CALLS (FEB '09) / PREMIERE GLOBAL SERVICES | 127.89 |
| | 4/14/2009 | Gueyffier-AIRPORT WIRELESS MIA MIAMI FL 03/01/2009 | 42.79 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009 Hotel phone call to office | 14.47 |
| | 4/27/2009 | Mehra-ELECTRONIC MEDIA SYS MIAMI FL 04/03/2009 Hotel Internet access | 7.95 |
| | | Subtotal: | 193.10 |
| **Travel** | | | |
| | 2/24/2009 | Grafstein-toronto-ny (coach) Air Canada 02/04/2009 | 808.68 |
| | 2/24/2009 | Grafstein-toronto 2 nights at SHERATON 02/05/2009 | 547.66 |
| | 2/24/2009 | Grafstein-NYC-Toronto (coach) AAirlines 02/02/2009 | 344.03 |
| | 2/24/2009 | Grafstein-business class difference 02/02/2009 | 225.39 |
| | 2/24/2009 | Grafstein-E TICKET FEE 0017556745374 02/02/2009 | 36.00 |
| | 2/24/2009 | Grafstein-E TICKET FEE 0147556745375 02/03/2009 | 36.00 |
| | 2/25/2009 | Hart-CAN-LGA, Coach Class 02/04/2009 | 380.45 |
| | 2/25/2009 | Hart-LGA-CAN, Coach class 02/04/2009 | 346.54 |
| | 2/25/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |
| | 2/25/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | | | |
| | 2/25/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |
| | 2/25/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 02/03/2009 | 36.00 |
| | 2/25/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |
| | 2/25/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |
| | 3/4/2009 | Savage-AC/Toronto/Laguardia/coach 01/22/2009 | 826.10 |
| | 3/4/2009 | Savage-AC/Toronto/Laguardia/coach 02/03/2009 | 808.68 |
| | 3/4/2009 | Savage-AA/Laguardia/Toronto/coach 02/02/2009 | 368.60 |
| | 3/4/2009 | Savage-AA/Laguardia/Toronto/coach 01/21/2009 | 368.60 |
| | 3/4/2009 | Savage-Sheraton/Toronto 1nt @ $289 02/04/2009 | 272.52 |
| | 3/4/2009 | Savage-Sheraton/Toronto 1nt @ $269 01/24/2009 | 250.28 |
| | 3/4/2009 | Savage-Ticket agent issuing fee 2/2 02/02/2009 | 36.00 |
| | 3/4/2009 | Savage-Ticket agent issuing fee 2/3 02/03/2009 | 36.00 |
| | 3/4/2009 | Savage-Ticket agent issuing fee 1/21 01/21/2009 | 36.00 |
| | 3/4/2009 | Savage-Ticket agent issuing fee 1/22 01/22/2009 | 36.00 |
| | 3/5/2009 | Descoteaux-AMERICAN AIRLINES Coach NY-Toronto 02/04/2009 | 380.45 |
| | 3/5/2009 | Descoteaux-AIR CANADA Coach, NY-Toronto02/04/2009 | 346.54 |
| | 3/5/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |
| | 3/5/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |
| | 3/5/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |
| | 3/5/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 02/04/2009 | 36.00 |
| | 3/20/2009 | Grafstein-NYC-TORONTO (COACH) AIR CANADA 02/19/2009 | 1,713.35 |
| | 3/20/2009 | Grafstein-Toronto,1night,at Sheraton 02/23/2009 | 235.77 |
| | 3/20/2009 | Grafstein-E TICKET FEE 0147558199135 02/19/2009 | 36.00 |
| | 3/24/2009 | Polak-AMERICAN AIRLINES NEW YORK NY 03/18/2009  lga to rdu - coach | 337.28 |
| | 3/24/2009 | Polak-AMERICAN EXPRESS AXCESS EXPRES 03/17/2009 | 19.00 |
| | 4/2/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 03/13/2009 | 11.00 |
| | 4/2/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 03/12/2009 | 11.00 |
| | 4/2/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 03/12/2009 | 11.00 |
| | 4/2/2009 | Orazem-GARAGE AT POST OFFIC BOSTON MA 03/15/2009 | 9.00 |
| | 4/3/2009 | Descoteaux-AIR CANADA coach fare NY-Toronto 03/18/2009 | 995.57 |
| | 4/3/2009 | Descoteaux-AMERICAN AIRLINES Coach NY-Toronto 03/05/2009 | 924.53 |
