

**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 12, 2009

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: In Re: Nortel Networks Inc., et al., Debtors vs. To: Centennial Holdings VII, LLC

Case No. 09-10138

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Holdings VII, LLC. Currently, the state lists Centennial Holdings VII, LLC as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,


Darren Payne
SOP - Contractor

Log# 515273206

FedEx Tracking# 790676766880

cc: District of Delaware Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801