**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 12, 2009

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: In Re: Nortel Networks Inc., et al., Debtors vs. To: Nortel Networks India Tech. Private LTD
Case No. 09-10138 KG

Dear Sir/Madam:

We are herewith returning the Notice, Exhibit which we received regarding the above captioned matter.

Nortel Networks India Tech. Private LTD is not listed on our records or on the records of the State of DE.

Very truly yours,


Darren Payne
SOP - Contractor

Log# 515273054

FedEx Tracking# 791503917485

cc: District of Delaware Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801