

**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

*FILED 2009 AUG 24 AM 11:40 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE*

August 12, 2009

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY  10017

Re:  In Re: Nortel Networks Inc., et al., Debtors vs. To: Nortel Networks New Zealand Limited

Case No.  09-10138

Dear Sir/Madam:

We are herewith returning the Notice, Exhibit which we received regarding the above captioned matter.

Nortel Networks New Zealand Limited is not listed on our records or on the records of the State of DE.

Very truly yours,


Darren Payne
SOP - Contractor

Log# 515272583

FedEx Tracking# 792159375001

cc: District of Delaware Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE  19801