CT Corporation

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctlegalsolutions.com



August 17, 2009

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor,
New York, NY 10017

Re: Nortel Networks Inc., et al., Debtors vs. Spectrum Investors IV, L.P.

Case No. 09-10138 (KG)

Dear Sir/Madam:

We are herewith returning the Notice Letter which we received regarding the above captioned matter.

Nortel Networks, Inc. is not listed on our records or on the records of the State of TX.

Very truly yours,


Reva Jackson
Corporate Operation Specialist

Log# 515292640

FedEx Tracking# 798111531424

cc: Delaware District U.S. Bankruptcy Court
    824 Market Street,
    2nd Floor,
    Wilmington, DE 19801