# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                         :         Chapter 11

Nortel Networks Inc., *et al.*,[1]      :         Case No. 09-10138 (KG)

           Debtors.         :         Jointly Administered

                                           :

------------------------------------------------------------X

| DEBTOR | CASE NO. | E.I.N. |
|---|---|---|
| Nortel Networks Inc. (f/k/a Northern Telecom Inc.) | 09-10138 | 04-2486332 |
| Nortel Networks Capital Corporation (f/k/a Northern Telecom Capital Corporation) | 09-10139 | 62-1629620 |
| Nortel Altsystems Inc. (f/k/a Alteon WebSystems, Inc.) | 09-10140 | 77-0429769 |
| Nortel Altsystems International Inc. (f/k/a Alteon WebSystems International, Inc.) | 09-10141 | 77-0465596 |
| Xros, Inc. | 09-10142 | 77-0444181 |
| Sonoma Systems | 09-10143 | 95-4582073 |
| Qtera Corporation | 09-10144 | 23-2970251 |
| CoreTek, Inc. | 09-10145 | 04-3225722 |
| Nortel Networks Applications Management Solutions (f/k/a EPiCON, Inc.) | 09-10146 | 04-3222846 |
| Nortel Networks Optical Components Inc. (f/k/a Nortel Networks HPOCS Inc.) | 09-10147 | 62-1843545 |
| Nortel Networks HPOCS Inc. (f/k/a Nortel Networks Optical Components Inc.) | 09-10148 | 62-1843546 |
| Architel Systems (U.S.) Corporation (f/k/a Architel Systems Corporation) | 09-10149 | 91-1573826 |
| Nortel Networks International Inc. (f/k/a Bay Networks International, Inc.) | 09-10150 | 77-0330358 |
| Northern Telecom International Inc. | 09-10151 | 51-0266286 |
| Nortel Networks Cable Solutions Inc. | 09-10152 | 62-1850567 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF
CLAIM ON OR BEFORE SEPTEMBER 30, 2009**

**PLEASE TAKE NOTICE THAT:**

The United States Bankruptcy Court for the District of Delaware (the "Court") has entered an Order (the "Bar Date Order") establishing **4:00 p.m. (prevailing Eastern Time) on September 30, 2009** (the "General Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file a proof of claim against Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Application Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc. (the "Debtors").

These procedures apply ONLY to the Debtors. Several of the Debtors' affiliates are subject to creditor protection proceedings in other jurisdictions, including Canada. Separate proceedings and deadlines have been or will be established in those cases for the filing of claims. With respect to the Canadian proceedings, a general bar date of September 30, 2009 at 4:00 p.m. (prevailing Eastern Time) has been established by the Canadian Court. If you believe you have claims against Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation or Nortel Networks Technology Corporation (the "Canadian Debtors"), any such claims shall be filed in, and only in, the Canadian proceedings with the court-appointed Monitor. Procedures for filing such claims can be found by going to the following internet link: www.ey.com/ca/nortel.

The General Bar Date and the procedures set forth below for filing proofs of claim apply only to all claims against the Debtors that arose prior to January 14, 2009 (the "Filing Date"), the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, except for those holders of the claims listed in Section 4 below that are specifically excluded from the General Bar Date filing requirement.

1.      **WHO MUST FILE A PROOF OF CLAIM**

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim (as defined in section 101(5) of the Bankruptcy Code) that arose prior to the Filing Date, and it is not one of the types of claim described in Section 4 below. Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed so as to be actually received on or prior to the General Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy

is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.    WHAT TO FILE

The Debtors are enclosing a proof of claim form for use in the Debtors' cases (Attachment A); if your claim is scheduled by the Debtors, the form also sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled and whether the claim is scheduled as disputed, contingent or unliquidated. You will receive a different proof of claim form for each claim scheduled in your name by the Debtors. You may utilize the proof of claim form(s) provided by the Debtors to file your claim. Additional proof of claim forms may be obtained at www.uscourts.gov/bkforms.

Section 503(b)(9) of the Bankruptcy Code provides administrative claim priority for "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." Any holder of a claim pursuant to section 503(b)(9) must complete the proof of claim form enclosed as Attachment B (the "Section 503(b)(9) Claim Form") to indicate that a section 503(b)(9) priority is being asserted.

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which the claim is asserted and the case number of that Debtor's bankruptcy case.

## 3.    WHEN AND WHERE TO FILE

Except as provided for herein, all proofs of claim against the Debtors must be filed so as to be actually received at the following address **on or before 4:00 p.m. (prevailing Eastern Time) on September 30, 2009**:

**IF DELIVERED BY MAIL:**

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:**

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Proofs of claim will be deemed filed only when received by Epiq Bankruptcy Solutions, LLC (the "Claims Agent") at the addresses listed herein on or before 4:00 p.m. (prevailing Eastern