## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of John L. Spencer In Support Of The Debtors' Retention Of Palisades Capital Advisors, LLC As Pension Co-Advisor To The Debtors And Debtors In Possession** was caused to be made on August 24, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: August 24, 2009

_____
Ann C. Cordo (# 4817)

3086127.1