Exhibit A

# Jefferies

INVOICE

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

Invoice Number: 7568
Invoice Date: 06/08/2009
Reference #: NOR25000IB
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| May 2009 | $250,000.00 |
| (Less 20% Holdback) | ($50,000.00) |
| **Total Fee** | $200,000.00 |
| | |
| *Expenses:* | |
| Accommodation | $2,983.69 |
| Financial Research | $17.76 |
| Meals | $3,632.59 |
| Phone/Fax | $994.54 |
| Presentation Services | $26.00 |
| Transportation – Air | $15,437.28 |
| Transportation – Ground | $3,627.78 |
| **Total Out-of-Pocket Expenses** | $26,719.64 |

| | |
|---|---:|
| **TOTAL DUE** | **$226,719.64** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| Bank of New York | Jefferies & Company, Inc. |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

Reference:   NOR250-7568- Nortel