# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
May 1, 2009 – May 31, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | 2,983.69 |
| Financial Research | 17.76 |
| Meals | 3,632.59 |
| Phone/Fax | 994.54 |
| Presentation Services | 26.00 |
| Transportation – Air | 15,437.28 |
| Transportation – Ground | 3,627.78 |
| Total | $26,719.64 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| GAURAV KITTUR | Accommodations | Hotel Tax | 2/3/2009 | $31.03 |
| GAURAV KITTUR | Accommodations | Hotel Room | 2/3/2009 | $238.70 |
| GAURAV KITTUR | Meals | Meal while traveling | 2/3/2009 | $5.41 |
| GAURAV KITTUR | Meals | Meal while traveling | 2/3/2009 | $2.15 |
| GAURAV KITTUR | Transportation - Air | One Way Coach Class Flight | 2/3/2009 | $842.10 |
| GAURAV KITTUR | Transportation - Air | One Way Coach Class Flight | 2/4/2009 | $376.70 |
| GAURAV KITTUR | Transportation - Ground | Taxi- Airport to Home | 2/4/2009 | $26.90 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 3/18/2009 | $20.40 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 3/19/2009 | $27.54 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- Home to LGA Airport | 3/19/2009 | $47.94 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 3/20/2009 | $20.40 |
| JOSEPH C. LOK | Transportation - Ground | Car Service- Deliver docs to P. Berkowitz | 3/22/2009 | $32.64 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/23/2009 | $7.40 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/24/2009 | $6.96 |
| LEO J. CHANG | Phone/Fax | Hotel Phone Bill | 3/25/2009 | $134.08 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/25/2009 | $6.84 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/26/2009 | $6.90 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/27/2009 | $9.00 |
| CARY S. VERASCO | Transportation - Ground | Weekend Taxi- Home to Office | 3/28/2009 | $6.00 |
| JAMES T. LONSDALE | Transportation - Ground | Weekend Taxi- Office to Home | 3/28/2009 | $13.20 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/29/2009 | $5.12 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/30/2009 | $6.90 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 3/31/2009 | $6.75 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 4/1/2009 | $22.44 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/1/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/1/2009 | $5.40 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/2/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/2/2009 | $6.90 |
| PACER SERVICE CENTER | Financial Research | Docket Searches | 4/3/2009 | $17.76 |
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Business Class Flight | 4/3/2009 | $1,507.34 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/3/2009 | $6.48 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/3/2009 | $13.00 |
| JOSEPH C. LOK | Transportation - Ground | OT Taxi- Office to Home | 4/3/2009 | $21.42 |
| JOSEPH C. LOK | Transportation - Ground | Car Service- Deliver docs to G. Kittur | 4/3/2009 | $28.56 |
| SRIKANT M. RAO | Meals | Meal during meeting | 4/4/2009 | $39.81 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/4/2009 | $6.90 |
| LEO J. CHANG | Phone/Fax | Int'l/Long Distance Cell Phone Bill | 4/5/2009 | $508.03 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 4/5/2009 | $8.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 4/5/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | Weekend Taxi- Office to Home | 4/5/2009 | $5.40 |
| JAMES T. LONSDALE | Transportation - Ground | Weekend Taxi- Home to Office | 4/5/2009 | $4.44 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/5/2009 | $3.33 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/6/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/6/2009 | $5.52 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/6/2009 | $24.71 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 4/7/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/7/2009 | $41.98 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/7/2009 | $256.00 |
| MICHAEL J HENKIN | Meals | Meal while traveling | 4/7/2009 | $26.22 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/7/2009 | $6.00 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 4/7/2009 | $20.40 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/7/2009 | $9.00 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/7/2009 | $25.47 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 4/8/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/8/2009 | $41.98 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/8/2009 | $256.00 |
| MICHAEL J HENKIN | Meals | Meal while traveling | 4/8/2009 | $20.37 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/8/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/8/2009 | $6.50 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Newark Airport to Hotel | 4/8/2009 | $80.00 |

| Name | Category | Description | Date | Amount |
|---|---|---|---|---|
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/8/2009 | $68.34 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/8/2009 | $25.39 |
| MICHAEL J HENKIN | Meals | Meal while traveling | 4/9/2009 | $10.27 |
| MICHAEL J HENKIN | Transportation - Air | JFK to SFO First Class Flight | 4/9/2009 | $950.19 |
