# Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
### May 1, 2009 - May 31, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 36.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 66.5 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 50.8 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 55.3 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 70.5 |
| Paul Zangrilli | Associate, Communication Technologies Group | 77.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 103.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 128.5 |
| Tyler Lonsdale | Analyst, Recapitalization and Restructuring Group | 70.0 |
| Joseph Lok | Analyst, Communication Technologies Group | 34.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 67.0 |
| | **Total** | **760.3** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
May 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 5/1/2009 | 1.00 | Communicate with Jefco Team re: M&A,valuation,Due diligence issues |
| Michael Henkin | 5/4/2009 | 0.75 | Communicate with Akin,Jefco Team re: M&A issues |
| Michael Henkin | 5/5/2009 | 2.00 | Call with Jefco Team members re: M&A issues and review Akin memo |
| Michael Henkin | 5/6/2009 | 2.50 | Professional prep call with Akin,Capstone,Jefferies re: M&A,Allocation issues,Case issues and committee call prep; review financial presentatic |
| Michael Henkin | 5/7/2009 | 1.00 | Call with Akin,Capstone and Jefferies Team re: M&A financial issues,Followup deliverables from M&A related call; communication with credi |
| Michael Henkin | 5/8/2009 | 1.75 | Review due diligence information and communication with M&A related party and Jefco Team re: M&A issues. |
| Michael Henkin | 5/8/2009 | 1.00 | Review allocation analysis and related communication with Jefco anc Capstone Teams |
| Michael Henkin | 5/8/2009 | 1.00 | Review allocation analysis and related communication with Jefco anc Capstone Teams |
| Michael Henkin | 5/11/2009 | 1.50 | Committee call regarding M&A,Allocations of cost,Funding and other case issues. |
| Michael Henkin | 5/11/2009 | 1.25 | Call with Akin,Capstone,Jefco Team re: M&A related document/report production and M&A; Communication with Jefco Team re: same |
| Michael Henkin | 5/12/2009 | 1.75 | Review M&A documents,due diligence materials |
| Michael Henkin | 5/13/2009 | 2.00 | Review M&A related analysis; committee call prep,related communication with Jefco Team; communication with M&A participant |
| Michael Henkin | 5/13/2009 | 0.50 | Call with Lazard re: M&A process |
| Michael Henkin | 5/14/2009 | 1.00 | Review TSA related information & analysis |
| Michael Henkin | 5/15/2009 | 1.50 | Review capstone presentation,Diligence documents and M&A related documents call with creditors and M&A participant |
| Michael Henkin | 5/17/2009 | 1.50 | Review M&A documents,Related email correspondence with Akin Gump |
| Michael Henkin | 5/18/2009 | 0.25 | Communication with Jefco Team and Lazard re: M&A issues |
| Michael Henkin | 5/18/2009 | 1.25 | Call with Cleary,Lazard,FTI,Milbank,Akin,Capstone re: M&A issues |
| Michael Henkin | 5/20/2009 | 1.00 | M&A update call with Lazard; call with team member re: M&A issues |
| Michael Henkin | 5/21/2009 | 2.00 | M&A related conference call and review Capstone presentation |
| Michael Henkin | 5/22/2009 | 1.25 | Review due diligence documents; communications with Lazard and Jefco Team re: case issues,M&A,Allocations |
| Michael Henkin | 5/25/2009 | 1.00 | Communication with Akin Gump,Capstone and Jefco Team re: allocation,M&A and Lazard meetings with Company/advisors |
| Michael Henkin | 5/26/2009 | 1.00 | Review due diligence documents,Communication with Akin,Capstone,Jefco Team |
| Michael Henkin | 5/29/2009 | 1.75 | M&A related call and related document review |
| Michael Henkin | 5/31/2009 | 4.75 | Calls with Akin,Capstone,Fraser,Jefco Team re: allocations,M&A issues and call with Lazard,Cleary,Company re: same |
