# Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

INVOICE

Invoice Number: 7634
Invoice Date: 07/24/2009
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| June 2009 | $250,000.00 |
| (Less 20% Holdback) | ($50,000.00) |
| **Total Fee** | $200,000.00 |
| | |
| **Expenses:** | |
| Accommodation | $1,671.46 |
| Courier | $41.51 |
| Financial Research | $32.74 |
| Legal Fees | $16,344.36 |
| Meals | $1,940.36 |
| Transportation - Air | $8,079.16 |
| Transportation - Ground | $1,944.06 |
| **Total Out-of-Pocket Expenses** | $30,053.65 |

**TOTAL DUE    $230,053.65**

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-085-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:   NOR250-7634- Nortel