Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
June 1, 2009 – June 30, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,671.46 |
| Courier | $41.51 |
| Financial Research | $32.74 |
| Legal Fees | $16,344.36 |
| Meals | $1,940.36 |
| Transportation – Air | $8,079.16 |
| Transportation – Ground | $1,944.06 |
| Total | $30,053.65 |

14

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| LEO J. CHANG | Accommodations | Hotel Tax | 4/14/2009 | $32.04 |
| LEO J. CHANG | Accommodations | Hotel Room | 4/14/2009 | $246.46 |
| LEO J. CHANG | Accommodations | Hotel Room | 4/15/2009 | $246.46 |
| LEO J. CHANG | Accommodations | Hotel Tax | 4/15/2009 | $32.04 |
| JAMES T. LONSDALE | Accommodations | Hotel Room | 5/13/2009 | $218.66 |
| JAMES T. LONSDALE | Accommodations | Hotel Room | 5/14/2009 | $28.43 |
| LEO J. CHANG | Accommodations | Hotel Tax | 5/28/2009 | $26.30 |
| LEO J. CHANG | Accommodations | Hotel Room | 5/28/2009 | $202.34 |
| CARY S. VERASCO | Accommodations | Hotel Tax | 5/29/2009 | $31.73 |
| CARY S. VERASCO | Accommodations | Hotel Room | 5/29/2009 | $244.08 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 6/3/2009 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 6/3/2009 | $20.67 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 6/3/2009 | $159.00 |
| PAUL J. ZANGRILLI | Accommodations | Hotel Room | 6/11/2009 | $153.32 |
| PAUL J. ZANGRILLI | Accommodations | Hotel Tax | 6/11/2009 | $24.93 |
| PHILLIP BERKOWITZ | Courier | Courier Service | 5/13/2009 | $20.40 |
| PATRICK T. MORROW | Courier | Send documents to Clients via FedEx | 6/12/2009 | $21.11 |
| JAMES T. LONSDALE | Financial Research | Internet Access at Hotel | 5/13/2009 | $15.63 |
| CARY S. VERASCO | Financial Research | Internet Service @ Airport | 5/29/2009 | $7.95 |
| PAUL J. ZANGRILLI | Financial Research | Internet Access on Flight | 6/11/2009 | $9.16 |
| YOUNG CONAWAY STARGATT | Legal Fees | Legal Services | 5/6/2009 | $16,346.36 |
| LEO J. CHANG | Meals | Meal While Traveling | 4/14/2009 | $3.85 |
| LEO J. CHANG | Meals | Meal While Traveling | 4/14/2009 | $70.20 |
| LEO J. CHANG | Meals | Meal While Traveling | 4/15/2009 | $12.78 |
| LEO J. CHANG | Meals | Meal While Traveling | 4/16/2009 | $7.88 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/23/2009 | $25.43 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/24/2009 | $25.50 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/26/2009 | $17.33 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/26/2009 | $23.44 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/27/2009 | $25.08 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/28/2009 | $24.67 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/29/2009 | $25.46 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/30/2009 | $24.86 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/1/2009 | $25.23 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/2/2009 | $40.22 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/3/2009 | $39.90 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/4/2009 | $25.46 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/5/2009 | $24.75 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/6/2009 | $25.12 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/7/2009 | $25.16 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/8/2009 | $25.43 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/9/2009 | $40.10 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/10/2009 | $40.80 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/11/2009 | $25.47 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/12/2009 | $25.32 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 5/13/2009 | $30.43 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 5/13/2009 | $2.16 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 5/13/2009 | $10.59 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 5/13/2009 | $20.20 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 5/13/2009 | $4.38 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/13/2009 | $25.12 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 5/14/2009 | $5.13 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 5/14/2009 | $9.47 |
| JAMES T. LONSDALE | Meals | Meal While Traveling | 5/14/2009 | $5.80 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/14/2009 | $25.49 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/20/2009 | $25.49 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/21/2009 | $25.31 |
| GUARAV KITTUR | Meals | Overtime Meal | 5/26/2009 | $25.26 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/26/2009 | $19.21 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 5/27/2009 | $25.07 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/27/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 5/27/2009 | $25.50 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/27/2009 | $25.15 |
| CARY S. VERASCO | Meals | Meal While Traveling | 5/28/2009 | $7.02 |
| LEO J. CHANG | Meals | Meal While Traveling | 5/28/2009 | $4.99 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/28/2009 | $0.03 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 5/28/2009 | $24.96 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/28/2009 | $25.07 |
| CARY S. VERASCO | Meals | Meal While Traveling | 5/29/2009 | $5.24 |
| LEO J. CHANG | Meals | Meal While Traveling | 5/29/2009 | $31.21 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/29/2009 | $25.47 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/29/2009 | $25.50 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 5/31/2009 | $40.16 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 5/31/2009 | $23.48 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 5/31/2009 | $17.84 |
| GUARAV KITTUR | Meals | Overtime Meal | 6/1/2009 | $25.50 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/1/2009 | $24.60 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/1/2009 | $18.77 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 6/1/2009 | $20.06 |
| GUARAV KITTUR | Meals | Overtime Meal | 6/2/2009 | $25.50 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 6/2/2009 | $25.35 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 6/3/2009 | $18.00 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/3/2009 | $25.29 |

