Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
June 1, 2009 - June 30, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 30.5 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 67.0 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 27.8 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 28.5 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 71.5 |
| Paul Zangrilli | Associate, Communication Technologies Group | 75.0 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 47.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 105.3 |
| Tyler Lonsdale | Analyst, Recapitalization and Restructuring Group | 77.3 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 82.0 |
| | **Total** | **612.3** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
June 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Michael Henkin** | | | |
| Michael Henkin | 6/1/2009 | 2.25 | Calls with UCC advisors re: M&A allocations and call with M&A participants re: process; follow-up communication with Jefco Team re: M&A |
| Michael Henkin | 6/2/2009 | 1.50 | Communication with M&A participants,Review Equinox documents |
| Michael Henkin | 6/3/2009 | 1.75 | M&A call with Lazard,Company,Cleary,Akin and related review of M&A documents and allocation analysis. |
| Michael Henkin | 6/4/2009 | 3.00 | UCC call with Akin,Capstoine,Fraser,Jefco re: M&A ,363 issues,other case issues and related review of financial information. |
| Michael Henkin | 6/5/2009 | 1.00 | Review M&A related documents; Communication with prospective M&A participants re: process issues |
| Michael Henkin | 6/8/2009 | 0.50 | Communications with Capstone,Jefco & Akin re; allocations,M&A issues |
| Michael Henkin | 6/11/2009 | 0.50 | Communications with Jefco Team re: M&A issues |
| Michael Henkin | 6/12/2009 | 0.75 | Review documents/communication with counsel re: M&A issues |
| Michael Henkin | 6/15/2009 | 1.50 | Communication with Jefco Team,Akin & Capstone re: M&A issues and related document review. |
| Michael Henkin | 6/16/2009 | 0.75 | Review/communications with Akin & Jefco Team re; Equinox & Namia M&A issues |
| Michael Henkin | 6/17/2009 | 1.50 | Review M&A documents and Lazard analyses |
| Michael Henkin | 6/18/2009 | 2.00 | Calls with M&A participant,JEF team members,Akin re: Equinox related communications with Lazard |
| Michael Henkin | 6/18/2009 | 1.75 | UCC call re: M&A,Allocations and review of related analysis |
| Michael Henkin | 6/19/2009 | 1.00 | Call with Jefco Team and related communication with Akin & Lazard re: Equinox issues |
| Michael Henkin | 6/19/2009 | 1.00 | UCC call re: M&A |
| Michael Henkin | 6/21/2009 | 1.00 | Call with Lazard re: Equinox sale process and related communication with Jefco Team and M&A participant |
| Michael Henkin | 6/22/2009 | 0.75 | Call with M&A participants re: Equinox process and related communication with Jefco Team |
| Michael Henkin | 6/25/2009 | 0.75 | Call with creditors re: case,M&A issues |
| Michael Henkin | 6/25/2009 | 2.00 | UCC call |
| Michael Henkin | 6/26/2009 | 1.00 | Call with creditors and Jefco Team re: bid procedures, sales issues |
| Michael Henkin | 6/29/2009 | 1.75 | Review due diligence information; communication with creditors and M&A participants re; case issues |
| Michael Henkin | 6/30/2009 | 2.50 | Communicate with Prospective M&A participants,Review Project Snow documents and related communications with Jefferies Team. |
