## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Fifth Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottleib Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on August 24, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: August 24, 2009

　　　　　　　　　　　　　　　　　　　　Ann C. Cordo (# 4817)

3086540.1