STATE OF TEXAS            )
                          )   ss:
CITY AND COUNTY OF DALLAS )

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL (Global), a daily national newspaper published and of general circulation in The United States of America, Asia, Europe and that the attached advertisement has been published in THE WALL STREET JOURNAL (Global) for one insertion(s) on the following date(s): August 11, 2009; advertiser Nortel Networks Inc., et al., and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_____
E. Ostenson

Sworn to before me this

11th day of August, 2009

_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

**BANKRUPTCIES**

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re Nortel Networks Inc., et al., Debtors. ) Chapter 11 • Case Nos. 09-10138 (KG) through 09-10152 (KG) Jointly Administered

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 30, 2009

**ALL CREDITORS AND PARTIES IN INTEREST PLEASE TAKE NOTICE THAT:**

On August 4, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an Order [Docket No. 1280] (the "Bar Date Order") establishing **4:00 p.m. (prevailing Eastern Time) on September 30, 2009** (the "General Bar Date") as the last date for filing proofs of claim against the following debtors and debtors in possession (collectively, the "Debtors"): **DEBTOR, CASE NO., E.I.N.:** Nortel Networks Inc. (f/k/a Northern Telecom Inc.), 09-10138, 04-2486332; Nortel Networks Capital Corporation (f/k/a Northern Telecom Capital Corporation), 09-10139, 62-1629620; Nortel Altsystems Inc. (f/k/a Alteon WebSystems, Inc.), 09-10140, 77-0429769; Nortel Altsystems International Inc. (f/k/a Alteon WebSystems International, Inc.), 09-10141, 77-0465596; Xros, Inc., 09-10142, 77-0444181; Sonoma Systems, 09-10143, 95-4582073; Qtera Corporation, 09-10144, 23-2970251; CoreTek, Inc., 09-10145, 04-3225722; Nortel Networks Applications Management Solutions (f/k/a EPiCON, Inc.), 09-10146, 04-3222846; Nortel Networks Optical Components Inc. (f/k/a Nortel Networks HPOCS Inc.), 09-10147, 62-1843545; Nortel Networks HPOCS Inc. (f/k/a Nortel Networks Optical Components Inc.), 09-10148, 62-1843546; Architel Systems (U.S.) Corporation (f/k/a Architel Systems Corporation), 09-10149, 91-1573826; Nortel Networks International Inc. (f/k/a Bay Networks International, Inc.), 09-10150, 77-0330358; Northern Telecom International Inc., 09-10151, 51-0266286; Nortel Networks Cable Solutions Inc., 09-10152, 62-1850567.

Pursuant to the Bar Date Order, all persons and entities (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) except for those holders of claims listed in paragraph 6 of the Bar Date Order that are specifically excluded from the General Bar Date requirements, who have a claim or potential claim against the Debtors that arose prior to January 14, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM so as to be actually received at the following address **on or before 4:00 p.m. (prevailing Eastern Time) on September 30, 2009: IF DELIVERED BY MAIL:** Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5075, New York, NY 10150-5075; **IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:** Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017.

Proofs of claim will be deemed filed only when received by Epiq Bankruptcy Solutions, LLC (the "Claims Agent") at the addresses listed herein on or before 4:00 p.m. (prevailing Eastern Time) on the General Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

Your filed proof of claim form must conform substantially to Official Form No. 10. Proof of claim forms may be obtained at http://chapter11.epiqsystems.com/nortel and at www.uscourts.gov/bkforms. Any holder of a claim pursuant to Section 503(b)(9) must complete the proof of claim entitled "Section 503(b)(9) Claim Request Form," available at http://chapter11.epiqsystems.com/nortel.

NOTE: These procedures for filing claims apply ONLY to claims against the Debtors in these chapter 11 cases. Several of the Debtors' affiliates are subject to creditor protection proceedings in other jurisdictions, including Canada. Separate procedures and deadlines have been or will be established in these other jurisdictions for the filing of claims. With respect to the Canadian proceedings, a general bar date of September 30, 2009 at 4:00 p.m. (prevailing Eastern time) has been established by the Canadian Court. If you believe you have claims against Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation or Nortel Networks Technology Corporation (the "Canadian Debtors"), any such claims shall be filed in, and only in, the Canadian proceedings with the court-appointed Monitor. Procedures for filing such claims can be found by going to the following internet link: www.ey.com/ca/nortel.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES AND (2) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES IN RESPECT OF SUCH CLAIM.

A copy of the Bar Date Order, a proof of claim form, and the Debtors' Schedules of Assets and Liabilities and Schedules of Executory Contracts and Unexpired Leases may be obtained by written request to the Claims Agent at the following address and telephone number: Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, (646) 282-2500. These documents also are available at http://chapter11.epiqsystems.com/nortel.

BY ORDER OF THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE
Dated: Wilmington, Delaware, August 4, 2009

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley, Lisa M. Schweitzer, One Liberty Plaza, New York, New York 10006 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801 |

Counsel for the Debtors and Debtors in Possession