UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Alteon Web Systems, Inc. (JT ADM) | : | Bankruptcy No. 09-10138 KG |
| a/k/a Alteon, a/k/a Alteon Web Systems, a/k/a | | |
| Nortel, a/k/a Nortel Networks | | |
| | : | |
| Debtor | : | |

ENTRY OF APPEARANCE WITH REQUEST
FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the Entry of Appearance of the Attorney General of Pennsylvania as represented by the undersigned Deputy as counsel of record for the Commonwealth of Pennsylvania, Department of Revenue, Bureau of Accounts Settlement, in the above-captioned matter.

PLEASE TAKE NOTICE that the Attorney General is counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2003, 9007 and 9010, the Commonwealth respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth as the address and to the Deputy and telephone number set forth below.

2

      THIS REQUEST FOR NOTICE includes all Orders, Notices and copies of Applications, Motions, Petitions, Pleadings, Requests, Complaints or Demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

                                              Respectfully submitted,

                                              THOMAS W. CORBETT, JR.
                                              ATTORNEY GENERAL

DATED: August 25, 2009          BY:  /s/
                                              Carol E. Momjian
                                              Senior Deputy Attorney General
                                              PA I.D. No. 049219
                                              Office of Attorney General
                                              21 S. 12th Street, 3rd Floor
                                              Philadelphia PA 19107-3603
                                              Tel: (215) 560-2128
                                              Fax: (215) 560-2202
                                              E-mail: cmomjian@attorneygeneral.gov

COMMONWEALTH OF PENNSYLVANIA    :
                                : SS
COUNTY OF PHILADELPHIA

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Commonwealth of Pennsylvania, Department of Revenue Entry of Appearance With Request for Service of Papers and Receipt of Notices was served on the following by first class mail, postage prepaid, on August 25, 2009:

Alteon Web Systems, Inc.
220 Athens Way
Suite 300
Nashville, TN  37228

All others have been served electronically.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: August 25, 2009      BY:   /s/
                                  Carol E. Momjian
                                  Senior Deputy Attorney General
                                  PA I.D. No. 049219
                                  Office of Attorney General
                                  21 S. 12th Street, 3rd Floor
                                  Philadelphia PA 19107-3603
                                  Tel: (215) 560-2128
                                  Fax: (215) 560-2202
                                  E-mail: cmomjian@attorneygeneral.gov