IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
                    Debtors.                                :   Jointly Administered
                                                            :
                                                            :   **RE: D.I. 510**
                                                            :
------------------------------------------------------------X

### THIRTEENTH NOTICE OF REJECTION OF EXECUTORY CONTRACT(S) AND/OR NONRESIDENTIAL REAL PROPERTY LEASE(S) BY <u>DEBTORS AND DEBTORS IN POSSESSION</u>

TO:   ALL PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE THAT ALL PARTIES RECEIVING THIS OMNIBUS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES IN THE CHART INCLUDED IN THE NOTICE.**

**PLEASE TAKE NOTICE THAT** on March 20, 2009, the Court entered the *Order Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases and the Abandonment of Certain Assets Related Thereto* (D.I. 510) (the "Order").[2]

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the Debtors hereby reject the following executory contracts (the "Contracts") and/or nonresidential

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Order.

real property leases (the "Leases")[3] and, where applicable, hereby abandon the following personal property at the nonresidential real estate subject to a Lease being rejected (the "Abandoned Personal Property"):

| Address(es) of Non-Debtor Party to Contract/ Lease | Contract/ Lease | Monthly Obligation (if applicable) | Proposed Rejection Date[4] | Remaining Term of Contract or Lease | General Description of Abandoned Personal Property (if applicable) |
|---|---|---|---|---|---|
| NUI Corporation | Software/Hardware Agreement for Voice Response System | N/A | August 25, 2009 | N/A | N/A |

---

[3] The Debtors reserve, and do not waive, any and all claims or causes of action or defenses to any claims or causes of action. Additionally, the Debtors reserve and do not waive, the right to amend, supplement or otherwise modify this Notice.

[4] The "Proposed Rejection Date" is the date of intended rejection, which shall be, with respect to an unexpired non-residential real property lease, ten (10) calendar days from the date and time this Rejection Notice is served if no later date is designated and the Debtors do not grant an extension; or, with respect to an executory contract, the date this Rejection Notice is filed and served if no other date is designated.

**PLEASE TAKE FURTHER NOTICE THAT** objections ("Objections"), if any, to the rejection of a Contract and/or Lease must be filed with the Court and received by the general notice parties and the additional notice parties for the Contract and/or Lease as listed in Exhibit A attached hereto no later than ten (10) calendar days following the date of service of this Rejection Notice.

**PLEASE TAKE FURTHER NOTICE THAT** unless a party in interest timely and properly files an Objection to the rejection of any such Contract and/or Lease, the rejection of such Contract and/or Lease shall become effective on the Proposed Rejection Date, without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, unless a party in interest timely and properly files an Objection to the abandonment of the Abandoned Personal Property, the Abandoned Personal Property at the property subject to a rejected Lease and listed next to such Lease shall be deemed abandoned, pursuant to Section 554 of the Bankruptcy Code, as is, where is, free and clear of claims, interests and encumbrances, and such Abandoned Personal Property may be retained or disposed of by the landlord without liability owed to the Debtors or third parties, effective on the Proposed Rejection Date without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** proofs of claim for damages arising from rejection of the rejected Leases must be filed by the affected party with the Debtors' claims agent, Epiq Bankruptcy Solutions, FDR Station, P.O. Box 5075, New York, New York, 10150-5075, on the later of (i) thirty-five (35) days after the date of this Rejection Notice, (ii) thirty (30) days after entry of an order on this Rejection Notice, and (iii) the general bar date that will be established by for the filing of prepetition general unsecured claims.

Dated: August 25, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Ann C. Cordo_

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*