# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,477.60 |
| Conference Call /Telephone Charges | $14,823.04 |
| Duplicating (@ $0.10 per page) | $703.80 |
| Meals/Committee Meeting Expenses | $2,585.17 |
| Travel Expenses – Ground Transportation | $1,894.31 |
| Travel Expenses – Parking | $35.00 |
| Travel Expenses – Train Fare | $2,069.00 |
| | |
| **TOTAL** | **$24,587.92** |

8195471 v3