# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
### Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1270763 |
| ATTN: JOHN DOLITTLE | Invoice Date 08/19/09 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX  75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/04/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 7170503659 DEPARTURE DATE: 03/04/2009 ROUTE: NYP WIL | $387.00 |
| 04/15/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1081137 DATE: 4/29/2009  Vendor: Dial Car Voucher #: DLA2921778 Date: 04/15/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2921778 Date: 04/15/2009 Name: Ken Davis | $109.30 |
| 04/16/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1081137 DATE: 4/29/2009  Vendor: Dial Car Voucher #: DLA2935919 Date: 04/16/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2935919 Date: 04/16/2009 Name: Ken Davis | $117.46 |
| 04/20/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1081137 DATE: 4/29/2009  Vendor: Dial Car Voucher #: DLA2793749 Date: 04/20/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2793749 Date: 04/20/2009 Name: Ken Davis | $110.58 |
| 04/21/09 | Travel - Ground Transportation | $104.71 |

| Date | Description | Amount |
|---|---|---|
| 04/22/09 | VENDOR: DIAL CAR INC INVOICE#: 1081137 DATE: 4/29/2009 Vendor: Dial Car Voucher #: DLA2935253 Date: 04/21/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2935253 Date: 04/21/2009 Name: David Botter Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1081137 DATE: 4/29/2009 Vendor: Dial Car Voucher #: DLA2960902 Date: 04/22/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2960902 Date: 04/22/2009 Name: Ken Davis | $114.66 |
| 05/13/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 363779 DATE: 5/22/2009 Vendor: Prime Time Voucher #: 14344 Date: 05/13/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 14344 Date: 05/13/2009 Name: Austin Lilling | $84.31 |
| 05/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-051409; DATE: 5/21/2009 | $416.52 |
| 05/21/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643614 DATE: 5/29/2009 Vendor: Executive Royal Voucher #: RVYF73A129 Date: 05/21/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RVYF73A129 Date: 05/21/2009 Name: Ryan Jacobs | $77.17 |
| 05/28/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1083769 DATE: 6/10/2009 Vendor: Dial Car Voucher #: DLA2196897 Date: 05/28/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2196897 Date: 05/28/2009 Name: David Botter | $193.86 |
| 05/28/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643985 DATE: 6/5/2009 Vendor: Executive Royal Voucher #: 121426 Date: 05/28/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 121426 Date: 05/28/2009 Name: Fred Hodara | $55.75 |
| 05/28/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643985 | $65.03 |

| Date | Description | Amount |
|---|---|---|
| 05/29/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643985 DATE: 6/5/2009<br>Vendor: Executive Royal Voucher #: RVP573B11A Date: 05/28/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RVP573B11A Date: 05/28/2009 Name: Ryan Jacobs | $118.99 |
| | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 643985 DATE: 6/5/2009<br>Vendor: Executive Royal Voucher #: RV0773B1E8 Date: 05/29/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RV0773B1E8 Date: 05/29/2009 Name: Stephen Kuhn | |
| 05/31/09 | Telephone - Long Distance  Marriott | $14.50 |
| 06/01/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 524145 DATE: 6/7/2009<br>Feuerstein Tony - Subway 8th Ave) - 06/01/2009 | $12.96 |
| 06/01/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 524145 DATE: 6/7/2009<br>Jacobs Ryan - Better Burger  West - 06/01/2009 | $12.79 |
| 06/02/09 | Travel - Ground Transportation  Working late.  Taxi home from office.; Taxi Receipt | $11.40 |
| 06/02/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1083769 DATE: 6/10/2009<br>Vendor: Dial Car Voucher #: DLA2909658 Date: 06/02/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2909658 Date: 06/02/2009 Name: David Botter | $31.27 |
| 06/02/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644177 DATE: 6/12/2009<br>Vendor: Executive Royal Voucher #: RVHB73B1B8 Date: 06/02/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RVHB73B1B8 Date: 06/02/2009 Name: Ryan Jacobs | $34.89 |
| 06/02/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644177 DATE: 6/12/2009<br>Vendor: Executive Royal Voucher #: RVYB73B1U9 Date: 06/02/2009 Name: Fred Hodara\|\|Car Service, Vendor: | $33.45 |

