# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JULY 1, 2009 THROUGH JULY 31, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 15.70 | $14,522.50 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 58.90 | $48,592.50 |
| David J. D'Urso | Partner for 3 years; Admitted in 1997; Corporate Department | $700 | 108.85 | $76,195.00 |
| Paul B. Hewitt | Partner for 26 years; Admitted in 1974; Litigation Department | $755 | 1.80 | $1,359.00 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 149.05 | $141,597.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $620 | 3.40 | $2,108.00 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 194.90 | $145,200.50 |
| Alan L. Laves | Partner for 15 years; Admitted in 1985; Corporate Department | $750 | 11.70 | $8,775.00 |
| Jordan J. Metzger | Partner for 8 years; Admitted in 1984; Real Estate Department | $595 | 4.40 | $2,618.00 |
| Robert H. Pees | Partner for 13 years; Admitted in 1988; Litigation Department | $765 | 4.20 | $3,213.00 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 1.40 | $945.00 |
| Kim E. Ramsey | Partner for 19 years; Admitted in 1981; Corporate Department | $620 | 1.60 | $992.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Aaron A. Scow | Partner for 1 year; Admitted in 1998; Corporate Department | $525 | 4.30 | $2,257.50 |
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 32.90 | $24,839.50 |
| Mark J. Volow | Partner for 20 years; Admitted in 1981; Corporate Department | $730 | 5.90 | $4,307.00 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 13.10 | $9,563.00 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 80.50 | $49,910.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 3.40 | $2,074.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 60.40 | $39,260.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 63.60 | $36,888.00 |
| David T. Blonder | Counsel for 1 year; Admitted in 2001; Litigation Department | $500 | 7.50 | $3,750.00 |
| Michelle A. Burg | Counsel for 3 years; Admitted in 2001; Labor Department | $625 | 3.60 | $2,250.00 |
| Tony D. Feurstein | Counsel for 1 year; Admitted in 2003; Corporate Department | $580 | 198.45 | $115,101.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 210.40 | $111,512.00 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 18.20 | $10,192.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Roman V. Troitsky | Counsel for 4 years; Admitted in 2001; Corporate Department | $610 | 11.90 | $7,259.00 |
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 30.20 | $14,798.00 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 150.70 | $56,512.50 |
| Lauren H. Leyden | Associate for 4 years; Admitted in 2006; Labor Department | $495 | 6.00 | $2,970.00 |
| Andrew M. Meehan | Associate for 2 years; Admitted in 2007; Litigation Department | $375 | 13.60 | $5,100.00 |
| Nyron J. Persaud | Associate for 2 years; Admitted in 2008; Tax Department | $375 | 6.00 | $2,250.00 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 88.60 | $37,212.00 |
| Daniel Z. Vira | Associate for 9 years; Admitted in 1993; ERISA Department | $580 | 31.60 | $18,328.00 |
| Riana A. Cohen | Law Clerk; Second Year Law Student | $300 | 28.50 | $8,550.00 |
| Mathew H. Farmer | Law Clerk; Second Year Law School Student | $300 | 27.50 | $8,250.00 |
| Patrick M. Mott | Law Clerk; Second Year Law School Student | $300 | 23.00 | $6,900.00 |
| Stephanie L. Patton | Law Clerk; Second Year Law School Student | $300 | 44.80 | $13,440.00 |
| Rebecca L.M. Barloon | Legal Assistant for 2 years; Financial Restructuring Department | $190 | 2.80 | $532.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 8.50 | $2,082.50 |

Total Amount of Fees:     $1,042,206.00
Total Number of Hours:   1,731.85
Blended Hourly Rate:      $601.79