**EXHIBIT C**

## DISBURSEMENT SUMMARY
## JULY 1 TO JULY 31, 2009
### (All Amounts in Canadian Dollars)

| Taxable Disbursements | |
|---|---|
| Library Computer Research | $105.07 |
| Long Distance Telephone Calls | $249.45 |
| Meals & Beverages | $83.44 |
| Parking | $21.02 |
| Photocopy Charges | $3,925.30 |
| Taxi Charges (Courier) | $241.58 |
| | |
| Total Taxable Disbursements | $4,625.86 |
| Total GST | 231.29 |
| Total Taxable Disbursements including Taxes | **$4,857.15CDN** |

7137113_1.DOC