# EXHIBIT D

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 13, 2009  
Invoice #: 2699415

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/03/09 | M Wunder/Bell Conferencing/Inv. 104708217/Pg.#30 | 1 | 7.02 |
| 30/03/09 | M Wunder/Bell Conferencing/Inv. 104708217/Pg.#32 | 1 | 22.23 |
| 24/06/09 | Telephone;2128728006;NEW YORKNY;4740 | 1 | 1.53 |
| 25/06/09 | M.Wunder/Bell Conferencing/Inv. 104945793 | 1 | 13.10 |
| 25/06/09 | M Kaplan/Bell Conferencing/Inv. 104945793 | 1 | 12.20 |
| 25/06/09 | M.Wunder/Bell Conferencing/Inv. 104945793 | 1 | 17.30 |
| 25/06/09 | M.Wunder/Bell Conferencing/Inv. 104945793 | 1 | 9.60 |
| 25/06/09 | M.Wunder/Bell Conferencing/Inv. 104945793 | 1 | 17.20 |
| 25/06/09 | S Paul/Bell Conferencing/Inv. 104945793 | 1 | 3.40 |
| 26/06/09 | Telephone;2128728042;NEW YORKNY;4479 | 1 | 7.65 |
| 30/06/09 | Beck Taxi/Inv 1721-006/M Wunder May 27/09 | 1 | 24.00 |
| 30/06/09 | Beck Taxi/Inv 1721-006/M Wunder x4 May & June 20 | 1 | 133.50 |
| 30/06/09 | Beck Taxi/Inv 1721-006/M Wunder June 7/09 | 1 | 28.60 |
| 30/06/09 | Telephone;9174345563;NEW YORKNY;4715 | 1 | 3.06 |
| 30/06/09 | Beck Taxi/Inv 1721-006/M Wunder May 26/09 | 1 | 25.00 |
| 01/07/09 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 02/07/09 | Telephone;9178592835;NEW YORKNY;4715 | 1 | 0.51 |
| 02/07/09 | Laser Copy;KAPLAN M | 229 | 22.90 |
| 02/07/09 | Laser Copy;LEGAULT | 231 | 23.10 |
| 02/07/09 | Laser Copy;MacFarlaneA | 343 | 34.30 |
| 02/07/09 | Laser Copy;NELSON M | 559 | 55.90 |
| 02/07/09 | Laser Copy;PenJ | 202 | 20.20 |
| 03/07/09 | Laser Copy;KAPLAN M | 16 | 1.60 |
| 03/07/09 | Laser Copy;LEGAULT | 28 | 2.80 |
| 03/07/09 | Laser Copy;PAUL S | 42 | 4.20 |
| 05/07/09 | Laser Copy;MacFarlaneA | 208 | 20.80 |
| 05/07/09 | Laser Copy;MATHESON | 939 | 93.90 |
| 06/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 06/07/09 | Laser Copy;MacFarlaneA | 37 | 3.70 |
| 06/07/09 | Laser Copy;MattesL | 718 | 71.80 |
| 06/07/09 | Laser Copy;GOUGEON | 1 | 0.10 |
| 06/07/09 | Laser Copy;LEGAULT | 56 | 5.60 |
| 06/07/09 | Laser Copy;KAPLAN M | 229 | 22.90 |
| 06/07/09 | Laser Copy;KARTASHM | 55 | 5.50 |
| 06/07/09 | Laser Copy;NELSON M | 614 | 61.40 |
| 06/07/09 | Laser Copy;PAUL S | 81 | 8.10 |
| 06/07/09 | Photocopy;MattesL | 14 | 1.40 |
| 06/07/09 | Laser Copy;WUNDER M | 7 | 0.70 |
| 07/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.57 |
| 07/07/09 | Laser Copy;NELSON M | 159 | 15.90 |
| 07/07/09 | Laser Copy;KAPLAN M | 10 | 1.00 |
| 07/07/09 | Laser Copy;MacFarlaneA | 23 | 2.30 |
| 07/07/09 | Laser Copy;MattesL | 42 | 4.20 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 13, 2009  
Invoice #: 2699415

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 07/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 3.06 |
| 07/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.02 |
