# EXHIBIT E

**NORTEL NETWORKS INC., et al.**
**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**JULY 1 TO JULY 31, 2009**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 48.9 | $775.00 | $37,897.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 24.9 | $775.00 | $19,297.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 19.2 | $750.00 | $14,400.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 144.4 | $750.00 | $108,300.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 22.1 | $725.00 | $16,022.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 133.6 | $725.00 | $96,860.00 |
| Spiro, D.E. | Counsel | Taxation | Ontario - 1989 | 0.8 | $725.00 | $580.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 15.7 | $700.00 | $10,990.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 93.1 | $675.00 | $62,842.50 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 13.2 | $675.00 | $8,910.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 2.2 | $600.00 | $1,320.00 |
| Taylor, K.R. | Partner | Employment/Labour | Ontario - 1995 | 0.3 | $600.00 | $180.00 |
| Luck, D. | Partner | Information Technology/ Intellectual Property | Ontario - 1992 | 6.1 | $575.00 | $3,507.50 |
| Cooke, S. | Associate | Corporate/M&A/Finance | Ontario - 2001 | 2.6 | $450.00 | $1,170.00 |
| Banks, T. | Partner | Corporation | Ontario - 2002 | 21.5 | $450.00 | $9,675.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 25.5 | $400.00 | $10,200.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 15.2 | $350.00 | $5,320.00 |
| Horrox, N. | Associate | Employment/Labour | Ontario - 2006 | 2.2 | $350.00 | $770.00 |
| Lau, A. | Student | | | 6.7 | $180.00 | $1,206.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 62.3 | $175.00 | $10,902.50 |
| | | | | | CDN. | $420,351.00 |
| | Less Non-Working Travel Time Discount (50% of $6,075.00) | | | | | ($3,037.50) |
| TOTAL | | | | 660.5 | CDN. | $417,313.50 |