# SERVICE LIST

**VIA EMAIL**

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
Email: Thomas.P.Tinker@usdoj.gov

Christopher M. Samis
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801
Email: samis@rlf.com

Mary F. Caloway
P.J. Duhig
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE  19801
Email: mary.caloway@bipc.com
       peter.duhig@bipc.com

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
Email: fhodara@akingump.com
       skuhn@akingump.com
       kdavis@akingump.com

Rowland Hlawaty
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
Email: rhlawaty@milbank.com

Ken Coleman
Lisa J.P. Kraidin
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020
Email: ken.coleman@allenovery.com

3015035.3