## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Fourteenth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on August 26, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: August 26, 2009

                                                    Ann C. Cordo (No. 4817)

3094559.1