Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.:  GB 243 2024 11



**Interim** (S)

VAT Invoice Date: **24 August 2009**     Our Ref: **GDB/CCN01.00001**     Invoice No: **272408**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 16,941.50 |
| For the period to 31 July 2009, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 48.60 |
| **Disbursements:** (NT) | | | |
| Fares | 0.00 | 0.00 | 25.00 |
| | 0.00 | | 17,015.10 |
| | | VAT | 0.00 |
| | | Total | 17,015.10 |
| | | **Balance Due** | **17,015.10** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 272408 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN



## THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.

### Re: BANKRUPTCY
### GDB/CCN01.00001
### For the period: to 31 July 2009

|  |  | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.70 | 427.00 | (C0007) |
|  |  | 0.80 | 488.00 | (C0031) |
|  |  | 0.30 | 183.00 | (C0032) |
|  |  | 1.80 | £1,098.00 | |
| Partner: | Steven Hull | 0.40 | 244.00 | (C0019) |
|  |  | 0.40 | £244.00 | |
| Senior Associate: | Luke Rollason | 5.50 | 2,337.50 | (C0007) |
|  |  | 1.50 | 637.50 | (C0024) |
|  |  | 3.40 | 1,445.00 | (C0031) |
|  |  | 10.40 | £4,420.00 | |
| Senior Associate: | Marcus Fink | 0.60 | 300.00 | (C0019) |
|  |  | 0.60 | £300.00 | |
| Junior Associates: | Paul Bagon | 5.00 | 1,575.00 | (C0003) |
|  |  | 3.50 | 1,102.50 | (C0007) |
|  |  | 2.50 | 787.50 | (C0019) |
|  |  | 4.50 | 1,417.50 | (C0024) |
|  |  | 2.70 | 850.50 | (C0031) |
|  |  | 7.00 | 2,205.00 | (C0032) |
|  |  | 25.20 | £7,938.00 | |
| Trainee: | Philip Uribe | 11.50 | 2,127.50 | (C0003) |
|  |  | 3.70 | 684.50 | (C0007) |
|  |  | 0.70 | 129.50 | (C0008) |
|  |  | 19.90 | £2,941.50 | |
| **TOTAL** | | **54.30** | **£16,941.50** | |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 31 July 2009

## TIME SUMMARY – ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 5.00 | @ | 315.00 | 1,575.00 |
| **Trainees:** | | | | | |
| Philip Uribe | engaged | 11.50 | @ | 185.00 | 2,127.50 |
| | | | | Total | £ 3,702.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 03/07/09 | Paul Bagon | CASE | Case management re Ashurst Fees | 2.00 |
| 15/07/09 | Philip Uribe | LETT | Speaking to Paul about invoice and how I am to prepare it | 0.40 |
| 16/07/09 | Paul Bagon | LETT | Ashurst June fee application. | 2.50 |
| 17/07/09 | Paul Bagon | LETT | Ashurst July invoice. | 0.50 |
| 17/07/09 | Philip Uribe | LETT | Arranging all the time down for the June invoice, emailing Paul and calling up HK office | 0.80 |
| 24/07/09 | Philip Uribe | LETT | Emailing throughout week trying to sort out HK and Singapore time entry and liaising with Anna | 1.40 |
| 28/07/09 | Philip Uribe | LETT | Chasing up time, starting on invoice | 3.10 |
| 29/07/09 | Philip Uribe | LETT | Invoice work, redacting, obtaining all the information on the people working on the invoice, speaking to Giles. | 3.40 |
| 30/07/09 | Philip Uribe | LETT | Completing invoice, redacting, getting signed and sending out | 2.40 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 31 July 2009

### TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.70 | @ | 610.00 | 427.00 |
| **Senior Associates:** | | | | | |
| Luke Rollason | engaged | 5.50 | @ | 425.00 | 2,337.50 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 3.50 | @ | 315.00 | 1,102.50 |
| **Trainees:** | | | | | |
| Philip Uribe | engaged | 3.70 | @ | 185.00 | 684.50 |
| | | | | Total | £ 4,551.50 |

### Please Note:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S. Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 02/07/09 | Giles Boothman | ATTD | Listen to UCC call (in part) | 0.50 |
| 02/07/09 | Paul Bagon | PHON | UCC weekly meeting | 2.00 |
| 09/07/09 | Giles Boothman | PHON | UCC call (in part) | 0.20 |
| 09/07/09 | Paul Bagon | PHON | Weekly UCC call | 1.50 |
| 16/07/09 | Philip Uribe | LETT | At phone meeting and speaking to Paul preparing for meeting | 2.90 |
| 23/07/09 | Luke Rollason | PHON | Committee conference call.  Preparing for call. | 3.00 |
| 24/07/09 | Philip Uribe | LETT | Meeting which was adjourned ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.80 |
| 30/07/09 | Luke Rollason | PHON | Unsecured Creditors Committee conference call. | 2.50 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 July 2009

