## Exhibit C

### DISBURSEMENT SUMMARY
### JULY 01, 2009 THROUGH JULY 31, 2009

| | |
|---|---|
| Travel Expenses – Ground Transportation | £25.00 |
| Document Production | £48.60 |
| TOTAL | £73.60 |