# Exhibit D

22

## COMPENSATION BY PROJECT CATEGORY
## JULY 01, 2009 THROUGH JULY 31, 2009.

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 16.50 | 3,702.50 |
| Creditors Committee Meetings | 13.40 | 4,551.50 |
| Court Hearings | 0.70 | 129.50 |
| Labor Issues/Employee Benefits | 3.50 | 1,331.50 |
| Asset/Stock Transactions/Business Liquidations | 6.00 | 2,055.00 |
| European Proceedings/Matters | 6.90 | 2,783.50 |
| Asian Proceedings/Matters | 7.30 | 2,388.00 |
| TOTAL | 54.30 | 16,941.50 |