Exhibit E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JULY 01, 2009 THROUGH JULY 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 1.80 | £1,098.00 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 0.40 | £244.00 |
| Marcus Fink | Associate for 8 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 0.60 | £300.00 |
| Luke Rollason | Associate for 4 years; Admitted in 2005; Restructuring and Special Situations Group | £425 | 10.40 | £4,420.00 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special Situations Group | £290 | 25.20 | £7,938.00 |
| Philip Uribe | Trainee for 1.5 years; Restructuring and Special Situations Group | £185 | 19.90 | £2,941.50 |
| TOTAL | | | 58.30 | £16,941.50 |

**DISBURSEMENT BREAKDOWN**

| Date | Disb Type | Narrative | Amount (£) |
|---|---|---|---|
| 17/07/06/2009 | TAXI | PAYEE: Pettycash: REQUEST# 357477: DATE: 17/07/2009 – P/C PD Document Production | 25.00 |
| | | Document Production | 48.60 |
| | | | **73.60** |