## CERTIFICATE OF SERVICE

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Authorizing Payment Of Prepetition Termination Benefits To Certain Foreign Employees** was caused to be made on August 26, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: August 26, 2009

                                      */s/ Ann C. Cordo*
                                         Ann C. Cordo (No. 4817)

3094559.1