## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Authorization And Approval Of A Stipulation By And Between Computer Science Corporation And Nortel Networks Inc.** was caused to be made on August 26, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: August 26, 2009

_____
Ann C. Cordo (No. 4817)

3094529.1