## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of Charles S. Lauback In Support Of Debtors' Motion For Entry Of An Order Authorizing Payment Of Prepetition Termination Benefits To Certain Foreign Employees** was caused to be made on August 27, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: August 27, 2009

_____
Ann C. Cordo (No. 4817)

3095354.1