**STIPULATION REGARDING THE SETOFF OF PREPETITION
AMOUNTS OWED BY AND BETWEEN
COMPUTER SCIENCES CORPORATION AND NORTEL NETWORKS INC.**

This stipulation (the "Stipulation") is entered into by and between Nortel Networks Inc. ("NNI") and Computer Sciences Corporation ("CSC", and together with NNI, the "Parties", and individually as a "Party"). The Parties hereby stipulate and agree as follows:

WHEREAS, on January 14, 2009 (the "Petition Date"), the Debtors, except for Nortel Networks (CALA) Inc., filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code;

WHEREAS, certain of the Debtors' affiliates also commenced creditor protection proceedings on or after the Petition Date;

WHEREAS, NNI and CSC are parties to the Amended and Restated Master Information Technology Service Agreement, the Master Reseller Agreement and the related contractual documents, and the Master Services Agreement for Provision of Services to Delphi Corporation (collectively, the "Agreements");

WHEREAS, representatives of each of the Parties have engaged in the review of their books and records, and have exchanged information in order to reconcile the various pre-petition accounts receivable owed by and to NNI and CSC for the period prior to the Petition Date (the "Claims") under the Agreements;

WHEREAS, based on these reviews and discussions, the Parties have reconciled certain accounts receivable existing as of the Petition Date and wish to setoff such Claims as permitted by section 553 of the Bankruptcy Code, with a reservation of the Parties' rights with regard to other claims that may be owing by and to each other and their affiliates under the Agreements;[1]

---

[1]      This Stipulation is without prejudice to the rights of the Parties to assert additional setoffs and/or defenses to setoffs in which each of the Parties may be entitled, based on, among other things, defenses to payment of any

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1.      The Parties have reconciled the invoices listed on Exhibit A hereto and agree CSC may setoff $3,549,446.54, which is the prepetition amount owed by CSC to NNI, against $5,118,105.53, which is the prepetition amount owed to CSC by NNI (in each case as reflected on Exhibit A);

2.      Upon approval of this Stipulation by the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the automatic stay will be modified so that CSC may effect a setoff of mutual prepetition obligations between NNI and CSC as set forth in paragraph 1 above;

3.      For the avoidance of doubt, the entry of an order approving this Stipulation shall not constitute authorization for CSC to setoff any other Claims again any amounts owing by or to any affiliate of NNI;

4.      Except for the setoff of Claims between NNI and CSC as expressly provided for herein, all rights, claims and defenses of NNI and the Debtors against CSC and CSC has against NNI and the Debtors are reserved, including with respect to the allowance of any further claims in the Debtors' cases, any further claims the Debtors may have against CSC, any potential avoidance actions against CSC pursuant to chapter 5 of the Bankruptcy Code, and any remaining claims which CSC may have against NNI and the Debtors.  Nothing in this Stipulation shall otherwise limit or affect the Debtors' rights under the chapter 11 proceedings or is intended to modify, limit or waive the parties' defenses under the Agreement.

---

claim, the European and Canadian Insolvency proceedings and/or the Master Services Agreement for Provision of Services to Delphi Corporation.

