

| | | |
|---|---|---|
| **CT**<br>a Wolters Kluwer business | CT<br>1209 Orange Street<br>Wilmington, DE 19801 | 302 777 0220 tel<br>302 655 7813 fax<br>www.ctlegalsolutions.com |

August 14, 2009

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: Nortel Networks Inc., et al., Debtors vs. Nortel Networks kabushiki Kaisha

Case No. 09-10138

Dear Sir/Madam:

We are herewith returning the Claim Form, Instructions, Request Form, Notice of Deadline Letter which we received regarding the above captioned matter.

Nortel Networks Kabushiki Kaisha is not listed on our records or on the records of the State of DE.

Very truly yours,


Joanne Holmes
Sr. Process Specialist

Log# 515286521

FedEx Tracking# 792803429251

cc: District of Delaware Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801