**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 14, 2009

FILED 2009 AUG 28 PM 12: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: Nortel Networks Inc., et al., Debtors vs. Centennial Holdings VII, LLC

Case No. 09-10138 KG

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Holdings VII, LLC. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,


Jennifer Woodward
SOP Process Specialist

Log# 515287175

FedEx Tracking# 791504308046

cc: District of Delaware Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801