**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 14, 2009

FILED 2009 AUG 28 PM 12: 21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: Nortel Networks Inc., et al., Debtors vs. Nortel Networks New Zealand Limited
Case No. 09-10138

Dear Sir/Madam:

We are herewith returning the Claim Form, Instructions, Request Form, Notice of Deadline which we received regarding the above captioned matter.

Nortel Networks New Zealand Limited is not listed on our records or on the records of the State of DE.

Very truly yours,

Jennifer Woodward
SOP Process Specialist

Log# 515287080

FedEx Tracking# 798112381132

cc: District of Delaware Bankruptcy Court
  824 Market Street,
  5th Floor,
  Wilmington, DE 19801