IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.'s 1131, 1278**
:
:
---------------------------------------------------------X

### DEBTORS' NOTICE OF FILING OF LETTER AMENDING AGREEMENT REGARDING THE ASSET AND SHARE SALE AGREEMENT FOR THE SALE OF CERTAIN ASSETS OF, AND EQUITY INTERESTS IN, DEBTORS' ENTERPRISE SOLUTIONS BUSINESS

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that, on January 14, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), except for Nortel Networks (CALA) Inc., which filed for bankruptcy protection on July 14, 2009.

**PLEASE TAKE FURTHER NOTICE** that, on July 20, 2009, the Debtors filed the Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests in, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases [D.I. 1131] (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that Exhibit A of the Sale Motion is that certain Asset and Share Sale Agreement, dated as of July 20, 2009, among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and certain other entities identified therein as Sellers,[2] certain other entities defined therein as EMEA Sellers and Avaya Inc. as Purchaser (the "Agreement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit that certain letter amending the Agreement attached hereto as Exhibit A, dated August 19, 2009, with the Bankruptcy Court (the "Amendment") for the purpose of amending certain procedural terms of the Agreement in the following manner:

- The Amendment releases the Sellers from their obligations under the Agreement to make available to the Purchaser or certain of its representatives all material documentation relating to all Other 365 Contracts and all material documentation that forms part of the Other Non-365 Contracts; provided that the Sellers shall use their reasonable best efforts to make all such information available that the Purchaser reasonably requests in writing and, in respect of any Contract with a Selected Supplier, certain Cure Cost information.

- The Amendment alters the contract designation scheme set forth in the Agreement by amending the definition of "Contract Designation Date" for those listed Other Contracts that are not Other Contracts with Selected Suppliers. For any Other Contract for which the Purchaser has requested documentation (a "Documented Other Contract"), the Contract Designation Date is the later of (i) thirty (30) days after the date on which the relevant material documentation is made available to the Purchaser and (ii) thirty (30) days after the end of the thirty (30) Business Day-period during which the Purchaser may supplement the list of Selected Suppliers. For any Other Contract that is not a Documented Other Contract or an Other Contract with a Selected Supplier, the Contract Designation Date is the same as option (ii) for a Documented Other Contract; provided, however, that the definition of "Final Contract Designation Date" shall remain unchanged.

- The Amendment also allows the Purchaser to designate any listed Other Contract as a Designated Other 365 Contract or a Designated Other Non-365 Contract following the applicable Contract Designation Date, so long as (i) the related assignment is allowed under applicable Law and, with respect to any Other Non-365 Contract, the terms of such contract; and (ii) as of the date of designation, the Sellers have not filed with any Bankruptcy Court a motion to reject such Other Contract or otherwise taken steps to terminate such Other Contract such that the Purchaser's designation of such Other Contract would adversely affect the Sellers' economic interests or other rights with respect to such Other Contract.[3]

---

[2] Capitalized terms not otherwise defined in this notice shall have the meanings ascribed to such terms in the Agreement.

[3] To the extent that there are inconsistencies between the description of the provisions of the Amendment contained in this Notice and the terms and conditions of the Amendment, the terms and conditions of the Amendment shall control.

Dated: August 28, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Thomas F. Driscoll III (No. 4703)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*