**Exhibit A**



# N☯RTEL

August 19, 2009

Avaya Inc.
211 Mount Airy Road
Basking Ridge, NJ 07920-2332
United States
Attention: Pamela F. Craven, Chief Administrative Officer
          Frank J. Mahr, Corporate Counsel & Corporate Secretary
Facsimile: +1-908-953-3902


Ladies and Gentlemen:


Reference is made to the Asset and Share Sale Agreement, dated as of July 20, 2009 (the "Agreement"), by and among Nortel Networks Corporation, a Canadian corporation ("NNC"), Nortel Networks Limited, a Canadian corporation ("NNL"), Nortel Networks Inc., a Delaware corporation ("NNI") and the Other Sellers (as defined therein, and, together with NNC, NNL and NNI, the "Sellers"), and Avaya Inc., a Delaware corporation (the "Purchaser"). Capitalized terms used and not otherwise defined herein shall have the meanings given to such terms in the Agreement.

The Main Sellers (on their own behalf and on behalf of the Other Sellers for which they act as representatives pursuant to Section 10.16 of the Agreement) and the Purchaser hereby agree that the Sellers (a) shall not be obligated to make available to the Purchaser in the Data Room or to appropriate Clean Team Members all material documentation (i) relating to all Other 365 Contracts to which such Sellers are a party and (ii) that forms part of the Other Non-365 Contracts to which such Sellers are a party and (b) are hereby released of their obligations to make such documentation available to the Purchaser pursuant to Sections 2.1.5(a)(ii)(x), 2.1.6(a)(ii)(x), 2.1.7(b) and 5.8(b) of the Agreement and the definition of "Contract Designation Date", provided that the Sellers shall use their reasonable best efforts to, pursuant to Section 5.8(b) of the Agreement, provide in the Data Room or to appropriate Clean Team Members all information about such Other Contracts that the Purchaser reasonably requests in writing pursuant to Sections 2.1.5(a)(ii)(y) and 2.1.6(a)(ii)(y) of the Agreement and make the information and

documentation contemplated by Section 2.1.7(b) of the Agreement and the definition of "Contract Designation Date" available to the Purchaser.

Accordingly, the Main Sellers and the Purchaser agree that, notwithstanding anything provided in the Agreement to the contrary, with respect to each Other Contract listed in the Other 365 Contract List (except for (i) any Other 365 Contract with a Selected Supplier (any such Contract, a "Selected Supplier 365 Contract"), for which the Contract Designation Date shall be as provided in the Agreement and (ii) any Other 365 Contract in relation to which the Purchaser has reasonably requested in writing that the Sellers provide all information about in accordance with Section 2.1.5(a)(ii)(y) of the Agreement (any such Contract, a "Documented Other 365 Contract"), for which the Contract Designation Date shall be the later of: (x) the date that is thirty (30) days after the date on which all material documentation that forms part of such Other 365 Contract is made available to the Purchaser and (y) the date that is thirty (30) days following the end of the thirty (30) Business Day-period during which the Purchaser is entitled to supplement the list of Selected Suppliers pursuant to Section 2.1.7(b) of the Agreement), as prepared or updated pursuant to Section 2.1.5(a)(ii) or in the Other Non-365 Contract List (except for (i) any Other Non-365 Contract with a Selected Supplier (a "Selected Supplier Non-365 Contract"), for which the Contract Designation Date shall be as provided in the Agreement and (ii) any Other Non-365 Contract in relation to which the Purchaser has reasonably requested in writing that the Sellers provide all information about in accordance with Section 2.1.6(a)(ii)(y) of the Agreement (a "Documented Other Non-365 Contract"), for which the Contract Designation Date shall be the date that is the later of: (x) the date that is thirty (30) days after the date on which all material documentation that forms part of such Other Non-365 Contract is made available to the Purchaser and (y) the date that is thirty (30) days following the end of the thirty (30) Business Day-period during which the Purchaser is entitled to supplement the list of Selected Suppliers pursuant to Section 2.1.7(b) of the Agreement) prepared or updated pursuant to Section 2.1.6(a)(ii), the Contract Designation Date shall mean the date that is thirty (30) days following the end of the thirty (30) Business Day-period during which the Purchaser is entitled to supplement the list of Selected Suppliers pursuant to Section 2.1.7(b); provided, however, that the definition of "Final Contract Designation Date" shall remain unchanged. For the avoidance of doubt, the Contract Designation Date for any Other 365 Contract other than a Selected Supplier 365 Contract or a Documented Other 365 Contract that is included in the Other 365 Contract List after the end of the thirty (30) Business Day-period during which the Purchaser is entitled to supplement the list of Selected Suppliers pursuant to Section 2.1.7(b) of the Agreement or for any Other Non-365 Contract other than a Selected Supplier Non-365 Contract or a Documented Other Non-365 Contract that is included in the Other Non-365 Contract List after such period shall be the date that is thirty (30) days after such Contract is included in the Other 365 Contract List or the Other Non-365 Contract List, as the case may be, provided that any such Contract Designation Date shall never be later than the Final Contract Designation Date.

Notwithstanding anything in the Agreement to the contrary, the Main Sellers and the Purchaser further agree that with respect to the Other Contracts listed in the Other 365

[New York #2099462 v1]

Contract List prepared or updated pursuant to Section 2.1.5(a)(ii) or the Other Non-365 Contract List prepared or updated pursuant to Section 2.1.6(a)(ii), following the Contract Designation Date applicable to the relevant Other Contract, the Purchaser shall remain entitled to designate, by written notice to the Main Sellers, any such Other Contract as a Designated Other 365 Contract or a Designated Other Non-365 Contract, as applicable, to the extent, in each case, (A) the related assignment is allowed by applicable Law and, with respect to the Other Non-365 Contracts, allowed by the terms of such Contracts and (B) as of the date of such Purchaser's designation, the Sellers have not filed with any Bankruptcy Court any motion to reject such Other Contract or otherwise taken any steps to terminate such Other Contract such that the Purchaser's designation of such Other Contract as a Designated Other 365 Contract or Designated Other Non-365 Contract, as applicable, would adversely affect the Sellers' economic interests or other rights with respect to such Other Contract.

This letter agreement may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement. This letter agreement shall be governed by, and construed in accordance with, the laws of the State of New York.

By your signature below, you agree and consent, as Purchaser, to the waivers, agreements and confirmations contained herein.

*[Remainder of page intentionally left blank.]*

3

[New York #2099462 v1]

Very truly yours,

**NORTEL NETWORKS CORPORATION**

By: _____
Name: Anna Ventresca
Title: General Counsel-Corporate and Corporate Secretary

By: _____
Name: John Doolittle
Title: Senior Vice-President, Finance and Corporate Services

**NORTEL NETWORKS LIMITED**

By: _____
Name: Anna Ventresca
Title: General Counsel-Corporate and Corporate Secretary

By: _____
Name: John Doolittle
Title: Senior Vice-President, Finance and Corporate Services

**NORTEL NETWORKS INC.**

By: _____
Name: John Doolittle
Title: Vice-President

Accepted and Agreed

AVAYA INC.

By: _____
Name: Pamela F. Craven
Title: Chief Administrative Officer

[New York #2099462 v4]