## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Seventh Supplement To List Of Ordinary Course Professionals** was caused to be made on August 28, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: August 28, 2009

_____
Andrew R. Remming (No. 5120)

3097740.1