**EXHIBIT 1: OCP LIST**[1]

**Tier Two:**

      The Debtors propose to pay each OCP falling under Tier Two (each a "Tier Two OCP"), without formal application to the Court by an OCP individually, 100% of fees for services rendered to the Debtors on or after the Petition Date, and associated costs and disbursements, provided that each Tier One OCP's fees, excluding costs and disbursements, do not exceed $50,000 per month (the "Monthly Cap"), $50,000 per project (the "Project Cap"), in the case of OCPs who customarily bill by project, or $350,000 per calendar year (the "Annual Cap") while these chapter 11 cases are pending.  The Tier Two OCPs are:

| **Name** | **Address** | **Service** |
|---|---|---|
| Baker & McKenzie LLP | Brookfield Place<br>181 Bay Street, Suite 2100<br>Toronto, Ontario M5J 2T3 | Corporate legal services |
| Baker & McKenzie LLP | Edificio Scotiabank Inverlat, Piso 12<br>Blvd. M. Avila Camacho 1<br>Col. Lomas de Chapultepec<br>11009 Mexico, D. F., Mexico | Corporate legal services |
| Berkemeyer Advogados | Edifico Jacaranda 4to Piso<br>Benjamin Constant 835<br>Asuncion, Paraguay | Corporate legal services |

---

[1]    Various professionals have provided services to Nortel entities in the ordinary course, and in some cases a single firm may provide services to multiple Nortel affiliates. Out of an abundance of caution, the Debtors have prepared a comprehensive list of OCPs.  As a result, certain of the OCPs included on this list may have rendered services to the Canadian Debtors in addition to the Debtors in these chapter 11 cases.  However, the OCPs listed herein provide professional services to the Debtors and the Debtors will pay such OCPs only for services rendered to the Debtors.

| | | |
|---|---|---|
| Bustamante & Bustmante | Ave. Patria y Ave. Amazonas<br>Edificio Cofiec 10 mo. Piso<br>Quito, Ecuador | Corporate legal services |
| Cruzat, Ortuzar & MacKenna Ltd. | Nueva Tajamar 481<br>Torre Norte, Piso 21<br>Las Condes, Santiago<br>Chile | Labor/employment legal services |
| Gomez-Pinzon Zuleta<br>Abogados S.A. | Calle 67 #7-35 Of. 1204<br>Bogota, Colombia | Corporate legal services |
| Jimenez De Arechaga<br>Viana & Brause | Zabala 1504<br>Montevideo, CP 11.000<br>Uruguay | Corporate legal services |
| Lex Carribbean | P.O. Box 1165<br>First Floor<br>5-7 Sweet Briar Road<br>St. Clair, Port of Spain<br>Trinidad, West Indies | Trinidadian legal services |
| Machado, Meyer,<br>Sendacz E Opice | Rua da Consolacao, 247, 10 Andar<br>CEP 01301-903, Sao Paulo, SP<br>Brazil | Corporate legal services |
| Pinheiro Guimaraes Advodados | Ave. Rio Branco 181, 27 Andar<br>20040-918 Rio de Janeiro, RJ<br>Brazil | Tax, labor legal services |
| Prieto & Carrizosa S.A. | Cra. 9, No. 74-08, Of. 305<br>Bogota, Colombia | Corporate legal services |

Severgnini, Robiola, Grinberg
& Larrechea Abogados

Reconquista 336 Piso 2
C1003ABH Buenos Aires
Argentina

Corporate legal services