# **EXHIBIT A**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 19, 2009  
Invoice 339195  
Page 3  

Client # 732310

Matter # 165839

---

For services through July 31, 2009  
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 07/08/09 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.40 hrs. | 100.00 | $40.00 |
| 07/13/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 07/14/09 | Review docket (.2); Review and update critical dates (.3); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 07/15/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.50 hrs. | 90.00 | $45.00 |
| 07/17/09 | Prepare pro hac re: B. Kahn (.2); Prepare certificate of service re: same (.2); E-mail to B. Kahn re: same (.1); Finalize and file affidavit of service re: order granting fifth stipulation extending cross border protocol motion (.2); Finalize and file affidavit of service re: order granting sixth stipulation extending cross border protocol motion (.2); Review docket (.1); Review and revise critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |
| 07/17/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 07/20/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 07/21/09 | Finalize, file and coordinate service re: motion pro hac B. Kahn (.2); Coordinate to Judge Gross re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 19, 2009  
Invoice 339195  
Page 4  
Client # 732310  

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Rochelle I. Warren | | 0.50 hrs. | 90.00 | $45.00 |
| 07/23/09 | Maintain/organize original pleadings. | | | | |
| Paralegal | Rochelle I. Warren | | 0.30 hrs. | 90.00 | $27.00 |
| 07/23/09 | Maintain/organize original pleadings. | | | | |
| Paralegal | Rochelle I. Warren | | 0.20 hrs. | 90.00 | $18.00 |
| 07/24/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Rochelle I. Warren | | 0.20 hrs. | 90.00 | $18.00 |

Total Fees for Professional Services  $664.00

TOTAL DUE FOR THIS INVOICE  **$664.00**  
BALANCE BROUGHT FORWARD  $1,486.60

**TOTAL DUE FOR THIS MATTER**  **$2,150.60**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

August 19, 2009  
Invoice 339195  
Page 5  
Client # 732310  

Matter # 165839  

For services through July 31, 2009  
relating to Use, Sale of Assets  

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/02/09 | Email to S. Roemer re: SolidAssets interest in various assets | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 07/17/09 | Finalize and file affidavit of service re: objection to bidding procedures motion | Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 07/23/09 | Call from K. Davis re: procedure and arguments related to filing side agreement to Equinox sale transaction under seal (.4); Email to F. Hodara re: notification of 7/24/09 sale conference call (.1); Emails to K. Davis re: procedure and arguments related to filing side agreement to Equinox sale transaction under seal (.2) | Associate | Christopher M. Samis | 0.70 hrs. | 275.00 | $192.50 |
| 07/24/09 | Participate in conference call with Debtor/Committee professionals on sale hearing schedule | Associate | Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |
| 07/27/09 | Call to J. Sturm re: filing joinder to Debtors' response to Flextronics objection to CDMA sale (.2); Email to J. Sturm re: filing joinder to Debtors' response to Flextronics objection to CDMA sale (.1) | Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Total Fees for Professional Services $451.50

**TOTAL DUE FOR THIS INVOICE** $451.50  
BALANCE BROUGHT FORWARD $715.50  

**TOTAL DUE FOR THIS MATTER** **$1,167.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

August 19, 2009  
Invoice 339195  
Page 6  
Client # 732310  

Matter # 165839  

---

For services through July 31, 2009  
relating to Court Hearings  

| Date | Description | | | |
|---|---|---|---|---|
| 07/15/09 | Assist B. Witters with the preparation of 7/17/09 hearing binder | | | |
| Paralegal | Tracy A. Cameron | 1.50 hrs. | 100.00 | $150.00 |
| 07/16/09 | Prepare 7/17/09 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 2.20 hrs. | 100.00 | $220.00 |
| 07/16/09 | Assist B. Witters with the preparation of 7/17/09 hearing binder | | | |
| Paralegal | Tracy A. Cameron | 2.00 hrs. | 100.00 | $200.00 |
| 07/17/09 | Call from C. Samis re: 7/17/09 hearing (.1); Coordinate delivery of hearing materials to court (.2) | | | |
| Paralegal | Aja E. McDowell | 0.30 hrs. | 195.00 | $58.50 |
| 07/17/09 | Prepare for 7/7/09 hearing (.5); Attend 7/17/09 hearing (1.0) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 275.00 | $412.50 |
| 07/20/09 | Email to F. Hodara re: preparation for 7/20/09 hearing (.1); Attend 7/20/09 hearing (.5); Prepare for 7/20/09 hearing (.5); Call to B. Kahn re: outcome of 7/20/09 hearing (.2) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 275.00 | $357.50 |
| 07/27/09 | Retrieve and review 7/28/09 agenda | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 07/27/09 | Prepare two 7/28/09 hearing binders per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 1.70 hrs. | 100.00 | $170.00 |
| 07/28/09 | Revise 7/28/09 hearing binders per C. Samis | | | |
| Paralegal | Brenda D. Tobin | 2.00 hrs. | 100.00 | $200.00 |
| 07/28/09 | Prepare for 7/28/09 hearing (1.0); Attend 7/28/09 hearing (3.8) | | | |
| Associate | Christopher M. Samis | 4.80 hrs. | 275.00 | $1,320.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 19, 2009
Invoice 339195
Page 7
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 07/28/09 | Assist B. Witters with preparation of 7/28/09 hearing binder | | | |
| Paralegal | Tracy A. Cameron | 0.30 hrs. | 100.00 | $30.00 |
| | | | | |
| 07/30/09 | Email to F. Hodara re: bid procedures hearing for Equinox asset sale | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $3,165.50 |
| TOTAL DUE FOR THIS INVOICE | **$3,165.50** |
| BALANCE BROUGHT FORWARD | $4,833.40 |
| **TOTAL DUE FOR THIS MATTER** | **$7,998.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 19, 2009  
Invoice 339195  
Page 8  
Client #  732310  

