# **EXHIBIT B**

RLF1-3426058-2



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

August 19, 2009
Invoice 339195

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through July 31, 2009
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $16.00 |
| Business Meals | $35.02 |
| Document Retrieval | $119.36 |
| Filing Fees | $145.00 |
| Lexis/Westlaw | $95.14 |
| Long distance telephone charges | $26.41 |
| Messenger and delivery service | $399.95 |
| Photocopying/ Printing 7,636 @ $.10/pg. / 949 @ $.10/pg. | $858.50 |
| Postage | $188.31 |

| | |
|---|---|
| Other Charges | $1,883.69 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$1,883.69** |
| BALANCE BROUGHT FORWARD | $2,502.07 |

■ ▨ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 19, 2009
Invoice 339195

Page 2

Client #  732310

Matter #  165839

---

**TOTAL DUE FOR THIS MATTER**                    **$4,385.76**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 19, 2009
Invoice 339195
Page 17
Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Use, Sale of Assets
Court Hearings
General Corporate/Real Estate
Employee Issues
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 07/02/09 | Photocopies | DUP.10CC |
| | Amount =  $40.00 | |
| 07/02/09 | Postage | POST |
| | Amount =  $15.05 | |
| 07/02/09 | Duplicating | DUP.10CC |
| | Amount =  $7.60 | |
| 07/02/09 | Duplicating | DUP.10CC |
| | Amount =  $7.60 | |
| 07/06/09 | Messenger and delivery7/2/09, MORRIS NICHOLS, BJW | MESS |
| | Amount =  $6.00 | |
| 07/06/09 | Messenger and delivery7/2/09, US TRUSTEE, BJW | MESS |
| | Amount =  $6.00 | |
| 07/06/09 | Messenger and delivery7/2/09, POST OFFICE/NEW CASTLE, BJW | MESS |
| | Amount =  $51.30 | |
| 07/10/09 | Photocopies | DUP.10CC |
| | Amount =  $141.00 | |
| 07/10/09 | ALL PACER | DOCRETRI |
| | Amount =  $2.48 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 19, 2009
Invoice 339195

Page 18

Client # 732310

| Date | Description | | Code |
|------|-------------|---|------|
| 07/10/09 | Postage | | POST |
| | | Amount = $135.81 | |
| 07/13/09 | Messenger and delivery7/10/09, MARGOLIS EDELSTEIN, BJW | | MESS |
| | | Amount = $17.10 | |
| 07/13/09 | Messenger and delivery7/10/09, 32 AFTER HOURS DELIVERIES, BJW | | MESS |
| | | Amount = $192.00 | |
| 07/13/09 | Messenger and delivery7/10/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | | Amount = $25.65 | |
| 07/13/09 | ALL PACER | | DOCRETRI |
| | | Amount = $0.16 | |
| 07/14/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.16 | |
| 07/15/09 | ALL PACER | | DOCRETRI |
| | | Amount = $22.80 | |
| 07/15/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.20 | |
| 07/15/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.00 | |
| 07/16/09 | Photocopies | | DUP.10CC |
| | | Amount = $76.00 | |
| 07/16/09 | Photocopies | | DUP.10CC |
| | | Amount = $117.20 | |
| 07/16/09 | Photocopies | | DUP.10CC |
| | | Amount = $66.80 | |
| 07/16/09 | ALL PACER | | DOCRETRI |
| | | Amount = $53.84 | |
| 07/16/09 | ALL PACER | | DOCRETRI |
| | | Amount = $18.56 | |
| 07/16/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.50 | |
| 07/16/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.60 | |
| 07/16/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 19, 2009
Invoice 339195

