# SCHEDULE A
### SEVENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| | | | |
|---|---|---|---|
| 7/13/09 | RET | .40 | Teleconference with Gerry Neenan regarding recent class certification motion being referenced to Magistrate |
| 7/13/09 | RET | .30 | E-mail to Judge Weinstein regarding class certification motion being referenced to Magistrate |
| | **SUB TOTAL** | **350.00** | |

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 7/02/09 | RET | .20 | E-mail to Peter Bisio and Doug Crosno regarding my call from Judge Weinstein regarding settlement offer |
| 7/02/09 | RET | .20 | E-mail from Doug Crosno regarding settlement offer |
| 7/05/09 | RET | .20 | E-mail from and to Ken Hashimoto regarding second round of mediation |
| 7/06/09 | RET | .40 | Teleconference with Peter Bisio regarding status Chubb and Nortel negotiations and upcoming call with Judge Weinstein regarding second round of mediation |
| 7/06/09 | RET | .30 | Prepare for teleconference with Peter Bisio regarding status Chubb and Nortel negotiations and upcoming call with Judge Weinstein regarding second round of mediation |
| 7/06/09 | JMS7 | .60 | Plan settlement strategy for mediation |
| 7/06/09 | JMS7 | .20 | Review Notice from bankruptcy court |
| 7/07/09 | RET | .30 | Emails from and to Peter Bisio regarding settlement offer for second round of mediation |
| 7/07/09 | JMS7 | .20 | Review Notice from bankruptcy court |
| 7/09/09 | RET | .30 | Prepare for call with Judge Weinstein and plaintiffs' counsel to discuss second round of mediation |

1

| | | |
|---|---|---|
| 7/09/09 RET | .50 | Call with Judge Weinstein and plaintiffs' counsel to discuss second round of mediation |
| 7/09/09 RET | .40 | Telephone call from Judge Weinstein to discuss second round of mediation |
| 7/09/09 RET | .40 | E-mail to defense team recounting call today with Judge Weinstein and plaintiffs' counsel regarding second round of mediation |
| 7/13/09 RET | .20 | E-mail from and to Peter Bisio regarding the remaining fiduciary policy limits |
| 7/13/09 RET | .50 | Teleconference from Joe Dearing regarding my recent call with plaintiffs' counsel and Judge Weinstein regarding mediation and activity in the district court regarding class certification |
| 7/13/09 JMS7 | .20 | Correspondence with Nora Salvator regarding bankruptcy petition filings |
| 7/13/09 JMS7 | .10 | Correspondence with Gerry Neenan regarding updating the court with bankruptcy process (approved by Sandy Illmer) |
| 7/13/09 JMS7 | .10 | E-mail from Ken Hashimoto regarding settlement |
| 7/13/09 JMS7 | .10 | Review order regarding plaintiffs motion for leave to file excess page class certification brief |
| 7/15/09 RET | .20 | E-mail from and to Sandy Illmer and Peter Bisio regarding status conference on July 9th by phone |
| 7/15/09 RET | .20 | E-mail from Judge Weinstein regarding his most recent call with plaintiffs' counsel regarding second round of mediation |
| 7/15/09 JMS7 | .10 | Review information on remaining policy limits for settlement |
| 7/16/09 RET | .90 | Call with Peter Bisio to discuss everything that needs to be taken into account to determine the remaining policy proceeds including several issues we identified with Chubb's spreadsheet regarding same and status of my conversations with Judge Weinstein |
| 7/16/09 RET | .20 | E-mail from and to Joe Dearing regarding timing of second round of mediation |
| 7/16/09 RET | .20 | First e-mail from and to Judge Weinstein regarding his conversations with plaintiffs about second round of mediation |
| 7/16/09 RET | .20 | Second e-mail from and to Judge Weinstein regarding his conversations with plaintiffs about second round of mediation |
| 7/16/09 RET | .60 | Analyze spreadsheet regarding remaining policy proceeds for purposes of settlement and identify several issues regarding same and prepare for call with Peter Bisio regarding same |
| 7/16/09 RET | .20 | E-mail from and to plaintiffs' counsel regarding timing of second round of mediation |
| 7/16/09 JMS7 | .20 | Review new notice from bankruptcy court |
| 7/16/09 JMS7 | .30 | Correspondence with plaintiffs' counsel, Chubb, and Joe Dearing regarding mediation |
| 7/17/09 RET | .20 | E-mail from and to plaintiffs' counsel regarding second round of mediation |

