# SCHEDULE B

## EXPENSE SUMMARY

### NORTEL/CHUBB
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2009 Through July 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Courier/Delivery Service | | | |
| Computer Research | Westlaw | | |
| Duplicating | In Office | 15.12 | 7.56 |
| Telephone | | | |
| Facsimile | | | |
| Secretarial Overtime | | | |
| Computer Research | Lexis | | |
| Paralegal Overtime[1] | | | |
| **Grand Total Expenses** | | 15.12 | 7.56 |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

### NORTEL NETWORKS – NON-INSURANCE

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2009 Through July 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Courier/Delivery Service | | |
| Computer Research | Westlaw | |
| Duplicating | In Office | 1.92 |
| Telephone | | .09 |
| Facsimile | | |
| Postage | | 3.06 |
| Computer Research | Lexis | |
| **Grand Total Expenses** | | **$5.07** |

## TOTAL EXPENSES DUE: $12.63

---

[1] Work performed by paralegals on behalf of the Debtors outside of normal business hours.

# Expenses Back-Up

NORTEL/CHUBB

DISBURSEMENTS

| | | |
|---|---|---:|
| 7/31/09 | Photocopying (48) | 3.36 |
| 7/31/09 | Photocopying (1) | 7.70 |
| 7/31/09 | Photocopying (58) | 4.06 |
| | SUB TOTAL COST | 15.12 |

TOTAL DISBURSEMENTS $15.12

**Nortel's 50% of Total Expenses** $7.56

NORTEL NON-INSURANCE

DISBURSEMENTS

| | | |
|---|---|---:|
| 7/31/09 | Telephone | .09 |
| 7/31/09 | Postage | 3.06 |
| 7/31/09 | Photocopying (9) | 1.92 |

TOTAL DISBURSEMENTS $5.07

**GRAND TOTAL DISBURSEMENTS** $12.63