## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On September 2, 2009 At 10:00 a.m.** was caused to be made on August 31, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: August 31, 2009

_____
Andrew R. Remming (No. 5120)

3098764.1