IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                        :   Chapter 11
                                             :
Nortel Networks Inc., et al.,[1]             :   Case No. 09-10138 (KG)
                                             :
                    Debtors.                 :   Jointly Administered
                                             :

------------------------------------------------------------X

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 2, 2009 AT 10:00 A.M. (EASTERN TIME)[3]

**AT THE DIRECTION OF THE COURT, THE HEARING SCHEDULED FOR SEPTEMBER 2, 2009 AT 10:00 A.M. HAS BEEN <u>CANCELLED</u>.**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, Filed 3/20/09).

    Related Pleadings: None.

    Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to September 23, 2009 at 4:00 p.m. (ET) for the Debtors.

    Responses Received: None at this time.

    Status: This matter has been adjourned to the hearing scheduled for September 30, 2009 at 10:00 a.m. (ET).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  Modifications to the Notice of Agenda of Matters are indicated in **bold** type face.

[3]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

2.  Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

    Related Pleadings: None.

    Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Extended to September 23, 2009 at 4:00 p.m. (ET) for the Debtors and the Committee.

    Responses Received: None at this time.

    Status: This matter has been adjourned to the hearing scheduled for September 30, 2009 at 10:00 a.m. (ET).

3.  Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives (D.I. 800, Filed 5/29/09).

    Related Pleadings: None.

    Objection Deadline: June 19, 2009 at 4:00 p.m. (ET). Extended to September 8, 2009 at 4:00 p.m. for the Debtors and the Committee

    Responses Received: None at this time.

    Status: This matter has been adjourned to the hearing scheduled for September 15, 2009 at 9:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

4.  Debtors' Motion For Authorization To Take Actions In Furtherance Of An Agreement With The Pension Benefit Guaranty Corporation (D.I. 1313, Filed 8/13/09).

    Related Pleadings:

    a)  Certificate Of No Objection (D.I. 1401, Filed 8/28/09).

    Objection Deadline: August 26, 2009 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

Dated: August 31, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3080052