**EXHIBIT A**

**519320**



# crowell moring
## BILLABLE PROFORMA

| | |
|---|---|
| Billing Attorney: 001003 / Kris D. Meade | Fees and Disbursements Through 05/31/09 |
| Client: 105185 / Nortel Networks Corp | Last Date Billed 07/15/09 (Through 04/30/09) |
| Matter: 105185.0000160 / AAP Preparation | Bill Cycle: M |
| | Matter Open Date: Jan 14, 2009 |
| Proforma Generation Date: 08/14/09 13:36 | Proforma Joint Group # |

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $3,442.05 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 62.60 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$3,504.65** | | |

| Address: | | | |
|---|---|---|---|
| Nancy O'Neal | | YTD Fees Billed | $42,723.45 |
| US Compliance Advisor | | YTD Disb Billed | $0.00 |
| Nortel | | | |
| 4655 Great America Parkway | | LTD Fees Billed | $42,723.45 |
| Santa Clara, CA 95054 | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $42,723.45 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6932565 | 05/01/09 | Foster, J. | Review applicants data and designations to provide recommendations re proper treatment of all applicants as applicants in data. | 0.90 | $267.30 |
| 6967485 | 05/07/09 | Foster, J. | Conference with Mr. Meade re day's agenda, next steps for addressing audit questions, and other miscellaneous issues (0.3); participate in conference call with Nortel re compliance issues, audit, and other affirmative action issues (0.9); per conference call, identify all individuals with certain requisition numbers in applicants data for further review (0.3). | 1.50 | $445.50 |
| 6943015 | 05/07/09 | Meade, K. | Telephone conference with AAP team re status of 2009 AAP data, revisions to be provided by Ms. Chau, and occupational categories to be used in | 0.40 | $181.80 |

**519320**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | the AAP for Legal. | | |
| 6943016 | 05/07/09 | Meade, K. | Conference with Ms. Foster re AAP data for 2009 AAPs and re occupational categories to use for Legal jobs. | 0.20 | $90.90 |
| 6994286 | 05/18/09 | Foster, J. | Review revised data for 2009 affirmative action plans to begin identifying data issues and to revise data in order to render it ready for tests and analyses. | 2.30 | $683.10 |
| 6994444 | 05/19/09 | Foster, J. | Continue review of revised data for 2009 affirmative action plans. | 1.80 | $534.60 |
| 6994551 | 05/20/09 | Foster, J. | Complete review of data for 2009 affirmative action plans to identify omissions and inconsistencies (1.1). | 1.10 | $326.70 |
| 6982690 | 05/20/09 | Meade, K. | Conference with Ms. Foster re 2009 applicant data and disposition codes and re finalizing same. | 0.50 | $227.25 |
| 6994608 | 05/21/09 | Foster, J. | Conference with Mr. Meade to review issues identified in review of data for 2009 affirmative action plans (0.2). | 0.20 | $59.40 |
| 6995469 | 05/21/09 | Meade, K. | Conference with Ms. Foster re 2009 data issues; review of email exchanges with Ms. Pham re same. | 0.20 | $90.90 |
| 7005380 | 05/27/09 | Meade, K. | Conference with Ms. Foster re 2009 data and responses from Ms. Pham re issue areas and participate in telephone conference with AAP team re same. | 0.00 | $0.00 |
| 7014483 | 05/28/09 | Foster, J. | Review data sent by Nortel re applicant dispositions (0.5); participate in conference call re audits as well as data for 2009 affirmative action plans (0.9); conference with Mr. Meade re next steps and data issues (0.4). | 1.80 | $534.60 |
| | | | **Professional Services Total** | **10.90** | **$3,442.05** |

**519320**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001003 | Partner | Meade, K. | $454.50 | 1.30 | $590.85 |
| 003496 | Associate | Foster, J. | $297.00 | 9.60 | $2,851.20 |
| | | | Fees Value | 10.90 | $3,442.05 |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 4931108 | 05/21/09 | | 0022 | 933040 | 003496 | Inhouse Duplicating | $62.60 |
| | | | | | | Total Disbursements | $62.60 |

### Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0022 | Inhouse Duplicating | $62.60 |
| | Total Disbursements | $62.60 |

**519321**



**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Proforma Generation Date: 08/14/09 13:36

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $787.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.61 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$788.11** | | |
| | | YTD Fees Billed | $7,455.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $7,455.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $7,455.00 |

Address:  Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6937785 | 05/05/09 | Meade, K. | Telephone conference with Mr. Fears re request for requisition-number based data and response to same; email to audit team re same. | 0.50 | $262.50 |
| 6943014 | 05/07/09 | Meade, K. | Telephone conference with audit team members re latest communication from Mr. Fears re analysis of applicant and hire data on a requisition basis. | 0.30 | $157.50 |
| 6943023 | 05/10/09 | Meade, K. | Begin preparation of letter to OFCCP re request for applicant and hire data by requisition, finalize same, finalize worksheet reflecting same, and transmit same to audit team. | 0.50 | $262.50 |
| 6976833 | 05/18/09 | Meade, K. | Finalize letter to Mr. Fears re applicant data by requisition and forward same to Mr. Fears. | 0.20 | $105.00 |
| | | | **Professional Services Total** | **1.50** | **$787.50** |

