**EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2009 Through May 31, 2009

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Postage | US Mail | $0.61 |
| Duplicating | In-House ($0.10 per page) | $62.60 |
| **TOTAL** | | **$63.21** |

# 519320

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4931108 | 05/21/09 | | 0022 | 933040 | 003496 | Inhouse Duplicating | $62.60 |
| | | | | | | Total Disbursements | $62.60 |

### Disbursements Summary

| Code | Description | | Amount |
|---|---|---|---|
| 0022 | Inhouse Duplicating | | $62.60 |
| | | Total Disbursements | $62.60 |

# 519321

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Fees and Disbursements Through 05/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4927976 | 05/19/09 | | 0004 | 931836 | 001003 | Postage | $0.61 |
| | | | | | | Total Disbursements | $0.61 |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $0.61 |
| | Total Disbursements | $0.61 |