# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
:
*In re*                                  :       Chapter 11
:
Nortel Networks Inc., *et al.*,[1]        :       Case No. 09-10138 (KG)
:
              Debtors.     :       Jointly Administered
:
--------------------------------------------------------X      **Objections Due:  September 21, 2009 at 4:00 p.m.**
                                                      **(ET)**

### NOTICE OF SIXTH INTERIM APPLICATION OF CROWELL & MORING LLP AS SPECIAL COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES <u>INCURRED FOR THE PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009</u>

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

           Attached hereto is the attached **Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2009 Through June 30, 2009** (the "Application").

           You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **<u>September 21, 2009 at 4:00 p.m. (Eastern Time)</u>** (the "Objection Deadline").

           At the same time, you must serve such Objection on counsel for the Debtor so as to be received by the Objection Deadline.

           A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).    Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2952614.6

        IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE
COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT
FURTHER NOTICE OR HEARING.


Dated: August 31, 2009                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP
         Wilmington, Delaware

                                           _____
                                           Derek C. Abbott (No. 3376)
                                           Eric D. Schwartz (No. 3134)
                                           Ann C. Cordo (No. 4817)
                                           Andrew R. Remming (No. 5120)
                                           1201 North Market Street, 18th Floor
                                           P.O. Box 1347
                                           Wilmington, Delaware  19899-1347
                                           Phone:  (302) 658-9200
                                           Facsimile:  (302) 658-3989

                                           *Delaware and General Bankruptcy Counsel for the
                                           Debtors and Debtors-in-Possession*

2952614.6