**EXHIBIT A**

# 519324



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 08/14/09 13:37

Fees and Disbursements Through 06/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $4,602.15 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$4,602.15** | | | |
| Address: Nancy O'Neal | | | YTD Fees Billed | $42,723.45 |
| US Compliance Advisor | | | YTD Disb Billed | $0.00 |
| Nortel | | | | |
| 4655 Great America Parkway | | | LTD Fees Billed | $42,723.45 |
| Santa Clara, CA 95054 | | | LTD Disb Billed | $0.00 |
| | | | A/R Balance This Matter | $42,723.45 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7010508 | 06/01/09 | Meade, K. | Conference with Ms. Foster re preparation of job groups for AAPs based on 2009 data. | 0.20 | $90.90 |
| 7039829 | 06/02/09 | Foster, J. | Begin analysis of workforce data for 2009 affirmative action plans to determine job groups for new plans. | 2.90 | $861.30 |
| 7039950 | 06/03/09 | Foster, J. | Complete recommendations for job groups for new affirmative action plans. | 1.90 | $564.30 |
| 7040031 | 06/04/09 | Foster, J. | Per Mr. Meade's recommendations, revise job group suggestions for new plans (0.6); participate in conference call re affirmative action issues (1.0). | 1.60 | $475.20 |
| 7037464 | 06/04/09 | Meade, K. | Review of proposed job groups and conference with Ms. Foster re same. | 0.50 | $227.25 |

**519324**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Fees and Disbursements Through 06/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7037465 | 06/04/09 | Meade, K. | Telephone conference with AAP team re proposed job groups. | 0.30 | $136.35 |
| 7055642 | 06/08/09 | Foster, J. | Review Ms. Elro's questions re job group suggestions for 2009 affirmative action plans and research and respond to questions. | 1.60 | $475.20 |
| 7056114 | 06/11/09 | Foster, J. | Review updated applicant data for 2009 affirmative action plans (0.3); conference call with company and Mr. Meade re audits and next steps on affirmative action plans (1.0); review original applicant data for two requisitions identified as being potentially over-inclusive in the number of applicants listed and briefly summarize what original data shows (0.5). | 1.80 | $534.60 |
| 7079528 | 06/15/09 | Foster, J. | Review requisition numbers with numerous applicants to identify source of applicant data; conference with Mr. Meade re outstanding tasks. | 0.40 | $118.80 |
| 7057941 | 06/16/09 | Meade, K. | Voicemail exchange with Ms. O'Neal re AAPs. | 0.20 | $90.90 |
| 7079726 | 06/17/09 | Foster, J. | Prepare for and participate in call with Ms. Bernard re discrepancy in applicant numbers in IT function for requisition numbers with high number of applicants. | 0.60 | $178.20 |
| 7079855 | 06/18/09 | Foster, J. | Prepare for and attend conference call re audits and affirmative action plan status, strategy, and next steps. | 0.70 | $207.90 |
| 7068707 | 06/18/09 | Meade, K. | Conference with Ms. Foster re status of 2009 AAP data and job group alignment. | 0.20 | $90.90 |
| 7081975 | 06/23/09 | Meade, K. | Telephone conference with Ms. Doxey re status of 2009 AAPs and impact of ongoing organizational changes impacting same. | 0.10 | $45.45 |
| 7100720 | 06/25/09 | Foster, J. | Prepare for and participate in conference call re status of responses to audits and next steps for drafting 2009 affirmative | 1.20 | $356.40 |

**519324**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 06/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | action plans. | | |
| 7108876 | 06/29/09 | Foster, J. | Conduct overview review of revised data for 2009 affirmative action plans. | 0.50 | $148.50 |
| | | | Professional Services Total | 14.70 | $4,602.15 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $454.50 | 1.50 | $681.75 |
| 003496 | Associate | Foster, J. | $297.00 | 13.20 | $3,920.40 |
| | | | Fees Value | 14.70 | $4,602.15 |

# 519325



## crowell⸺moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit  

Proforma Generation Date: 08/14/09 13:37

Fees and Disbursements Through 06/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,489.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,489.00** | | |
| Address: Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | YTD Fees Billed | $2,386.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $2,386.00 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $2,386.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7010511 | 06/01/09 | Meade, K. | Conference with Ms. Foster re applicant issues relating to the new hire graduates and data submitted to the OFCCP. | 0.20 | $105.00 |
| 7037459 | 06/03/09 | Meade, K. | Conference with Mses. Springer and Foster re final recommendations re applicants for new graduate hiring program. | 0.30 | $157.50 |
| 7037469 | 06/04/09 | Meade, K. | Telephone conference with audit team to discuss IT applicant tracking issues relating to new graduate hiring program, steps in process, and likely position vis-a-vis the OFCCP. | 0.60 | $315.00 |
| 7052557 | 06/09/09 | Meade, K. | Begin reviewing summary from Ms. Bernard re stages at which new hire graduate applicants fell out of the hiring process for job groups at issue and further email exchanges re same. | 0.40 | $210.00 |

