**EXHIBIT B**

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2009 Through June 30, 2009

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| Postage | U.S. First Class Mail | $6.00 |
| **TOTAL** | | **$6.00** |

# 519326

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001835 / Matthew Cheney      Fees and Disbursements Through 06/30/09
Client: 105185 / Nortel Networks Corp      Last Date Billed 07/15/09 (Through 04/30/09)
Matter: 105185.0000189 / Fee/Employment Application - US      Proforma Joint Group #

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4965643 | 06/18/09 | | 0004 | 948663 | 001835 | Postage | $4.95 |
| 4972059 | 06/24/09 | | 0004 | 951968 | 001835 | Postage | $1.05 |
| | | | | | | **Total Disbursements** | **$6.00** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $6.00 |
| | **Total Disbursements** | **$6.00** |

