**EXHIBIT A**

# 519327



## BILLABLE PROFORMA

Billing Attorney: 000112 / W. Randolph Smith
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000025 / Antitrust Counseling

Proforma Generation Date: 08/26/09 14:37

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 03/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $795.00 | | Unallocated Cash | $172.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$795.00** | | | |
| Address: Nortel Accounts Payable Department P.O. Box 280510 Nashville, TN 37728 | | | YTD Fees Billed | $3,354.00 |
| | | | YTD Disb Billed | $0.00 |
| | | | LTD Fees Billed | $3,354.00 |
| | | | LTD Disb Billed | $0.00 |
| | | | A/R Balance This Matter | $3,182.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7184985 | 07/21/09 | Tisch, R. | Counsel Mr. Levin on potential Section Two and Robinson Patman issues related to several sales incentive programs (1.30); teleconference with Mr. Lipstein re same (.20). | 1.50 | $795.00 |
| | | | Professional Services Total | **1.50** | **$795.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 003389 | Counsel | Tisch, R. | $530.00 | 1.50 | $795.00 |
| | | | Fees Value | **1.50** | **$795.00** |

-1-

# 519328



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000126 / Linex v. Nortel et al.

Proforma Generation Date: 08/21/09 12:48

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 02/28/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | |
|---|---:|---:|
| Total Fees This Proforma | $116.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$116.00** | |

| | |
|---|---:|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $4,806.00 |
| YTD Disb Billed | $36.97 |
| LTD Fees Billed | $4,806.00 |
| LTD Disb Billed | $36.97 |
| A/R Balance This Matter | $4,842.97 |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---:|---:|
| 7187552 | 07/06/09 | Jacobs, M. | E-mails with Mr. Spector and from plaintiff's counsel re return of mediation deposits. | 0.20 | $116.00 |
| | | | Professional Services Total | **0.20** | **$116.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001365 | Partner | Jacobs, M. | $580.00 | 0.20 | $116.00 |
| | | | Fees Value | **0.20** | **$116.00** |

# 519329



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 08/24/09 15:18

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $4,133.70 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 3.60 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$4,137.30** | | | |
| Address: Nancy O'Neal | | | YTD Fees Billed | $42,723.45 |
| US Compliance Advisor | | | YTD Disb Billed | $0.00 |
| Nortel | | | | |
| 4655 Great America Parkway | | | LTD Fees Billed | $42,723.45 |
| Santa Clara, CA 95054 | | | LTD Disb Billed | $0.00 |
| | | | A/R Balance This Matter | $42,723.45 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7135315 | 07/06/09 | Foster, J. | Prepare for and attend conference re status of plan preparation and submissions in response to audits. | 0.80 | $237.60 |
| 7115072 | 07/06/09 | Meade, K. | Telephone conference with Ms. Butts re upcoming audits of Nortel FAAPs, status of the Company's bankruptcy proceeding, and timeline for same. | 0.30 | $136.35 |
| 7115076 | 07/06/09 | Meade, K. | Telephone conference with audit and AAP team re telephone conference with Ms. Butts re status of Nortel and future audits, re status of 2009 AAPs, and re prioritization of outstanding tasks. | 0.30 | $136.35 |
| 7130407 | 07/10/09 | Meade, K. | Conference with Ms. Foster re job groups for AAPs and sequencing of same. | 0.20 | $90.90 |
| 7220176 | 07/15/09 | Foster, J. | Conference with Ms. Spring and Mr. Meade re | 0.20 | $59.40 |

