**EXHIBIT B**

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2009 Through July 31, 2009

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Duplicating | C&M In-House ($.10) | $3.60 |
| Conference Call/Court Hearing | CourtCall, LLC | $30.00 |
| **TOTAL** | | **$33.60** |

# 519331

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 07/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

## Disbursements Detail

| Index | Date | Check | AP Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5030079 | 07/17/09 | 10040 | 0200 | 976029 | 001835 | Miscellaneous - - VENDOR: CourtCall Miscellaneous- VENDOR; CourtCall- for telephonice Court Appearance on 7.17.09 | $30.00 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous | $30.00 |
|  | Total Disbursements | $30.00 |

1

**519329**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 07/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group #

## Disbursements Detail

| Index | Date | AP Check Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|
| 4991110 | 07/13/09 | | 0022 | 961810 003496 | Inhouse Duplicating | $3.60 |
| | | | | | Total Disbursements | |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $3.60 |
| | Total Disbursements | $3.60 |

3