## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **First Quarterly Fee Application Request Of Palisades Capital Advisors LLC,**

**Pension Co-Advisor For The Debtors And Debtors-In-Possession, For The Period May 8,**

**2009 Through July 31, 2009** was caused to be made on August 31, 2009, in the manner

indicated upon the entities identified below:

Date: August 31, 2009

Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, ON  M9C 5K1
CANADA
(Debtor)

Fred S.  Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

3026412.2

3026412.2