IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*                                                                         : Chapter 11

Nortel Networks Inc., *et al.*,[1]                                : Case No. 09-10138 (KG)

                    Debtors.                  : Jointly Administered

: Hearing Date: September 30, 2009 at 10:00 a.m. (ET)

---------------------------------------------------------X

## SECOND QUARTERLY FEE APPLICATION REQUEST OF JACKSON LEWIS LLP AS COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2009 THROUGH JULY 31, 2009

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Jackson Lewis LLP ("Jackson Lewis") hereby submits its Second Quarterly Fee Application Request (the "Request") for the period May 1, 2009 through and including July 31, 2009[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 1092, 1317, and 1400 contain detailed listing of Jackson Lewis' requested fees and expenses for the Application Periods.

Jackson Lewis seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 7/16/09 D.I. 1092 | 5/1/09 – 5/31/09 | $13,962.50 | $67.47 | 8/17/09 D.I. 1329 | $11,575.00 | $67.47 | $2,792.50 |
| 8/14/09 D.I. 1317 | 6/1/09 – 6/30/09 | $35,067.50 | $1,276.53 | Pending | $28,054.00 | $1,276.53 | $7,013.50 |
| 8/28/09 D.I. 1400 | 7/1/09 – 7/31/09 | $13,966.25 | $12.63 | Pending | $11,173.00 | 12.63 | $2,793.25 |
| **TOTAL** | | **$62,996.25** | **$1,356.63** | | **$50,802.00** | **$1,356.63** | **$12,599.25** |

In accordance with the Compensation Order, Jackson Lewis seeks quarterly approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Jackson Lewis respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Jackson Lewis such other and further relief as is just and proper.

Dated: August 31, 2009
New Orleans, LA

JACKSON LEWIS LLP

By: _____
René E. Thorne
Jason M. Stein
Susanne Veters
Christopher L. Williams
650 Poydras, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

Attorneys for Defendants Nortel Networks Corp. in *In re Nortel Networks Corporation ERISA Litigation*, Middle District of Tennessee, No. 3:03-MDL-1537

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Split Bill – Nortel Networks/Chubb Insurance

May 1, 2009 Through July 31, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation | Nortel's 50% of Total Compensation* |
|---|---|---|---|---|---|
| René E. Thorne | Partner/ERISA | 500.00 | 28.1 | 14,050.00 | 7,025.00 |
| Jason M. Stein | Associate/ERISA | 425.00 | 24.7 | 10,497.50 | 5,248.75 |
| Christopher Williams | Associate/ERISA | 375.00 | 5.3 | 1,987.50 | 993.75 |
| Donna S. Hebert | Paralegal | 150.00 | 30. | 4,500.00 | 2,250.00 |
| **Total** | | | **88.1** | **31,035.00** | **15,517.50** |
| **GRAND TOTAL DUE FROM NORTEL: $15,517.50** | | | | | |
| **BLENDED RATE:** $362.50 | | | | | |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
Nortel Networks Only – Non Insurance

May 1, 2009 Through July 31, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| René E. Thorne | Partner/ERISA | 500.00 | 70.5 | 35,250.00 |
| Jason M. Stein | Associate/ERISA | 425.00 | 4.7 | 1,997.50 |
| Donna S. Hebert | Paralegal | 150.00 | 69.2 | 10,380.00 |
| **Total** | | | **144.4** | **47,627.50** |
| **GRAND TOTAL:** $47,627.50 | | | | |
| **BLENDED RATE:** $358.33 | | | | |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

**Split Bill – Nortel Networks/Chubb Insurance**
May 1, 2009 Through July 31, 2009

| Project Category | Total Hours | Total Fees | Nortel's 50% of Total Compensation |
|---|---|---|---|
| Analysis/Strategy | 9.3 | 4,037.50 | 2,018.75 |
| Settlement/Non-Binding ADR | 20.4 | 9,817.50 | 4,913.75 |
| Other Case Assessment, Developments & Administration | 3.8 | 1,202.50 | 601.25 |
| Pleadings | 19.7 | 7,780.00 | 3,890.00 |
| Other Written Motions & Submissions | 3.7 | 1,800.00 | 999.00 |
| Class Action Certification & Notice | .9 | 450.00 | 225.00 |
| Discovery Motions | 1.8 | 765.00 | 382.50 |
| Document Production | 19.4 | 3,625.00 | 1,812.50 |
| Other Discovery | 8.4 | 1,260.00 | 630.00 |
| TOTAL | 87.4 | 30,737.50 | 15,472.75 |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
**Nortel Networks Only – Non Insurance**
January 14, 2009 Through April 30, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 17.5 | 8,750.00 |
| Settlement/Non-Binding ADR | 46.3 | 22,947.50 |
| Other Case Assessment, Developments & Administration | 2.8 | 887.50 |
| Pleadings | 71.4 | 11,865.00 |
| Other Written Motions & Submissions | 4.2 | 2,077.50 |
| Document Production | 2.2 | 1,100.00 |
| TOTAL | 144.4 | 47,627.50 |

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2009 Through July 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Travel (Airline) | | 344.80 | Nortel/Non-Insurance-100% |
| Travel (Meals) | | 44.62 | Nortel/Non-Insurance-100% |
| Travel (Cabfare) | | 25.00 | Nortel/Non-Insurance-100% |
| Travel (Hotel) | | 833.50 | Nortel/Non-Insurance-100% |
| Travel (Airport Parking) | | 60.00 | Nortel/Non-Insurance-100% |
| Refund (from Boston hotel for incorrect charges) | | -40.00 | Nortel/Non-Insurance-100% |
| Postage | | 45.84 | Nortel/Non-Insurance-100% |
| Duplicating | In Office | 15.12* | 7.56* |
| Duplicating | In Office | 1.92 | Nortel/Non-Insurance-100% |
| Telephone | | 10.11 | Nortel/Non-Insurance-100% |
| Computer Research | Lexis | 23.28 | |
| Paralegal Overtime[3] | | | |
| **Grand Total Expenses** | | | 1,356.63 |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

---

[3] Work performed by paralegals on behalf of the Debtors outside of normal business hours.