IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                                        : Chapter 11

Nortel Networks Inc., et al.,[1]                             : Case No. 09-10138 (KG)

                         Debtors.                           : Jointly Administered

------------------------------------------------------------X     Hearing date: September 30, 2009 at 10:00 a.m. (E.T.)

## SECOND QUARTERLY FEE APPLICATION REQUEST OF CROWELL & MORING LLP, SPECIAL COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2009 THROUGH JULY 31, 2009

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Crowell & Moring LLP hereby submits its Second Quarterly Fee Application Request (the "Request") for the period May 1, 2009 through and including July, 2009[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 1408, 1409, and 1410 contain the detailed listing of Crowell & Moring LLP's requested fees and expenses for the Application Period.

Crowell & Moring LLP seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No.[2] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Pending Allowance (80%) | Amount of Expenses Pending Allowance (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 8/31/09; D.I. 1408 | 5/1/09 – 5/31/09 | $7,900.55 | $63.21 | | $6,320.44 | $63.21 | $1,580.11 |
| 8/31/09; D.I. 1409 | 6/1/08 – 6/30/09 | $18,557.15 | $6.00 | | $14,845.72 | $6.00 | $3,711.43 |
| 8/31/09; D.I. 1410 | 7/1/09 – 7/31/09 | $11,208.20 | $33.60 | | $8,966.56 | $33.60 | $2,241.64 |
| TOTAL | | $37,665.90 | $102.81 | | $30,132.72 | $102.81 | $7,533.18 |

In accordance with the Monthly Compensation Order, Crowell & Moring LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Crowell & Moring LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Crowell & Moring LLP such other and further relief as is just and proper.

Dated: September 1, 2009
Washington, D.C.

CROWELL & MORING LLP

*[signature]*

James J. Regan (D.C. Bar No. 267398)
Matthew W. Cheney (MD Fed. Bar No. 25299)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8749
Facsimile: (202) 628-5116

*Special Counsel for the Debtors
and Debtors-in-Possession*

2

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kris Meade | Partner | $454.50[3] | 3.8 | $1,727.10 |
| Kris Meade | Partner | $525.00 | 11 | $5,775.00 |
| Matthew Jacobs | Partner | $580.00 | 0.2 | $116.00 |
| Matthew Cheney | Counsel | $550.00 | 26.2 | $14,410.00 |
| Rebecca Springer | Counsel | $382.50 | 1 | $382.50 |
| Ryan Tisch | Counsel | $530.00 | 1.5 | $795.00 |
| Jane Foster | Associate | $297.00[3] | 33.9 | $10,068.30 |
| Jane Foster | Associate | $355.00 | 7.2 | $2,556.00 |
| Jane Shepard | Practice Support | $270.00 | 6.8 | $1,836.00 |
| **GRAND TOTAL** | | | **91.6** | **$37,665.90** |

---

[3] One of Crowell & Moring LLP's matters has a special modified fixed fee arrangement for 2009 under which Crowell & Moring LLP bills at its "B" rates.

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Antitrust Counseling | 1.5 | $795.00 |
| Linex v. Nortel et al. | .2 | $116.00 |
| AAP Preparation | 38.7 | $12,177.90 |
| North American Sales Audit | 1.5 | $787.50 |
| IT OFCCP | 16.7 | 7,543.00 |
| Fee Employment Application | 33 | $16,246.00 |
| **GRAND TOTAL** | **91.6** | **$37,665.40** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call/Court Hearing | CourtCall, LLC | $30.00 |
| Duplicating | In-house copying @$.10 per page | $66.20 |
| Postage | United States Mail | $6.61 |
| **GRAND TOTAL** | | **$102.81** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]