IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
          Debtors. : Jointly Administered
:
: Hearing Date: September 30, 2009 at 10:00
: a.m. (ET)
:
---------------------------------------------------------X

## SECOND QUARTERLY FEE APPLICATION REQUEST OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2009 THROUGH JULY 31, 2008

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") hereby submits its Second Quarterly Fee Application Request (the "Request") for the period May 1, 2009 through and including July 31, 2009[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 927, 1291 and 1411 contain detailed listing of Morris Nichols' requested fees and expenses for the Application Periods.

3095895.1

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 6/8/09 D.I. 927 | 5/1/09 – 5/31/08 | $83,006.00 | $25,040.48 | 7/31/09 D.I. 1255 | $66,404.80 | $25,040.48 | $16,601.20 |
| 8/5/09 D.I. 1291 | 6/1/09 – 6/30/09 | $74,734.50 | $42,928.97 | 8/26/09 D.I. 1388 | $59,787.60 | $42,928.97 | $14,946.90 |
| 8/31/09 D.I. 1411 | 7/1/09 – 7/31/09 | $117,769.50 | $53,271.92 | Pending | $94,215.60 | $53,271.92 | $23,553.90 |
| **TOTAL** | | **$275,510.00** | **$121,241.37** | | **$220,408.00** | **$121,241.37** | **$55,102.00** |

In accordance with the Monthly Compensation Order, Morris Nichols seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Morris Nichols respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Morris Nichols such other and further relief as is just and proper.

Dated: September 1, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Delaware and General Bankruptcy Counsel for the Debtors and Debtors-in-Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick H. Alexander | Partner/Corporate Counseling | 725 | 1.5 | 1,087.50 |
| Eric D. Schwartz | Partner/Bankruptcy | 550 | 63.6 | 34,980.00 |
| Eric D. Schwartz | Partner/Bankruptcy | 275 | 4.8 | 1,320.00 |
| Derek C. Abbott | Partner/Bankruptcy | 550 | 58.4 | 32,120.00 |
| Derek C. Abbott | Partner/Bankruptcy | 275 | 4.6 | 1,265.00 |
| Daniel B. Butz | Associate/Bankruptcy | 415 | .6 | 249.00 |
| John A. Sensing | Associate/Bankruptcy | 370 | .4 | 148.00 |
| Ann Cordo | Associate/Bankruptcy | 350 | 211.6 | 74,060.00 |
| Ann Cordo | Associate/Bankruptcy | 175 | 5.4 | 945.00 |
| Andrew Remming | Associate/Bankruptcy | 295 | 262.40 | 77,408.00 |
| Chad A. Fights | Associate/Bankruptcy | 295 | .4 | 118.00 |
| Erin R. Fay | Associate/Bankruptcy | 265 | 3.2 | 848.00 |
| Justin Kirk Houser | Summer Associate/Bankruptcy | 205 | 10.4 | 2,132.00 |
| Angela R. Conway | Paralegal | 205 | 22.7 | 4,653.50 |
| Renae M. Fusco | Paralegal | 205 | 14.8 | 3,034.00 |
| Emma J. Campbell | Paralegal | 190 | 159.9 | 30,381.00 |
| Jason Kittinger | Paralegal | 190 | 54.4 | 10,336.00 |
| Sonja Tate | Case Clerk | 125 | .4 | 50.00 |
| David Kelley | Trial Support | 150 | 2.5 | 375.00 |
| Total | | | 882.0 | 275,510.00 |
| **TOTALS** | | | **882.0** | **$275,510.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 211.8 | 57,354.00 |
| Asset Analysis and Recovery | .6 | 310.00 |
| Asset Disposition | 217.2 | 78,087.00 |
| Relief From Stay/Adequate Protection | 5.7 | 1,561.00 |
| Meetings of and Communications w/Creditors | 11.2 | 3,887.50 |
| Fee/Employment Applications | 125.3 | 33,525.00 |
| Assumption/Rejection of Leases and Contracts | 84.9 | 26,628.50 |
| Other Contested Matters | 43.5 | 12,823.00 |
| Non-Working Travel | 14.8 | 3,530.00 |
| Operations | 1.1 | 565.00 |
| Business Operations | 44.1 | 17,645.50 |
| Employee Benefits/Pensions | 7.1 | 3,205.00 |
| Financing/Cash Collections | 63.8 | 19,206.50 |
| Tax Issues | .3 | 94.00 |
| Real Estate | 2.8 | 890.00 |
| Board of Director Matters | 1.2 | 354.00 |
| Claims Administration and Objections | 36.0 | 12,492.50 |
| Claims and Plans | 2.5 | 737.50 |
| Plan and Disclosure Statement | 1.7 | 531.50 |
| Bankruptcy Related Advice | 6.4 | 2,082.50 |
| **TOTAL** | **882.0** | **$275,510.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | 1,128.50 |
| Transcripts | | 5,898.74 |
| Photos/Art/ Spec Duplicating | | 71,256.31 |
| Travel | | 1,204.50 |
| Meals | | 3,163.39 |
| Messenger Service | | 213.00 |
| Courier/Delivery Service | | 15,456.75 |
| Computer Research | Westlaw | 3,220.72 |
| Secretarial Overtime | | 163.23 |
| Support Staff Overtime | | 118.00 |
| Duplicating | | 6,540.00 |
| Postage | | 118.96 |
| Facsimile | | 10,169.75 |
| Pacer | | 876.40 |
| Computer Research | Lexis | 281.73 |
| Paralegal Overtime | | 230.86 |
| Paralegal Overtime Expense | | 107.72 |
| Hotel Accommodations | | 1,085.78 |
| Conference Call | | 7.03 |
| **Grand Total Expenses** | | **121,241.37** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

5