IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                         : Chapter 11
                                                                :
Nortel Networks Inc., *et al.*,[1]                              : Case No. 09-10138 (KG)
                                                                :
             Debtors.                      : Jointly Administered
                                                                :
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 1406]

PLEASE TAKE NOTICE that on August 31, 2009, copies of the **Order Authorizing Debtors To Take Actions In Furtherance Of An Agreement With The Pension Benefit Guaranty Corporation** (D.I. 1406, Entered 8/31/09) were served in the manner indicated upon the parties on the attached service list.

Dated: September 1, 2009
      Wilmington, Delaware

                         CLEARY GOTTLIEB STEEN & HAMILTON LLP

                         James L. Bromley
                         Lisa M. Schweitzer
                         One Liberty Plaza
                         New York, New York 10006
                         Telephone: (212) 225-2000
                         Facsimile: (212) 225-3999

                                - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3102349.1