# DLLR

MARTIN O'MALLEY, Governor
ANTHONY G. BROWN, Lt. Governor
THOMAS E. PEREZ, Secretary

## STATE OF MARYLAND
### DEPARTMENT OF LABOR, LICENSING AND REGULATION

DLLR Home Page * http://www.dllr.state.md.us
DLLR E-mail * dllr@dllr.state.md.us

August 26, 2009

United States Bankruptcy Court for
Delaware
Clerk's Office
824 Market Street, 5th Fl
Wilmington DE  19801

RE: **NORTHERN TELECOM INC *11***
DBA:
U.I. Account #: **0048263810**
Case #: **09-10138**

Dear Clerk:

The State of Maryland, Department of Labor, Licensing and Regulation, Office of Unemployment Insurance Contributions Division, request in accordance with rule 2002(g) of the Federal Rules of Bankruptcy Procedure, that the following name and address be added to the court's mailing matrix:

> State of Maryland, Department of Labor, Licensing and Regulation
> Office of Unemployment Insurance Contributions Division
> Litigation and Prosecution Unit
> 1100 North Eutaw Street, Room 401
> Baltimore, MD 21201

Enclosed please find a mailing label to be used in this request. Thank you for your time and attention to this matter. Please contact me if you have any questions, I can be reached at **410-767-2013**.

Sincerely,

TONISHA ESKRIDGE
Legal Secretary
Litigation and Prosecution Unit

cc:    Derek C Abbott, Esq



1100 N. EUTAW STREET □ BALTIMORE, MD 21201

TTY FOR THE DEAF (410) 767-2117

*Keeping Maryland Working and Safe*