UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks, Inc., *et al.*, | ) | Case Nos. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: D.I. 1316** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 2nd day of September 2009, I caused a copy of the within *Objection of Motorola, Inc. to Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset and Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal, and (G) Approving (A) the Sale of Certain Assets of, and Equity Interest in, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases* (Filed August 14, 2009; Docket No. 1316) to be served upon Thomas Patrick Tinker, Esq., Office of the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 via U.S. Mail, First Class, postage pre-paid.

Date:   September 2, 2009
        Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.C. Allinson III*
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191

-and-

Jonathan W. Young
Mary Olson
WILDMAN, HARROLD, ALLEN &
DIXON LLP
225 West Wacker Drive
Chicago, IL  60606-1229
Telephone:  (312) 201-2000

*Attorneys for Motorola, Inc.*