**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re*                                                                         :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                    :     Case No. 09-10138 (KG)
:
               Debtors.                              :     Jointly Administered
:
:     **Hearing Date: September 30, 2009 at 10:00 am**
:
------------------------------------------------------------X

**SECOND QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2009 THROUGH JULY 31, 2009**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 (D.I. 222) (the "<u>Monthly Compensation Order</u>"), Cleary Gottlieb Steen & Hamilton LLP ("<u>Cleary Gottlieb</u>") hereby submits its Second Quarterly Fee Application Request (the "<u>Request</u>") for the period May 1, 2009 through and including July 31, 2009 (the "<u>Application Period</u>").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for May [D.I. 1307], June [D.I. 1397] and July (filed concurrently with this Request) contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 8/12/2009 [D I 1307] | 5/1/09– 5/31/09 | $4,189,301.00 | $149,375.78 | Pending | $3,351,440.80 | $149,375.78 | $837,860.20 |
| 8/28/2009 [D I 1397] | 6/1/09 – 6/30/09 | 6,719,870.00 | 260,256.78 | Pending | 5,375,896.00 | 260,256.78 | 1,343,974.00 |
| 9/3/2009 | 7/1/09 – 7/31/09 | 6,401,447.00 | 105,860.59 | Pending | 5,121,157.60 | 105,860.59 | 1,280,289.40 |
| **TOTAL** | | **$17,310,618.00** | **$515,493.15** | | **$13,848,493.60** | **$515,492.15** | **$3,462,123.60** |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: September 2, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL FOR APPLICATION PERIOD[3]**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2009 through July 31, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SCOTT LARSON | Associate | $ 545 / 580 | 780.70 | $ 432,555.00 |
| ELISABETH M. POLIZZI | Associate | 350 / 430 | 768.85 | 289,313.50 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 870 | 723.90 | 629,793.00 |
| SANJEET MALIK | Associate | 605 | 697.80 | 422,169.00 |
| JANE KIM | Associate | 605 | 696.00 | 421,080.00 |
| GEROLAMO DA PASSANO | Associate | 605 | 679.50 | 411,097.50 |
| DANIEL ILAN | Associate | 605 | 672.70 | 406,983.50 |
| EMILY LIU | Associate | 350 / 430 | 667.30 | 247,763.00 |
| SANDRINE A. COUSQUER | Associate | 605 | 660.20 | 399,421.00 |
| NEIL WHORISKEY | Partner - M&A, Corporate | 940 | 654.10 | 614,854.00 |
| DAVID LEINWAND | Partner - M&A, Corporate | 940 | 650.30 | 611,282.00 |
| LOUIS LIPNER | Associate | 350 / 430 | 633.70 | 239,059.00 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | 940 | 623.60 | 586,184.00 |
| CARISSA L. ALDEN | Associate | 350 / 430 | 571.00 | 215,562.00 |
| CRAIG B. BROD | Partner - Corporate | 980 | 557.20 | 546,056.00 |
| TEMPORARY PARALEGAL | Paralegal | 235 | 556.00 | 130,660.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 430 / 495 | 521.80 | 234,091.50 |
| ALEXANDER BENARD | Associate | 350 / 430 | 520.80 | 191,664.00 |
| LEAH LAPORTE | Associate | 350 / 430 | 519.50 | 198,009.00 |
| KATHERINE WEAVER | Associate | 350 / 430 | 518.50 | 196,027.00 |
| PRIYA H. PATEL | Associate | 495 / 545 | 513.40 | 260,443.00 |
| NORA SALVATORE | Associate | 495 / 545 | 476.70 | 245,061.50 |
| PATRICK MARETTE | Associate | 605 | 473.90 | 286,709.50 |
| CASEY DAVISON | Associate | 350 / 430 | 455.60 | 171,124.00 |
| MARIO MENDOLARO | Associate | 495 / 545 | 425.60 | 216,467.00 |
| JOHN MCGILL | Senior Attorney – M&A, Corporate | 690 | 378.20 | 260,958.00 |
| JEREMY LACKS | Associate | 350 / 430 | 364.40 | 138,724.00 |
| JOSHUA PANAS | Associate | 605 | 355.20 | 214,896.00 |
| JOSHUA KALISH | Associate | 350 / 430 | 344.30 | 131,585.00 |

---

[3] Arranged in descending order according to Total Billed Hours.

