# **EXHIBIT A**

**Nortel Networks, Inc. and Subsidiaries**
State Tax Model
Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 06/26/09 | 2.00 | 195.00 | 390.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/01/09 | 6.00 | 195.00 | 1,170.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/02/09 | 5.00 | 195.00 | 975.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/06/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/07/09 | 7.50 | 195.00 | 1,462.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/08/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/09/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/10/09 | 11.00 | 195.00 | 2,145.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/11/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/12/09 | 6.00 | 195.00 | 1,170.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/13/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/14/09 | 8.00 | 195.00 | 1,560.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/15/09 | 8.00 | 195.00 | 1,560.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/16/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/17/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/20/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/21/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/22/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/23/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/24/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/25/09 | 2.50 | 195.00 | 487.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/27/09 | 9.50 | 195.00 | 1,852.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/28/09 | 9.50 | 195.00 | 1,852.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/29/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/30/09 | 17.00 | 195.00 | 3,315.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/31/09 | 6.00 | 195.00 | 1,170.00 | State Tax Model Preparation & Analysis |
| | | | **212.00** | | **41,340.00** | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/22/09 | 7.00 | 130.00 | 910.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/23/09 | 1.80 | 130.00 | 234.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/24/09 | 0.40 | 130.00 | 52.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/25/09 | 2.00 | 130.00 | 260.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/29/09 | 0.80 | 130.00 | 104.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/30/09 | 0.50 | 130.00 | 65.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 07/01/09 | 1.50 | 130.00 | 195.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 07/07/09 | 2.00 | 130.00 | 260.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 07/10/09 | 5.80 | 130.00 | 754.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 07/13/09 | 11.00 | 130.00 | 1,430.00 | State Tax Model Preparation & Analysis |
| | | | **32.80** | | **4,264.00** | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/22/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/24/09 | 5.00 | 90.00 | 450.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/25/09 | 7.00 | 90.00 | 630.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/26/09 | 6.00 | 90.00 | 540.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/29/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |

9/2/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK14\Exhibit A - State Detail (050109 - 073109).xlsx State

Page 1 of 4

**Nortel Networks, Inc. and Subsidiaries**
State Tax Model
Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/30/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/01/09 | 7.50 | 90.00 | 675.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/02/09 | 4.50 | 90.00 | 405.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/06/09 | 6.00 | 90.00 | 540.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/07/09 | 6.00 | 90.00 | 540.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/08/09 | 4.00 | 90.00 | 360.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/09/09 | 4.00 | 90.00 | 360.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/13/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/14/09 | 2.00 | 90.00 | 180.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/15/09 | 1.00 | 90.00 | 90.00 | State Tax Model Preparation & Analysis |
| | | | **85.00** | | **7,650.00** | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/12/09 | 4.50 | 90.00 | 405.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/15/09 | 1.50 | 90.00 | 135.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/22/09 | 2.00 | 90.00 | 180.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/23/09 | 5.00 | 90.00 | 450.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/24/09 | 3.00 | 90.00 | 270.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/25/09 | 7.00 | 90.00 | 630.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/26/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/29/09 | 3.00 | 90.00 | 270.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/30/09 | 7.00 | 90.00 | 630.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/01/09 | 2.40 | 90.00 | 216.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/02/09 | 4.50 | 90.00 | 405.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/06/09 | 2.50 | 90.00 | 225.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/07/09 | 9.50 | 90.00 | 855.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/08/09 | 1.50 | 90.00 | 135.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/10/09 | 9.00 | 90.00 | 810.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/11/09 | 5.50 | 90.00 | 495.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/13/09 | 1.50 | 90.00 | 135.00 | State Tax Model Preparation & Analysis |
| | | | **77.40** | | **6,966.00** | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 06/26/09 | 3.00 | 145.00 | 435.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 06/29/09 | 1.00 | 145.00 | 145.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 06/30/09 | 2.00 | 145.00 | 290.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/02/09 | 3.50 | 145.00 | 507.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/06/09 | 7.50 | 145.00 | 1,087.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/07/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/08/09 | 11.00 | 145.00 | 1,595.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/09/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/10/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/13/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/14/09 | 5.00 | 145.00 | 725.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/15/09 | 2.00 | 145.00 | 290.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/29/09 | 3.50 | 145.00 | 507.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/30/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| | | | **96.00** | | **13,920.00** | |

