**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                        :       Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :       Case No. 09-10138 (KG)
                                                               :
            Debtors.                :       Jointly Administered
                                                               :
                                                               :       Hearing Date: September 30, 2009 at 10:00 a.m.
                                                               :       (ET)
---------------------------------------------------------------X

**FIRST QUARTERLY FEE APPLICATION REQUEST OF TRUE
PARTNERS CONSULTING LLC, AS TAX SERVICE PROVIDER
TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF
<u>MAY 1, 2009 THROUGH JULY 31, 2009</u>**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "<u>Monthly Compensation Order</u>"), True Partners Consulting LLC ("<u>True Partners</u>") hereby submits its First Quarterly Fee Application Request (the "<u>Request</u>") for the period May 1, 2009 through and including July 31, 2009[2] (the "<u>Application Period</u>")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibit A attached to the first interim fee application contains a detailed listing of True Partners' requested fees for the Application Periods.

True Partners seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| September 2, 2009 [D.I. 1422] | 5/1/09 – 7/31/09 | $340,573.50 | N/A | PENDING | PENDING | N/A | $68,114.70 |
| | | | | | | | |
| **TOTAL** | | $340,573.50 | N/A | | | N/A | $68,114.70 |

In accordance with the Monthly Compensation Order, True Partners seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, True Partners respectfully requests that the Court enter the order attached hereto as Exhibit A and grant True Partners such other and further relief as is just and proper.

Dated:  September 2, 2009            TRUE PARTNERS CONSULTING LLC

   /s Robert D. Clarke, Esq
Robert D. Clarke, Esq.
400 N. Ashley Drive, Suite 1600
Tampa, FL 33602

Telephone:  813-434-4005
Facsimile:   813-434-4055

2

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stanley Jozefiak | Managing Director | 400 | 0.50 | $ 200.00 |
| Ross Valenza | Managing Director | 375 | 33.50 | 12,562.50 |
| Tracey Sellers | Managing Director | 375 | 1.50 | 562.50 |
| Patrick Philpott | Senior Manager | 325 | 141.50 | 45,987.50 |
| Sonali Fournier | Manager | 290 | 1.00 | 290.00 |
| Thomas DeCamp | Manager | 290 | 202.00 | 58,580.00 |
| Robert Clarke | Manager | 250 | 194.00 | 48,500.00 |
| Adam Raschke | Senior Consultant | 195 | 212.00 | 41,340.00 |
| Ryan McKenzie | Senior Consultant | 175 | 169.50 | 29,662.50 |
| Ryan Kittner | Senior Consultant | 175 | 161.10 | 28,192.50 |
| Jonathan Feltham | Consultant | 145 | 96.00 | 13,920.00 |
| Dyal Singh | Consultant | 130 | 166.10 | 21,593.00 |
| Kirk Jirak | Consultant | 130 | 186.00 | 24,180.00 |
| Jennifer Stewart | Consultant | 90 | 77.40 | 6,966.00 |
| Heather Byrne | Consultant | 90 | 89.30 | 8,037.00 |
| **Total** | | | **1,731.40** | **$340,573.50** |
| **GRAND TOTAL:** | $340,573.50 | | | |
| **BLENDED RATE:** | $196.70 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

4

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| State Tax Model Preparation & Analysis | 934.50 | 182,061.50 |
| E&P Study Preparation & Analysis | 796.90 | 158,512.00 |
| **TOTAL** | **1,731.40** | **$340,573.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
| N/A |  |  |
|  |  |  |
| **GRAND TOTAL** |  |  |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]