# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                                                : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         : Case No. 09-10138 (KG)
:
                                            Debtors.      : Jointly Administered
:
---------------------------------------------------------X

**ORDER GRANTING FIRST INTERIM FEE APPLICATION REQUEST**
**OF TRUE PARTNERS CONSULTING LLC, AS TAX SERVICE PROVIDER**
**FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF**
**MAY 1, 2009 THROUGH JULY 31, 2009**

Upon consideration of the First Interim Fee Application Request (the "Request") of True Partners Consulting LLC ("True Partners"), Delaware and General Bankruptcy Counsel for the above captioned debtors and debtors-in-possession (the "Debtors") for the period from January 14, 2009 through and including April 30, 2009; and upon consideration of the monthly fee applications subject to the Request (the "Fee Applications"); the Court having reviewed the Request and the Fee Applications; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1. The Request is GRANTED.

2. True Partners is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by True Partners.

3. The Debtor is authorized and directed to disburse to True Partners payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by True Partners for fees and expenses under the Fee Applications, as set forth in the Request.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE