**Exhibit A**

**Nortel Networks, Inc. and Subsidiaries**
**Earnings and Profits Study**
**Compensation by Professional**

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/18/09 | 6.70 | 130.00 | 871.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/22/09 | 4.60 | 130.00 | 598.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/23/09 | 8.70 | 130.00 | 1,131.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/24/09 | 7.70 | 130.00 | 1,001.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/25/09 | 9.00 | 130.00 | 1,170.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/26/09 | 8.10 | 130.00 | 1,053.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/28/09 | 8.40 | 130.00 | 1,092.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/29/09 | 7.40 | 130.00 | 962.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/30/09 | 5.00 | 130.00 | 650.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 06/30/09 | 0.70 | 130.00 | 91.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/01/09 | 10.60 | 130.00 | 1,378.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/02/09 | 3.50 | 130.00 | 455.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/05/09 | 8.60 | 130.00 | 1,118.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/06/09 | 12.60 | 130.00 | 1,638.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/07/09 | 9.00 | 130.00 | 1,170.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/08/09 | 11.50 | 130.00 | 1,495.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/09/09 | 4.10 | 130.00 | 533.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/21/09 | 1.20 | 130.00 | 156.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/23/09 | 4.10 | 130.00 | 533.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 07/28/09 | 1.80 | 130.00 | 234.00 | E&P Study Preparation & Analysis |
| | | | 133.30 | | 17,329.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Heather Byrne | 06/24/09 | 3.00 | 90.00 | 270.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Heather Byrne | 06/25/09 | 1.00 | 90.00 | 90.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Heather Byrne | 07/21/09 | 0.30 | 90.00 | 27.00 | E&P Study Preparation & Analysis |
| | | | 4.30 | | 387.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/15/09 | 0.50 | 130.00 | 65.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/15/09 | 11.00 | 130.00 | 1,430.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/16/09 | 11.00 | 130.00 | 1,430.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/17/09 | 10.80 | 130.00 | 1,404.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/18/09 | 8.20 | 130.00 | 1,066.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/19/09 | 7.20 | 130.00 | 936.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/22/09 | 5.40 | 130.00 | 702.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/23/09 | 11.00 | 130.00 | 1,430.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/25/09 | 7.00 | 130.00 | 910.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/26/09 | 2.50 | 130.00 | 325.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/29/09 | 10.80 | 130.00 | 1,404.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 06/30/09 | 5.30 | 130.00 | 689.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 07/28/09 | 3.50 | 130.00 | 455.00 | E&P Study Preparation & Analysis |
| | | | 94.20 | | 12,246.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/19/09 | 2.00 | 375.00 | 750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/19/09 | 1.00 | 375.00 | 375.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/22/09 | 1.00 | 375.00 | 375.00 | E&P Study Preparation & Analysis |

9/3/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK13\Exhibit A - Federal Detail (050109 - 073109).xlsx Federal

Page 1 of 4

## Nortel Networks, Inc. and Subsidiaries
### Earnings and Profits Study
### Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/23/09 | 1.00 | 375.00 | 375.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/24/09 | 2.00 | 375.00 | 750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/26/09 | 3.00 | 375.00 | 1,125.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/27/09 | 4.00 | 375.00 | 1,500.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/29/09 | 3.00 | 375.00 | 1,125.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 06/30/09 | 2.00 | 375.00 | 750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 07/13/09 | 0.50 | 375.00 | 187.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 07/14/09 | 2.00 | 375.00 | 750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 07/17/09 | 0.50 | 375.00 | 187.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 07/21/09 | 1.50 | 375.00 | 562.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 07/24/09 | 1.00 | 375.00 | 375.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 07/27/09 | 2.00 | 375.00 | 750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 07/30/09 | 3.50 | 375.00 | 1,312.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 07/31/09 | 2.00 | 375.00 | 750.00 | E&P Study Preparation & Analysis |
| | | | 31.00 | | 11,625.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/16/09 | 8.00 | 175.00 | 1,400.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/17/09 | 9.00 | 175.00 | 1,575.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/18/09 | 7.00 | 175.00 | 1,225.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/19/09 | 8.00 | 175.00 | 1,400.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/22/09 | 4.00 | 175.00 | 700.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/23/09 | 9.00 | 175.00 | 1,575.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/24/09 | 8.20 | 175.00 | 1,435.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/25/09 | 9.00 | 175.00 | 1,575.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/26/09 | 8.80 | 175.00 | 1,540.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/28/09 | 6.00 | 175.00 | 1,050.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/29/09 | 10.00 | 175.00 | 1,750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 06/30/09 | 4.40 | 175.00 | 770.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/01/09 | 5.50 | 175.00 | 962.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/02/09 | 3.50 | 175.00 | 612.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/06/09 | 6.50 | 175.00 | 1,137.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/07/09 | 4.00 | 175.00 | 700.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/08/09 | 4.50 | 175.00 | 787.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/09/09 | 4.00 | 175.00 | 700.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/10/09 | 2.70 | 175.00 | 472.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/13/09 | 2.50 | 175.00 | 437.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/14/09 | 2.50 | 175.00 | 437.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/15/09 | 1.30 | 175.00 | 227.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/16/09 | 4.00 | 175.00 | 700.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/17/09 | 3.50 | 175.00 | 612.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/20/09 | 2.00 | 175.00 | 350.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/21/09 | 2.50 | 175.00 | 437.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/22/09 | 3.80 | 175.00 | 665.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/23/09 | 2.80 | 175.00 | 490.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/27/09 | 4.30 | 175.00 | 752.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/28/09 | 3.00 | 175.00 | 525.00 | E&P Study Preparation & Analysis |

