IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
: 
                Debtors. : Jointly Administered
: 
: Re: D.I. 1422
: 
---------------------------------------------------------------X

**NOTICE OF FILING OF CORRECTED EXHIBIT A TO FIRST INTERIM APPLICATION OF TRUE PARTNERS CONSULTING LLC FOR COMPENSATION FOR SERVICES RENDERED AS TAX SERVICE PROVIDER TO THE DEBTORS FOR THE PERIOD OF MAY 1, 2009 THROUGH JULY 31, 2009**

PLEASE TAKE NOTICE THAT on September 2, 2009, True Partners Consulting LLC filed the First Interim Application of True Partners Consulting LLC for Compensation for Services Rendered as Tax Service Provider to the Debtors for the Period of May 1, 2009 through July 31, 2009 [D.I. 1422] (the "Application").

PLEASE TAKE FURTHER NOTICE THAT attached hereto as Exhibit A is a corrected version of the Exhibit A that was attached to the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: September 3, 2009
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley
        Lisa M. Schweitzer
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Ann C. Cordo
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Ann C. Cordo (No. 4817)
        Andrew R. Remming (No. 5120)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*

3106809.1