## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **First Consolidated Monthly Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of May 1, 2009 Through July 31, 2009** was caused to be made on September 3, 2009, in the manner indicated upon the entities identified below:

Date: September 3, 2009

_____
Andrew R. Remming (No. 5120)

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1
(Debtor)

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

2966101.2

2966101.2