APPEARANCE

United States Bankruptcy Court

For the _____ District of __Delaware__

In re )
    NORTEL NETWORKS, INC., et al., ) Case No. 09-10138
        Debtor(s) ) Chapter 11 (Jointly Administered)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Keith Weiner, Rudy Mathieu, Wendell Allen Neff, Charles Rowe, Neal Shact, Fred Scott,

Jac Goudsmit, Dwayne Roberts, William Weidner, and Price Paschall, Creditors herein

| | |
|---|---|
| Jeffrey B. Rose | Tishler & Wald, Ltd. |
| Print Name on this Line | Firm Name |
| *[signature]* | FIRM ID NUMBER: |
| Signature | 200 S. Wacker Drive, Suite 3000 |
| ATTORNEY ID NUMBER  6186133 | Street Address |
| | Chicago, IL 60606 |
| | City     State     Zip |
| | Telephone     312-876-3800 |

Trial Attorneys*

_____ Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:     September 3, 2009

TYPE OF DEFENSE COUNSEL:

CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____   D _____   TP _____

Revised 06/08rj