## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on September 4, 2009, I caused one copy of the foregoing to be served upon the persons on the attached list as indicated.

_____
William P. Bowden (#2553)

{00074510;v1}

**Nortel Networks, Inc.**
**Service List for Objections to Sale Motion**

**HAND DELIVERY**
Christopher M. Samis
Richards Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
*(Counsel to the Committee)*

**U.S. MAIL**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*(Counsel to the Debtors)*

**U.S. MAIL**
Fred S. Hodara
Stephen Kuhn, Kenneth Davis
Akin Gump Strauss Hauer &Feld LLP
One Bryant Park
New York, NY 10036
*(Counsel to the Committee)*

**HAND DELIVERY**
Derek C. Abbott
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
*(Counsel to the Debtors)*

**HAND DELIVERY**
T. Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**U.S. MAIL**
Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
*(Counsel to the Purchaser)*

**U.S. MAIL**
Roland Hlawaty
Milbank Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
*(Counsel to the Bondholder Group)*