IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

      I, James E. Huggett, Esquire, hereby certify that on September 8, 2009, I served a copy of the *Reservation of Rights by Oracle USA, Inc. regarding the Debtors' Motion for Orders (I)(A) Authorizing Debtors Entry Into the Asset and Share Shale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal, and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests In, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases* on the parties listed on the attached service list via electronic mail.

                                                         /s/James E. Huggett
                                                James E. Huggett (#3956)

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lschweitzer@cgsh.com

Derek Abbott, Esquire
Eric D. Schwartz, Esquire
Thomas F. Driscoll, III, Esquire
Ann C. Cordo, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com
eschwartz@mnat.com
tdriscoll@mnat.com
acordo@mnat.com

Thomas Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801
thomas.p.tinker@usdoj.gov

Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
samis@rlf.com

Fred S. Hodara, Esquire
Stephen Kuhn, Esquire
Kenneth Davis, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com

Mark I. Bane, Esquire
Anne. Pak, Esquire

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Mark.bone@ropesgray.com
Anne.pak@ropesgray.com

Roland Hlawaty, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
rhlawaty@milbank.com