**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**OBJECTION TO DEBTOR'S SECOND
RECLAMATION NOTICE (POLYCOM, INC.)**

Polycom, Inc. ("Polycom") hereby objects to the Debtor's Second Reclamation Notice [Docket No. 756] (the "Notice") to the extent the Notice proposes to determine Polycom's reclamation demand invalid.

**Background**

On January 14, 2009, Polycom delivered to the bankruptcy counsel for Nortel Networks, Inc. and its affiliates (collectively, the "Debtors") a written demand of reclamation of goods (the "Demand"). The Demand identified the goods to be claimed by reference to the invoice number and date, shipment date, part number and quantity and total dollar amount per invoice.

On or about February 19, 2009 the Bankruptcy Court entered its Order Establishing Procedures for Addressing Reclamation Demands Pursuant to Sections 105(a), 362 and 546(c) and Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 336) (the "Reclamation Procedures Order").

On May 15, 2009 the Debtors filed and served the Notice. The Notice proposes to treat the Demand as invalid in its entirety on grounds of "insufficient information."

Following receipt of the Notice, Polycom communicated with the Debtors and provided the Debtors with the additional information requested by the Debtors, and the parties agreed to extend the time for Polycom to object to the Notice until the Debtors' reconciled the Demand with the Debtors' records. The Debtors have recently provided Polycom with a partial reconciliation of the Demand, but have not provided any reconciliation of approximately 61 Polycom invoices and have not provided any statement of the extent to which the Debtors believe the Demand is valid or the basis on which the Debtors believe the 61 invoices not included in their reconciliation do not satisfy the requirements of Section 546(c).

**Objection**

1

Polycom objects to the treatment of the Demand proposed by the Notice. Polycom has provided the Debtors with all of the information necessary to permit the Debtors to reconcile the invoices included in the demand against the Debtors' records. To date, the Debtors have not provided Polycom with the following:

- the basis on which the Debtors believe the 61 invoices not treated in the Debtors' reconciliation do not satisfy the requirements of Section 546(c); and

- the invoices as to which the Debtors believe the Polycom Reclamation Claim is valid and the covered goods if a value other than the invoiced value.

Until Polycom is provided with the information contemplated by Section 2.c of the Reclamation Procedures Order, Polycom cannot meaningfully respond to the Debtors' proposal to treat the Demand as invalid, and Polycom reserves its right to further respond to the Notice on substantive basis once such information is provided to Polycom.

Dated: September 8, 2009

        WHITE AND WILLIAMS LLP

        By: */s/ James S. Yoder*
        JAMES S.YODER (#2643)
        824 North Market Street, Suite 902
        P.O. Box 709
        Wilmington, DE 19899-0709
        Telephone: 302-467-4524
        Facsimile: 302-467-4554
        Email: yoderj@whiteandwilliams.com

        Attorney for Polycom Inc..

        BIALSON, BERGEN & SCHWAB
        PATRICK M. COSTELLO
        2600 El Camino Real, Suite 300
        Palo Alto, California 94306
        Telephone: (650) 857-9500
        Facsimile: (650) 494-2738
        Email: pcostello@bbslaw.com

        Attorneys for Polycom Inc.