**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NORTEL NETWORKS INC., et al., | ) | |
| Debtors. | ) | Case No. 09-10138-KG |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, James S. Yoder, Esquire do hereby certify that on this 8th day of September 2009, copies of the foregoing ***OBJECTION TO DEBTOR'S SECOND RECLAMATION NOTICE (POLYCOM, INC.)*** were served upon the parties listed below as indicated and via email to all parties on the electronic service list.

By Mail

    Andrew R. Remming
    Morris, Nichols, Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    302-658-9200
    Fax : 302-658-3989
    Email: aremming@mnat.com

By Mail

    U.S. Trustee
    United States Trustee
    844 King Street, Room 2207
    Lockbox #35
    Wilmington, DE 19899-0035

    Christopher M. Samis
    Richards, Layton & Finger, P.A.
    920 N. King Street
    One Rodney Square
    Wilmington, DE 19801
    302-651-7845
    Fax : 302-651-7701
    Email: samis@rlf.com

    James L. Bromley
    Cleary Gottlieb Steen & Hamilton
    One Liberty Plaza
    New York, NY 10006
    212-225-2264
    Fax : 212-225-3999
    Email: jbromley@cgsh.com

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ James S. Yoder
    James S. Yoder (#2643)