**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

August 1, 2009 Through August 31, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | August |
|---|---|---|
| 1 | Pension Advisory | 29.5 |
| 2 | Engagement/Retention/Fee Applications | 8.5 |
| **TOTAL** | | **38.0** |

**Summary of Services Rendered by Professional**

| Name | August |
|---|---|
| Bradley D. Belt (Chairman) | 19.0 |
| John L. Spencer (Senior Advisor) | 13.5 |
| Dawn M. Bizzell (Director) | 5.5 |
| **TOTAL** | **38.0** |

Palisades Capital Advisors LLC
Time Detail - By Activity
August 1 - 31, 2009

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 8/3/2009 | Discussion: Nortel, UCC, Bondholder meeting | 1.0 | 1 | BDB |
| 8/3/2009 | Discussion: Nortel, UCC, Bondholder meeting | 1.0 | 1 | JLS |
| 8/4/2009 | Telephone call w/CGSH Re: Equinox auction strategy | 1.0 | 1 | BDB |
| 8/4/2009 | Telephone call w/CGSH Re: Equinox auction strategy | 1.0 | 1 | JLS |
| 8/5/2009 | Discuss and review draft PBGC and Equinox strategy memo | 1.5 | 1 | BDB |
| 8/5/2009 | Discuss and review draft PBGC and Equinox strategy memo | 1.5 | 1 | JLS |
| 8/6/2009 | Pre-call preparation, conference call w/UCC and bondholders | 3.0 | 1 | BDB |
| 8/6/2009 | Pre-call preparation, conference call w/UCC and bondholders | 3.0 | 1 | JLS |
| 8/10/2009 | Review draft term sheet | 1.0 | 1 | BDB |
| 8/10/2009 | Review draft term sheet | 1.0 | 1 | JLS |
| 8/11/2009 | Review and discuss draft term sheet | 1.0 | 1 | BDB |
| 8/11/2009 | Review and discuss draft term sheet | 1.0 | 1 | JLS |
| 8/12/2009 | Internal discussion re: PBGC timing/strategy | 1.0 | 1 | BDB |
| 8/12/2009 | Internal discussion re: PBGC timing/strategy | 1.0 | 1 | JLS |
| 8/13/2009 | Review draft response re: PBGC information request and related materials | 2.0 | 1 | BDB |
| 8/13/2009 | Review draft response re: PBGC information request and related materials | 2.0 | 1 | JLS |
| 8/17/2009 | Email exchanges re: status of PBGC response and draft term sheets | 1.5 | 1 | BDB |
| 8/17/2009 | Review Equinoix information | 0.5 | 1 | BDB |
| 8/18/2009 | Conference call re: UK issues | 1.0 | 1 | BDB |
| 8/27/2009 | Review UK guarantees and funding agreement | 1.5 | 1 | BDB |
| 8/27/2009 | Internal discussion re: action items | 0.5 | 1 | BDB |
| 8/27/2009 | Internal discussion re: action items | 0.5 | 1 | JLS |
| 8/28/2009 | Discuss status of information requestion with PBGC | 0.5 | 1 | BDB |
| 8/31/2009 | Review UK pension regulator letter; schedule call to discuss | 0.5 | 1 | BDB |
| | August Total - Activity 1 | 29.5 | | |
| 8/3/2009 | Prepare logs for 2nd fee application | 2.0 | 2 | DMB |
| 8/4/2009 | Complete 2nd fee application for filing | 2.0 | 2 | DMB |
| 8/5/2009 | Review monthly fee application and quarterly fee application documents | 1.0 | 2 | BDB |
| 8/14/2009 | Review draft declaration | 0.5 | 2 | BDB |
| 8/14/2009 | Review draft declaration | 1.5 | 2 | JLS |
| 8/31/2009 | Prepare and submit 1st qrtly fee application | 1.5 | 2 | DMB |
| | August Total - Activity 2 | 8.5 | | |
| | Total | 38.0 | | |