## Nortel Networks Corporation
Capstone Advisory Group, LLC
**Exhibit A: Summary of Fees by Professional**
For the Period 7/1/2009 through 7/31/2009

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive | $710 | 59.60 | $42,316.00 |
| J. Borow | Executive Director | $710 | 114.00 | $80,940.00 |
| M. Lasinski | Managing Director | $600 | 4.40 | $2,640.00 |
| J. Hyland | Executive Director | $550 | 280.10 | $154,055.00 |
| T. Horton | Director | $525 | 197.00 | $103,425.00 |
| S. Song | Consultant | $325 | 184.90 | $60,092.50 |
| J. Peterson | Consultant | $315 | 208.40 | $65,646.00 |
| T. Morilla | Consultant | $285 | 175.50 | $50,017.50 |
| **For the Period 7/1/2009 through 7/31/2009** | | | **1223.90** | **$559,132.00** |

**Capstone Advisory Group, LLC**
Invoice for the 7/1/2009 - 7/31/2009 Fee Statement

Page 1 of 1

NY 71725290v1