## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 7/1/2009 through 7/31/2009**

| Task Code  Task Description | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 294.60 | $145,672.00 |
| 05. Professional Retention/Fee Application Preparation | 7.50 | $4,221.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 41.00 | $26,079.00 |
| 08. Interaction/Mtgs w Creditors | 66.60 | $40,223.50 |
| 09. Employee Issues/KEIP | 158.30 | $70,814.50 |
| 11. Claim Analysis/Accounting | 17.00 | $7,507.00 |
| 13. Intercompany Transactions/Bal | 85.90 | $37,830.50 |
| 14. Executory Contracts/Leases | 44.80 | $21,547.50 |
| 17. Analysis of Historical Results | 25.30 | $7,995.50 |
| 18. Operating and Other Reports | 61.50 | $27,060.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 232.20 | $86,773.50 |
| 20. Projections/Business Plan/Other | 82.40 | $38,573.50 |
| 24. Liquidation Analysis | 96.60 | $40,612.50 |
| 26. Tax Issues | 7.70 | $2,721.50 |
| 28. Valuation Analysis | 2.50 | $1,500.00 |
| **For the Period 7/1/2009 through 7/31/2009** | **1223.90** | **$559,132.00** |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2009 - 7/31/2009 Fee Statement**

Page 1 of 1

NY 71725290v1