**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 7/1/2009 through 7/31/2009**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/Train** | | | |
| 7/2/2009 | S. Song | Airfare for travel to Toronto. | $699.91 |
| 7/6/2009 | J. Hyland | Airfare for Toronto trip. | $980.91 |
| 7/6/2009 | J. Peterson | Airfare to/from Toronto. | $733.66 |
| 7/7/2009 | C. Kearns | Flight to Toronto. | $1,421.54 |
| 7/7/2009 | C. Kearns | Flight change additional charges. | $62.46 |
| 7/9/2009 | C. Kearns | Flight to Toronto. | $1,006.19 |
| 7/9/2009 | J. Peterson | Fee charged for flight change from Toronto. | $66.37 |
| 7/13/2009 | J. Hyland | Airfare for NY and Toronto trip. | $1,222.65 |
| 7/20/2009 | J. Hyland | Airfare for Toronto/NY trip. | $1,563.74 |
| 7/20/2009 | S. Song | Airfare for travel to Toronto. | $1,144.10 |
| 7/22/2009 | J. Peterson | Airfare to/from Toronto. | $1,207.86 |
| 7/27/2009 | J. Hyland | Airfare for Toronto/Dallas/Toronto trip. | $3,340.52 |
| 7/27/2009 | J. Peterson | Airfare for T. Horton to/from Toronto. | $1,020.70 |
| 7/27/2009 | J. Peterson | Airfare to/from Toronto. | $1,020.70 |
| 7/30/2009 | T. Horton | Airfare returning from Toronto. | $747.03 |
| **Subtotal - Airfare/Train** | | | **$16,238.34** |
| **Auto Rental/Taxi** | | | |

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/6/2009 | CAG Direct | Taxi costs with First Corporate Sedan. | $366.63 |
| 7/6/2009 | CAG Direct | Taxi costs with First Corporate Sedan. | $224.80 |
| 7/6/2009 | CAG Direct | Taxi costs with First Corporate Sedan. | $147.00 |
| 7/6/2009 | J. Hyland | Taxi to Nortel from airport during Toronto trip. | $38.00 |
| 7/6/2009 | J. Peterson | Taxi from the airport to Nortel. | $36.29 |
| 7/6/2009 | S. Song | Taxi while traveling in Toronto. | $31.00 |
| 7/6/2009 | S. Song | Taxi while traveling in Toronto. | $29.14 |
| 7/6/2009 | J. Hyland | Taxi from Nortel to hotel during Toronto trip. | $27.00 |
| 7/7/2009 | J. Peterson | Taxi from the hotel to Nortel. | $32.91 |
| 7/7/2009 | S. Song | Taxi while traveling in Toronto. | $31.31 |
| 7/7/2009 | J. Hyland | Taxi to office from hotel during Toronto trip. | $26.00 |
| 7/7/2009 | J. Hyland | Taxi to dinner with G. Davies and J. Flanagan. | $18.00 |
| 7/8/2009 | J. Peterson | Taxi from Nortel to the hotel. | $33.69 |
| 7/8/2009 | S. Song | Taxi while traveling in Toronto. | $27.42 |
| 7/8/2009 | J. Peterson | Taxi from Nortel to the hotel. | $24.46 |
| 7/8/2009 | J. Hyland | Taxi to office from hotel during Toronto trip. | $24.00 |
| 7/9/2009 | C. Kearns | Car rental during Toronto trip. | $100.80 |
| 7/9/2009 | C. Kearns | Toronto airport taxi. | $32.00 |
| 7/9/2009 | S. Song | Taxi while traveling in Toronto. | $30.00 |
| 7/9/2009 | S. Song | Taxi while traveling in Toronto. | $29.99 |
| 7/9/2009 | J. Peterson | Taxi from Nortel to the airport. | $26.13 |
| 7/9/2009 | J. Hyland | Taxi to office from hotel during Toronto trip. | $25.00 |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2009 - 7/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/10/2009 | J. Peterson | Taxi to the office with bags from Nortel. | $8.00 |
| 7/13/2009 | J. Hyland | Taxi during NY/Toronto trip. | $35.00 |
| 7/14/2009 | J. Hyland | Taxi during NY/Toronto trip. | $20.00 |
| 7/15/2009 | J. Hyland | Taxi during NY/Toronto trip. | $73.00 |
| 7/15/2009 | J. Hyland | Taxi during NY/Toronto trip. | $18.00 |
| 7/16/2009 | J. Hyland | Taxi -- Exchange rate correction based upon credit card charge from 6/15/09. | $22.00 |
| 7/16/2009 | J. Hyland | Taxi -- Exchange rate correction based upon credit card charge from 6/16/09. | $1.22 |
| 7/16/2009 | J. Hyland | Taxi -- Exchange rate correction based upon credit card charge from 6/16/09. | $0.99 |
| 7/20/2009 | J. Peterson | Taxi from Nortel to downtown Toronto. | $46.80 |
| 7/20/2009 | J. Hyland | Taxi during Toronto trip. | $37.00 |
| 7/20/2009 | J. Peterson | Taxi from Airport to Nortel. | $36.36 |
| 7/20/2009 | S. Song | Taxi while traveling in Toronto. | $30.00 |
| 7/21/2009 | S. Song | Taxi while traveling in Toronto. | $57.77 |
| 7/21/2009 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 7/21/2009 | S. Song | Taxi while traveling in Toronto. | $22.00 |
| 7/22/2009 | J. Hyland | Taxi in NY from airport during Toronto/NY trip. | $82.00 |
| 7/22/2009 | J. Peterson | Taxi from Nortel to the airport. | $32.76 |
| 7/22/2009 | J. Hyland | Taxi during Toronto trip. | $29.00 |
| 7/22/2009 | J. Peterson | Taxi from hotel to Nortel. | $25.00 |
| 7/23/2009 | J. Peterson | Taxi with bags to the office. | $8.00 |
| 7/24/2009 | J. Hyland | Taxi to Cleary's office during NY trip. | $16.00 |
| 7/25/2009 | J. Hyland | Taxi to airport during NY auction trip. | $70.70 |

