IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
                                                        :    Chapter 11

*In re*                                                   :

                                                   :    Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,                 :

                                                 :    Jointly Administered

                                                 :

                   Debtors.                :

                                                 :
------------------------------------------------------X

## ORDER GRANTING EMERGENCY MOTION OF THE AFFILIATES OF VERIZON COMMUNICATIONS INC. TO COMPEL ATTENDANCE AT DEPOSITION

The Court having considered the Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition (the "Motion") and the opposition to the Motion; and finding that good and sufficient notice has been given; and finding that good cause exists to grant the relief requested in the Motion, it is HEREBY ORDERED that:

1.    The Motion is GRANTED.

2.    If Avaya, Inc. ("Avaya") is the winning bidder after the auction of the Debtors' Enterprise Solutions Business assets that is scheduled to occur on September 11, 2009[1], then Avaya shall produce on Saturday, September 12, 2009 at 2:30 PM, the appropriate witness(es) to provide testimony on the topics identified by Verizon in the Notice of 30(b)(6) Deposition that was previously served on counsel Avaya, unless otherwise expressly agreed by Verizon.

Dated: _____        _____
                                                  Kevin Gross
                                                  United States Bankruptcy Court Judge

---

[1] Capitalized terms not defined herein shall have the meanings as defined in the Motion.