IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2009 SEP -9  PM 1:14
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------X
In re                                                    :    Chapter 11
                                                         :
Nortel Networks Inc., et al.,                            :    Case No. 09-10138 (KG)
                                                         :
                                                         :    Jointly Administered
                            Debtors.                     :
                                                         :
                                                         :
---------------------------------------------------------X

**REQUEST FOR EXPEDITED HEARING ON THE EMERGENCY MOTION OF THE AFFILIATES OF VERIZON COMMUNICATIONS INC. TO COMPEL ATTENDANCE AT DEPOSITION**

The affiliates of Verizon Communications Inc. (collectively, "Verizon")[1] request an expedited hearing or teleconference with the Court on Verizon's Emergency Motion to Compel Attendance At Deposition of the appropriate corporate representative(s) of Avaya, Inc. at a deposition noticed, pursuant to Fed. R. Civ. P. 30(b)(6), to take place on Saturday, September 12, 2009 (the "Motion"). In support of its request, Verizon states as follows:

1.  As more fully described in the Motion, Avaya, Inc. ("Avaya"), is the "stalking horse" bidder for the Debtors' Enterprise business. The auction is set for September 11, 2009 and the hearing to consider the approval of the sale of those assets is set for September 15, 2009. As Verizon has previously advised the Court, if the Verizon contracts are slated to be rejected in connection with the proposed sale, Verizon will object to the approval of the sale of the Debtors'

---

[1] The definition of Verizon includes, without limitation, all wholly-owned subsidiaries of Verizon Communications Inc. (including, without limitation, Verizon Corporate Services Group Inc., Verizon Services Corp., Verizon Network Integration Corp., Verizon Business Network Services Inc., Verizon Select Services Inc., MCI Communications Services, Inc. d/b/a Verizon Business Services and the local operating telephone company subsidiaries of Verizon Communications Inc.) and Cellco Partnership d/b/a Verizon Wireless.

{09032|PLDG|10083445.DOC}

assets. Pursuant to the agreement with the Debtors and Avaya that resolved Verizon's objection to the bid procedures, any objection by Verizon to the sale motion itself is due to be filed by 12:00 p.m. on Monday, September 14, 2009.

2. On September 2, 2009, the Debtors provided written notice to Verizon that Avaya had determined <u>not</u> to designate the Verizon contracts for assumption and assignment by the Debtors in connection with the proposed transaction.

3. On that same day, Verizon caused Notices of Deposition pursuant to Fed. R. Civ. P. 30(b)(6) (each a "Notice") to be duly served on counsel for both the Debtors and Avaya for the deposition of the Debtors and Avaya.

4. On September 8, 2009, counsel for Avaya advised Verizon's counsel that Avaya "does not intend to appear at the requested deposition."

5. Verizon respectfully requests an expedited hearing or teleconference so that its Motion may be presented to the Court in advance of the noticed deposition date of September 12, 2009. Good cause exists for this request because the auction is set for Friday, September 11th and Verizon's objection to the sale is due by noon on Monday, September 14th, with the sale hearing set for the following day.

WHEREFORE, Verizon requests an expedited hearing to consider the Motion and any other relief the Court deems just.

Dated: September 9, 2009

Respectfully submitted,

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller, Esq. (No. 2898)
800 Delaware Avenue, 10th Floor
P. O. Box 410
Wilmington, DE 19899
(302) 652-8405
kmiller@skfdelaware.com

-and -

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin
Frank N. White
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
(404) 873-8500
dladdin@agg.com

ATTORNEYS FOR VERIZON