IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, :
: Jointly Administered
:
Debtors. :
:
:
------------------------------------------------X

## ORDER GRANTING THE AFFILIATES OF VERIZON COMMUNICATIONS INC.'S REQUEST FOR EXPEDITED HEARING

The Court having considered the Request For Expedited Hearing on the Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition (the "Request") and finding that good cause exists, it is HEREBY ORDERED that:

1. The Request is GRANTED.

2. A hearing/teleconference will be held on _____, September ___, 2009 at _____.

3. Any objection to the Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition shall be filed and served by _____ _.m. on September ____, 2009.

Dated: _____    _____
Kevin Gross
United States Bankruptcy Court Judge