IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------X
:
In re                                        :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,                :
:   Jointly Administered
:
Debtors.                         :   D.I. No. 1444
:
:
---------------------------------------------X

## ORDER GRANTING THE AFFILIATES OF VERIZON COMMUNICATIONS INC.'S REQUEST FOR EXPEDITED HEARING

The Court having considered the Request For Expedited Hearing on the Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition (the "Request") and finding that good cause *may* exist, it is HEREBY ORDERED that:

1. The Request is GRANTED.

2. A ~~hearing~~/teleconference will be held on Thursday, September 10, 2009 at 2009 at 5:00 p.m. Movant shall provide a call-in number.

3. Any objection to the Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition *may but is not required* ~~shall be~~ filed ~~and~~ served by 12:00 *to be* p.m. on September 10, 2009. *and if filed*

Dated: 9.9.09

_____
Kevin Gross
United States Bankruptcy Court Judge

{09032|PLDG|10083445.DOC}4