# Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7662
Invoice Date: 08/04/2009
Reference #:  NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Terry Zale, Flextronics Corporation
             Committee Chairman

Re:      Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| July 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodations | $803.42 |
| Meals | $502.16 |
| Miscellaneous | $195.00 |
| Transportation - Air | $3,630.13 |
| Transportation - Ground | $1,298.17 |
| **Total Out-of-Pocket Expenses** | $6,428.88 |

**TOTAL DUE    $166,428.88**

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:      NOR250-7662- Nortel