Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
July 1, 2009 – July 31, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $803.42 |
| Meals | $502.16 |
| Miscellaneous | $195.00 |
| Transportation – Air | $3,630.13 |
| Transportation – Ground | $1,298.17 |
| Total | $6,428.88 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|--------|----------|-------------|------|--------|
| GAURAV KITTUR | Transportation - Air | Flight Change Coach Class Flight | 4/24/2009 | $448.90 |
| PHILIP BERKOWITZ | Miscellaneous | Hotel Fax Charges | 5/18/2009 | $47.00 |
| PHILIP BERKOWITZ | Miscellaneous | Hotel Fax Charges | 5/19/2009 | $72.00 |
| PHILIP BERKOWITZ | Miscellaneous | Hotel Fax Charges | 5/19/2009 | $76.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 5/21/2009 | $7.40 |
| GAURAV KITTUR | Transportation - Air | Roundtrip Coach Class Flight | 5/27/2009 | $1,076.92 |
| GAURAV KITTUR | Accommodations | Hotel Room | 5/28/2009 | $211.73 |
| GAURAV KITTUR | Accommodations | Hotel Tax | 5/28/2009 | $27.52 |
| GAURAV KITTUR | Meals | Meal While Traveling | 5/28/2009 | $6.04 |
| GAURAV KITTUR | Transportation - Ground | Taxi- Hotel to Dinner | 5/28/2009 | $17.42 |
| GAURAV KITTUR | Transportation - Ground | Taxi- Airport to Hotel | 5/28/2009 | $34.84 |
| GAURAV KITTUR | Meals | Meal While Traveling | 5/29/2009 | $15.66 |
| GAURAV KITTUR | Transportation - Ground | Taxi- Airport to Home | 5/29/2009 | $22.90 |
| GAURAV KITTUR | Transportation - Ground | Taxi- Hotel to Meeting | 5/29/2009 | $34.84 |
| GAURAV KITTUR | Transportation - Ground | Taxi- Meeting to Airport | 5/29/2009 | $40.45 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 6/1/2009 | $30.80 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/1/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/2/2009 | $13.50 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/2/2009 | $23.75 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 6/3/2009 | $30.50 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 6/7/2009 | $8.80 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/7/2009 | $40.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/8/2009 | $8.00 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/8/2009 | $23.64 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (AM) | 6/9/2009 | $9.00 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/9/2009 | $25.50 |
| LEO J. CHANG | Meals | Meal While Traveling | 6/10/2009 | $9.52 |
| LEO J. CHANG | Transportation - Air | Roundtrip Coach Class Flight | 6/10/2009 | $1,533.40 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (AM) | 6/10/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/10/2009 | $10.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Airport | 6/10/2009 | $54.39 |
| LEO J. CHANG | Transportation - Ground | Taxi- Hotel to Meeting | 6/10/2009 | $37.16 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Car Service- Deliver documents to G. Kittur | 6/10/2009 | $30.91 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/10/2009 | $25.18 |
| LEO J. CHANG | Accommodations | Hotel Tax | 6/11/2009 | $24.93 |
| LEO J. CHANG | Accommodations | Hotel Room | 6/11/2009 | $153.32 |
| LEO J. CHANG | Meals | Meal While Traveling | 6/11/2009 | $4.83 |
| LEO J. CHANG | Meals | Meal While Traveling | 6/11/2009 | $6.39 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (AM) | 6/11/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home (PM) | 6/11/2009 | $8.50 |
| LEO J. CHANG | Transportation - Ground | Taxi- Airport to Home | 6/11/2009 | $73.43 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Airport | 6/11/2009 | $40.00 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/11/2009 | $25.41 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/12/2009 | $8.80 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 6/13/2009 | $19.92 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 6/13/2009 | $9.20 |
| GAURAV KITTUR | Meals | Meal While Traveling | 6/14/2009 | $6.14 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 6/14/2009 | $23.18 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/16/2009 | $9.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/17/2009 | $9.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 6/17/2009 | $88.74 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/17/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/18/2009 | $10.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 6/18/2009 | $88.74 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/18/2009 | $24.92 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/19/2009 | $21.73 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/19/2009 | $3.06 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 6/20/2009 | $9.30 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 6/21/2009 | $5.70 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/21/2009 | $20.86 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/21/2009 | $19.38 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 6/22/2009 | $88.74 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/22/2009 | $24.34 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 6/23/2009 | $103.02 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/23/2009 | $25.26 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 6/24/2009 | $23.18 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Car Service- Deliver documents to J. Snyder | 6/24/2009 | $28.56 |
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/24/2009 | $25.23 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 6/25/2009 | $23.18 |

| CHIH-YIN CHEN | Meals | Overtime Meals | 6/25/2009 | $25.50 |
|---|---|---|---|---|
| CHIH-YIN CHEN | Meals | Overtime Meals | 6/26/2009 | $24.54 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 6/29/2009 | $30.91 |
| MICHAEL J HENKIN | Transportation - Air | One Way Coach Class Flight | 7/2/2009 | $570.91 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 7/3/2009 | $7.30 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 7/5/2009 | $108.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 7/5/2009 | $18.14 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 7/6/2009 | $18.14 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 7/6/2009 | $108.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 7/6/2009 | $2.50 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 7/6/2009 | $8.58 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Meeting to Office | 7/6/2009 | $20.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Meeting | 7/6/2009 | $22.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- EWR Airport to Hotel | 7/6/2009 | $40.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 7/7/2009 | $18.14 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 7/7/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 7/7/2009 | $108.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 7/7/2009 | $14.90 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SFO | 7/8/2009 | $49.50 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to EWR Airport | 7/8/2009 | $39.50 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 7/13/2009 | $9.36 |
| Total: | | | | $6,428.88 |