# Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
July 1, 2009 - July 31, 2009

| Name | Position | Hours Worked |
|---|---|---:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 88.8 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 88.3 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 86.3 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 71.8 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 98.0 |
| Paul Zangrilli | Associate, Communication Technologies Group | 112.0 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 58.0 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 168.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 111.0 |
| | **Total** | **882.5** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

**Jefferies & Company, Inc.**
July 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 7/1/2009 | 1.50 | Call with M&A participant and related call with Jefco Team re: M&A related biz |
| Michael Henkin | 7/2/2009 | 2.50 | M&A related call and related calls re: tax,M&A issues; review of M&A analyses; call with bidder re: process issues |
| Michael Henkin | 7/3/2009 | 1.00 | Review data room documents and M&A bid analysis and document |
| Michael Henkin | 7/5/2009 | 1.00 | Review M&A analyses and related communication with Jefco Team |
| Michael Henkin | 7/6/2009 | 0.75 | Meeting with M&A participant re: due diligence, Process issues |
| Michael Henkin | 7/6/2009 | 12.00 | Meeting with Cleary,FTI,Akin,Company,Monitor re: Equinox |
| Michael Henkin | 7/7/2009 | 1.50 | Call with Company,FTI,Milbank,Cleary,Capstone,Akin re: M&A issues |
| Michael Henkin | 7/8/2009 | 2.00 | Prep call with Akin,Capstone re: M&A related call,M&A,Case issues |
| Michael Henkin | 7/9/2009 | 1.75 | M&A related call |
| Michael Henkin | 7/10/2009 | 2.00 | Communication with Akin,Potential buyers,Jefco Team re: M&A issues |
| Michael Henkin | 7/12/2009 | 1.00 | Communicate with Akin,Jefco Team re: M&A process issues |
| Michael Henkin | 7/13/2009 | 0.75 | Call with Bidder and advisors re: M&A related bid issues/structure |
| Michael Henkin | 7/14/2009 | 1.00 | Calls with prospective bidder,Jefco Team members re: M&A process,bid valuation issues |
| Michael Henkin | 7/15/2009 | 1.25 | Calls with bidders advisors and related document review |
| Michael Henkin | 7/16/2009 | 1.75 | M&A related call |
| Michael Henkin | 7/19/2009 | 12.75 | Communication with Jefco Team and Akin re: M&A related sale,hearing; bidder issues |
| Michael Henkin | 7/20/2009 | 2.50 | Calls with M&A related,Jefferies Team,FTI re: M&A process |
| Michael Henkin | 7/22/2009 | 1.00 | Review bids and related communication with Akin |
| Michael Henkin | 7/23/2009 | 2.75 | Committee call re: M&A issues,Auction,bids,etc. |
| Michael Henkin | 7/23/2009 | 1.00 | Communication with bidder advisors re: M&A process |
| Michael Henkin | 7/23/2009 | 1.00 | Review M&A and bid information |
| Michael Henkin | 7/24/2009 | 13.00 | Attend/participate in M&A related auction |
| Michael Henkin | 7/24/2009 | 8.75 | Travel from SFO to NYC for M&A related Auction |
