Exhibit "A"

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Butler  Pamela | 1-May-09 | $ 493 | 1.5 | $ 739.50 | Retention and liquidation incentives formulation and documentation |
| King  Rene | 1-May-09 | $ 667 | 0.5 | $ 333.50 | Reviewing TransitionCo deck |
| Rentsch  Eric | 1-May-09 | $ 226 | 1 | $ 226.20 | Creating report for Nortel Business Services |
| Rentsch  Eric | 1-May-09 | $ 226 | 0.8 | $180.96 | Creating report for Nortel Business Services |
| Dempsey  John | 3-May-09 | $ 725 | 0.5 | $ 362.50 | TransitionCo compensation plan design |
| Rentsch  Eric | 3-May-09 | $ 226 | 4 | $ 904.80 | Drafting report on Nortel Business Services, including severance market data, and plan design updates, and Nortel census analysis (tenure, award sizes, etc.) |
| Dempsey  John | 4-May-09 | $ 725 | 0.8 | $ 580.01 | Call with Elena King |
| King  Rene | 4-May-09 | $ 667 | 2.5 | $ 1,667.50 | Reviewing TransitionCo deck & call with Elena King |
| Rentsch  Eric | 4-May-09 | $ 226 | 4.5 | $ 1,017.90 | Continue drafting report on Nortel Business Services, including severance market data, and plan design updates, and Nortel census analysis (tenure, award sizes, etc.) |
| Rentsch  Eric | 5-May-09 | $ 226 | 0.2 | $45.26 | Continue drafting report on Nortel Business Services, including severance market data, and plan design updates, and Nortel census analysis (tenure, award sizes, etc.) |
| King  Rene | 6-May-09 | $ 667 | 0.5 | $ 333.50 | Update discussiong on TransitionCo |
| Rentsch  Eric | 6-May-09 | $ 226 | 7 | $ 1,583.40 | Drafting report on Nortel Business Services, including severance market data, and plan design updates, and Nortel census analysis (tenure, award sizes, etc.) |
| Rentsch  Eric | 7-May-09 | $ 226 | 7.2 | $ 1,628.16 | Drafting report on Nortel Business Services, including severance market data, and plan design updates, and Nortel census analysis (tenure, award sizes, etc.) |
| Rentsch  Eric | 10-May-09 | $ 226 | 2.3 | $ 520.76 | Editing/creating report on NBS/NWD incentive plan design |
| King  Rene | 11-May-09 | $ 667 | 1.5 | $ 1,000.51 | Review deck and call w/ Elena King/Leila Wong |
| Rentsch  Eric | 11-May-09 | $ 226 | 1 | $ 226.20 | Reviewing report with Elena King/meeting with internal team |
| Rentsch  Eric | 11-May-09 | $ 226 | 5.2 | $1,175.76 | Editing/creating report on NBS/NWD incentive plan design |
| Rentsch  Eric | 12-May-09 | $ 226 | 1.5 | $ 339.30 | Invoicing/Project Management update |
| Rentsch  Eric | 12-May-09 | $ 226 | 1 | $ 226.20 | Editing/creating report on NBS/NWD incentive plan design |
| Rentsch  Eric | 13-May-09 | $ 226 | 0.3 | $68.36 | Editing/creating report on NBS/NWD incentive plan design |
| Dempsey  John | 14-May-09 | $ 725 | 0.5 | $ 362.50 | Joe Flannigan model review |
| Dempsey  John | 14-May-09 | $ 725 | 0.5 | $ 362.50 | AIP discussion/review |
| King  Rene | 14-May-09 | $ 667 | 0.5 | $ 333.50 | Joe Flanigan - Update on incentive plan discussion |
| Rentsch  Eric | 14-May-09 | $ 226 | 2.5 | $ 565.50 | Editing/creating report on NBS/NWD incentive plan design |
