Exhibit "B"

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch Eric | 6-Jun-09 | $226 | 0.5 | $113.10 | Final updates to NBS/ResidualCo compensation report, for creditors |
| Dempsey John | 8-Jun-09 | $725 | 0.5 | $362.50 | Preparation of Nortel Business Services compensation program |
| Dempsey John | 9-Jun-09 | $725 | 0.5 | $362.50 | Preparation of Nortel Business Services compensation program |
| Dempsey John | 10-Jun-09 | $725 | 0.8 | $580.00 | Preparation of Nortel Business Services compensation program |
| Dempsey John | 10-Jun-09 | $725 | 0.5 | $362.50 | Debriefing with Rene King and Eric Rentsch |
| King Rene | 10-Jun-09 | $667 | 0.5 | $333.50 | Debrief with Eric Rentsch & John Dempsey |
| Dempsey John | 11-Jun-09 | $725 | 1 | $725.00 | Preparation of Nortel Business Services compensation program |
| Dempsey John | 11-Jun-09 | $725 | 1 | $725.00 | Debrief/next steps conference call with Elena King |
| Dempsey John | 11-Jun-09 | $725 | 1 | $725.00 | Meeting with Dennis, Pavi, Eric Rentsch and Rene King on NBS and Residual Co Retention Strategy |
| King Rene | 11-Jun-09 | $667 | 1.8 | $1,200.60 | Call with Pavi, Dennis and Elena; discuss next steps on Nortel Business Services and ResidualCo |
| Rentsch Eric | 11-Jun-09 | $226 | 1.5 | $339.30 | Preparing report for meeting on Nortel Business Services with Pavi and Dennis |
| Rentsch Eric | 11-Jun-09 | $226 | 1 | $226.20 | Meeting with Pavi & Dennis on Nortel Business Services and Residual Co compensation design |
| Dempsey John | 12-Jun-09 | $725 | 1 | $725.00 | Preparation of NBS program |
| King Rene | 12-Jun-09 | $667 | 1 | $667.00 | Update call with Elena King |
| Rentsch Eric | 12-Jun-09 | $226 | 3 | $678.60 | Updating report on Nortel business services per Elena King's requested changes |
| Rentsch Eric | 12-Jun-09 | $226 | 1.5 | $339.30 | Meeting with Elena, then John & Rene to discuss updates to report on NBS and ResidualCo compensation |
| Rentsch Eric | 14-Jun-09 | $226 | 0.5 | $113.10 | Updating NBS/ResidualCo compensation report |
| King Rene | 15-Jun-09 | $667 | 1 | $667.00 | Review NBS incentive plan deck with Elena King |
| Rentsch Eric | 15-Jun-09 | $226 | 4.5 | $1,017.90 | Final updates to NBS/ResidualCo compensation report, for creditors |
| King Rene | 16-Jun-09 | $667 | 0.7 | $466.90 | Peer review NBS incentive plan/ResidualCo compensation deck |
| Mayer Julie | 22-Jun-09 | $72 | 9.8 | $704.82 | Washington Resource Group Research on Bankruptcy |
| **TOTAL** | | | **33.6** | **$11,434.82** | |