Exhibit "C"

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Dempsey John | 8-Jul-09 | $ 725 | 0.5 | $ 362.50 | Q3-AIP metrics call with Leila Wong |
| King Rene | 8-Jul-09 | $ 667 | 0.5 | $ 333.50 | Call with Leila Wong and Elena King regarding Q3 AIP |
| Rentsch Eric | 8-Jul-09 | $ 226 | 1 | $ 226.20 | Call with Leila & Elena regarding Q3 AIP |
| Rentsch Eric | 9-Jul-09 | $ 226 | 2.5 | $ 565.50 | Reviewing compensation terms of Nortel/Nokia Asset Purchase Agreement |
| Rentsch Eric | 9-Jul-09 | $ 226 | 0.5 | $ 113.10 | Research on transition services comp design of SemGroup |
| Dempsey John | 10-Jul-09 | $ 725 | 0.5 | $ 362.50 | Nortel APA discussion with Eric Rentsch |
| Rentsch Eric | 10-Jul-09 | $ 226 | 0.8 | $ 180.96 | Team meeting regarding APA of Nokia/Nortel |
| Rentsch Eric | 13-Jul-09 | $ 226 | 0.2 | $ 45.24 | Call with Alan Bifield, Leila Wong, and Elena King |
| Rentsch Eric | 14-Jul-09 | $ 226 | 0.3 | $ 67.86 | Project Management |
| Rentsch Eric | 20-Jul-09 | $ 226 | 0.2 | $ 45.24 | Project Management |
| Rentsch Eric | 20-Jul-09 | $ 226 | 0.3 | $ 67.86 | Call with Alan Bifield, Leila Wong, and Elena King |
| Dempsey John | 21-Jul-09 | $ 725 | 2 | $ 1,450.00 | Preparation of report regarding transition comp and conference call with Elena King |
| King Rene | 21-Jul-09 | $ 667 | 0.8 | $ 533.60 | Discuss ResidualCo compensation alternatives with John Dempsey |
| King Rene | 21-Jul-09 | $ 667 | 1.2 | $ 800.40 | Modeling of compensation alternatives |
| King Rene | 21-Jul-09 | $ 667 | 0.2 | $ 133.40 | Review compensation modeling with Elena King |
| King Rene | 21-Jul-09 | $ 667 | 1 | $ 667.00 | Call with Elena King to discuss compensation issues |
| Rentsch Eric | 21-Jul-09 | $ 226 | 1.2 | $ 271.44 | Analyzing ResidualCo costing model, reviewing eligibility and award sizes of incumbents |
| Rentsch Eric | 21-Jul-09 | $ 226 | 1 | $ 226.20 | Call with Elena King |
| Dempsey John | 22-Jul-09 | $ 725 | 2.5 | $ 1,812.50 | Preparation of report regarding transition comp and |
| Donnell Julie | 22-Jul-09 | $ 226 | 5 | $ 1,131.00 | Residual Co LTI Calculation, Attrition Analysis |
| King Rene | 22-Jul-09 | $ 667 | 1 | $ 667.00 | Discuss compensation strategy with Elena King |
| King Rene | 22-Jul-09 | $ 667 | 0.8 | $ 533.60 | Review compensation modeling |
| Rentsch Eric | 22-Jul-09 | $ 226 | 1 | $ 226.20 | Analyzing ResidualCo costing model, reviewing eligibility and award sizes of incumbents |
| Rentsch Eric | 22-Jul-09 | $ 226 | 1 | $ 226.20 | Call with Elena King |
| Dempsey John | 23-Jul-09 | $ 725 | 3 | $ 2,175.00 | Preparation of report regarding transition comp and conference call with Elena King |
| Donnell Julie | 23-Jul-09 | $ 226 | 2 | $ 452.40 | Residual Co LTI Calculation, Attrition Analysis |
| King Rene | 23-Jul-09 | $ 667 | 0.5 | $ 333.50 | Peer review deck |
| King Rene | 23-Jul-09 | $ 667 | 2.5 | $ 1,667.50 | Revise compensation deck |

| Name | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| King Rene | 23-Jul-09 | $ 667 | 0.8 | $ 533.60 | Discuss deck with John Dempsey and Eric Rentsch |
| Rentsch Eric | 23-Jul-09 | $ 226 | 3.3 | $ 746.46 | Analyzing ResidualCo costing model, reviewing eligibility and award sizes of incumbents |
| Dempsey John | 24-Jul-09 | $ 725 | 3 | $ 2,175.00 | Transition co revision and conference call with John Doolittle and Elena King |
| King Rene | 24-Jul-09 | $ 667 | 1.2 | $ 800.40 | Analyze market target STI |
| King Rene | 24-Jul-09 | $ 667 | 0.5 | $ 333.50 | Peer review compensation deck |
| King Rene | 24-Jul-09 | $ 667 | 0.5 | $ 333.50 | Peer review updated compensation deck |
| King Rene | 24-Jul-09 | $ 667 | 0.8 | $ 533.60 | Call with Elena king to review deck |
| Rentsch Eric | 24-Jul-09 | $ 226 | 1 | $ 226.20 | Call with Elena King |
| Rentsch Eric | 24-Jul-09 | $ 226 | 6.7 | $ 1,515.54 | Analyzing ResidualCo costing model, reviewing eligibility and award sizes of incumbents |
| Rentsch Eric | 27-Jul-09 | $ 226 | 2 | $ 452.40 | Modeling ResidualCo compensation for Elena King and John Doolittle |
| King Rene | 28-Jul-09 | $ 667 | 0.5 | $ 333.50 | ResidualCo modeling |
| King Rene | 29-Jul-09 | $ 667 | 0.5 | $ 333.50 | ResidualCo modeling |
| King Rene | 30-Jul-09 | $ 667 | 1.3 | $ 800.40 | Residual model and overview PPT |
| Rentsch Eric | 30-Jul-09 | $ 226 | 1 | $ 226.20 | Discussion with Elena regarding compensation changes/updates to ResidualCo staff |
| Rentsch Eric | 30-Jul-09 | $ 226 | 5.3 | $ 1,198.86 | Updating edits to Residual Co pay model, to reflect changes in individual pay levels/staffing shifts |
| Rentsch Eric | 30-Jul-09 | $ 226 | 0.5 | $ 113.10 | Peer reviewing edits to report for Monitor on Residual Co pay |
| Dempsey John | 31-Jul-09 | $ 725 | 1 | $ 725.00 | Call with Elena regarding Residual Co |
| Rentsch Eric | 31-Jul-09 | $ 226 | 1 | $ 226.20 | Call with Elena regarding updates to combing Residual Co and NBS models, and travel plans for Monday Aug 3rd |
| **TOTAL** | | | 64.9 | $ 27,284.36 | |