Exhibit "D"

| Date | Amount | Description |
|---|---|---|
| 1-May-09 | $ 19.20 | Meals (While Travel) |
| 5-May-09 | $ 10.00 | Agency Fees - Travel |
| 5-May-09 | $ 199.20 | Airfare |
| 5-May-09 | $ 10.00 | Agency Fees - Travel |
| 5-May-09 | $ 344.92 | Airfare |
| 5-May-09 | $ 20.00 | Agency Fees - Travel |
| 5-May-09 | $ 10.00 | Agency Fees - Travel |
| 12-May-09 | $ 30.00 | O'Hare Parking |
| 12-May-09 | $ 45.00 | Communications/Cell Phone |
| 21-May-09 | $ 9.75 | Meals (Non-Travel) |
| 21-May-09 | $ 16.36 | Meals (Non-Travel) |
| 21-May-09 | $ 20.00 | Transportation |
| 21-May-09 | $ 0.87 | MP |
| 31-May-09 | $ 4,847.14 | Legal |

**May Total    $ 5,582.44**

| Date | Amount | Description |
|---|---|---|
| 3-Jun-09 | $ 4.85 | Federal Express shipping |
| 1-Jun-09 | $ 6.16 | Communications/Cell Phone |
| 1-Jul-09 | $ 15.00 | Transportation |
| 1-Jul-09 | $ 25.00 | Communications/Cell Phone |
| 1-Jul-09 | $ 5.00 | Meals (Non-Travel) |
| 1-Jul-09 | $ 15.00 | Transportation |
| 1-Jul-09 | $ 8.00 | Meals (Non-Travel) |
| 1-Jul-09 | $ 15.00 | Transportation |
| 1-Jul-09 | $ 15.00 | Transportation |
| 1-Jul-09 | $ 15.00 | Transportation |
| 1-Jul-09 | $ 20.00 | Transportation |
| 1-Jul-09 | $ 15.00 | Transportation |
| 1-Jul-09 | $ 50.00 | Communications/Cell Phone |
| 1-Jul-09 | $ 2.84 | Meals (Non-Travel) |
| 10-Jul-09 | $ 392.64 | Pacer - Bankruptcy research service |

**June Total    $ 604.49**

| Date | Amount | Description |
|---|---|---|
| 21-Jul-09 | $ 325.35 | Nortel Court Records Access |
| 28-Jul-09 | $ 10.01 | Verizon |

**July total    $ 335.36**