IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
                      Debtors. : Jointly Administered
: 
----------------------------------------------------------X

**DECLARATION OF AARON L. HAMMER WITH RESPECT TO ATTEMPTED FILING OF THE SECOND INTERIM APPLICATION OF MERCER (US) INC. AS COMPENSATION SPECIALIST TO THE DEBTORS SEEKING ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OF <u>MAY 1, 2009 THROUGH JULY 31, 2009</u>**

I, Aaron L. Hammer, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge and belief:

1. I am a partner with the law firm of Freeborn & Peters LLP, which represents Mercer (US) Inc. ("*Mercer*") in the above-referenced chapter 11 cases.

2. Mercer has been retained by the debtors in these chapter 11 cases (the "*Debtors*") as compensation specialists pursuant to sections 327 and 328 of title 11 of the United States Code (the "*Bankruptcy Code*"). Accordingly, Mercer may submit interim applications for compensation in accordance with, *inter alia*, the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Expenses for Professionals and Official Committee Members (the "*Interim Compensation Procedures Order*").

3. A quarterly hearing on interim applications for compensation has been set for September 30, 2009 (the "*Quarterly Hearing*").

4. In order to file Mercer's Second Interim Application for Compensation and Reimbursement of Expenses (the "*Second Interim Application*") such that the deadline for objections thereto expires before the date of the Quarterly Hearing, Mercer was required to file the Second Interim Application on or before September 9, 2009.

5. On September 9, 2009, my office attempted to file the Second Interim Application; however, it was unable to do so because the CM/ECF filing system for the United States Bankruptcy Court for the District of Delaware was experiencing technical difficulties.

6. I caused the Second Interim Application to be served on the parties required to receive notice of same, pursuant to the Interim Compensation Procedures Order, by U.S. mail on September 9, 2009.

7. By this declaration, I respectfully request that the Second Interim Application be deemed filed as of September 9, 2009.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 10, 2009          /s/Aaron L. Hammer