IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138(KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | **Re: Dkt Nos. 1444 & 1445** |

### REVISED DATE AND TIME FOR TELECONFERENCE RELATING TO ORDER GRANTING THE AFFILIATES OF VERIZON COMMUNICATIONS INC.'S REQUEST FOR EXPEDITED HEARING

At the request of counsel for Avaya, Inc., the date and time for the teleconference on the Emergency Motion of the Affiliates of Verizon Communications Inc. to Compel Attendance at Deposition (D.I. 1444), is hereby rescheduled to September 11, 2009 at 3:30 p.m. Counsel shall make arrangements with CourtCall to appear.

Dated: September 10, 2009

_____
KEVIN GROSS, U.S.B.J.