IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re                                                      :    Chapter 11
                                                           :
Nortel Networks Inc., et al.,[1]                           :    Case No. 09-10138 (KG)
                                                           :
         Debtors.                                          :    Jointly Administered
                                                           :
-----------------------------------------------------------X

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 11, 2009 AT 3:30 P.M. (EASTERN TIME)[2]

**PLEASE NOTE THAT THIS IS A TELEPHONIC HEARING**

**CHAMBERS HAS APPROVED PARTICIPATION VIA TELEPHONE AND PARTICIPANTS MUST MAKE ARRANGEMENTS THROUGH COURCALL AT TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946)**

UNCONTESTED MATTERS GOING FORWARD:

1.   Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition (D.I. 1443, Filed 9/9/09).

     Related Pleadings:

     a)   Request For Expedited Hearing On The Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition (D.I. 1444, Filed 9/9/09);

     b)   Order Granting The Affiliates Of Verizon Communications Inc.'s Request For Expedited Hearing (D.I. 1445, Entered 9/9/09); and

     c)   Revised Date And Time For Teleconference Relating To Order Granting The Affiliates Of Verizon Communications Inc.'s Request For Expedited Hearing (D.I 1450, Filed 9/10/09).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]   The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

<u>Objection Deadline</u>:  September 10, 2009 at 12:00 p.m. (ET)

<u>Responses Received</u>:  None at this time.

<u>Status</u>: The hearing on this matter is going forward.  Counsel for the Debtors understands Avaya opposes the emergency relief.  Counsel for the Debtors reserves their rights to object at the hearing.

Dated:  September 10, 2009
       Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (No. 5125)
    Lisa M. Schweitzer (No. 1033)
    One Liberty Plaza
    New York, New York 10006
    Telephone:  (212) 225-2000
    Facsimile:  (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

     /s/ *Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Andrew R. Remming (No. 5120)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE  19899-1347
    Telephone:  (302) 658-9200
    Facsimile:  (302) 425-4663

    *Counsel for the Debtors and*
    *Debtors in Possession*

3112410