IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Hearing Date: September 30, 2009 at 10:00 a.m. (ET) |
| Nortel Networks Inc. et al.,[1] | |
| Debtors. | |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant: Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought: May 1, 2009 through July 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary: $2,771,174.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $104,100.87

This is (a)n: __X__ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's May, June and July 2009 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 6/24/09 Docket No. 947 | 5/1/09 - 5/31/09 | $766,765.75 | $54,512.10 | $613,412.60 | $54,512.10 | $153,353.15 |
| Date Filed: 7/27/09 Docket No. 1186 | 6/1/09 - 6/30/09 | $962,202.75 | $25,000.85 | $769,762.20 | $25,000.85 | $192,440.55 |
| Date Filed: 8/25/09 Docket No. 1379 | 7/1/09 - 7/31/09 | $1,042,206.00 | $24,587.92 | Pending Obj deadline 9/14/09 $833,764.80 | Pending Obj deadline 9/14/09 $24,587.92 | $208,441.20 |
| TOTALS: | | $2,771,174.50 | $104,100.87 | $2,216,939.60[3] | $104,100.87[4] | $554,234.90 |

Summary of any Objections to Fee Applications: None.

Dated: September 10, 2009
       New York, New York

_____
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2