IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                            ) Chapter 11
                                                  )
                                                  ) Case No. 09-10138 (KG)
Nortel Networks Inc. et al.,[1]                   )
                                                  ) (Jointly Administered)
                        Debtors.                  )
                                                  ) Hearing Date: September 30, 2009 at 10:00 a.m.
                                                  )

## NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST

Name of Applicant:                          Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:                   Official Committee of Unsecured Creditors

Date of Retention:                          March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                May 1, 2009 through July 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:           $24,987.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $5,109.60

This is (a)n: _X_ interim   ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s ("RLF") May, June & July 2009 monthly fee applications are incorporated herein by reference.

RLF1-3431731-1

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 6/30/09 Docket No. 1015 | 5/1/09 - 5/31/09 | $5,940.50 | $1,746.88 | $4,752.40 | $1,746.88 | $1,188.10 |
| Date Filed: 7/31/09 Docket No. 1254 | 6/1/09 - 6/30/09 | $11,247.50 | $1,479.03 | $8,998.00 | $1,479.03 | $2,249.50 |
| Date Filed: 8/28/09 Docket No. 1399 | 7/1/09 - 7/31/09 | $7,799.50 | $1,883.69 | Pending Obj deadline 9/17/09 $6,239.60 | Pending Obj deadline 9/17/09 $1,883.69 | $1,559.90 |
| **TOTALS:** | | $24,987.50 | $5,109.60 | $19,990.00[3] | $5,109.60[4] | $4,997.50 |

Summary of any Objections to Fee Applications: None

Dated: September 10, 2009
Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

RLF1-3431731-1