# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc. et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: September 30, 2009 at 10:00 a.m.** |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:                    Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:             Official Committee of Unsecured Creditors

Date of Retention:                    March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:          May 1, 2009 through July 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:     $650,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $63,202.17

This is (a)n:  _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. May, June & July 2009 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 8/24/09 Docket No. 1365 | 5/1/09 - 5/31/09 | $250,000.00 | $26,719.64 | Pending Obj Deadline 9/14/09 $200,000.00 | Pending Obj Deadline 9/14/09 $26,719.64 | $50,000.00 |
| Date Filed: 8/24/09 Docket No. 1366 | 6/1/09 - 6/30/09 | $200,000.00 | $30,053.65 | Pending Obj Deadline 9/14/09 $160,000.00 | Pending Obj Deadline 9/14/09 $30,053.65 | $40,000.00 |
| Date Filed: 9/9/09 Docket No. 1446 | 7/1/09 - 7/31/09 | $200,000.00 | $6,428.88 | Pending Obj Deadline 9/29/09 $160,000.00 | Pending Obj Deadline 9/29/09 $6,428.88 | $40,000.00 |
| **TOTALS:** | | $650,000.00 | $63,202.17 | $520,000.00[3] | $63,202.17[4] | $130,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

Summary of any Objections to Fee Applications: None.

Dated: September 10, 2009
       Wilmington, Delaware

*/s/ Hal Kennedy*
Hal Kennedy
JEFFERIES & COMPANY, INC.
520 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 323-3391

Financial Advisor to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*