IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) )  |
| | ) Hearing Date: September 30, 2009 at 10:00 a.m. |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant: Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought: May 1, 2009 through July 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary: $1,759,930.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $83,914.59

This is (a)n: __X__ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's May, June & July 2009 monthly fee applications are incorporated herein by reference.

RLF1-3402371-1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 7/2/09 Docket No. 1032 | 5/1/09 - 5/31/09 | $632,663.00 | $32,855.89 | $506,130.40 | $32,855.89 | $126,532.60 |
| Date Filed: 8/18/09 Docket No. 1341 | 6/1/09 - 6/30/09 | $568,135.00 | $20,526.57 | $454,508.00 | $20,526.57 | $113,627.00 |
| Date Filed: 9/8/09 Docket No. 1440 | 7/1/09 - 7/31/09 | $559,132.00 | $30,532.13 | Pending Obj. Deadline $447,305.60 | Pending Obj. Deadline $30,532.13 | $111,826.40 |
| TOTALS: | | $1,759,930.00 | $83,914.59 | $1,407,944.00 | $83,914.59 | $351,986.00 |

Summary of any Objections to Fee Applications: None.

Dated: September 8, 2009
New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*