## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) Hearing Date: September 30, 2009 at 10:00 a.m. |

### NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:                    Ashurst LLP

Authorized to Provide
Professional Services to:            Official Committee of Unsecured Creditors

Date of Retention:                 March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:       May 01, 2009 through July 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:    £214,522.29

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   £613.89

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, May, June, and July 2009 monthly fee applications are incorporated herein by reference.

14044353.01

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 6/24/09 Docket No. 949 | 5/1/09 - 5/31/09 | £82,445.50 | £209.58 | £65,956.40 | £209.58 | £16,489.10 |
| Date Filed: 7/31/09 Docket No. 1253 | 6/1/09 - 6/30/09 | £115,135.29 | £330.71 | £92,108.23 | £330.71 | £23,027.06 |
| Date Filed: 8/26/09 Docket No. 1385 | 7/1/09 - 7/31/09 | £16,941.50 | £73.60 | Pending Obj deadline 9/15/09 £13,553.20 | Pending Obj deadline 9/15/09 £73.60 | £3,388.30 |
| TOTALS: | | £214,522.29 | £613.89 | £171,617.83[3] | 613.89[4] | £42,904.46 |

Summary of any Objections to Fee Applications:  None.

Dated: September 09, 2009
      London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

14044353.01