# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: September 30, 2009 at 10:00 a.m.<br>) |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　　Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:　　　　　May 1, 2009 through July 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　CDN. $1,335,961.21

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　CDN. $21,483.56

This is (a)n: __X__ interim　　____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's May, June & July 2009 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 6/24/09 Docket No. 950 | 5/1/09 – 5/31/09 | $348,838.88 | $5,605.17 | $279,071.10 | $5,605.17 | $69,767.78 |
| Date Filed: 7/27/09 Docket No. 1187 | 6/1/09 – 6/30/09 | $548,943.15 | $11,021.24 | $439,154.52 | $11,021.24 | $109,788.63 |
| Date Filed: 8/25/09 Docket No. 1380 | 7/1/09 – 7/31/09 | $438,179.18 | $4,857.15 | $350,543.34 Pending Obj. Deadline | $4,857.15 Pending Obj. Deadline | $87,635.84 |
| TOTALS: | | $1,335,961.21 | $21,483.56 | $1,068,768.96 | $21,483.56 | $267,192.25 |

Summary of any Objections to Fee Applications: None.

Dated: September 10, 2009
Wilmington, Delaware

_____
Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
Suite 3900
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B2
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

2

7105612_1.DOC