**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[9] : Case No. 09-10138 (KG)
:
　　　　　　　　　　　Debtors. : Jointly Administered
:
: Hearing date: September 30, 2009 at 10:00 AM (ET)
: Objections due: September 23, 2009 at 4:00 PM (ET)
---------------------------------------------------------X

## STIPULATION REGARDING THE SETOFF OF PREPETITION AMOUNTS OWED BY AND BETWEEN GLOBAL KNOWLEDGE NETWORK INC. AND NORTEL NETWORKS INC.

This stipulation (the "Stipulation") is entered into by and between Nortel Networks Inc. ("NNI") and Global Knowledge Network Inc. ("Global Knowledge", and together with NNI, the "Parties", and individually as a "Party"). The Parties hereby stipulate and agree as follows:

WHEREAS, on January 14, 2009 (the "Petition Date"), the Debtors, except for Nortel Networks (CALA) Inc., filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code;

WHEREAS, certain of the Debtors' affiliates also commenced creditor protection proceedings on or after the Petition Date;

---

[9] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, NNI and Global Knowledge are parties to certain contracts and agreements (collectively, the "Agreements");

WHEREAS, representatives of each of the Parties have engaged in the review of their books and records, and have exchanged information in order to reconcile the various pre-petition accounts receivable owed by and to NNI and Global Knowledge for the period prior to the Petition Date (the "Claims") under the Agreements;

WHEREAS, based on these reviews and discussions, the Parties have reconciled certain accounts receivable existing as of the Petition Date and wish to setoff such Claims as permitted by section 553 of the Bankruptcy Code;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Parties have reconciled the invoices listed on Exhibit A hereto and agree Global Knowledge may setoff $374,368.67 of $486,930.87, which is the prepetition amount owed by Global Knowledge to NNI, against $374,368.67, which is the prepetition amount owed to Global Knowledge by NNI;

2. Upon the approval of this Stipulation by the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the automatic stay will be modified so that Global Knowledge may effect a setoff of mutual prepetition obligations between NNI and Global Knowledge as set forth in paragraph 1 above;

3. For the avoidance of doubt, Global Knowledge is not authorized to setoff Claims against any amounts owing by or to any affiliate of NNI;

4. Except for the setoff of Claims between NNI and Global Knowledge as expressly provided for herein, all rights, claims and defenses of NNI and the Debtors against

2

[New York #2093194 v2]

Global Knowledge are reserved, including with respect to any potential avoidance actions against Global Knowledge pursuant to chapter 5 of the Bankruptcy Code. Nothing in this Stipulation shall otherwise limit or affect the Debtors' rights under the chapter 11 proceedings or is intended to modify, limit or waive the parties' defenses under the Agreements.

     5.    Global Knowledge agrees to remit payment for the remaining $112,562.20 to NNI within ten calendar days of the Bankruptcy Court's approval of this Stipulation.

Nortel Networks Inc.

By: _____

Global Knowledge Network, Inc.

By: _____

Brian Holland, General Counsel

3

[New York #2093194 v2]

# EXHIBIT A

Invoices reflecting amounts Global Knowledge owes to NNI

2205219   2205220   2205218   2248778   2250725   2271575   2285026   2292024   2292971   2297442

