## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Authorization And Approval Of A Stipulation By And Between Nortel Networks Inc. And Global Knowledge Network Inc.** was caused to be made on September 10, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: September 10, 2009

_____
Andrew R. Remming (No. 5120)

3114849.1