# EXHIBIT C

# Details of Hours Expended

**Nortel Networks, Inc.**
Lazard Frères & Co. LLC
June 1, 2009 - June 30, 2009
Summary of Services Rendered by Project

| Project # | Project Description | Jun |
|:---:|---|---:|
| 1 | Interface with Company Personnel | 63.1 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 219.6 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 7.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 1,446.4 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 4.0 |
| **TOTAL** | | **1,740.0** |

Summary of Services Rendered by Professional

| Name | Jun |
|---|---:|
| Terry Savage, Managing Director | 52.4 |
| Michael Murray, Managing Director | 234.5 |
| David Descoteaux, Managing Director | 57.8 |
| Cyrus Kapadia, Managing Director | 6.5 |
| Sumeet Mehra, Vice President | 185.3 |
| Matthew Hart, Vice President | 60.5 |
| Aldo Polak, Vice President | 158.5 |
| Ian Mombru, Vice President | 108.0 |
| Colin Keenan, Associate | 41.5 |
| Kshitij Bahtia, Associate | 98.5 |
| Greg Healey, Associate | 237.0 |
| Todd Breeden, Analyst | 76.0 |
| Nicholas Page, Analyst | 113.0 |
| Paz Eshel, Analyst | 167.1 |
| Edouard Gueyffier, Analyst | 35.5 |
| Matthew Carey, Analyst | 108.0 |
| **TOTAL** | **1,740.0** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co.  LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Call with UK administrator and legal counsel | 1.2 | 2 |
| 06/01/09 | Weekly advisors call | 1.0 | 2 |
| 06/11/09 | Call with Nortel Management re: M&A | 1.0 | 2 |
| 06/01/09 | Call with Murray McDonald re:  Canadian Funding | 0.8 | 2 |
| 06/02/09 | Call with advisors re: M&A | 1.2 | 2 |
| 06/03/09 | Update Steering Committee call | 1.0 | 2 |
| 06/03/09 | Call with creditor advisors on M&A | 0.8 | 2 |
| 06/04/09 | Call with Pavi Binning on M&A | 0.5 | 1 |
| 06/05/09 | Breakfast with Jim Bromley, Chris Kearns and Fred Hodara re: M&A | 1.4 | 2 |
| 06/05/09 | Call with Management re: interim funding agreement | 1.0 | 1 |
| 06/05/09 | Advisors call re: M&A | 0.8 | 2 |
| 06/05/09 | Call with buyer of Division | 0.5 | 8 |
| 06/05/09 | Update call with Osler | 0.8 | 2 |
| 06/08/09 | Weekly advisors update call | 1.1 | 2 |
| 06/08/09 | Update M&A call with Nortel Management | 1.2 | 2 |
| 06/09/09 | Cal with Jim Bromley of Cleary re: legal issues | 1.0 | 2 |
| 06/09/09 | Call with Pavi Binning on M&A | 0.8 | 1 |
| 06/10/09 | Steering Committee call | 1.0 | 2 |
| 06/10/09 | Weekly M&A update call with UCC Advisors | 0.8 | 2 |
| 06/11/09 | Call with Gordon Davies on legal issues | 0.5 | 2 |
| 06/11/09 | Nortel board meeting call | 1.4 | 1 |
| 06/12/09 | Call with Management re: M&A strategy | 1.1 | 1 |
| 06/12/09 | Call regarding transition Company | 1.0 | 1 |
| 06/12/09 | Call with B. Levitt at Osler re: Board matters | 1.0 | 2 |
| 06/14/09 | Call with Jim Bromley re: M&A | 0.5 | 2 |
| 06/14/09 | Call with Management re: M&A strategy | 1.0 | 1 |
| 06/15/09 | Weekly advisors call | 1.1 | 2 |
| 06/15/09 | Management update call | 1.0 | 1 |
| 06/16/09 | Travel to Toronto | 3.0 | 1 |
| 06/16/09 | Meeting with Pavi Binning and Gordon Davies re: transition company | 4.0 | 1 |
| 06/17/09 | Travel to New York | 3.0 | 1 |
| 06/17/09 | Update M&A call with Nortel Management | 1.5 | 1 |
| 06/18/09 | Call with Pavi Binning on M&A | 0.7 | 1 |
| 06/19/09 | Call with Pavi Binning on M&A | 0.5 | 1 |
| 06/22/09 | Update call with Management re: M&A | 1.2 | 1 |
| 06/23/09 | Meeting with Buyer of Division | 1.0 | 8 |
| 06/23/09 | Call with Management re: M&A strategy | 1.0 | 1 |
| 06/24/09 | Update on Division Sale with management | 1.0 | 1 |
| 06/24/09 | M&A Strategy call with management | 1.0 | 1 |
| 06/25/09 | Call with Mike Zafirovski re: M&A strategy | 1.0 | 1 |
| 06/25/09 | Call with Management on M&A | 1.1 | 1 |
| 06/25/09 | Update call with Nortel Board of Directors | 1.0 | 1 |
| 06/26/09 | Call with Management on M&A | 0.6 | 1 |
| 06/28/09 | Call with B. Levitt re: Board issues | 0.8 | 1 |
| 06/29/09 | Weekly advisors call | 1.1 | 2 |
| 06/29/09 | Call with Pavi Binning on M&A | 0.4 | 1 |
| 06/30/09 | Call with Jim Bromley of Cleary re: legal issues | 0.8 | 1 |
| 06/30/09 | Update call on M&A with management | 1.2 | 1 |
| | JUNE HOURS | 52.4 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Mgmt Prep, general process updates, advisor's call | 8.0 | 8 |
| 06/02/09 | Travel to NYC, flight and car transport - US Air | 1.9 | 8 |
| 06/02/09 | Mgmt Prep, general process updates, bid meetings (10am- 10pm) | 12.0 | 8 |
| 06/03/09 | Mgmt Prep, general process updates, bid meetings (7:30am- 8pm w/ break) | 10.0 | 8 |
| 06/04/09 | Mgmt Prep, general process updates, bid meetings - NYC | 14.0 | 8 |
| 06/05/09 | Mgmt Prep, general process updates, bid meetings - NYC | 6.5 | 8 |
| 06/05/09 | Travel to Boston, flight and ground transport- US Airways | 2.2 | 8 |
