# EXHIBIT D

# Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**June 1, 2009 - June 30, 2009**

**Fee Calculation**

| Item | Amount Incurred |
|---|---:|
| Monthly Fees: June 1, 2009 - June 30, 2009 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

**Summary of Out-of-Pocket Expenses** [1]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $3,235.55 |
| Courier/Shipping | 345.21 |
| Electronic Information Service | 1,263.34 |
| Employee Meals | 1,322.30 |
| Meals-Meetings/Travel | 1,965.70 |
| Photocopying Costs | 565.25 |
| Telephone/Telex/Fax-Usage | 247.23 |
| Temporary Wages | 497.06 |
| Travel | 21,604.98 |
| **TOTAL** | **$31,046.62** |

---

[1] *Additional expense detail will be furnished upon request.*

Nortel_Jun 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 6/1/2009 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 6/29/2009 | Bhatia-NYC taxi 4/16/09 office - home 04/16/2009 | 9.70 |
| | 6/29/2009 | Bhatia-NYC taxi 4/25/09 office - home 04/26/2009 | 6.80 |
| | 6/29/2009 | Bhatia-NYC taxi 4/26/09 office - home 04/26/2009 | 15.10 |
| | 6/29/2009 | Bhatia-NYC taxi 4/27/09 office - home 04/28/2009 | 10.50 |
| | 6/29/2009 | Bhatia-NYC taxi 4/29/09 office - home 04/29/2009 | 9.30 |
| | 6/29/2009 | Bhatia-NYC taxi 4/30/09 home - mtg 04/30/2009 | 23.10 |
| | 6/29/2009 | Bhatia-NYC taxi 5/1/09 mtg - home 05/01/2009 | 20.20 |
| | 6/29/2009 | Bhatia-NYC taxi 5/1/09 office - home 05/01/2009 | 12.90 |
| | 6/29/2009 | Bhatia-NYC taxi 5/13/09 home - mtg 05/13/2009 | 21.80 |
| | 6/29/2009 | Bhatia-NYC taxi 5/13/09 office - hom 05/13/2009 | 10.10 |
| | 6/29/2009 | Bhatia-NYC taxi 5/4/09 office - home 05/05/2009 | 11.30 |
| | 6/29/2009 | Bhatia-NYC taxi 5/9/09 mtg - home 05/09/2009 | 27.50 |
| | 6/4/2009 | Bhatia-O 05/27/2009 21:00 M / Origin: 30 ROCK Dest: M / SELAM TRANSPORTATION LLC | 25.50 |
| | 6/18/2009 | Bhatia-O 06/10/2009 23:00 M / Origin: 30 ROCK Dest: M / SELAM TRANSPORTATION LLC | 27.59 |
| | 6/5/2009 | Breeden-Lazard/home - 4/17 04/18/2009 | 7.56 |
| | 6/30/2009 | Breeden-NYC - work to home 06/12/2009 | 9.00 |
| | 6/16/2009 | Carey-Airport to home 05/28/2009 | 32.00 |
| | 6/3/2009 | Carey-COVENTRY CONNECTIONSOTTAWA ON 05/04/2009 Taxi-Ottawa-client site to airport | 50.56 |
| | 6/16/2009 | Carey-Home to Toronto airport 05/25/2009 | 27.00 |
| | 6/3/2009 | Carey-RELAY #4762 MISSISSAUGA ON 05/04/2009 Taxi-Ottawa-to client site | 10.02 |
| | 6/16/2009 | Carey-Taxi - office/home - Saturday 06/06/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi - office/home - Sunday 06/07/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi - office/home 05/29/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi - office/home 06/01/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi - office/home 06/02/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi - office/home 06/03/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi - office/home 06/08/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi - office/home 06/09/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi - office/home 06/10/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi to work - Saturday 06/06/2009 | 11.00 |
| | 6/16/2009 | Carey-Taxi to work - Sunday 06/07/2009 | 11.00 |
| | 6/16/2009 | Carey-Toronto Airport to client 05/21/2009 | 31.00 |

