# EXHIBIT C

# Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
July 1, 2009 - July 31, 2009
Summary of Services Rendered by Project

| Project # | Project Description | Jul |
|---|---|---|
| 1 | Interface with Company Personnel | 54.6 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 168.4 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 4.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 1,312.6 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **1,539.6** |

Summary of Services Rendered by Professional

| Name | Jul |
|---|---|
| Terry Savage, Managing Director | 82.4 |
| Michael Murray, Managing Director | 199.2 |
| David Descoteaux, Managing Director | 89.8 |
| Cyrus Kapadia, Managing Director | 7.0 |
| Sumeet Mehra, Vice President | 146.3 |
| Matthew Hart, Vice President | 73.3 |
| Aldo Polak, Vice President | 116.0 |
| Ian Mombru, Vice President | 35.0 |
| Colin Keenan, Associate | 30.0 |
| Kshitij Bahtia, Associate | 69.5 |
| Greg Healey, Associate | 260.0 |
| Todd Breeden, Analyst | 63.0 |
| Nicholas Page, Analyst | 82.0 |
| Paz Eshel, Analyst | 128.2 |
| Edouard Gueyffier, Analyst | 36.0 |
| Matthew Carey, Analyst | 122.0 |
| **TOTAL** | **1,539.6** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Call with Pavi Binning re: M&A | 0.6 | 1 |
| 07/01/09 | Call with Steering Committee | 1.2 | 2 |
| 07/01/09 | Update call with creditor advisors re: M&A | 1.1 | 2 |
| 07/02/09 | Call with Gordon Davies re: M&A | 0.6 | 2 |
| 07/03/09 | Call with Management re: M&A | 1.3 | 2 |
| 07/03/09 | Call with Gordon Davies re: legal issues | 1.0 | 2 |
| 07/03/09 | Call with Jim Bromley, Cleary re: M&A | 0.4 | 2 |
| 07/05/09 | Call with Jim Bromley, Cleary re: legal issues | 0.5 | 2 |
| 07/06/09 | Weekly call with advisors re: M&A update | 1.2 | 2 |
| 07/07/09 | Travel to Toronto | 3.0 | 1 |
| 07/07/09 | Meeting at Ogilvy Renault re: Transition Co. and M&A | 7.0 | 2 |
| 07/07/09 | Travel to New York | 3.0 | 2 |
| 07/08/09 | Meeting with Chris Kearns, Jim Bromley and Fred Hodava re: M&A and Transition Co. | 1.5 | 8 |
| 07/08/09 | M&A update call with UCC advisors | 1.0 | 8 |
| 07/08/09 | Call with Management re: M&A and Transition Co. | 1.2 | 2 |
| 07/09/09 | Call re: NDA issues for buyer of division | 1.1 | 2 |
| 07/09/09 | Board prep call with B. Levitt and Gordon Davies | 1.0 | 2 |
| 07/09/09 | Board of Director call | 1.5 | 1 |
| 07/10/09 | Call re: division sale buyer issues | 0.8 | 8 |
| 07/10/09 | Call with Management re: Transition issues | 1.0 | 1 |
| 07/10/09 | Call re: Enterprise bidding procedure issues | 0.9 | 8 |
| 07/10/09 | Call with Management re: M&A | 1.1 | 8 |
| 07/10/09 | Call re: division sale bidders | 1.0 | 8 |
| 07/13/09 | Weekly advisor update call | 1.1 | 2 |
| 07/13/09 | Call with Management re: M&A | 1.5 | 2 |
| 07/14/09 | Call with Pavi Binning re: M&A | 0.7 | 1 |
| 07/14/09 | Call re: Enterprise sale | 1.2 | 8 |
| 07/15/09 | Call with Management re: M&A process | 1.0 | 1 |
| 07/15/09 | Update call with Management | 1.2 | 1 |
| 07/16/09 | Call with UCC advisors re: M&A | 1.3 | 2 |
| 07/16/09 | Call with UCC advisors re: Enterprise sale | 1.1 | 2 |
| 07/16/09 | Call with Pavi Binning re: M&A | 0.5 | 2 |
| 07/17/09 | Update call with Management | 2.5 | 1 |
| 07/19/09 | Board of Director call | 1.4 | 1 |
| 07/20/09 | Weekly advisors call | 1.3 | 2 |
| 07/20/09 | Call with Jim Bromley re: bidder issues on division sale | 0.8 | 8 |
| 07/20/09 | Call with bidder on division sale | 1.0 | 8 |
| 07/20/09 | Call with Senior Management re: M&A | 1.4 | 1 |
| 07/21/09 | Call with B. Levitt of Osler re: Board issues | 0.7 | 1 |
| 07/21/09 | Travel to Toronto | 3.0 | 1 |
| 07/21/09 | Dinner with Jim Bromley, Pavi Binning, Murray McDonald & Gordon Davies re Board Meeting | 3.5 | 1 |
| 07/22/09 | Nortel Board meeting | 7.0 | 1 |
| 07/22/09 | Travel to New York | 3.0 | 1 |
| 07/23/09 | Call with UCC re: US/Canada issues | 1.0 | 2 |
| 07/24/09 | Division Auction | 10.0 | 8 |
| 07/27/09 | Weekly Advisor call | 1.0 | 2 |
| 07/28/09 | Call with Paavi Binning re: Transition | 0.5 | 1 |
| 07/30/09 | Call with Pavi Binning re: Division & Carling facility | 0.6 | 1 |
| 07/30/09 | Call with Jim Bromley re: Carling Facility & Division sale | 0.5 | 2 |
| 07/31/09 | Call with Murray McDonald re: Division | 0.6 | 8 |
| | **JULY HOURS** | **82.4** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Mgmt prep, general process, calls | 7.0 | 8 |
| 07/02/09 | Mgmt prep, general process, calls | 7.0 | 8 |
