# EXHIBIT D

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

July 1, 2009 - July 30, 2009

### Fee Calculation

| Item | Amount Incurred |
| --- | ---: |
| Monthly Fees: July 1, 2009 - July 30, 2009 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

### Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
| --- | ---: |
| Car Services and Taxis | $4,152.22 |
| Courier/Shipping | 33.75 |
| Employee Meals | 967.84 |
| Meals-Meetings/Travel | 568.76 |
| Photocopying Costs | 621.40 |
| Telephone/Telex/Fax-Usage | 21.88 |
| Temporary Wages | 42.75 |
| Travel | 29,752.59 |
| **TOTAL** | **$36,161.19** |

---

[1] *Additional expense detail will be furnished upon request.*

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 6/1/2009 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 7/27/2009 | Bhatia-5/15 Fri office - home 05/15/2009 | 18.50 |
| | 7/27/2009 | Bhatia-5/16 Sat home - office 05/16/2009 | 10.00 |
| | 7/27/2009 | Bhatia-5/16 Sat office - home 05/16/2009 | 9.30 |
| | 7/27/2009 | Bhatia-5/28 Thu office - home 05/28/2009 | 10.50 |
| | 7/27/2009 | Bhatia-5/31 Sun office - home 05/31/2009 | 12.00 |
| | 7/27/2009 | Bhatia-6/3 Wed office - home 06/04/2009 | 11.70 |
| | 7/27/2009 | Bhatia-6/4 Thu office - home 06/04/2009 | 11.30 |
| | 7/24/2009 | Bhatia-D 06/19/2009 01:54 W 85/BWY M / Origin: 49 W 49 ST  M Dest: W 85/BWY  M / DIAL CAR INC | 47.46 |
| | 7/31/2009 | Bhatia-O 07/21/2009 23:40 M / Origin: 30 ROCK Dest: M / SELAM TRANSPORTATION LLC | 27.59 |
| | 7/30/2009 | Breeden-Home/Lazard - weekend 06/27/2009 | 11.70 |
| | 7/30/2009 | Breeden-Lazard/home - early morning 07/01/2009 | 8.20 |
| | 7/30/2009 | Breeden-Lazard/home - weekend 6/27 06/28/2009 | 7.80 |
| | 7/30/2009 | Breeden-Lazard/home 07/01/2009 | 7.50 |
| | 7/8/2009 | Carey-Boston - Taxi home - Sunday 06/14/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston - Taxi home - Sunday 06/21/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston - Taxi to work - Sunday 06/14/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston - Taxi to work - Sunday 06/21/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home (Saturday) 06/27/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston - Taxi to work (Sunday) 06/28/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home (Sunday) 06/28/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/11/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/12/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/15/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/16/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/17/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/18/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/19/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/22/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/23/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/24/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/25/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi home 06/26/2009 | 11.00 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | | | |
