**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138 (KG) |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | RE: DOCKET NO. 1447 |

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, Daniel A. O'Brien, Esquire, a member of the bar of this Court, moves the admission *pro hac vice* of Joe M. Fears, Esquire, of Barber & Bartz, as counsel to Xeta Technologies, Inc. in the above-captioned cases.

Dated: September 10, 2009
Wilmington, Delaware

BAYARD, P.A.

_/s/ Daniel O'Brien_
Ashley B. Stitzer (No. 3891)
Daniel A. O'Brien (No. 4897)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Phone: (302) 655-5000
Fax: (302) 658-6395

*Attorneys for Xeta Technologies, Inc.*

{BAY:01379967v1}

{BAY:01379967v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Oklahoma, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

**BARBER & BARTZ**

_/s/ Joe M. Fears, Esq._
Joe M. Fears, Esquire
800 Park Centre
525 South Main Street
Tulsa, OK 74103-4511
Telephone: (918) 599-7755
Facsimile: (918) 599-7756
E-mail: jfears@barberbartz.com

*Attorneys for Xeta Technologies, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: September 10, 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2