## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection To The Motion Of Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition And Request For Related Emergency Relief** was caused to be made on September 11, 2009, in the manner indicated upon the entities on the attached service list.

Dated: September 11, 2009

_____
Andrew R. Remming (No. 5120)

3115313.1