## SERVICE LIST

**VIA FACSIMILE & HAND DELIVERY**

Kathleen Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Floor
Wilmington, DE 19801
Fax: 302-652-8405

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801
Fax: 302-573-6497

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
Fax: 302-651-7701

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE 19801
Fax: 302-652-4400

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801
Fax: 302-552-4295

David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Fax: 302 421-8390

David Elkind, Esq.
Mark Bane, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Fax: 212-596-9090

**VIA FACSIMILE & EMAIL**

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031
Fax: 404-873-8121
Email: dladdin@agg.com
frank.white@agg.com
darryl.laddin@agg.com

**VIA FACSIMILE**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Fax: 212-822-5219

Ken Coleman Esq.
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

3115313.1