IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :     Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               :     Case No. 09-10138 (KG)
                                                               :
         Debtors.                                              :     Jointly Administered
                                                               :
---------------------------------------------------------------X

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 15, 2009 AT 9:00 A.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, filed 3/20/09).

    Related Pleadings: None.

    Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended to September 23, 2009 at 4:00 p.m. (ET) for the Debtors.

    Responses Received: None at this time.

    Status: This matter has been adjourned to the hearing scheduled for September 30, 2009 at 10:00 a.m. (ET).

2.  Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, filed 5/11/09).

    Related Pleadings: None.

    Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Extended to September 23, 2009 at 4:00 p.m. (ET) for the Debtors and the Committee.

    Responses Received: None at this time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Status: This matter has been adjourned to the hearing scheduled for September 30, 2009 at 10:00 a.m. (ET).

3. Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives (D.I. 800, filed 5/29/09).

   Related Pleadings: None.

   Objection Deadline: June 19, 2009 at 4:00 p.m. (ET). Extended to October 6, 2009 at 4:00 p.m. for the Debtors and the Committee.

   Responses Received: None at this time.

   Status: This matter has been adjourned to the hearing scheduled for October 13, 2009 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

4. Debtors' Motion For Entry Of An Order Authorizing Payment Of Prepetition Termination Benefits To Certain Foreign Employees (D.I. 1386, filed 8/26/09).

   Related Pleadings:

   a) Declaration Of Charles S. Laubach In Support Of Debtors' Motion For Entry Of An Order Authorizing Payment Of Prepetition Termination Benefits To Certain Foreign Employees (D.I. 1389, filed 8/27/09); and

   b) Certificate Of No Objection (D.I. 1471, Filed 9/11/09).

   Objection Deadline: September 8, 2009 at 4:00 p.m. (ET).

   Responses Received: None.

   Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

5. Debtors' Motion For Authorization And Approval Of A Stipulation By And Between Computer Science Corporation And Nortel Networks Inc. (D.I. 1387, filed 8/26/09).

   Related Pleadings:

   a) Notice Of Filing Of Signed Stipulation Regarding The Setoff Of Prepetition Amounts Owed By And Between Computer Sciences Corporation And Nortel Networks, Inc (D.I. 1390, filed 8/27/09);

   b) Certificate Of No Objection (D.I. 1466, Filed 9/10/09).

   Objection Deadline: September 8, 2009 at 4:00 p.m. (ET).

Responses Received: None.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

6. Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 1391, filed 8/28/09).

   Related Pleadings:

   a) Certificate Of No Objection (D.I. 1467, Filed 9/10/09).

   Objection Deadline: September 8, 2009 at 4:00 p.m. (ET).

   Responses Received: None.

   Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

   None at this time.

CONTESTED MATTER GOING FORWARD:

7. Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1131, filed 7/20/09).

   Related Pleadings:

   a) Order Pursuant To Bankruptcy Code Sections 105, 363 And 365 (A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing (D.I. 1278, entered 8/4/09);

   b) Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing And (III) Related Relief And Dates (D.I. 1282, filed 8/4/09);

c) Affidavit of Publication (The Globe and Mail) (D.I. 1326, filed 8/17/09);

d) Affidavit of Publication (The Wall Street Journal) (D.I. 1327, filed 8/17/09); and

e) Affidavit of Publication (Financial Times) (DI. 1328, filed 8/17/09).

Objection Deadline: September 4, 2009 at 4:00 p.m. (ET). Extended to September 8, 2009 at 12:00 p.m. (ET) for Oracle USA, Inc. Extended to September 14, 2009 at 12:00 p.m. (ET) for Verizon Communications Inc. and Anixter, Inc. Extended to September 14, 2009 at 4:00 p.m. (ET) for the Pension Benefit Guaranty Corporation.

Supplemental objections to issues arising from and in connection with the Auction and/or the Debtors' selection of a Successful Bidder other than the Purchaser are due by 12:00 p.m. (ET) on September 14, 2009.

Responses Received:

a) Objection Of Motorola, Inc. To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry into the Asset and Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal, and (G) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interest in, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases (D.I. 1316, Filed 8/14/09);

b) Objection Of Macro 4, Inc. To Assumption and Assignment of Software License Agreement (D.I. 1331, Filed 8/17/09);

c) Limited, Initial Objection Of Intoto, LLC To Debtors' Motion For Orders Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases (D.I. 1426, filed 9/3/09);

d) Limited, Initial Objection Of Freescale Semiconductor, Inc. To Debtors' Motion For Orders Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases (D.I. 1427, filed 9/3/09);

e) Limited Objection To Debtors' Sale Of Its Equity Interest In DiamondWare, Ltd. (D.I. 1431, filed 9/4/09);

f) AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving Assumption And Assignment Procedures, (F) Authorizing The Filing

Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases, And (C) The Assumption And Sublease Of Certain Leases (D.I. 1432, filed 9/4/09);

g) Objection Of Telstra Corporation Limited To Debtors' Motion For Order (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bid Procedures (C) Authorizing And Approving Break-Up Fee And Expense Reimbursement And (D) Approving The Notice Procedures; (E) Approving The Assumption And Assignment Procedures (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases, And (C) The Assumption And Sublease Of Certain Leases [D.I. 1131] (D.I. 1433, filed 9/4/09);

h) Preliminary Objection And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Motion To Approve The Sale Of Certain Assets Of The Debtors' Enterprise Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And The Assumption And Assignment Of Certain Contracts (D.I. 1434, filed 9/4/09);

i) Limited Objection And Reservation Of Rights Of Flextronics Corporation And Flextronics Telecom Systems Ltd To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1435, filed 9/4/09); and

j) Reservation of Rights By Oracle USA, Inc. Regarding The Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And Sublease Of Certain Leases (D.I. 1436, filed 9/8/09).

<u>Status</u>: This matter is going forward.

Dated: September 11, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

3108180