IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                           :     Chapter 11
:
Nortel Networks Inc., et al.,[1]                :     Case No. 09-10138 (KG)
:
Debtors.                             :     Jointly Administered
:
------------------------------------------------------------X

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 11, 2009 AT 3:30 P.M. (EASTERN TIME)[3]

**PLEASE NOTE THAT THIS IS A TELEPHONIC HEARING**

**CHAMBERS HAS APPROVED PARTICIPATION VIA TELEPHONE AND PARTICIPANTS MUST MAKE ARRANGEMENTS THROUGH COURTCALL AT TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946)**

UNCONTESTED MATTERS GOING FORWARD:

1. Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition (D.I. 1443, Filed 9/9/09).

   Related Pleadings:

   a) Request For Expedited Hearing On The Emergency Motion Of The Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition (D.I. 1444, Filed 9/9/09);

   b) Order Granting The Affiliates Of Verizon Communications Inc.'s Request For Expedited Hearing (D.I. 1445, Entered 9/9/09); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    c)      Revised Date And Time For Teleconference Relating To Order Granting The Affiliates Of Verizon Communications Inc.'s Request For Expedited Hearing (D.I 1450, Filed 9/10/09).

<u>Objection Deadline</u>:  September 10, 2009 at 12:00 p.m. (ET)

**<u>Responses Received:</u>**

**a)**      **Debtors' Objection To The Motion Of Affiliates Of Verizon Communications Inc. To Compel Attendance At Deposition And Request For Related Emergency Relief (D.l. 1470, Filed 9/11/09).**

<u>Status</u>: The hearing on this matter is going forward.  Counsel for the Debtors understands Avaya opposes the emergency relief.  Counsel for the Debtors reserves their rights to object at the hearing.

Dated:  September 11, 2009
        Wilmington, Delaware

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                          James L. Bromley (No. 5125)
                                          Lisa M. Schweitzer (No. 1033)
                                          One Liberty Plaza
                                          New York, New York 10006
                                          Telephone:  (212) 225-2000
                                          Facsimile:  (212) 225-3999

                                                      - and -

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Andrew R. Remming*
                                          Derek C. Abbott (No. 3376)
                                          Eric D. Schwartz (No. 3134)
                                          Ann C. Cordo (No. 4817)
                                          Andrew R. Remming (No. 5120)
                                          1201 North Market Street, 18th Floor
                                          P.O. Box 1347
                                          Wilmington, DE  19899-1347
                                          Telephone:  (302) 658-9200
                                          Facsimile:  (302) 425-4663

                                          *Counsel for the Debtors and*
                                          *Debtors in Possession*

3112410