## EXHIBIT A: MATTERS FOR EXAMINATION

The matters on which examination is requested are set forth below:

1. <u>Verizon's Relevant Businesses</u>.  The following aspects of the businesses of Verizon that purchase any goods or services from the Debtors' Enterprise Solutions business unit ("<u>Debtors' Enterprise Business</u>"):    customers (each such customer, an "<u>End Customer</u>"), suppliers (in particular, existing competitors of the Debtors' Enterprise Business), and customary terms of Verizon's contracts with such customers and suppliers.

2. <u>Health and Safety Concerns</u>.  Impact of any disruption of provision of goods and services by the Debtor's Enterprise Business to Verizon's End Customers, and alternate measures that could be adopted by Verizon to mitigate the adverse effects of such disruption.

3. <u>Transition</u>.  Feasibility, cost and lead time required to replace Debtors' Enterprise Business as a supplier to Verizon with another supplier.

4. <u>Negotiations with Avaya Inc</u>.  Details of Verizon's negotiations with Avaya Inc. ("<u>Avaya</u>") in connection with Avaya's bid for the Debtors' Enterprise Business.