## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of Verizon Communications Inc. Under Rule 30(b)(6)** was caused to be made on September 11, 2009, in the manner indicated upon the entities identified below.

Dated: September 11, 2009

                                                Andrew R. Remming (No. 5120)

**VIA FACSIMILE & HAND DELIVERY**

Kathleen Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Floor
Wilmington, DE 19801
Fax: 302-652-8405

**VIA FACSIMILE**

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031
Fax: 404-873-8121

3115805.1