IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                                 : SS.
NEW CASTLE COUNTY :

      Tracy A. Cameron, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 10th day of September 2009, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Notice of Second Interim Fee Application Request of Akin Gump Strauss & Feld LLP for the Period May 1, 2009 through July 31, 2009 [Docket No. 1453]*

*Notice of First Interim Fee Application Request of Richards, Layton & Finger, P.A. for the Period May 1, 2009 through July 31, 2009 [Docket No. 1454]*

*Notice of Second Interim Fee Application Request of Jefferies & Company, Inc. for the Period May 1, 2009 through July 31, 2009 [Docket No. 1455]*

*Notice of Second Interim Fee Application Request of Capstone Advisory Group, LLC for the Period May 1, 2009 through July 31, 2009 [Docket No. 1457]*

*Notice of First Interim Fee Application Request of Ashurst LLP for the Period May 1, 2009 through July 31, 2009 [Docket No. 1458]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

*Notice of Second Interim Fee Application Request of Fraser Milner Casgrain LLP for the Period May 1, 2009 through July 31, 2009 [Docket No. 1459]*

_____
Tracy A. Cameron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 11th day of September, 2009.

_____
Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires March 13, 2011

RLF1-3432215-1

## NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)
## SERVICE LIST

### VIA HAND DELIVERY

*(United States Trustee)*
Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

### VIA FIRST CLASS MAIL

*(Debtors)*
Gordon A. Davies
Nortel Networks Inc
195 The West Mall
Toronto, ON M9C 5K1

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036