**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **NORTEL NETWORKS, INC., et al.,** | ) | Case No. 09-10138 (KG) |
| | ) | Chapter 11 |
| | ) | JOINTLY ADMINISTERED |
| **Debtors.** | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE COURT, TO THE UNITED STATES TRUSTEE, TO THE DEBTORS AND THEIR COUNSEL OF RECORD, AND TO OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Joe M. Fears of Barber & Bartz, A Professional Corporation, hereby gives notice of his appearance in this Chapter 11 case on behalf of XETA Technologies, Inc., a creditor of the Debtor.

Pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Joe M. Fears of Barber & Bartz hereby requests notice of all matters in the above-captioned Chapter 11 case, or to other parties in interest, including, without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), copies of all proposed plans and disclosure statements, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, facsimile, telephone, telex or otherwise.  Any such notice as more particularly described above may be sent as follows:

XETA TECHNOLOGIES, INC.
c/o Joe M. Fears, Esq.
jfears@barberbartz.com
Barber & Bartz
800 Park Centre
525 South Main Street
Tulsa, Oklahoma 74103-4511

DATED this 11th day of September, 2009.

 s/ Joe M. Fears
Joe M. Fears, OBA #2850
jfears@barberbartz.com
BARBER & BARTZ, A PROFESSIONAL
CORPORATION
800 Park Centre
525 South Main Street
Tulsa, Oklahoma 74103-4511
Phone (918) 599-7755
Fax (918) 599-7756
Attorneys for XETA Technologies, Inc.

191-588
00097410

2