IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, Ayesha S. Chacko, of Campbell & Levine, LLC, hereby certify that on September 14, 2009, I caused a copy of the *Objection and Reservation of Rights of Anixter Inc. and Anixter De Mexico Sa De CV to Debtors' Motion for Orders (I) (A) Authorizing Debtors' Entry into the Asset and Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases* to be served upon the individuals listed

below in the manner indicated.

| VIA HAND DELIVERY<br>Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Ann C. Cordo, Esq.<br>Andrew R. Remming, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 | VIA FIRST CLASS MAIL<br>James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
|---|---|
| VIA FIRST CLASS MAIL<br>Mark I. Bane, Esq.<br>Anne H. Pak, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | VIA FIRST CLASS MAIL<br>Fred S. Hodara, Esq.<br>Stephen Kuhn, Esq.<br>Kenneth Davis, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| VIA HAND DELIVERY<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Roland Hlawaty, Esq.<br>Milbank Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY 10006 |
| VIA FIRST CLASS MAIL<br>US Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801 | |

Date: September 14, 2009          */s/Ayesha Chacko*
                                   Ayesha S. Chacko (No. 4994)

{D0161574.1 }