IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1] :
: Joint ly Administered
Debtors. :
: **RE: D.I.'s 1131, 1278**
:
---------------------------------------------------------------X

### NOTICE OF FILING OF SUCCESSFUL BID

**PLEASE TAKE NOTICE** that on July 20, 2009, the Debtors filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests in, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases [D.I. 1131] (the "Sale Motion")[2] seeking approval of the sale of substantially all of the assets, including the stock of certain subsidiaries of the Debtors, relating to the Enterprise Solutions Business of Nortel (the "Assets"), including the assumption and assignment of certain executory contracts and unexpired leases, and the assumption and sublease of certain unexpired leases, to Avaya Inc. pursuant to the Agreement (or to such other Successful Bidder or Alternate Bidder as may result from the Auction), and the approval of certain bidding procedures in connection with the proposed sale. By the Bidding Procedures Order, dated August 4, 2009 [D.I. 1278], the United States Bankruptcy Court for the District of Delaware approved bidding procedures (the "Bidding Procedures") to govern the sale by Nortel Networks Inc. and certain of its affiliates (collectively, the "Sellers") of the Assets.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures, the Sellers conducted an auction beginning on September 11, 2009, and concluding on September 14, 2009 (the "Auction"). The Successful Bid resulting from the Auction is a revised version of the Stalking Horse bid with Avaya Inc. as Purchaser, pursuant to the Amended and Restated Asset and Share Sale Agreement, dated as of September 14, 2009 (the "Successful Bid"). A hearing to consider approval of the sale of the Assets pursuant to the Successful Bid is scheduled for **September 16, 2009 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that any supplemental objections to the Successful Bid must be filed and served so as to be received by no later than **September 15, 2009 at 12:00 p.m. (ET)**.

| | |
|---|---|
| Dated: September 14, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Ann C. Cordo<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |