# Court Conference

**Calendar Date:** 09/11/2009
**Calendar Time:** 03:30 PM

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Amended Calendar 09/11/2009 12:06 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3062031 | Derek C. Abbott | 302-351-9357 | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Network / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3060775 | Micheal Bathon | (202) 661-7617 | Bloomberg News | Interested Party, Bloomberg News / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3060755 | Amelie Baudot | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3061080 | David Botter | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3060759 | Peg Brickley | (215) 462-0963 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3062064 | Phillip E Brown | (212) 649-9535 | PSAM | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3060299 | Robert Burns | (212) 554-1765 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3062220 | David S. Elkind | 212-841-0568 | Ropes & Gray LLP | Interested Party, Silver Lake / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3062082 | Ann C. Cordo | 302-498-6637 ext. 04 | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3062093 | Jennifer Feldsher | 212-508-6137 ext. 2668 | Bracewell & Giuliani - New York | Interested Party, MatlinPatterson Global Advisers / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3059956 | Stephen Grisanti | 602-769-2334 | Tricadia Capital | Creditor, Tricidia / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3062128 | Edwin Harron | 302-571-6703 | Young, Conaway Stargatt & Taylor, | Debtor, UK Administrators / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3063119 | Jared S Hendricks | (712) 672-4673 | Jared S Hendricks - In Pro Per | Representing, Nortel Network / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3060553 | Thomas Kreller | 213-892-4443 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3060668 | Darryl Laddin | (404) 873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3062586 | Patrick D. Marecki | (212) 530-5653 | Milbank, Tweed, Hadley & McCloy / Creditor, Ad Hoc Bond Holder Group / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3062158 | Selinda A. Melnik | 302-425-7103 | Edwards, Angell, Palmer & Dodge / Creditor, Pension Benefit Guaranty Fund of Ontario / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3060619 | Kathleen Miller | 302-652-8400 ext. 230 | Smith Katzenstein Furlow / Creditor, Verizon / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3063156 | Anneliese H. Pak | (212) 841-5740 | Ropes & Gray LLP / Creditor, Silver Lake Capital, et al / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3061109 | Abid Qureshi | 212-872-8027 | Akin, Gump, Strauss, Hauer & Feld, Inc. / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3062103 | David Rosenzweig | 212-318-3035 | Fulbright & Jaworski / Creditor, AT&T / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3061117 | Chris Samis | 302-651-7886 | Richards, Layton & Finger, P.A. / Debtor, Nortel Networks, Inc. / LIVE |