## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service** was caused to be made on September 15, 2009, in the manner indicated upon the entities on the attached service list.

Dated: September 15, 2009

Ann C. Cordo (No. 4817)

3121056.1