# SERVICE LIST

## VIA FACSIMILE & HAND DELIVERY

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
FAX: 302-651-7701

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801
FAX: 302-552-4295

Laura Davis Jones Esq.
Timothy P. Cairns Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market St. 17th Fl.
Wilmington, DE 19801
FAX: 302-652-4400

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
FAX: 302-573-6497

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801
FAX: 302-573-6431

## VIA FACSIMILE & OVERNIGHT DELIVERY

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump
One Bryant Park
New York, NY 10036
FAX: 212-872-1002

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
FAX: 212-610-6399

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
FAX: 212-822-5219

Lee J. Lofthus
Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001
FAX: (202) 514-3101

Internal Revenue Service
Centralized Insolvency Operation
11601 Roosevelt Blvd, Mail Drop N781
Philadelphia, PA 19255-0001
FAX: 215-516-2015

3119222.1