**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
*In re*                                                   :   Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[4]                        :   Case No. 09-10138 (KG)
                          Debtors.                        :
                                                          :   Jointly Administered
                                                          :
                                                          :   **Re: D.I.'s 1131, 1141, 1483**
                                                          :
------------------------------------------------------------X

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE REPLIES TO
(I) THE OBJECTION OF THE AFFILIATES OF VERIZON COMMUNICATIONS
INC. TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND
APPROVING THE SALE OF CERTAIN ASSETS OF, AND EQUITY
INTERESTS IN, DEBTORS' ENTERPRISE SOLUTIONS BUSINESS AND
(II) THE LIMITED OBJECTION BY CERTAIN PARTIES TO
THE SALE OF DEBTORS' EQUITY INTEREST IN DIAMONDWARE, LTD.**

Upon the Motion (the "Motion") of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order granting the Debtors leave to file replies to (i) the Limited Objection to Debtors' Sale of Its Equity Interest in DiamondWare, Ltd. [D.I. 1141] and (ii) the Objection of the Affiliates of Verizon Communications Inc. To Debtors' Motion For An Order Authorizing and Approving The Sale of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business [D.I. 1483] and in further support of the Sale Motion; and the Court having jurisdiction to

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion;

IT IS HEREBY ORDERED THAT:

1. The Debtors are hereby granted leave to file replies to the DiamondWare Objection and the Verizon Objection.

2. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____, 2009
      Wilmington, Delaware

 

                                               THE HONORABLE KEVIN GROSS
                                               UNITED STATES BANKRUPTCY JUDGE