# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Joint Administration |

*NOTICE OF WITHDRAWAL OF*
**OBJECTION OF TELSTRA CORPORATION LIMITED TO DEBTORS' MOTION FOR ORDER (I) (A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET AND SHARE SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BID PROCEDURES (C) AUTHORIZING AND APPROVING BREAK-UP FEE AND EXPENSE REIMBURSEMENT AND (D) APPROVING THE NOTICE PROCEDURES; (E) APPROVING THE ASSUMPTION AND ASSIGNMENT PROCEDURES (F) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL, AND (G) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF, AND EQUITY INTERESTS IN, DEBTORS' ENTERPRISE SOLUTIONS BUSINESS, (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES, AND (C) THE ASSUMPTION AND SUBLEASE OF CERTAIN LEASES [D.I. 1131]**

On September 4, 2009, Telstra Corporation Limited ("Telstra") filed an Objection (the "Objection") to the *Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset and Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents Under Seal, and (G) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests in, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases* [D.I. 1131] (the "Sale Motion"). Telstra hereby withdraws that Objection on the conditions stated below.

1. Based on communications with Debtor's U.S. counsel, Telstra understands that issues surrounding assumption and assignment of the Debtor's executory contracts, including the June 26, 2000 cross-licensing agreement (the "Licence Agreement") between Telstra and one of the Debtors, Nortel Networks Limited ("NNL") in relation to two patent families (the "Licenced Intellectual Property"), will not be addressed at the present juncture, but will be addressed at a later date in connection with the assumption and assignment process established by this Court in connection with the Sale Motion. Accordingly, Telstra understands that the effect of the Sale Order to be entered on September 16, 2009, by this Court is not to deprive Telstra of its rights under the Licence Agreement, including without limitation the royalty-free license in the Licenced Intellectual Property granted by the Licence Agreement.

2. In express reliance upon the representations of Debtor's counsel to the effect of the above, Telstra withdraws the Objection, but reserves its rights to assert the Objection at a later time. Further, Telstra expressly reserves all of its rights, including without limitation all rights to object in any proceeding hereafter, in any court or other proceeding, to actions by any party that may have an affect on the Licence Agreement.

Dated: September 16, 2009
Wilmington, Delaware

Respectfully submitted,

TELSTRA CORPORATION LIMITED
By their attorneys,

/s/ Lee Harrington
NIXON PEABODY LLP
Robert Christmas
Lee Harrington (DE No. 4046)
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111