September 7, 2009

United States Bankruptcy Court
District of Delaware
Case number 09-10138
Nortel Networks Inc
Attn: Mr. David Bird

Re: Correction to Nortel document #1, docket 801

Dear Mr. Bird:

It has come to my attention that Nortel Networks has filed in this case this document titled "GENERAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES" which provides a list of Nortel's assets and liabilities. This document contains two inaccuracies relative to my claim status. First in Schedule F on electronic page 426, I am listed by my employee number 5042759 and incorrectly listed with an "Unsecured Nonpriority" claim. Based on my previously filed Proof of Claim # 322 I should be listed in Section E as holding a $10,950.00 Priority creditor's claim (per 11 U.S.C. 507a) with the remainder of my non-priority claim amount being listed in Schedule F.

Secondly Nortel has my address incorrectly listed in the document as North Carolina. While employed by Nortel and continuing today my correct address is 281 Addison Ave. Palo Alto, Ca. 94301. I am a resident of the State of California.

I ask that you change the records accordingly.

Sincerely,

Richard C. Brand
Richard C. Brand
Nortel Employee 5042759

Cc: Epiq Bankruptcy Solutions