# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtor Reply To The Objection Of Affiliates Of Verizon Communications Inc. To Debtors' Motion For An order Authorizing And Approving The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business** was caused to be made on September 16, 2009, in the manner indicated upon the entities listed below.

Dated: September 16, 2009

Ann C. Cordo (No. 4817)

**VIA FACSIMILE & HAND DELIVERY**

Kathleen Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Floor
Wilmington, DE 19801
Fax: 302-652-8405

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801
Fax: 302-573-6497

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
Fax: 302-651-7701

**VIA FACSIMILE**

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031
Fax: 404-873-8121

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

3121805.1