## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Debtors' Reply To The Limited Objection To The Debtors' Sale Of Its Equity Interest In Diamondware, Ltd.** was caused to be made on September 16, 2009, in the manner indicated upon the entities identified below:

Date: September 16, 2009

_____
Ann C. Cordo (# 4817)

**VIA FACSIMILE & HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
Fax: 302-651-7701

**VIA FACSIMILE**

Jeffrey B. Rose
Tishler & Walk, Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606
Fax: 312-876-3800

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

3121815.1