# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 16, 2009 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

OMNIBUS, Sale  HEARING (continued from 9/15/09)

**R / M #:**   1,502 /  0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 -  Continued to 9/30/09 @ 10:00 a.m.

#2 -  Continued to 9/30/09 @ 10:00 a.m.

#3 - Continued to 10/13/09 @ 10:00 a.m.

#4 - #6 - CNO Filed and Order Signed

#7 -  Sale - Approved  -  Order Signed

   Verizon objection -   Objection Over Ruled

#8 - IRS matter -  Order Signed - SchedulingConference - Date set 9/30/09 @ 10 am