# SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.
CASE NO.: 09-10138-KG

COURTROOM LOCATION: 3
DATE: 9/16/2009

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daryl Laddin | Arnall Golden Gregory | Verizon |
| Mark Bane | Ropes + Gray LLP | Avaya |
| Evelyn J. Meltzer | Pepper Hamilton LLP | Avaya |
| Duane D. Werb | Werb & Sullivan | Emerson |
| Amanda Winfry | Ashby + Geddes PA | AT&T |
| Kathy Miller | Smith Katzenstein | Verizon |
| Fred Hodara | Akin Gump | Committee |
| Ryan Jacobs | Akin Gump | " |
| Tony Feuerstein | Akin Gump | " |
| Chris Samis | Richards Layton & Finger | D |
| Ann Cordo | Morris Nichols Arsht + Tunnell | Debtors |
| Derek Abbott | " | " |
| Jim Bromley | Cleary Gottlieb Steen + Hamilton | " |
| Jeremy Sacks | " | " |
| Sujeet Malik | " | " |
| Jaime Luton | YCST | UK Administrators |

# SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.  COURTROOM LOCATION: 3
CASE NO.: 09-10138-KG  DATE: 9/16/2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Rosenzweig | Fulbright & Jaworski | AT&T |
| Alesha Chacko | Campbell & Levine | Anixter |
| Vicente Matias Murrell | Pension Benefit Guaranty Corp. | " |
| John Klein | Wells & Sullivan | Emerson |
| Richard L. Schepacarter | USDOJ - OUST | OUST |
| Darryl Laddin | Arnall Golden Gregory | Verizon |
| Kathy Miller | Smith Katzenstein | Verizon |
| Carl Neff | Ciardi Ciardi Astin | SUMP |
| William Hazeltine | Sullivan Hazeltine Allinson | Freescale Semiconductor & Intoto |
| Elihu E. Allinson III | " | Motorola, Inc. |

# Court Conference

Calendar Date: 09/16/2009
Calendar Time: 10:00 AM

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Amended Calendar 09/16/2009 07:20 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3068087 | Craig B. Brod | (212) 225-2650 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3065599 | Alice D. Burke | (312) 876-7700 | Latham & Watkins | Creditor, Ciena Capital / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3056936 | Robert Burns | (212) 554-1768 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3054117 | Amish Doshi | (212) 297-5828 | Day Pitney, LLP | Creditor, Oracle / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067746 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3066298 | Jennifer Feldsher | 212-508-6137 ext. 2888 | Bracewell & Giuliani - New York | Interested Party, MatlinPatterson Global Advisers / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3061687 | David A. Fidler | (310) 407-4086 | Klee, Tuchin, Bogdanoff & Stern, LLP | Creditor, Sanmina / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3068925 | Jan M. Geht | 202-307-6419 | U.S. Department of Justice | Interested Party, U.S. Department of Justice / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3070774 | Eric Geller | (212) 723-6064 | CitiGroup | Creditor, CitiGroup / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3063620 | Stephen Grisanti | 602-769-2334 | Tricadia Capital | Creditor, Tricadia / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3068984 | Lisa Kraidin | 212-610-7300 | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3063504 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 2619017 | Steven J. Reisman | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3062238 | Jeffrey B. Rose | (312) 876-3800 ext. 21 | Tishler & Wald | Creditor, Keith Weiner, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067758 | Jon Vigano | 312-258-5792 | Schiff Hardin LLP | Creditor, Anixter / LIVE |

Serenia Taylor   CourtConfCal2007   Page 1 of 4

| Nortel Networks Inc., et al | 09-10138 | Hearing | 3063580 | Jacob Zand | 646-885-3560 | Jacob Zand - In Pro Per | In Propria Persona, Jacob Zand / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3062146 | Erin Zavalkoff | 212-407-6921 | Vedder Price | Creditor, Telmar / LIVE |

# Court Conference

# U.S. Bankruptcy Court-Delaware

Calendar Date: 09/16/2009
Calendar Time: ~~04:00 PM~~ 1:30 pm

Confirmed Telephonic Appearance Schedule
Honorable Kevin Gross
Courtroom

Amended Calendar 09/16/2009 07:20 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3068102 | Craig B. Brod | (212) 225-2650 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067882 | Alice D. Burke | (212) 876-7706 | Latham & Watkins | Creditor, Ciena Capital / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067931 | Robert Burns | (212) 554-1798 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067893 | Amish Doshi | 212-297-5938 | Day Pitney, LLP | Creditor, Oracle / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067922 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067911 | Jennifer Feldsher | 212-508-6137 ext. 2866 | Bracewell & Giuliani - New York | Interested Party, MatlinPatterson Global Advisers / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067957 | David A. Fidler | (310) 407-4080 | Klee, Tuchin, Bogdanoff & Stern, LLP | Creditor, Sanmina / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3068067 | Stephen Grisanti | 602-469-2334 | Tricadia Capital | Creditor, Tricidia / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3068082 | Steven J. Reisman | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067978 | Jeffrey B. Rose | (312) 876-3800 ext. 21 | Tishler & Wald | Creditor, Keith Weiner, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3068054 | Jacob Zand | 646-885-3560 | Jacob Zand - In Pro Per | In Propria Persona, Jacob Zand / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067968 | Erin Zavalkoff | 212-407-6921 | Vedder Price | Creditor, Telmar / LIVE |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 09/16/2009
Calendar Time: 01:30 PM

Amended Calendar 09/16/2009 07:20 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3068094 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy, Group / LIVE | Creditor, Bond Holders |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3067924 | Jon Vigano | 312-258-5792 | Schiff Hardin LLP | Creditor, Anixter / LIVE |