IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 1491, 1492, 1493 AND 1504]

PLEASE TAKE NOTICE that on September 16, 2009, copies of the following were served in the manner indicated upon the entities listed on the attached service list.

- Order Approving the Stipulation By And Between Nortel Networks Inc. And Computer Science Corporation (D.I. 1491, Entered 9/15/09).

- Order Pursuant To Section 1121(d)(1) of The Bankruptcy Code Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 1492, Entered 9/15/09).

- Order Authorizing Payment Of Prepetition Termination Benefits To Certain Foreign Employees (D.I. 1493, Entered 9/15/09).

- Order Granting Debtors' Motion for Leave to File Replies to (I) the Objection of the Affiliates of Verizon Communications Inc. to Debtors' Motion for an Order Authorizing and Approving the Sale of Certain Assets of, and Equity Interests In, Debtors' Enterprise Solutions Business and (II) the Limited Objection by Certain Parties

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

to the Sale of Debtors' Equity Interest in Diamondware, Ltd. (D.I. 1504, Entered 9/16/09).

Dated: September 16, 2009
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (No. 5125)
    Lisa M. Schweitzer (No. 1033)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Andrew R. Remming (No. 5120)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: 302-658-9200
    Facsimile: 302-425-4663

    *Counsel for the Debtors and*
    *Debtors in Possession*

3122355.1