IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                               : Chapter 11

Nortel Networks Inc., *et al.*,[1]                  : Case No. 09-10138 (KG)

                Debtors.                : Jointly Administered

------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 1509, 1510 AND 1511]

PLEASE TAKE NOTICE that on September 16, 2009, copies of the following were served in the manner indicated upon the entities listed on the attached service list.

- **Order Shortening Notice of NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1509, Entered 9/16/09).**

- **Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1510, Entered 9/16/09).**

- **Order Shortening Notice Of Debtor Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1511, Entered 9/16/09).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: September 16, 2009
       Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (No. 5125)
    Lisa M. Schweitzer (No. 1033)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Ann Cordo
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Andrew R. Remming (No. 5120)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: 302-658-9200
    Facsimile: 302-425-4663

    *Counsel for the Debtors and*
    *Debtors in Possession*

3122554.1