**EXHIBIT D**

NNI POC BDN SUPP 9-16-09
NATIONAL LAND COMPANY, LLC
ATTN: D. PALADINO
2600 S. OCEAN BLVD., 508S
PALM BEACH, FL  33480

NNI POC BDN SUPP 9-16-09
TOWN OF MANGONIA PARK
ATTN: CHIEF ADMINISTRATIVE OFFICER
1755 EAST TIFFANY DRIVE
MANGONIA PARK, FL  33407

NNI POC BDN SUPP 9-16-09
SOUTHEASTERN FREIGHT LINES
ATTN: MR. BROGDON
P.O. BOX 1691
COLUMBIA, SC  29202

NNI POC BDN SUPP 9-16-09
FRANZETTI LAW FIRM
ATTN: LINDA B. BACKE
COUNSEL TO THE LCCS GROUP
10 S. LASALLE ST., SUITE 3600
CHICAGO, IL  60603

NNI POC BDN SUPP 9-16-09
NIJMAN FRANZETTI LLP
10 S. LASALLE ST., SUITE 3600
COUNSEL TO THE LCCS GROUP
CHICAGO, IL  60603

NNI POC BDN SUPP 9-16-09
U.S. EPA, REGION 5
ATTN: J.A. CAHN, ESQ.
77 WEST JACKSON BLVD.
CHICAGO, IL  60604