## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Orders (I)(A) Authorizing And Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures, And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving Sale Of Debtors' Next Generation Service Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances** was caused to be made on September 21, 2009, in the manner indicated upon the entities on the attached service list.

Dated: September 21, 2009

                                                  */s Ann C. Cordo*
                                                  Ann C. Cordo (No. 4817)

3128503.1