**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                                                          :
*In re*                                                   :    Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
                                                          :
                       Debtors.                           :    Jointly Administered
                                                          :
-------------------------------------------------------- X    **RE: D.I. _____**

**ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE
RELATING TO CERTAIN ELEMENTS OF DEBTORS' MOTION
FOR ORDERS (I)(A) AUTHORIZING AND APPROVING
SALE PROCEDURES, (B) AUTHORIZING AND APPROVING
NOTICE PROCEDURES, AND (C) SETTING A
DATE FOR SALE HEARING, AND (II) AUTHORIZING AND
APPROVING SALE OF DEBTORS' NEXT
GENERATION PACKET CORE NETWORK COMPONENTS
FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

Upon the motion dated September 21, 2009 (the "Motion")[2] of Nortel Networks Inc. and

its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion, pursuant to section

102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the

notice period related to the Debtors' Motion (i) to permit consideration on shortened notice of

certain elements of Debtors' Motion (the "Sale Motion") for Orders, (I)(a) authorizing and

approving sale procedures (the "Sale Procedures") in connection with the proposed sale of the

Assets by the Debtors (the "Transaction" or "Sale"), (b) authorizing and approving the forms of

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Sale Procedure Notice and Publication Notice, and approving the manner of solicitation of bids and notice of the sale (collectively, the "Notice Procedures"), (c) setting the time, date, and place of a hearing to consider the sale (the "Sale Hearing"), and (II) authorizing and approving sale of the Debtors' Next Generation Packet Core network components (the "Assets") free and clear of all liens, claims and encumbrances; and (ii) granting them such other and further relief as the Court deems just and proper; and adequate notice of the Sale Motion having been given; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Sale Motion is in the best interest of the Debtors' estates, the Debtors' creditors and other parties in interest in these cases; and the Court having determined that "cause" exists to shorten the notice period related to the Sale Motion; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Sale Procedures Relief as defined in the motion will be considered at the hearing scheduled for **September 30, 2009 at 10:00 a.m.** (ET).

2.      Objections, if any, to the Sale Procedures Relief requested in the sale motion to be heard on **September 30, 2009 at 10:00 a.m.** (ET) shall be filed and served no later than **September 25, 2009 at 12:00 p.m.** (ET).

3.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
      Wilmington, Delaware

                                         _____
                                         THE HONORABLE KEVIN GROSS
                                         UNITED STATES BANKRUPTCY JUDGE