## CERTIFICATE OF SERVICE

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I)(A) Authorizing And Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures, And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving Sale Of Debtors' Next Generation Service Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances** was caused to be made on September 21, 2009, in the manner indicated upon the entities on the attached service list.

Dated: September 21, 2009

                                                              */s Ann C. Cordo*
                                                             Ann C. Cordo (No. 4817)