# **EXHIBIT B**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/4/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 8/10-8/13. | 1,461.88 |
| 8/5/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 8/17-8/20. | 982.35 |
| 8/5/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 8/24-8/27. Travel arrangements for week canceled at client request and travel voucher issued to be used toward future Nortel flight. | 508.28 |
| 8/20/2009 | Coley P. Brown | Airfare | Flight to and from Toronto for week of 8/31-9/3 for Nortel, traveling to client site. | 655.44 |
| 8/26/2009 | Coley P. Brown | Airfare | Airfare to and from Toronto for week of 9/8 - 9/10, traveling to client site. | 682.11 |
| 8/24/2009 | James Lukenda | Airfare | EWR to YYZ, CO AZDEWS for 9-2. | 328.23 |
| 8/1/2009 | Joseph J. McKenna | Airfare | United Airlines; EWR to YYZ;  8/4/09 - 8/6/09; Travel to/from Nortel offices in Toronto. | 652.97 |
| 8/6/2009 | Joseph J. McKenna | Airfare | Continental Airlines; EWR to YYZ; 8/10/09-8/13/09. | 717.02 |
| 8/11/2009 | Joseph J. McKenna | Airfare | Air Canada, New York EWR to Toronto YYZ, 8/17/09 - 8/20/09. | 766.37 |
| 8/20/2009 | Joseph J. McKenna | Airfare | United Airlines, NY LGA to/from Chicago ORD, 8/24 to 8/27; working with Chicago-based team on Nortel project. | 435.20 |
| 8/25/2009 | Joseph J. McKenna | Airfare | Continental Airlines; YYZ to LGA; 8/31 to 9/3; Travel to Nortel offices. | 867.94 |
| 8/6/2009 | Lee A. Sweigart | Airfare | Air Canada - IND/YYZ - 8/10 - 8/13. | 1,474.63 |
| 8/14/2009 | Lee A. Sweigart | Airfare | Air Canada - IND/YYZ - 8/17 - 8/19. | 1,582.70 |
| 8/28/2009 | Lee A. Sweigart | Airfare | Air Canada - IND/YYZ - 8/31 - 9/3. | 1,408.71 |
| 8/6/2009 | Matthew J. Fisher | Airfare | Porter, Chicago to Toronto, 8/4 - 8/6, travel to Debtors office. | 987.62 |
| 8/11/2009 | Matthew J. Fisher | Airfare | Porter, Chicago to Toronto, 8/10 - 8/11, roundtrip to Debtors office. | 1,439.90 |
| 8/19/2009 | Matthew J. Fisher | Airfare | Porter, Chicago to Toronto, 8/17-8/20, travel to Debtors office. | 1,439.50 |
| 8/10/2009 | Michael E. Scannella | Airfare | Continental, EWR to YYZ, 8/10 - 8/13, travel to client site. | 919.23 |
| 8/11/2009 | Michael E. Scannella | Airfare | Continental, EWR to YYZ, 8/17 - 8/20, travel to client site. | 510.09 |
| 8/10/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to airport for travel on Nortel. | 40.00 |
| 8/12/2009 | Coley P. Brown | Ground Transportation | Cab ride to and from dinner in Toronto while on Nortel engagement. | 20.00 |
| 8/13/2009 | Coley P. Brown | Ground Transportation | Cab ride from airport to residence after travel on Nortel. | 40.00 |
| 8/17/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for Nortel travel. | 40.00 |
| 8/17/2009 | Coley P. Brown | Ground Transportation | Cab ride from YYZ to Nortel headquarters at 195 The West Mall. | 40.00 |
| 8/20/2009 | Coley P. Brown | Ground Transportation | Cab ride from airport to residence after travel to Nortel. | 40.00 |
| 8/31/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to O'Hare airport for travel on Nortel. | 40.00 |
| 8/5/2009 | James Lukenda | Ground Transportation | Car from Nortel office to YYZ. | 32.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/4/2009 | Joseph J. McKenna | Ground Transportation | Residence (NYC) to Newark Airport. | 89.81 |
| 8/6/2009 | Joseph J. McKenna | Ground Transportation | NJ Transit; Newark Airport to Residence (NYC). | 15.00 |
