IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **NORTEL NETWORKS INC., et al.,**[1] ) | |
| ) | Case No. 09-10138 (KG) |
| **Debtors.** ) | Jointly Administered |

NOTICE OF WITHDRAWAL
AS ATTORNEY OF RECORD FOR XETA TECHNOLOGIES, INC.
AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICE

COMES NOW John M. Hickey, counsel for XETA Technologies, Inc., a creditor of Nortel Networks, Inc. ("XETA"), and hereby advises the Court pursuant to Local Rule 9010-2 of Mr. Hickey's withdrawal as counsel for XETA. In support of his Notice, Mr. Hickey states the following:

1. On February 10, 2009, a local Delaware law firm, Bayard, P.A.., entered its appearance on behalf of XETA [Docket No. 253]. Bayard, P.A. is, and continues to be, local counsel for XETA.

2. On March 10, 2009, Mr. Hickey entered his appearance on behalf of XETA Technologies, Inc. while employed at Barber & Bartz, a Tulsa, Oklahoma law firm [Docket No. 450].

3. XETA is, and continues to be, a client of Barber & Bartz.

4. Mr. Hickey has recently changed law firms and now is employed by Riggs, Abney, Neal, Turpen, Orbison & Lewis, Inc.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon WebSystems, Inc. (9769); Alteon WebSystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

5.      Pursuant to Local Rule 9010-2, on September 9, 2009, Mr. Hickey advised XETA of his change of law firms and his intent to withdraw as counsel for XETA.  (See attached letter to Robert Wagner at XETA Technologies, Inc. dated September 9, 2009.)  As of the date of filing of this Notice, Mr. Hickey has received no objection from XETA to Mr. Hickey's withdrawal.

6.      On September 10, 2009, a Motion for Order for Admission Pro Hac Vice ("Pro Hac Motion") was filed by Bayard, P.A. on behalf of Joe M. Fears of Barber & Bartz, counsel for XETA [Docket No. 1447].  An Order granting the Pro Hac Motion was subsequently entered on September 11, 2009 [Docket No. 1469].  Additionally, on September 11, 2009, Mr. Fears filed his Notice of Appearance and Request for Special Notice on behalf of XETA [Docket No. 1476].

7.      At the time of the filing of this Notice, no matters of controversy exist between any of the Debtors or XETA.

WHEREFORE, pursuant to Local Rule 9010-2, Mr. Hickey notices this Court of his withdrawal from representation of XETA and requests removal from electronic notification for this case.

Respectfully,

s/ John M. Hickey
John M. Hickey, OBA #11100
jhickey@riggsabney.com
Riggs, Abney, Neal, Turpen, Orbison & Lewis, Inc.
502 West 6th Street
Tulsa, Oklahoma  74119-1016
Phone:  (918) 587-3161
Facsimile:  (918) 587-9708
Attorney for XETA Technologies, Inc.