## RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
FRISCO BUILDING
502 WEST SIXTH STREET
TULSA, OKLAHOMA 74119-1016
(918) 587-3161
Fax (918) 587-9708

September 9, 2009

VIA CERTIFIED MAIL #7008-2810-000-5458-2273
RETURN RECEIPT REQUESTED

Mr. Robert Wagner
XETA Technologies, Inc.
1814 West Tacoma
Broken Arrow, Oklahoma 74012-1406

          Re:    Nortel Networks, Inc. Bankruptcy
                  United States Bankruptcy Court
                  District of Delaware
                  Case No. 09-10138 (KG)
                  Jointly Administered

Dear Robert:

      While employed at Barber & Bartz, I entered my appearance on behalf of XETA Technologies, Inc. in the above referenced bankruptcy. Due to my recent change of law firms and as your company is a long-time, continuing client of Barber & Bartz, it is necessary that I withdraw as your counsel for the Nortel Networks bankruptcy. It is my understanding Barber & Bartz will be submitting to the Court a request to substitute one of its other attorneys to cover your interests in this case. Therefore, in compliance with Delaware Local Rule 9010-2, in ten (10) days from the date of this letter, I will file with the Court my motion to withdraw as your counsel. Unless I hear from you to the contrary prior to the expiration of the 10 days, I will assume you consent to my withdrawal as XETA's counsel in this matter.

      If you have any questions or concerns in the meantime regarding my present representation of your interests in the bankruptcy, please feel free to contact me.

                            Very truly yours,

                            John M. Hickey
                            jhickey@riggsabney.com

JMH/mec
c     (All via email)
      Robert J. Bartz, Esq./Barber & Bartz
      Joe M. Fears, Esq./Barber & Bartz
      Daniel O'Brien, Esq./Bayard, P.A.



**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 2810 0000 5458 2273**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:16 AM on September 10, 2009 in BROKEN ARROW, OK 74012.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NOTICE OF WITHDRAWAL (NORTEL)

7008 2810 0000 5458 2273

02 1M  $ 00.00
0004266645  SEP 09 2009
MAILED FROM ZIP CODE 74119

Sent To: NETA TECHNOLOGIES INC
Street, Apt. No.; or PO Box No. 1814 W TACOMA
City, State, ZIP+4 BROKEN ARROW OK 74012-1406

PS Form 3800, August 2006          See Reverse for Instructions