### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **NORTEL NETWORKS INC., et al.,** ) | |
| ) | **Case No. 09-10138 (KG)** |
| Debtors. ) | **Jointly Administered** |
| ) | |
| ) | **Re: Docket No. 1531** |

### CERTIFICATE OF SERVICE

I, John M. Hickey, do hereby certify that on the 23rd day of September, 2009, a true and correct copy of the Notice of Withdrawal as Attorney of Record for XETA Technologies, Inc. and Request for Removal From Electronic Notice [Docket No. 1531] was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in the above referenced case and sent on September 23, 2009, via first class mail, with proper postage fully prepaid thereon, to the following who are not registered participants of the ECF system:

XETA Technologies, Inc.
Attention: Mr. Robert Wagner
1814 West Tacoma
Broken Arrow, OK  74012-1406

                                      Respectfully,

                                      s/ John M. Hickey
                                      John M. Hickey, OBA #11100
                                      jhickey@riggsabney.com
                                      Riggs, Abney, Neal, Turpen, Orbison & Lewis, Inc.
                                      502 West 6th Street
                                      Tulsa, Oklahoma  74119-1016
                                      Phone:  (918) 587-3161
                                      Facsimile:  (918) 587-9708