IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :   Chapter 11
*In re*                                                     :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :   Jointly Administered
          Debtors.                                   :
                                                            :
                                                            :
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER SHORTENING THE TIME BY WHICH THE INTERNAL REVENUE SERVICE MUST RESPOND TO DISCOVERY REQUEST

      I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the Amended Order Shortening The Time By Which The Internal Revenue Service Must Respond To Discovery Request (the "Amended Order"), attached as **Exhibit A** hereto:

      1.    The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

2. On September 15, 2009, the Debtors filed Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request [D.I. 1497] (the "Motion to Expedite").

3. By Order dated September 16, 2009, the Court approved the Motion to Expedite [D.I. 1510] (the "Original Order"), a copy of the Original Order, containing the Court's handwritten modifications is attached hereto as **Exhibit B**.

4. The Original Order provides that the Court will convene a status conference on September 30, 2009 at 4:00 p.m. After discussions with the Court, the Amended Order moves the status conference to September 30, 2009 at 10:00 a.m., the current time set for the Debtors' omnibus hearing to be held on September 30, 2009. A blackline comparing the Original Order to the Amended Order (including the inclusion of the Court's handwritten modifications) is attached hereto as **Exhibit C**.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Amended Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: September 23, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*