**Exhibit B – Original Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
*In re*                                                      :   Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,[1]                           :   Case No. 09-10138 (KG)
        Debtors.     :
                                                             :   Jointly Administered
                                                             :
                                                             :   **RE: D.I. 1497**
                                                             :
------------------------------------------------------------X

### ORDER SHORTENING THE TIME BY WHICH THE INTERNAL REVENUE SERVICE MUST RESPOND TO DISCOVERY REQUEST

Upon the Motion (the "Motion") of Nortel Networks Inc. ("NNI" or the "Debtor"), for entry of an order shortening the time by which the Internal Revenue Service (the "IRS") must respond to Request No. 1 of Debtor NNI's First Request for Production of Documents Directed to the Internal Revenue Service, dated September 15, 2009 (the "Expedited Discovery Request"); setting a status conference on September 30, 2009 at 4:00 p.m. (E.T.) or as soon thereafter as Debtor may be heard; and granting such other and further relief as is just and proper; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

    1.     The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. The IRS shall serve upon Debtors responses and documents responsive to the Expedited Discovery Request by no later than 4:00 p.m. (E.T.) on September 30, 2009, *

3. A status conference will be held on September 30, 2009 at 4:00 p.m. (E.T.), or as shortly thereafter as Debtors may be heard.

4. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: September 16, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3121478.1

* and shall provide Debtors with the names and addresses of the IRS personnel with the knowledge of the basis of the IRS claim filed on or about August 20, 2009. KG