## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1] :
: Jointly Administered
            Debtors. :
: **RE: D.I. 1348**
:
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN GRAYBAR ELECTRIC COMPANY, INC. AND NORTEL NETWORKS INC.

      I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the attached Order Approving Stipulation Between Graybar Electric Company, Inc. and Nortel Networks Inc. (the "Proposed Order"), attached hereto as **Exhibit A**:

      1.    On July 14, 2009, Nortel Networks (CALA) Inc. ("NN CALA"), an affiliate of NNI, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, and on July 17, 2009, the Bankruptcy Court entered orders approving the joint administration and consolidation of NN CALA's chapter 11 case with the other Debtors' chapter 11 cases for procedural proposes [D.I. 1098], and applying to NN CALA certain previously entered orders in

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable

(Continued . . .)

the Debtors' chapter 11 cases [D.I. 1099];The objection deadline for the Motion was set for February 26, 2009 at 4:00 p.m. and the Motion was originally set for a hearing on March 5, 2009 at 10:00 a.m.

2. On August 19, 2009, Graybar Electric Company, Inc. ("Graybar," and together with NNI, the "Parties") filed the Motion of Graybar Electric Company, Inc. for Allowance of 20- Day Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9) [D.I. 1348] (the "Motion") seeking allowance of a claim under section 503(b)(9) of the Bankruptcy Code for certain goods.

3. The Parties have agreed to enter into the Stipulation with Respect to Motion of Graybar Electric Company, Inc. for Allowance of 20-Day Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9) (the "Stipulation"), attached to the Proposed Order as Exhibit A. The Stipulation sets forth the terms and conditions of the agreement between the Parties that resolves the concerns raised in the Motion.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

(. . . continued)
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** approving the Stipulation and (ii) grant such other and further relief as is just and proper.

Dated: September 24, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

3133873.1