# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                Debtors. :
:
:
---------------------------------------------------------X

## CERTIFICATION OF COUNSEL REGARDING STIPULATION AND ORDER REGARDING FILING OF CLAIMS BY PENSION BENEFIT GUARANTY CORPORATION

       I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the Order Approving Stipulation Regarding Filing of Claims by Pension Benefit Guaranty Corporation (the "Proposed Order"), attached as **Exhibit A** hereto:

       1.    The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

       2.    By Order dated August 4, 2009, the Court set the general bar date for filing claims at September 30, 2009.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. The Pension Benefit Guaranty Corporation (the "PBGC") is a United States government corporation that administers the defined benefit pension plan termination insurance program under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1301-1461.  By agreement dated September 8, 2009, the Nortel Network Retirement Income Plan was terminated effective July 17, 2009 and the PBGC was appointed statutory trustee of the Plan.

4. The PBGC asserts that each of the Debtors was either a sponsor or a controlled group member of a sponsor of the Nortel Network Retirement Income Plan.

5. The PBGC intends to assert four separate claims against each of the sixteen Debtors jointly and severally, for alleged liability to the pension plans and to the PBGC under 26 U.S.C. § 412, 29 U.S.C. §§ 1082(c)(11), 1307(e)(12), 1362(a), (b) and (c).  Requiring that the PBGC file 64 separate proofs of claim would constitute a significant and unnecessary administrative burden on the Debtors, the PBGC, the Court and the Debtors' claims agent.

6. The PBGC and the Debtors (together, the "Parties") have engaged in discussions in order to streamline the claims process for the benefit of both the PBGC and the Debtors and subsequently have agreed to enter into a stipulation (the "Stipulation") regarding the PBGC's claims against the Debtors.  A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

7. The Proposed Order and Stipulation were circulated to counsel to the Official Committee of Unsecured Creditors (the "Committee") and the ad hoc group of bondholders holding claims against certain of the Debtors and certain of the Canadian Debtors (the "Bondholder Group") on Tuesday, September 22, 2009.  As of the filing of this certification, the Debtors have received no response from the Committee or the Bondholder Group.

Additionally, the Proposed Order and Stipulation were circulated to the Office of the United States Trustee (the "UST").  The UST informed the Debtors the UST has no position on the relief requested in the Proposed Order and Stipulation.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** approving the Stipulation and (ii) grant such other and further relief as is just and proper.

Dated:  September 24, 2009
         Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

   - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*