IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## SUBSTITUTION OF COUNSEL

PLEASE ENTER the appearance of the law firm of Hughes Hubbard and withdraw the

appearances of Bracewell & Giuliani LLP as counsel for Alan Robert Bloom, Christopher John

Wilkinson Hill, Alan Michael Hudson, and Steven John Harris in their Capacity as Joint

Administrators and Foreign Representatives for Nortel Networks UK Limited in this matter.

All motions, pleadings, notices, applications and other papers should be served

upon:

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-Mail: jpatton@ycst.com
     eharron@ycst.com

**HUGHES HUBBARD**
Michael Luskin
Derek J.T. Adler
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
E-Mail: luskin@hugheshubbard.com
     adler@hugheshubbard.com

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

Dated:  Wilmington, Delaware
        September 23, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Edwin J. Harron
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

**HUGHES HUBBARD**
Michael Luskin
Derek J.T. Adler
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
E-Mail: luskin@hugheshubbard.com
adler@hugheshubbard.com

Counsel for Alan Robert Bloom, Christopher John Wilkinson
Hill, Alan Michael Hudson, and Steven John Harris in their
Capacity as Joint Administrators and Foreign Representatives for
Nortel Networks UK Limited