IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-10138 (KG) |
| NORTEL NETWORKS INC. et al., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## UNITED STATES' MOTION FOR WITHDRAWAL OF REFERENCE OF ALL ISSUES RELATING TO DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE

The United States of America ("United States"), on behalf of the Internal Revenue Service, is moving, pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011, the District Court of Delaware ("District Court") for the withdrawal to the District Court on all issues relating to Debtor NNI's objection to proof of claim filed by the Internal Revenue Service on September 15, 2009. (Docket No. 1495.)

The United States submits this motion, notice of motion, accompanying memorandum, and supporting exhibits to the Bankruptcy Court for forwarding by the Clerk to the Clerk for the District Court in accordance with L. R. Bankr. P. 5011-1 and Fed. R. Bankr. P. 5011, Committee Note. The grounds in support of the motion are set forth in the accompanying memorandum.

//

//

//

//

4661237.1

DATE: September 24, 2009

Respectfully submitted,

 /s/ Jan M. Geht
JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 307-6449
Fax: (202) 514-6866
E-mail: jan.m.geht@usdoj.gov
*Counsel for the United States*

4661237.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION, together with supporting documents, was served on September 24, 2009, by ECF to all counsel of record.

    /s/ Jan M. Geht
JAN M. GEHT