IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-10138 (KG) |
| NORTEL NETWORKS INC. et al., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**UNITED STATES' NOTICE OF MOTION FOR WITHDRAWAL OF REFERENCE OF ALL ISSUES RELATING TO DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE**

NOTICE IS HEREBY GIVEN that the United States of America, on behalf of the Internal Revenue Service, will move, pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011, the District Court of Delaware ("District Court") for the withdrawal to the District Court on all issues relating to Debtor NNI's objection to proof of claim filed by the Internal Revenue Service on September 15, 2009. (Docket No. 1495.)

The United States submits this notice of motion, the motion, accompanying memorandum, and supporting exhibits to the Bankruptcy Court for forwarding by the Clerk to the Clerk for the District Court in accordance with L. R. Bankr. P. 5011-1 and Fed. R. Bankr. P. 5011, Committee Note. The grounds in support of the motion are set forth in the accompanying memorandum.

//

//

//

//

4661311.1

DATE: September 24, 2009

                                          Respectfully submitted,

                                           /s/ Jan M. Geht
                                          JAN M. GEHT
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 227
                                          Washington, D.C.  20044
                                          Telephone: (202) 307-6449
                                          Fax: (202) 514-6866
                                          E-mail: jan.m.geht@usdoj.gov
                                          *Counsel for the United States*

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF MOTION, together with supporting documents, was served on September 24, 2009, by ECF to all counsel of record.

/s/ Jan M. Geht
JAN M. GEHT
