IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-10138 (KG) |
| NORTEL NETWORKS INC. et al., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**ODER GRANTING UNITED STATES' MOTION FOR WITHDRAWAL OF REFERENCE OF ALL ISSUES RELATING TO DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE**

THIS MATTER CAME upon the motion of the United States of America, on behalf of the Internal Revenue Service, for mandatory withdrawal of the reference of all issues relating to Debtor NNI's objection to proof of claim filed by the Internal Revenue Service from the U.S. Bankruptcy Court to the U.S. District Court of Delaware, pursuant to 28 U.S.C. § 157(d).  Having considered the motion and the response of NNI, thereto; and the Court having considered the arguments of counsel and being sufficiently advised, IT IS HEREBY ORDERED as follows:

1. The United States' motion to withdraw the reference is hereby GRANTED; and

2. Pursuant to 28 U.S.C. § 157(d), all issues relating to the Debtor NNI's objection to proof of claim filed by the Internal Revenue Service is hereby WITHDRAWN, and this Court shall henceforth exercise jurisdiction over this matter.

//

4664055.1

The Clerk shall forward copies of this Order to all counsel of record.

ENTERED this _____ day _____, 200_ at Wilmington, Delaware.

_____
UNITED STATES DISTRICT COURT