CLAIMS COPY

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT        DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor: NORTEL NETWORKS INC.
Case Number: 09-10138

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Telephone number: 1-800-913-9358        Creditor Number:

■ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ___
*(If known)*

Filed on: ___02/11/2009___

Name and address where payments should be sent (if different from above):
Internal Revenue Service
1352 MARROWS ROAD, STE 204
NEWARK, DE 19711-5445

Telephone Number: (302) 286-1559

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 3,016,650,830.82

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

■ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Taxes
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** See Attachment

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000001935

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan -11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$ 2,967,386,218.82

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 08/18/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ M. JAMES,
REVENUE OFFICER/ADVISOR
(302) 286-1559

Internal Revenue Service
1352 MARROWS ROAD, STE 204
NEWARK, DE 19711-5445

FOR COURT USE ONLY
FILED / RECEIVED
AUG 2 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

GOVERNMENT EXHIBIT
103

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 10 Attachment**

| | |
|---|---|
| Case Number | 09-10138 |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 01/14/2009 |

**In the Matter of:** NORTEL NETWORKS INC.
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

Amendment No. 1 to Proof of Claim dated 02/11/2009.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XX-XXX6332 | CORP-INC | 12/31/1998 | 1 | Pending Examination | $379,232,841.00 | $381,443,153.08 |
| XX-XXX6332 | CORP-INC | 12/31/1999 | 1 | Pending Examination | $269,847,546.00 | $225,240,882.06 |
| XX-XXX6332 | CORP-INC | 12/31/2000 | 1 | Pending Examination | $163,600,825.00 | $131,915,859.74 |
| XX-XXX6332 | CORP-INC | 12/31/2001 | 1 | Pending Examination | $5,000.00 | $0.00 |
| XX-XXX6332 | CORP-INC | 12/31/2002 | 1 | Pending Examination | $5,000.00 | $0.00 |
| XX-XXX6332 | CORP-INC | 12/31/2003 | 1 | Pending Examination | $438,470,651.00 | $226,245,167.63 |
| XX-XXX6332 | CORP-INC | 12/31/2004 | 1 | Pending Examination | $209,405,631.00 | $89,653,639.33 |
| XX-XXX6332 | CORP-INC | 12/31/2005 | 1 | Pending Examination | $344,065,092.00 | $108,249,930.98 |
| XX-XXX6332 | CORP-INC | 12/31/2007 | 1 | Pending Examination | $5,000.00 | $0.00 |
| XX-XXX6332 | WT-FICA | 12/31/2008 | 2 | Unassessed-No Return | $0.00 | $0.00 |
| | | | | | $1,804,637,586.00 | $1,162,748,632.82 |

**Total Amount of Unsecured Priority Claims:** $2,967,386,218.82

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) ...... $49,264,612.00

**Total Amount of Unsecured General Claims:** $49,264,612.00

---

1 PROPOSED TAX DEFICIENCY DETERMINED BY EXAMINATION OF DEBTOR(S) TAX RETURN.
2 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED.