| NNI - IRS Alternative Proposed Adjustments 1998-2005 (US$ 000s) | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **TI** | | | | | | | | | |
|   Per Return | | | | | | | (267,844,084) | 265,669,883 | |
|   Previously Adjusted (RAR) | | | | | (2,126,832,229) | (176,566,439) | | | |
|   Amendment subsequent to RAR | 1,121,987,884 | 784,649,252 | 366,732,896 | (3,458,658,594) | | | | | |
| NOL Deduction CB from 2001 | (1,121,987,884) | (784,649,252) | (366,732,896) | | | | | | |
| **Total 482 Adjustment** | $15,391,000 | $9,020,000 | $114,446,000 | $2,828,583,000 | $1,614,055,000 | $1,466,186,000 | $883,743,000 | $499,244,000 | $7,430,668,000 |
| | 15,391,000 | 9,020,000 | 114,446,000 | (630,075,594) 1 | (512,777,229) 1 | 1,289,619,561 | 615,898,916 | 764,913,883 | |
| NOL Deduction Adjustment** | 1,099,999,708  2 | 784,649,252  2 | 366,732,896  2 | | | | | 262,850,034  3 | |
| Taxable Income After 482 Adjustment | 1,115,390,708 | 793,669,252 | 481,178,896 | 0 | 0 | 1,289,619,561 | 615,898,916 | 1,027,763,917 | |
| | | | | | | | | | |
| Tax (34%) | 379,232,841 | 269,847,546 | 163,600,825 | | | 438,470,651 | 209,405,631 | 349,439,732 | |
| Tax Per Return or Previously Adjusted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,374,640 | |
| **Deficiency** | 379,232,841 | 269,847,546 | 163,600,825 | 0 | 0 | 438,470,651 | 209,405,631 | 344,065,092 | 1,804,622,585 |

1998-2001 TP amended subsequent to RAR to account for restatement

1- all utilized in 1996 and 1997
2- the 2001 NOL carryback to 1998-2000 previously allowed through tenative carryback and audit is disallowed due to reduction of 2001 loss after 482 adjustment
3- the 2005 return claimed NOL carryforward losses from 2001 and 2002, these losses are disallowed due to the 482 adjustment.

GOVERNMENT EXHIBIT 104

**NNI - IRS Alternative Proposed Adjustments 1998-2005**
**(US$ 000s)**

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| R&D | $24,200 | $10,800 | $47,000 | | | | | | $82,000 |
| SG&A | ($8,809) | ($1,780) | ($6,554) | | | | | | ($17,143) |
| APA TP ADJ | | | | $1,152,954 | $660,841 | $471,789 | $645,201 | $445,697 | $3,376,482 |
| RESTRUCTURE | | | | $1,481,949 | $661,214 | $176,397 | $53,944 | $53,547 | $2,427,051 |
| VENDOR FINANCE | | | $74,000 | $193,680 | $292,000 | $818,000 | $184,598 | | $1,562,278 |
| Total | $15,391 | $9,020 | $114,446 | $2,828,583 | $1,614,055 | $1,466,186 | $883,743 | $499,244 | $7,430,668 |

Source:
R&D         Tammy Withers MAP Report
SG&A        Tammy Withers MAP Report
APA TP ADJ   Taxpayer's letter November 20, 2008 Through 4th Restatement
RESTRUCTU Taxpayer's letter November 20, 2008 Through 4th Restatement
VENDOR FIN APA Position Table 4