

**NORTEL**

November 20, 2008

Ed Yung
Thomas Ralph
U.S. Competent Authority
Internal Revenue Service
799 Ninth Street, N.W
Washington, DC 20001

Ian Wood
APA Director
Her Majesty's Revenue & Customs
International CT, CT & VAT
100 Parliament St, 3rd floor
London, UK SW1A 2BQ

**Nortel Multilateral APA**

Gentlemen:

Nortel understands that it is required to provide identical information to both parties in a bilateral APA negotiation. Enclosed please find the following two attachments recently provided to the CRA:

- 2000 through 2005 customer financing bad debt expense, gross receivable and provision for doubtful accounts

- 2001-2005 profit and loss statements by residual profit split participant updated for Nortel's fourth financial restatement.

GOVERNMENT EXHIBIT 107

1 of 2





***

Under the penalties of perjury, I declare that I have examined this supplemental submission relating to the APA request, including accompanying documents, and, to the best of my knowledge and belief, the supplemental submission contains all the relevant facts relating to the supplemental submission and such facts are true, correct and complete.

If you have any questions regarding these items, please call me at (919) 905-6679. We look forward to working with you to progress this APA in a timely manner.

Very truly yours,

Michael Orlando

cc:  Peter Look, Nortel
     John Payne, Nortel
     Dave Canale, EY
     Bob Turner, EY

**Customer Financing Gross Receivable and Provision for doubtful accounts**
**Period: 2000-2005**
**USD $M**
**Post-restatement**

| Description | Customer Financing Receivable and Provision for doubtful accounts | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | NNI | NNL | Australia | Ireland | France | NN UK | Others | |
| **FY 2000** | | | | | | | | |
| **Balance Sheet:** | | | | | | | | |
| Short-term: | | | | | | | | |
| Customer Financing A/R - gross | 262 | 221 | - | - | (31) | (150) | 120 | 423 |
| Customer Financing provisions | - | (7) | - | - | - | (11) | (59) | (77) |
| Customer Financing A/R - net | 262 | 214 | - | - | (31) | (161) | 62 | 346 |
| Long-term: | | | | | | | | |
| Customer Financing A/R - gross | 317 | 904 | - | - | 32 | 257 | 123 | 1,633 |
| Customer Financing provisions | (98) | (197) | - | - | - | (13) | (19) | (328) |
| Customer Financing A/R - net | 220 | 707 | - | - | 32 | 243 | 104 | 1,305 |
| Total of short-term and long-term: | | | | | | | | |
| Customer Financing A/R - gross | 580 | 1,125 | - | - | 1 | 107 | 243 | 2,056 |
| Customer Financing provisions | (98) | (205) | - | - | - | (24) | (77) | (404) |
| Total Customer Financing A/R - net | 482 | 920 | - | - | 1 | 82 | 166 | 1,651 |
| **FY 2001** | | | | | | | | |
| **Balance Sheet:** | | | | | | | | |
| Short-term: | | | | | | | | |
| Customer Financing A/R - gross | 59 | 187 | - | - | - | 16 | 102 | 364 |
| Customer Financing provisions | - | (7) | - | - | - | (16) | (182) | (205) |
| Customer Financing A/R - net | 59 | 180 | - | - | - | - | (80) | 159 |
| Long-term: | | | | | | | | |
| Customer Financing A/R - gross | 224 | 1,248 | - | - | - | 91 | 47 | 1,610 |
| Customer Financing provisions | (152) | (293) | - | - | - | 49 | (291) | (686) |
| Customer Financing A/R - net | 72 | 955 | - | - | - | 141 | (244) | 924 |
| Total of short-term and long-term: | | | | | | | | |
| Customer Financing A/R - gross | 283 | 1,435 | - | - | - | 107 | 149 | 1,974 |
| Customer Financing provisions | (152) | (300) | - | - | - | 34 | (473) | (891) |
| Customer Financing A/R - net | 131 | 1,135 | - | - | - | 141 | (324) | 1,083 |
| **FY 2002** | | | | | | | | |
| **Balance Sheet:** | | | | | | | | |
| Short-term: | | | | | | | | |
| Customer Financing A/R - gross | 10 | 88 | - | - | - | - | 65 | 163 |
| Customer Financing provisions | - | - | - | - | - | - | (101) | (101) |
| Customer Financing A/R - net | 10 | 88 | - | - | - | - | (36) | 62 |
| Long-term: | | | | | | | | |
| Customer Financing A/R - gross | 10 | 1,371 | - | - | - | 13 | 111 | 1,504 |
| Customer Financing provisions | (59) | (433) | - | - | - | 122 | (354) | (723) |
| Customer Financing A/R - net | (49) | 938 | - | - | - | 135 | (243) | 781 |
| Total of short-term and long-term: | | | | | | | | |
| Customer Financing A/R - gross | 20 | 1,459 | - | - | - | 13 | 176 | 1,668 |
| Customer Financing provisions | (59) | (433) | - | - | - | 122 | (455) | (824) |
| Customer Financing A/R - net | (39) | 1,026 | - | - | - | 135 | (279) | 843 |

