

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

OFFICE OF
CHIEF COUNSEL

## MEMORANDUM

March 22, 2006

MEMORANDUM FOR:     Matthew W. Frank, Director, APA Program

FROM:                           Tom Ralph, Team Leader, APA Branch 3
                                        Russell Kwiat, Chief, APA Branch 2

SUBJECT:                      Nortel Networks, Inc. (APA-148919-02)
                                        Proposed U.S.-Canada Bilateral APA

This memorandum requests your approval and signature of a recommended U.S. competent authority negotiating position for a bilateral APA with Canada. This negotiating position presents the opinion of the APA Program on the most appropriate arm's length method taking into account section 482 of the Internal Revenue Code, its regulations, the U.S.-Canada Income Tax Treaty, and the U.S. Competent Authority's experience with the Canada Competent Authority. We recommend applying a residual profit split transfer pricing method (TPM).

## I.     Parties

Nortel intends to use the residual profit split TPM to allocate income among its subsidiaries in six countries. The three primary parties to the transactions are:

> Nortel Networks Limited (NNL), the Canadian parent company;
> Nortel Networks, Inc. (NNI), NNL's wholly-owned U.S. subsidiary; and
> Nortel Networks UK (NNUK), NNL's wholly-owned U.K. subsidiary.

These three parties represent approximately 91% of the total R&D capital stock value throughout the APA period.

The signatories to the APA will be the IRS and NNI.

GOVERNMENT
EXHIBIT
108

## II.    Term

The APA will apply to the five taxable years ending December 31, 2001 through December 31, 2005.  Taxpayer has requested a rollback to cover the taxable year ending December 31, 2000.

Nortel has requested that its Headquarters Services APA be discontinued effective January 1, 2000.

## III.    Covered Transactions

Nortel has proposed covering the following transactions:

1. Intangible property transfers among the Nortel entities worldwide that engage in R&D;
2. Tangible property transfers worldwide among various Nortel entities; and
3. Services performed by the six Nortel entities that perform R&D worldwide that benefit each other.

## IV.    Background

Telecommunications industry

The regulatory framework of the telecommunications industry changed radically in many countries, including the U.S., Canada, and the U.K., during the past decade, particularly after 1997.  As technological innovation made competition increasingly possible in the long-distance and international telephony markets, policy makers sought to liberalize the access of new entrants.  New independent regulatory agencies were established with a mandate to open markets to competition, prevent incumbents from abusing their position and avoid collusion between operators.  Following these decisions, telecommunications markets became more competitive.  Other actions were undertaken to liberalize the industry, including number portability and carrier selection. In addition, progress was made towards the privatization of state-owned operators.

In 2001, the telecommunications industry entered into a violent downturn. Service providers reduced spending on their networks, both wireless and wireline. Telecommunication companies faced a changing industry and a challenging market. Many companies reduced telecom spending and restructured their operations by selling some businesses and focusing on the areas they identified as having the best potential for growth.

When the telecom bubble burst, it resulted in one of the greatest collapses in modern economic history.  More than $1 trillion in share value evaporated from the industry within twelve months.  (All dollar amounts in this paper are stated in U.S. dollars, unless otherwise indicated.)  Over time, investors in U.S. listed telecom stocks lost some $2 trillion as stock prices dropped 95 percent or more from their highs.  A tsunami of

liquidations, reorganizations and bankruptcy filings followed, that engulfed both small upstarts and the 'financially unassailable' titans.  Telecommunication markets remain exceedingly dynamic.

**Chart 1**



The telecommunication industry is characterized by high investment in product R&D and rapidly changing technologies, evolving industry standards, frequent product introductions and, in some instances, short product life cycles.

In general, the market situation for technology-based companies has become extremely volatile. The turbulent and uncertain state of the technology industry is reflected in the following:

> • In the late 1990s, the demand for new technology was extremely high as industry and government invested in information hardware. In search for new and commercially viable technological solutions, merger and acquisition activity reached a frenetic pace and share values greatly exceeded underlying book values;

> • The early 2000s as a period of general economic uncertainty. Consequently, technology markets collapsed with a precipitous drop in demand for, and capital investment in, products incorporating the Company's and its competitors' technologies. As a result, the industry experienced a substantial decline in revenues and in share values accompanied by write-offs of technological assets. As a result of this decline, funding became scarcer and companies were left with the difficult decision on how they would allocate their declining capital resources.

<u>Nortel Networks Limited</u>

Nortel Networks Corporation is headquartered in Brampton, Canada.  It engages in the design, development, manufacture, assembly, marketing, sale, licensing, installation,

servicing, and support of networking solutions that consists of hardware, software, and services.

Nortel previously entered into three bilateral APAs with the IRS and the Canadian Revenue Authorities (CRA).  The following table summarizes these APAs:

**Table 1**

| Covered Transaction | APA Term | Comments |
|---|---|---|
| Cost Sharing | 1992-1999 | Allocation of R&D based on royalty income; 3rd party sales; and modified operating profit |
| Tangible Property | 1995-1999 | Routine distributors earned an operating margin of 3%. |
| Headquarters Services | 1996-2000 | 20% stewardship allocable to NNL; 30% headcount; 70% sales |

Nortel is seeking a bilateral APA with the IRS and CRA for years 2001 through 2004. Nortel will also seek a bilateral APA between CRA and Inland Revenue.

Nortel operates in several segments:  Wireless Networks, Enterprise Networks, Wireline Networks, and Optical Networks.  The Wireless Networks segment provides communications networks that enable end-users to be mobile while they send and receive voice and data communications using wireless devices, such as cellular telephones, personal digital assistants, and other computing and communications devices.  The Enterprise Networks segment provides data, voice, and multimedia communications solutions that include circuit and packet voice solutions, and data networking and security solutions to enterprise customers.  The Wireline Networks segment provides data, voice, and multimedia communications solutions to service providers, such as local and long distance telephone companies, wireless service providers, cable operators, and other communication service providers.  The Optical Networks segment solutions transport data, voice, and multimedia communications within and between cities, countries, or continents by transmitting communications signals in the form of light waves through fiber optic cables.  This segment consists of long-haul and metropolitan optical products.

Nortel Networks has changed the make-up of these segments over the APA Term. Nortel Networks has, at various times emphasized or deemphasized the independence of these segments.  The reportable business segments were as follows:

| 1999 – 2000 | Service Provider & Carrier and Enterprise |
| 2001 | Optical Long-Haul Networks, Wireless Networks, and Metro & Enterprise Networks |
| 2002 – 2004 | Optical Networks, Wireless Networks, Wireline Networks, and Enterprise Networks |

Nortel Networks now views the changes in reportable business segments as changing the fundamental nature of the business segments.  It argues that the change in the business segments precludes a segment-by-segment analysis.  We disagree for reasons explained more fully in paragraph 1 of section VI, page 15 of this paper.

The APA Team views these changes as merely aggregating or disaggregating some segments without material consequences.  For example, during the course of the APA Term Nortel Networks has disaggregated the Wireless segment into CDMA and GTS/UMTS.  Similarly, it has renamed the Carrier Packet Networks to Wireline and Optical.  (See Nortel's 2004 Form 10-K, which states, "The four operating segments are Carrier Packet Networks, which is substantially an amalgamation of our previous Wireline Networks and Optical Networks businesses; CDMA Networks, which was previously part of Wireless Networks; GSM and UMTS Networks which was also previously part of Wireless Networks; and Enterprise Networks, which remains substantially unchanged from the previous organization.")

Each Nortel Networks subsidiary that performs R&D performs a mixture of R&D that benefits each of the business segments.  Based on financial data provided by Nortel Networks some subsidiaries appear to focus more heavily on certain business segments and less on others.  In addition, the subsidiaries have experienced vastly different revenues and profits in the various business segments.  (See Appendix 1.)  Moreover, the business segments' contribution margin has changed materially over the years.  (See Appendix 2.)

Nortel was not immune from the telecommunications industry downturn described above and illustrated in Chart 1.  As a result, Nortel Networks' reported revenue decreased from a record high in 2000 of $30,275 million, to $10,560 million in 2002 and to approximately $10,000 million in 2003.  Similarly, and not unlike many of its competitors, Nortel's stock exchange market capitalization declined from a high of $260 billion in 2000 to a low of $2 billion in 2002, a decrease of approximately $258 billion in a three-year period.

