IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-10138 (KG) |
| NORTEL NETWORKS INC. et al., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**UNITED STATES' LOCAL RULE 5011-1 MOTION FOR A DETERMINATION BY THE BANKRUPTCY COURT OF THE CORE STATUS OF ACTION IN DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE**

The United States of America ("United States"), on behalf of the Internal Revenue Service, moves the Court under Local Rule 5011-1 for a determination of the core status of the causes of action in Debtor NNI's objection to proof of claim filed by the Internal Revenue Service on September 15, 2009. (Docket No. 1495.) By separate motion, the United States seeks mandatory withdrawal of the reference for all matters relating to Debtor NNI's objection to proof of claim filed by the Internal Revenue Service on September 15, 2009. Without distinguishing between cases of permissive and mandatory withdrawal of the reference, Local Rule 5011-1 states that a movant filing a motion to withdraw the reference "shall concurrently file a motion for a determination by the Bankruptcy Court with respect to whether the matter or proceeding is core or non-core." The United States concedes that the objection is core. Accordingly, no memorandum of law is submitted.

//

4664395.1

DATE: September 24, 2009

                                        Respectfully submitted,

                                        /s/Jan M. Geht
                                        JAN M. GEHT
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Washington, D.C.  20044
                                        Telephone: (202) 307-6449
                                        Fax: (202) 514-6866
                                        E-mail: jan.m.geht@usdoj.gov
                                        *Counsel for the United States*

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION, together with supporting documents, was served on September 24, 2009, by ECF to all counsel of record.

    /s/ Jan M. Geht
JAN M. GEHT