IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-10138 (KG) |
| NORTEL NETWORKS INC. et al., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**UNITED STATES' NOTICE OF ITS LOCAL RULE 5011-1 MOTION FOR A DETERMINATION BY THE BANKRUPTCY COURT OF THE CORE STATUS OF ACTION IN DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE**

NOTICE IS HEREBY GIVEN that the United States of America, on behalf of the Internal Revenue Service, will move, pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011, the District Court of Delaware ("District Court") for the withdrawal to the District Court on all issues relating to Debtor NNI's objection to proof of claim filed by the Internal Revenue Service on September 15, 2009. (Docket No. 1495.) In accordance with Local Rule 5011-1, the United States will also move the Bankruptcy Court for a determination of the core status of the causes of action in Debtor NNI's objection to proof of claim filed by the Internal Revenue Service on September 15, 2009. (Docket No. 1495.)

//

//

//

4664417.1

DATE: September 24, 2009

Respectfully submitted,

 /s/ Jan M. Geht
JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 307-6449
Fax: (202) 514-6866
E-mail: jan.m.geht@usdoj.gov
*Counsel for the United States*

4664417.1