IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
: **RE: D.I. 1348**
:
---------------------------------------------------------------X

**ORDER APPROVING STIPULATION BETWEEN GRAYBAR
ELECTRIC COMPANY, INC. AND NORTEL NETWORKS INC.**

Upon consideration of the Stipulation with Respect to the Motion of Graybar Electric Company, Inc. for Allowance of 20-day Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9) (the "Stipulation"), attached hereto as Exhibit A, and this matter being submitted on consent, it is hereby

ORDERED, that the Stipulation is hereby approved in accordance with its terms and is incorporated herein by reference.

Dated: September 24, 2009

                                                        The Honorable Kevin Gross
                                                        United States Bankruptcy Court Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.