**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
　　　　　　　Debtors. : Jointly Administered
:
: **RE: D.I. 1348**
:
------------------------------------------------------------X

**STIPULATION WITH RESPECT TO MOTION OF
GRAYBAR ELECTRIC COMPANY, INC. FOR ALLOWANCE OF
20-DAY ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)(9)**

WHEREAS, on January 14, 2009 (the "Petition Date"), Nortel Networks Inc. ("NNI") and certain of its affiliates (together with NNI, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, on July 14, 2009, Nortel Networks (CALA) Inc. ("NN CALA"), an affiliate of NNI, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, and on July 17, 2009, the Bankruptcy Court entered orders approving the joint administration and consolidation of NN CALA's chapter 11 case with the other Debtors' chapter 11 cases for procedural proposes [D.I. 1098], and applying to NN CALA certain previously entered orders in the Debtors' chapter 11 cases [D.I. 1099];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, on August 19, 2009, Graybar Electric Company, Inc. ("Graybar," and together with NNI, the "Parties") filed the Motion of Graybar Electric Company, Inc. for Allowance of 20- Day Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9) [D.I. 1348] (the "Motion") seeking allowance of a claim under section 503(b)(9) of the Bankruptcy Code for certain goods;

WHEREAS, NNI has reviewed its books and records in an effort to reconcile such claim;

WHEREAS, the Parties agree that NNI received the goods referenced on the invoices listed on Exhibit 1 attached hereto within twenty (20) days prior to the Petition Date in the ordinary course of NNI's business;

IT IS HEREBY AGREED AND STIPULATED THAT:

1. This stipulation is subject to Bankruptcy Court approval and shall become effective on the date of the Court's entry of an order approving the stipulation.

2. Graybar shall have an allowed administrative claim under 11 U.S.C. §503(b)(9) for the goods identified on the invoices listed on Exhibit 1 (the "Settlement Goods"), which is entitled to a priority under 11 U.S.C. §507(a)(2), in the amount of $839.63 (the "Allowed Claim") in NNI's chapter 11 case.

3. The Allowed Claim shall be paid on the earliest of (i) a confirmed and effective plan in accordance with section 1129(a)(9)(A) of the Bankruptcy Code or as otherwise required by section 726 of the Bankruptcy Code, or (ii) such other date that 11 U.S.C. §503(b)(9) claimants, as a class, are paid; or (iii) such earlier time as agreed to by the Parties or ordered by the Court.

4. This stipulation fully resolves the Motion, any other claims under 11 U.S.C. §503(b)(9) that Graybar may have against any of the Debtors and any other or further claims

Graybar may have against the Debtors with respect to the goods identified on the invoices listed on Exhibit 1.

5.  In the event this stipulation is not approved, the Parties reserve all of their rights and defenses with respect to the Motion, and this proposed settlement and the statements contained herein shall not constitute an admission by either of the Parties with respect to the validity or extent of the Motion or the claims asserted thereunder, or by the Debtors that they have any liability thereunder.

Dated: 9/22, 2009
~~Wilmington, Delaware~~
New York, NY

| GRAYBAR ELECTRIC COMPANY, INC. | NORTEL NETWORKS INC. |
|---|---|
| *[signature]* | *[signature]* |
| LOOPER REED & McGRAW, P.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP |

Ben L. Aderholt
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7140
Facsimile: (713) 986-7100

- and -

STEVENS & LEE, P.C.
John D. Demmy (No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3308
Telecopy: (610) 371-8515

*Attorneys for Graybar Electric Company, Inc.*

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*