**EXHIBIT 1**

| Invoice | Date | 503 (b)(9) Amount | |
|---|---|---|---|
| 938841739 | 12/29/2008 | $ | 503.41 |
| 938951198 | 1/6/2009 | $ | 278.40 |
| 938955822 | 1/6/2009 | $ | 18.50 |
| 939057310 | 1/12/2009 | $ | 39.32 |
| Total 503(b)(9) Amount: | | $ | 839.63 |