# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 Through August 31, 2009[9]

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court costs | | $    91.50 |
| Transcripts | | 1,927.60 |
| Photos/Art/ Spec Duplicating | | 11,695.66 |
| Travel | | 426.00 |
| Meals | | 659.21 |
| Messenger Service | | 75.00 |
| Courier/Delivery Service | | 797.96 |
| Computer Research | Westlaw | 201.33 |
| Duplicating | In Office | 1,304.00 |
| Facsimile | | 2,221.50 |
| Postage | | 33.68 |
| Support Staff Overtime[10] | 6/28, 6/29 | 268.94 |
| Secretarial Overtime[11] | 6/29 | 38.00 |
| Paralegal Overtime[12] | ARC- 6/27, 6/29<br>EJC –6/29 | 89.52 |
| Conference Calls | | 65.10 |
| **Grand Total Expenses** | | **$19,895.00** |

---

[9] Includes unbilled expenses for the period June 1, 2009 through July 31, 2009.

[10] Work performed by support staff on behalf of the Debtors outside of normal business hours with respect to assistance with sale related matters.

[11] Work performed by secretarial staff on behalf of the Debtors outside of normal business hours with respect to assistance with sale related matters.

[12] Work performed by paralegals on behalf of the Debtors outside of normal business hours with respect to assistance with preparation, filing and service of agendas, various motions, applications, certifications, notices and related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 09/22/09 16:06:15

PRO FORMA   234322         AS OF 08/31/09                    INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 751740 | 08/05/09 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTR OF DELAWARE` PRO HAC - SANJEET MALIK | 503 | 904 | 163298 |
| 753216 | 08/11/09 | B | 66.50 | Court Costs - U.S. BANKRUPTCY COURT, DISTRI OF DELAWARE` CERTIFIED COPIES OF DOCUMENTS RE CALA | 503 | 961 | 163486 |
| 754414 | 08/04/09 | B | 528.65 | Transcripts - DIANA DOMAN TRANSCRIBING` COPIES OF TRANSCRIPTS - 08/04/09 | 506 | 904 | 163685 |
| 756412 | 08/04/09 | B | 1,398.95 | Transcripts - VERITEXT PENNSYLVANIA REPORTI CO` WITNESS: TRANSCRIPT OF PROCEEDINGS - AND SHIPPING & HANDLING - 08/04/09 | 506 TRANSCRIPT | 904 | 163866 |
| 751731 | 08/04/09 | B | 1,498.49 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 163290 |
| 752143 | 08/06/09 | B | 756.83 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 163384 |
| 753465 | 08/11/09 | B | 1,069.79 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 163534 |
| 754077 | 08/13/09 | B | 825.39 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 163619 |
| 754072 | 08/14/09 | B | 537.13 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 163614 |
| 754610 | 08/18/09 | B | 424.25 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 163715 |
| 756666 | 08/24/09 | B | 1,326.05 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUTPCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 163900 |
| 756663 | 08/25/09 | B | 601.17 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 163897 |
| 756833 | 08/26/09 | B | 921.37 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 163940 |
| 756832 | 08/26/09 | B | 1,157.04 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 163939 |

Nortel Networks, Inc.
63989-DIP
DATE: 09/22/09 16:06:15

PRO FORMA   234322            AS OF 08/31/09            INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 756835 | 08/27/09 | B | 542.53 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 163942 |
| 757432 | 08/28/09 | B | 567.53 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 163997 |
| 758054 | 08/28/09 | B | 875.77 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 546 | 164044 |
| 757433 | 08/28/09 | B | 265.75 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 163998 |
| 758440 | 08/31/09 | B | 326.57 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 164058 |
| 753651 | 08/04/09 | B | 213.00 | Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: D. ABBOTT - AMTRAK; WILMINGTON, D TO NY - 09/10/09 | 511 | 322 | 163548 |
| 753652 | 08/04/09 | B | 213.00 | Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: A. CORDO - AMTRAK; WILMINGTON, DE NY - 09/10/09 | 511 TO | 904 | 163548 |
| 755659 | 06/28/09 | B | 31.08 | Meals AMERICAN EXPRESS` HAPPY HARRY'S - 06/28/09; BEVERAGE SET-UP | 512 | 961 | 163810 |
| 755660 | 06/28/09 | B | 12.48 | Meals AMERICAN EXPRESS` PATHMARK - 06/28/09; BEVERAGE SET-UP | 512 | 961 | 163810 |
| 751698 | 08/04/09 | B | 127.50 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 17 PER A. CORDO - 08/04/09 | 512 | 904 | 163274 |
| 762661 | 08/04/09 | B | 233.75 | Meals AMERICAN EXPRESS` COSI - 08/04/09; LUNCH FOR 12 | 512 | 904 | 164519 |
| 762667 | 08/04/09 | B | 131.25 | Meals AMERICAN EXPRESS` SUGARFOOT - 08/24/09; LUNCH FOR 6 | 512 | 904 | 164519 |
| 755859 | 08/24/09 | B | 45.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 6 PER A. CORDO - 08/24/09 | 512 | 904 | 163819 |
| 755892 | 08/24/09 | B | 78.15 | Meals - DEREK C. ABBOTT` REIMBURSEMENT OF WORKING LUNCH AT HARRY'S SEAFOOD GRILLE WITH PAUL KARR - 08/24/09 | 512 | 322 | 163832 |
| 756999 | 08/01/09 | B | 3.00 | Messenger Service | 513S | 961 | |
| 757015 | 08/03/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 757070 | 08/05/09 | B | 3.00 | Messenger Service | 513S | 651 | |
| 757230 | 08/06/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 757401 | 08/06/09 | B | 3.00 | Messenger Service | 513S | 546 | |
| 757226 | 08/06/09 | B | 3.00 | Messenger Service | 513S | 662 | |

