# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2009 Through August 31, 2009** was caused to be made on September 24, 2009, in the manner indicated upon the entities identified below:

Date: September 24, 2009

Ann C. Cordo (# 4817)

## VIA HAND DELIVERY

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

## VIA FIRST CLASS MAIL

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1
(Debtor)

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

2730246.5