# EXHIBIT B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.:  GB 243 2024 11



**Interim** (S)

VAT Invoice Date: **24 September 2009**     Our Ref: **GDB/CCN01.00001**          Invoice No: **274484**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 30,473.00 |
| For the period to 31 August 2009, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 42.46 |
| **Disbursements:** (NT) Fares and Incidental Expenses | 0.00 | 0.00 | 82.19 |
| | 0.00 | | 30,597.65 |
| | | VAT | 0.00 |
| | | Total | 30,597.65 |
| | | **Balance Due** | **30,597.65** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 274484 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI   BRUSSELS   DUBAI   FRANKFURT   HONG KONG   LONDON   MADRID   MILAN

**THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 July 2009**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.10 | 61.00 | (C0003) |
| | | 0.60 | 366.00 | (C0007) |
| | | 0.60 | 366.00 | (C0019) |
| | | 1.70 | 1,037.00 | (C0031) |
| | | 2.40 | 1,464.00 | (C0032) |
| | | 5.40 | £3,294.00 | |
| Partner: | Steven Hull | 4.90 | 2,989.00 | (C0019) |
| | | 4.90 | £2,989.00 | |
| Partner: | Robert Ogilvy Watson | 3.00 | 1,830.00 | (C0032) |
| | | 3.00 | £1,830.00 | |
| Partner: | Carl Dunton | 3.30 | 1,914.00 | (C0032) |
| | | 3.30 | £1,914.00 | |
| Senior Associate: | Marcus Fink | 4.60 | 2,300.00 | (C0019) |
| | | 4.60 | £2,300.00 | |
| Senior Associate: | Ian Chye | 5.80 | 2,900.00 | (C0032) |
| | | 5.80 | £2,900.00 | |
| Junior Associates: | Paul Bagon | 10.50 | 3,307.50 | (C0003) |
| | | 7.70 | 2,425.50 | (C0007) |
| | | 0.40 | 126.00 | (C0019) |
| | | 7.20 | 2,268.00 | (C0031) |
| | | 22.60 | 7,119.00 | (C0032) |
| | | 48.40 | £15,246.00 | |
| **TOTAL** | | **75.40** | **£30,473.00** | |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 August 2009**

## TIME SUMMARY -  ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.10 | @ | 610.00 | 61.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 10.50 | @ | 315.00 | 3,307.50 |
| | | | | Total | £ 3,368.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 04/08/09 | Paul Bagon | LETT | Queries re invoice. | 0.50 |
| 07/08/09 | Giles Boothman | SUPE | RE. July fees | 0.10 |
| 07/08/09 | Paul Bagon | LETT | Update re Ashurst fees | 0.50 |
| 20/08/09 | Paul Bagon | LETT | Ashurst monthly fee application | 1.00 |
| 24/08/09 | Paul Bagon | LETT | August Fee Application. | 4.00 |
| 25/08/09 | Paul Bagon | LETT | Finalising Ashurst August fee application. | 1.50 |
| 26/08/09 | Paul Bagon | LETT | Finalising Ashurst Fee Apps | 3.00 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 August 2009

### TIME SUMMARY - CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.60 | @ | 610.00 | 366.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 7.70 | @ | 315.00 | 2,425.50 |
| | | | Total | | £ 2,791.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S. Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 06/08/09 | Paul Bagon | LETT | Attending UCC weekly call. | 2.00 |
| 06/08/09 | Giles Boothman | ATTD | UCC call (in part) | 0.30 |
| 13/08/09 | Giles Boothman | READ | Listen to part of UCC call | 0.30 |
| 13/08/09 | Paul Bagon | PHON | Attending UCC meeting | 2.40 |
| 20/08/09 | Paul Bagon | PHON | UCC weekly call. | 1.30 |
| 27/08/09 | Paul Bagon | PHON | UCC weekly call. | 2.00 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 August 2009**

### TIME SUMMARY – LABOR ISSUES/EMPLOYEE BENEFITS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.60 | @ | 610.00 | 366.00 |
| Steven Hull | engaged | 4.90 | @ | 610.00 | 2,989.00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 4.60 | @ | 500.00 | 2,300.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 0.40 | @ | 315.00 | 126.00 |
| | | | | Total | £ 5,781.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S.Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 27/08/09 | Marcus Fink | LETT | Reviewing letter from UK Pensions Regulator threatening issuance of a financial support direction against Nortel entities. Consider position of USUCC and review FSD legislation | 1.40 |
| 27/08/09 | Steven Hull | READ | Review Lisa Beckham email and review attached correspondence received from UK pensions regulator regarding financial support direction; review email correspondence with client and review Marcus Fink response regarding same and responding regarding proposed conference call; consideration of issues | 0.90 |
| 27/08/09 | Giles Boothman | READ | Re. Pensions Regulator | 0.30 |
| 28/08/09 | Marcus Fink | DUED | Review FSD letter and legislation. Participate in call with Akin Gump and produce paper on issues | 3.20 |
| 28/08/09 | Steven Hull | READ | Detailed review of correspondence; review financial support direction legislation and procedural issues; review pensions regulator guidance regarding same; preparing and attending conference call with client and Akin Gump to discuss warning notices, financial support directions and related matters; discussions with Marcus Fink regarding preparation of advisory note to client; review Marcus Fink emails and drafts regarding same and incorporation of amendments into same; review Marcus Fink email re same | 2.50 |
| 28/08/09 | Paul Bagon | PHON | Call with AG re Pensions. | 0.40 |
| 28/08/09 | Giles Boothman | READ | Email re. pensions issues | 0.30 |
| 28/08/09 | Steven Hull | READ | Review Lisa Beckerman email re letter to NNC; discussion with Marcus Fink regarding Norton note on FSD procedure; review Marcus Fink email to client regarding same | 1.50 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 August 2009**

## TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 1.70 | @ | 610.00 | 1,037.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 7.20 | @ | 315.00 | 2,268.00 |
| | | | | Total | £ 3,305.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf
For confidentiality purposes, Ashurst cannot disclose the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S. Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 04/08/09 | Paul Bagon | LETT | Reviewing emails received during vacation. | 2.00 |
| 05/08/09 | Paul Bagon | PHON | Attending UCC professionals pre-call. | 1.00 |
| 05/08/09 | Giles Boothman | INTD | Discussion with PDB | 0.10 |
| 05/08/09 | Giles Boothman | READ | F Hodora email | 0.20 |
| 06/08/09 | Paul Bagon | LETT | Reviewing emails. | 0.50 |
| 06/08/09 | Paul Bagon | INTD | Discussion with GDB re allocation issues. | 0.20 |
| 06/08/09 | Giles Boothman | LETT | F Hodara re. UCC participation in dispute resolution/observations | 0.30 |
| 10/08/09 | Giles Boothman | READ | Emails re. committee meetings | 0.20 |
| 12/08/09 | Paul Bagon | PHON | Professionals pre-UCC call. | 1.50 |
| 12/08/09 | Giles Boothman | READ | Emails re. UCC meeting | 0.10 |
| 19/08/09 | Paul Bagon | PHON | Professionals pre-UCC meeting call. | 1.00 |
| 20/08/09 | Paul Bagon | LETT | Reviewing emails and materials in advance of UCC call. | 1.00 |
| 20/08/09 | Giles Boothman | READ | Emails | 0.20 |
| 20/08/09 | Giles Boothman | INTD | Discussion with PDB | 0.10 |
| 26/08/09 | Giles Boothman | SUPE | Discussion with PDB | 0.30 |
| 27/08/09 | Giles Boothman | READ | Emails re. UCC calls | 0.20 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 August 2009**

### TIME SUMMARY – ASIAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 2.40 | @ | 610.00 | 1,464.00 |
| Robert Ogilvy Watson | engaged | 3.00 | @ | 610.00 | 1,830.00 |
| Carl Dunton | engaged | 3.30 | @ | 580.00 | 1,914.00 |
| **Senior Associates:** | | | | | |
| Ian Chye | engaged | 5.80 | @ | 500.00 | 2,900.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 22.60 | @ | 315.00 | 7,119.00 |
| | | | | Total | £ 15,227.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 21/08/09 | Paul Bagon | LETT | APAC Restructuring Agreement | 2.00 |
| 21/08/09 | Paul Bagon | CASE | Liaising with Singapore and HK re APAC Agreement. | 2.80 |
| 21/08/09 | Giles Boothman | READ | Re. APAC restructuring | 0.50 |
| 24/08/09 | Paul Bagon | LETT | Reviewing emails re APAC restructuring | 0.50 |
| 24/08/09 | Paul Bagon | LETT | Restructuring Agreement | 3.00 |
| 24/08/09 | Giles Boothman | SUPE | Re. APAC | 0.50 |
| 24/08/09 | Ian Chye | LETT | Reviewing and commenting on the restructuring for discussions with CBD | 2.00 |
| 25/08/09 | Carl Dunton | READ | Review of Asiapac Restructuring Agreement. Internal discussions with IZC on issues from Singapore perspective. Call with Paul Bagon to discuss Singapore/Hong Kong issues. | 3.30 |
| 25/08/09 | Paul Bagon | PREP | Preparing for call with HK and Singapore. | 0.50 |
| 25/08/09 | Paul Bagon | PHON | Call with HK and Singapore offices re APAC Agreement. | 0.50 |
| 25/08/09 | Paul Bagon | LETT | Note re call with HK and Singapore offices re APAC Agreement. | 4.50 |
| 25/08/09 | Paul Bagon | PHON | Call with UCC advisers re APAC Agreement. | 2.30 |
| 25/08/09 | Giles Boothman | INTD | Discussion with PDB re. APAC issues | 0.50 |
| 25/08/09 | Giles Boothman | SUPE | Discussion with PDB re. APAC issues | 0.30 |
| 25/08/09 | Giles Boothman | READ | Emails re. APAC | 0.30 |
| 25/08/09 | Ian Chye | LETT | Discussions with CBD; drafting email to ROW raising issues on the restructuring agreement; reading ROW's email comments; Telcall with HK and London to discuss/raise issues or clarify on the terms of the restructuring agreement | 3.80 |
| 25/08/09 | Robert Ogilvy Watson | LETT | Review of documents and prepare emails re Unsecured Creditors Committee | 2.00 |
| 25/08/09 | Robert Ogilvy Watson | PHON | Telephone conference | 1.00 |
| 26/08/09 | Paul Bagon | PHON | Re APAC Agreement | 0.80 |
| 26/08/09 | Giles Boothman | SUPE | APAC issues | 0.30 |
| 27/08/09 | Paul Bagon | LETT | Re APAC | 1.00 |
| 27/08/09 | Paul Bagon | PHON | Professionals call re APAC | 1.70 |
| 28/08/09 | Paul Bagon | PHON | All parties APAC call. | 3.00 |