# **EXHIBIT C**

## Exhibit C

## DISBURSEMENT SUMMARY
## AUGUST 01, 2009 THROUGH AUGUST 31, 2009

| | |
|---|---:|
| Travel Expenses – Ground Transportation | £76.79 |
| Meals | £5.40 |
| Document Production | £42.46 |
| **TOTAL** | **£124.65** |