# EXHIBIT D

## DISBURSEMENT BREAKDOWN

| Date | Disb Type | Narrative | Amount (£) |
|------|-----------|-----------|-----------|
| 14/08/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 360704; DATE: 14/08/2009. - P/C PDB Taxi - 12/08/09 | 33.75 |
| 25/08/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/80724; DATE: 31/08/2009 - TAXI - PDB (EC2A to NW11) 25/08/09 | 43.04 |
| 25/08/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 24 30 08 2009 DATE: 01/09/2009 | 5.40 |
| | | Document Production | 42.46 |
| | | | **124.65** |