# **EXHIBIT E**

Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD AUGUST 01, 2009 THROUGH AUGUST 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 5.40 | 3,294.00 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 4.90 | 2,989.00 |
| Robert Ogilvy Watson | Partner for 8 years; Admitted 15 November 1993, Corporate | £610 | 3.00 | 1,830.00 |
| Carl Dunton | Partner for 1 years; Admitted 1997, Loan Markets, Singapore | £580 | 3.30 | 1,914.00 |
| Marcus Fink | Associate for 8 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 4.60 | 2,300 |
| Ian Chye | Senior Associate; Admitted June 2003, | £500 | 5.80 | 2,900 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special Situations Group | £315 | 48.40 | 15,246 |
| **TOTAL** | | | **75.40** | **£30,473.00** |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 01, 2009 THROUGH AUGUST 31, 2009.

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 10.60 | 3,368.50 |
| Creditors Committee Meetings | 8.30 | 2,791.50 |
| Labor Issues/Employee Benefits | 10.50 | 5,781.00 |
| European Proceedings/Matters | 8.90 | 3,305.00 |
| Asian Proceedings/Matters | 37.10 | 15,227.00 |
| TOTAL | 75.40 | 30,473.00 |