# EXHIBIT A

**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 8/1/2009 through 8/31/2009**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive | $710 | 39.80 | $28,258.00 |
| J. Borow | Executive Director | $710 | 121.30 | $86,123.00 |
| M. Lasinski | Managing Director | $600 | 63.50 | $38,100.00 |
| J. Hyland | Executive Director | $550 | 255.50 | $140,525.00 |
| T. Horton | Director | $525 | 215.30 | $113,032.50 |
| S. Song | Consultant | $325 | 257.10 | $83,557.50 |
| J. Peterson | Consultant | $315 | 195.50 | $61,582.50 |
| T. Morilla | Consultant | $285 | 180.60 | $51,471.00 |
| J. Schad | Associate | $200 | 3.90 | $780.00 |
| L. Hirschman | Paraprofessional | $110 | 1.10 | $121.00 |
| N. Backer | Paraprofessional | $110 | 2.00 | $220.00 |
| H. Becker | Paraprofessional | $100 | 4.00 | $400.00 |
| **For the Period 8/1/2009 through 8/31/2009** | | | **1339.60** | **$604,170.50** |