# **EXHIBIT B**

## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 8/1/2009 through 8/31/2009**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 148.30 | $76,785.00 |
| 05. Professional Retention/Fee Application Preparation | | 13.30 | $4,151.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 53.50 | $32,643.00 |
| 08. Interaction/Mtgs w Creditors | | 54.70 | $33,084.50 |
| 09. Employee Issues/KEIP | | 100.90 | $47,939.00 |
| 11. Claim Analysis/Accounting | | 0.50 | $275.00 |
| 13. Intercompany Transactions/Bal | | 186.20 | $89,423.50 |
| 14. Executory Contracts/Leases | | 62.10 | $24,838.50 |
| 17. Analysis of Historical Results | | 76.80 | $28,048.00 |
| 18. Operating and Other Reports | | 130.90 | $57,903.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 152.60 | $54,523.50 |
| 20. Projections/Business Plan/Other | | 176.60 | $70,518.50 |
| 24. Liquidation Analysis | | 117.40 | $54,113.00 |
| 26. Tax Issues | | 32.10 | $11,265.00 |
| 2. Intellectual Property | | 33.70 | $18,660.00 |
| **For the Period 8/1/2009 through 8/31/2009** | | **1339.60** | **$604,170.50** |

**Capstone Advisory Group, LLC**
Invoice for the 8/1/2009 - 8/31/2009 Fee Statement

Page 1 of 1

NY 71725290v1