# EXHIBIT D

**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 8/1/2009 through 8/31/2009**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 8/2/2009 | T. Morilla | Airfare for Toronto trip during 8/4-8/6. | $1,574.24 |
| 8/4/2009 | J. Peterson | Airfare to/from Toronto. | $1,580.69 |
| 8/4/2009 | J. Hyland | Airfare for Toronto trip. | $1,234.54 |
| 8/6/2009 | J. Peterson | Change fee for airplane flight while in Toronto. | $71.57 |
| 8/6/2009 | J. Peterson | Change fee for airplane flight while at Toronto. | $71.57 |
| 8/10/2009 | S. Song | Airfare for travel to Richardson, Texas to visit Nortel. | $1,833.20 |
| 8/11/2009 | J. Borow | Airfare to Dallas. | $1,833.20 |
| 8/11/2009 | M. Lasinski | Flight to Richardson, TX. | $1,283.30 |
| 8/11/2009 | M. Lasinski | Airfare fee during Richardson trip. | $15.00 |
| 8/24/2009 | J. Peterson | Airfare to Toronto. | $1,579.94 |
| 8/24/2009 | J. Hyland | Airfare during Toronto trip. | $1,285.39 |
| 8/24/2009 | J. Peterson | Airfare to Toronto for T. Horton adjusted for a $528.35 credit against the total price of $1,579.94. | $1,051.59 |
| 8/26/2009 | S. Song | Airfare for travel to Toronto. | $946.73 |
| 8/31/2009 | J. Borow | Airfare to/from Toronto. | $1,578.44 |
| 8/31/2009 | J. Hyland | Airfare for Toronto trip. | $1,492.65 |
| **Subtotal - Airfare/Train** | | | **$17,432.05** |
| **Auto Rental/Taxi** | | | |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/3/2009 | J. Peterson | Worked late and took a taxi home. | $6.00 |
| 8/4/2009 | Capstone Expense | Taxi for Nortel matters. | $428.47 |
| 8/4/2009 | Capstone Expense | Taxi for Nortel matters. | $422.08 |
| 8/4/2009 | Capstone Expense | Taxi during Toronto trip. | $229.14 |
| 8/4/2009 | Capstone Expense | Taxi during Toronto trip. | $130.79 |
| 8/4/2009 | Capstone Expense | Taxi during Toronto trip. | $82.11 |
| 8/4/2009 | J. Peterson | Taxi from the airport to Nortel. | $40.53 |
| 8/4/2009 | J. Hyland | Taxi to office for Toronto trip. | $37.00 |
| 8/4/2009 | T. Morilla | Taxi during Toronto trip. | $22.00 |
| 8/5/2009 | J. Peterson | Taxi from Nortel to the hotel. | $30.00 |
| 8/5/2009 | J. Hyland | Taxi during Toronto trip. | $25.00 |
| 8/5/2009 | J. Peterson | Taxi from hotel to Nortel. | $23.03 |
| 8/5/2009 | S. Song | Late night taxi due to working on Debtors' matters. | $5.75 |
| 8/6/2009 | J. Hyland | Taxi during Toronto trip. | $30.00 |
| 8/6/2009 | T. Morilla | Taxi for J. Peterson and T. Morilla. | $24.90 |
| 8/6/2009 | J. Peterson | Taxi from hotel to Nortel. | $23.57 |
| 8/6/2009 | J. Hyland | Taxi during Toronto trip. | $23.00 |
| 8/7/2009 | J. Peterson | Taxi to office for the Toronto trip. | $7.00 |
| 8/10/2009 | S. Song | Taxi while traveling in Richardson, Texas to visit Nortel. | $63.35 |
| 8/10/2009 | J. Hyland | Taxi from airport to hotel during Richardson trip. | $60.00 |
| 8/10/2009 | T. Horton | Taxi to Cleary office re: Debtors' meeting. | $23.90 |
| 8/10/2009 | T. Horton | Taxi from Debtors meeting at Cleary office. | $14.30 |

