IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
:
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 1534, 1545 AND 1546]

PLEASE TAKE NOTICE that on September 25, 2009, copies of the **Amended Order Shortening The Time By Which The IRS Must Respond To Discovery Request** (D.I. 1534, Entered 9/23/09) were served in the manner indicated upon the entity listed below and those on the attached service list.

### VIA FIRST CLASS MAIL

Lee J. Lofthus
**Assistant Attorney General for Administration**
**U.S. Department of Justice**
**950 Pennsylvania Ave., NW**
**Washington, DC 20530-0001**

PLEASE TAKE FURTHER NOTICE that on September 25, 2009, copies of the **Order Approving Stipulation Between Graybar Electric Company, Inc. and Nortel Networks Inc.** (D.I. 1545, Entered 9/24/09) were served in the manner indicated upon the entities listed below and those on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**VIA HAND DELIVERY**

John D. Demmy, Esq.
STEVENS & LEE, P.C.
1105 North Market Street
7th Floor
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL**

Ben L. Aderholt, Esq.
LOOPER REED & McGRAW, P.C.
1300 Post Oak Blvd.
Suite 2000
Houston, Texas 77056

PLEASE TAKE FURTHER NOTICE that on September 25, 2009, copies of the **Order Approving Stipulation Regarding Filing of Claims By Pension Benefit Guaranty Corporation** (D.I. 1546, Entered 9/24/09) were served in the manner indicated upon the entities listed on the attached service list.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3136050.1

Dated: September 25, 2009
       Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        James L. Bromley (No. 5125)
                        Lisa M. Schweitzer (No. 1033)
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                                  - and -

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Ann Cordo*

                        Derek C. Abbott (No. 3376)
                        Eric D. Schwartz (No. 3134)
                        Ann C. Cordo (No. 4817)
                        Andrew R. Remming (No. 5120)
                        1201 North Market Street, 18th Floor
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        Telephone: 302-658-9200
                        Facsimile: 302-425-4663

                        *Counsel for the Debtors and*
                        *Debtors in Possession*