<u>EXHIBIT A</u>

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**
**Summary of Fees and Expenses for the Period**
**From May 1, 2009 through July 31, 2009, unless otherwise specified**

**Hearing:  September 30, 2009 at 10:00 a.m. (Eastern Time)**

<u>**Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")**</u>

A.  Second Interim Fee Application Request of Akin Gump As Co-Counsel for the Official Committee of Unsecured Creditors for the Period May 1, 2009 through July 31, 2009 (D.I. 1453, Filed 9/10/09).

    1.  Fourth Monthly Application of Akin for the Period May 1, 2009 Through May 31, 2009 (D.I. 947, Filed 6/24/09)

    2.  CNO [Re: D.I. 947] (D.I. 1112, Filed 7/17/09);

    3.  Fifth Monthly Application of Akin for the Period June 1, 2009 through June 30, 2009 (D.I. 1186, Filed 7/27/09);

    4.  CNO [Re: D.I. 1186] (D.I. 1357, Filed 8/21/09);

    5.  Sixth Monthly Application of Akin for the Period July 1, 2009 through July 31, 2009 (D.I. 1379, Filed 8/25/09); and

    6.  CNO [Re: D.I. 1379] (D.I. 1517 Filed 9/16/09).

<u>**Ashurst LLP ("Ashurst")**</u>

B.  Second Interim Fee Application Request of Ashurst as European Counsel to the Official Committee of Unsecured Creditors for the Period May 1, 2009 through July 31, 2009 (D.I. 1458, Filed 9/10/09).

    1.  Fourth Monthly Application of Ashurst for the Period May 1, 2009 through May 31, 2009 (D.I. 949, Filed 6/24/09);

    2.  CNO [Re: D.I. 949] (D.I. 1113, Filed 7/17/09);

    3.  Fifth Monthly Application of Ashurst for the Period June 1, 2009 through June 30, 2009 (D.I. 1253, Filed 7/31/09);

    4.  CNO [Re: D.I. 1253] (D.I. 1377, Filed 8/25/09);

    5.  Sixth Monthly Application of Ashurst for the Period July 1, 2009 through July 31, 2009 (D.I. 1385, Filed 8/26/09); and

    6.  CNO [Re: D.I. 1385] (D.I. 1520, Filed 9/18/09).

**Capstone Advisory Group, LLC ("Capstone")**

C.      Second Interim Fee Application Request of Capstone as Financial Advisor for the Official Committee of Unsecured Creditors for the Period May 1, 2009 through July 31, 2009 (D.I. 1457, Filed 9/10/09).

1.      Fourth Monthly Application of Capstone for the Period May 1, 2009 through May 31, 2009 (D.I. 1032, Filed 7/2/09);

2.      CNO [Re: D.I. 1032] (D.I. 1163, Filed 7/24/09);

3.      Fifth Monthly Application of Capstone for the Period June 1, 2009 through June 30, 2009 (D.I. 1341, Filed 8/18/09);

4.      CNO [Re: D.I. 1341] (D.I. 1479, Filed 9/11/09);

5.      Sixth Monthly Application of Capstone for the Period July 1, 2009 through July 31, 2009 (D.I. 1440, Filed 9/8/09); and

6.      CNO [Re: D.I. 1440] (TBD).

**Cleary Gottlieb Steen & Hamilton LLP ("Cleary")**

D.      Second Quarterly Fee Application Request of Cleary as Attorneys for Debtors and Debtors-In-Possession, for the Period May 1, 2009 through July 31, 2009 (D.I. 1421, Filed 9/2/09).

1.      Fifth Interim Fee Application of Cleary for the Period of May 1, 2009 through May 31, 2009 (D.I. 1307, Filed 8/12/09);

2.      CNO [Re: D.I. 1307] (D.I. 1428, Filed 9/3/09);

3.      Sixth Interim Fee Application of Cleary for the Period of June 1, 2009 through June 30, 2009 (D.I. 1397, Filed 8/28/09);

4.      CNO [Re: D.I. 1397] (D.I. 1527, Filed 9/21/09);

5.      Seventh Interim Fee Application of Cleary for the Period of July 1, 2009 through July 31, 2009 (D.I. 1420, Filed 9/2/09); and

6.      CNO [Re: D.I. 1420] (D.I. 1548, Filed 9/24/09).

**Crowell & Moring LLP ("Crowell")**

E.      Second Quarterly Fee Application Request of Crowell Special Counsel for Debtors and Debtors-in-Possession, for the Period May 1, 2009 through July 31, 2009 (D.I. 1414, Filed 9/1/09).

1.    Fifth Interim Fee Application of Crowell for the Period Of May 1, 2009 through May 31, 2009 (D.I. 1408, Filed 8/31/09);

2.    CNO [Re: D.I. 1408] (D.I. 1535, Filed 9/23/09);

3.    Sixth Interim Fee Application of Crowell for the Period of June 1, 2009 through June 30, 2009 (D.I. 1409, Filed 8/31/09);

4.    CNO [Re: D.I. 1409] (D.I. 1536, Filed 9/23/09);

5.    Seventh Interim Fee Application of Crowell for the Period of July 1, 2009 through July 31, 2009 (D.I. 1410, Filed 8/31/09); and

6.    CNO [Re: D.I. 1410] (D.I. 1537, Filed 9/23/09).

### Ernst & Young LLP ("E&Y")

F.    Second Quarterly Fee Application of E&Y as Indirect Tax Services Provider to the Debtors-in-Possession for the Period of May 1, 2009 through July 31, 2009 (D.I. 1456, Filed 9/10/09).

