# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                                 : SS.
NEW CASTLE COUNTY  :

       Jamie E. Schairer, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 25th day of September 2009, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Monthly Application of Ashurst LLP, European Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from August 1, 2009 through August 31, 2009 [Docket No. 1554]*

*Seventh Monthly Application of Capstone Advisory Group, LLC, Financial Advisor for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from August 1, 2009 through August 31, 2009 [Docket No. 1555]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1-3439354-1

Dated: September 25, 2009  
Wilmington, Delaware

*/s/ Jamie E. Schairer*  
Jamie E. Schairer, Paralegal  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 28th day of September, 2009

*/s/ Linda M. Anderson*  
Notary Public

LINDA M. ANDERSON  
Notary Public - State of Delaware  
My Comm. Expires June 30, 2010

RLF1-3439354-1

# NORTEL NETWORKS INC.
# CASE NO. 09-10138 (KG)
# SERVICE LIST

## VIA HAND DELIVERY

*(United States Trustee)*
Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

## VIA FIRST CLASS MAIL

*(Debtors)*
Gordon A. Davies
Nortel Networks Inc
195 The West Mall
Toronto, ON M9C 5K1

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

RLF1-3439354-1