IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X      Chapter 11
*In re*                                                      :
                                                     :      Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                           :
                  Debtors.                          :      Jointly Administered
                                                     :
                                                     :      **RE: D.I. 75, 345, 552**
----------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF DEREK C. ABBOTT IN
FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(A) AND 1107(B), FED. R.
BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1
AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS,
NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND
GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS,
*NUNC PRO TUNC* TO THE PETITION DATE**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

      1.     I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"),[2] which maintains an office for the practice of law at 1201 N. Market Street, Suite 1800, Wilmington, Delaware 19899. I am an attorney at law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States District Court for the District of Delaware.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.  I submit this declaration to supplement my declaration dated January 19, 2009 (the "Initial Declaration"), attached as Exhibit A to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, Nunc Pro Tunc to the Petition Date [D.I. 75] (the "Application"), filed on January 19, 2009. By order entered February 4, 2009, the Court approved the Application [D.I. 220].

3.  Morris Nichols currently represents CenturyLink and certain affiliates thereof in matters unrelated to these cases. I am informed that CenturyLink or its affiliates may be creditors or parties-in-interest in these cases.

4.  Morris Nichols currently represents Citibank and certain affiliates thereof in matters unrelated to these cases. I am informed that Citibank or its affiliates may be creditors or parties-in-interest in these cases.

5.  Morris Nichols currently represents Santur Corporation and certain affiliates thereof in matters unrelated to these cases. I am informed that Santur Corporation or its affiliates may be creditors or parties-in-interest in these cases.

6.  Morris Nichols currently represents Lexington Master Limited Partnership and certain affiliates thereof in matters unrelated to these cases. I am informed that Lexington Master Limited Partnership or its affiliates may be creditors or parties-in-interest in these cases.

7.  Morris Nichols currently represents Wind River Systems Inc. and certain affiliates thereof in matters unrelated to these cases. I am informed that Wind River Systems Inc. or its affiliates may be creditors or parties-in-interest in these cases.

8. Morris Nichols currently represents Sony and certain affiliates thereof in matters unrelated to these cases. I am informed that Sony or its affiliates may be creditors or parties-in-interest in these cases.

9. Morris Nichols currently represents Powerwave Technologies and certain affiliates thereof in matters unrelated to these cases. I am informed that Powerwave Technologies or its affiliates may be creditors or parties-in-interest in these cases.

10. Morris Nichols currently represents Royal Bank of Canada and certain affiliates thereof in matters unrelated to these cases. I am informed that Royal Bank of Canada or its affiliates may be creditors or parties-in-interest in these cases.

11. Morris Nichols currently represents Raymond James and certain affiliates thereof in matters unrelated to these cases. I am informed that Raymond James or its affiliates may be creditors or parties-in-interest in these cases.

12. Morris Nichols currently represents Juniper Networks, Inc. and certain affiliates thereof in matters unrelated to these cases. I am informed that Juniper Networks, Inc. or its affiliates may be creditors or parties-in-interest in these cases.

13. Morris Nichols currently represents Time Warner and certain affiliates thereof in matters unrelated to these cases. I am informed that Time Warner or its affiliates may be creditors or parties-in-interest in these cases.

14. Morris Nichols currently represents Lloyds of London and certain affiliates thereof in matters unrelated to these cases. I am informed that Lloyds of London or its affiliates may be creditors or parties-in-interest in these cases.

15. Morris Nichols currently represents Ameriprise and certain affiliates thereof in matters unrelated to these cases. I am informed that Ameriprise or its affiliates may be creditors or parties-in-interest in these cases.

16. Morris Nichols has represented Verint Americas, Inc. and certain affiliates thereof in matters unrelated to these cases. I am informed that Verint Americas, Inc. or its affiliates may be creditors or parties-in-interest in these cases.

17. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of September, 2009

_____
Derek C. Abbott

2853292