Sandra M. Wyatt
17812 Jamestown Way
Apt. #D
Lutz, FL 33558
813-960-0937

September 21, 2009

Nortel Networks
C/O EPIQ Bankrupts Solutions
David D. Byrd - Clerks Office
824 North Market St.
Wilmington, DE 19801

RE:  Retirement Pension Benefits/ Case #09-10138

To Whom It May Concern:

This letter is being sent to you to update my home address and to request any updated information pertaining to my Retirement Pension Benefits. I am a former employee of Nortel Networks (employee #0204520). My previous address should be listed as 138 **Avenue E, Port St. Joe, FL 32456** and my new address is **17812 Jamestown Way Apt #D, Lutz, FL 33558**. Please note that the last correspondence that received pertaining to my Pension Benefits was April 20, 2000.

Please make the necessary changes to update your file with to my new home address and send all required information to my attention at the above referenced address.

Sincerely,

*Sandra M. Wyatt*

Sandra M. Wyatt