**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                             :         Chapter 11
                                                                    :
Nortel Networks Inc., *et al.*,[1]                                  :         Case No. 09-10138 (KG)
                                                                    :
                 Debtors.       :         Jointly Administered
                                                                    :
---------------------------------------------------------------X    **Objection Deadline: October 19. 2009 at 4:00 p.m. (ET)**


**SECOND INTERIM APPLICATION OF TRUE PARTNERS CONSULTING LLC FOR
COMPENSATION FOR SERVICES RENDERED A TAX SERVICE PROVIDER TO
THE DEBTORS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 14, 2009**

| | |
|---|---|
| Name of Applicant: | TRUE PARTNERS CONSULTING LLC |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | April 22, 2009 <u>nunc pro tunc</u> to January 14, 2009 |
| Period for which Compensation and reimbursement is sought: | August 1, 2009 through August 14, 2009 |
| Amount of compensation sought as actual, reasonable and necessary: | $82,093.50 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $0 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

This is an  x  interim   ___ final application

There is no time expended for fee application preparation included in this application.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 9/2/2009 | 05/1/09-07/31/09 | $340,573.50/0.00 | $272,458.80/$0.00 |

## COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 through August 14, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stanley Jozefiak | Managing Director | 400 | 7.00 | $ 2,800.00 |
| Ross Valenza | Managing Director | 375 | 14.00 | 5,250.00 |
| Patrick Philpott | Senior Manager | 325 | 52.00 | 16,900.00 |
| Michael Cholewczynski | Senior Manager | 325 | 3.1 | 1,007.50 |
| Thomas DeCamp | Manager | 290 | 58.00 | 16,820.00 |
| Robert Clarke | Manager | 250 | 26.50 | 6,625.00 |
| Adam Raschke | Senior Consultant | 195 | 69.50 | 13,552.50 |
| Ryan McKenzie | Senior Consultant | 175 | 29.50 | 5,162.50 |
| Ryan Kittner | Senior Consultant | 175 | 44.40 | 7,770.00 |
| Jonathan Feltham | Consultant | 145 | 9.00 | 1,305.00 |
| Dyal Singh | Consultant | 130 | 13.70 | 1,781.00 |
| Kirk Jirak | Consultant | 130 | 24.00 | 3,120.00 |
| **Total** | | | **350.70** | **$82,093.50** |
| **GRAND TOTAL:** | $82,093.50 | | | |
| **BLENDED RATE:** | $234.08 | | | |

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 through August 14, 2009

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| State Tax Model Preparation & Analysis | 166.00 | 40,187.50 |
| E&P Study Preparation & Analysis | 184.70 | 41,906.00 |
| **TOTAL** | | **$82,093.50** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: **Objection Deadline: October 19. 2009 at 4:00 p.m. (ET)**
:
---------------------------------------------------------------X

**SECOND INTERIM APPLICATION OF TRUE PARTNERS CONSULTING LLC FOR COMPENSATION FOR SERVICES RENDERED AS TAX SERVICE PROVIDER TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF**
**AUGUST 1, 2009 THROUGH AUGUST 14, 2009**

        Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), True Partners Consulting LLC ("True Partners") files this Second Interim Application (the "Application") for Allowance of Compensation for Services Rendered as Tax Service Provider to the Debtors-In-Possession for the Period of August 1, 2009 through August 14, 2009 (the "Compensation Period"). By this Application, True Partners seeks an allowance with respect to the sum of $82,093.50 as compensation for tax services performed for the Debtors during the Compensation Period. In support of this Application, True Partners respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Background**

1. On January 14, 2009 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy code.

2. True Partners is employed as an ordinary course professional by the Debtors pursuant to this Court's Order Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date entered on February 5, 2009 (the "OCP Order"). Copies of the OCP Order and the notice of True Partners' ordinary course professional retention are attached as Exhibit A hereto.

3. The OCP Order generally authorizes the Debtors to compensate such ordinary course professionals as True Partners in the ordinary course of business, provided that fee applications are required for any "Tier Two" ordinary course professional with charges greater than $50,000 in a given month or $350,000 in a calendar year.

4. The Debtors have retained True Partners to perform tax services, consisting of (i) preparing an earnings and profits study for the period between 1972 and 2008 and (ii) preparing state corporate income tax scenarios related to the impact of Internal Revenue Service audit adjustments on the Debtors in the various states (collectively, "Tax Services"), pursuant to True Partners' Master Services Agreement with the Debtors (the "MSA").

5. True Partners' fees for these Tax Services are determined based upon

discounted hourly rates pursuant to the MSA negotiated with Debtors. True Partners' fees for such Tax Services are in excess of the $50,000 monthly cap as well as the $350,000 annual cap, and therefore, True Partners has filed this Application to seek approval of such fees.

### Compensation Requested

6.  During the Compensation Period, True Partners performed Tax Services for the Debtors that included the following tasks: (i) validating the taxable income elements of earnings and profits calculations for the years ended December 1972 through December 2008, (ii) preparing and developing the earnings and profits adjustment model to include the impact of the Debtors' consolidated entity group evolution from 1972 to the present, (iii) validating the earnings and profits source documentation for the years ended December 1972 through December 2008 and the year ended December 2008 earnings and profits values, and (iv) validating the Debtors' consolidated entity group earnings and profits for 2009 and modeling prospective earnings and profits.

7.  During the Compensation Period, True Partners performed Tax Services for the Debtors that also included the preparation of a state corporate income tax model for the 2000 through 2007 tax years for each of three discrete scenarios related to the impact of Internal Revenue Service audit adjustments on the Debtors in the every state jurisdiction in the United States that imposes a state corporate income tax. These models effectively replicated the preparation of state corporate income tax returns for the Debtors for 2000 through 2007 tax years to determine the additional tax due in each state for each

tax year.

8.  Such Tax Services involved numerous detailed discussions with tax technical professionals within Nortel, the compilation of substantial documentation and evidence, as well as the comprehensive review of the Debtors' federal corporate income tax filings from 1972 through 2008 and state corporate income tax filings from 2000 through 2008.

9.  True Partners has not yet received payment of any of the fees requested herein.

10. All of the fees for which compensation is requested by True Partners in the Application were incurred for and on behalf of the Debtors at the request of the Debtors.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, True Partners respectfully submits that the amount requested by True Partners is fair and reasonable given (a) the complexity of the matters involved, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value and benefits of such services, and (e) the costs of comparable services other than in a case under this title.

11. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.  To the best of True Partners' knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the office of the United States Trustee, and the order regarding interim compensation in these cases.

12. The attached Exhibit A contains a detailed listing of True Partners'

4

requested fees for the Compensation Period.

WHEREFORE, True Partners respectfully requests that the Court: (a) allow True Partners: (i) interim compensation in the amount of $82,093.50 for actual, reasonable and necessary professional services for Tax Services rendered on behalf of the Debtors during the period August 1, 2009 through August 14, 2009; (b) authorize and direct the Debtors to pay to True Partners the sum of $65,674.80, which is equal to the sum of 80 percent of True Partners' allowed interim compensation for the Tax Services; and (c) grant such other and further relief as this Court may deem just and proper.

Dated: September 29, 2009                    Respectfully submitted,


                                             /s Robert D. Clarke
                                             Robert D. Clarke, Esq.
                                             True Partners Consulting LLC
                                             400 N. Ashley Drive, Suite 1600
                                             Tampa, FL 33602
                                             Tel. 813.434.4005
                                             robert.clarke@tpctax.com