# **EXHIBIT A**

**Nortel Networks, Inc. and Subsidiaries**
State Tax Model
Compensation by Professional - August

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/03/09 | 6.00 | 195.00 | 1,170.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/04/09 | 9.50 | 195.00 | 1,852.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/05/09 | 8.50 | 195.00 | 1,657.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/06/09 | 9.00 | 195.00 | 1,755.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/07/09 | 11.50 | 195.00 | 2,242.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/10/09 | 8.00 | 195.00 | 1,560.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/11/09 | 7.00 | 195.00 | 1,365.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/12/09 | 6.00 | 195.00 | 1,170.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/13/09 | 1.00 | 195.00 | 195.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Adam Raschke | 08/14/09 | 3.00 | 195.00 | 585.00 | State Tax Model Preparation & Analysis |
| | | | 69.50 | | 13,552.50 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 08/06/09 | 6.00 | 145.00 | 870.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Jonathan Feltham | 08/10/09 | 3.00 | 145.00 | 435.00 | State Tax Model Preparation & Analysis |
| | | | 9.00 | | 1,305.00 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 08/06/09 | 3.50 | 130.00 | 455.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Kirk Jirak | 08/10/09 | 2.50 | 130.00 | 325.00 | State Tax Model Preparation & Analysis |
| | | | 6.00 | | 780.00 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 08/03/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 08/04/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 08/05/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 08/06/09 | 8.00 | 325.00 | 2,600.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 08/07/09 | 11.50 | 325.00 | 3,737.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 08/09/09 | 2.00 | 325.00 | 650.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 08/10/09 | 6.00 | 325.00 | 1,950.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Patrick Philpott | 08/11/09 | 0.50 | 325.00 | 162.50 | State Tax Model Preparation & Analysis |
| | | | 52.00 | | 16,900.00 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 08/03/09 | 2.50 | 250.00 | 625.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 08/04/09 | 3.00 | 250.00 | 750.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 08/05/09 | 2.00 | 250.00 | 500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 08/06/09 | 4.00 | 250.00 | 1,000.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 08/07/09 | 10.00 | 250.00 | 2,500.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 08/10/09 | 4.00 | 250.00 | 1,000.00 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Robert Clarke | 08/11/09 | 1.00 | 250.00 | 250.00 | State Tax Model Preparation & Analysis |
| | | | 26.50 | | 6,625.00 | |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 08/03/09 | 0.50 | 375.00 | 187.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 08/10/09 | 0.50 | 375.00 | 187.50 | State Tax Model Preparation & Analysis |
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Ross Valenza | 08/11/09 | 1.50 | 375.00 | 562.50 | State Tax Model Preparation & Analysis |
| | | | 2.50 | | 937.50 | |

9/29/2009
C:\Documents and Settings\RClarke\Desktop\Nortel Fee Application\Exhibit A - State Detail (080109 - 081409).xlsx State (Aug)

Page 1 of 2

**Nortel Networks, Inc. and Subsidiaries**
State Tax Model
Compensation by Professional - August

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc.:NORTEL0142 Nortel - SALT Consulting | Ryan McKenzie | 08/10/09 | 0.50 | 175.00 | 87.50 | State Tax Model Preparation & Analysis |
|  |  |  | 0.50 |  | 87.50 |  |
|  | **Grand Total** |  | 166.00 |  | 40,187.50 |  |

**9/29/2009**
**C:\Documents and Settings\RClarke\Desktop\Nortel Fee Application\Exhibit A - State Detail (080109 - 081409).xlsx State (Aug)**

