IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

In re : Chapter 11

Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)

                  Debtors. : Jointly Administered

: **RE: D.I. 510**

-------------------------------------------------------------X

**SIXTEENTH NOTICE OF REJECTION OF EXECUTORY CONTRACT(S) AND/OR NONRESIDENTIAL REAL PROPERTY LEASE(S) BY DEBTORS AND DEBTORS IN POSSESSION**

**TO:** ALL PARTIES ON THE ATTACHED SERVICE LIST:

      **PLEASE TAKE NOTICE THAT ALL PARTIES RECEIVING THIS OMNIBUS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES IN THE CHART INCLUDED IN THE NOTICE.**

      **PLEASE TAKE NOTICE THAT** on March 20, 2009, the Court entered the *Order Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases and the Abandonment of Certain Assets Related Thereto* (D.I. 510) (the "Order").[2]

      **PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, the Debtors hereby reject the following executory contracts (the "Contracts") and/or nonresidential

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Order.

real property leases (the "Leases")[3] and, where applicable, hereby abandon the following personal property at the nonresidential real estate subject to a Lease being rejected (the "Abandoned Personal Property"):

| Address(es) of Non-Debtor Party to Contract/Lease | Contract/ Lease | Monthly Obligation (if applicable) | Proposed Rejection Date[4] | Remaining Term of Contract or Lease |
|---|---|---|---|---|
| International Business Machines Corporation<br>11 Madison Avenue<br>New York, NY 10010-3643<br>FAX 917-472-3266<br><br>Attention:<br>Stephen W. Hasselmann, Global Business Services<br><br>Copy to:<br>Office of General Counsel & Secretary<br><br>International Business Machines Corporation<br>Bldg. 061/S102A<br>3039 E. Cornwallis Road<br>Research Triangle Park, NC 27709-2195<br>FAX 919-254-2649<br><br>International Business Machines Corporation<br>Office of Regional Counsel<br>1503 Lyndon B. Johnson Freeway<br>Dallas, Texas 75234-6059<br>FAX 972-561-6487 | Master Services Agreement dated March 30, 2007 between Nortel Networks Limited and International Business Machines Corporation with respect to HLR/HSS Application Management Services for Development and Support, including all related Statements of Work and Project Change Requests.[5] | 2009 – $704,713.92<br><br>2010 – $542,326.50<br><br>2011 – $376,601.67<br><br>2012 – $203,037.83 | September 30, 2009 | May 31, 2012 |

---

[3] The Debtors reserve, and do not waive, any and all claims or causes of action or defenses to any claims or causes of action. Additionally, the Debtors reserve and do not waive, the right to amend, supplement or otherwise modify this Notice.

[4] The "Proposed Rejection Date" is the date of intended rejection, which shall be, with respect to an unexpired non-residential real property lease, ten (10) calendar days from the date and time this Rejection Notice is served if no later date is designated and the Debtors do not grant an extension; or, with respect to an executory contract, the date this Rejection Notice is filed and served if no other date is designated.

[5] While Nortel Networks Limited, a Canadian Debtor, entered into the Master Services Agreement with International Business Machines Corporation, certain Statements of Work and\or Project Change Requests may have been initiated or executed by Nortel Networks Inc., or an affiliate thereof, and, thus, the Debtors file this Rejection Notice out of an abundance of caution to make clear that to the extent the Contract is a U.S. contract it is rejected.

**PLEASE TAKE FURTHER NOTICE THAT** objections ("Objections"), if any, to the rejection of a Contract and/or Lease must be filed with the Court and received by the general notice parties and the additional notice parties for the Contract and/or Lease as listed in **Exhibit A** attached hereto no later than ten (10) calendar days following the date of service of this Rejection Notice.

**PLEASE TAKE FURTHER NOTICE THAT** unless a party in interest timely and properly files an Objection to the rejection of any such Contract and/or Lease, the rejection of such Contract and/or Lease shall become effective on the Proposed Rejection Date, without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Order, unless a party in interest timely and properly files an Objection to the abandonment of the Abandoned Personal Property, the Abandoned Personal Property at the property subject to a rejected Lease and listed next to such Lease shall be deemed abandoned, pursuant to Section 554 of the Bankruptcy Code, as is, where is, free and clear of claims, interests and encumbrances, and such Abandoned Personal Property may be retained or disposed of by the landlord without liability owed to the Debtors or third parties, effective on the Proposed Rejection Date without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT** proofs of claim for damages arising from rejection of the rejected Leases and\or Contracts must be filed by the affected party with the Debtors' claims agent, Epiq Bankruptcy Solutions, FDR Station, P.O. Box 5075, New York, New York, 10150-5075, on the later of (i) thirty-five (35) days after the date of this Rejection Notice, (ii) thirty (30) days after entry of an order on this Rejection Notice, and (iii) the general bar date that will be established by for the filing of prepetition general unsecured claims.

Dated: September 29, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek C. Abbott

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*