**EXHIBIT A**

## General Notice Parties for all Objections

(a)  Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(b)  Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(c)  Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002; and

(d)  Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701.

## Additional Notice Parties

(a)  International Business Machines Corporation

11 Madison Avenue
New York, NY 10010-3643
FAX 917-472-3266

Attention: Stephen W. Hasselmann, Global Business Services
Copy to: Office of General Counsel & Secretary

(b)  International Business Machines Corporation
Bldg. 061/S102A
3039 E. Cornwallis Road
Research Triangle Park, NC 27709-2195
FAX 919-254-2649

(c)  International Business Machines Corporation
Office of Regional Counsel
1503 Lyndon B. Johnson Freeway
Dallas, Texas 75234-6059
FAX 972-561-6487