# SERVICE LIST

**VIA HAND DELIVERY**
Office of the United States Trustee
  Attn: Thomas Patrick Tinker
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 10801

**VIA OVERNIGHT MAIL**
Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

International Business Machines Corporation
  Attn: Stephen W. Hasselmann, Global Business Services
11 Madison Avenue
New York, NY  10010-3643

International Business Machines Corporation
  Attn: Office of General Counsel & Secretary
11 Madison Avenue
New York, NY  10010-3643

International Business Machines Corporation
Bldg. 061/S102A
3039 E. Cornwallis Road
Research Triangle Park, NC  27709-2195

International Business Machines Corporation
Office of Regional Counsel
1503 Lyndon B. Johnson Freeway
Dallas, Texas  75234-6059