**EXHIBIT A**

Nortel Networks Inc., *et al.*
Punter Southall LLC

July 1, 2009 Through July 31, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | –July – |
|:---:|:---|:---:|
| 1 | Pension Advisory | 23.0 |
| 2 | Fee Applications | 8.5 |
| **TOTAL** | | **31.5** |

**Summary of Services Rendered by Professional**

| Name | –July – |
|:---:|:---:|
| Richard Jones (Principal – London) | 7.0 |
| Simon Banks (Principal – London) | 5.5 |
| Ryan McGlothlin (Managing Director – Boston) | 13.0 |
| Dan Desmarais (Director – Boston) | 1.5 |
| Jacquie Woodward (Associate Director – London) | 4.5 |
| **TOTAL** | **31.5** |

Punter Southall LLC
Time Detail
July 1, 2009 through July 31, 2009

| Date | Description of Work | Time | Activity | Professional |
|------|---------------------|------|----------|--------------|
| 7/3/2009 | Prepare memo on UK Moral Hazard | 2.0 | 1 | SB |
| 7/3/2009 | Prepare memo on UK Moral Hazard | 3.0 | 1 | JW |
| 7/3/2009 | Prepare memo on UK Moral Hazard | 6.0 | 1 | RJ |
| 7/3/2009 | Review Moral Hazard memo | 1.0 | 1 | RDM |
| 7/4/2009 | Emails with Palisades re: pension risk | 0.5 | 1 | RDM |
| 7/5/2009 | Emails with Palisades re: conference call | 0.5 | 1 | RDM |
| 7/6/2009 | Emails and call with Cleary re: UK | 1.0 | 1 | RDM |
| 7/6/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | RDM |
| 7/6/2009 | Internal Discussions/Emails re: Nortel | 1.0 | 1 | SB |
| 7/6/2009 | Internal Discussions/Emails re: Nortel | 1.0 | 1 | JW |
| 7/6/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | RJ |
| 7/6/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | DD |
| 7/17/2009 | Conference call with PCA/CGSH | 1.0 | 1 | RDM |
| 7/17/2009 | Conference call with PCA/CGSH | 1.0 | 1 | SB |
| 7/17/2009 | Conference call with PCA/CGSH | 1.0 | 1 | DD |
| 7/17/2009 | Prepare email re: call | 0.5 | 1 | SB |
| 7/23/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | SB |
| 7/23/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | JW |
| 7/23/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | RJ |
| 7/31/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | SB |

| | Total Activity 1 | 23.0 | | |
|---|------------------|------|---|---|

| Date | Description of Work | Time | Activity | Professional |
|------|---------------------|------|----------|--------------|
| 7/3/2009 | Collate project time for May-Jue | 2.0 | 2 | RDM |
| 7/3/2009 | Review Monthy and Quarterly Fee Applications | 1.0 | 2 | RDM |
| 7/12/2009 | Prepare draft fee application | 2.0 | 2 | RDM |
| 7/12/2009 | Emails with Palisades re: Fee App | 0.5 | 2 | RDM |
| 7/23/2009 | Emails re: retention application | 1.0 | 2 | RDM |
| 7/29/2009 | Review emails re: monthly fee application procedures | 0.5 | 2 | RDM |
| 7/31/2009 | Complete and submit first monthly fee application | 1.5 | 2 | RDM |

| | Total Activity 2 | 8.5 | | |
|---|------------------|------|---|---|

| | Total Activity 1 & 2 | 31.5 | | |
|---|----------------------|------|---|---|