IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-10138 (KG) |
| NORTEL NETWORKS INC. et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

NOTICE OF APPEARANCE AND
CERTIFICATION OF GOVERNMENT ATTORNEY

TO THE CLERK:

Please enter the appearance of the undersigned attorney, William Bradley Russell, Jr., as counsel for the United States in this matter.

The undersigned attorney, William Bradley Russell Jr., makes this certification of government attorney pursuant to Local Rule 9010-1(e)(i).

1. The undersigned attorney is admitted to the bars of the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Middle District of Florida, and the Supreme Court of the State of Florida.

2. The undersigned attorney is in good standing in all jurisdictions in which he has been admitted.

3. The undersigned attorney will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and the undersigned attorney submits to the jurisdiction of this Court for disciplinary purposes.

//

//

1

4678255.1

DATED: September 29, 2009.

                                      Respectfully submitted,

*/s/ William Bradley Russell Jr.*
WILLIAM BRADLEY RUSSELL JR.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-0854
E-Mail: William.B.Russell@usdoj.gov

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 29th day of September, 2009, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.