**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                             :    Chapter 11
                                                    :
Nortel Networks Inc., *et al.*,[1]                  :    Case No. 09-10138 (KG)
                                                    :
                        Debtors.                    :    Jointly Administered
                                                    :
                                                    :    Hearing Date: December 15, 2009 at 10:00 a.m. (ET)
                                                    :
---------------------------------------------------------------X

**FIRST QUARTERLY FEE APPLICATION REQUEST OF PUNTER SOUTHALL LLC,
PENSION CO-ADVISOR[2] TO THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD MAY 8, 2009 THROUGH JULY 31, 2009**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Punter Southall LLC ("Punter Southall") hereby submits its First Quarterly Fee Application Request (the "Request") for the period May 1, 2009 through and including July 31, 2009[3] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Palisades Capital Advisors LLC ("Palisades") and Punter Southall LLC ("Punter Southall") are Co-Advisors to the Debtors. Pursuant to the Amended Engagement Letter dated May 8, 2009 (the "Engagement Letter"), the total monthly cash fee ("Monthly Advisory Fee") is $200,000 for the first ten months and then $125,000 thereafter. Sixty-five percent of the Monthly Advisory Fee will be payable to Palisades and thirty-five percent to Punter Southall. Palisades and Punter Southall have separate orders authorizing their retention and employment, and each co-advisor will submit separate fee applications.

[3] Exhibits A and B attached to the monthly applications Docket Item Nos. 1227 and 1573 contain detailed listing of Punter Southall's requested fees and expenses for the Application Periods.

"Application Period")

Punter Southall seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 7/29/09 D.I. 1227 | 5/8/09 – 6/30/09 | $124,193.50 | $0 | [8/21/09] D.I. 1359 | $99,354.80 | $0 | $24,838.70 |
| 9/29/09 D.I. 1573 | 7/1/09 – 7/31/09 | $70,000.00 | $0 | Pending | $56,000.00 | $0 | $14,000.00 |
| TOTAL | | $194,193.50 | $0 | | $155,354.80 | $0 | $38,838.70 |

In accordance with the Monthly Compensation Order, Punter Southall seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Punter Southall respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Punter Southall such other and further relief as is just and proper.

Dated: September 29, 2009  
Framingham, MA

PUNTER SOUTHALL LLC

*/s/ Ryan D. McGlothlin*  
Ryan D. McGlothlin  
Managing Director  
Punter Southall LLC  
161 Worcester Rd., Suite 503  
Framingham MA 01701  
(508.424.2576)  
Pension Co-Advisor to the Debtor

## CUMULATIVE SUMMARY OF SERVICES BY PROJECT

| Project | Project Description | May - July |
|---|---|---|
| 1 | Pension Advisory | 111.5 |
| 2 | Engagement/Retention Applications | 44.5 |
| **TOTAL** | | **156.0** |

## CUMULATIVE SUMMARY OF SERVICES BY PROFESSIONAL

| Name | May - July |
|---|---|
| Richard Jones (Principal – London) | 26.0 |
| Simon Banks (Principal – London) | 33.0 |
| Ryan McGlothlin (Managing Director – Boston) | 54.5 |
| Dan Desmarais (Director – Boston) | 5.0 |
| Elizabeth Weston (General Counsel – London) | 15.0 |
| Jacquie Woodward (Associate Director – London) | 22.5 |
| Rachel Morley (Associate – London) | 1.0 |
| **TOTAL** | **156.0** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]