**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **First Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 8, 2009 Through July 31, 2009** was caused to be made on September 29, 2009, in the manner indicated upon the entities identified below:

Date: September 29, 2009        /s Ann C.Cordo
                                Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                    **VIA FIRST CLASS MAIL**

Patrick Tinker, Esq.                     Anna Ventresca
Office of the U.S. Trustee               Nortel Networks, Inc.
844 King Street                          195 The West Mall
Suite 2207, Lockbox 35                   Toronto, On M9C 5K1
Wilmington, DE  19801-3519               (Debtor)
(Trustee)

                                         Fred S. Hodara, Esq.
Mark D. Collins, Esq.                    Ryan C. Jacobs, Esq.
Christopher M. Samis, Esq.               Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger                 One Bryant Park
One Rodney Square                        New York, NY  10036
920 N King St                            (Counsel for Official Committee
Wilmington, DE  19801                    Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

3046171.3