## EXHIBIT A

### Notice Parties

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

(f) Hewlett-Packard Financial Services Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada;

(g) Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Younge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5; and

(h) Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5.

**Additional Notice Parties for Prime Lease - 1500 Concord Terrace Sunrise, FL**

(a)      TMW Weltfonds 1500 Concord Terrace, L.P.
c/o Prudential Real Estate Investors
TMW Property Funds
Two Ravinia Drive
Suite 400
Atlanta, GA 30353-3221

(b)      Prudential Real Estate Investors
8 Campus Drive
4th Floor
Parsippany, NJ 07054-4493
Attn: Jim Marinello, Legal Department

(c)      Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
Attn: Christopher B. Price, Esq.

(d)      Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Attn: Carole Levine

### Additional Notice Parties for Pediatrix Sublease - 1500 Concord Terrace Sunrise, FL

(a)  Pediatrix Medical Group, Inc.
     1301 Concord Terrace
     Sunrise, FL 33323
     Attn: Facilities Department

(b)  Pediatrix Medical Group, Inc.
     1301 Concord Terrace
     Sunrise, FL 33323
     Attn: Law Department

(b)  Charles W. Throckmorton, Esq.
     Kozyak Tropin & Throckmorton, P.A.
     2525 Ponce de Leon Blvd.
     9th Floor
     Coral Gables, FL 33134

A-2

[New York #2113193 v4]