## **EXHIBIT B – 1**

Address of property subject to the Lease:

    1500 Concord Terrace, Sunrise, FL 33323

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[8]

---

[8] The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.