## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Seventeenth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on September 29, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: September 29, 2009

                                                   Andrew R. Remming (No. 5120)

3143731.1