...

## **SERVICE LIST**

**VIA HAND DELIVERY**

Thomas Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 10801,

**VIA OVERNIGHT MAIL**

Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Hewlett-Packard Financial
Services Canada Company
Attn: Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada

Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Younge Street
Suite 600
Toronto, Ontario, Canada

Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5

TMW Weltfonds 1500 Concord
Terrace, L.P.
c/o Prudential Real Estate Investors
TMW Property Funds
Two Ravinia Drive
Suite 400
Atlanta, GA 30353-3221

Prudential Real Estate Investors
Attn: Jim Marinello, Legal Department
8 Campus Drive
4th Floor
Parsippany, NJ 07054-4493

Christopher B. Price, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Carole Levine, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-30

Pediatrix Medical Group, Inc.
1301 Concord Terrace
Sunrise, FL 33323
Attn: Facilities Department

Pediatrix Medical Group, Inc.
1301 Concord Terrace
Sunrise, FL 33323
Attn: Law Department

Charles W. Throckmorton, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, FL 33134

3143042.1