## EXHIBIT A

Nortel Networks Inc., *et al.*
Punter Southall LLC

August 1, 2009 Through August 31, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | August |
|---|---|---|
| 1 | Pension Advisory | 19.5 |
| 2 | Fee Applications | 2.0 |
| **TOTAL** | | **21.5** |

**Summary of Services Rendered by Professional**

| Name | August |
|---|---|
| Richard Jones (Principal – London) | 5.5 |
| Simon Banks (Principal – London) | 6.5 |
| Ryan McGlothlin (Managing Director – Boston) | 4.0 |
| Jacquie Woodward (Associate Director – London) | 4.5 |
| Dianne Tersoni (Associate – Boston) | 1.0 |
| **TOTAL** | **21.5** |

Punter Southall LLC
Time Detail
August 1, 2009 through August 31, 2009

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 8/5/2009 | Emails w/ CGSH re: sale process | 0.5 | 1 | SB |
| 8/19/2009 | Prepare for Nortel call re: UK & Canada | 0.5 | 1 | SB |
| 8/19/2009 | Prepare for Nortel call re: UK & Canada | 0.5 | 1 | JW |
| 8/19/2009 | Prepare for Nortel call re: UK & Canada | 0.5 | 1 | RJ |
| 8/19/2009 | Call w/ CGSH & Ogilvy re: UK Pensions | 1.0 | 1 | SB |
| 8/19/2009 | Call w/ CGSH & Ogilvy re: UK Pensions | 1.0 | 1 | JW |
| 8/19/2009 | Call w/ CGSH & Ogilvy re: UK Pensions | 1.0 | 1 | RJ |
| 8/19/2009 | Post call discussions and follow-up emails | 0.5 | 1 | SB |
| 8/19/2009 | Post call discussions and follow-up emails | 0.5 | 1 | SB |
| 8/19/2009 | Post call discussions and follow-up emails | 0.5 | 1 | SB |
| 8/26/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | RJ |
| 8/26/2009 | Internal Discussions/Emails re: Nortel | 0.5 | 1 | RJ |
| 8/27/2009 | Review & Discuss UK pension guarantees | 1.5 | 1 | RDM |
| 8/27/2009 | Review & Discuss UK pension guarantees | 1.5 | 1 | SB |
| 8/27/2009 | Review & Discuss UK pension guarantees | 1.5 | 1 | RJ |
| 8/27/2009 | Review & Discuss UK pension guarantees | 1.5 | 1 | JW |
| 8/31/2009 | Review & Discuss Ltr from UK Pensions Regulator | 1.5 | 1 | RDM |
| 8/31/2009 | Review & Discuss Ltr from UK Pensions Regulator | 1.5 | 1 | SB |
| 8/31/2009 | Review & Discuss Ltr from UK Pensions Regulator | 1.5 | 1 | RJ |
| 8/31/2009 | Review & Discuss Ltr from UK Pensions Regulator | 1.5 | 1 | JW |
| | Total Activity 1 | 19.5 | | |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 8/3/2009 | Review emails re: quarterly fee application procedures | 0.5 | 2 | RDM |
| 8/26/2009 | Prepare fee invoice | 0.5 | 2 | RDM |
| 8/26/2009 | Prepare fee invoice | 1.0 | 2 | DT |
| | Total Activity 2 | 2.0 | | |
| | Total Activity 1 & 2 | 21.5 | | |