# EXHIBIT C

## DISBURSEMENT SUMMARY
## AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,073.74 |
| Conference Call /Telephone Charges | $18,154.17 |
| Courier Service/Postage | $55.99 |
| Duplicating (@ $0.10 per page) | $217.60 |
| Meals/Committee Meeting Expenses | $8,743.18 |
| Transcript and Deposition Expenses | $2,161.72 |
| Travel Expense – Airfare | $8,621.72 |
| Travel Expenses – Ground Transportation | $3,175.26 |
| Travel Expenses – Incidentals | $424.95 |
| Travel Expenses – Lodging | $213.30 |
| Travel Expenses – Train Fare | $1,769.00 |
| **TOTAL** | **$44,610.63** |

8205984 v1