# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1276051 |
| ATTN: JOHN DOLITTLE | Invoice Date 09/25/09 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/01/09 | Meals (100%)  Late work; Lisa G. Beckerman; Late work; The Frozen Monkey | $50.00 |
| 04/20/09 | Meals (100%)  Late work; Lisa G. Beckerman; Late work; Carmine's | $50.00 |
| 04/30/09 | Meals - Business  4/24/09 - A. Ellis - Working Lunch meeting (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800026; DATE: 4/30/2009 | $94.29 |
| 04/30/09 | Meals - Business  4/27/09 - N. Kunen - Working Lunch meeting (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800026; DATE: 4/30/2009 | $96.45 |
| 04/30/09 | Meals - Business  4/27/09 - A. Ellis VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800026; DATE: 4/30/2009 | $20.59 |
| 04/30/09 | Meals - Business  4/29/09 - S. Thibodeaux – Working professionals meeting meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800026; DATE: 4/30/2009 | $146.31 |
| 04/30/09 | Meals - Business  4/29/09 - P. Sanchez - Working team meeting lunch (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800026; DATE: 4/30/2009 | $157.79 |
| 04/30/09 | Meals - Business  4/30/09 - P. Sanchez - | $305.62 |

|  |  |  |
|---|---|---|
|  | Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800026; DATE: 4/30/2009 |  |
| 04/30/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 06/05/09 | Meals - Business  5/29/09 - P. Sanchez - Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800031; DATE: 6/5/2009 | $194.97 |
| 06/05/09 | Meals - Business  6/1/09 - S. Garris - Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800031; DATE: 6/5/2009 | $132.65 |
| 06/05/09 | Meals - Business  6/3/09 - P. Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800031; DATE: 6/5/2009 | $51.59 |
| 06/05/09 | Meals - Business  6/4/09 - P. Sanchez - Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800031; DATE: 6/5/2009 | $259.56 |
| 06/05/09 | Meals - Business  6/4/09 - P. Sanchez - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800031; DATE: 6/5/2009 | $64.48 |
| 06/15/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Taxi Receipt | $11.40 |
| 06/16/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 365450 DATE: 7/3/2009 Vendor: Prime Time Voucher #: 41993 Date: 06/16/2009 Name: Austin Lilling‖Car Service, Vendor: Prime Time Voucher #: 41993 Date: 06/16/2009 Name: Austin Lilling | $83.09 |
| 06/17/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Taxi Receipt | $11.73 |
| 06/22/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 531334 DATE: 6/28/2009 Sturm Joshua - Abigaels on Broadway - 06/22/2009 | $29.78 |
| 06/22/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 531334 DATE: 6/28/2009 Jacobs Ryan - Pita Grill of Hell's Kitchen - 06/22/2009 | $19.01 |
| 06/23/09 | Meals (100%)  VENDOR: | $29.78 |

|          |                                                                                                                                                                                                                                                       |          |
|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 531334 DATE: 6/28/2009 Sturm Joshua - Abigaels on Broadway - 06/23/2009                                                                                                                                    |          |
| 06/23/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Taxi Receipt                                                                                                                                                                  | $12.19   |
| 06/24/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 531334 DATE: 6/28/2009 Sturm Joshua - Abigaels on Broadway - 06/24/2009                                                                                                              | $30.33   |
| 06/25/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 531334 DATE: 6/28/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 06/25/2009                                                                                                     | $32.95   |
| 06/25/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1085725 DATE: 7/8/2009  Vendor: Dial Car Voucher #: DLA2974162 Date: 06/25/2009 Name: Ken Davis\|Car Service, Vendor: Dial Car Voucher #: DLA2974162 Date: 06/25/2009 Name: Ken Davis     | $110.44  |
| 06/25/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Taxi Receipt                                                                                                                                                                  | $10.81   |
| 06/26/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1085879 DATE: 7/15/2009  Vendor: Dial Car Voucher #: DLRVZ373D1D8 Date: 06/26/2009 Name: David Botter\|Car Service, Vendor: Dial Car Voucher #: DLRVZ373D1D8 Date: 06/26/2009 Name: David Botter | $47.80   |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 0500873001 DEPARTURE DATE: 06/29/2009 ROUTE: WIL NYP                                                                            | $20.00   |
| 06/29/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 0500883483 DEPARTURE DATE: 06/29/2009 ROUTE: WIL NYP                                                                               | $5.00    |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 03EBFB DEPARTURE DATE: 06/29/2009 ROUTE: WIL MIN                                                                               | $134.00  |

| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 03EBFB DEPARTURE DATE: 06/29/2009 ROUTE: WIL NYP | $104.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0500866288 DEPARTURE DATE: 06/29/2009 ROUTE: WIL NYP | $37.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0500869556 DEPARTURE DATE: 06/29/2009 ROUTE: WIL NYP | $37.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0500873008 DEPARTURE DATE: 06/29/2009 ROUTE: WIL MIN | $37.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 03EBFB DEPARTURE DATE: 06/29/2009 ROUTE: TON EWY | $-89.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 03EBFB DEPARTURE DATE: 06/29/2009 ROUTE: TON EWY | $-104.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: STURM JOSHUA TICKET #: 06BBFE DEPARTURE DATE: 06/29/2009 ROUTE: NYP WIL NYP | $134.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: STURM JOSHUA TICKET #: 0500859603 DEPARTURE DATE: 06/29/2009 ROUTE: NYP WIL NYP | $37.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: STURM JOSHUA TICKET #: 0500867912 DEPARTURE DATE: 06/29/2009 ROUTE: NYP WIL | $37.00 |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09- | $37.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1276051

| | | |
|---|---|---|
| | 53062500000206 DATE: 7/30/2009 PASSENGER: STURM JOSHUA TICKET #: 0500873005 DEPARTURE DATE: 06/29/2009 ROUTE: NYP WIL NYP | |
| 06/29/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: STURM JOSHUA TICKET #: 06BBFE DEPARTURE DATE: 06/29/2009 ROUTE: NYP WIL NYP | $-134.00 |
| 06/30/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 536464 DATE: 7/5/2009 Sturm Joshua - Cafe K - 06/30/2009 | $29.16 |
| 07/01/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 536464 DATE: 7/5/2009 Sturm Joshua - Abigaels on Broadway - 07/01/2009 | $30.33 |
| 07/01/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 536464 DATE: 7/5/2009 Kahn Brad - Haru On Broadway Min 12% Tip) - 07/01/2009 | $39.50 |
| 07/01/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 536464 DATE: 7/5/2009 D'Urso David - Blue Chili Restaurant - 07/01/2009 | $35.29 |
| 07/01/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Taxi Receipt | $14.20 |
| 07/02/09 | Meals (100%)  6/26/09 - A. Ellis VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800035; DATE: 7/2/2009 | $51.37 |
| 07/02/09 | Meals (100%)  6/30/09 - S. Thibodeaux - Working team meeting meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800035; DATE: 7/2/2009 | $114.44 |
| 07/02/09 | Meals (100%)  7/1/09 - S. Thibodeaux - Working professionals' call meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800035; DATE: 7/2/2009 | $143.06 |
| 07/02/09 | Meals (100%)  7/2/09 - S. Thibodeaux - Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800035; DATE: 7/2/2009 | $521.83 |

| | | |
|---|---|---|
| 07/06/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 538644 DATE: 7/12/2009 Jacobs Ryan - Pita Grill of Hell's Kitchen - 07/06/2009 | $33.62 |
| 07/06/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645400 DATE: 7/17/2009 Vendor: Executive Royal Voucher #: RVHD73D1A8 Date: 07/06/2009 Name: Stephen Kuhn‖Car Service, Vendor: Executive Royal Voucher #: RVHD73D1A8 Date: 07/06/2009 Name: Stephen Kuhn | $33.45 |
| 07/07/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 538644 DATE: 7/12/2009 Sturm Joshua - Abigaels on Broadway - 07/07/2009 | $34.74 |
| 07/07/09 | Travel - Ground Transportation Working late. Taxi from office to home.; Taxi Receipt | $10.20 |
| 07/07/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JUL09- 53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 7688094325 DEPARTURE DATE: 07/09/2009 ROUTE: LGA YYZ | $693.38 |
| 07/07/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JUL09- 53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 0501056978 DEPARTURE DATE: 07/07/2009 ROUTE: LGA YYZ | $37.00 |
| 07/08/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JUL09- 53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 7689376957 DEPARTURE DATE: 07/09/2009 ROUTE: YYZ LGA | $1,126.68 |
| 07/08/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JUL09- 53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 0501098889 DEPARTURE DATE: 07/08/2009 ROUTE: YYZ LGA | $37.00 |
| 07/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 538644 DATE: 7/12/2009 Jacobs Ryan - Chopt 51st & 6th) - 07/09/2009 | $18.53 |
| 07/09/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645400 | $58.83 |

