# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 19.40 | $17,945.00 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 80.90 | $66,742.50 |
| David J. D'Urso | Partner for 3 years; Admitted in 1997; Corporate Department | $700 | 44.10 | $30,870.00 |
| Paul B. Hewitt | Partner for 26 years; Admitted in 1974; Litigation Department | $755 | 8.80 | $6,644.00 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 74.05 | $70,347.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $620 | 20.30 | $12,586.00 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 40.80 | $30,396.00 |
| Robert H. Pees | Partner for 13 years; Admitted in 1988; Litigation Department | $765 | 12.40 | $9,486.00 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 7.00 | $4,725.00 |
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 20.40 | $15,402.00 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 5.90 | $4,307.00 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 35.50 | $22,010.00 |

8205984 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 6.70 | $4,087.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 58.70 | $38,155.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 34.50 | $20,010.00 |
| Graeme D. Bell | Counsel for 1 year; Admitted in 2000; Corporate Department | $535 | 1.30 | $682.50 |
| David T. Blonder | Counsel for 1 year; Admitted in 2001; Litigation Department | $500 | 10.90 | $5,450.00 |
| Michelle A. Burg | Counsel for 3 years; Admitted in 2001; Labor Department | $625 | 1.50 | $937.50 |
| Tony D. Feurstein | Counsel for 2 years; Admitted in 2003; Corporate Department | $580 | 168.75 | $97,875.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 145.90 | $77,327.00 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 15.70 | $8,792.00 |
| Roman V. Troitsky | Counsel for 4 years; Admitted in 2001; Corporate Department | $610 | 1.20 | $732.00 |
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 54.80 | $26,852.00 |
| Ryan J. Donohue | Associate for 3 years; Admitted in 2006; Litigation Department | $420 | 16.40 | $6,888.00 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 130.20 | $48,825.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Andrew M. Meehan | Associate for 2 years; Admitted in 2007; Litigation Department | $375 | 3.10 | $1,162.50 |
| Nyron J. Persaud | Associate for 2 years; Admitted in 2008; Tax Department | $375 | 8.00 | $3,000.00 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 39.25 | $16,485.00 |
| Daniel Z. Vira | Associate for 9 years; Admitted in 1993; ERISA Department | $580 | 6.10 | $3,538.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 7.10 | $1,739.50 |

Total Amount of Fees:     $653,999.00
Total Number of Hours:   1,079.65
Blended Hourly Rate:      $605.75