IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
:
In re                                              :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                 :   Case No. 09-10138 (KG)
:
:   Jointly Administered
        Debtors.                                   :
:
:   RE: D.I. 1012, 1282
:
---------------------------------------------------X

**AFFIDAVIT OF MAILING – CONFIDENTIAL FILED UNDER SEAL [RE: D.I. 1282]**

**CONFIDENTIAL –: AFFIDAVIT OF MAILING RE: NOTICE OF (I) SOLICITATION OF INITIAL BIDS; (II) PUBLIC AUCTION AND SALE HEARING AND (III) RELATED RELIEF AND DATES**

**CONFIDENTIAL** -- FILED UNDER SEAL IN ACCORDANCE WITH ORDER PURSUANT TO BANKRUPTCY SECTIONS 105, 363 AND 365 (A) AUTHORIZING DEBTORS' ENTRY INTO THE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (C) AUTHORIZING AND APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (D) APPROVING THE NOTICE PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (G) SETTING A DATE FOR THE SALE HEARING (D.I. 1012)

[1 OF 3]

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

U.S. Bankruptcy Court
RECEIVED
AUG 2 1 2009
Judge_____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.