IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) No. 09-10138 (KG) |
| NORTEL NETWORKS INC. et al., | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) Re Dkt-#1544 |

## ORDER REGARDING THE UNITED STATES' LOCAL RULE 5011-1 MOTION FOR A DETERMINATION BY THE BANKRUPTCY COURT OF THE CORE STATUS OF ACTION IN DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE

THIS MATTER CAME upon the motion of the United States of America, on behalf of the Internal Revenue Service, for a determination regarding core status of Debtor NNI's objection to proof of claim filed by the Internal Revenue Service from the U.S. Bankruptcy Court to the U.S. District Court of Delaware, pursuant to Local Rule 5011-1. Having considered the motion and the response of NNI, thereto; and the Court having considered the arguments of counsel and being sufficiently advised, IT IS HEREBY ORDERED as follows:

1. Debtor NNI's objection to proof of claim filed by the Internal Revenue Service is a core proceeding.

//
//
//
//

4664434.1

Docket Number: 1544
Date Filed: 9/24/2009

The Clerk shall forward copies of this Order to all counsel of record.

ENTERED this 30th day of September 2009 at Wilmington, Delaware.

_____
UNITED STATES BANKRUPTCY COURT

4664434.1