Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Stein & Hamilton LLP | 5/1/09 – 7/31/09 | 17,310,618.00 | 13,848,494.40 | 3,462,123.60 | 515,493.15 | 17,826,111.15 | 0.00 | 17,826,111.15 | 28,081,069.42 | 28,081,069.42 |
| Crowell & Moring LLP | 5/1/09 – 7/31/09 | 37,665.90 | 30,132.72 | 7,533.18 | 102.81 | 37,768.71 | 0.00 | 37,768.71 | 155,985.08 | 155,985.08 |
| Ernst & Young LLP | 5/1/09 – 7/31/09 | 39,739.00 | 31,791.20 | 7,947.80 | 0.00 | 39,739.00 | 0.00 | 39,739.00 | 324,739.00 | 324,739.00 |
| Huron Consulting Group | 5/1/09 – 7/31/09 | 592,854.98 | 474,283.98 | 118,571.00 | 75,612.54 | 668,467.52 | 0.00 | 668,467.52 | 1,998,299.20 | 1,998,299.20 |
| Jackson Lewis LLP | 5/1/09 – 7/31/09 | 62,996.25 | 50,397.00 | 12,599.25 | 1,356.63 | 64,352.88 | 0.00 | 64,352.88 | 156,550.35 | 156,550.35 |
| Lazard Freres & Co. | 5/1/09 – 7/31/09 | 750,000.00 | 600,000.00 | 150,000.00 | 127,877.60[2] | 877,877.60 | 0.00 | 877,877.60 | 1,773,038.92 | 1,773,038.92 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] Prior to the petition date the Debtors paid Lazard a $150,000.00 expense retainer. As of the petition date $108,939.97 of the retainer remained unapplied (the "Unapplied Payment"). For the First Interim Period Lazard's net expenses paid by the Debtors reflected the application of a portion of the Unapplied Payment leaving the retainer with a balance of $33,627.02. Lazard's net expenses paid by the Debtors will reflect the application of the remainder of the Unapplied Payment to the total authorized expenses resulting in a net compensation for expenses of $94,250.58.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mercer (US) Inc. | 5/1/09 – 7/31/09 | 67,432.26 | 53,945.81 | 13,486.45 | 6,522.29 | 73,954.55 | 0.00 | 73,954.55 | 390,618.19[3] |
| Morris, Nichols, Arsht & Tunnell LLP | 5/1/09 – 7/31/09 | 275,510.00 | 220,408.00 | 55,102.00 | 121,241.37 | 396,751.37 | 0.00 | 396,751.37 | 739,865.95 |
| Palisades Capital Advisors LLC | 5/8/09 – 7/31/09 | 360,645.20 | 288,516.16 | 72,129.04 | 2,489.16 | 363,134.36 | 0.00 | 363,134.36 | 363,134.36 |
| Shearman & Sterling LLP | 5/1/09 – 7/31/09 | 63,916.00 | 51,132.80 | 12,783.20 | 2,356.13 | 66,272.13 | 0.00 | 66,272.13 | 308,648.51 |
| True Partners Consulting LLC | 5/1/09 – 7/31/09 | 340,573.50 | 272,458.80 | 68,114.70 | 0.00 | 340,573.50 | 0.00 | 340,573.50 | 340,573.50 |
| **TOTALS** | | 19,901,951.09 | 15,921,560.87 | 3,980,390.22 | 853,051.68 | 20,755,002.77 | 0.00 | 20,755,002.77 | 34,632,522.48 |

---

[3] At the request of the United States Trustee the ("UST"), $27,000 was held back (the "Holdback") from the total authorized amount for Mercer for the January 14, 2009 – April 30, 2009 interim fee period. The UST and Mercer have agreed to an interim allowance of the Holdback (and similar amounts requested during the Interim Period) pending resolution of the dispute at the final fee hearing in these cases. Therefore, the previously withheld $27,000 has been added back to Column 11 and to the extent that the Holdback has not been paid to Mercer by the Debtors, the Debtors are authorized to disburse the Holdback to Mercer.