# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075
Page 2
Client # 732310
Matter # 165839

For services through August 31, 2009
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 08/03/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 08/04/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.40 hrs. | 90.00 | $36.00 |
| 08/04/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 08/05/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.60 hrs. | 90.00 | $54.00 |
| 08/09/09 | Review docket (.3); Review and update critical dates (.6); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 08/10/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 08/11/09 | Maintain/organize original pleadings. | | | |
| Paralegal | Rochelle I. Warren | 0.40 hrs. | 90.00 | $36.00 |
| 08/12/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 08/13/09 | Review docket | | | |
| Paralegal | Janel Gates | 0.10 hrs. | 195.00 | $19.50 |
| 08/14/09 | Review docket | | | |
| Paralegal | Janel Gates | 0.10 hrs. | 195.00 | $19.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 08/18/09 | Call to S. Sciritz (bondholder) re: status of case | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 08/19/09 | Organize and maintain pleadings | | | |
| Paralegal | Janel Gates | 0.10 hrs. | 195.00 | $19.50 |
| 08/20/09 | Organize and maintain pleadings | | | |
| Paralegal | Janel Gates | 0.10 hrs. | 195.00 | $19.50 |
| 08/20/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 08/28/09 | Review docket (.4); Review and update critical dates (.5); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |

Total Fees for Professional Services $766.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$766.00** |
| BALANCE BROUGHT FORWARD | $2,150.60 |
| **TOTAL DUE FOR THIS MATTER** | **$2,916.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Matter # 165839

---

For services through August 31, 2009
relating to Meetings

| | | | | |
|---|---|---|---|---|
| 08/21/09 | Email to J. Sturm re: attending CALA 341 meeting (.1); Email to T. McRoberts re: attending CALA 341 meeting (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 08/24/09 | Prepare for and attend CALA entity 341 meeting | | | |
| Associate | Travis A. McRoberts | 0.90 hrs. | 230.00 | $207.00 |

Total Fees for Professional Services $262.00

TOTAL DUE FOR THIS INVOICE **$262.00**

**TOTAL DUE FOR THIS MATTER** **$262.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075
Page 5

Client # 732310

Matter # 165839

---

For services through August 31, 2009
relating to Use, Sale of Assets

| | | | | |
|---|---|---|---|---|
| 08/03/09 | Email to F. Hodara re: review of Avaya bid procedures | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

| | |
|---|---|
| Total Fees for Professional Services | $27.50 |
| TOTAL DUE FOR THIS INVOICE | **$27.50** |
| | $1,167.00 |
| **TOTAL DUE FOR THIS MATTER** | **$1,194.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Matter # 165839

---

For services through August 31, 2009
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 08/04/09 | Call to Bell Microsystems re: questions on status of case | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 08/20/09 | Call to C. Grote re: procedure for filing proofs of claim and claims agent information | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

| | |
|---|---|
| Total Fees for Professional Services | $137.50 |
| TOTAL DUE FOR THIS INVOICE | **$137.50** |
| | $110.00 |
| **TOTAL DUE FOR THIS MATTER** | **$247.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075
Page 7
Client # 732310

Matter # 165839

---

For services through August 31, 2009
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 08/03/09 | Prepare for 8/4/09 hearing (1.0); Email to B. Witters re: preparation of hearing binders for 8/4/09 hearing (.1); Email to J. Sturm re: preparation of hearing binders for 8/4/09 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 275.00 | $330.00 |
| 08/03/09 | Assist B. Witters with the preparation of 8/4/09 hearing binder (2.0); Research docket for any amended agendas (.1) | | | |
| Paralegal | Tracy A. Cameron | 2.10 hrs. | 100.00 | $210.00 |
| 08/04/09 | Attend 8/4/09 hearing | | | |
| Associate | Christopher M. Samis | 3.50 hrs. | 275.00 | $962.50 |
| 08/13/09 | Call to B. Kahn re: strategy for 8/18/09 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 08/14/09 | Assist with preparation of August 18, 2009 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 3.00 hrs. | 100.00 | $300.00 |
| 08/14/09 | Review and revise agenda for 8/18/09 hearing (.3); Emails to B. Khan re: preparation for 8/18/09 hearing (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 275.00 | $137.50 |
| 08/14/09 | Provide B. Tobin with agenda for 8/18/09 hearing | | | |
| Paralegal | Janel Gates | 0.10 hrs. | 195.00 | $19.50 |
| 08/17/09 | Call from B. Kahn re: preparation for 8/18/09 hearing (.2); Email to B. Kahn re: preparation for 8/18/09 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 08/18/09 | Prepare for 8/18/09 hearing (.5); Attend 8/18/09 hearing (.5); Email to J. Gates re: preparation for 8/18/09 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 275.00 | $302.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 08/18/09 | Communicate with C. Samis regarding binders for 8/18/09 hearing | | | |
| Paralegal | Janel Gates | 0.10 hrs. | 195.00 | $19.50 |

| | |
|---|---|
| Total Fees for Professional Services | $2,391.50 |
| TOTAL DUE FOR THIS INVOICE | **$2,391.50** |
| | $7,998.90 |
| **TOTAL DUE FOR THIS MATTER** | **$10,390.40** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Matter # 165839

