# **EXHIBIT B**



RICHARDS
LAYTON &
FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

September 18, 2009
Invoice 341075

Page 1
Client #  732310
Matter #  165839

---

For disbursements incurred through August 31, 2009
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | | |
|---|---|---|
| Document Retrieval | $54.48 | |
| Long distance telephone charges | $54.21 | |
| Messenger and delivery service | $138.22 | |
| Overtime | $23.51 | |
| Photocopying/Printing | $261.20 | |
| 1,782 @ $.10 pg. / 830 @ $.10 pg.. | | |
| Postage | $47.98 | |
| Other Charges | | $579.60 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$579.60** |
| BALANCE BROUGHT FORWARD | $4,385.76 |
| **TOTAL DUE FOR THIS MATTER** | **$4,965.36** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 18, 2009
Invoice 341075
Page 15
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
       Case Administration
       Meetings
       Use, Sale of Assets
       Claims Administration
       Court Hearings
       Employee Issues
       RLF Fee Applications
       Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 08/03/09 | Photocopies | | DUP |
| | Amount = | $1.40 | |
| 08/03/09 | 2124504947 Long Distance | | LD |
| | Amount = | $13.90 | |
| 08/03/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.48 | |
| 08/03/09 | ALL PACER | | DOCRETRI |
| | Amount = | $27.52 | |
| 08/03/09 | Duplicating | | DUP |
| | Amount = | $11.00 | |
| 08/03/09 | Duplicating | | DUP |
| | Amount = | $6.60 | |
| 08/03/09 | Duplicating | | DUP |
| | Amount = | $11.00 | |
| 08/04/09 | 2124505999 Long Distance | | LD |
| | Amount = | $27.80 | |
| 08/04/09 | 2054693115 Long Distance | | LD |
| | Amount = | $1.39 | |
| 08/04/09 | 9169699847 Long Distance | | LD |
| | Amount = | $1.39 | |
| 08/04/09 | SECRETARIAL OT THRU 7/30/09 | | OT |
| | Amount = | $23.51 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 18, 2009
Invoice 341075

Page 16

Client #  732310

| | | | |
|---|---|---|---|
| 08/04/09 | ALL PACER | | DOCRETRI |
| | | Amount = $0.16 | |
| 08/04/09 | Duplicating | | DUP |
| | | Amount = $0.10 | |
| 08/04/09 | Duplicating | | DUP |
| | | Amount = $11.70 | |
| 08/04/09 | Duplicating | | DUP |
| | | Amount = $0.10 | |
| 08/05/09 | ALL PACER | | DOCRETRI |
| | | Amount = $0.24 | |
| 08/07/09 | NORTEL - Messenger and delivery | | MESS |
| | | Amount = $22.26 | |
| 08/07/09 | ALL PACER | | DOCRETRI |
| | | Amount = $0.24 | |
| 08/07/09 | Duplicating | | DUP |
| | | Amount = $4.40 | |
| 08/10/09 | ALL PACER | | DOCRETRI |
| | | Amount = $0.16 | |
| 08/11/09 | ALL PACER | | DOCRETRI |
| | | Amount = $3.04 | |
| 08/14/09 | Photocopies | | DUP |
| | | Amount = $21.80 | |
| 08/14/09 | 2128728121 Long Distance | | LD |
| | | Amount = $2.78 | |
| 08/14/09 | ALL PACER | | DOCRETRI |
| | | Amount = $14.96 | |
| 08/14/09 | Duplicating | | DUP |
| | | Amount = $2.20 | |
| 08/18/09 | 3053727024 Long Distance | | LD |
| | | Amount = $4.17 | |
| 08/18/09 | Postage | | POST |
| | | Amount = $10.65 | |
| 08/18/09 | Duplicating | | DUP |
| | | Amount = $7.00 | |
| 08/18/09 | Duplicating | | DUP |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 18, 2009
Invoice 341075
Page 17

Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 08/19/09 | 2128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 08/19/09 | DELIVERY EXPENSE 8/18/09 | | MESS |
| | Amount = | $3.20 | |
| 08/19/09 | DELIVERY EXPENSE 8/18/09 | | MESS |
| | Amount = | $3.20 | |
| 08/21/09 | ALL PACER | | DOCRETRI |
| | Amount = | $4.08 | |
| 08/25/09 | Photocopies | | DUP |
| | Amount = | $107.00 | |
| 08/25/09 | Postage | | POST |
| | Amount = | $20.71 | |
| 08/25/09 | Duplicating | | DUP |
| | Amount = | $9.70 | |
| 08/25/09 | Duplicating | | DUP |
| | Amount = | $3.20 | |
| 08/25/09 | Duplicating | | DUP |
| | Amount = | $4.80 | |
| 08/26/09 | Photocopies | | DUP |
| | Amount = | $24.50 | |
| 08/26/09 | Messenger and delivery, 8/25/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | Amount = | $51.30 | |
| 08/26/09 | Messenger and delivery, 8/25/09, US TRUSTEE, BJW | | MESS |
| | Amount = | $6.00 | |
| 08/26/09 | Messenger and delivery, 8/25/09, MORRIS NICHOLS, BJW | | MESS |
| | Amount = | $6.00 | |
| 08/26/09 | Postage | | POST |
| | Amount = | $8.31 | |
| 08/26/09 | Duplicating | | DUP |
| | Amount = | $4.40 | |
| 08/27/09 | NORTEL - Messenger and delivery | | MESS |
| | Amount = | $22.26 | |
| 08/27/09 | Messenger and delivery, 8/26/09, MORRIS NICHOLS, BJW | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 18, 2009
Invoice 341075

Page 18

Client #  732310

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 08/27/09 | Messenger and delivery, 8/26/09, US TRUSTEE, BJW | Amount = | $6.00 | MESS |
| 08/27/09 | Duplicating | Amount = | $4.60 | DUP |
| 08/28/09 | Photocopies | Amount = | $23.50 | DUP |
| 08/28/09 | ALL PACER | Amount = | $0.08 | DOCRETRI |
| 08/28/09 | Postage | Amount = | $8.31 | POST |
| 08/28/09 | Duplicating | Amount = | $2.10 | DUP |
| 08/29/09 | ALL PACER | Amount = | $1.44 | DOCRETRI |
| 08/31/09 | Messenger and delivery, 8/28/09, MORRIS NICHOLS, BJW | Amount = | $6.00 | MESS |
| 08/31/09 | Messenger and delivery, 8/28/09, US TRUSTEE, BJW | Amount = | $6.00 | MESS |
| 08/31/09 | ALL PACER | Amount = | $2.08 | DOCRETRI |

TOTALS FOR  732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $579.60