## Exhibit A

**Declaration of George Riedel**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                    :      Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :      Case No. 09-10138 (KG)
:
    Debtors.                                       :      Jointly Administered
:
:
---------------------------------------------------------------X

**DECLARATION OF GEORGE RIEDEL IN SUPPORT
OF DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING AND
APPROVING THE BIDDING PROCEDURES, (B) APPROVING THE NOTICE
PROCEDURES, AND (C) SETTING A DATE
FOR THE SALE HEARING, AND (II) AUTHORIZING AND
APPROVING THE SALE OF CERTAIN ASSETS OF DEBTORS'
<u>GSM/GSM-R BUSINESS</u>**

I, George Riedel, declare under penalty of perjury as follows:

1.  I am Chief Strategy Officer of Nortel Networks Corporation ("<u>NNC</u>") and Nortel Networks Limited ("<u>NNL</u>"), direct corporate parent of Nortel Networks, Inc. ("<u>NNI</u>" and, together with the other above-captioned debtors, the "<u>Debtors</u>" or the "<u>U.S. Debtors</u>"). I have held these positions since February 2006.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. I submit this declaration in support of the Debtors' motion (the "Sale Motion")[2] for orders (i)(a) authorizing and approving the Bidding Procedures, (b) approving the Notice Procedures, and (c) setting the time, date and place of the Sale Hearing; (ii) authorizing and approving the sale of certain assets of the Debtors' GSM/GSM-R Business; and (iii) granting them such other and further relief as the Court deems just and proper.  Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other members of the Debtors' management and professionals or learned from my review of relevant documents or upon my opinion based on my experience and knowledge of the Debtors' operations and financial condition.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.  I am authorized to submit this declaration.

3. I have participated in or was informed of Nortel's exploration of opportunities to sell the Assets that have since resulted in the Bidding Procedures and ongoing negotiations with various counterparties.

4. Global System for Mobile communications ("GSM") is a widely deployed wireless technology standard for mobile phone networks.  Nortel is a supplier of GSM networks to operators globally and works with such operators to implement various GSM products.  In this regard, Nortel develops, manufactures, tests, sells and supplies GSM access and core infrastructure, services and solutions.  Also based on GSM technology is a variant of GSM for Railways, which provides a secure communications system for railways operators.

---

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

5. Nortel has worked with more than 100 operators in over 65 countries to implement cost-effective, high-performance GSM/GPRS/EDGE networks. Nortel recently introduced Nortel Smart Power Management software, which, combined with other enhancements made to Nortel's GSM technology that makes today's Nortel GSM portfolio up to 50% more energy efficient than it was five years ago.  Nortel has more than 15 years experience with GSM-R mobile communications technology and currently provides GSM-R solutions on three continents.  With several thousands of kilometers of rail tracks installed using Nortel's GSM-R products, Nortel is the leading GSM-R provider globally.

6. The business environment in which Nortel operates is highly competitive, the competition for market share is fierce, and the cost of rapid technological development is steep. In addition, it is necessary to note that, since the commencement of the creditor protection proceedings in the U.S. and Canada, Nortel has experienced significant hurdles in pursuing new customers for its GSM/GSM-R Business.

7. The Sellers have extensively marketed the Assets.  In April 2009, Nortel began to explore the potential sale of GSM/GSM-R Business.  In preparation for the sale, the Sellers and their financial advisors prepared a confidential information memorandum ("IM") regarding the GSM/GSM-R Business and established an electronic dataroom ("EDR") for the GSM/GSM-R Business.

8. As part of this exercise, the Sellers entered into confidentiality agreements with twenty-six potential bidders who have received the IM, and eleven potential bidders submitted expressions of interest for all or a portion of the GSM/ GSM-R Business and have been granted access to the EDR.  In addition, the Sellers conducted one or more management presentations with several potential bidders.

9. The Sellers entered into negotiations with several potential bidders and continue to pursue these efforts. Notwithstanding diligent efforts of the Sellers, the Sellers' efforts to enter into a binding "stalking horse" agreement have been unsuccessful for a range of legal and economic reasons. While the Sellers have engaged in discussions with various potential bidders, the GSM/GSM-R Business is experiencing significant pressure from its existing and potential customers to provide a definitive timeline for the transfer of the GSM/GSM-R Business to a third party.

10. The potential purchase price that could be realized through a sale of the Assets is likely to decline over time if the Assets remain unsold. The full value of the Assets may not be realized if a sale is not consummated quickly.

11. I believe, based on the Debtors' long-term consideration of potential transactions involving the Assets and after canvassing the marketplace, as described above, that the proposed Bidding Procedures will garner the highest or otherwise best offer for the Assets.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 30, 2009
New York, New York

*/s/ George Riedel*
George Riedel

4