**<u>Exhibit E</u>**

**Form of Publication Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ X
                                                             :
In re                                                        :   Chapter 11
                                                             :
Nortel Networks Inc., et al.,                                :   Case No. 09-10138 (KG)
                                                             :
                          Debtors.                           :   Jointly Administered
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ X
```

## NOTICE OF SALE

     **PLEASE TAKE NOTICE** that on September 30, 2009, Nortel Networks Inc. ("NNI" and, together with its affiliates, "Nortel") and its affiliated debtors (the "Debtors") filed a Motion for Orders (I)(a) Authorizing and Approving the Bidding Procedures, (b) Approving the Notice Procedures, and (c) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving Sale of Certain Assets of Debtors' GSM/GSM-R Business (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

     **PLEASE TAKE FURTHER NOTICE** that on **[●]**, 2009, the Bankruptcy Court entered an order (D.I. **[●]**) (the "Bidding Procedures Order") approving the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the sale of Nortel's GSM/GSM-R Business. *All interested bidders should carefully read the Bidding Procedures Order, including the Bidding Procedures set forth therein.*

     **PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Bankruptcy Court has currently set **November 5, 2009 at 12:00 p.m. (ET)** as the Bid Deadline (as defined in the Bidding Procedures).

     **PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Bankruptcy Court has currently set **November 19, 2009 at 2:00 p.m. (ET)** as the hearing to approve the sale (the "Sale Hearing") and has currently set **November 12, 2009 at 4:00 p.m. (ET)** as the objection deadline for objections to the Motion.

     **PLEASE TAKE FURTHER NOTICE** that all general objections to the relief requested in the Sale Motion must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) conform to the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 by no later than the General Objection Deadline; and (e) served in accordance with the Local Rules so as to be received on or before the Objection Deadline by the following: (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention:

Derek C. Abbott), (ii) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax: (212) 872-1002 (Attention: Fred S. Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), and (iii) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax: (212) 822-5735 (Attention: Roland Hlawaty).

**PLEASE TAKE FURTHER NOTICE** that, this notice is subject to the full terms and conditions of the Motion, the Bidding Procedures Order and the Bidding Procedures and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Motion and the Bidding Procedures Order (including the Bidding Procedures approved by the Bankruptcy Court) may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' counsel: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.