**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ X
                                                       :
In re                                                  :   Chapter 11
                                                       :
Nortel Networks Inc., et al.,[1]                       :   Case No. 09-10138 (KG)
                                                       :
            Debtors.                                   :   Jointly Administered
                                                       :
------------------------------------------------------ X   RE: D.I. _____
```

**ORDER (1) SHORTENING NOTICE RELATING TO CERTAIN ELEMENTS OF DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (B) APPROVING THE NOTICE PROCEDURES, AND (C) SETTING A DATE FOR SALE HEARING, AND (II) AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS OF DEBTORS' GSM/GSM-R BUSINESS AND (2) PROVIDING LIMITED RELIEF FROM LOCAL RULE 6004-1(b)(1)**

Upon the motion dated September 30, 2009 (the "Motion")[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rules 6004-1(b) and 9006-1(e), shortening the notice period related to the Debtors' Motion (i) to permit consideration on shortened notice of certain elements of Debtors' Motion (the "Sale Motion") for Orders, (I)(A) authorizing and approving the bidding procedures (the "Bidding Procedures") in connection with the proposed sale of certain assets relating to the Debtors' GSM/GSM-R

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Business (the "Transaction" or "Sale"), (B) approving the form and manner of sale notices (the "Notice Procedures"), (C) setting the time, date, and place of a hearing to consider the sale (the "Sale Hearing"), and (II) authorizing and approving sale of certain assets of the Debtors' GSM/GSM-R Business; (ii) to provide limited relief from Local Rule 6004-1(b)(i); and (iii) to grant them such other and further relief as the Court deems just and proper; and adequate notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, the Debtors' creditors and other parties in interest in these cases; and the Court having determined that "cause" exists to shorten the notice period related to the Motion and to provide the Debtors with limited relief from Local Rule 6004-1(b)(i); and after due deliberation and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

1.    The relief requested in the Motion is GRANTED.

2.    The Sale Procedures Relief (as defined in the Motion) will be considered at the hearing scheduled for **October 15, 2009 at 2:00 p.m**. (ET).

3.    Objections, if any, to the Sale Procedures Relief requested in the Sale Motion to be heard on **October 15, 2009 at 2:00 p.m.** (ET) shall be filed and served no later than **October 12, 2009 at 4:00 p.m.** (ET).

4.    The Debtors are granted limited relief from Local Rule 6004-1(b)(i) and shall not be required to file the Proposed Purchase Agreements along with the Sale Motion, provided that the Debtors shall file the Proposed Purchase Agreements no later than five (5) days prior to the Sale Procedures Relief hearing.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
          Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE