IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 1582, 1583 AND 1584]

PLEASE TAKE NOTICE that on September 30, 2009, copies of the following were served in the manner indicated upon the entities on the attached service list.

- **Second Omnibus Order Allowing Certain professionals Interim Compensation For Services Rendered And Reimbursement Of Expenses** (D.I. 1582, Entered 9/30/09).

- **Order Authorizing and Approving (I) Sale Procedures, (II) Notice Procedures, and (III) Setting a Date for Sale Hearing** (D.I. 1584, Entered 9/30/09).

PLEASE TAKE FURTHER NOTICE that on September 30, 2009, copies of the **Order Approving The Stipulation By And Nortel Networks, Inc. And Global Knowledge Network, Inc.** (D.I. 1583, Entered 9/30/09) were served in the manner indicated upon the entity listed below and those on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

<u>**VIA FIRST CLASS**</u>

Brian G. Holland, General Counsel
Global Knowledge Network, Inc.
9000 Regency Parkway, Suite 500
Cary, NC 27518

Dated: September 30, 2009
       Wilmington, Delaware

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                      James L. Bromley (No. 5125)
                      Lisa M. Schweitzer (No. 1033)
                      One Liberty Plaza
                      New York, New York 10006
                      Telephone: (212) 225-2000
                      Facsimile: (212) 225-3999

                              - and -

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Ann C. Cordo*
                      Derek C. Abbott (No. 3376)
                      Eric D. Schwartz (No. 3134)
                      Ann C. Cordo (No. 4817)
                      Andrew R. Remming (No. 5120)
                      1201 North Market Street, 18th Floor
                      P.O. Box 1347
                      Wilmington, DE 19899-1347
                      Telephone: 302-658-9200
                      Facsimile: 302-425-4663

                      *Counsel for the Debtors and*
                      *Debtors in Possession*

3146624.1