# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 30, 2009  10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

### Matter:

OMNIBUS HEARING Quarterly FEE APPLICATIONS

**R / M #:**   1,559 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to date to be determined
#2 - Adjourned to 12/2/09 @ 11:00 am
#3 - Adjourned to 10/13/09 @ 10:00 am
#4 - #5 - CNO Filed and Order Signed
#6 - ORDER SIGNED
FEE APPLICATIONS - ORDER SIGNED