# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS INC.  
CASE NO.: 09-10138 - KG

COURTROOM LOCATION: 3  
DATE: 9/30/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | Morris Nichols Arsht+Tunnell | Debtors |
| Ann Cordo | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen + Hamilton | " |
| Deborah Buell | " | " |
| Melissa Dirtee | " | " |
| Ian Geht | US DOJ | United States |
| Anna Palc | Ropes & Gray LLP | Avaya Inc. |
| Jaime Luton | YCST | dt Plan administrator |
| Kenneth Davis | Akin Gump | Committee |
| James Chou | Akin Gump | Committee |
| Chris Samis | Richards Layton | Committee |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Christopher Simon | Cross & Simon | Jeffries & Co. |

# Court Conference

Calendar Date: 09/30/2009
Calendar Time: 10:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
### Courtroom

Amended Calendar 09/30/2009 06:26 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3098564 | Mark Bane | 212-841-8808 | Ropes & Gray LLP | Creditor, Silver Lake / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3095602 | Amelie Baudot | (212) 610-7308 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3097245 | Bradley D. Belt | (202) 638-2177 | Palisades Capital Advisors | Creditor, Palisades Capital Advisors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3095066 | David Botter | 212-872-1055 | Akin, Gump, Strauss, Hauer & Feld. | Creditor, Offical Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3097300 | Robert Burns | (212) 554-1766 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3094936 | Matthew Cheney | (202) 624-2903 | Crowell & Moring LLP | Other Prof., Crowell & Moring LLP / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3095948 | Robert Clarke | (813) 434-4005 | True Partners Consulting | Creditor, True Partners Consulting / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3083701 | Terence Gilroy | (212) 848-4000 | Shearman & Sterling | Interested Party, Shearman & Sterling / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3085857 | Stephen Grisanti | 602-769-2334 | Tricadia Capital | Creditor, Tricidia / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3097084 | Aaron Hammer | (312) 360-6558 | Freeborn & Peters LLP | Interested Party, Freeborn & Peters / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3095046 | Fred S. Hodara | 212-872-8040 | Akin, Gump, Strauss, Hauer & Feld. | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3088759 | Sarah Johnson | 212-478-0013 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3096184 | Stanley W. Jozefiak | (312) 235-3306 | True Partners Consulting | Debtor, Nortel Networks Inc., et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3097405 | Colin H. Keenan | (212) 632-5197 | Lazard Freres & Company | Financial Advisor, Lazard Freres & Company / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3097025 | Darryl Laddin | (404) 873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |

| Case Name | Case # | Type | Phone | Firm | Represents |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3090810 | 912-832-4557 | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3097052 | 977-2207 | Huron Consulting Group, LLC | Financial Advisor, for the Debtor Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3097054 | (416) 863-4715 | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 2971025 | (212) 841-5744 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3095073 | 212-872-8072 | Akin, Gump, Strauss, Hauer & Feld | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 2819019 | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3044517 | 208-583- | Jackson & Lewis | Debtor, Nortel Networks, Inc. & Erisa Class Actions Suit / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3091592 | 312-258-5792 | Schiff Hardin LLP | Creditor, Anixter / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3097048 | (416) 863-4715 | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3094291 | 416-885-3400 | Jacob Zand - In Pro Per | In Propria Persona, Jacob Zand / LISTEN ONLY |