# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
 **EIN:** 04–2486332

**Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.:  09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

 A transcript of the proceeding held on 9/16/2009 was filed on 10/1/2009 . The following deadlines apply:

 The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/22/2009 .

 If a request for redaction is filed, the redacted transcript is due 11/2/2009 .

 If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/30/2009 unless extended by court order.

 To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 10/1/09

(ntc)