September 28, 2009

*FILED 2009 SEP 30 AM 9 40 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE*

United States Bankruptcy Court
District of Delaware
Case Number 09-10138
Nortel Networks Inc
Attn: Mr. David Bird

Re: Correction to Nortel document #1, docket 801, docket 803

Dear Mr. Bird:

It has come to my attention that Nortel Networks has filed in this case this document titled "GENERAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES" which provides a list of Nortel's assets and liabilities. This document contains inaccuracies relative to my claim status. They have myself in Schedule F page number 304 my Global ID (GID) 0200122, I should be listed in Section E as holding a $10,950 Priority creditor claim (per 11 U.S.C. 507a). I agree with the dollar amount owed to myself for Lost Salary/Wages/Severance of $52,540.86. I will be filing additional claim for Lost Medical/Dental per my Severance agree contract with Nortel on December 11th 2008.

My mailing address needs to be corrected in the following Nortel Documents Docket 801 Page 304 (Reference GID 0200122, Docket 803 Page 856 (Reference Name - (Bill Vosburg):

3232 Neuse Banks Court,
Wake Forest, NC 27587

I ask that you change the records accordingly.

Sincerely,

*[signature]*

William E. Vosburg
3232 Neuse Banks Court
Wake Forest, NC 27587
Nortel Employee No (GID) 0200122