## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations And Profitability Of Entities In Which The Estates Of Nortel Networks Inc., Nortel AltSystems Inc., Sonoma Systems, And Nortel Networks (NNCI) Inc. Hold A Substantial Or Controlling Interest** was caused to be made on October 1, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: October 1, 2009

                                                              Andrew R. Remming (No. 5120)

3152674.1