IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached Certification, Joseph Grey, Esquire, a member of the bar of this Court, hereby moves the admission *pro hac vice* of Jeffrey B. Rose, Esquire, (the "Admittee") of Tishler & Wald, Ltd., 200 S. Wacker Drive, Suite 3000, Chicago, Illinois 60606, to represent Keith Weiner, Rudy Mathieu, Wendell Allen Neff, Charles Rowe, Neal Shact, Fred Scott, Jac Goudsmit, Dwayne Roberts, William Weidner, and Price Paschall, Creditors herein, in connection with the above-captioned proceeding.

Dated: October 2, 2009

Respectfully submitted,

CROSS & SIMON, LLC

_____
Joseph Grey (No. 2358)
Cross & Simon, LLC
913 North Market Street
Wilmington, DE 19801-1380
Phone: (302) 777-4200
Fax: (302) 777-4224
E-mail: jgrey@crosslaw.com

*Attorneys for Keith Weiner, Rudy Mathieu, Wendell Allen Neff, Charles Rowe, Neal Shact, Fred Scott, Jac Goudsmit, Dwayne Roberts, William Weidner, and Price Paschall*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

TISHLER & WALD, LTD.

Jeffrey B. Rose, Esquire
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Phone: (312) 876-3800
Fax: (312) 876-3816
E-mail: jrose@tishlerandwald.com

*Attorneys for Keith Weiner, Rudy Mathieu, Wendell Allen Neff, Charles Rowe, Neal Shact, Fred Scott, Jac Goudsmit, Dwayne Roberts, William Weidner, and Price Paschall*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: October ___, 2009

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2