## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Rescheduled Hearing Date From November 19, 2009 At 2:00 pm. To November 19, 2009 at 1:00 p.m.** was caused to be made on October 2, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: October 2, 2009

Ann C. Cordo (No. 4817)

2936050.4