**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
             Debtors. : Jointly Administered
: 
: 
---------------------------------------------------------------X

**STIPULATION OF SETTLEMENT OF**
**RECLAMATION DEMAND OF ELTEK VALERE, INC.**

WHEREAS, on and after January 14, 2009, Nortel Networks Inc. (the "Debtor") and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, Eltek Valere, Inc. (the "Reclamation Claimant," and together with the Debtor, the "Parties") sent a reclamation demand dated January 30, 2009 to the Debtor asserting a reclamation demand in the amount of $16,593.74 (as such demand may have been supplemented from time to time, the "Reclamation Demand");

WHEREAS, pursuant to the Debtors' Second Reclamation Notice [D.I. 756] (the "Reclamation Notice"), the Debtors listed the Reclamation Demand as an invalid claim based on the sufficiency of information provided;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREAS, the Reclamation Claimant filed the Objection By Reclamation Claimant Eltek Valere To Proposed Claim Treatment of Eltek Valere's Reclamation Claim [D.I. 846] (the "Objection"), asserting that the Reclamation Demand contained sufficient information, and that it should be allowed in the amount of $16,593.74;

WHEREAS, in accordance with paragraph 2.g. of the Reclamation Procedures Order, the Parties have met and conferred in good faith in an effort to resolve the Objection;

WHEREAS, the Debtor is prepared to settle the Reclamation Claimant's Reclamation Demand in connection with the settlement of any and all claims that the Reclamation Claimant may have against the Debtor or its affiliates for the products and/or services identified on the invoices listed on Exhibit 1 attached hereto, in full resolution of the Reclamation Demand and the Objection;

IT IS HEREBY AGREED AND STIPULATED THAT:

1.    Subject to the approval of this settlement through compliance with the notice and objection procedures set forth in the Reclamation Procedures Order, the Debtor agrees that the Reclamation Demand shall finally resolved and settled as follows:  the Reclamation Claimant shall have an allowed reclamation claim against the Debtor in the amount of $4,000.00, in full satisfaction of the Reclamation Demand, and the Debtor shall pay $4,000.00 to the Reclamation Claimant (a) on or prior to twenty (20) days from the date of the Objection Deadline (as identified in the Notice of Proposed Settlement filed with the Bankruptcy Court), if no objection is filed prior to the Objection Deadline or (b) twenty (20) days following the date of entry by the Court of an order approving this settlement, if any objection is filed prior to the Objection Deadline and overruled.

3

2. This settlement fully resolves the Reclamation Claimant's Reclamation Demand and any other claims for reclamation the Reclamation Claimant may have against any of the Debtors. The Parties agree that the remainder of the Reclamation Demand is invalid and is deemed disallowed.

3. The Reclamation Claimant waives any and all further claims it may have against the Debtor or its affiliates with respect to any and all of the goods identified on the invoices listed on Exhibit 1 attached hereto, including without limitation any right to payment or distribution under sections 502 or 503(b)(9) of the Bankruptcy Code or otherwise.

4. In the event this settlement is not approved pursuant to the Reclamation Procedures Order, the Parties reserve all of their rights and defenses with respect to the Reclamation Demand, and this proposed settlement shall not constitute an admission by the Debtor or its affiliates regarding the validity of the Reclamation Demand or that the Debtor or its affiliates have any liability thereunder.

Dated: October 2, 2009
New York, NY

| | |
|---|---|
| ELTEK VALERE, INC. | NORTEL NETWORKS INC. |
| *(signature)* | *(signature)* |
| GOULD & RATNER | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Christopher J. Horvay | James L. Bromley |
| 222 North LaSalle Street, Suite 800 | Lisa M. Schweitzer |
| Chicago, Illinois 60601 | One Liberty Plaza |
| Telephone: (312) 236-3003 | New York, New York 10006 |
| Facsimile: (312) 236-3241 | Telephone: (212) 225-2000 |
| | Facsimile: (212) 225-3999 |
| - and - | - and - |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Norman L. Pernick | Derek C. Abbott (No. 3376) |
| Patrick J. Reilley | Eric D. Schwartz (No. 3134) |
| Sanjay Bhatnagar | Ann C. Cordo (No. 4817) |
| 500 Delaware Avenue, Suite 1410 | Andrew R. Remming (No. 5120) |
| Wilmington, Delaware 19801 | 1201 North Market Street |
| Telephone: (302) 652-3131 | P.O. Box 1347 |
| Facsimile: (302) 652-3117 | Wilmington, Delaware 19899-1347 |
| | Phone: (302) 658-9200 |
| *Counsel to Eltek Valere, Inc.* | Facsimile: (302) 658-3989 |
| | *Counsel for the Debtors and Debtors in Possession* |

4

**EXHIBIT 1**

| Invoice Number | Invoice Date |
|:---:|:---:|
| CD78189 | 12/11/2008 |
| CD78190 | 12/11/2008 |
| CD78188 | 12/11/2008 |
| CD79289 | 12/23/2008 |
| CD79288 | 12/22/2008 |
| CD77984 | 12/9/2008 |
| CD78536 | 12/15/2008 |
| CD77985 | 12/9/2008 |
| CD77739 | 12/4/2008 |