**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing *Notice Of Proposed Settlement of Reclamation Demand of Eltek Valere, Inc.*, was caused to be made on October 2, 2009, in the manner indicated upon the entities on the attached service list.

Dated: October 2, 2009

                                               */s Ann C. Cordo*
                                               Ann C. Cordo (No. 4817)

3156814.1