**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
                                                          :      Chapter 11
*In re*                                                   :
                                                          :      Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                        :
                                                          :      Jointly Administered
          Debtors.                                    :
                                                          :
                                                          :
----------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING
APPOINTMENT OF MEDIATOR**

       I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the Order Appointing Mediator (the "Proposed Order"), attached as **Exhibit A** hereto:

       1.    The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

       2.    By Order dated August 4, 2009, the Court set the general bar date for filing claims at September 30, 2009.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. The United States Department of Treasury, Internal Revenue Service (the "IRS") filed a proof of claim on August 20, 2009 asserting a tax claim against NNI in the amount of $3,016,650,830.82, of which the IRS asserts that 2,967,386,218.82 is entitled to priority.

4. On September 15, 2009, NNI filed Debtor NNI's Objection to Proof of Claim Filed by the Internal Revenue Service (the "Claim Objection"), pursuant to 502(d) of title 11 of the United States Code. In the Claim Objection, NNI seeks disallowance of the IRS claim on the ground, *inter alia*, that the IRS has no reasonable basis for the claim.

5. On September 16, 2009, the Court ordered the IRS to produce expedited discovery on the IRS Claim by September 30, 2009 [D.I. 1510], and ordered that NNI's claim objection would be considered at a hearing on October 13, 2009 [D.I. 1509].

6. At a status conference before the Court on September 30, 2009, the IRS proposed that NNI and the IRS (together, the "Parties") attempt mediation. The parties have agreed to mediation focusing on an agreement that would permit the sale of Nortel Government Solutions Inc. and DiamondWare Ltd. shares to Avaya, Inc., free and clear of the IRS Claim without prejudice to other rights and defenses.

7. The parties have agreed that Judge John Gibbons is an acceptable mediator. At a teleconference on October 1, 2009, the Court indicated its agreement that Judge Gibbons is an acceptable mediator.

8. The Proposed Order was circulated to counsel to the IRS and to the Official Committee of Unsecured Creditors (the "Committee") and the ad hoc group of bondholders holding claims against certain of the Debtors and certain of the Canadian Debtors (the "Bondholder Group") on Friday, October 2, 2009. Additionally, the Proposed Order was

circulated to the Office of the United States Trustee (the "UST").  None of these individuals or entities objected to the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated:  October 5, 2009
Wilmington, Delaware

               CLEARY GOTTLIEB STEEN & HAMILTON LLP

               Deborah M. Buell (No. 3562)
               James L. Bromley (No. 5125)
               Lisa M. Schweitzer (No. 1033)
               One Liberty Plaza
               New York, New York 10006
               Telephone:  (212) 225-2000
               Facsimile:  (212) 225-3999

               - and -

             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

             */s/ Ann C. Cordo*
             Derek C. Abbott (No. 3376)
             Eric D. Schwartz (No. 3134)
             Ann C. Cordo (No. 4817)
             Andrew R. Remming (No. 5120)
             1201 North Market Street, P.O. Box 1347
             Wilmington, Delaware 19801
             Telephone:  (302) 658-9200
             Facsimile: (302) 658-3989

             *Counsel for the Debtors and Debtors in Possession*