**<u>Exhibit A – Order</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------X
                                                      :    Chapter 11
In re                                                 :
                                                      :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                      :
                                                      :    Jointly Administered
                 Debtors.                             :
                                                      :    Re: D.I. ____
                                                      :
------------------------------------------------------X
```

## ORDER APPOINTING MEDIATOR

This matter having come before the Court and the Court having reviewed the Certification of Counsel Regarding Appointment of Mediator and sufficient cause appearing for the relief requested therein, it is hereby ORDERED as follows:

1. The Hon. John Gibbons is appointed as mediator for mediation focusing on an agreement that would permit the sale of Nortel Government Solutions Inc. and DiamondWare Ltd. shares to Avaya, Inc., free and clear of the IRS Claim without prejudice to other rights and defenses; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

      2.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2009
      Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE