## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **Nortel Networks Inc.,** *et al.*, | : | **Case No. 09-10138(KG)** |
|  | : |  |
|  | : | **Jointly Administered** |
| **Debtors.** | : |  |

------------------------------------------------------------- x

## AFFIDAVIT IN SUPPORT OF MOTION OF
## HEWLETT-PACKARD COMPANY FOR RELIEF FROM THE
## AUTOMATIC STAY TO EFFECT A SETOFF

STATE OF CALIFORNIA    §
                       §
COUNTY OF ORANGE       §

Ken Higman, being duly sworn, deposes as follows:

1.      I am a Default Analyst for Hewlett-Packard Company ("HP").

2.      As a Default Analyst, I am fully familiar with both accounts receivable and accounts payable of HP relating to Nortel Networks, Inc. ("NNI").

3.      HP owes NNI $281,494.33 products, services and software licenses from debtor NNI pursuant to The Global Solutions Partner Master Reseller Agreement, HPQ9103, dated May 20, 1999, as amended from time to time (the "GPS Agreement"), prior to January 14, 2009 (the "Petition Date"). Attached as Exhibit "A" a schedule of invoices which make up the amounts HP owes to NNI under the GPS Agreement.

4.      NNI owes HP $1,284,946.31 for products including but not limited to computer and related peripheral equipment and supplies delivered and services provided by HP prior to the

Petition Date.  HP's Amended Proof of Claim which is attached hereto as Exhibit "B" details these amounts and the contracts under which the amounts are owed.

     5.     HP's claims against NNI have not been disallowed, were not transferred to HP by another entity, and were incurred in the ordinary course of business and not for the purpose of obtaining a right of setoff.

Ken Higman

Subscribed and sworn to
before me this 30 day of September, 20009

Notary Public

BONNIE SACHDEVA
COMM...1839915
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. March 15, 2013

**EXHIBIT A**

Hewlett Packard Company
List of NNI Pre filing invoices pertaining to HP's motion for offset

| Invoice Date | NNI Invoice Number | Currency | Amount | HP PO |
|---|---|---|---|---|
| 01.01.2009 | 2305511 | USD | | -35,774.17 SBY571021 |
| 03.03.2009 | 2357959 | USD | | -15,591.00 SBY488502 |
| 03.03.2009 | 2357963 | USD | | -30,567.00 SBY488502 |
| 03.03.2009 | 2357957 | USD | | -34,289.00 SBY488502 |
| 03.03.2009 | 2357964 | USD | | -20.99 SBY488502 |
| 01.12.2008 | 2270790 | USD | | -7,140.00 SBY560202 |
| 02.12.2008 | 2271825 | USD | | -18,000.00 SBY566251 |
| 01.12.2008 | 2270679 | USD | | -35,774.17 SBY571021 |
| 02.12.2008 | 2271939 | USD | | -69,093.00 SBY570034 |
| 02.02.2009 | 2330139 | USD | | -35,245.00 SBY599025 |
| 15.07.2009 | 2489039 | USD | | 36,600.00 SBY566251 |
| 01.06.2009 | 2442105 | USD | | -36,600.00 SBY566251 |
| 15.07.2009 | 2489048 | USD | | 54,600.00 SBY566251 |
| 24.02.2009 | 2350649 | USD | | -54,600.00 SBY566251 |
| | | TOTAL | -281,494.33 | |

All invoices subject to The Global Solutions Partner (GPS) Master Services Agreement dated May 20 1999
Between Hewlett Packard company and Nortel Networks, Inc (as sucessor to Nortel Networks NA Inc.)
HP Ref # HPQ9103  NNI ref # 990227

**<u>EXHIBIT B</u>**

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |
| Nortel Networks Inc | 09 - 10138 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Cr

HEWLETT-PACKARD COMPANY
ATTN: KEN HIGMAN
2125 E. KATELLA AVENUE #400
ANAHEIM, CA 92806

Telephone number: 714 940 7120  Email Address: Ken.higman@hp...

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:
714 9407120          Ken.higman@hp.con.

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 1597
(If known)

Filed on: 7/24/09

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 1,284,946.31

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: goods sold, services provided
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 4355
3a. Debtor may have scheduled account as:
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: Please see attached "Exhibit A"

**FOR COURT USE ONLY**

| Date:<br>8/24/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Ken Higman  Default Analyst |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Exhibit A

## ATTACHMENT TO AMENDED PROOF OF CLAIM
## NORTEL NETWORKS, INC.  CASE # 09-10138

Claimant, Hewlett-Packard Company ("HP"), submits the attached proof of claim ("Claim") against Nortel Networks, Inc., case # 09-10138 in the amount of $1,284,946.31 which amends our prior claim # 1597 filed on 7/24/09 in the amount of $1,693,274.98.  Claim is amended to reflect new pre filing charges and reclamation payment received by the debtor for the net amount of $432,508.09.

Hewlett-Packard Company ("HP") and Nortel Networks, Inc. ("Nortel") are parties to several agreements which pertain to the attached claim. These agreements include but are not limited to the following:

a.  Maintenance Agreement for Computers and Computer Peripherals, NTI Agreement No 91030, HP MMA No. SBC-00041, originally executed on or about October 15, 1993, and subsequently amended from time to time;

b.  Opsware Inc. Reseller Agreement – Gold Partner, NN Agreement No. 012614, originally executed November 1, 2005 and subsequently amended from time to time;

c   Managed Services Agreement, Nortel Contract #05-689, HP MSA # 05-689, originally executed on or   about January 23, 2006, and subsequently amended from time to time;

d.  NT/ HP Master Purchase Agreement, NT Agreement No. 720710, HP Agreement No. AE281, originally executed on or about December 20, 1993, and subsequently amended from time to time;

e.  HP Company Statements of Work related to Nortel UUI Dashboard Projects; executed on or about December 1, 2008, and related documents: and

f.  Master Maintenance Agreement, Nortel Contract #910130, originally executed on or about January 1, 1991, and subsequently amended from time to time;

Per the terms of these and other agreements, HP sold products including but not limited to computer and related peripheral equipment and supplies, and delivered services to Nortel in the ordinary course of business.

Due to the voluminous size of the backup pertaining to this claim, copies of the related invoices, purchase orders and contracts have been omitted from the attachments to this Claim.  However, an invoice summary is included that details invoice #'s, amounts due, and related purchase orders. Complete backup is available upon request  Please direct any inquiries for further information to Ken Higman at (714.940.7120), ken.higman@hp.com).

## ADDITIONALLY, HP RESERVES THE RIGHTS TO AMEND,

## SUPPLEMENT OR WITHDRAW THIS CLAIM AS FURTHER INFORMATION

## BECOMES AVAILABLE.  HP ALSO RESERVES ALL RIGHTS, CLAIMS AND

**PRIVILEGES, INCLUDING WITHOUT LIMITATION, THOSE OF SETOFF**

**AND/OR RECOUPMENT, WHICH IT MAY BE ENTITLED TO EXERCISE.**

Ken Higman
Default Analyst
Hewlett Packard Company
714 940-7120
Ken.higman@hp.com

Attachments

2

Nortel Networks, Inc.
Case # 09-10138
Hewlett-Packard Company
Amended Proof of Claim
Claim Summary

| Invoice # | Invoice Date | Purchase Order # | Amount | Pre | Post | |
|---|---|---|---|---|---|---|
| 65096906 | | 20325839 | $ 3,784.43 | 3,784.43 | | |
| 65098847 | | 20325840 | $ 454.88 | 454.88 | | |
| 64974375 | 11/6/2008 | 4320019884 | 1,355.97 | 1,355.97 | | |
| 65015840 | 12/2/2008 | 4320019884 | 1,355.97 | 1,355.97 | | |
| 64963383 | 10/31/2008 | 4320022102 | 42,647.07 | 42,647.07 | | |
| 65033281 | 12/9/2008 | 4320022102 | 233,348.34 | 233,348.34 | | |
| 65035283 | 12/10/2008 | 4320022102 | 34,743.89 | 34,743.89 | | |
| 65082662 | 1/14/2009 | 4320022102 | 233,631.28 | 233,631.28 | | |
| 65190151 | 3/20/2009 | 4320022102 $ | 19,209.04 | 19,209.04 | | |
| 65190153 | 3/20/2009 | 4320022102 $ | 14,281.85 | 14,281.85 | | |
| 65186689 | 3/17/2009 | 4320022102 $ | 34,103.09 | 34,103.09 | | |
| 64879266 | 9/2/2008 | 4320029885 | -272.58 | -272.58 | | |
| 65063427 | 1/3/2009 | 4320033617 | 13,481.64 | 5,842.05 | 7,639.59 cust paid post filing | |
| 65067247 | 1/3/2009 | 4320033617 | 13,638.83 | 5,910.16 | 7,728.67 cust paid post filing | |
| 65072056 | 1/4/2009 | 4320033617 | 47,639.53 | 20,643.79 | 26,995.74 cust paid post filing | |
| 65072057 | 1/4/2009 | 4320033617 | 11,053.44 | 4,789.82 | 6,263.62 cust paid post filing | |
| 65061093 | 1/3/2009 | 4320041670 | 5,543.02 | 2,401.98 | 3,141.04 cust paid post filing | |
| 2500607098 | 8/13/2008 | 4320048777 | 13,950.00 | 13,950.00 | | |
| 65190239 | 3/20/2009 | 4320052498 $ | 1,100.37 | $ 1,100.37 | | |
| 65356597 | 6/16/2009 | 4320052498 | -1100.37 | | -1,100.37 credits 65190239 | |
| 2500669093 | 12/9/2008 | 4320054117 | 48,900.00 | 48,900.00 | | |
| 2500669094 | 12/9/2008 | 4320054117 | 50,000.00 | 50,000.00 | | |
| 2500676021 | 12/23/2008 | 4320054117 | 50,000.00 | 50,000.00 | | |
| 2500676200 | 12/22/2008 | 4320054117 | 5,850.00 | 5,850.00 | | |
| 65067251 | 1/3/2009 | 4320059036 | 227.92 | 98.72 | 129.20 cust paid post filing | |
| 65137274 | 2/20/2009 | 4320062764 $ | 1,134.31 | 1,134.31 | | |
| 0065249349 | 04/24/09 | 4320063304 | 6,319.28 | 6,319.28 | | |
| 65063440 | 1/3/2009 | 4320064102 | 1,411.41 | 611.61 | 799.80 cust paid post filing | |
| 2500699296 | 2/25/2009 | 4320066045 $ | 4,200.00 | 4,200.00 | | |
| 2500703992 | 3/10/2009 | 4320066045 $ | 189.20 | 189.20 | | |
| 65135063 | 2/17/2009 | 4320067936 $ | 97,029.78 | 97,029.78 | | |
| 0065258079 | 04/30/09 | 4320067936 | 5,285.02 | 5,285.02 | | |
| 64881037 | 9/3/2008 | PO07-0961 | -65.8 | -65.80 | | |
| 64989720 | 11/14/2008 | PO08-1382 | 274.72 | 274.72 | | |
| 65053847 | 12/31/2008 | PO08-1382 | 570.09 | 570.09 | | |
| 65400904 | 7/9/2009 | 4320052498 | 2090.45 | 2,090.45 | | |
| 65400872 | 7/9/2009 | 4320022102 | 22565.34 | 22,565.34 | | |
| | | **Prefiling Service Total** | | 967,233.75 | | |
| | | **Prefiling Product Total** | | 317,712.56 | (see attached detail) | |
| | | **AMENDED GRAND TOTAL** | | 1,284,946.31 | | |

Nortel Networks, Inc.
Case # 09-10138
Hewlett-Packard Company
Amended Proof of Claim-Claim Summary

| Invoice # | Invoice Date | Purchase Order # | Amount |
|---|---|---|---|
| 45317418 | 12/8/2008 | 4320062326 | 1,121.00 |
| 45324008 | 12/9/2008 | 4320063634 | 45.00 |
| 45341639 | 12/12/2008 | 4320063753 | 74.90 |
| 45343009 | 12/12/2008 | 4320063767 | 58.46 |
| 45347588 | 12/13/2008 | 4320063935 | 75.78 |
| 45347614 | 12/13/2008 | 4320064108 | 45.00 |
| 45347617 | 12/13/2008 | 4320063970 | 73.50 |
| 45347619 | 12/13/2008 | 4320064068 | 164.54 |
| 45351103 | 12/15/2008 | 4320063843 | 947.19 |
| 45352706 | 12/15/2008 | 4320063694 | 16,716.00 |
| 45356173 | 12/16/2008 | 4320063695 | 23,880.00 |
| 45356217 | 12/16/2008 | 4320063690 | 4,218.80 |
| 45357615 | 12/16/2008 | 4320064113 | 742.05 |
| 45357753 | 12/16/2008 | 4320063679 | 86.10 |
| 45360258 | 12/16/2008 | 4320064248 | 75.78 |
| 45360263 | 12/16/2008 | 4320064237 | 86.60 |
| 45360266 | 12/16/2008 | 4320064258 | 281.45 |
| 45361330 | 12/16/2008 | 4320064391 | 254.39 |
| 45361370 | 12/16/2008 | 4320064434 | 45.00 |
| 45366378 | 12/17/2008 | 4320064569 | 74.20 |
| 45367274 | 12/17/2008 | 4320064658 | 48.71 |
| 45369357 | 12/18/2008 | 4320063685 | 27,500.00 |
| 45377908 | 12/19/2008 | 4320063691 | 23,815.00 |
| 45382106 | 12/20/2008 | 4320063684 | 27,500.00 |
| 45388084 | 12/23/2008 | 4320065016 | 7,821.06 |
| 45388086 | 12/23/2008 | 4320065017 | 722.25 |
| 45388087 | 12/23/2008 | 4320065015 | 715.50 |
| 45388089 | 12/23/2008 | 4320065013 | 708.75 |
| 45388090 | 12/23/2008 | 4320064994 | 730.69 |
| 45394243 | 12/24/2008 | 4320065100 | 35.00 |
| 45398599 | 12/26/2008 | 4320064688 | 28,540.11 |
| 45402603 | 12/29/2008 | 4320064413 | 86.60 |
| 45406193 | 12/30/2008 | 4320065295 | 1,150.00 |
| 45406596 | 12/30/2008 | 4320064941 | 70.00 |
| 45406597 | 12/30/2008 | 4320064954 | 75.78 |
| 45406620 | 12/30/2008 | 4320065294 | 2,300.00 |
| 45415572 | 1/3/2009 | 4320063815 | 1,213.48 |
| 45415573 | 1/3/2009 | 4320063817 | 1,213.48 |
| 45415670 | 1/3/2009 | 4320065297 | 46,054.93 |
| 45415943 | 1/5/2009 | 4320063818 | 1,213.48 |
| 45415946 | 1/5/2009 | 4320064774 | 1,213.48 |
| 45416089 | 1/5/2009 | 4320063826 | 1,213.48 |
| 45416292 | 1/5/2009 | 4320063686 | 18,399.00 |
| 45416293 | 1/5/2009 | 4320063825 | 1,213.48 |
| 45416294 | 1/5/2009 | 4320064771 | 1,213.48 |
| 45419971 | 1/5/2009 | 4320061653 | (84.80) |
| 45421058 | 1/6/2009 | DGF00080 | 2,248.35 |
| 45421059 | 1/6/2009 | DGF00081 | 2,248.35 |
| 45421060 | 1/6/2009 | DGF00082 | 2,248.35 |
| 45421061 | 1/6/2009 | DGF00083 | 2,248.35 |
| 45421402 | 1/6/2009 | DGF00079 | 2,248.35 |
| 45424001 | 1/6/2009 | 4320066148 | 45.00 |
| 45424007 | 1/6/2009 | 4320066154 | 45.00 |

Nortel Networks, Inc.
Case # 09-10138
Hewlett-Packard Company
Amended Proof of Claim-Claim Summary

| | | | |
|---|---|---|---|
| 45424018 | 1/6/2009 | 4320065584 | 48.71 |
| 45426186 | 1/7/2009 | 4320063689 | 16,594.00 |
| 45426188 | 1/7/2009 | 4320063693 | 17,715.00 |
| 45426189 | 1/7/2009 | 4320063690 | 18,777.90 |
| 45432004 | 1/7/2009 | 4320060720 | 173.20 |
| 45432855 | 1/8/2009 | 4320066203 | 124.49 |
| 45432867 | 1/8/2009 | 4320066313 | 74.20 |
| 45432874 | 1/8/2009 | 4320066277 | 75.78 |
| 45438599 | 1/9/2009 | 4320066482 | 80.00 |
| 45438602 | 1/9/2009 | 4320066446 | 201.40 |
| 45441692 | 1/9/2009 | 4320066487 | 37.45 |
| 2500655928 | 11/6/2008 | 4502579265 | 231,420.96 |
| 2500668858 | 12/8/2008 | 4503616280 | 27,156.92 |
| 2500672943 | 12/16/2008 | 4320063997 | 9,311.99 |
| 2500673449 | 12/16/2008 | 4320063997 | 5,130.71 |
| 2500673450 | 12/16/2008 | 4320063997 | 5,130.71 |
| 2500673451 | 12/16/2008 | 4320063997 | 5,974.35 |
| 2500673452 | 12/16/2008 | 4320063997 | 5,974.35 |
| 2500673653 | 12/16/2008 | 4320063997 | 7,226.64 |
| 2500673706 | 12/17/2008 | 4320063997 | 7,226.64 |
| 2500675265 | 12/19/2008 | 4320063997 | 7,226.64 |
| 2500676339 | 12/26/2008 | 4320064831 | 1,507.00 |
| 2500676987 | 12/24/2008 | 4320065480 | 1,302.81 |
| 2500680008 | 1/6/2009 | 4503451767 | 126,648.37 |
| | Prefiling Product Total | | 750,220.65 |
| Less reclamation payment | | | (432,508.09) |
| Net Pre filing Product total | | | 317,712.56 |

2 of 2