IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
**In re:**                                              : **Chapter 11**
                                                        :
**Nortel Networks Inc., et al.,**                       : **Case No. 09-10138 (KG)**
                                                        :
                                                        : Jointly Administered
                                    **Debtors.**        : Hearing Date: 11/19/2009 at 1:00 p.m.
---------------------------------------------------------------x Objection Deadline: 11/5/2009 at 4:00 p.m.

### NOTICE OF MOTION OF HEWLETT-PACKARD COMPANY FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT A SETOFF

**PLEASE TAKE NOTICE** that on **October 5, 2009**, Hewlett-Packard Company ("HP") filed their **Motion of Hewlett-Packard Company for Relief from the Automatic Stay to Effect a Setoff** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon, so as to actually be received by, the undersigned counsel for HP, on or before **November 5, 2009 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held before the Honorable Kevin Gross, United States Bankruptcy Court Judge, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 on **November 19, 2009 at 1:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if no response to the Motion is timely filed in accordance with the above procedure, the Bankruptcy Court may grant the relief sought in the Motion without further notice or hearing.

1

NYC:198939.3

Dated: October 5 2009
       Wilmington, Delaware

**ANDREWS KURTH LLP**

By: /s/ Jonathan Levine
     Jonathan Levine (NYS Bar Number JL-9674)
     450 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 850-2800
     Fax: (212) 850-2929

Counsel to Hewlett-Packard Company