IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                            :    **Chapter 11**
                                                  :
                                                  :    **Case No. 09-10138(KG)**
**Nortel Networks Inc.,** *et al.,*               :
                                                  :    **Jointly Administered**
                        Debtors.                  :
---------------------------------------------------------------- x

## ORDER GRANTING MOTION OF HEWLETT-PACKARD COMPANY FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECT A SETOFF

Upon the Motion (the "Motion") of Hewlett-Packard Company ("HP") seeking relief from the automatic stay to permit the setoff of certain pre-petition obligations; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. Section 157(b); and venue being proper pursuant to 28 U.S.C. Section 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that HP is granted relief from the automatic stay to immediately setoff the pre-petition debt owed by HP to Nortel Networks Inc. ("NNI") against the pre-petition debt owed by NNI to HP, as is further described in the Motion.

HOU:2961418.1

-2-

DATED: _____, 2009
      Wilmington, Delaware

                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE