```
 1 | HEINZ BINDER, #87908
   | WENDY W. SMITH, #133887
 2 | Binder & Malter, LLP
   | 2775 Park Avenue
 3 | Santa Clara, CA 95050
   | Telephone:  (408)295-1700
 4 | Facsimile:  (408) 295-1531
   | Email: wendy@bindermalter.com
 5 |
   | Attorney for Creditor,
 6 | Technology Properties Limited LLC
 7 |
 8 |
   |              UNITED STATES BANKRUPTCY COURT
 9 |
   |                    DISTRICT OF DELAWARE
10 |
11 | In re,                          | Case No.: 09-10138 (KG)
12 |                                 | Chapter 11
13 | NORTEL NETWORKS INC., et al.,   | (Jointly Administered)
14 |
15 |                  Debtor.
16 |
   |                 NOTICE OF CHANGE OF ADDRESS
17 |
   |    To the Clerk of the above-entitled court:
18 |
   |    PLEASE TAKE NOTICE that this Creditor's new address is:
19 |
   |        Technology Properties Limited LLC
20 |        c/o Dan Leckrone
   |        20400 Stevens Creek Blvd.., 5th Floor
21 |        San Jose, CA 95014
22 |
   | Dated: October 1, 2009              BINDER & MALTER
23 |
24 |
   |                                     By: /s/ Wendy W. Smith
25 |                                         Wendy W. Smith, Esq.
   |                                         Attorney for Creditor
26 |
27 | F:\Clients\TPL-Corporate\Pleading\Nortel\Change of Address 10.01.09.wpd
28 |
```

FILED 2009 OCT -6 PM 2:14 US BANKRUPTCY COURT DISTRICT OF DELAWARE

NOTICE OF CHANGE OF ADDRESS                                    PAGE 1