**EXHIBIT C**

## DISBURSEMENT SUMMARY
## AUGUST 1 TO AUGUST 31, 2009
## (All Amounts in Canadian Dollars)

<u>Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $ 541.43 |
| Airfare/Travel | $1,405.09 |
| Library Computer Research | $2,070.42 |
| Long Distance Telephone Calls | $ 771.68 |
| Meals & Beverages | $ 397.25 |
| Photocopy Charges | $2,291.50 |
| Taxi Charges (Courier) | $ 521.13 |
| | |
| Total Taxable Disbursements | $7,998.50 |
| Total GST | 399.93 |
| Total Taxable Disbursements including Taxes | **$8,398.43CDN** |