**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 23, 2009  
Invoice #: 2705013  
Page 36 of 42

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 19/06/09 | Quick Law | 1 | 39.50 |
| 19/06/09 | Lexis Online Search | 1 | 10.41 |
| 19/06/09 | Quick Law | 1 | 18.17 |
| 19/06/09 | ECarswell Online Search | 1 | 33.75 |
| 19/06/09 | ECarswell Online Search | 1 | 135.75 |
| 22/06/09 | Lexis Online Search | 1 | 200.48 |
| 23/06/09 | Lexis Online Search | 1 | 61.63 |
| 25/06/09 | "eCarswell/HETU,JARVIS" | 1 | 134.75 |
| 24/07/09 | "eCarswell/LAU,ANNIE" | 1 | 15.75 |
| 24/07/09 | "Quick Law/LAU, ANNIE" | 1 | 25.28 |
| 24/07/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 12.50 |
| 24/07/09 | "Quick Law/BANKS, TIMOTHY" | 1 | 572.75 |
| 25/07/09 | "eCarswell/LAU,ANNIE" | 1 | 158.04 |
| 25/07/09 | "Quick Law/BANKS, TIMOTHY" | 1 | 36.35 |
| 27/07/09 | "Quick Law/BANKS, TIMOTHY" | 1 | 31.60 |
| 29/07/09 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 563530397/923956587970 Recipient: MARY REIS Company: NORTEL | 1 | 12.61 |
| 31/07/09 | Beck Taxi/Inv 1721-007/M Wunder June 30/09 | 1 | 31.48 |
| 31/07/09 | Beck Taxi/Inv 1721-007/M Wunder July 15/09 x2 | 1 | 36.91 |
| 31/07/09 | Beck Taxi/Inv 1721-007/M Wunder June 30/09 | 1 | 7.98 |
| 31/07/09 | Beck Taxi/Inv 1721-007/M Wunder July 27/09 | 1 | 23.94 |
| 31/07/09 | Beck Taxi/Inv 1721-007/M Wunder July 23/09 | 1 | 33.17 |
| 31/07/09 | Beck Taxi/Inv 1721-007/M Wunder July 30/09 | 1 | 27.44 |
| 31/07/09 | Beck Taxi/Inv 1721-007/M Wunder July 22/09 x2 | 1 | 61.86 |
| 01/08/09 | Laser Copy;COSENTIN | 77 | 7.70 |
| 04/08/09 | Photocopy;ORAHILL T | 20 | 2.00 |
| 04/08/09 | Laser Copy;YING C | 1 | 0.10 |
| 04/08/09 | Laser Copy;KAPLAN M | 27 | 2.70 |
| 04/08/09 | Laser Copy;KUKULOWI | 88 | 8.80 |
| 04/08/09 | Laser Copy;LEGAULT | 4 | 0.40 |
| 04/08/09 | Laser Copy;MattesL | 135 | 13.50 |
| 04/08/09 | Laser Copy;NELSON M | 337 | 33.70 |
| 04/08/09 | Laser Copy;ORAHILL T | 607 | 60.70 |
| 04/08/09 | Photocopy;MILLER K | 910 | 91.00 |
| 04/08/09 | Photocopy;MILLER K | 596 | 59.60 |
| 04/08/09 | Photocopy;ORAHILL T | 188 | 18.80 |
| 05/08/09 | Laser Copy;BOWLES-D | 2 | 0.20 |
| 05/08/09 | Laser Copy;MattesL | 84 | 8.40 |
| 05/08/09 | Laser Copy;NELSON M | 111 | 11.10 |
| 05/08/09 | Laser Copy;ORAHILL T | 3 | 0.30 |
| 06/08/09 | Rogers Telephone Expense; 2009-8-5 | 1 | 1.33 |
| 06/08/09 | Laser Copy;MattesL | 206 | 20.60 |
| 06/08/09 | Laser Copy;NELSON M | 61 | 6.10 |
| 06/08/09 | Laser Copy;ORAHILL T | 399 | 39.90 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 23, 2009  
Invoice #: 2705013  
Page 37 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 06/08/09 | Laser Copy;KAPLAN M | 20 | 2.00 |
| 06/08/09 | Photocopy;ORAHILL T | 35 | 3.50 |
| 06/08/09 | Rogers Telephone Expenses; 2009-8-5 | 1 | 124.35 |
| 06/08/09 | Telephone;12126499596;New YorkNY;4715 | 1 | 5.10 |
| 06/08/09 | Telephone;16137839630;Ottawa ON;4715 | 1 | 0.41 |
| 06/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 0.51 |
| 06/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 0.51 |
| 07/08/09 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 07/08/09 | Laser Copy;NELSON M | 149 | 14.90 |
| 07/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 1.53 |
| 07/08/09 | Telephone;16137839630;Ottawa ON;4715 | 1 | 0.82 |
| 07/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 3.57 |
| 07/08/09 | Telephone;16137839630;Ottawa ON;4715 | 1 | 0.82 |
| 07/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 1.02 |
| 07/08/09 | Telephone;12125996622;New YorkNY;4715 | 1 | 1.02 |
| 07/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 5.10 |
| 07/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 1.02 |
| 07/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 1.02 |
| 07/08/09 | Airfare Change in Flight Fees for M. Kaplan while in New York attending auction. | 1 | 87.99 |
| 07/08/09 | Dinner for M. Kaplan at Bistro Citron in New York on July 23, 2009 | 1 | 35.00 |
| 07/08/09 | Millenium Hotel - July 23 - July 25 2009 in New York for M. Kaplan | 1 | 541.43 |
| 07/08/09 | Taxi from Toronto Airport to home; for M. Wunder 2009-7-25 | 1 | 49.52 |
| 07/08/09 | Taxi to Airport from FCP - Attending Nortel Auction in New York; 2009-7-23 | 1 | 61.90 |
| 07/08/09 | Taxi from La Guardia Airport; 2009-7-23 | 1 | 36.87 |
| 07/08/09 | Taxi to La Guardia Airport; 2009-7-25 | 1 | 49.68 |
| 07/08/09 | Taxi from court to office on August 4/09; 2009-8-4 | 1 | 7.14 |
| 07/08/09 | Laser Copy;MattesL | 260 | 26.00 |
| 10/08/09 | Rogers Wireless long distance charges for Michael Wunder on May 21 to June 3/09; 2009-5-21 | 1 | 287.28 |
| 10/08/09 | "Quick Law/HETU, JARVIS" | 1 | 43.45 |
| 10/08/09 | Working dinner for S. Cooke July 25, 2009. | 1 | 1.92 |
| 10/08/09 | Working dinner for S. Cooke on July 26, 2009. | 1 | 1.24 |
| 10/08/09 | Working dinner S. Cooke on July 23, 2009 | 1 | 1.68 |
| 10/08/09 | Working dinner for S. Cooke July 21, 2009 | 1 | 1.74 |
| 10/08/09 | "eCarswell/HETU,JARVIS" | 1 | 119.25 |
| 10/08/09 | Laser Copy;MacFarlaneA | 70 | 7.00 |
| 10/08/09 | Laser Copy;MattesL | 56 | 5.60 |
| 10/08/09 | Laser Copy;WUNDER M | 25 | 2.50 |
| 10/08/09 | Laser Copy;NELSON M | 42 | 4.20 |
| 10/08/09 | Telephone;16137230994;Ottawa ON;4715 | 1 | 0.41 |
| 10/08/09 | Telephone;16137230994;Ottawa ON;4715 | 1 | 1.23 |
| 10/08/09 | Laser Copy;HETU, Jarvis | 185 | 18.50 |
| 11/08/09 | Rogers Wireless long distance charges for M. Wunder for June19-July 17/09; 2009-6-19 | 1 | 2.87 |
| 11/08/09 | Telephone;12128727434;New YorkNY;4582 | 1 | 1.02 |
| 11/08/09 | Laser Copy;MacFarlaneA | 308 | 30.80 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 23, 2009  
Invoice #: 2705013  
Page 38 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 11/08/09 | Laser Copy;MattesL | 1179 | 117.90 |
| 11/08/09 | Laser Copy;NELSON M | 419 | 41.90 |
| 11/08/09 | Laser Copy;WONGLEES | 42 | 4.20 |
| 11/08/09 | Laser Copy;ORAHILL T | 4 | 0.40 |
| 11/08/09 | Laser Copy;WUNDER M | 229 | 22.90 |
| 11/08/09 | Laser Copy;KAPLAN M | 41 | 4.10 |
| 11/08/09 | Laser Copy;BEAIRSTO | 105 | 10.50 |
| 11/08/09 | Photocopy;MattesL | 60 | 6.00 |
| 11/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 13.77 |
| 11/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 7.14 |
| 11/08/09 | Telephone;16137839608;Ottawa ON;4615 | 1 | 0.41 |
| 11/08/09 | Telephone;12128727234;New YorkNY;4582 | 1 | 0.51 |
| 12/08/09 | Laser Copy;KAPLAN M | 125 | 12.50 |
| 12/08/09 | Laser Copy;ROHOMAN | 249 | 24.90 |
| 12/08/09 | Laser Copy;MacFarlaneA | 38 | 3.80 |
| 12/08/09 | Laser Copy;MattesL | 467 | 46.70 |
| 12/08/09 | Photocopy;Flancia A | 964 | 96.40 |
| 12/08/09 | Photocopy;MattesL | 14 | 1.40 |
| 12/08/09 | Photocopy;ORAHILL T | 184 | 18.40 |
| 12/08/09 | Photocopy;SANTOS I | 52 | 5.20 |
| 12/08/09 | Photocopy;MattesL | 123 | 12.30 |
| 12/08/09 | Photocopy;AmaralJ | 1151 | 115.10 |
| 12/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 2.04 |
| 12/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 0.51 |
| 12/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 1.02 |
| 12/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 2.04 |
| 12/08/09 | Laser Copy;NELSON M | 27 | 2.70 |
| 12/08/09 | Laser Copy;NELSON M | 9 | 0.90 |
| 12/08/09 | Laser Copy;NELSON M | 36 | 3.60 |
| 12/08/09 | Laser Copy;DUNSMUIM | 1 | 0.10 |
| 12/08/09 | Laser Copy;MattesL | 12 | 1.20 |
| 12/08/09 | Laser Copy;MattesL | 20 | 2.00 |
| 12/08/09 | Laser Copy;MattesL | 2 | 0.20 |
| 12/08/09 | Laser Copy;MacFarlaneA | 39 | 3.90 |
| 12/08/09 | Laser Copy;MacFarlaneA | 4 | 0.40 |
| 12/08/09 | Laser Copy;MacFarlaneA | 19 | 1.90 |
| 12/08/09 | Laser Copy;NELSON M | 280 | 28.00 |
| 12/08/09 | Laser Copy;ORAHILL T | 92 | 9.20 |
| 12/08/09 | Laser Copy;DUNSMUIM | 125 | 12.50 |
| 12/08/09 | Laser Copy;GOUGEON | 130 | 13.00 |
| 13/08/09 | Laser Copy;MattesL | 83 | 8.30 |
| 13/08/09 | Taxi for M. Wunder to Akin Gump Office for Committee Call on August 5/09; 2009-8-5 | 1 | 8.72 |
| 13/08/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 17.37 |
| 13/08/09 | Laser Copy;PUSHALIK A | 33 | 3.30 |
| 13/08/09 | Laser Copy;GonsalvesM | 22 | 2.20 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 23, 2009  
Invoice #: 2705013  
Page 39 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 13/08/09 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 13/08/09 | Laser Copy;MacFarlaneA | 20 | 2.00 |
| 13/08/09 | Laser Copy;MacFarlaneA | 62 | 6.20 |
| 13/08/09 | Photocopy;MattesL | 46 | 4.60 |
| 13/08/09 | Laser Copy;KAPLAN M | 23 | 2.30 |
| 13/08/09 | Laser Copy;NELSON M | 8 | 0.80 |
| 13/08/09 | Laser Copy;NELSON M | 7 | 0.70 |
| 13/08/09 | Photocopy;ORAHILL T | 6 | 0.60 |
| 13/08/09 | Photocopy;GonsalvesM | 29 | 2.90 |
| 13/08/09 | Laser Copy;NELSON M | 23 | 2.30 |
| 13/08/09 | Laser Copy;ORAHILL T | 238 | 23.80 |
| 13/08/09 | Laser Copy;BEAIRSTO | 6 | 0.60 |
| 13/08/09 | Laser Copy;MattesL | 96 | 9.60 |
| 13/08/09 | Laser Copy;MattesL | 50 | 5.00 |
| 13/08/09 | Laser Copy;PUSHALIK A | 51 | 5.10 |
| 13/08/09 | Laser Copy;PUSHALIK A | 11 | 1.10 |
| 13/08/09 | Photocopy;PUSHALIK A | 29 | 2.90 |
| 13/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 3.06 |
| 13/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 4.08 |
| 13/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 0.51 |
| 13/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 0.51 |
| 13/08/09 | Telephone;19178592835;New YorkNY;4715 | 1 | 3.57 |
| 13/08/09 | Telephone;12128727434;New YorkNY;4582 | 1 | 1.53 |
| 13/08/09 | Telephone;12123323611;New YorkNY;4582 | 1 | 4.08 |
| 13/08/09 | Taxi for M. Wunder from FCP to Avenue/Bloor on Aug. 6/09; 2009-8-6 | 1 | 10.48 |
| 13/08/09 | Taxi for M. Wunder from FCP to Eglinton on Aug. 10/09; 2009-8-10 | 1 | 24.76 |
| 13/08/09 | Taxi for M. Wunder from FCP to Eglinton on June 16/09; 2009-6-16 | 1 | 23.81 |
| 14/08/09 | Taxi for M. Wunder from court to office on August 14/09; 2009-8-14 | 1 | 6.19 |
| 14/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 0.51 |
| 14/08/09 | Laser Copy;NELSON M | 98 | 9.80 |
| 14/08/09 | Laser Copy;PUSHALIK A | 68 | 6.80 |
| 14/08/09 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 14/08/09 | Laser Copy;MattesL | 222 | 22.20 |
| 14/08/09 | Laser Copy;WUNDER M | 39 | 3.90 |
| 14/08/09 | Photocopy;MattesL | 80 | 8.00 |
| 14/08/09 | Working Lunch for M. Wunder at Pumpernickel's on August 13/09; 2009-8-13 | 1 | 7.66 |
| 14/08/09 | Taxi for M. Wunder from office to court on August 14/09; 2009-8-14 | 1 | 6.67 |
| 14/08/09 | "eCarswell/PUSHALIK,ANDY" | 1 | 55.25 |
| 14/08/09 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 14/08/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 178.54 |
| 14/08/09 | Telephone;12128727434;New YorkNY;4715 | 1 | 2.55 |
| 16/08/09 | Laser Copy;MATHESON | 217 | 21.70 |
| 17/08/09 | Laser Copy;BEAIRSTO | 2 | 0.20 |
| 17/08/09 | Photocopy;ORAHILL T | 527 | 52.70 |
| 17/08/09 | Photocopy;ORAHILL T | 88 | 8.80 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 23, 2009  
Invoice #: 2705013  
Page 40 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/08/09 | Photocopy;ORAHILL T | 18 | 1.80 |
| 17/08/09 | Photocopy;ORAHILL T | 68 | 6.80 |
| 17/08/09 | Laser Copy;NELSON M | 6 | 0.60 |
| 17/08/09 | Laser Copy;MattesL | 389 | 38.90 |
| 17/08/09 | Laser Copy;ORAHILL T | 619 | 61.90 |
| 17/08/09 | Laser Copy;PAUL S | 2 | 0.20 |
| 17/08/09 | Laser Copy;PUSHALIK A | 14 | 1.40 |
| 17/08/09 | Laser Copy;PUSHALIK A | 23 | 2.30 |
| 17/08/09 | Photocopy;Flancia A | 116 | 11.60 |
| 17/08/09 | Photocopy;Flancia A | 62 | 6.20 |
| 17/08/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 106.65 |
| 17/08/09 | Photocopy;Flancia A | 40 | 4.00 |
| 17/08/09 | Photocopy;ORAHILL T | 164 | 16.40 |
| 17/08/09 | Laser Copy;KAPLAN M | 146 | 14.60 |
| 17/08/09 | Laser Copy;LEGAULT | 181 | 18.10 |
| 18/08/09 | Laser Copy;NELSON M | 122 | 12.20 |
| 18/08/09 | Working Lunch Maxim invoice 115196 on July 16,09 for M.Wunder, S.Kukulowicz, A.MacFarlane | 1 | 62.42 |
| 18/08/09 | Working Lunch for M. Wunder, S. Kukulowicz and A. MacFarlane, Duke of Westminister on July 30/09 | 1 | 41.02 |
| 18/08/09 | Laser Copy;LEGAULT | 17 | 1.70 |
| 18/08/09 | Laser Copy;MattesL | 169 | 16.90 |
| 18/08/09 | Laser Copy;BEAIRSTO | 1 | 0.10 |
| 18/08/09 | Laser Copy;KAPLAN M | 10 | 1.00 |
| 19/08/09 | Laser Copy;PUSHALIK A | 13 | 1.30 |
| 19/08/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 63.20 |
| 19/08/09 | Laser Copy;MattesL | 107 | 10.70 |
| 20/08/09 | Working Lunch - Piazza Manna Piazza Manna invoice 412966 for M.Wunder, S.Kukulowicz, A.McFarlane July 30, 09 | 1 | 41.95 |
| 20/08/09 | Laser Copy;PUSHALIK A | 33 | 3.30 |
| 20/08/09 | Laser Copy;KAPLAN M | 13 | 1.30 |
| 20/08/09 | Laser Copy;KARTASHM | 2 | 0.20 |
| 20/08/09 | Laser Copy;NELSON M | 538 | 53.80 |
| 20/08/09 | Laser Copy;MattesL | 189 | 18.90 |
| 20/08/09 | Working Lunch meeting with S.Kukulowicz, A.McFalrane, M.Wunder July 30, 09 | 1 | 53.14 |
| 21/08/09 | Lunch for A. MacFarlane during Commiittee Meeting on August 19, 2009 | 1 | 9.48 |
| 21/08/09 | Lunch for S. Kukulowicz during Committee Meeting on August 19, 2009 | 1 | 8.08 |
| 21/08/09 | Laser Copy;NELSON M | 225 | 22.50 |
| 21/08/09 | Laser Copy;PUSHALIK A | 15 | 1.50 |
| 21/08/09 | Laser Copy;KAPLAN M | 24 | 2.40 |
| 21/08/09 | Laser Copy;LEGAULT | 20 | 2.00 |
| 21/08/09 | Laser Copy;MattesL | 219 | 21.90 |
| 21/08/09 | Photocopy;MattesL | 26 | 2.60 |
| 21/08/09 | Photocopy;MattesL | 112 | 11.20 |
| 21/08/09 | Telephone;12123367330;New YorkNY;4421 | 1 | 38.25 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 23, 2009  
Invoice #: 2705013  
Page 41 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 21/08/09 | Airfare - Amex Bank of Canada /Aug 9/09/M Kaplan-Toronto-NYC/July 23/09/Inv. 626551 | 1 | 1,317.10 |
| 24/08/09 | Laser Copy;MattesL | 899 | 89.90 |
| 24/08/09 | Laser Copy;KAPLAN M | 10 | 1.00 |
| 25/08/09 | Laser Copy;MacFarlaneA | 50 | 5.00 |
| 25/08/09 | Telephone;12128728020;New YorkNY;4715 | 1 | 2.55 |
| 25/08/09 | Telephone;15089042155;FraminghMA; 4715 | 1 | 1.62 |
| 25/08/09 | Laser Copy;MattesL | 266 | 26.60 |
| 25/08/09 | Telephone;15089042155;FraminghMA; 4715 | 1 | 0.54 |
| 25/08/09 | Laser Copy;MCDONALA | 673 | 67.30 |
| 25/08/09 | Photocopy;MattesL | 1 | 0.10 |
| 25/08/09 | Photocopy;MattesL | 4 | 0.40 |
| 25/08/09 | Telephone;12128721000;New YorkNY;4715 | 1 | 1.02 |
| 25/08/09 | Telephone;12123662487;New YorkNY;4715 | 1 | 2.04 |
| 26/08/09 | Laser Copy;KARTASHM | 12 | 1.20 |
| 26/08/09 | Laser Copy;MCDONALA | 56 | 5.60 |
| 26/08/09 | Laser Copy;MattesL | 44 | 4.40 |
| 26/08/09 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 27/08/09 | Laser Copy;DUNSMUIM | 294 | 29.40 |
| 27/08/09 | Telephone;17199550541;ColoradoCO; 4582 | 1 | 9.52 |
| 27/08/09 | Laser Copy;LEGAULT | 34 | 3.40 |
| 27/08/09 | Telephone;17199550541;ColoradoCO; 4582 | 1 | 37.52 |
| 27/08/09 | Laser Copy;MacFarlaneA | 158 | 15.80 |
| 27/08/09 | Laser Copy;MATHESON | 294 | 29.40 |
| 27/08/09 | Laser Copy;MattesL | 491 | 49.10 |
| 27/08/09 | Laser Copy;MCDONALA | 25 | 2.50 |
| 27/08/09 | Laser Copy;MCDONALA | 18 | 1.80 |
| 28/08/09 | Photocopy;MattesL | 6 | 0.60 |
| 28/08/09 | Laser Copy;DUNSMUIM | 20 | 2.00 |
| 28/08/09 | Telephone;17199550541;ColoradoCO; 4582 | 1 | 120.40 |
| 28/08/09 | Working Lunch - Maxim Inv #1152701 on July 23/09 for S Kukulowicz, A MacFarlane and M J Wunder | 1 | 131.92 |
| 28/08/09 | Laser Copy;MCDONALA | 7 | 0.70 |
| 28/08/09 | Laser Copy;MCDONALA | 19 | 1.90 |
| 28/08/09 | Laser Copy;LEGAULT | 178 | 17.80 |
| 28/08/09 | Laser Copy;MacFarlaneA | 79 | 7.90 |
| 28/08/09 | Laser Copy;MattesL | 100 | 10.00 |
| 28/08/09 | Laser Copy;MCDONALA | 67 | 6.70 |
| 28/08/09 | Laser Copy;MCDONALA | 76 | 7.60 |
| 28/08/09 | Laser Copy;MCDONALA | 321 | 32.10 |
| 29/08/09 | Laser Copy;DUNSMUIM | 163 | 16.30 |
| 29/08/09 | Laser Copy;MCDONALA | 19 | 1.90 |
| 29/08/09 | Laser Copy;MCDONALA | 60 | 6.00 |
| 29/08/09 | Laser Copy;MCDONALA | 2 | 0.20 |
| 29/08/09 | Laser Copy;MCDONALA | 41 | 4.10 |
| 30/08/09 | Laser Copy;MATHESON | 166 | 16.60 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 23, 2009
Invoice #: 2705013
Page 42 of 42

| Date | Description | Qty. | Amount |
| --- | --- | --- | --- |
| 30/08/09 | Laser Copy;MacFarlaneA | 201 | 20.10 |
| 31/08/09 | Laser Copy;WUNDER M | 9 | 0.90 |
| 31/08/09 | Laser Copy;MacFarlaneA | 9 | 0.90 |
| 31/08/09 | Laser Copy;MattesL | 31 | 3.10 |
| 31/08/09 | Laser Copy;MILLER K | 448 | 44.80 |
| 31/08/09 | Telephone;17199550541;ColoradoCO; 4582 | 1 | 69.44 |
| 31/08/09 | Laser Copy;DUNSMUIM | 7 | 0.70 |
| 31/08/09 | Laser Copy;HETU, Jarvis | 6 | 0.60 |
| 31/08/09 | Laser Copy;NELSON M | 310 | 31.00 |
| 31/08/09 | Laser Copy;HETU, Jarvis | 86 | 8.60 |
| | Total | CDN | $7,998.50 |