**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 39.6 | $775.00 | $30,690.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 16.1 | $775.00 | $12,477.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 13.4 | $750.00 | $10,050.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 70.9 | $750.00 | $53,175.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 6.7 | $725.00 | $4,857.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 104.3 | $725.00 | $75,617.50 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 3.6 | $700.00 | $2,520.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 24 | $675.00 | $16,200.00 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 9.8 | $675.00 | $6,615.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 6.3 | $600.00 | $3,780.00 |
| Dietrich, J. | Associate | Financial Restructuring | Ontario - 2004 | 5.7 | $480.00 | $2,736.00 |
| Fox, G.W. | Strategic Policy Advisory | Government Relations | | 2.4 | $450.00 | $1,080.00 |
| Reporter, C. | Consultant | Government Relations | Ontario - 1992 | 6.3 | $450.00 | $2,835.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 7 | $400.00 | $2,800.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 25.9 | $350.00 | $9,065.00 |
| Hetu, J. | Associate | Financial Restructuring | Ontario - 2009 | 29.6 | $295.00 | $8,732.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 23.7 | $295.00 | $6,991.50 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 28.2 | $175.00 | $4,935.00 |
| | | | | | CDN. | $255,157.00 |
| | Less Non-Working Travel Time Discount (50% of $1,050.00) | | | | | ($525.00) |
| TOTAL | | | | 423.5 | CDN. | $254,632.00 |