**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

September 1, 2009 Through September 30, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | September |
|---------|---------------------|-----------|
| 1 | Pension Advisory | 40.5 |
| 2 | Engagement/Retention/Fee Applications | 7.0 |
| **TOTAL** | | **47.5** |

**Summary of Services Rendered by Professional**

| Name | September |
|------|-----------|
| Bradley D. Belt (Chairman) | 22.0 |
| John L. Spencer (Senior Advisor) | 19.0 |
| Dawn M. Bizzell (Director) | 6.5 |
| **TOTAL** | **47.5** |

**Palisades Capital Advisors LLC**
**Time Detail by Activity**
**September 1 - 30, 2009**

| Date | Notes | Time | Activity | Professional |
|---|---|---|---|---|
| 9/1/2009 | Telephone call w/Punter Southall and CGSH re: TPR letter and related issues | 1.5 | 1 | BDB |
| 9/2/2009 | Review precendent for PBGC pursuing claim against foreign parent | 1 | 1 | BDB |
| 9/4/2009 | Review creditors comments to proposed term sheet | 0.5 | 1 | BDB |
| 9/4/2009 | Review creditors comments to proposed term sheet | 1 | 1 | JLS |
| 9/6/2009 | Telephone call w/CGSH re: IRS claim | 1 | 1 | BDB |
| 9/6/2009 | Telephone call w/CGSH re: IRS claim | 1.5 | 1 | JLS |
| 9/8/2009 | Telephone call w/CGSH and PBGC re: IRS claim and follow up | 2 | 1 | BDB |
| 9/8/2009 | Review IRS claim materials | 1 | 1 | BDB |
| 9/8/2009 | Telephone call w/CGSH and PBGC re: IRS claim and follow up | 2 | 1 | JLS |
| 9/8/2009 | Review IRS claim materials | 1.5 | 1 | JLS |
| 9/10/2009 | Telephone call with Ernst & Young re: IRS issue | 1 | 1 | BDB |
| 9/16/2009 | Telephone call w/CGSH re: IRS and PBGC | 1 | 1 | BDB |
| 9/16/2009 | Internal meeting re: status | 0.5 | 1 | BDB |
| 9/16/2009 | Review Equinox ASSA | 1 | 1 | BDB |
| 9/16/2009 | Telephone call w/CGSH re: IRS and PBGC | 1 | 1 | JLS |
| 9/16/2009 | Internal meeting re: status | 0.5 | 1 | JLS |
| 9/16/2009 | Review Equinox ASSA | 1 | 1 | JLS |
| 9/17/2009 | Review PBGC regs re: net worth test; follow up telephone call w/CGSH to discuss | 1.5 | 1 | BDB |
| 9/17/2009 | Research re: net worth test; follow up telephone call w/CGSH to discuss | 1.5 | 1 | JLS |
| 9/22/2009 | Review Punter Southall NNUK memo and IRS memo | 1 | 1 | BDB |
| 9/22/2009 | Review Punter Southall NNUK memo and IRS memo | 1 | 1 | JLS |
| 9/28/2009 | Discuss scheduling issues | 0.5 | 1 | BDB |
| 9/28/2009 | Discuss scheduling issues | 0.5 | 1 | JLS |
| 9/29/2009 | Meeting with Nortel, CGSH and creditors in New York | 3 | 1 | BDB |
| 9/29/2009 | Travel time | 4 | 1 | BDB |
| 9/29/2009 | Meeting with Nortel, CGSH and creditors in New York | 3 | 1 | JLS |
| 9/29/2009 | Travel time | 4 | 1 | JLS |
| 9/30/2009 | Email exchanges re: investment issue | 0.5 | 1 | BDB |
| 9/30/2009 | Draft notice letter | 0.5 | 1 | BDB |
| 9/30/2009 | Draft notice letter | 0.5 | 1 | JLS |
| | September Total - Activity 1 | 40.5 | | |
| 9/8/2009 | Preparation and submission of 3rd Fee Application | 4 | 2 | DMB |
| 9/29/2009 | Follow up with Nortel on 2nd fee application payment | 1 | 2 | DMB |
| 9/30/2009 | Telephonic Court appearance re: quarterly fee applicaton | 0.5 | 2 | BDB |
| 9/30/2009 | Telephonic Court appearance re: quarterly fee applicaton | 0.5 | 2 | DMB |
| 9/30/2009 | Preparation of 4th Fee Application | 1 | 2 | DMB |
| | September Total - Activity 2 | 7 | | |
| | Total | 47.5 | | |