**EXHIBIT B**

Nortel Networks Inc., *et al.*
(Case No. 09-10138(KG))

**Palisades Capital Advisors LLC**

September 1, 2009 Through September 30, 2009

**Expense Summary**

| Expense Category | Total Expense |
|---|---|
| Travel Expenses | $1,088.00 |
| Shipping/Delivery | 56.02 |
| Fax Usage | 1.00 |
| **TOTAL** | **$1,336.49** |

Palisades Capital Advisors LLC
Expenses
September 1, 2009 Through  September 30, 2009

| Date | Expense | Reason | | | Accounting Codes | Individual Charge | Sub Total by Expense Type |
|------|---------|--------|---|---|------------------|-------------------|---------------------------|
| 9/28/2009 | Air Fare: DCA to LGA | Meeting in NY 9/29 | air | NY | 1502: Client Expenses | $50.00 | |
| 9/28/2009 | Air Fare: DCA to LGA | Meeting in NY 9/29 | air | NY | 1502: Client Expenses | $369.20 | |
| 9/29/2009 | Air Fare: LGA to DCA | Meeting in NY 9/29 | air | NY | 1502: Client Expenses | $50.00 | |
| 9/29/2009 | Air Fare: LGA to DCA | Meeting in NY 9/29 | air | NY | 1502: Client Expenses | $214.60 | |
| 09/29/2009 | Air Fare: DCA to LGA | Meeting in NY 9/29 | air | NY | 3100 · Credit Card Charges AMEX | $35.00 | |
| 09/29/2009 | Air Fare: DCA to LGA | Meeting in NY 9/29 | air | NY | 3100 · Credit Card Charges AMEX | $184.60 | |
| 09/29/2009 | Air Fare: LGA to DCA | Meeting in NY 9/29 | air | NY | 3100 · Credit Card Charges AMEX | $184.60 | $1,088.00  Air Fare |
| | | | | | | | |
| 09/29/2009 | Taxi | Meeting in NY 9/29 | ground | NY | 1502: Client Expenses | $ 17.88 | |
| 09/29/2009 | Taxi | Meeting in NY 9/29 | ground | NY | 1502: Client Expenses | $ 42.70 | |
| 09/29/2009 | Parking | Meeting in NY 9/29 | ground | NY | 1502: Client Expenses | $ 36.00 | |
| 09/29/2009 | Car Service | Meeting in NY 9/29 | ground | NY | 1502: Client Expenses | | |
| 09/29/2009 | Parking | Meeting in NY 9/29 | ground | NY | 3100 · Credit Card Charges AMEX | $ 20.00 | |
| 09/29/2009 | Taxi | Meeting in NY 9/29 | ground | NY | 3100 · Credit Card Charges AMEX | $ 18.50 | |
| 09/29/2009 | Taxi | Meeting in NY 9/29 | ground | NY | 3100 · Credit Card Charges AMEX | $ 23.16 | |
| 09/29/2009 | Taxi | Meeting in NY 9/29 | ground | NY | 3100 · Credit Card Charges AMEX | $ 33.23 | $ 191.47  Ground Transportation |
| | | | | | | | |
| 09/08/2009 | FedEx | | shipping | DC | 3100 · Credit Card Charges AMEX | $ 28.01 | |
| 09/30/2009 | FedEx | | shipping | DC | 3100 · Credit Card Charges AMEX | $ 28.01 | $ 56.02  Shipping |
| | | | | | | | |
| 09/29/2009 | FAX Usage | | | | | $ 1.00 | $ 1.00  FAX Usage |
| | | | | | | | |
| | | **TOTAL** | | | | **$1,336.49** | $ 1,336.49 |