Dominion of Canada, PROVINCE OF ONTARIO,
MUNICIPALITY of METROPOLITAN TORONTO

TO WITNESS:

NORTEL NETWORKS

I Patricia Tabone, of the City of Toronto, in the Municipality of Metropolitan Toronto, in the Province of Ontario, Intermediate Advertising Services Representative, in the employment of The Globe and Mail, make oath and say that the advertisement:

NOTICE

A true copy of which is hereto annexed, was duly distributed in the issues of The Globe and Mail a daily newspaper, simultaneously published in the Cities of Toronto, Montreal, Vancouver, Halifax, Calgary, Brandon, Canada, on the following dates, namely:

OCTOBER 5th A.D. 2009

That I have examined copies of the said newspaper published on the said dates and found the said advertisement to be correctly inserted therein.

Sworn before me at the City of Toronto
in the Municipality of Metropolitan
Toronto this 5TH of OCTOBER, A.D. 2009

*[Signatures: Patricia Tabone; Fatima Brito Wilson]*

Fatima Brito Wilson, a
Commissioner, etc., City of Toronto,
for CTVglobemedia Publishing Inc.
Expires June 28, 2010.

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: Nortel Networks Inc., et al., Debtors.  ) Chapter 11
) Case No. 09-10138 (KG)
) Jointly Administered

**NOTICE OF SALE**

PLEASE TAKE NOTICE that on September 21, 2009, Nortel Networks Inc. ("NNI") and together with its Canadian affiliate Nortel Networks Limited, the "Sellers") and its affiliated debtors (the "Debtors") filed a Motion for Orders (I)(a) Authorizing and Approving Sale Procedures, (b) Authorizing and Approving Notice Procedures, and (c) Setting a Date for Sale Hearing, and (II) Authorizing and Approving Sale of Debtors' Next Generation Packet Core Network Components Free and Clear of all Liens, Claims and Encumbrances (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on September 30, 2009, the Bankruptcy Court entered an order (D.I. 1584) (the "Sale Procedures Order") approving the sale procedures (the "Sale Procedures"), which set the key dates and times related to the sale of the Assets. **All interested bidders should carefully read the Sale Procedures Order, including the Sale Procedures set forth therein.**

PLEASE TAKE FURTHER NOTICE that pursuant to the Sale Procedures Order, the Bankruptcy Court has currently set **October 16, 2009 at 4:00 p.m. (ET)** as the Bid Deadline (as defined in the Sale Procedures).

PLEASE TAKE FURTHER NOTICE that pursuant to the Sale Procedures Order, the Bankruptcy Court has currently set **October 28, 2009 at 2:00 p.m. (ET)** as the hearing to approve the sale and (the "Sale Hearing") has currently set **October 21, 2009 at 4:00 p.m. (ET)** as the objection deadline for objections to the Sale Motion.

PLEASE TAKE FURTHER NOTICE that all general objections to the relief requested in the Sale Motion must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) conform to the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 by no later than the General Objection Deadline; and (e) served in accordance with the Local Rules so as to be received on or before the Objection Deadline by the following: (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott), (ii) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax: (212) 872-1002 (Attention: Fred S. Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), and (iii) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax: (212) 822-5735 (Attention: Roland Hlawaty).

PLEASE TAKE FURTHER NOTICE that this notice is subject to the full terms and conditions of the Motion, the Sale Procedures Order and the Sale Procedures and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Motion and the Sale Procedures Order (including the Sale Procedures approved by the Bankruptcy Court) may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' counsel: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.