IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-10138 (KG) |
| NORTEL NETWORKS INC. et al., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**UNITED STATES' WITHDRAWAL OF ITS MOTION FOR WITHDRAWAL OF REFERENCE OF ALL ISSUES RELATING TO DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE**

The United States of America ("United States"), on behalf of the Internal Revenue Service, hereby withdraws its MOTION FOR WITHDRAWAL OF REFERENCE OF ALL ISSUES RELATING TO DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE (Docket No. 1543).

DATE: October 8, 2009

Respectfully submitted,

 /s/William Bradley Russell Jr.
WILLIAM BRADLEY RUSSELL JR.
JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-0854 (Russell)
Telephone: (202) 307-6449 (Geht)
Fax: (202) 514-6866
E-mail: william.b.russell@usdoj.gov
E-mail: jan.m.geht@usdoj.gov
*Counsel for the United States*

4709684.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing WITHDRAWAL, together with supporting documents, was served on October 8, 2009, by ECF to all counsel of record.

    /s/ William Bradley Russell Jr.
WILLIAM BRADLEY RUSSELL JR.

4709684.1