IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                       :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
                                                            :
            Debtors.                                        :    Jointly Administered
                                                            :
------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING THE ORDER APPROVING STIPULATION BETWEEN NORTEL NETWORKS INCORPORATED AND THE <u>INTERNAL REVENUE SERVICE</u>**

I, Ann C. Cordo of Morris, Nichols, Arsht & Tunnell LLP, counsel for above-captioned debtor and debtor-in-possession ("<u>NNI</u>" or the "<u>Debtor</u>"), hereby certify as follows regarding the attached Order Approving Stipulation Between Nortel Networks Incorporated and the Internal Revenue Service (the "<u>Proposed Order</u>"), attached hereto as **Exhibit A:**

1. The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

2. By Order dated August 4, 2009, the Court set the general bar date for filing claims at September 30, 2009.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. The United States Department of Treasury, Internal Revenue Service (the "IRS") filed a proof of claim bearing claim identification number 1935 on August 20, 2009 asserting a tax claim against NNI in the amount of $2,967,386,218.82.

4. On September 15, 2009, NNI filed Debtor NNI's Objection to Proof of Claim Filed by the Internal Revenue Service (the "Claim Objection"), pursuant to 502(d) of title 11 of the United States Code.

2. The original response deadline for the Objection was October 6, 2009, which was extended for the IRS indefinitely in order for the parties to conduct negotiations in an attempt to come to an interim resolution of the Objection. As a result of those successful negotiations, no formal response has been filed to the Objection to date.

3. Debtor NNI and the U.S. Department of Justice on behalf of the IRS have agreed to partially resolve the Objection as provided for in the Proposed Order and its attached Stipulation.

4. The Proposed Order and Stipulation was circulated to the Official Committee of Unsecured Creditors (the "Committee"); the ad hoc group of bondholders holding claims against certain of the Debtors and certain of the Canadian Debtors (the "Bondholder Group"); and the Office of the United States Trustee (the "UST"), and none of these parties stated any objection to the Proposed Order or Stipulation.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that this Court enter the Proposed Order, approving the Stipulation.

Dated: October 8, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (No. 3562)
James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*