IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                          :   Chapter 11
:
Nortel Networks Inc., et al.,[1]               :   Case No. 09-10138 (KG)
:
Debtors.                             :   Jointly Administered
:
------------------------------------------------------------X

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 13, 2009 AT 10:00 A.M. (ET)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, filed 3/20/09).

   Related Pleadings: None.

   Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended for the Debtors to a date to be determined.

   Responses Received: None at this time.

   Status: This matter has been adjourned to a date to be determined.

2. Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

   Related Pleadings: None.

   Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Extended to November 25, 2009 at 4:00 p.m. (ET) for the Debtors and the Committee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Responses Received: None at this time.

Status: This matter has been adjourned to the hearing scheduled for December 2, 2009 at 11:00 a.m. (ET).

3. Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives (D.I. 800, Filed 5/29/09).

Related Pleadings: None.

Objection Deadline: June 19, 2009 at 4:00 p.m. (ET). Extended to October 21, 2009 at 4:00 p.m. for the Debtors and the Committee.

Responses Received: None at this time.

Status: This matter has been adjourned to the hearing scheduled for October 28, 2009 at 4:00 p.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

UNCONTESTED MATTERS GOING FORWARD:

CONTESTED MATTER GOING FORWARD:

4. Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1495, Filed 9/15/09).

Related Pleadings:

a) Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1496, Filed 9/15/09);

b) Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1497, Filed 9/15/09);

c) Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1498, Filed 9/15/09);

d) Order Shortening Notice of NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1509, Filed 9/16/09);

e) Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1510, Filed 9/16/09);

f)   Amended Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1534, Filed 9/23/09);

g)   Order Regarding The United States' Local Rule 5011-1 Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1581, Entered 9/30/09);

h)   Certification Of Counsel Regarding Appointment Of Mediator (D.I. 1608, Filed 10/5/09);

i)   Order Appointing Mediator (D.I. 1609, Entered 10/5/09);

j)   United States' Withdrawal Of Its Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1632, Filed 10/8/09); and

k)   Certification Of Counsel Regarding The Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1634, Filed 10/8/09).

Objection Deadline:  October 6, 2009 at 4:00 p.m. (ET).  Extended for the Internal Revenue Service without date.

Responses Received:

a)   United States' Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1543, Filed 9/24/09); and

b)   United States' Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1544, Filed 9/24/09).

Status:  After a successful mediation session before The Honorable John Gibbons on October 7, 2009, the parties came to an interim resolution of the Objection, which they will put before the Court at the hearing and seek adjournment of the hearing without date.

Dated: October 8, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ [signature]*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3153043