## CERTIFICATE OF SERVICE

        I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Authorizing Payment Of Prepetition Termination Benefits To Certain Additional Foreign Employees** was caused to be made on October 8, 2009, in the manner indicated upon the entities on the attached service list.

Dated:  October 8, 2009

                                              */s Ann C. Cordo*
                                                Ann C. Cordo (No. 4817)

3165149.1