IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
      Debtors. : Jointly Administered
:
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 1633]

PLEASE TAKE NOTICE that on October 8, 2009, copies of the **Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts** (D.I. 1633, Entered 10/8/09) were served in the manner indicated upon the entities on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: October 8, 2009
       Wilmington, Delaware

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                      James L. Bromley (No. 5125)
                      Lisa M. Schweitzer (No. 1033)
                      One Liberty Plaza
                      New York, New York 10006
                      Telephone: (212) 225-2000
                      Facsimile: (212) 225-3999

                                - and -

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Ann C. Cordo*
                      _____
                      Derek C. Abbott (No. 3376)
                      Eric D. Schwartz (No. 3134)
                      Ann C. Cordo (No. 4817)
                      Andrew R. Remming (No. 5120)
                      1201 North Market Street, 18th Floor
                      P.O. Box 1347
                      Wilmington, DE 19899-1347
                      Telephone: 302-658-9200
                      Facsimile: 302-425-4663

                      *Counsel for the Debtors and*
                      *Debtors in Possession*