# EXHIBIT A

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
                                                         :    Chapter 11
                                                         :
*In re*                                                  :
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,<sup>1</sup>              :
                                                         :    Jointly Administered
                             Debtors.                    :
                                                         :
                                                         :    **RE: D.I. _____**
                                                         :
---------------------------------------------------------X

**ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR
AN ORDER APPROVING STIPULATION WITH THE
<u>PENSION BENEFIT GUARANTY CORPORATION</u>**

Upon the motion (the "<u>Motion</u>"),[2] of Nortel Networks Inc. ("<u>NNI</u>"), and its affiliated Debtors and Debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order, as more fully described in the Motion, shortening the notice period relating to the PBGC Motion; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2. The PBGC Motion will be considered at a hearing scheduled on **October 13, 2009 at 10:00 a.m**. (Eastern Time).

3. Objections, if any, to the PBGC Motion shall be filed and served no later than **October 13, 2009 at 9:00 a.m.** (ET).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
      Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3165138.1