**CERTIFICATE OF SERVICE**

        I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Shortening Notice Of Debtors' Motion For An Order Approving Stipulation With The Pension Benefit Guaranty Corporation** was caused to be made on October 8, 2009, in the manner indicated upon the entity identified below and those on the attached service list.

Dated:  October 8, 2009

                                        */s Ann C. Cordo*
                                            Ann C. Cordo (No. 4817)

**VIA OVERNIGHT DELIVERY**

Lee J. Lofthus
Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001