**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X
:
:                                     Chapter 11
:
*In re*                               :
:                                     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1]   :
:                                     Jointly Administered
                         Debtors.     :
:
:                                     **Hearing date: October 28, 2009 at 2:00 p.m. (ET)**
:                                     **Objections due: October 21, 2009 at 4:00 p.m.**
:                                     **(ET)**
:
--------------------------------------------------------X

**DECLARATION OF JULIA SWEENEY IN SUPPORT OF DEBTORS' APPLICATION
FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF SPECIAL
COUNSEL, INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF
LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION**

I, Julia Sweeney, pursuant to section 1746 of title 28 of the United States Code, hereby

declare that the following is true to the best of my knowledge:

1.      I am the Executive Director of the Washington, D.C. branch of the firm Special

Counsel, Inc. ("Special Counsel" or the "Firm"), which has its principal office at 1 Independent

Drive, Jacksonville, FL 32202. I am authorized to execute this declaration on behalf of Special

Counsel. Unless otherwise stated in this declaration, I have personal knowledge of the facts set

forth herein.

2.      This declaration is being submitted in connection with the proposed retention of

Special Counsel as a provider of legal staffing services to the Debtors to perform services as set

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc.
(9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel
Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel
Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be
found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

forth in the Debtors' application for an order authorizing the employment and retention of

Special Counsel (the "Application").[2]

## **Professional Qualifications**

3.      Special Counsel is the legal staffing unit of MPS Group, Inc., a global provider of

performance improvement solutions.  Special Counsel is the largest legal provider of legal

staffing services in the United States.  Special Counsel specializes in the provision of customized

staffing for large document review projects.

4.      Special Counsel has been staffing teams of all sizes to review documents

pertaining to government inquiries for many years.  Special Counsel is thus well positioned to

anticipate and satisfy the unique demands of such inquiries.  Special Counsel employs specific

review tools and is able to ramp up with minimal notice to meet fast-moving production

deadlines.

## **Services to be Provided**

5.      On October 2, 2009, NNI and Special Counsel executed the Services Agreement

(the "SA"), effective as of September 15, 2009, and the Statement of Work (the "SOW") dated

September 15, 2009 (the SOW, and together with the SA, the "Agreement"), a copy of which is

attached to the Application as Exhibit C.

6.      Pursuant to the Agreement,[3] Special Counsel is providing licensed contract

attorneys to conduct the initial review of electronic documents for responsiveness, issue and

privilege coding.  Special Counsel is following strict guidelines for review provided by Cleary

Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), the Debtors' attorneys employed and retained to

---

[2]      Capitalized terms used, but not defined, herein shall have the same meanings as in the Application.

[3]      The summary of the Agreement in this Application is solely for the benefit of the Court and parties in interest.  To the extent that the summary and the terms of the Agreement are inconsistent, the terms of the Agreement shall control.

file and prosecute the chapter 11 cases and all related matters. Native Discovery Solutions ("Native Discovery"), the Debtors' provider of project management, document hosting, eDiscovery services, production services, data storage, and litigation consulting services, is acting as the project manager. Native Discovery's litigation consulting services do not include providing legal advice or strategy and are instead limited to onsite data collection, computer forensic services, application of search terms, and data discovery strategy. As project manager, Native Discovery is responsible for hosting the documents to be reviewed, ensuring the reviews are completed in a timely manner, and properly processing, copying and producing the responsive documents.

7.      Additionally, pursuant to the Agreement, Special Counsel is providing off-site project space for its contract attorneys and any Cleary Gottlieb and/or NNI representative in their TurnKey Legal Center. The provision of space will include workstations with appropriate bandwidth for the team to properly conduct the reviews as determined by Cleary Gottlieb and/or NNI.

### Disclosure of Relationship with Parties in Interest

8.      In connection with its proposed retention by NNI in these cases, Special Counsel undertook to determine whether Special Counsel had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors. Specifically, Special Counsel obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Potential Parties-in-Interest") and such parties are listed on Schedule 1 annexed hereto. Special Counsel has researched its electronic client files and records to determine its connections with the Potential Parties-in-Interest. To the extent that I have been able to ascertain that Special Counsel has been retained within the last three years to represent any Potential Party-in-Interest (or its apparent parent company or an apparent subsidiary of such parent company (any of such,

3

a "Related Entity")) in matters unrelated to these cases, such Potential Party-in-Interest (or the apparent parent company) is listed on Schedule 2, annexed hereto.  Special Counsel's representation of each entity listed on Schedule 2 (or its Related Entity), however, was or is only on matters that are unrelated to the Debtors and these cases.  Other than as listed on Schedule 2 or otherwise set forth herein, I am unaware of any engagements of Special Counsel by the Potential Parties-in-Interest (or their Related Entities) within the last three years.

9.      In addition to the entities listed on Schedule 2, Special Counsel may also have represented certain Potential Parties-in-Interest (or their Related Entities) in the past and Special Counsel may have worked with, continue to work with, and/or have mutual clients with, certain accounting and law firms who appear on the Potential Parties-in-Interest list.

10.     Given the size of the Firm and the breadth of Special Counsel's client base, it is possible that Special Counsel may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge.  In addition, the Debtors have numerous customers, creditors and other parties with whom they maintain business relationships and some may not be included as Potential Parties-in-Interest.  To the extent that Special Counsel discovers any, or enters into any new, material relationship with Potential Parties-in-Interest, it will use reasonable efforts to supplement this disclosure to the Court. Additionally, as noted above, Special Counsel is the legal staffing unit of a global firm and thus has several legally separate and distinct affiliates.  As Special Counsel is the only entity being retained by NNI, we have researched only the electronic client files and records of Special Counsel, not of all of its affiliates, to determine connections with any Potential Parties-in-Interest.

**Professional Compensation and Employment Terms**

11.    Other than as disclosed herein, Special Counsel has no relationship with the Debtors of which I am aware after due inquiry.

12.    Special Counsel's retention is subject to the Court's approval of the Agreement. It is the intention of Special Counsel to seek compensation for its services as described in the Application and the Agreement in accordance with the Bankruptcy Code, the Bankruptcy Rules, the United States Trustees' Guidelines and any and all rules of this Court and consistent with the proposed compensation set forth in the Agreement (the "Fee Structure").

13.    In summary, the Fee Structure provides that the Debtors will compensate Special Counsel as follows:

>    a.    Special Counsel will bill for contract attorneys at a rate of $49.50 per hour worked up to forty (40) hours per week; and
>
>    b.    For all hours worked over forty (40) hours per week, Special Counsel will bill for contract attorneys at a rate of $71.80 per hour.

14.    Special Counsel will comply with all of the requirements of this Court and of the Bankruptcy Code, the Bankruptcy Rules, and Local Bankruptcy Rule 2012-1 with respect to fee applications of professionals employed by bankruptcy estates.

15.    To the best of my knowledge, (a) no commitments have been made or received by Special Counsel, nor any member thereof, as to compensation or payment in connection with this chapter 11 case other than in accordance with the provisions of the Bankruptcy Code, and (b) Special Counsel has no agreement with any other entity who the Debtors seek to retain by separate application filed concurrently herewith, to share with such entity any compensation received by Special Counsel in connection with these chapter 11 cases.

16.    The Debtors did not make any payments to Special Counsel during the 90-day period prior to the Petition Date.

17.     Based upon the foregoing, I believe Special Counsel is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  October 8, 2009
        Washington, D.C.

_____
Julia Sweeney

**SCHEDULE 1**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.

Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.

Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH

Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.
Charles R. Raphun
Paul W. Karr
Dennis Carey

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

Current Directors and Officers of NNCC

Paul W. Karr
John Doolittle
Jeffrey T. Wood
William R. Ellis

Lynn C. Egan
Gordon A. Davies
Dennis Carey

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

Current Directors and Officers of Alteon WebSystems, Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Alteon WebSystems International, Inc.

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Alteon WebSystems International, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri

Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Architel Systems (U.S.) Corporation

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to
the Petition Date

Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current Directors and Officers of Xros, Inc..

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Sonoma Systems

Gordon A. Davies

Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

Current Directors and Officers of Qtera Corporation

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

<u>Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.</u>

Gordon A. Davies
Dennis Carey
William Roy Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Directors and Officers of Nortel Networks Optical Components Inc.</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

<u>Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date</u>

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

<u>Current Directors and Officers of Nortel Networks HPOCS Inc.</u>

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

*Current Directors and Officers of Northern Telecom International Inc.*

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney

Karen E. Sledge
William R. Ellis

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales
April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon

Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald
Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington

Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell


***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft

Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


***Debtors' Litigants***

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.

Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


***Debtors' Lenders***

Export Development Canada


***Debtors' Banks and Money Market Funds***

*Citibank*
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund


***Debtors' Significant Customers***

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus

France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


*Debtors' Landlords*

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group

The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP


*Debtors' Insurers*

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd

Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA

Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC

Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank


***Debtors' Professionals***

Cleary Gottlieb Steen & Hamilton LLP
*Morris, Nichols, Arsht & Tunnell LLP*
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP

Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group

***Unsecured Creditors Committee's Professionals***

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

***Debtors' Major Competitors***

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

***Top 40 Unsecured Creditors***

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation


*Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.

PCCW Global Inc

***Others***

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies

Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall

### Ad Hoc Bondholder Group

Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC

### Top 20 Creditors of Nortel Networks (CALA) Inc.

Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology

United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

**SCHEDULE 2**

*Debtors' Vendors*

IBM
Texas Instruments Inc.
Motorola Corporation
Hewlett Packard
Sun Microsystems

*Debtors' Litigants*

Motorola


*Debtors' Banks and Money Market Funds*

Bank of America
Deutsche Bank
JP Morgan
UBS

*Debtors' Significant Customers*

Verizon
AT&T
Sprint Nextel
Motorola

*Debtors' Landlords*

HQ Global Workplaces Inc.

*Debtors' Insurers*

Allianz Global Risks US Insurance Company
Zurich Insurance Company

*Debtors' Bondholders and Trustees*

Bank of America/La Salle
Comerica Bank
Credit Suisse Securities (USA)
Deutsche Bank Securities, Inc.
First Southwest Company
JP Morgan Chase Bank, National Association
Lehman Brothers, Inc.
Merrill Lynch Pierce Fenner & Smith Inc.
National City Bank
PNC Bank, NA

Suntrust Bank
TD Ameritrade Inc.
UBS Financial Services, Inc.
UBS Securities, LLC
Wells Fargo Bank, National Association

***Debtors' Professionals***

Cleary Gottlieb Steen & Hamilton LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Huron Consulting Group

***Unsecured Creditors Committee's Professionals***

Akin Gump Strauss Hauer & Feld LLP

***Debtors' Major Competitors***

Juniper Networks, Inc.
Huawei
Avaya
Motorola
IBM
Hewlett Packard


***Top 40 Unsecured Creditors***

Beeline
IBM Corporation

***Utilities***

Atmos Energy
Con Ed
Duke Energy Company
National Grid
AT&T
Cincinnati Bell
Comcast
MCI

***Others***

Ernst & Young Inc.

Iron Mountain Information Management Inc.
Qwest Communications Corporation and Qwest Corporation
Insight Direct USA, Inc.
Unisys
Aon Consulting
Xeta Technologies
Avaya Inc.

***Top 20 Creditors of Nortel Networks (CALA) Inc.***

Siemens Enterprise Comm Inc
Verint Americas Inc