## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Application For An Order Authorizing Employment And Retention Of Special Counsel Inc.** *Nunc Pro Tunc* **To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession** was caused to be made on October 8, 2009, in the manner indicated upon the entities on the attached service list.

Dated: October 8, 2009

                                                */s/ Ann C. Cordo*
                                                  Ann C. Cordo (No. 4817)