**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
                               :        Chapter 11

*In re*                              :

Nortel Networks Inc., *et al.*, [1]      :        Case No. 09- 10138 (KG)
                                :

                  Debtors.    :        Jointly Administered
:
:        **RE: D.I. 222, 236**
:
-------------------------------------------------------X

**SUPPLEMENTAL ADMINISTRATIVE ORDER PURSUANT TO 11 U.S.C. §§ 105(a)
AND 331, FED. R. BANKR. P. 2016 AND DEL. BANKR. L.R. 2016-2 ESTABLISHING
PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF FEES
AND EXPENSES FOR PROFESSIONALS AND OFFICIAL COMMITTEE MEMBERS**

IT IS HEREBY ORDERED THAT:

1.      For each Monthly Fee Statements and Interim Fee Statement Request filed on or

after the date of this Order in accordance with the Compensation Procedures set forth in the

Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed R. Bankr. P. 2016 and Del.

Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of

Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009

[D.I. 222] (the "Interim Compensation Procedures Order")[2] in which the requested compensation

for services rendered and expense reimbursement is denominated in non-U.S. currency, the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc.
(9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors'
petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      Capitalized terms used herein but not otherwise defined shall have the meaning ascribed in the Interim
Compensation Procedures Order.

Professional will provide the compensation amount denominated in U.S. currency (the "Currency Conversion") in addition to the non-U.S. amount.

2.      The Currency Conversion is being provided for informational purposes only. Professionals will continue to be paid by the Debtors pursuant to the terms of their individual retention orders.

3.      The Professional providing the Currency Conversion will use the Reuters Closing Rate calculated as of the date of filing of the Application.

4.      The Debtors will provide amounts denominated in both U.S. currency and non-U.S. currency, for Quarterly Statements (as defined in the OCP Order) filed in accordance with the Order Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of Business *nunc pro tunc* to the Petition Date [D.I. 236] (the "OCP Order") in which any OCP's (as defined in the OCP Order) amount paid as compensation for services rendered and reimbursement of expenses is denominated in non-U.S. currency.  The U.S. denomination is being provided for informational purposes only.  The Debtors will use the Reuters Closing Rate calculated as of the first date covered by the Quarterly Statement.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
        Wilmington, Delaware
                                        _____
                                        THE HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE

3166773.1

2