IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------x
                                :
In re                           :   Chapter 11
                                :
Nortel Networks Inc., et al.,[1] :   Case No. 09-10138 (KG)
                                :
        Debtors.                :   Jointly Administered
                                :
                                :   Hearing date: October 15, 2009 at 2:00 PM (ET)
                                :   Objections due: October 12, 2009 at 4:00 PM (ET)
                                :
                                :
-------------------------------x
```

## NOTICE OF FILING OF PROPOSED ASSET SALE AGREEMENT

**PLEASE TAKE NOTICE** that on September 30, 2009, the Debtors filed *Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving Sale Of Certain Assets Of Debtors' GSM/GSM-R Business* [D.I. 1587] (the "Sale Motion").[2] A hearing to consider approval of the portion of the Sale Motion seeking approval of the Bidding Procedures, Notice Procedures and setting the time, date and place for the Sale Hearing is scheduled to begin on **October 15, 2009 at 2:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2009, the Court entered the Order (1) Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

Procedures, And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving The Sale Of Certain Assets Of Debtors' Gsm/Gsm-R Business And (2) Providing Limited Relief From Local Rule 6004-1(B)(1) [D.I. 1595] (the "Shortened Notice Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Shortened Notice Order, a copy of the **proposed Asset Sale Agreement** for the sale of substantially all of the assets of the GSM/GSM-R Business of the Debtors and other affiliates of the Debtors has been filed today as Exhibit A hereto. The Debtors hereby reserve the right to further modify or amend this proposed draft agreement in consultation with the Creditors' Committee, the Bondholder Group and the Monitor. Any changes to this proposed draft will be made available, in a timely manner, to all Potential Bidders and Qualified Bidders.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 9, 2009
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (No. 5125)
        Lisa M. Schweitzer (No. 1033)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s Ann C. Cordo*
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Ann C. Cordo (No. 4817)
        Andrew R. Remming (No. 5120)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        Counsel for the Debtors and
        Debtors in Possession