# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 13, 2009 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

OMNIBUS HEARING;

**R / M #:**   1,646 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to a date to be determined
#2 - Adjourned to 12/2/09 @ 11:00 am
#3 - Adjourned to 10/28/09 @ 4:00 pm
#4 - ORDER SIGNED
#5 - ORDER SIGNED