# SIGN-IN-SHEET

| CASE NAME: | Nortel Networks Inc. | COURTROOM LOCATION: 3 |
| CASE NO.: | 09-10138 - KG | DATE: 10/13/09 |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jay Geht | US DOJ | United States |
| Mark Bane | Ropes + Gray | Avaya |
| Chris Samis | Richards, Layton + Finger, P.A. | Committee |
| Derek Abbott | morris, nichols, arsht + tunnell | Debtors |
| Annie Cordo | '' | '' |
| Sussen Bromley | cleary gottlieb, steen+hamilton | '' |

# Court Conference

Calendar Date: 10/13/2009
Calendar Time: 10:00 AM

## U.S. Bankruptcy Court-Delaware

### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Courtroom
Amended Calendar 10/13/2009 07:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By Telephone | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3119931 | Mathew M. Barnett | (212) | Mathew M. Barnett - In Pro Per/Pro Se | Interested Party, Mathew Barnett / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3123999 | Amelie Baudot | 972-2500 | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3123877 | Deborah Buell | 610-5300 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3118354 | Robert Burns | (212) 554-1762 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3119155 | Eric Geller | (212) 123-6055 | CitiGroup | Creditor, CitiGroup / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3120882 | Stephen Grisanti | 302-769-3233 | Tricadia Capital | Creditor, Tricidia / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3123858 | Fred S. Hodara | 212-872-8018 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3121705 | Sarah Johnson | 212-478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3123876 | Ira Lindsay | (212) 225-8910 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3123866 | Peter Look | (212) 225-5200 | Nortel Networks, Inc. | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3120982 | Jim C. Martin | 212-761-1947 | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3118970 | Olivia Mauro | (212) 412-7685 | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3020770 | Steven J. Reisman | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3115775 | Mitchell Sockett | 212-812-3100 | King Street Capital Management, LLC | Creditor, King Street Capital Management, LLC / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3113835 | Todd L Solomon | (212) 303-9497 | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3118631 | Jacob Zand | 646-825-566 | Jacob Zand - In Pro Per | In Propria Persona, Jacob Zand / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10318 | Hearing | 3120136 | Vincent Murrell | 202-326-4020 ext. 3580 | Pension Benefit Guaranty Corporation | Creditor, PBGC / LIVE |