# **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On October 15, 2009 At 2:00 P.M. (Eastern Time)** was caused to be made on October 13, 2009, in the manner indicated upon the entities identified on the attached service list.


Date:  October 13, 2009               */s/ Ann C. Cordo*
                                             Ann C. Cordo (No. 4817)

2800793.7