# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al.,[1] | Case No. 09-10138-KG |
| Debtor. | (Jointly Administered) |

## NOTICE OF APPEARANCE OF COUNSEL AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned firm of Dewey & LeBoeuf, LLP hereby enters an appearance on behalf of Law Debenture Trust Company of New York ("Law Debenture") in the above-referenced proceedings, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-referenced case be given and served upon the following person at the following address, telephone and telecopy numbers:

Mohsin N. Khambati, Esq.
Dewey & LeBoeuf, LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL  60601-6710
Telephone:  (312) 794-8000
Facsimile:  (312) 794-8100
E-mail:  mkhamati@dl.com

Lawrence E. Miller
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, NY 10019
Telephone:  (212) 424-8000
Facsimile:  (212) 424-8500
E-mail:  lmiller@dl.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Norrtel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

2

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Law Debenture's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (b) any other rights, claims, actions, setoffs, or recoupments to which Law Debenture is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Law Debenture expressly reserves.

Dated:  October 13, 2009                                DEWEY & LEBOEUF, LLP

                                               /s/  *Samuel S. Kohn*
                                               Samuel S. Kohn
                                               Dewey & LeBoeuf, LLP
                                               1301 Avenue of the Americas
                                               New York, NY 10019
                                               Telephone:  (212) 259-8000
                                               Facsimile:   (212) 259-6333
                                               E-mail:  skohn@dl.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2009, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system to all counsel of record.

    /s/   *Samuel S. Kohn*
Samuel S. Kohn

CH 28874.3 100386 000004