**EXHIBIT A**

**General Notice Parties for all Objections**

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002; and

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701.

**Additional Notice Parties for Network Managed Services Supplement to the Purchase and License Agreement**

(a) Alaska Communications Systems Holdings, Inc. 600 Telephone Avenue, MS65, Anchorage, Alaska 99503, Attn: Anand Vadapalli, facsimile 907-297-3153;

(b) Alaska Communications Systems Holdings, Inc. 600 Telephone Avenue, MS65, Anchorage, Alaska 99503, Attn: Leonard Steinberg, facsimile 907-297-3153; and

(c) Alaska Communications Systems Holdings, Inc. 600 Telephone Avenue, MS65, Anchorage, Alaska 99503, Attn: Martha Beckwith, facsimile 907-297-3100.