# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Eighteenth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on October 13, 2009, in the manner indicated upon the entities identified on the attached service lists.

Dated: October 13, 2009

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

3143731.2