# NORTEL SERVICE LIST

**VIA HAND DELIVERY**

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801


**VIA FEDERAL EXPRESS**

Fred S. Hodara Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY  10036


**VIA FACSIMILE**

Attn:  Anand Vadapalli
Alaska Communications Systems
    Holdings, Inc.
600 Telephone Avenue, MS65
Anchorage, AK  99503
FAX:  907-297-3153

Attn:  Leonard Steinberg
Alaska Communications Systems
    Holdings, Inc.
600 Telephone Avenue, MS65
Anchorage, AK  99503
FAX:  907-297-3153

Attn:  Martha Beckwith
Alaska Communications Systems
    Holdings, Inc.
600 Telephone Avenue, MS65
Anchorage, AK  99503
FAX:  907-297-3100