## **CERTIFICATE OF SERVICE**

I, William P. Bowden, hereby certify that, on October 14, 2009, I caused one copy of the foregoing to be served upon the persons on the attached list as indicated.

_____
William P. Bowden (#2553)

{00074510;v1}

| | |
|---|---|
| **U.S. MAIL & FACSIMILE**<br>James L. Bromley<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Facsimile (212) 225-3999 | **HAND DELIVERY & FACSIMILE**<br>Derek C. Abbott<br>Eric D. Schwartz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19801<br>Facsimile (302) 658-3989 |
| **HAND DELIVERY**<br>U.S. Trustee<br>Thomas Patrick Tinker<br>Office of the U.S. Trustee<br>844 King Street Suite 2207<br>Wilmington, DE 19801 | **HAND DELIVERY**<br>Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 |