**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, Ayesha S. Chacko, of Campbell & Levine, LLC, hereby certify that on October 14, 2009, I caused a copy of the *Objection and Reservation of Rights of Anixter Inc. to Debtors' Motion for Orders (I) (A) Authorizing Debtors' Entry Into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents Under Seal and (E) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of all Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts* to be served upon the individuals listed below in the manner indicated.

<u>VIA HAND DELIVERY</u>
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

<u>VIA FIRST CLASS MAIL</u>
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Date: October 14, 2009        /s/Ayesha Chacko
                              Ayesha S. Chacko (No. 4994)

{D0164423.1 }