IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:           Chapter 11
In re                                                    :
:           Case No. 09-10138 (KG)
NORTEL NETWORKS INC., *et al.*,               :
:           (Jointly Administered)
        Debtors.                     :  Hearing Date: October 15, 2009 at 2:00 p.m. (ET)
:  Objection Deadline: October 14, 2009 at 4:00 p.m. (ET)
---------------------------------------------------------x  Related to Docket No. 1627, 1666 and 1667

**JOINDER OF FLEXTRONICS CORPORATION AND FLEXTRONICS TELECOM SYSTEMS LTD TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (E) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' METRO ETHERNET NETWORKS BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

Flextronics Corporation and Flextronics Telecom Systems Ltd, on behalf of themselves and certain of their affiliates (collectively, "Flextronics"), by and through undersigned counsel, hereby files this joinder (the "Joinder") in the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry Into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents Under Seal and (E) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory

Contracts, dated October 14, 2009 [Docket No. 1667] (the "Committee Objection")[1] and hereby joins in the arguments set forth therein.[2]

**WHEREFORE**, Flextronics respectfully requests that the Court (i) deny approval of the Bidding Procedures absent the modifications thereof as outlined in the Committee Objection, (ii) deny approval of the ASA absent the modifications thereof as outlined in the Committee Objection, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 14, 2009

Steven J. Reisman, Esq.
Turner P. Smith, Esq.
James V. Drew, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559

*Counsel to Flextronics Corporation and Flextronics Telecom Systems Ltd*

-and-

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067

*Delaware Counsel to Flextronics Corporation and Flextronics Telecom Systems Ltd*

---

[1] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Committee Objection.
[2] This Joinder supplements the objection previously filed by Flextronics with respect to the Motion [Docket No. 1666].

6587572v1

## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on October 14, 2009, I caused one copy of the foregoing to be served upon the persons on the attached list as indicated.

_____
William P. Bowden (#2553)