## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :    Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         :    Case No. 09-10138 (KG)
                                                         :
         Debtors.                                        :    Jointly Administered
                                                         :
---------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 15, 2009 AT 2:00 P.M. (ET)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

   None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

   None at this time.

UNCONTESTED MATTERS GOING FORWARD:

1.   Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1627, Filed 10/7/09).

   Related Pleadings:

   a)   Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]   Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3]   The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1628, Filed 10/7/09);

b) Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1633, Entered 10/8/09); and

c) Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record Filed In The Canadian Proceedings To Approve MEN Business Bidding Procedures (D.I. 1652, Filed 10/12/09).

Objection Deadline:  October 14, 2009 at 4:00 p.m. (ET).

**Responses Received:**

a) **Limited Objection And Reservation Of Rights Of Flextronics Corporation And Flextronics Telecom Systems LTD To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1666, Filed 10/14/09);**

b) **Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1667, Filed 10/14/09);**

    **c)**     **Objection And Reservation Of Rights Of Anixter Inc. To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1668, Filed 10/14/09); and**

    **d)**     **Joinder Of Flextronics Corporation And Flextronics Telecom Systems Ltd To Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1670, Filed 10/14/09).**

    <u>Status</u>:   This matter is going forward.

CONTESTED MATTER GOING FORWARD:

2.     Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business (D.I. 1587, Filed 9/30/09).

<u>Related Pleadings</u>:

    a)     Debtors' Motion For (1) An Order Shortening Notice Relating To Certain Elements Of Debtor's Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business And (2) Providing Limited Relief From Local Rule 6004-1(b)(i) (D.I. 1588, Filed 9/30/09); and

    b)     Order (1) Shortening Notice Relating To Certain Elements Of Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business And (2) Providing Limited Relief From Local Rule 6004(b)(1) (D.I. 1595, Filed 10/1/09);

    c)    Notice Of Filing Of Proposed Asset Sale Agreement (D.I. 1649, Filed 10/9/09); and

    **d)**    **Notice Of Filing Of Proposed Asset Sale Agreement (D.I. 1669, Filed 10/14/09).**

Objection Deadline:  October 12, 2009 at 4:00 p.m. (ET).

Responses Received:

a)    Preliminary Objection Of Anixter Inc. To Debtors' Motion For Order Authorizing And Approving The Bidding Procedures Applicable To The Proposed Sale Of The Debtors' GSM/GSM-R Business (D.I. 1651, Filed 10/12/09).

**Status:**  This matter is going forward. **The Debtors have resolved the objection of Anixter Inc. and will present the resolution on the record at the hearing.**

Dated:  October 14, 2009
Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (No. 5125)
    Lisa M. Schweitzer (No. 1033)
    One Liberty Plaza
    New York, New York 10006
    Telephone:  (212) 225-2000
    Facsimile:  (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Andrew R. Remming*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Andrew R. Remming (No. 5120)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE  19899-1347
    Telephone:  (302) 658-9200
    Facsimile:  (302) 425-4663

    *Counsel for the Debtors and Debtors in Possession*

3175562