IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re                                              :   Chapter 11
                                                   :
Nortel Networks Inc., *et al.*,[1]                 :   Case No. 09-10138 (KG)
                                                   :
            Debtors.                               :   Jointly Administered
                                                   :
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 1656, 1658 AND 1659]

PLEASE TAKE NOTICE that on October 14, 2009, copies of the following were served in the manner indicated upon the entities listed on the attached service list.

- **Supplemental Administrative Order Pursuant To 11 U.S.C. §§ 105(A) And 331, Fed. R. Bankr. P. 2016 And Del. Bankr. L.R. 2016-2 Establishing Procedures For Interim Compensation And Reimbursement Of Fees And Expenses For Professionals And Official Committee Members** (D.I. 1656, Entered 10/13/09).

- **Order Approving Stipulation With The Pension Benefit Guaranty Corporation** (D.I. 1658, Entered 10/13/09).

PLEASE TAKE FURTHER NOTICE that on October 14, 2009, copies of the **Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service** (D.I. 1659, Entered 10/13/09) were served in the manner indicated upon the entity listed below and those on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**VIA FIRST CLASS MAIL**

Lee J. Lofthus
Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Dated: October 14, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3174922.1