# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANT PARENT CORP., *et al.*,[2] | Case No. 09-12647 (BLS) |
| Debtors. | (Joint Administered) |
| | **Relates to Docket No. 110, 214, 239 and 243** |

## ORDER APPROVING THIRD STIPULATION EXTENDING MILESTONE DEADLINE UNDER FINAL DIP FINANCING ORDER

Upon the consideration of the Third Stipulation Extending Milestone Deadline Under Final DIP Financing Order ("Stipulation"), the Court finding that no notice of the Stipulation is required and that approval of the Stipulation is appropriate and in the best interests of the Debtors' estates,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Stipulation attached hereto as Exhibit "1" is approved in its entirety.

2. The date "October 17, 2009" in paragraph 19 of the Final DIP Financing Order (as defined in the Stipulation) is stricken, and the date "October 24, 2009" is substituted therefore.

3. The date "October 17, 2009" in the first sentence of paragraph 46 of the Sale Order (as defined in the Stipulation) is stricken, and the date "October 24, 2009" is substituted therefore.

4. All references in the DIP Financing Order to the Budget shall be the Budget attached to the Second Stipulation (as defined in the Stipulation) as Exhibit "A."

---

[2] The Debtors are the following entities: Stant Parent Corp. (7606), Stant Holding Corp. (2025), Stant Corporation (8429), Stant Manufacturing, Inc. (4059), Standard-Thomson Corporation (5751) and Thomson International Corporation (5448).

CHICAGO/#1985323.2

5. Except as expressly modified by the foregoing paragraph, the Final DIP Financing Order continues in effect in accordance with its original terms and conditions.

Dated October 5, 2009

                                              Honorable Brendan L. Shannon
                                              United States Bankruptcy Judge