# **EXHIBIT 1 TO ORDER**

CHICAGO/#1985323.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STANT PARENT CORP., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 09-12647 (BLS)<br><br>(Joint Administered)<br><br>**Relates to Docket No. 110, 214, 239 and 243** |

**THIRD STIPULATION EXTENDING MILESTONE DEADLINE
UNDER FINAL DIP FINANCING ORDER AND SALE ORDER**

WHEREAS, on or about June 18, 2008, Stant Holding Corp. ("Stant Holding"), Stant Corporation ("Stant"), Standard-Thomson Corporation ("STC"), Thomson International Corporation ("Thomson"), Stant Manufacturing, Inc. ("Stant Manufacturing"); and together with Stant Holding, Stant, STC and Thomson, (collectively, the "Debtors"), Stant Parent Corp., as guarantor, GMAC Commercial Finance LLC, as lender and agent (in such capacity, the "Agent") for the lenders (collectively, the "Senior Lenders"), and the Senior Lenders entered into that certain Loan and Security Agreement, pursuant to which, *inter alia*, the Senior Lenders agreed to make certain prepetition loans and financial accommodations to the Borrowers; and

WHEREAS, on August 17, 2009, this Court entered that certain *Final Order (I) Authorizing Secured Post-Petition Financing, (II) Granting Senior Liens and Superpriority Administrative Expense Status; (III) Authorizing the Debtors' Use of Cash Collateral; (IV) Granting Limited Relief From the Automatic Stay, and (V) Granting Related Relief* (the "Final DIP Financing Order") [Docket No. 110] authorizing the Debtors to, *inter alia*, obtain

---

[1] The Debtors are the following entities: Stant Parent Corp. (7606), Stant Holding Corp. (2025), Stant Corporation (8429), Stant Manufacturing, Inc. (4059), Standard-Thomson Corporation (5751) and Thomson International Corporation (5448).

certain secured post-petition loans, advances and other credit accommodations from the Senior Lenders; and

WHEREAS, paragraph 19 of the Final DIP Financing Order provides that "An Event of Default under this Order shall include: . . . (xv) the Debtor's failure to meet the following sale milestones, subject to the Court's schedule: . . . (3) September 30, 2009: closing of the sale(s) of the business, either as a single enterprise or on a plant-by-plant basis" (the "Sale Closing Milestone"); and

WHEREAS, on September 18, 2009, this Court entered that certain *Order (I) Approving Asset Purchase Agreement And Authorizing The Sale Of Certain Assets Of Debtors Outside The Ordinary Course Of Business; (II) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; (III) Authorizing The Assumption And Sale And Assignment Of Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief* (the "Sale Order") [Docket No. 214];

WHEREAS, paragraph 46 of the Sale Order provides that "Notwithstanding paragraph 25 of the Final Order (I) Authorizing Continued Secured Postpetition Financing, (II) Granting Senior Liens And Superpriority Administrative Expense Status, (III) Authorizing Debtors' Use of Cash Collateral; (IV) Granting Limited Relief From The Automatic Stay; And (V) Granting Related Relief (Docket No. 110), the Senior Prepetition Agent and the Senior Prepetition Lenders' obligations to provide loans or other financial accommodations to the Debtors or to or on behalf of any other party in interest in these chapter 11 cases shall terminate on the earlier of (i) the Termination Date (as defined therein), (ii) the Closing Date, or (iii) October 3, 2009 at 11:59 p.m., unless such date is extended by agreement of the Debtors and the Senior Prepetition

CHICAGO/#1985323.2

Agent. The failure of the Debtors to close the Sale on or before October 3, 2009 shall not be deemed to be an Event of Default under such Order."

WHEREAS. on October 5, 2009, this Court entered that certain *Order Approving Stipulation Extending Milestone Deadline Under Final Dip Financing Order And Sale Order* [Docket No. 239];

WHEREAS. on October 9, 2009, this Court entered that certain *Order Approving Second Stipulation Extending Milestone Deadline Under Final Dip Financing Order And Sale Order* ("Second Stipulation") [Docket No. 243];

WHEREAS the transactions contemplated by Sale Order have not been consummated; and

WHEREAS, Debtors, Vapor Acquisition Corp. ("Vapor") and The Official Committee of Unsecured Creditors (the "Committee") have requested that the Agent and Senior Lenders provide loans to the Debtors (in accordance with the Sale Order) through the earlier of (i) the Termination Date (as defined in the Final DIP Financing Order), (ii) the Closing Date (as defined in the Sale Order), or (iii) October 24, 2009 at 11:59 p.m., unless such date is extended by agreement of such parties.

NOW, THEREFORE, in consideration of the premises, the Debtors, the Agent, Vapor and the Committee hereby stipulate and agree, subject to Court approval, as follows:

1. The date "October 17, 2009" in paragraph 19 of the Final DIP Financing Order is stricken, and the date "October 24, 2009" is substituted therefore.

2. The date "October 17, 2009" in the first sentence of paragraph 46 of the Sale Order is stricken, and the date "October 24, 2009" is substituted therefore.

3.      All references in the DIP Financing Order to the Budget shall be the Budget attached to the Second Stipulation as Exhibit "A."

4.      Except as expressly modified by the foregoing paragraph, the Final DIP Financing Order continues in effect in accordance with its original terms and conditions.

Dated: October 15, 2009

| | |
|---|---|
| /s/ David M. Fourier | /s/ Sandra G. M. Selzer |
| David M. Fournier (DE No. 2812) | Scott D. Cousins (DE No. 3079) |
| PEPPER HAMILTON LLP | Sandra G. M. Selzer (DE No. 4283) |
| Hercules Plaza, Suite 5100 | GREENBERG TRAURIG, LLP |
| 1313 Market Street | The Nemours Building |
| P.O. Box 1709 | 1007 North Orange Street, Suite 1200 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19801 |
| Telephone: (302) 777-6500 | Telephone: (302) 661-7000 |
| Facsimile: (302) 421-8390 | Facsimile:    (302) 661-7360 |
| -and- | -and- |
| Michael M. Eidelman, Esq. | Nancy A. Mitchell, Esq. |
| Stephanie K. Hor-Chen, Esq. | Alan J. Brody, Esq. |
| VEDDER PRICE P.C. | GREENBERG TRAURIG, LLP |
| 222 North LaSalle Street, Suite 2600 | 200 Park Avenue |
| Chicago, IL 60601-1003 | New York, NY 10166 |
| Telephone: (312) 609-7500 | Telephone:    (212) 801-9200 |
| Facsimile: (312) 609-5005 | Facsimile:    (212) 801-6400 |
| *Counsel for GMAC Commercial Finance LLC* | *Counsel for Debtors and Debtors in Possession* |

/s/ Russell C. Silberglied
Russell C. Silberglied (DE No. 3462)
Andrew C. Irgens (DE No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Kenneth A. Rosen, Esq.
Sharon Levine, Esq.
S. Jason Teele, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Phone: (973) 597-2500
Facsimile: (973) 587-2400

*Counsel for the Official Committee of Unsecured Creditors*

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (DE No.3818)
LANDIS RATH & COBB LLP
919 Market Street
Suite 1800
Wilmington, DE 19899
Phone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel for Vapor Acquisition Corp.*