# SCHEDULE A
## EIGHTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| | | | |
|---|---|---|---|
| 7/14/09 | RET | .3 | Correspondence with Gerry Neenan regarding the Court's modification of the provisions regarding the stay of suits against the companies and their directors and officers and the impact on our stay motion in Canada |
| 7/16/09 | RET | .4 | Receive and analyze recent case opinion regarding Bankruptcy Code section 362 stay (and a section 105(a) injunction) to non-debtor parties |
| 8/14/09 | RET | .5 | Telephone call from Joe Dearing regarding allocation issues |
| 8/19/09 | RET | .2 | E-mail from and to Peter Bisio regarding Canadian court's ruling on the stay |
| 8/27/09 | RET | .4 | Analysis of individual claims of defendants in the bankruptcy and whether proofs of claims need to be filed |
| | | **SUB TOTAL** | **900.00** |

DATE ATTY   HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 7/15/09 | RET | .2 | E-mail from and to Sandy Illmer regarding second round of mediation |
| 7/30/09 | RET | .2 | E-mail from and to Gerry Neenan regarding notifying the court regarding mediation |
| 8/03/09 | RET | .2 | E-mail from and to Doug Crosno regarding issues related to determining remaining policy proceeds |
| 8/12/09 | RET | .3 | E-mail from and to Nick DeRoma regarding status of case and upcoming second round of mediation |
| 8/13/09 | RET | .2 | Analyze whether to submit another mediation position statement |
| 8/13/09 | RET | .5 | Receive and analyze new decision recent stock drop decision and impact on mediation |
| 8/14/09 | RET | .2 | E-mail from and to Doug Crosno regarding issues related to determining remaining policy proceeds |

| | | | |
|---|---|---|---|
| 8/19/09 | RET | .2 | Develop outline for supplemental mediation position statement |
| 8/24/09 | RET | .2 | E-mail from and to Ken Hashimoto regarding upcoming mediation |
| 8/25/09 | RET | .2 | Call Joe Dearing regarding my call with Peter Bisio and Doug Crosno regarding remaining policy proceeds in anticipation of mediation |
| 8/25/09 | RET | .2 | Prepare for call with Peter Bisio and Doug Crosno regarding remaining policy proceeds in anticipation of mediation |
| 8/25/09 | RET | .4 | Call with Peter Bisio and Doug Crosno regarding remaining policy proceeds in anticipation of mediation |
| 8/25/09 | JMS7 | .5 | Discussion with René Thorne regarding settlement planning |
| 8/25/09 | JMS7 | .2 | Correspondence with René Thorne regarding reinstatements for calculating policy limits |
| 8/27/09 | JMS7 | .3 | Review bills for determining balance amount on policy for settlement |

**SUB TOTAL     1,925.00**

DATE  ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessement, Devel. & Adm.</u>

| | | | |
|---|---|---|---|
| 8/14/09 | JMS7 | .2 | Plan what material are necessary for Judge Weinstein for mediation |
| 8/18/09 | JMS7 | .1 | Review stay order from Canadian court |
| 8/25/09 | RET | .3 | Telephone conference with Ken Hashimoto re upcoming mediation |
| 8/25/09 | JMS7 | .3 | Review correspondence from René Thorne and claims requirements for individual defendant proof of claims |
| 8/26/09 | JMS7 | .1 | Review stay update notification for the Tennessee court |

**SUB TOTAL     447.50**

DATE  ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L210 Pleadings</u>

| | | | |
|---|---|---|---|
| 8/05/09 | DSH | .2 | Receive and review by ECF from the USDC Middle District of Tennessee a notice of change of address from Jane Stranch |
| 8/17/09 | DSH | .2 | Receive and review Notice of Deadline to File Proof of Claim and Proof of Claim form from the US Bankruptcy Court for the District of Delaware to review for new case deadlines |
| 8/17/09 | DSH | .2 | Calculate filing date for Notice of Deadline to File Proof of Claim and Proof of Claim form from the US Bankruptcy Court for the |

|  |  |  |  |
|---|---|---|---|
|  |  |  | District of Delaware to update scheduling chart and electronic calendar |
| 8/24/09 | RET | .3 | Receive and analyze notice of filing of endorsement of the Ontario court in the Canadian proceeding |
| 8/26/09 | RET | 1.3 | Draft supplemental opposition regarding plaintiffs' memorandum regarding non-applicability of the bankruptcy stay to the individual Nortel defendants in light of the recent Canadian order clarifying that the stay does apply to the individual defendants |
| 8/27/09 | DSH | .2 | Finalize and prepare for filing defendant's supplemental filing regarding plaintiff's memorandum re non-applicability of the stay |
| 8/27/09 | DSH | .2 | Written correspondence with Ana Anaya of Neal and Harwell in connection with filing defendant's supplemental filing regarding plaintiff's memorandum re non-applicability of the stay |
| 8/27/09 | DSH | .1 | Telephone conference with Ana Anaya regarding filing defendant's supplemental filing regarding plaintiff's memorandum re non-applicability of the stay |
|  |  | **SUB TOTAL** | **965.00** |

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L240 Dispositive Motions</u>

|  |  |  |  |
|---|---|---|---|
| 8/18/09 | RET | .4 | Receive and analyze decision from Canadian court on our application to extend the stay to the directors and officers |
| 8/18/09 | RET | .3 | E-mail from and to Alan Merskey and Joe Dearing regarding decision from Canadian court on our application to extend the stay to the directors and officers |
| 8/18/09 | RET | .2 | E-mail to Peter Bisio and Sandy Illmer regarding decision from Canadian court on our application to extend the stay to the directors and officers |
| 8/18/09 | RET | .2 | E-mail from Jennifer Stam regarding decision from Canadian court on our application to extend the stay to the directors and officers |
|  |  | **SUB TOTAL** | **550.00** |

**TOTAL HOURS: 10.60**

**FEE GRAND TOTAL:    $4,787.50**

**NORTEL'S 50% TOTAL: $2,393.75**

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

   DATE ATTY   HRS      DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 8/03/09 | RET | .50 | E-mail from Annie Cordo regarding Second Quarterly Fee Hearing and what we have to submit and when for same; conference with Donna Hebert regarding same |
| 8/05/09 | RET | .10 | Receive and analyze Notice of Change of Address of Jane Stranch, lead plaintiffs' counsel |
| 8/19/09 | RET | .30 | E-mail from and to Nora Salvatore Certificate of No Objection |
| 8/27/09 | RET | .50 | Call with Cindy Beene regarding interim fee applications |

        **SUB TOTAL**       **700.00**


   DATE ATTY   HRS      DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 8/03/09 | RET | .20 | E-mail from Peter Bisio regarding settlement funding issues between Chubb and Nortel |
| 8/05/09 | RET | .40 | E-mail from and to Tom Donnelly and Alan Merskey regarding settlement funding issues between Chubb and Nortel |
| 8/05/09 | RET | .30 | E-mail from Tom Donnelly to Peter Bisio regarding settlement funding issues between Chubb and Nortel |
| 8/05/09 | RET | .50 | Receive and analyze redline of document from Peter Bisio regarding settlement funding issues between Chubb and Nortel |
| 8/06/09 | RET | .40 | E-mails from and to Tom Donnelly, Alan Merskey, and Joe Dearing regarding settlement funding issues between Chubb and Nortel |
| 8/07/09 | RET | .30 | E-mail from Alan Merskey to counsel for the Monitor regarding settlement funding issues between Chubb and Nortel |
| 8/11/09 | RET | .30 | E-mail from Alan Merskey regarding his call with counsel for the Monitor regarding settlement funding issues between Chubb and Nortel |

| | | | |
|---|---|---|---|
| 8/12/09 | RET | .20 | E-mails from and to Alan Merskey regarding questions raised by counsel for the Monitor regarding settlement funding issues between Chubb and Nortel |
| 8/12/09 | RET | .30 | E-mail from and to Joe Dearing regarding comments by the monitor's counsel regarding settlement funding issues between Chubb and Nortel |
| 8/17/09 | RET | 3.80 | Begin preparing outline of discussion points for mediation and thinking through how various scenarios will play in view of settlement funding issues between Chubb and Nortel |
| 8/18/09 | RET | .40 | Multiple emails to and from Joe Dearing regarding travel arrangements for and pre-mediation meeting in New York |
| 8/20/09 | RET | .20 | E-mail from and to Nick DeRoma regarding upcoming mediation |
| 8/20/09 | RET | .20 | E-mail from Doug Crosno regarding call to discuss remaining policy proceeds |
| 8/24/09 | RET | .30 | Teleconference from Joe Dearing regarding issues raised by the Monitor regarding settlement funding issues between Chubb and Nortel |
| 8/24/09 | RET | .30 | Second call with Joe Dearing regarding issues raised by the Monitor regarding settlement funding issues between Chubb and Nortel |
| 8/24/09 | RET | .60 | Analyze issues raised by the Monitor regarding settlement funding issues between Chubb and Nortel |
| 8/24/09 | RET | .30 | Teleconference with Joe Dearing and Alan Merskey regarding settlement funding issues between Chubb and Nortel |
| 8/24/09 | RET | .40 | Teleconference with Joe Dearing, Alan Merskey, and Peter Bisio regarding settlement funding issues between Chubb and Nortel |

**SUB TOTAL    4,700.00**

 DATE ATTY   HRS      DESCRIPTION OF SERVICES RENDERED

L190 Other Case Assessment, Devel. & Adm

| | | | |
|---|---|---|---|
| 8/13/09 | JMS7 | 1.80 | Edit sixth interim Nortel fee application |
| 8/17/09 | RET | .40 | Correspondence with Joe Dearing and Cindy Beene regarding information they need from interim fee applications |
| 8/27/09 | JMS7 | .80 | Edit billing entries for submission to bankruptcy court |
| 8/28/09 | JMS7 | 1.30 | Edit Donna Hebert's draft seventh fee application |

**SUB TOTAL    1,857.50**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L210 Pleadings</u>

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 8/03/09 | DSH | .20 | Receive and review e-mail from Annie Cordo regarding the second quarterly fee hearing date and how all monthly interim fee applications need to be filed before September 4, 2009 |
| 8/05/09 | RET | .40 | Conference with Donna Hebert regarding third quarterly fee application |
| 8/05/09 | DSH | .10 | Receive and review e-mail from Marge McNally with dates and suggestions on the time issues for filing the monthly interim fee applications and the second quarterly fee report that have to be filed with the bankruptcy court |
| 8/05/09 | DSH | .10 | Draft e-mail to Marge McNally agreeing with her timeline for the Nortel and Chubb billing issues in connection with deadlines for the June and July monthly interim fee applications and the second quarterly fee application that have to be filed with the bankruptcy court |
| 8/05/09 | DSH | .20 | Draft e-mail to Marge McNally in connection with deadlines received from Annie Cordo for the June and July monthly interim fee applications and the second quarterly fee application that have to be filed with the bankruptcy court |
| 8/05/09 | DSH | .10 | Conference with Rene' Thorne in connection with deadlines received from Annie Cordo for the June and July monthly interim fee applications and the second quarterly fee application that have to be filed with the bankruptcy court |
| 8/07/09 | DSH | 1.60 | Begin drafting of exhibit A of the sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/07/09 | DSH | 2.40 | Begin drafting of sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/11/09 | DSH | 2.40 | Continue drafting of Exhibit A of the sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/11/09 | DSH | 1.80 | Begin drafting of Exhibit B of the sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/11/09 | DSH | 1.30 | Continue drafting of sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/12/09 | DSH | 2.10 | Continue drafting of sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/12/09 | DSH | .90 | Finalize Exhibit B of the sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/13/09 | DSH | .60 | Draft form invoice to Gordon Davis of Nortel Network in connection with Jackson Lewis' sixth interim fee application |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 8/13/09 | DSH | .30 | Draft letter to Gordon Davis of Nortel Network in connection with Jackson Lewis' sixth interim fee application |
| 8/13/09 | DSH | .20 | Draft letter to Annie Cordo in connection with the originals of sixth interim fee application and exhibits A and B |
| 8/14/09 | DSH | .10 | Draft e-mail to Annie Cordo regarding hearing dates for our sixth interim fee application |
| 8/14/09 | DSH | .10 | Receive and review e-mail from Annie Cordo regarding hearing dates for our sixth interim fee application and the filing of the pleadings today while she is out on vacation |
| 8/14/09 | DSH | .40 | Finalize for filing Exhibit A of the sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/14/09 | DSH | .40 | Finalize for filing with the Delaware bankruptcy court our sixth interim fee application of Jackson Lewis for the time period June 1, 2009 to June 30, 2009 |
| 8/14/09 | DSH | .20 | Draft e-mail to Chad Fights of Morris, Nichols, Arsht & Tunnell regarding our Sixth Interim Fee Application, with exhibits A and B for filing with the Delaware Bankruptcy court |
| 8/14/09 | DSH | .10 | Receive and review e-mail from Chad Fights of Morris, Nichols, Arsht & Tunnell regarding our Sixth Interim Fee Application |
| 8/14/09 | DSH | .20 | Finalize form invoice to Gordon Davis of Nortel Network in connection with Jackson Lewis' sixth interim fee application |
| 8/18/09 | DSH | .20 | Receive and review e-mail from Cindy Beene regarding incorrect certificate of no objection filed in the bankruptcy case in connection with our interim fee application |
| 8/18/09 | DSH | .20 | Draft e-mail to Cindy Beene regarding incorrect certificate of no objection filed in the bankruptcy case in connection with our interim fee application; forward requested invoices and discuss discrepancy in amount due from our first quarterly fee report |
| 8/19/09 | DSH | .40 | Draft e-mail to Cindy Beene regarding incorrect certificate of no objection filed in the bankruptcy case in connection with our interim fee application and explanation for discrepancies in the court filed order amount for the 20% attorney fees withheld, including correct amount to be placed in line for payment |
| 8/21/09 | RET | .70 | Receive and analyze motion for an order enforcing claims procedure and multiple related documents |
| 8/24/09 | DSH | 2.30 | Begin drafting of seventh interim fee application of Jackson Lewis for the time period July 1, 2009 to July 31, 2009 |
| 8/25/09 | RET | .80 | Receive and analyze notice of deadline for filing of proof of claim and forms for same and analysis of for whom we need to file such claims and whether it needs to be in Canada, the U.S. or both |
| 8/25/09 | DSH | 2.30 | Begin drafting Exhibit B to the seventh interim fee application |
| 8/25/09 | DSH | 3.40 | Begin drafting Exhibit A and reviewing time entries to the seventh interim fee application |
| 8/25/09 | DSH | .40 | Continue drafting of seventh interim fee application of Jackson Lewis for the time period July 1, 2009 to July 31, 2009 |

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 8/27/09 | RET | .40 | Receive and analyze exhibit A to our Seventh Interim Fee Application |
| 8/28/09 | DSH | 2.20 | Finalize Exhibit A to the seventh interim fee application |
| 8/28/09 | DSH | .60 | Finalize Exhibit B to the seventh interim fee application |
| 8/28/09 | DSH | 1.60 | Finalize seventh interim fee application of Jackson Lewis for the time period July 1, 2009 to July 31, 2009 |
| 8/28/09 | DSH | .20 | Draft letter to Annie Cordo in connection with the originals of seventh interim fee application and exhibits A and B |
| 8/28/09 | DSH | .10 | Draft e-mail to Annie Cordo in connection with the filing of Jackson Lewis' of seventh interim fee application and exhibits A and B |
| 8/28/09 | DSH | .30 | Draft letter to Cindy Beene of Nortel Network in connection with Jackson Lewis' seventh interim fee application |
| 8/28/09 | DSH | .60 | Draft form invoice to Cindy Beene of Nortel Network in connection with Jackson Lewis' seventh interim fee application |
| 8/28/09 | DSH | 1.70 | Begin drafting Second Quarterly Fee Application to be filed in the USDC Bankruptcy Court for the District of Delaware |
| 8/31/09 | DSH | 2.80 | Continue drafting Second Quarterly Fee Application to be filed in the USDC Bankruptcy Court for the District of Delaware |
| 8/31/09 | DSH | 2.90 | Continue drafting Second Quarterly Fee Application to be filed in the USDC Bankruptcy Court for the District of Delaware |
| 8/31/09 | DSH | .20 | Draft e-mail to Annie Cordo regarding Jackson Lewis' second quarterly fee application to be filed in the USDC Bankruptcy Court for the District of Delaware |

**SUB TOTAL    6,880.00**

DATE ATTY   HRS     DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions & Submissions

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/13/09 | RET | .10 | E-mail from Nora Salvatore regarding proofs of claim for the individual defendants |

**SUB TOTAL    50.00**

**TOTAL HOURS:  55.70**

**FEE GRAND TOTAL:    $14,187.50**