# SCHEDULE B

## EXPENSE SUMMARY

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 Through August 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Courier/Delivery Service | | | |
| Computer Research | Westlaw | | |
| Duplicating | In Office | 8.26 | 4.13 |
| Telephone | | | |
| Travel – Airfare – René Thorne | | 922.20 | 461.10 |
| Travel – Airfare – Jason Stein | | 922.20 | 461.10 |
| Secretarial Overtime | | | |
| Computer Research | Lexis | | |
| Paralegal Overtime[1] | | | |
| **Grand Total Expenses** | | **$1,852.66** | **$926.33** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

---

**NORTEL NETWORKS – NON-INSURANCE**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 Through August 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Courier/Delivery Service | | |
| Computer Research | Westlaw | |
| Duplicating | In Office | |
| Telephone | | |
| Facsimile | | |
| Postage | | |
| Computer Research | Lexis | .56 |
| **Grand Total Expenses** | | **$.56** |

## TOTAL EXPENSES DUE: $926.89

---

[1]  Work performed by paralegals on behalf of the Debtors outside of normal business hours.

# Expenses Back-Up

NORTEL/CHUBB

DISBURSEMENTS

| | | |
|---|---|---:|
| 8/31/09 | Photocopying (118) | 8.26 |
| 8/21/09 | Airfare (René Thorne) | 922.20 |
| 8/21/09 | Airfare (Jason Stein) | 922.20 |
| | SUB TOTAL COST | 1,852.66 |

    TOTAL DISBURSEMENTS    $1,852.66

**Nortel's 50% of Total Expenses**    **$926.33**

NORTEL NON-INSURANCE

DISBURSEMENTS

8/31/09  Computerized Research    .56

    TOTAL DISBURSEMENTS    $.56

**GRAND TOTAL DISBURSEMENTS**    **$926.89**