**SIGN-IN-SHEET**

CASE NAME:  Nortel Networks Inc.
CASE NO.:   09-10138 - KG

COURTROOM LOCATION: 3
DATE:       10/15/09

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Derek Abbott | morris nichols arsht + tunnell | Debtor |
| Annie Cordo | " | " |
| Jane Kim | Cleary Gottlieb Steen + Hamilton | " |
| James Bromley | " | " |
| Stacy Newman | Ashby & Geddes | Flextronics |
| James Drew | Curtis Mallet | Flextronics |
| Jeremy Ryan | Potter Anderson | Purchaser |
| Douglas Bacon | Latham : Watkins | " |
| Alici Burke | " | " |
| Avetha Chacko | Campbell + Levine | Juixter |
| Lisa Kraidin | Allen & Overy | EeY as monitor |
| Julia Klein | Werb & Sullivan | |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| David Botter | Atkin Gump | Committee |
| Kenneth Devis | " | " |
| David J. D'Urso | " | " |

SIGN - IN - SHEET

CASE NAME: _Nortel Networks_

CASE NO.: _09-10138_ _(KG)_

COURTROOM NO.: _3_

DATE: _10/15/09_

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Chris Sams | Richards, Leyton & Finger | Committee |
| Ed Harron | Young Conaway | Joint Administrators (UK) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Serenia Taylor

CourtConfCal2007

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Kevin Gross

Courtroom

Amended Calendar 10/15/2009 07:26 AM

Court Conference

Calendar Date: 10/15/2009

Calendar Time: 02:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | Peg Brickley | | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | James V. Drew | | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | Stephen Grisanti | | Tricadia Capital | Creditor, Tricadia / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | Thomas Kreller | | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | Darryl Laddin | | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | Jon Vigano | | Schiff Hardin LLP | Creditor, Anixter / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | Jacob Zand | | Jacob Zand - In Pro Per | In Propria Persona, Jacob Zand / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10318 | Hearing | Vincent Murrell | | Pension Benefit Guaranty Corporation | Creditor, PBGC / LIVE |