# EXHIBIT C

## Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
August 1, 2009 - August 31, 2009
Summary of Services Rendered by Project

| Project # | Project Description | Aug |
|---|---|---|
| 1 | Interface with Company Personnel | 9.8 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 91.6 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 28.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 1.0 |
| 6 | Valuation Analysis | 2.3 |
| 7 | Capital Structure Review and Analysis | 125.4 |
| 8 | Merger & Acquisition Processes | 797.1 |
| 9 | Financing Including DIP and Exit Financing | 8.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| | **TOTAL** | **1,063.1** |

Summary of Services Rendered by Professional

| Name | Aug |
|---|---|
| Terry Savage, Managing Director | 11.1 |
| Michael Murray, Managing Director | 157.5 |
| David Descoteaux, Managing Director | 89.3 |
| Cyrus Kapadia, Managing Director | 6.0 |
| Sumeet Mehra, Vice President | 134.4 |
| Matthew Hart, Vice President | 47.0 |
| Aldo Polak, Vice President | 124.0 |
| Ian Mombru, Vice President | 110.0 |
| Colin Keenan, Associate | 38.0 |
| Kshitij Bahtia, Associate | 9.0 |
| Greg Healey, Associate | 110.0 |
| Nicholas Page, Analyst | 83.0 |
| Paz Eshel, Analyst | 54.1 |
| Matthew Carey, Analyst | 89.8 |
| **TOTAL** | **1,063.1** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/03/09 | Advisors call | 1.0 | 2 |
| 08/03/09 | Transition Co. call | 0.8 | 1 |
| 08/05/09 | Call with Gordon Davis re: legal | 0.6 | 2 |
| 08/06/09 | Proceed allocation call | 1.0 | 2 |
| 08/07/09 | Board of Director call | 1.0 | 1 |
| 08/09/09 | Board of Director call | 1.0 | 1 |
| 08/10/09 | Advisor call | 1.0 | 2 |
| 08/12/09 | Call with Jim Bromley re: update on legal issues | 0.5 | 2 |
| 08/17/09 | Advisors call | 1.2 | 2 |
| 08/19/09 | Call re: CRO with creditor advisors, Akin & Capstone | 1.2 | 2 |
| 08/24/09 | Advisor  call | 1.0 | 2 |
| 08/31/09 | Advisor call | 0.8 | 2 |
| | **AUGUST TOTALS** | **11.1** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/03/09 | Travel, air and ground transport | 2.3 | 8 |
| 08/03/09 | Mgmt prep, general process, calls, hearing meetings | 6.0 | 8 |
| 08/04/09 | Mgmt prep, general process, calls, hearing | 4.0 | 8 |
| 08/04/09 | Travel, air and ground transport | 2.3 | 8 |
| 08/05/09 | Travel, air and ground transport | 4.0 | 8 |
| 08/05/09 | Mgmt prep, general process, meeting,  calls | 9.0 | 8 |
| 08/06/09 | Travel, air and ground transport | 3.2 | 8 |
| 08/06/09 | Mgmt prep, general process, calls | 3.0 | 8 |
| 08/07/09 | Mgmt prep, general process, calls | 4.0 | 8 |
| 08/08/09 | Call | 1.0 | 8 |
| 08/09/09 | Call | 2.0 | 8 |
| 08/10/09 | Travel, air and ground transport | 4.8 | 8 |
| 08/10/09 | Mgmt prep, general process, calls | 6.0 | 8 |
| 08/11/09 | Mgmt prep, general process, calls | 6.0 | 8 |
| 08/12/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 08/13/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 08/14/09 | Mgmt prep, general process, calls | 4.0 | 8 |
| 08/17/09 | Travel, air and ground transport | 3.0 | 8 |
| 08/17/09 | Mgmt prep, general process, calls/meeting | 9.0 | 8 |
| 08/18/09 | Travel, air and ground transport | 2.6 | 8 |
| 08/18/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 08/19/09 | Travel, air and ground transport | 2.6 | 8 |
| 08/19/09 | Mgmt prep, general process, calls | 12.0 | 8 |
| 08/20/09 | Travel, air and ground transport | 2.5 | 8 |
| 08/20/09 | Mgmt prep, general process, calls | 3.0 | 8 |
| 08/21/09 | Mgmt Prep, call | 2.0 | 8 |
| 08/24/09 | Mgmt prep, general process, calls | 6.0 | 8 |
| 08/25/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 08/26/09 | Air travel and car transport | 2.7 | 8 |
| 08/26/09 | Mgmt prep, Org calls, Updates, planning | 10.0 | 8 |
| 08/27/09 | Mgmt prep, general process, calls, auction planning | 4.0 | 8 |
| 08/27/09 | Air travel and car transport | 2.5 | 8 |
| 08/28/09 | Mgmt prep, Org calls, Updates, planning | 2.0 | 8 |
| 08/31/09 | Mgmt prep, general process, calls | 6 | 8 |

**AUGUST HOURS**                                                  157.5

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/03/09 | Weekly Advisors-Only Call | 0.8 | 2 |
| 08/06/09 | All parties call re. allocation of proceeds | 7.0 | 2 |
| 08/07/09 | Board Meeting Conference Call | 2.0 | 1 |
| 08/09/09 | Nortel Board Conf call | 1.5 | 1 |
| 08/10/09 | Weekly advisors call | 1.0 | 2 |
| 08/11/09 | mgmt prep, general process calls | 3.5 | 8 |
| 08/12/09 | Call re. IP issues | 3.0 | 2 |
| 08/13/09 | Call w/potential buyer to discuss 363 process / next steps | 1.0 | 8 |
| 08/13/09 | Call w/potential buyer to discuss 363 process / next steps | 1.3 | 8 |
| 08/13/09 | mgmt prep, general process calls | 4.0 | 8 |
| 08/14/09 | mgmt prep, general process calls | 3.0 | 8 |
| 08/14/09 | update call w/mgmt for creditors' FA's | 0.5 | 8 |
| 08/14/09 | call w/ Osler | 1.0 | 2 |
| 08/17/09 | Weekly advisors call | 1.0 | 2 |
| 08/17/09 | Sale Process Calls | 3.5 | 8 |
| 08/17/09 | Sale Process Call | 1.5 | 8 |
| 08/18/09 | mgmt prep, general process calls | 5.5 | 8 |
| 08/18/09 | Sales process call | 1.0 | 8 |
| 08/18/09 | Sales process call w/ Shared re: Cure Costs | 2.0 | 8 |
| 08/19/09 | mgmt per, general process calls | 10.0 | 8 |
| 08/20/09 | Call w/potential buyer to discuss bid components | 0.5 | 8 |
| 08/20/09 | Division Escrow call | 1.0 | 8 |
| 08/21/09 | mgmt prep call | 3.5 | 8 |
| 08/21/09 | NNC NNL Board of Directors Meeting | 1.5 | 1 |
| 08/21/09 | Sales process call | 2.0 | 8 |
| 08/21/09 | Call w/potential buyer to discuss bid components | 1.0 | 8 |
| 08/21/09 | call w/ Osler | 0.5 | 2 |
| 08/24/09 | Weekly advisors call | 1.0 | 2 |
| 08/24/09 | Response to potential buyer Bids call | 1.5 | 8 |
| 08/24/09 | call w/ Jefferies | 0.5 | 2 |
| 08/25/09 | call w/mgmt to take creditors' FA's through Q2 results and 2H outlook | 2.0 | 2 |
| 08/25/09 | call re: liquidation analysis | 2.0 | 6 |
| 08/25/09 | Management business update call | 2.0 | 8 |
| 08/25/09 | Retention framework call | 1.3 | 2 |
| 08/26/09 | mgmt prep call, general process call | 6.0 | 8 |
| 08/26/09 | Sales process conference call | 0.5 | 8 |
| 08/26/09 | Bids comparison | 1.0 | 8 |
| 08/27/09 | call with cgsh re: disclosure obligation | 0.5 | 2 |
| 08/27/09 | Call w/creditor FA's | 1.0 | 2 |
| 08/27/09 | Call re Information/Consultation Process Timeline | 0.8 | 2 |
| 08/27/09 | call RE: July results and follow up from Friday discussion | 1.0 | 2 |
| 08/27/09 | Division Liquidation follow up | 0.3 | 6 |
| 08/27/09 | Antitrust call w/ potential buyer | 1.0 | 8 |
| 08/28/09 | Bid Update follow-up meeting | 1.0 | 8 |
| 08/28/09 | call w/ Osler | 0.3 | 2 |
| 08/28/09 | Call w/potential buyer on term sheet | 1.0 | 8 |
| 08/31/09 | Weekly Advisors-Only Call | 0.8 | 2 |

**AUGUST HOURS**      89.3

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Cyrus Kapadia - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/17/09 | Nortel Process / Admin work, Internal Meetings | 2.0 | 8 |
| 08/18/09 | Internal Discussions | 1.0 | 8 |
| 08/20/09 | Internal Discussions | 1.0 | 8 |
| 08/21/09 | Bidder Calls | 2.0 | 8 |
| | **AUGUST HOURS** | **6.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/03/09 | Update Call | 0.5 | 7 |
| 08/03/09 | Planning Call | 0.5 | 7 |
| 08/04/09 | Diligence Call | 0.5 | 7 |
| 08/04/09 | Diligence Call | 0.5 | 7 |
| 08/04/09 | Update Call | 0.5 | 7 |
| 08/05/09 | Update Call | 0.5 | 7 |
| 08/05/09 | Update Call | 2.5 | 9 |
| 08/05/09 | Planning Call | 1.0 | 7 |
| 08/05/09 | M&A Update Call | 0.5 | 7 |
| 08/05/09 | Update Call | 0.5 | 9 |
| 08/05/09 | Update Call | 0.5 | 9 |
| 08/06/09 | Planning Call | 2.0 | 7 |
| 08/06/09 | Management Call | 2.0 | 7 |
| 08/06/09 | Planning Call | 0.5 | 9 |
| 08/06/09 | Planning Call | 0.5 | 9 |
| 08/06/09 | Planning Call | 0.5 | 9 |
| 08/06/09 | Travel to/from NYC | 2.5 | 7 |
| 08/07/09 | Update Call | 0.5 | 7 |
| 08/07/09 | Update Call | 1.0 | 7 |
| 08/07/09 | Update Call | 1.0 | 7 |
| 08/07/09 | Update Call | 0.5 | 7 |
| 08/07/09 | Update Call | 1.0 | 7 |
| 08/07/09 | Update Call | 0.5 | 7 |
| 08/07/09 | Update Call | 0.5 | 7 |
| 08/10/09 | Travel to/from NYC | 2.5 | 7 |
| 08/10/09 | Team meetings in NYC | 10.0 | 7 |
| 08/11/09 | Team meetings in NYC | 10.0 | 7 |
| 08/12/09 | Planning Call | 5.0 | 7 |
| 08/13/09 | Update Call | 0.5 | 9 |
| 08/13/09 | Update Call | 0.5 | 5 |
| 08/13/09 | Update Call | 0.5 | 5 |
| 08/14/09 | Agenda Call | 1.0 | 7 |
| 08/14/09 | Agenda Call | 1.0 | 7 |
| 08/14/09 | Update Call | 1.0 | 7 |
| 08/14/09 | Update Call | 1.0 | 7 |
| 08/17/09 | Travel to/from meeting in Toronto | 2.1 | 7 |
| 08/17/09 | Meetings in Toronto | 8.0 | 7 |
| 08/18/09 | Follow-up Call | 1.3 | 7 |
| 08/18/09 | Update Call | 1.0 | 7 |
| 08/19/09 | Planning Call | 1.0 | 7 |
| 08/19/09 | Planning Call | 1.5 | 7 |
| 08/19/09 | Update Call | 0.5 | 7 |
| 08/19/09 | Planning Call | 1.5 | 7 |
| 08/19/09 | Debriefing Call | 0.5 | 7 |
| 08/20/09 | Strategy Call | 1.0 | 7 |
| 08/20/09 | Planning Call | 3.0 | 7 |
| 08/20/09 | Strategy Call | 3.0 | 7 |
| 08/21/09 | Debriefing Call | 1.0 | 7 |
| 08/21/09 | Update Call | 0.5 | 7 |
| 08/21/09 | Team meeting in Boston | 7.0 | 7 |
| 08/21/09 | Update Call | 1.0 | 7 |
| 08/24/09 | Real Estate Update Call | 1.0 | 7 |
| 08/24/09 | Update Call | 1.0 | 7 |
| 08/24/09 | Team meeting in Boston | 6.0 | 7 |
| 08/24/09 | Diligence Call | 0.5 | 7 |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 08/24/09 | Update Call | 1.0 | 7 |
| 08/24/09 | Update Call | 1.0 | 7 |
| 08/25/09 | Strategy Call | 4.5 | 7 |
| 08/25/09 | Management Call | 2.0 | 7 |
| 08/25/09 | Status Update Call | 0.5 | 7 |
| 08/25/09 | Prep Call | 1.0 | 7 |
| 08/25/09 | Update Call | 0.5 | 7 |
| 08/25/09 | Update Call | 1.0 | 7 |
| 08/25/09 | Update Call | 1.0 | 7 |
| 08/25/09 | Real Estate Review Call | 2.0 | 7 |
| 08/26/09 | Travel to/from NYC | 2.5 | 7 |
| 08/26/09 | Team meetings in NYC | 5.0 | 7 |
| 08/26/09 | Update Call | 2.0 | 7 |
| 08/26/09 | Update Call | 0.5 | 7 |
| 08/26/09 | Update Call | 0.5 | 7 |
| 08/26/09 | Call w/Lawyers | 1.0 | 7 |
| 08/27/09 | Update Call | 1.0 | 7 |
| 08/27/09 | Strategy Call | 1.0 | 7 |
| 08/27/09 | Update Call | 1.0 | 9 |
| 08/28/09 | Update Call | 0.5 | 9 |
| 08/28/09 | Real Estate Review Call | 1.5 | 7 |
| 08/28/09 | Status Update Call | 0.5 | 7 |
| 08/28/09 | Contracts Call | 1.0 | 7 |
| 08/28/09 | Real Estate Call | 0.5 | 7 |
| 08/31/09 | Update Call | 1.0 | 9 |
| 08/31/09 | Diligence Call | 0.5 | 7 |
| 08/31/09 | Update Call | 1.0 | 7 |
| 08/31/09 | Update Call | 1.0 | 7 |
| 08/31/09 | Update Call | 1.0 | 7 |
| 08/31/09 | Update Call | 0.5 | 7 |
| | **AUGUST HOURS** | **134.4** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/03/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 08/03/09 | Call w/all parties re T. Co. | 2.0 | 3 |
| 08/04/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 08/05/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 08/05/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 08/06/09 | Call re. real estate | 1.0 | 3 |
| 08/06/09 | Call w/all parties re allocation of proceeds | 3.5 | 2 |
| 08/09/09 | Board of directors call | 1.0 | 2 |
| 08/10/09 | Meeting w/creditors' FA's and potential bidder | 2.0 | 8 |
| 08/10/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 08/11/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 08/12/09 | Meeting w/management and creditors' financial advisors re T. Co., inc. travel time | 14.0 | 3 |
| 08/12/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 08/12/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 08/14/09 | Update call w/mgmt and creditors' financial advisors | 1.5 | 3 |
| 08/17/09 | Call w/mgmt and creditors' financial advisors re. IP | 1.0 | 3 |
| 08/17/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 08/18/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 08/19/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 08/19/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 08/21/09 | Call w/ potential bidder re. bid | 1.5 | 8 |
| 08/24/09 | Call w/mgmt and other advisors to discuss sales process | 1.0 | 8 |
| 08/24/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 08/25/09 | Call w/mgmt and creditors' financial advisors re. Q2 results and 2H outlook | 2.0 | 3 |
| 08/25/09 | Weekly due diligence org call w/mgmt and creditors' financial advisors | 0.5 | 2 |
| 08/26/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 08/26/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 08/27/09 | Call with creditors' financial advisors to discuss bidder | 1.0 | 8 |
| 08/27/09 | Call with bidder re. division sale | 1.5 | 8 |
| 08/28/09 | Call with bidder re. division sale | 1.0 | 8 |
| 08/31/09 | Weekly Nortel advisors call | 1.0 | 2 |
| | **AUGUST HOURS** | **47.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Aldo J. Polak - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/01/09 | Compiled and reviewed materials in preparation for hearing | 1.5 | 8 |
| 08/03/09 | Call with UK Administrator (E&Y) regarding potential sale of European asset | 0.8 | 8 |
| 08/03/09 | Weekly advisors call | 1.0 | 2 |
| 08/03/09 | Division - addressed creditor advisor information/update request | 1.0 | 8 |
| 08/04/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 08/04/09 | Division - communications with potential bidders | 5.0 | 8 |
| 08/05/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 08/05/09 | Division - communications with/logistics for potential bidders | 7.0 | 8 |
| 08/06/09 | Division - communications with/logistics for potential bidders | 6.5 | 8 |
| 08/07/09 | Division - communications with/logistics for potential bidders | 5.0 | 8 |
| 08/10/09 | Weekly advisors call | 1.0 | 2 |
| 08/10/09 | Division - call w/company M&A team and counsel to discuss potential bidder questions list | 1.0 | 8 |
| 08/10/09 | Division - communications with/logistics for potential bidders | 4.0 | 8 |
| 08/11/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 08/11/09 | Division - call w/creditor advisors on sale process | 2.0 | 8 |
| 08/11/09 | Division - sale process update call w/company M&A team and counsel | 0.8 | 8 |
| 08/11/09 | Division - communications with/logistics for potential bidders | 2.5 | 8 |
| 08/12/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 08/12/09 | Division - communications with/logistics for potential bidders | 2.0 | 8 |
| 08/13/09 | Division - call w/division management and stalking horse on Q2'09 results and 2H'09 outlook | 2.0 | 8 |
| 08/13/09 | Division - call w/potential bidder 1 on sale process and bidding procedures | 1.3 | 8 |
| 08/13/09 | Division - call w/potential bidder 2 on sale process and bidding procedures | 1.3 | 8 |
| 08/13/09 | Division - communications with/logistics for potential bidders | 1.5 | 8 |
| 08/14/09 | Division - call w/management and creditor financial advisors on Q2'09 results and 2H'09 outlook | 1.5 | 3 |
| 08/14/09 | Division - communications with/logistics for potential bidders | 2.0 | 8 |
| 08/17/09 | Weekly advisors call | 1.0 | 2 |
| 08/17/09 | Division - call w/management and potential bidder 2 on Q2'09 results and 2H'09 outlook | 1.5 | 8 |
| 08/17/09 | Division - due diligence call w/management and potential bidder 1 | 1.0 | 8 |
| 08/17/09 | Division - due diligence call w/management and potential bidder 2 | 1.0 | 8 |
| 08/17/09 | Division - communications with/logistics for potential bidders | 5.0 | 8 |
| 08/18/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 08/18/09 | Division - sale process update call w/company M&A team and counsel | 1.0 | 8 |
| 08/18/09 | Division - due diligence call w/management and potential bidder 1 | 1.0 | 8 |
| 08/18/09 | Division - due diligence call w/management and potential bidder 2 | 1.0 | 8 |
| 08/18/09 | Call w/management on information request from creditor advisors | 0.5 | 1 |
| 08/18/09 | Division - call w/company M&A team and counsel on transition services | 1.5 | 8 |
| 08/18/09 | Division - due diligence call w/management and potential bidder 1 | 1.0 | 8 |
| 08/18/09 | Division - communications with/logistics for potential bidders | 1.0 | 8 |
| 08/19/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 08/19/09 | Division - communications with/logistics for potential bidders | 1.0 | 8 |
| 08/20/09 | Division - management presentation (conference call) to potential bidder 1 partner | 3.0 | 8 |
| 08/20/09 | Division - due diligence call w/management and potential bidder 1 | 1.0 | 8 |
| 08/20/09 | Division - call w/potential bidder 2 on qualification requirements | 1.5 | 8 |
| 08/20/09 | Division - communications with/logistics for potential bidders | 1.0 | 8 |
| 08/21/09 | Division - management presentation (conference call) to potential bidder 3 | 2.0 | 8 |
| 08/21/09 | Division - call w/potential bidder 1 on qualification requirements | 1.5 | 8 |
| 08/21/09 | Division - communications with/logistics for potential bidders | 1.5 | 8 |
| 08/24/09 | Weekly advisors call | 1.0 | 2 |
| 08/24/09 | Division - sale process update call w/company M&A team and counsel | 1.0 | 8 |
| 08/24/09 | Division - communications with/logistics for potential bidders | 3.0 | 8 |
| 08/25/09 | Call w/management and creditor financial advisors on Q2'09 results and 2H'09 outlook | 2.0 | 3 |
| 08/25/09 | Weekly due diligence call w/management and creditor advisors | 0.5 | 2 |
| 08/25/09 | Division - call w/company M&A team and counsel on creditor advisors' information request | 0.5 | 8 |
| 08/25/09 | Division - management presentation (conference call) to potential bidder 4 | 2.0 | 8 |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Aldo J. Polak - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 08/25/09 | Call w/management on information request from creditor advisors | 1.0 | 1 |
| 08/25/09 | Division - call w/management on information request from creditor advisors | 0.5 | 1 |
| 08/25/09 | Division - communications with/logistics for potential bidders | 2.0 | 8 |
| 08/26/09 | Division - call w/potential bidder 1 on qualification requirements | 1.0 | 8 |
| 08/26/09 | Division - sale process update call w/company M&A team and counsel | 1.0 | 8 |
| 08/26/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 2 |
| 08/26/09 | Division - communications with/logistics for potential bidders | 1.8 | 8 |
| 08/27/09 | Division - call w/creditor financial advisors to discuss potential bidder 2 qualification | 1.0 | 8 |
| 08/27/09 | Division - stalking horse diligence update call w/company M&A team, counsel, administrators and monitor | 1.0 | 8 |
| 08/27/09 | Division - due diligence call w/management and potential bidder 1 | 1.0 | 8 |
| 08/27/09 | Division - due diligence call w/management and potential bidder 1 | 1.5 | 8 |
| 08/27/09 | Division - communications with/logistics for potential bidders | 1.3 | 8 |
| 08/28/09 | Division - sale process update call w/company M&A team and counsel | 1.0 | 8 |
| 08/28/09 | Division - call w/potential bidder 1 on qualification requirements | 1.0 | 8 |
| 08/28/09 | Division - communications with/logistics for potential bidders | 2.0 | 8 |
| 08/31/09 | Weekly advisors call | 1.0 | 2 |
| 08/31/09 | Division - call w/company M&A team on bid comparison criteria | 8.0 | 8 |
| 08/31/09 | Division - communications with/logistics for potential bidders | 3.0 | 8 |

**AUGUST HOURS**                                                        **124.0**

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Ian Mombru - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 08/04/09 | Assisting bidders with due diligence | 6.0 | 8 |
| 08/05/09 | Working with bidders ahead of bid deadline | 5.0 | 8 |
| 08/06/09 | Working with bidders ahead of bid deadline | 4.0 | 8 |
| 08/07/09 | Assisting bidders with due diligence, Q&A discussions with bidders | 4.0 | 8 |
| 08/10/09 | Review of bids for NA and RoW portfolio | 6.0 | 8 |
| 08/11/09 | Review of bids for NA and RoW portfolio | 6.0 | 8 |
| 08/12/09 | Preparation of responses to bidders | 4.0 | 8 |
| 08/13/09 | Planning meetings with project team | 5.0 | 8 |
| 08/14/09 | Review of bids for NA and RoW portfolio | 4.0 | 8 |
| 08/17/09 | Preparation for bidder due diligence meetings | 6.0 | 8 |
| 08/18/09 | Preparation for bidder due diligence meetings | 4.0 | 8 |
| 08/19/09 | Planning sessions with project team and with bidders | 6.0 | 8 |
| 08/20/09 | Preparation for bidder due diligence meetings | 5.0 | 8 |
| 08/21/09 | Preparation for bidder due diligence meetings, calls with bidders | 7.0 | 8 |
| 08/24/09 | Bidder meetings in London | 12.0 | 8 |
| 08/25/09 | Review of next steps with bidders | 6.0 | 8 |
| 08/26/09 | Preparatory meetings / calls prior to bidder due diligence meetings | 5.0 | 8 |
| 08/27/09 | Preparatory meetings / calls prior to bidder due diligence meetings | 4.0 | 8 |
| 08/28/09 | Preparatory meetings / calls prior to bidder due diligence meetings | 5.0 | 8 |
| 08/31/09 | Preparatory meetings / calls prior to bidder due diligence meetings | 6.0 | 8 |
| | **AUGUST HOURS** | **110.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/03/09 | Diligence call with FAs and Co. | 1.0 | 2 |
| 08/03/09 | Transition Co. call | 2.0 | 3 |
| 08/05/09 | Diligence call with FAs and Co. | 0.5 | 2 |
| 08/05/09 | 13 Week CF call | 0.5 | 2 |
| 08/05/09 | M&A call | 1.0 | 2 |
| 08/06/09 | Allocation protocol/proceeds call | 2.0 | 2 |
| 08/09/09 | BOD call | 1.0 | 2 |
| 08/10/09 | Call re division sale | 2.0 | 8 |
| 08/10/09 | Diligence call with FAs and Co. | 0.5 | 2 |
| 08/10/09 | Travel for Transition Co. meeting | 5.5 | 2 |
| 08/11/09 | Transition Co meeting & travel home | 15.0 | 2 |
| 08/12/09 | 13 Week CF call | 0.5 | 2 |
| 08/12/09 | M&A call | 0.5 | 2 |
| 08/17/09 | Call re IP | 1.0 | 3 |
| 08/18/09 | Diligence call with FAs and Co. | 0.5 | 2 |
| 08/19/09 | 13 Week CF call | 0.5 | 2 |
| 08/19/09 | M&A call | 1.0 | 2 |
| 08/24/09 | Division Sale call with FAs | 1.5 | 8 |
| 08/26/09 | 13 Week CF call | 0.5 | 2 |
| 08/26/09 | M&A call | 1.0 | 2 |
| | **AUGUST HOURS** | **38.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Kshitij Bhatia - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/05/09 | M&A Update with creditors | 1.0 | 8 |
| 08/11/09 | Division sale process call with buyer | 2.0 | 8 |
| 08/19/09 | M&A Update with creditors | 1.0 | 8 |
| 08/26/09 | Division sale process call to review buyer offer | 2.0 | 8 |
| 08/28/09 | Management presentation for division sale process to buyer | 2.0 | 8 |
| 08/04/09 | Review information package for division sale process | 1.0 | 8 |
| | **AUGUST HOURS** | **9.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/03/09 | Nortel Process / Admin work | 8.0 | 8 |
| 08/04/09 | Working with bidders ahead of bid deadline / Nortel Process Work | 9.0 | 8 |
| 08/05/09 | Working with bidders ahead of bid deadline / Nortel Process Work | 5.0 | 8 |
| 08/06/09 | Nortel Process / Admin work | 5.0 | 8 |
| 08/07/09 | Nortel Process / Admin work | 3.0 | 8 |
| 08/10/09 | Review of bids for NA and RoW portfolio | 5.0 | 8 |
| 08/11/09 | Preparation of responses to bidders / Internal Process Calls | 6.0 | 8 |
| 08/12/09 | Internal Process Calls / Administration | 7.0 | 8 |
| 08/13/09 | Review of bids for NA and RoW portfolio, Bidder Q&A responses, Process Work | 8.0 | 8 |
| 08/14/09 | Nortel Process / Admin work | 9.0 | 8 |
| 08/17/09 | Nortel Process / Admin work, Internal Meetings | 4.0 | 8 |
| 08/18/09 | Nortel Process / Admin work, Internal Meetings | 5.0 | 8 |
| 08/19/09 | Bidder Discussions | 6.0 | 8 |
| 08/20/09 | Nortel Process / Admin work | 6.0 | 8 |
| 08/21/09 | Bidder Discussions | 7.0 | 8 |
| 08/24/09 | Bidder Discussions | 3.0 | 8 |
| 08/25/09 | Nortel Process / Admin work | 4.0 | 8 |
| 08/26/09 | Nortel Process / Admin work | 4.0 | 8 |
| 08/27/09 | Preparatory meetings / calls prior to bidder due diligence meetings | 3.0 | 8 |
| 08/28/09 | Nortel Process / Admin work | 2.0 | 8 |
| 08/31/09 | Preparatory calls | 1.0 | 8 |
| | **AUGUST HOURS** | **110.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 08/03/09 | Nortel Process / Admin work | 2.0 | 8 |
| 08/04/09 | Working with bidders ahead of bid deadline / Nortel Process Work | 4.0 | 8 |
| 08/05/09 | Working with bidders ahead of bid deadline / Nortel Process Work | 3.0 | 8 |
| 08/06/09 | Nortel Process / Admin, Q&A discussions with bidders, EDR Structure Review | 4.0 | 8 |
| 08/07/09 | Nortel Process / Admin work | 2.0 | 8 |
| 08/10/09 | Review of bids for NA and RoW portfolio | 6.0 | 8 |
| 08/11/09 | Preparation of responses to bidders / Internal Process Calls | 4.0 | 8 |
| 08/12/09 | Internal Process Calls / Administration | 4.0 | 8 |
| 08/13/09 | Review of bids for NA and RoW portfolio, Bidder Q&A responses, Process Work | 5.0 | 8 |
| 08/14/09 | Nortel Process / Admin work | 6.0 | 8 |
| 08/17/09 | Nortel Process / Admin work, Internal Meetings | 4.0 | 8 |
| 08/18/09 | Nortel Process / Admin work | 3.0 | 8 |
| 08/19/09 | Nortel Process / Admin work, Bidder Discussions | 4.0 | 8 |
| 08/20/09 | Nortel Process / Admin work | 7.0 | 8 |
| 08/21/09 | Bidder Calls | 6.0 | 8 |
| 08/24/09 | Review of next steps with bidders / Further Calls | 6.0 | 8 |
| 08/25/09 | Nortel Process / Admin work | 4.0 | 8 |
| 08/26/09 | Nortel Process / Admin work | 3.0 | 8 |
| 08/27/09 | Preparatory meetings / calls prior to bidder due diligence meetings | 6.0 | 8 |

**AUGUST HOURS**        83.0

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Paz Eshel - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 8/3/2009 | Logistics & Buyer Engagement Log | 1.7 | 8 |
| 8/4/2009 | Q&A Log | 0.8 | 8 |
| 8/5/2009 | Logistics | 1.5 | 8 |
| 8/6/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 8/6/2009 | Logistics | 2.2 | 8 |
| 8/7/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 8/7/2009 | Logistics | 0.6 | 8 |
| 8/10/2009 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 8/10/2009 | Logistics | 1.3 | 8 |
| 8/11/2009 | Process Update | 1.7 | 8 |
| 8/11/2009 | Logistics | 2.1 | 8 |
| 8/14/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 8/17/2009 | Q&A Log / Logistics | 3.2 | 8 |
| 8/18/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 8/18/2009 | Logistics | 0.5 | 8 |
| 8/20/2009 | Logistics | 2.6 | 8 |
| 8/21/2009 | Process Update Call | 1.0 | 8 |
| 8/21/2009 | Logistics | 1.8 | 8 |
| 8/24/2009 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 8/24/2009 | Logistics | 2.6 | 8 |
| 8/25/2009 | Diligence Calls with Interested Parties | 3.0 | 8 |
| 8/25/2009 | Logistics | 2.2 | 8 |
| 8/26/2009 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 8/26/2009 | Logistics | 1.7 | 8 |
| 8/27/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 8/27/2009 | Logistics | 3.2 | 8 |
| 8/28/2009 | Diligence Calls with Interested Parties | 3.0 | 8 |
| 8/28/2009 | Logistics | 0.8 | 8 |
| 8/31/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 8/31/2009 | Process Update Calls | 2.0 | 8 |
| 8/31/2009 | Logistics | 2.6 | 8 |

**AUGUST HOURS**                                                      54.1

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/01/09 | Q&A Log | 3.0 | 8 |
| 08/02/09 | Q&A Log | 2.0 | 8 |
| 08/03/09 | Due Diligence | 0.5 | 8 |
| 08/03/09 | Q&A Log | 1.5 | 8 |
| 08/04/09 | Due Diligence | 0.5 | 8 |
| 08/04/09 | Q&A Log | 2.0 | 8 |
| 08/05/09 | Due Diligence | 1.0 | 8 |
| 08/06/09 | Due Diligence | 2.0 | 8 |
| 08/06/09 | Due Diligence | 2.0 | 8 |
| 08/06/09 | Due Diligence | 0.5 | 8 |
| 08/06/09 | Due Diligence | 0.5 | 8 |
| 08/06/09 | Q&A Log | 2.0 | 8 |
| 08/07/09 | Due Diligence | 0.5 | 8 |
| 08/07/09 | Due Diligence | 1.0 | 8 |
| 08/07/09 | Due Diligence | 1.0 | 8 |
| 08/07/09 | Due Diligence | 1.0 | 8 |
| 08/07/09 | Q&A Log | 1.5 | 8 |
| 08/09/09 | Q&A Log | 1.8 | 8 |
| 08/11/09 | Q&A Log | 2.0 | 8 |
| 08/12/09 | Q&A Log | 1.0 | 8 |
| 08/13/09 | Due Diligence | 0.5 | 8 |
| 08/13/09 | Q&A Log | 1.0 | 8 |
| 08/15/09 | Q&A Log | 2.0 | 8 |
| 08/18/09 | Q&A Log | 1.0 | 8 |
| 08/19/09 | Due Diligence | 1.5 | 8 |
| 08/19/09 | Due Diligence | 1.5 | 8 |
| 08/19/09 | Q&A Log | 1.0 | 8 |
| 08/20/09 | Due Diligence | 0.5 | 8 |
| 08/20/09 | Due Diligence | 3.0 | 8 |
| 08/20/09 | Due Diligence | 3.0 | 8 |
| 08/20/09 | Due Diligence | 0.5 | 8 |
| 08/20/09 | Q&A Log | 2.0 | 8 |
| 08/21/09 | Due Diligence | 0.5 | 8 |
| 08/21/09 | Due Diligence | 7.0 | 8 |
| 08/21/09 | Due Diligence | 1.0 | 8 |
| 08/21/09 | Q&A Log | 1.5 | 8 |
| 08/23/09 | Q&A Log | 2.0 | 8 |
| 08/24/09 | Due Diligence | 7.0 | 8 |
| 08/24/09 | Due Diligence | 6.0 | 8 |
| 08/25/09 | Due Diligence | 0.5 | 8 |
| 08/25/09 | Due Diligence | 1.0 | 8 |
| 08/25/09 | Q&A Log | 2.0 | 8 |
| 08/26/09 | Due Diligence | 5.0 | 8 |
| 08/26/09 | Due Diligence | 2.0 | 8 |
| 08/26/09 | Q&A Log | 2.0 | 8 |
| 08/27/09 | Due Diligence | 1.0 | 8 |
| 08/27/09 | Due Diligence | 1.0 | 8 |
| 08/27/09 | Q&A Log | 2.0 | 8 |
| 08/28/09 | Due Diligence | 0.5 | 8 |
| 08/28/09 | Q&A Log | 1.0 | 8 |
| 08/29/09 | Q&A Log | 2.0 | 8 |

**AUGUST HOURS**  89.8