# EXHIBIT D

## Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**July 1, 2009 - July 30, 2009**

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: July 1, 2009 - July 30, 2009 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $4,875.06 |
| Electronic Information Service | 1,374.92 |
| Employee Meals | 553.22 |
| Meals-Meetings/Travel | 1,730.60 |
| Photocopying Costs | 341.88 |
| Telephone/Telex/Fax-Usage | 4,555.58 |
| Travel | 14,275.54 |
| **TOTAL** | **$27,706.80** |

(1) *Additional expense detail will be furnished upon request.*

LAZARD

# DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **OPENING BALANCE** | **6/1/2009** | | **0.00** |
| **Car Services and Taxis** | | | |
| | 8/20/2009 | Bhatia-6/15 Mon office - home 06/15/2009 | 11.30 |
| | 8/20/2009 | Bhatia-6/16 Tue mtg - home 06/17/2009 | 21.20 |
| | 8/20/2009 | Bhatia-6/17 Wed home - mtg 06/17/2009 | 21.50 |
| | 8/20/2009 | Bhatia-6/22 Mon office - home 06/23/2009 | 10.50 |
| | 8/20/2009 | Bhatia-6/23 Tue office - home 06/24/2009 | 10.50 |
| | 8/20/2009 | Bhatia-6/28 Sun office - home 06/28/2009 | 14.50 |
| | 8/20/2009 | Bhatia-6/29 Mon office - home 06/30/2009 | 11.70 |
| | 8/20/2009 | Bhatia-6/30 Tue office - home 06/30/2009 | 10.50 |
| | 8/20/2009 | Bhatia-7/1 Wed office - home 07/02/2009 | 10.50 |
| | 8/20/2009 | Bhatia-7/11 Sat home - office 07/11/2009 | 18.90 |
| | 8/20/2009 | Bhatia-7/12 Sun office - home 07/12/2009 | 15.30 |
| | 8/26/2009 | Bhatia-7/16 Thu 22:48 office - home 07/16/2009 | 14.20 |
| | 8/26/2009 | Bhatia-7/18 Sat 12:55 home - office 07/18/2009 | 25.10 |
| | 8/26/2009 | Bhatia-7/19 Sun 16:02 home - office 07/19/2009 | 13.30 |
| | 8/26/2009 | Bhatia-7/19 Sun 17:54 office - home 07/19/2009 | 11.30 |
| | 8/26/2009 | Bhatia-7/23 Thu 13:23 office - mtg 07/23/2009 | 17.30 |
| | 8/26/2009 | Bhatia-7/23 Thu 19:50 mtg - home 07/23/2009 | 22.10 |
| | 8/26/2009 | Bhatia-7/24 Fri 07:31home - mtg 07/24/2009 | 21.50 |
| | 8/26/2009 | Bhatia-7/24 Fri 23:12 mtg - home 07/24/2009 | 19.10 |
| | 8/20/2009 | Bhatia-7/6 Mon office - home 07/06/2009 | 10.90 |
| | 8/20/2009 | Bhatia-7/7 Tue office - home 07/07/2009 | 10.10 |
| | 8/20/2009 | Bhatia-7/8 Wed office - home 07/09/2009 | 10.90 |
| | 8/20/2009 | Bhatia-7/9 Thu office - home 07/10/2009 | 13.00 |
| | 8/26/2009 | Bhatia-8/10 Mon 20:49 office - home 08/11/2009 | 10.50 |
| | 8/12/2009 | Carey-Taxi home 07/01/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/06/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/08/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/09/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/10/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/12/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/13/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/14/2009 | 11.00 |

Nortel_Aug 09.XLS

LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 8/12/2009 | Carey-Taxi home 07/15/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/16/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/17/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/18/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/19/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi home 07/20/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi to work (Saturday) 07/18/2009 | 11.00 |
| | 8/12/2009 | Carey-Taxi to work (Sunday) 07/12/2009 | 10.00 |
| | 8/12/2009 | Carey-Taxi to work (Sunday) 07/19/2009 | 11.00 |
| | 7/10/2009 | Descoteaux-Carey car for meeting 05/28/2009 | 56.25 |
| | 7/10/2009 | Descoteaux-Carey car for meeting 06/01/2009 | 100.50 |
| | 8/3/2009 | Eshel-Montreal-Taxi-client- airport 06/15/2009 | 20.05 |
| | 8/12/2009 | Gueyffier-6/13 taxi from office weekend 06/13/2009 | 15.00 |
| | 8/12/2009 | Gueyffier-6/17 taxi from office 0:54am 06/18/2009 | 21.39 |
| | 8/12/2009 | Gueyffier-6/19 taxi to cleary gottlieb 06/19/2009 | 20.28 |
| | 8/28/2009 | Gueyffier-R 07/24/2009 08:20 1 LIBERTY P / Origin: 39 WEST 88TH STREET Dest: 1 LIBERTY PLAZA / ROYAL DISI | 34.50 |
| | 8/28/2009 | Gueyffier-R 07/24/2009 21:41 39 WEST 88T / Origin: 1 LIBERTY PLAZA Dest: 39 WEST 88TH STREET / ROYAL DIS | 30.91 |
| | 8/26/2009 | Hart-Car Dallas airport to Hyatt 08/12/2009 | 75.09 |
| | 8/26/2009 | Hart-Car from CG Office to Train 07/24/2009 | 20.00 |
| | 8/26/2009 | Hart-D 07/06/2009 18:58 LGA LGA / Origin: 3 LUNDY LN LARCHMONT WE Dest: LGA LGA / DIAL CAR INC | 92.64 |
| | 8/26/2009 | Hart-D 07/07/2009 00:39 3 LUNDY LAN / Origin: LGA Dest: 3 LUNDY LANE LARCHMONT10538 WE / DIAL CAR II | 112.81 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 14.69 / DIAL A CAB O R TS LTD | 24.20 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 22.66 / DIAL A CAB O R TS LTD | 37.33 |
| | 7/3/2009 | Healey-London Taxix Trans: GBP 19.00 / Healey, Greg | 31.30 |
| | 8/21/2009 | Healey-TAXI Trans: GBP 8.80 / Healey, Greg | 14.50 |
| | 8/25/2009 | Keenan-Cab Dallas Arprt ToMtg 8/10 08/10/2009 | 58.00 |
| | 8/25/2009 | Keenan-Cab Mtg to Dallas Airport 8/11 08/11/2009 | 72.00 |
| | 8/26/2009 | Keenan-D 06/18/2009 22:17 W 26 ST / 7 / Origin: 50 W 50 ST M Dest: W 26 ST / 7 10001 M / DIAL CAR INC | 27.59 |
| | 6/22/2009 | Page-DAC STAFF - APR'09 Trans: GBP 28.00 / DIAL A CAB O R TS LTD | 46.13 |
| | 8/6/2009 | Mombru-IM - Taxi Nortel Trans: GBP 13.00 / Mombru, Ian | 21.42 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 27.28 / DIAL A CAB O R TS LTD | 44.94 |
| | 8/13/2009 | Mombru-DAC STAFF - JULY'09 Trans: GBP 26.07 / DIAL A CAB O R TS LTD | 42.95 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 25.85 / DIAL A CAB O R TS LTD | 42.59 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 25.69 / DIAL A CAB O R TS LTD | 42.32 |
| | 8/13/2009 | Mombru-DAC STAFF - JULY'09 Trans: GBP 24.64 / DIAL A CAB O R TS LTD | 40.59 |

LAZARD



# DEAL OPEN ITEMS BY CATEGORY

## ALL EXPENSES

## NYC03833 - Nortel Networks Corp.

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 23.65 / DIAL A CAB O R TS LTD | 38.96 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 22.94 / DIAL A CAB O R TS LTD | 37.79 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 22.66 / DIAL A CAB O R TS LTD | 37.33 |
| | 8/13/2009 | Mombru-DAC STAFF - JULY'09 Trans: GBP 22.66 / DIAL A CAB O R TS LTD | 37.33 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 21.45 / DIAL A CAB O R TS LTD | 35.34 |
| | 8/13/2009 | Mombru-DAC STAFF - JULY'09 Trans: GBP 21.01 / DIAL A CAB O R TS LTD | 34.61 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 21.01 / DIAL A CAB O R TS LTD | 34.61 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 20.24 / DIAL A CAB O R TS LTD | 33.34 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 18.81 / DIAL A CAB O R TS LTD | 30.99 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 17.60 / DIAL A CAB O R TS LTD | 28.99 |
| | 8/13/2009 | Mombru-DAC STAFF - JULY'09 Trans: GBP 17.38 / DIAL A CAB O R TS LTD | 28.63 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 14.69 / DIAL A CAB O R TS LTD | 24.20 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 13.48 / DIAL A CAB O R TS LTD | 22.21 |
| | 8/13/2009 | Healey-DAC STAFF - JULY'09 Trans: GBP 13.26 / DIAL A CAB O R TS LTD | 21.84 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 54.07 / DIAL A CAB O R TS LTD | 89.08 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 52.91 / DIAL A CAB O R TS LTD | 87.17 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 36.96 / DIAL A CAB O R TS LTD | 60.89 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 23.65 / DIAL A CAB O R TS LTD | 38.96 |
| | 8/21/2009 | Mombru-DAC STAFF JUNE 09 Trans: GBP 22.66 / DIAL A CAB O R TS LTD | 37.33 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 22.22 / DIAL A CAB O R TS LTD | 36.61 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 21.73 / DIAL A CAB O R TS LTD | 35.80 |
| | 8/21/2009 | Mombru-DAC STAFF JUNE 09 Trans: GBP 21.45 / DIAL A CAB O R TS LTD | 35.34 |
| | 8/21/2009 | Mombru-DAC STAFF JUNE 09 Trans: GBP 21.45 / DIAL A CAB O R TS LTD | 35.34 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 20.96 / DIAL A CAB O R TS LTD | 34.53 |
| | 8/21/2009 | Mombru-DAC STAFF JUNE 09 Trans: GBP 20.24 / DIAL A CAB O R TS LTD | 33.34 |
| | 8/21/2009 | Mombru-DAC STAFF JUNE 09 Trans: GBP 19.80 / DIAL A CAB O R TS LTD | 32.62 |
| | 8/21/2009 | Mombru-DAC STAFF JUNE 09 Trans: GBP 19.80 / DIAL A CAB O R TS LTD | 32.62 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 19.03 / DIAL A CAB O R TS LTD | 31.35 |
| | 8/21/2009 | Mombru-DAC STAFF JUNE 09 Trans: GBP 18.59 / DIAL A CAB O R TS LTD | 30.63 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 18.32 / DIAL A CAB O R TS LTD | 30.18 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 17.60 / DIAL A CAB O R TS LTD | 28.99 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 17.38 / DIAL A CAB O R TS LTD | 28.63 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 16.61 / DIAL A CAB O R TS LTD | 27.36 |
| | 8/21/2009 | Healey-DAC STAFF JUNE 09 Trans: GBP 14.47 / DIAL A CAB O R TS LTD | 23.84 |
| | 8/3/2009 | Mehra-BOS Taxi to home 07/22/2009 | 20.00 |

LAZARD



# DEAL OPEN ITEMS BY CATEGORY

## ALL EXPENSES

## NYC03833 - Nortel Networks Corp.

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 8/3/2009 | Mehra-BOS Taxi-airport to office 07/22/2009 | 25.00 |
| | 8/18/2009 | Mehra-Boston taxi airport to home 08/03/2009 | 35.00 |
| | 8/3/2009 | Mehra-Boston Taxi home 07/14/2009 | 20.00 |
| | 8/3/2009 | Mehra-Boston Taxi home 07/15/2009 | 17.05 |
| | 8/3/2009 | Mehra-Boston Taxi home 07/16/2009 | 20.00 |
| | 8/3/2009 | Mehra-Boston Taxi home 07/20/2009 | 20.00 |
| | 8/18/2009 | Mehra-Boston Taxi home 07/27/2009 | 20.00 |
| | 8/18/2009 | Mehra-Boston Taxi home 07/29/2009 | 20.00 |
| | 8/18/2009 | Mehra-Boston Taxi home 07/31/2009 | 18.00 |
| | 8/18/2009 | Mehra-Boston Taxi home 08/04/2009 | 20.00 |
| | 8/18/2009 | Mehra-Boston Taxi home 08/05/2009 | 20.00 |
| | 8/18/2009 | Mehra-NYC taxi LGA to Hotel 08/02/2009 | 25.00 |
| | 8/3/2009 | Mehra-NYC Taxi-airport to hotel 07/21/2009 | 35.00 |
| | 8/3/2009 | Mehra-NYC Taxi-hotel to Lazard 07/22/2009 | 5.00 |
| | 8/3/2009 | Mehra-NYC Taxi-Lazard to airport 07/22/2009 | 35.00 |
| | 8/18/2009 | Mehra-NYC Taxi-office to LGA 08/03/2009 | 32.00 |
| | 8/18/2009 | Mehra-Taxi from client to hotel 08/10/2009 | 17.00 |
| | 8/18/2009 | Mehra-Taxi from LGA to client 08/10/2009 | 50.00 |
| | 8/3/2009 | Mehra-Taxi Toronto-airport to client 06/26/2009 | 44.17 |
| | 8/3/2009 | Mehra-Taxi-Toronto-Airport-Client 06/16/2009 | 50.24 |
| | 8/3/2009 | Mehra-Taxi-Toronto-Airport-Client 06/29/2009 | 31.35 |
| | 8/3/2009 | Mehra-Taxi-Toronto-Client-Airport 06/16/2009 | 50.24 |
| | 8/3/2009 | Mehra-Taxi-Toronto-Client-Airport 06/27/2009 | 48.03 |
| | 8/3/2009 | Mehra-Toronto Taxi-airport to client 07/21/2009 | 50.00 |
| | 8/3/2009 | Mehra-Toronto Taxi-client to dinner 07/21/2009 | 30.00 |
| | 8/3/2009 | Mehra-Toronto Taxi-dinner to airport 07/21/2009 | 60.00 |
| | 8/6/2009 | Mombru-IM - Taxi Nortel Trans: GBP 12.00 / Mombru, Ian | 19.77 |
| | 8/6/2009 | Mombru-IM - Taxi Nortel Trans: GBP 14.00 / Mombru, Ian | 23.06 |
| | 8/6/2009 | Mombru-IM - Taxi Paris (Nortel) Trans: GBP 10.09 / Mombru, Ian | 16.62 |
| | 8/6/2009 | Mombru-IM - Taxi Paris (Nortel) Trans: GBP 10.25 / Mombru, Ian | 16.89 |
| | 8/6/2009 | Mombru-IM - Taxi Paris (Nortel) Trans: GBP 18.80 / Mombru, Ian | 30.97 |
| | 8/6/2009 | Mombru-IM - Taxi Paris (Nortel) Trans: GBP 5.98 / Mombru, Ian | 9.85 |
| | 8/6/2009 | Mombru-IM - Taxi Paris (Nortel) Trans: GBP 6.83 / Mombru, Ian | 11.25 |
| | 8/6/2009 | Mombru-IM - Taxi Paris (Nortel) Trans: GBP 8.55 / Mombru, Ian | 14.09 |
| | 7/6/2009 | Murray-06/16/09 Toronto airport to client meeting / CAREY CAR | 109.00 |

LAZARD



# DEAL OPEN ITEMS BY CATEGORY

## ALL EXPENSES

## NYC03833 - Nortel Networks Corp.

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| Car Services and Taxis | 7/6/2009 | Murray-06/16/09- Toronto, Client meeting to Toronto airport / CAREY CAR | | 119.60 |
| | 7/14/2009 | Murray-06/29 Deleware, Client hearing in to Philadelphia Airport / CAREY CAR | | 50.00 |
| | 8/7/2009 | Murray-07/21/09 Ottawa- Airport to Client Meeting / CAREY CAR | | 110.00 |
| | 8/13/2009 | Murray-07/22/09 Ottawa, Client meeting to airport / CAREY CAR | | 110.00 |
| | 8/19/2009 | Murray-08/05/09 Toronto, Client meeting to Airport / CAREY CAR | | 110.00 |
| | 7/31/2009 | Murray-6/28/09 Philadelphia airport to client hearing in DE / CAREY CAR | | 50.00 |
| | 8/12/2009 | Murray-8/3/09 Philadelphia airport to client hearing, DE / CAREY CAR | | 50.00 |
| | 8/12/2009 | Murray-8/4/09 Deleware- cleint hearing to Philadelphia airport. / CAREY CAR | | 50.00 |
| | 8/21/2009 | Murray-NYC - dinner meeting to hotel 06/30/2009 | | 21.20 |
| | 8/21/2009 | Murray-NYC - meeting to dinner mtg 06/30/2009 | | 50.45 |
| | 8/21/2009 | Murray-NYC- airport to meetings 06/22/2009 | | 35.16 |
| | 8/21/2009 | Murray-NYC- hotel to meetings 07/07/2009 | | 17.70 |
| | 8/21/2009 | Murray-NYC- hotel to meetings 07/08/2009 | | 20.28 |
| | 8/21/2009 | Murray-NYC- meetings to hotel 07/08/2009 | | 20.40 |
| | 8/21/2009 | Murray-NYC TAXI airport to hotel 06/17/2009 | | 41.22 |
| | 8/21/2009 | Murray-NYC-hotel to meetings 07/01/2009 | | 7.62 |
| | 8/21/2009 | Murray-NYC-hotel to meetings 07/09/2009 | | 18.10 |
| | | | Subtotal: | 4,875.06 |
| Electronic Information Service | | | | |
| | 8/5/2009 | INVESTEXT MAR 09 USAGE / THOMSON FINANCIAL | | 214.61 |
| | 8/6/2009 | INVESTEXT CHARGEBACKS JAN 09 / THOMSON FINANCIAL | | 939.27 |
| | 8/11/2009 | DTP CHARGES JUL09 Trans: GBP 111.67 / Williams Lea | | 183.97 |
| | 8/11/2009 | DTP CHARGES JUL09 Trans: GBP 22.50 / Williams Lea | | 37.07 |
| | | | Subtotal: | 1,374.92 |
| Employee Meals | | | | |
| | 8/3/2009 | Carey-Boston-meal in office 06/16/2009 | | 25.00 |
| | 8/3/2009 | Carey-Boston-meal in office 06/18/2009 | | 20.07 |
| | 8/3/2009 | Carey-Boston-meal in office 06/30/2009 | | 25.00 |
| | 8/3/2009 | Carey-DINING IN BOSTON BRIGHTON MA 07/08/2009 | | 25.00 |
| | 8/12/2009 | Carey-Dinner in office 06/13/2009 | | 20.94 |
| | 8/12/2009 | Carey-Dinner in office 06/17/2009 | | 24.92 |
| | 8/12/2009 | Carey-Dinner in office 06/22/2009 | | 16.31 |
| | 8/12/2009 | Carey-Dinner in office 06/23/2009 | | 24.41 |
| | 8/12/2009 | Carey-Dinner in office 06/26/2009 | | 22.31 |
| | 8/12/2009 | Carey-Dinner in office 06/28/2009 | | 15.75 |

LAZARD

# DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | 8/12/2009 | Carey-Dinner in office 07/06/2009 | 18.63 |
| | 8/12/2009 | Carey-Dinner in office 07/08/2009 | 22.45 |
| | 8/12/2009 | Carey-Dinner in office 07/10/2009 | 24.03 |
| | 8/12/2009 | Carey-Lunch in office(Saturday) 06/27/2009 | 14.08 |
| | 8/12/2009 | Carey-Lunch in office(Sunday) 06/14/2009 | 10.03 |
| | 8/3/2009 | Eshel-Boston-meal in office 06/16/2009 | 25.00 |
| | 8/3/2009 | Eshel-Boston-meal in office 06/18/2009 | 20.05 |
| | 8/3/2009 | Eshel-Boston-meal in office 06/30/2009 | 25.00 |
| | 8/3/2009 | Eshel-DINING IN BOSTON BRIGHTON MA 07/08/2009 | 25.00 |
| | 8/12/2009 | Eshel-Dinner in office 07/06/2009 | 18.62 |
| | 8/3/2009 | Eshel-ROCK SUGAR CAFE 5429 BOSTON MA 07/10/2009 | 16.66 |
| | 8/25/2009 | Keenan-STARBUCKSLateNiteDrink@Office 08/04/2009 | 3.27 |
| | 8/26/2009 | Master-M 03-AUG-2009 Benvenuto Cafe R / SEAMLESSWEB PROFESSIONAL | 26.06 |
| | 8/26/2009 | Master-M 28-JUL-2009 Benvenuto Cafe R / SEAMLESSWEB PROFESSIONAL | 26.24 |
| | 8/3/2009 | Mehra-Boston-meal in office 06/16/2009 | 25.00 |
| | 8/3/2009 | Orazem-Boston-Dinner-1attendee 06/18/2009 | 23.78 |
| | 8/3/2009 | Orazem-Boston-Dinner-1attendee 06/21/2009 | 9.61 |
| | | Subtotal: | 553.22 |
| **Meals-Meetings/Travel** | | | |
| | 7/9/2009 | Carey-SHERATON GATEWAY HOT MISSISSAU (dinner 1p) 05/28/2009 | 55.00 |
| | 7/29/2009 | Coles-lunch 3 people Trans: GBP 54.25 / American Express | 89.37 |
| | 8/26/2009 | Hart-Dinner while traveling TX, 1p 08/13/2009 | 22.24 |
| | 7/3/2009 | Healey-Business Meal Trans: GBP 4.50 / Healey, Greg | 7.41 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 10.04 / American Express | 16.54 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 11.91 / American Express | 19.62 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 13.07 / American Express | 21.53 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 14.35 / American Express | 23.64 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 14.54 / American Express | 23.95 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 16.30 / American Express | 26.85 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 17.15 / American Express | 28.25 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 38.45 / American Express | 63.34 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 4.93 / American Express | 8.12 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 6.74 / American Express | 11.10 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 72.11 / American Express | 59.40 |
| | 7/1/2009 | Healey-Business Meals Trans: GBP 9.35 / American Express | 15.40 |

LAZARD



# DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Meals-Meetings/Travel | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 12.58 / American Express | 20.72 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 13.41 / American Express | 22.09 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 13.44 / American Express | 22.14 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 13.78 / American Express | 22.70 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 13.90 / American Express | 22.90 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 14.30 / American Express | 23.56 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 14.48 / American Express | 23.85 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 15.36 / American Express | 25.30 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 15.54 / American Express | 25.60 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 16.20 / American Express | 26.69 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 16.90 / American Express | 27.84 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 16.95 / American Express | 27.92 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 17.46 / American Express | 28.76 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 19.37 / American Express | 31.91 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 21.96 / American Express | 36.18 |
| | 8/3/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 9.50 / American Express | 15.65 |
| | 8/3/2009 | Healey-STARBUCKS COFFEE CO, LOND Trans: GBP 8.45 / American Express | 13.92 |
| | 8/3/2009 | Healey-STARBUCKS COFFEE COMPANY, Trans: GBP 10.55 / American Express | 17.38 |
| | 8/25/2009 | Keenan-Dinner at Dallas Arprt 8/11/09 08/11/2009 | 6.98 |
| | 8/25/2009 | Keenan-MCDONALD'Sdinner@NWKarprt8/10 08/10/2009 | 8.11 |
| | 8/3/2009 | Mehra-Meal-BOS-1 attendee 06/24/2009 | 2.30 |
| | 8/3/2009 | Mehra-Meal-BOS-1 attendee 06/26/2009 | 1.98 |
| | 8/3/2009 | Mehra-Meal-BOS-1 attendee 07/09/2009 | 4.20 |
| | 8/3/2009 | Mehra-Meal-LGA-1 attendee 07/09/2009 | 8.50 |
| | 8/3/2009 | Mehra-Meal-TOR-1 attendee 06/24/2009 | 17.96 |
| | 8/3/2009 | Mehra-Meal-TOR-1 attendee 06/26/2009 | 6.24 |
| | 8/3/2009 | Mehra-Meal-TOR-1 attendee 07/08/2009 | 15.27 |
| | 8/18/2009 | Mehra-NYC-lunch-1attendee 08/02/2009 | 2.09 |
| | 8/18/2009 | Mehra-NYC-lunch-1attendee 08/03/2009 | 11.11 |
| | 8/3/2009 | Mehra-NYC-Meal at airport-1 attendee 07/22/2009 | 1.90 |
| | 8/18/2009 | Mehra-Toronto-breakfast-1attendee 05/27/2009 | 2.81 |
| | 8/18/2009 | Mehra-Toronto-lunch-1attendee 05/27/2009 | 7.92 |
| | 8/6/2009 | Mombru-IM - Smeal while traveling re: Nortel Trans: GBP 14.87 / Mombru, Ian | 24.50 |
| | 8/21/2009 | Murray-NY-Breakfast(1)Ritz-inrm 06/17/2009 | 11.92 |
| | 8/21/2009 | Murray-NYC-Dinner(1) RitzRm Svc 06/25/2009 | 46.02 |

LAZARD



# DEAL OPEN ITEMS BY CATEGORY

## ALL EXPENSES

## NYC03833 - Nortel Networks Corp.

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| Meals-Meetings/Travel | 8/21/2009 | Murray-NYC-Dinner(6)The Oyster Bar 06/30/2009 | | 390.00 |
| | 8/21/2009 | Murray-NY-dinner(1)2West@Ritz 06/17/2009 | | 10.59 |
| | 8/21/2009 | Murray-NY-dinner(1)RitzRoom Svc 06/30/2009 | | 62.83 |
| | 7/1/2009 | Orazem-HILTON LAC LEAMY HULL QC (dinner 1p) 05/29/2009 | | 29.71 |
| | 7/1/2009 | Orazem-Meal while traveling in Ottawa 05/28/2009 | | 14.11 |
| | 7/29/2009 | Page-MARKS AND SPENCER PLC, LO Trans: GBP 14.08 / American Express | | 23.20 |
| | 7/29/2009 | Page-MARKS AND SPENCER PLC, LO Trans: GBP 14.92 / American Express | | 24.58 |
| | 7/29/2009 | Page-MOMENTUM SERVICES LTD EUR Trans: GBP 9.57 / American Express | | 15.77 |
| | 7/3/2009 | Page-NP meals Trans: GBP 32.25 / Page, Nicholas | | 53.13 |
| | | | Subtotal: | 1,730.60 |
| Photocopying Costs | | | | |
| | 8/17/2009 | CPYCNTR JOBS DONE IN 07/09 / NON VENDOR (AP JOURNALS) | | 341.88 |
| | | | Subtotal: | 341.88 |
| Telephone/Telex/Fax-Usage/Re | | | | |
| | 8/12/2009 | CONF CALL JUNE 2009 Trans: GBP 217.91 / Deal Tracking Dummy Vendor | | 358.99 |
| | 8/12/2009 | Carey-WiFi charge while traveling 07/04/2009 | | 3.99 |
| | 8/12/2009 | Carey-WiFi charge while traveling 07/05/2009 | | 3.99 |
| | 8/12/2009 | Carey-WiFi charge while traveling 07/05/2009 | | 3.99 |
| | 8/19/2009 | CONF CALL JULY 2009 Trans: GBP 19.45 / Deal Tracking Dummy Vendor | | 32.04 |
| | 8/21/2009 | Murray-6/24/09 room phone longdist confcal 06/24/2009 | | 317.16 |
| | 8/25/2009 | JULY/AUG GENESYS CONF Trans: GBP 2,328.13 / Genesys Conferencing Ltd | | 3,835.42 |
| | | | Subtotal: | 4,555.58 |
| Travel | | | | |
| | 8/26/2009 | Hart-AMEX After Hours Fee 08/10/2009 | | 19.00 |
| | 8/26/2009 | Hart-AMEX Ticket Flight Fee 08/11/2009 | | 36.00 |
| | 8/26/2009 | Hart-Hotel 1 nt in TX @$100 +tax 08/13/2009 | | 113.00 |
| | 8/26/2009 | Hart-RTFltJFKTXPA,1stclasscoachfare 08/11/2009 | | 2,083.05 |
| | 8/25/2009 | Keenan-AMERICAN EXPRESS E TICKET FEE 08/10/2009 | | 36.00 |
| | 8/25/2009 | Keenan-CONwk/Dallas/Nwkcoach8/10-11 08/10/2009 | | 1,588.23 |
| | 8/25/2009 | Keenan-Hyatt1nite@100Richrdson,TX8/10 08/12/2009 | | 113.00 |
| | 8/21/2009 | Murray-BOS- 3nights @ Logan Airport 06/19/2009 | | 72.00 |
| | 8/21/2009 | Murray-Bos-4nights @ Logan Airport 06/26/2009 | | 120.00 |
| | 8/21/2009 | Murray-BOS-NY-Bos Amex Service fee 06/22/2009 | | 36.00 |
| | 8/21/2009 | Murray-Bos-NYC (coach) US Air 06/22/2009 | | 349.60 |
| | 8/21/2009 | Murray-Bos-NYC (coach) US Air 06/30/2009 | | 139.60 |

LAZARD



# DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 8/21/2009 | Murray-Bos-NYC US Air- Amex Svc Fee 06/30/2009 | 36.00 |
| | 8/21/2009 | Murray-Bos-Phl (coach) US Air 06/28/2009 | 650.60 |
| | 8/21/2009 | Murray-BOS-PHL Amex Svc. Fee 06/28/2009 | 36.00 |
| | 8/21/2009 | Murray-Boston-1n@ Logan Airport 07/01/2009 | 48.00 |
| | 8/21/2009 | Murray-Bos-Tor-NYC (Coach) Air Canada 06/16/2009 | 1,958.08 |
| | 8/21/2009 | Murray-Bos-Tor-NYC Amex Service Fee 06/16/2009 | 36.00 |
| | 8/21/2009 | Murray-Delaware1n@HotelDupont($199/n) 06/30/2009 | 218.90 |
| | 8/21/2009 | Murray-NY-2n@RitzBattPk@$355/n 06/18/2009 | 818.18 |
| | 8/21/2009 | Murray-NY-3nights@Ritz Batt Pk@$415/n 06/25/2009 | 1,432.92 |
| | 8/21/2009 | Murray-NY-BOS (Coach) US Airways 06/26/2009 | 144.60 |
| | 8/21/2009 | Murray-NY-Bos Amex Service Fee 06/22/2009 | 19.00 |
| | 8/21/2009 | Murray-NY-Bos Amex Service Fee 06/22/2009 | 19.00 |
| | 8/21/2009 | Murray-NY-BOS Amex Service Fee 06/26/2009 | 36.00 |
| | 8/21/2009 | Murray-NY-BOS Amex Service Fee 06/26/2009 | 36.00 |
| | 8/21/2009 | Murray-NY-BOS Amex Ticket Fee 07/01/2009 | 36.00 |
| | 8/21/2009 | Murray-NY-BOS(coach) US Airways 07/01/2009 | 349.60 |
| | 8/21/2009 | Murray-NYC-1n@ RitzBattPk@ $355/night 06/26/2009 | 409.09 |
| | 8/21/2009 | Murray-NYC-1n@RitzBattPark($315/n) 07/01/2009 | 370.39 |
| | 8/21/2009 | Murray-NYC-3n@the Peninsula($450/n) 07/10/2009 | 1,552.89 |
| | 8/21/2009 | Murray-NYC-BOS (coach) Jet Blue 06/18/2009 | 319.60 |
| | 8/21/2009 | Murray-NYC-BOS Amex Service Charge 06/18/2009 | 36.00 |
| | 8/21/2009 | Murray-NYC-BOS Amex Service Charge 06/19/2009 | 36.00 |
| | 8/21/2009 | Murray-NYC-BOS Amex Service Charge 06/19/2009 | 36.00 |
| | 8/21/2009 | Murray-NY-RI-busclass- AMTRAK 09/09/2009 | 88.00 |
| | 8/21/2009 | Murray-PHL-BOS (coach) US Air 06/29/2009 | 650.60 |
| | 8/21/2009 | Murray-PHL-BOSUS Air Amex SvcFee 06/29/2009 | 36.00 |
| | 8/21/2009 | Murray-US AIRWAYS NEW YORK NY 06/08/2009 | (139.60) |
| | 8/21/2009 | Murray-US AIRWAYS NEW YORK NY 06/22/2009 | (139.60) |
| | 7/1/2009 | Orazem-6/3-5 Hotel charge 06/06/2009 | 370.81 |
| | 8/3/2009 | Orazem-Boston-Parking 06/15/2009 | 11.00 |
| | 8/3/2009 | Orazem-Boston-Parking 06/16/2009 | 12.00 |
| | 8/3/2009 | Orazem-Boston-Parking 06/17/2009 | 12.00 |

LAZARD

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| Travel | 8/3/2009 | Orazem-Boston-Parking 06/19/2009 | | 22.00 |
| | 8/3/2009 | Orazem-Boston-Parking 06/19/2009 | | 12.00 |
| | | | Subtotal: | 14,275.54 |
| | | | **CLOSING BALANCE as of 8/31/2009** | **27,706.80** |