**EXHIBIT 1: OCP LIST**[1]

**Tier Two:**

The Debtors propose to pay each OCP falling under Tier Two (each a "Tier Two OCP"), without formal application to the Court by an OCP individually, 100% of fees for services rendered to the Debtors on or after the Petition Date, and associated costs and disbursements, provided that each Tier One OCP's fees, excluding costs and disbursements, do not exceed $50,000 per month (the "Monthly Cap"), $50,000 per project (the "Project Cap"), in the case of OCPs who customarily bill by project, or $350,000 per calendar year (the "Annual Cap") while these chapter 11 cases are pending. The Tier Two OCPs are:

| Name | Address | Service |
| --- | --- | --- |
| DLA Piper LLP[2] | 500 8th Street, NW, Washington, D.C., United States, 20004 | International trade compliance |
| Ernst & Young LLP[3] | 4130 ParkLake Avenue, Suite 500 Raleigh, NC 27612-2299 | Tax advisory and compliance assistance, and IRS account analysis |

---

[1] Various professionals have provided services to Nortel entities in the ordinary course, and in some cases a single firm may provide services to multiple Nortel affiliates. Out of an abundance of caution, the Debtors have prepared a comprehensive list of OCPs. As a result, certain of the OCPs included on this list may have rendered services to the Canadian Debtors in addition to the Debtors in these chapter 11 cases. However, the OCPs listed herein provide professional services to the Debtors and the Debtors will pay such OCPs only for services rendered to the Debtors.

[2] DLA Piper LLP was previously retained by the Debtors pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 [D.I. 236] to provide bankruptcy, litigation services. The Debtors file this supplement for the purposes of expanding the scope of the services provided to the Debtors by DLA Piper LLP.

[3] Ernst & Young LLP was previously retained by the Debtors pursuant to the Notice of Supplement to List of Ordinary Course Professionals, dated March 12, 2009 [D.I. 457] to provide indirect tax services (including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting, and refund and credit services). The Debtors file this supplement for the purposes of expanding the scope of the services provided to the Debtors by Ernst & Young LLP.

| | | |
|---|---|---|
| Garcia Sayan<br>Estudio Aurelio Garcia Sayan Abogados | El Rosario No. 380, Lima 27<br>Peru | Corporate legal services |
| Hodkin Law Group, P.A. | 101 Pugliese's Way<br>Delray Beach, Florida 33444 | Litigation |
| Nicastro Meluso Abogados | Parera 62, Piso 4, Oficina B<br>C1014ABB Buenos Aires<br>Argentina | Corporate legal services |
| Pinheiro Guimaraes Advodados[4] | Ave. Rio Branco 181, 27 Andar and 20040-918 Rio de Janeiro, RJ Brazil | Corporate legal services |
| Quatttrini, Laprida & Asociados | Av. Del. Libertador 603 Piso 4<br>C1001ABT Buenos Aires<br>Argentina | Corporate legal services |
| Souza, Cecson Avedissian, Barrieu e Flesch | Rua Funchal, 418 – 11 Andar<br>04551 060 Sao Paulo, Brazil | Corporate legal services |

---

[4] Pinheiro Guimaraes Advodados was previously retained by the Debtors pursuant to the Notice of Seventh Supplement to List of Ordinary Course Professionals, dated August 28, 2009 [D.I. 1398] to provide tax and labor legal services. The Debtors file this supplement for the purposes of expanding the scope of the services provided to the Debtors by Pinheiro Guimaraes Advodados.