## <u>CERTIFICATE OF SERVICE</u>

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Eighth Supplement To List Of Ordinary Course Professionals** was caused to be made on October 19, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: October 19, 2009

*/s/ Andrew R. Remming*
Andrew R. Remming (No. 5120)

3182033.1