## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                          :
In re                                     :      Chapter 11
                                          :
Nortel Networks Inc., et al.,[1]          :      Case No. 09-10138 (KG)
                                          :
                       Debtors.           :      Jointly Administered
------------------------------------------------------X
```

### OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|------|------|
| January 6, 2010 | 10:00 a.m. (Eastern Time) |
| January 21, 2010 | 11:00 a.m. (Eastern Time) |
| February 3, 2010 | 10:00 a.m. (Eastern Time) |
| February 17, 2010 | 1:00 p.m. (Eastern Time) |
| March 3, 2010 | 2:00 p.m. (Eastern Time) |
| March 17, 2010 | 11:00 a.m. (Eastern Time)[2] |
| March 31, 2010 | 10:00 a.m. (Eastern Time) |
| April 14, 2010 | 10:00 a.m. (Eastern Time |
| April 28, 2010 | 10:00 a.m. (Eastern Time |

Dated: Wilmington, Delaware
October 19, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  Quarterly fee applications for the period November 1, 2009 through January 31, 2010 will be heard at the March 17, 2010 omnibus hearing at 11:00 a.m.