## CERTIFICATE OF SERVICE

I, Lynn M. Van Buren, Esquire, certify that I am not less than 18 years of age, and

that service of the foregoing Statement Of Lynn M. Van Buren Pursuant To Fed R. Bankr. P.

2014 And Order Authorizing Debtors To Employ, Retain And Compensate Professionals In The

Ordinary Course was caused to be made on October /2, 2009, in the manner indicated upon the

entities identified below.

Dated:  October /2 2009

_____
Lynn M. Van Buren

**VIA FIRST CLASS U.S. MAIL:**
Derek C. Abbott, Esq.,
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, New York 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Fred Hodara, Esq
Akin Gump LLP
One Bryant Park
New York, NY 10036

2729315.1

EAST\42563189.1