IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2009 OCT 19  AM 10: 57

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NORTEL NETWORKS INC, et al., | ) |
| | ) Case No.: 09-10138(KG) |
| Debtors. | ) Jointly Administered |

NOTICE OF WITHDRAWAL
AS ATTORNEY OF RECORD FOR SEAL CONSULTING, INC.
AND REQUEST FOR REMOVAL FOR ELECTRONIC NOTICE

Pursuant to Local Rule 9010-2, Marc D. Youngelson, Esq., counsel for Seal Consulting, Inc. ("Seal"), a creditor of Nortel Networks, Inc., hereby advises the Court of Mr. Youngelson's withdrawal of counsel of record for for Seal. In support of this Notice, Mr. Youngelson states the following:

1. On or about July 1, 2009, my firm entered its appearance on behalf of Seal in the Nortel bankruptcy proceeding.

2. On October 2, 2009, ASM Capital filed a notice indicating that Seal's claim had been transferred to ASM Capital. See Exhibit A hereto.

3. As of the date of the filing of this notice, no matters of controversy are known to exist between any of the Debtors or Seal.

4. As of the date of the filing of this notice, Seal has been advised of, and consented to, this firm's withdrawal as counsel of record herein.

WHEREFORE, pursuant to Local Rule 9010-2, we hereby notice this Court of Mr. Youngelson's withdrawal of representation of Seal and request removal from the electronic notification system for this case.

Dated: October 14, 2009

                                                COSNER COSNER &  
                                                YOUNGELSON

                                                _____  
                                                Marc D. Youngelson, Esq.  
                                                197 Highway 18, Suite 308  
                                                East Brunswick, New Jersey 08816  
                                                (732) 937-8000  
                                                Attorneys for Seal Consulting, Inc.