----- Original Message -----
**From:** Carlos Molina
**To:** Duncan Vaz ; Brian Vaille
**Cc:** Marcia Scott ; Sonia Vaz
**Sent:** Wednesday, October 14, 2009 1:57 PM
**Subject:** RE: Annual Maintenance Renewal for ASN.1 Tools - Quote/Inv. #8115

Hi Duncan,
We don't have plans to extend this maintenance agreement. In part because Nortel has initiated the sale of the Next Generation Packet Core business. We expect to identify the buyer within the next couple of weeks. It will be up to the buyer to sign a new agreement.

Regards,
**Carlos**
ESN 444-0602; External (972) 684 0602; Mobile (214) 274 9236.

**From:** Duncan Vaz [mailto:dvaz@oss.com]
**Sent:** Wednesday, October 14, 2009 10:45 AM
**To:** Molina, Carlos (RICH2:4Q70); Vaille, Brian HITACHI (RICH2:4Q14)
**Cc:** Marcia Scott; Sonia Vaz
**Subject:** Annual Maintenance Renewal for ASN.1 Tools - Quote/Inv. #8115

Hello OSS ASN.1 Users,

Attached is quote 8115 to renew your OSS ASN.1 Maintenance Agreement 11189. The agreement **expired** on October 01,

10/15/2009

2009 so please let us know if it will be renewed and the date we can expect the purchase order.

Thanks,

Duncan

---

Duncan Vaz
OSS Nokalva, Inc.
Phone: 1-732-302-9669 ext. 115
Fax:     1-732-302-0023
Email:  dvaz@oss.com
URL:    www.oss.com

----- Original Message -----
**From:** Duncan Vaz
**To:** vaille@nortel.com
**Cc:** loeffler@nortel.com ; Marcia Scott ; Sonia Vaz
**Sent:** Wednesday, September 30, 2009 3:03 PM
**Subject:** Annual Maintenance Renewal for ASN.1 Tools - Quote/Inv. #8115

Hello Brian,

Attached is quote 8115 to renew your OSS ASN.1 Maintenance Agreement 11189. The agreement expires on October 01, 2009 so please let us know if it will be renewed and the date we can expect the purchase order.

Remember that maintenance is needed not only during development but also during deployment - your deployed applications use OSS components at runtime. It is very important to renew your maintenance agreement. It provides benefits like:

- 24x7 technical support via telephone, online, and email.
- Upgrades to reflect improvements, enhancements, and changes in ASN.1 standards.
- Assistance in the use of ASN.1 itself and in securing ASN.1 specifications.
- Processing of Transfer of Ownership, Change of Site, Change of CPU, and Reissuing of License Keys.
- Revisions to applicable Documentations.
- In most instances support for customer's upgrades to newer versions of the operating system.
- Expert advice on the use and operation of our tools.

Please note that when the maintenance agreement is not renewed it is cancelled in our records and then the software would have to be repurchased for upgrades and support. It therefore makes sense to renew your maintenance agreement now for the smaller renewal fee.

If you are not responsible for renewing this maintenance agreement, please forward this message to the appropriate person and copy me.

Thanks,

Duncan

---

Duncan Vaz
OSS Nokalva, Inc.
Phone: 1-732-302-9669 ext. 115
Fax:     1-732-302-0023
Email:  dvaz@oss.com
URL:    www.oss.com


----- Original Message -----
**From:** Sonia Vaz
**To:** vaille@nortel.com
**Cc:** finance ; loeffler@nortel.com
**Sent:** Wednesday, August 19, 2009 11:59 AM

10/15/2009

**Subject:** Annual Maintenance Renewal for ASN.1 Tools - Quote/Inv. #8115

Dear Brian,

It is now time to start the maintenance renewal process for the ASN.1 Tools shown on the attached document; to have a purchase order issued, if one is necessary, and payment sent to us before maintenance expires.

Please remember that maintenance is needed not only during development but also during deployment - your deployed applications use OSS components at runtime. Without the maintenance program in place, OSS is not obliged to provide any of the following:

- 24x7/worldwide technical support
- latest changes in the ASN.1 standards
- OSS product transfer from one machine to another at same site
- latest upgrades
- expert advice to provide optimum operation of software
- technical support via Telephone/ Web/ Fax / or Email

If maintenance will not be renewed, please take a few minutes and let us know the reason for this decision.

Thank you,
Sonia
-----------------------------------
Sonia Vaz
OSS Nokalva, Inc., Finance Department
Tel: 732-302-9669 x214
Fax: 732-302-0023
Email: sonia@oss.com / URL: www.oss.com

10/15/2009