# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 9/22/2009 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 10/12-10/15. Utilized travel voucher from previously canceled Nortel trip for week of 8/24-8/27 to offset cost of flight. | 149.52 |
| 9/9/2009 | James Lukenda | Airfare | CO CMSW98 EWR to RDU for 10-12 meetings regarding claims matters. | 794.20 |
| 9/1/2009 | Joseph J. McKenna | Airfare | United Airlines; NYC to Toronto YYZ; 9/8 to 9/10; Travel to Nortel Offices. | 459.58 |
| 9/19/2009 | Joseph J. McKenna | Airfare | United Airlines, From NY LGA to Chicago ORD, 9/21 to 9/24. Travel to Chicago Office while on Nortel Engagement. | 602.42 |
| 9/3/2009 | Lee A. Sweigart | Airfare | Air Canada - 9/8 - 9/10 - IND/YYZ. | 1,388.43 |
| 9/21/2009 | Lee A. Sweigart | Airfare | Flight from IND to Raleigh, NC - 10/12 - 10/15. | 267.20 |
| 9/3/2009 | Matthew J. Fisher | Airfare | Porter, Chicago to Toronto, 8/31 - 9/3, travel to offices of Debtors. | 1,137.00 |
| 9/5/2009 | Michael E. Scannella | Airfare | Continental, EWR-YYZ, 9/8/09 - 9/10/09, traveling to client site. | 993.25 |
| 9/18/2009 | Michael E. Scannella | Airfare | Continental, EWR to ORD, travel to Chicago office to work with team, 9/21 - 9/24. | 974.20 |
| 9/23/2009 | Michael E. Scannella | Airfare | Continental, EWR to RDU, 10/12 - 10/15, travel to client-site. | 230.24 |
| 9/3/2009 | Coley P. Brown | Ground Transportation | Cab ride from O'Hare airport to residence after traveling on Nortel engagement. | 40.00 |
| 9/8/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for travel to Toronto. | 40.00 |
| 9/10/2009 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after traveling on Nortel engagement. | 40.00 |
| 9/10/2009 | Coley P. Brown | Ground Transportation | Cab ride from 195 The West Mall to YYZ for flight from Toronto to Chicago. | 34.22 |
| 9/21/2009 | Coley P. Brown | Ground Transportation | Cab ride from Huron office at 550 W. Van Buren to residence after working late on Nortel matters. | 20.00 |
| 9/22/2009 | Coley P. Brown | Ground Transportation | Cab ride from Huron office at 550 W. Van Buren to residence after working late on Nortel matters. | 20.00 |
| 9/23/2009 | Coley P. Brown | Ground Transportation | Cab ride from dinner to residence after working late on Nortel matters. | 20.00 |
| 9/29/2009 | Coley P. Brown | Ground Transportation | Cab ride from office at 550 W. Van Buren to residence after working late on Nortel matters. | 20.00 |
| 9/3/2009 | Joseph J. McKenna | Ground Transportation | LGA to residence in downtown Manhattan. | 38.00 |
| 9/8/2009 | Joseph J. McKenna | Ground Transportation | Cab from Toronto Airport to Nortel offices. | 35.30 |
| 9/8/2009 | Joseph J. McKenna | Ground Transportation | Residence in downtown Manhattan to Newark Airport. | 66.00 |
| 9/10/2009 | Joseph J. McKenna | Ground Transportation | LGA to residence in downtown Manhattan. | 38.00 |
| 9/21/2009 | Joseph J. McKenna | Ground Transportation | Taxi from O'Hare Airport to Chicago Office. | 27.00 |
| 9/21/2009 | Joseph J. McKenna | Ground Transportation | Car from residence in lower Manhattan to NY LGA Airport. | 40.00 |
| 9/21/2009 | Joseph J. McKenna | Ground Transportation | Cab from Chicago Office to hotel while traveling on Nortel engagement. | 5.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 9/22/2009 | Joseph J. McKenna | Ground Transportation | Cab from hotel to Chicago office while on Nortel engagement. | 5.00 |
| 9/23/2009 | Joseph J. McKenna | Ground Transportation | Cab from hotel to Chicago Office while traveling on Nortel engagement. | 5.00 |
| 9/23/2009 | Joseph J. McKenna | Ground Transportation | Cab home from dinner while in Chicago on Nortel engagement. | 8.00 |
| 9/24/2009 | Joseph J. McKenna | Ground Transportation | Car from LaGuardia Airport to residence in lower Manhattan. | 37.00 |
| 9/8/2009 | Lee A. Sweigart | Ground Transportation | Ride to Westin Harbour Castle from YYZ - AAROPORT LIMOUSINE. | 63.40 |
| 9/22/2009 | Lee A. Sweigart | Ground Transportation | Round trip cab ride from hotel to dinner while traveling for Nortel. | 25.00 |
| 9/3/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (MDW) to residence. | 32.00 |
| 9/3/2009 | Matthew J. Fisher | Ground Transportation | Transportation from offices to airport (city centre), Toronto. | 42.00 |
| 9/29/2009 | Matthew J. Fisher | Ground Transportation | Transportation from airport (IAD) to Tyson's Corner Westin hotel. | 40.00 |
| 9/29/2009 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport (ORD). | 50.00 |
| 9/8/2009 | Michael E. Scannella | Ground Transportation | YYZ to Nortel Networks, Toronto. | 34.58 |
| 9/21/2009 | Michael E. Scannella | Ground Transportation | ORD to Huron Chicago Office. | 45.00 |
| 9/21/2009 | Michael E. Scannella | Ground Transportation | Huron Chicago Office to Westin River North, transportation to hotel. | 8.00 |
| 9/22/2009 | Michael E. Scannella | Ground Transportation | Huron Chicago Office to Westin River North, transportation to hotel. | 8.00 |
| 9/22/2009 | Michael E. Scannella | Ground Transportation | Westin River North to Huron Chicago Office, transportation to office. | 8.00 |
| 9/23/2009 | Michael E. Scannella | Ground Transportation | Westin River North to Huron Chicago Office, transportation to office. | 8.00 |
| 9/23/2009 | Michael E. Scannella | Ground Transportation | Huron Chicago Office to Dinner, Chicago, transportation from work to dinner. | 10.00 |
| 9/24/2009 | Michael E. Scannella | Ground Transportation | Huron Chicago Office, ORD Airport, used CTA. | 3.00 |
| 9/3/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel from 8/31-9/3 (3 nights). Hotel $465.16 + Parking $60 = $525.16. Included $20 for parking and maid tips during stay. | 485.16 |
| 9/10/2009 | Coley P. Brown | Hotel/Lodging | Westin hotel from 9/8-9/10 (2 nights). Hotel $273.90 + Parking $80 + Meal $30 = $383.90. Included $20 for parking and maid tips during stay. | 293.90 |
| 9/4/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Harbour Castle, Toronto, ON; 8/31 to 9/3; Visit to Nortel Office (3 nights) | 410.78 |
| 9/11/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Harbour Castle, Toronto, ON; 9/8 to 9/10; Visit to Nortel (2 nights). | 268.54 |
| 9/25/2009 | Joseph J. McKenna | Hotel/Lodging | Crowne Plaza Chicago Metro, Chicago, IL; Hotel while traveling on Nortel engagement (3 nights). | 699.35 |
| 9/3/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto - 8/31-9/3, 3 nights. | 396.13 |
| 9/10/2009 | Lee A. Sweigart | Hotel/Lodging | Westin Harbour Castle Toronto - 9/8-9/10, 2 nights. | 268.54 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 9/24/2009 | Lee A. Sweigart | Hotel/Lodging | Westin River North Chicago - 9/22-9/24, 2 nights, room and tips. | 641.08 |
| 9/3/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Toronto, 8/31 - 9/3, lodging near Debtors' office, 3 nights. | 389.85 |
| 9/10/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Toronto, 8/8 - 8/10, hotel while staying at client, 2 nights, room + tip. | 273.71 |
| 9/24/2009 | Michael E. Scannella | Hotel/Lodging | Westin River North, Chicago, 9/21 - 9/24, 3 nights, hotel while traveling to Chicago to work with Nortel team, room + AMEX fee + tip. | 780.22 |
| 9/2/2009 | Coley P. Brown | Meals | Dinner at Keg for Coley Brown, Lee Sweigart, Mike Scannella and Joe McKenna (4 people). | 200.00 |
| 9/3/2009 | Coley P. Brown | Meals | Travel dinner at YYZ for Coley Brown (1 person). | 17.63 |
| 9/3/2009 | Coley P. Brown | Meals | Breakfast for week of 8/31-9/3 (4 days) at Sodexho for Coley Brown (1 person) while in Toronto. | 15.00 |
| 9/8/2009 | Coley P. Brown | Meals | Breakfast at O'Hare airport while traveling to Toronto for Nortel engagement, 1 person. | 8.64 |
| 9/9/2009 | Coley P. Brown | Meals | Dinner at Blowfish for Coley Brown, Lee Sweigart, Joe McKenna and Mike Scannella (4 people). | 200.00 |
| 9/9/2009 | Coley P. Brown | Meals | Breakfast from Sodexho at 195 The West Mall, 1 person. | 5.00 |
| 9/10/2009 | Coley P. Brown | Meals | Dinner at Gaslight Club for Coley Brown (1person) while traveling home from Toronto to Chicago. | 41.49 |
| 9/10/2009 | Coley P. Brown | Meals | Breakfast at McDonalds for Coley Brown, Lee Sweigart and Joe McKenna (3 people). | 19.24 |
| 9/22/2009 | Coley P. Brown | Meals | Dinner from D'Agostinos while working late on Nortel matters, 1 person. | 21.49 |
| 9/29/2009 | Coley P. Brown | Meals | Dinner from Pockets while working late on Nortel matters, 1 person. | 15.81 |
| 9/3/2009 | James Lukenda | Meals | MIT-BK, Dinner, 1 person. | 7.67 |
| 9/1/2009 | Joseph J. McKenna | Meals | Ki Modern Japanese, Toronto, ON; Team dinner; Matt Fisher, Lee Sweigart, Coley Brown, Joe McKenna (4 people). | 200.00 |
| 9/3/2009 | Joseph J. McKenna | Meals | Pizza Pizza, Toronto Airport; Dinner, 1 person. | 7.63 |
| 9/8/2009 | Joseph J. McKenna | Meals | Starbucks, Newark Airport; Breakfast while traveling on Nortel engagement, 1 person. | 5.86 |
| 9/21/2009 | Joseph J. McKenna | Meals | Au Bon Pain, LaGuardia Airport, New York; Breakfast while traveling on Nortel engagement, 1 person. | 7.05 |
| 9/22/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 4.95 |
| 9/23/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 5.80 |
| 9/23/2009 | Joseph J. McKenna | Meals | Frontera Grill, Chicago, IL; Dinner while on Nortel engagement; Mike Scannella, Joseph McKenna, Lee Sweigart, Coley Brown, Matt Fisher (5 people). | 250.00 |
| 9/24/2009 | Joseph J. McKenna | Meals | Ciao, Chicago ORD Airport; Dinner while traveling on Nortel engagement, 1 person. | 11.54 |
| 9/24/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 5.91 |
| 9/3/2009 | Lee A. Sweigart | Meals | Dinner at YYZ airport - Molson Pub, 1 person. | 18.70 |
| 9/3/2009 | Lee A. Sweigart | Meals | Breakfast week of 8/31-9/03, 4 days. | 12.45 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 9/8/2009 | Lee A. Sweigart | Meals | Dinner at IND airport before flight - Champs, 1 person. | 20.26 |
| 9/8/2009 | Lee A. Sweigart | Meals | Breakfast, week of 9/8-9/10, 3 days, 1 person. | 9.23 |
| 9/10/2009 | Lee A. Sweigart | Meals | Dinner at YYZ airport - Molson Pub, 1 person. | 19.01 |
| 9/22/2009 | Lee A. Sweigart | Meals | Dinner at Westin River North, 1 person. | 50.00 |
| 9/24/2009 | Lee A. Sweigart | Meals | Breakfast for week of 9/22-9/24 in Chicago, 1 person, 3 days. | 23.21 |
| 9/29/2009 | Matthew J. Fisher | Meals | Dinner at airport (ORD) café, 1 person. | 23.12 |
| 9/8/2009 | Michael E. Scannella | Meals | Boiler House, Toronto, Team dinner while traveling to client, Mike Scannella, Joe McKenna, Coley Brown, 3 people. | 150.00 |
| 9/8/2009 | Michael E. Scannella | Meals | Ruby's Diner, EWR, Traveling Breakfast, 1 person, Mike Scannella. | 5.65 |
| 9/10/2009 | Michael E. Scannella | Meals | Toast/T3 Meteor, YYZ, Dinner while traveling, 1 person, Mike Scannella. | 33.41 |
| 9/10/2009 | Michael E. Scannella | Meals | Nortel Cafe, Toronto, Breakfast for 9/9 -9/10, Mike Scannella, 1 person. | 9.00 |
| 9/18/2009 | Michael E. Scannella | Meals | TGI Fridays, New York, Dinner while working late on Nortel matters, Mike Scannella, 1 person. | 20.00 |
| 9/21/2009 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Traveling Breakfast, 1 person, Mike Scannella. | 8.10 |
| 9/21/2009 | Michael E. Scannella | Meals | Giordano's, Chicago, Team Dinner while working late, 3 people, Mike Scannella, Coley Brown, and Joe McKenna. | 38.08 |
| 9/22/2009 | Michael E. Scannella | Meals | Westin, Chicago, Traveling Dinner, 1 person, Mike Scannella. | 50.00 |
| 9/22/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, breakfast while traveling, 1 person, Mike Scannella | 5.79 |
| 9/23/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, breakfast, 1 person, Mike Scannella. | 7.47 |
| 9/24/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, breakfast, 1 person, Mike Scannella. | 6.53 |
| 9/24/2009 | Michael E. Scannella | Meals | Wolfgang Puck, ORD, Traveling Dinner, Mike Scannella, 1 person. | 19.21 |
| 9/3/2009 | James Lukenda | Mileage | Mileage to/fm EWR and home. | 17.05 |
| 9/3/2009 | Lee A. Sweigart | Mileage | Round trip drive to IND airport from home - 8/31-9/03. | 25.30 |
| 9/10/2009 | Lee A. Sweigart | Mileage | Round trip drive to IND airport from home - 9/8-9/10. | 25.30 |
| 9/30/2009 | Lee A. Sweigart | Mileage | Drive, roundtrip, from IND to Chicago for work on Nortel with Huron team. | 198.00 |
| 9/8/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 Miles roundtrip, driving to airport. | 35.20 |
| 9/21/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, travel to airport for flight for client, 64 miles. | 35.20 |
| 9/29/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 miles roundtrip, travel to airport for flight for client. | 35.20 |
| 9/3/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin hotel from 8/31-9/3 (3 nights). Hotel $465.16 + Parking $60 = $525.16. | 60.00 |
| 9/9/2009 | Coley P. Brown | Parking & Tolls | Parking in Toronto while having dinner. | 9.37 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 9/10/2009 | Coley P. Brown | Parking & Tolls | Parking at Westin hotel from 9/8-9/10 (2 nights). Hotel $273.90 + Parking $80 + Meal $30 = $383.90. | 80.00 |
| 9/3/2009 | James Lukenda | Parking & Tolls | Nortel-parking EWR (27) and GSP toll (1). | 28.00 |
| 9/8/2009 | Joseph J. McKenna | Parking & Tolls | Toronto Parking Authority, Toronto, ON; 3 hours on 9/8/09. | 4.33 |
| 9/3/2009 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 8/31-9/03 (4 days). | 64.00 |
| 9/10/2009 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport - 9/8-9/10, 3 days. | 40.00 |
| 9/22/2009 | Lee A. Sweigart | Parking & Tolls | Parking at Huron Chicago office while traveling out of town for Nortel matters. | 17.00 |
| 9/24/2009 | Lee A. Sweigart | Parking & Tolls | Round trip tolls for drive to Huron Chicago office. | 12.00 |
| 9/24/2009 | Lee A. Sweigart | Parking & Tolls | Parking at Huron Chicago office while traveling out of town. | 17.00 |
| 9/24/2009 | Lee A. Sweigart | Parking & Tolls | Parking at Westin River North - 9/22 - 9/24, 2 nights. | 96.00 |
| 9/10/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 9/8 - 9/10, 3 days. | 81.00 |
| 9/24/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 9/21 - 9/24, 4 days. | 108.00 |
| 9/23/2009 | Theresa Steinkamp | Postage and Freight | UPS Shipping - cost of shipping transponder and ID badge to Nortel, Toronto. | 18.64 |
| 9/3/2009 | Coley P. Brown | Rental Car | Rental car in Toronto for week of 8/31 - 9/3 (4 days). | 364.64 |
| 9/10/2009 | Coley P. Brown | Rental Car | Rental car in Toronto for week of 9/8 - 9/10 (3 days). | 288.81 |
| 9/30/2009 | Huron | GST (5%) | Goods and Services Tax for work performed and expenses incurred in Ontario, Canada. | 3,348.94 |
| | | | **Total** | **$ 19,407.71** |