# **EXHIBIT C**



October 20, 2009


Anna Ventresca, Esq.
General Counsel, Corporate Secretary and Chief Compliance Officer
Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1


Dear Ms. Ventresca:

Enclosed is Huron Consulting Group's statement for September 1, 2009 through September 30, 2009.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this eighth monthly statement by November 9, 2009, (20th day following service of the Monthly Statement) the debtors are authorized to pay 80% of the fees ($198,984.25) and 100% of the expenses ($19,407.71) for a total amount due of $218,391.96.

Services provided to Nortel Networks Inc. in Canada have been provided through Huron's Canadian affiliate, Conseillers Huron Canada Limitee.

All services provided directly by Huron Consulting Services LLC were provided within the United States.

If you have any questions on the enclosed billing or any aspect of the engagement, please do not hesitate to contact Jim Lukenda, the engagement Managing Director.


Very truly yours,

Clarissa D. Tuttle
Clarissa Tuttle
Billing Coordinator



# FEES SUMMARY

| Professional | Title | Huron Consulting Services LLC | Conseillers Huron Canada Limitee | Total |
|---|---|---|---|---|
| James Lukenda | Managing Director | $31,055.40 | $4,313.25 | $35,368.65 |
| Lee Sweigart | Director | $44,226.00 | $16,038.00 | $60,264.00 |
| Matthew J. Fisher | Director | $33,655.50 | $8,796.60 | $42,452.10 |
| Theresa Steinkamp | Manager | $1,269.45 | - | $1,269.45 |
| Matthew Lawrence | Associate | $603.00 | - | $603.00 |
| Coley P. Brown | Associate | $34,823.25 | $12,964.50 | $47,787.75 |
| Philip Grodin | Associate | $301.50 | - | $301.50 |
| Joseph McKenna | Analyst | $13,858.43 | $18,676.35 | $32,534.78 |
| Michael Scannella | Analyst | $24,133.73 | $3,902.85 | $28,036.58 |
| Clarissa Tuttle | Analyst | $112.50 | - | $112.50 |
| **Total** | | **$184,038.76** | **$64,691.55** | **$248,730.31** |



# EXPENSE SUMMARY

| Cost Type | Huron Consulting Services LLC | Conseillers Huron Canada Limitee | Total |
|---|---|---|---|
| Airfare | $6,996.04 | - | $6,996.04 |
| Ground Transportation | $839.28 | $76.22 | $915.50 |
| Hotel/Lodging | $3,738.35 | $1,168.91 | $4,907.26 |
| Meals | $1,340.69 | $239.24 | $1,579.93 |
| Mileage | $371.25 | - | $371.25 |
| Parking & Tolls | $467.33 | $149.37 | $616.70 |
| Postage and Freight | $18.64 | - | $18.64 |
| Rental Car | - | $653.45 | $653.45 |
| GST (5%) | - | $3,348.94 | $3,348.94 |
| **Total Expenses** | **$13,771.58** | **$5,636.13** | **$19,407.71** |



Invoice Date: 10/20/09

Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1

**DUE UPON RECEIPT**
**INVOICE #: 161862**
**JOB NUMBER: 01675**
**HURON TAX ID#: 01-0666453**

**HURON CONSULTING SERVICES LLC**

*For Professional Services Rendered within the United States for the period September 1, 2009 Through September 30, 2009 (All amounts are in US dollars):*

| | | |
|---|---|---:|
| Total Fees................................................................................................................. | $ | 184,038.76 |
| Total Expenses ......................................................................................................... | $ | 13,771.58 |
| **Total Amount Due:** ............................................................................................... | **$** | 197,810.34 |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | | |
|---|---|---:|
| Fees 80% ................................................................................................................... | $ | 147,231.01 |
| Expenses 100% ......................................................................................................... | $ | 13,771.58 |
| **Amount Due for this period** ............................................................................... | **$** | **161,002.59** |

Holdback of 20% until final court approval                $        36,807.75

To ensure proper credit please
refer to invoice number 161862

FEDERAL TAX ID # 01-0666453

# REMITTANCE COPY

| **Payment by wire transfer:** | **Payment by ACH/EFT:** |
|---|---|
| **Bank of America** | **Bank of America** |
| **Chicago, Illinois** | **Chicago, Illinois** |
| **Routing No. 0260-0959-3** | **Routing No. 071000039** |
| **Account Title: Huron Consulting Services, LLC** | **Account Title: Huron Consulting Services, LLC** |
| **Account Number: 5800297276** | **Account Number: 5800297276** |

**Comments: (Include Invoice Number to ensure proper credit)**



Invoice Date: 10/20/09

Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1

**DUE UPON RECEIPT**
**INVOICE #: 710003**
**JOB NUMBER: 01675**
**GST no 818 374 290 RT 0001**

**CONSEILLERS HURON CANADA LIMITEE**

*For Professional Services Rendered within Ontario,Canada for the period  September 1, 2009 Through September 30, 2009 (All amounts are in US dollars):*

| | | |
|---|---|---|
| Total Fees............................................................................................................ | $ | 64,691.55 |
| Taxes Applied to Fees (5% GST) ........................................................................ | | 3,234.58 |
| Total Expenses ................................................................................................... | | 2,287.19 |
| Taxes Applied to Expenses (5% GST) ................................................................ | | 114.36 |
| **Total Amount Due:** ....................................................................................... | **$** | **70,327.68** |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | | |
|---|---|---|
| Fees at 80% ........................................................................................................ | $ | 51,753.24 |
| Expenses at 100% .............................................................................................. | | 2,287.19 |
| 5% GST at 100% ................................................................................................ | | 3,348.94 |
| **Amount Due for this period** ......................................................................... | **$** | **57,389.37** |

Holdback of 20% until final court approval                 $              12,938.31

---

To ensure proper credit please
refer to invoice number 710003
**GST no 818 374 290 RT 0001**
# REMITTANCE COPY

---

**BANK DETAILS FOR DIRECT TRANSFER**
**HSBC Bank Canada**
**Montreal , Quebec**
**Transit No.: 10001**
**Swift Code: HKBCCATT**
**Canada Institution No.: 016**
**Account Title: Huron Advisors Canada Limited**
**Account No: 001-377795-001**
**Comments: (Include Invoice Number to ensure proper credit)**