# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on October 21, 2009, I served a copy of the *Reservation of Rights by Oracle USA, Inc., Regarding the Debtors' Motion for Orders (1)(A) Authorizing and Approving Sale Procedures, (B) Authorizing and Approving Notice Procedures, and (C) Setting a Date for Sale Hearing, and (II) Authorizing and Approving Sale of Debtors' Next generation Serving Packet Core Network Components Free and Clear of All Liens, Claims and Encumbrances* to all parties listed on the attached service list via electronic mail.

          /s/James E. Huggett
          James E. Huggett (#3956)

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lschweitzer@cgsh.com

Derek Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com


Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
samis@rlf.com

Fred S. Hodara, Esquire
Stephen Kuhn, Esquire
Kenneth Davis, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com


Roland Hlawaty, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
rhlawaty@milbank.com