IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 1706 |

**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, hereby certify that on this 21st day of October, 2009, I caused a copy of the foregoing **Preliminary Objection and Reservation of Rights of SNMP Research International, Inc. to Debtors' Motion to Approve the Sale of the Debtors' Next Generation Service Packet Core Network Components Free and Clear of All Liens, Claims and Encumbrances** to be served on the following *via* electronic mail:

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
dabbott@mnat.com

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lschweitzer@cgsh.com

Gregg Galardi
Sarah E. Pierce
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
gregg.galardi@skadden.com
sarah.pierce@skadden.com

N. Lynn Hiestand
Skadden, Arps, Meagher & Flom LL
Four Times Square
New York, NY 10036
lynn.hiestand@skadden.com

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
samis@rlf.com

Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
RHlawaty@milbank.com

*/s/ Mary E. Augustine*
Mary E. Augustine (No. 4477)