# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2009 Through September 30, 2009

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court costs | | $ 75.00 |
| Transcripts | | 3,273.34 |
| Photos/Art/ Spec Duplicating | | 9,260.27 |
| Travel | | 80.19 |
| Meals | | 891.49 |
| Messenger Service | | 129.00 |
| Courier/Delivery Service | | 4,365.60 |
| Computer Research | Westlaw | 3.63 |
| Duplicating | In Office | 1,838.45 |
| Facsimile | | 3,606.00 |
| Postage | | 23.98 |
| Pacer | | 23.28 |
| Hotel Accommodations | | 1,640.33 |
| Conference Calls | | 44.00 |
| **Grand Total Expenses** | | **$25,254.56** |

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 763612 | 09/24/09 | B | 75.00 | Court Costs - U.S. DISTRICT COURT FOR DISTR OF DELAWARE` PRO HACS FOR DEBORAH BUELL, MELISSA DURKEE, NEIL FORREST OF CLEARY GOTTLIEB | 503 AND | 961 | 164624 |
| 765443 | 09/11/09 | B | 215.75 | Transcripts - PERFECT PAGES TRANSCRIPTION & REPORTING, INC.` CASE #09-10138 - COPY OF TRANSCRIPTS - | 506 09/11/09 | 904 | 164814 |
| 764489 | 09/16/09 | B | 946.05 | Transcripts - PERFECT PAGES TRANSCRIPTION & REPORTING, INC.` CASE #09-10138 - COPY OF TRANSCRIPTS - | 506 09/16/09 | 904 | 164681 |
| 762102 | 09/16/09 | B | 1,155.30 | Transcripts - WILCOX & FETZER, LTD` BANCKRUPTCY COURT HEARING - ORIGINAL E-TRANSCRIPT EXPEDITED AND PDF EXHIBITS | 506 | 904 | 164475 |
| 762103 | 09/16/09 | B | 956.24 | Transcripts - WILCOX & FETZER, LTD` BANCKRUPTCY COURT HEARING - ORIGINAL E-TRANSCRIPT EXPEDITED AND PDF EXHIBITS | 506 | 904 | 164476 |
| 761019 | 09/10/09 | B | 860.01 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 662 | 164257 |
| 761827 | 09/11/09 | B | 573.47 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 164418 |
| 761826 | 09/15/09 | B | 2,121.13 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 164417 |
| 761825 | 09/16/09 | B | 573.47 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 594 | 164416 |
| 762901 | 09/21/09 | B | 2,326.37 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 164567 |
| 764858 | 09/25/09 | B | 614.13 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 164725 |
| 765340 | 09/28/09 | B | 560.94 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 164775 |
| 765440 | 09/29/09 | B | 953.85 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 164810 |
| 765441 | 09/30/09 | B | 262.15 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 597 | 164811 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 765439 | 09/30/09 | B | 414.75 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 164809 |
| 765344 | 09/10/09 | B | (214.20 | )Travel - UNIGLOBE RED CARPET TRAVEL` PASSENGER: D. ABBOTT - AMTRAK; REFUND OR EXCHANGE - 09/10/09 | 511 | 322 | 164782 |
| 762110 | 09/10/09 | B | (178.00 | )Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: D. ABBOTT - AMTRAK; REFUND OR EXCHANGE - 09/10/09 | 511 | 322 | 164479 |
| 762112 | 09/10/09 | B | 273.00 | Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: D. ABBOTT - AMTRAK; WILMINGTON, D TO NY - 09/10/09 | 511 | 322 | 164479 |
| 762111 | 09/10/09 | B | (178.00 | )Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: A. CORDO - AMTRAK; REFUND OR EXCHANGE - 09/10/09 | 511 | 904 | 164479 |
| 762113 | 09/10/09 | B | 273.00 | Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: A. CORDO - AMTRAK; WILMINGTON, DE NY - 09/10/09 | 511 TO | 904 | 164479 |
| 761010 | 09/11/09 | B | 13.50 | Travel ANN CORDO` REIMBURSEMENT OF TAXI FROM TRIP TO NY TO ATT AUCTION - 09/10 - 09/11/09 | 511 ND | 904 | 164247 |
| 770237 | 09/13/09 | B | 90.89 | Travel - DEREK C. ABBOTT` REIMBURSEMENT OF PARKING | 511 | 322 | 164334 |
| 761822 | 09/16/09 | B | 250.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 20 PER D. ABBOTT - 09/16/09 | 512 | 322 | 164412 |
| 762114 | 09/16/09 | B | 63.05 | Meals - DEREK C. ABBOTT` REIMBURSEMENT OF LUNCH BREAK DURING HEARING NORTEL CO-COUNSEL AND CLIENT - 09/16/09 | 512 OR | 322 | 164480 |
| 764506 | 09/16/09 | B | 343.75 | Meals - MOVABLE FEAST INC.` LUNCH FOR 20 PER D. ABBOTT/ A. CORDO - 09/16 | 512 09 | 322 | 164687 |
| 767172 | 09/30/09 | B | 73.13 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 9 - 09/30/09 | 512 | 904 | 164952 |
| 768605 | 09/30/09 | B | 161.56 | Meals - MOVABLE FEAST INC.` LUNCH FOR 9 - 09/30/09 | 512 | 904 | 165166 |
| 761270 | 09/01/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 762465 | 09/01/09 | B | 6.00 | Messenger Service | 513S | 662 | |
| 762386 | 09/01/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 762395 | 09/01/09 | B | 12.00 | Messenger Service | 513S | 662 | |
| 762533 | 09/03/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 762536 | 09/03/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 762554 | 09/03/09 | B | 6.00 | Messenger Service | 513S | 662 | |
| 762542 | 09/03/09 | B | 3.00 | Messenger Service | 513S | 546 | |
| 762635 | 09/09/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 762580 | 09/09/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 762581 | 09/09/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 762631 | 09/09/09 | B | 3.00 | Messenger Service | 513S | 662 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 762647 | 09/10/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 762705 | 09/11/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 762713 | 09/11/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 762714 | 09/11/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765162 | 09/11/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 762703 | 09/11/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 765168 | 09/14/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 765189 | 09/14/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765208 | 09/15/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765220 | 09/15/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765203 | 09/15/09 | B | 3.00 | Messenger Service | 513S | 651 | |
| 765212 | 09/15/09 | B | 3.00 | Messenger Service | 513S | 651 | |
| 765221 | 09/15/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765204 | 09/15/09 | B | 3.00 | Messenger Service | 513S | 594 | |
| 765272 | 09/21/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765282 | 09/21/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765275 | 09/21/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 765279 | 09/21/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 765285 | 09/23/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765304 | 09/24/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765305 | 09/24/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 765310 | 09/25/09 | B | 15.00 | Messenger Service | 513S | 622 | |
| 769131 | 08/31/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 08/31/09 | 514 | 961 | 165231 |
| 769130 | 08/31/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 08/31/09 | 514 | 904 | 165231 |
| 763542 | 09/10/09 | B | 10.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 662 | 164615 |
| 760466 | 09/10/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164238 |
| 760467 | 09/10/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164238 |
| 760468 | 09/10/09 | B | 13.43 | Courier/Delivery Service | 514 | 597 | 164238 |
| 760469 | 09/10/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164238 |
| 769140 | 09/10/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 09/10/09 | 514 | 597 | 165231 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 760470 | 09/10/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164238 |
| 760471 | 09/10/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164238 |
| 760472 | 09/10/09 | B | 14.17 | Courier/Delivery Service | 514 | 000 | 164238 |
| 761267 | 09/10/09 | B | 25.52 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 597 | 164315 |
| 761243 | 09/11/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164314 |
| 761246 | 09/11/09 | B | 13.43 | Courier/Delivery Service | 514 | 597 | 164314 |
| 761247 | 09/11/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164314 |
| 761248 | 09/11/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164314 |
| 763525 | 09/11/09 | B | 6.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 164615 |
| 761244 | 09/11/09 | B | 25.71 | Courier/Delivery Service | 514 | 000 | 164314 |
| 761245 | 09/11/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164314 |
| 761249 | 09/11/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164314 |
| 761250 | 09/11/09 | B | 14.17 | Courier/Delivery Service | 514 | 000 | 164314 |
| 761290 | 09/11/09 | B | 18.27 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 164330 |
| 761291 | 09/11/09 | B | 25.52 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 164330 |
| 769143 | 09/11/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 09/11/09 | 514 | 597 | 165231 |
| 763572 | 09/14/09 | B | 6.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 662 | 164616 |
| 763589 | 09/15/09 | B | 52.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 662 | 164616 |
| 769145 | 09/15/09 | B | 166.30 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK * 09/15/09 | 514 | 904 | 165231 |
| 769146 | 09/15/09 | B | 33.26 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 09/15/09 | 514 | 904 | 165231 |
| 762135 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762238 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762239 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762240 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762246 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164483 |
| 762247 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164483 |
| 762248 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164483 |
| 763568 | 09/15/09 | B | 92.40 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 164616 |
| 762241 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164483 |
| 762242 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164483 |
| 763571 | 09/15/09 | B | 151.80 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 164616 |
| 762243 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164483 |
| 762244 | 09/15/09 | B | 11.69 | Courier/Delivery Service | 514 | 597 | 164483 |
| 762245 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164483 |
| 762232 | 09/15/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762233 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 762234 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762235 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762236 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762237 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762226 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762227 | 09/15/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762228 | 09/15/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762229 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762230 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762231 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762220 | 09/15/09 | B | 18.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762221 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762222 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762223 | 09/15/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762224 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762225 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762214 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762215 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762216 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762217 | 09/15/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762218 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762219 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762208 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762209 | 09/15/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762210 | 09/15/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762211 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762212 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762213 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762202 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762203 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762204 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762205 | 09/15/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762206 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762207 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762196 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762197 | 09/15/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762198 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762199 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/22/09 15:02:31

PRO FORMA 236356

AS OF 09/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 762200 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762201 | 09/15/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762190 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762191 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762192 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762193 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762194 | 09/15/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762195 | 09/15/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762184 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762185 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762186 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762187 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762188 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762189 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762178 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762179 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762180 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762181 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762182 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762183 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762172 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762173 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762174 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762175 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762176 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762177 | 09/15/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762166 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762167 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762168 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762169 | 09/15/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762170 | 09/15/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762171 | 09/15/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762160 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762161 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762162 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762163 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762164 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762165 | 09/15/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164483 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 762154 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762155 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762156 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762157 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762158 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762159 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762148 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762149 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762150 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762151 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762152 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762153 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762142 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762143 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762144 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762145 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762146 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762147 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762136 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762137 | 09/15/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762138 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762139 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762140 | 09/15/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762141 | 09/15/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164483 |
| 762119 | 09/16/09 | B | 25.52 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 164482 |
| 763570 | 09/16/09 | B | 6.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 594 | 164616 |
| 763569 | 09/16/09 | B | 9.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 904 | 164616 |
| 769153 | 09/21/09 | B | 166.30 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 09/21/09 | 514 | 904 | 165231 |
| 769154 | 09/21/09 | B | 33.26 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 09/21/09 | 514 | 904 | 165231 |
| 763368 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763263 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763264 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763265 | 09/21/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164602 |
| 764055 | 09/21/09 | B | 25.52 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 164625 |
| 764056 | 09/21/09 | B | 25.52 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 164625 |
| 764057 | 09/21/09 | B | 25.52 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 164625 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 763369 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164602 |
| 763370 | 09/21/09 | B | 11.69 | Courier/Delivery Service | 514 | 597 | 164602 |
| 763362 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763363 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763364 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763365 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763366 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763367 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763356 | 09/21/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763357 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763358 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763359 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763360 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763361 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763350 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763351 | 09/21/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763352 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763353 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763354 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763355 | 09/21/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763344 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763345 | 09/21/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763346 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763347 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763348 | 09/21/09 | B | 18.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763349 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763338 | 09/21/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763339 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763340 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763341 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763342 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763343 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763332 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763333 | 09/21/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763334 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763335 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763336 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763337 | 09/21/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164602 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 763326 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763327 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763328 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763329 | 09/21/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763330 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763331 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763320 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763321 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763322 | 09/21/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763323 | 09/21/09 | B | 11.69 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763324 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763325 | 09/21/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763314 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763315 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763316 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763317 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763318 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763319 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763308 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763309 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763310 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763311 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763312 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763313 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763302 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763303 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763304 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763305 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763306 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763307 | 09/21/09 | B | 14.17 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763296 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763297 | 09/21/09 | B | 13.43 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763298 | 09/21/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763299 | 09/21/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763300 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763301 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763290 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763291 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 763292 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763293 | 09/21/09 | B | 14.56 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763294 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763295 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763284 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763285 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763286 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763287 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763288 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763289 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763278 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763279 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763280 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763281 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763282 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763283 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763272 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763273 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763274 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763275 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763276 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763277 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763266 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763267 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763268 | 09/21/09 | B | 16.15 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763269 | 09/21/09 | B | 15.64 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763270 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 763271 | 09/21/09 | B | 9.89 | Courier/Delivery Service | 514 | 904 | 164602 |
| 765400 | 09/24/09 | B | 25.52 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 164792 |
| 766469 | 09/28/09 | B | 14.17 | Courier/Delivery Service | 514 | 000 | 164851 |
| 766472 | 09/28/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164851 |
| 766476 | 09/28/09 | B | 14.17 | Courier/Delivery Service | 514 | 000 | 164851 |
| 766475 | 09/28/09 | B | 13.43 | Courier/Delivery Service | 514 | 597 | 164851 |
| 766460 | 09/28/09 | B | 25.52 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 597 | 164849 |
| 766470 | 09/28/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164851 |
| 766471 | 09/28/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164851 |
| 766473 | 09/28/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164851 |
| 766474 | 09/28/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164851 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 766511 | 09/29/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164853 |
| 766515 | 09/29/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164853 |
| 766516 | 09/29/09 | B | 14.56 | Courier/Delivery Service | 514 | 597 | 164853 |
| 766520 | 09/29/09 | B | 9.89 | Courier/Delivery Service | 514 | 597 | 164853 |
| 766521 | 09/29/09 | B | 11.69 | Courier/Delivery Service | 514 | 597 | 164853 |
| 766486 | 09/29/09 | B | 25.52 | Courier/Delivery Service | 514 | 000 | 164852 |
| 766487 | 09/29/09 | B | 25.52 | Courier/Delivery Service | 514 | 000 | 164852 |
| 766488 | 09/29/09 | B | 25.52 | Courier/Delivery Service | 514 | 000 | 164852 |
| 766512 | 09/29/09 | B | 9.89 | Courier/Delivery Service | 514 | 000 | 164853 |
| 766513 | 09/29/09 | B | 14.17 | Courier/Delivery Service | 514 | 000 | 164853 |
| 766514 | 09/29/09 | B | 14.17 | Courier/Delivery Service | 514 | 000 | 164853 |
| 766517 | 09/29/09 | B | 14.17 | Courier/Delivery Service | 514 | 000 | 164853 |
| 766518 | 09/29/09 | B | 16.15 | Courier/Delivery Service | 514 | 000 | 164853 |
| 766519 | 09/29/09 | B | 16.70 | Courier/Delivery Service | 514 | 000 | 164853 |
| 766563 | 09/29/09 | B | 19.89 | Courier/Delivery Service | 514 | 000 | 164854 |
| 768229 | 09/30/09 | B | 91.82 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 165104 |
| 766226 | 09/24/09 | B | 3.63 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 757923 | 09/01/09 | B | 6.00 | In-House Duplicating | 519 | 546 | |
| 757924 | 09/01/09 | B | 3.20 | In-House Duplicating | 519 | 546 | |
| 760358 | 09/01/09 | B | 186.40 | In-House Duplicating | 519 | 605 | |
| 759102 | 09/03/09 | B | 4.80 | In-House Duplicating | 519 | 546 | |
| 760565 | 09/09/09 | B | 0.90 | In-House Duplicating | 519 | 670 | |
| 760676 | 09/10/09 | B | 1.60 | In-House Duplicating | 519 | 670 | |
| 760677 | 09/10/09 | B | 2.40 | In-House Duplicating | 519 | 605 | |
| 760675 | 09/10/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 760673 | 09/10/09 | B | 2.60 | In-House Duplicating | 519 | 597 | |
| 760674 | 09/10/09 | B | 0.80 | In-House Duplicating | 519 | 597 | |
| 760780 | 09/11/09 | B | 2.40 | In-House Duplicating | 519 | 597 | |
| 760781 | 09/11/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 760782 | 09/11/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 760777 | 09/11/09 | B | 4.80 | In-House Duplicating | 519 | 670 | |
| 760779 | 09/11/09 | B | 1.00 | In-House Duplicating | 519 | 670 | |
| 760778 | 09/11/09 | B | 22.20 | In-House Duplicating | 519 | 605 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/22/09 15:02:31

PRO FORMA 236356

AS OF 09/30/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 762035 | 09/11/09 | B | 17.80 | In-House Duplicating | 519 | 605 | |
| 760938 | 09/14/09 | B | 1.40 | In-House Duplicating | 519 | 597 | |
| 762879 | 09/14/09 | B | 112.20 | In-House Duplicating | 519 | 597 | |
| 762880 | 09/15/09 | B | 244.50 | In-House Duplicating | 519 | 597 | |
| 762036 | 09/15/09 | B | 122.00 | In-House Duplicating | 519 | 904 | |
| 761406 | 09/15/09 | B | 2.00 | In-House Duplicating | 519 | 904 | |
| 761407 | 09/15/09 | B | 18.00 | In-House Duplicating | 519 | 662 | |
| 761408 | 09/15/09 | B | 7.00 | In-House Duplicating | 519 | 662 | |
| 761409 | 09/15/09 | B | 55.30 | In-House Duplicating | 519 | 662 | |
| 762037 | 09/15/09 | B | 54.90 | In-House Duplicating | 519 | 662 | |
| 761487 | 09/16/09 | B | 4.00 | In-House Duplicating | 519 | 904 | |
| 761491 | 09/16/09 | B | 67.00 | In-House Duplicating | 519 | 904 | |
| 761490 | 09/16/09 | B | 44.00 | In-House Duplicating | 519 | 626 | |
| 761493 | 09/16/09 | B | 32.30 | In-House Duplicating | 519 | 626 | |
| 762038 | 09/16/09 | B | 48.80 | In-House Duplicating | 519 | 626 | |
| 761488 | 09/16/09 | B | 125.30 | In-House Duplicating | 519 | 670 | |
| 761489 | 09/16/09 | B | 45.10 | In-House Duplicating | 519 | 670 | |
| 761492 | 09/16/09 | B | 3.70 | In-House Duplicating | 519 | 670 | |
| 763605 | 09/17/09 | B | 90.50 | In-House Duplicating | 519 | 597 | |
| 763606 | 09/17/09 | B | 23.30 | In-House Duplicating | 519 | 597 | |
| 762324 | 09/18/09 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 762976 | 09/22/09 | B | 27.80 | In-House Duplicating | 519 | 597 | |
| 762977 | 09/22/09 | B | 5.60 | In-House Duplicating | 519 | 597 | |
| 764154 | 09/24/09 | B | 3.40 | In-House Duplicating | 519 | 597 | |
| 764155 | 09/24/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 764156 | 09/24/09 | B | 19.60 | In-House Duplicating | 519 | 605 | |
| 764394 | 09/25/09 | B | 4.90 | In-House Duplicating | 519 | 597 | |
| 764395 | 09/25/09 | B | 1.60 | In-House Duplicating | 519 | 597 | |
| 764396 | 09/25/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 764692 | 09/28/09 | B | 8.20 | In-House Duplicating | 519 | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/22/09 15:02:31

PRO FORMA 236356 AS OF 09/30/09 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 764693 | 09/28/09 | B | 18.40 | In-House Duplicating | 519 | 670 | |
| 764694 | 09/28/09 | B | 1.40 | In-House Duplicating | 519 | 662 | |
| 764695 | 09/28/09 | B | 5.40 | In-House Duplicating | 519 | 662 | |
| 765084 | 09/29/09 | B | 0.30 | In-House Duplicating | 519 | 670 | |
| 765087 | 09/29/09 | B | 12.80 | In-House Duplicating | 519 | 605 | |
| 765085 | 09/29/09 | B | 6.80 | In-House Duplicating | 519 | 597 | |
| 765086 | 09/29/09 | B | 6.80 | In-House Duplicating | 519 | 597 | |
| 766001 | 09/30/09 | B | 11.40 | In-House Duplicating | 519 | 605 | |
| 765999 | 09/30/09 | B | 5.40 | In-House Duplicating | 519 | 670 | |
| 766000 | 09/30/09 | B | 24.00 | In-House Duplicating | 519 | 670 | |
| 762425 | 09/03/09 | B | 17.50 | Postage | 520 | 662 | |
| 762453 | 09/04/09 | B | 2.44 | Postage | 520 | 662 | |
| 762460 | 09/09/09 | B | 1.55 | Postage | 520 | 662 | |
| 766181 | 09/29/09 | B | 1.39 | Postage | 520 | 597 | |
| 766185 | 09/30/09 | B | 1.10 | Postage | 520 | 597 | |
| 761022 | 09/10/09 | B | 451.75 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 164260 |
| 761835 | 09/11/09 | B | 24.75 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 164426 |
| 761836 | 09/11/09 | B | 435.50 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 164427 |
| 761837 | 09/11/09 | B | 586.50 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 164428 |
| 761832 | 09/14/09 | B | 634.50 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 164423 |
| 761833 | 09/15/09 | B | 20.25 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 662 | 164424 |
| 761834 | 09/15/09 | B | 612.75 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 662 | 164425 |
| 765337 | 09/28/09 | B | 840.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 164772 |
| 763183 | 08/31/09 | B | 23.28 | Pacer charges for the month of August | 529 | 000 | |
| 758556 | 09/02/09 | B | 24.30 | In-House Printing - black & white | 541 | 662 | |
| 759103 | 09/03/09 | B | 4.30 | In-House Printing - black & white | 541 | 637 | |
| 760566 | 09/09/09 | B | 3.70 | In-House Printing - black & white | 541 | 904 | |
| 760678 | 09/10/09 | B | 73.65 | In-House Printing - black & white | 541 | 605 | |
| 760783 | 09/11/09 | B | 14.40 | In-House Printing - black & white | 541 | 605 | |
| 762858 | 09/11/09 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 760939 | 09/14/09 | B | 39.50 | In-House Printing - black & white | 541 | 597 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 761410 | 09/15/09 | B | 31.10 | In-House Printing - black & white | 541 | 662 | |
| 761494 | 09/16/09 | B | 45.05 | In-House Printing - black & white | 541 | 597 | |
| 762039 | 09/17/09 | B | 23.70 | In-House Printing - black & white | 541 | 597 | |
| 762325 | 09/18/09 | B | 13.30 | In-House Printing - black & white | 541 | 662 | |
| 762787 | 09/21/09 | B | 5.70 | In-House Printing - black & white | 541 | 662 | |
| 762978 | 09/22/09 | B | 6.60 | In-House Printing - black & white | 541 | 662 | |
| 763453 | 09/23/09 | B | 1.90 | In-House Printing - black & white | 541 | 597 | |
| 764157 | 09/24/09 | B | 7.40 | In-House Printing - black & white | 541 | 637 | |
| 764397 | 09/25/09 | B | 1.35 | In-House Printing - black & white | 541 | 597 | |
| 764696 | 09/28/09 | B | 1.30 | In-House Printing - black & white | 541 | 662 | |
| 765088 | 09/29/09 | B | 5.50 | In-House Printing - black & white | 541 | 623 | |
| 766002 | 09/30/09 | B | 12.55 | In-House Printing - black & white | 541 | 662 | |
| 761009 | 09/11/09 | B | 607.37 | Travel - ANN CORDO` REIMBURSEMENT OF HOTEL CHARGES FROM TRIP TO NY TO ATTEND AUCTION - 09/10 - 09/11/09 | 549 | 904 | 164247 |
| 761538 | 09/13/09 | B | 1,032.96 | Hotel Accommodations - Derek Abbott - Trip NY to attend Nortel Auction 9/10/09-9/13/09 | 549 | 322 | 164334 |
| 769151 | 09/18/09 | B | 44.00 | Conference Calls AMERICAN EXPRESS` COURT CALL, LLC - 09/18/09 | 552H | 904 | 165231 |
| | | | 25,254.56 | | | | |