| | 4/3/2009 | Hart-1-way LGA-Tor Coach@$924.53 03/03/2009 | 924.53 |
| | 4/3/2009 | Descoteaux-AMERICAN AIRLINES Coach NY-Toronto 03/17/2009 | 838.20 |
| | 4/3/2009 | Hart-RT Econo LGA-Tor @ 382.60eaway 02/24/2009 | 765.20 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | | | |
| | 4/3/2009 | Hart-1-way Tor-LGA Coach@589.19 03/03/2009 | 589.19 |
| | 4/3/2009 | Descoteaux-AMERICAN AIRLINES Coach NY-Toronto 03/05/2009 | 571.57 |
| | 4/3/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 02/24/2009 | 36.00 |
| | 4/3/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 03/06/2009 | 36.00 |
| | 4/3/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 03/05/2009 | 36.00 |
| | 4/3/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 03/03/2009 | 36.00 |
| | 4/3/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 03/04/2009 | 36.00 |
| | 4/3/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 03/03/2009 | 36.00 |
| | 4/3/2009 | Hart-AMERICAN EXPRESS E TICKET FEE 03/03/2009 | 36.00 |
| | 4/3/2009 | Hart-AMERICAN EXPRESS TICKET FEE 03/04/2009 | 36.00 |
| | 4/3/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 03/03/2009 | 36.00 |
| | 4/3/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 03/03/2009 | 36.00 |
| | 4/3/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 03/05/2009 | 36.00 |
| | 4/3/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 03/06/2009 | 36.00 |
| | 4/7/2009 | Savage-AirCanada/Toronto/NY coach 03/18/2009 | 832.05 |
| | 4/7/2009 | Savage-AirCanada/NY/Toronto/NY coach 02/19/2009 | 808.68 |
| | 4/7/2009 | Savage-American/NY/Toronto coach 03/17/2009 | 599.00 |
| | 4/7/2009 | Savage-Sheraton/Toronto 2/19 02/23/2009 | 268.03 |
| | 4/7/2009 | Savage-Ticket agent issuing fee 2/19 02/19/2009 | 36.00 |
| | 4/16/2009 | Grafstein-TORONTO-NYC COACH AIR CANADA 03/05/2009 | 779.70 |
| | 4/16/2009 | Grafstein-NYC -TORONTO COACH (AA) 03/05/2009 | 560.08 |
| | 4/16/2009 | Grafstein-TORONTO-NYC (AC) TKT FEE 03/05/2009 | 36.00 |
| | 4/16/2009 | Grafstein-NYC -TORONTO (AA) TKT FE 03/05/2009 | 36.00 |
| | 4/20/2009 | Murray-AIR CANADA NEW YORK NY 03/05/2009 -Bos/Toronto/Bos (Coach) 3/5 -AC | 2,320.40 |
| | 4/20/2009 | Murray-AIR CANADA NEW YORK NY 03/17/2009- RDU/Toronto (Econo) 3/17 Air Canada | 2,178.36 |
| | 4/20/2009 | Murray-US AIRWAYS NEW YORK NY 03/15/2009 - Antigua/Charlotte (coach) | 1,287.60 |
| | 4/20/2009 | Murray-AA 03/10/2009-Bos/Dallas/NY (coach fare) 3/10 | 1,489.95 |
| | 4/20/2009 | Murray-New York Palace Hote New York 03/12/2009 - NY Palace Hotel/ 2N@ $310/n 3/10 | 715.34 |
| | 4/20/2009 | Murray-US AIRWAYS NEW YORK NY 03/12/2009 -NY/Bos(coach) US Air, 3/12 | 339.60 |
| | 4/20/2009 | Murray-PORT AUTHORITY BOSTON MA 03/12/2009 - Bos 2D pkg@Logan Airport 3/12 | 72.00 |
| | 4/20/2009 | Murray-AMERICAN EXPRESS E TICKET FEE 03/12/2009 | 36.00 |
| | 4/20/2009 | Murray-AMERICAN EXPRESS E TICKET FEE 03/10/2009 | 36.00 |
| | 4/20/2009 | Murray-AMERICAN EXPRESS E TICKET FEE 03/05/2009 | 36.00 |
| | 4/20/2009 | Murray-PORT AUTHORITY BOSTON MA 03/05/2009 - Bos 1D pkg@Logan Airport 3/5 | 24.00 |
| | 4/21/2009 | Mehra-Parking on a Sunday 04/12/2009 | 9.00 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 4/24/2009 | Savage-Sheraton/Toronto 1nt $227.50 03/19/2009 | 267.32 |
| | 4/24/2009 | Savage-Ticket agent issuing fee 3/18 03/18/2009 | 36.00 |
| | 4/24/2009 | Savage-Ticket agent issuing fee 3/17 03/17/2009 | 36.00 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 03/17/2009 Flight to Toronto for meeting | 1,842.97 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 03/18/2009 Flight to Toronto for meeting | 921.78 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 03/30/2009 Flight to Montreal for meeting | 1,566.17 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 04/01/2009 Flight to Montreal for meeting | 817.13 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 04/02/2009 Flight to Montreal for meeting | 1,565.38 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 04/03/2009 Flight from Montreal back to Boston | 792.73 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 04/07/2009 Flight from Montreal back to Boston | 792.73 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 04/07/2009 Flight to Montreal for meeting | 1,565.38 |
| | 4/27/2009 | Keenan-AIRCANADANwk/TorontoCoach4/14 04/14/2009 | 774.00 |
| | 4/27/2009 | Keenan-AA7180Toronto/LGAcoach4/14 04/14/2009 | 590.54 |
| | 4/27/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 03/19/2009 Hotel Room $289 CAD/night | 265.52 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/01/2009 Hotel Room $179 CAD/night | 171.38 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/02/2009 Hotel Room $179 CAD/night | 171.02 |
| | 4/27/2009 | Mehra-NOVOTEL MTL AIRPORT ST LAURENT 04/04/2009 Hotel Room $179 CAD/night | 163.40 |
| | 4/27/2009 | Keenan-AMERICAN EXPRESS E TICKET FEE 04/14/2009 | 36.00 |
| | 4/27/2009 | Keenan-AMERICAN EXPRESS E TICKET FEE 04/14/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 04/08/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 04/03/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 03/30/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 04/01/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 03/19/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 04/06/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 04/07/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 04/08/2009 | 36.00 |
| | 4/27/2009 | Mehra-AMERICAN EXPRESS E TICKET FEE 03/17/2009 | 36.00 |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 03/30/2009 Refunded flight to Toronto | (797.83) |
| | 4/27/2009 | Mehra-AIR CANADA NEW YORK NY 03/17/2009 Refunded flight to Toronto | (935.28) |
| | 4/28/2009 | Polak-WASHINGTON DUKE INN DURHAM NC 03/18/2009 1 night lodging | 145.45 |
| | 4/28/2009 | Polak-WASHINGTON DUKE INN DURHAM NC 03/24/2009 1 night lodging | 145.45 |
| | 4/28/2009 | Polak-US AIRWAYS NEW YORK NY 03/24/2009 rdu to lga - coach | 80.60 |
| | 4/28/2009 | Polak-AMERICAN EXPRESS TICKET FEE 03/17/2009 | 36.00 |
| | 4/28/2009 | Polak-AMERICAN EXPRESS E TICKET FEE 03/23/2009 | 36.00 |

Nortel_Apr 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 4/28/2009 | Polak-AMERICAN EXPRESS E TICKET FEE 03/17/2009 | 36.00 |
| | 4/28/2009 | Polak-AMERICAN EXPRESS E TICKET FEE 03/18/2009 | 36.00 |
| | 4/28/2009 | Polak-AMERICAN EXPRESS E TICKET FEE 03/17/2009 | 36.00 |
| | 4/28/2009 | Polak-AMERICAN EXPRESS E TICKET FEE 03/18/2009 | 36.00 |
| | 4/28/2009 | Polak-AMERICAN EXPRESS E TICKET FEE 03/17/2009 | 36.00 |
| | 4/28/2009 | Polak-AMERICAN EXPRESS E TICKET FEE 03/24/2009 | 36.00 |
| | 4/28/2009 | Polak-AMERICAN EXPRESS AXCESS EXPRES 03/23/2009 | 19.00 |
| | | Subtotal: | 39,491.34 |
| Miscellaneous Expenses | 3/26/2009 | Mehra-CIBT CIBT MCLEAN VA 03/10/2009 | 314.24 |
| | | Subtotal: | 314.24 |

CLOSING BALANCE as of 4/30/2009    75,312.95