| MICHAEL J HENKIN | Transportation - Air | SFO to EWR First Class Flight | 4/9/2009 | $753.67 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/9/2009 | $8.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/9/2009 | $6.48 |
| MICHAEL J HENKIN | Transportation - Ground | Parking SFO Airport | 4/9/2009 | $99.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Meeting to Newark Airport | 4/9/2009 | $100.00 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/9/2009 | $23.15 |
| MICHAEL J HENKIN | Phone/Fax | Additional Fax Service Charge | 4/10/2009 | $32.00 |
| CHIH-YIN CHEN | Transportation - Ground | Holiday Taxi- Office to Home | 4/10/2009 | $14.50 |
| CHIH-YIN CHEN | Transportation - Ground | Holiday Taxi- Home to Office | 4/10/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | Holiday Taxi- Office to Home | 4/10/2009 | $9.20 |
| JAMES T. LONSDALE | Transportation - Ground | Holiday Taxi- Home to Office | 4/10/2009 | $10.32 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/10/2009 | $35.24 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/12/2009 | $6.90 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 4/13/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/13/2009 | $224.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/13/2009 | $37.42 |
| MICHAEL J HENKIN | Meals | Meal while traveling | 4/13/2009 | $11.97 |
| CARY S. VERASCO | Transportation - Air | One Way Coach Flight- NY to Toronto | 4/13/2009 | $579.43 |
| CHIH-YIN CHEN | Transportation - Air | Roundtrip Coach Class Flight | 4/13/2009 | $2,084.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Home to SF Airport | 4/13/2009 | $42.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/13/2009 | $7.92 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at Jefco Office | 4/13/2009 | $18.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Newark Airport to Hotel | 4/13/2009 | $80.00 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/13/2009 | $20.71 |
| PATRICK T. MORROW | Meals | Overtime Meal | 4/13/2009 | $25.29 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/13/2009 | $25.41 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 4/14/2009 | $19.07 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 4/14/2009 | $146.62 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 4/14/2009 | $5.00 |
| GAURAV KITTUR | Accommodations | Hotel Room | 4/14/2009 | $149.72 |
| GAURAV KITTUR | Accommodations | Hotel Tax | 4/14/2009 | $19.47 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 4/14/2009 | $224.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 4/14/2009 | $37.42 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 4/14/2009 | $5.00 |
| PHILIP BERKOWITZ | Accommodations | Hotel Tax | 4/14/2009 | $19.66 |
| PHILIP BERKOWITZ | Accommodations | Hotel Room | 4/14/2009 | $151.21 |
| CARY S. VERASCO | Meals | Meals while traveling | 4/14/2009 | $5.31 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/14/2009 | $19.27 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/14/2009 | $4.96 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/14/2009 | $4.96 |
| GAURAV KITTUR | Meals | Meal while traveling | 4/14/2009 | $18.39 |
| PHILIP BERKOWITZ | Meals | Meal while traveling | 4/14/2009 | $34.64 |
| PHILIP BERKOWITZ | Meals | Meal while traveling | 4/14/2009 | $4.86 |
| CARY S. VERASCO | Transportation - Air | One Way Coach Flight- Toronto to NY | 4/14/2009 | $583.70 |
| GAURAV KITTUR | Transportation - Air | Roundtrip Coach Class Flight | 4/14/2009 | $523.31 |
| PHILIP BERKOWITZ | Transportation - Air | Roundtrip Coach Class Flight | 4/14/2009 | $523.31 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Airport to Nortel HQ | 4/14/2009 | $40.00 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Home to Airport | 4/14/2009 | $80.38 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Nortel HQ | 4/14/2009 | $29.35 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel HQ to Hotel (2 stops) | 4/14/2009 | $61.23 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/14/2009 | $6.36 |
| PHILIP BERKOWITZ | Transportation - Ground | Car Service- Office to Airport | 4/14/2009 | $46.67 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/14/2009 | $25.10 |
| PATRICK T. MORROW | Meals | Overtime Meal | 4/14/2009 | $25.29 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 4/15/2009 | $19.07 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 4/15/2009 | $146.62 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 4/15/2009 | $5.00 |

16

| Name | Category | Description | Date | Amount |
|---|---|---|---|---|
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 4/15/2009 | $31.48 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 4/15/2009 | $242.13 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/15/2009 | $27.62 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 4/15/2009 | $11.54 |
| MICHAEL J HENKIN | Meals | Meal while traveling | 4/15/2009 | $4.61 |
| MICHAEL J HENKIN | Meals | Meal while traveling | 4/15/2009 | $10.70 |
| MICHAEL J HENKIN | Meals | Meal while traveling | 4/15/2009 | $16.99 |
| J.HALISEY KENNEDY | Transportation - Air | Roundtrip Coach Class Flight | 4/15/2009 | $1,075.62 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel HQ to Hotel | 4/15/2009 | $25.32 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Office to LGA Airport | 4/15/2009 | $47.94 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/15/2009 | $6.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/15/2009 | $68.34 |
| PHILIP BERKOWITZ | Transportation - Ground | Taxi to Airport | 4/15/2009 | $43.00 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/15/2009 | $25.46 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/15/2009 | $25.12 |
| CARY S. VERASCO | Accommodations | Hotel Tax | 4/16/2009 | -$31.53 |
| CARY S. VERASCO | Accommodations | Hotel Room | 4/16/2009 | $84.36 |
| CARY S. VERASCO | Meals | Client Dinner (3 attendees) | 4/16/2009 | $91.76 |
| CARY S. VERASCO | Meals | Meals while traveling | 4/16/2009 | $3.95 |
| CARY S. VERASCO | Meals | Meals while traveling | 4/16/2009 | $10.47 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/16/2009 | $30.09 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/16/2009 | $2.09 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 4/16/2009 | $35.46 |
| J.HALISEY KENNEDY | Transportation - Air | Roundtrip Coach Class Flight | 4/16/2009 | $653.85 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Airport to Home | 4/16/2009 | $28.05 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Hotel to Nortel HQ | 4/16/2009 | $30.39 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Nortel HQ | 4/16/2009 | $30.66 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel HQ to Hotel | 4/16/2009 | $23.46 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- SF Airport to Home | 4/16/2009 | $40.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- LGA Airport to Home | 4/16/2009 | $119.05 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/16/2009 | $7.30 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/16/2009 | $87.72 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/16/2009 | $23.12 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/16/2009 | $25.40 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/16/2009 | $25.32 |
| CARY S. VERASCO | Accommodations | Hotel Room | 4/17/2009 | $84.37 |
| CARY S. VERASCO | Accommodations | Hotel Tax | 4/17/2009 | -$31.53 |
| CARY S. VERASCO | Meals | Client Dinner (6 attendees) | 4/17/2009 | $273.41 |
| CARY S. VERASCO | Meals | Team Dinner while Traveling (5 attendees) | 4/17/2009 | $293.13 |
| CARY S. VERASCO | Phone/Fax | Fax Charges re: Meeting Documents | 4/17/2009 | $301.46 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 4/17/2009 | $7.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/17/2009 | $13.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/17/2009 | $11.28 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/17/2009 | $4.60 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SF Office | 4/17/2009 | $117.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to JFK Airport | 4/17/2009 | $56.00 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/17/2009 | $21.94 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/17/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Air | Coach Class One Way Flight- SF to Toronto | 4/18/2009 | $1,020.18 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 4/18/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 4/18/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 4/18/2009 | $8.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/18/2009 | $8.25 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/18/2009 | $40.77 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/18/2009 | $16.36 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/19/2009 | $19.82 |
| CARY S. VERASCO | Transportation - Air | Non-refundable Unused Coach Flight | 4/19/2009 | $548.71 |
| CARY S. VERASCO | Transportation - Air | One Way Coach Flight | 4/19/2009 | $526.91 |
| JAMES T. LONSDALE | Transportation - Air | Class Coach Flight- LGA to YYZ | 4/19/2009 | $579.43 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Home to SF Airport | 4/19/2009 | $40.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/19/2009 | $9.50 |

| Name | Category | Description | Date | Amount |
|---|---|---|---|---|
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 4/19/2009 | $8.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/19/2009 | $7.44 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/19/2009 | $38.32 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/19/2009 | $17.66 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/19/2009 | $13.96 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/19/2009 | $25.15 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/19/2009 | $25.50 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 4/20/2009 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 4/20/2009 | $13.53 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 4/20/2009 | $103.98 |
| CARY S. VERASCO | Meals | Meals while traveling | 4/20/2009 | $5.25 |
| CARY S. VERASCO | Meals | Meals while traveling | 4/20/2009 | $5.77 |
| CARY S. VERASCO | Meals | Meals while traveling | 4/20/2009 | $7.51 |
| CARY S. VERASCO | Meals | Meals while traveling | 4/20/2009 | $10.82 |
| CARY S. VERASCO | Meals | Group meal while traveling | 4/20/2009 | $21.57 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/20/2009 | $51.14 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/20/2009 | $8.13 |
| JAMES T. LONSDALE | Meals | Meal while traveling | 4/20/2009 | $7.96 |
| CHIH-YIN CHEN | Phone/Fax | Hotel Phone Charges | 4/20/2009 | $1.66 |
| CARY S. VERASCO | Transportation - Air | One Way Coach Flight | 4/20/2009 | $653.85 |
| JAMES T. LONSDALE | Transportation - Air | Coach Class Flight- YYZ to LGA | 4/20/2009 | $593.10 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Nortel HQ to Airport | 4/20/2009 | $23.26 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Home to Airport | 4/20/2009 | $55.08 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Airport to Home | 4/20/2009 | $58.65 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel HQ to Hotel | 4/20/2009 | $22.85 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/20/2009 | $6.90 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- Home to LGA Airport | 4/20/2009 | $55.08 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- Airport to Nortel HQ | 4/20/2009 | $30.48 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- Nortel HQ to Airport | 4/20/2009 | $22.04 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/20/2009 | $6.42 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/20/2009 | $25.15 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/20/2009 | $25.27 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 4/21/2009 | $13.53 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 4/21/2009 | $103.97 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 4/21/2009 | $5.00 |
| JAMES T. LONSDALE | Accommodations | Hotel Tax | 4/21/2009 | $16.90 |
| JAMES T. LONSDALE | Accommodations | Hotel Room | 4/21/2009 | $130.03 |
| JAMES T. LONSDALE | Meals | Meal while traveling | 4/21/2009 | $1.70 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel HQ to Hotel | 4/21/2009 | $40.89 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/21/2009 | $6.40 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- LGA Airport to Home | 4/21/2009 | $35.82 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 4/21/2009 | $21.27 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/21/2009 | $24.85 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/21/2009 | $19.31 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/21/2009 | $25.02 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/21/2009 | $25.50 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 4/22/2009 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 4/22/2009 | $103.97 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 4/22/2009 | $13.53 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/22/2009 | $34.22 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/22/2009 | $18.40 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/22/2009 | $3.31 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/22/2009 | $31.04 |
| JAMES T. LONSDALE | Meals | Meal while traveling | 4/22/2009 | $42.80 |
| CHIH-YIN CHEN | Phone/Fax | Hotel Phone Charges | 4/22/2009 | $14.81 |
| CHIH-YIN CHEN | Transportation - Air | Coach Class One Way Flight- Toronto to SF | 4/22/2009 | $1,061.88 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel HQ to Hotel | 4/22/2009 | $22.23 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/22/2009 | $6.90 |
| PHILIP BERKOWITZ | Transportation - Ground | Car Service- Hotel to Toronto Airport | 4/22/2009 | $160.00 |
| PHILIP BERKOWITZ | Transportation - Ground | Car Service- Hotel to Meeting | 4/22/2009 | $85.00 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/22/2009 | $24.93 |

| Name | Category | Description | Date | Amount |
|---|---|---|---|---|
| RYAN STUCKERT | Meals | Overtime Meal | 4/22/2009 | $25.05 |
| PATRICK T. MORROW | Meals | Overtime Meal | 4/22/2009 | $25.17 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/22/2009 | $21.39 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/23/2009 | $19.52 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/23/2009 | $2.04 |
| CHIH-YIN CHEN | Meals | Meal while traveling | 4/23/2009 | $17.42 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- SFO Airport to Jefco SF Office | 4/23/2009 | $39.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Nortel HQ | 4/23/2009 | $28.82 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel HQ to Hotel | 4/23/2009 | $23.41 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Nortel HQ | 4/23/2009 | $29.65 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/23/2009 | $9.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/23/2009 | $6.65 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 4/23/2009 | $13.00 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/23/2009 | $25.06 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/23/2009 | $25.06 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/23/2009 | $25.08 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/23/2009 | $25.40 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/23/2009 | $17.96 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Nortel HQ | 4/24/2009 | $30.11 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Nortel HQ | 4/24/2009 | $29.27 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/24/2009 | $12.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/24/2009 | $6.50 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/24/2009 | $88.74 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/24/2009 | $25.50 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/24/2009 | $25.50 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/24/2009 | $24.11 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/24/2009 | $25.18 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 4/25/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 4/25/2009 | $12.00 |
| JAMES T. LONSDALE | Transportation - Ground | OT Taxi- Office to Home | 4/25/2009 | $8.20 |
| JOSEPH C. LOK | Meals | Overtime Meal | 4/25/2009 | $17.92 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/25/2009 | $17.91 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/25/2009 | $21.11 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 4/26/2009 | $12.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 4/26/2009 | $9.00 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/26/2009 | $24.15 |
| MICHAEL J HENKIN | Phone/Fax | Received faxed Nortel Presentation | 4/27/2009 | $2.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home (PM) | 4/27/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (AM) | 4/27/2009 | $8.00 |
| JOSEPH C. LOK | Meals | Overtime Meal | 4/27/2009 | $24.89 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/27/2009 | $24.99 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/27/2009 | $23.95 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/27/2009 | $24.04 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/27/2009 | $21.69 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/27/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/28/2009 | $9.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/28/2009 | $88.74 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/28/2009 | $25.29 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/28/2009 | $25.50 |
| JOSEPH C. LOK | Meals | Overtime Meal | 4/28/2009 | $25.35 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/28/2009 | $25.34 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/28/2009 | $25.25 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/29/2009 | $9.50 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/29/2009 | $88.74 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/29/2009 | $24.61 |
| RYAN STUCKERT | Meals | Overtime Meal | 4/29/2009 | $23.59 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 4/29/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/29/2009 | $23.55 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/29/2009 | $19.68 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/30/2009 | $13.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 4/30/2009 | $95.88 |

| Name | Category | Description | Date | Amount |
|---|---|---|---|---|
| RYAN STUCKERT | Meals | Overtime Meal | 4/30/2009 | $24.00 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 4/30/2009 | $25.42 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/1/2009 | $25.50 |
| RYAN STUCKERT | Meals | Overtime Meal | 5/1/2009 | $25.00 |
| RYAN STUCKERT | Meals | Overtime Meal | 5/2/2009 | $14.74 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/2/2009 | $7.12 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/2/2009 | $9.70 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/3/2009 | $17.85 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/4/2009 | $22.57 |
| GUARAV KITTUR | Meals | Overtime Meal | 5/4/2009 | $25.40 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/4/2009 | $20.42 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/4/2009 | $24.14 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 5/5/2009 | $88.74 |
| GUARAV KITTUR | Meals | Overtime Meal | 5/5/2009 | $25.47 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/5/2009 | $24.90 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/5/2009 | $18.29 |
| RAYMOND NG | Presentation Services | Create/Edit Presentation | 5/6/2009 | $26.00 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 5/6/2009 | $11.80 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 5/6/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 5/6/2009 | $25.30 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/6/2009 | $25.47 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/6/2009 | $21.83 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/7/2009 | $25.50 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/7/2009 | $24.87 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/8/2009 | $25.40 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/10/2009 | $22.22 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 5/11/2009 | $9.43 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 5/11/2009 | $25.50 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/11/2009 | $25.35 |
| PATRICK T. MORROW | Meals | Overtime Meal | 5/11/2009 | $25.40 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/11/2009 | $12.42 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 5/12/2009 | $7.13 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/12/2009 | $25.50 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/12/2009 | $23.46 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/13/2009 | $23.82 |
| GUARAV KITTUR | Meals | Overtime Meal | 5/13/2009 | $25.37 |
| GUARAV KITTUR | Meals | Overtime Meal | 5/14/2009 | $25.39 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/14/2009 | $20.55 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/15/2009 | $25.42 |
| Total: | | | | $26,719.64 |