| **May 2009 Summary Hours for Michael Henkin** | | **36.25** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 5/1/2009 | 2.00 | Call with FTI: Preliminary Draft Proposal, Review bid materials |
| Phil Berkowitz | 5/4/2009 | 2.50 | Nortel: Meeting/Call at Akin Re: Next Steps, review bid materials |
| Phil Berkowitz | 5/6/2009 | 0.50 | Nortel: Weekly Call re: 13-Week CF & Cash Balances |
| Phil Berkowitz | 5/6/2009 | 1.00 | Nortel: Call with Akin re: M&A related Severance |
| Phil Berkowitz | 5/6/2009 | 1.50 | Nortel: Weekly M&A Call, prepared for Weekly M&A Call |
| Phil Berkowitz | 5/6/2009 | 1.50 | Nortel: Professionals Pre-Call, prepare for call |
| Phil Berkowitz | 5/7/2009 | 2.50 | Nortel Weekly Committee Call, Call prep work |
| Phil Berkowitz | 5/11/2009 | 1.00 | Nortel: Call with M&A related Re: Funding & Allocation |
| Phil Berkowitz | 5/11/2009 | 1.00 | Nortel: Professionals Call Re: Preparation of Materials, reviewed materials |
| Phil Berkowitz | 5/13/2009 | 0.50 | Nortel: Weekly Call re: 13-Week CF & Cash Balances |
| Phil Berkowitz | 5/13/2009 | 1.00 | Nortel: Call Re: M&A related |
| Phil Berkowitz | 5/13/2009 | 1.50 | Nortel: Weekly M&A Call, prepared for call |
| Phil Berkowitz | 5/13/2009 | 2.50 | Nortel: Professionals Pre-Call, prep for call, review bid materials |
| Phil Berkowitz | 5/14/2009 | 1.50 | Nortel: Call to Discuss 1Q09 Results |
| Phil Berkowitz | 5/14/2009 | 2.50 | Weekly M&A related update call |
| Phil Berkowitz | 5/18/2009 | 1.00 | Nortel: Call with Cleary Re: M&A; Nortel: Semi-Weekly Update Call |
| Phil Berkowitz | 5/20/2009 | 1.50 | Nortel: Weekly M&A Call; Professionals Pre-Call |
| Phil Berkowitz | 5/20/2009 | 2.00 | Reviewed M&A related call materials |
| Phil Berkowitz | 5/21/2009 | 3.00 | Nortel: M&A related update call; Reviewed M&A bid materials |
| Phil Berkowitz | 5/22/2009 | 1.00 | Nortel: Call Re: Standalone M&A related |
| Phil Berkowitz | 5/26/2009 | 1.00 | Nortel - Internal Meeting to discuss Deliverables for Committee Meeting; Nortel: Call with Lazard Re: M&A |
| Phil Berkowitz | 5/26/2009 | 1.00 | Nortel: M&A related Update Call |
| Phil Berkowitz | 5/27/2009 | 1.00 | Prepare for Weekly Update Call |
| Phil Berkowitz | 5/28/2009 | 2.50 | Nortel: Semi-Weekly Update Call; Call in Toronto re: M&A, Allocation, etc |
| Phil Berkowitz | 5/28/2009 | 13.00 | Diligence meeting and various discussions in Toronto and related travel |
| Phil Berkowitz | 5/29/2009 | 14.00 | Diligence meeting and various discussions in Toronto and related travel |
| Phil Berkowitz | 5/29/2009 | 1.50 | Updated: Nortel RESCHEDULED Weekly Meeting |
| Phil Berkowitz | 5/31/2009 | 0.50 | Nortel - Professionals Pre-Call |
| Phil Berkowitz | 5/31/2009 | 0.50 | Nortel - Professionals Pre-Call |
| **May 2009 Summary Hours for Phil Berkowitz** | | **66.50** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 5/4/2009 | 0.75 | Communicate with Akin,Jefco Team |
| Hal Kennedy | 5/5/2009 | 2.00 | Call with Jefco Team members |
| Hal Kennedy | 5/6/2009 | 2.50 | Professional prep call with Akin,Capstone; M&A,Allocation issues,Case issues and committee call prep |
| Hal Kennedy | 5/7/2009 | 1.00 | Call with Akin,Capstone and Jefferies Team, Followup deliverables from M&A related call |
| Hal Kennedy | 5/8/2009 | 1.00 | Review due diligence information and communication with M&A related party and Jefco Team |
| Hal Kennedy | 5/11/2009 | 1.50 | Committee call regarding M&A,Allocations of cost,Funding and other case issues. |
| Hal Kennedy | 5/11/2009 | 1.25 | Call with Akin,Capstone,Jefco Team re: M&A related document/report production and M&A |
| Hal Kennedy | 5/12/2009 | 0.50 | Review M&A documents,due diligence materials |
| Hal Kennedy | 5/13/2009 | 0.50 | Call with Lazard re: M&A process |
| Hal Kennedy | 5/17/2009 | 1.50 | Review M&A documents |
| Hal Kennedy | 5/18/2009 | 0.25 | Communication with Jefco Team and Lazard |
| Hal Kennedy | 5/18/2009 | 1.25 | Call with Cleary,Lazard,FTI,Milbank,Akin,Capstone |
| Hal Kennedy | 5/20/2009 | 1.00 | M&A update call with Lazard; call with team member |
| Hal Kennedy | 5/21/2009 | 2.00 | M&A related conference call |
| Hal Kennedy | 5/22/2009 | 1.00 | Review due diligence documents; communications with Lazard and Jefco Team |
| Hal Kennedy | 5/25/2009 | 1.00 | Communication with Akin Gump,Capstone and Jefco Team |
| Hal Kennedy | 5/26/2009 | 1.00 | Review due diligence documents |
| Hal Kennedy | 5/28/2009 | 13.00 | Diligence meeting and various discussions in Toronto and related travel |
| Hal Kennedy | 5/29/2009 | 13.00 | Diligence meeting and various discussions in Toronto and related travel |
| Hal Kennedy | 5/31/2009 | 4.75 | Calls with Akin,Capstone,Fraser,Jefco Team |
| **May 2009 Summary Hours for Hal Kennedy** | | **50.75** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 5/4/2009 | 0.75 | Communicate with Akin,Jefco Team re: M&A issues |
| Leo Chang | 5/5/2009 | 2.00 | Call with Jefco Team members re: M&A issues and review Akin memo |
| Leo Chang | 5/6/2009 | 1.00 | M&A,Allocation issues,Case issues and committee call prep; review financial presentation. |
| Leo Chang | 5/7/2009 | 1.00 | Call with Akin,Capstone and Jefferies Team re: M&A financial issues,Followup deliverables from M&A related call |
| Leo Chang | 5/8/2009 | 1.75 | Review due diligence information and communication with M&A related party and Jefco Team re: M&A issues. |
| Leo Chang | 5/8/2009 | 1.00 | Review allocation analysis and related communication with Jefco anc Capstone Teams |
| Leo Chang | 5/11/2009 | 1.50 | Committee call regarding M&A,Allocations of cost,Funding and other case issues |
| Leo Chang | 5/11/2009 | 1.00 | Call with Akin,Capstone, Communication with Jefco Team re: same |
| Leo Chang | 5/12/2009 | 1.00 | Review M&A documents,due diligence materials |
| Leo Chang | 5/13/2009 | 2.00 | Committee call prep,related communication with Jefco Team; communication with M&A participant |
| Leo Chang | 5/13/2009 | 0.50 | Call with Lazard re: M&A process |
| Leo Chang | 5/15/2009 | 1.50 | Diligence documents and M&A related documents call with creditors and M&A participant |
| Leo Chang | 5/17/2009 | 3.00 | Review M&A documents |
| Leo Chang | 5/18/2009 | 0.25 | Communication with Jefco Team and Lazard |
| Leo Chang | 5/18/2009 | 1.25 | Call with Cleary,Lazard,FTI,Milbank,Akin,Capstone |
| Leo Chang | 5/20/2009 | 1.00 | M&A update call with Lazard; call with team member |
| Leo Chang | 5/21/2009 | | M&A related conference call and review Capstone presentation |
| Leo Chang | 5/25/2009 | 1.00 | Communication with Akin Gump,Capstone and Jefco Team re: allocation,M&A and Lazard meetings with Company/advisors |
| Leo Chang | 5/26/2009 | 2.00 | Review due diligence documents,Communication with Akin,Capstone,Jefco Team |
| Leo Chang | 5/28/2009 | 13.00 | Diligence meeting and various discussions in Toronto and related travel |
| Leo Chang | 5/29/2009 | 14.00 | Diligence meeting and various discussions in Toronto and related travel |
| Leo Chang | 5/31/2009 | 4.75 | Calls with Akin,Capstone,Fraser,Jefco Team |
| **May 2009 Summary Hours for Leo Chang** | | **55.25** | |

23

| | | | |
|---|---|---|---|
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 5/1/2009 | 2.00 | Call with FTI: Preliminary Draft Proposal, Review bid materials |
| Gaurav Kittur | 5/4/2009 | 3.50 | Nortel: Meeting/Call at Akin Re: Next Steps, review bid materials |
| Gaurav Kittur | 5/6/2009 | 0.50 | Nortel: Weekly Call re: 13-Week CF & Cash Balances |
| Gaurav Kittur | 5/6/2009 | 1.00 | Nortel: Call with Akin re: M&A related Severance |
| Gaurav Kittur | 5/6/2009 | 1.50 | Nortel: Weekly M&A Call, prepared for Weekly M&A Call |
| Gaurav Kittur | 5/6/2009 | 2.00 | Nortel: Professionals Pre-Call, prepare for call |
| Gaurav Kittur | 5/7/2009 | 3.00 | Nortel Weekly Committee Call, Call prep work |
| Gaurav Kittur | 5/11/2009 | 1.00 | Nortel: Call with M&A related Re: Funding & Allocation |
| Gaurav Kittur | 5/11/2009 | 1.00 | Nortel: Professionals Call Re: Preparation of Materials, reviewed materials |
| Gaurav Kittur | 5/13/2009 | 0.50 | Nortel: Weekly Call re: 13-Week CF & Cash Balances |
| Gaurav Kittur | 5/13/2009 | 2.50 | Nortel: Call Re: M&A related, review bid analysis |
| Gaurav Kittur | 5/13/2009 | 1.50 | Nortel: Weekly M&A Call, prepared for call |
| Gaurav Kittur | 5/13/2009 | 2.50 | Nortel: Professionals Pre-Call, prep for call, review bid materials |
| Gaurav Kittur | 5/14/2009 | 1.50 | Nortel: Call to Discuss 1Q09 Results |
| Gaurav Kittur | 5/14/2009 | 2.50 | Weekly M&A related update call |
| Gaurav Kittur | 5/18/2009 | 1.00 | Nortel: Call with Cleary Re: M&A; Nortel: Semi-Weekly Update Call |
| Gaurav Kittur | 5/20/2009 | 1.50 | Nortel: Weekly M&A Call; Professionals Pre-Call |
| Gaurav Kittur | 5/20/2009 | 2.50 | Reviewed M&A related call materials |
| Gaurav Kittur | 5/21/2009 | 3.50 | Nortel: M&A related update call; Reviewed M&A bid materials |
| Gaurav Kittur | 5/22/2009 | 1.00 | Nortel: Call Re: Standalone M&A related |
| Gaurav Kittur | 5/26/2009 | 1.00 | Nortel - Internal Meeting to discuss Deliverables for Committee Meeting; Nortel: Call with Lazard Re: M&A |
| Gaurav Kittur | 5/26/2009 | 1.00 | Nortel: M&A related Update Call |
| Gaurav Kittur | 5/27/2009 | 1.00 | Prepare for Weekly Update Call |
| Gaurav Kittur | 5/28/2009 | 2.50 | Nortel: Semi-Weekly Update Call; Call in Toronto re: M&A, Allocation, etc |
| Gaurav Kittur | 5/28/2009 | 13.00 | Diligence meeting and various discussions in Toronto and related travel |
| Gaurav Kittur | 5/29/2009 | 14.00 | Diligence meeting and various discussions in Toronto and related travel |
| Gaurav Kittur | 5/29/2009 | 1.50 | Updated: Nortel RESCHEDULED Weekly Meeting |
| Gaurav Kittur | 5/31/2009 | 0.50 | Nortel - Professionals Pre-Call |
| **May 2009 Summary Hours for Gaurav Kittur** | | **70.50** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 5/1/2009 | 1.00 | Call with FTI: Preliminary Draft Proposal |
| Paul Zangrilli | 5/4/2009 | 2.00 | Nortel: Meeting/Call at Akin Re: Next Steps |
| Paul Zangrilli | 5/5/2009 | 5.50 | Snow bid analysis, Call with Akin, M&A Call |
| Paul Zangrilli | 5/6/2009 | 3.00 | Snow bid comparison |
| Paul Zangrilli | 5/7/2009 | 2.00 | Committee Call |
| Paul Zangrilli | 5/11/2009 | 1.50 | Committee call |
| Paul Zangrilli | 5/11/2009 | 6.00 | Bid analysis |
| Paul Zangrilli | 5/11/2009 | 6.00 | Bid analysis |
| Paul Zangrilli | 5/12/2009 | 3.25 | Bid analysis |
| Paul Zangrilli | 5/12/2009 | 4.50 | Bid analysis |
| Paul Zangrilli | 5/13/2009 | 2.50 | Bid analysis |
| Paul Zangrilli | 5/13/2009 | 1.00 | Professionals Call |
| Paul Zangrilli | 5/14/2009 | 1.50 | Committee Call |
| Paul Zangrilli | 5/19/2009 | 2.50 | Bid Analysis |
| Paul Zangrilli | 5/20/2009 | 2.00 | Bid analysis - Purchase Price Adj. |
| Paul Zangrilli | 5/20/2009 | 1.00 | Planning call |
| Paul Zangrilli | 5/20/2009 | 2.00 | Bid analysis |
| Paul Zangrilli | 5/21/2009 | 1.50 | Bid analysis |
| Paul Zangrilli | 5/21/2009 | 6.50 | Namia Analysis |
| Paul Zangrilli | 5/22/2009 | 1.50 | M&A related calls |
| Paul Zangrilli | 5/26/2009 | 5.00 | M&A related Analysis |
| Paul Zangrilli | 5/26/2009 | 1.00 | M&A related Call |
| Paul Zangrilli | 5/27/2009 | 2.00 | Internal Call |
| Paul Zangrilli | 5/29/2009 | 1.50 | Committee Call |
| Paul Zangrilli | 5/31/2009 | 4.75 | Calls with Akin,Capstone,Fraser,Jefco Team re: allocations,M&A issues and call with Lazard,Cleary,Company re: same |
| Paul Zangrilli | 5/31/2009 | 6.50 | Bid Analysis |
| **May 2009 Summary Hours for Paul Zangrilli** | | **77.50** | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 5/1/2009 | 5.50 | Internal discussions, review analysis, review materials, various correspondence and calls with other professionals |
| Cary Verasco | 5/2/2009 | 3.00 | Calls and various correspondence with other advisors, call with UK Administrator and other advisors |
| Cary Verasco | 5/3/2009 | 3.00 | Review materials, prepare analysis, various correspondence |
| Cary Verasco | 5/4/2009 | 5.00 | Review materials, internal discussions, meeting with other advisors, prepare analysis, various correspondence |
| Cary Verasco | 5/5/2009 | 1.50 | Call with Company advisor, review materials, calls with other advisors, update materials |
| Cary Verasco | 5/6/2009 | 3.50 | Committee call, call with other professionals |
| Cary Verasco | 5/7/2009 | 1.00 | Call with other committee advisor, various correspondence, review analysis |
| Cary Verasco | 5/8/2009 | 4.00 | Various correspondence, review analysis, call with other committee professionals, update materials |
| Cary Verasco | 5/10/2009 | 4.00 | Calls with other committee advisor, various correspondence, review analysis |
| Cary Verasco | 5/11/2009 | 4.00 | Committee call, various correspondence, calls with other committee advisors, review analysis |
| Cary Verasco | 5/12/2009 | 3.00 | Various correspondence, review materials, call with counsel, update analysis |
| Cary Verasco | 5/13/2009 | 2.00 | Review and update materials, various correspondence, Weekly M&A update call |
| Cary Verasco | 5/14/2009 | 5.00 | Committee call, review materials, various correspondence, prepare analysis |
| Cary Verasco | 5/15/2009 | 1.50 | Review materials, various correspondence, call with counsel, call with Company advisor |
| Cary Verasco | 5/16/2009 | 0.50 | Various correspondence |
| Cary Verasco | 5/18/2009 | 2.50 | Various correspondence, update analysis |
| Cary Verasco | 5/19/2009 | 2.50 | Various correspondence, review materials and prepare analysis, call with Company and its advisors |
| Cary Verasco | 5/20/2009 | 1.50 | Various correspondence, review materials |
| Cary Verasco | 5/21/2009 | 5.50 | Committee call, various correspondence, review materials, update analysis, prepare analysis |
| Cary Verasco | 5/22/2009 | 4.00 | Calls with Company and various professionals, various correspondence, prepare analysis |
| Cary Verasco | 5/24/2009 | 0.50 | Various correspondence |
| Cary Verasco | 5/25/2009 | 0.50 | Various correspondence |
| Cary Verasco | 5/26/2009 | 4.00 | Diligence update call, various calls with other professionals, various correspondence, internal discussion |
| Cary Verasco | 5/27/2009 | 5.00 | Calls with Company and various professionals, various correspondence, update analysis |
| Cary Verasco | 5/28/2009 | 13.00 | Diligence meeting and various discussions in Toronto and related travel |
| Cary Verasco | 5/29/2009 | 14.00 | Diligence meeting and various discussions in Toronto and related travel |
| Cary Verasco | 5/30/2009 | 2.50 | Review materials, various correspondence, update analysis, update materials, call with counsel |
| Cary Verasco | 5/31/2009 | 1.50 | Various correspondence, update materials, update analysis |
| **May 2009 Summary Hours for Cary Verasco** | | **103.50** | |

| Name | Date | Hours | Description |
|---|---|---|---|
| *Gene Chen* | | | |
| Gene Chen | 5/1/2009 | 3.00 | M&A analysis. Review materials |
| Gene Chen | 5/1/2009 | 6.00 | M&A analysis. Review materials |
| Gene Chen | 5/1/2009 | 2.00 | Call re: allocation. M&A analysis |
| Gene Chen | 5/1/2009 | 0.50 | Weekly M&A call with Lazard |
| Gene Chen | 5/2/2009 | 3.00 | M&A Analysis. Review materials |
| Gene Chen | 5/2/2009 | 1.00 | Call with Akin re: M&A |
| Gene Chen | 5/2/2009 | 1.00 | Call with Creditor professional re: allocation |
| Gene Chen | 5/2/2009 | 1.50 | M&A analysis |
| Gene Chen | 5/2/2009 | 0.50 | Call with Capstone & FTI re: allocation |
| Gene Chen | 5/3/2009 | 4.00 | M&A Analysis. Review materials |
| Gene Chen | 5/4/2009 | 1.00 | M&A Analysis. Review materials |
| Gene Chen | 5/4/2009 | 4.50 | M&A Analysis |
| Gene Chen | 5/4/2009 | 3.00 | Meeting/Call at Akin Gump re: M&A and allocation |
| Gene Chen | 5/5/2009 | 0.50 | M&A Analysis. Review materials |
| Gene Chen | 5/5/2009 | 3.00 | M&A Analysis. Review materials. Data room diligence |
| Gene Chen | 5/5/2009 | 1.50 | Call with Akin re: M&A. Prepare M&A analysis |
| Gene Chen | 5/5/2009 | 2.00 | Call with Capstone re: litigation process,Due diligence |
| Gene Chen | 5/6/2009 | 1.00 | Call with Akin re: M&A issues |
| Gene Chen | 5/7/2009 | 3.00 | Weekly M&A related update call |
| Gene Chen | 5/7/2009 | 1.50 | M&A Analysis |
| Gene Chen | 5/7/2009 | 1.00 | Call with M&A related advisors re: deliverables. Review materials |
| Gene Chen | 5/7/2009 | 1.00 | Review materials |
| Gene Chen | 5/8/2009 | 1.00 | M&A Analysis |
| Gene Chen | 5/8/2009 | 2.50 | M&A Analysis |
| Gene Chen | 5/8/2009 | 3.00 | M&A Analysis |
| Gene Chen | 5/9/2009 | 1.50 | M&A Analysis. Review materials |
| Gene Chen | 5/10/2009 | 2.00 | M&A Analysis. Review materials |
| Gene Chen | 5/11/2009 | 1.75 | Call with M&A related re: allocation,Funding,other pending issues |
| Gene Chen | 5/11/2009 | 8.00 | M&A analysis. Preparation of materials for M&A related |
| Gene Chen | 5/11/2009 | 0.50 | Call with M&A related advisors re: delivables |
| Gene Chen | 5/11/2009 | 3.75 | M&A analysis. Preparation of materials for M&A related |
| Gene Chen | 5/12/2009 | 1.50 | Review materials. Data room diligence |
| Gene Chen | 5/12/2009 | 6.00 | Preparation of materials for M&A related issue |
| Gene Chen | 5/13/2009 | 0.50 | Pre-call with all professionals |
| Gene Chen | 5/13/2009 | 6.50 | Preparation of materials for M&A related issue |
| Gene Chen | 5/13/2009 | 0.50 | Review materials |
| Gene Chen | 5/13/2009 | 0.50 | Call with Lazard re: M&A issues |
| Gene Chen | 5/14/2009 | 2.50 | Weekly M&A related update call |
| Gene Chen | 5/14/2009 | 2.00 | Review materials. Data room diligence |
| Gene Chen | 5/14/2009 | 1.50 | Call with Company re: Q1 results |
| Gene Chen | 5/15/2009 | 1.00 | Data room diligence. Review materials |
| Gene Chen | 5/18/2009 | 1.50 | Call with Lazard re: M&A |
| Gene Chen | 5/19/2009 | 1.00 | Review materials |
| Gene Chen | 5/19/2009 | 2.00 | Review materials. Data room diligence |
| Gene Chen | 5/20/2009 | 3.00 | Preparation of materials for M&A related call |
| Gene Chen | 5/20/2009 | 3.00 | Preparation of materials for M&A related call. Review materials |
| Gene Chen | 5/20/2009 | 1.00 | M&A related professionals prep call |
| Gene Chen | 5/20/2009 | 1.00 | Preparation of materials for M&A related call |
| Gene Chen | 5/20/2009 | 0.50 | Call with LAZ re: M&A |
| Gene Chen | 5/21/2009 | 2.00 | Weekly M&A related update call |
| Gene Chen | 5/21/2009 | 1.00 | Review materials. Data room diligence |
| Gene Chen | 5/22/2009 | 1.00 | Call with Company re: May OL |
| Gene Chen | 5/26/2009 | 1.00 | Review materials. Data room diligence |
| Gene Chen | 5/26/2009 | 1.00 | Internal call re: deliverables. Data room diligence |
| Gene Chen | 5/26/2009 | 1.00 | Call with Lazard re: M&A |
| Gene Chen | 5/27/2009 | 5.00 | Prepare analysis on M&A |
| Gene Chen | 5/28/2009 | 2.00 | Call in Toronto re: M&A,Allocation,etc. |
| Gene Chen | 5/28/2009 | 2.00 | Prepare M&A analysis. Data room diligence. Review materials |
| Gene Chen | 5/29/2009 | 2.00 | Weekly M&A related update call |
| Gene Chen | 5/29/2009 | 1.00 | Review materials |
| Gene Chen | 5/31/2009 | 1.00 | Call with Cleary re: funding,Allocation,etc. |
| Gene Chen | 5/31/2009 | 0.50 | Professionals pre-call |
| Gene Chen | 5/31/2009 | 3.00 | Prepare M&A analysis |
| **May 2009 Summary Hours for Gene Chen** | | **128.50** | |
| | | | |
| *Tyler Lonsdale* | | | |
| Tyler Lonsdale | 5/1/2009 | 2.00 | Call re: allocation. M&A analysis |
| Tyler Lonsdale | 5/1/2009 | 0.50 | Weekly M&A call with Lazard |
| Tyler Lonsdale | 5/2/2009 | 1.00 | Call with Akin re: M&A |
| Tyler Lonsdale | 5/2/2009 | 1.00 | Call with Creditor professional re: allocation |
| Tyler Lonsdale | 5/2/2009 | 2.00 | R&D Analysis |
| Tyler Lonsdale | 5/3/2009 | 3.00 | R&D / Allocation Analysis |
| Tyler Lonsdale | 5/4/2009 | 3.00 | Contribution Analysis |
| Tyler Lonsdale | 5/4/2009 | 2.00 | Call with Akin re: M&A and allocation |
| Tyler Lonsdale | 5/5/2009 | 1.50 | Call with Akin re: M&A. Prepare M&A analysis |
| Tyler Lonsdale | 5/6/2009 | 3.00 | Regional financial metrics analysis |
| Tyler Lonsdale | 5/7/2009 | 2.00 | Regional financial metrics analysis |
| Tyler Lonsdale | 5/5/2009 | 2.00 | Call with Capstone re: litigation process,Due diligence |
| Tyler Lonsdale | 5/6/2009 | 1.00 | Call with Akin re: M&A issues |
| Tyler Lonsdale | 5/7/2009 | 3.00 | Weekly M&A related update call |
| Tyler Lonsdale | 5/7/2009 | 1.00 | Call with M&A related advisors re: deliverables. Review materials |
| Tyler Lonsdale | 5/8/2009 | 1.00 | Purchase price adjustments analysis |
| Tyler Lonsdale | 5/8/2009 | 1.50 | Regional financial metrics analysis |
| Tyler Lonsdale | 5/11/2009 | 1.75 | Call with M&A related re: allocation,Funding,other pending issues |
| Tyler Lonsdale | 5/11/2009 | 0.50 | Call with M&A related advisors re: delivables |
| Tyler Lonsdale | 5/12/2009 | 2.00 | Regional financial metrics update |
| Tyler Lonsdale | 5/13/2009 | 0.50 | Pre-call with all professionals |
| Tyler Lonsdale | 5/13/2009 | 0.50 | Call with Lazard re: M&A issues |
| Tyler Lonsdale | 5/14/2009 | 2.00 | Travel to Toronto |
| Tyler Lonsdale | 5/14/2009 | 2.50 | Weekly M&A related update call |
| Tyler Lonsdale | 5/14/2009 | 1.50 | Meeting with Company re: Q1 results |
| Tyler Lonsdale | 5/14/2009 | 4.00 | Diligence with Company re: Asian entities and M&A company |
| Tyler Lonsdale | 5/15/2009 | 1.75 | Regional financial metrics update |
| Tyler Lonsdale | 5/18/2009 | 1.50 | Call with Lazard re: M&A |
| Tyler Lonsdale | 5/18/2009 | 2.00 | Updated bid analysis |
| Tyler Lonsdale | 5/19/2009 | 1.00 | Bid analysis framework update |
| Tyler Lonsdale | 5/20/2009 | 1.00 | M&A related professionals prep call |
| Tyler Lonsdale | 5/20/2009 | 0.50 | Call with LAZ re: M&A |
| Tyler Lonsdale | 5/21/2009 | 2.00 | Weekly M&A related update call |
| Tyler Lonsdale | 5/22/2009 | 1.00 | Call with Company re: May OL |
| Tyler Lonsdale | 5/22/2009 | 0.50 | Term sheet review, various diligence |
| Tyler Lonsdale | 5/25/2009 | 2.00 | Bid analysis framework update |
| Tyler Lonsdale | 5/26/2009 | 1.00 | Internal call |
| Tyler Lonsdale | 5/26/2009 | 1.00 | Call with Lazard re: M&A |
| Tyler Lonsdale | 5/26/2009 | 2.00 | Bid analysis update |
| Tyler Lonsdale | 5/28/2009 | 2.00 | Call in Toronto re: M&A,Allocation,etc. |
| Tyler Lonsdale | 5/29/2009 | 2.00 | Weekly M&A related update call |
| Tyler Lonsdale | 5/30/2009 | 1.50 | Purchase price adjustments update |
| Tyler Lonsdale | 5/31/2009 | 1.00 | Call with Cleary re: funding,Allocation,etc. |
| Tyler Lonsdale | 5/31/2009 | 0.50 | Professionals pre-call |
| **May 2009 Summary Hours for Tyler Lonsdale** | | **70.00** | |

25

*Joseph Lok*

| Name | Date | Hours | Description |
|---|---|---|---|
| Joseph Lok | 5/4/2009 | 2.00 | Nortel: Meeting/Call at Akin Re: Next Steps |
| Joseph Lok | 5/6/2009 | 1.00 | Nortel: Call with Akin re: M&A related Severance |
| Joseph Lok | 5/6/2009 | 1.00 | Prepared materials for committee call |
| Joseph Lok | 5/6/2009 | 1.50 | Nortel: Professionals Pre-Call; Nortel: Weekly M&A Call |
| Joseph Lok | 5/7/2009 | 3.00 | Committee Call |
| Joseph Lok | 5/11/2009 | 11.00 | Nortel: Call with M&A related Re: Funding & Allocation |
| Joseph Lok | 5/11/2009 | 0.50 | Nortel: Professionals Call Re: Preparation of Materials |
| Joseph Lok | 5/13/2009 | 1.00 | Nortel: Call Re: M&A related |
| Joseph Lok | 5/13/2009 | 2.00 | Nortel: Weekly M&A Call,Pre-professionals Call |
| Joseph Lok | 5/14/2009 | 1.00 | Nortel: Call to Discuss 1Q09 Results |
| Joseph Lok | 5/18/2009 | 0.50 | Semi-Weekly Update Call |
| Joseph Lok | 5/18/2009 | 0.00 | Call re: M&A |
| Joseph Lok | 5/20/2009 | 0.50 | Weekly call re: 13-week CF |
| Joseph Lok | 5/20/2009 | 1.00 | Weekly M&A Call |
| Joseph Lok | 5/21/2009 | 2.00 | Nortel: Weekly M&A related Update Call |
| Joseph Lok | 5/21/2009 | 2.00 | Bid Summary Work |
| Joseph Lok | 5/21/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Joseph Lok | 5/22/2009 | 1.00 | Call re:May OL |
| Joseph Lok | 5/22/2009 | 1.00 | Nortel: Call Re: Standalone M&A related |
| Joseph Lok | 5/26/2009 | 1.00 | Nortel - Internal Meeting to discuss Deliverables for Committee Meeting |
| Joseph Lok | 5/26/2009 | 1.00 | M&A related Update Call |
| **May 2009 Summary Hours for Joseph Lok** | | **34.50** | |

*Ryan Stuckert*

| Name | Date | Hours | Description |
|---|---|---|---|
| Ryan Stuckert | 5/1/2009 | 1.00 | Call with FTI: Preliminary Draft Proposal |
| Ryan Stuckert | 5/4/2009 | 2.00 | Nortel: Meeting/Call at Akin Re: Next Steps |
| Ryan Stuckert | 5/5/2009 | 5.50 | Snow bid analysis, Call with Akin, M&A Call |
| Ryan Stuckert | 5/6/2009 | 3.00 | Snow bid comparison |
| Ryan Stuckert | 5/6/2009 | 1.00 | Nortel: Call with Akin re: M&A related Severance |
| Ryan Stuckert | 5/6/2009 | 1.00 | Prepared Materials for Committee Call |
| Ryan Stuckert | 5/6/2009 | 1.50 | Nortel: Professionals Pre-Call; Nortel: Weekly M&A Call |
| Ryan Stuckert | 5/7/2009 | 3.00 | Committee Call |
| Ryan Stuckert | 5/11/2009 | 4.50 | Nortel: Call with M&A related Re: Funding & Allocation, Bid Analysis |
| Ryan Stuckert | 5/11/2009 | 3.50 | Nortel: Professionals Call Re: Preparation of Materials, Bid Analysis |
| Ryan Stuckert | 5/13/2009 | 1.00 | Nortel: Call Re: M&A related |
| Ryan Stuckert | 5/13/2009 | 5.50 | Nortel: Weekly M&A Call,Pre-professionals Call, Bid Analysis |
| Ryan Stuckert | 5/14/2009 | 2.50 | Weekly M&A related update call |
| Ryan Stuckert | 5/14/2009 | 1.00 | Nortel: Call to Discuss 1Q09 Results |
| Ryan Stuckert | 5/18/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 5/18/2009 | 2.50 | Nortel: Call Re: M&A, Bid Analysis |
| Ryan Stuckert | 5/20/2009 | 0.50 | Nortel: Weekly Call re: 13-Week CF & Cash Balances |
| Ryan Stuckert | 5/20/2009 | 1.00 | Nortel: Professionals Pre-Call |
| Ryan Stuckert | 5/20/2009 | 1.00 | Nortel: Weekly M&A Call |
| Ryan Stuckert | 5/20/2009 | 1.50 | Prepared M&A related call materials |
| Ryan Stuckert | 5/21/2009 | 2.00 | Nortel: Weekly M&A related Update Call |
| Ryan Stuckert | 5/21/2009 | 5.00 | Bid Summary Work |
| Ryan Stuckert | 5/21/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 5/22/2009 | 1.00 | Nortel: Call Re: Standalone M&A related |
| Ryan Stuckert | 5/25/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 5/26/2009 | 1.00 | Nortel - Internal Meeting to discuss Deliverables for Committee Meeting; Nortel: Call with Lazard Re: M&A |
| Ryan Stuckert | 5/26/2009 | 1.00 | Nortel: M&A related Update Call |
| Ryan Stuckert | 5/27/2009 | 2.00 | Prepare for Weekly Update Call |
| Ryan Stuckert | 5/28/2009 | 2.00 | Call in Toronto re: M&A,Allocation,etc |
| Ryan Stuckert | 5/28/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 5/29/2009 | 1.50 | Updated: Nortel RESCHEDULED Weekly Meeting |
| Ryan Stuckert | 5/31/2009 | 0.50 | Nortel - Professionals Pre-Call |
| Ryan Stuckert | 5/31/2009 | 6.50 | Review bid summaries |
| **May 2009 Summary Hours for Ryan Stuckert** | | **67.00** | |
| Ryan Stuckert | 5/22/2009 | 3.00 | M&A related bid analysis |
| Ryan Stuckert | 5/22/2009 | 1.00 | Nortel: Call Re: Standalone M&A related |
| Ryan Stuckert | 5/25/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 5/26/2009 | 1.00 | Nortel - Internal Meeting to discuss Deliverables for Committee Meeting; Nortel: Call with Lazard Re: M&A |
| Ryan Stuckert | 5/26/2009 | 1.00 | Nortel: M&A related Update Call |
| Ryan Stuckert | 5/27/2009 | 2.00 | M&A related bid analysis |
| Ryan Stuckert | 5/27/2009 | 2.00 | Prepare for Weekly Update Call |
| Ryan Stuckert | 5/28/2009 | 2.00 | Call in Toronto re: M&A,Allocation,etc |
| Ryan Stuckert | 5/28/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 5/29/2009 | 1.50 | Updated: Nortel RESCHEDULED Weekly Meeting |
| Ryan Stuckert | 5/31/2009 | 0.50 | Nortel - Professionals Pre-Call |
| Ryan Stuckert | 5/31/2009 | 0.50 | Review bid summaries |
| **May 2009 Summary Hours for Ryan Stuckert** | | **50.50** | |