15

| Name | Category | Description | Date | Amount |
|---|---|---|---|---|
| CARY S. VERASCO | Meals | Overtime Meal | 6/3/2009 | $25.49 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 6/3/2009 | $25.44 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 6/4/2009 | $2.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 6/4/2009 | $5.75 |
| GUARAV KITTUR | Meals | Overtime Meal | 6/4/2009 | $25.40 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 6/4/2009 | $21.88 |
| PAUL J. ZANGRILLI | Meals | Meal While Traveling | 6/11/2009 | $31.75 |
| PAUL J. ZANGRILLI | Meals | Meal While Traveling | 6/11/2009 | $13.48 |
| PAUL J. ZANGRILLI | Meals | Meal While Traveling | 6/11/2009 | $13.31 |
| PAUL J. ZANGRILLI | Meals | Meal While Traveling | 6/11/2009 | $6.94 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/15/2009 | $24.39 |
| GUARAV KITTUR | Meals | Overtime Meal | 6/15/2009 | $25.40 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/16/2009 | $15.52 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/17/2009 | $25.43 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 6/17/2009 | $25.03 |
| GUARAV KITTUR | Meals | Overtime Meal | 6/17/2009 | $25.40 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/17/2009 | $18.56 |
| GUIL ZHU | Meals | Overtime Meal | 6/18/2009 | $25.50 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/18/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 6/18/2009 | $25.39 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/18/2009 | $23.04 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 6/19/2009 | $24.97 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/19/2009 | $25.09 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/20/2009 | $18.06 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 6/20/2009 | $18.11 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/20/2009 | $24.79 |
| LEO J. CHANG | Transportation - Air | Coach Class Flight | 4/13/2009 | $892.25 |
| JAMES T. LONSDALE | Transportation - Air | One Way Coach Class Flight- LGA to Montreal | 5/12/2009 | $523.31 |
| JAMES T. LONSDALE | Transportation - Air | One Way Coach Class Flight- Montreal to LGA | 5/14/2009 | $652.80 |
| LEO J. CHANG | Transportation - Air | Flight Change Fee | 5/18/2009 | $150.00 |
| LEO J. CHANG | Transportation - Air | Non-Reimbursable Coach Class Flight | 5/18/2009 | $695.43 |
| CARY S. VERASCO | Transportation - Air | One Way Coach Class Flight | 5/26/2009 | $606.20 |
| LEO J. CHANG | Transportation - Air | Coach Class Flight | 5/27/2009 | $531.49 |
| CARY S. VERASCO | Transportation - Air | One Way Coach Class Flight | 5/29/2009 | $744.98 |
| LEO J. CHANG | Transportation - Air | Coach Class Flight | 5/29/2009 | $933.98 |
| LEO J. CHANG | Transportation - Air | Air Upgrade Charge | 5/29/2009 | $35.00 |
| CHIH-YIN CHEN | Transportation - Air | Roundtrip Coach Class Flight | 6/2/2009 | $813.02 |
| PAUL J. ZANGRILLI | Transportation - Air | One Way Coach Class Flight- Montreal to EWR | 6/10/2009 | $750.35 |
| PAUL J. ZANGRILLI | Transportation - Air | One Way Coach Class Flight- LGA to Montreal | 6/10/2009 | $750.35 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 3/25/2009 | $7.40 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to JFK Airport | 4/13/2009 | $54.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Airport to Hotel | 4/14/2009 | $25.58 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Hotel | 4/14/2009 | $30.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Hotel | 4/15/2009 | $30.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Presentation transported to Jeff Snyder | 4/15/2009 | $98.18 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 4/21/2009 | $7.00 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home (Early AM) | 4/22/2009 | $9.80 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 4/24/2009 | $11.80 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home (Early AM) | 4/24/2009 | $6.25 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home (Had to return late) | 4/26/2009 | $10.60 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 4/26/2009 | $6.60 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 4/27/2009 | $22.38 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 4/28/2009 | $6.00 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service (Shared: 2nd Stop)- Office to Home | 4/29/2009 | $41.82 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 4/30/2009 | $20.40 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/1/2009 | $22.44 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/1/2009 | $9.00 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/2/2009 | $9.70 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 5/2/2009 | $10.00 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/3/2009 | $29.58 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/3/2009 | $10.20 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/4/2009 | $20.40 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home (Early AM) | 5/4/2009 | $7.00 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/4/2009 | $8.52 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/4/2009 | $9.50 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 5/4/2009 | $88.74 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 5/5/2009 | $39.06 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/5/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/6/2009 | $9.00 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/7/2009 | $22.44 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/7/2009 | $10.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 5/7/2009 | $88.74 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/8/2009 | $27.54 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/8/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 5/9/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 5/9/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 5/10/2009 | $9.00 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/11/2009 | $21.42 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/12/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/13/2009 | $9.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 5/13/2009 | $88.74 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/14/2009 | $10.00 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- Airport to Nortel Offices | 5/14/2009 | $31.16 |
| JAMES T. LONSDALE | Transportation - Ground | Taxi- LGA Airport to Home | 5/14/2009 | $27.75 |

16

| | | | | |
|---|---|---|---|---|
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/15/2009 | $8.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/16/2009 | $10.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/17/2009 | $5.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/20/2009 | $6.80 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (Early AM) | 5/22/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 5/22/2009 | $9.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/22/2009 | $9.60 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 5/26/2009 | $7.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 5/26/2009 | $88.74 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 5/27/2009 | $21.42 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/27/2009 | $8.20 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 5/27/2009 | $88.74 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Meeting to Hotel | 5/28/2009 | $99.16 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Airport to Meeting | 5/28/2009 | $29.59 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Home  to Airport | 5/28/2009 | $65.79 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (Early AM) | 5/28/2009 | $8.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Hotel to Meeting | 5/28/2009 | $30.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to LGA | 5/28/2009 | $51.77 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Airport to Home | 5/29/2009 | $64.26 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Hotel to Meeting | 5/29/2009 | $50.84 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- SF Office to SF Airport | 6/3/2009 | $41.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Meeting | 6/4/2009 | $70.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- SF Airport to SF Office | 6/4/2009 | $39.90 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel Office to Airport | 6/4/2009 | $70.00 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 6/8/2009 | $8.97 |
| PAUL J. ZANGRILLI | Transportation - Ground | Taxi- Airport to Meeting | 6/11/2009 | $23.59 |
| PAUL J. ZANGRILLI | Transportation - Ground | Taxi- Meeting to Airport | 6/11/2009 | $26.15 |
| Total: | | | | $30,053.65 |

17