| June 2009 Summary Hours for Michael Henkin | | 30.50 | |
| | | | |
| **Phil Berkowitz** | | | |
| Phil Berkowitz | 6/1/2009 | 2.50 | Nortel Monday Committee Call re Deal Terms; Nortel - Call re: M&A related Funding / Allocation |
| Phil Berkowitz | 6/1/2009 | 2.50 | Nortel: Semi-Weekly Update Call; Nortel - M&A related Call; Reviewed M&A bid materials |
| Phil Berkowitz | 6/2/2009 | 3.50 | Nortel - M&A related Call; Internal discussion with team members; Professionals Call |
| Phil Berkowitz | 6/3/2009 | 3.00 | Nortel: Weekly M&A Update Call with Financial Advisors, Reviewed Materials |
| Phil Berkowitz | 6/3/2009 | 1.50 | Nortel - Professionals Pre-Call |
| Phil Berkowitz | 6/4/2009 | 4.50 | Nortel – Weekly Committee Meeting, Semi-Weekly Update Call, M&A Update Call |
| Phil Berkowitz | 6/5/2009 | 2.00 | Reviewed Bid Summary Analysis Materials |
| Phil Berkowitz | 6/8/2009 | 2.00 | Nortel - M&A related Call; Nortel: Semi-Weekly Update Call |
| Phil Berkowitz | 6/9/2009 | 2.00 | Reviewed Bid Summary Analysis Materials; Internal Discussion - Bid Summary Analysis Materials |
| Phil Berkowitz | 6/10/2009 | 1.00 | Nortel: Weekly M&A Update Call with Financial Advisors |
| Phil Berkowitz | 6/10/2009 | 2.00 | Reviewed Bid Summary Analysis Materials; Internal Discussion - Bid Summary Analysis Materials |
| Phil Berkowitz | 6/10/2009 | 2.00 | Nortel - Professionals Pre-Call; Nortel - Pension Call |
| Phil Berkowitz | 6/11/2009 | 2.50 | Nortel Weekly Committee Call |
| Phil Berkowitz | 6/11/2009 | 2.00 | Nortel - M&A related Standalone Meeting; Semi-Weekly Update Call |
| Phil Berkowitz | 6/11/2009 | 2.50 | Finalized Bid Summary Analysis Materials |
| Phil Berkowitz | 6/12/2009 | 1.00 | M&A related Call |
| Phil Berkowitz | 6/15/2009 | 1.00 | Semi-Weekly Update Call, Reviewed Materials for Call |
| Phil Berkowitz | 6/16/2009 | 0.50 | M&A Update Call |
| Phil Berkowitz | 6/16/2009 | 0.50 | M&A related Follow-up Call |
| Phil Berkowitz | 6/17/2009 | 4.50 | Weekly M&A Update Call, Internal Update Call, Professionals Pre-Call, Reviewed M&A related Balance Sheet Analysis |
| Phil Berkowitz | 6/18/2009 | 5.00 | Semi-Weekly Update Call, Weekly Committee Call, Reviewed Call Materials |
| Phil Berkowitz | 6/19/2009 | 4.00 | Reviewed Call Materials, Call for Statutory/Regional Breakdown & M&A related Discussion |
| Phil Berkowitz | 6/22/2009 | 1.50 | Nexus Update Call, Semi-Weekly Update Call |
| Phil Berkowitz | 6/23/2009 | 1.00 | Call to Discuss Statutory/Regional Breakdown |
| Phil Berkowitz | 6/24/2009 | 5.00 | Weekly Update Call, Professionals Pre-Call, Internal Discussion, Reviewed M&A related Bid Materials |
| Phil Berkowitz | 6/24/2009 | 2.00 | M&A related Update Calls |
| Phil Berkowitz | 6/25/2009 | 3.00 | Semi-Weekly Update Call & Weekly Committee Call |
| Phil Berkowitz | 6/29/2009 | 2.50 | Nexus & Semi-Weekly Calls, Reviewed Materials for Calls |
| June 2009 Summary Hours for Phil Berkowitz | | 67.00 | |
| | | | |
| **Hal Kennedy** | | | |
| Hal Kennedy | 6/1/2009 | 2.25 | Calls with UCC advisors re: M&A allocations and call with M&A participants |
| Hal Kennedy | 6/2/2009 | 1.50 | Communication with M&A participants,Review M&A related documents |
| Hal Kennedy | 6/3/2009 | 1.75 | M&A call with Lazard,Company,Cleary,Akin and related review of M&A documents and allocation analysis. |
| Hal Kennedy | 6/4/2009 | 4.00 | UCC call with Aking,Capstoine,Fraiser,Jefco |
| Hal Kennedy | 6/5/2009 | 1.00 | Review M&A related documents |
| Hal Kennedy | 6/8/2009 | 0.50 | Communications with Capstone,Jefco & Akin re; allocations,M&A issues |
| Hal Kennedy | 6/11/2009 | 0.50 | Communications with Jefco Team |
| Hal Kennedy | 6/15/2009 | 1.50 | Communication with Jefco Team,Akin & Capstone re: M&A issues and related document review. |
| Hal Kennedy | 6/16/2009 | 0.75 | Review/communications with Akin & Jefco Team re; |
| Hal Kennedy | 6/18/2009 | 2.00 | Calls with M&A participant,JEF team members,Akin |
| Hal Kennedy | 6/18/2009 | 1.75 | UCC call re: M&A,Allocations and review of related analysis |
| Hal Kennedy | 6/19/2009 | 0.50 | Call with Jefco Team and related communication with Akin & Lazard re: M&A related issues |
| Hal Kennedy | 6/19/2009 | 1.00 | UCC call re: M&A |
| Hal Kennedy | 6/21/2009 | 1.00 | Call with Lazard |
| Hal Kennedy | 6/22/2009 | 0.50 | Call with M&A participants re: M&A related |
| Hal Kennedy | 6/25/2009 | 0.75 | Call with creditors |
| Hal Kennedy | 6/25/2009 | 2.00 | UCC call |
| Hal Kennedy | 6/26/2009 | 2.00 | Call with creditors and Jefco Team; sales issues |
| Hal Kennedy | 6/30/2009 | 2.50 | Communicate with Prospective M&A participants |
| June 2009 Summary Hours for Hal Kennedy | | 27.75 | |
| | | | |
| **Leo Chang** | | | |
| Leo Chang | 6/1/2009 | 2.25 | Calls with UCC advisors |
| Leo Chang | 6/2/2009 | 1.00 | Communication with M&A participants,Review M&A related documents |
| Leo Chang | 6/3/2009 | 1.75 | M&A call with Lazard,Company,Cleary,Akin and related review of M&A documents and allocation analysis. |
| Leo Chang | 6/4/2009 | 2.75 | UCC call with Akin,Capstoine,Fraiser,Jefco |
| Leo Chang | 6/5/2009 | 2.00 | Review M&A related documents; Communication with prospective M&A participants re: process issues |
| Leo Chang | 6/8/2009 | 0.50 | Communications with Capstone,Jefco & Akin re; allocations,M&A issues |
| Leo Chang | 6/11/2009 | 0.50 | Communications with Jefco Team re: M&A issues |
| Leo Chang | 6/15/2009 | 1.50 | Communication with Jefco Team,Akin & Capstone |
| Leo Chang | 6/16/2009 | 2.00 | Review/communications with Akin & Jefco Team re; M&A related M&A issues |
| Leo Chang | 6/17/2009 | 1.50 | Review M&A documents and Lazard analyses |
| Leo Chang | 6/18/2009 | 2.00 | Calls with M&A participant,JEF team members,Akin re: M&A related related communications with Lazard |
| Leo Chang | 6/18/2009 | 1.75 | UCC call re: M&A,Allocations and review of related analysis |
| Leo Chang | 6/19/2009 | 1.00 | Call with Jefco Team and related communication with Akin & Lazard re: M&A related issues |
| Leo Chang | 6/19/2009 | 0.50 | UCC call re: M&A |
| Leo Chang | 6/21/2009 | 1.00 | Call with Lazard re: M&A related sale process and related communication with Jefco Team and M&A participant |
| ~~Leo Chang~~ | ~~6/22/2009~~ | ~~0.75~~ | ~~Call with M&A participants re: M&A related process and related communication with Jefco Team~~ |
| Leo Chang | 6/25/2009 | 0.75 | Call with creditors re: case,M&A issues |
| Leo Chang | 6/25/2009 | 2.00 | UCC call |
| Leo Chang | 6/26/2009 | 0.50 | Call with creditors and Jefco Team re: bid procedures, sales issues |
| Leo Chang | 6/30/2009 | 2.50 | Communicate with Prospective M&A participants |
| June 2009 Summary Hours for Leo Chang | | 28.50 | |

*Gaurav Kittur*

| Name | Date | Hours | Description |
|---|---|---|---|
| Gaurav Kittur | 6/1/2009 | 3.50 | Nortel Monday Committee Call re Deal Terms; Nortel - Call re: M&A related Funding / Allocation |
| Gaurav Kittur | 6/1/2009 | 3.00 | Nortel: Semi-Weekly Update Call; Nortel - M&A related Call; Reviewed M&A bid materials |
| Gaurav Kittur | 6/2/2009 | 4.00 | Nortel - M&A related Call; Internal discussion with team members; Professionals Call |
| Gaurav Kittur | 6/3/2009 | 4.00 | Nortel: Weekly M&A Update Call with Financial Advisors, Reviewed Materials |
| Gaurav Kittur | 6/3/2009 | 1.50 | Nortel - Professionals Pre-Call |
| Gaurav Kittur | 6/4/2009 | 5.00 | Nortel -- Weekly Committee Meeting, Semi-Weekly Update Call, M&A Update Call |
| Gaurav Kittur | 6/5/2009 | 3.00 | Reviewed Bid Summary Analysis Materials |
| Gaurav Kittur | 6/8/2009 | 2.00 | Nortel - M&A related Call; Nortel: Semi-Weekly Update Call |
| Gaurav Kittur | 6/9/2009 | 2.00 | Reviewed Bid Summary Analysis Materials; Internal Discussion - Bid Summary Analysis Materials |
| Gaurav Kittur | 6/10/2009 | 1.00 | Nortel: Weekly M&A Update Call with Financial Advisors |
| Gaurav Kittur | 6/10/2009 | 2.00 | Reviewed Bid Summary Analysis Materials; Internal Discussion - Bid Summary Analysis Materials |
| Gaurav Kittur | 6/10/2009 | 2.00 | Nortel - Professionals Pre-Call; Nortel - Pension Call |
| Gaurav Kittur | 6/11/2009 | 2.50 | Nortel Weekly Committee Call |
| Gaurav Kittur | 6/11/2009 | 2.00 | Nortel - M&A related Standalone Meeting; Semi-Weekly Update Call |
| Gaurav Kittur | 6/11/2009 | 2.50 | Finalized Bid Summary Analysis Materials |
| Gaurav Kittur | 6/12/2009 | 1.00 | M&A related Call |
| Gaurav Kittur | 6/15/2009 | 1.00 | Semi-Weekly Update Call, Reviewed Materials for Call |
| Gaurav Kittur | 6/16/2009 | 0.50 | M&A Update Call |
| Gaurav Kittur | 6/16/2009 | 0.50 | M&A related Follow-up Call |
| Gaurav Kittur | 6/17/2009 | 4.50 | Weekly M&A Update Call, Internal Update Call, Professionals Pre-Call, Reviewed M&A related Balance Sheet Analysis |
| Gaurav Kittur | 6/18/2009 | 5.00 | Semi-Weekly Update Call, Weekly Committee Call, Reviewed Call Materials |
| Gaurav Kittur | 6/19/2009 | 4.00 | Reviewed Call Materials, Call for Statutory/Regional Breakdown & M&A related Discussion |
| Gaurav Kittur | 6/22/2009 | 1.50 | Nexus Update Call, Semi-Weekly Update Call |
| Gaurav Kittur | 6/23/2009 | 1.00 | Call to Discuss Statutory/Regional Breakdown |
| Gaurav Kittur | 6/24/2009 | 5.00 | Weekly Update Call, Professionals Pre-Call, Internal Discussion, Reviewed M&A related Bid Materials |
| Gaurav Kittur | 6/24/2009 | 2.00 | M&A related Update Calls |
| Gaurav Kittur | 6/25/2009 | 3.00 | Semi-Weekly Update Call & Weekly Committee Call |
| Gaurav Kittur | 6/29/2009 | 2.50 | Nexus & Semi-Weekly Calls, Reviewed Materials for Calls |
| **June 2009 Summary Hours for Gaurav Kittur** | | **71.50** | |

*Paul Zangrilli*

| Name | Date | Hours | Description |
|---|---|---|---|
| Paul Zangrilli | 6/1/2009 | 2.50 | Nortel Monday Committee Call re Deal Terms; Nortel - Call re: M&A related Funding |
| Paul Zangrilli | 6/1/2009 | 3.00 | Purchase Price Analysis |
| Paul Zangrilli | 6/3/2009 | 2.00 | Nortel: Weekly M&A Update Call with Financial Advisors, Reviewed Materials |
| Paul Zangrilli | 6/3/2009 | 1.50 | Nortel - Professionals Pre-Call |
| Paul Zangrilli | 6/4/2009 | 3.00 | Nortel -- Weekly Committee Meeting, Semi-Weekly Update Call, CDMA Update Call |
| Paul Zangrilli | 6/4/2009 | 7.50 | Prepared bid analysis materials |
| Paul Zangrilli | 6/5/2009 | 2.00 | Prepared bid analysis materials |
| Paul Zangrilli | 6/9/2009 | 1.50 | Internal Discussion - Bid Summary Analysis Materials |
| Paul Zangrilli | 6/10/2009 | 1.00 | Nortel: Weekly M&A Update Call with Financial Advisors |
| Paul Zangrilli | 6/10/2009 | 2.00 | Bid Summary Analysis Materials; Internal Discussion - Bid Summary Analysis Materials |
| Paul Zangrilli | 6/11/2009 | 2.50 | Nortel Weekly Committee Call |
| Paul Zangrilli | 6/11/2009 | 2.00 | Nortel - M&A related Standalone Meeting; Semi-Weekly Update Call |
| Paul Zangrilli | 6/11/2009 | 5.00 | Finalized Bid Summary Analysis Materials |
| Paul Zangrilli | 6/12/2009 | 1.00 | M&A related Call |
| Paul Zangrilli | 6/14/2009 | 1.00 | Prepared Materials for Semi-Weekly Update Call. |
| Paul Zangrilli | 6/16/2009 | 0.50 | M&A Update Call |
| Paul Zangrilli | 6/17/2009 | 8.50 | Prepared M&A related Balance Sheet Analysis |
| Paul Zangrilli | 6/17/2009 | 3.00 | Weekly M&A Update Call, Internal Update Call, Professionals Pre-Call, Reviewed M&A related Balance Sheet Analysis |
| Paul Zangrilli | 6/18/2009 | 6.00 | Semi-Weekly Update Call, Weekly Committee Call, Prepared Call Materials |
| Paul Zangrilli | 6/22/2009 | 1.50 | M&A related Update Call, Semi-Weekly Update Call |
| Paul Zangrilli | 6/24/2009 | 8.00 | Weekly Update Call, Professionals Pre-Call, Internal Discussion, Prepared M&A related Bid Materials |
| Paul Zangrilli | 6/24/2009 | 2.00 | M&A related Update Calls |
| Paul Zangrilli | 6/25/2009 | 3.00 | Semi-Weekly Update Call & Weekly Committee Call |
| Paul Zangrilli | 6/29/2009 | 5.00 | M&A related & Semi-Weekly Calls, Prepared Materials for Calls |
| **June 2009 Summary Hours for Paul Zangrilli** | | **75.00** | |

*Cary Verasco*

| Name | Date | Hours | Description |
|---|---|---|---|
| Cary Verasco | 6/1/2009 | 5.50 | Various correspondence, call with Company and other professionals, review analysis, call with counsel |
| Cary Verasco | 6/2/2009 | 3.00 | Review analysis, various correspondence, calls with counsel |
| Cary Verasco | 6/3/2009 | 4.00 | Review analysis, review materials, various correspondence, update analysis, update call |
| Cary Verasco | 6/4/2009 | 2.00 | Committee call, various correspondence |
| Cary Verasco | 6/5/2009 | 0.50 | Internal discussions, various correspondence |
| Cary Verasco | 6/6/2009 | 2.50 | Review materials, various correspondence |
| Cary Verasco | 6/7/2009 | 1.00 | Various correspondence |
| Cary Verasco | 6/8/2009 | 3.00 | Various calls with Company and other professionals, various correspondence, review analysis |
| Cary Verasco | 6/9/2009 | 0.50 | Various correspondence |
| Cary Verasco | 6/10/2009 | 3.00 | Call with other committee advisor, various correspondence, review materials |
| Cary Verasco | 6/11/2009 | 1.00 | Internal discussions, various correspondence |
| Cary Verasco | 6/14/2009 | 0.50 | Various correspondence |
| Cary Verasco | 6/15/2009 | 0.50 | Review materials |
| Cary Verasco | 6/16/2009 | 4.50 | Meeting with other committee advisors and related follow-up, review materials, various correspondence |
| Cary Verasco | 6/17/2009 | 3.50 | Various correspondence, call with counsel, review materials, review analysis, update analysis |
| Cary Verasco | 6/18/2009 | 4.00 | Committee call, various correspondence, review materials, call with Company and other professionals |
| Cary Verasco | 6/22/2009 | 1.00 | Call with creditor, various correspondence |
| Cary Verasco | 6/23/2009 | 1.00 | Call with creditor, various correspondence, review materials |
| Cary Verasco | 6/24/2009 | 4.00 | Call with Company and other advisors and related follow-up, review materials, update analysis |
| Cary Verasco | 6/25/2009 | 2.00 | Committee call, call with counsel |
| Cary Verasco | 6/30/2009 | 0.50 | Various correspondence |
| **June 2009 Summary Hours for Cary Verasco** | | **47.50** | |

*Gene Chen*

| Name | Date | Hours | Description |
|---|---|---|---|
| Gene Chen | 6/1/2009 | 1.00 | Call with M&A related re: M&A |
| Gene Chen | 6/1/2009 | 1.00 | Prepare analysis on M&A |
| Gene Chen | 6/1/2009 | 3.00 | Prepare analysis on M&A |
| Gene Chen | 6/1/2009 | 1.00 | M&A related Call re: deal terms |
| Gene Chen | 6/1/2009 | 1.00 | Call re: M&A related tax consequences |
| Gene Chen | 6/2/2009 | 1.00 | Review materials |
| Gene Chen | 6/2/2009 | 1.25 | M&A related Call re: taxes |
| Gene Chen | 6/2/2009 | 0.75 | All hands call re: M&A related issues |
| Gene Chen | 6/3/2009 | 2.50 | Review materials |
| Gene Chen | 6/3/2009 | 0.50 | Internal call re: deliverables |
| Gene Chen | 6/3/2009 | 0.50 | Weekly cash flow call |
| Gene Chen | 6/3/2009 | 6.50 | Travel for M&A related due diligence |
| Gene Chen | 6/3/2009 | 1.50 | Prepare M&A analysis |
| Gene Chen | 6/3/2009 | 1.00 | Weekly M&A Call |
| Gene Chen | 6/4/2009 | 8.00 | M&A related due diligence meeting |
| Gene Chen | 6/4/2009 | 8.00 | Return to San Francisco from M&A related due diligence |
| Gene Chen | 6/5/2009 | 1.50 | Review materials |
| Gene Chen | 6/7/2009 | 3.00 | Review materials. Prepare M&A analysis |
| Gene Chen | 6/8/2009 | 2.50 | M&A analysis. Review materials |
| Gene Chen | 6/8/2009 | 1.00 | Group update |

21

| Name | Date | Hours | Description |
|---|---|---|---|
| Gene Chen | 6/8/2009 | 1.00 | Call re: M&A related |
| Gene Chen | 6/10/2009 | 0.50 | Weekly cash call |
| Gene Chen | 6/10/2009 | 0.75 | Professionals pre-call |
| Gene Chen | 6/10/2009 | 1.50 | Prepare M&A analysis |
| Gene Chen | 6/10/2009 | 1.00 | Review materials |
| Gene Chen | 6/10/2009 | 1.00 | Weekly M&A call |
| Gene Chen | 6/11/2009 | 1.25 | Weekly UCC update call |
| Gene Chen | 6/11/2009 | 1.25 | Review materials |
| Gene Chen | 6/14/2009 | 1.00 | Review materials |
| Gene Chen | 6/15/2009 | 3.00 | M&A analysis |
| Gene Chen | 6/16/2009 | 1.00 | M&A related Call |
| Gene Chen | 6/17/2009 | 2.00 | Review materials |
| Gene Chen | 6/17/2009 | 3.00 | M&A analysis. Review materials |
| Gene Chen | 6/17/2009 | 1.00 | M&A call |
| Gene Chen | 6/17/2009 | 0.50 | M&A related call |
| Gene Chen | 6/18/2009 | 2.00 | Weekly UCC update call |
| Gene Chen | 6/19/2009 | 2.00 | Calls re: M&A related sale |
| Gene Chen | 6/21/2009 | 4.00 | M&A analysis. Review materials |
| Gene Chen | 6/22/2009 | 3.00 | M&A analysis. Review materials |
| Gene Chen | 6/22/2009 | 1.00 | Call re: M&A related |
| Gene Chen | 6/23/2009 | 1.00 | Call re: deal & regional breakdown |
| Gene Chen | 6/23/2009 | 4.00 | Allocation analysis |
| Gene Chen | 6/24/2009 | 3.00 | Call w/ company re: M&A |
| Gene Chen | 6/24/2009 | 0.50 | Weekly cash call |
| Gene Chen | 6/24/2009 | 6.50 | M&A analysis. Review materials |
| Gene Chen | 6/24/2009 | 1.00 | Professionals pre-call |
| Gene Chen | 6/25/2009 | 2.50 | Weekly M&A related update call |
| Gene Chen | 6/25/2009 | 2.00 | Review materials |
| Gene Chen | 6/26/2009 | 2.50 | Review materials. Research topics posed by bondholder |
| Gene Chen | 6/29/2009 | 1.00 | Review materials. Research topics posed by bondholder |
| Gene Chen | 6/29/2009 | 1.00 | M&A related update call |
| Gene Chen | 6/30/2009 | 2.00 | Review materials. Research topics posed by bondholder |
| **June 2009 Summary Hours for Gene Chen** | | **105.25** | |
| | | | |
| *Tyler Lonsdale* | | | |
| Tyler Lonsdale | 6/1/2009 | 1.00 | Call re Deal Terms |
| Tyler Lonsdale | 6/1/2009 | 1.50 | Call re: M&A related Funding / Allocation |
| Tyler Lonsdale | 6/1/2009 | 1.00 | Semi-Weekly Update Call |
| Tyler Lonsdale | 6/1/2009 | 4.00 | Financial metrics update |
| Tyler Lonsdale | 6/1/2009 | 1.00 | Tax Call, Reviewed M&A bid materials |
| Tyler Lonsdale | 6/2/2009 | 2.50 | Tax Call and Professionals pre-call |
| Tyler Lonsdale | 6/2/2009 | 0.50 | Internal call re: M&A related update |
| Tyler Lonsdale | 6/3/2009 | 1.00 | Update of bid analysis framework; various diligence |
| Tyler Lonsdale | 6/3/2009 | 4.00 | M&A Update; various diligence and correspondence |
| Tyler Lonsdale | 6/3/2009 | 3.00 | Professionals Pre-Call; financial metrics diligence |
| Tyler Lonsdale | 6/4/2009 | 2.75 | M&A related Update Call |
| Tyler Lonsdale | 6/8/2009 | 1.25 | Diamondware Call |
| Tyler Lonsdale | 6/8/2009 | 1.50 | Internal discussion re: M&A; various diligence |
| Tyler Lonsdale | 6/10/2009 | 2.00 | Call re: Pension matters |
| Tyler Lonsdale | 6/10/2009 | 3.00 | Diligence re: headcount and financial metrics |
| Tyler Lonsdale | 6/11/2009 | 2.50 | Committee Call |
| Tyler Lonsdale | 6/11/2009 | 2.00 | Call re: M&A related Standalone |
| Tyler Lonsdale | 6/12/2009 | 1.00 | Call re: M&A related |
| Tyler Lonsdale | 6/13/2009 | 6.00 | Various bid summaries and analysis |
| Tyler Lonsdale | 6/14/2009 | 1.50 | Internal discussion re: M&A, bid updates; various diligence |
| Tyler Lonsdale | 6/16/2009 | 0.50 | M&A Update Call |
| Tyler Lonsdale | 6/16/2009 | 0.50 | Call re: M&A related Follow-up |
| Tyler Lonsdale | 6/17/2009 | 3.00 | M&A Update Call and Professionals Pre-Call |
| Tyler Lonsdale | 6/18/2009 | 2.00 | Weekly Committee Call |
| Tyler Lonsdale | 6/19/2009 | 3.00 | Call re: Statutory/Regional Breakdown & M&A related Discussion |
| Tyler Lonsdale | 6/20/2009 | 4.50 | Diligence re: May OL and financials update |
| Tyler Lonsdale | 6/22/2009 | 5.00 | Nexus Update Call; various correspondence |
| Tyler Lonsdale | 6/22/2009 | 5.25 | Regional financial metrics update |
| Tyler Lonsdale | 6/23/2009 | 1.75 | Call to Discuss Statutory/Regional Breakdown |
| Tyler Lonsdale | 6/24/2009 | 3.00 | Professionals Pre-Call and Internal Discussion |
| Tyler Lonsdale | 6/24/2009 | 1.50 | M&A related Update Calls |
| Tyler Lonsdale | 6/25/2009 | 2.00 | Weekly Committee Call |
| Tyler Lonsdale | 6/29/2009 | 2.25 | M&A related Call |
| **June 2009 Summary Hours for Tyler Lonsdale** | | **77.25** | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 6/1/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 6/1/2009 | 1.50 | Prepared M&A related valuation materials |
| Ryan Stuckert | 6/1/2009 | 1.00 | Nortel - Call re: M&A related Funding / Allocation |
| Ryan Stuckert | 6/1/2009 | 2.00 | Prepared valuation materials |
| Ryan Stuckert | 6/1/2009 | 1.50 | Nortel Monday Committee Call re Deal Terms |
| Ryan Stuckert | 6/1/2009 | 1.00 | Nortel - M&A related Tax Call |
| Ryan Stuckert | 6/2/2009 | 1.00 | Nortel - Tax Call |
| Ryan Stuckert | 6/2/2009 | 1.50 | Internal discussion with team members; Professionals Call |
| Ryan Stuckert | 6/3/2009 | 1.50 | Nortel - Professionals Pre-Call |
| Ryan Stuckert | 6/3/2009 | 1.00 | Nortel: Weekly M&A Update Call with Financial Advisors |
| Ryan Stuckert | 6/4/2009 | 5.00 | Nortel -- Weekly Committee Meeting,Semi-Weekly Update Call, M&A related Update Call |
| Ryan Stuckert | 6/5/2009 | 5.00 | M&A related Bid Summary Analysis |
| Ryan Stuckert | 6/8/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 6/8/2009 | 1.00 | Nortel - M&A related Call |
| Ryan Stuckert | 6/9/2009 | 5.50 | M&A Bid Summary Analysis,Discussion and Calls |
| Ryan Stuckert | 6/10/2009 | 1.00 | Nortel - Pension Call |
| Ryan Stuckert | 6/10/2009 | 1.00 | Nortel - Professionals Pre-Call |
| Ryan Stuckert | 6/10/2009 | 6.00 | M&A related Bid Analysis |
| Ryan Stuckert | 6/10/2009 | 1.00 | Nortel: Weekly M&A Update Call with Financial Advisors |
| Ryan Stuckert | 6/10/2009 | 0.50 | M&S Bid Call |
| Ryan Stuckert | 6/11/2009 | 2.50 | M&A related Bid Analysis |
| Ryan Stuckert | 6/11/2009 | 1.00 | Nortel - M&A related Standalone Meeting |
| Ryan Stuckert | 6/11/2009 | 1.50 | Nortel Weekly Committee Call-4 pm ET this week only |
| Ryan Stuckert | 6/11/2009 | 2.50 | M&A related Bid Analysis,Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 6/12/2009 | 1.00 | M&A related Call |
| Ryan Stuckert | 6/15/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 6/16/2009 | 0.50 | Nortel - M&A related Follow-up Call |
| Ryan Stuckert | 6/16/2009 | 0.50 | Nortel - M&A Update Call |
| Ryan Stuckert | 6/17/2009 | 2.50 | M&A related Balance Sheet Analysis |
| Ryan Stuckert | 6/17/2009 | 1.00 | Nortel - Professionals Pre-call |
| Ryan Stuckert | 6/17/2009 | 0.50 | Nortel - Internal Update Call |
| Ryan Stuckert | 6/17/2009 | 0.50 | Nortel: Weekly M&A Update Call with Financial Advisors |

| | | | |
|---|---|---|---|
| Ryan Stuckert | 6/18/2009 | 2.00 | Nortel Weekly Committee Call |
| Ryan Stuckert | 6/18/2009 | 1.50 | Nortel: Semi-Weekly Update Call, Internal discussion |
| Ryan Stuckert | 6/19/2009 | 2.50 | Nortel - Call to Discuss Statutory/Regional Breakdown, M&A related Discussion |
| Ryan Stuckert | 6/19/2009 | 2.50 | Committee Call; Prepared Materials for Committee |
| Ryan Stuckert | 6/22/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 6/22/2009 | 1.00 | Nortel - M&A Update Call |
| Ryan Stuckert | 6/23/2009 | 1.00 | Nortel - Call to Discuss Statutory/Regional Breakdown |
| Ryan Stuckert | 6/24/2009 | 1.00 | Nortel - M&A related Update Call |
| Ryan Stuckert | 6/24/2009 | 1.00 | Nortel - M&A related Update Call |
| Ryan Stuckert | 6/24/2009 | 3.50 | Reviewed and summarized M&A related bids |
| Ryan Stuckert | 6/24/2009 | 1.50 | Nortel - Professionals Pre-Call, Internal discussion with team members |
| Ryan Stuckert | 6/24/2009 | 0.50 | Nortel: Weekly M&A Update Call with Financial Advisors |
| Ryan Stuckert | 6/25/2009 | 2.00 | Nortel - Weekly Committee Call |
| Ryan Stuckert | 6/25/2009 | 2.50 | Nortel: Semi-Weekly Update Call, Reviewed Materials |
| Ryan Stuckert | 6/29/2009 | 0.50 | Nortel: Semi-Weekly Update Call |
| Ryan Stuckert | 6/29/2009 | 2.00 | Prepared and reviewed call materials |
| Ryan Stuckert | 6/29/2009 | 1.00 | Nortel - M&A related Update Call |
| Ryan Stuckert | 6/29/2009 | 2.00 | Reviewed M&A related materials |
| June 2009 Summary Hours for Ryan Stuckert | | 82.00 | |

23