| Date | Description | Amount |
|---|---|---|
| | Executive Royal Voucher #: RVYB73B1U9 Date: 06/02/2009 Name: Fred Hodara | |
| 06/03/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 524145 DATE: 6/7/2009 D'Urso David - Blue Chili Restaurant - 06/03/2009 | $25.89 |
| 06/03/09 | Travel - Ground Transportation Working late. Taxi home from office.; Taxi Receipt | $12.20 |
| 06/03/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644177 DATE: 6/12/2009 Vendor: Executive Royal Voucher #: RVH573B12A Date: 06/03/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RVH573B12A Date: 06/03/2009 Name: Ryan Jacobs | $44.21 |
| 06/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 524145 DATE: 6/7/2009 Kahn Brad - goodburger 45th St.) - 06/04/2009 | $22.96 |
| 06/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 524145 DATE: 6/7/2009 Jacobs Ryan - goodburger 45th St.) - 06/04/2009 | $22.97 |
| 06/08/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 527700 DATE: 6/14/2009 Jacobs Ryan - Connollys Irish Pub & Restaurant - 06/08/2009 | $28.12 |
| 06/08/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1084379 DATE: 6/17/2009 Vendor: Dial Car Voucher #: DLA2942138 Date: 06/08/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2942138 Date: 06/08/2009 Name: David Botter | $116.95 |
| 06/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 527700 DATE: 6/14/2009 Jacobs Ryan - Better Burger West - 06/09/2009 | $18.61 |
| 06/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 527700 DATE: 6/14/2009 | $21.17 |

| Date | Description | Amount |
|---|---|---|
| | Kahn Brad - Blockheads Burritos WW) - 06/09/2009 | |
| 06/09/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644394 DATE: 6/19/2009  Vendor: Executive Royal Voucher #: 123294 Date: 06/09/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 123294 Date: 06/09/2009 Name: Brad Kahn | $26.83 |
| 06/10/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 527700 DATE: 6/14/2009 Lilling Austin - Il Melograno Ristorante - 06/10/2009 | $32.90 |
| 06/10/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 527700 DATE: 6/14/2009 D'Urso David - Blue Chili Restaurant - 06/10/2009 | $40.24 |
| 06/10/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644394 DATE: 6/19/2009  Vendor: Executive Royal Voucher #: 125937 Date: 06/10/2009 Name: David D'Urso\|\|Car Service, Vendor: Executive Royal Voucher #: 125937 Date: 06/10/2009 Name: David D'Urso | $116.23 |
| 06/10/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644394 DATE: 6/19/2009  Vendor: Executive Royal Voucher #: 140699 Date: 06/10/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 140699 Date: 06/10/2009 Name: Brad Kahn | $26.83 |
| 06/10/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0500371826 DEPARTURE DATE: 06/10/2009 ROUTE: NYP WIL NYP | $37.00 |
| 06/10/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7681535251 DEPARTURE DATE: 06/11/2009 ROUTE: NYP WIL NYP | $372.00 |
| 06/10/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| | PASSENGER: JACOBS RYAN C TICKET #: 0500371827 DEPARTURE DATE: 06/10/2009 ROUTE: NYP WIL NYP | |
| 06/10/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7681535252 DEPARTURE DATE: 06/11/2009 ROUTE: NYP WIL NYP | $372.00 |
| 06/11/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 527700 DATE: 6/14/2009<br>D'Urso David - 'Wichcraft - 06/11/2009 | $13.83 |
| 06/11/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644394 DATE: 6/19/2009<br> Vendor: Executive Royal Voucher #: RVH473C1D8 Date: 06/11/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RVH473C1D8 Date: 06/11/2009 Name: Ryan Jacobs | $66.29 |
| 06/12/09 | Meals (100%)  6/10/09   S Thibodeaux- Working group lunch session (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800032; DATE: 6/12/2009 | $106.80 |
| 06/12/09 | Meals (100%)  6/11/09   P Sanchez - Team meeting (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800032; DATE: 6/12/2009 | $118.67 |
| 06/15/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009<br>Jacobs Ryan - Brooklyn Diner - 06/15/2009 | $35.45 |
| 06/15/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009<br>Kahn Brad - Brooklyn Diner - 06/15/2009 | $35.45 |
| 06/16/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009<br>Jacobs Ryan - Brooklyn Diner - 06/16/2009 | $47.92 |
| 06/16/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009<br>Ahmed Kamil - Yuva - 06/16/2009 | $28.72 |

| | | |
|---|---|---:|
| 06/16/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009 Kahn Brad - Haru On Broadway Min 12% Tip) - 06/16/2009 | $30.72 |
| 06/16/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009 D'Urso David - Blue Chili Restaurant - 06/16/2009 | $39.13 |
| 06/16/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009 Feuerstein Tony - Subway 8th Ave) - 06/16/2009 | $11.93 |
| 06/17/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 06/17/2009 | $28.00 |
| 06/17/09 | Travel - Ground Transportation cab fare; cab | $13.00 |
| 06/18/09 | Meals (100%) 6/16/09 - O. Perez - Working group lunch session (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800033; DATE: 6/18/2009 | $145.76 |
| 06/18/09 | Meals (100%) 6/17/09 - S. Thobodeaux - Working group session (9 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800033; DATE: 6/18/2009 | $158.50 |
| 06/18/09 | Meals (100%) 6/17/09 - M. Andino VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800033; DATE: 6/18/2009 | $8.67 |
| 06/18/09 | Meals (100%) 6/17/09 - S. Kuhn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800033; DATE: 6/18/2009 | $51.59 |
| 06/18/09 | Meals (100%) 6/18/09 - P. Sanchez - Working group session (9 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800033; DATE: 6/18/2009 | $189.28 |
| 06/19/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 528886 DATE: 6/21/2009 D'Urso David - 'Wichcraft - 06/19/2009 | $12.71 |
| 06/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-061409; DATE: 6/21/2009 | $111.29 |

| Date | Description | Amount |
|---|---|---|
| 06/22/09 | Travel - Parking  Parking for car instead of car service.; Nortel - Parking | $35.00 |
| 06/24/09 | Travel - Ground Transportation  Commute home from work re document review.; Taxi Receipt | $9.00 |
| 06/25/09 | Travel - Ground Transportation  Commute home from work re document review.; Taxi Receipt | $15.00 |
| 06/25/09 | Meals (100%)  6/19/09 - S. Thibodeaux - Working group session (10 people)  VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800034; DATE: 6/25/2009 | $197.68 |
| 06/25/09 | Meals (100%)  6/22/09 - A. Gomez - Working group lunch (10 people)  VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800034; DATE: 6/25/2009 | $156.06 |
| 06/25/09 | Meals (100%)  6/23/09 - B. Kahn - Working group lunch (8 people)  VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800034; DATE: 6/25/2009 | $190.31 |
| 06/25/09 | Meals (100%)  6/23/09 - A. Ellis  VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800034; DATE: 6/25/2009 | $51.37 |
| 06/25/09 | Meals (100%)  6/24/09 - S. Thibodeaux - Working group lunch (10 people)  VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800034; DATE: 6/25/2009 | $131.68 |
| 06/25/09 | Meals (100%)  6/25/09 - P. Sanchez - Working group lunch - (12 people)  VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800034; DATE: 6/25/2009 | $328.81 |
| 06/26/09 | Duplication - In House  Photocopy - Feuerstein, Tony, NY, 856 page(s) | $85.60 |
| 06/26/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: HODARA FRED TICKET #: 0500371841 DEPARTURE DATE: 06/26/2009 ROUTE: MET WIL NYP | $37.00 |
| 06/26/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: HODARA FRED TICKET #: 7681535268 DEPARTURE DATE: 06/29/2009 ROUTE: MET WIL NYP | $202.00 |
| 06/26/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0500371840 DEPARTURE | $37.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1270763

Page 9  
August 19, 2009

| Date | Description | Amount |
|---|---|---|
| 06/26/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0500841502 DEPARTURE DATE: 06/26/2009 ROUTE: NYP WIL | $37.00 |
| 06/26/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 03EBFB DEPARTURE DATE: 06/26/2009 ROUTE: WIL NYP | $89.00 |
| 06/26/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 7681535267 DEPARTURE DATE: 06/29/2009 ROUTE: WIL NYP | $134.00 |
| 06/28/09 | Telephone - Cell/ Pagers  Verizon Wireless | $52.45 |
| 06/29/09 | Travel - Ground Transportation  Commute from work re document review.; Taxi Receipt | $9.00 |
| 06/29/09 | Meals - Business  Meal on train; F. Hodara; Amtrak | $9.80 |
| 06/29/09 | Meals - Business  F. Hodara; Wilmington Green Room | $12.00 |
| 06/29/09 | Travel - Ground Transportation  City Cab of Delaware | $9.00 |
| 06/29/09 | Travel - Train Fare  Fee for changing train; Amtrak | $45.00 |
| 06/29/09 | Travel - Train Fare  Paper ticket change fee.; Amtrak | $30.00 |
| 06/29/09 | Travel - Ground Transportation  Taxi from Wilmington train station to bankruptcy court.; Seacost Cab Company | $9.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: STURM JOSHUA TICKET #: 054FD5 DEPARTURE DATE: 06/29/2009 ROUTE: NYP WIL NYP | $-264.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: STURM JOSHUA TICKET #: 0556F5 DEPARTURE DATE: 06/29/2009 ROUTE: NYP WIL NYP | $253.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN09-53062500000206 DATE: 6/30/2009 PASSENGER: STURM JOSHUA TICKET #: 054FD5 DEPARTURE DATE: 06/29/2009 ROUTE: NYP WIL NYP | $264.00 |

| Date | Description | Amount |
|---|---|---|
| 06/30/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 6/30/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $187.48 |
| 06/30/09 | Travel - Ground Transportation  Travel home re document review.; Taxi Receipt | $9.00 |
| 06/30/09 | Travel - Ground Transportation  Taxi from court to train station.; Zizo Car Service | $10.00 |
| 06/30/09 | Travel - Ground Transportation  D&G Limousine Service | $40.00 |
| 07/01/09 | Computerized Legal Research - Westlaw User: FARMER,MATT Date: 7/1/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $10.63 |
| 07/05/09 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 07001-54901-09; DATE: 7/5/2009 | $14,228.28 |
| 07/06/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 7/6/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $102.78 |
| 07/06/09 | Computerized Legal Research - Other Case Searches for April through June 2009 VENDOR: PACER SERVICE CENTER; INVOICE#: JUL09AG0054; DATE: 7/6/2009  -  LOGIN ID AG0054 | $391.52 |
| 07/06/09 | Travel - Ground Transportation Medallion Taxi | $12.60 |
| 07/06/09 | Document Retrieval  VENDOR: PACER SERVICE CENTER; INVOICE#: JUL09AK0004; DATE: 7/6/2009  -  LOGIN ID AK0004   Billing Cycle: 4/1/09-6/30/09 | $87.04 |
| 07/07/09 | Duplication - In House  Photocopy - Mott, Patrick, NY, 33 page(s) | $3.30 |
| 07/07/09 | Computerized Legal Research - Westlaw User: MOTT,PATRICK Date: 7/7/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $56.33 |
| 07/07/09 | Meals - Business  F. Hodara- working lunch with R. Jacobs, B. Kahn.; Aureole | $92.61 |
| 07/07/09 | Meals - Business  Working dinner.; R. Jacobs; Burger Heaven | $41.84 |
| 07/08/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/8/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $47.72 |
| 07/09/09 | Duplication - In House  Photocopy - Kuhn, Stephen, NY, 447 page(s) | $44.70 |
| 07/09/09 | Travel - Ground Transportation Kingsboro Taxi | $25.13 |
| 07/09/09 | Meals - Business  F. Hodara; Starbucks | $9.20 |
| 07/09/09 | Meals - Business  F. Hodara; Sodexho | $13.72 |
| 07/09/09 | Meals - Business  F. Hodara; Sodexho | $4.61 |
| 07/09/09 | Meals - Business  F. Hodara; Hudson | $4.98 |

| Date | Description | Amount |
|---|---|---|
| 07/10/09 | News<br>Computerized Legal Research - Westlaw User: COHEN,RIANA Date: 7/10/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $102.30 |
| 07/10/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 7/10/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $103.09 |
| 07/13/09 | Duplication - In House  Photocopy - Hilkemann, Adam, NY, 353 page(s) | $35.30 |
| 07/13/09 | Computerized Legal Research - Westlaw User: COHEN,RIANA Date: 7/13/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $71.85 |
| 07/13/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 7/13/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $111.81 |
| 07/13/09 | Travel - Ground Transportation  Working late.  Taxi from office.; NYC Taxi Receipt | $14.00 |
| 07/13/09 | Meals (100%)  Working dinner.; R. Jacobs; Working dinner.; Barking Dog | $30.18 |
| 07/14/09 | Travel - Ground Transportation  Working late.  Taxi from office.; NYC Taxi Receipt | $12.20 |
| 07/14/09 | Travel - Ground Transportation  Cab from airport re canceled trip to Canada.; Taxi receipt | $35.01 |
| 07/15/09 | Computerized Legal Research - Westlaw User: COHEN,RIANA Date: 7/15/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $206.73 |
| 07/15/09 | Computerized Legal Research - Westlaw User: FARMER,MATT Date: 7/15/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $93.95 |
| 07/17/09 | Computerized Legal Research - Westlaw User: COHEN,RIANA Date: 7/17/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $10.63 |
| 07/20/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/20/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $37.42 |
| 07/20/09 | Computerized Legal Research - Westlaw User: MOTT,PATRICK Date: 7/20/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $152.10 |
| 07/20/09 | Meals - Business  R. Jacobs; Mr. Sub | $8.58 |
| 07/21/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 7/21/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $25.93 |
| 07/21/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 7/21/2009 AcctNumber: 1000193694 ConnectTime: | $164.85 |

| Date | Description | Amount |
|---|---|---|
| 07/21/09 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 4.0 | $45.00 |
| 07/21/09 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER SCOTT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $45.00 |
| 07/22/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 176 page(s) | $17.60 |
| 07/22/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 158 page(s) | $15.80 |
| 07/22/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 112 page(s) | $11.20 |
| 07/23/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 450 page(s) | $45.00 |
| 07/23/09 | Duplication - In House Photocopy - D'Urso, David, NY, 329 page(s) | $32.90 |
| 07/23/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 2 page(s) | $0.20 |
| 07/23/09 | Duplication - In House Photocopy - D'Urso, David, NY, 486 page(s) | $48.60 |
| 07/23/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 96 page(s) | $9.60 |
| 07/23/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 36 page(s) | $3.60 |
| 07/23/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/23/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $243.82 |
| 07/23/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 7/23/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $26.58 |
| 07/28/09 | Duplication - In House Photocopy - Lilling, Austin, NY, 1536 page(s) | $153.60 |
| 07/29/09 | Duplication - In House Photocopy - Hilkemann, Adam, NY, 1176 page(s) | $117.60 |
| 07/29/09 | Computerized Legal Research - Westlaw User: PATTON,STEPHANIE Date: 7/29/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $153.04 |
| 07/30/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 80 page(s) | $8.00 |
| 07/31/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 712 page(s) | $71.20 |

|  | Current Expenses | $24,587.92 |

MATTER SUMMARY OF TIME BILLED BY TASK :

|      |                                              | HOURS   | VALUE         |
|------|----------------------------------------------|---------|---------------|
| 0002 | General Case Administration                  | 9.40    | $4,854.00     |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 30.70 | $12,941.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 7.20 | $3,196.00 |
| 0005 | Review/Preparation of Schedules, Statements  | 0.70    | $371.00       |
| 0006 | Retention of Professionals                   | 9.10    | $3,358.50     |
| 0007 | Creditors Committee Meetings                 | 189.60  | $114,877.50   |
| 0008 | Court Hearings                               | 31.80   | $20,868.50    |
| 0009 | Financial Reports and Analysis               | 0.60    | $360.00       |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 36.80  | $20,555.00    |
| 0011 | Executory Contracts/License Agreements       | 10.90   | $5,469.00     |
| 0012 | General Claims Analysis/Claims Objections    | 87.00   | $37,734.00    |
| 0013 | Analysis of Pre-Petition Transactions        | 6.10    | $3,399.50     |
| 0014 | Canadian Proceedings/Matters                 | 15.30   | $8,413.00     |
| 0017 | General Adversary Proceedings                | 21.60   | $8,700.00     |
| 0018 | Tax Issues                                   | 133.90  | $76,117.00    |
| 0019 | Labor Issues/Employee Benefits               | 168.70  | $117,931.00   |
| 0020 | Real Estate Issues/Leases                    | 9.30    | $4,734.50     |
| 0024 | Asset/Stock Transaction/Business Liquidations | 822.60 | $528,206.00   |
| 0025 | Travel                                       | 22.35   | $14,868.50    |
| 0026 | Avoidance Actions                            | 0.20    | $84.00        |
| 0028 | Non-Debtor Affiliates                        | 11.60   | $8,371.00     |
| 0029 | Intercompany Analysis                        | 21.10   | $13,252.50    |
| 0030 | Committee Website                            | 0.60    | $160.00       |
| 0031 | European Proceedings/Matters                 | 53.70   | $17,415.50    |
| 0032 | Intellectual Property                        | 31.00   | $15,969.00    |
|      | TOTAL                                        | 1731.85 | $1,042,206.00 |

**Total Amount of This Invoice**                                                                    **$1,066,793.92**

**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN  DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX  75082 | Invoice Number   1270763<br>Invoice Date   08/19/09<br>Client Number   687147<br>Matter Number   0001 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6838
Philadelphia, PA 19170-6838

If sending remittance via Overnight Courier
please remit to:

**AKIN GUMP STRAUSS LB# 7247-6838**
c/o Citibank Delaware Lockbox Operations
1615 Brett Road
New Castle, DE 19720

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITIBANK, NA**
399 Park Avenue
New York, NY 10022

Account #: 3044-7604
ABA# 0210-0008-9
Ref: 687147/0001, Invoice No. 1270763

(For wires originating outside the US reference Swift ID# CITIUS33)

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com