| 07/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.04 |
| 08/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 08/07/09 | Laser Copy;LEGAULT | 2 | 0.20 |
| 08/07/09 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 08/07/09 | Laser Copy;KAPLAN M | 225 | 22.50 |
| 08/07/09 | Photocopy;MattesL | 30 | 3.00 |
| 08/07/09 | Photocopy;MattesL | 19 | 1.90 |
| 08/07/09 | Laser Copy;NELSON M | 33 | 3.30 |
| 08/07/09 | Laser Copy;PAUL S | 3 | 0.30 |
| 08/07/09 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 08/07/09 | Laser Copy;MATHESON | 574 | 57.40 |
| 08/07/09 | Laser Copy;MattesL | 1736 | 173.60 |
| 08/07/09 | Laser Copy;GOUGEON | 160 | 16.00 |
| 09/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 09/07/09 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 09/07/09 | Laser Copy;NELSON M | 151 | 15.10 |
| 09/07/09 | Laser Copy;MattesL | 82 | 8.20 |
| 09/07/09 | Laser Copy;MacFarlaneA | 40 | 4.00 |
| 09/07/09 | Laser Copy;MATHESON | 6 | 0.60 |
| 09/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.59 |
| 10/07/09 | Lunch from Koya for M. Wunder for Committee meeting on July 9/09 | 1 | 10.78 |
| 10/07/09 | Laser Copy;MATHESON | 8 | 0.80 |
| 10/07/09 | Laser Copy;MattesL | 50 | 5.00 |
| 10/07/09 | Laser Copy;MacFarlaneA | 77 | 7.70 |
| 12/07/09 | Laser Copy;MacFarlaneA | 47 | 4.70 |
| 13/07/09 | "Quick Law/HORROX, NAOMI" | 1 | 89.27 |
| 13/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 14.79 |
| 13/07/09 | Laser Copy;NELSON M | 226 | 22.60 |
| 13/07/09 | Laser Copy;DUNSMUIM | 20 | 2.00 |
| 13/07/09 | Laser Copy;LEGAULT | 33 | 3.30 |
| 13/07/09 | Laser Copy;YING C | 415 | 41.50 |
| 13/07/09 | Laser Copy;KAPLAN M | 231 | 23.10 |
| 13/07/09 | Laser Copy;MacFarlaneA | 61 | 6.10 |
| 13/07/09 | Laser Copy;MattesL | 644 | 64.40 |
| 13/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 13/07/09 | Telephone;7192347615;COLORDOSCO;4 715 | 1 | 10.45 |
| 14/07/09 | Laser Copy;MacFarlaneA | 258 | 25.80 |
| 14/07/09 | Laser Copy;LEGAULT | 4 | 0.40 |
| 14/07/09 | "Quick Law/HORROX, NAOMI" | 1 | 15.80 |
| 14/07/09 | Laser Copy;MATHESON | 204 | 20.40 |
| 14/07/09 | Laser Copy;MattesL | 659 | 65.90 |
| 14/07/09 | Laser Copy;NELSON M | 378 | 37.80 |
| 14/07/09 | Laser Copy;ORAHILL T | 945 | 94.50 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 13, 2009  
Invoice #: 2699415

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 14/07/09 | Laser Copy;KAPLAN M | 278 | 27.80 |
| 14/07/09 | Laser Copy;DUNSMUIM | 204 | 20.40 |
| 14/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 4.59 |
| 14/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 1.53 |
| 15/07/09 | Laser Copy;ORAHILL T | 149 | 14.90 |
| 15/07/09 | Telephone;7192347615;COLORDOSCO;4 582 | 1 | 31.90 |
| 15/07/09 | Laser Copy;GRASSI J | 1 | 0.10 |
| 15/07/09 | Laser Copy;MacFarlaneA | 104 | 10.40 |
| 15/07/09 | Laser Copy;MattesL | 54 | 5.40 |
| 15/07/09 | Laser Copy;NELSON M | 68 | 6.80 |
| 15/07/09 | Laser Copy;KAPLAN M | 31 | 3.10 |
| 15/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 15/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 15/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 15/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 2.55 |
| 15/07/09 | Telephone;2129307400;NEW YORKNY;4715 | 1 | 6.63 |
| 15/07/09 | Telephone;2128727434;NEW YORKNY;4715 | 1 | 0.51 |
| 15/07/09 | Telephone;7192347615;COLORDOSCO;4 582 | 1 | 1.10 |
| 16/07/09 | Telephone;2128721008;NEW YORKNY;4715 | 1 | 0.51 |
| 16/07/09 | Photocopy;MattesL | 24 | 2.40 |
| 16/07/09 | Laser Copy;KAPLAN M | 281 | 28.10 |
| 16/07/09 | Laser Copy;MattesL | 1462 | 146.20 |
| 16/07/09 | Photocopy;ORAHILL T | 46 | 4.60 |
| 16/07/09 | Laser Copy;NELSON M | 371 | 37.10 |
| 16/07/09 | Laser Copy;ORAHILL T | 1389 | 138.90 |
| 16/07/09 | Photocopy;MattesL | 2 | 0.20 |
| 16/07/09 | Photocopy;ORAHILL T | 4 | 0.40 |
| 16/07/09 | Telephone;2129307400;NEW YORKNY;4715 | 1 | 13.26 |
| 17/07/09 | Laser Copy;MIECZANI | 8 | 0.80 |
| 17/07/09 | Laser Copy;MattesL | 188 | 18.80 |
| 17/07/09 | Laser Copy;NELSON M | 58 | 5.80 |
| 17/07/09 | Laser Copy;BilottaA | 287 | 28.70 |
| 17/07/09 | Telephone;2128721008;NEW YORKNY;4715 | 1 | 0.51 |
| 17/07/09 | Laser Copy;MacFarlaneA | 217 | 21.70 |
| 19/07/09 | Laser Copy;MacFarlaneA | 18 | 1.80 |
| 20/07/09 | Laser Copy;MacFarlaneA | 37 | 3.70 |
| 20/07/09 | Laser Copy;GOUGEON | 19 | 1.90 |
| 20/07/09 | Laser Copy;WUNDER M | 11 | 1.10 |
| 20/07/09 | Laser Copy;KAPLAN M | 44 | 4.40 |
| 20/07/09 | Telephone;2128728040;NEW YORKNY;4715 | 1 | 0.51 |
| 20/07/09 | Laser Copy;Brown, Georgia | 169 | 16.90 |
| 20/07/09 | Laser Copy;BilottaA | 32 | 3.20 |
| 21/07/09 | Laser Copy;ORAHILL T | 291 | 29.10 |
| 21/07/09 | Laser Copy;MATHESON | 257 | 25.70 |
| 21/07/09 | Laser Copy;LEGAULT | 22 | 2.20 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 13, 2009  
Invoice #: 2699415

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 21/07/09 | Laser Copy;MacFarlaneA | 49 | 4.90 |
| 21/07/09 | Laser Copy;KAPLAN M | 353 | 35.30 |
| 21/07/09 | Laser Copy;GOUGEON | 13 | 1.30 |
| 21/07/09 | Laser Copy;GRASSI J | 1 | 0.10 |
| 21/07/09 | Laser Copy;Brown, Georgia | 5 | 0.50 |
| 21/07/09 | Photocopy;MILLER K | 1984 | 198.40 |
| 21/07/09 | Photocopy;ORAHILL T | 16 | 1.60 |
| 21/07/09 | Photocopy;ORAHILL T | 24 | 2.40 |
| 21/07/09 | Laser Copy;MattesL | 320 | 32.00 |
| 21/07/09 | Laser Copy;KUKULOWI | 12 | 1.20 |
| 21/07/09 | Telephone;9178592835;NEW YORKNY;4582 | 1 | 0.51 |
| 22/07/09 | Laser Copy;GRASSI J | 2 | 0.20 |
| 22/07/09 | Telephone;2128721063;NEW YORKNY;4421 | 1 | 3.57 |
| 22/07/09 | Laser Copy;KAPLAN M | 192 | 19.20 |
| 22/07/09 | Laser Copy;LEGAULT | 16 | 1.60 |
| 22/07/09 | Laser Copy;MacFarlaneA | 178 | 17.80 |
| 22/07/09 | Laser Copy;MATHESON | 164 | 16.40 |
| 22/07/09 | Laser Copy;MattesL | 293 | 29.30 |
| 22/07/09 | Laser Copy;ORAHILL T | 15 | 1.50 |
| 22/07/09 | Laser Copy;MCDONALA | 81 | 8.10 |
| 22/07/09 | Laser Copy;Brown, Georgia | 90 | 9.00 |
| 22/07/09 | Photocopy;MattesL | 3 | 0.30 |
| 22/07/09 | Photocopy;MILLER K | 1100 | 110.00 |
| 22/07/09 | Laser Copy;GOUGEON | 15 | 1.50 |
| 22/07/09 | Telephone;9178592835;NEW YORKNY;4582 | 1 | 0.51 |
| 23/07/09 | Telephone;2128728121;NEW YORKNY;4582 | 1 | 2.04 |
| 23/07/09 | Laser Copy;MacFarlaneA | 129 | 12.90 |
| 23/07/09 | Laser Copy;MATHESON | 75 | 7.50 |
| 23/07/09 | Laser Copy;MattesL | 1099 | 109.90 |
| 23/07/09 | Laser Copy;NELSON M | 171 | 17.10 |
| 23/07/09 | Laser Copy;ORAHILL T | 150 | 15.00 |
| 23/07/09 | Photocopy;MattesL | 13 | 1.30 |
| 23/07/09 | Photocopy;ORAHILL T | 195 | 19.50 |
| 23/07/09 | Photocopy;ORAHILL T | 124 | 12.40 |
| 23/07/09 | Laser Copy;KUKULOWI | 5 | 0.50 |
| 23/07/09 | Laser Copy;KAPLAN M | 37 | 3.70 |
| 24/07/09 | Telephone;2128728006;NEW YORKNY;4582 | 1 | 10.71 |
| 24/07/09 | Telephone;2128728006;NEW YORKNY;4582 | 1 | 0.51 |
| 24/07/09 | Laser Copy;CATNEY J | 207 | 20.70 |
| 24/07/09 | Laser Copy;NELSON M | 140 | 14.00 |
| 24/07/09 | Laser Copy;GOUGEON | 24 | 2.40 |
| 24/07/09 | Laser Copy;MacFarlaneA | 191 | 19.10 |
| 24/07/09 | Laser Copy;MattesL | 23 | 2.30 |
| 24/07/09 | Telephone;2128728006;NEW YORKNY;4582 | 1 | 0.51 |
| 24/07/09 | Telephone;2128728006;NEW YORKNY;4582 | 1 | 0.51 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 13, 2009  
Invoice #: 2699415

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 25/07/09 | Laser Copy;MacFarlaneA | 54 | 5.40 |
| 26/07/09 | Laser Copy;MATHESON | 5 | 0.50 |
| 26/07/09 | Laser Copy;MacFarlaneA | 128 | 12.80 |
| 26/07/09 | Laser Copy;Vincent-DunlopT | 313 | 31.30 |
| 26/07/09 | Telephone;6138667631;OTTAWA HON;4715 | 1 | 0.42 |
| 27/07/09 | Taxi for M. Wunder from FCP to Eglinton on July 16/09; 2009-7-16 | 1 | 22.86 |
| 27/07/09 | Telephone;2128728040;NEW YORKNY;4582 | 1 | 6.12 |
| 27/07/09 | Telephone;2128728040;NEW YORKNY;4715 | 1 | 0.51 |
| 27/07/09 | Laser Copy;GOUGEON | 94 | 9.40 |
| 27/07/09 | Laser Copy;GRASSI J | 5 | 0.50 |
| 27/07/09 | Laser Copy;WUNDER M | 1 | 0.10 |
| 27/07/09 | Laser Copy;MATHESON | 10 | 1.00 |
| 27/07/09 | Laser Copy;MattesL | 1069 | 106.90 |
| 27/07/09 | Laser Copy;KAPLAN M | 391 | 39.10 |
| 27/07/09 | Laser Copy;MacFarlaneA | 73 | 7.30 |
| 27/07/09 | Laser Copy;AmaralJ | 173 | 17.30 |
| 27/07/09 | Laser Copy;MILLER K | 198 | 19.80 |
| 27/07/09 | Laser Copy;NELSON M | 509 | 50.90 |
| 27/07/09 | Laser Copy;ORAHILL T | 475 | 47.50 |
| 27/07/09 | Laser Copy;PAUL S | 3 | 0.30 |
| 27/07/09 | Laser Copy;KUKULOWI | 47 | 4.70 |
| 27/07/09 | Photocopy;ORAHILL T | 92 | 9.20 |
| 27/07/09 | Photocopy;ORAHILL T | 162 | 16.20 |
| 27/07/09 | Photocopy;ORAHILL T | 135 | 13.50 |
| 28/07/09 | Laser Copy;Brown, Georgia | 218 | 21.80 |
| 28/07/09 | Laser Copy;NELSON M | 425 | 42.50 |
| 28/07/09 | Laser Copy;KAPLAN M | 210 | 21.00 |
| 28/07/09 | Laser Copy;KUKULOWI | 8 | 0.80 |
| 28/07/09 | Laser Copy;LEGAULT | 46 | 4.60 |
| 28/07/09 | Laser Copy;MacFarlaneA | 140 | 14.00 |
| 28/07/09 | Laser Copy;MATHESON | 10 | 1.00 |
| 28/07/09 | Laser Copy;MATHESON | 46 | 4.60 |
| 28/07/09 | Laser Copy;MattesL | 970 | 97.00 |
| 28/07/09 | Laser Copy;ORAHILL T | 32 | 3.20 |
| 28/07/09 | Laser Copy;GOUGEON | 142 | 14.20 |
| 28/07/09 | Laser Copy;WARD N | 267 | 26.70 |
| 28/07/09 | Photocopy;ORAHILL T | 168 | 16.80 |
| 29/07/09 | Laser Copy;MATHESON | 13 | 1.30 |
| 29/07/09 | Laser Copy;MATHESON | 2 | 0.20 |
| 29/07/09 | Laser Copy;GOUGEON | 19 | 1.90 |
| 29/07/09 | Laser Copy;NELSON M | 355 | 35.50 |
| 29/07/09 | Laser Copy;LEGAULT | 7 | 0.70 |
| 29/07/09 | Laser Copy;MacFarlaneA | 85 | 8.50 |
| 29/07/09 | Laser Copy;WARD N | 2 | 0.20 |
| 29/07/09 | Laser Copy;KAPLAN M | 51 | 5.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 13, 2009  
Invoice #: 2699415

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 29/07/09 | Laser Copy;MattesL | 257 | 25.70 |
| 29/07/09 | Photocopy;MattesL | 3 | 0.30 |
| 30/07/09 | Laser Copy;Vincent-DunlopT | 6 | 0.60 |
| 30/07/09 | Photocopy;ORAHILL T | 51 | 5.10 |
| 30/07/09 | Photocopy;ORAHILL T | 45 | 4.50 |
| 30/07/09 | Photocopy;SARANGAR | 420 | 42.00 |
| 30/07/09 | Laser Copy;ORAHILL T | 33 | 3.30 |
| 30/07/09 | Laser Copy;LEGAULT | 58 | 5.80 |
| 30/07/09 | Laser Copy;GOUGEON | 83 | 8.30 |
| 30/07/09 | Laser Copy;NELSON M | 88 | 8.80 |
| 30/07/09 | Laser Copy;ORAHILL T | 1325 | 132.50 |
| 30/07/09 | Photocopy;AmaralJ | 804 | 80.40 |
| 30/07/09 | Laser Copy;MacFarlaneA | 151 | 15.10 |
| 30/07/09 | Laser Copy;MattesL | 1534 | 153.40 |
| 30/07/09 | Photocopy;AmaralJ | 260 | 26.00 |
| 30/07/09 | Photocopy;MattesL | 6 | 0.60 |
| 30/07/09 | Photocopy;MattesL | 12 | 1.20 |
| 30/07/09 | Photocopy;MILLER K | 789 | 78.90 |
| 30/07/09 | Coffee at Starbucks for M. Wunder on July 27/09; 2009-7-27 | 1 | 3.15 |
| 30/07/09 | Working Dinner from New Sky Restaurant for M. Wunder and A. MacFarlane on July 26/09; | 1 | 46.46 |
| 30/07/09 | Working Lunch from Pumpernickel's for M. Wunder on July 27/09 | 1 | 12.26 |
| 30/07/09 | Working Lunch from Subway for M. Wunder on July 28/09 | 1 | 10.79 |
| 30/07/09 | Parking for M. Wunder on July 25/09; | 1 | 5.73 |
| 30/07/09 | Parking at First Canadian Place for M. Wunder on July 26/09; | 1 | 9.56 |
| 30/07/09 | Parking for M. Wunder on July 27/09; | 1 | 5.73 |
| 30/07/09 | Photocopy;MILLER K | 357 | 35.70 |
| 30/07/09 | Taxi for M. Wunder from Court to Office on July 28/09; 2009-7-28 | 1 | 7.62 |
| | Total | CDN | $4,625.86 |