## TIME SUMMARY – Court Hearings

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Trainees:** | | | | | |
| Philip Uribe | engaged | 0.70 | @ | 185.00 | 129.50 |
| | | | | Total | £ 129.50 |

## Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 17/07/09 | Philip Uribe | LETT | Court fees hearing | 0.70 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 July 2009**

## TIME SUMMARY -  LABOR ISSUES /EMPLOYEE BENEFITS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Steven Hull | engaged | 0.40 | @ | 610.00 | 244.00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 0.60 | @ | 500.00 | 300.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 2.50 | @ | 315.00 | 787.50 |
| | | | | Total | £ 1,331.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S. Trustee upon request.

**<u>DETAILED TIME BREAKDOWN</u>**

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------:|
| 06/07/09 | Steven Hull | READ | Review ▮▮▮▮▮▮ daily updates. | 0.20 |
| 07/07/09 | Paul Bagon | LETT | Note to GDB re pensions. | 2.50 |
| 08/07/09 | Marcus Fink | DUED | Review diligence update emails | 0.20 |
| 14/07/09 | Steven Hull | READ | Review ▮▮▮▮▮▮ daily updates | 0.20 |
| 17/07/09 | Marcus Fink | DUED | Review Nortel data site updates | 0.40 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 July 2009

## TIME SUMMARY -  ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Senior Associates:** | | | | | |
| Luke Rollason | engaged | 1.50 | @ | 425.00 | 637.50 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 4.50 | @ | 315.00 | 1,417.50 |
| | | | | Total | £ 2,055.00 |

#### Please Note:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S. Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------|
| 15/07/09 | Paul Bagon | READ | Reviewing ASA | 2.00 |
| 16/07/09 | Paul Bagon | LETT | Reviewing latest draft of ASA and related email to AG | 2.50 |
| 20/07/09 | Luke Rollason | READ | Reviewing and summarising amendments to ████████████ for Akin Gump. | 1.50 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 July 2009

## TIME SUMMARY EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.80 | @ | 610.00 | 488.00 |
| **Senior Associates:** | | | | | |
| Luke Rollason | engaged | 3.40 | @ | 425.00 | 1,445.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 2.70 | @ | 315.00 | 850.50 |
| | | | | Total | £ 2,783.50 |

## Please Note:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S. Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 01/07/09 | Paul Bagon | PHON | Pre-UCC call. | 0.90 |
| 02/07/09 | Giles Boothman | INTD | PDB - various | 0.20 |
| 06/07/09 | Giles Boothman | INTD | PDB | 0.30 |
| 08/07/09 | Giles Boothman | SUPE | Re. professionals call | 0.10 |
| 08/07/09 | Giles Boothman | INTD | Discussion with PDB | 0.10 |
| 08/07/09 | Paul Bagon | LETT | Reviewing emails. | 0.50 |
| 09/07/09 | Giles Boothman | INTD | Discussion with PDB | 0.10 |
| 09/07/09 | Paul Bagon | PHON | Call with AG re deposing administrator | 0.30 |
| 15/07/09 | Paul Bagon | LETT | Pre-UCC call. | 1.00 |
| 21/07/09 | Luke Rollason | READ | Reviewing Nortel confidentiality agreement ▓▓▓▓▓▓▓ | 0.50 |
| 22/07/09 | Luke Rollason | PHON | Advisers' pre-call re unsecured creditors' committee and discussion of agenda for call. Preparing for call by reading emails. | 1.90 |
| 29/07/09 | Luke Rollason | PHON | Advisers pre-call for Unsecured Creditors Committee call. | 1.00 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 July 2009**

## TIME SUMMARY – ASIAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.30 | @ | 610.00 | 183.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 7.00 | @ | 315.00 | 2,205.00 |
| | | | | Total | £ 2,388.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/07/09 | Paul Bagon | DRFT | Finalising APAC notes | 5.00 |
| 02/07/09 | Giles Boothman | READ | Review APAC note re. HK/Singapore | 0.30 |
| 02/07/09 | Paul Bagon | LETT | Finalising APAC note and sending note to AG. | 2.00 |