**Nortel Networks Inc.**

By: _____

Name: V Doolittle

Date: _____Aug 27/09_____

**Computer Sciences Corporation**

By: _____

Name: _____

Date: _____

3

**Nortel Networks Inc.**

By: _____

    James Patchett

Date: _____

**Computer Sciences Corporation**

By:    _/s/ Michael R. Kilduff_____

    Michael R. Kilduff

Date: _____

**EXHIBIT A**

Invoices reflecting amounts NNI owes to CSC

| | | |
|---|---|---|
| 30930109 | 38371108 | 39511208 |
| 30931108 | 38401108 | 39570109 |
| 30931208 | 38401208 | 39601208 |
| 34000109 | 38550109 | 39610109 |
| 34001208 | 38691108 | 39650109 |
| 34250109 | 38781108 | 3685A10109 |
| 34251108 | 38781208 | 3781A11208 |
| 34251208 | 38791108 | 3795A11108 |
| 35941208 | 38841108 | 3795A11208 |
| 37230109 | 38841208 | 38691208CM |
| 37231108 | 38871108 | USMSA01091 |
| 37231208 | 38921108 | USMSA1108 |
| 37350109 | 38990109 | USMSA1208 |
| 37351108 | 39011108 | 39221208 |
| 37351208 | 39070109 | 39131208 |
| 37821108 | 39071108 | 38761208 |
| 37830109 | 39071208 | 39321208 |
| 37831208 | 39180109 | 39130109 |
| 37960109 | 39181108 | 39320109 |
| 37961108 | 39181208 | 38760109 |
| 37961208 | 39191208 | 38761108 |
| 37971108 | 39251108 | 39221108 |
| 38071208 | 39251208 | 39131108 |
| 38140109 | 39290109 | 38981108 |
| 38141108 | 39291108 | 3894A11108 |
| 38141208 | 39291208 | 39030209 |
| 38171208 | 39310109 | 38140209-1 |
| 38190109 | 39311208 | 37960209-1 |
| 38191108 | 39391108 | |
| 38191208 | 39391208 | |
| 38210109 | 39450109 | |
| 38211208 | 39451208 | |
| 38240109 | 39460109 | |
| 38241108 | 39461208 | |
| 38241208 | 39510109 | |
| 38351208 | 39511108 | |

Invoices reflecting amounts CSC owes to NNI

| | | | |
|---|---|---|---|
| | 2309733 | 2301396 | 2111256 |
| 1896272 | 2274026 | 2299358 | 2274027 |
| 2093920 | 1326555 | 2279678 | 2306667 |
| 2288810 | 2179195 | 2292047 | 2297793 |
| 1898268 | 2310669 | 2267420A | 2115539 |
| 2220718 | 2254372 | 2275631 | 2293541 |
| 2294124 | 2303630 | 2296914 | 2307013 |
| 2082939 | 1949938 | 2306081 | 2292619 |
| 2200592 | 2274028 | 2295900 | 2296916 |
| 2153940 | 2310667 | 2298721 | 2236975 |
| 2299835 | 2272897 | 2311337 | 1920748 |
| 2261910 | 2309214 | 2110909 | 1234648 |
| 2153939 | 2106181 | 2236976 | 1298916 |
| 2297792 | 2253988 | 2110906 | 1302214 |
| 2286636 | 1691524 | 2307841 | 1495448 |
| 2287324 | 2303631 | 2312623 | 1334312 |
| 2302790 | 2309732 | 2296917 | 1341332 |
| 2299838 | 2287323 | 2110907 | 1353966 |
| 2311336 | 2290364 | B1607666 | 1408951 |
| 2288809 | 2271268 | 2288444 | 1393417 |
| 1312265 | 2274815 | 1828363 | 1364671 |
| 2242453 | 2307015 | 2309213 | 1370501 |
| 2260488 | 2310675 | 2312624 | 1469663 |
| 1892958 | 2310672 | 2307011 | 1567599 |
| 2272310 | 2307010 | 2110908 | 1504696 |
| 2284167 | 2310668 | 2293543 | 1599544 |
| 2272896 | 2309734 | 1596194 | 1633419 |
| 2293542 | 2208762 | 2096807 | 1653187 |
| 2302167 | 2312071 | 2311335 | 1710174 |
| 2312070 | 2310666 | 2312068 | 1655906 |
| 2307840 | 2310665 | 2200588 | 1661571 |
| 2235578 | 2312069 | 2050595 | 1791267 |
| 2078356 | 2281613 | 2251551 | 1825472 |
| 2278140 | 2253987 | 2313150 | 1834384 |
| 2299836 | 2307014 | 2203230 | 1943258 |
| 2310674 | 2308734 | 2106703 | 1400024717 |
| 2273391 | 2308053 | 2287165 | 1961738 |
| 2299837 | 2138143 | 2296915 | 2009089 |
| 2309735 | 2073322 | 2138139 | ODM004644 |
| 2186654 | 2106712 | 2106701 | 2000837 |
| 2289932 | 2073323 | 2302168 | 2020948 |
| 2298720 | 2278519 | 2186655 | 2006088 |
| 5000727886 | 2278530 | 2073312 | 2031685 |
| 5000727887 | 2305854 | 2272311 | 2027465 |
| 2279030 | 2274817 | 2164187 | 2027464 |
| 2307012 | 2275262 | 2306080 | 2084850 |
| 2222060 | 2265284 | 2299357 | |
| 2100506 | 2138144 | 2308475 | |

2

| | | | |
|---|---|---|---|
| 2060733 | 2264026 | 2278575 | 2278569 |
| 2064542 | 2263872 | 2278525 | 2278610 |
| 2106715 | 2263873 | 2278599 | 2278572 |
| 1400035724 | 2263860 | 2278538 | 2278639 |
| 2159662 | 2264025 | 2278590 | 2278640 |
| 2120477 | 2264032 | 2278558 | 2278622 |
| 1400036531 | 2263867 | 2278628 | 2278521 |
| 2125764 | 2264029 | 2278548 | 2278626 |
| 1400037474 | 2263866 | 2278581 | 2278606 |
| 2151798 | 2263864 | 2278596 | 2278637 |
| 2163258 | 2263868 | 2278579 | 2278523 |
| 2180113 | 2264030 | 2278612 | 2278620 |
| 2229926 | 2263871 | 2278546 | 2278554 |
| 2181534 | 2264031 | 2278536 | 2278529 |
| 2184266 | 2263870 | 2278608 | 2278605 |
| 2200590 | 2267418 | 2278603 | 2278638 |
| 2200589 | 2269641 | 2278539 | 2278589 |
| 2249158 | 2287174 | 2278588 | 2278542 |
| 2203237 | 2270559 | 2278587 | 2278631 |
| 2203235 | 2274816 | 2278563 | 2278567 |
| 2203236 | 2292046 | 2278545 | 2278559 |
| ODM007703 | 2277622 | 2278522 | 2278537 |
| 2212759 | 2278643 | 2278625 | 2278520 |
| 2220712 | 2278552 | 2278544 | 2278557 |
| 2238481 | 2278619 | 2278571 | 2278630 |
| 2278515 | 2278565 | 2278598 | 2278613 |
| 2278518 | 2278621 | 2278583 | 2278553 |
| 2279725 | 2278586 | 2278550 | 2278541 |
| 2279724 | 2279032 | 2278633 | 2278576 |
| 2231570 | 2278617 | 2278618 | 2278524 |
| 2241234 | 2278533 | 2278584 | 2278561 |
| 2242951 | 2278616 | 2278636 | 2278624 |
| 2242958 | 2278623 | 2278560 | 2278642 |
| 2242961 | 2278582 | 2278566 | 2278556 |
| 2242944 | 2278570 | 2278534 | 2278580 |
| 2244472 | 2278602 | 2278592 | 2278635 |
| 2234862 | 2278527 | 2278593 | 2278578 |
| 2270558 | 2278611 | 2278601 | 2278549 |
| 2257550 | 2278585 | 2278595 | 2278629 |
| 2257551 | 2278562 | 2278609 | 2278577 |
| 2264028 | 2278543 | 2278594 | 2278632 |
| 2263865 | 2278574 | 2278597 | 2278634 |
| 2263862 | 2278555 | 2278600 | 2278531 |
| 2264034 | 2278614 | 2278564 | 2278547 |
| 2263869 | 2278615 | 2278591 | 2278573 |
| 2263863 | 2278607 | 2278568 | 2278641 |
| 2264027 | 2278526 | 2278604 | 2278540 |
| 2263861 | 2278551 | 2278627 | 2278532 |

3

| | | | |
|---|---|---|---|
| 2278528 | 2283556 | 2301407 | 2305867 |
| 2278535 | 2284164 | 2301400 | 2305861 |
| 2279707 | 2284166 | 2301404 | 2305940 |
| 2279708 | 2284165 | 2301409 | 2305886 |
| 2279702 | 2284168 | 2301423 | 2305948 |
| 2279720 | 2285603 | 2301401 | 2305860 |
| 2279723 | 2285608 | 2301411 | 2305908 |
| 2279695 | 2285601 | 2301416 | 2305907 |
| 2279690 | 2285599 | 2301421 | 2305872 |
| 2279680 | 2285597 | 2301434 | 2305929 |
| 2279712 | 2285600 | 2301422 | 2305892 |
| 2279704 | 2285598 | 2301432 | 2305961 |
| 2279693 | 2285611 | 2301408 | 2305883 |
| 2279699 | 2285596 | 2301437 | 2305914 |
| 2279698 | 2285612 | 2301414 | 2305912 |
| 2279700 | 2285605 | 2301439 | 2305923 |
| 2279681 | 2285604 | 2301427 | 2305945 |
| 2279687 | 2285602 | 2301403 | 2305921 |
| 2279696 | 2285606 | 2301440 | 2305941 |
| 2279701 | 2285607 | 2301420 | 2305873 |
| 2279705 | 2285610 | 2301405 | 2305880 |
| 2279688 | 2285609 | 2301429 | 2305870 |
| 2279691 | 2288084 | 2301426 | 2305936 |
| 2279686 | 2287325 | 2301425 | 2305897 |
| 2279706 | 2288082 | 2301397 | 2305904 |
| 2279711 | 2288080 | 2301436 | 2305885 |
| 2279679 | 2288086 | 2301424 | 2305916 |
| 2281614 | 2288085 | 2301431 | 2305857 |
| 2279710 | 2288081 | 2301402 | 2305958 |
| 2279694 | 2289931 | 2302789 | 2305879 |
| 2279717 | 2290310 | 2305944 | 2305931 |
| 2279683 | 2290724 | 2305932 | 2305966 |
| 2279718 | 2301418 | 2305976 | 2305920 |
| 2279716 | 2301435 | 2305877 | 2305951 |
| 2279682 | 2301419 | 2305952 | 2305917 |
| 2279722 | 2301413 | 2305954 | 2305881 |
| 2279709 | 2301441 | 2305949 | 2305937 |
| 2279703 | 2301399 | 2305919 | 2305899 |
| 2279721 | 2301430 | 2305903 | 2305969 |
| 2279697 | 2301410 | 2305915 | 2305894 |
| 2279692 | 2301415 | 2305950 | 2305934 |
| 2279719 | 2301438 | 2305935 | 2305898 |
| 2279714 | 2301428 | 2305862 | 2305868 |
| 2279713 | 2301433 | 2305918 | 2305925 |
| 2279689 | 2301417 | 2305896 | 2305926 |
| 2279715 | 2301406 | 2305889 | 2305953 |
| 2279684 | 2301398 | 2305878 | 2305928 |
| 2279685 | 2301412 | 2305947 | 2305942 |

4

| | | | |
|---|---|---|---|
| 2305927 | 2305922 | 2305975 | 2313578 |
| 2305930 | 2305964 | 2305890 | 2315094 |
| 2305972 | 2305971 | 2305913 | 2314715 |
| 2305933 | 2305876 | 2305968 | 2314711 |
| 2305924 | 2305911 | 2305884 | 2314712 |
| 2305901 | 2305900 | 2305962 | 2314713 |
| 2305902 | 2305893 | 2305910 | 2319320 |
| 2305960 | 2305970 | 2305965 | 2338834 |
| 2305943 | 2305963 | 2305871 | 2377025 |
| 2305905 | 2305864 | 2305967 | 2379128 |
| 2305939 | 2305977 | 2305865 | 2383871 |
| 2305956 | 2305855 | 2305882 | 2398811 |
| 2305973 | 2305891 | 2305906 | 2404920 |
| 2305856 | 2305946 | 2305974 | 2405578 |
| 2305955 | 2305887 | 2305874 | 2432966 |
| 2305959 | 2305875 | 2305866 | 2422240 |
| 2305938 | 2305909 | 2305869 | 2422241 |
| 2305858 | 2305859 | 2307016 | 2485232 |
| 2305888 | 2305895 | 2307374 | |
| 2305863 | 2305957 | 2310673 | |