Matter #  165839  

For services through July 31, 2009  
relating to  General Corporate/Real Estate  

| | | | | |
|---|---|---|---|---|
| 07/15/09 | Call from B. Khan re: issues surrounding CALA entity bankruptcy filing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |

Total Fees for Professional Services     $55.00

TOTAL DUE FOR THIS INVOICE     **$55.00**

**TOTAL DUE FOR THIS MATTER**     **$55.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 19, 2009  
Invoice 339195  
Page 9  
Client #  732310

Matter #  165839

For services through July 31, 2009  
relating to  Employee Issues

| Date | Description | Title | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/29/09 | Email to R. Jacobs re: current state of the law regarding employee severance claims | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 07/29/09 | Review email from C. Samis re: research re: severance payments (.1); Email to C. Samis re: same (.1) | Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |
| 07/30/09 | Meet with D. Sloan re: research on employee severance claims (.2); Email to D. Sloan re: research on employee severance claims (.1); Review research on employee severance claims (.3) | Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 07/30/09 | Review emails (x2) from C. Samis re: research re: severance payments (.1); Review emails (x2) from R. Jacobs re: same (.1); Research re: priority of certain severance payments (1.6); Discussion with P. Heath re: priority of severance payments (.1); Discussions (x2) with C. Samis re: same (.2); Emails (x2) to R. Jacobs and C. Samis re: same (.1) | Associate | Drew G. Sloan | 2.20 hrs. | 255.00 | $561.00 |

Total Fees for Professional Services   $804.50

TOTAL DUE FOR THIS INVOICE   **$804.50**  
$55.00

**TOTAL DUE FOR THIS MATTER**   **$859.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 19, 2009
Invoice 339195
Page 10

Client # 732310

Matter # 165839

For services through July 31, 2009
relating to Retention of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/10/09 | Attention to e-mail re: third supplemental declaration of F. Hodara with retention of Akin Gump (.1); Retrieve re: same (.1); Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 07/10/09 | Email to B. Khan re: filing of third supplemental Hodara declaration for Akin retention | Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 07/17/09 | Finalize and file affidavit of service re: supplemental declaration of M. Wunder of Fraser Milner retention (.2); Finalize and file affidavit of service re: supplemental declaration of G. Boothman of Ashurst LLP retention (.2); Finalize and file affidavit of service re: third supplemental declaration of F. Hodara of Akin Gump retention (.2) | Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |

Total Fees for Professional Services                $222.50

TOTAL DUE FOR THIS INVOICE                          $222.50
                                                    $186.80

**TOTAL DUE FOR THIS MATTER**                       $409.30

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 19, 2009
Invoice 339195
Page 11
Client #  732310

Matter #  165839

---

For services through July 31, 2009
relating to  RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/09 | Email to B. Kahn re: estimated June 2009 fees | Associate — Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 07/16/09 | Review first interim fee application re: RLF fees and expenses | Paralegal — Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 07/17/09 | Finalize and file affidavit of service re: first interim fee application of RLF | Paralegal — Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 07/22/09 | E-mail to distribution re: objection deadline of RLF May fee application (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 07/22/09 | Email to B. Witters re: preparation of certification of no objection for May 2009 fees (.1); Review and revise certification of no objection for May 2009 fees (.2) | Associate — Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 07/23/09 | Review RLF June bill memos | Paralegal — Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 07/23/09 | Review June 2009 bill memos re: RLF monthly fee application | Associate — Drew G. Sloan | 0.50 hrs. | 255.00 | $127.50 |
| 07/31/09 | Review and revise RLF June monthly fee application (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal — Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 07/31/09 | Review, revise and execute RLF monthly fee application | Associate — Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | August 19, 2009<br>Invoice 339195<br>Page 12<br>Client #  732310<br><br>Matter #  165839 |

| | |
|---|---:|
| Total Fees for Professional Services | $768.50 |
| TOTAL DUE FOR THIS INVOICE | **$768.50** |
| | $1,936.30 |
| **TOTAL DUE FOR THIS MATTER** | **$2,704.80** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 19, 2009  
Invoice 339195  
Page 13  

Client #  732310  

Matter # 165839  

For services through July 31, 2009  
relating to Fee Applications of Others  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/09 | Attention to e-mail re: Capstone May fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.1); Finalize, file and coordinate service re: same (.2); E-mail to distribution re: objection deadline of Capstone April fee application (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 1.20 hrs. | 195.00 | $234.00 |
| 07/02/09 | Review, revise and finalize fourth monthly fee application of Capstone (.2); Review, revise and finalize certificate of no objection for third monthly fee application of Capstone (.2) | Associate — Christopher M. Samis | 0.40 hrs. | 275.00 | $110.00 |
| 07/15/09 | Telephone call to Courtcall re: telephonic appearances of J. Borow, M. Wunder, Y. Lonsdale and P. Uribe (.4); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 07/15/09 | Email to P. Morow re: having local counsel attend interim fee hearing (.1); Email to M. Wunder re: duration of interim fee hearing (.1); Email to B. Kahn re: preparation for interim fee hearing (.1); Email to A. Cordo re: circulation of interim fee order (.1); Email to B. Witters re: circulation of interim fee order (.1) | Associate — Christopher M. Samis | 0.50 hrs. | 275.00 | $137.50 |
| 07/16/09 | E-mail to fee professionals re: first interim fee order | Paralegal — Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | August 19, 2009<br>Invoice 339195<br>Page 14<br>Client #  732310<br>Matter #  165839 |

| | | | | |
|---|---|---|---|---|
| 07/17/09 | E-mail to distribution re: objection deadlines of Akin Gump, Ashurst and Fraser Milner May fee applications (.1); Prepare cno re: Akin Gump May fee application (.2); Prepare cno re: Ashurst May fee application (.2); Prepare cno re: Fraser Milner (.2); Finalize and file affidavit of service re: notice of first interim fee application requests for Akin Gump, Capstone, Fraser Milner, Jefferies & Ashurst (.2); Finalize and file affidavit of service re: Capstone May monthly fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |
| 07/17/09 | Finalize and file cno re: Akin Gump May fee application (.1); Finalize and file cno re: Ashurst May fee application (.1); Finalize and file cno re: Fraser Milner fee application (.1); | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 07/17/09 | Review, revise and finalize certification of no objection for May 2009 Ashurt fee application (.2); Review, revise and finalize certificate of no objection for May 2009 Fraser fee application (.2); Review, revise and finalize certification of no objection for May 2009 Akin application (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 07/24/09 | E-mail to distribution re: Capstone May fee application objection deadline (.1); Prepare cno re: Capstone May fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 07/27/09 | Attention to e-mail re: Akin Gump fifth monthly fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 07/27/09 | Review, revise and finalize Fraser June 2009 fee application (.3); Review, revise and finalize Akin June 2009 fee application (.3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 19, 2009  
Invoice 339195  
Page 15  
Client #  732310

Matter #  165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/31/09 | Attention to e-mail re: Ashurst June monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal — Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |
| 07/31/09 | Discussion with B. Witters re: filing of various fee applications (.1); Review and execute notice re: monthly fee application of Ashurst (.2) | Associate — Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |

Total Fees for Professional Services     $1,668.00

TOTAL DUE FOR THIS INVOICE     **$1,668.00**

$3,104.60

**TOTAL DUE FOR THIS MATTER**     **$4,772.60**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 19, 2009  
Invoice 339195  
Page 16  
Client #  732310  

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Aja E. McDowell | 0.30 | 195.00 | 58.50 |
| Barbara J. Witters | 10.70 | 195.00 | 2,086.50 |
| Brenda D. Tobin | 6.30 | 100.00 | 630.00 |
| Christopher M. Samis | 12.70 | 275.00 | 3,492.50 |
| Drew G. Sloan | 3.60 | 255.00 | 918.00 |
| Rochelle I. Warren | 2.60 | 90.00 | 234.00 |
| Tracy A. Cameron | 3.80 | 100.00 | 380.00 |
| TOTAL | 40.00 | $194.99 | 7,799.50 |

**TOTAL DUE FOR THIS INVOICE**                                      $9,683.19

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310