Page 19

Client #  732310

| | | | |
|---|---|---|---|
| 07/17/09 | BINDING 7/10-7/16 | | BIND |
| | | Amount = $12.00 | |
| 07/17/09 | ALL PACER | | DOCRETRI |
| | | Amount = $10.88 | |
| 07/17/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.00 | |
| 07/17/09 | Duplicating | | DUP.10CC |
| | | Amount = $1.40 | |
| 07/20/09 | U.S. DISTRICT COURT CLERK: PRO HAC VICE FOR BRAD KAHN | | FLFEE |
| | | Amount = $25.00 | |
| 07/20/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.80 | |
| 07/21/09 | Photocopies | | DUP.10CC |
| | | Amount = $1.20 | |
| 07/21/09 | Messenger and delivery7/17/2009, BANKRUPTCY COURT, AEM | | MESS |
| | | Amount = $4.50 | |
| 07/21/09 | Messenger and delivery7/17/2009, FROM PRESTO, LKM | | MEALSCL |
| | | Amount = $35.02 | |
| 07/21/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.56 | |
| 07/21/09 | Postage | | POST |
| | | Amount = $1.05 | |
| 07/22/09 | Messenger and delivery7/21/2009, US TRUSTEE, BJW | | MESS |
| | | Amount = $6.00 | |
| 07/22/09 | Messenger and delivery7/21/2009, MORRIS NICHOLS, BJW | | MESS |
| | | Amount = $6.00 | |
| 07/22/09 | Messenger and delivery7/21/09, DISTRICT COURT, BJW | | MESS |
| | | Amount = $5.00 | |
| 07/22/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 07/23/09 | Photocopies | | DUP.10CC |
| | | Amount = $6.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 19, 2009
Invoice 339195

Page 20

Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 07/23/09 | 2128728006 Long Distance | | | LD |
| | | Amount = | $26.41 | |
| 07/23/09 | DELIVERY EXPENSE 7/22/09 | | | MESS |
| | | Amount = | $3.20 | |
| 07/24/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.40 | |
| 07/27/09 | Photocopies | | | DUP.10CC |
| | | Amount = | $102.50 | |
| 07/27/09 | Photocopies | | | DUP.10CC |
| | | Amount = | $110.20 | |
| 07/27/09 | ALL PACER | | | DOCRETRI |
| | | Amount = | $0.72 | |
| 07/27/09 | Postage | | | POST |
| | | Amount = | $20.71 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.30 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.50 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.90 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.50 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $3.60 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.40 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $3.00 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.80 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 07/27/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $3.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 19, 2009
Invoice 339195
Page 21
Client #  732310

| | | | |
|---|---|---|---|
| 07/27/09 | Duplicating | | DUP.10CC |
| | | Amount = $10.40 | |
| 07/27/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.90 | |
| 07/27/09 | Duplicating | | DUP.10CC |
| | | Amount = $4.10 | |
| 07/28/09 | COURTCALL LLC: CCDA 05-1619/SERVICES 7/24-7/28 | | FLFEE |
| | | Amount = $120.00 | |
| 07/28/09 | Photocopies | | DUP.10CC |
| | | Amount = $47.80 | |
| 07/28/09 | Photocopies | | DUP.10CC |
| | | Amount = $2.70 | |
| 07/28/09 | Messenger and delivery7/27/09, MORRIS NICHOLS, BJW | | MESS |
| | | Amount = $6.00 | |
| 07/28/09 | Messenger and delivery7/27/09, US TRUSTEE, BJW | | MESS |
| | | Amount = $6.00 | |
| 07/28/09 | Messenger and delivery7/27/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | | Amount = $51.30 | |
| 07/28/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.10 | |
| 07/28/09 | Duplicating | | DUP.10CC |
| | | Amount = $5.70 | |
| 07/28/09 | Duplicating | | DUP.10CC |
| | | Amount = $2.10 | |
| 07/28/09 | Duplicating | | DUP.10CC |
| | | Amount = $5.70 | |
| 07/29/09 | Messenger and delivery7/28/09, BANKRUPTCY COURT, CXF | | MESS |
| | | Amount = $7.50 | |
| 07/30/09 | Westlaw | | LEXIS |
| | | Amount = $95.14 | |
| 07/31/09 | BINDING 7/24-7/30 | | BIND |
| | | Amount = $4.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 19, 2009
Invoice 339195

Page 22

Client #  732310

| | | | |
|---|---|---|---|
| 07/31/09 | Photocopies | | DUP.10CC |
| | | Amount = $52.00 | |
| 07/31/09 | DELIVERY EXPENSE 7/31/09 | | MESS |
| | | Amount = $6.40 | |
| 07/31/09 | Postage | | POST |
| | | Amount = $15.69 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses     $1,883.69