| | | | |
|---|---|---|---|
| 7/17/09 | RET | .20 | E-mail from and to defense team regarding second round of mediation |
| 7/17/09 | JMS7 | .30 | Correspondence with plaintiff's counsel, Chubb, and Joe Dearing regarding mediation |
| 7/20/09 | RET | .20 | Teleconference with plaintiffs' counsel regarding mediation |
| 7/20/09 | RET | .20 | E-mail from and to Peter Bisio and Joe Dearing regarding mediation |
| 7/20/09 | RET | .20 | E-mail from and to plaintiffs' counsel regarding mediation |
| 7/20/09 | RET | .30 | Second round of emails to Peter Bisio, Judge Weinstein and Joe Dearing regarding mediation |
| 7/20/09 | JMS7 | .20 | Correspondence with Judge Weinstein regarding settlement |
| 7/20/09 | JMS7 | .30 | Correspondence with Peter Bisio, Chubb, and Joe Dearing regarding settlement |
| 7/21/09 | RET | .30 | Teleconference with Joe Dearing regarding strategy for mediation |
| 7/21/09 | JMS7 | .30 | Office conference with Rene' Thorne regarding settlement |
| 7/23/09 | RET | .30 | E-mail from and to Joe Dearing regarding mediation attendance and e-mail from and to plaintiffs' counsel regarding same |
| 7/23/09 | RET | .20 | Teleconference with Joe Dearing regarding his call with Eric Schall of Chubb regarding mediation |
| 7/23/09 | RET | .20 | Teleconference with Sandy Illmer regarding mediation |
| 7/24/09 | JMS7 | .20 | Correspondence with plaintiffs' counsel regarding mediation |
| 7/26/09 | RET | .40 | Correspondence with plaintiffs' counsel and Judge Weinstein regarding possible second round of mediation and timing thereof |
| 7/28/09 | RET | .20 | Correspondence with Gerry Neenan regarding informing the court that we are going back to mediation; email to plaintiffs' counsel regarding same |
| 7/29/09 | RET | .30 | Telephone call from Joe Dearing regarding upcoming mediation and available policy limits |
| 7/29/09 | RET | .20 | Email to and from Judge Weinstein's assistant regarding second round of mediation in New York |
| 7/29/09 | RET | .20 | Emails from and to plaintiffs' counsel regarding possible second round of mediation and timing thereof |
| 7/30/09 | RET | .30 | Email to defense team confirming that plaintiffs have agreed to second round of mediation in New York |
| 7/31/09 | RET | .40 | Telephone call from Jim Hayes, counsel for Frank Dunn, regarding upcoming mediation |
| 7/31/09 | RET | .40 | Telephone call from Peter Bisio regarding amount left on the policy, my call with Dunn's counsel regarding mediation, and settlement issues |
| 7/31/09 | RET | .20 | E-mail from and to Judge Weinstein regarding status conference on July 9th by phone |

| | | | |
|---|---|---|---|
| 7/31/09 | JMS7 | .20 | Review joint notice of mediation |
| 7/31/09 | JMS7 | .10 | E-mail from Jane Stranch regarding joint notice of mediation |

**SUB TOTAL    7,322.50**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessement, Devel. & Adm.</u>

| | | | |
|---|---|---|---|
| 7/02/09 | JMS7 | .10 | Review referral of class action motion to magistrate judge, given the stay in this case |
| 7/02/09 | JMS7 | .30 | Analyze potential pleading in view of referral of class action motion to magistrate judge |
| 7/08/09 | DSH | 1.00 | Begin drafting table reflecting reinstatement amounts still due from for policy limit determination |
| 7/09/09 | JMS7 | .10 | Correspondence with Joe Dearing, Chubb, and Peter Bisio regarding mediation |
| 7/09/09 | DSH | .40 | Finalize table reflecting reinstatement amounts still due from for policy limit determination |
| 7/15/09 | JMS7 | .20 | Correspondence with Sandy Illmer regarding mediation |
| 7/16/09 | JMS7 | .10 | E-mail from Peter Bisio regarding mediation |
| 7/27/09 | JMS7 | .10 | Correspondence with Chubb regarding mediation |
| 7/28/09 | JMS7 | .10 | E-mail from Peter Bisio regarding mediation |
| 7/30/09 | JMS7 | .30 | Correspondence with Lynn Sarko and defense group regarding mediation |
| 7/30/09 | JMS7 | .10 | E-mail from Peter Bisio regarding mediation |
| 7/31/09 | JMS7 | .20 | Correspondence Peter Bisio regarding mediation |

**SUB TOTAL    890.00**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L210 Pleadings</u>

| | | | |
|---|---|---|---|
| 7/13/09 | DSH | .20 | Receive and review from USDC Middle District of Tennessee by ECF, order granting defendant's unopposed motion for leave of court to file a brief in excess of twenty-five pages; correspondence with defense team; review for new case deadlines |
| 7/30/09 | RET | .50 | Draft joint notice of mediation and email to plaintiffs' counsel regarding same |

4

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/30/09 | RET | .20 | E-mail from plaintiffs' counsel regarding draft joint notice of mediation |
| 7/31/09 | RET | .30 | E-mail from and to plaintiffs' counsel regarding joint notice of mediation |
| 7/31/09 | RET | .30 | Correspondence to all parties attaching joint notice of mediation that we are filing today |
| 7/31/09 | DSH | .20 | Finalize and prepare for filing with USDC Middle District of Tennessee our joint notice of mediation |
| 7/31/09 | DSH | .10 | File by ECF with USDC Middle District of Tennessee our joint notice of mediation; receive notification of successful filing |

**SUB TOTAL     725.00**


DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L250 Other Written Motions & Submissions</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/13/09 | RET | .20 | E-mail from and to Donna Hebert regarding upcoming hearing on first quarterly fee application |

**SUB TOTAL     100.00**


DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L260 Class Action Certification & Notice</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/02/09 | RET | .20 | Receive and analyze Order referring plaintiffs' motion for class certification to Magistrate Bryant |
| 7/13/09 | RET | .30 | Receive and analyze Order on Defendants' motion for expansion of page limitations in connection with class certification and e-mail to Gerry Neenan regarding same |

**SUB TOTAL     250.00**


**TOTAL HOURS: 21.40**

**FEE GRAND TOTAL:     $9,637.50**

**NORTEL'S 50% TOTAL:  $4,818.75**

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY  HRS     DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

7/22/09 RET  2.90    Analyze new court decisions and begin outline for supplemental mediation position paper

**SUB TOTAL    1,450.00**


DATE ATTY  HRS     DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

7/07/09 RET  .20    E-mail from and to Peter Bisio regarding potential settlement offer

7/08/09 RET  1.40   Analyze documents associated with determining amount of policy proceeds available for possible settlement

7/13/09 RET  .20    E-mail to Judge Weinstein regarding second round of mediation

7/15/09 RET  .80    Receive and analyze information regarding Chubb and Nortel allocation dispute

7/15/09 RET  1.20   Teleconference with Joe Dearing, Alan Merskey, and Tom Donnelly Chubb and Nortel allocation dispute

7/15/09 RET  .20    Receive and analyze information from Alan Merskey regarding the Chubb and Nortel settlement funding dispute

7/15/09 RET  .30    Receive and analyze additional information from Alan Merskey regarding the Chubb and Nortel settlement funding dispute

7/16/09 RET  .20    Receive and analyze information from Joe Dearing regarding the Chubb and Nortel settlement funding dispute

7/16/09 JMS7 .10    E-mail from Joe Dearing regarding invoices for settlement discussions

7/23/09 RET  .70    Receive information from Tom Donnelly and edit response regarding Chubb and Nortel settlement funding dispute

7/31/09 RET  .40    Receive and analyze latest information regarding settlement funding dispute between Chubb and Nortel from Tom Donnelly and email from Tom Donnelly to Peter Bisio regarding same

7/31/09 RET  .30    Prepare for call with Joe Dearing, Tom Donnelly, and Alan Merskey regarding settlement and funding issues

7/31/09 RET  .50    Call with Joe Dearing, Tom Donnelly, and Alan Merskey regarding settlement and funding issues between Chubb and Nortel

**SUB TOTAL     3,242.50**

DATE ATTY   HRS     DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessment, Devel. & Adm</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/09/09 | JMS7 | .20 | Review revised Chubb reconsideration fee request table |
| 7/09/09 | JMS7 | .10 | Correspondence with Sandy Illmer regarding policy limits for settlement |
| 7/15/09 | JMS7 | .60 | Edit fee application entries for submission to bankruptcy court |
| 7/15/09 | JMS7 | .20 | Plan for mediation |

**SUB TOTAL     467.50**

DATE ATTY   HRS     DESCRIPTION OF SERVICES RENDERED

<u>L210 Pleadings</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/02/09 | DSH | .10 | Receive and review for new case deadlines an order received by ECF from USDC Middle District of Tennessee referring plaintiff's motion for class certification and brief in support to Magistrate Judge Bryant |
| 7/06/09 | DSH | .20 | Receive by ECF from US Bankruptcy Court for the District of Delaware a notice of hearing on motion for an order enforcing the order of the Ontario Court approving the interim funding agreement; review for new case deadlines |
| 7/06/09 | DSH | .20 | Draft new calendar entries and update scheduling chart with information contained in the notice of hearing on motion for an order enforcing the order of the Ontario Court approving the interim funding agreement |
| 7/06/09 | DSH | .20 | Receive by ECF from US Bankruptcy Court for the District of Delaware a notice of hearing on motion for an order enforcing the order of the Ontario Court approving the bidding procedures for sale of certain assets; review for new case deadlines |
| 7/06/09 | DSH | .20 | Draft new calendar entries and update scheduling chart with information contained in the notice of hearing on motion for an order enforcing the order of the Ontario Court approving the bidding procedures for sale of certain assets |
| 7/09/09 | DSH | 2.30 | Begin drafting Exhibit A of fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |
| 7/09/09 | DSH | 1.60 | Continue drafting of fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |

| | | | |
|---|---|---|---|
| 7/10/09 | DSH | 2.10 | Continue drafting of fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |
| 7/10/09 | DSH | 1.40 | Continue drafting Exhibit A of fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |
| 7/10/09 | DSH | 1.20 | Begin drafting Exhibit B of fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |
| 7/13/09 | DSH | .20 | Numerous e-mails to and from Annie Cordo regarding attendance at the hearing on July 17th at the quarterly fee hearing |
| 7/13/09 | DSH | .20 | Review bankruptcy docket to ensure that no objections have been filed against our interim fee applications or first quarterly fee application |
| 7/13/09 | DSH | .10 | Draft e-mail to Annie Cordo asking if we need to attend the hearing on July 17th telephonically if we currently do not have any objections to our interim or quarterly fee applications |
| 7/13/09 | DSH | .30 | Prepare materials needed for Rene' Thorne to appear telephonically for the July 17, 2009 quarterly fee application hearing |
| 7/13/09 | DSH | .40 | Telephone conference with Maggie of CourtCall, to set up account for Rene Thorne and to register her appearance for the July 17, 2009 quarterly fee application hearing |
| 7/14/09 | RET | .50 | Receive and analyze Third Amended and Restated Initial Order |
| 7/15/09 | DSH | 1.10 | Finalize Exhibit A of fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |
| 7/15/09 | DSH | 1.90 | Draft Exhibit B of fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |
| 7/16/09 | DSH | .30 | Review docket to ensure all hearing dates of our interim fee applications have passed and that certificates of no objections have been filed for each interim fee application |
| 7/16/09 | DSH | .10 | Draft e-mail correspondence to Rene' Thorne in response to correspondence received from Annie Cordo regarding Nortel's first quarterly fee hearing and the fact that all qualifications have been met and we do not need to attend |
| 7/16/09 | DSH | .10 | Telephone conversation with CeeCee of CourtCall cancelling our appearance for July 17, 2009 at the first quarterly hearing |
| 7/16/09 | DSH | .10 | Review correspondence received from Annie Cordo regarding Nortel's first quarterly fee hearing, including a list of qualifications, if met, would allow us to not need to participate in the hearing |
| 7/16/09 | DSH | .40 | Review omnibus order allowing certain professionals interim compensation for services rendered and reimbursement of expenses, including attached chart, and compare against each of our interim fee applications to ensure all listed amounts are correct |
| 7/16/09 | DSH | .10 | Draft e-mail correspondence to Rene' Thorne and Annie Cordo in response to my review of the omnibus order and Jackson Lewis' amounts listed in accompanying chart |
| 7/16/09 | DSH | 2.60 | Finalize fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |

| | | | |
|---|---|---|---|
| 7/16/09 | DSH | .10 | Review correspondence received from Annie Cordo regarding Nortel's fifth interim fee application |
| 7/16/09 | DSH | .20 | Draft letter to Annie Cordo in connection with the originals of fifth interim fee application and exhibits A and B |
| 7/16/09 | DSH | .60 | Draft form invoice to Gordon Davies of Nortel Network in connection with Jackson Lewis' fifth interim fee application |
| 7/16/09 | DSH | .30 | Draft letter to Gordon Davies of Nortel Network in connection with Jackson Lewis' fifth interim fee application |
| 7/16/09 | DSH | .20 | Draft e-mail to Annie Cordo attaching Jackson Lewis' fifth interim application with exhibits A and B for the time period May 1, 2009 to May 31, 2009 |
| 7/16/09 | DSH | .40 | Finalize Exhibit B of fifth interim fee application of Jackson Lewis for the time period May 1, 2009 to May 31, 2009 |
| 7/17/09 | DSH | .20 | Receive and review correspondence from Annie Cordo and signed omnibus order allowing certain professional interim compensation for services rendered and reimbursement of expenses and accompanying exhibit |

**SUB TOTAL    3,160.00**

DATE ATTY   HRS     DESCRIPTION OF SERVICES RENDERED

<u>L250 Other Written Motions & Submissions</u>

| | | | |
|---|---|---|---|
| 7/06/09 | JMS7 | .10 | Correspondence regarding fee application with team members |
| 7/13/09 | RET | .30 | E-mail from and to Annie Cordo regarding first quarterly fee hearing on Friday, July 17, 2009; e-mail to Donna Hebert regarding same |
| 7/13/09 | RET | .20 | E-mail to Nora Salvatore regarding proofs of claim for the individual defendants |
| 7/13/09 | RET | .30 | Receive and analyze is Exhibit A to our Fifth Interim Fee Application and e-mail to Jason Stein and Donna Hebert regarding same |
| 7/13/09 | JMS7 | .20 | Correspondence regarding fee application with team members |
| 7/15/09 | RET | .30 | Prepare for hearing on quarterly fee application |
| 7/17/09 | RET | .30 | Receive and analyze Order on First Quarterly Fee Hearing and email to and from Annie Cordo regarding same |

**SUB TOTAL    827.50**

**TOTAL HOURS: 32.10**

**FEE GRAND TOTAL:    $9,147.50**