- 1 -

**519321**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000173 / North American Sales Audit

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001003 | Partner | Meade, K. | $525.00 | 1.50 | $787.50 |
| | | | Fees Value | 1.50 | $787.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 4927976 | 05/19/09 | | 0004 | 931836 | 001003 | Postage | $0.61 |
| | | | | | | Total Disbursements | $0.61 |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0004 | Postage | $0.61 |
| | Total Disbursements | $0.61 |

- 2 -

**519322**



**BILLABLE PROFORMA**

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000182 / IT OFCCP Audit

Proforma Generation Date:  08/14/09 13:36

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,916.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,916.00** | | |

| | | | |
|---|---|---|---|
| Address: | Nortel Accounts Payable | YTD Fees Billed | $2,386.00 |
| | P.O. Box 280510 | YTD Disb Billed | $0.00 |
| | Nashville, TN  37728 | | |
| | | LTD Fees Billed | $2,386.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $2,386.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7109118 | 05/07/09 | Foster, J. | Review prior analysis of terminations and hiring within job groups identified by OFCCP in IT and Carrier Networks functions. | 0.30 | $106.50 |
| 7109131 | 05/20/09 | Foster, J. | Conference with Mr. Meade re next steps in addressing OFCCP audit issues. | 0.30 | $106.50 |
| 6982688 | 05/20/09 | Meade, K. | Conference with Ms. Foster re providing data to Ms. Aukstikalnis for regression analysis of compensation. | 0.30 | $157.50 |
| 7112211 | 05/20/09 | Meade, K. | Email to Ms. Lightfoot re file for Ms. Aukstikalnis for regression analysis. | 0.10 | $52.50 |
| 7109147 | 05/21/09 | Foster, J. | Identify raw data used for compensation submission to the OFCCP for IT audit and prepare for Ms. Aukstikalnis.  Draft summary of issue with disposition codes in applicant data | 1.10 | $390.50 |

**519322**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | and review with Mr. Meade. | | |
| 7112219 | 05/21/09 | Meade, K. | Review of email from Ms. Aukstikalnis re compensation analysis for IT audit. | 0.30 | $157.50 |
| 7112220 | 05/21/09 | Meade, K. | Telephone conference with audit team re results of research re applicants for positions filled in job groups at issue in IT audit, re potential next steps, and re impact of same on applicant pools. | 0.90 | $472.50 |
| 6995470 | 05/21/09 | Meade, K. | Further consideration of same. | 0.10 | $52.50 |
| 7005384 | 05/28/09 | Meade, K. | Telephone conference with audit team re continued consideration of applicant issue in context of new graduate hiring, re steps in hiring process, and re implications for ongoing audit of the IT FAAP. | 0.80 | $420.00 |
| | | | **Professional Services Total** | **4.20** | **$1,916.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001003 | Partner | Meade, K. | $525.00 | 2.50 | $1,312.50 |
| 003496 | Associate | Foster, J. | $355.00 | 1.70 | $603.50 |
| | | | **Fees Value** | **4.20** | **$1,916.00** |

**519323**



### BILLABLE PROFORMA

Billing Attorney:  001835 / Matthew Cheney
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000189 / Fee/Employment Application - US

Proforma Generation Date:  08/21/09 12:43

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,755.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,755.00** | | |
| Address:  Nortel Networks Corp | | YTD Fees Billed | $46,342.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $46,342.50 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $46,342.50 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7108251 | 05/01/09 | Shepard, J. | Preparation of March fee statement. | 0.50 | $135.00 |
| 6945526 | 05/04/09 | Cheney, M | Review email from Ms. Salvatore re additional conflicts check | 0.20 | $110.00 |
| 6973774 | 05/11/09 | Cheney, M | Review and revise billing records for fee statements | 0.80 | $440.00 |
| 6973788 | 05/12/09 | Cheney, M | Review and revise first fee statement | 0.80 | $440.00 |
| 6973792 | 05/12/09 | Cheney, M | Conference with Ms. Shepard re fee statements and billing records | 0.70 | $385.00 |
| 7015386 | 05/13/09 | Shepard, J. | Review April time to process for fee application documents. | 0.50 | $135.00 |
| 7007142 | 05/29/09 | Cheney, M | Review email from Ms. Salvatore re quarterly fee applications. | 0.20 | $110.00 |
| | | | **Professional Services Total** | **3.70** | **$1,755.00** |

- 1 -

519323

## CROWELL & MORING
## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Fees and Disbursements Through 05/31/09**
**Last Date Billed 07/15/09 (Through 04/30/09)**
**Proforma Joint Group #**

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001835 | Counsel | Cheney, M | $550.00 | 2.70 | $1,485.00 |
| 006382 | Practice Supp | Shepard, J. | $270.00 | 1.00 | $270.00 |
| | | | Fees Value | 3.70 | $1,755.00 |

- 2 -