# 519325

CROWELL & MORING<br>
BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 06/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7052569 | 06/11/09 | Meade, K. | Begin reviewing analysis of compensation analysis for IT group and residuals for same. | 0.40 | $210.00 |
| 7052570 | 06/11/09 | Meade, K. | Begin analyzing email from Ms. Bernard re disposition of new hire graduate applicants and extent to which certain knock-out questions determined applicant pool. | 0.40 | $210.00 |
| 7052571 | 06/11/09 | Meade, K. | Email exchanges with Ms. Bernard and Ms. O'Neal re new hire graduate applicants in IT job group at issue. | 0.40 | $210.00 |
| 7052572 | 06/11/09 | Meade, K. | Telephone conference with Mses. Bernard, O'Neal and Foster re new hire graduate applicant issue, final counts of same, and potential explanations to the OFCCP re same. | 0.80 | $420.00 |
| 7052573 | 06/11/09 | Meade, K. | Conference with Ms. Foster re confirming applicant data for IT group and reconciling same with Ms. Bernard's figures. | 0.20 | $105.00 |
| 7068708 | 06/18/09 | Meade, K. | Telephone conference with audit team re status of applicant data and submission to the OFCCP re adverse impact driven by new graduate hiring program. | 0.30 | $157.50 |
| 7081974 | 06/23/09 | Meade, K. | Telephone conference with Ms. Doxey re status of response to OFCCP request for information re applicants and compensation, and impact of Company efforts to sell businesses on same. | 0.20 | $105.00 |
| 7100511 | 06/24/09 | Foster, J. | Draft letter responding to OFCCP audit re analysis of compensation data in the IT Functional Affirmative Action Plan. | 0.80 | $284.00 |
| | | | **Professional Services Total** | **5.00** | **$2,489.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 4.20 | $2,205.00 |

**519325**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 06/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 003496 | Associate | Foster, J. | $355.00 | 0.80 | $284.00 |
| | | | Fees Value | **5.00** | **$2,489.00** |

# 519326

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 08/24/09 09:30

Fees and Disbursements Through 06/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $11,466.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 6.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$11,472.00** | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $46,342.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $46,342.50 |
| | | LTD Disb Billed | $0.00 |
| | | A/R Balance This Matter | $46,342.50 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7039018 | 06/02/09 | Cheney, M | Conference with Ms. Shepard re status of monthly fee statements. | 0.10 | $55.00 |
| 7039122 | 06/04/09 | Cheney, M | Revise April fee statement. | 0.20 | $110.00 |
| 7057371 | 06/08/09 | Cheney, M | Call to Ms. Cordo re fee statements | 0.10 | $55.00 |
| 7057374 | 06/08/09 | Cheney, M | Review and revise January fee statement | 0.70 | $385.00 |
| 7057376 | 06/08/09 | Cheney, M | Review and revise February fee statement | 0.90 | $495.00 |
| 7057377 | 06/08/09 | Cheney, M | Review and revise March fee statement | 0.80 | $440.00 |
| 7057379 | 06/08/09 | Cheney, M | Review and revise April fee statement | 0.70 | $385.00 |
| 7046385 | 06/08/09 | Shepard, J. | Discussion regarding formating the fee applications and to discuss the processes we will perform to meet filing deadline. | 1.20 | $324.00 |
| 7057391 | 06/09/09 | Cheney, M | Review and revise January fee statement | 0.10 | $55.00 |
| 7057392 | 06/09/09 | Cheney, M | Review and revise February fee statement | 0.30 | $165.00 |

- 1 -

# 519326

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 06/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7057393 | 06/09/09 | Cheney, M | Review and revise March fee statement | 0.30 | $165.00 |
| 7057396 | 06/09/09 | Cheney, M | Review and revise April fee statement | 0.30 | $165.00 |
| 7057397 | 06/09/09 | Cheney, M | Conference with Ms. Shepard re fee statements | 0.60 | $330.00 |
| 7045730 | 06/09/09 | Shepard, J. | Under the supervision of Mr. Cheney, edit descriptions for several matters in January (.9), February (.9) and March (1.1). | 2.90 | $783.00 |
| 7057415 | 06/10/09 | Cheney, M | Review and revise January fee statement | 0.30 | $165.00 |
| 7057417 | 06/10/09 | Cheney, M | Review and revise February fee statement | 0.30 | $165.00 |
| 7057419 | 06/10/09 | Cheney, M | Review and revise March fee statement | 0.30 | $165.00 |
| 7057420 | 06/10/09 | Cheney, M | Review and revise April fee statement | 0.30 | $165.00 |
| 7057475 | 06/11/09 | Cheney, M | Conference with Ms. Shepard re fee statements | 0.80 | $440.00 |
| 7057477 | 06/11/09 | Cheney, M | Conference with Mr. Regan re fee statements | 0.20 | $110.00 |
| 7057479 | 06/11/09 | Cheney, M | Review and revise January fee statement | 0.10 | $55.00 |
| 7057480 | 06/11/09 | Cheney, M | Review and revise February fee statement | 0.10 | $55.00 |
| 7057483 | 06/11/09 | Cheney, M | Review and revise March fee statement | 0.10 | $55.00 |
| 7057484 | 06/11/09 | Cheney, M | Review and revise April fee statement | 0.20 | $110.00 |
| 7045480 | 06/11/09 | Shepard, J. | Request further edits from accounting a practice leaders (.9). Discuss with Mr. Cheney edits for the text and further consideration for formatting the charts (.8). | 1.70 | $459.00 |
| 7057524 | 06/12/09 | Cheney, M | Review and revise January fee statement | 0.40 | $220.00 |
| 7057526 | 06/12/09 | Cheney, M | Review and revise February fee statement | 0.40 | $220.00 |
| 7057528 | 06/12/09 | Cheney, M | Review and revise March fee statement | 0.40 | $220.00 |
| 7057530 | 06/12/09 | Cheney, M | Review and revise April fee statement | 0.40 | $220.00 |
| 7078498 | 06/16/09 | Cheney, M | Review and revise fee statements for January, February, March and April. | 1.80 | $990.00 |
| 7078516 | 06/17/09 | Cheney, M | Email Ms. Cordo re monthly fee statements. | 0.30 | $165.00 |
| 7078519 | 06/17/09 | Cheney, M | Conference with Ms. Shepard re fee statements. | 0.10 | $55.00 |
| 7078524 | 06/17/09 | Cheney, M | Teleconference with Ms. Cordo re monthly fee statements. | 0.10 | $55.00 |
| 7078632 | 06/19/09 | Cheney, M | Review and revise quarterly fee application. | 1.00 | $550.00 |

PROFORMA (watermark)

# 519326

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 06/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7078635 | 06/19/09 | Cheney, M | Conference with Ms. Shepard re quarterly fee application. | 0.10 | $55.00 |
| 7089273 | 06/22/09 | Cheney, M | Review and revise quarterly fee application. | 1.30 | $715.00 |
| 7089376 | 06/24/09 | Cheney, M | Review and revise quarterly fee application. | 1.20 | $660.00 |
| 7089381 | 06/24/09 | Cheney, M | Conference with Ms. Shepard re quarterly fee application. | 0.20 | $110.00 |
| 7089383 | 06/24/09 | Cheney, M | Email Ms. Cordo re quarterly fee application. | 0.20 | $110.00 |
| 7090083 | 06/26/09 | Cheney, M | Call with Ms. Daniluk re invoices for fee statements. | 0.10 | $55.00 |
| 7090084 | 06/26/09 | Cheney, M | Email to/from Ms. Daniluk re distribution of invoices to Nortel attorneys. | 0.20 | $110.00 |
| 7100377 | 06/28/09 | Cheney, M | Review conflicts information for disclosures in supplemental declaration. | 0.60 | $330.00 |
| 7100463 | 06/29/09 | Cheney, M | Email to Ms. Cordo enclosing supplemental declaration. | 0.10 | $55.00 |
| 7100444 | 06/29/09 | Cheney, M | Draft supplemental declaration with additional disclosures. | 1.20 | $660.00 |
| 7100447 | 06/29/09 | Cheney, M | Conference with Mr. Regan re supplemental declaration. | 0.10 | $55.00 |
| | | | **Professional Services Total** | **23.80** | **$11,466.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $550.00 | 18.00 | $9,900.00 |
| 006382 | Practice Supp | Shepard, J. | $270.00 | 5.80 | $1,566.00 |
| | | | Fees Value | 23.80 | $11,466.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|

- 3 -

# 519326

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 06/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4965643 | 06/18/09 | | 0004 | 948663 | 001835 | Postage | $4.95 |
| 4972059 | 06/24/09 | | 0004 | 951968 | 001835 | Postage | $1.05 |
| | | | | | | Total Disbursements | **$6.00** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $6.00 |
| | Total Disbursements | **$6.00** |

-4-