# 519329

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | status and next steps. | | |
| 7155305 | 07/15/09 | Foster, J. | Review and inventory 2008 completed AAPs and prepare IT and Carrier Networks AAPs for posting on Extranet. | 0.80 | $237.60 |
| 7155342 | 07/16/09 | Foster, J. | Participate in conference call re status of audits and AAP. | 1.00 | $297.00 |
| 7244533 | 07/16/09 | Foster, J. | Begin analysis of data to draft IT 2009 AAP. | 0.90 | $267.30 |
| 7244536 | 07/16/09 | Foster, J. | Conference with Ms. Springer re question about follow-up with veterans re-identification and draft response to team re same. | 0.70 | $207.90 |
| 7148771 | 07/16/09 | Meade, K. | Conference with Ms. Foster re compliance issues that arose in connection with weekly call and email to AAP team re same. | 0.20 | $90.90 |
| 7244520 | 07/23/09 | Foster, J. | Prepare memorandum regarding issues needing resolution prior to drafting affirmative action plan. | 2.00 | $594.00 |
| 7244523 | 07/23/09 | Foster, J. | Participate in team conference call re AAPs and outstanding audit submissions. | 0.40 | $118.80 |
| 7174038 | 07/23/09 | Foster, J. | Analyze 2009 data for the IT FAAP. | 1.00 | $297.00 |
| 7191223 | 07/27/09 | Foster, J. | Coordinate production of reports with information technology. | 0.20 | $59.40 |
| 7191265 | 07/28/09 | Foster, J. | Continue to coordinate encryption of reports for Ms. Pham. | 0.10 | $29.70 |
| 7244540 | 07/30/09 | Foster, J. | Prepare for and participate in conference call re status of plans and audits. | 1.50 | $445.50 |
| 7191364 | 07/30/09 | Foster, J. | Draft document to show how 2009 data should be "mapped" to pre-designated job groups. | 1.50 | $445.50 |
| 7192929 | 07/30/09 | Springer, R. | Review data for 2009 AAP and discuss data issues with Ms. Foster. | 0.40 | $153.00 |
| 7192932 | 07/31/09 | Springer, R. | Confer with IT department regarding coding job groups for 2009 AAPs. | 0.20 | $76.50 |
| 7220178 | 07/31/09 | Springer, R. | Review AAP data. | 0.40 | $153.00 |

# 519329

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Professional Services Total | 13.10 | $4,133.70 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $454.50 | 1.00 | $454.50 |
| 001220 | Counsel | Springer, R. | $382.50 | 1.00 | $382.50 |
| 003496 | Associate | Foster, J. | $297.00 | 11.10 | $3,296.70 |
| | | | Fees Value | 13.10 | $4,133.70 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4991110 | 07/13/09 | | 0022 | 961810 | 003496 | Inhouse Duplicating | $3.60 |
| | | | | | | Total Disbursements | $3.60 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $3.60 |
| | Total Disbursements | $3.60 |

- 3 -

# 519330



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 08/14/09 13:38

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $3,138.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$3,138.50** | |

| | | |
|---|---|---|
| Unallocated Cash | | $0.00 |
| Trust Balance | | $0.00 |
| YTD Fees Billed | | $2,386.00 |
| YTD Disb Billed | | $0.00 |
| LTD Fees Billed | | $2,386.00 |
| LTD Disb Billed | | $0.00 |
| A/R Balance This Matter | | $2,386.00 |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7115077 | 07/06/09 | Meade, K. | Telephone conference with audit team re new grad hiring applicant issue, update from Ms. Bergoff re same, and next steps. | 0.30 | $157.50 |
| 7121698 | 07/06/09 | Meade, K. | Begin reviewing and revising draft letter to the OFCCP re individualized compensation. | 0.40 | $210.00 |
| 7135326 | 07/07/09 | Foster, J. | Prepare submission showing individualized compensation data in response to OFCCP audit request. | 2.00 | $710.00 |
| 7220160 | 07/07/09 | Meade, K. | Conference with Ms. Foster re data elements to be provided to the OFCCP in connection with IT audit, review of data relied upon for analysis to determine same, and resolve outstanding issues re same. | 0.60 | $315.00 |
| 7121703 | 07/07/09 | Meade, K. | Review and revise draft letter to the OFCCP | 0.60 | $315.00 |

# 519330

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | enclosing individualized compensation data and explaining methodology for conducting regression analysis of same. | | |
| 7121713 | 07/08/09 | Meade, K. | Review of email from Ms. Doxey enclosing the Nortel audit team's revisions to the draft letter to the OFCCP and review accompanying letter. | 0.20 | $105.00 |
| 7130408 | 07/10/09 | Meade, K. | Conference with Ms. Foster re draft letter to the OFCCP re applicants for positions IT FAAP, re use of information from the Company re same and re format for submission. | 0.30 | $157.50 |
| 7220163 | 07/14/09 | Foster, J. | Conduct adverse impact analysis based on each stage of the process. | 1.20 | $426.00 |
| 7155258 | 07/14/09 | Foster, J. | Draft letter to OFCCP describing selection process for two job groups with adverse impact in IT FAAP. | 1.50 | $532.50 |
| 7148772 | 07/16/09 | Meade, K. | Email to audit team re status of submission to the OFCCP re applicant selection processes. | 0.10 | $52.50 |
| 7159651 | 07/23/09 | Meade, K. | Telephone conference with audit team re revisions to draft submission re compensation and re draft submission re competitive selections. | 0.30 | $157.50 |
| | | | **Professional Services Total** | **7.50** | **$3,138.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 2.80 | $1,470.00 |
| 003496 | Associate | Foster, J. | $355.00 | 4.70 | $1,668.50 |
| | | | **Fees Value** | **7.50** | **$3,138.50** |

# 519331



## crowell&moring
### BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 08/24/09 09:27

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | |
|---|---|
| Total Fees This Proforma | $3,025.00 |
| Total Disbursements This Proforma | 30.00 |
| **TOTAL THIS PROFORMA** | **$3,055.00** |
| Address: Nortel Networks Corp | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $46,342.50 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $46,342.50 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $46,342.50 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7134292 | 07/09/09 | Cheney, M | Review docket re status of fee statements. | 0.20 | $110.00 |
| 7134294 | 07/09/09 | Cheney, M | Email to/from Ms. Cordo re status of fee statements and CNOs. | 0.20 | $110.00 |
| 7134295 | 07/09/09 | Cheney, M | Email Ms. Shepard re May pro formas. | 0.10 | $55.00 |
| 7134336 | 07/09/09 | Cheney, M | Email Ms. Shepard re May fee statement. | 0.10 | $55.00 |
| 7134364 | 07/10/09 | Cheney, M | Email to Ms. Cordo re fee hearing and CNOs. | 0.20 | $110.00 |
| 7153759 | 07/14/09 | Cheney, M | Make Court Call arrangements for fee hearing. | 0.20 | $110.00 |
| 7153766 | 07/15/09 | Cheney, M | Call with Ms. Salvatore re fee issues. | 0.30 | $165.00 |
| 7153767 | 07/15/09 | Cheney, M | Conference with Mr. Regan and Ms. Hodges re fee issues. | 0.70 | $385.00 |
| 7153768 | 07/15/09 | Cheney, M | Conference with Ms. Shepard re outstanding fee invoices and steps for payment upon approval. | 0.20 | $110.00 |

# 519331

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7153797 | 07/16/09 | Cheney, M | Call and email with Ms. Salvatore re fee order. | 0.40 | $220.00 |
| 7153798 | 07/16/09 | Cheney, M | Review information in advance of hearing re reduction of fees. | 0.50 | $275.00 |
| 7153806 | 07/17/09 | Cheney, M | Review and revise proposed fee order. | 0.60 | $330.00 |
| 7153807 | 07/17/09 | Cheney, M | Email Ms. Cordo re edits to fee order. | 0.20 | $110.00 |
| 7153809 | 07/17/09 | Cheney, M | Prepare for fee hearing. | 0.30 | $165.00 |
| 7153811 | 07/17/09 | Cheney, M | Attend fee hearing. | 0.40 | $220.00 |
| 7153812 | 07/17/09 | Cheney, M | Email Mr. Regan re status of fees. | 0.10 | $55.00 |
| 7171421 | 07/20/09 | Cheney, M | Review order approving fees. | 0.20 | $110.00 |
| 7171424 | 07/20/09 | Cheney, M | Conference with Ms. Shepard re payment of approved fees. | 0.30 | $165.00 |
| 7171425 | 07/20/09 | Cheney, M | Review May billing statement. | 0.30 | $165.00 |
| | | | **Professional Services Total** | **5.50** | **$3,025.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $550.00 | 5.50 | $3,025.00 |
| | | **Fees Value** | | **5.50** | **$3,025.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5030079 | 07/17/09 | 10040 | 0200 | 976029 | 001835 | Miscellaneous - - VENDOR: CourtCall Miscellaneous- VENDOR; CourtCall- for telephonice Court Appearance on 7.17.09 | $30.00 |
| | | | | | | **Total Disbursements** | **$30.00** |

- 2 -

# 519331

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

### Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0200 | Miscellaneous | $30.00 |
| | Total Disbursements | $30.00 |