[4] Due to changes in billing rates to reflect certain timekeeper seniority adjustments as of July 1, 2009, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| EBUNOLUWA TAIWO | Associate | 350 / 430 | 335.40 | 131,022.00 |
| SHARMIN TAKIN | Associate | 605 | 334.80 | 202,554.00 |
| EVAN SCHWARTZ | Associate | 580 / 605 | 321.40 | 189,309.50 |
| JORDAN SOLOMON | Associate | 495 / 545 | 319.20 | 165,149.00 |
| DANIEL P. RILEY | Associate | 350 / 430 | 318.60 | 120,318.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 690 | 308.50 | 212,865.00 |
| PAUL J. SHIM | Partner - M&A, Corporate | 980 | 304.90 | 298,802.00 |
| JAMES DOGGETT | Associate | 350 | 299.90 | 105,053.00 |
| AARON GINGRANDE | Paralegal | 210 / 235 | 286.00 | 63,460.00 |
| NESLIHAN GAUCHIER | Associate | 350 / 430 | 262.80 | 101,492.00 |
| FABRICE BAUMGARTNER | Partner - Corporate | 980 | 260.90 | 255,682.00 |
| MARGARET E. SHEER | Associate | 430 / 495 | 260.00 | 120,731.00 |
| PAUL S. HAYES | Associate | 605 | 256.30 | 155,061.50 |
| GEOFFROY RENARD | Associate | 570 / 590 | 240.10 | 138,407.00 |
| DONALD A. STERN | Partner - M&A, Corporate | 980 | 233.60 | 228,928.00 |
| EMMANUEL RONCO | Associate | 590 / 600 | 233.40 | 138,122.00 |
| ROBERT J. RYAN | Summer Law Clerk | 290 | 232.80 | 67,512.00 |
| STEVEN WILNER | Partner - Real Estate | 960 | 216.40 | 207,744.00 |
| LAURENT ALPERT | Partner - M&A, Corporate | 980 | 213.10 | 208,838.00 |
| AARON J. MEYERS | Associate | 350 / 430 | 209.10 | 80,137.00 |
| ELIZABETH MANDELL | Associate | 580 / 605 | 206.00 | 121,240.00 |
| LEONARD C. JACOBY | Partner - Intellectual Property | 910 | 201.30 | 183,183.00 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 910 | 199.40 | 181,454.00 |
| RUSSELL JONES | Associate | 605 | 199.40 | 120,637.00 |
| LILLIAN RABEN | Associate | 605 | 196.30 | 118,761.50 |
| DANIEL S. STERNBERG | Partner - M&A, Corporate | 980 | 192.50 | 188,650.00 |
| STEVEN G. HOROWITZ | Partner - Real Estate | 980 | 191.00 | 187,180.00 |
| DENISE NICHOLSON | Paralegal | 275 | 184.80 | 50,820.00 |
| MEGAN GRANDINETTI | Associate | 350 / 430 | 160.30 | 56,529.00 |
| VIOLETTA BOURT | Associate | 350 / 400 | 158.70 | 59,670.00 |
| CARSTEN FIEGE | Associate | 580 / 605 | 157.30 | 92,471.50 |
| PIERRE TISSOT | Associate | 430 / 510 | 157.10 | 72,601.00 |
| SALVATORE F. BIANCA | Associate | 605 | 153.00 | 92,565.00 |
| ALEXANDRA DEEGE | Associate | 530 / 560 | 148.30 | 80,681.00 |
| AMY MIKOLAJCZYK | Associate | 430 / 495 | 145.20 | 65,848.50 |
| ZACHARY KOLKIN | Associate | 350 / 430 | 143.40 | 53,518.00 |
| BETH NAGALSKI | Associate | 350 / 430 | 138.90 | 51,159.00 |
| MARK W. NELSON | Partner - Antitrust, M&A | 930 | 137.50 | 127,875.00 |
| PETER O'KEEFE | Paralegal | 235 | 136.20 | 32,007.00 |
| COREY M. GOODMAN | Associate | 430 / 495 | 130.20 | 61,537.00 |
| HEATHER M. JOHNSON | Associate | 545 / 580 | 127.40 | 70,679.00 |
| JEAN-MARIE AMBROSI | Partner - M&A, Corporate | 980 | 127.20 | 124,656.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ELIZABETH L. KAUFMAN | Summer Law Clerk | 290 | 124.90 | 36,221.00 |
| SANG JIN HAN | Partner - M&A, Corporate | 870 | 124.80 | 108,576.00 |
| W. RICHARD BIDSTRUP | Counsel – Environmental, M&A | 800 | 122.10 | 97,680.00 |
| SANDRA FLOW | Partner - Corporate | 910 | 119.90 | 109,109.00 |
| WILLIAM MCRAE | Partner - Tax | 870 | 115.10 | 100,137.00 |
| JENNIFER SCOTT | Paralegal | 210 / 235 | 114.20 | 24,697.00 |
| DANIEL HAFETZ | Summer Law Clerk | 290 | 114.00 | 33,060.00 |
| JESSICA SCHRECKENGOST | Summer Law Clerk | 290 | 113.70 | 32,973.00 |
| JOHN W. KONSTANT | Associate | 605 | 112.00 | 67,760.00 |
| WANDA OLSON | Partner - Corporate | 980 | 111.60 | 109,368.00 |
| ALEXANDRA CAMBOURIS | Associate | 350 / 430 | 107.70 | 45,159.00 |
| ROBIN BAIK | Associate | 430 / 495 | 97.90 | 45,126.00 |
| KIMBERLY BROWN BLACKLOW | Partner - Real Estate | 910 | 97.00 | 88,270.00 |
| KEVIN C. JONES | Associate | 495 / 545 | 96.60 | 49,322.00 |
| KRISTINE J. KALANGES | Associate | 350 | 94.50 | 33,075.00 |
| STEPHANIE CANNULI | Paralegal | 210 / 235 | 91.00 | 20,855.00 |
| FLORA FABY | Associate | 545 / 580 | 86.50 | 50,117.50 |
| ARTHUR KOHN | Partner - Employee Benefits | 980 | 85.40 | 83,692.00 |
| AUDE DUPUIS | Associate | 570 / 590 | 85.20 | 49,172.00 |
| VICTOR I. LEWKOW | Partner - M&A, Corporate | 980 | 79.40 | 77,812.00 |
| ABIGAIL FEE | Summer Law Clerk | 290 | 77.70 | 22,533.00 |
| MAN LI | Associate | 495 | 74.10 | 36,679.50 |
| CONSTANCE BROSSOLLET | Associate | 570 / 590 | 68.50 | 39,257.00 |
| LEI WANG | Associate | 495 | 68.30 | 33,808.50 |
| SHIRA A.B. KAUFMAN | Summer Law Clerk | 290 | 66.80 | 19,372.00 |
| ANDREW W. WEAVER | Associate | 605 | 65.00 | 39,325.00 |
| ALEXANDER WU | Summer Law Clerk | 290 | 64.20 | 18,618.00 |
| BRIAN SANDSTROM | Associate | 430 | 63.60 | 27,348.00 |
| JOHN OLSON | Associate | 430 / 495 | 63.00 | 31,035.50 |
| DAVID RUSH | Associate | 605 | 62.00 | 37,510.00 |
| KATHERINE F. SCHULTE | Associate | 430 / 495 | 60.40 | 27,187.50 |
| JAMES R. MODRALL | Partner - M&A, International Competition | 980 | 58.50 | 57,330.00 |
| PAUL D. MARQUARDT | Partner - Corporate, Regulatory | 910 | 55.70 | 50,687.00 |
| AMBER J. THIEL | Summer Law Clerk | 290 | 55.60 | 16,124.00 |
| JASON FACTOR | Partner - Tax | 870 | 50.90 | 44,283.00 |
| SHANNON DELAHAYE | Associate | 350 / 430 | 48.70 | 18,533.00 |
| IAN QUA | Paralegal | 210 | 47.80 | 10,038.00 |
| JUSTIN SEERY | Associate | 350 / 430 | 46.10 | 16,455.00 |
| RYAN HUBERT | Paralegal | 235 | 45.70 | 10,739.50 |
| EDWARD B. NEWTON | Summer Law Clerk | 290 | 45.00 | 13,050.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| ROBERT VERNICEK | Paralegal | 235 | 42.80 | 10,058.00 |
| GINA REBOLLAR | Associate | 495 | 40.80 | 20,196.00 |
| BENET J. O'REILLY | Partner - M&A, Corporate | 805 | 40.70 | 32,763.50 |
| BRENDAN CLEGG | Paralegal | 210 / 235 | 40.20 | 8,929.50 |
| MAXINE PERKINS | Summer Law Clerk | 290 | 38.90 | 11,281.00 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 800 | 38.60 | 30,880.00 |
| STEPHANIE SUN HINDERKS | Associate | 605 | 36.00 | 21,765.00 |
| CHRISTOPHER SCHIMPF | Paralegal | 235 | 34.00 | 7,990.00 |
| SU CHEUNG | Assistant Managing Clerk | 140 | 33.60 | 4,704.00 |
| ADAM B. KINON | Summer Law Clerk | 290 | 33.30 | 9,657.00 |
| ANTHONY RANDAZZO | Associate | 430 | 33.20 | 14,276.00 |
| ANDREW ZWECKER | Paralegal | 235 | 33.00 | 7,755.00 |
| VICTORIA BELYAVSKY | Summer Law Clerk | 290 | 31.80 | 9,222.00 |
| MATTHEW P. SALERNO | Associate | 605 | 31.50 | 19,057.50 |
| DEANNA DENNIS | Associate | 545 / 580 | 29.90 | 17,030.50 |
| JANINE STANISZ | Paralegal | 235 | 29.00 | 6,815.00 |
| MARIANNA KOULIKOVA | Associate | 360 / 430 | 28.10 | 10,263.00 |
| MARK T. WANG | Paralegal | 285 | 28.00 | 7,980.00 |
| JIAN LIU | Summer Law Clerk | 290 | 27.80 | 8,062.00 |
| ERIC LAUT | Associate | 510 / 570 | 26.80 | 15,006.00 |
| VITALI ROSENFELD | Associate | 605 | 24.70 | 14,943.50 |
| KENNETH N. EBIE | Associate | 495 | 24.60 | 12,177.00 |
| TIMOTHY J. MONACO | Paralegal | 275 | 24.40 | 6,710.00 |
| JEAN-MICHEL TRON | Partner - Tax | 980 | 23.60 | 23,128.00 |
| DAVID H. HERRINGTON | Counsel - Litigation | 800 | 23.20 | 18,560.00 |
| JAIME PHILLIP | Associate | 605 | 22.50 | 13,612.50 |
| MARCEL ANDERSON | Associate | 430 / 495 | 20.20 | 9,732.50 |
| ADAM SHAJNFELD | Associate | 430 / 495 | 20.00 | 8,808.00 |
| SYLVIA INGRAM | Associate | 510 / 570 | 19.90 | 10,461.00 |
| DAVID I. GOTTLIEB | Partner - M&A, Corporate | 910 | 19.10 | 17,381.00 |
| YANA CHERNOBILSKY | Associate | 350 | 18.10 | 6,335.00 |
| LINDA THONG | Associate | 350 / 430 | 18.10 | 7,383.00 |
| YASMIN NUNEZ | Paralegal | 210 / 235 | 18.00 | 4,167.50 |
| JANE SHEN | Associate | 430 | 17.90 | 7,697.00 |
| AARON H. KRIEGER | Summer Law Clerk | 290 | 17.40 | 5,046.00 |
| ALINA BJERKE | Associate | 605 | 17.30 | 10,466.50 |
| RICARDO BERNARD | Associate | 495 | 17.30 | 8,563.50 |
| GABRIELA LOPEZ | Paralegal | 235 | 16.80 | 3,948.00 |
| AMY M. SHEPARD | Paralegal | 235 | 16.50 | 3,877.50 |
| MALTE J. HIORT | Associate | 550 / 590 | 16.40 | 9,332.00 |
| RACHELLE TILLY | Associate | 605 | 16.40 | 9,922.00 |
| GREGORY POMERANTZ | Associate | 605 | 16.40 | 9,922.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| JULIE YIP-WILLIAMS | Associate | 605 | 16.10 | 9,740.50 |
| ANA CRISTINA JARAMILLO | International Lawyer | 325 | 16.00 | 5,200.00 |
| JACQULYN N. VANN | Summer Law Clerk | 290 | 16.00 | 4,640.00 |
| NATHALIE SCHWARTZ | Associate | 360 / 430 | 15.90 | 6,767.00 |
| SOO-YEUN LIM | Associate | 430 | 15.50 | 6,665.00 |
| KARA A. HAILEY | Associate | 605 | 14.90 | 9,014.50 |
| MANUEL GOETZENDORF | Associate | 270 | 14.90 | 4,023.00 |
| MENO TESSEMA | Associate | 350 | 14.00 | 4,900.00 |
| INSOO PARK | Associate | 430 | 13.50 | 5,805.00 |
| KIMBERLY SPOERRI | Associate | 350 | 13.50 | 4,725.00 |
| CLAIR B. KWON | Summer Law Clerk | 290 | 13.20 | 3,828.00 |
| JEAN-YVES GARAUD | Partner - Bankruptcy, Litigation | 960 | 13.10 | 12,576.00 |
| JAIME EL KOURY | Partner - Corporate | 980 | 12.95 | 12,691.00 |
| JESUS BELTRAN | Associate | 605 | 11.60 | 7,018.00 |
| WILLIAM FITZGERALD | Paralegal | 210 | 11.10 | 2,331.00 |
| JONATHAN REINSTEIN | Paralegal | 235 | 11.00 | 2,585.00 |
| JASON ZHOU | Associate | 430 | 11.00 | 4,730.00 |
| MARY CONNELL GRUBB | Associate | 605 | 10.90 | 6,594.50 |
| YE SUN | Associate | 350 | 10.90 | 3,815.00 |
| COLIN D. LLOYD | Associate | 430 / 495 | 10.60 | 4,785.50 |
| MICHAEL B. DE RITA | Paralegal | 235 | 10.40 | 2,444.00 |
| CONNIE G. CHU | International Lawyer | 325 | 9.60 | 3,120.00 |
| HUA PAN | Associate | 350 / 430 | 9.50 | 3,437.00 |
| SVYATOSLAV SKOPINTSEV | Paralegal | 210 | 9.50 | 1,995.00 |
| VICTOR CHIU | Associate | 605 | 9.20 | 5,566.00 |
| WILLIAM A. GROLL | Partner - M&A, Corporate | 980 | 8.40 | 8,232.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140 | 8.40 | 1,176.00 |
| LANDIS JAQUES | Paralegal | 250 | 8.30 | 2,075.00 |
| ROBERT T. DEVINE | Summer Law Clerk | 290 | 8.20 | 2,378.00 |
| CHARLES-ANTOINE WAUTERS | Associate | 545 | 8.00 | 4,360.00 |
| NATALYA OSADCHAYA | Associate | 555 | 7.50 | 4,162.50 |
| FILIP MOERMAN (BJ) | Partner - Corporate | 980 | 7.40 | 7,252.00 |
| MARIANA Y. HARIKI | International Lawyer | 325 | 6.70 | 2,177.50 |
| LYNN ZOUBOK | Research Specialist | 265 | 6.70 | 1,775.50 |
| JEREMY OPOLSKY | Summer Law Clerk | 290 | 6.20 | 1,798.00 |
| JONATHAN CARDENAS | Paralegal | 250 | 6.10 | 1,525.00 |
| MATTHEW WARBURTON | Associate | 605 | 6.00 | 3,630.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 140 | 5.90 | 826.00 |
| THOMAS BOURBONNEUX | Associate | 430 | 5.80 | 2,494.00 |
| ALEXANDRA KALITA | Paralegal | 210 | 5.50 | 1,155.00 |
| LIZ J. STAFFORD | Assistant Managing Clerk | 140 | 5.30 | 742.00 |
| DIRK MATTHES | Associate | 590 | 5.00 | 2,950.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MATTHEW I. BACHRACK | Senior Attorney - Antitrust | 665 | 5.00 | 3,325.00 |
| YULIA SOLOMAKHINA | Associate | 680 | 4.30 | 2,924.00 |
| NIPING WU | Counsel - M&A, Corporate | 710 | 4.20 | 2,982.00 |
| OLIVIER ATTIAS | Associate | 430 / 510 | 4.10 | 1,843.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140 | 4.10 | 574.00 |
| MARIE-HELENE FARRELLY | Associate | 665 | 4.00 | 2,660.00 |
| PAULA AGULLA | Paralegal | 235 | 4.00 | 940.00 |
| VALERY FEDERICI | Summer Law Clerk | 290 | 4.00 | 1,160.00 |
| BRUCE COREY | Summer Law Clerk | 290 | 4.00 | 1,160.00 |
| CATHERINE SKULAN | Associate | 545 | 3.80 | 2,071.00 |
| NICOLE VANELLA | Assistant Managing Clerk | 140 | 3.80 | 532.00 |
| KATHERINE V. ZLOCK | Summer Law Clerk | 290 | 3.40 | 986.00 |
| MAURITS STEINEBACH | Summer Law Clerk | 290 | 3.20 | 928.00 |
| DAVID ECCARD | Paralegal | 205 | 3.20 | 656.00 |
| STEPHANIE POTIN | Paralegal | 250 | 3.00 | 750.00 |
| NAWAL LACHGUAR | Associate | 430 | 3.00 | 1,290.00 |
| SANDRA M. ROCKS | Counsel – Corporate, Secured Transactions | 865 | 2.90 | 2,508.50 |
| ANDREW SELLNAU | Paralegal | 235 | 2.90 | 681.50 |
| JAMES PEASLEE | Partner - Tax | 980 | 2.80 | 2,744.00 |
| TIAN GAO | Summer Law Clerk | 290 | 2.50 | 725.00 |
| CHARLES STERLING | Summer Law Clerk | 290 | 2.50 | 725.00 |
| PENELOPE L. CHRISTOPHOROU | Counsel – Corporate, Secured Transactions | 800 | 2.40 | 1,920.00 |
| LISA MILANO | Research Specialist | 225 | 2.40 | 540.00 |
| FEI XIE | Associate | 460 | 2.30 | 1,058.00 |
| ALEXIS MALLEZ | Associate | 600 | 2.30 | 1,380.00 |
| LOIC LARVOR | Paralegal | 260 | 2.30 | 598.00 |
| FRANCESCA LIM | Associate | 430 | 2.20 | 946.00 |
| NATALIE JONES | Paralegal | 205 / 235 | 2.10 | 433.50 |
| YANGYANG LI | Paralegal | 250 | 2.00 | 500.00 |
| UNNATI AGGARWAL | Stagiaire | 250 | 2.00 | 500.00 |
| ZHENG ZHOU | Associate | 430 | 2.00 | 860.00 |
| JAMES DYE | Paralegal | 235 | 2.00 | 470.00 |
| GERMAN H. SANDOVAL NAVARRO | International Lawyer | 325 | 2.00 | 650.00 |
| ALYSON CLABAUGH | Paralegal | 235 | 1.90 | 446.50 |
| TYNSLEI SPENCE | Assistant Managing Clerk | 140 | 1.80 | 252.00 |
| KERSTIN CARLSON | Associate | 360 | 1.70 | 612.00 |
| CUNZHEN HUANG | Associate | 470 | 1.70 | 799.00 |
| JULIEN BRESH | Paralegal | 260 | 1.60 | 416.00 |
| PAULA NASCIMENTO | Paralegal | 275 | 1.50 | 412.50 |
| MATHILDE EPOSSI | Paralegal | 250 | 1.50 | 375.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| MELISSA RYAN | Solicitor Trainee | 310 | 1.50 | 465.00 |
| ANDREW SINNENBERG | Paralegal | 210 | 1.50 | 315.00 |
| BARBARA GLOWACKA | Associate | 350 | 1.50 | 525.00 |
| ALEXANDRA ANGRAND | Assistant Managing Clerk | 140 | 1.50 | 210.00 |
| MARTINE KLIMEK | Paralegal | 250 | 1.40 | 350.00 |
| ADRIEN KHAZNADJI | Stagiaire | 260 | 1.20 | 312.00 |
| NEIL FORREST | Senior Attorney – Bankruptcy, Litigation | 740 | 1.10 | 814.00 |
| SEAN A. O'NEAL | Partner - Bankruptcy, Litigation | 725 | 1.10 | 797.50 |
| PETER F. BUETTNER | Associate | 605 | 1.00 | 605.00 |
| SIMAN WANG | Research Specialist | 235 | 1.00 | 235.00 |
| KRISTOFER HESS | Partner – Tax | 870 | 1.00 | 870.00 |
| JAMES CORSIGLIA | Senior Attorney - Litigation | 740 | 1.00 | 740.00 |
| GLENN P. MCGRORY | Partner – M&A, Corporate | 725 | 1.00 | 725.00 |
| MITCHELL A. LOWENTHAL | Partner - Litigation | 980 | 0.80 | 784.00 |
| CHRIS MACBETH | Associate | 730 | 0.80 | 584.00 |
| LUKE BAREFOOT | Associate | 605 | 0.80 | 484.00 |
| CEYDI RODRIGUEZ | Paralegal | 235 | 0.80 | 188.00 |
| ROBERT GRUSZECKI | Associate | 545 | 0.80 | 436.00 |
| JACE LIPSTEIN | Assistant Managing Clerk | 140 | 0.80 | 112.00 |
| STEPHEN VALDES | Associate | 580 | 0.70 | 406.00 |
| MARIA B. RODRIGUEZ | Paralegal | 285 | 0.60 | 171.00 |
| CYNTHIA SCOTT | Assistant Managing Clerk | 210 | 0.60 | 126.00 |
| A. RICHARD SUSKO | Partner - Employee Benefits | 980 | 0.50 | 490.00 |
| ALAN L. BELLER | Partner - Corporate | 980 | 0.50 | 490.00 |
| RICHARD V. CONZA | Managing Attorney | 605 | 0.50 | 302.50 |
| NATHALIE LEFEBVRE | Paralegal | 250 | 0.50 | 125.00 |
| THOMAS KIRBY | Paralegal | 250 | 0.50 | 125.00 |
| KLAUS BANKE | Counsel – Corporate, M&A | 740 | 0.50 | 370.00 |
| MICHAEL WEINTRAUB | Paralegal | 275 | 0.50 | 137.50 |
| ELIZABETH LENAS | Counsel - Corporate | 780 | 0.50 | 390.00 |
| MAUREEN E. MCDONALD | Research Specialist | 265 | 0.50 | 132.50 |
| TIM SWEENEY | Assistant Managing Clerk | 140 | 0.50 | 70.00 |
| GREGORY COATES | Assistant Managing Clerk | 140 | 0.50 | 70.00 |
| BOAZ S. MORAG | Counsel - Litigation | 800 | 0.40 | 320.00 |
| SETH GROSSHANDLER | Partner - Corporate | 980 | 0.30 | 294.00 |
| JACKIE GIRARD | Paralegal | 275 | 0.30 | 82.50 |
| DEBORAH JANSSENS | Counsel - Corporate, M&A | 720 | 0.30 | 216.00 |
| LINDSEE GRANFIELD | Partner - Bankruptcy, Litigation | 960 | 0.30 | 288.00 |
| DANA G. FLEISCHMAN | Partner – Corporate, Secured Transactions | 870 | 0.30 | 261.00 |
| LUISA N. PEREDO | Associate | 350 | 0.30 | 105.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| ADAM FLEISHER | Partner – Corporate, M&A | 725 | 0.30 | 217.50 |
| MICHAEL R. LAZERWITZ | Partner - Litigation | 980 | 0.20 | 196.00 |
| LISA COYLE | Associate | 545 | 0.20 | 109.00 |
| TONIA CUMMINGS-GORDON | Research Specialist | 225 | 0.20 | 45.00 |
| TOMMAS BALDUCCI | Assistant Managing Clerk | 140 | 0.20 | 28.00 |
| **GRAND TOTAL** | | | **30,461.20** | **$17,310,618.00** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2009 through July 31, 2009

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 2,422.0 | $1,112,846.00 |
| Case Administration | 4,801.3 | 2,358,557.50 |
| Claims Administration and Objections | 233.1 | 95,955.00 |
| Debtor in Possession Financing | 169.2 | 123,350.00 |
| Creditors Committee Matters | 52.1 | 33,362.50 |
| M&A Advice | 13,097.2 | 8,389,592.00 |
| Employee Matters | 1,455.1 | 823,532.50 |
| Customer Issues | 117.9 | 67,219.00 |
| Supplier Issues | 773.4 | 391,185.00 |
| Tax | 722.8 | 416,185.50 |
| Intellectual Property | 2,077.0 | 1,080,978.50 |
| Regulatory | 309.5 | 195,186.50 |
| Chapter 15 | 1.4 | 490.00 |
| Canadian Coordination | 63.2 | 31,550.00 |
| Fee and Employment Applications | 321.3 | 104,570.50 |
| Fee and Employment Objections | 1.6 | 796.00 |
| Litigation | 325.1 | 187,526.00 |
| General Corporate | 22.4 | 14,389.50 |
| Real Estate | 3,495.6 | 1,883,346.00 |
| **TOTAL** | **30,461.20** | **$17,310,618.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2009 through July 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone | | $ 26,206.54 |
| Travel - Transportation | | 38,389.40 |
| Travel - Lodging | | 6,840.45 |
| Travel - Meals | | 1,437.70 |
| Travel – Miscellaneous | | 29.03 |
| Mailing and Shipping Charges | | 1,919.47 |
| Scanning Charges (at $0.10/page) | | 339.44 |
| Duplicating Charges (at $0.10/page) | | 72,539.91 |
| Color Duplicating Charges (at $0.65/page) | | 33,877.35 |
| Facsimile Charges (at $1.00/page) | | 150.00 |
| Legal Research | Lexis | 47,962.60 |
| | Westlaw | 38,197.68 |
| | PACER | 1,329.44 |
| Filing Fees | | 2,144.20 |
| Late Work – Meals | | 16,308.52 |
| Late Work – Transportation | | 51,823.53 |
| Conference Meals | | 172,565.56 |
| Other Charges | | 3,432.33 |
| **Grand Total Expenses** | | **$515,493.15** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]