9/2/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK14\Exhibit A - State Detail (050109 - 073109).xlsx State

Page 2 of 4

**Nortel Networks, Inc. and Subsidiaries**
State Tax Model
Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/01/09 | 10.50 | 130.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/02/09 | 4.00 | 130.00 | 520.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/06/09 | 11.50 | 130.00 | 1,495.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/07/09 | 10.00 | 130.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/08/09 | 10.00 | 130.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/09/09 | 11.60 | 130.00 | 1,508.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/10/09 | 10.00 | 130.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/13/09 | 10.50 | 130.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/14/09 | 6.00 | 130.00 | 780.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/15/09 | 0.20 | 130.00 | 26.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/16/09 | 1.00 | 130.00 | 130.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/22/09 | 0.50 | 130.00 | 65.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/30/09 | 2.00 | 130.00 | 260.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/31/09 | 4.00 | 130.00 | 520.00 | State Tax Model Preparation & Analysis |
| | | | 91.80 | | 11,934.00 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Tracey Sellers | 07/10/09 | 1.50 | 375.00 | 562.50 | State Tax Model Preparation & Analysis |
| | | | 1.50 | | 562.50 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/02/09 | 4.00 | 325.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/06/09 | 4.00 | 325.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/07/09 | 3.50 | 325.00 | 1,137.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/08/09 | 4.00 | 325.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/09/09 | 5.00 | 325.00 | 1,625.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/10/09 | 13.00 | 325.00 | 4,225.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/11/09 | 5.00 | 325.00 | 1,625.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/13/09 | 11.50 | 325.00 | 3,737.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/14/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/15/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/16/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/17/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/20/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/21/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/23/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/24/09 | 7.50 | 325.00 | 2,437.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/27/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/28/09 | 4.00 | 325.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/29/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/30/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| | | | 141.50 | | 45,987.50 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 06/25/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 06/26/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 06/29/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 06/30/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |

9/2/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK14\Exhibit A - State Detail (050109 - 073109).xlsx State

Page 3 of 4

**Nortel Networks, Inc. and Subsidiaries**
State Tax Model
Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/01/09 | 1.00 | 250.00 | 250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/02/09 | 1.00 | 250.00 | 250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/06/09 | 1.00 | 250.00 | 250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/07/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/08/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/09/09 | 5.00 | 250.00 | 1,250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/10/09 | 12.50 | 250.00 | 3,125.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/11/09 | 3.00 | 250.00 | 750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/12/09 | 11.00 | 250.00 | 2,750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/13/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/14/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/15/09 | 9.00 | 250.00 | 2,250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/16/09 | 7.00 | 250.00 | 1,750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/17/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/20/09 | 11.00 | 250.00 | 2,750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/21/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/22/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/23/09 | 7.50 | 250.00 | 1,875.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/24/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/25/09 | 8.00 | 250.00 | 2,000.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/27/09 | 9.00 | 250.00 | 2,250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/28/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/29/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/30/09 | 16.00 | 250.00 | 4,000.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/31/09 | 8.00 | 250.00 | 2,000.00 | State Tax Model Preparation & Analysis |
|  |  |  | 194.00 |  | 48,500.00 |  |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 07/13/09 | 0.50 | 375.00 | 187.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 07/15/09 | 0.50 | 375.00 | 187.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 07/24/09 | 1.00 | 375.00 | 375.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 07/29/09 | 0.50 | 375.00 | 187.50 | State Tax Model Preparation & Analysis |
|  |  |  | 2.50 |  | 937.50 |  |
|  | **Grand Total** |  | 934.50 |  | 182,061.50 |  |

9/2/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK14\Exhibit A - State Detail (050109 - 073109).xlsx State

Page 4 of 4