9/3/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK13\Exhibit A - Federal Detail (050109 - 073109).xlsx Federal

Page 2 of 4

## Nortel Networks, Inc. and Subsidiaries
### Earnings and Profits Study
### Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/30/09 | 3.80 | 175.00 | 665.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 07/31/09 | 3.00 | 175.00 | 525.00 | E&P Study Preparation & Analysis |
| | | | 161.10 | | 28,192.50 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/16/09 | 10.00 | 175.00 | 1,750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/17/09 | 10.50 | 175.00 | 1,837.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/18/09 | 9.00 | 175.00 | 1,575.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/19/09 | 6.00 | 175.00 | 1,050.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/22/09 | 11.00 | 175.00 | 1,925.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/23/09 | 8.50 | 175.00 | 1,487.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/24/09 | 9.00 | 175.00 | 1,575.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/25/09 | 12.00 | 175.00 | 2,100.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/26/09 | 11.00 | 175.00 | 1,925.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/27/09 | 8.00 | 175.00 | 1,400.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/28/09 | 2.00 | 175.00 | 350.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/29/09 | 12.00 | 175.00 | 2,100.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 06/30/09 | 5.00 | 175.00 | 875.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/01/09 | 10.00 | 175.00 | 1,750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/02/09 | 5.00 | 175.00 | 875.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/07/09 | 5.50 | 175.00 | 962.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/08/09 | 7.50 | 175.00 | 1,312.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/09/09 | 1.50 | 175.00 | 262.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/10/09 | 5.00 | 175.00 | 875.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/13/09 | 3.50 | 175.00 | 612.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/14/09 | 5.00 | 175.00 | 875.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/17/09 | 8.50 | 175.00 | 1,487.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/20/09 | 1.00 | 175.00 | 175.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/21/09 | 2.00 | 175.00 | 350.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/28/09 | 2.50 | 175.00 | 437.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 07/28/09 | 3.50 | 175.00 | 612.50 | E&P Study Preparation & Analysis |
| | | | 169.50 | | 29,662.50 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Sonali Fournier | 06/24/09 | 1.00 | 290.00 | 290.00 | E&P Study Preparation & Analysis |
| | | | 1.00 | | 290.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Stanley Jozefiak | 07/29/09 | 0.50 | 400.00 | 200.00 | E&P Study Preparation & Analysis |
| | | | 0.50 | | 200.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/16/09 | 3.50 | 290.00 | 1,015.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/16/09 | 4.00 | 290.00 | 1,160.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/17/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/18/09 | 2.50 | 290.00 | 725.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/19/09 | 1.50 | 290.00 | 435.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/22/09 | 4.00 | 290.00 | 1,160.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/22/09 | 3.50 | 290.00 | 1,015.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/23/09 | 3.00 | 290.00 | 870.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/23/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |

9/3/2009
C:\Documents and Settings\ACordol\Local Settings\Temporary Internet Files\OLK13\Exhibit A - Federal Detail (050109 - 073109).xlsx Federal

Page 3 of 4

Nortel Networks, Inc. and Subsidiaries
Earnings and Profits Study
Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/24/09 | 4.00 | 290.00 | 1,160.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/24/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/25/09 | 3.00 | 290.00 | 870.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/25/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/26/09 | 9.00 | 290.00 | 2,610.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/26/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/27/09 | 4.00 | 290.00 | 1,160.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/28/09 | 3.00 | 290.00 | 870.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/29/09 | 9.50 | 290.00 | 2,755.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 06/30/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/01/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/02/09 | 8.00 | 290.00 | 2,320.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/06/09 | 7.50 | 290.00 | 2,175.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/07/09 | 7.00 | 290.00 | 2,030.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/08/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/09/09 | 8.00 | 290.00 | 2,320.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/10/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/13/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/14/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/15/09 | 4.50 | 290.00 | 1,305.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/16/09 | 2.50 | 290.00 | 725.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/17/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/20/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/21/09 | 4.00 | 290.00 | 1,160.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/22/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/23/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/24/09 | 4.00 | 290.00 | 1,160.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/27/09 | 5.50 | 290.00 | 1,595.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/28/09 | 4.50 | 290.00 | 1,305.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/29/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/30/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 07/31/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
|  |  |  | 202.00 |  | 58,580.00 |  |
| Grand Total |  |  | 796.90 |  | 158,512.00 |  |

9/3/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK13\Exhibit A - Federal Detail (050109 - 073109).xlsx Federal

Page 4 of 4

# Nortel Networks, Inc. and Subsidiaries
## State Tax Model
### Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 06/26/09 | 2.00 | 195.00 | 390.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/01/09 | 6.00 | 195.00 | 1,170.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/02/09 | 5.00 | 195.00 | 975.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/06/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/07/09 | 7.50 | 195.00 | 1,462.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/08/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/09/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/10/09 | 11.00 | 195.00 | 2,145.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/11/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/12/09 | 6.00 | 195.00 | 1,170.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/13/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/14/09 | 8.00 | 195.00 | 1,560.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/15/09 | 8.00 | 195.00 | 1,560.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/16/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/17/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/20/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/21/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/22/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/23/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/24/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/25/09 | 2.50 | 195.00 | 487.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/27/09 | 9.50 | 195.00 | 1,852.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/28/09 | 9.50 | 195.00 | 1,852.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/29/09 | 10.00 | 195.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/30/09 | 17.00 | 195.00 | 3,315.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 07/31/09 | 6.00 | 195.00 | 1,170.00 | State Tax Model Preparation & Analysis |
| | | | 212.00 | | 41,340.00 | |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/22/09 | 7.00 | 130.00 | 910.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/23/09 | 1.80 | 130.00 | 234.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/24/09 | 0.40 | 130.00 | 52.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/25/09 | 2.00 | 130.00 | 260.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/29/09 | 0.80 | 130.00 | 104.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 06/30/09 | 0.50 | 130.00 | 65.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 07/01/09 | 1.50 | 130.00 | 195.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 07/07/09 | 2.00 | 130.00 | 260.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 07/10/09 | 5.80 | 130.00 | 754.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Dyal Singh | 07/13/09 | 11.00 | 130.00 | 1,430.00 | State Tax Model Preparation & Analysis |
| | | | 32.80 | | 4,264.00 | |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/22/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/23/09 | 5.00 | 90.00 | 450.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/25/09 | 7.00 | 90.00 | 630.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/26/09 | 6.00 | 90.00 | 540.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/29/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |

9/3/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK13\Exhibit A - State Detail (050109 - 073109).xlsx State

Page 1 of 4

Nortel Networks, Inc. and Subsidiaries
State Tax Model
Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 06/30/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/01/09 | 7.50 | 90.00 | 675.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/02/09 | 4.50 | 90.00 | 405.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/06/09 | 6.00 | 90.00 | 540.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/07/09 | 6.00 | 90.00 | 540.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/08/09 | 4.00 | 90.00 | 360.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/09/09 | 4.00 | 90.00 | 360.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/13/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/14/09 | 2.00 | 90.00 | 180.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Heather Byrne | 07/15/09 | 1.00 | 90.00 | 90.00 | State Tax Model Preparation & Analysis |
| | | | 85.00 | | 7,650.00 | |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/12/09 | 4.50 | 90.00 | 405.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/15/09 | 1.50 | 90.00 | 135.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/22/09 | 2.00 | 90.00 | 180.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/23/09 | 5.00 | 90.00 | 450.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/24/09 | 3.00 | 90.00 | 270.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/25/09 | 7.00 | 90.00 | 630.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/26/09 | 8.00 | 90.00 | 720.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/29/09 | 3.00 | 90.00 | 270.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 06/30/09 | 7.00 | 90.00 | 630.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/01/09 | 2.40 | 90.00 | 216.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/02/09 | 4.50 | 90.00 | 405.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/06/09 | 2.50 | 90.00 | 225.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/07/09 | 9.50 | 90.00 | 855.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/08/09 | 3.00 | 90.00 | 270.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/09/09 | 1.50 | 90.00 | 135.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/10/09 | 9.00 | 90.00 | 810.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/11/09 | 5.50 | 90.00 | 495.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jennifer Stewart | 07/13/09 | 1.50 | 90.00 | 135.00 | State Tax Model Preparation & Analysis |
| | | | 77.40 | | 6,966.00 | |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 06/26/09 | 3.00 | 145.00 | 435.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 06/29/09 | 1.00 | 145.00 | 145.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 06/30/09 | 2.00 | 145.00 | 290.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/02/09 | 3.50 | 145.00 | 507.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/06/09 | 7.50 | 145.00 | 1,087.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/07/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/08/09 | 11.00 | 145.00 | 1,595.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/09/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/10/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/13/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/14/09 | 5.00 | 145.00 | 725.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/15/09 | 2.00 | 145.00 | 290.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/29/09 | 3.50 | 145.00 | 507.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 07/30/09 | 11.50 | 145.00 | 1,667.50 | State Tax Model Preparation & Analysis |
| | | | 96.00 | | 13,920.00 | |

9/3/2009
C:\Documents and Settings\ACord\Local Settings\Temporary Internet Files\OLK13\Exhibit A - State Detail (050109 - 073109).xlsx State

Page 2 of 4

**Nortel Networks, Inc. and Subsidiaries**
**State Tax Model**
**Compensation by Professional**

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/01/09 | 10.50 | 130.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/02/09 | 4.00 | 130.00 | 520.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/06/09 | 11.50 | 130.00 | 1,495.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/07/09 | 10.00 | 130.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/08/09 | 10.00 | 130.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/09/09 | 11.60 | 130.00 | 1,508.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/10/09 | 10.00 | 130.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/13/09 | 10.50 | 130.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/14/09 | 6.00 | 130.00 | 780.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/15/09 | 0.20 | 130.00 | 26.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/16/09 | 1.00 | 130.00 | 130.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/22/09 | 0.50 | 130.00 | 65.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/30/09 | 2.00 | 130.00 | 260.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 07/31/09 | 4.00 | 130.00 | 520.00 | State Tax Model Preparation & Analysis |
| | | | 91.80 | | 11,934.00 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Tracey Sellers | 07/10/09 | 1.50 | 375.00 | 562.50 | State Tax Model Preparation & Analysis |
| | | | 1.50 | | 562.50 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/02/09 | 4.00 | 325.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/06/09 | 4.00 | 325.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/07/09 | 3.50 | 325.00 | 1,137.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/08/09 | 4.00 | 325.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/09/09 | 5.00 | 325.00 | 1,625.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/10/09 | 13.00 | 325.00 | 4,225.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/11/09 | 5.00 | 325.00 | 1,625.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/13/09 | 11.50 | 325.00 | 3,737.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/14/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/15/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/16/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/17/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/20/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/21/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/23/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/24/09 | 7.50 | 325.00 | 2,437.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/27/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/28/09 | 4.00 | 325.00 | 1,300.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/29/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 07/30/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 06/25/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 06/26/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 06/29/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 06/30/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| | | | 141.50 | | 45,987.50 | |

9/3/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK13\Exhibit A - State Detail (050109 - 073109).xlsx State

Page 3 of 4

Nortel Networks, Inc. and Subsidiaries
State Tax Model
Compensation by Professional

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/01/09 | 1.00 | 250.00 | 250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/02/09 | 1.00 | 250.00 | 250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/06/09 | 1.00 | 250.00 | 250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/07/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/08/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/09/09 | 5.00 | 250.00 | 1,250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/10/09 | 12.50 | 250.00 | 3,125.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/11/09 | 3.00 | 250.00 | 750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/12/09 | 11.00 | 250.00 | 2,750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/13/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/14/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/15/09 | 9.00 | 250.00 | 2,250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/16/09 | 7.00 | 250.00 | 1,750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/17/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/20/09 | 11.00 | 250.00 | 2,750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/21/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/22/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/23/09 | 7.50 | 250.00 | 1,875.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/24/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/25/09 | 8.00 | 250.00 | 2,000.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/27/09 | 9.00 | 250.00 | 2,250.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/28/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/29/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/30/09 | 16.00 | 250.00 | 4,000.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 07/31/09 | 8.00 | 250.00 | 2,000.00 | State Tax Model Preparation & Analysis |
| | | | 194.00 | | 48,500.00 | |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 07/13/09 | 0.50 | 375.00 | 187.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 07/15/09 | 0.50 | 375.00 | 187.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 07/24/09 | 1.00 | 375.00 | 375.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.::NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 07/29/09 | 0.50 | 375.00 | 187.50 | State Tax Model Preparation & Analysis |
| | | | 2.50 | | 937.50 | |
| Grand Total | | | 934.50 | | 182,061.50 | |

9/3/2009
C:\Documents and Settings\ACordo\Local Settings\Temporary Internet Files\OLK131\Exhibit A - State Detail (050109 - 073109).xlsx State

Page 4 of 4