Capstone Advisory Group, LLC
Invoice for the 7/1/2009 - 7/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 7/27/2009 | J. Peterson | Taxi from the airport to Nortel | $45.12 |
| 7/27/2009 | J. Hyland | Taxi to Nortel from airport. | $35.00 |
| 7/27/2009 | J. Peterson | Taxi during Toronto trip. | $30.00 |
| 7/27/2009 | T. Horton | Taxi from Nortel to hotel. | $18.00 |
| 7/28/2009 | J. Peterson | Taxi from the hotel to Nortel. | $35.15 |
| 7/28/2009 | T. Horton | Taxi from Nortel to hotel. | $25.00 |
| 7/28/2009 | J. Hyland | Taxi during Toronto trip. | $25.00 |
| 7/28/2009 | J. Hyland | Taxi while on Toronto trip. | $25.00 |
| 7/29/2009 | J. Peterson | Taxi from the hotel to meeting downtown Toronto with J. Hyland. | $49.40 |
| 7/29/2009 | J. Peterson | Taxi during Toronto trip. | $47.50 |
| 7/29/2009 | T. Horton | Taxis to airport and hotel. | $45.00 |
| 7/29/2009 | J. Peterson | Taxi from hotel to Nortel. | $25.00 |
| 7/29/2009 | J. Peterson | Taxi from Nortel to the hotel. | $24.70 |
| 7/30/2009 | J. Peterson | Taxi from Nortel to the airport. | $28.50 |
| 7/30/2009 | T. Horton | Cab to airport while at Nortel. | $25.00 |
| 7/30/2009 | J. Hyland | Taxi during Toronto trip. | $25.00 |
| 7/30/2009 | J. Peterson | Taxi from the hotel to Nortel. | $21.85 |
| 7/31/2009 | J. Peterson | Taxi to the office with bags. | $7.00 |

**Subtotal - Auto Rental/Taxi** $2,598.39

**Hotel**

| 7/9/2009 | J. Peterson | Hotel while at Nortel. | $608.24 |
| 7/9/2009 | J. Hyland | Hotel while traveling to Toronto. | $447.54 |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2009 - 7/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/10/2009 | S. Song | Hotel while staying in Toronto. | $557.69 |
| 7/14/2009 | J. Hyland | Hotel during NY/Toronto trip. | $434.54 |
| 7/15/2009 | J. Hyland | Hotel during NY/Toronto trip. | $345.11 |
| 7/20/2009 | J. Peterson | Hotel during Toronto trip. | $210.64 |
| 7/21/2009 | J. Hyland | Hotel during Toronto trip. | $234.10 |
| 7/21/2009 | S. Song | Hotel while staying in Toronto. | $203.06 |
| 7/21/2009 | J. Peterson | Hotel during Toronto trip. | $174.89 |
| 7/22/2009 | S. Song | Hotel while staying in Toronto. | $182.20 |
| 7/22/2009 | J. Hyland | Hotel during Toronto trip. | $138.18 |
| 7/24/2009 | J. Hyland | Hotel during NY trip. | $773.79 |
| 7/25/2009 | J. Hyland | Hotel during NY trip. | $208.01 |
| 7/27/2009 | T. Horton | Hotel for Toronto trip. | $141.26 |
| 7/27/2009 | J. Peterson | Hotel during Toronto trip. | $134.98 |
| 7/28/2009 | T. Horton | Hotel during Nortel trip. | $227.46 |
| 7/29/2009 | T. Horton | Hotel at Nortel. | $214.70 |
| 7/30/2009 | J. Hyland | Hotel during Toronto trip. | $446.49 |
| 7/30/2009 | J. Peterson | Hotel while at Nortel. | $299.23 |

**Subtotal - Hotel**                                                    **$5,982.11**

**Meals**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/6/2009 | J. Hyland | Meal during Toronto trip. | $19.38 |
| 7/6/2009 | J. Peterson | Breakfast in Toronto. | $14.77 |
| 7/6/2009 | J. Peterson | Lunch at Nortel. | $11.88 |

**Capstone Advisory Group, LLC**                                    **Page 5 of 11**
**Invoice for the 7/1/2009 - 7/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/6/2009 | J. Hyland | Meal during Toronto trip. | $7.79 |
| 7/6/2009 | S. Song | Meals while traveling to Toronto. | $5.33 |
| 7/6/2009 | J. Hyland | Meal during Toronto trip. | $1.94 |
| 7/7/2009 | S. Song | Meals while traveling in Toronto. | $24.33 |
| 7/7/2009 | J. Hyland | Meal during Toronto trip. | $13.32 |
| 7/7/2009 | J. Peterson | Lunch at Nortel. | $9.09 |
| 7/8/2009 | C. Kearns | Lunch meeting. | $64.20 |
| 7/8/2009 | S. Song | Meals while traveling in Toronto. | $17.91 |
| 7/8/2009 | J. Peterson | Lunch at Nortel. | $10.57 |
| 7/8/2009 | S. Song | Meals while traveling in Toronto. | $2.04 |
| 7/8/2009 | J. Hyland | Meal during Toronto trip. | $1.94 |
| 7/9/2009 | S. Song | Meals while traveling in Toronto. | $18.56 |
| 7/9/2009 | J. Peterson | Breakfast during Toronto trip. | $16.90 |
| 7/9/2009 | J. Hyland | Meal during Toronto trip. | $15.34 |
| 7/9/2009 | S. Song | Meals while traveling in Toronto. | $13.07 |
| 7/9/2009 | J. Peterson | Lunch at Nortel. | $9.44 |
| 7/9/2009 | J. Hyland | Meal during Toronto trip. | $6.00 |
| 7/9/2009 | S. Song | Meals while traveling in Toronto. | $5.52 |
| 7/9/2009 | J. Hyland | Meal during Toronto trip. | $1.94 |
| 7/13/2009 | J. Hyland | Meal during NY/Toronto trip. | $9.31 |
| 7/13/2009 | J. Peterson | Dinner due to working late. | $7.98 |
| 7/14/2009 | J. Peterson | Dinner due to working late. | $11.65 |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2009 - 7/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/15/2009 | T. Horton | Meal during Toronto discussions. | $51.21 |
| 7/15/2009 | J. Peterson | Meal during Nortel call. | $21.39 |
| 7/15/2009 | J. Hyland | Meal during NY/Toronto trip. | $10.78 |
| 7/15/2009 | J. Hyland | Meal during NY/Toronto trip. | $3.79 |
| 7/20/2009 | J. Hyland | Meal during Toronto trip for J. Peterson, S. Song, and J. Hyland. | $177.12 |
| 7/20/2009 | J. Hyland | Meal during Toronto trip. | $21.49 |
| 7/20/2009 | J. Peterson | Breakfast during Toronto visit. | $18.17 |
| 7/20/2009 | S. Song | Meal while traveling in Toronto. | $17.15 |
| 7/20/2009 | S. Song | Meal while traveling in Toronto. | $10.86 |
| 7/20/2009 | J. Peterson | Lunch at Nortel. | $10.36 |
| 7/20/2009 | J. Hyland | Meal during Toronto trip. | $2.26 |
| 7/21/2009 | T. Morilla | Dinner due to working late. | $21.65 |
| 7/21/2009 | S. Song | Meal while traveling in Toronto. | $20.42 |
| 7/21/2009 | J. Hyland | Meal during Toronto trip. | $12.73 |
| 7/21/2009 | J. Peterson | Meal while traveling in Toronto. | $8.19 |
| 7/21/2009 | J. Hyland | Meal during Toronto trip. | $2.26 |
| 7/22/2009 | S. Song | Meal while traveling in Toronto. | $35.57 |
| 7/22/2009 | J. Peterson | Dinner during Toronto trip. | $34.22 |
| 7/22/2009 | S. Song | Meal while traveling in Toronto. | $20.37 |
| 7/22/2009 | J. Hyland | Meal during Toronto trip. | $11.62 |
| 7/22/2009 | J. Peterson | Lunch at Nortel. | $6.53 |
| 7/22/2009 | J. Peterson | Breakfast during Toronto trip. | $5.27 |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2009 - 7/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 7/22/2009 | J. Hyland | Meal during Toronto trip. | $1.65 |
| 7/25/2009 | J. Hyland | Meal during NY trip. | $3.79 |
| 7/25/2009 | J. Hyland | Meal during NY trip. | $1.93 |
| 7/27/2009 | T. Horton | Dinner with J. Hyland, J Peterson and T Horton during Toronto trip. | $142.27 |
| 7/27/2009 | J. Hyland | Meal during Toronto trip. | $17.99 |
| 7/27/2009 | J. Peterson | Breakfast at Nortel for T. Horton and J. Peterson. | $9.07 |
| 7/27/2009 | J. Peterson | Lunch at Nortel | $8.85 |
| 7/27/2009 | J. Hyland | Meal during Toronto trip. | $3.20 |
| 7/28/2009 | T. Horton | Dinner with J. Peterson and T. Horton. | $131.44 |
| 7/28/2009 | J. Peterson | Breakfast for T. Horton and J. Peterson. | $54.07 |
| 7/28/2009 | J. Hyland | Meal during Toronto trip. | $19.02 |
| 7/28/2009 | J. Peterson | Lunch during Nortel visit. | $9.75 |
| 7/28/2009 | J. Hyland | Meal during Toronto trip. | $2.26 |
| 7/29/2009 | T. Horton | Dinner with J. Peterson and T. Horton. | $81.41 |
| 7/29/2009 | J. Peterson | Dinner during Toronto trip. | $17.81 |
| 7/29/2009 | T. Horton | Lunch during Nortel visit. | $13.09 |
| 7/29/2009 | J. Peterson | Lunch at Nortel. | $10.93 |
| 7/29/2009 | J. Hyland | Meal during Toronto trip. | $10.89 |
| 7/29/2009 | J. Hyland | Meal during Toronto trip. | $10.85 |
| 7/29/2009 | J. Hyland | Meal during Toronto trip. | $2.26 |
| 7/30/2009 | T. Horton | Meals for J. Hyland and T Horton. | $24.65 |
| 7/30/2009 | J. Peterson | Lunch at Nortel. | $10.61 |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2009 - 7/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/30/2009 | J. Peterson | Breakfast while in Toronto. | $7.04 |
| 7/30/2009 | J. Peterson | Dinner while at Nortel. | $6.42 |
| 7/30/2009 | J. Hyland | Meal during Toronto trip. | $3.20 |
| **Subtotal - Meals** | | | **$1,448.06** |
| **Mileage** | | | |
| 7/6/2009 | J. Hyland | Local mileage while traveling to Toronto. | $22.00 |
| 7/13/2009 | J. Hyland | Local mileage to O'Hare for NY/Toronto trip. | $22.00 |
| 7/15/2009 | J. Hyland | Local mileage from O'Hare for NY/Toronto trip. | $22.00 |
| 7/20/2009 | J. Hyland | Local mileage for Toronto/NY trip. | $23.10 |
| 7/27/2009 | J. Hyland | Local mileage during Toronto trip. | $23.10 |
| **Subtotal - Mileage** | | | **$112.20** |
| **Other** | | | |
| 7/1/2009 | S. Song | Foreign transaction fee (finance charge) for credit card transactions in foreign country. | $84.41 |
| 7/13/2009 | S. Song | Foreign transaction fee (finance charge) for credit card transactions in foreign country. | $2.97 |
| **Subtotal - Other** | | | **$87.38** |
| **Parking/Tolls** | | | |
| 7/6/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 7/6/2009 | J. Hyland | Local tolls during Toronto trip. | $1.60 |
| 7/7/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 7/9/2009 | J. Hyland | Parking at O'Hare during Toronto trip. | $120.00 |
| 7/9/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 7/13/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 7/13/2009 | J. Hyland | Tolls for NY/Toronto trip. | $1.60 |

**Capstone Advisory Group, LLC**                                    **Page 9 of 11**
Invoice for the 7/1/2009 - 7/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/14/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 7/15/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 7/15/2009 | J. Hyland | Parking at O'Hare during NY/Toronto trip. | $2.00 |
| 7/15/2009 | J. Hyland | Tolls during NY/Toronto trip. | $1.60 |
| 7/17/2009 | T. Horton | Parking - resulting from working with Staff in NY office. | $22.00 |
| 7/20/2009 | J. Hyland | Tolls during Toronto/NY trip. | $1.60 |
| 7/21/2009 | T. Horton | Parking - resulting from working with Staff in NY office. | $22.00 |
| 7/22/2009 | T. Horton | Parking - resulting from working with Staff in NY office. | $22.00 |
| 7/23/2009 | T. Horton | Parking - resulting from working with Staff in NYC office. | $22.00 |
| 7/23/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 7/25/2009 | J. Hyland | Parking at O'Hare during Toronto/NY trip. | $162.00 |
| 7/27/2009 | J. Hyland | Tolls during Toronto trip. | $1.60 |
| 7/30/2009 | T. Horton | Parking at airport for Toronto trip. | $132.00 |
| 7/30/2009 | J. Hyland | Parking at O'Hare during Toronto trip. | $120.00 |
| 7/31/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |

**Subtotal - Parking/Tolls**    **$808.00**

**Postage/FedEx**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/5/2009 | CAG Direct | Postage charge for Nortel. | $41.17 |
| 7/5/2009 | CAG Direct | Postage charge for Nortel. | $23.07 |

**Subtotal - Postage/FedEx**    **$64.24**

**Telecom**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/2/2009 | CAG Direct | Intercall conference call expenses. | $32.61 |

**Capstone Advisory Group, LLC**     
**Invoice for the 7/1/2009 - 7/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 7/7/2009 | CAG Direct | Long distance telephone charges for Nortel. | $284.00 |
| 7/13/2009 | CAG Direct | Telecommunication expense for Nortel mattes. | $2,423.32 |
| 7/17/2009 | J. Hyland | Telephone long distance charges for calls to Toronto. | $199.04 |
| 7/23/2009 | J. Hyland | Telephone roaming charges while in Toronto. | $124.54 |
| 7/24/2009 | J. Hyland | Telephone charges to Toronto. | $58.14 |
| 7/24/2009 | J. Hyland | Telephone charges to Toronto. | $5.74 |
| 7/31/2009 | J. Peterson | Roaming charges incurred while in Toronto | $66.02 |

**Subtotal - Telecom**                                                        **$3,193.41**

**For the Period 7/1/2009 through 7/31/2009**                                 **$30,532.13**