| Michael Henkin | 7/25/2009 | 9.75 | Travel from NYC to SFO |
| Michael Henkin | 7/29/2009 | 2.00 | Call with Akin,Capstone,Fraiser re: M&A related call prep,M&A issues |
| Michael Henkin | 7/30/2009 | 1.25 | M&A related Call |
| Michael Henkin | 7/30/2009 | 1.25 | Communication with counsel and Jefco Team re: settlement discussions and review due diligence materials and filings |
| **July 2009 Summary Hours for Michael Henkin** | | **88.75** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 7/1/2009 | 2.50 | Reviewed M&A related Bid Materials |
| Phil Berkowitz | 7/2/2009 | 2.50 | Nortel: Semi-Weekly Update Call, Reviewed Materials |
| Phil Berkowitz | 7/2/2009 | 2.00 | Nortel - Weekly Committee Call |
| Phil Berkowitz | 7/6/2009 | 2.00 | Nortel - Pension Update Call, Nortel: Semi-Weekly Update Call |
| Phil Berkowitz | 7/7/2009 | 1.00 | Nortel - M&A related and Other Bidder Issues |
| Phil Berkowitz | 7/7/2009 | 1.00 | Nortel - Call with FTI Re: M&A related |
| Phil Berkowitz | 7/7/2009 | 3.00 | Reviewed M&A related Materials & Diligence Questions |
| Phil Berkowitz | 7/8/2009 | 2.50 | Weekly M&A Update Call with Financial Advisors, Nortel - Internal M&A Call, Reviewed Materials |
| Phil Berkowitz | 7/8/2009 | 2.50 | Internal M&A related Call, Professionals Pre-Call |
| Phil Berkowitz | 7/9/2009 | 1.50 | Nortel: Semi-Weekly Update Call, Reviewed materials |
| Phil Berkowitz | 7/9/2009 | 3.00 | Call Re: Real Estate Lease Renewal, Weekly Nortel Committee Call |
| Phil Berkowitz | 7/10/2009 | 2.00 | Communication with Akin,Potential buyers,Jefco Team re: M&A issues |
| Phil Berkowitz | 7/13/2009 | 1.50 | Nortel - Lease Assumptions/Rejections Call, Semi-Weekly Update Call |
| Phil Berkowitz | 7/14/2009 | 2.50 | Due diligence discussions regarding M&A |
| Phil Berkowitz | 7/15/2009 | 2.50 | Nortel - Professionals Pre-Call, Weekly M&A Update Call with Financial Advisors, APAC Restructuring Call |
| Phil Berkowitz | 7/15/2009 | 2.00 | Reviewed CDMA bid summary materials |
| Phil Berkowitz | 7/16/2009 | 2.50 | Internal Discussion - M&A related bid, Reviewed materials |
| Phil Berkowitz | 7/16/2009 | 3.50 | Semi-Weekly Update Call, APAC Restructuring Call, Weekly committee call |
| Phil Berkowitz | 7/17/2009 | 2.00 | Reviewed CDMA bid materials |
| Phil Berkowitz | 7/19/2009 | 12.75 | Communication with Jefco Team and Akin re: M&A related sale,hearing; bidder issues |
| Phil Berkowitz | 7/20/2009 | 1.50 | Call with Carrier Management, Jefferies Team |
| Phil Berkowitz | 7/20/2009 | 1.00 | Semi-Weekly Update Call, Reviewed Materials for Call |
| Phil Berkowitz | 7/21/2009 | 3.00 | Internal Call, Reviewed Bid Materials, Call with Akin Re: M&A related |
| Phil Berkowitz | 7/22/2009 | 2.50 | Reviewed M&A related Materials |
| Phil Berkowitz | 7/22/2009 | 1.50 | Reviewed M&A Update Materials for Committee Call |
| Phil Berkowitz | 7/23/2009 | 5.00 | Call with FTI Re: M&A related Bids, Weekly Committee Call, Reviewed Materials, Semi-Weekly Update Call |
| Phil Berkowitz | 7/24/2009 | 13.00 | Attended M&A related Auction (includes transit) |
| Phil Berkowitz | 7/29/2009 | 3.00 | Nortel - Professionals Pre-call, Reviewed M&A related Bid Materials |
| Phil Berkowitz | 7/30/2009 | 3.00 | Weekly Committee Call, Communication with counsel and Jefco Team re: settlement discussions and due diligence |
| **July 2009 Summary Hours for Phil Berkowitz** | | **88.25** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 7/1/2009 | 4.00 | Call with M&A participant and related call with Jefco Team re: M&A related biz, UCC prep |
| Hal Kennedy | 7/2/2009 | 4.00 | UCC call, M&A related call and related calls re: tax,M&A issues; review of M&A analyses; call with bidder re: process issues |
| Hal Kennedy | 7/6/2009 | 6.00 | Meeting with Company, counsel and other advisors and related travel, various correspondence |
| Hal Kennedy | 7/7/2009 | 3.00 | Call with Company,FTI,Milbank,Cleary,Capstone,Akin re: M&A issues |
| Hal Kennedy | 7/8/2009 | 3.00 | Prep call with Akin,Capstone re: M&A related call,M&A,Case issues |
| Hal Kennedy | 7/9/2009 | 3.00 | UCC call, M&A related call |
| Hal Kennedy | 7/10/2009 | 2.00 | Communication with Akin,Potential buyers,Jefco Team re: M&A issues |
| Hal Kennedy | 7/13/2009 | 2.50 | Call with Bidder and advisors re: M&A related bid issues/structure |
| Hal Kennedy | 7/14/2009 | 2.00 | Calls with prospective bidder,Jefco Team members re: M&A process,bid valuation issues |
| Hal Kennedy | 7/15/2009 | 4.00 | UCC prep, Calls with bidders advisors and related document review |
| Hal Kennedy | 7/16/2009 | 5.00 | UCC call, M&A related call |
| Hal Kennedy | 7/20/2009 | 4.50 | Calls with M&A related,Jefferies Team,FTI re: M&A process |
| Hal Kennedy | 7/21/2009 | 5.00 | Internal Call, Reviewed Bid Materials, Call with Akin Re: M&A related |
| Hal Kennedy | 7/22/2009 | 6.00 | UCC and auction prep, Review bids and analysis and related communication with Akin |
| Hal Kennedy | 7/23/2009 | 7.00 | UCC call, Auction prep, Review M&A and bid information and analysis |
| Hal Kennedy | 7/24/2009 | 13.00 | Carrier auction |

| Name | Date | Hours | Description |
|---|---|---|---|
| Hal Kennedy | 7/27/2009 | 2.00 | M&A discussions, creditor inquireies |
| Hal Kennedy | 7/28/2009 | 2.00 | Call with Akin,Capstone,Fraser |
| Hal Kennedy | 7/29/2009 | 2.50 | Communication with counsel and Jefco Team, UCC prep |
| Hal Kennedy | 7/30/2009 | 3.25 | UCC call, M&A related Call |
| Hal Kennedy | 7/31/2009 | 2.50 | M&A related mgmt meeting, review |
| **July 2009 Summary Hours for Hal Kennedy** | | **86.25** | |

*Leo Chang*

| Name | Date | Hours | Description |
|---|---|---|---|
| Leo Chang | 7/1/2009 | 1.50 | Call with M&A participant and related call with Jefco Team re: M&A related biz |
| Leo Chang | 7/2/2009 | 2.50 | M&A related call and related calls re: tax,M&A issues; review of M&A analyses; call with bidder re: process issues |
| Leo Chang | 7/3/2009 | 2.00 | Review data room documents and M&A bid analysis and document |
| Leo Chang | 7/5/2009 | 1.00 | Review M&A analyses and related communication with Jefco Team |
| Leo Chang | 7/6/2009 | 0.75 | Meeting with M&A participant re: due diligence,Process issues |
| Leo Chang | 7/6/2009 | 9.00 | Meeting with Cleary,FTI,Akin,Company,Monitor re: Equinox |
| Leo Chang | 7/7/2009 | 1.50 | Call with Company,FTI,Milbank,Cleary,Capstone,Akin re: M&A issues |
| Leo Chang | 7/8/2009 | 2.00 | Prep call with Akin,Capstone re: M&A related call,M&A,Case issues |
| Leo Chang | 7/9/2009 | 1.75 | M&A related call |
| Leo Chang | 7/10/2009 | 2.00 | Communication with Akin,Potential buyers,Jefco Team re: M&A issues |
| Leo Chang | 7/12/2009 | 1.00 | Communicate with Akin,Jefco Team re: M&A process issues |
| Leo Chang | 7/13/2009 | 0.75 | Call with Bidder and advisors re: M&A related bid issues/structure |
| Leo Chang | 7/14/2009 | 3.00 | Calls with prospective bidder,Jefco Team members re: M&A process,bid valuation issues |
| Leo Chang | 7/15/2009 | 2.00 | Calls with bidders advisors and related document review |
| Leo Chang | 7/16/2009 | 1.75 | M&A related call |
| Leo Chang | 7/19/2009 | 12.75 | Communication with Jefco Team and Akin re: M&A related sale,hearing; bidder issues |
| Leo Chang | 7/20/2009 | 2.50 | Calls with M&A related,Jefferies Team,FTI re: M&A process |
| Leo Chang | 7/22/2009 | 1.00 | Review bids and related communication with Akin |
| Leo Chang | 7/23/2009 | 2.75 | Committee call re: M&A issues,Auction,bids,etc. |
| Leo Chang | 7/23/2009 | 1.00 | Communication with bidder advisors re: M&A process |
| Leo Chang | 7/23/2009 | 1.00 | Review M&A and bid information |
| Leo Chang | 7/24/2009 | 13.00 | Attend/participate in CDMA auction |
| Leo Chang | 7/29/2009 | 3.00 | Call with Akin,Capstone,Fraser re: M&A related call prep,M&A issues |
| Leo Chang | 7/30/2009 | 1.25 | M&A related Call |
| Leo Chang | 7/30/2009 | 1.00 | Communication with counsel and Jefco Team re: settlement discussions and review due diligence materials and filings |
| **July 2009 Summary Hours for Leo Chang** | | **71.75** | |

*Gaurav Kittur*

| Name | Date | Hours | Description |
|---|---|---|---|
| Gaurav Kittur | 7/1/2009 | 3.00 | Reviewed M&A related Bid Materials |
| Gaurav Kittur | 7/2/2009 | 3.00 | Nortel: Semi-Weekly Update Call, Reviewed Materials |
| Gaurav Kittur | 7/2/2009 | 2.00 | Nortel - Weekly Committee Call |
| Gaurav Kittur | 7/6/2009 | 2.00 | Nortel - Pension Update Call, Nortel: Semi-Weekly Update Call |
| Gaurav Kittur | 7/7/2009 | 1.00 | Nortel - M&A related and Other Bidder Issues |
| Gaurav Kittur | 7/7/2009 | 1.00 | Nortel - Call with FTI Re: M&A related |
| Gaurav Kittur | 7/7/2009 | 4.00 | Reviewed M&A related Materials & Diligence Questions |
| Gaurav Kittur | 7/8/2009 | 3.00 | Weekly M&A Update Call with Financial Advisors, Nortel - Internal M&A Call, Reviewed Materials |
| Gaurav Kittur | 7/8/2009 | 2.50 | Internal M&A related Call, Professionals Pre-Call |
| Gaurav Kittur | 7/9/2009 | 1.50 | Nortel: Semi-Weekly Update Call, Reviewed materials |
| Gaurav Kittur | 7/9/2009 | 3.00 | Call Re: Real Estate Lease Renewal, Weekly Nortel Committee Call |
| Gaurav Kittur | 7/10/2009 | 2.00 | Communication with Akin,Potential buyers,Jefco Team re: M&A issues |
| Gaurav Kittur | 7/13/2009 | 1.50 | Nortel - Lease Assumptions/Rejections Call, Semi-Weekly Update Call |
| Gaurav Kittur | 7/14/2009 | 2.50 | Due diligence discussions regarding M&A |
| Gaurav Kittur | 7/15/2009 | 2.50 | Nortel - Professionals Pre-Call, Weekly M&A Update Call with Financial Advisors, APAC Restructuring Call |
| Gaurav Kittur | 7/15/2009 | 3.00 | Reviewed CDMA bid summary materials |
| Gaurav Kittur | 7/16/2009 | 3.00 | Internal Discussion - M&A related bid, Reviewed materials |
| Gaurav Kittur | 7/16/2009 | 3.50 | Semi-Weekly Update Call, APAC Restructuring Call, Weekly committee call |
| Gaurav Kittur | 7/17/2009 | 2.50 | Reviewed CDMA bid materials |
| Gaurav Kittur | 7/19/2009 | 13.25 | Communication with Jefco Team and Akin re: M&A related sale,hearing; bidder issues |
| Gaurav Kittur | 7/20/2009 | 1.50 | Call with Carrier Management, Jefferies Team |
| Gaurav Kittur | 7/20/2009 | 1.00 | Semi-Weekly Update Call, Reviewed Materials for Call |
| Gaurav Kittur | 7/21/2009 | 4.50 | Internal Call, Reviewed Bid Materials, Call with Akin Re: M&A related |
| Gaurav Kittur | 7/22/2009 | 3.00 | Reviewed M&A related Materials |
| Gaurav Kittur | 7/22/2009 | 2.50 | Reviewed M&A Update Materials for Committee Call |
| Gaurav Kittur | 7/23/2009 | 5.00 | Call with FTI Re: M&A related Bids, Weekly Committee Call, Reviewed Materials, Semi-Weekly Update Call |
| Gaurav Kittur | 7/24/2009 | 14.00 | Attended M&A related Auction (includes transit) |
| Gaurav Kittur | 7/29/2009 | 3.50 | Nortel - Professionals Pre-call, Reviewed M&A related Bid Materials |
| Gaurav Kittur | 7/30/2009 | 3.25 | Weekly Committee Call, Communication with counsel and Jefco Team re: settlement discussions and due diligence |
| **July 2009 Summary Hours for Gaurav Kittur** | | **98.00** | |

*Paul Zangrilli*

| Name | Date | Hours | Description |
|---|---|---|---|
| Paul Zangrilli | 7/1/2009 | 4.50 | Prepared Valuation Materials |
| Paul Zangrilli | 7/2/2009 | 6.00 | Semi-Weekly Update Call, Committee Call, Reviewed Materials |
| Paul Zangrilli | 7/6/2009 | 3.00 | Pension Update, Semi-Weekly Update Call, Reviewed Materials |
| Paul Zangrilli | 7/7/2009 | 6.50 | M&A Call, FTI: Equinox Call, Prepared Valuation Materials |
| Paul Zangrilli | 7/8/2009 | 6.00 | Weekly M&A related update call, Internal M&A Call, Prepared Discussion Materials, Professionals Pre-Call |
| Paul Zangrilli | 7/9/2009 | 4.00 | Semi-Weekly Update Call, Real Estate Lease Renewal, Weekly Committee Call |
| Paul Zangrilli | 7/10/2009 | 2.00 | Call with Akin,Potential buyers,Jefco Team re: M&A issues |
| Paul Zangrilli | 7/13/2009 | 1.50 | Lease Call, Semi-Weekly Update Call |
| Paul Zangrilli | 7/14/2009 | 3.50 | M&A Diligence |
| Paul Zangrilli | 7/15/2009 | 7.00 | Professionals call, Weekly M&A Call, Bid Summary Materials |

| Name | Date | Hours | Description |
|---|---|---|---|
| Paul Zangrilli | 7/16/2009 | 3.00 | APAC Restructuring Call, Bid Summary Materials |
| Paul Zangrilli | 7/17/2009 | 3.00 | Reviewed CDMA bid Materials |
| Paul Zangrilli | 7/19/2009 | 13.25 | Communication with Jefco Team and Akin re: M&A related sale,hearing; bidder issues |
| Paul Zangrilli | 7/20/2009 | 3.50 | Call with Carrier Mgmt, Semi-Weekly Update Call, Bid analysis |
| Paul Zangrilli | 7/21/2009 | 7.50 | Internal Call, Bid analysis, Call with Akin, Valuation materials |
| Paul Zangrilli | 7/22/2009 | 13.75 | Prepared Valuation Materials |
| Paul Zangrilli | 7/23/2009 | 4.50 | Call with FTI, Weekly Committee Call |
| Paul Zangrilli | 7/24/2009 | 14.00 | Attended CDMA Auction (includes transit) |
| Paul Zangrilli | 7/29/2009 | 4.00 | Professionals Pre-Call, Bid Summary Materials |
| Paul Zangrilli | 7/30/2009 | 1.50 | Weekly Committee Call |
| **July 2009 Summary Hours for Paul Zangrilli** | | **112.00** | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 7/1/2009 | 1.00 | Various correspondence, call with counsel |
| Cary Verasco | 7/2/2009 | 2.00 | Committee call, various correspondence |
| Cary Verasco | 7/4/2009 | 1.00 | Review materials, various correspondence |
| Cary Verasco | 7/5/2009 | 2.50 | Review materials, various correspondence |
| Cary Verasco | 7/6/2009 | 6.00 | Meeting with Company, counsel and other advisors and related travel, various correspondence |
| Cary Verasco | 7/8/2009 | 2.00 | Call with creditor, review materials, call with other committee advisors, call with other advisor |
| Cary Verasco | 7/9/2009 | 2.50 | Various correspondence, committee call |
| Cary Verasco | 7/10/2009 | 1.50 | Various correspondence |
| Cary Verasco | 7/13/2009 | 2.50 | Various correspondence, meeting with counsel and interested party |
| Cary Verasco | 7/14/2009 | 9.00 | Review materials, review analysis, meeting with interested party, call with interested party, various calls |
| Cary Verasco | 7/15/2009 | 8.00 | Review materials, review analysis, various correspondence, call with counsel, internal discussions |
| Cary Verasco | 7/16/2009 | 3.00 | Various correspondence, committee call, call with other advisor |
| Cary Verasco | 7/17/2009 | 1.00 | Various correspondence, review materials |
| Cary Verasco | 7/20/2009 | 1.50 | Various correspondence, review analysis, update analysis |
| Cary Verasco | 7/22/2009 | 3.00 | Various correspondence, review materials, calls with other advisors |
| Cary Verasco | 7/23/2009 | 3.00 | Committee call, various correspondence, calls with other advisors |
| Cary Verasco | 7/24/2009 | 1.00 | Committee call, various correspondence |
| Cary Verasco | 7/26/2009 | 0.50 | Review materials, internal correspondence |
| Cary Verasco | 7/27/2009 | 2.00 | Various correspondence, calls with creditors |
| Cary Verasco | 7/28/2009 | 0.50 | Various correspondence, internal discussion |
| Cary Verasco | 7/29/2009 | 2.50 | Call with other advisors, various correspondence, call with interested party |
| Cary Verasco | 7/30/2009 | 2.00 | Committee call, various correspondence |
| **July 2009 Summary Hours for Cary Verasco** | | **58.00** | |
| | | | |
| *Gene Chen* | | | |
| Gene Chen | 7/1/2009 | 1.00 | Review materials |
| Gene Chen | 7/1/2009 | 1.00 | Call with M&A related |
| Gene Chen | 7/1/2009 | 1.00 | Professionals pre-call |
| Gene Chen | 7/2/2009 | 2.25 | Weekly M&A related update call |
| Gene Chen | 7/2/2009 | 1.50 | Call with and research for bondholder |
| Gene Chen | 7/2/2009 | 1.50 | Data room diligence. Review materials |
| Gene Chen | 7/5/2009 | 1.00 | Review materials |
| Gene Chen | 7/6/2009 | 2.50 | Call with Company re: M&A-related issues |
| Gene Chen | 7/6/2009 | 3.00 | Prepare M&A analysis |
| Gene Chen | 7/6/2009 | 0.25 | Semi-weekly update call |
| Gene Chen | 7/6/2009 | 2.00 | Pension update call. Prepare internal materials |
| Gene Chen | 7/7/2009 | 2.00 | Prepare M&A analysis |
| Gene Chen | 7/7/2009 | 1.00 | Call re: liquidation analysis |
| Gene Chen | 7/7/2009 | 1.00 | Call with FTI re: M&A issues |
| Gene Chen | 7/7/2009 | 2.00 | Call re: M&A issues/M&A related |
| Gene Chen | 7/8/2009 | 0.50 | Internal M&A call |
| Gene Chen | 7/8/2009 | 0.50 | Call with bondholder |
| Gene Chen | 7/8/2009 | 0.50 | Internal call re: M&A issues |
| Gene Chen | 7/8/2009 | 1.50 | Prepare M&A analysis. Internal debrief |
| Gene Chen | 7/8/2009 | 0.50 | Weekly M&A call |
| Gene Chen | 7/8/2009 | 1.50 | Professionals pre-call |
| Gene Chen | 7/8/2009 | 1.00 | Research for bondholder |
| Gene Chen | 7/9/2009 | 1.75 | Weekly M&A related update call |
| Gene Chen | 7/9/2009 | 1.50 | Research for bondholder |
| Gene Chen | 7/9/2009 | 1.50 | Review materials |
| Gene Chen | 7/10/2009 | 1.50 | Review materials. Diligence |
| Gene Chen | 7/13/2009 | 1.00 | Nortel - Review contract motion |
| Gene Chen | 7/13/2009 | 1.00 | Nortel - M&A related FA call on M&A related issues |
| Gene Chen | 7/13/2009 | 1.50 | Nortel - call with M&A related |
| Gene Chen | 7/13/2009 | 0.50 | Nortel - lease call |
| Gene Chen | 7/14/2009 | 4.00 | Nortel - Analysis of M&A related issues |
| Gene Chen | 7/14/2009 | 0.50 | Nortel - Lease call |
| Gene Chen | 7/14/2009 | 1.50 | Nortel - Analysis of M&A related issues |
| Gene Chen | 7/15/2009 | 1.00 | Nortel - M&A related call,Internal call,Random tasks |
| Gene Chen | 7/15/2009 | 0.50 | Nortel - Weekly cash call |
| Gene Chen | 7/15/2009 | 10.00 | Nortel - Analysis of M&A related issues,meeting/call at M&A related's office,Prep update presentation for M&A related |
| Gene Chen | 7/15/2009 | 2.00 | Nortel - Professionals pre-call,weekly M&A call,M&A related restructuring call |
| Gene Chen | 7/16/2009 | 1.00 | Nortel - Review materials |
| Gene Chen | 7/16/2009 | 3.00 | Nortel - Weekly M&A related call |
| Gene Chen | 7/16/2009 | 1.00 | Nortel - Analysis of M&A related issues |
| Gene Chen | 7/16/2009 | 1.25 | Nortel - M&A related restructuring call |

| Name | Date | Hours | Description |
|---|---|---|---|
| Gene Chen | 7/17/2009 | 3.50 | Nortel - Analysis of M&A related issues |
| Gene Chen | 7/17/2009 | 1.00 | Nortel - Review materials |
| Gene Chen | 7/19/2009 | 6.00 | Nortel - Analysis of M&A related issues |
| Gene Chen | 7/20/2009 | 1.50 | Nortel - Call with Akin re: M&A related issues |
| Gene Chen | 7/20/2009 | 9.50 | Nortel - Build model for M&A related bid analysis |
| Gene Chen | 7/20/2009 | 1.00 | Nortel - Call with M&A related |
| Gene Chen | 7/21/2009 | 14.50 | Nortel - Build model for M&A related bid analysis,Internal calls |
| Gene Chen | 7/21/2009 | 0.50 | Nortel - Internal call re: M&A related issues |
| Gene Chen | 7/21/2009 | 1.25 | Nortel - Call with Akin re: M&A related issues |
| Gene Chen | 7/22/2009 | 11.00 | Nortel - Build model for M&A related bid analysis,Internal calls,Calls with Akin/FTI/Cleary |
| Gene Chen | 7/22/2009 | 4.00 | Nortel - Transit to NY for 7/24 auction |
| Gene Chen | 7/23/2009 | 17.75 | Nortel - Build model,Calls,Analyses on M&A |
| Gene Chen | 7/23/2009 | 6.00 | Nortel - Transit to NY for 7/24 auction |
| Gene Chen | 7/24/2009 | 15.00 | Nortel - M&A related auction |
| Gene Chen | 7/25/2009 | 9.00 | Nortel - Transit to SF after 7/24 auction |
| Gene Chen | 7/30/2009 | 2.00 | Nortel - Weekly M&A related Update Call |
| **July 2009 Summary Hours for Gene Chen** | | **168.50** | |

**Ryan Stuckert**

| Name | Date | Hours | Description |
|---|---|---|---|
| Ryan Stuckert | 7/1/2009 | 5.00 | Prepared Valuation Materials |
| Ryan Stuckert | 7/2/2009 | 7.00 | Semi-Weekly Update Call, Committee Call, Prepared Val Materials |
| Ryan Stuckert | 7/6/2009 | 5.00 | Pension Update, Semi-Weekly Update Call, Prepared Val Materials |
| Ryan Stuckert | 7/7/2009 | 7.75 | M&A Call, FTI: Equinox Call, Prepared Val Materials |
| Ryan Stuckert | 7/8/2009 | 7.00 | Weekly M&A related update call, Internal M&A Call, Prepared Discussion Materials, Professionals Pre-Call |
| Ryan Stuckert | 7/9/2009 | 4.00 | Semi-Weekly Update Call, Real Estate Lease Renewal, Weekly Committee Call |
| Ryan Stuckert | 7/10/2009 | 2.00 | Call with Akin,Potential buyers,Jefco Team re: M&A issues |
| Ryan Stuckert | 7/13/2009 | 1.50 | Lease Call, Semi-Weekly Update Call |
| Ryan Stuckert | 7/14/2009 | 4.50 | M&A Diligence |
| Ryan Stuckert | 7/15/2009 | 8.00 | Professionals call, Weekly M&A Call, Bid Summary Materials |
| Ryan Stuckert | 7/16/2009 | 3.00 | APAC Restructuring Call, Bid Summary Materials |
| Ryan Stuckert | 7/17/2009 | 3.00 | Reviewed CDMA bid Materials |
| Ryan Stuckert | 7/19/2009 | 13.25 | Communication with Jefco Team and Akin re: M&A related sale,hearing; bidder issues, Reviewed Materials |
| Ryan Stuckert | 7/20/2009 | 3.50 | Call with Carrier Mgmt, Semi-Weekly Update Call, Bid analysis |
| Ryan Stuckert | 7/21/2009 | 8.50 | Internal Call, Bid analysis, Call with Akin, Valuation materials |
| Ryan Stuckert | 7/22/2009 | 15.00 | Prepared Valuation Materials |
| Ryan Stuckert | 7/23/2009 | 4.50 | Call with FTI, Weekly Committee Call |
| Ryan Stuckert | 7/24/2009 | 3.00 | Prepared CDMA Bid Materials |
| Ryan Stuckert | 7/29/2009 | 4.00 | Professionals Pre-Call, Bid Summary Materials |
| Ryan Stuckert | 7/30/2009 | 1.50 | Weekly Committee Call |
| **July 2009 Summary Hours for Ryan Stuckert** | | **111.00** | |