| Wu  Justin | 14-May-09 | $ 226 | 0.7 | $158.36 | Total plan cost analysis - NBS and NWD |
| Dempsey  John | 15-May-09 | $ 725 | 0.2 | $ 145.01 | Nortel review of project with with Justin Wu |
| King  Rene | 15-May-09 | $ 667 | 0.5 | $ 333.50 | Update meeting with Justin Wu on costing |
| Wu  Justin | 15-May-09 | $ 226 | 7 | $ 1,583.40 | Total plan cost analysis - NBS and NWD |
| King  Rene | 17-May-09 | $ 667 | 0.5 | $ 333.50 | Update call on Nortel Business Services / Nortel Wind-down compensation costing |

| Name | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Wu Justin | 17-May-09 | $ 226 | 0.8 | $180.96 | NBS plan cost changes |
| Rentsch Eric | 18-May-09 | $ 226 | 6.7 | $ 1,514.76 | Peer reviewing analysis of NBS cost model, and updating report with new exhibits |
| Wu Justin | 18-May-09 | $ 226 | 4 | $ 904.80 | NBS plan cost changes |
| Dempsey John | 19-May-09 | $ 725 | 2.5 | $ 1,812.50 | Nortel Transition Co. Proposal |
| Rentsch Eric | 19-May-09 | $ 226 | 1.3 | $ 294.36 | Peer reviewing analysis of NBS cost model, and updating report with new exhibits |
| Rentsch Eric | 19-May-09 | $ 226 | 1.3 | $ 294.36 | Conference call with Elena King & Leila Wong |
| King Rene | 20-May-09 | $ 667 | 0.7 | $ 466.90 | Debrief with Justin Wu |
| Rentsch Eric | 20-May-09 | $ 226 | 1.5 | $ 339.30 | Peer reviewing analysis of NBS cost model, and updating report with new exhibits |
| Rentsch Eric | 20-May-09 | $ 226 | 1.5 | $ 339.30 | Project management / tracking time/project cost update |
| Dempsey John | 21-May-09 | $ 725 | 1 | $ 725.00 | Meeting with Eric Rentsch - restructuring work |
| Rentsch Eric | 21-May-09 | $ 226 | 1.7 | $ 384.76 | Project management / tracking time / project cost update |
| Rentsch Eric | 21-May-09 | $ 226 | 1.5 | $ 339.30 | Internal meeting preparing for call with Pavi/Dennis |
| Rentsch Eric | 22-May-09 | $ 226 | 1.5 | $ 339.30 | Creating revised charts per Elena King's request, and updating abridged copy for Pavi & Dennis |
| Dempsey John | 25-May-09 | $ 725 | 0.5 | $ 362.50 | Preparing/reviewing TransitionCo deck for Pavi sent 5/27 |
| Rentsch Eric | 25-May-09 | $ 226 | 1 | $ 226.20 | Finalizing version of abridged copy for Pavi/Dennis |
| Rentsch Eric | 25-May-09 | $ 226 | 0.5 | $ 113.10 | Creating email log history |
| Dempsey John | 26-May-09 | $ 725 | 0.5 | $ 362.50 | Preparing/reviewing TransitionCo deck for Pavi sent 5/27 |
| King Rene | 26-May-09 | $ 667 | 1.5 | $1,000.51 | Review of report on Nortel Business Services / Nortel Wind Down |
| Rentsch Eric | 26-May-09 | $ 226 | 0.3 | $68.36 | Further updating abridged copy for meeting with Pavi/Dennis |
| Dempsey John | 27-May-09 | $ 725 | 0.5 | $ 362.50 | Preparing/reviewing TransitionCo deck for Pavi sent 5/27 |
| King Rene | 27-May-09 | $ 667 | 0.5 | $ 333.50 | Review of report on Nortel Business Services / Nortel Wind Down |
| Rentsch Eric | 27-May-09 | $ 226 | 2.7 | $610.26 | Further updating abridged copy for meeting with Pavi/Dennis |
| **TOTALS** | | | **90.7** | **$ 28,713.08** | |