Invoices reflecting amounts NNI owes to Global Knowledge

| | | | | | | |
|---|---|---|---|---|---|---|
| 20761743 | 551807 | 550984 | 550850 | 550929 | 551589 | 551460 |
| 20793343 | 550012A | 550995 | 550851 | 550922 | 551588 | 551478 |
| 552666 | 550013A | 550996 | 550861 | 551605 | 551587 | 551462 |
| 550933 | 549248 | 551001 | 550852 | 551604 | 551586 | 551463 |
| 549263 | 549311 | 551002 | 550572 | 551603 | 551585 | 551465 |
| 549260 | 549178 | 551003 | 550573 | 551602 | 551584 | 551467 |
| 549259 | 549226 | 551156 | 550574 | 551601 | 551583 | 551468 |
| 549258 | 549218 | 551167 | 550587 | 551600 | 551582 | 551469 |
| 549257 | 549285 | 551168 | 550588 | 551599 | 551581 | 551470 |
| 549254 | 549167 | 551171 | 550590 | 551598 | 551577 | 551471 |
| 549250 | 549230 | 551169 | 550591 | 551597 | 551575 | 551472 |
| 549249 | 549223 | 551208 | 550643 | 551596 | 551563 | 551473 |
| 549240 | 549222 | 551209 | 550649 | 551595 | 551562 | 551474 |
| 549241 | 549211 | 551210 | 550650 | 551594 | 551561 | 551475 |
| 549239 | 549200 | 551216 | 550615 | 551593 | 551560 | 551407 |
| 549238 | 549198 | 551172 | 550612 | 551592 | 551559 | 551412 |
| 549237 | 549197 | 551173 | 550795 | 551591 | 551363 | 551413 |
| 549236 | 549189 | 551174 | 550799 | 551590 | 551358 | 551415 |
| 549235 | 549188 | 551201 | 550912 | 551493 | 551381 | 551416 |
| 549231 | 549187 | 551202 | 550910 | 551512 | 550906 | 551420 |
| 549287 | 549186 | 551203 | 550921 | 551609 | 551056 | 551424 |
| 549286 | 549179 | 551200 | 550918 | 551608 | 551080 | 551425 |
| 549282 | 549174 | 551032 | 550905 | 551620 | 550806 | 551451 |
| 549279 | 551630 | 551035 | 550900 | 551619 | 550348 | 551450 |
| 549276 | 551005 | 551033 | 550898 | 551617 | 550314 | 551449 |
| 549275 | 551006 | 551046 | 550894 | 551558 | 548792 | 551444 |
| 549274 | 551007 | 551052 | 550826 | 551557 | 550710 | 551428 |
| 549272 | 551011 | 551054 | 550891 | 551616 | 550676 | 551429 |
| 549269 | 550970 | 551115 | 550880 | 551615 | 551316 | 551440 |
| 549264 | 550969 | 551108 | 550879 | 551613 | 551269 | |
| 549261 | 550957 | 551131 | 550878 | 551611 | 549569 | |
| 549173 | 550956 | 551128 | 550875 | 551610 | 550539 | |
| 549527A | 551085 | 551125 | 550834 | 551607 | 551207 | |
| 550177REV | 551087 | 551120 | 550835 | 551606 | 551236 | |
| 550177A | 551090 | 16826 | 550837 | 551556 | 551240 | |
| 550832 | 551074 | 551246 | 550865 | 551555 | 551241 | |
| 550899A | 551079 | 551154 | 550860 | 551554 | 551244 | |
| 551629 | 551022 | 551155 | 550859 | 551553 | 551245 | |
| 551628 | 551024 | 550903 | 550858 | 551551 | 551256 | |
| 551626 | 551031 | 550902 | 550853 | 551550 | 551267 | |

4

| | | | | | |
|---|---|---|---|---|---|
| 551625 | 550862 | 550901 | 550857 | 551549 | 551266 |
| 551624 | 550715 | 550828 | 550854 | 551548 | 551261 |
| 16850  | 550943 | 550829 | 550856 | 551547 | 551299 |
| 551422 | 551179 | 550830 | 550855 | 551546 | 551300 |
| 551421 | 550948 | 550870 | 550711 | 551545 | 551339 |
| 551779 | 550951 | 550869 | 550712 | 551544 | 551340 |
| 551815 | 550954 | 550846 | 550713 | 551696 | 551341 |
| 551869 | 550955 | 550847 | 550714 | 551693 | 551342 |
| 551870 | 550980 | 550848 | 550807 | 551692 | 551452 |
| 551511 | 550983 | 550849 | 551433 | 551691 | 551453 |

5