| 06/06/09 | Calls | 2.5 | 8 |
| 06/08/09 | Travel, Ground and air (US AIR) | 3.0 | 8 |
| 06/08/09 | Meetings, Mgmt prep, general process, bids | 8.0 | 8 |
| 06/08/09 | Travel, Ground and air (US AIR) | 2.2 | 8 |
| 06/09/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 06/10/09 | Travel, Ground and air (US AIR) | 2.2 | 8 |
| 06/10/09 | Mgmt prep, general process, calls | 10.0 | 8 |
| 06/11/09 | Mgmt prep, general process, calls | 10.0 | 8 |
| 06/12/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 06/12/09 | Travel, ground and air (US Air) | 2.1 | 8 |
| 06/14/09 | Calls | 2.5 | 8 |
| 06/15/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 06/16/09 | Travel, Ground and air (Air Canada- Bos-Can-NyC) | 3.5 | 8 |
| 06/16/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 06/17/09 | Mgmt prep, general process, calls | 12.0 | 8 |
| 06/18/09 | Mgmt prep, general process, calls | 10.0 | 8 |
| 06/18/09 | Travel, Ground and air (Jet Blue) | 2.4 | 8 |
| 06/19/09 | Calls, general | 2.0 | 8 |
| 06/22/09 | Travel, Ground and air (US Air) | 2.1 | 8 |
| 06/22/09 | Mgmt prep, general process, calls | 10.0 | 8 |
| 06/23/09 | Mgmt prep, general process, calls | 10.0 | 8 |
| 06/24/09 | Mgmt prep, general process, calls | 12.0 | 8 |
| 06/25/09 | Mgmt prep, general process, calls | 12.0 | 8 |
| 06/26/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 06/28/09 | Travel, air and ground transport | 3.0 | 8 |
| 06/29/09 | Meetings, hearings, calls | 8.0 | 8 |
| 06/29/09 | Meetings, hearings, calls | 2.2 | 8 |
| 06/30/09 | Travel, air and ground transport | 2.2 | 8 |
| 06/30/09 | Mgmt prep, general process, calls | 12.0 | 8 |
| | JUNE HOURS | 234.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Nortel call w/admin, Herbert Smith, mgmt, monitor CG, OR and creditors' advisors | 1.5 | 1 |
| 06/01/09 | Advisors Call | 1.0 | 1 |
| 06/01/09 | Nortel call w/mgmt, CG, OR, EY re. negotiations w/UK Admin and creditors' advisors | 1.5 | 1 |
| 06/01/09 | Nortel Call re: Canadian Funding | 1.0 | 2 |
| 06/02/09 | Nortel M&A sale process call re: deferred rev | 1.5 | 1 |
| 06/02/09 | Weekly review of 13 Week CF's and Cash Balances | 1.3 | 2 |
| 06/02/09 | weekly M&A | 1.0 | 1 |
| 06/03/09 | Nortel division sale call re: deferred rev | 1.0 | 2 |
| 06/03/09 | Weekly review of 13 Week CF's and Cash Balances | 0.3 | 2 |
| 06/03/09 | Updated: Deferred Revenue Discussion | 1.0 | 1 |
| 06/03/09 | Nortel - weekly M&A update for creditors' FA's | 0.5 | 1 |
| 06/04/09 | M&A sale process DA issues call | 1.0 | 8 |
| 06/04/09 | Discussion of Key Open Items | 1.0 | 8 |
| 06/05/09 | Nortel call re. Interim funding Agreement | 2.3 | 2 |
| 06/05/09 | Nortel call with Osler | 1.3 | 1 |
| 06/08/09 | weekly advisors call | 0.5 | 1 |
| 06/08/09 | M&A sale process Meetings at Cleary | 7.0 | 8 |
| 06/08/09 | Nortel - all parties call to discuss most recent proposal | 1.0 | 1 |
| 06/09/09 | Nortel division sale call w/ potential buyer | 1.0 | 8 |
| 06/10/09 | Nortel - weekly M&A update for creditors' FA's | 1.0 | 1 |
| 06/11/09 | NNC and NNL Conference Call Board Meeting | 4.0 | 2 |
| 06/12/09 | Nortel call with Osler | 1.8 | 1 |
| 06/15/09 | Weekly Advisors call | 1.0 | 1 |
| 06/16/09 | M&A update | 0.8 | 1 |
| 06/16/09 | follow-up DD call w/mgmt and creditors' FA's re. NT Division | 1.5 | 1 |
| 06/17/09 | weekly M&A update for creditors' FA's | 0.5 | 1 |
| 06/17/09 | M&A sale process call | 1.5 | 8 |
| 06/18/09 | NT: sale process call | 3.5 | 8 |
| 06/18/09 | nortel - M&A sale process call with creditors | 1.0 | 1 |
| 06/18/09 | Board meeting | 2.0 | 2 |
| 06/19/09 | Nortel - M&A sale process discussion w/creditors' advisors | 1.0 | 1 |
| 06/19/09 | call w/ Osler | 1.0 | 1 |
| 06/19/09 | Joint NNC, NNL and NNI Board Conference call | 0.5 | 2 |
| 06/22/09 | Weekly Advisors call | 1.0 | 1 |
| 06/24/09 | Nortel call with Lazard UK re: sale process | 1.0 | 1 |
| 06/24/09 | M&A sale process - Pre-Call for Management and Nortel Advisors only | 0.8 | 1 |
| 06/24/09 | M&A sale process Update call | 1.0 | 1 |
| 06/24/09 | M&A sale process follow-up items for creditor advisors | 0.5 | 1 |
| 06/25/09 | Nortel call re: buyer bid | 2.0 | 8 |
| 06/25/09 | Joint Nortel CHRC and Board of Directors Meeting | 1.5 | 2 |
| 06/26/09 | Nortel call with Osler | 0.5 | 1 |
| 06/29/09 | Nortel - Weekly Advisors-Only Call | 1.0 | 1 |
| 06/30/09 | M&A sale process, next steps | 1.0 | 8 |
| | JUNE HOURS | 57.8 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Cyrus Kapadia - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Strategy / Tactics | 1.0 | 8 |
| 06/04/09 | Strategy / Tactics | 0.5 | 8 |
| 06/15/09 | Strategy / Tactics | 1.0 | 8 |
| 06/19/09 | Strategy / Tactics | 1.0 | 8 |
| 06/22/09 | Strategy / Tactics | 1.0 | 8 |
| 06/24/09 | Strategy / Tactics | 1.0 | 8 |
| 06/26/09 | Strategy / Tactics | 0.5 | 8 |
| 06/29/09 | Strategy / Tactics | 0.5 | 8 |
| | **JUNE HOURS** | **6.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Advisory Call | 1.0 | 8 |
| 06/01/09 | Advisory Call | 0.5 | 8 |
| 06/01/09 | Advisory Call | 0.5 | 8 |
| 06/01/09 | Finance Call | 1.0 | 8 |
| 06/01/09 | Prep Call for meetings | 1.0 | 8 |
| 06/01/09 | IP call | 1.0 | 8 |
| 06/02/09 | Real Estate Call | 1.0 | 8 |
| 06/02/09 | Prep Call for meetings | 1.0 | 8 |
| 06/02/09 | Management Call | 4.0 | 8 |
| 06/02/09 | Advisory Call | 2.0 | 8 |
| 06/03/09 | Travel to/from meeting in NYC | 2.5 | 8 |
| 06/03/09 | Accounting Call | 0.5 | 8 |
| 06/03/09 | Advisory Call | 0.5 | 8 |
| 06/03/09 | Meeting in NYC | 3.0 | 8 |
| 06/03/09 | Tax call | 1.0 | 8 |
| 06/03/09 | Tax call | 1.0 | 8 |
| 06/03/09 | Update Call | 0.5 | 8 |
| 06/03/09 | Update Call | 1.0 | 8 |
| 06/03/09 | Meeting | 3.0 | 8 |
| 06/04/09 | Advisory Call | 12.0 | 8 |
| 06/04/09 | Advisory Call | 1.0 | 8 |
| 06/04/09 | Budget Call | 1.0 | 8 |
| 06/05/09 | Advisory Call | 8.0 | 8 |
| 06/05/09 | Bidder Redline Call | 2.0 | 8 |
| 06/05/09 | Call | 1.0 | 8 |
| 06/05/09 | APA Review Call | 1.0 | 8 |
| 06/08/09 | Advisory Call | 1.0 | 8 |
| 06/08/09 | Due Diligence Call | 0.5 | 8 |
| 06/08/09 | Legal Call | 0.5 | 8 |
| 06/08/09 | Call | 2.0 | 8 |
| 06/08/09 | IP Kickoff Call | 1.0 | 8 |
| 06/08/09 | Prep Call for meetings | 1.0 | 8 |
| 06/09/09 | Overview Call | 1.0 | 8 |
| 06/09/09 | Review Call | 2.0 | 8 |
| 06/09/09 | Supply Chain Call | 2.5 | 8 |
| 06/09/09 | Update Call | 2.0 | 8 |
| 06/09/09 | IT Call | 2.0 | 8 |
| 06/09/09 | Legal Call | 1.5 | 8 |
| 06/10/09 | Call | 0.3 | 8 |
| 06/10/09 | Update Call | 1.0 | 8 |
| 06/10/09 | Learning and Knowledge Management Call | 0.5 | 8 |
| 06/10/09 | Sales Call | 0.5 | 8 |
| 06/10/09 | Call | 0.5 | 8 |
| 06/11/09 | Travel to/from meeting in Toronto | 3.0 | 8 |
| 06/11/09 | Nortel - Stand alone meeting/call | 8.0 | 8 |
| 06/11/09 | Call: Benefits Accounting | 1.0 | 8 |
| 06/11/09 | Call: IT Dependencies - R&D | 1.5 | 8 |
| 06/11/09 | Final Asset Sale Agreement Review | 3.0 | 8 |
| 06/12/09 | Call | 1.0 | 8 |
| 06/12/09 | Debrief Call on ASA Session | 0.5 | 8 |
| 06/12/09 | Call: IP Position | 1.0 | 8 |
| 06/15/09 | Call | 0.5 | 8 |
| 06/15/09 | Weekly Update Call | 1.0 | 8 |
| 06/15/09 | Call: Final Bid Date and Related Matters Discussion | 0.5 | 8 |
| 06/15/09 | Due Diligence Call | 0.5 | 8 |
| 06/15/09 | IT Infrastructure | 1.5 | 8 |
| 06/15/09 | IT Call | 1.0 | 8 |
| 06/15/09 | Call | 1.0 | 8 |
| 06/15/09 | Call: TSA | 1.0 | 8 |
| 06/16/09 | Travel to/from Toronto for meetings | 3.0 | 8 |
| 06/16/09 | Call | 0.5 | 8 |
| 06/16/09 | Planning Call | 0.5 | 8 |
| 06/16/09 | Nortel - M&A update | 1.0 | 8 |
| 06/16/09 | Call | 0.5 | 8 |
| 06/16/09 | Real Estate Follow up | 1.0 | 8 |
| 06/16/09 | IP Call | 1.0 | 8 |
| 06/16/09 | Nortel Call | 1.0 | 8 |
| 06/17/09 | Internal - Working Capital Precall | 1.0 | 8 |
| 06/17/09 | Update Call | 1.0 | 8 |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| | | | |
|---|---|---|---|
| 06/17/09 | working capital call | 1.0 | 8 |
| 06/17/09 | Ops Follow up | 1.0 | 8 |
| 06/17/09 | Q&A Call | 0.5 | 8 |
| 06/17/09 | Update Call | 0.5 | 8 |
| 06/17/09 | Call to discuss Audit and workpapers | 1.0 | 8 |
| 06/17/09 | R&D Data Segregation Call | 1.0 | 8 |
| 06/17/09 | EDR & Buyer Questions | 0.5 | 8 |
| 06/18/09 | Final ASA Review | 1.5 | 8 |
| 06/18/09 | Call | 1.0 | 8 |
| 06/18/09 | Update Call | 1.0 | 8 |
| 06/18/09 | Call | 1.0 | 8 |
| 06/18/09 | Call | 1.0 | 8 |
| 06/18/09 | Commercial Management Call | 1.0 | 8 |
| 06/18/09 | Call | 0.5 | 8 |
| 06/18/09 | Meeting Prep Call | 0.5 | 8 |
| 06/18/09 | Contracts Discussion | 1.0 | 8 |
| 06/19/09 | Nortel - discussion w/creditors' advisors | 1.0 | 8 |
| 06/19/09 | Status Update Call | 0.5 | 8 |
| 06/19/09 | Status Update Call | 1.0 | 8 |
| 06/19/09 | Update Call | 0.3 | 8 |
| 06/21/09 | Diligence Call | 0.5 | 8 |
| 06/22/09 | EDR & Buyer Questions | 0.5 | 8 |
| 06/22/09 | Advisory Call | 1.0 | 8 |
| 06/22/09 | Due Diligence Call | 0.5 | 8 |
| 06/22/09 | IP Call | 1.0 | 8 |
| 06/22/09 | Call | 0.5 | 8 |
| 06/23/09 | Update Call | 0.5 | 8 |
| 06/23/09 | Nortel - May Outlook by M&A deal and geography | 1.0 | 8 |
| 06/23/09 | Call: Wednesday Diligence Meeting - Final Sync Up | 0.5 | 8 |
| 06/23/09 | Team Call | 1.0 | 8 |
| 06/24/09 | Travel to/from Toronto for meetings | 3.0 | 8 |
| 06/24/09 | meeting | 10.0 | 8 |
| 06/24/09 | Clarification of Diligence Questions | 1.0 | 8 |
| 06/24/09 | TSA Session Pre-Call | 1.0 | 8 |
| 06/24/09 | TSA Discussion | 1.0 | 8 |
| 06/25/09 | Call: EDR & Buyer Questions | 0.5 | 8 |
| 06/25/09 | Update Call | 0.5 | 8 |
| 06/25/09 | Finance Resourcing Call | 1.0 | 8 |
| 06/25/09 | Update Call | 1.0 | 8 |
| 06/25/09 | Management Presentation & EDR | 1.5 | 8 |
| 06/25/09 | Call: Warranty Follow up Call | 0.5 | 8 |
| 06/25/09 | issues update | 0.5 | 8 |
| 06/25/09 | Call: TSA | 1.0 | 8 |
| 06/26/09 | Update Call | 0.5 | 8 |
| 06/26/09 | Carling real estate plan | 1.0 | 8 |
| 06/26/09 | TSA session prep | 1.0 | 8 |
| 06/26/09 | Call to discuss ancillary agreements and schedules | 1.0 | 8 |
| 06/26/09 | TSA Session | 4.0 | 8 |
| 06/26/09 | Ancialliary Agreements and Proces | 1.0 | 8 |
| 06/26/09 | External Tax / Treasury Q&A with Prospective Buyer | 0.5 | 8 |
| 06/28/09 | Updated: Touchpoint | 1.0 | 8 |
| 06/29/09 | Advisory Call | 1.0 | 8 |
| 06/29/09 | Pre-Meeting Sync Up & Messaging | 0.3 | 8 |
| 06/29/09 | Update Call | 0.5 | 8 |
| 06/29/09 | Management Presentation | 5.0 | 8 |
| 06/29/09 | issues update - IP | 1.0 | 8 |
| 06/29/09 | Financial Due Diligence | 2.0 | 8 |
| 06/30/09 | EDR & Buyer Questions | 0.5 | 8 |
| 06/30/09 | Diligence - Customer Service | 2.0 | 8 |
| 06/30/09 | Update Call | 0.5 | 8 |
| 06/30/09 | Clean Room II call | 1.0 | 8 |
| 06/30/09 | Due Diligence Call | 0.5 | 8 |
| 06/30/09 | Review Critical Issues List | 1.0 | 8 |
| 06/30/09 | Diligence - HR | 1.0 | 8 |
| 06/30/09 | DD, Issues, Negotiation | 0.5 | 8 |
| 06/30/09 | TSA Discussion | 2.0 | 8 |
| 06/30/09 | Ops Follow up Call | 0.5 | 8 |
| 06/30/09 | Diligence - Real Estate | 1.0 | 8 |
| | JUNE HOURS | 185.3 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Call w/all counsels re. transfer pricing / intercompany funding, asset sales, proceeds allocation | 1.0 | 12 |
| 06/01/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. transfer and capital gain taxes on asset sales | 1.0 | 2 |
| 06/01/09 | Calls w/mgmt, Nortel advisors re. transfer pricing / intercompany funding, asset sales, proceeds allocation | 1.5 | 1 |
| 06/01/09 | Review draft intercompany funding agreement | 1.0 | 12 |
| 06/01/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 06/02/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. Asia entities | 1.0 | 2 |
| 06/02/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. tax assumptions in standalone plans | 0.5 | 2 |
| 06/02/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. transfer and capital gain taxes on asset sales | 2.0 | 2 |
| 06/02/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 06/03/09 | Review M&A materials / internal discussions re. M&A processes | 1.0 | 8 |
| 06/03/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 06/03/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 06/04/09 | Review draft intercompany funding agreement | 1.0 | 12 |
| 06/05/09 | Calls w/all parties re. interim funding agreement | 2.5 | 2 |
| 06/06/09 | Review draft intercompany funding agreement | 1.0 | 12 |
| 06/08/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. funding | 1.0 | 2 |
| 06/08/09 | Calls w/all parties re. interim funding agreement | 2.5 | 2 |
| 06/08/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 06/09/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. Asia entities | 1.0 | 2 |
| 06/09/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. schedules of assets | 1.0 | 2 |
| 06/09/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 06/10/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. pensions | 1.0 | 2 |
| 06/10/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 06/10/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 06/10/09 | Call w/mgmt, Nortel advisors re. pensions | 1.5 | 2 |
| 06/11/09 | Board of Directors meeting (by phone) | 1.0 | 1 |
| 06/11/09 | Meeting w/mgmt, Nortel advisors, creditors' advisors re. standalone MEN plan (Montreal), inc. travel time | 11.5 | 2 |
| 06/15/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 06/16/09 | Call w/mgmt, Nortel advisors, creditors' advisors re. funding | 1.0 | 2 |
| 06/16/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 06/17/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 06/17/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 06/17/09 | Multiple conference calls w/mgmt, Nortel advisors, creditors' advisors re. various M&A processes | 3.5 | 8 |
| 06/18/09 | Conference call w/mgmt, Nortel advisors, creditors' advisors re. M&A sale process | 1.0 | 2 |
| 06/19/09 | Conference call w/mgmt, Nortel advisors, creditors' advisors re. M&A sale process | 1.0 | 2 |
| 06/19/09 | Conference call w/mgmt, Nortel advisors, creditors' advisors re. May Outlook | 1.0 | 2 |
| 06/22/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 06/22/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 2 |
| 06/23/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 06/23/09 | Conference call w/mgmt, Nortel advisors, creditors' advisors re. May Outlook | 1.0 | 2 |
| 06/24/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 06/24/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 06/24/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 2 |
| 06/24/09 | Conference call w/mgmt, Nortel advisors, creditors' advisors | 1.0 | 2 |
| 06/29/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 06/29/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 2 |
| 06/30/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| | JUNE HOURS | 60.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Aldo J. Polak - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Weekly advisors call | 1.0 | 2 |
| 06/01/09 | Division - reviewed latest drafts of sale transaction documents | 3.5 | 8 |
| 06/01/09 | Division - reviewed transaction proposal from another prospective buyer | 1.0 | 8 |
| 06/01/09 | Division - coordination/compilation of materials for creditor advisors | 2.0 | 2 |
| 06/01/09 | Division - sessions at Cleary with Nortel M&A team and counsel on various tasks of division M&A process | 7.0 | 8 |
| 06/02/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 06/02/09 | Division - coordination/compilation of materials for creditor advisors | 1.0 | 2 |
| 06/02/09 | Division - sessions at Cleary with Nortel M&A team and counsel on various tasks of division M&A process | 8.0 | 8 |
| 06/03/09 | Division - conference call with management on balance sheet adjustments in connection to buyer proposal | 1.0 | 8 |
| 06/03/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 06/03/09 | Division - sessions at Cleary with management, counsel and potential buyer, drafting transaction documents | 7.0 | 8 |
| 06/03/09 | Division - coordination/compilation of materials for creditor advisors | 2.0 | 2 |
| 06/04/09 | Division - sessions at Cleary with management and counsel reviewing transaction documents | 6.0 | 8 |
| 06/04/09 | Division - worked with management on addressing potential buyer due diligence requests | 1.0 | 8 |
| 06/05/09 | Phone calls with parties interested in Nortel assets | 1.0 | 8 |
| 06/06/09 | Division - reviewed revised offer from potential buyer 2 | 1.0 | 8 |
| 06/06/09 | Division - reviewed revised offer from potential buyer 1 | 3.0 | 8 |
| 06/08/09 | Division - reviewed revised offer from potential buyer 3 | 3.5 | 8 |
| 06/08/09 | Division - analyzed potential seller financing in potential buyer 3 proposal | 4.0 | 8 |
| 06/08/09 | Weekly advisors call | 1.0 | 2 |
| 06/08/09 | Division - call management, advisors and creditor advisors on division | 1.0 | 2 |
| 06/09/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 06/10/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 06/10/09 | Division - review of potential buyer 1 credit agreements and analysis of ability to finance the transaction | 6.0 | 8 |
| 06/11/09 | Division - review of potential buyer 1 credit agreements and analysis of ability to finance the transaction | 1.0 | 8 |
| 06/11/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 2.0 | 8 |
| 06/12/09 | Phone call with parties interested in Nortel assets | 1.0 | 8 |
| 06/12/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 2.0 | 8 |
| 06/13/09 | Division - reviewed proposal documents from potential buyers 1 and 3 | 9.0 | 8 |
| 06/14/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 5.0 | 8 |
| 06/14/09 | Division - conference call with Nortel M&A and counsel to discuss proposals | 1.0 | 8 |
| 06/15/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 8.0 | 8 |
| 06/15/09 | Weekly advisors call | 1.0 | 2 |
| 06/16/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 06/16/09 | Division - M&A update call with creditor advisors | 1.0 | 2 |
| 06/16/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 8.5 | 8 |
| 06/16/09 | Division - discussed with management and counsel potential buyers' latest proposals | 1.0 | 8 |
| 06/17/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 6.5 | 8 |
| 06/17/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 06/17/09 | Division - conference call with management, advisors and creditor advisors on M&A process | 1.5 | 8 |
| 06/18/09 | Preparation and review of Board materials | 4.0 | 2 |
| 06/19/09 | Preparation and review of Board materials | 3.0 | 2 |
| 06/19/09 | Board call (by phone) | 1.0 | 2 |
| 06/19/09 | Division - reviewed response to offer from potential buyer 1 | 2.0 | 8 |
| 06/20/09 | Division - reviewed draft agreements for potential buyer 1 | 3.0 | 8 |
| 06/22/09 | Weekly advisors call | 1.0 | 2 |
| 06/23/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 06/24/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 06/24/09 | Division - conference call w/mgmt, Nortel advisors, creditors' advisors | 1.0 | 2 |
| 06/24/09 | Preparation and review of M&A update materials for French counsel | 2.0 | 2 |
| 06/24/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 3.0 | 8 |
| 06/24/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals (at Cleary) | 6.0 | 8 |
| 06/25/09 | Phone calls/e-mails with parties interested in Nortel assets | 1.0 | 8 |
| 06/25/09 | Division - reviewed revised offer from potential buyer 1 | 2.5 | 8 |
| 06/26/09 | Phone calls/e-mails with parties interested in Nortel assets | 1.0 | 8 |
| 06/27/09 | Division - reviewed response to offer from potential buyer 1 | 2.0 | 8 |
| 06/29/09 | Weekly advisors call | 1.0 | 2 |
| 06/29/09 | Division - reviewed revised offer from potential buyer 2 | 3.0 | 8 |
| 06/29/09 | Division - reviewed revised offer from potential buyer 1 | 3.0 | 8 |
| 06/30/09 | Division - reviewed response to offer from potential buyer 1 | 2.0 | 8 |
| 06/30/09 | M&A update call with company senior management | 1.0 | 2 |
| 06/30/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| | **JUNE HOURS** | **158.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Ian Mombru - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 06/01/09 | Dataroom preparation | 3.0 | 8 |
| 06/02/09 | Dataroom preparation | 2.0 | 8 |
| 06/03/09 | Dataroom preparation | 3.0 | 8 |
| 06/04/09 | Preparation of R2 management meetings | 3.0 | 8 |
| 06/05/09 | Preparation of R2 management meetings | 6.0 | 8 |
| 06/08/09 | Preparation of R2 management meetings | 3.0 | 8 |
| 06/09/09 | Preparation of TSA materials | 3.0 | 8 |
| 06/10/09 | TSA calls with bidders | 2.0 | 8 |
| 06/11/09 | Preparation of R2 management meetings | 3.0 | 8 |
| 06/12/09 | Preparation of R2 management meetings | 6.0 | 8 |
| 06/15/09 | Travel to Paris for R2 management meetings | 4.0 | 8 |
| 06/16/09 | Attending R2 management meetings in Paris | 14.0 | 8 |
| 06/17/09 | Attending R2 management meetings in Paris | 13.0 | 8 |
| 06/18/09 | Attending R2 management meetings in Paris | 14.0 | 8 |
| 06/19/09 | Attending R2 management meetings in Paris | 6.0 | 8 |
| 06/19/09 | Travel from Paris | 4.0 | 8 |
| 06/22/09 | Follow up Q&A from management meetings | 3.0 | 8 |
| 06/23/09 | Follow up Q&A from management meetings | 2.0 | 8 |
| 06/24/09 | Follow up Q&A from management meetings | 4.0 | 8 |
| 06/25/09 | Follow up Q&A from management meetings | 3.0 | 8 |
| 06/26/09 | Follow up diligence calls with bidders | 2.0 | 8 |
| 06/29/09 | Follow up diligence calls with bidders | 3.0 | 8 |
| 06/30/09 | Preparation for customer meeting in Paris | 2.0 | 8 |
| | **JUNE HOURS** | **108.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Division sale transfer and capital gain taxes | 1.0 | 2 |
| 06/01/09 | FAs Call | 1.0 | 2 |
| 06/01/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/01/09 | RE update call | 1.0 | 2 |
| 06/02/09 | Diligence update with Company | 0.5 | 1 |
| 06/02/09 | All Advisors Call | 1.5 | 2 |
| 06/02/09 | Call w/Peter Look re. Tax assumptions in Division standalone plans | 1.0 | 2 |
| 06/02/09 | RE update call | 0.8 | 2 |
| 06/03/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 06/03/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 06/04/09 | Diligence update with FA | 0.5 | 2 |
| 06/05/09 | Funding agreement call | 1.5 | 2 |
| 06/08/09 | Call re: Division sale | 1.5 | 2 |
| 06/08/09 | Diligence update with Company | 0.5 | 1 |
| 06/08/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/09/09 | Liquidation Analysis call and follow up | 2.0 | 2 |
| 06/09/09 | Restructuring discussions re: company geo division | 1.5 | 2 |
| 06/10/09 | Weekly Review of 13 CF and Cash Balances | 0.8 | 2 |
| 06/10/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 06/11/09 | Division Standalone plan presentation | 3.5 | 2 |
| 06/11/09 | Diligence update with Company | 0.5 | 1 |
| 06/11/09 | BOD meeting call | 1.0 | 1 |
| 06/15/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/16/09 | M&A Update call | 1.0 | 2 |
| 06/16/09 | Follow-up Division Call | 1.0 | 2 |
| 06/17/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 06/17/09 | Diligence update with Company | 0.5 | 1 |
| 06/17/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 06/18/09 | M&A processes update with creditor Fas | 1.0 | 2 |
| 06/18/09 | Diligence update with FA | 0.5 | 2 |
| 06/19/09 | M&A processes update with creditor FAs | 1.0 | 2 |
| 06/19/09 | Financial outlook call with FAs | 1.0 | 2 |
| 06/22/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/23/09 | May Outlook by Deal & Geo with prep | 2.5 | 2 |
| 06/24/09 | Division sale update with Fas | 1.0 | 2 |
| 06/24/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 06/29/09 | FAs Call | 1.0 | 2 |
| 06/29/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
|  | JUNE HOURS | 41.5 |  |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Kshitij Bhatia - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/08/09 | Sale: session on agreements at Cleary | 10.0 | 8 |
| 06/09/09 | Sale: session on agreements at Cleary | 10.0 | 8 |
| 06/15/09 | Project finance diligence calls | 5.0 | 8 |
| 06/16/09 | Project/Sale comparison | 1.0 | 8 |
| 06/16/09 | Project / Sale: session on agreements at Cleary | 12.0 | 8 |
| 06/16/09 | Project: review drafts from Paul Weiss | 2.0 | 8 |
| 06/17/09 | Project/Sale: discussion on agreements at Cleary | 9.0 | 8 |
| 06/17/09 | Project/Sale: call on Division status | 1.0 | 8 |
| 06/17/09 | Project/Sale Deal comparison | 1.0 | 8 |
| 06/18/09 | Project/Sale - Creditor Calls | 2.0 | 8 |
| 06/18/09 | Project/Sale Deal comparison | 5.0 | 8 |
| 06/18/09 | Sale contact log | 1.0 | 8 |
| 06/18/09 | Board Materials - DCF analysis | 5.0 | 8 |
| 06/19/09 | Board Materials | 6.0 | 8 |
| 06/19/09 | Value of Preferred/Common for delisting | 4.0 | 8 |
| 06/19/09 | Board call | 1.5 | 8 |
| 06/22/09 | Update on Division buyers Log | 1.0 | 8 |
| 06/23/09 | Creditor call: May outlook and follow up | 2.0 | 8 |
| 06/23/09 | Sale: analysis of capacity to pay | 3.0 | 8 |
| 06/24/09 | Project: review unsolicited offer | 4.0 | 8 |
| 06/24/09 | Project: Call to discuss offer | 1.0 | 8 |
| 06/24/09 | Project: Review analysis and materials | 1.0 | 8 |
| 06/24/09 | M&A update call | 1.0 | 8 |
| 06/25/09 | Board call | 1.0 | 8 |
| 06/25/09 | Project Update Call | 1.0 | 8 |
| 06/25/09 | Sale/Project: Update analysis | 1.0 | 8 |
| 06/26/09 | Sale/Project: Update analysis | 1.0 | 8 |
| 06/28/09 | Sale: precedent break up fees | 0.5 | 8 |
| 06/29/09 | Sale: contact potential buyers post court hearing | 1.0 | 8 |
| 06/30/09 | Sale: Update contact log; review bidding procedures and project plan/closing checklist | 2.5 | 8 |
| 06/30/09 | Sale: Next Steps Call | 1.0 | 8 |
| 06/30/09 | M&A update call with Mike Z | 1.0 | 8 |
| | **JUNE HOURS** | **98.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/09 | Process Calls / EDR Preparation | 10.0 | 8 |
| 06/02/09 | EDR Preparation | 9.0 | 8 |
| 06/03/09 | Process Calls / EDR Preparation | 8.0 | 8 |
| 06/04/09 | Process Calls / EDR Preparation | 11.0 | 8 |
| 06/05/09 | Process Calls / EDR Preparation | 8.0 | 8 |
| 06/06/09 | Strategy Calls | 5.0 | 8 |
| 06/07/09 | Strategy Calls | 1.0 | 8 |
| 06/08/09 | Bidder TSA Calls | 12.0 | 8 |
| 06/09/09 | Bidder TSA Calls | 13.0 | 8 |
| 06/10/09 | Bidder TSA Calls / Round Two bid deadline discussions | 8.0 | 8 |
| 06/11/09 | Management Meeting Preparation | 10.0 | 8 |
| 06/12/09 | Management Meeting Preparation / Bidder Finance | 14.0 | 8 |
| 06/13/09 | Strategy Calls | 3.0 | 8 |
| 06/14/09 | Strategy Calls | 1.0 | 8 |
| 06/15/09 | Preparation for Management Meetings / Logistics | 13.0 | 8 |
| 06/16/09 | Management Meetings (Paris) | 13.0 | 8 |
| 06/17/09 | Management Meetings (Paris) | 12.0 | 8 |
| 06/18/09 | Management Meetings (Paris) | 10.0 | 8 |
| 06/19/09 | Management Meetings (Paris) | 10.0 | 8 |
| 06/20/09 | Strategy Calls | 3.0 | 8 |
| 06/21/09 | Strategy Calls | 1.0 | 8 |
| 06/22/09 | M&A sale process Internal Debrief / Follow up questions / M&A sale process update call | 8.0 | 8 |
| 06/23/09 | Process Work | 8.0 | 8 |
| 06/24/09 | M&A sale process Follow up bidder questions collation and coordination / M&A sale process follow up call | 8.0 | 8 |
| 06/25/09 | Process Work | 10.0 | 8 |
| 06/26/09 | Process Work | 10.0 | 8 |
| 06/27/09 | Strategy Calls | 1.0 | 8 |
| 06/28/09 | Strategy Calls | 1.0 | 8 |
| 06/29/09 | Process Work | 8.0 | 8 |
| 06/30/09 | Process Work | 8.0 | 8 |
| | **JUNE HOURS** | 237.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Todd Breeden - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 06/01/09 | Sale 3 transfer and capital gain taxes | 1.0 | 2 |
| 06/01/09 | Weekly Advisors Call | 1.0 | 2 |
| 06/01/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/02/09 | Real Estate Update | 1.0 | 2 |
| 06/02/09 | Lawyers Only Meetings - Cleary | 6.0 | 2 |
| 06/02/09 | All Advisors Call | 1.5 | 2 |
| 06/02/09 | Call w/ Peter Look re. Tax assumptions in Division standalone plans | 1.0 | 2 |
| 06/02/09 | Real Estate Update | 1.0 | 2 |
| 06/03/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 06/03/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 06/04/09 | Division Stand Alone Plan | 6.0 | 2 |
| 06/05/09 | Funding Agmt | 1.5 | 2 |
| 06/08/09 | Call re: Division | 1.5 | 2 |
| 06/08/09 | Weekly Advisors Call | 1.0 | 2 |
| 06/08/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/09/09 | Liquidation Analysis Needs | 1.5 | 2 |
| 06/10/09 | Pensions | 1.5 | 2 |
| 06/10/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 06/10/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 06/11/09 | Division Standalone | 6.0 | 2 |
| 06/11/09 | Compiling Lazard Team Hours | 3.0 | 5 |
| 06/13/09 | Compiling Lazard Team Hours | 1.0 | 5 |
| 06/15/09 | Weekly Advisors Call | 1.0 | 2 |
| 06/15/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/15/09 | Compiling Lazard Team Hours | 1.0 | 5 |
| 06/16/09 | M&A Update | 1.0 | 2 |
| 06/16/09 | Follow-up Division Call | 1.0 | 2 |
| 06/17/09 | Sale 3 Update Call | 1.0 | 2 |
| 06/17/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 06/17/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 06/17/09 | Compiling Lazard Team Hours | 1.0 | 5 |
| 06/18/09 | Sale 1/Sale 2 Update | 1.0 | 2 |
| 06/22/09 | Weekly Advisors Call | 1.0 | 2 |
| 06/22/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/23/09 | May Outlook by Deal & Geo | 1.5 | 2 |
| 06/24/09 | Sale 3 Update Call | 1.0 | 2 |
| 06/24/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 06/24/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 06/24/09 | Compiling Lazard Team Hours | 1.0 | 5 |
| 06/26/09 | Dataroom Access/WGL/Email Distributions with Buyer | 3.0 | 2 |
| 06/27/09 | Dataroom Access/WGL/Email Distributions with Buyer | 3.0 | 2 |
| 06/28/09 | Dataroom Access/WGL/Email Distributions with Buyer | 3.0 | 2 |
| 06/29/09 | Weekly Advisors Call | 1.0 | 2 |
| 06/29/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 06/29/09 | Dataroom Access/WGL/Email Distributions with Buyer | 3.0 | 2 |
| 06/30/09 | Dataroom Access/WGL/Email Distributions with Buyer | 3.0 | 2 |
| | JUNE HOURS | 76.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 06/01/09 | Process Calls / EDR Preparation | 4.0 | 8 |
| 06/02/09 | EDR Preparation (Confidential HR Section) | 4.0 | 8 |
| 06/03/09 | Process Calls / EDR Preparation | 5.0 | 8 |
| 06/04/09 | Process Calls / EDR Preparation | 5.0 | 8 |
| 06/05/09 | Project ISIS weekly update call / EDR Preparation | 4.0 | 8 |
| 06/09/09 | Bidder TSA Calls | 4.0 | 8 |
| 06/10/09 | Bidder TSA Calls / Round Two bid deadline discussions | 5.0 | 8 |
| 06/11/09 | ISIS Weekly update call / Bidder TSA Call / EDR Call | 5.0 | 8 |
| 06/12/09 | Management Meeting Preparation Call  / Bidder Finance Call | 6.0 | 8 |
| 06/15/09 | Preparation for Management Meetings / Logistics | 6.0 | 8 |
| 06/16/09 | Management Meetings (Paris) | 12.0 | 8 |
| 06/17/09 | Management Meetings (Paris) | 12.0 | 8 |
| 06/18/09 | Management Meetings (Paris) | 12.0 | 8 |
| 06/19/09 | Management Meetings (Paris) | 12.0 | 8 |
| 06/22/09 | ISIS  Internal Debrief / Follow up questions / ISIS update call | 4.0 | 8 |
| 06/23/09 | Process Work | 4.0 | 8 |
| 06/24/09 | ISIS Follow up bidder questions collation and coordination / ISIS follow up call | 5.0 | 8 |
| 06/25/09 | ISIS weekly update call | 4.0 | 8 |
| | JUNE HOURS | 113.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 06/09/09 | Market Analysis | 2.0 | 8 |
| 06/10/09 | Contact Log | 1.0 | 8 |
| 06/12/09 | Contact Log | 0.5 | 8 |
| 06/12/09 | Bid Comparison | 2.0 | 8 |
| 06/13/09 | Contact Log | 1.0 | 8 |
| 06/13/09 | Bid Comparison | 2.0 | 8 |
| 06/14/09 | Bid Comparison | 2.0 | 8 |
| 06/15/09 | Bid Comparison | 1.0 | 8 |
| 06/16/09 | Bid Comparison | 8.0 | 8 |
| 06/16/09 | Contact Log | 0.5 | 8 |
| 06/17/09 | Bid Comparison | 1.0 | 8 |
| 06/17/09 | Contact Log | 0.5 | 8 |
| 06/17/09 | Board Pages | 2.0 | 8 |
| 06/18/09 | Board Pages | 4.0 | 8 |
| 06/19/09 | Board Pages | 3.0 | 8 |
| 06/22/09 | Contact Log | 0.5 | 8 |
| 06/24/09 | M&A Process Overview | 2.0 | 8 |
| 06/24/09 | Contact Log | 0.5 | 8 |
| 06/26/09 | Contact Log | 0.5 | 8 |
| 06/27/09 | Contact Log | 0.5 | 8 |
| 06/28/09 | Contact Log | 0.5 | 8 |
| 06/30/09 | Contact Log | 0.5 | 8 |
| | **JUNE HOURS** | **35.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/02/09 | Management Presentations/Prep | 4.0 | 8 |
| 06/03/09 | Due Diligence | 0.5 | 8 |
| 06/03/09 | Due Diligence | 1.0 | 8 |
| 06/04/09 | Due Diligence | 1.0 | 8 |
| 06/05/09 | Due Diligence | 0.5 | 8 |
| 06/05/09 | Due Diligence | 2.0 | 8 |
| 06/08/09 | Due Diligence | 0.5 | 8 |
| 06/11/09 | Due Diligence | 2.0 | 8 |
| 06/11/09 | Q&A Log | 5.0 | 8 |
| 06/12/09 | Due Diligence | 0.5 | 8 |
| 06/12/09 | Q&A Log | 5.0 | 8 |
| 06/15/09 | Due Diligence | 0.5 | 8 |
| 06/15/09 | Due Diligence | 0.5 | 8 |
| 06/15/09 | Q&A Log | 5.0 | 8 |
| 06/16/09 | Q&A Log | 5.0 | 8 |
| 06/16/09 | Due Diligence | 0.5 | 8 |
| 06/17/09 | Q&A Log | 5.0 | 8 |
| 06/17/09 | Due Diligence | 0.5 | 8 |
| 06/18/09 | Q&A Log | 5.0 | 8 |
| 06/18/09 | Due Diligence | 0.5 | 8 |
| 06/19/09 | Q&A Log | 5.0 | 8 |
| 06/22/09 | Q&A Log | 5.0 | 8 |
| 06/22/09 | Due Diligence | 0.5 | 8 |
| 06/22/09 | Due Diligence | 0.5 | 8 |
| 06/23/09 | Due Diligence | 0.5 | 8 |
| 06/23/09 | Q&A Log | 0.5 | 8 |
| 06/24/09 | Due Diligence | 9.0 | 8 |
| 06/24/09 | Q&A Log | 5.0 | 8 |
| 06/25/09 | Due Diligence | 0.5 | 8 |
| 06/25/09 | Q&A Log | 5.0 | 8 |
| 06/25/09 | Due Diligence | 1.5 | 8 |
| 06/26/09 | Q&A Log | 5.0 | 8 |
| 06/26/09 | Due Diligence | 1.0 | 8 |
| 06/26/09 | Due Diligence | 0.5 | 8 |
| 06/29/09 | Due Diligence | 5.5 | 8 |
| 06/29/09 | Q&A Log | 5.0 | 8 |
| 06/29/09 | Due Diligence | 2.0 | 8 |
| 06/30/09 | Q&A Log | 5.0 | 8 |
| 06/30/09 | Due Diligence | 2.0 | 8 |
| 06/30/09 | Due Diligence | 1.0 | 8 |
| 06/30/09 | Due Diligence | 2.0 | 8 |
| 06/30/09 | Due Diligence | 1.0 | 8 |
| | **JUNE HOURS** | 108.0 | |