Nortel_Jun 09.XLS
LAZARD

Expense Detail

# DEAL OPEN ITEMS BY CATEGORY

## ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | 6/16/2009 | Carey-Toronto Hotel to client 05/26/2009 | 31.00 |
| | 6/24/2009 | Descoteaux-D 05/21/2009 18:26 301 E 62 ST / Origin: LGA Dest: 301 E 62 ST 10021 M / DIAL CAR INC | 109.14 |
| | 6/11/2009 | Eshel-BOSTON TAXI 05/10/2009 Taxi used as Courier in Boston | 20.40 |
| | 6/30/2009 | Gueyffier-R 05/06/2009 21:08 39 WEST 88T / Origin: 49 WEST 49TH STREET Dest: 39 WEST 88TH STREET / ROYAL L | 21.42 |
| | 6/11/2009 | Hart- 06/01/09 23:30 WE/Origin:30 ROCK Dest:WE/SELAM TRANSPORT Late night car from office to home | 104.59 |
| | 6/15/2009 | Hart-MAY27,2009 TORONTO / CAREY INTERNATIONAL - Car fom Nortel Offices to Toronto Airport | 119.60 |
| | 6/15/2009 | Hart-MAY27,2009 TORONTO / CAREY INTERNATIONAL - Car from Toronto Airport to Nortel Meeting | 119.60 |
| | 6/5/2009 | Healey-TAXIS (7) trips:GBP 65.00 £51.60 work/home, £13.40 mtg in London to office | 107.19 |
| | 6/24/2009 | Holmes-D 05/07/2009 21:21 WEEHAWKEN07 / Origin: 49 W 49 ST M Dest: WEEHAWKEN07087 NJ / DIAL CAR INC | 61.20 |
| | 6/2/2009 | Keenan-NYC TAXI Sat.HomeFromOffice5/2 05/02/2009 | 7.70 |
| | 6/24/2009 | Mehra-6/11 Taxi in Toronto 06/11/2009 | 50.41 |
| | 6/24/2009 | Mehra-6/3 Taxi to airport 06/03/2009 | 33.24 |
| | 6/24/2009 | Mehra-6/3 Taxi to airport 06/04/2009 | 34.44 |
| | 6/24/2009 | Mehra-6/3 Taxi to meeting 06/03/2009 | 41.88 |
| | 6/4/2009 | Mehra-Parking charge 05/12/2009 | 11.00 |
| | 6/4/2009 | Mehra-Parking charge 05/14/2009 | 11.00 |
| | 6/2/2009 | Mehra-Taxi - office/home 04/15/2009 | 20.00 |
| | 6/2/2009 | Mehra-Taxi - office/home 04/16/2009 | 20.00 |
| | 6/2/2009 | Mehra-Taxi - office/home 04/17/2009 | 21.00 |
| | 6/2/2009 | Mehra-Taxi - office/home 04/21/2009 | 20.00 |
| | 6/2/2009 | Mehra-Taxi - office/home 04/23/2009 | 20.00 |
| | 6/2/2009 | Mehra-Taxi - office/home 04/24/2009 | 20.50 |
| | 6/2/2009 | Mehra-Taxi - office/home 04/27/2009 | 20.00 |
| | 6/2/2009 | Mehra-Taxi - office/home 04/29/2009 | 19.00 |
| | 6/2/2009 | Mehra-Taxi - office/home 05/01/2009 | 20.00 |
| | 6/4/2009 | Mehra-Taxi - office/home 05/04/2009 | 20.00 |
| | 6/19/2009 | Mehra-Taxi - office/home 05/04/2009 | 18.00 |
| | 6/4/2009 | Mehra-Taxi - office/home 05/05/2009 | 20.00 |
| | 6/19/2009 | Mehra-Taxi - office/home 06/02/2009 | 20.00 |
| | 6/19/2009 | Mehra-Taxi - office/home 06/03/2009 | 20.00 |
| | 6/19/2009 | Mehra-Taxi - office/home 06/09/2009 | 20.00 |
| | 6/19/2009 | Mehra-Taxi - office/home 06/10/2009 | 19.00 |
| | 6/4/2009 | Mehra-Taxi home from airport 05/22/2009 | 35.00 |
| | 6/4/2009 | Mehra-Taxi home from airport 05/28/2009 | 38.00 |
| | 6/4/2009 | Mehra-Taxi to airport 05/20/2009 | 27.00 |

Nortel_Jun 09.XLS  
**LAZARD**  
Expense Detail

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | | | |
| | 6/4/2009 | Mehra-Taxi to airport 05/25/2009 | 40.00 |
| | 6/19/2009 | Mehra-Taxi to airport 06/03/2009 | 40.00 |
| | 6/19/2009 | Mehra-Taxi to airport 06/11/2009 | 40.00 |
| | 6/4/2009 | Mehra-Taxi while traveling 05/20/2009 | 25.00 |
| | 6/4/2009 | Mehra-Taxi while traveling 05/21/2009 | 25.00 |
| | 6/4/2009 | Mehra-Taxi while traveling 05/22/2009 | 35.00 |
| | 6/4/2009 | Mehra-Taxi while traveling 05/28/2009 | 60.00 |
| | 6/4/2009 | Murray-05/20/09 TORONTO CAN-NORTEL OF/CAREY INT'L- toronto, NT headquarters to hotel | 119.60 |
| | 6/2/2009 | Murray-MAY20,2009 TORONTO / CAREY INT'L - Toronto. Car service from Airport to meeting at NT | 104.50 |
| | 6/19/2009 | Murray-NY Taxi- hotel to airport 05/03/2009 | 29.05 |
| | 6/19/2009 | Murray-NY.- taxi. airport to meetings. 05/05/2009 | 35.95 |
| | 6/19/2009 | Murray-NYC-mtgs to airport 05/13/2009 | 38.45 |
| | 6/19/2009 | Murray-TOR mtg-airport,RosedaleLivery 04/22/2009 | 80.97 |
| | 6/19/2009 | Murray-TOR mtg-airport,RosedaleLivery 04/22/2009 | 46.72 |
| | 6/19/2009 | Murray-Toronto-hotel to meetings -cab 04/21/2009 | 44.86 |
| | 6/11/2009 | Orazem-QUELICA LIMO & TAXI DOVAL QC 05/04/2009 Montreal airport to client | 24.41 |
| | 6/23/2009 | Polak-Home from office - worked late 05/21/2009 | 17.20 |
| | 6/23/2009 | Polak-Home from office - worked late 05/22/2009 | 17.90 |
| | 6/23/2009 | Polak-Home from office - worked late 05/23/2009 | 7.05 |
| | 6/23/2009 | Polak-Home from office - worked late 05/28/2009 | 6.80 |
| | 6/23/2009 | Polak-Home from office - worked late 05/29/2009 | 18.00 |
| | 6/29/2009 | Polak-Home from office - worked late 06/02/2009 | 10.30 |
| | 6/29/2009 | Polak-Taxi home from office 06/17/2009 | 7.20 |
| | 6/23/2009 | Polak-To meeting 05/20/2009 | 17.89 |
| | 6/23/2009 | Polak-To meeting 06/03/2009 | 18.30 |
| | 6/29/2009 | Savage-NYC- Nortel dinner/home 05/15/2009 | 97.29 |
| | 6/29/2009 | Savage-NY-Home/Laguardia airport 5/28 05/29/2009 | 89.34 |
| | 6/29/2009 | Savage-NY-Laguardia airport/Home 5/28 06/01/2009 | 89.34 |
| | 6/29/2009 | Savage-Toronto - airport to client 06/05/2009 | 119.60 |
| | 6/29/2009 | Savage-Toronto - client to airport 06/05/2009 | 109.00 |
| | | Subtotal: | 3,235.55 |
| **Couriers / Shipping** | | | |
| | 6/1/2009 | MESSENGER SERVICE / N.Y. MINUTE MESSENGER | 67.50 |
| | 6/3/2009 | EJT MGMT/BOSTON CAR BOSTON MA 04/23/2009 | 85.00 |
| | 6/11/2009 | EJT MGMT/BOSTON CAR BOSTON MA 04/23/2009 | 72.00 |

Nortel_Jun 09.XLS  
# LAZARD
Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Couriers / Shipping | 6/16/2009 | CYC LOGISTICS + DISTRIBUTION Trans: GBP 11.80 / CYC Logistics And Distribution | 19.46 |
|  | 6/23/2009 | MESSENGER SERVICE / N.Y. MINUTE MESSENGER | 101.25 |
|  |  | Subtotal: | 345.21 |
| Electronic Information Service |  |  |  |
|  | 6/4/2009 | BARRA CHARGEBACKS APR 09 / BARRA INC | 197.72 |
|  | 6/16/2009 | SDC APR 09 USAGE / THOMSON FINANCIAL | 92.23 |
|  | 6/16/2009 | FACTIVA MAR 09 CHARGEBACK / LAZARD FRERES PARIS | 33.06 |
|  | 6/26/2009 | ALACRA MAY 09 USAGE FEE / ALACRA, INC. | 867.00 |
|  | 6/26/2009 | ALACRA QTR 05/26/09-08/26/09 / ALACRA, INC. | 73.33 |
|  |  | Subtotal: | 1,263.34 |
| Employee Meals |  |  |  |
|  | 6/19/2009 | Bhatia-M 10-JUN-2009 Ali Baba / SEAMLESSWEB PROFESSIONAL | 26.26 |
|  | 6/19/2009 | Bhatia-M 13-MAY-2009 Minar Indian Res / SEAMLESSWEB PROFESSIONAL | 26.30 |
|  | 6/19/2009 | Bhatia-M 28-MAY-2009 Tadka / SEAMLESSWEB PROFESSIONAL | 26.26 |
|  | 6/19/2009 | Breeden-M 05-JUN-2009 Alpha Fusion / SEAMLESSWEB PROFESSIONAL 05/09/2009 | 26.25 |
|  | 6/19/2009 | Breeden-M 11-JUN-2009 Alpha Fusion / SEAMLESSWEB PROFESSIONAL 04/22/2009 | 24.86 |
|  | 6/3/2009 | Carey-AU BON PAIN #044 CA 1866-573-8 04/29/2009 | 19.23 |
|  | 6/3/2009 | Carey-BERTUCCI'S #012 0025 BOSTON MA 04/21/2009 | 25.00 |
|  | 6/3/2009 | Carey-BERTUCCI'S #012 0025 BOSTON MA 04/28/2009 | 18.68 |
|  | 6/3/2009 | Carey-DOMINO'S PIZZA #3784 BOSTON MA 05/08/2009 | 22.53 |
|  | 6/3/2009 | Carey-FLOUR BAKERY AND CAF BOSTON MA 05/09/2009 | 13.26 |
|  | 6/3/2009 | Carey-QUIZNOS SUB#10201 30 BOSTON MA 04/22/2009 | 15.80 |
|  | 6/3/2009 | Carey-SAKURA BANA JAPANESE BOSTON MA 04/20/2009 | 22.70 |
|  | 6/3/2009 | Carey-SAKURA BANA JAPANESE BOSTON MA 04/27/2009 | 21.59 |
|  | 6/3/2009 | Carey-SAKURA BANA JAPANESE BOSTON MA 04/30/2009 | 14.18 |
|  | 6/11/2009 | Eshel-AU BON PAIN #044 CA 1866-573-8 05/01/2009 | 9.43 |
|  | 6/3/2009 | Eshel-BERTUCCI'S #012 0025 BOSTON MA 04/21/2009 | 25.00 |
|  | 6/3/2009 | Eshel-BERTUCCI'S #012 0025 BOSTON MA 04/28/2009 | 18.67 |
|  | 6/11/2009 | Eshel-BERTUCCI'S #012 0025 BOSTON MA 05/11/2009 | 22.40 |
|  | 6/11/2009 | Eshel-DINING IN BOSTON BRIGHTON MA 04/15/2009 | 25.00 |
|  | 6/11/2009 | Eshel-DINING IN BOSTON BRIGHTON MA 04/17/2009 | 25.00 |
|  | 6/11/2009 | Eshel-DINING IN DENVER BRIGHTON MA 05/08/2009 | 25.00 |
|  | 6/11/2009 | Eshel-SAKURA BANA JAPANESE BOSTON MA 04/22/2009 | 25.00 |
|  | 6/3/2009 | Eshel-SAKURA BANA JAPANESE BOSTON MA 04/27/2009 | 21.59 |
|  | 6/11/2009 | Eshel-SUBWAY 335323 BOSTON MA 04/23/2009 | 6.98 |

Nortel_Jun 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Employee Meals | | | |
| | 6/19/2009 | Gueyffier-M 06-MAY-2009 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 24.97 |
| | 6/19/2009 | Gueyffier-M 11-JUN-2009 Chada / SEAMLESSWEB PROFESSIONAL | 26.24 |
| | 6/19/2009 | Holmes-M 08-MAY-2009 Better Burger / SEAMLESSWEB PROFESSIONAL | 19.12 |
| | 6/19/2009 | Leite-M 08-MAY-2009 Energy Kitchen (/ SEAMLESSWEB PROFESSIONAL | 26.11 |
| | 6/19/2009 | Leite-M 23-MAY-2009 Sherwoods Fine F / SEAMLESSWEB PROFESSIONAL | 25.35 |
| | 6/19/2009 | Master-M 04-MAY-2009 19 Metro Market / SEAMLESSWEB PROFESSIONAL | 26.13 |
| | 6/19/2009 | Master-M 11-MAY-2009 19 Metro Market / SEAMLESSWEB PROFESSIONAL | 26.23 |
| | 6/11/2009 | Mehra-DINING IN DENVER BRIGHTON MA 05/13/2009 | 23.02 |
| | 6/3/2009 | Mehra-SAKURA BANA JAPANESE BOSTON MA 04/27/2009 | 21.59 |
| | 6/11/2009 | Orazem-AU BON PAIN #044 CA 1866-573-8 04/30/2009 | 18.00 |
| | 6/11/2009 | Orazem-AU BON PAIN #044 CA 1866-573-8 05/01/2009 | 14.77 |
| | 6/11/2009 | Orazem-AU BON PAIN #044 CA 1866-573-8 05/06/2009 | 8.58 |
| | 6/11/2009 | Orazem-AUNTIE ANNE'S 001105 BOSTON MA 05/12/2009 | 3.00 |
| | 6/11/2009 | Orazem-BERTUCCI'S #012 0025 BOSTON MA 04/14/2009 | 24.87 |
| | 6/3/2009 | Orazem-BERTUCCI'S #012 0025 BOSTON MA 04/28/2009 | 18.67 |
| | 6/11/2009 | Orazem-D'ANGELOS #5358 0098 BOSTON MA 04/16/2009 | 8.26 |
| | 6/11/2009 | Orazem-DOMINO'S PIZZA #3784 BOSTON MA 05/05/2009 | 25.00 |
| | 6/11/2009 | Orazem-DOMINO'S PIZZA #3784 BOSTON MA 05/12/2009 | 25.00 |
| | 6/11/2009 | Orazem-KELLY'S ROAST BEEF, MEDFORD MA 04/16/2009 | 15.44 |
| | 6/11/2009 | Orazem-KELLY'S ROAST BEEF, MEDFORD MA 04/19/2009 | 12.81 |
| | 6/11/2009 | Orazem-KELLY'S ROAST BEEF, MEDFORD MA 05/07/2009 | 11.50 |
| | 6/11/2009 | Orazem-PANERA BREAD #03705 BOSTON MA 04/25/2009 | 9.95 |
| | 6/11/2009 | Orazem-PANERA BREAD #03705 BOSTON MA 05/02/2009 | 8.06 |
| | 6/11/2009 | Orazem-PANERA BREAD #03705 BOSTON MA 05/09/2009 | 6.18 |
| | 6/11/2009 | Orazem-PIZZERIA REGINA Q BOSTON MA 05/12/2009 | 9.51 |
| | 6/3/2009 | Orazem-SAKURA BANA JAPANESE BOSTON MA 04/27/2009 | 21.59 |
| | 6/11/2009 | Orazem-STARBUCKS USA 078055 BOSTON MA 04/25/2009 | 6.46 |
| | 6/11/2009 | Orazem-SUBWAY 335323 BOSTON MA 04/20/2009 | 8.46 |
| | 6/11/2009 | Orazem-SUBWAY 335323 BOSTON MA 04/23/2009 | 12.57 |
| | 6/11/2009 | Orazem-WHOLEFDS CRP 10158 0 BOSTON MA 04/21/2009 | 4.08 |
| | 6/11/2009 | Orazem-WHOLEFDS CRP 10158 0 BOSTON MA 05/10/2009 | 17.29 |
| | 6/19/2009 | Ryan-M 13-MAY-2009 Toloache / SEAMLESSWEB PROFESSIONAL | 25.67 |
| | 6/1/2009 | Healey-GH URBANBITE, LONODON Trans: GBP 21.05 / American Express | 34.71 |
| | 6/1/2009 | Healey-GH URBANBITE, LONODON Trans: GBP 17.40 / American Express | 28.69 |
| | 6/1/2009 | Healey-GH URBANBITE, LONODON Trans: GBP 16.93 / American Express | 27.92 |

Nortel_Jun 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | | | |
| | 6/1/2009 | Healey-GH MARKS AND SPENCER PLC, LO Trans: GBP 16.28 / American Express | 26.85 |
| | 6/1/2009 | Healey-GH MARKS AND SPENCER PLC, LO Trans: GBP 16.04 / American Express | 26.45 |
| | 6/1/2009 | Healey-GH MARKS AND SPENCER PLC, LO Trans: GBP 15.82 / American Express | 26.09 |
| | 6/1/2009 | Healey-GH MARKS AND SPENCER PLC, LO Trans: GBP 14.89 / American Express | 24.55 |
| | 6/1/2009 | Healey-GH MARKS AND SPENCER PLC, LO Trans: GBP 14.77 / American Express | 24.36 |
| | 6/1/2009 | Healey-GH MARKS AND SPENCER PLC, LO Trans: GBP 13.37 / American Express | 22.05 |
| | 6/1/2009 | Healey-GH MARKS AND SPENCER PLC, LO Trans: GBP 13.21 / American Express | 21.78 |
| | 6/1/2009 | Healey-GH STARBUCKS COFFEE CO, LOND Trans: GBP 10.55 / American Express | 17.40 |
| | | Subtotal: | 1,322.30 |
| **Meals-Meetings/Travel** | | | |
| | 6/1/2009 | Healey-GH NOURA BRASSERIE X 4 PEOPLE Trans: GBP 61.00 / American Express | 100.59 |
| | 6/29/2009 | Bhatia-ROCK CENTER CUCINA R NEW YORK  05/06/2009 Lunch meeting at Lazard - 25 people | 530.91 |
| | 6/3/2009 | Carey-AU BON PAIN #044 CA 1866-573-8 05/05/2009 Boston-dinner 1 attendee | 17.86 |
| | 6/3/2009 | Carey-AU BON PAIN #723 CA FLUSHING N 05/04/2009 NYC-breakfast 1 attendee | 3.12 |
| | 6/12/2009 | Descoteaux-meal in hotel room  trvling 04/17/2009  Toronto - lunch - 1 person | 25.37 |
| | 6/12/2009 | Descoteaux-meal while traveling 04/15/2009  Toronto - dinner - 2 people | 102.93 |
| | 6/11/2009 | Hart-Dinner while traveling, 4/16 04/16/2009 | 17.97 |
| | 6/5/2009 | Healey-GH MARKS & SPENCERS (LUNCH X 3) Trans: GBP 35.13 / Healey, Greg | 57.93 |
| | 6/2/2009 | Keenan-AIRFLIGHT SERVICES4/14lunch 04/14/2009 | 31.32 |
| | 6/2/2009 | Keenan-GRAIN STATION NEWARK4/14breakf 04/14/2009 | 15.13 |
| | 6/2/2009 | Keenan-T3 METEOR4/14Toronto Dinner 04/14/2009 | 16.04 |
| | 6/24/2009 | Mehra-5/20 Food at Airport 05/20/2009 Boston- breakfast 1 attendee | 5.44 |
| | 6/24/2009 | Mehra-5/25 Client Dinner 05/26/2009 Toronto - dinner 7 attendees | 244.06 |
| | 6/24/2009 | Mehra-5/25 Food at Airport 05/25/2009 Boston- dinner 1 attendee | 3.31 |
| | 6/24/2009 | Mehra-5/28 meal at airport 05/28/2009 Toronto - dinner 1 attendee | 45.21 |
| | 6/24/2009 | Mehra-5/4-Food at Airport 05/04/2009 Toronto - dinner 1 attendee | 4.77 |
| | 6/24/2009 | Mehra-6/11 Food at Airport 06/11/2009 Toronto - dinner 1 attendee | 20.54 |
| | 6/24/2009 | Mehra-6/11 Food at Airport 06/11/2009 Toronto - dinner 1 attendee | 2.74 |
| | 6/24/2009 | Mehra-6/3 Food at Airport 06/03/2009 Toronto - dinner 1 attendee | 7.04 |
| | 6/24/2009 | Mehra-6/3 Food at Airport 06/03/2009  Boston- dinner 1 attendee | 2.63 |
| | 6/24/2009 | Mehra-Hotel stay Toronto 5/20-5/22 05/25/2009 Toronto - dinner 1 attendee | 48.77 |
| | 6/24/2009 | Mehra-Hotel stay Toronto 5/20-5/22 05/25/2009 Toronto - dinner 1 attendee | 40.53 |
| | 6/24/2009 | Mehra-Hotel stay Toronto 5/20-5/22 05/25/2009 Toronto - dinner 1 attendee | 10.52 |
| | 6/24/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 05/28/2009 Toronto - dinner 1 attendee | 45.22 |
| | 6/24/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 05/28/2009 Toronto - dinner 1 attendee | 44.61 |

Nortel_Jun 09.XLS  
**LAZARD**  Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---:|
| **Meals-Meetings/Travel** | | | |
| | 6/24/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 05/28/2009 Toronto - dinner 1 attendee | 8.31 |
| | 6/24/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 05/28/2009 Toronto - dinner 1 attendee | 5.21 |
| | 6/24/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 05/28/2009 Toronto - dinner 1 attendee | 5.21 |
| | 6/24/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 05/28/2009 Toronto - dinner 1 attendee | 5.21 |
| | 6/24/2009 | Mehra-SHERATON GATEWAY HOT MISSISSAU 05/29/2009 Toronto - dinner 1 attendee | 20.30 |
| | 6/25/2009 | Mombru-IM - Dnr (+Healey / Page) Trans: GBP 64.04 / American Express  Paris / Dinner / x 3 | 105.60 |
| | 6/25/2009 | Mombru-IM - M&S (Dinner) Trans: GBP 13.97 / American Express | 23.04 |
| | 6/25/2009 | Mombru-IM - M&S (Dinner) Trans: GBP 14.44 / American Express | 23.81 |
| | 6/19/2009 | Murray-NYC-dinner(1) Ritz 04/30/2009 | 47.02 |
| | 6/19/2009 | Murray-NYCdinner(1) Tang Pavilion 05/01/2009 | 42.25 |
| | 6/19/2009 | Murray-NYC-ltlunch(1)@ Peninsula 05/01/2009 | 22.42 |
| | 6/19/2009 | Murray-NY-dinner(1) Gilt@Palace 04/21/2009 | 38.51 |
| | 6/19/2009 | Murray-Tor-dinner(1) in-room dining 04/14/2009 | 9.84 |
| | 6/19/2009 | Murray-Tor-dinner(1) Mahogany Bar 04/13/2009 | 10.99 |
| | 6/11/2009 | Orazem-BOULEVARD RESTAURANTDORVAL QC 05/05/2009 Montreal-lunch 1 attendee | 1.78 |
| | 6/11/2009 | Orazem-COSI 800000055527001 EAST BOST 05/04/2009 Boston-dinner 1 attendee | 9.73 |
| | 6/11/2009 | Orazem-NOVOTEL MTL AIRPORT ST LAURENT 05/06/2009 Montreal-dinner 1 attendee | 25.51 |
| | 6/11/2009 | Orazem-NOVOTEL MTL AIRPORT ST LAURENT 05/06/2009 Montreal-dinner 1 attendee | 10.83 |
| | 6/11/2009 | Orazem-TODD ENGLISH O328508 EAST BOST 05/05/2009 Boston-dinner 1 attendee | 3.23 |
| | 6/26/2009 | Page-MARKS AND SPENCER PLC, LO Trans: GBP 14.91 / American Express  London - dinner - 1p | 24.59 |
| | 6/26/2009 | Page-STARBUCKS COFFEE COMPANY, Trans: GBP 4.70 / American Express  London - dinner - 1p | 7.75 |
| | 6/29/2009 | Savage-NY-lunch (2) Maloney & Porcell 06/05/2009 | 70.00 |
| | | Subtotal: | 1,965.70 |
| **Photocopying Costs** | | | |
| | 6/29/2009 | CPYCNTR JOBS DONE IN 05/09 / NON VENDOR (AP JOURNALS) | 565.25 |
| | | Subtotal: | 565.25 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 6/16/2009 | CONF CALL MAY 2009 Trans: GBP 140.05 / Deal Tracking Dummy Vendor | 230.95 |
| | 6/24/2009 | Mehra-Calls from hotel, Toronto 5/20-5/22 05/25/2009 | 16.28 |
| | | Subtotal: | 247.23 |
| **Temporary Wages** | | | |
| | 6/17/2009 | Carey-Graphics job charges / CUSTOM STAFFING | 91.17 |
| | 6/17/2009 | Orazem-Graphics job charges / CUSTOM STAFFING | 90.31 |
| | 6/17/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | 83.48 |
| | 6/17/2009 | Carey-Graphics job charges / CUSTOM STAFFING | 79.54 |

Nortel_Jun 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Temporary Wages | 6/17/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | 42.75 |
| | 6/17/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | 38.90 |
| | 6/17/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | 37.29 |
| | 6/17/2009 | Eshel-Graphics job charges / TIGER INFORMATION SYSTEMS | 33.62 |
| | | Subtotal: | 497.06 |
| Travel | 6/3/2009 | Carey-AIR CANADA 05/04/2009 Ottawa to BOS Coach fare | 1,080.84 |
| | 6/3/2009 | Carey-UNITED AIRLINES 05/04/2009 BOS to Ottawa Coach fare | 1,026.48 |
| | 6/3/2009 | Carey-AMERICAN EXPRESS E TICKET FEE 05/04/2009 | 36.00 |
| | 6/3/2009 | Carey-AMERICAN EXPRESS E TICKET FEE 05/04/2009 | 36.00 |
| | 6/3/2009 | Carey-Psrking - 125 HIGH ST. 05/06/2009 Boston, $12/day, 1 day | 12.00 |
| | 6/3/2009 | Carey-LAZ PARKING 875 LAZ BOSTON MA 04/29/2009 | 11.00 |
| | 6/11/2009 | Orazem-AIR CANADA 05/04/2009 Boston to Montreal Coach fare | 1,565.45 |
| | 6/11/2009 | Hart-RT Coach LGA-TOR-LGA 04/16/2009 | 1,086.90 |
| | 6/11/2009 | Orazem-NOVOTEL MTL AIRPORT ST LAURENT (1 nt.) 05/06/2009 | 185.94 |
| | 6/25/2009 | Mombru-IM - Paris (Nortel mtgs) Trans: GBP 970.99 / American Express Paris / €350 / 3 nights | 1,601.19 |
| | 6/25/2009 | Mombru-IM - Paris (Nortel mtgs) Trans: GBP 294.40 / American Express Paris / €275 / 1 night | 485.47 |
| | 6/11/2009 | Hart-AMEX Flight Fee 04/16/2009 | 36.00 |
| | 6/11/2009 | Orazem-AMERICAN EXPRESS E TICKET FEE 05/05/2009 | 36.00 |
| | 6/11/2009 | Orazem-AMERICAN EXPRESS E TICKET FEE 05/05/2009 | 36.00 |
| | 6/11/2009 | Orazem-AMERICAN EXPRESS E TICKET FEE 05/05/2009 | 36.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 04/17/2009 | 22.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 04/24/2009 | 22.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 04/16/2009 | 22.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 04/15/2009 | 22.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 05/13/2009 | 22.00 |
| | 6/11/2009 | Orazem-Parking - 125 HIGH ST. 04/16/2009 Boston, $16/day, 1 day | 16.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 BOSTON MA 05/09/2009 | 12.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 05/08/2009 | 11.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 04/29/2009 | 11.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 05/01/2009 | 11.00 |
| | 6/11/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 05/11/2009 | 11.00 |
| | 6/11/2009 | Orazem-GARAGE AT POST OFFIC BOSTON MA 04/26/2009 | 9.00 |
| | 6/11/2009 | Orazem-GARAGE AT POST OFFIC BOSTON MA 05/11/2009 | 9.00 |
| | 6/11/2009 | Eshel-parking - 225 FRANKLIN SPRK990 BOSTON MA 04/25/2009 | 6.00 |

Nortel_Jun 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 6/11/2009 | Eshel-parking - 60 STATE STREET GARA BOSTON MA 05/10/2009 | 5.00 |
| | 6/11/2009 | Eshel-AIR CANADA NEW YORK NY 04/06/2009 | (797.44) |
| | 6/11/2009 | Orazem-AIR CANADA NEW YORK NY 04/02/2009 | (797.44) |
| | 6/11/2009 | Eshel-AIR CANADA NEW YORK NY 03/30/2009 | (798.23) |
| | 6/12/2009 | Descoteaux-Hotel while traveling 04/17/2009 | 279.41 |
| | 6/12/2009 | Descoteaux-AIR CANADA NEW YORK NY 04/02/2009 | (1,206.52) |
| | 6/15/2009 | Polak-Subway to meeting (Cleary) 05/28/2009 | 2.00 |
| | 6/15/2009 | Polak-Subway from meeting (Cleary) 05/28/2009 | 2.00 |
| | 6/15/2009 | Polak-Subway from meeting (Cleary) 06/05/2009 | 2.00 |
| | 6/15/2009 | Polak-Subway to meeting (Cleary) 06/05/2009 | 2.00 |
| | 6/15/2009 | Polak-Subway to meeting (Cleary) 06/04/2009 | 2.00 |
| | 6/19/2009 | Murray-AIR CANADA Tor-Bos 04/15/2009 | 1,053.46 |
| | 6/19/2009 | Murray-NY-3nights,Palace ($315/nt) 05/08/2009 | 1,097.71 |
| | 6/19/2009 | Murray-NYC-2nights@ Peninsula 05/03/2009 @ $450/n | 1,035.26 |
| | 6/19/2009 | Murray-NY- 2nights@NYPalace($385/405) 04/30/2009 | 910.74 |
| | 6/19/2009 | Murray-NY-2nights($315) NY Palace 04/23/2009 | 726.78 |
| | 6/19/2009 | Murray-BOS-LGA RT (Coach) USAir 04/28/2009 | 679.20 |
| | 6/19/2009 | Murray-NYC-1night,Ritz Batpk ($450) 05/01/2009 | 517.05 |
| | 6/19/2009 | Murray-Bos-NYC(coach 339) US Air 04/21/2009 | 451.60 |
| | 6/19/2009 | Murray-Toronto 2nights@Sheraton @$189 04/16/2009 | 365.46 |
| | 6/19/2009 | Murray-NYC-BOS(coach)US Air 05/08/2009 | 341.60 |
| | 6/19/2009 | Murray-Bos-LGA (coach) USAir 05/05/2009 | 339.60 |
| | 6/19/2009 | Murray-BOS-LGA(coach) US Air 05/13/2009 | 279.20 |
| | 6/19/2009 | Murray-LGA-BOS(coach) Delta 4/23/09 04/23/2009 | 217.87 |
| | 6/19/2009 | Murray-NY-BOS(coach) USAir 05/03/2009 | 185.60 |
| | 6/19/2009 | Murray-Boston- 5 days Logan Airport 05/03/2009 | 132.00 |
| | 6/19/2009 | Murray-Bos-4day parking@Logan Airport 05/08/2009 | 96.00 |
| | 6/19/2009 | Murray-Boston-2days@ Logan 04/15/2009 | 72.00 |
| | 6/19/2009 | Murray-NY-parking @ Palace 05/07/2009 | 64.00 |
| | 6/19/2009 | Murray-NY-BOS, AMEX svc. fee 05/03/2009 | 36.00 |
| | 6/19/2009 | Murray-BOS-NY, AMEX svc. fee 05/05/2009 | 36.00 |
| | 6/19/2009 | Murray-AMERICAN EXPRESS E TICKET FEE 04/22/2009 | 36.00 |
| | 6/19/2009 | Murray-Tor-Bos, Amex Service Fee 04/15/2009 | 36.00 |
| | 6/19/2009 | Murray-BOS-LGA(coach) US Air svc fee 05/13/2009 | 36.00 |
| | 6/19/2009 | Murray-LGA-BOS (Amex Service Fee) 04/23/2009 | 36.00 |

Nortel_Jun 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 6/19/2009 | Murray-AMERICAN EXPRESS E TICKET FEE 04/22/2009 | 36.00 |
| | 6/19/2009 | Murray-NYC-BOS(coach)US Air svc fee 05/08/2009 | 36.00 |
| | 6/19/2009 | Murray-BOS-NY, AMEX afterhrs svc chg. 05/05/2009 | 19.00 |
| | 6/19/2009 | Murray-NY-BOS(amex Service fee) 04/30/2009 | 19.00 |
| | 6/24/2009 | Mehra-5/25-28 Tkt to/from Toronto 05/25/2009 | 1,844.85 |
| | 6/24/2009 | Mehra-5/22 Tkt home from Toronto 05/22/2009 | 910.47 |
| | 6/24/2009 | Mehra-5/20 Airline Tkt to Toronto 05/20/2009 | 907.30 |
| | 6/24/2009 | Mehra-Hotel stay Toronto 5/25-5/27 05/28/2009 Toronto 249/night 2 nights | 519.37 |
| | 6/24/2009 | Mehra-Hotel stay Toronto 5/20-5/22 05/25/2009 Toronto 249/night 2 nights | 514.73 |
| | 6/24/2009 | Mehra-Hotel stay Toronto 5/27-5/28 05/29/2009 Toronto 299/night 1 nights | 311.72 |
| | 6/24/2009 | Mehra-6/3 flight to/from NYC 06/03/2009 | 258.56 |
| | 6/24/2009 | Mehra-AmEx Travel Fee 05/20/2009 | 36.00 |
| | 6/24/2009 | Mehra-AmEx Travel Fee 05/25/2009 | 36.00 |
| | 6/24/2009 | Mehra-AmEx Travel Fee 06/03/2009 | 36.00 |
| | 6/24/2009 | Mehra-AmEx Travel Fee 05/25/2009 | 36.00 |
| | 6/24/2009 | Mehra-AmEx Travel Fee 06/03/2009 | 36.00 |
| | 6/24/2009 | Mehra-5/19-Parking-Working Late 05/19/2009 | 11.00 |
| | 6/24/2009 | Mehra-5/16-Parking-Saturday 05/16/2009 | 6.00 |
| | 6/25/2009 | Mombru-IM - Eurostar (Paris mtg) Trans: GBP 450.00 / American Express | 742.06 |
| | 6/25/2009 | Mombru-IM - Eurostar (Paris mtg) Trans: GBP 309.00 / American Express | 509.55 |
| | 6/26/2009 | Page-HOGG ROBINSON (TRAVEL)LTD Trans: GBP 309.00 / American Express | 509.55 |
| | 6/29/2009 | Savage-NYC-Toronto (coach) - American 05/28/2009 | 1,273.39 |
| | 6/29/2009 | Savage-ticket agent issuing fee 5/18 05/28/2009 | 36.00 |
| | 6/30/2009 | Breeden-LIRR - Penn Station to Jamaica 06/03/2009 | 7.25 |
| | | Subtotal: | 21,604.98 |

CLOSING BALANCE as of 6/30/2009   31,046.62