| 07/03/09 | Mgmt Call | 1.0 | 8 |
| 07/06/09 | Transportation to NYC | 3.5 | 8 |
| 07/06/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 07/07/09 | Mgmt prep, general process, calls | 12.0 | 8 |
| 07/08/09 | Mgmt prep, general process, calls | 12.0 | 8 |
| 07/09/09 | Mgmt prep, general process, calls | 10.0 | 8 |
| 07/10/09 | Mgmt prep, general process, calls | 4.0 | 8 |
| 07/11/09 | Call | 1.0 | 8 |
| 07/13/09 | Mgmt prep, general process, calls | 10.0 | 8 |
| 07/14/09 | Mgmt prep, general process, calls | 6.0 | 8 |
| 07/15/09 | Travel, air and ground transport | 2.2 | 8 |
| 07/15/09 | Mgmt prep, general process, calls | 12.0 | 8 |
| 07/16/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 07/16/09 | Travel, air and ground transport | 2.1 | 8 |
| 07/17/09 | Mgmt prep, general process, calls | 4.0 | 8 |
| 07/18/09 | Call | 1.0 | 8 |
| 07/20/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 07/21/09 | Travel, air and ground transport | 2.6 | 8 |
| 07/21/09 | Mgmt prep, general process, calls | 2.5 | 8 |
| 07/22/09 | Mgmt prep, general process, calls | 6.0 | 8 |
| 07/22/09 | Travel, air and ground transport (connections) | 5.5 | 8 |
| 07/23/09 | Travel, air and ground transport | 2.1 | 8 |
| 07/23/09 | Mgmt prep, general process, calls, auction planning | 8.0 | 8 |
| 07/24/09 | Auctions | 12.5 | 8 |
| 07/25/09 | Travel, air and ground transport | 2.1 | 8 |
| 07/27/09 | Mgmt Prep, calls | 6.0 | 8 |
| 07/28/09 | Air travel and car transport | 4.0 | 8 |
| 07/28/09 | Meetings and calls | 6.0 | 8 |
| 07/29/09 | Mgmt prep, general process, calls, auction planning | 10.0 | 8 |
| 07/30/09 | Air travel and car transport | 2.1 | 8 |
| 07/30/09 | Mgmt prep, Org calls, Updates, planning | 6.0 | 8 |
| 07/31/09 | Mgmt prep, Org calls, Updates, planning | 8.0 | 8 |
| | JULY HOURS | 199.2 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | weekly M&A update for creditors' FA's | 0.5 | 1 |
| 07/02/09 | mgmt prep, general process calls | 4.0 | 8 |
| 07/06/09 | Weekly Advisors call | 2.0 | 1 |
| 07/06/09 | mgmt prep, general process calls | 6.0 | 8 |
| 07/07/09 | mgmt prep, general process calls | 5.5 | 8 |
| 07/08/09 | Conference call | 1.0 | 1 |
| 07/08/09 | Weekly review of 13 Week CF's and Cash Balances | 1.0 | 2 |
| 07/08/09 | weekly M&A update for creditors' FA's | 0.5 | 1 |
| 07/10/09 | Advisors call | 2.0 | 2 |
| 07/10/09 | Division sale Call | 1.0 | 1 |
| 07/10/09 | call w/ Osler | 1.0 | 1 |
| 07/13/09 | Weekly Advisors call | 2.0 | 1 |
| 07/14/09 | meeting/call re division restructuring Nortel-side only | 2.0 | 1 |
| 07/14/09 | Division financial plan | 1.0 | 1 |
| 07/15/09 | Weekly review of 13 Week CF's and C | 0.5 | 2 |
| 07/15/09 | weekly M&A update for creditors' FA's | 0.5 | 1 |
| 07/16/09 | call w/ mgmt and creditors advisors re division restructuring | 1.3 | 2 |
| 07/16/09 | Nortel call re: sale process bid | 1.0 | 1 |
| 07/17/09 | call w/ Osler | 1.0 | 2 |
| 07/18/09 | call | 1.0 | 1 |
| 07/20/09 | Weekly Advisors call | 1.0 | 1 |
| 07/20/09 | call w/MatlinPatterson re. Division sale bid | 1.0 | 2 |
| 07/20/09 | Call w/division mgmt and UCC advisors re. MatlinPatterson plan | 1.0 | 2 |
| 07/21/09 | mgmt prep, general process calls | 2.5 | 8 |
| 07/22/09 | Nortel Board of Directors' Meeting - Toronto | 1.0 | 1 |
| 07/22/09 | weekly M&A update for creditors' FA's | 1.0 | 1 |
| 07/22/09 | Nortel call re: starting bid determination | 1.0 | 1 |
| 07/23/09 | Nortel call w/ creditor FAs | 1.0 | 2 |
| 07/23/09 | prep session for sale process auction at cleary | 8.0 | 2 |
| 07/24/09 | Sale process auction | 12.5 | 8 |
| 07/24/09 | call w/ Osler | 1.0 | 1 |
| 07/27/09 | mgmt prep, general process calls | 6.0 | 8 |
| 07/28/09 | Sale process | Buyer Bid Proposal Presentation | 1.5 | 8 |
| 07/29/09 | Weekly review of 13 Week CF's and Cash Balances | 1.0 | 2 |
| 07/29/09 | Sale process | Failing firm defense call w/Nortel and CGSH | 1.0 | 8 |
| 07/30/09 | mgmt prep, general process calls | 6.0 | 8 |
| 07/31/09 | mgmt prep, general process calls | 8.0 | 8 |
| 07/31/09 | call w/ Osler | 0.5 | 1 |
| | **JULY HOURS** | **89.8** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Cyrus Kapadia - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/02/09 | Strategy / Tactics | 1.5 | 8 |
| 07/06/09 | Strategy / Tactics | 0.5 | 8 |
| 07/08/09 | Strategy / Tactics | 1.0 | 8 |
| 07/16/09 | Strategy / Tactics | 0.5 | 8 |
| 07/22/09 | Strategy / Tactics | 1.0 | 8 |
| 07/24/09 | Strategy / Tactics | 1.0 | 8 |
| 07/29/09 | Strategy / Tactics | 0.5 | 8 |
| 07/30/09 | Strategy / Tactics | 1.0 | 8 |
| | **JULY HOURS** | **7.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Update Call | 0.5 | 8 |
| 07/01/09 | Update Call | 0.5 | 8 |
| 07/01/09 | Update Call | 0.5 | 8 |
| 07/02/09 | Advisory Call | 0.5 | 8 |
| 07/02/09 | Update Call | 1.0 | 8 |
| 07/02/09 | Update Call | 0.5 | 8 |
| 07/02/09 | Due Diligence Call | 1.0 | 8 |
| 07/02/09 | Update Call | 0.5 | 8 |
| 07/02/09 | Update Call | 1.0 | 8 |
| 07/02/09 | Finance call | 0.5 | 8 |
| 07/02/09 | Management Presentation | 1.0 | 8 |
| 07/02/09 | Update Call | 2.0 | 8 |
| 07/02/09 | Update Call | 0.5 | 8 |
| 07/06/09 | Advisory Call | 1.0 | 8 |
| 07/06/09 | Update Call | 0.5 | 8 |
| 07/06/09 | Advisory Call | 0.5 | 8 |
| 07/06/09 | Due Diligence Call | 0.5 | 8 |
| 07/06/09 | Update Call | 1.0 | 8 |
| 07/07/09 | ASA pre-meeting | 1.5 | 8 |
| 07/07/09 | EDR & Buyer Questions | 0.5 | 8 |
| 07/07/09 | meeting | 8.0 | 8 |
| 07/07/09 | Travel to/from Toronto for meetings | 3.0 | 8 |
| 07/07/09 | Finance call | 0.5 | 8 |
| 07/07/09 | update call | 1.0 | 8 |
| 07/08/09 | meeting | 8.0 | 8 |
| 07/08/09 | tax call | 0.5 | 8 |
| 07/08/09 | tax call | 1.0 | 8 |
| 07/08/09 | de-brief call | 1.0 | 8 |
| 07/08/09 | update call | 0.5 | 8 |
| 07/08/09 | outstanding issues call | 1.0 | 8 |
| 07/09/09 | prep call | 0.5 | 8 |
| 07/09/09 | tax call | 1.0 | 8 |
| 07/09/09 | Travel to/from meeting in NYC | 2.5 | 8 |
| 07/09/09 | meeting | 5.0 | 8 |
| 07/09/09 | patent call | 1.0 | 8 |
| 07/10/09 | update call | 0.5 | 8 |
| 07/10/09 | call | 1.0 | 8 |
| 07/10/09 | finance TSA call | 2.0 | 8 |
| 07/10/09 | call | 1.0 | 8 |
| 07/10/09 | advisory call | 0.5 | 8 |
| 07/13/09 | Advisory Call | 1.0 | 8 |
| 07/13/09 | prep call | 0.5 | 8 |
| 07/13/09 | Due Diligence Call | 0.5 | 8 |
| 07/14/09 | Advisory Call | 0.5 | 8 |
| 07/14/09 | call | 0.5 | 8 |
| 07/14/09 | call | 1.0 | 8 |
| 07/14/09 | call | 1.0 | 8 |
| 07/14/09 | call | 0.5 | 8 |
| 07/14/09 | call | 2.0 | 8 |
| 07/15/09 | prep call | 0.5 | 8 |
| 07/15/09 | diligence call | 0.5 | 8 |
| 07/15/09 | negotiation session | 4.0 | 8 |
| 07/15/09 | costs call | 1.0 | 8 |
| 07/15/09 | call | 1.5 | 8 |
| 07/15/09 | Advisory Call | 0.5 | 8 |
| 07/15/09 | Advisory Call | 1.0 | 8 |
| 07/15/09 | Update Call | 0.5 | 8 |
| 07/16/09 | Advisory Call | 1.0 | 8 |
| 07/16/09 | real estate call | 1.0 | 8 |
| 07/16/09 | R&D call | 0.5 | 8 |
| 07/16/09 | scheduling call | 0.5 | 8 |
| 07/16/09 | bid call | 0.5 | 8 |
| 07/16/09 | Advisory Call | 1.0 | 8 |
| 07/16/09 | HR call | 0.5 | 8 |
| 07/16/09 | Restructuring Call | 1.3 | 8 |
| 07/17/09 | Advisory Call | 1.0 | 8 |
| 07/17/09 | Advisory Call | 0.5 | 8 |
| 07/17/09 | Next phase diligence call | 1.0 | 8 |
| 07/17/09 | planning call | 0.5 | 8 |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date | Description | Hours | |
|---|---|---|---|
| 07/19/09 | next steps call | 1.0 | 8 |
| 07/20/09 | Advisory Call | 1.0 | 8 |
| 07/20/09 | Update Call | 1.0 | 8 |
| 07/20/09 | capital call | 2.0 | 8 |
| 07/20/09 | Update Call | 1.0 | 8 |
| 07/20/09 | Due Diligence Call | 0.5 | 8 |
| 07/20/09 | Status Update Call | 1.0 | 8 |
| 07/20/09 | Advisory Call | 0.5 | 8 |
| 07/20/09 | prep call | 0.5 | 8 |
| 07/21/09 | Travel from Boston to Ottawa to NYC back to Boston (7/21 and 7/22) | 6.3 | 8 |
| 07/21/09 | diligence meeting | 9.0 | 8 |
| 07/21/09 | advisory discussion | 2.0 | 8 |
| 07/22/09 | diligence meeting | 10.0 | 8 |
| 07/22/09 | Update Call | 0.5 | 8 |
| 07/23/09 | advisory call | 0.5 | 8 |
| 07/23/09 | Update Call | 1.0 | 8 |
| 07/23/09 | Update Call | 0.5 | 8 |
| 07/23/09 | call | 1.0 | 8 |
| 07/24/09 | Bid discussion | 1.0 | 8 |
| 07/24/09 | real estate call | 1.0 | 8 |
| 07/24/09 | advisory call | 2.0 | 8 |
| 07/27/09 | advisory call | 1.0 | 8 |
| 07/27/09 | team review call | 1.0 | 8 |
| 07/27/09 | anti-trust call | 1.0 | 8 |
| 07/27/09 | Due Diligence Call | 0.5 | 8 |
| 07/27/09 | preview finance call | 1.5 | 8 |
| 07/27/09 | real estate call | 1.0 | 8 |
| 07/27/09 | tax call | 1.0 | 8 |
| 07/27/09 | next steps call | 1.0 | 8 |
| 07/27/09 | follow up call | 1.0 | 8 |
| 07/28/09 | prep call | 3.0 | 8 |
| 07/28/09 | bid proposal presentation | 3.0 | 8 |
| 07/28/09 | finance call | 1.0 | 8 |
| 07/30/09 | Update Call | 0.5 | 8 |
| 07/30/09 | next steps call | 0.3 | 8 |
| 07/30/09 | next steps call | 0.3 | 8 |
| 07/31/09 | follow up call | 1.0 | 8 |
| 07/31/09 | closure call | 1.0 | 8 |
| 07/31/09 | advisory call | 0.3 | 8 |
| 07/31/09 | update call | 0.5 | 8 |
| 07/31/09 | agenda call | 0.5 | 8 |
| 07/31/09 | agenda call | 0.5 | 8 |
| 07/31/09 | update call | 1.0 | 8 |
| | **JULY HOURS** | **146.3** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 07/01/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 07/01/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/01/09 | Call w/ Cleary Gottlieb and potential division sale bidder | 0.8 | 8 |
| 07/06/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 07/06/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/06/09 | Meeting w/ Nortel advisors and creditors' advisors re. division sale at Cleary Gottlieb | 3.0 | 2 |
| 07/06/09 | Conference call w/ mgmt, Nortel advisors, creditors' advisors re. Pensions | 1.0 | 2 |
| 07/07/09 | Weekly due diligence org call w/ mgmt and creditors' financial advisors | 0.5 | 2 |
| 07/07/09 | Meeting w/ mgmt, potential division sale bidder in Richardson, TX, including transportation time | 6.0 | 8 |
| 07/07/09 | Meeting w/ mgmt, potential division sale bidder in Richardson, TX, including transportation time | 14.5 | 8 |
| 07/08/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 07/08/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 07/08/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/09/09 | Call w/ Cleary Gottlieb and potential division sale bidder | 0.5 | 8 |
| 07/10/09 | Call w/ mgmt re. potential bidder | 1.0 | 8 |
| 07/13/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 07/13/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/13/09 | Conference call w/ mgmt, Nortel advisors, creditors' advisors re. lease assumptions / rejections | 1.0 | 2 |
| 07/13/09 | Conference call w/ mgmt, Nortel advisors, creditors' advisors re. Restructuring | 1.0 | 2 |
| 07/14/09 | Weekly due diligence org call w/ mgmt and creditors' financial advisors | 0.5 | 2 |
| 07/15/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 07/15/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 07/15/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/15/09 | Call re. divisional liquidation analysis | 0.5 | 2 |
| 07/16/09 | Conference call w/ UCC, their advisors re. division sale bidder | 1.0 | 2 |
| 07/16/09 | Conference call w/ mgmt, Nortel advisors, creditors' advisors re. division cost reductions | 1.0 | 2 |
| 07/16/09 | Conference call w/ mgmt, Nortel advisors, creditors' advisors re. division restructuring | 1.0 | 2 |
| 07/17/09 | Conference call | 1.0 | 2 |
| 07/20/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 07/20/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/20/09 | Call w/ division sale bidder | 1.0 | 2 |
| 07/20/09 | Board of Directors call | 2.0 | 1 |
| 07/20/09 | Call w/ division sale mgmt and UCC advisors re. potential acquiror's plan | 1.5 | 2 |
| 07/21/09 | Weekly due diligence org call w/ mgmt and creditors' financial advisors | 0.5 | 2 |
| 07/22/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 07/22/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 07/22/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/24/09 | Division sale auction at Cleary Gottlieb | 10.0 | 8 |
| 07/27/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 07/27/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/28/09 | Meeting with potential division sale bidder and creditors' financial advisors | 3.0 | 8 |
| 07/28/09 | Weekly due diligence org call w/ mgmt and creditors' financial advisors | 0.5 | 2 |
| 07/29/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 07/29/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 1.0 | 2 |
| 07/29/09 | Twice-weekly M&A updates for management w/ Cleary Gottlieb | 0.5 | 2 |
| 07/31/09 | Meeting with division sale management and creditors' financial advisors | 2.0 | 2 |
| | **JULY HOURS** | **73.3** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Aldo J. Polak - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 07/01/09 | Division - review response to offer from potential buyer 1 | 1.5 | 8 |
| 07/02/09 | Division - review response to offer from potential buyer 1 | 2.5 | 8 |
| 07/02/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 1.5 | 8 |
| 07/03/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 2.0 | 8 |
| 07/05/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 4.0 | 8 |
| 07/06/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 1.0 | 8 |
| 07/06/09 | Weekly advisors call | 1.0 | 2 |
| 07/06/09 | Division - meeting with creditor advisors on division sale process at Cleary Gottlieb (by phone) | 3.0 | 2 |
| 07/07/09 | Weekly due diligence call w/ management and creditor advisors | 0.5 | 2 |
| 07/07/09 | M&A update call with company senior management | 1.5 | 8 |
| 07/08/09 | Division - review response to offer from potential buyer 1 | 3.0 | 8 |
| 07/08/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 07/09/09 | Division - review response to offer from potential buyer 1 | 1.0 | 8 |
| 07/09/09 | Division - review response to offer from potential buyer 3 | 2.0 | 8 |
| 07/09/09 | Division - analysis on one piece of the business | 0.5 | 8 |
| 07/11/09 | Division - review response to offer from potential buyer 1 | 2.0 | 8 |
| 07/12/09 | Division - reviewed revised offer from potential buyer 1 | 3.0 | 8 |
| 07/13/09 | Weekly advisors call | 1.0 | 2 |
| 07/13/09 | Conference call w/ mgmt, Nortel advisors, creditors' advisors re. Enterprise restructuring | 1.0 | 2 |
| 07/14/09 | Weekly due diligence call w/ management and creditor advisors | 0.5 | 2 |
| 07/14/09 | Division - call with management of business unit on stand alone business plan | 1.0 | 2 |
| 07/14/09 | Division - review response to offer from potential buyer 1 | 2.0 | 8 |
| 07/14/09 | Division - analysis on one piece of the business | 5.5 | 8 |
| 07/15/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 07/15/09 | Division - call on liquidation analysis | 0.5 | 2 |
| 07/15/09 | Division - analysis on one piece of the business | 6.0 | 8 |
| 07/15/09 | Division - review materials sent to potential buyer 1 | 3.0 | 8 |
| 07/15/09 | Division - coordinated due-diligence sessions for party related to potential bidder 3 | 1.0 | 8 |
| 07/15/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 1.5 | 8 |
| 07/16/09 | Division - analysis on one piece of the business | 1.5 | 8 |
| 07/16/09 | Division - reviewed, analyzed and compared potential buyers' latest proposals | 1.0 | 8 |
| 07/16/09 | Division - review materials sent to potential buyer 1 | 2.5 | 8 |
| 07/16/09 | Division - call with management to coordinate due-diligence sessions for party related to potential bidder 3 | 1.0 | 8 |
| 07/16/09 | Division - coordinated due-diligence sessions for party related to potential bidder 3 | 2.5 | 8 |
| 07/16/09 | Division - call with management, advisors and creditor advisors on division cost reductions | 1.0 | 2 |
| 07/16/09 | Division - call with management on stand alone unit business plan | 0.5 | 1 |
| 07/17/09 | Division - coordinated due-diligence sessions for party related to potential bidder 3 | 5.5 | 8 |
| 07/17/09 | Division - review materials sent to potential buyer 1 | 1.5 | 8 |
| 07/19/09 | Division - review materials sent to potential buyer 1 | 2.5 | 8 |
| 07/19/09 | Division - reviewed revised offer from potential buyer 1 | 2.0 | 8 |
| 07/20/09 | Division - review materials sent to potential buyer 1 | 1.5 | 8 |
| 07/20/09 | Weekly advisors call | 1.0 | 2 |
| 07/20/09 | Phone calls/e-mails with parties interested in Nortel assets | 1.5 | 8 |
| 07/20/09 | Prepared and reviewed update materials on M&A processes for creditors | 1.0 | 8 |
| 07/21/09 | Weekly due diligence call w/ management and creditor advisors | 0.5 | 2 |
| 07/22/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 07/24/09 | Division - reviewed DOJ information request on stalking horse transaction | 2.0 | 2 |
| 07/25/09 | Division - reviewed DOJ information request on stalking horse transaction | 1.0 | 2 |
| 07/27/09 | Weekly advisors call | 1.0 | 2 |
| 07/27/09 | Division - call with management and counsel to discuss preparation for DOJ session | 1.0 | 2 |
| 07/27/09 | Division - call with Nortel M&A to discuss materials to be provided for preparation for DOJ session | 0.5 | 1 |
| 07/27/09 | Division - reviewed materials for preparation for DOJ session | 1.0 | 2 |
| 07/28/09 | Weekly due diligence call w/ management and creditor advisors | 0.5 | 2 |
| 07/29/09 | Division - call with management and counsel to discuss preparation for DOJ session | 1.0 | 2 |
| 07/29/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 07/29/09 | Division - compiled materials in preparation for bidding procedures court hearing | 3.0 | 8 |
| 07/29/09 | Division - analysis and summarized economics of stalking horse bid | 2.0 | 8 |
| 07/29/09 | Call with creditor advisor on sale process | 0.5 | 2 |
| 07/30/09 | Division - analysis and summarized economics of stalking horse bid | 1.5 | 8 |
| 07/30/09 | Division - org. call with Nortel M&A and counsel on process after bidding procedures are entered | 1.0 | 8 |
| 07/31/09 | Division - compiled materials in preparation for bidding procedures court hearing | 2.5 | 8 |
| 07/31/09 | Division - reviewed filed objections to the bidding procedures order | 2.5 | 8 |
| 07/31/09 | Phone calls/e-mails with parties interested in Nortel assets | 1.0 | 8 |
| 07/31/09 | Division - analyzed and summarized key terms of stalking horse bid | 9.0 | 8 |
| | JULY HOURS | 116.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Ian Mombru - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Travel to Paris for customer meeting | 4.0 | 8 |
| 07/02/09 | Customer meeting in Paris | 3.0 | 8 |
| 07/02/09 | Travel from Paris | 4.0 | 8 |
| 07/03/09 | Bidder calls ahead of R2 deadline | 2.0 | 8 |
| 07/06/09 | Review of R2 bids | 3.0 | 8 |
| 07/07/09 | Review of R2 bids | 5.0 | 8 |
| 07/08/09 | Preparation of R2 overview materials and internal review calls | 6.0 | 8 |
| 07/09/09 | Preparation of responses to bidders | 4.0 | 8 |
| 07/10/09 | Responses to bidders | 4.0 | 8 |
| | **JULY HOURS** | **35.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/01/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 07/06/09 | FAs Call | 1.0 | 2 |
| 07/06/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 07/06/09 | Call re: Pensions | 1.5 | 8 |
| 07/09/09 | Diligence update with company | 0.5 | 2 |
| 07/07/09 | Diligence update with FA | 0.5 | 2 |
| 07/08/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/08/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 07/09/09 | Diligence update with FA | 0.8 | 8 |
| 07/09/09 | Division sale process call | 2.0 | 8 |
| 07/13/09 | FAs Call | 1.0 | 2 |
| 07/13/09 | Due Diligence Call with Creditors | 1.0 | 2 |
| 07/13/09 | Lease Assumption/Rejection call | 1.0 | 2 |
| 07/14/09 | Restructuring re Nortel geo division | 2.0 | 2 |
| 07/15/09 | Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/15/09 | M&A Update for Creditors | 0.8 | 2 |
| 07/16/09 | Nortel Call w/Mgmt Re: Region | 2.0 | 2 |
| 07/20/09 | Advisors Call | 1.0 | 2 |
| 07/20/09 | Due Diligence Call with Creditors | 1.0 | 2 |
| 07/20/09 | Call w/Division mgmt and UCC advisors re. Sale process | 1.5 | 2 |
| 07/22/09 | Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/22/09 | M&A Update for Creditors | 1.0 | 2 |
| 07/27/09 | Due Diligence Call with Creditors | 1.0 | 2 |
| 07/29/09 | Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/29/09 | M&A Update for Creditors | 1.0 | 2 |
| 07/31/09 | Call with FAs and management re division | 1.5 | 2 |
| | JULY HOURS | 30.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Kshitij Bhatia - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---:|:---:|
| 07/01/09 | Sale: call with Cleary and Buyer | 1.0 | 8 |
| 07/02/09 | Sale: Buyer introductory call | 2.0 | 8 |
| 07/06/09 | Call with Creditor Fas | 0.5 | 8 |
| 07/06/09 | Call on Pensions | 1.0 | 8 |
| 07/07/09 | Sale: Buyer diligence in richardson | 6.0 | 8 |
| 07/07/09 | M&A update call with Mike Z | 1.5 | 8 |
| 07/08/09 | Sale: discussion on Division assets sale process | 1.0 | 8 |
| 07/09/09 | Project: valuation | 0.5 | 8 |
| 07/09/09 | Sale: calls with Buyer | 4.0 | 8 |
| 07/10/09 | Sale: calls with Buyer | 3.0 | 8 |
| 07/10/09 | Sale: analysis of potential bidders | 1.0 | 8 |
| 07/10/09 | Sale: follow up with potential bidders; update contact log | 1.0 | 8 |
| 07/16/09 | Sale: MP call with UCC | 2.0 | 8 |
| 07/16/09 | Sale: Project bid review | 4.0 | 8 |
| 07/17/09 | Sale: Project feedback | 2.0 | 8 |
| 07/20/09 | Sale calls with bidders | 4.0 | 8 |
| 07/21/09 | Sale review of bids | 8.0 | 8 |
| 07/22/09 | Sale analysis of bids | 8.0 | 8 |
| 07/23/09 | Sale call with Creditors advisors | 1.0 | 8 |
| 07/23/09 | Sale auction planning at Cleary | 6.0 | 8 |
| 07/24/09 | Sale auction at Cleary | 12.0 | 8 |
|  | **JULY HOURS** | **69.5** |  |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Process Work | 14.0 | 8 |
| 07/02/09 | Process Work | 14.0 | 8 |
| 07/03/09 | Process Work | 14.0 | 8 |
| 07/04/09 | Tactics/Strategy | 3.0 | 8 |
| 07/05/09 | Emails | 1.0 | 8 |
| 07/06/09 | Review of bids / Conference Calls | 14.0 | 8 |
| 07/07/09 | Full division sale team review of bids and supplementary documentation | 12.0 | 8 |
| 07/08/09 | Follow up bid discussions | 11.0 | 8 |
| 07/09/09 | General Process Information Gathering | 10.0 | 8 |
| 07/10/09 | General Process Information Gathering | 10.0 | 8 |
| 07/11/09 | Tactics/Strategy | 1.0 | 8 |
| 07/12/09 | Emails | 1.0 | 8 |
| 07/13/09 | Process Management | 10.0 | 8 |
| 07/14/09 | Process Management | 9.0 | 8 |
| 07/15/09 | Process Work / Finance follow up call | 9.0 | 8 |
| 07/16/09 | Process Work / Call on IP deliverables | 9.0 | 8 |
| 07/17/09 | Process Work / Follow up call on IP Deliverables / Other follow up calls | 12.0 | 8 |
| 07/20/09 | IP Carve Out Call / CFIUS Call / Process Work | 12.0 | 8 |
| 07/21/09 | Process Work | 12.0 | 8 |
| 07/22/09 | Process Work | 10.0 | 8 |
| 07/23/09 | Division sale Update Call / Process | 8.0 | 8 |
| 07/24/09 | Process Work | 8.0 | 8 |
| 07/25/09 | Emails / Tactics | 5.0 | 8 |
| 07/26/09 | Emails / Tactics | 1.0 | 8 |
| 07/27/09 | Process Management | 10.0 | 8 |
| 07/28/09 | Process Work | 10.0 | 8 |
| 07/29/09 | Follow up Call with Bidder / Process Work | 10.0 | 8 |
| 07/30/09 | EDR Review / Process Work | 10.0 | 8 |
| 07/31/09 | Process Work | 10.0 | 8 |
| | JULY HOURS | 260.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Todd Breeden - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/01/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 07/01/09 | Dataroom Access/WGL/Email Distributions with Buyer | 3.0 | 8 |
| 07/02/09 | Buyer Introductory Call | 1.0 | 8 |
| 07/03/09 | Dataroom Access/WGL/Email Distributions with Buyer | 2.0 | 8 |
| 07/04/09 | Dataroom Access/WGL/Email Distributions with Buyer | 2.0 | 8 |
| 07/06/09 | Weekly Advisors Call | 1.0 | 2 |
| 07/06/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 07/06/09 | Call re: Pensions | 1.5 | 8 |
| 07/09/09 | Dataroom Access/WGL/Email Distributions with Buyer | 1.0 | 8 |
| 07/07/09 | DivisionMeeting with Buyer | 8.0 | 8 |
| 07/08/09 | Dataroom Access/WGL/Email Distributions with Buyer | 1.0 | 8 |
| 07/08/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/08/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 07/09/09 | Dataroom Access/WGL/Email Distributions with Buyer | 1.0 | 8 |
| 07/09/09 | Sale 1 re: Matlin Paterson | 2.0 | 8 |
| 07/10/09 | Dataroom Access/WGL/Email Distributions with Buyer | 1.0 | 8 |
| 07/13/09 | Weekly Advisors Call | 1.0 | 2 |
| 07/13/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 07/13/09 | Lease Assumption/Rejection | 1.0 | 2 |
| 07/13/09 | Division Restructuring | 3.0 | 2 |
| 07/14/09 | Regional Restructuring | 3.0 | 2 |
| 07/14/09 | TSA meeting @ Akin Gump | 5.0 | 2 |
| 07/15/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/15/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 07/16/09 | Nortel Call w/Mgmt Re: Region | 2.0 | 2 |
| 07/20/09 | Weekly Advisors Call | 1.0 | 2 |
| 07/20/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 07/20/09 | Call w/Division mgmt and UCC advisors re. Buyer plan | 1.5 | 2 |
| 07/22/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/22/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 07/27/09 | Weekly Advisors Call | 1.0 | 2 |
| 07/27/09 | Weekly Due Diligence Call with Creditors | 1.0 | 2 |
| 07/27/09 | Compiling Lazard Team Hours | 3.0 | 5 |
| 07/28/09 | Compiling Lazard Team Hours | 1.0 | 5 |
| 07/29/09 | Weekly Review of 13 CF and Cash Balances | 1.0 | 2 |
| 07/29/09 | Weekly M&A Update for Creditors | 1.0 | 2 |
| 07/31/09 | Follow-up meeting/call b/w Division manageDivisiont and creditors' FA's | 2.0 | 2 |
| | JULY HOURS | 63.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Division sale Update Call / Process | 3.0 | 8 |
| 07/02/09 | Process Work | 2.0 | 8 |
| 07/03/09 | Process Work | 3.0 | 8 |
| 07/06/09 | Review of bids / Conference Calls | 4.0 | 8 |
| 07/07/09 | Full division sale team review of bids and supplementary documentation | 5.0 | 8 |
| 07/08/09 | Follow up bid discussions | 4.0 | 8 |
| 07/09/09 | Division sale Weekly Update Call / Information Gathering | 4.0 | 8 |
| 07/13/09 | Follow up calls with the US / Process Work | 5.0 | 8 |
| 07/14/09 | Introductory call with new bidder | 4.0 | 8 |
| 07/15/09 | Process Work / Finance follow up call | 4.0 | 8 |
| 07/16/09 | Process Work / Call on IP deliverables | 5.0 | 8 |
| 07/17/09 | Process Work / Follow up call on IP Deliverables / Other follow up calls | 5.0 | 8 |
| 07/20/09 | IP Carve Out Call / CFIUS Call / Process Work | 5.0 | 8 |
| 07/21/09 | Process Work | 3.0 | 8 |
| 07/22/09 | Process Work | 3.0 | 8 |
| 07/23/09 | Division sale Update Call / Process | 4.0 | 8 |
| 07/24/09 | Process Work | 3.0 | 8 |
| 07/27/09 | RFP Call | 3.0 | 8 |
| 07/28/09 | Process Work | 2.0 | 8 |
| 07/29/09 | Follow up Call with Bidder / Process Work | 4.0 | 8 |
| 07/30/09 | EDR Review / Process Work | 4.0 | 8 |
| 07/31/09 | Process Work | 3.0 | 8 |
| | JULY HOURS | 82.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Paz Eshel - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Q&A Log / Logistics | 7.1 | 8 |
| 07/02/09 | Diligence Calls with Interested Parties | 3.5 | 8 |
| 07/02/09 | Q&A Log / Logistics | 5.3 | 8 |
| 07/02/09 | M&A Log | 1.2 | 8 |
| 07/03/09 | Q&A Log / Logistics | 2.1 | 8 |
| 07/04/09 | Q&A Log / Logistics | 0.5 | 8 |
| 07/05/09 | Q&A Log / Logistics | 0.7 | 8 |
| 07/06/09 | Q&A Log / Logistics | 6.3 | 8 |
| 07/06/09 | M&A Log | 1.1 | 8 |
| 07/07/09 | Diligence Calls with Interested Parties | 5.0 | 8 |
| 07/07/09 | Q&A Log / Logistics | 6.8 | 8 |
| 07/08/09 | Diligence Calls with Interested Parties | 1.5 | 8 |
| 07/08/09 | Q&A Log / Logistics | 4.2 | 8 |
| 07/09/09 | Q&A Log / Logistics | 2.8 | 8 |
| 07/09/09 | M&A Log | 1.4 | 8 |
| 07/09/09 | Diligence Calls with Interested Parties | 8.0 | 8 |
| 07/10/09 | Logistics / Q&A Log | 1.3 | 8 |
| 07/10/09 | Diligence Calls with Interested Parties | 5.0 | 8 |
| 07/13/09 | Diligence Calls with Interested Parties | 4.0 | 8 |
| 07/14/09 | Logistics / Q&A Log | 1.8 | 8 |
| 07/14/09 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 07/15/09 | Logistics / Q&A Log | 1.3 | 8 |
| 07/15/09 | Diligence / Negotiation Calls with Interested Parties | 5.5 | 8 |
| 07/16/09 | Logistics / Q&A Log | 4.3 | 8 |
| 07/16/09 | M&A Log | 1.8 | 8 |
| 07/16/09 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 07/27/09 | Logistics | 1.1 | 8 |
| 07/27/09 | Diligence Calls with Interested Parties | 2.5 | 8 |
| 07/28/09 | Meeting in Montreal with Interested Party | 14.3 | 8 |
| 07/29/09 | Logistics | 2.4 | 8 |
| 07/29/09 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 07/30/09 | Meeting in Montreal with Interested Party | 14.0 | 8 |
| 07/30/09 | M&A Log | 2.8 | 8 |
| 07/31/09 | Logistics | 2.1 | 8 |
| 07/31/09 | Diligence Calls with Interested Parties | 1.5 | 8 |
| | **JULY HOURS** | **128.2** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Contact Log | 0.5 | 8 |
| 07/03/09 | Contact Log | 0.5 | 8 |
| 07/05/09 | Contact Log | 0.5 | 8 |
| 07/06/09 | Contact Log | 0.5 | 8 |
| 07/08/09 | Contact Log | 0.5 | 8 |
| 07/09/09 | Contact Log | 0.5 | 8 |
| 07/09/09 | Market Analysis | 4.0 | 8 |
| 07/10/09 | Market Analysis | 1.0 | 8 |
| 07/14/09 | Market Analysis | 1.0 | 8 |
| 07/15/09 | Market Analysis | 1.0 | 8 |
| 07/20/09 | M&A Process Overview | 2.0 | 8 |
| 07/20/09 | M&A Process Overview | 1.0 | 8 |
| 07/22/09 | Bid Comparison | 1.0 | 8 |
| 07/23/09 | Bid Comparison | 2.0 | 8 |
| 07/24/09 | Bid Comparison | 1.0 | 8 |
| 07/25/09 | Bid Comparison | 4.0 | 8 |
| 07/26/09 | Bid Comparison | 3.0 | 8 |
| 07/27/09 | Bid Comparison | 2.0 | 8 |
| 07/28/09 | Auction | 10.0 | 8 |
|  | **JULY HOURS** | **36.0** |  |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/09 | Due Diligence | 0.5 | 8 |
| 07/01/09 | Q&A Log | 5.0 | 8 |
| 07/02/09 | Due Diligence | 0.5 | 8 |
| 07/02/09 | Due Diligence | 1.5 | 8 |
| 07/02/09 | Q&A Log | 5.0 | 8 |
| 07/03/09 | Due Diligence | 0.5 | 8 |
| 07/03/09 | Q&A Log | 5.0 | 8 |
| 07/06/09 | Q&A Log | 5.0 | 8 |
| 07/07/09 | Q&A Log | 5.0 | 8 |
| 07/07/09 | Due Diligence | 4.5 | 8 |
| 07/07/09 | Due Diligence | 3.5 | 8 |
| 07/08/09 | Q&A Log | 5.0 | 8 |
| 07/08/09 | Due Diligence | 3.0 | 8 |
| 07/08/09 | Due Diligence | 5.0 | 8 |
| 07/09/09 | Due Diligence | 1.5 | 8 |
| 07/09/09 | Q&A Log | 5.0 | 8 |
| 07/10/09 | Q&A Log | 5.0 | 8 |
| 07/10/09 | Due Diligence | 1.0 | 8 |
| 07/13/09 | Q&A Log | 5.0 | 8 |
| 07/13/09 | Due Diligence | 1.5 | 8 |
| 07/13/09 | Due Diligence | 2.0 | 8 |
| 07/14/09 | Q&A Log | 5.0 | 8 |
| 07/14/09 | Due Diligence | 0.5 | 8 |
| 07/14/09 | Due Diligence | 2.0 | 8 |
| 07/15/09 | Q&A Log | 5.0 | 8 |
| 07/15/09 | Due Diligence | 0.5 | 8 |
| 07/15/09 | Due Diligence | 1.5 | 8 |
| 07/15/09 | Due Diligence | 1.0 | 8 |
| 07/16/09 | Q&A Log | 5.0 | 8 |
| 07/16/09 | Due Diligence | 0.5 | 8 |
| 07/16/09 | Due Diligence | 0.5 | 8 |
| 07/17/09 | Q&A Log | 5.0 | 8 |
| 07/17/09 | Due Diligence | 0.5 | 8 |
| 07/20/09 | Q&A Log | 5.0 | 8 |
| 07/21/09 | Q&A Log | 5.0 | 8 |
| 07/22/09 | Q&A Log | 5.0 | 8 |
| 07/23/09 | Q&A Log | 5.0 | 8 |
| 07/24/09 | Q&A Log | 5.0 | 8 |
| | JULY HOURS | 122.0 | |