| | 7/8/2009 | Carey-Boston-Taxi home 06/29/2009 | 11.00 |
| | 7/8/2009 | Carey-Boston-Taxi to work (Saturday) 06/27/2009 | 11.00 |
| | 7/9/2009 | Carey-Taxi-Toronto 05/22/2009 | 29.35 |
| | 7/9/2009 | Carey-Taxi-Toronto 06/02/2009 | 32.30 |
| | 7/14/2009 | Descoteaux-cab for meeting 05/19/2009 | 12.90 |
| | 7/14/2009 | Descoteaux-cab for meeting 06/01/2009 | 6.90 |
| | 7/14/2009 | Descoteaux-cab for meeting 06/11/2009 | 7.70 |
| | 7/14/2009 | Descoteaux-cab from meeting 05/28/2009 | 14.90 |
| | 7/31/2009 | Descoteaux-cab to meeting 06/18/2009 | 8.40 |
| | 7/24/2009 | Descoteaux-D 05/21/2009 05:24 LGA LGA / Origin: 301 E 62 ST M Dest: LGA LGA / DIAL CAR INC | 56.10 |
| | 7/2/2009 | Eshel-6/11 Taxi in Montreal 06/11/2009 | 21.61 |
| | 7/8/2009 | Gueyffier-5/22 taxi to Cleary Gottlieb 05/22/2009 | 53.88 |
| | 7/29/2009 | Gujral-Cab home from law firm in PM 07/24/2009 | 23.64 |
| | 7/29/2009 | Gujral-Cab to Law Firm in AM 07/24/2009 | 22.40 |
| | 7/28/2009 | Hart-Car from airport to hotel 07/07/2009 | 118.83 |
| | 7/16/2009 | Hart-Car from airport to meeting 05/27/2009 | 31.38 |
| | 7/16/2009 | Hart-Car from hotel to meeting 05/28/2009 | 26.06 |
| | 7/16/2009 | Hart-Car from hotel to office 05/29/2009 | 26.76 |
| | 7/16/2009 | Hart-Car from meeting to airport 05/28/2009 | 33.21 |
| | 7/16/2009 | Hart-Car from meeting to hotel 05/28/2009 | 26.76 |
| | 7/16/2009 | Hart-Car from Nortel mtg to airport 06/05/2009 | 61.50 |
| | 7/28/2009 | Hart-Car from Nortel mtg to airport 07/08/2009 | 121.83 |
| | 7/16/2009 | Hart-Car from office to airport 05/30/2009 | 33.21 |
| | 7/28/2009 | Hart-Car from office to Cleary Gott 07/06/2009 | 18.10 |
| | 7/24/2009 | Hart-D 06/10/2009 16:21 LGA LGA / Origin: 50 W 50 ST M Dest: LGA LGA / DIAL CAR INC | 73.95 |
| | 7/24/2009 | Hart-D 06/12/2009 09:58 49 W 49 ST / Origin: LGA Dest: 49 W 49 ST 10020 M / DIAL CAR INC | 75.06 |
| | 7/28/2009 | Keenan-Taxi LateNightHomeFromOffice 05/19/2009 | 10.00 |
| | 7/24/2009 | Leite-D 05/23/2009 20:59 Origin: 50 W 50 ST M Dest: 511 CLINTON ST 11231 BK / DIAL CAR INC | 44.88 |
| | 7/17/2009 | Mehra-Taxi from client to LGA 07/09/2009 | 42.00 |
| | 7/17/2009 | Mehra-Taxi from LGA to client 07/09/2009 | 45.00 |
| | 7/1/2009 | Mehra-Taxi home 06/12/2009 | 20.00 |
| | 7/1/2009 | Mehra-Taxi home 06/17/2009 | 20.00 |
| | 7/1/2009 | Mehra-Taxi home 06/18/2009 | 20.00 |
| | 7/1/2009 | Mehra-Taxi home 06/19/2009 | 20.00 |
| | 7/17/2009 | Mehra-Taxi home 06/22/2009 | 20.00 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| | 7/17/2009 | Mehra-Taxi home 06/27/2009 | 20.00 |
| | 7/17/2009 | Mehra-Taxi home 07/01/2009 | 20.00 |
| | 7/17/2009 | Mehra-Taxi home 07/06/2009 | 20.00 |
| | 7/17/2009 | Mehra-Taxi home 07/13/2009 | 20.00 |
| | 7/1/2009 | Mehra-Taxi home from airport 06/16/2009 | 35.00 |
| | 7/1/2009 | Mehra-Taxi home from airport 06/24/2009 | 37.00 |
| | 7/17/2009 | Mehra-Taxi home from BOS 06/26/2009 | 40.00 |
| | 7/17/2009 | Mehra-Taxi home from BOS 07/08/2009 | 40.00 |
| | 7/17/2009 | Mehra-Taxi home from BOS 07/09/2009 | 40.00 |
| Car Services and Taxis | 7/1/2009 | Mehra-Taxi to airport 06/16/2009 | 40.00 |
| | 7/1/2009 | Mehra-Taxi to airport 06/24/2009 | 40.00 |
| | 7/17/2009 | Mehra-Taxi to BOS 06/26/2009 | 40.00 |
| | 7/17/2009 | Mehra-Taxi to BOS 07/07/2009 | 40.00 |
| | 7/17/2009 | Mehra-Taxi to BOS 07/09/2009 | 40.00 |
| | 7/17/2009 | Mehra-Taxi-Toronto- client to hotel 07/07/2009 | 25.00 |
| | 7/17/2009 | Mehra-Taxi-Toronto-airport to client 07/07/2009 | 30.00 |
| | 7/17/2009 | Mehra-Taxi-Toronto-client to airport 07/08/2009 | 30.00 |
| | 7/17/2009 | Mehra-Taxi-Toronto-dinner to hotel 07/07/2009 | 38.00 |
| | 7/17/2009 | Mehra-Taxi-Toronto-hotel to client 07/08/2009 | 25.00 |
| | 7/17/2009 | Mehra-Taxi-Toronto-hotel to dinner 07/07/2009 | 38.00 |
| | 7/6/2009 | Murray-BOS-office to airport cab 04/13/2009 | 15.00 |
| | 7/6/2009 | Murray-Montreal cab -meeting to hotel 03/31/2009 | 20.00 |
| | 7/28/2009 | Murray-NYC - Meetings to hotel 04/21/2009 | 30.00 |
| | 7/27/2009 | Murray-NYC- Airport to Meeting 05/27/2009 | 40.15 |
| | 7/28/2009 | Murray-NYC- Cab from mtgs to Hotel 05/14/2009 | 18.90 |
| | 7/28/2009 | Murray-NYC Cab- Lazard to meeting 04/21/2009 | 25.00 |
| | 7/28/2009 | Murray-NYC- hotel to meeting 04/29/2009 | 22.00 |
| | 7/28/2009 | Murray-NYC- Hotel to meeting 04/30/2009 | 25.00 |
| | 7/28/2009 | Murray-NYC- Hotel to meeting 05/07/2009 | 16.00 |
| | 7/28/2009 | Murray-NYC- Hotel to meeting 05/08/2009 | 20.00 |
| | 7/28/2009 | Murray-NYC- Hotel to meeting 05/14/2009 | 18.00 |
| | 7/27/2009 | Murray-NYC- hotel to meeting 05/28/2009 | 16.30 |
| | 7/27/2009 | Murray-NYC- hotel to meetings 06/11/2009 | 22.10 |
| | 7/27/2009 | Murray-NYC- meeting to Client mtg 06/08/2009 | 18.97 |
| | 7/28/2009 | Murray-NYC- Meeting to Hotel 04/22/2009 | 15.00 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 7/28/2009 | Murray-NYC- Meeting to hotel 05/02/2009 | 15.00 |
| | 7/28/2009 | Murray-NYC- Meeting to meeting 04/22/2009 | 25.00 |
| | 7/28/2009 | Murray-NYC- Meeting to meeting 04/28/2009 | 32.00 |
| | 7/28/2009 | Murray-NYC- meetings to hotel 05/29/2009 | 9.00 |
| | 7/27/2009 | Murray-NYC- taxi between meetings 06/03/2009 | 21.70 |
| | 7/27/2009 | Murray-NYC- taxi between mtgs 05/29/2009 | 19.10 |
| | 7/27/2009 | Murray-NYC-Airport to meetings 06/02/2009 | 42.45 |
| | 7/27/2009 | Murray-NYC-Airport to meetings 06/08/2009 | 46.25 |
| | 7/27/2009 | Murray-NYC-Airport to Meetings 06/10/2009 | 46.00 |
| | 7/6/2009 | Murray-NYC-Cab airport to NYPalace 04/01/2009 | 33.00 |
| | 7/27/2009 | Murray-NYC-Cab btwn meetings 05/14/2009 | 21.80 |
| | 7/27/2009 | Murray-NYC-Cab btwn mtgs (5/15) 05/15/2009 | 17.90 |
| | 7/27/2009 | Murray-NYC-Cab to airport from mtgs 05/15/2009 | 35.90 |
| | 7/27/2009 | Murray-NYC-Hotel to Airport 05/30/2009 | 42.25 |
| | 7/27/2009 | Murray-NYC-meeting to airport 06/05/2009 | 25.56 |
| | 7/27/2009 | Murray-NYC-taxi between meetings 06/04/2009 | 22.65 |
| | 7/31/2009 | Murray-R 06/12/2009 13:56 Origin: 50 W 50TH ST Dest: LGA / ROYAL DISPATCH SERVICES, INC. | 47.46 |
| | 7/27/2009 | Murray-TOR-Airport to mtngs-Rosedale 05/29/2009 | 96.92 |
| | 7/6/2009 | Murray-Toronto- cab to Airport hotel 04/14/2009 | 55.00 |
| | 7/27/2009 | Murray-Toronto-hotel- airport (5/21) 06/02/2009 | 51.30 |
| | 7/1/2009 | Orazem-5/27 Taxi in Ottawa 05/27/2009 | 45.68 |
| | 7/1/2009 | Orazem-5/28 Taxi in Canada 05/28/2009 | 33.21 |
| | 7/1/2009 | Orazem-5/29 Taxi in Canada 05/29/2009 | 35.06 |
| | 7/1/2009 | Orazem-5/29 Taxi in Montreal 05/29/2009 | 26.13 |
| | 7/1/2009 | Orazem-6/3 Taxi in Montreal 06/04/2009 | 26.97 |
| | 7/1/2009 | Orazem-6/5 Taxi in Montreal 06/05/2009 | 24.36 |
| | 7/1/2009 | Orazem-Taxi in Montreal 06/01/2009 | 57.04 |
| | 7/3/2009 | Page-NP taxi business Trans: GBP 10.20 / Page, Nicholas | 16.90 |
| | 7/3/2009 | Page-NP taxi business Trans: GBP 21.20 / Page, Nicholas | 35.12 |
| | 7/3/2009 | Page-NP taxi business Trans: GBP 5.07 / Page, Nicholas | 8.40 |
| | 7/3/2009 | Page-NP taxi business Trans: GBP 6.00 / Page, Nicholas | 9.94 |
| | 7/3/2009 | Page-NP taxi business Trans: GBP 6.00 / Page, Nicholas | 9.94 |
| | 7/3/2009 | Page-NP taxi business Trans: GBP 6.78 / Page, Nicholas | 11.23 |
| | 7/27/2009 | Polak-NYC TAXI MED 2G91 09 NEW YORK 06/25/2009 | 6.45 |
| | 7/29/2009 | Savage-07/07/09 TORONTO / CAREY INTERNATIONAL | 119.95 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | | | |
| | 7/28/2009 | Savage-Laguaradia/Rye, NY (home) 7/7 07/09/2009 | 102.90 |
| | 7/28/2009 | Savage-Laguardia/Lazard 6/17 06/24/2009 | 95.51 |
| | 7/28/2009 | Savage-Lazard/Laguardia airport 6/16 06/19/2009 | 95.51 |
| | 7/28/2009 | Savage-Rye, NY (home)/Laguaradia 7/7 07/08/2009 | 102.10 |
| | | Subtotal: | 4,152.22 |
| **Couriers / Shipping** | | | |
| | 7/27/2009 | messenger service / N.Y. MINUTE MESSENGER | 33.75 |
| | | Subtotal: | 33.75 |
| **Employee Meals** | | | |
| | 7/30/2009 | Bhatia-M 08-JUL-2009 Nirvana (Lex) / SEAMLESSWEB PROFESSIONAL | 24.71 |
| | 7/9/2009 | Bhatia-M 18-JUN-2009 Bay Leaf Indian / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 7/30/2009 | Bhatia-M 20-JUL-2009 Bay Leaf Indian / SEAMLESSWEB PROFESSIONAL | 23.46 |
| | 7/30/2009 | Bhatia-M 21-JUL-2009 Ali Baba / SEAMLESSWEB PROFESSIONAL | 26.26 |
| | 7/30/2009 | Breeden-M 01-JUL-2009 goodburger (45th / SEAMLESSWEB PROFESSIONAL | 21.90 |
| | 7/9/2009 | Breeden-M 24-JUN-2009 Sherwoods Fine F / SEAMLESSWEB PROFESSIONAL | 24.58 |
| | 7/9/2009 | Breeden-M 28-JUN-2009 Wu Liang Ye (Lex / SEAMLESSWEB PROFESSIONAL | 26.21 |
| | 7/2/2009 | Carey-5/13 Employee meal in office 05/14/2009 | 24.69 |
| | 7/2/2009 | Carey-5/29 Employee meal in office 05/30/2009 | 23.54 |
| | 7/9/2009 | Carey-Boston - dinner - 1 attendee 05/15/2009 | 24.05 |
| | 7/9/2009 | Carey-Boston - dinner - 4 attendees 05/19/2009 | 25.00 |
| | 7/9/2009 | Carey-Boston - dinner - 5 attendees 05/14/2009 | 20.46 |
| | 7/9/2009 | Carey-Boston - dinner - 5 attendees 05/19/2009 | 21.63 |
| | 7/9/2009 | Carey-Boston - dinner - 5 attendees 06/10/2009 | 23.86 |
| | 7/9/2009 | Carey-Boston - Dinner -1 attendee 06/03/2009 | 10.76 |
| | 7/9/2009 | Carey-Boston - Dinner -1 attendee 06/07/2009 | 25.00 |
| | 7/9/2009 | Carey-Boston - Dinner -1 attendee 06/09/2009 | 18.43 |
| | 7/9/2009 | Carey-Boston - Dinner -2 attendees 06/05/2009 | 17.51 |
| | 7/9/2009 | Carey-Boston - Dinner -4 attendees 06/02/2009 | 23.63 |
| | 7/9/2009 | Carey-Boston - Lunch -1 attendee 06/06/2009 | 8.40 |
| | 7/9/2009 | Carey-Boston - Lunch -1 attendee 06/07/2009 | 15.00 |
| | 7/2/2009 | Eshel-5/20 Employee meal in office 05/21/2009 | 20.30 |
| | 7/2/2009 | Eshel-6/3 Employee meal in office 06/04/2009 | 25.00 |
| | 7/9/2009 | Eshel-Boston - dinner - 4 attendees 05/19/2009 | 25.00 |
| | 7/9/2009 | Eshel-Boston - dinner - 5 attendees 05/14/2009 | 20.45 |
| | 7/9/2009 | Eshel-Boston - dinner - 5 attendees 05/19/2009 | 21.62 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | | | |
| | 7/9/2009 | Eshel-Boston - dinner - 5 attendees 06/10/2009 | 23.84 |
| | 7/9/2009 | Eshel-Boston - Dinner - 4 attendees 06/02/2009 | 23.62 |
| | 7/9/2009 | Master-M 18-JUN-2009 19 Metro Market / SEAMLESSWEB PROFESSIONAL | 26.13 |
| | 7/2/2009 | Mehra-5/13 Employee meal in office 05/14/2009 | 24.69 |
| | 7/9/2009 | Mehra-Boston - dinner - 4 attendees 05/19/2009 | 25.00 |
| | 7/9/2009 | Mehra-Boston - dinner - 5 attendees 05/14/2009 | 20.45 |
| | 7/9/2009 | Mehra-Boston - dinner - 5 attendees 05/19/2009 | 21.62 |
| | 7/9/2009 | Mehra-Boston - dinner - 5 attendees 06/10/2009 | 23.84 |
| | 7/2/2009 | Murray-5/26 Employee meal in office 05/26/2009 | 18.03 |
| | 7/9/2009 | Murray-Boston - dinner - 5 attendees 05/19/2009 | 21.62 |
| | 7/1/2009 | Orazem-5/16 Meal in office 05/16/2009 | 6.49 |
| | 7/1/2009 | Orazem-5/16 Meal in office 05/16/2009 | 4.89 |
| | 7/1/2009 | Orazem-5/16 Meal in office 05/16/2009 | 4.10 |
| | 7/1/2009 | Orazem-5/17 Meal in office 05/17/2009 | 7.87 |
| | 7/1/2009 | Orazem-5/19 Meal in office 05/19/2009 | 9.96 |
| | 7/1/2009 | Orazem-5/19 Meal in office 05/19/2009 | 3.56 |
| | 7/1/2009 | Orazem-5/23 Meal in office 05/23/2009 | 4.78 |
| | 7/1/2009 | Orazem-5/24 Meal in office 05/24/2009 | 3.45 |
| | 7/1/2009 | Orazem-5/25 Meal in office 05/25/2009 | 3.51 |
| | 7/1/2009 | Orazem-5/31 meal in office 05/31/2009 | 3.45 |
| | 7/9/2009 | Orazem-Boston - dinner - 4 attendees 05/19/2009 | 25.00 |
| | 7/9/2009 | Orazem-Boston - dinner - 5 attendees 05/14/2009 | 20.45 |
| | 7/1/2009 | Orazem-Meal in office 06/09/2009 | 8.53 |
| | 7/1/2009 | Orazem-Meal in office 6/5 06/05/2009 | 22.78 |
| | 7/30/2009 | Polak-M 04-JUL-2009 Bistro Cafe (Par / SEAMLESSWEB PROFESSIONAL | 16.21 |
| | 7/9/2009 | Polak-M 16-JUN-2009 Jackson Hole - T / SEAMLESSWEB PROFESSIONAL | 26.27 |
| | | Subtotal: | 967.84 |
| **Meals-Meetings/Travel** | | | |
| | 7/9/2009 | Carey-Boston - Breakfast -1 attendee 05/21/2009 | 3.14 |
| | 7/9/2009 | Carey-Boston - Dinner -1 attendee 05/25/2009 | 3.55 |
| | 7/9/2009 | Carey-Toronto-Lunch-1 attendee 05/21/2009 | 27.61 |
| | 7/17/2009 | Hart-Dinner- traveling-Nortel-1ppl 05/27/2009 | 5.29 |
| | 7/16/2009 | Hart-Dinner while traveling, 1 ppl 06/01/2009 | 14.01 |
| | 7/16/2009 | Hart-Dinner while traveling, 1 ppl 06/10/2009 | 55.65 |
| | 7/16/2009 | Hart-Dinner while traveling, 1 ppl 06/11/2009 | 39.21 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Meals-Meetings/Travel** | | | |
| | 7/17/2009 | Hart-Lunch~ traveling-Nortel-1ppl 05/27/2009 | 6.60 |
| | 7/16/2009 | Hart-Lunch while traveling, 1 ppl 05/29/2009 | 10.72 |
| | 7/30/2009 | Mombru-IM - M&S Dinner Trans: GBP 12.54 / American Express | 20.77 |
| | 7/30/2009 | Mombru-IM - M&S Dinner Trans: GBP 14.69 / American Express | 24.34 |
| | 7/30/2009 | Mombru-IM - M&S Dinner Trans: GBP 15.00 / American Express | 24.85 |
| | 7/27/2009 | Murray-NYCBkfst(2)@Loews Regency 06/04/2009 | 30.00 |
| | 7/27/2009 | Murray-NYC-Din(1) Peninsula Room Svc 05/14/2009 | 50.00 |
| | 7/27/2009 | Murray-NYC-Dinner(1) Gigino@WagnerPk 05/29/2009 | 50.00 |
| | 7/27/2009 | Murray-NYCDinner(1)@Peninsula 06/02/2009 | 50.00 |
| | 7/27/2009 | Murray-NYC-lunch(1)@ 2WestLunch 05/29/2009 | 23.51 |
| | 7/27/2009 | Murray-NYC-lunch(1)@ 2WestLunch 05/29/2009 | 17.36 |
| | 7/27/2009 | Murray-NYClunch(1)@Peninsula 06/04/2009 | 26.01 |
| | 7/27/2009 | Murray-NYDinner(1) rmsvc Peninsula 05/13/2009 | 18.42 |
| | 7/27/2009 | Murray-Tor-Din(1)@4Seasons RmSvc 05/20/2009 | 12.31 |
| | 7/27/2009 | Murray-Toronto-Dinner(1) Morton's 05/20/2009 | 55.41 |
| | | Subtotal: | 568.76 |
| **Photocopying Costs** | | | |
| | 7/29/2009 | CPYCNTR JOBS DONE IN 06/09 / NON VENDOR (AP JOURNALS) | 621.40 |
| | | Subtotal: | 621.40 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 7/9/2009 | Carey-SHERATON GATEWAY HOT MISSISSAU 05/25/2009 | 16.28 |
| | 7/28/2009 | Hart-Phone calls made in hotel 06/12/2009 | 5.60 |
| | | Subtotal: | 21.88 |
| **Temporary Wages** | | | |
| | 7/30/2009 | Breeden-Word processing job charges / CUSTOM STAFFING | 34.65 |
| | 7/30/2009 | Breeden-Word processing job charges / CUSTOM STAFFING | 8.10 |
| | | Subtotal: | 42.75 |
| **Travel** | | | |
| | 7/9/2009 | Carey-AMERICAN EXPRESS E TICKET FEE 05/21/2009 | 36.00 |
| | 7/9/2009 | Carey-AMERICAN EXPRESS E TICKET FEE 05/22/2009 | 36.00 |
| | 7/9/2009 | Carey-AMERICAN EXPRESS E TICKET FEE 05/25/2009 | 36.00 |
| | 7/9/2009 | Carey-BOS/TORONTO Coach 05/25/2009 | 1,844.85 |
| | 7/9/2009 | Carey-Boston/Toronto Coach 05/21/2009 | 907.30 |
| | 7/9/2009 | Carey-Toronto/Boston Coach 05/22/2009 | 910.47 |
| | 7/10/2009 | Descoteaux-AA flt NYC-TOR Coach 05/21/2009 | 893.28 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 7/10/2009 | Descoteaux-AC NYC-TOR Coach 05/21/2009 | 1,182.72 |
| | 7/31/2009 | Descoteaux-AIR CANADA NEW YORK(LAGUUS 04/14/2009 | (159.42) |
| | 7/10/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 05/21/2009 | 36.00 |
| | 7/10/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 05/21/2009 | 36.00 |
| | 7/10/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 05/21/2009 | 36.00 |
| | 7/2/2009 | Eshel-6/11 Parking at airport 06/11/2009 | 24.00 |
| | 7/2/2009 | Eshel-AmEx Travel Fee 06/11/2009 | 36.00 |
| | 7/16/2009 | Hart-1 Way TorontoLGA Coach Class 05/27/2009 | 616.97 |
| | 7/16/2009 | Hart-1 Way -TorontoLGA Coach Class 05/29/2009 | 782.10 |
| | 7/28/2009 | Hart-After Hours Travel Fee 07/06/2009 | 19.00 |
| | 7/28/2009 | Hart-After Hours Travel Fee 07/06/2009 | 19.00 |
| | 7/16/2009 | Hart-AMEX Express Ticket Fee 06/01/2009 | 19.00 |
| | 7/16/2009 | Hart-AMEX Flight Fee 05/28/2009 | 36.00 |
| | 7/28/2009 | Hart-Amex Flight Fee 07/07/2009 | 36.00 |
| | 7/16/2009 | Hart-AMEX Ticket Fee 06/01/2009 | 36.00 |
| | 7/16/2009 | Hart-AMEX Ticket Fee 06/01/2009 | 36.00 |
| | 7/28/2009 | Hart-AMEX Ticket Fee 06/10/2009 | 36.00 |
| | 7/28/2009 | Hart-Hotel -1 nt @ $229+ tax 06/12/2009 | 251.82 |
| | 7/28/2009 | Hart-Hotel -1nt @$119.20 per nt+tax 07/08/2009 | 134.69 |
| | 7/16/2009 | Hart-Hotel for Nortel travel, 2 nts 06/01/2009 | 672.49 |
| | 7/16/2009 | Hart-Parking at airport traveling 05/29/2009 | 90.00 |
| | 7/28/2009 | Hart-Parking at Hotel - 1 nt 06/12/2009 | 19.85 |
| | 7/16/2009 | Hart-RentalCar$46 p/day (2)+tax+gas 06/12/2009 | 177.07 |
| | 7/28/2009 | Hart-RT Flight LGATXLGA Coach Class 07/06/2009 | 1,670.00 |
| | 7/16/2009 | Hart-RT Flight LGACANLGA - Coach Class 06/10/2009 | 1,794.61 |
| | 7/27/2009 | Murray-AMERICAN EXPRESS E TICKET FEE 05/11/2009 | 36.00 |
| | 7/27/2009 | Murray-AMERICAN EXPRESS E TICKET FEE 05/21/2009 | 36.00 |
| | 7/27/2009 | Murray-AmexTravelSvc Chg, Toronto/Bos 05/20/2009 | 36.00 |
| | 7/27/2009 | Murray-Bos- parking 4days@ Logan Airport 05/30/2009 | 84.00 |
| | 7/27/2009 | Murray-Bos-parking 3days@Boston Logan 06/12/2009 | 72.00 |
| | 7/27/2009 | Murray-BOS-parking 4 days @Logan Airport 06/05/2009 | 96.00 |
| | 7/27/2009 | Murray-BOS-NYC (Coach) US Airways 06/10/2009 | 139.60 |
| | 7/27/2009 | Murray-Bos-NYC (coach) USAir 05/27/2009 | 279.20 |
| | 7/27/2009 | Murray-Bos-NYC AmexTravel svc fee 05/27/2009 | 36.00 |
| | 7/27/2009 | Murray-Bos-NYC AmexTravel SvcFee 06/08/2009 | 36.00 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 7/27/2009 | Murray-Bos-NYC AmexTravel SvcFee 06/10/2009 | 36.00 |
| | 7/27/2009 | Murray-Bos-Nyc(coach) US Air 06/08/2009 | 139.60 |
| | 7/27/2009 | Murray-Boston- parking 2 days Logan 05/15/2009 | 72.00 |
| | 7/27/2009 | Murray-Boston-parking 1day at Logan 06/08/2009 | 24.00 |
| | 7/27/2009 | Murray-BosTorBos-(coach)AirCanada 05/20/2009 | 1,844.78 |
| | 7/27/2009 | Murray-Bss-Nyc-Bos(coach) Us Air 06/02/2009 | 279.20 |
| | 7/27/2009 | Murray-New York-1nt@Peninsula($450/n) 05/14/2009 | 520.31 |
| | 7/27/2009 | Murray-New York-1nt@Peninsula($450/n) 05/15/2009 | 517.63 |
| | 7/27/2009 | Murray-NY-BOS - AmexTravel Svce Fee 05/15/2009 | 36.00 |
| | 7/27/2009 | Murray-NY-Bos (coach) US Airways 06/08/2009 | 339.60 |
| | 7/27/2009 | Murray-NY-Bos (coach) US Airways 06/12/2009 | 359.60 |
| | 7/27/2009 | Murray-NY-BOS AmexSvc Fee 05/14/2009 | 36.00 |
| | 7/27/2009 | Murray-NY-BOS AmexTravel SvcFee 06/08/2009 | 36.00 |
| | 7/27/2009 | Murray-NYC 2nts@Peninsula ($450/n) 06/12/2009 | 1,035.26 |
| | 7/27/2009 | Murray-NYC- 3nts@Peninsula ($450/n) 06/05/2009 | 1,552.89 |
| | 7/27/2009 | Murray-NYC-1n@Ritz Battery Pk($325/n) 05/30/2009 | 374.81 |
| | 7/27/2009 | Murray-NYC-2nts@Peninsula ($450/n) 05/29/2009 | 1,035.26 |
| | 7/27/2009 | Murray-NYC-BOS AmexTravel- SvceFee 05/30/2009 | 36.00 |
| | 7/27/2009 | Murray-NYC-BOS AmexTravel- SvceFee 06/02/2009 | 36.00 |
| | 7/27/2009 | Murray-NYC-BOS(coach)- Delta 05/15/2009 | 139.60 |
| | 7/27/2009 | Murray-NYC-BOS(Coach)- Delta 05/30/2009 | 139.60 |
| | 7/27/2009 | Murray-Tor-Bos (coach) Air Canada 05/21/2009 | 1,008.34 |
| | 7/27/2009 | Murray-Toronto-1n@4Seasons ($335/n) 05/21/2009 | 345.04 |
| | 7/27/2009 | Murray-US AIRWAYS NEW YORK NY 05/13/2009 | (139.60) |
| | 7/27/2009 | Murray-US AIRWAYS NEW YORK NY 05/27/2009 | (139.60) |
| | 7/1/2009 | Orazem-5/23 Parking charge 05/23/2009 | 10.00 |
| | 7/1/2009 | Orazem-5/24 parking 05/25/2009 | 9.00 |
| | 7/1/2009 | Orazem-5/26 Parking charge 05/27/2009 | 12.00 |
| | 7/1/2009 | Orazem-5/27 parking charge 05/27/2009 | 23.00 |
| | 7/1/2009 | Orazem-5/27-29 Airport parking 05/29/2009 | 60.00 |
| | 7/1/2009 | Orazem-5/28-29 Hotel charge 05/30/2009 | 192.79 |
| | 7/1/2009 | Orazem-6/10 Parking 06/10/2009 | 11.00 |
| | 7/1/2009 | Orazem-6/11 Parking 06/11/2009 | 11.00 |
| | 7/1/2009 | Orazem-6/12 Parking 06/12/2009 | 11.00 |
| | 7/1/2009 | Orazem-6/2 parking 06/02/2009 | 12.00 |

Nortel_Jul 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | | | |
| | 7/1/2009 | Orazem-6/3 Parking 06/03/2009 | 11.00 |
| | 7/1/2009 | Orazem-6/3-5 Parking at airport 06/05/2009 | 60.00 |
| | 7/1/2009 | Orazem-6/8 Parking 06/09/2009 | 22.00 |
| | 7/1/2009 | Orazem-AmEx Travel Fee 05/28/2009 | 36.00 |
| | 7/1/2009 | Orazem-AmEx Travel Fee 06/03/2009 | 36.00 |
| | 7/1/2009 | Orazem-AmEx Travel Fee 06/03/2009 | 36.00 |
| | 7/1/2009 | Orazem-Hotel charge in Ottawa 5/27-28 05/29/2009 | 282.21 |
| | 7/1/2009 | Orazem-LAZ PARKING 874 LAZ BOSTON MA 05/22/2009 | 24.00 |
| | 7/1/2009 | Orazem-LAZ PARKING 875 BOSTON MA 05/21/2009 | 48.00 |
| | 7/1/2009 | Orazem-LAZ PARKING 875 LAZ BOSTON MA 05/22/2009 | 11.00 |
| | 7/1/2009 | Orazem-Parking 5/14 05/14/2009 | 22.00 |
| | 7/1/2009 | Orazem-Parking 5/15 05/15/2009 | 22.00 |
| | 7/1/2009 | Orazem-Parking 5/16 05/16/2009 | 10.00 |
| | 7/1/2009 | Orazem-Parking 5/18 05/18/2009 | 11.00 |
| | 7/1/2009 | Orazem-Parking 5/19 05/19/2009 | 11.00 |
| | 7/1/2009 | Orazem-Tkt to Montreal 6/3 06/03/2009 | 1,568.43 |
| | 7/28/2009 | Savage-AirCanada/Toronto/NY - coach 07/07/2009 | 1,133.52 |
| | 7/28/2009 | Savage-American NY-Toronto-NY/coach 06/16/2009 | 1,421.76 |
| | 7/28/2009 | Savage-American NY-Toronto-NY-coach 07/07/2009 | 1,421.76 |
| | 7/28/2009 | Savage-Sheraton/Toronto 1nt $279 p/n 06/18/2009 | 288.20 |
| | 7/28/2009 | Savage-Ticket agent issuing fee 6/16 06/16/2009 | 36.00 |
| | 7/28/2009 | Savage-Ticket agent issuing fee 7/7 07/07/2009 | 36.00 |
| | 7/28/2009 | Savage-Ticket agent issuing fee 7/7 07/07/2009 | 36.00 |
| | | Subtotal: | 29,752.59 |

CLOSING BALANCE as of 7/31/2009   36,161.19