| 8/10/2009 | Joseph J. McKenna | Ground Transportation | Residence (NYC) to Newark Airport. | 66.00 |
| 8/12/2009 | Joseph J. McKenna | Ground Transportation | Hotel to restaurant for dinner (Toronto, ON). | 8.00 |
| 8/13/2009 | Joseph J. McKenna | Ground Transportation | Newark Airport to residence (NYC). | 75.00 |
| 8/17/2009 | Joseph J. McKenna | Ground Transportation | Cab ride from Toronto Airport (YYZ) to Nortel Office. | 35.00 |
| 8/17/2009 | Joseph J. McKenna | Ground Transportation | NYC to Newark Airport (EWR) for travel to Toronto. | 66.00 |
| 8/20/2009 | Joseph J. McKenna | Ground Transportation | Cab ride from LGA to home (NYC). | 39.00 |
| 8/24/2009 | Joseph J. McKenna | Ground Transportation | Cab ride from hotel (Halsted and W. Madison) to restaurant (Addison and Clark) for dinner while traveling. | 15.00 |
| 8/24/2009 | Joseph J. McKenna | Ground Transportation | Car from residence to New York LaGuardia Airport (LGA). | 52.00 |
| 8/24/2009 | Joseph J. McKenna | Ground Transportation | Car from O'Hare to hotel in downtown Chicago (Halsted and W. Madison). | 45.35 |
| 8/24/2009 | Joseph J. McKenna | Ground Transportation | Cab ride home from dinner (Clark and Addison) to hotel (Halsted and W. Madison). | 14.00 |
| 8/26/2009 | Joseph J. McKenna | Ground Transportation | Cab ride from restaurant (Sheffield and Armitage) to hotel (Halsted and W. Madison) for dinner while traveling. | 11.75 |
| 8/26/2009 | Joseph J. McKenna | Ground Transportation | Cab ride from Chicago office (Clinton and Jackson) to dinner (Sheffield and Armitage) while traveling. | 14.00 |
| 8/27/2009 | Joseph J. McKenna | Ground Transportation | Cab ride from hotel (Halsted and W. Madison) to Chicago Office. | 6.00 |
| 8/27/2009 | Joseph J. McKenna | Ground Transportation | CTA - Train from Chicago office to O'Hare Airport while traveling on Nortel engagement. | 2.25 |
| 8/27/2009 | Joseph J. McKenna | Ground Transportation | Car from LGA to home. | 38.00 |
| 8/31/2009 | Joseph J. McKenna | Ground Transportation | Car from residence to LaGuardia airport. | 66.00 |
| 8/31/2009 | Joseph J. McKenna | Ground Transportation | Cab from Toronto airport (YYZ) to Nortel offices. | 41.00 |
| 8/4/2009 | Lee A. Sweigart | Ground Transportation | Ride to Nortel from YYZ - 8/4. | 37.56 |
| 8/10/2009 | Lee A. Sweigart | Ground Transportation | Ride to Nortel from YYZ - 8/10. | 37.04 |
| 8/12/2009 | Lee A. Sweigart | Ground Transportation | Round trip ride to dinner from Westin Harbour Castle while traveling out of town. | 20.00 |
| 8/17/2009 | Lee A. Sweigart | Ground Transportation | Ride to Nortel from YYZ - 8/17. | 36.19 |
| 8/21/2009 | Lee A. Sweigart | Ground Transportation | Ride to YYZ from Nortel - 8/19. | 35.64 |
| 8/26/2009 | Lee A. Sweigart | Ground Transportation | Round trip ride to Huron office from Westin River North while traveling out of town. | 22.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/27/2009 | Lee A. Sweigart | Ground Transportation | Round trip ride to Huron office from Westin River North while traveling out of town. | 22.00 |
| 8/27/2009 | Lee A. Sweigart | Ground Transportation | Round trip ride to dinner from Westin River North while traveling out of town. | 22.00 |
| 8/4/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport city centre to 195 West Mall. | 33.00 |
| 8/4/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (MDW). | 30.00 |
| 8/6/2009 | Matthew J. Fisher | Ground Transportation | Transportation from 195 West Mall to airport city centre. | 50.60 |
| 8/6/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (MDW) to residence. | 30.00 |
| 8/10/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport city centre to 195 West Mall. | 33.00 |
| 8/10/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (MDW). | 30.00 |
| 8/11/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (MDW) to residence. | 30.00 |
| 8/17/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport city centre to 195 West Mall. | 33.00 |
| 8/17/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (MDW). | 30.00 |
| 8/20/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (MDW) to residence. | 30.00 |
| 8/31/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (MDW). | 30.00 |
| 8/31/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport city centre to 195 West Mall. | 40.00 |
| 8/20/2009 | Michael E. Scannella | Ground Transportation | Nortel Networks, Toronto Office to YYZ, transportation to airport. | 35.89 |
| 7/30/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel from 7/27-7/30 (3 nights). Hotel $413.86 + Parking $60.00 = $473.86. Added $20 for parking and maid tips during stay. | 433.86 |
| 8/13/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto for week of 8/10 - 8/13 (3 nights). Hotel $399.54 + Parking $60 = $459.54. Added $20 for valet and maid tips during stay. | 419.54 |
| 8/20/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel in Toronto for week of 8/17-8/20 (3 nights). Added $20 for valet and maid tips during stay. | 433.09 |
| 8/4/2009 | James Lukenda | Hotel/Lodging | Westin (C141.25@1.12) plus maid tip (C5.00@1.12), 1 night. | 130.57 |
| 8/1/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Harbour Castle, Toronto, ON; 07/27-07/30; Hotel while visiting Nortel Offices in Toronto, 3 nights. | 401.94 |
| 8/7/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Harbour Castle, Toronto, ON; 8/4/09-8/6/09; Visit to Nortel; 2 Nights. | 308.10 |
| 8/14/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Harbour Castle; Toronto, ON; 8/10/09-8/13/09; Visit to Nortel; 3 Nights. | 402.54 |
| 8/21/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Harbour Castle, Toronto, ON; 8/17-8/20; Visit to Nortel (3 nights). | 397.46 |
| 8/28/2009 | Joseph J. McKenna | Hotel/Lodging | Crown Plaza, Chicago, IL; 8/24/09 to 8/27/09; Working with Chicago-based Nortel team (3 nights). | 446.61 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---:|
| 8/6/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle - 8/4 - 8/6, 2 nights. | 272.90 |
| 8/13/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle - 8/10 - 8/13, 3 nights. | 417.56 |
| 8/19/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle - 8/17 - 8/19, 2 nights. | 263.40 |
| 8/28/2009 | Lee A. Sweigart | Hotel/Lodging | Westin River North Chicago - 8/25-8/28, 3 nights. | 768.19 |
| 8/6/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 8/4 - 8/6, lodging during visit to Debtors office, 2 nights. | 282.62 |
| 8/11/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 8/10 - 8/11, lodging during visit to Debtors office, 1 night. | 142.87 |
| 8/18/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 8/17 - 8/19, lodging during visit to Debtors office, 2 nights. | 248.07 |
| 8/19/2009 | Matthew J. Fisher | Hotel/Lodging | Toronto Marriott, 8/19/09, lodging in Toronto near Debtors office, 1 night. | 228.00 |
| 8/13/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 8/10 - 8/13, Hotel while traveling to client site, room + tips, 3 nights. | 412.56 |
| 8/20/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 8/17 - 8/20, 3 nights, lodging while at client site, room + tip. | 408.74 |
| 7/28/2009 | Coley P. Brown | Meals | Dinner at Spring Rolls for Coley Brown and Joe McKenna (2 people). | 64.10 |
| 7/30/2009 | Coley P. Brown | Meals | Dinner at The Keg for Coley Brown and Joe McKenna (2 people). | 100.00 |
| 8/10/2009 | Coley P. Brown | Meals | Breakfast at airport for Coley Brown (1 person). | 8.62 |
| 8/13/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for week of 8/10-8/13 for Coley Brown (1 person). | 15.00 |
| 8/13/2009 | Coley P. Brown | Meals | Travel dinner at YYZ for Coley Brown (1 person). | 22.74 |
| 8/17/2009 | Coley P. Brown | Meals | Breakfast at airport for Coley Brown (1 person) while traveling on Nortel. | 7.90 |
| 8/18/2009 | Coley P. Brown | Meals | Dinner at Tappo Wine Bar & Restaurant for Matt Fisher, Lee Sweigart, Coley Brown, Joe McKenna and Mike Scannella (5 people). | 250.00 |
| 8/20/2009 | Coley P. Brown | Meals | Travel dinner at YYZ for Coley Brown (1 person). | 18.59 |
| 8/20/2009 | Coley P. Brown | Meals | Breakfast at Sodexho for week of 8/17-8/20 for Coley Brown (1 person). | 15.00 |
| 8/31/2009 | Coley P. Brown | Meals | Dinner at Il Fornello for Coley Brown, Lee Sweigart, Matt Fisher and Joe McKenna (4 people). | 200.00 |
| 8/31/2009 | Coley P. Brown | Meals | Breakfast at airport while traveling on Nortel for Coley Brown (1 person). | 8.33 |
| 8/4/2009 | James Lukenda | Meals | Oyshi, Team Dinner, 3 people, Jim Lukenda, Lee Sweigart, and Joe McKenna (C101.50 @1.12). | 90.63 |
| 8/5/2009 | James Lukenda | Meals | Evening meal, BK, 1 person. | 9.75 |
| 8/5/2009 | James Lukenda | Meals | Breakfast, café, 1 person | 2.92 |
| 8/4/2009 | Joseph J. McKenna | Meals | The Grain Station, Newark Airport, Breakfast while traveling on Nortel engagement, 1 person. | 4.70 |
| 8/5/2009 | Joseph J. McKenna | Meals | Irish Embassy Pub & Grill; Toronto, ON; Dinner; Matt Fisher (Director), Lee Sweigart (Director), Joseph McKenna, 3 people. | 121.88 |
| 8/12/2009 | Joseph J. McKenna | Meals | The Church Street Keg; Toronto, ON; Dinner; Lee Sweigart (Director), Coley Brown (Associate), Mike Scannella (Analyst), Joseph McKenna, 4 people. | 200.00 |
| 8/17/2009 | Joseph J. McKenna | Meals | Starbucks, Newark Airport; Breakfast while traveling on Nortel engagement, 1 person. | 6.75 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/20/2009 | Joseph J. McKenna | Meals | Molson Pub; Toronto International Airport, Toronto, ON; Travel Dinner, 1 person. | 24.59 |
| 8/20/2009 | Joseph J. McKenna | Meals | Joe Mamas; Toronto, ON; Dinner; Matt Fisher (Director), Coley Brown (Associate), Mike Scannella (Analyst), Joe McKenna, 4 people. | 200.00 |
| 8/24/2009 | Joseph J. McKenna | Meals | Goose Island Wrigleyville, Chicago, IL; Individual dinner while traveling, 1 person. | 29.87 |
| 8/25/2009 | Joseph J. McKenna | Meals | Vines on Clark, Chicago, IL; Dinner while traveling, 1 person. | 50.00 |
| 8/26/2009 | Joseph J. McKenna | Meals | Sai Cafe, Chicago, IL; Dinner while traveling, 1 person. | 50.00 |
| 8/27/2009 | Joseph J. McKenna | Meals | Alonti Cafe, Chicago, IL; Travel dinner for Joe McKenna while traveling on Nortel engagement, 1 person. | 8.23 |
| 8/31/2009 | Joseph J. McKenna | Meals | Au Bon Pain, Newark Airport, Breakfast for Joseph McKenna while traveling on Nortel engagement, 1 person. | 8.74 |
| 8/4/2009 | Lee A. Sweigart | Meals | Breakfast in Toronto the week of 8/4 while traveling out of town, 1 person. | 12.30 |
| 8/6/2009 | Lee A. Sweigart | Meals | Traveling meal, Molson Pub YYZ, 1 person. | 16.34 |
| 8/13/2009 | Lee A. Sweigart | Meals | Breakfast in Toronto the week of 8/10 while traveling out of town, 1 person. | 20.88 |
| 8/13/2009 | Lee A. Sweigart | Meals | Traveling meal, Tim Hortons, YYZ, 1 person. | 12.34 |
| 8/19/2009 | Lee A. Sweigart | Meals | Breakfast in Toronto the week of 8/17 while traveling out of town, 1 person. | 21.82 |
| 8/19/2009 | Lee A. Sweigart | Meals | Dinner at IND airport - Champps, 1 person. | 24.22 |
| 8/25/2009 | Lee A. Sweigart | Meals | Dinner - McCormick & Schmick, Chicago, 1 person. | 50.00 |
| 8/26/2009 | Lee A. Sweigart | Meals | Dinner - Kamahachi - Westin River North, 1 person. | 43.74 |
| 8/28/2009 | Lee A. Sweigart | Meals | Dinner at IND airport - Champps, 1 person. | 23.75 |
| 8/28/2009 | Lee A. Sweigart | Meals | Breakfast in Chicago the week of 8/25 while traveling out of town, 1 person. | 24.62 |
| 8/31/2009 | Lee A. Sweigart | Meals | Cafe Patachou, Breakfast at IND airport, 1 person. | 19.79 |
| 8/4/2009 | Matthew J. Fisher | Meals | Westin, Toronto, room service dinner, 1 person. | 50.00 |
| 8/4/2009 | Matthew J. Fisher | Meals | Breakfast at Midway airport, 1 person. | 8.66 |
| 8/10/2009 | Matthew J. Fisher | Meals | Breakfast at Midway airport, 1 person. | 8.66 |
| 8/17/2009 | Matthew J. Fisher | Meals | Breakfast at Midway airport, 1 person. | 8.66 |
| 8/18/2009 | Matthew J. Fisher | Meals | Harbour Grill, out of town dinner, 1 person. | 45.94 |
| 8/19/2009 | Matthew J. Fisher | Meals | Harbour Grill, out of town dinner, 1 person. | 40.64 |
| 8/31/2009 | Matthew J. Fisher | Meals | Breakfast at Midway airport, 1 person. | 8.66 |
| 8/10/2009 | Michael E. Scannella | Meals | Pravda, Toronto, Dinner while traveling to client, Matt Fisher, Mike Scannella, Coley Brown, Joe McKenna, and Lee Sweigart (5 people). | 250.00 |
| 8/10/2009 | Michael E. Scannella | Meals | Ruby's Diner, EWR, Breakfast, Mike Scannella, 1 person. | 9.11 |
| 8/11/2009 | Michael E. Scannella | Meals | Pure Spirits, Toronto, Dinner while Traveling, 4 people, Mike Scannella, Joe McKenna, Lee Sweigart, and Coley Brown. | 200.00 |
| 8/13/2009 | Michael E. Scannella | Meals | TGI Fridays, YYZ, Traveling Dinner, 2 people, Mike Scannella and Joe McKenna. | 50.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/13/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast (8/11-8/13), 1 person. | 15.00 |
| 8/17/2009 | Michael E. Scannella | Meals | Airport Cafes Domestic, EWR, Traveling Breakfast, Mike Scannella (1 person). | 6.80 |
| 8/17/2009 | Michael E. Scannella | Meals | Cayo Coco, Toronto, Dinner while traveling to client, Mike Scannella, Joe McKenna, Lee Sweigart, Coley Brown, 4 people. | 185.55 |
| 8/20/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast for the week (8/18 - 8/20), three days, Mike Scannella, 1 person. | 12.00 |
| 8/20/2009 | Michael E. Scannella | Meals | Toast, YYZ, Dinner while traveling, 1 person, Mike Scannella. | 14.60 |
| 8/4/2009 | James Lukenda | Mileage | Mileage to/from EWR. | 17.05 |
| 7/16/2009 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport - 7/14 - 7/16. | 25.30 |
| 8/6/2009 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport - 8/4-8/6. | 25.30 |
| 8/13/2009 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport - 8/10 - 8/13. | 25.30 |
| 8/19/2009 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport - 8/17 - 8/19. | 25.30 |
| 8/28/2009 | Lee A. Sweigart | Mileage | Round trip drive to Chicago Huron offices from Indianapolis home. | 198.00 |
| 8/10/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 miles, transportation to airport. | 35.20 |
| 8/17/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 miles, transportation to airport. | 35.20 |
| 7/28/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto while having dinner. | 4.75 |
| 7/30/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin hotel from 7/27-7/30 (3 nights). Hotel $413.86 + Parking $60.00 = $473.86. | 60.00 |
| 8/12/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto to have dinner while traveling on Nortel. | 3.77 |
| 8/13/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin hotel in Toronto for week of 8/10-8/13 (3 nights). Hotel $399.54 + Parking $60 = $459.54. | 60.00 |
| 8/5/2009 | James Lukenda | Parking & Tolls | Parking at EWR (54) and GSP toll (1.0). | 55.00 |
| 8/7/2009 | Joseph J. McKenna | Parking & Tolls | Westin Harbour Castle, Toronto, ON, 2 Nights. | 40.00 |
| 8/10/2009 | Joseph J. McKenna | Parking & Tolls | Canada Human Resources Centre, Toronto, ON. | 6.00 |
| 8/1/2009 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 7/28 - 7/30, 3 days. | 48.00 |
| 8/6/2009 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 8/4 - 8/6, 3 days. | 48.00 |
| 8/13/2009 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 8/10 - 8/13, 4 days. | 64.00 |
| 8/19/2009 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 8/17 - 8/19, 3 days. | 48.00 |
| 8/25/2009 | Lee A. Sweigart | Parking & Tolls | Parking at Huron office in Chicago, Il. | 13.00 |
| 8/28/2009 | Lee A. Sweigart | Parking & Tolls | Parking at Westin River North Chicago, 3 days. | 144.00 |
| 8/31/2009 | Lee A. Sweigart | Parking & Tolls | Ride to Nortel from YYZ - AAROPORT LIMOUSINE. | 39.26 |
| 8/13/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 8/10 - 8/13, 4 days. | 108.00 |
| 8/13/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 8/10 - 8/13, 3 nights. | 60.00 |
| 8/18/2009 | Michael E. Scannella | Parking & Tolls | Toronto Parking Authority, Toronto, 8/18, parking for dinner while traveling. | 9.32 |
| 8/19/2009 | Michael E. Scannella | Parking & Tolls | Canada Wide Parking, Toronto, 8/19, parking for dinner while traveling. | 9.34 |
| 8/20/2009 | Michael E. Scannella | Parking & Tolls | Westin, Toronto, 8/17 - 8/20, 3 nights. | 60.00 |
| 8/20/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 8/17 - 8/20, parking at airport while away, 4 days. | 108.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/30/2009 | Coley P. Brown | Rental Car | Avis rental car for week of 7/27-7/30 (4 days). | 366.40 |
| 8/13/2009 | Coley P. Brown | Rental Car | Avis rental car for week of 8/10-8/13 (4 days) while in Toronto. | 317.71 |
| 8/6/2009 | Joseph J. McKenna | Rental Car | AVIS; Toronto, ON; 8/4/09 - 8/6/09 (3 days). | 231.75 |
| 8/13/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 8/10 - 8/13, 4 days. | 369.49 |
| 8/20/2009 | Michael E. Scannella | Rental Car | Avis, Toronto, 8/17 - 8/20, 4 days. | 335.71 |

                                        **Total**        **$    31,996.44**