**Customer Financing Gross Receivable and Provision for doubtful accounts**
**Period: 2000-2005**
**USD $M**
**Post-restatement**

| Description | Customer Financing Receivable and Provision for doubtful accounts | | | | | | Others | Total |
|---|---|---|---|---|---|---|---|---|
| | NNI | NNL | Australia | Ireland | France | NN UK | | |
| **FY 2003** | | | | | | | | |
| **Balance Sheet:** | | | | | | | | |
| Short-term: | | | | | | | | |
| Customer Financing A/R - gross | - | 17 | - | - | - | 15 | 40 | 72 |
| Customer Financing provisions | - | - | - | - | - | (0) | (8) | (8) |
| Customer Financing A/R - net | - | 17 | - | - | - | 15 | 32 | 64 |
| Long-term: | | | | | | | | |
| Customer Financing A/R - gross | 2 | 277 | - | - | - | - | 111 | 389 |
| Customer Financing provisions | (1) | (152) | - | - | - | (1) | (111) | (265) |
| Customer Financing A/R - net | 1 | 124 | - | - | - | (1) | (0) | 124 |
| Total of short-term and long-term: | | | | | | | | |
| Customer Financing A/R - gross | 2 | 294 | - | - | - | 15 | 151 | 461 |
| Customer Financing provisions | (1) | (152) | - | - | - | (1) | (119) | (273) |
| Customer Financing A/R - net | 1 | 141 | - | - | - | 14 | 32 | 189 |
| **FY 2004** | | | | | | | | |
| **Balance Sheet:** | | | | | | | | |
| Short-term: | | | | | | | | |
| Customer Financing A/R - gross | 0 | - | - | - | - | - | 11 | 11 |
| Customer Financing provisions | (0) | - | - | - | - | - | - | (0) |
| Customer Financing A/R - net | - | - | - | - | - | - | 11 | 11 |
| Long-term: | | | | | | | | |
| Customer Financing A/R - gross | 4 | 100 | - | - | - | - | 36 | 139 |
| Customer Financing provisions | (3) | - | - | - | - | - | (34) | (38) |
| Customer Financing A/R - net | 1 | 100 | - | - | - | - | 1 | 102 |
| Total of short-term and long-term: | | | | | | | | |
| Customer Financing A/R - gross | 4 | 100 | - | - | - | - | 47 | 151 |
| Customer Financing provisions | (3) | - | - | - | - | - | (34) | (38) |
| Customer Financing A/R - net | 1 | 100 | - | - | - | - | 13 | 113 |
| **FY 2005** | | | | | | | | |
| **Balance Sheet:** | | | | | | | | |
| Short-term: | | | | | | | | |
| Customer Financing A/R - gross | 4 | - | - | - | - | - | 12 | 16 |
| Customer Financing provisions | (4) | - | - | - | - | - | - | (4) |
| Customer Financing A/R - net | - | - | - | - | - | - | 12 | 12 |
| Long-term: | | | | | | | | |
| Customer Financing A/R - gross | - | - | - | - | - | - | 35 | 35 |
| Customer Financing provisions | - | - | - | - | - | - | (31) | (31) |
| Customer Financing A/R - net | - | - | - | - | - | - | 4 | 4 |
| Total of short-term and long-term: | | | | | | | | |
| Customer Financing A/R - gross | 4 | - | - | - | - | - | 47 | 51 |
| Customer Financing provisions | (4) | - | - | - | - | - | (31) | (35) |
| Customer Financing A/R - net | - | - | - | - | - | - | 16 | 16 |

**Customer Financing Bad Debt Expense**
**FYE 2000-2005**
**Debits/(credits)**
**YTD-Actual $M**
**currency USD**
**Total Operations**
**Post-restatement**

| | Customer Financing bad debt expense as per P&L | | | | | | Others | Total |
|---|---|---|---|---|---|---|---|---|
| | NNI | NNL | Australia | Ireland | France | NN UK | | |
| 2000 | 88 | 55 | - | - | - | 15 | (38) | 120 |
| 2001 | 126 | 24 | - | - | - | 30 | 634 | 814 |
| 2002 | 164 | 102 | - | - | - | 17 | (142) | 141 |
| 2003 | (60) | 80 | - | - | - | 126 | (283) | (137) |
| 2004 | 1 | (30) | - | - | - | (0) | (17) | (46) |
| 2005 | (1) | (0) | - | - | - | - | 5 | 4 |
| **Total** | **319** | **231** | - | - | - | **188** | **159** | **896** |

| | Customer Financing bad debt expense as per Tax Return | | | | | | Others | Total |
|---|---|---|---|---|---|---|---|---|
| | NNI | NNL | Australia | Ireland | France | NN UK | | |
| 2000 | 16 | 55 | - | - | - | 5 | Not available | |
| 2001 | 124 | 24 | - | - | - | 113 | Not available | |
| 2002 | 198 | 102 | - | - | - | 5 | Not available | |
| 2003 | 23 | 80 | - | - | - | (8) | Not available | |
| 2004 | (3) | (30) | - | - | - | (1) | Not available | |
| 2005 | 1 | (0) | - | - | - | - | Not available | |
| **Total** | **359** | **231** | - | - | - | **114** | | |

Financial Statements adjusted for Transfer Pricing
For the year ended December 31, 2001
(In thousands of U.S. Dollars)
Debit/(Credit)
Through Fourth Restatement
US GAAP

| | NNL | NNI | Ireland | France | UK | Australia | Brazil | NNC | Japan | Bay U.S. | Bay Ireland | Distributors | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Revenues - trade & other | (1,752,435) | (10,105,399) | (246,990) | (269,910) | (1,229,923) | (172,799) | (77,250) | (139,217) | (155,096) | (796,760) | (214,080) | (2,907,049) | (18,066,908) |
| 2. Intercompany revenue | (4,037,313) | (755,825) | (293,786) | (469,716) | (1,148,083) | (60,622) | (54,587) | (59,774) | | (340,887) | 65,107 | (94,856) | (7,250,342) |
| 3. Cost of revenue | 5,385,457 | 8,807,504 | 481,573 | 779,508 | 2,275,225 | 128,354 | 70,742 | 163,498 | 102,806 | 744,699 | 161,969 | 2,343,445 | 21,444,779 |
| Add back Interim TP Adjustment | | (1,152,954) | (40,043) | (109,541) | 438,839 | 64,400 | | 37,100 | (4,907) | (93,746) | (12,540) | 416,700 | 2 |
| Prior year tp adjustment booked in current year | 456,692 | 11,290 | 10,691 | 275 | (64,395) | 17,007 | | 11 | 8,062 | 28,588 | | (71,890) | 443 |
| Prior year HQ adjustments booked in current year | 88,962 | 89,086 | (3,577) | 54 | (13,471) | (2,806) | (6,491) | (15,600.0) | (3,891) | | (3,726) | (33,465) | |
| | (49,870) | | | | | | (4,200.0) | | | | | 29,000.0 | |
| Local statutory adjustments | (9,200.0) | (3,106,297) | (92,132) | (69,330) | 258,191 | (26,466) | (71,786) | (13,962) | (53,026) | (458,107) | (3,270) | (318,115) | (3,872,026) |
| Gross profit | 82,292 | 1,834,585 | 11,273 | 79,573 | 352,681 | 47,022 | 23,343 | 76,079 | 27,014 | 117,267 | 654 | 442,943 | 3,354,898 |
| 4. Selling & marketing | 342,464 | 411,153 | 48,053 | (4,828) | 176,460 | 28,358 | 19,536 | 27,697 | 20,049 | 88,603 | 8,553 | 240,488 | 1,422,933 |
| 5. Gen. & administrative | 358,811 | 2,245,738 | 59,326 | 74,745 | 529,141 | 75,380 | 42,879 | 103,776 | 47,063 | 205,870 | 9,207 | 683,431 | 4,777,831 |
| Total SG&A | 701,275 | 1,504,176 | 16,667 | 226,019 | 345,111 | 12,486 | 4,390 | (3,395) | 25,682 | 169,041 | 13,529 | (967) | 3,419,739 |
| 6. Net R&D | 1,107,000 | (322,506) | (5,001) | (2,905) | 7,176 | 821 | | | (25,522) | (6,335) | 2,145 | | 4,898 |
| Prior year R&D CSA booked in current year | 357,025 | 1,181,670 | 11,666 | 223,114 | 352,287 | 13,307 | 4,390 | (3,395) | 160 | 162,706 | 15,674 | (967) | 3,424,637 |
| R&D Pre-CSA | 1,464,025 | | | | | | | | | | | | 1,281,992 |
| 7. Purchased IPR&D | | 163,125 | | | | | | 663,305 | | 455,560 | | 2 | 16,771,378 |
| 8. Acquired technology | 16,565 | 3,546,008 | | | 24,878 | 2,805 | | 12,101,957 | | 1,071,549 | | 7,616 | 49,421 |
| 9. Bay, Cambrian, Shasta, Xoel gdwill | 8,267 | 16,980 | | 410 | 14,636 | | | 6,875 | | | | 2,254 | 18,102,791 |
| 10. Ongoing goodwill | 24,832 | 3,726,113 | | 410 | 39,513 | 2,805 | | 12,772,137 | | 1,527,109 | | 9,872 | 257,666 |
| Total goodwill & IPR&D | (17,985) | 2,128 | | | | | | 273,523 | | | | | 2,448,389 |
| Def. compensation Expense | 792,878 | 1,481,949 | 23,635 | 65,111 | 464,514 | 42,542 | 47,269 | (512,801) | 31,790 | 1,895,685 | 24,881 | 58,771 | 29,011,314 |
| 11. Restructuring cost | 2,965,024 | 8,637,598 | 94,627 | 363,380 | 1,385,455 | 134,034 | | 12,633,240 | 79,013 | | | 751,107 | |
| Total operating expenses | 3,047,316 | 5,531,301 | 2,495 | 294,051 | 1,643,646 | 107,568 | (24,517) | 12,619,259 | 23,988 | 1,437,578 | 21,612 | 432,992 | 25,139,288 |
| Operating earnings | | | | | | 88 | | | | (550) | | (1) | 174,437 |
| 12. Equity earnings | (443,480) | 176,571 | (1,614) | (1,671) | (13,903) | (822) | (16,198) | 4,560 | 1,497 | 2,190 | 23,225 | (33,979) | (321,083) |
| 13. Other (inc.)expenses | | 194,440 | | (36,999) | | | | | | | | (0) | (11,563) |
| 14. Minority interest | | (9,995) | | (1,568) | | | | (2,224) | | | | 36,854 | 218,799 |
| 15. Fx gain/loss - transactional | 111,304 | 26,417 | 3,713 | (9,469) | 27,707 | (1,034) | 12,297 | 33 | 16,202 | (4,454) | 1,486 | (3,408) | (16,804) |
| 16. - translational | (55) | (412) | | 5,172 | | 2,012 | | 526 | (20,146) | | | (3,482) | 12,580 |
| Hedge gain/loss | 21,331 | | (1,555) | (2) | (4,246) | 8 | | 2,895 | | | | (4,016) | 56,366 |
| Investment & other income | (310,900) | 387,021 | 544 | (44,537) | 9,558 | 252 | (3,901) | | (2,447) | (2,814) | 24,711 | | |
| 17. Finance subs-interest | | | | | 148 | | | 189 | | | 5 | 5,163 | 172,754 |
| 18. Long-term debt interest | 144,507 | 20,241 | | 2,501 | 8,466 | 41 | 11,096 | 119 | 220 | | | 36,302 | 103,020 |
| 19. Bank & other interest | 15,587 | 27,250 | | 3,939 | 797 | 658 | (1,625) | (5,176) | | | | 5,163 | 508 |
| 20. Intercompany interest | 10,408 | (58,808) | | 4,736 | 49,091 | 699 | 9,471 | (5,057) | 220 | 798 | (735) | 41,465 | 103,528 |
| Total other interest expense | 25,995 | (31,558) | 3,021 | (3,739) | 57,557 | (2,443) | 16,559 | 6,892 | 103,130 | | | 47,988 | 1,706,698 |
| 21. (Gain)/loss on sale of business | 561,431 | 927,024 | | | 46,772 | | | | | | | | |
| 22. Earning before tax | 3,468,349 | 6,834,029 | 6,060 | 253,012 | 1,757,681 | 106,076 | (2,388) | 12,624,178 | 126,891 | 1,435,562 | 45,593 | 523,592 | 27,178,634 |

Note: Financial information is presented as in the RPS model.

**Financial Statements adjusted for Transfer Pricing**
**For the year ended December 31, 2002**
(In thousands of U.S. Dollars)
Debit/(Credit)
Through Fourth Restatement

| US GAAP | NNL | NNI | Ireland | France | UK | Australia | Brazil | NNC | Distributors | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Revenues - trade & other | (948,269) | (6,029,238) | (198,858) | (183,380) | (678,271) | (98,259) | (12,524) | (14,592) | (1,896,214) | (10,059,605) |
| 2. Intercompany revenue | (2,138,032) | (373,946) | (182,273) | (445,638) | (536,245) | 8,846 | (64,972) | (70,810) | (55,611) | (3,858,681) |
| 3. Cost of revenue | 2,750,146 | 4,604,329 | 355,853 | 663,204 | 380,639 | 37,621 | 25,519 | 35,032 | 1,377,624 | 10,229,967 |
| Add back Interim TP Adjustment | 42,898 | (660,841) ✓ | (58,054) | (37,052) | 305,812 | 30,900 | | 10,545 | 365,792 | |
| Prior year tp adjustments booked in current year | (51,090) | (435,900) | (15,900) | (26,159) | 386,040 | (3,882) | (1,271) | 34,600 | 109,964 | (3,598) |
| Local statutory adjustments | (47,400) | | | | | | 34,200 | (9,400) | 22,600 | |
| Gross profit | (391,747) | (2,895,596) | (99,232) | (29,025) | (142,025) | (24,774) | (19,048) | (14,625) | (75,845) | (3,691,917) |
| 4. Selling & marketing | 254,704 | 923,783 | 8,373 | 48,494 | 114,526 | 32,237 | 8,979 | 13,743 | 288,386 | 1,693,225 |
| 5. Gen. & administrative | 128,783 | 472,665 | 8,230 | (12,482) | 96,424 | 12,444 | 13,273 | 5,085 | 105,162 | 829,584 |
| Total SG&A | 383,487 | 1,396,448 | 16,603 | 36,012 | 210,950 | 44,681 | 22,252 | 18,828 | 393,548 | 2,522,809 |
| 6. R&D expenses | 849,293 | 868,773 | 14,782 | 245,636 | 183,825 | 10,528 | 2,499 | (448) | (2,448) | 2,172,440 |
| 7. Purchased IPR&D | | 1 | | | | | | | | 1 |
| 8. Acquired technology | | 19,279 | | | | | | 137,972 | | 157,251 |
| 9. Bay, Cambrian, Shasta, Xcel goodwill | 5 | | | | | | | | | 5 |
| 10. Ongoing goodwill | | | | | 2 | | | | | 2 |
| Total goodwill & IPR&D | 5 | 19,279 | | | 2 | | | 137,972 | | 157,258 |
| Def. compensation Expense | | | | | | | | 110,025 | | 110,025 |
| 11. Restructuring cost | 344,362 | 661,214 ✓ | 1,432 | 46,947 | 404,052 | 1,980 | | 472,532 | 78,099 | 2,010,618 |
| Total operating expenses | 1,577,147 | 2,945,715 | 32,817 | 328,595 | 798,829 | 57,189 | 24,751 | 738,909 | 469,199 | 6,973,151 |
| Operating earnings | 1,185,400 | 50,119 | (66,415) | 299,570 | 656,804 | 32,415 | 5,703 | 724,284 | 393,354 | 3,281,234 |
| 12. Equity earnings | | 9,763 | | 7,095 | | 556 | | | | 17,414 |
| 13. Other (inc.)/expenses | (59,611) | (21,437) | 45 | (19,757) | (51,058) | (3,116) | (1,577) | (19,863) | 76,603 | (99,771) |
| 14. Minority interest | | (170) | | | | | | | | (170) |
| 15. Fx gain/loss - transactional | (75,196) | 11,894 | 2,508 | 1,215 | (34,885) | 1,344 | (10,738) | (11,492) | 5,771 | (109,579) |
| 16.  - translational | 716 | (1,721) | | | | 4,753 | | | 1,643 | 5,391 |
| Hedge gain/loss | (11,798) | 1,442 | 39 | | 22,915 | | | (343) | (869) | 11,386 |
| Investment & other income | (145,889) | (229) | 2,592 | (11,447) | (63,028) | 3,537 | (12,315) | (31,698) | 83,148 | (175,329) |
| 17. Finance subs-interest | | | | | | | | | | |
| 18. Long-term debt interest | 105,349 | 23,510 | | 3,143 | 103 | | | 56 | 56 | 132,217 |
| 19. Bank & other interest | 374 | 29,527 | | 1,328 | 4,984 | | 1,995 | 105 | 5,828 | 44,141 |
| 20. Intercompany interest | 6,590 | (16,013) | | 4,867 | (2,395) | 98 | (3,676) | (3,350) | 20,709 | 6,830 |
| Total other interest expense | 6,964 | 13,514 | | 6,195 | 2,589 | 98 | (1,681) | (3,245) | 26,537 | 50,971 |
| 21. (Gain)/loss on sale of business | 680,707 | (158,750) | 2,707 | (2,248) | (69,720) | 1,822 | (22,858) | 215,592 | (81,340) | 565,912 |
| 22. Earning before tax | 1,832,531 | (71,836) | (61,116) | 295,213 | 526,748 | 37,872 | (31,151) | 904,989 | 421,755 | 3,855,005 |

Note: Financial information is presented as in the RPS model.

Financial Statements adjusted for Transfer Pricing
For the year ended December 31, 2003
(In thousands of U.S. Dollars)
Debit/(Credit)
Through Fourth Restatement

| US GAAP | NNL | NNI | Ireland | France | UK | Australia | Brazil | Alteon | Distributors | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Revenues - trade & other | (767,789) | (5,399,992) | (278,317) | (269,688) | (482,418) | (176,597) | (24,379) | | (1,522,757) | (8,921,937) |
| 2. Intercompany revenue | (2,556,308) | (319,541) | (82,069) | (560,600) | (396,537) | (2,995) | (15,422) | (15,459) | (35,778) | (3,984,709) |
| 3. Cost of revenue | 2,139,985 | 3,784,471 | 315,028 | 529,153 | 529,639 | 152,295 | 30,394 | (19,578) | 1,353,902 | 8,815,289 |
| Add Back Interim TP Adjustment | 251,325 | (471,789) | (68,757) | (1,090) | 346,118 | (15,982) | | 13,195 | (53,020) | |
| Prior year tp adjustment booked in current year | 280,133 | (255,608) | (19,809) | 43,238 | (104,758) | (18,023) | 5,989 | 13,428 | 85,134 | 29,724 |
| Local statutory adjustments | 25,600 | | | | | | 8,200 | | (33,800) | |
| Gross profit | (627,054) | (2,662,459) | (133,924) | (258,987) | (107,956) | (61,302) | 4,782 | (8,414) | (206,319) | (4,061,633) |
| 4. Selling & marketing | 230,460 | 475,794 | 6,133 | 51,589 | 238,463 | 25,942 | 524 | 9,531 | 123,307 | 1,161,743 |
| 5. Gen. & administrative | 287,795 | 398,606 | 33,871 | 1,394 | 125,311 | 12,190 | 6,596 | 575 | 139,924 | 1,006,262 |
| Total SG&A | 518,255 | 874,400 | 40,004 | 52,983 | 363,774 | 38,132 | 7,120 | 10,106 | 263,231 | 2,168,005 |
| 6. R&D expenses | 823,148 | 793,506 | 18,091 | 266,870 | 95,510 | 10,271 | 6,576 | (6,197) | (6,410) | 2,001,365 |
| 7. Purchased IPR&D | | | | | | | | | | |
| 8. Acquired technology | | | | | | | | 97,667 | 4 | 97,671 |
| 9. Bay, Cambrian, Shasta, Xcel gdwill | | | | | | | | | | |
| 10. Ongoing goodwill | | | | | | | | | | |
| Total goodwill & IPR&D | | | | | | | | 97,667 | 4 | 97,671 |
| Def. compensation Expense | | | | | | | | 15,888 | | 15,888 |
| 11. Restructuring cost | 70,680 | 176,397 | 656 | 18,758 | 17,610 | (1,625) | | 1,397 | (3,455) | 280,418 |
| Total operating expenses | 1,412,083 | 1,844,303 | 58,751 | 338,611 | 476,894 | 46,778 | 13,696 | 118,861 | 253,369 | 4,563,346 |
| Operating earnings | 785,029 | (818,156) | (75,173) | 79,624 | 368,938 | (14,524) | 18,478 | 110,447 | 47,050 | 501,713 |
| 12. Equity earnings | | 1,864 | | | | | | | 0 | 4,177 |
| 13. Other (inc.)/expenses | 76,380 | (92,903) | (29,912) | 2,940 | (23,364) | (627) | 5,266 | (3,383) | 55,242 | (92,046) |
| 14. Minority interest | | (1) | | (77,713) | | (1,659) | | | (1) | (1) |
| 15. Fx gain/loss - transactional | (440,319) | 27,645 | 8,254 | (1,572) | (8,404) | (2,260) | 21,014 | (392) | 26,842 | (369,192) |
| 16.     - translational | (401) | | | | | (3,732) | | | (7,393) | (11,527) |
| Hedge gain/loss | 4,397 | (6,036) | | | 12,095 | | | | (3,356) | 7,100 |
| Investment & other income | (359,943) | (69,431) | (21,658) | (76,345) | (19,673) | (8,278) | 26,280 | (3,775) | 71,334 | (461,489) |
| 17. Finance subs-interest | | | | | 57 | | | | | |
| 18. Long-term debt interest | 64,661 | 18,108 | | 1,759 | 4,251 | | 514 | | 29 | 66,506 |
| 19. Bank & other interest | 673 | 48,975 | | 1,756 | (2,000) | | 1,388 | | 2,153 | 27,455 |
| 20. Intercompany interest | 3,353 | 67,083 | | 588 | 2,251 | | 1,902 | | 7,600 | 59,904 |
| Total other interest expense | 4,026 | | | 2,344 | 27,578 | | 51,187 | | 9,753 | 87,359 |
| 21. (Gain)/loss on sale of business | (142,720) | (86,483) | (80) | 20 | | | | | 5,451 | (145,047) |
| 22. Earning before tax | 351,053 | (906,987) | (96,911) | 7,402 | 379,151 | (22,802) | 97,847 | 106,672 | 133,617 | 49,042 |

Note: Financial information is presented as in the RPS model.

Financial Statements adjusted for Transfer Pricing
For the year ended December 31, 2004
(In thousands of U.S. Dollars)
Debit/(Credit)
Through Fourth Restatement

| US GAAP | NNL | NNI | Ireland | France | UK | Australia | Alteon | Distributors | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1. Revenues - trade & other | (780,421) | (4,706,504) | (327,222) | (398,961) | (449,709) | (152,246) | - | (1,538,895) | (8,353,958) |
| 2. Intercompany revenue | (2,657,699) | (436,108) | (76,525) | (703,861) | (435,467) | (4,770) | (448) | (120,953) | (4,435,831) |
| 3. Cost of revenue | 2,370,743 | 3,685,784 | 332,825 | 657,323 | 476,165 | 166,573 | 11,079 | 1,363,648 | 9,064,140 |
| Add Back Interim TP Adjustment | 527,365 | (645,201) | (73,170) | 12,409 | 231,711 | (33,460) | 11,911 | (31,565) | - |
| Prior year tp adjustment booked in current year | 233,381 | (242,052) | (9,182) | (27,658) | 81,443 | (25,751) | (17,525) | 8,252 | 908 |
| Local statutory adjustments | 27,400 | | | | | | | (27,400) | - |
| Gross profit | (279,231) | (2,344,081) | (153,274) | (460,748) | (95,857) | (49,654) | 5,017 | (346,912) | (3,724,740) |
| 4. Selling & marketing | 67,980 | 529,546 | 8,184 | 54,480 | 120,151 | 35,520 | 11,826 | 161,013 | 988,700 |
| 5. Gen. & administrative | 360,289 | 347,115 | 49,407 | 14,447 | 133,163 | 9,765 | 567 | 121,629 | 1,036,382 |
| Total SG&A | 428,269 | 876,661 | 57,591 | 68,927 | 253,314 | 45,285 | 12,393 | 282,642 | 2,025,082 |
| 6. R&D expenses | 839,590 | 768,341 | 17,782 | 267,301 | 95,553 | 6,428 | (1,425) | 2,071 | 1,995,641 |
| 7. Purchased IPR&D | | | | | | | | | |
| 8. Acquired technology | | | | | | | | (1) | (1) |
| 9. Bay, Cambrian, Shasta, Xcel gdwill | | | | | | | | | |
| 10. Ongoing goodwill | | | | | | | | | |
| Total goodwill & IPR&D | | | | | | | | (1) | (1) |
| Def. compensation Expense | | | | | | | | | |
| 11. Restructuring cost | 17,083 | 53,944 | (924) | 7,080 | 44,423 | 3,393 | 450 | 11,591 | 137,040 |
| Total operating expenses | 1,284,942 | 1,698,946 | 74,449 | 343,308 | 393,290 | 55,106 | 11,418 | 296,304 | 4,157,763 |
| Operating earnings | 1,005,711 | (645,135) | (78,825) | (117,440) | 297,433 | 5,452 | 16,435 | (50,609) | 433,022 |
| 12. Equity earnings | - | (243) | | | | 330 | | | 87 |
| 13. Other (inc,)expenses | (58,214) | (77,349) | 14,203 | (3,825) | (40,265) | (4,915) | (1,045) | (15,225) | (186,635) |
| 14. Minority interest | | | | | | | | (1) | (1) |
| 15. Fx gain/loss - transactional | (145,511) | 3,473 | 460 | (1,313) | 9,283 | (542) | (232) | 20,766 | (113,616) |
| 16.  - translational | 52 | 1 | | (7) | | (6,259) | | (8,976) | (15,189) |
| Hedge gain/loss | (15,391) | | | | (9,314) | | | 9 | (24,696) |
| Investment & other income | (219,064) | (74,118) | 14,663 | (5,145) | (40,296) | (11,386) | (1,277) | (3,427) | (340,050) |
| 17. Finance subs-interest | | | | | | | | | |
| 18. Long-term debt interest | 66,724 | 12,388 | | 2,586 | 104 | | | 1,795 | 83,597 |
| 19. Bank & other interest | 38 | 4,321 | | 633 | 1,871 | 13 | | 826 | 7,702 |
| 20. Intercompany interest | 5,455 | 49,071 | | 1,423 | (2,133) | | | 9,212 | 63,028 |
| Total other interest expense | 5,493 | 53,392 | | 2,056 | (262) | 13 | | 10,038 | 70,730 |
| 21. (Gain)/loss on sale of business | 55,714 | (10,727) | | 143 | 234,391 | 115 | | 4,925 | 284,561 |
| 22. Earning before tax | 914,578 | (664,200) | (64,162) | (117,800) | 491,370 | (5,806) | 15,158 | (37,277) | 531,861 |

Note: Financial information is presented as in the RPS model.

Financial Statements adjusted for Transfer Pricing
For the year ended December 31, 2005
(In thousands of U.S. Dollars)
Debit/(Credit)
Through Fourth Restatement

| US GAAP | NNL | NNI | Ireland | France | UK | Australia | Alteon | Distributors | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1. Revenues - trade & other | (835,304) | (5,020,441) | (365,604) | (455,662) | (531,605) | (149,421) | - | (1,963,741) | (9,321,778) |
| 2. Intercompany revenue | (2,889,000) | (459,833) | (79,011) | (589,868) | (404,785) | (3,312) | (316) | (163,497) | (4,589,622) |
| 3. Cost of revenue | 2,002,370 | 4,143,847 | 346,270 | 883,071 | 500,447 | 97,874 | - | 1,790,956 | 9,737,017 |
| Add Back Interim TP Adjustment | 323,658 | (445,697) | (52,807) | 171 | 191,044 | (13,242) | (27,818) | (14,562) | - |
| Prior year tp adjustment booked in current year | 529,400 | (586,289) | 19,876 | (117,379) | 113,556 | 20,164 | 11,436 | (10,178) | (11,611) |
| Local statutory adjustments | (33,700) | | | | | | 19,239 | 33,700 | |
| Gross profit | (902,576) | (2,368,413) | (131,276) | (279,667) | (131,343) | (47,937) | | (327,322) | (4,185,994) |
| 4. Selling & marketing | 135,122 | 581,028 | 7,897 | 44,525 | 118,423 | 32,759 | 2,541 | 152,324 | 1,083,264 |
| 5. Gen. & administrative | 526,900 | 333,104 | 42,752 | 6,055 | 105,800 | 11,696 | 11,186 | 126,022 | 1,151,998 |
| Total SG&A | 662,022 | 914,132 | 50,649 | 50,580 | 224,223 | 44,455 | (331) | 278,346 | 2,235,262 |
| 6. R&D expenses | 811,300 | 719,543 | 17,906 | 256,751 | 66,406 | 4,474 | 10,855 | 4,282 | 1,880,618 |
| 7. Purchased IPR&D | | | | | | | (44) | | |
| 8. Acquired technology | | | | | | | | | |
| 9. Bay, Cambrian, Shasta, Xcel gdwill | | | | | | | | | |
| 10. Ongoing goodwill | | | | | | | | | |
| Total goodwill & IPR&D | | | | | | | | | |
| Def. compensation Expense | | | | | | | | | |
| 11. Restructuring cost | 28,200 | 53,547 | 710 | 4,163 | 53,549 | 3,971 | 111 | 7,458 | 151,709 |
| Total operating expenses | 1,501,522 | 1,687,222 | 69,266 | 311,494 | 344,178 | 52,900 | 10,922 | 290,085 | 4,267,589 |
| Operating earnings | 598,946 | (681,191) | (62,010) | 31,827 | 212,835 | 4,963 | 13,463 | (37,237) | 81,595 |
| 12. Equity earnings | - | - | | | | | | | (3,295) |
| 13. Other (inc.)expenses | (119,500) | (4,172) | 10,861 | (19,465) | (29,585) | 726 | | 151 | (269,462) |
| 14. Minority interest | | (101,548) | | | | (3,705) | 133 | (6,653) | 1 |
| 15. Fx gain/loss - transactional | (84,400) | 12,818 | (7,694) | 4,266 | (21,191) | 1,281 | 2,138 | (3,222) | (96,004) |
| 16. - translational | (6) | 0 | | (35) | | (744) | | 5,507 | 4,722 |
| Hedge gain/loss | 24,381 | | | | 14,520 | | | | 38,901 |
| Investment & other income | (179,525) | (92,902) | 3,167 | (15,234) | (36,256) | (2,442) | 2,271 | (4,216) | (325,137) |
| 17. Finance subs-interest | | | | | | | | | |
| 18. Long-term debt interest | 84,074 | 11,825 | | 2,831 | 24 | | | 1,718 | 100,472 |
| 19. Bank & other interest | 845 | 597 | | 572 | 2,751 | 2 | | 1,321 | 6,088 |
| 20. Intercompany interest | 7,015 | 62,239 | (40) | 211 | (8,821) | - | | 9,078 | 69,682 |
| Total other interest expense | 7,860 | 62,836 | (40) | 783 | (6,070) | 2 | | 10,399 | 75,770 |
| 21. (Gain)/loss on sale of business | 39,991 | 3,828 | (29) | 450 | (871) | (177) | 6 | 901 | 44,099 |
| 22. Earning before tax | 551,346 | (695,604) | (58,912) | 20,657 | 169,662 | 2,346 | 15,740 | (28,436) | (23,201) |

Note. Financial information is presented as in the RPS model.