Nortel's competitors also experienced these adverse economic conditions and responded in different ways and adopted a variety of strategies.  Nortel's strategy was to focus on core R&D activities (i.e., R&D cuts were relatively modest as compared with cuts in other functions), substantially reduce its in-house manufacturing base through the outsourcing of this function, and proportionately downsize its distribution and management resources.  Accordingly, from 2000 to 2004, Nortel focused its supply chain resources and investments on those areas that provided true competitive

differentiation and offered the most value for its customers.  These competitive differentiating factors included the introduction of new products, and the continuing deployment, integration, and support of complex, multi-technology network solutions. The following sections and tables describe some of the changes in the company during this period.

<u>Employee Reductions</u>

Over the APA Term, Nortel has significantly reduced the number of people it employs in all of its functional and geographic areas.  The following two tables illustrate the severity of the headcount reductions.

| Table 2 | Number of Employees | | | | Change 2000 - 2003 | |
|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | | |
| **Functions** | | | | | # | % |
| **R&D** | 27,145 | 17,376 | 13,717 | 13,001 | (14,144) | -52% |
| **Mfg. / Operations** | | | | | | |
| Supply Chain & Supply Mgmt | 2,787 | 1,740 | 1,222 | 1,332 | (1,455) | -52% |
| System House Operations | 5,309 | 1,244 | 473 | 422 | (4,887) | -92% |
| Technician | 3,176 | 1,466 | 797 | 791 | (2,385) | -75% |
| Operations | 4,623 | 2,084 | 1,136 | 998 | (3,625) | -78% |
| Sub-total | 15,895 | 6,534 | 3,628 | 3,543 | (12,352) | -78% |
| **Distribution** | | | | | | |
| Marketing/Sales | 12,813 | 6,745 | 4,862 | 4,861 | (7,952) | -62% |
| Customer Services | 12,992 | 8,533 | 6,270 | 6,255 | (6,737) | -52% |
| Field Installation | 3,926 | 1,521 | 773 | 667 | (3,259) | -83% |
| Professional Services | 694 | 908 | 6 | 2 | (692) | -100% |
| Sub-total | 30,425 | 17,707 | 11,911 | 11,785 | (18,640) | -61% |
| **Management/Other** | | | | | | |
| Administration | 2,679 | 1,069 | 716 | 655 | (2,024) | -76% |
| Corporate Services | 4,584 | 3,266 | 2,149 | 2,090 | (2,494) | -54% |
| Information Technology | 3,078 | 1,691 | 1,143 | 1,168 | (1,910) | -62% |
| Union/Other | 10,694 | 4,957 | 3,696 | 2,913 | (7,781) | -73% |
| Sub-total | 21,035 | 10,983 | 7,704 | 6,826 | (14,209) | -68% |
| | | | | | | |
| **TOTAL** | 94,500 | 52,600 | 36,960 | 35,155 | (59,345) | -63% |

**Table 3**

| Manufacturing/Operations Employees Relative to Total Employees | | | | |
|---|---|---|---|---|
| Source:  Nortel Networks Functional Analysis For the Years Ended December 31, 2000-2004, page 51 | | | | |
| | | | | |
| | Canada | US | UK | Canada,US,UK |
| 2000 | | | | |
| | | | | |
| Manufacturing/Operations Employees | 4,611 | 4,114 | 5,441 | 14,166 |
| | | | | |
| Total Employees | 25,900 | 38,000 | 12,440 | 76,340 |
| Proportion of Manufacturing/Operations Employees | 18% | 11% | 44% | 19% |
| | | | | |
| 2003 | | | | |
| | | | | |
| Manufacturing/Operations Employees | 1,397 | 878 | 550 | 2,825 |
| | | | | |
| Total Employees | 9,431 | 12,992 | 2,752 | 25,175 |
| Proportion of Manufacturing/Operations Employees | 15% | 7% | 20% | 11% |

Corporate Assets

During the APA Term, Nortel's corporate assets have changed materially.  Nortel transformed itself from a vertically integrated organization, where it created, manufactured/assembled and distributed almost everything in-house, to a company that performs R&D and distributes, but performs very little manufacturing.  Thus, Nortel has sold most of its production and manufacturing assets.  NNI leases many of its assets, while NNL and NNUK own their assets.  (See Appendix 3.)  Interestingly, while the U.S. accounts for 35.0% of square footage it only accounts for 10.7% of Net PP&E.

The data Nortel has provided implied that leased assets were not included in the PPE figures.  We notified Nortel of our concern several times during the APA process. However, only recently, after we sent Nortel a redacted draft of the RNP's fact sections, did Nortel inform us that NNI's leased assets are capital in nature and the book value is included in the long term asset component of Nortel's RPSM calculation.  Thus, NNI's leased assets are treated the same as NNL's and NNUK's assets for purposes of its RPSM calculation.

Though NNI was the first Nortel entity to outsource manufacturing, a substantial portion of NNI's Long Term Asset (LTA) base remained.  In fact NNI's LTA base from 2000 to 2001 increased from $1,1180M to $1,410M. This was mainly due to an increase in the long-term receivables and purchase of additional tangible assets. From 2001 to 2002, NNI's LTA base decreased from $1,410M to $747M. This was mainly due to a decrease in long-term trade receivables and to depreciation.  The intent of the transformation from a vertical to virtual manufacturer was to reduce costs.

We have not confirmed this information; however, in the interest of moving the RNP forward, we will verify this information later.

Vendor Financing

Nortel incurred material vendor financing losses during 2000 through 2004 as follows:

**Table 4**

| Nortel's Customer Financing Losses (USD millions) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
| Vendor financing write-offs | 74.000 | 193.680 | 292.000 | 818.000 | 184.598 | 1562.278 |

During the APA Term, NNL's Credit Committee was the organization fully responsible for the evaluation of credit risk. (See Appendix 4.) The role of Global Credit Management (GCM) is that of a facilitator. GCM is responsible for creating, distributing and maintaining credit procedures, organizing and arbitrating credit and pre-credit committee meetings, assisting in the due diligence of customer financing (credit reviews), preparing credit recommendations and managing the overall credit process. GCM had a very limited level of approval authority. Only the top position of GCM serves as a member of the Credit Committee. It is up to each LOB to determine what business transactions they are willing to accept. The customer financing allows for the customer to obtain credit, however it is the LOB that determines the terms and conditions of the sales transaction.

Contract Manufacturing Arrangements

Prior to 2001, Nortel manufactured most of its components and products. Since 2001, Nortel has reduced its manufacturing so that now Nortel does little manufacturing itself. Instead it contracts with uncontrolled manufactures to manufacture most of Nortel's products. NNL negotiates and executes the contract manufacturing agreements. However, it receives input from each of the Nortel subsidiaries in various countries that will use or sell the products. NNL executes a Master Contract Manufacturing Services Agreement ("MCMSA") with the parent corporation of each contract manufacturer with which the Nortel group transacts. The MCMSA sets out the governing terms and conditions of the parties' relationship and arrangement.

Specific details regarding the contract manufacturing arrangement are in a separate agreement, referred to as a Virtual Systems House Agreement ("VSHA"). The VSHA, which is attached to a MCMSA, governs the supply of certain products between Nortel's local system houses and the local subsidiaries of the parent contract manufacturer, for example, detailed product specifications. The terms of the VSHA are also negotiated by NNL and the parent corporation of the contract manufacturer. Similar to the MCMSA, the individual Nortel system houses provide input and assistance. Once NNL and the parent contract manufacturer have agreed on the terms of the VSHA, a copy of the

agreement is reviewed and executed by each local Nortel system house and the subsidiary contract manufacturer located in the same country.  So, for example, the Nortel system house located in the U.K. would execute a VSHA with the local U.K. contract manufacturing subsidiary.

The APA Team requested copies of representative executed MCMSAs and VSHAs; however, Nortel provided us with only model agreements, citing disclosure concerns.

Once the MCMSA is executed, NNL does not purchase products under the agreement.  Rather, the local Nortel systems houses and the local subsidiaries of the parent contract manufacturer are the "operating entities" as they transact for the purchase/sale of products.

Generally, Nortel is responsible for activities and risks associated with the product design function which includes the development of quality standards and testing strategy.  In addition, Nortel is responsible for: demand planning; global inventory control; and order management.

The contract manufacturer is responsible for the manufacturing activities. In addition, the contract manufacturer is responsible for: product testing; engineering support activities; and certain supply management activities associated with Tier II supplier negotiations.

## V.   TPM

Nortel proposed the residual profit split method (RPSM).  The RPSM is a two step process.  The first step allocates profit to provide arm's length returns for routine functions and the second step allocates residual profit among the participants based on the relative value of their contributions of intangible property.  Nortel estimates the current values of its intangible assets (for purposes of allocating residual profits) by capitalizing and amortizing historic R&D expenses.  Thus, residual profits are allocated according to R&D capital stocks.

The rationale for this method of valuing intangible assets is that from an economic perspective intangible development costs (IDCs) should be considered capital outlays, not current expenses.  If IDCs are capitalized, for consistency the calculation of the residual operating profit to be split should reflect a deduction for the current amortization of capitalized IDCs, not for the current outlay of such costs.  Thus, profits are first converted from an accounting basis to an economic basis.  In Nortel's analysis, "economic profits" represent the profits of the parties to the related party transactions as if each capitalized its IDCs and amortized the capital stocks over their useful lives.  The residual profit to be split between the various entities equals the total economic profit minus routine returns.

The affiliates included in the RPSM include both the old cost sharing participants (old CSPs) and routine distributors.  The distributors are allocated a routine return, but since

they incurred (and will incur) no R&D expenses, they are not allocated any portion of the residual profit.  The old CSPs, which do incur and will continue to incur R&D, and will therefore receive both a routine return and an allocation of residual profit, include:

- NNL,
- NN UK,
- NNI,
- NN Ireland,
- NNSA, a French company, and
- NN Australia.

The RPSM also includes companies acquired by Nortel.  The R&D of these acquired companies was paid for by old CSPs under services agreements at cost plus 5 percent.  As a result, the R&D performed by the acquired companies after acquisition is included as an expense of old CSPs.  However, the acquired companies incurred R&D expenses prior to their acquisitions, and this R&D remains at the acquired companies and is capitalized and amortized in the profit split analysis.

Nortel believes that based upon its experience and knowledge concerning the useful life of its intangibles an appropriate amortization rate for the R&D capital stocks is 30 percent per annum.  At this rate, using a declining balance method of amortization, the R&D capital stocks are reduced to approximately five percent of their original value in nine years.

Nortel calculates routine returns differently for routine distributors and the old CSPs.  For the routine distributors Nortel searched for independent distributors classified under SIC 50xx (durable goods distributors).  To account for possible geographic differences Nortel separated their search for independent distributors into three broad regions: North America, Europe, and Asia.  The following table summarizes the search criteria used:

[The remainder of this page is intentionally blank.]

**Table 5**

| Summary of Taxpayer's Search Criteria for Routine Distributors | | | |
|---|---|---|---|
| | | | |
| | North America | Europe | Asia |
| | | | |
| Database | Compustat | Global Vantage | Global Vantage |
| SICs: | 50xx | 50xx | 50xx |
| Eliminated companies: | | | |
| | Incorporated outside U.S. | | |
| | That were subsidiaries of other companies | | |
| | With qualified, adverse or absent auditors' opinions | With qualified, adverse or absent auditors' opinions | With qualified, adverse or absent auditors' opinions |
| | That were limited partnerships | | |
| | Duplicate companies | | |
| | If sales not greater than $10mm for a 3 year period | If sales not greater than $10mm for a 3 year period | If sales not greater than $10mm for a 3 year period |
| | If did not have three years of data for COGS, operating income, total assets | If did not have three years of data for operating income, total assets | If did not have three years of data for operating income, total assets |
| | If advertising expenses more than 1% of sales for each year for three years | | |
| Number of comparables: | 143 | 63 | 114 |

Nortel used an adjusted operating profit margin averaged over a three year period. The adjusted operating profit margin reflects adjustments for the implicit cost of carrying working capital (defined as accounts receivables and inventories less accounts payables). To make this adjustment, Nortel multiplied each comparable's working capital by a short-term interest rate, and subtracted the product from operating profits (before dividing by sales). Nortel used LIBOR plus 300 basis points as the short-term interest rate.

The following table summarizes the unadjusted and adjusted operating profit margins for the distributors:

**Table 6**

| Operating Profit Margins | | | |
|---|---|---|---|
| Durable Goods Distributors, 1998 to 2000 | | | |
| | | | |
| | North America | Europe | Asia |
| | | | |
| *Unadjusted* | | | |
| Lower Quartile | 1.1% | 1.3% | 0.1% |
| Median | 3.3% | 3.8% | 1.6% |
| Upper Quartile | 6.2% | 5.9% | 4.5% |
| | | | |
| *Adjusted* | | | |
| Lower Quartile | -0.5% | -0.1% | -1.4% |
| Median | 1.4% | 1.8% | 0.4% |
| Upper Quartile | 3.7% | 3.9% | 2.6% |

Furthermore, since Nortel had recorded volatile operating results (e.g., compare 2000 and 2001), it made a further adjustment to the adjusted operating profit margin to account for differences between the independent distributors (which may not have faced such volatility) and the tested parties. Nortel conducted a regression analysis to assess the effect of sales growth rates on operating profit margins. Based on the regression results, Nortel concluded that the following places in the interquartile range should be selected based upon sales growth rates:

**Table 7**

| Summary of Taxpayer's Selection of Place in Range for Routine Distributors | | | |
|---|---|---|---|
| | | | |
| Routine return set at: | North America | Europe | Asia |
| | | | |
| Lower Quartile | Negative sales growth | Less than -5% sales growth | Less than -10% sales growth |
| Median | 0%<Sales growth<25% | -5%<Sales growth<15% | -10%<Sales growth<10% |
| Upper Quartile | Sales growth > 25% | Sales growth > 15% | Sales growth > 10% |

Since the operating margins are determined net of an estimated working capital cost, to the extent the tested parties do hold working capital, the arm's length returns are increased (or decreased to reflect negative working capital). To make this adjustment, Nortel multiplies each tested party's level of working capital by LIBOR plus 300 basis points and adds it to adjusted operating profits.

Further, Nortel argues that because it is clear routine distributors will demand a minimum return and will be subject to a renegotiation of terms if the manufacturer's profits are substantially reduced, a cap and floor on the returns for the tested party distributors is applied. No tested party can receive a return higher than two times the upper bound of the interquartile range of the unadjusted operating margins (by region) or lower than one percent of sales.

Nortel argues that the old CSPs are, for the most part, fully integrated companies that perform the functions of R&D, manufacturing, and distribution. However, each company performs these functions to varying degrees. For purposes of the RPSM Nortel allocates some return to these entities for their routine tangible long-term assets and working capital. The returns to these companies' intangible assets will come in the form of an allocation of residual profit.

Nortel proposes apportioning routine returns to the old CSPs using a return on assets approach. Routine returns for the old CSPs are calculated by apportioning a routine return on working capital equal to a short-term cost of debt and apportioning a routine return on longer term assets based on a rate calculated from the tangible inventory property APA comparables. The short-term cost of debt is assumed to be equal to LIBOR plus 300 basis points. The appropriate return on long-term assets is the median return implied by the tangible property APA manufacturing comparables (this return is equal to operating profits as a percentage of long-term assets).

For the tangible inventory property APA Nortel searched for independent manufacturers of telecommunications equipment which possessed few, if any, significant intangible assets.[1] Of the 12 companies selected for that prior analysis, six still had publicly available financial data after 1997. The following are the six companies:

- ACT Manufacturing
- IEC Electronics
- Jabil Circuit Inc.
- Sanmina Corp.
- Solectron Corp.
- Xetel Corp.

Nortel's analysis noted that it understands that Nortel's long-term assets tend to be manufacturing-related while working capital tends to be distribution related.

Using the above comparables Nortel determined an implied return on long-term assets. An example of this analysis is shown below for ACT Manufacturing:

---

[1] See Nortel's report dated September 13, 1996 titled "An analysis of the Intercompany Transactions of the U.S. Subsidiaries of Northern Telecom Limited, Fiscal Year 1995". For this APA Nortel simply updated the financial data which was currently available.

**Table 8**

| Investment | % of Total NOA | Return | Wtd. Return |
|---|---|---|---|
| Calculation of ACT Manufacturing's | | | |
| Return on Long-Term Assets, 1998-2000 | | | |
| | | | |
| Working Capital | 70.3% | 8.86% [d] | 6.2% [a] |
| | | | |
| Long-term Assets | 29.7% | 25.2% [c] | 7.5% [b] |
| | | | |
| Total | 100.0% | | 13.7% |

| |
|---|
| [a] Equal to 70.3% * 8.86% |
| [b] Equal to 13.7% - 6.2% |
| [c] Equal to 7.5% / 29.7% |
| [d] LIBOR plus 300 basis points |

If the only comparable was ACT Manufacturing then each old CSP's routine return would be determined by multiplying its working capital by 8.86% and its long-term assets by 25.1%. However, since ACT Manufacturing is not the only comparable the benchmark for long-term assets is not 25.1% but, rather, 23.60%

Nortel has proposed the following results.

**Table 9**

| | Routine Returns on Assets for Canada, U.S., U.K., Australia, Ireland, NNSA and Brazil |
|---|---|
| | |
| Long-term Assets | 23.60% |
| Working Capital | 8.86% |

Application of Nortel's proposed TPM would have the following results.

**Table 10**

| NNI (in millions of US dollars) | | | | | | |
|---|---|---|---|---|---|---|
| Per Tables 2a of July 7, 2005 CD-ROM from taxpayer | | | | | | |
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2000-2004 |
| Increase or (decrease) to NNI's income as reported on its U.S. income tax return | 1,064 | (1,956) | 220 | 96 | (87.7) | (665) |

Rollback

NNL, NNI, and NNUK, as well as other members of the Nortel group, were participants in a cost sharing arrangement that was terminated on December 31, 2000.  Nortel has requested that we cover its 2000 tax year through a rollback.  Nortel, however, has not proposed a separate and distinct TPM to cover its 2000 tax year.  On its 2000 U.S. income tax return, Nortel filed using a cost-sharing TPM.

The IRS Field examined Nortel's 2000 income tax return and proposed some adjustments.

## VI.    APA Team's Recommendation

The APA Team's analysis identified several elements of Nortel's TPM that are irrational given Nortel's facts.  Each of these elements is addressed below; we conclude with our recommendations for Competent Authority negotiations.

       1.     Lines of Business

During the APA Years, Nortel has maintained essentially four lines of business and has reported its financial results based on those lines of business in its annual Form 10-K. Nortel's Form 10-K for 2004 states that, "each reportable segment was managed separately with each segment manager reporting directly or indirectly to the CEO.  The CEO relies on the information derived directly from Nortel's management reporting system."  Similarly, in a submission in support of its APA, Nortel stated that, "Nortel is organized on a product line basis, with each line of business operating quite independently of each other."  (See, page 9 of Functional Analysis, dated November 30, 2004.)

Our analysis revealed that the profitability of the different lines of business varied radically.  The differences between Optical and Wireless are the most striking; while Optical's revenues and profits plummeted, Wireless sales increased and profits rose. The differences among Enterprise and Wireline are material, if not as dramatic.  (See Table x, below and Appendix 2.)

**Table 11**

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Nortel's Lines of Business** | | | |
| Source:  Form 10-K, FYE 12/31/04 | | | |
| (in millions of USD) | | | |
| | | | |
| Revenues | | | |
| Wireless | 4,839 | 4,389 | 4,161 |
| Enterprise | 2,354 | 2,589 | 2,422 |
| Wireline | 1,723 | 2,005 | 2,572 |
| Optical | 906 | 1,179 | 1,820 |
| | | | |
| Management EBT | | | |
| Wireless | 554 | 695 | 256 |
| Enterprise | 166 | 279 | 29 |
| Wireline | (31) | 171 | 178 |
| Optical | (205) | (260) | (1,274) |
| | | | |
| Management EBT / Revenues | | | |
| Wireless | 11.4% | 15.8% | 6.2% |
| Enterprise | 7.1% | 10.8% | 1.2% |
| Wireline | -1.8% | 8.5% | 6.9% |
| Optical | -22.6% | -22.1% | -70.0% |

The APA Team viewed Nortel's statements in its Form 10-Ks and in its APA Request (made under penalties of perjury) and the materially different results that the different LOBs experienced to be incongruous with its proposed TPM.  We asked Nortel to provide a rational justification for its position of aggregating all LOBs or to modify its proposed TPM.  Nortel refused to modify its TPM.

To support aggregating all LOBs Nortel makes the following arguments.  We anticipate that the CRA may make the same arguments.

A.   The Statements made in the Forms 10-K and APA Request do not accurately reflect how Nortel operates.  Rather, "Nortel in reality is in one line of business; that being Networking Solutions."  (See Nortel letter to the APA Program, dated July 7, 2005.)

The APA Team finds it rather curious that after years of holding itself out to the U.S. Securities Exchange Commission, the investment community, and to the public as being engaged in multiple LOBs, Nortel now suggests that such a characterization is inaccurate, or at least too narrow.  We conclude that Nortel's recent

statement about being in one line of business is self-serving and not credible.

B.  Nortel does not keep statutory financial statements in accordance with U.S. GAAP for its various lines of business.  Rather, LOB financials are kept for management evaluation purposes only.  Nortel prepared LOB profit and loss statements for us, with the caveat that they were unreliable because it had to allocate certain expenses on the basis of revenues rather link the expenses directly to the LOB.

> The APA Team recognizes that Nortel does not keep audited LOB financial statements.  While imperfect, however, its LOB financial information was used by Nortel officers and executives to make decisions regarding R&D investment and LOB operations.  The APA Program has used management financial information in other cases and is comfortable using it in this case.

C.  Nortel argues that R&D in one LOB may benefit another LOB.  Accordingly, Nortel is unable to provide reliable R&D expenses on a LOB basis.  (See p. 2, letter to APA Program, dated October 7, 2005.)  Therefore, the LOB profit and loss statements are not reliable.

> In some respects this is Nortel's strongest argument and the APA Team recognizes that some R&D results may be used in multiple LOBs or, perhaps, in a LOB different from that intended.  (The IRS examination team confirmed that R&D in one LOB may benefit another LOB.)

> Even if R&D results are shared, we are not persuaded that such sharing precludes an analysis based on separate LOBs.  We believe that any sharing of benefits nets out among the LOBs. Indeed, Nortel has not stated, nor has it provided any evidence that any particular LOB's R&D has contributed proportionally more to other LOBs.  Therefore, one can assume any LOB benefits about the same as another LOB.

> In spite of some R&D results being used in LOBs other than that intended, the APA Team believes that an analysis of the separate LOBs is more accurate and reliable than an analysis that aggregates the LOBs.

In summary, the APA Team does not find Nortel's arguments persuasive and remains convinced that the most reliable way to apply the TPM is to segregate the LOBs. Therefore, the APA Team recommends that the U.S. Competent Authority take the position that the LOBs be analyzed separately.

2.      Routine Returns

a.      Critique of Nortel's Routine Return Analysis

In its APA Request, Nortel proposed using CPMs to establish the returns for its routine functions. Its application of the CPMs resulted in significant returns to Nortel entities for routine manufacturing functions. For example, Nortel proposed that entities characterized as manufacturing entities earn a 23.6% return on long-term assets. The following table illustrates the routine returns using Nortel's proposed routine return analysis and compares that with system profits. The routine returns that Nortel proposes are highly improbable given its system profits.

**Table 12**

| Routine and Economic Profits | | | | |
|---|---|---|---|---|
| In millions of USD | | | | |
| | | | | |
| Year | Routine Returns per Taxpayer | Economic Profit per Taxpayer[1] | Total 3rd Party Revenues | Routine Returns / Revenues | Economic Profit / Revenues |
| | (A) | (B) | (C) | (D)=(A) / (C) | (E) = (B) / (C) |
| | | | | | |
| 2000 | 1,262 | 2,838 | 25,283 | 5.0% | 11.2% |
| 2001 | 1,472 | (4,073) | 18,067 | 8.1% | -22.5% |
| 2002 | 736 | (1,691) | 9,693 | 7.6% | -17.5% |
| 2003 | 507 | (220) | 8,677 | 5.8% | -2.5% |
| 2004 | 447 | (506) | 8,693 | 5.1% | -5.8% |
| | | | | | |
| [1] Equal to "Accounting Profit" plus "R&D Expense" less "R&D Amortization". | | | | | |

*Manufacturing*

The APA Team found Nortel's analysis, and the results from that analysis, to be incongruous with the facts and circumstances. First, Nortel characterized each entity simply as a distributor or manufacturer, although most, if not all entities characterized as manufacturers also perform distribution functions. Second, many of the entities drastically reduced or eliminated their manufacturing in favor of outsourcing during the APA Term. Third, Nortel did not isolate only manufacturing assets for the calculation. Therefore, the asset base included assets used purely for R&D or assets that had a mixed use. Including R&D assets incorrectly inflates the routine return for manufacturers. Fourth, Nortel's economic analysis uses comparables that it identified in 1996 and financial data from 1998 to 2000. These years were boom years in the telecommunication industry, especially compared to the bust years of much of the APA Term. While the distribution analysis noted that sales growth and decline often affects profitability, there was no attempt in the manufacturing analysis to capture such effects. This is particularly troubling since the taxpayer noted that manufacturing is riskier than distribution. This should imply weaker results for manufacturing relative to distribution

-18-

when the industry is in turmoil.  Finally, NNI leases many of the assets it uses while NNL and NNUK (and other Nortel entities) own their manufacturing assets.  Leased assets do not appear on NNI's balance sheet, and thus, would result in significantly lower routine returns to NNI even though it performs essentially the same manufacturing functions as the other Nortel entities.

*Distribution*

Nortel's proposal for returns for routine distribution functions took into account differences in geographic regions, as well as differences in sales growth.  Nortel established the following adjusted[2] operating profit margins:

|                | North America | Europe | Asia   |
|----------------|---------------|--------|--------|
| Upper Quartile | 3.7%          | 3.9%   | 2.6%   |
| Median         | 1.4%          | 1.8%   | 0.4%   |
| Lower Quartile | (0.5%)        | (0.1%) | (1.4%) |

North American distributors would earn an operating profit margin equivalent to the lower quartile, median, or upper quartile depending on whether their sales growth was less than 0%, between 0% and 25%, and greater than 25%, respectively.

European distributors would earn an operating profit margin equivalent to the lower quartile, median, or upper quartile depending on whether their sales growth was less than (5%), between (5%) and 15%, and greater than 15%, respectively.

Asian distributors would earn an operating profit margin equivalent to the lower quartile, median, or upper quartile depending on whether their sales growth was less than (10%), between (10%) and 10%, and greater than 10%, respectively.

Nortel also proposed that no distributor receive a return higher than two times the upper bound of the interquartile range of the *unadjusted* operating margins or lower than one percent of sales.  (See page 47 of Nortel's APA Request for unadjusted operating margins.)

Nortel later updated (see letter from Horst Frisch, dated February 23, 2004) the financial data it used to produce these results and used financial data from 2000 through 2002 to produce the following ranges:

|                | North America | Europe | Asia   |
|----------------|---------------|--------|--------|
| Upper Quartile | 2.6%          | 4.4%   | 2.2%   |
| Median         | 0.8%          | 2.1%   | 0.7%   |
| Lower Quartile | (1.5%)        | (0.5%) | (0.4%) |

---

[2] Adjusted to zero working capital.

While the taxpayer's use of a regression was a positive first step towards quantifying the effects of sales fluctuations, it did not fully address the issue.  First, the regression results do not imply that at an arm's-length operating margin would be within the interquartile range of a broad set of distributors regardless of the sales growth of a company.  Nor do they imply any cap or floor resembling the caps and floors contained in the taxpayer's proposal.  Second, the regression did not take into account the fact that the effects of sales growth and decline are not uniform.  Third, the regression did not take into account the effects of mergers and acquisitions.

The absurdity of the taxpayer's position for routine functions is apparent when one examines the implication for the R&D function.  In contrast to the positive profits proposed by the taxpayer for manufacturing and distribution, the following table shows extreme losses (even a negative royalty) for the R&D function, using a pro forma income statement for the R&D function for 2001-03:

**Table 13**

| Profit Split Results for Worldwide Operations, per Residual Profit Split Model, Table 2a | | | | | |
|---|---|---|---|---|---|
| Calculation of Cost Plus for R&D Function | | | | | |
| Figures in US$ millions | | | | | |
| | | | | | |
| | | 2001 | 2002 | 2003 | 2001-2003 |
| (1)=(3)+(2) | R&D Revenue | -2,585 | 489 | 1,936 | -160 |
| (2) | R&D Amortization | 2,959 | 2,916 | 2,663 | 8,539 |
| (3) | Residual Profit / (Loss) | -5,544 | -2,427 | -727 | -8,699 |
| (4) = (3) / (2) | Cost Plus | -187% | -83% | -27% | -102% |

Thus, the APA Team views the Nortel proposed routine returns for the manufacturing and distribution functions as too generous, especially given the tremendous downturn in the telecommunications industry described above in Section IV (Background).

We stated our concerns and asked Nortel to provide a rational justification of its proposed TPM, given our concerns, or to modify its proposed TPM.  Nortel responded to several of our related questions with the following:

> At the time the original APA Submission was being assembled, Horst Frisch employed recently available comparable data.  We understand that it is common for the APA Program to establish and agree to a comparable range at the beginning of the APA and have that range remain static for the term of the APA.  We anticipated that this would be the case with the Nortel APA as this method was applied in our last APA.

The APA Team views Nortel's statement as unresponsive to our question; Nortel does not even claim to have used the most recently available financial data when it initially performed its analysis, nor does it address concerns with updating the financial data.

Moreover, the economic analysis performed by the taxpayer's advisors was submitted to the taxpayer on March 14, 2002.  At this point in time it should have been clear to all that a plain vanilla application of the RPSM would not be the most reliable method.  The following chart provides evidence of what was known at the time of the taxpayer's economic analysis:



Price Close of Nortel (per Thomson Financials)

The APA Team has concluded that the routine returns do not reflect the facts and circumstances of the tested parties.

*Working Capital*

Nortel also provided a routine return to the "Old CSPs" for their working capital, at a rate of 8.86%. While this rate represents LIBOR + 300 basis points (which approximates a Prime rate), the actual Prime rate was less than 5% after 2001. Furthermore, the link between working capital and profits becomes attenuated and even becomes eliminated when companies operate in conditions that are significantly different than equilibrium conditions.

To evaluate the link between working capital and profitability the APA economist analyzed the relationship between working capital to sales and operating profits to sales for wholesale distributors that had significant sales declines. The following graph shows the results of an analysis of 43 annual observations of wholesale distributors with a decline in sales between 12.5% and 27.5% (midpoint of 20%).[3]

**Chart  2**



Thus, this chart shows that as working capital to sales increases, operating margins decline. Therefore, we recommend that working capital adjustments not be made in this case because such an adjustment would be inconsistent with arm's length data.

---

[3] Data are from the North American distributors selected by the IRS and described later in this document.

*APA Team's Economic Analysis*

The APA Team agreed with Nortel that the residual profit split method (RPSM) is the best method.  To correct the weaknesses in Nortel's proposed application of the RPSM, the APA Team developed an alternative application of the RPSM.  The most significant differences between our application and Nortel's are:

1. We used an unspecified method (see section 1.482-3(e) of the regulations), which was a CPM, to establish the arm's length returns for routine functions.

    a. We performed separate analyses for the manufacturing and distribution functions.

    b. We performed a traditional search for companies that perform comparable functions, assume comparable risks and use comparable assets as the Nortel tested parties.  Within this set we identified companies that experienced a comparable decline in sales revenue during the past 10 years.  We used data only from these comparables and only for the years in which they experienced similar declines in sales revenue (observation point).  Thus, we established our arm's length range of operating profit margins by using observation points, rather than using several years of financial data from comparable companies.  Because the sales declines of the Nortel tested parties varied across entities and years, we constructed an arm's length range for each tested party for each year.

2. For the reasons explained in paragraphs A through C or Section VIII, above, we segregated allocating the residual profit according to the lines of business.

3. We removed Vendor Financing losses from the calculation of profit and assigned the losses to NNL.

<u>North American Manufacturers</u>

The IRS conducted a broad search for manufacturers for the 2000-2004 period.  This search is documented in greater detail in Appendix B.  For each tested party for each year the arm's length range was determined by finding a sufficient number of observations (generally at least 20) that had an annual sales decline that was similar to that of the tested party.[4]

---

[4] Sales observations for which Compustat provided a footnote (e.g., mergers, acquisitions, discontinued operations, change in accounting) were excluded from the analysis.

1. We searched the Compustat North American Database (October 31, 2005 CD-ROM) for 2000 through 2004 financial data[5] from companies in the following SIC codes:
   - SIC 366 (manufacturers of communications equipment) or
   - SIC 367 (manufacturers of electronic components and accessories)

Our search resulted in 456 companies.

2. We eliminated 374 companies because they had R&D-to-sales ratios of greater than 5%.

   Nortel has an R&D-to-sales ratio of approximately 18%.  However, since we are trying to measure an arm's length return solely for Nortel's manufacturing function, we wanted to eliminate companies for which R&D intangibles are a significant factor in the returns they earn. We used an R&D-to-sales ratio cutoff of 5%, which we believe to be reasonable.  Moreover, our pool of potentially comparable companies would have been materially smaller had we used a lower screen.

3. We eliminated 31 companies that had average annual sales of less than $50 million during 2000 through 2004.  The sales of the entire Nortel group during 2000 through 2004 were significantly higher, of course.  Many of the Nortel tested party entities; however, had sales much lower than $1 billion.  Moreover, if we had used a sales screen of $1 billion (or higher) the number of companies in the sample became much smaller.

   We recommend that the U.S. Competent Authority use a $50 million screen.  Alternatively, it may be reasonable to use a higher screen, however, we ask the analyst to discuss this with the APA Economist to ensure comparability and a reasonable sample size.

Application of these two screens resulted in 51 companies in the pool of potential comparables.

4. The APA Economist then reviewed the written business descriptions of each of the remaining 51 companies.  He eliminated five companies whose product or functional comparability vis-à-vis Nortel was weak. (See Appendix 4 (North American Manufacturers Comparables Search Matrix.)

5. For each tested party for each year the benchmark range was determined by finding a sufficient number of observations (generally at

---

[5] A narrower analysis was undertaken for manufacturing than the distribution analysis in anticipation of a greater incidence of steep sales declines for manufacturers in these SICs.

least 20) that had an annual sales decline that was similar to that of the tested party.  We used Nortel's sales revenue solely from sales to uncontrolled parties, rather than simply "Sales revenue" (which includes sales to controlled parties) to determine the sales growth figure to be used for selecting comparable observations because Nortel's change from manufacturing to significant outsourcing makes the use of a simple sales amount unreliable for this purpose.

The following is an example of this last step.  For NNL for 2001 the manufacturing benchmark was constructed from 22 observations with sales declines between 11.7% and 31.7% (i.e., plus and minus 10% of the 21.7% sales decline for NNL).  The interquartile range of operating margins was as follows:

**Table 14**

| NNL 2001:  Manufacturing Benchmark | | |
|---|---|---|
| | | |
| | | Operating Margin |
| Upper Quartile | | 3.5% |
| Median | | 2.1% |
| Lower Quartile | | -4.0% |
| Observations | | 22 |

6.  The APA Economist did not make adjustments primarily because of the weak link between asset intensity and operating profit margins when companies have significant declining sales.  (See Chart 2.)

Nortel was unable to provide data concerning manufacturing performed by the various Nortel entities.  We assume that the manufacturing function can be estimated by intercompany sales.  Therefore, the benchmark operating margins for manufacturing was applied to the intercompany sales of the Nortel entities.

It is not correct, as we have previously noted, to characterize Nortel entities as solely as a manufacturer.  We, therefore, considered distribution comparables in our analysis as well.

North American Distributors

1.  We searched the Compustat North American Database (October 31, 2005 CD-ROM) for 1995 through 2004 financial data from companies in SIC 50 (wholesale distributor of durable goods). [6]

---

[6] This broad analysis was confined to North American companies because it is easier to determine whether sales growth was affected by mergers, acquisitions, change in accounting method, or discontinued operations for these companies.

Our search resulted in 493 companies.

2.  We eliminated 173 companies because they did not have sufficient
    financial information for the 1995 through 2004 period.

3.  We eliminated 75 companies because they had annual sales less than
    $50 million.

    We used this screen not just to identify companies of comparable
    size, but to eliminate companies that are particularly susceptible to
    volatile swings in profitability.   The sales of the entire Nortel group
    during 2000 through 2004 were significantly higher, of course.  Many
    of the Nortel tested party entities; however, had sales much lower
    than $1 billion.  Finally, if we had used a sales screen of $1 billion (or
    higher) the number of companies in the sample became much
    smaller.

    We recommend that the U.S. Competent Authority use a $50 million
    screen.  Alternatively, it may be reasonable to use a higher screen,
    however, we ask the analyst to discuss this with the APA Economist to
    ensure comparability and a reasonable sample size.

4.  We eliminated 16 companies because they had a plant, property, and
    equipment to sales ratio greater than 15%.  The experience of the APA
    economists is that this screen identifies companies that have a
    significant manufacturing function.

5.  We eliminated 11 companies because they had a raw-materials-to-
    sales ratio greater than 5%.  The experience of the APA economists is
    that this screen identifies companies that have a significant
    manufacturing function.

6.  We eliminated 22 companies because they lacked financial data about
    "sales change" or lacked footnote information about their sales.

7.  The APA Economist reviewed the written business descriptions of the
    remaining 196 companies.  He eliminated 61 companies whose
    product or functional comparability vis-à-vis Nortel was weak.

8.  For each tested party for each year the benchmark range was
    determined by finding a sufficient number of observations (generally at
    least 20) that had an annual sales decline that was similar to that of the
    tested party.  For example, in 2001 NNL experienced a sales decline of
    21.7%.  We included as comparables only those observations that had
    sales declines between 19.7% and 23.7% (i.e., plus or minus 2% of

NNL's sales decline).  However, we would only have six observations.
Therefore, the sales decline threshold was broadened until sufficient
observations were obtained.  In this example, setting the sales decline
boundaries at 16.7% and 26.7% (i.e., plus or minus 5% of NNL's sales
decline) yielded 19 observations.  The following is the interquartile
range of operating margins constructed from these observations:

**Table 15**

| NNL 2001:  Distribution Benchmarks | | | |
|---|---|---|---|
| | | | |
| | | Sales Change | Op. Margin |
| HIRSCH INTL CORP  -CL A | 2001 | -25.2% | -21.1% |
| MTM TECHNOLOGIES INC | 2002 | -26.5% | -2.6% |
| HIRSCH INTL CORP  -CL A | 2000 | -22.6% | -12.2% |
| WAXMAN INDUSTRIES | 2000 | -17.9% | -6.1% |
| WESTERN PWR & EQUIP CORP | 2002 | -22.8% | -2.3% |
| COAST DISTRIBUTION SYSTEMS | 1996 | -17.9% | -0.4% |
| CE FRANKLIN LTD | 1999 | -17.9% | -1.6% |
| INSURANCE AUTO AUCTIONS INC | 2002 | -20.1% | 6.6% |
| EN POINTE TECHNOLOGIES INC | 2001 | -26.1% | -0.4% |
| CENTRAL STEEL & WIRE CO | 2001 | -26.5% | 0.5% |
| CASTLE (A M) & CO | 2001 | -17.9% | 0.5% |
| SED INTERNATIONAL HLDGS INC | 1999 | -20.7% | -3.3% |
| AUDIOVOX CORP  -CL A | 2001 | -25.5% | -0.8% |
| DANKA BUSINESS SYS PLC  -ADR | 2000 | -17.3% | -5.7% |
| TRUSERV CORP | 2002 | -17.0% | 4.0% |
| AGILYSYS INC | 2001 | -19.9% | 1.3% |
| GRAYBAR ELECTRIC CO INC | 2002 | -17.5% | 1.1% |
| ARROW ELECTRONICS INC | 2001 | -21.9% | 3.4% |
| INGRAM MICRO INC | 2001 | -18.0% | 0.6% |
| | | | |
| Upper Quartile | | | 1.1% |
| Median | | | -0.4% |
| Lower Quartile | | | -3.3% |
| Observations | | | 19 |

9.  The APA Economist did not make adjustments primarily because of
the weak link between asset intensity and operating profit margins
when companies have significant declining sales.  (See Chart 1.)

In selecting the most appropriate point in the range for establishing the routine returns for the distribution function we considered the fact that sales and marketing as a percentage of 3rd party sales varies materially across entities. Across Nortel the average for the 2000-2003 period was 17%. However, for NNL this figure was 24% and for NN UK this figure was 29%. In contrast, this figure was 13% for distributors and 15% for NNI. Therefore, for the distribution function we provide NNI and the distributors with a median return and we provide the rest of the entities with a lower quartile return.

When performing the analysis for 2001 we generally noticed that for pronounced sales declines the distribution lower quartile was within the manufacturing interquartile range. This was true for other years in our analysis as well. Therefore, we applied the distribution lower quartile as the benchmark in other years as well for the manufacturing function.

For certain entities for certain years sales did not decline. In such situations we used the broader results of the comparables and did not restrict the comparable observations for those with growth similar to that of the tested party.[7]

European Distribution

The steps described above to benchmark the results of distribution entities with material sales fluctuation was applied to entities outside of North America, notwithstanding the fact that North American data was used. This approach was taken because for North American companies data are available to determine whether sales growth was affected by mergers, acquisitions, change in accounting method, or discontinued operations. Such data are not available in the databases for companies outside of North America. However, for instances in which the tested party did not experience significant sales fluctuations we relied upon comparables that were more appropriate from a geographical perspective. The following describes the search for European distributors.

1. We searched the Thomson One Banker database during November 2005 for 1999 through 2004 financial data from companies in SIC 50 (wholesale distributor of durable goods). This search identified 972 companies.

   We eliminated 137 companies with sales less than or equal to $20 million, taking into account the sales levels of the tested parties and data availability for the comparables. We recommend that the U.S. Competent Authority use a $20 million screen. Alternatively, it may be reasonable to use a higher screen, however, we ask the analyst to discuss this with the APA Economist to ensure comparability and a reasonable sample size.

---

[7] For example, for 2001 Bay Ireland and NN Ireland were provided routine returns based on the 2001 results of European distributors (see Appendix B for documentation of this search); for 2003 Brazil was provided a routine return based upon North American distributors for 2003 and NNSA, NN Australia, and NN Ireland were provided routine returns based upon European distributors with positive growth in years 2000 through 2004; for 2004 the IRS accepts Nortel's 1% operating margin return for distributors and for NNUK, NNSA, NN Ireland the routine returns were based on the sales growth of European distributors.

2. We eliminated 785 companies that did not list SIC Code 50 as their *primary* SIC Code.

3. We eliminated 19 companies that were not in SIC Codes 506 (Electrical Goods) or 508 (Machinery, Equipment, And Supplies).

4. The APA Economist reviewed the written business descriptions of the remaining 31 companies.  He eliminated 11 companies whose product or functional comparability vis-à-vis Nortel was weak.

Segregation Analysis

In order to derive a disaggregated analysis it is necessary to (i) construct R&D stocks for each entity for each LOB; and (ii) derive intangible income for each LOB (the intangible income from each LOB will then be apportioned to each entity based upon its R&D capital stocks for that relevant LOB).

We first constructed R&D stocks for each relevant Nortel entity for each of the LOBs. For R&D incurred after the CSA period, each entity's total R&D was apportioned across LOBs based upon "Line of Business Spend per Hyperview" data provided by the taxpayer.[8]  R&D incurred during the CSA period was allocated to the LOBs based upon the breakdown of sales for Nortel in 2000, per Nortel's Form 10-K.  Thus, each cost sharing entity was provided with the same percentage allocation of R&D to its LOBs. The following table shows the breakdown of these sales:

| Breakdown of Sales for Nortel (Source: Form 10-K for FYE 12-02) | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | Wireline | Wireless | Enterprise | Optical |
| 2000 | | 7730 | 5438 | 3961 | 9732 |
| 2000 | | 29% | 20% | 15% | 36% |

All other assumptions used by the taxpayer for constructing R&D stocks (e.g., lag, life, amortization) were also used by the IRS.

Another step that was followed for constructing the disaggregated RPSM was the allocation of intangible income across the LOBs.  This was accomplished by taking "gross intangible profits" (i.e., profits pre-R&D but post routine returns) and then apportioning those profits based upon the pre R&D profits for the individual LOBs as follows:

---

[8] See letter from Mark Weisz (Nortel) to Thomas Ralph, October 7, 2005 and "Summary PL by LOB Appendix.xls" provided by the taxpayer.

| Year | Calculation of LOB Profit Shares for Splitting Gross Intangible Profits |
|------|---------------------------------------------------------------|
|      |                                                               |
| 2004 | Pre-R&D profits per "Summary PL by LOB Appendix.xls" |
| 2003 | 2003 Management EBT per 2004 Form 10-K + R&D per 10/7/05 Taxpayer letter |
| 2002 | 2002 Management EBT per 2004 Form 10-K + R&D per 10/7/05 Taxpayer letter |
| 2001 | 2001 Contribution Margin ("CM") per 2002 Form 10-K.  Special treatment of Optical.  Optical gross intangible profits = ($CM_{Optical}$ / $CM_{Total}$ ) * gross intangible profits; gross intangible profits for other LOBs = (gross intangible profits$_{Total}$ − gross intangible profits$_{Optical}$ ) * CM ratios excluding the Optical business. |

3.    Vendor Financing Losses

Nortel proposes that vendor financing losses should be allocated pursuant to its proposed RPSM with the result being that any residual loss generated by these losses should be split among various Nortel entities, essentially in proportion to their R&D stocks.

The APA Team recommends that NNL should bear the entire loss associated with vendor financing.  Nortel's Corporate Procedure No. 302.48, which explains in detail the approval process that was in place from October 25, 2001 through October 23, 2005, clearly states that the Credit Committee, whose members are employees of NNL, was the organization fully responsible for the evaluation of credit risk.[9]  (See Appendix 4.)

Nortel has argued that even though customer financing is centrally located in NNL, each subsidiary should share proportionately in the risk.  Nortel states that,

> Credit is granted by the Line of Business (LOB) to facilitate commercially attractive sales within acceptable risk tolerance levels on obligor credit worthiness and the term of the exposure.  In circumstances where credit terms are not within trade terms, term credit (in excess of 180 days) may be granted.  It is up to each LOB to determine what business transactions they are willing to accept. The customer financing allows for the customer to obtain credit, however it is the LOB that determines the terms and conditions of the sales transaction. A customer finance sale in Europe or Asia may involve product sales from the U.S. and thus the U.S. would benefit from the sale.

The APA Team accepts that a Nortel subsidiary would initially identify a customer and propose terms of sale. However, Nortel's corporate policy is unambiguous as to who grants or withholds the credit.

Nortel also argues that subsidiaries should share proportionately in the vendor financing losses NNL approved because, according to Nortel, each entity benefited from the

---

[9] Letter from Mark Weisz (Nortel) to Tom Ralph, May 6, 2005, question 10.

increased sales the vendor financing afforded.  It provides as an example, "A customer finance sale in Europe or Asia *may* involve product sales from the US and thus the US would benefit from the sale ultimately in the RPS calculation" (emphasis added).  We find this argument not persuasive because of the indirect benefit.

Finally, Nortel argues that bad debt is a cost that is included in G&A expenses. As such, expenses of this nature are shared in the RPS pool.  We believe that the nature of the vendor financing losses requires them to be removed from the RPS pool.

<u>Summary of APA Team's Application of the TPM</u>

The following table compares the results of the APA Team's analysis with Nortel's analysis:

**Table 16**

| | Summary of Differences in Calculation of Transfer-Pricing Adjustment for Selected Entities: Taxpayer vs. IRS | | | | | | |
|---|---|---|---|---|---|---|---|
| | (in millions of US dollars) | | | | | | |
| | | | | | | | |
| | NNI | | NNL | | NNUK | | NNSA | |
| | Per Taxpayer | Per IRS | Per Taxpayer | Per IRS | Per Taxpayer | Per IRS | Per Taxpayer | Per IRS |
| 2000 | 1,064 | - | (1,170) | - | (151) | - | 55 | - |
| 2001 | (1,956) | (1,490) | 634 | 412 | 911 | 638 | (91) | (52) |
| 2002 | 220 | 806 | 521 | 64 | (422) | (583) | 145 | 248 |
| 2003 | 96 | 1,068 | (145) | (1,222) | (251) | (404) | (22) | 224 |
| 2004 | (88) | 179 | 132 | (271) | 66 | 52 | (146) | (153) |
| Total | (665) | 563 | (28) | (1,018) | 154 | (297) | (58) | 267 |

## VII.    Nortel's 2000 Tax Year

In its original APA Request Nortel asked that we cover its 2000 tax year.  On December 17, 2004, Nortel amended its request and asked that the APA start with its 2001 tax year and that we treat its 2000 tax year as a rollback.  On December 20, 2004, the APA Director wrote to Nortel informing them that, given the voluntary nature of the APA Program, we would treat Nortel's 2000 tax year as a rollback.  As such, "the determination whether a rollback shall be granted with respect to a taxable year is within the discretion of the Service official with jurisdiction over the taxable year subject to the rollback--typically, either the District Director, the Regional Director of Appeals, the Assistant Commissioner (International) (for matters subject to competent authority negotiations), or the District Counsel (for matters under litigation)."  (See section 8.04 of Rev. Proc. 96-53.)

During the APA Process the IRS's examination team examined Nortel's 2000 tax year. The examination team established that Nortel had complied with the terms of the cost sharing agreement it had in place until January 1, 2001.  For NNI's 2000 tax year, the

examination team proposed some adjustments related to the cost sharing agreement, but largely accepted Nortel's application of the agreement.

Nortel's position is that no buy-out payments are necessary upon termination of its cost sharing agreement.  We view Nortel's position as reasonable, given that while no discreet compensation is provided to the cost sharing participants as a buy out upon the termination of the cost sharing agreement, the investments made by each of the cost sharing participants is aggregated with post cost sharing R&D and is rewarded through the residual profit split model.  That is, the R&D paid for by each of the entities is treated as an IDC that is capitalized and amortized and consequently forms part of the R&D capital stocks that determines the allocation of residual profit.

In addition, Nortel had a Headquarters Services APA that applied to its 2000 tax year. The examination team established that Nortel had followed the terms of that APA.

Given that the facts for Nortel's 2000 tax year are materially different from its 2001-2005 tax years (Nortel terminated its cost sharing agreement on December 31, 2000), the IRS has examined Nortel's 2000 tax year, and that Nortel had a Headquarters Services APA in effect during 2000, we recommend that Nortel's 2000 tax year not be covered as a rollback.  Therefore, the Headquarters Services APA will remain in effect.

## VIII.    Nortel's 2005 Tax Year

On December 21, 2005, Nortel formally requested that we extend the term of the APA to cover its 2005 tax year.  In general, we have no objection to its request; however, it is unclear whether our 2001 through 2004 analysis should apply to Nortel's 2005 tax year. The rationale for our analysis of Nortel's 2001 through 2004 is based heavily on Nortel's materially declining sales. It is unclear whether Nortel continues to experience the level of sales declines that it experienced in the past.  Nortel's 2005 financial statements will likely not be available for several months.  We recommend that the U.S. Competent Authority treat 2005 as an APA Year, but consult with the APA Economist once Nortel's 2005 financial statements have been released.

## IX.    Critical Assumptions

We recommend the following Critical Assumption.

> 1.  The business activities, functions performed, risks assumed, assets employed, and financial and tax accounting methods and classifications of Nortel Networks will remain materially the same as described or used in Nortel Network's APA Request.

## X.    District Coordination

LMSB Counsel (Kirk Chaberski), Tax Treaty (Ed Yung), and Examination (Sandy Weissend, Sid Weissend, Tammy Withers, Paul Tew, Howard Reams) personnel participated as members of the APA Team.  They agree with the terms of this recommended negotiating position.

## XI.    Taxpayer Representatives

Nortel used many representatives on this engagement.  Initially, Jerry Cohen of Sutherland, Asbill & Brennan was the representative.  In January 2004, Bob Ackerman and David Canale of Ernst & Young became Nortel's representatives.

## XII.    Cycle Time

Nortel submitted its APA Request in late-March 2002.  This RNP took 48 months to develop.  Several factors contributed to the long development time.  First, Nortel did not include a functional analysis in its original request.  The APA Team tried unsuccessfully to develop the facts through written questions and employee interviews.  In early 2004, the APA Team asked Nortel to provide a functional analysis.  Approximately nine months later, the APA Team received the functional analysis in early December 2004.

Second, Nortel fired its CEO, CFO and four other high level employees for manipulating Nortel's financial accounting.  This required Nortel to restate several years of its financial statements twice.  During this period, which lasted over one year, Nortel was unable to provide us with reliable financial information.[10]  Moreover, during this period Nortel was slow to respond to our requests for additional (financial and other) information because so many of its employees were focused on correcting the accounting problems.

Third, Nortel's approach has been to try to characterize Nortel and its transactions as a simple, plain vanilla fact pattern, when in fact, Nortel's operations and business have been extremely dynamic and complex.

Finally, Nortel proposed an application of the RSPM that is simplistic and irrational.  Nortel tries to generalize Nortel's operations so that a "plain-vanilla" application will fit what is a complicated and dynamic fact pattern.  Also, Nortel's proposed application of the RSPM is irrational given the facts (for example, proposed using assets as a basis for allocating profits, allocating extremely generous returns to the manufacturing function, and aggregating all its lines of business).  Nortel intransigently refused to alter its TPM, which caused the APA Team to develop a TPM.

---

[10] On March 10, 2006, Nortel announced, once again, that it would restate its financial reporting  for 2003, 2004 and 2005.  The restatement will also have effects on years prior to 2003.

**XIII.    Additional Assistance**

If you have any questions, please contact Tom Ralph (202-435-5214) or Russell Kwiat (202-435-5226).

Reviewed and Approved:


_____
Matthew W. Frank
Director, APA Program

**Appendix 1**

| | USA | | | CAN | | | FCE | | | UK | | | USA+Can+F+UK | | | | | OM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Segment Breakdown for 2004 per Appendix A, July 7, 2005 Taxpayer Responses | | | | | | | | | | | | | | | | | | | |
| | Sales $ | Sales % | R&D | Sales $ | Sales % | R&D | Sales $ | Sales % | R&D | Sales $ | Sales % | R&D | Sales $ | Sales % | R&D $ | R&D % | R&D/Sales | OM |
| Wireline | 805 | 52% | 51% | 505 | 33% | 41% | 16 | 1% | 0% | 226 | 15% | 8% | 1,552 | 14% | 483 | 25% | **31%** | -15.8% |
| Enterprise | 1,579 | 56% | 56% | 908 | 32% | 42% | 32 | 1% | 2% | 322 | 11% | 2% | 2,842 | 26% | 262 | 13% | **9%** | -1.2% |
| Mobility | 2,722 | 50% | 38% | 1,509 | 28% | 32% | 1,015 | **19%** | **28%** | 197 | **4%** | 3% | 5,443 | 50% | 961 | 49% | 18% | 7.5% |
| Optical | 370 | **34%** | **4%** | 521 | **48%** | **85%** | 21 | 2% | 0% | 172 | 16% | 11% | 1,083 | 10% | 252 | 13% | 23% | -17.7% |
| Total Other | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | 10,920 | | 1,958 | | | -0.6% |

Note:  Per Thomson Financial, total sales for 2004 were $ 10,604 (millions of USD) and operating profits were $-39.92 (millions of USD) (operating margin of -0.4%

S:\cases\N\Nortel II\Economics\[Summary PL by LOB Appendix A with IRS edits.xls]Sheet1
9/14/2005 15:31

-2-

**Appendix 2**

| Nortel's Worldwide Financial Results by Segment | | | |
|---|---|---|---|
| (in millions of U.S. dollars) | | | |
| Source:  Form 10-K, FYE December 31, 2002 | | | |
| | | | |
| | 2002 | 2001 | 2000 | Percentage Change (2000-2002) |
| | | | | |
| *Contribution Margin in %* | | | | |
| Wireless Networks | 25% | 7% | 19% | 35% |
| Enterprise Networks | 17% | 10% | 23% | -27% |
| Wireline Networks | 19% | 11% | 39% | -51% |
| Optical Networks | -41% | -87% | 33% | -226% |
| Other | -823% | -131% | -63% | |
| Total | 9% | -15% | 27% | -67% |

**Appendix 3**

| Nortel Networks (Source:  September 2003 Responses,  Appendix to Questions 2 & 3, IRS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Systems Houses - US, Canada, UK | | | | | | | |
| | | | | PP&E | | | |
| Property Name | Country | Leased/Owned | SF | Gross | Net | Net/Gross | Net/SF |
| Gateway | US | Leased | 727,058 | 14,408,985 | 13,072,062 | 91% | 18.0 |
| Durham | US | Leased | 32,000 | 136,434 | 69,338 | 51% | 2.2 |
| Monkstown | UK | Owned | 525,193 | 37,437,995 | 23,215,965 | 62% | 44.2 |
| Corkstown, Bldg. 1&2 | Canada | Owned | 314,387 | 12,190,924 | 10,515,733 | 86% | 33.4 |
| Westwinds | Canada | Owned | 351,830 | 58,140,494 | 51,793,739 | 89% | 147.2 |
| OPTO System House | Canada | Owned | 216,612 | 26,489,277 | 24,337,180 | 92% | 112.4 |
| Total | | | 2,167,080 | 148,804,109 | 123,004,017 | 83% | 56.8 |

**Appendix 4**

**Appendix 5**
Comparable Search Matrices for North American Manufacturing, North American Distribution, European Distribution

**Appendix 6**

2001-04 Residual Profit Split Model per IRS