Nortel Networks, Inc.
63989-DIP
DATE: 09/22/09 16:06:15

PRO FORMA  234322          AS OF 08/31/09                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 757228 | 08/06/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 757438 | 08/10/09 | B | 3.00 | Messenger Service | 513S | 961 | |
| 757464 | 08/11/09 | B | 3.00 | Messenger Service | 513S | 961 | |
| 757492 | 08/13/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 757495 | 08/13/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 757528 | 08/14/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 757539 | 08/17/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 757553 | 08/17/09 | B | 3.00 | Messenger Service | 513S | 546 | |
| 757563 | 08/17/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 757564 | 08/17/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 757589 | 08/19/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 757592 | 08/20/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 757613 | 08/21/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 757654 | 08/25/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 757710 | 08/28/09 | B | 3.00 | Messenger Service | 513S | 594 | |
| 757720 | 08/31/09 | B | 3.00 | Messenger Service | 513S | 546 | |
| 757713 | 08/31/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 755967 | 06/29/09 | B | 16.63 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM CLICK - 06/29/09 | 514 | 597 | 163834 |
| 762677 | 07/29/09 | B | 49.89 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 07/29/09 | 514 | 904 | 164519 |
| 762678 | 07/29/09 | B | 149.67 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 07/29/09 | 514 | 904 | 164519 |
| 762680 | 07/31/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 07/31/09 | 514 | 904 | 164519 |
| 753618 | 08/04/09 | B | 12.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 904 | 163543 |
| 752158 | 08/06/09 | B | 14.30 | Courier/Delivery Service | 514 | 000 | 163389 |
| 752159 | 08/06/09 | B | 14.30 | Courier/Delivery Service | 514 | 000 | 163389 |
| 753619 | 08/08/09 | B | 15.00 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 594 | 163543 |
| 753699 | 08/11/09 | B | 16.31 | Courier/Delivery Service | 514 | 000 | 163552 |
| 753700 | 08/11/09 | B | 16.31 | Courier/Delivery Service | 514 | 000 | 163552 |
| 753701 | 08/11/09 | B | 16.31 | Courier/Delivery Service | 514 | 000 | 163552 |
| 753702 | 08/11/09 | B | 16.31 | Courier/Delivery Service | 514 | 000 | 163552 |
| 753703 | 08/11/09 | B | 14.70 | Courier/Delivery Service | 514 | 000 | 163552 |

Nortel Networks, Inc.
63989-DIP
DATE: 09/22/09 16:06:15

PRO FORMA   234322                        AS OF 08/31/09                              INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 753982 | 08/11/09 | B | 25.76 | Courier/Delivery Service | 514 | 000 | 163578 |
| 753983 | 08/11/09 | B | 25.76 | Courier/Delivery Service | 514 | 000 | 163578 |
| 762685 | 08/11/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 08/11/09 | 514 | 961 | 164519 |
| 754000 | 08/12/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 163580 |
| 762690 | 08/13/09 | B | (149.67 | )Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 0/13/09 | 514 | 000 | 164519 |
| 754431 | 08/14/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 163695 |
| 754615 | 08/14/09 | B | 25.76 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 163719 |
| 754428 | 08/14/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 163695 |
| 762693 | 08/14/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 08/14/09 | 514 | 597 | 164519 |
| 754429 | 08/14/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 163695 |
| 754430 | 08/14/09 | B | 9.98 | Courier/Delivery Service | 514 | 597 | 163695 |
| 754432 | 08/14/09 | B | 9.98 | Courier/Delivery Service | 514 | 597 | 163695 |
| 756474 | 08/15/09 | B | 15.00 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 163879 |
| 754631 | 08/17/09 | B | 11.80 | Courier/Delivery Service | 514 | 000 | 163720 |
| 759768 | 08/19/09 | B | 10.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 164174 |
| 756694 | 08/25/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 163913 |
| 762698 | 08/25/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 08/25/09 | 514 | 904 | 164519 |
| 759808 | 08/25/09 | B | 50.40 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 904 | 164175 |
| 756985 | 08/26/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 163949 |
| 756986 | 08/26/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 163949 |
| 757782 | 08/27/09 | B | 25.76 | Courier/Delivery Service | 514 | 000 | 164020 |
| 757839 | 08/28/09 | B | 14.36 | Courier/Delivery Service | 514 | 000 | 164021 |
| 757838 | 08/28/09 | B | 9.98 | Courier/Delivery Service | 514 | 597 | 164021 |
| 759799 | 08/29/09 | B | 15.00 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 164175 |
| 761044 | 08/31/09 | B | 6.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 164269 |
| 759135 | 08/31/09 | B | 25.76 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 164092 |
| 759136 | 08/31/09 | B | 25.76 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 164092 |
| 759177 | 08/31/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 164096 |
| 759178 | 08/31/09 | B | 13.56 | Courier/Delivery Service | 514 | 000 | 164096 |
| 759179 | 08/31/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 164096 |
| 759180 | 08/31/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 164096 |
| 759181 | 08/31/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 164096 |
| 759185 | 08/31/09 | B | 9.98 | Courier/Delivery Service | 514 | 000 | 164096 |
| 759182 | 08/31/09 | B | 9.98 | Courier/Delivery Service | 514 | 597 | 164096 |
| 759183 | 08/31/09 | B | 13.56 | Courier/Delivery Service | 514 | 597 | 164096 |

Nortel Networks, Inc.
63989-DIP
DATE: 09/22/09 16:06:15

PRO FORMA   234322          AS OF 08/31/09                              INVOICE# *******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 759184 | 08/31/09 | B | 9.98 | Courier/Delivery Service | 514 | 597 | 164096 |
| 761063 | 08/31/09 | B | 50.40 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 662 | 164269 |
| 753946 | 08/04/09 | B | 61.77 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 755270 | 08/10/09 | B | 91.71 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 755271 | 08/14/09 | B | 47.85 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 751480 | 06/29/09 | B | 38.00 | Secretarial Overtime | 516S | 670 | |
| 750829 | 08/03/09 | B | 105.10 | In-House Duplicating | 519 | 623 | |
| 755061 | 08/03/09 | B | 10.20 | In-House Duplicating | 519 | 904 | |
| 755062 | 08/03/09 | B | 43.60 | In-House Duplicating | 519 | 904 | |
| 755063 | 08/03/09 | B | 109.00 | In-House Duplicating | 519 | 904 | |
| 750828 | 08/03/09 | B | 85.80 | In-House Duplicating | 519 | 605 | |
| 750827 | 08/03/09 | B | 29.50 | In-House Duplicating | 519 | 000 | |
| 750826 | 08/03/09 | B | 13.30 | In-House Duplicating | 519 | 560 | |
| 751659 | 08/04/09 | B | 0.70 | In-House Duplicating | 519 | 597 | |
| 751906 | 08/05/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 751907 | 08/05/09 | B | 26.00 | In-House Duplicating | 519 | 605 | |
| 752055 | 08/06/09 | B | 0.20 | In-House Duplicating | 519 | 662 | |
| 752284 | 08/07/09 | B | 10.80 | In-House Duplicating | 519 | 546 | |
| 753395 | 08/11/09 | B | 89.60 | In-House Duplicating | 519 | 670 | |
| 753564 | 08/12/09 | B | 4.40 | In-House Duplicating | 519 | 670 | |
| 755866 | 08/12/09 | B | 255.10 | In-House Duplicating | 519 | 605 | |
| 753565 | 08/12/09 | B | 17.40 | In-House Duplicating | 519 | 597 | |
| 753566 | 08/12/09 | B | 9.70 | In-House Duplicating | 519 | 597 | |
| 754196 | 08/14/09 | B | 1.80 | In-House Duplicating | 519 | 670 | |
| 754345 | 08/17/09 | B | 0.30 | In-House Duplicating | 519 | 670 | |
| 754346 | 08/17/09 | B | 0.30 | In-House Duplicating | 519 | 546 | |
| 754548 | 08/18/09 | B | 4.00 | In-House Duplicating | 519 | 560 | |
| 754706 | 08/19/09 | B | 33.20 | In-House Duplicating | 519 | 605 | |
| 755941 | 08/20/09 | B | 154.80 | In-House Duplicating | 519 | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 09/22/09 16:06:15

PRO FORMA   234322          AS OF 08/31/09                                   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 755782 | 08/24/09 | B | 2.80 | In-House Duplicating | 519 | 904 | |
| 756369 | 08/25/09 | B | 3.60 | In-House Duplicating | 519 | 597 | |
| 756567 | 08/26/09 | B | 4.80 | In-House Duplicating | 519 | 605 | |
| 756906 | 08/28/09 | B | 3.10 | In-House Duplicating | 519 | 546 | |
| 757341 | 08/31/09 | B | 0.20 | In-House Duplicating | 519 | 546 | |
| 757342 | 08/31/09 | B | 2.70 | In-House Duplicating | 519 | 546 | |
| 757344 | 08/31/09 | B | 68.80 | In-House Duplicating | 519 | 605 | |
| 757343 | 08/31/09 | B | 18.60 | In-House Duplicating | 519 | 662 | |
| 753119 | 08/06/09 | B | 7.66 | Postage | 520 | 662 | |
| 754792 | 08/13/09 | B | 22.87 | Postage | 520 | 662 | |
| 754817 | 08/18/09 | B | 1.39 | Postage | 520 | 662 | |
| 754814 | 08/18/09 | B | 1.76 | Postage | 520 | 597 | |
| 751733 | 08/03/09 | B | 636.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 163292 |
| 754096 | 08/14/09 | B | 465.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 163643 |
| 758442 | 08/31/09 | B | 483.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 164060 |
| 758443 | 08/31/09 | B | 636.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 961 | 164061 |
| 751477 | 06/28/09 | B | 132.00 | Support Staff Overtime | 525S | 470 | |
| 751465 | 06/28/09 | B | 118.00 | Support Staff Overtime | 525S | 400 | |
| 751461 | 06/29/09 | B | 18.94 | Support Staff Overtime | 525S | 400 | |
| 751429 | 06/27/09 | B | 19.20 | Paralegal Overtime | 530S | 594 | |
| 751432 | 06/29/09 | B | 31.53 | Paralegal Overtime | 530S | 594 | |
| 751410 | 06/29/09 | B | 38.79 | Paralegal Overtime | 530S | 597 | |
| 750830 | 08/03/09 | B | 15.20 | In-House Printing - black & white | 541 | 623 | |
| 751660 | 08/04/09 | B | 20.75 | In-House Printing - black & white | 541 | 597 | |
| 752056 | 08/06/09 | B | 7.05 | In-House Printing - black & white | 541 | 961 | |
| 752285 | 08/07/09 | B | 6.90 | In-House Printing - black & white | 541 | 961 | |
| 753567 | 08/12/09 | B | 19.00 | In-House Printing - black & white | 541 | 662 | |
| 753787 | 08/13/09 | B | 3.85 | In-House Printing - black & white | 541 | 605 | |
| 754197 | 08/14/09 | B | 1.30 | In-House Printing - black & white | 541 | 623 | |
| 754248 | 08/15/09 | B | 2.80 | In-House Printing - black & white | 541 | 662 | |
| 754549 | 08/18/09 | B | 1.30 | In-House Printing - black & white | 541 | 670 | |

```
Nortel Networks, Inc.                              PRO FORMA   234322              AS OF 08/31/09                    INVOICE# ******
63989-DIP
DATE: 09/22/09 16:06:15

INDEX    DATE       STAT   AMOUNT   DESCRIPTION                                                      CODE    TKPER   VOUCHER
754707   08/19/09   B        2.05   In-House Printing - black & white                                541     904
755937   08/19/09   B       70.00   In-House Printing - black & white                                541     597
755783   08/24/09   B        4.10   In-House Printing - black & white                                541     670
756370   08/25/09   B        1.30   In-House Printing - black & white                                541     670
756568   08/26/09   B        2.50   In-House Printing - black & white                                541     605
756761   08/27/09   B        3.40   In-House Printing - black & white                                541     904
756907   08/28/09   B       31.65   In-House Printing - black & white                                541     605
757345   08/31/09   B        1.25   In-House Printing - black & white                                541     605
762676   07/28/09   B       30.00   Conference Calls AMERICAN EXPRESS' COURT CALL, LLC -              552H    904     164519
                                    07/28/09
762673   07/28/09   B       30.00   Conference Calls AMERICAN EXPRESS' COURT CALL, LLC -              552H    904     164519
                                    07/28/09
755335   08/10/09   B        5.10   Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC             552H    904     163774
                            ─────────
                            19,895.00
                            ═════════
```