**Capstone Advisory Group, LLC**  Page 2 of 10
**Invoice for the 8/1/2009 - 8/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/11/2009 | J. Borow | Cab to company ($95) + cab to/from LGA ($68+$68). | $231.00 |
| 8/11/2009 | M. Lasinski | Cab from airport to hotel. | $32.00 |
| 8/11/2009 | T. Horton | Taxi to Cleary for Debtors' presentation. | $31.38 |
| 8/11/2009 | J. Peterson | Worked late and took a taxi home. | $7.00 |
| 8/12/2009 | M. Lasinski | Cab from airport to home. | $70.00 |
| 8/12/2009 | M. Lasinski | Taxi from Nortel to airport. | $65.00 |
| 8/12/2009 | J. Hyland | Taxi to airport from Richardson office. | $65.00 |
| 8/18/2009 | J. Peterson | Worked late and took a taxi home. | $7.00 |
| 8/18/2009 | S. Song | Late night taxi due to working on Debtors' matters. | $6.67 |
| 8/19/2009 | T. Morilla | Taxi due to working late. | $7.00 |
| 8/19/2009 | S. Song | Late night taxi due to working on Debtors' matters. | $5.75 |
| 8/24/2009 | J. Peterson | Taxi from Toronto airport to Nortel. | $39.90 |
| 8/24/2009 | J. Hyland | Taxi during Toronto trip. | $36.00 |
| 8/24/2009 | S. Song | Taxi while traveling in Toronto. | $26.00 |
| 8/24/2009 | J. Peterson | Taxi from Nortel to the hotel. | $24.70 |
| 8/25/2009 | S. Song | Taxi while traveling in Toronto. | $35.00 |
| 8/25/2009 | J. Hyland | Taxi during Toronto trip. | $34.00 |
| 8/25/2009 | J. Peterson | Taxi from Nortel to the hotel. | $25.55 |
| 8/25/2009 | J. Peterson | Taxi from the hotel to Nortel. | $24.00 |
| 8/25/2009 | S. Song | Taxi while traveling in Toronto. | $22.00 |
| 8/25/2009 | T. Horton | Taxi to Nortel. | $21.00 |
| 8/26/2009 | J. Peterson | Taxi from Nortel to the airport. | $27.36 |

**Capstone Advisory Group, LLC**  Page 3 of 10
Invoice for the 8/1/2009 - 8/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/26/2009 | J. Peterson | Taxi from the hotel to Nortel. | $26.97 |
| 8/26/2009 | S. Song | Taxi while traveling in Toronto. | $25.00 |
| 8/26/2009 | S. Song | Taxi while traveling in Toronto. | $21.00 |
| 8/27/2009 | J. Peterson | Taxi to office for trip to Toronto. | $10.00 |
| 8/30/2009 | S. Song | Taxi while traveling in Toronto. | $20.00 |
| 8/31/2009 | S. Song | Taxi while traveling in Toronto. | $22.00 |
| 8/31/2009 | S. Song | Taxi while traveling in Toronto. | $21.00 |
| 8/31/2009 | T. Morilla | Taxi due to working late. | $7.00 |
| 8/31/2009 | J. Peterson | Worked late and took a taxi home. | $7.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$2,755.20** |

**Hotel**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/6/2009 | T. Morilla | Hotel during Toronto trip. | $303.49 |
| 8/6/2009 | J. Peterson | Hotel while in Toronto. | $280.50 |
| 8/6/2009 | J. Hyland | Hotel during Toronto trip. | $278.48 |
| 8/11/2009 | J. Borow | Hotel during Dallas trip. | $127.99 |
| 8/12/2009 | J. Hyland | Hotel while traveling to Richardson meeting. | $408.84 |
| 8/12/2009 | S. Song | Hotel while staying in Richardson, Texas to visit. | $254.93 |
| 8/12/2009 | M. Lasinski | Hotel during Richardson visit. | $118.00 |
| 8/25/2009 | T. Horton | Hotel for Toronto trip. | $291.54 |
| 8/25/2009 | J. Hyland | Hotel during Toronto trip. | $186.53 |
| 8/26/2009 | J. Peterson | Hotel for Toronto trip. | $275.85 |
| 8/27/2009 | S. Song | Hotel while staying in Toronto. | $328.53 |
| **Subtotal - Hotel** | | | **$2,854.68** |

**Capstone Advisory Group, LLC**                                                                                                              Page 4 of 10
Invoice for the 8/1/2009 - 8/31/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Meals** | | | |
| 8/3/2009 | S. Song | Late night meal due to working on Debtors' matters. | $14.09 |
| 8/4/2009 | T. Morilla | Meal for J. Hyland, J. Peterson and T. Morilla. | $152.00 |
| 8/4/2009 | J. Peterson | Breakfast during Toronto trip. | $18.80 |
| 8/4/2009 | T. Morilla | Meal while traveling in Toronto. | $16.87 |
| 8/4/2009 | J. Peterson | Lunch at Nortel. | $13.66 |
| 8/4/2009 | J. Hyland | Meal during Toronto trip. | $11.84 |
| 8/4/2009 | T. Morilla | Meal while traveling in Toronto. | $11.36 |
| 8/4/2009 | T. Morilla | Meal while traveling in Toronto. | $3.91 |
| 8/4/2009 | T. Morilla | Meal during Toronto trip. | $3.15 |
| 8/4/2009 | J. Hyland | Meal during Toronto trip. | $2.26 |
| 8/5/2009 | J. Peterson | Dinner for T. Morilla and J. Peterson. | $139.21 |
| 8/5/2009 | T. Horton | Dinner for T. Horton and S. Song. | $39.75 |
| 8/5/2009 | T. Morilla | Meal during Toronto trip. | $15.82 |
| 8/5/2009 | J. Peterson | Lunch while at Nortel. | $12.46 |
| 8/5/2009 | J. Peterson | Breakfast at the hotel. | $3.96 |
| 8/6/2009 | J. Peterson | Breakfast for T. Morilla and J. Peterson. | $47.51 |
| 8/6/2009 | J. Hyland | Meal during Toronto trip. | $13.40 |
| 8/6/2009 | T. Morilla | Meal during Toronto trip. | $9.38 |
| 8/6/2009 | J. Peterson | Lunch at Nortel. | $6.86 |
| 8/6/2009 | T. Morilla | Meal during Toronto trip. | $6.82 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/6/2009 | T. Morilla | Meal during Toronto trip. | $6.67 |
| 8/10/2009 | S. Song | Meal while traveling to Richardson, Texas to visit Nortel. | $16.98 |
| 8/10/2009 | J. Hyland | Meal during Richardson trip. | $2.61 |
| 8/11/2009 | T. Horton | Working meal with J. Peterson resulting from working late. | $46.56 |
| 8/11/2009 | M. Lasinski | Dinner during Richardson visit. | $24.09 |
| 8/11/2009 | J. Hyland | Meal during Richardson trip. | $4.55 |
| 8/12/2009 | S. Song | Meals while traveling to Richardson, Texas to visit Nortel. | $14.07 |
| 8/12/2009 | M. Lasinski | Meal during Richardson trip. | $10.80 |
| 8/12/2009 | J. Hyland | Meal during Richardson trip. | $4.55 |
| 8/14/2009 | T. Morilla | Dinner due to working late. | $12.21 |
| 8/18/2009 | T. Horton | Lunch meeting with bondholder, S. Kovacs. | $97.23 |
| 8/18/2009 | T. Morilla | Dinner for S. Song and T. Morilla due to working late. | $56.70 |
| 8/19/2009 | T. Morilla | Dinner for S. Song and T. Morilla due to working late. | $23.95 |
| 8/20/2009 | S. Song | Late night meal due to working on Debtors' matters. | $36.80 |
| 8/24/2009 | T. Horton | Dinner for J. Peterson and T. Horton while in Toronto. | $141.00 |
| 8/24/2009 | T. Horton | Breakfast & lunch while at Nortel. | $27.53 |
| 8/24/2009 | S. Song | Meals while traveling in Toronto. | $21.74 |
| 8/24/2009 | S. Song | Meal while traveling in Toronto. | $19.23 |
| 8/24/2009 | J. Hyland | Meal during Toronto trip. | $15.74 |
| 8/24/2009 | J. Peterson | Lunch at Nortel. | $12.89 |
| 8/24/2009 | J. Peterson | Breakfast at Toronto. | $12.72 |
| 8/25/2009 | S. Song | Meal while traveling in Toronto for T. Horton and J. Peterson. | $154.84 |

**Capstone Advisory Group, LLC**  Page 6 of 10
**Invoice for the 8/1/2009 - 8/31/2009 Fee Statement**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/25/2009 | C. Kearns | Working lunch. | $102.90 |
| 8/25/2009 | J. Peterson | Meals while at Nortel. | $22.18 |
| 8/25/2009 | S. Song | Meals while traveling in Toronto. | $20.61 |
| 8/25/2009 | J. Peterson | Lunch at Nortel. | $13.15 |
| 8/25/2009 | J. Hyland | Meal during Toronto trip. | $11.89 |
| 8/25/2009 | T. Horton | Lunch while in Toronto. | $11.55 |
| 8/25/2009 | J. Peterson | Breakfast while in Toronto. | $8.31 |
| 8/25/2009 | S. Song | Meals while traveling in Toronto. | $8.17 |
| 8/25/2009 | J. Hyland | Meal during Toronto trip. | $6.67 |
| 8/26/2009 | S. Song | Meals while traveling in Toronto. | $18.55 |
| 8/26/2009 | S. Song | Meals while traveling in Toronto. | $13.83 |
| 8/26/2009 | T. Horton | Lunch at Nortel. | $13.08 |
| 8/26/2009 | J. Peterson | Dinner while traveling back to LGA from Toronto. | $12.00 |
| 8/26/2009 | J. Peterson | Lunch at Nortel. | $11.07 |
| 8/26/2009 | T. Morilla | Meal due to working late on Nortel. | $10.74 |
| 8/26/2009 | J. Peterson | Breakfast during Toronto trip. | $5.05 |
| 8/27/2009 | T. Morilla | Meal due to working late on Nortel. | $16.28 |
| 8/30/2009 | S. Song | Meals while traveling in Toronto. | $13.62 |
| 8/30/2009 | T. Morilla | Meal due to working late on Nortel. | $11.92 |
| 8/31/2009 | J. Peterson | Dinner for T. Horton, T. Morilla and J. Peterson due to working late. | $54.17 |
| 8/31/2009 | S. Song | Meals while traveling in Toronto. | $21.01 |
| 8/31/2009 | J. Hyland | Meal during Toronto trip. | $17.85 |

**Capstone Advisory Group, LLC**  
Invoice for the 8/1/2009 - 8/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/31/2009 | J. Hyland | Meal during Toronto trip. | $7.98 |
| 8/31/2009 | S. Song | Meals while traveling in Toronto. | $3.85 |
| 8/31/2009 | J. Hyland | Meal during Toronto trip. | $2.03 |
| **Subtotal - Meals** | | | **$1,745.03** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/4/2009 | J. Hyland | Local mileage to airport for Toronto trip. | $23.10 |
| 8/6/2009 | J. Hyland | Local mileage to airport for Toronto trip. | $23.10 |
| 8/8/2009 | J. Hyland | Local mileage to pick up airline tickets using travel voucher. | $23.10 |
| 8/10/2009 | J. Hyland | Local mileage for Richardson trip. | $23.10 |
| 8/24/2009 | J. Hyland | Local mileage during Toronto trip. | $23.10 |
| 8/25/2009 | J. Hyland | Local mileage during Toronto trip. | $23.10 |
| 8/28/2009 | J. Hyland | Local mileage for 8/10 Dallas trip for Nortel. | $23.10 |
| 8/31/2009 | J. Hyland | Local mileage to airport for Toronto trip. | $23.10 |
| **Subtotal - Mileage** | | | **$184.80** |

**Other**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/12/2009 | S. Song | Foreign transaction fee (finance charge) for credit card transactions in foreign country. | $32.00 |
| **Subtotal - Other** | | | **$32.00** |

**Parking/Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/3/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/4/2009 | J. Hyland | Local tolls for Toronto trip. | $1.60 |
| 8/5/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/6/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/6/2009 | J. Hyland | Local tolls for Toronto trip. | $1.60 |

Capstone Advisory Group, LLC           Page 8 of 10
Invoice for the 8/1/2009 - 8/31/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/7/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/8/2009 | J. Hyland | Parking to pick up airline tickets using travel voucher. | $2.00 |
| 8/8/2009 | J. Hyland | Tolls to pick up airline tickets using travel voucher. | $1.60 |
| 8/10/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/10/2009 | T. Horton | Parking - resulting from working with staff in NYC office. | $22.00 |
| 8/10/2009 | J. Hyland | Local tolls for Richardson trip. | $1.60 |
| 8/11/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/12/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/13/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/17/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/18/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/19/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/20/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/24/2009 | J. Hyland | Local tolls during Toronto trip. | $1.60 |
| 8/25/2009 | J. Hyland | Local tolls during Toronto trip. | $1.60 |
| 8/26/2009 | T. Horton | Parking for trip to Toronto. | $99.00 |
| 8/27/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/28/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 8/28/2009 | J. Hyland | Parking due to carrying Nortel work papers. | $16.00 |
| 8/28/2009 | J. Hyland | Local tolls for 8/10 Dallas trip for Nortel. | $1.60 |
| 8/31/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $32.00 |
| 8/31/2009 | J. Hyland | Tolls for Toronto trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$491.80** |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Postage/FedEx** | | | |
| 8/9/2009 | Capstone Expense | Postage for Nortel matters. | $16.82 |
| **Subtotal - Postage/FedEx** | | | **$16.82** |
| **Telecom** | | | |
| 8/7/2009 | Capstone Expense | Long distance charges for Nortel calls. | $305.00 |
| 8/10/2009 | Capstone Expense | Conference call Nortel charges. | $20.70 |
| 8/12/2009 | Capstone Expense | Telephone charges related to Nortel. | $1,134.64 |
| 8/14/2009 | J. Borow | Roaming charges in Canada. | $58.65 |
| 8/31/2009 | J. Peterson | Roaming charges occurred while in Toronto. | $77.62 |
| **Subtotal - Telecom** | | | **$1,596.61** |
| **For the Period 8/1/2009 through 8/31/2009** | | | **$27,108.99** |