1.    First Consolidated Fee Application of E&Y for the Period of May 1, 2009 through July 31, 2009 (D.I. 1429, Filed 9/3/09); and

2.    CNO [Re: D.I. 1429] (D.I. 1558, Filed 9/28/09).

### Fraser Milner Casgrain LLP ( "Fraser")

G.    Second Interim Fee Application Request of Fraser Canadian Counsel for the Official Committee of Unsecured Creditors for the Period May 1, 2009 through July 31, 2009 (D.I. 1459, Filed 9/10/09).

1.    Fourth Interim Application of Fraser for the Period May 1, 2009 through May 31, 2009 (D.I. 950, Filed 6/24/09);

2.    CNO [Re: D.I. 950] (D.I. 1114, Filed 7/ 17/09);

3.    Fifth Interim Application of Fraser for the Period June 1, 2009 through June 30, 2009 (D.I. 1187, Filed 7/27/09);

4.    CNO [Re: D.I. 1187] (D.I. 1358, Filed 8/21/09);

5.    Sixth Interim Application of Fraser for the Period July 1, 2009 through July 31, 2009 (D.I. 1380, Filed 8/25/09); and

6.    CNO [Re: D.I. 1380] (D.I. 1518, Filed 9/16/09).

**Huron Consulting Group ("Huron")**

H.  Second Quarterly Application of Huron, as Accounting and Restructuring Consultants for Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses for the Period May 1, 2009 through July 31, 2009 (D.I. 1375, Filed 8/25/09).

    1.  Fourth Interim Fee Application of Huron for the Period May 1, 2009 through May 31, 2009 (D.I. 915, Filed 6/16/09);

    2.  CNO [Re: D.I. 915] (D.I. 1045, Filed 7/8/09);

    3.  Fifth Interim Fee Application of Huron for the Period June 1, 2009 through June 30, 2009 (D.I. 1150, Filed 7/22/09);

    4.  CNO [Re: D.I. 1150] (D.I. 1311, Filed 8/13/09);

    5.  Sixth Interim Fee Application of Huron for the Period July 1, 2009 through July 31, 2009 (D.I. 1349, Filed 8/19/09); and

    6.  CNO [Re: D.I. 1349] (D.I. 1464, Filed 9/10/09).

**Jackson Lewis LLP ("Jackson")**

I.  Second Quarterly Application of Jackson as Counsel for Debtors And Debtors-in-Possession, for Compensation and Reimbursement of Expenses for the Period May 1, 2009 through July 31, 2009 (D.I. 1413, Filed 8/31/09).

    1.  Fifth Monthly Fee Application of Jackson for the Period May 1, 2009 through May 31, 2009 (D.I. 1092, Filed 7/16/09);

    2.  CNO [Re: D.I. 1092] (D.I. 1329, Filed 8/17/09);

    3.  Sixth Monthly Fee Application of Jackson for the Period June 1, 2009 through June 30, 2009 (D.I. 1317, Filed 8/14/09);

    4.  CNO [Re: D.I. 1317] (D.I. 1441, Filed 9/9/09);

    5.  Seventh Monthly Fee Application of Jackson for the Period July 1, 2009 through July 30, 2009 (D.I. 1400, Filed 8/28/09); and

    6.  CNO [Re: D.I. 1400] (D.I. 1528, Filed 9/22/09).

**Jefferies & Company, Inc ("J&C")**

J.  Second Interim Application of Jeffries As Investment Banker to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period May 1, 2009 to July 31, 2009 (D.I. 1455, Filed 9/10/09).

1.    Fourth Monthly Fee Application of J&C for the Period May 1, 2009 through Mary 31, 2009 (D.I. 1365, Filed 8/24/09);

2.    CNO [Re: D.I. 1365] (D.I. 1485, Filed 9/14/09);

3.    Fifth Monthly Fee Application of J&C for the Period June 1, 2009 through June 30, 2009 (D.I. 1366, Filed 8/24/09);

4.    CNO [Re: D.I. 1366] (D.I. 1486, Filed 9/14/09);

5.    Sixth Monthly Fee Application of J&C for the Period July 1, 2009 through July 31, 2009 (D.I. 1446, Filed 9/9/09); and

6.    CNO [Re: D.I. 1446] (TBD).

**Lazard Freres & Co. LLC ("Lazard")**

K.    Second Quarterly Fee Application of Lazard Freres & Co. LLC Financial Advisor and Investment Banker to the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2009 through May 31, 2009 (D.I. 1463, Filed 9/10/09).

1.    Second Monthly Fee Application of Lazard for the Period May 1, 2009 through May 31, 2009 (D.I. 1356, Filed 8/20/09);

2.    CNO [Re: D.I. 1356] (D.I. 1488, Filed 9/14/09);

3.    Third Monthly Fee Application of Lazard for the Period June 1, 2009 through June 31, 2009 (D.I. 1461, Filed 9/10/09);

4.    CNO [Re: D.I. 1461] (TBD);

5.    Fourth Monthly Fee Application of Lazard for the Period July 1, 2009 through July 31, 2009 (D.I. 1462, Filed 9/10/09); and

6.    CNO [Re: D.I. 1462] (TBD).

**Mercer (Us) Inc. ("Mercer")**

L.    Second Quarterly Application Request of Mercer (Us) Inc., as Compensation Specialist to the Debtors and Debtors-In-Possession for the Period May 1, 2009 through July 31, 2008 (D.I. 1452, Filed 9/10/09).

1.    Second Interim Fee Application of Mercer for the Period May 1, 2009 through July 31, 2009 (D.I. 1448, Filed 9/10/09); and

2.    CNO [Re: D.I. 1448] (TBD).

**Morris, Nichols, Arsht & Tunnell LLP ("MNAT")**

M.     Second Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, Bankruptcy Counsel for Debtors and Debtors-In-Possession for the Period May 1, 2009 through July 31, 2009 (D.I. 1416, Filed 9/1/09).

    1.     Fifth Interim Application of MNAT for the Period May 1, 2009 through May 31, 2009 (D.I. 927, Filed 6/18/09);

    2.     CNO [Re: D.I. 927] (D.I. 1255, Filed 7/31/09);

    3.     Sixth Interim Application of MNAT for the Period June 1, 2009 through June 30, 2009 (D.I. 1291, Filed 8/5/09);

    4.     CNO [Re: D.I. 1291] (D.I. 1388, Filed 8/26/09);

    5.     Seventh Interim Application of MNAT for the Period July 1, 2009 through July 31, 2009 (D.I. 1411, Filed 8/31/09); and

    6.     CNO [Re: D.I. 1411] (D.I. 1538, Filed 9/23/09).

**Palisades Capital Advisors LLC ("Palisades")**

N.     First Quarterly Fee Application Request of Palisades Capital Advisors LLC, Pension Co-Advisor to the Debtors and Debtors-In-Possession for the Period May 8, 2009 through July 31, 2009 (D.I. 1412, Filed 8/31/09).

    1.     First Monthly Application of MNAT for the Period May 8, 2009 through June 30, 2009 (D.I. 1111, Filed 7/17/09);

    2.     CNO [Re: D.I. 1111] (D.I. 1330, Filed 8/17/09);

    3.     Second Monthly Application of MNAT for the Period July 1, 2009 through July 31, 2009 (D.I. 1297, Filed 8/7/09); and

    4.     CNO [Re: D.I. 1297] (D.I. 1415, Filed 9/1/09).

**Richards, Layton & Finger, PA ("Richards Layton")**

O.     Second Interim Fee Application Request of Richards, Layton & Finger, PA as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2009 through July 31, 2009 (D.I. 1454, Filed 9/10/09).

    1.     Fourth Interim Application of Richards Layton for the Period May 1, 2009 through May 31, 2009 (D.I. 1015, Filed 6/30/09);

    2.     CNO [Re: D.I. 1015] (D.I. 1149, Filed 7/22/09);

3. Fifth Interim Application of Richards Layton for the Period June 1, 2009 through June 30, 2009 (D.I. 1254, Filed 7/31/09);

4. CNO [Re: D.I. 1254] (D.I. 1378, Filed 8/25/09);

5. Sixth Interim Application of Richards Layton for the Period July 1, 2009 through July 31, 2009 (D.I. 1399, Filed 8/28/09); and

6. CNO [Re: D.I. 1399] (TBD).

## Shearman & Sterling, LLP

P. Second Quarterly Fee Application of Shearman & Sterling, LLP, as Non-Ordinary Course Professional Special Litigation Counsel to Debtors and Debtors-in-Possession, for the Period May 1, 2009 through July 31, 2009 (D.I. 1442, Filed 9/9/09).

1. Second Interim Application of Shearman & Sterling, LLP for the Period May 1, 2009 through July 31, 2009 (D.I. 1350, Filed 8/19/09); and

2. CNO [Re: D.I. 1350] (D.I. 1465, Filed 9/10/09).

## True Partners Consulting LLC ("True Partners")

Q. First Quarterly Fee Application Request of True Partners Consulting LLC, as Tax Service Provider to Debtors and Debtors-in-Possession, for the Period May 1, 2009 through July 31, 2009 (D.I. 1423, Filed 9/2/09).

1. First Interim Application of True Partners Consulting LLC for the Period May 1, 2009 through July 31, 2009 (D.I. 1422, Filed 9/2/09);

2. Notice of Filing of Corrected Exhibit A to First Interim Application of True Partners Consulting LLC (DI. 1424, Filed 9/3/09); and

3. CNO [Re: D.I. 1422] (D.I. 1549, Filed 9/24/09).