**Page 2 of 2**

**Nortel Networks, Inc. and Subsidiaries**
Earnings and Profits Study
Compensation by Professional - August

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 08/10/09 | 5.30 | 130.00 | 689.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 08/11/09 | 3.90 | 130.00 | 507.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Dyal Singh | 08/12/09 | 4.50 | 130.00 | 585.00 | E&P Study Preparation & Analysis |
| | | | 13.70 | | 1,781.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 08/10/09 | 6.00 | 130.00 | 780.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 08/11/09 | 4.50 | 130.00 | 585.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 08/12/09 | 4.00 | 130.00 | 520.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Kirk Jirak | 08/14/09 | 3.50 | 130.00 | 455.00 | E&P Study Preparation & Analysis |
| | | | 18.00 | | 2,340.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Michael Cholewczynski | 08/12/09 | 2.30 | 325.00 | 747.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Michael Cholewczynski | 08/13/09 | 0.80 | 325.00 | 260.00 | E&P Study Preparation & Analysis |
| | | | 3.10 | | 1,007.50 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 08/10/09 | 1.00 | 375.00 | 375.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 08/11/09 | 4.00 | 375.00 | 1,500.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 08/12/09 | 2.00 | 375.00 | 750.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 08/13/09 | 4.00 | 375.00 | 1,500.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ross Valenza | 08/14/09 | 0.50 | 375.00 | 187.50 | E&P Study Preparation & Analysis |
| | | | 11.50 | | 4,312.50 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/03/09 | 3.00 | 175.00 | 525.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/04/09 | 5.00 | 175.00 | 875.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/05/09 | 5.00 | 175.00 | 875.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/06/09 | 4.80 | 175.00 | 840.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/07/09 | 3.00 | 175.00 | 525.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/10/09 | 4.80 | 175.00 | 840.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/11/09 | 4.50 | 175.00 | 787.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/12/09 | 4.80 | 175.00 | 840.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/13/09 | 6.00 | 175.00 | 1,050.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan Kittner | 08/14/09 | 3.50 | 175.00 | 612.50 | E&P Study Preparation & Analysis |
| | | | 44.40 | | 7,770.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/06/09 | 0.50 | 175.00 | 87.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/07/09 | 2.00 | 175.00 | 350.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/10/09 | 3.00 | 175.00 | 525.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/10/09 | 1.00 | 175.00 | 175.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/10/09 | 1.50 | 175.00 | 262.50 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/11/09 | 7.00 | 175.00 | 1,225.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/12/09 | 7.00 | 175.00 | 1,225.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/13/09 | 5.00 | 175.00 | 875.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Ryan McKenzie | 08/14/09 | 2.00 | 175.00 | 350.00 | E&P Study Preparation & Analysis |
| | | | 29.00 | | 5,075.00 | |

9/29/2009
C:\Documents and Settings\RClarke\Desktop\Nortel Fee Application\Exhibit A - Federal Detail (080109 - 081409).xlsx Federal (Aug)

Page 1 of 2

**Nortel Networks, Inc. and Subsidiaries**
Earnings and Profits Study
Compensation by Professional - August

| Engagement | Staff Member | Date | Hours | Billing Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Stanley Jozefiak | 08/11/09 | 2.00 | 400.00 | 800.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Stanley Jozefiak | 08/12/09 | 2.00 | 400.00 | 800.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Stanley Jozefiak | 08/13/09 | 3.00 | 400.00 | 1,200.00 | E&P Study Preparation & Analysis |
| | | | 7.00 | | 2,800.00 | |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/03/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/04/09 | 7.00 | 290.00 | 2,030.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/05/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/06/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/07/09 | 5.00 | 290.00 | 1,450.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/10/09 | 4.00 | 290.00 | 1,160.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/10/09 | 4.00 | 290.00 | 1,160.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/11/09 | 7.00 | 290.00 | 2,030.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/12/09 | 6.00 | 290.00 | 1,740.00 | E&P Study Preparation & Analysis |
| Nortel Networks, Inc.:NORTEL0112 Nortel - Federal Consulting | Thomas DeCamp | 08/13/09 | 8.00 | 290.00 | 2,320.00 | E&P Study Preparation & Analysis |
| | | | 58.00 | | 16,820.00 | |
| | **Grand Total** | | 184.70 | | 41,906.00 | |

9/29/2009
C:\Documents and Settings\RClarke\Desktop\Nortel Fee Application\Exhibit A - Federal Detail (080109 - 081409).xlsx Federal (Aug)

Page 2 of 2