| | | |
|---|---|---|
| | DATE: 7/17/2009 Vendor: Executive Royal Voucher #: 164908 Date: 07/09/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 164908 Date: 07/09/2009 Name: Fred Hodara | |
| 07/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 7689377311 DEPARTURE DATE: 07/14/2009 ROUTE: LGA YYZ EWR | $940.06 |
| 07/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 0501129206 DEPARTURE DATE: 07/09/2009 ROUTE: LGA YYZ EWR | $37.00 |
| 07/10/09 | Meals (100%)  7/8/09   R Nochimson VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800037; DATE: 7/10/2009 | $34.25 |
| 07/10/09 | Meals (100%)  7/8/09   J Sturm - Working professionals meeting meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800037; DATE: 7/10/2009 | $143.06 |
| 07/10/09 | Meals (100%)  7/8/09   R Jacobs - Working professionals meeting meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800037; DATE: 7/10/2009 | $162.73 |
| 07/13/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 543000 DATE: 7/19/2009 Mott Patrick - Texas Rotisserie & Grill DT) - 07/13/2009 | $11.38 |
| 07/13/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645400 DATE: 7/17/2009 Vendor: Executive Royal Voucher #: 979780 Date: 07/13/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 979780 Date: 07/13/2009 Name: Stephen Kuhn | $120.98 |
| 07/13/09 | Travel - Ground Transportation  Working late. Taxi from office to home.; Taxi Receipt | $11.73 |
| 07/14/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 543000 DATE: 7/19/2009 | $41.07 |

|          |                                                                                                                                                                                                                                                                                          |            |
| -------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------- |
|          | Jacobs Ryan - Junior`s Broadway) - 07/14/2009                                                                                                                                                                                                                                            |            |
| 07/14/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 543000 DATE: 7/19/2009 Sturm Joshua - Abigaels on Broadway - 07/14/2009                                                                                                                                                 | $34.74     |
| 07/14/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645625 DATE: 7/24/2009  Vendor: Executive Royal Voucher #: RVK573E189 Date: 07/14/2009 Name: David Botter‖Car Service, Vendor: Executive Royal Voucher #: RVK573E189 Date: 07/14/2009 Name: David Botter     | $59.39     |
| 07/14/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645625 DATE: 7/24/2009  Vendor: Executive Royal Voucher #: RV0573E1F8 Date: 07/14/2009 Name: Kevin Rowe‖Car Service, Vendor: Executive Royal Voucher #: RV0573E1F8 Date: 07/14/2009 Name: Kevin Rowe         | $59.39     |
| 07/14/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645625 DATE: 7/24/2009  Vendor: Executive Royal Voucher #: 60461 Date: 07/14/2009 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 60461 Date: 07/14/2009 Name: Fred Hodara                 | $59.39     |
| 07/15/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 543000 DATE: 7/19/2009 Kahn Brad - Chopsticks House - 07/15/2009                                                                                                                                                        | $25.28     |
| 07/15/09 | Travel - Ground Transportation Medallion                                                                                                                                                                                                                                                  | $14.60     |
| 07/15/09 | Meals - Business  F. Hodara, others; BXL Cafe                                                                                                                                                                                                                                             | $46.01     |
| 07/15/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645625 DATE: 7/24/2009  Vendor: Executive Royal Voucher #: 79836 Date: 07/15/2009 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 79836 Date: 07/15/2009 Name: Brad Kahn                     | $26.83     |
| 07/15/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-                                                                                                                                                                                                                                    | $2,231.90  |

|  |  |  |
|---|---|---|
|  | 53062500000206 DATE: 7/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7690662957 DEPARTURE DATE: 07/22/2009 ROUTE: YYZ LGA YYZ |  |
| 07/15/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0501279482 DEPARTURE DATE: 07/15/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 07/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KAHN BRAD M TICKET #: 025079 DEPARTURE DATE: 07/17/2009 ROUTE: NYP WIL NYP | $223.00 |
| 07/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KAHN BRAD M TICKET #: 0501285449 DEPARTURE DATE: 07/15/2009 ROUTE: NYP WIL NYP | $37.00 |
| 07/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KAHN BRAD M TICKET #: 025079 DEPARTURE DATE: 07/17/2009 ROUTE: NYP WIL NYP | $-15.00 |
| 07/16/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 543000 DATE: 7/19/2009 Kahn Brad - Aceluck - 07/16/2009 | $27.86 |
| 07/16/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Carmel Car Service | $20.00 |
| 07/16/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645625 DATE: 7/24/2009  Vendor: Executive Royal Voucher #: 156730 Date: 07/16/2009 Name: Stephen Kuhn||Car Service, Vendor: Executive Royal Voucher #: 156730 Date: 07/16/2009 Name: Stephen Kuhn | $119.54 |
| 07/16/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1086396 DATE: 7/29/2009  Vendor: Dial Car Voucher #: DLA2973339 Date: 07/16/2009 Name: Ken Davis||Car Service, Vendor: Dial Car Voucher #: DLA2973339 Date: 07/16/2009 Name: Ken Davis | $118.44 |

| | | |
|---|---|---|
| 07/16/09 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 645840<br>DATE: 7/31/2009<br>Vendor: Executive Royal Voucher #:<br>121228 Date: 07/16/2009 Name: Brad<br>Kahn‖Car Service, Vendor: Executive<br>Royal Voucher #: 121228 Date:<br>07/16/2009 Name: Brad Kahn | $26.83 |
| 07/16/09 | Meals (100%) Riana Cohen; late dinner;<br>Howard Grand | $12.36 |
| 07/16/09 | Meals (100%) 7/10/09  A Ellis<br>VENDOR: RESTAURANT<br>ASSOCIATES; INVOICE#:<br>2033800038; DATE: 7/16/2009 | $196.16 |
| 07/16/09 | Meals (100%) 7/14/09  N Kunen - All<br>hands case meeting breakfast and lunch<br>(25 people)<br>VENDOR: RESTAURANT<br>ASSOCIATES; INVOICE#:<br>2033800038; DATE: 7/16/2009 | $1,099.74 |
| 07/16/09 | Meals (100%) 7/15/09  S Thibodeaux -<br>Professionals working meal (12 people)<br>VENDOR: RESTAURANT<br>ASSOCIATES; INVOICE#:<br>2033800038; DATE: 7/16/2009 | $204.18 |
| 07/16/09 | Meals (100%) 7/16/09  P Sanchez -<br>Working committee call meal (15 people)<br>VENDOR: RESTAURANT<br>ASSOCIATES; INVOICE#:<br>2033800038; DATE: 7/16/2009 | $376.01 |
| 07/17/09 | Meals (100%)  VENDOR:<br>SEAMLESSWEB PROFESSIONAL<br>SOLUTIONS INVOICE#: 543000<br>DATE: 7/19/2009<br>D'Urso David - Chopt 51st & 6th) -<br>07/17/2009 | $10.89 |
| 07/17/09 | Meals - Business  B. Kahn, F. Hodara;<br>Hotel Dupont Green Room | $38.00 |
| 07/17/09 | Travel - Ground Transportation  Apple<br>Car | $10.00 |
| 07/17/09 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#:<br>1086396 DATE: 7/29/2009<br>Vendor: Dial Car Voucher #:<br>DLA2902129 Date: 07/17/2009 Name:<br>Ken Davis‖Car Service, Vendor: Dial Car<br>Voucher #: DLA2902129 Date:<br>07/17/2009 Name: Ken Davis | $123.96 |
| 07/17/09 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 645840<br>DATE: 7/31/2009<br>Vendor: Executive Royal Voucher #:<br>RVR873E119 Date: 07/17/2009 Name:<br>Stephen Kuhn‖Car Service, Vendor:<br>Executive Royal Voucher #:<br>RVR873E119 Date: 07/17/2009 Name: | $130.98 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1276051

| | | |
|---|---|---|
| | Stephen Kuhn | |
| 07/17/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 7687064435 DEPARTURE DATE: 07/16/2009 ROUTE: NYP/WIL/NYP | $223.00 |
| 07/17/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 0501284670 DEPARTURE DATE: 07/16/2009 ROUTE: NYP/WIL/NYP | $45.00 |
| 07/19/09 | Travel - Ground Transportation  Travel to office to review Equinox sale docs on Sunday.; Taxi Receipt | $27.60 |
| 07/20/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009  Vendor: Executive Royal Voucher #: 165073 Date: 07/20/2009 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 165073 Date: 07/20/2009 Name: Brad Kahn | $26.83 |
| 07/21/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 545076 DATE: 7/26/2009  Feuerstein Tony - Subway 8th Ave) - 07/21/2009 | $11.93 |
| 07/21/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 366114 DATE: 7/24/2009  Vendor: Prime Time Voucher #: 44716 Date: 07/21/2009 Name: Austin Lilling‖Car Service, Vendor: Prime Time Voucher #: 44716 Date: 07/21/2009 Name: Austin Lilling | $84.11 |
| 07/21/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1086396 DATE: 7/29/2009  Vendor: Dial Car Voucher #: DLA2972199 Date: 07/21/2009 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA2972199 Date: 07/21/2009 Name: David Botter | $124.51 |
| 07/21/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009  Vendor: Executive Royal Voucher #: 149379 Date: 07/21/2009 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 149379 Date: | $28.26 |

|  |  |  |
|---|---|---|
|  | 07/21/2009 Name: Brad Kahn |  |
| 07/21/09 | Meals - Business  R. Jacobs; Famous Famiglia | $5.30 |
| 07/21/09 | Travel - Ground Transportation  NYC Taxi | $35.07 |
| 07/22/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 545076 DATE: 7/26/2009 Sturm Joshua - Abigaels on Broadway - 07/22/2009 | $34.17 |
| 07/22/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 545076 DATE: 7/26/2009 Kahn Brad - Szechuan Gourmet - 07/22/2009 | $24.99 |
| 07/22/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 942510 Date: 07/22/2009 Name: David D'Urso\|\|Car Service, Vendor: Executive Royal Voucher #: 942510 Date: 07/22/2009 Name: David D'Urso | $149.78 |
| 07/22/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 128444 Date: 07/22/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 128444 Date: 07/22/2009 Name: Brad Kahn | $26.83 |
| 07/22/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 919324 Date: 07/22/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 919324 Date: 07/22/2009 Name: Stephen Kuhn | $119.54 |
| 07/22/09 | Meals - Business  R.Jacobs; Mr Sub | $8.58 |
| 07/23/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 545076 DATE: 7/26/2009 D'Urso David - Chopt 51st & 6th) - 07/23/2009 | $13.38 |
| 07/23/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 149875 Date: 07/23/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive | $122.85 |

| | | |
|---|---|---|
| 07/23/09 | Royal Voucher #: 149875 Date: 07/23/2009 Name: Stephen Kuhn Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: RVME73E1B8 Date: 07/23/2009 Name: Stephen Kuhn||Car Service, Vendor: Executive Royal Voucher #: RVME73E1B8 Date: 07/23/2009 Name: Stephen Kuhn | $124.09 |
| 07/23/09 | Meals - Business  R. Jacobs; Szechuan Szechuan | $18.31 |
| 07/23/09 | Meals (100%)  7/20/09   N Kunen - Professional meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800039; DATE: 7/23/2009 | $63.40 |
| 07/23/09 | Meals (100%)  7/22/09   S Thibodeaux - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800039; DATE: 7/23/2009 | $143.06 |
| 07/23/09 | Meals (100%)  7/23/09   P Sanchez - Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800039; DATE: 7/23/2009 | $324.58 |
| 07/23/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Taxi Receipt | $9.43 |
| 07/24/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E309 DATE: 7/25/2009 TRACKING #: 1Z02E52EPG49882649; PICKUP DATE: 07/24/2009; SENDER: B. KAHN/E.L.; RECEIVER: FRED HODARA - FRED HODARA; | $22.22 |
| 07/24/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E319 DATE: 8/1/2009 TRACKING #: 1Z02E52EPG49882649; PICKUP DATE: 07/24/2009; SENDER: B. KAHN/E.L.; RECEIVER: FRED HODARA - FRED HODARA; | $2.46 |
| 07/24/09 | Transcripts  Of Joseph Flanagan Deposition - In Re: Bankruptcy of Nortel Networks Inc et al VENDOR: REPORTERS CENTRAL; INVOICE#: 27531; DATE: 7/24/2009 | $1,285.54 |
| 07/24/09 | Travel - Ground Transportation Medallion | $9.10 |
| 07/24/09 | Travel - Ground Transportation | $47.03 |

|  |  |  |
|---|---|---|
|  | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 166353 Date: 07/24/2009 Name: Brad Kahn||Car Service, Vendor: Executive Royal Voucher #: 166353 Date: 07/24/2009 Name: Brad Kahn |  |
| 07/24/09 | Travel - Ground Transportation | $99.81 |
|  | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 107136 Date: 07/24/2009 Name: Fred Hodara||Car Service, Vendor: Executive Royal Voucher #: 107136 Date: 07/24/2009 Name: Fred Hodara |  |
| 07/24/09 | Travel - Ground Transportation | $143.71 |
|  | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 970209 Date: 07/24/2009 Name: David D'Urso||Car Service, Vendor: Executive Royal Voucher #: 970209 Date: 07/24/2009 Name: David D'Urso |  |
| 07/24/09 | Travel - Ground Transportation | $45.70 |
|  | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 162743 Date: 07/24/2009 Name: Tony Feuerstein||Car Service, Vendor: Executive Royal Voucher #: 162743 Date: 07/24/2009 Name: Tony Feuerstein |  |
| 07/24/09 | Travel - Ground Transportation  Taxi from office to home; Taxi receipt | $8.12 |
| 07/26/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645840 DATE: 7/31/2009 Vendor: Executive Royal Voucher #: 105055 Date: 07/26/2009 Name: Stephen Kuhn||Car Service, Vendor: Executive Royal Voucher #: 105055 Date: 07/26/2009 Name: Stephen Kuhn | $137.20 |
| 07/27/09 | Deposition  VENDOR: ELLEN GRAUER COURT REPORTING; INVOICE#: 20092351EU; DATE: 7/27/2009 | $876.18 |
| 07/27/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 550834 DATE: 8/2/2009 D'Urso David - Chopt 51st & 6th) - 07/27/2009 | $12.86 |
| 07/27/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09- | $253.00 |

|  |  |  |
|---|---|---|
|  | 53062500000206 DATE: 7/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 7681535286 DEPARTURE DATE: 07/28/2009 ROUTE: NYP WIL NYP |  |
| 07/27/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0501251734 DEPARTURE DATE: 07/27/2009 ROUTE: NYP WIL NYP | $37.00 |
| 07/27/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 7681535285 DEPARTURE DATE: 07/28/2009 ROUTE: NYP WIL NYP | $238.00 |
| 07/27/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 0501251733 DEPARTURE DATE: 07/27/2009 ROUTE: NYP WIL NYP | $37.00 |
| 07/27/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 7681535283 DEPARTURE DATE: 07/28/2009 ROUTE: NYP WIL | $89.00 |
| 07/27/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0501251731 DEPARTURE DATE: 07/27/2009 ROUTE: NYP WIL | $37.00 |
| 07/28/09 | Travel - Ground Transportation  Taxi to court; Family Taxi | $10.00 |
| 07/28/09 | Meals - Business  F. Hodraa, S. Kuhn, K. Davis; Hotel Dupont - Green Room | $67.00 |
| 07/28/09 | Meals - Business  F. Hodara; Primo Cappuccino | $11.35 |
| 07/28/09 | Meals - Business  R. Jacobs; Subway | $12.29 |
| 07/28/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0501597392 DEPARTURE DATE: 07/28/2009 ROUTE: NYP WIL NYP | $20.00 |
| 07/28/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: DURSO DAVID TICKET #: 7693069952 DEPARTURE DATE: 07/29/2009 ROUTE: LGA YYZ LGA | $1,546.55 |

| 07/28/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: DURSO DAVID TICKET #: 0501605452 DEPARTURE DATE: 07/28/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 07/28/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 7693069960 DEPARTURE DATE: 07/29/2009 ROUTE: LGA YYZ LGA | $1,856.15 |
| 07/28/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 0501605461 DEPARTURE DATE: 07/28/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 07/28/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: HODARA FRED TICKET #: 0501597394 DEPARTURE DATE: 07/28/2009 ROUTE: NYP WIL NYP | $20.00 |
| 07/28/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0F1046 DEPARTURE DATE: 07/28/2009 ROUTE: WIL NYP | $149.00 |
| 07/28/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0F1046 DEPARTURE DATE: 07/28/2009 ROUTE: WIL NYP | $134.00 |
| 07/28/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0501597383 DEPARTURE DATE: 07/28/2009 ROUTE: WIL NYP | $37.00 |
| 07/28/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0501600533 DEPARTURE DATE: 07/28/2009 ROUTE: WIL NYP | $37.00 |
| 07/28/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL09-53062500000206 DATE: 7/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0F1046 DEPARTURE DATE: 07/28/2009 ROUTE: WIL NYP | $-134.00 |
| 07/29/09 | Travel - Ground Transportation | $56.07 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1276051

|  |  |  |
|---|---|---|
|  | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 646199 DATE: 8/7/2009 Vendor: Executive Royal Voucher #: RVU373F1D8 Date: 07/29/2009 Name: Tony Feuerstein\|\|Car Service, Vendor: Executive Royal Voucher #: RVU373F1D8 Date: 07/29/2009 Name: Tony Feuerstein |  |
| 07/29/09 | Meals - Business  R. Jacobs; Mr. Sub | $8.58 |
| 07/30/09 | Meals (100%) 7/24/09  S Thibodeaux - Working committee call meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800040; DATE: 7/30/2009 | $143.06 |
| 07/30/09 | Meals (100%) 7/29/09  J Sturm - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800040; DATE: 7/30/2009 | $142.40 |
| 07/30/09 | Meals (100%) 7/30/09  P Sanchez - Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800040; DATE: 7/30/2009 | $281.23 |
| 08/03/09 | Duplication - In House  Photocopy - Kuhn, Stephen, NY, 720 page(s) | $72.00 |
| 08/03/09 | Duplication - In House  Photocopy - Kuhn, Stephen, NY, 1036 page(s) | $103.60 |
| 08/03/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/3/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $79.46 |
| 08/05/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/5/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $34.56 |
| 08/05/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 553776 DATE: 8/9/2009 Kahn Brad - Aceluck - 08/05/2009 | $21.97 |
| 08/05/09 | Travel - Ground Transportation  NYC Taxi | $12.70 |
| 08/05/09 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 08001-54901-09; DATE: 8/5/2009 | $18,154.17 |
| 08/06/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E329 DATE: 8/8/2009 TRACKING #: 1Z02E52E6651349207; PICKUP DATE: 08/06/2009; SENDER: RYAN JACOBS/E.L.; RECEIVER: MICHAEL WUNDER - FRASER MILNER CASGRAIN LLP; | $31.31 |

| | | |
|---|---|---|
| 08/06/09 | Meals (100%)  8/3/09  A Ellis - Team meeting working meal (6 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800042; DATE: 8/6/2009 | $74.80 |
| 08/06/09 | Meals (100%)  8/5/09  A Gomez - Professionals meeting working meal (10 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800042; DATE: 8/6/2009 | $139.36 |
| 08/06/09 | Meals (100%)  8/5/09  P Sanchez - Team meeting working meal (6 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800042; DATE: 8/6/2009 | $77.95 |
| 08/06/09 | Meals (100%)  8/6/09  A Gomez<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800042; DATE: 8/6/2009 | $34.40 |
| 08/06/09 | Meals (100%)  8/6/09  P Sanchez - Working committee call meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800042; DATE: 8/6/2009 | $376.16 |
| 08/06/09 | Meals (100%)  8/6/09  C Franklin<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800042; DATE: 8/6/2009 | $23.14 |
| 08/10/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 556062 DATE: 8/16/2009<br>Kahn Brad - Pita Grill of Hell's Kitchen - 08/10/2009 | $26.67 |
| 08/10/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 556062 DATE: 8/16/2009<br>Jacobs Ryan - Pita Grill of Hell's Kitchen - 08/10/2009 | $26.67 |
| 08/10/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 646606 DATE: 8/21/2009<br> Vendor: Executive Royal Voucher #: 170662 Date: 08/10/2009 Name: Brad Kahn||Car Service, Vendor: Executive Royal Voucher #: 170662 Date: 08/10/2009 Name: Brad Kahn | $26.93 |
| 08/11/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 556062 DATE: 8/16/2009<br>Jacobs Ryan - Havana Central Time Square) - 08/11/2009 | $38.08 |
| 08/12/09 | Computerized Legal Research - Westlaw User: DONOHUE,RYAN Date: | $36.90 |

|          |                                                                                                                                                                                                                                                                 |          |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | 8/12/2009 AcctNumber: 1000193694 ConnectTime: 0.0                                                                                                                                                                                                              |          |
| 08/12/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 556062 DATE: 8/16/2009 Jacobs Ryan - Brooklyn Diner - 08/12/2009                                                                                                                             | $48.12   |
| 08/13/09 | Computerized Legal Research - Westlaw User: DONOHUE,RYAN Date: 8/13/2009 AcctNumber: 1000193694 ConnectTime: 0.0                                                                                                                                               | $578.30  |
| 08/13/09 | Meals (100%)  8/11/09   P Sanchez - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800043; DATE: 8/13/2009                                                                                                         | $217.31  |
| 08/13/09 | Meals (100%)  8/12/09   B Kahn - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800043; DATE: 8/13/2009                                                                                                            | $139.80  |
| 08/13/09 | Meals (100%)  8/13/09   P Sanchez - Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800043; DATE: 8/13/2009                                                                                                                | $249.87  |
| 08/14/09 | Computerized Legal Research - Westlaw User: DONOHUE,RYAN Date: 8/14/2009 AcctNumber: 1000193694 ConnectTime: 0.0                                                                                                                                               | $223.56  |
| 08/14/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 646606 DATE: 8/21/2009 Vendor: Executive Royal Voucher #: RVS483N1C8 Date: 08/14/2009 Name: Ryan Jacobs||Car Service, Vendor: Executive Royal Voucher #: RVS483N1C8 Date: 08/14/2009 Name: Ryan Jacobs | $70.72   |
| 08/17/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 558486 DATE: 8/23/2009 Sturm Joshua - Abigaels on Broadway - 08/17/2009                                                                                                                      | $30.46   |
| 08/18/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 646813 DATE: 8/28/2009 Vendor: Executive Royal Voucher #: 159632 Date: 08/18/2009 Name: Brad Kahn||Car Service, Vendor: Executive Royal Voucher #: 159632 Date: 08/18/2009 Name: Brad Kahn | $26.93   |

| 08/18/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 646813 DATE: 8/28/2009 Vendor: Executive Royal Voucher #: 173077 Date: 08/18/2009 Name: Fred Hodara||Car Service, Vendor: Executive Royal Voucher #: 173077 Date: 08/18/2009 Name: Fred Hodara | $33.58 |
| 08/19/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1087978 DATE: 8/26/2009 Vendor: Dial Car Voucher #: DLA2910489 Date: 08/19/2009 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA2910489 Date: 08/19/2009 Name: David Botter | $140.57 |
| 08/19/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 646813 DATE: 8/28/2009 Vendor: Executive Royal Voucher #: 157261 Date: 08/19/2009 Name: Peter Sprofera||Car Service, Vendor: Executive Royal Voucher #: 157261 Date: 08/19/2009 Name: Peter Sprofera | $28.03 |
| 08/20/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 558486 DATE: 8/23/2009 D'Urso David - Chopt 51st & 6th) - 08/20/2009 | $13.44 |
| 08/20/09 | Meals (100%)  8/19/09 - S. Thibodeaux - Professionals meeting working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800044; DATE: 8/20/2009 | $238.43 |
| 08/20/09 | Meals (100%)  8/20/09 - P. Sanchez - Working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800044; DATE: 8/20/2009 | $248.72 |
| 08/21/09 | Duplication - In House  Photocopy - Kahn, Brad, NY, 56 page(s) | $5.60 |
| 08/21/09 | Travel - Incidentals - Out-of-Town Travel Fee for expedited processing of replacement passport; US Post Office receipt | $175.95 |
| 08/21/09 | Travel - Incidentals - Out-of-Town Travel Fee for expedited issuance of replacement passport for Nortel trip to Canada; It's Easy Passport Services receipt | $249.00 |
| 08/24/09 | Travel - Ground Transportation  Taxi from airport to hotel; Taxi receipt | $50.37 |
| 08/24/09 | Travel - Lodging (Hotel, Apt, Other) Hotel lodging for Nortel trip; Hotel Room charge; Sheraton Hotel Invoice | $213.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1276051

| 08/24/09 | Meals - Business  Meal at airport on Nortel trip; Brad Kahn; Jet Rock Bar and Grill | $22.15 |
|---|---|---|
| 08/24/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Taxi Receipt | $12.19 |
| 08/24/09 | Travel - Ground Transportation  Taxi from Wilmington train station to court house.; Taxi receipt | $10.00 |
| 08/24/09 | Travel - Train Fare  Ticket change fee.; Amtrak | $15.00 |
| 08/25/09 | Meals - Business  Meal at airport while on Nortel trip; Brad Kahn; Pizza Pizza Node receipt | $6.98 |
| 08/25/09 | Meals - Business  Room Service at hotel for Nortel trip; Room Service at hotel on Nortel trip; Sheraton Hotel Invoice | $30.49 |
| 08/26/09 | Duplication - In House Photocopy - User # 990100, NY, 276 page(s) | $27.60 |
| 08/26/09 | Travel - Ground Transportation  NYC Taxi Ride Home | $10.00 |
| 08/26/09 | Travel - Ground Transportation  Working late.  Taxi from office to home.; Taxi Receipt | $11.40 |
| 08/27/09 | Computerized Legal Research - Westlaw User: PERSAUD,NYRON Date: 8/27/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $74.46 |
| 08/27/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/27/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $46.50 |
| 08/28/09 | Duplication - In House Photocopy - Davenport, Verbon, LA, 88 page(s) | $8.80 |

Current Expenses                                                          $44,610.63