---

For services through August 31, 2009
relating to Employee Issues

| | | | | |
|---|---|---|---|---|
| 08/04/09 | Email to F. Hodara re: research on employee severance claims | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

Total Fees for Professional Services $27.50

TOTAL DUE FOR THIS INVOICE **$27.50**

$859.50

**TOTAL DUE FOR THIS MATTER** **$887.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Matter # 165839

---

For services through August 31, 2009
relating to RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 08/11/09 | Email to B. Khan re: July 2009 fee estimates | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 08/18/09 | Email to J. Gates re: review of July 2009 bill memo (.1); Review July 2009 bill memo (.5) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 08/18/09 | Review RL&F billing memo (.3); Communicate with C. Samis re same (.1) | | | |
| Paralegal | Janel Gates | 0.40 hrs. | 195.00 | $78.00 |
| 08/24/09 | E-mail to distribution re: RLF June fee application objection deadline | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 08/25/09 | Review certification of no objection re: RLF fee application for filing | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 08/25/09 | Prepare cno re: RLF June monthly fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 08/27/09 | Prepare letter to G. Davies re: RLF fifth cno (.2); Coordinate to G. Davies re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 08/28/09 | Review RLF fee application for filing | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 08/28/09 | Review and revise RLF July monthly fee application (.4); Prepare notice re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Matter # 165839

| | |
|---|---|
| Total Fees for Professional Services | $690.50 |
| TOTAL DUE FOR THIS INVOICE | **$690.50** |
| | $2,704.80 |
| **TOTAL DUE FOR THIS MATTER** | **$3,395.30** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Matter # 165839

---

For services through August 31, 2009
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 06/11/09 | Review, revise and finalize certification of no objection for Jefferies second monthly fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 08/03/09 | Email to A. Cordo re: preparation of interim fee chart for Committee professionals | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 08/17/09 | Email to B. Kahn re: filing of Akin June 2009 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 08/18/09 | Review, revise and finalize monthly fee application of Capstone | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 08/18/09 | Preparation of Capstone Advisory's 4th monthly fee application (.3); Finalize and efile same fee appl (.2); Coordinate service of same (.3); Draft affidavit of service for same (.1) | | | |
| Paralegal | Janel Gates | 0.90 hrs. | 195.00 | $175.50 |
| 08/20/09 | Email to B. Kahn re: preparation of CNOs for June 2009 fee applications (.1); Email to J. Gates re: preparation of CNOs for June 2009 fee applications (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 08/21/09 | Email to B. Kahn re: status of certificate of no objection for June 2009 Akin fees | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 08/21/09 | Draft certificates of no objection for Akin Gump and Fraser Milner (.3); Finalize and efile the same (.3) | | | |
| Paralegal | Janel Gates | 0.60 hrs. | 195.00 | $117.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075
Page 13
Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 08/24/09 | E-mail to distribution re: Ashurst June fee application objection deadline | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 08/25/09 | Meeting with B. Witters re: monthly fee application (.1); Review certification of no objection re: Arshton monthly fee application for filing (.1); Review Fraser Milner fee application for filing (.2) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |
| 08/25/09 | Attention to e-mail re: Akin Gump July monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); Prepare cno re: Ashurst June monthly fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Fraser Milner July monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 2.20 hrs. | 195.00 | $429.00 |
| 08/26/09 | Review monthly fee application for review | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 08/26/09 | Attention to e-mail re: Ashurst July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |

Total Fees for Professional Services $1,329.50

TOTAL DUE FOR THIS INVOICE **$1,329.50**

$4,772.60

**TOTAL DUE FOR THIS MATTER** **$6,102.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 18, 2009
Invoice 341075

Client # 732310

Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew C. Irgens | 0.90 | 230.00 | 207.00 |
| Barbara J. Witters | 7.00 | 195.00 | 1,365.00 |
| Brenda D. Tobin | 3.00 | 100.00 | 300.00 |
| Christopher M. Samis | 9.50 | 275.00 | 2,612.50 |
| Janel Gates | 2.50 | 195.00 | 487.50 |
| Rochelle I. Warren | 2.70 | 90.00 | 243.00 |
| Tracy A. Cameron | 2.10 | 100.00 | 210.00 |
| Travis A. McRoberts | 0.90 | 230.00 | 207.00 |
| TOTAL | 28.60 | $196.92 | 5,632.00 |

**TOTAL DUE FOR THIS INVOICE** **$6,211.60**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED