## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                                              )    Case No. 09-10138 (KG)
In re                                                       )    (Jointly Administered)
                                                              )
NORTEL NETWORKS INC., *et al.*,     )    Chapter 11
                                                              )
           Debtors.                                  )    **Re: Docket No. 800**
_____)

### NOTICE OF WITHDRAWAL OF REQUEST FOR
### ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE
### OF SAFE RECORDS CENTER LLC d/b/a ARCHIVES USA

Please take notice that Safe Records Center LLC d/b/a Archives USA ("Archives") hereby withdraws its Request for Allowance and Payment of Administrative Expense [Docket No. 800], the parties having resolved the matter.

Dated: October 26, 2009

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

/s/ Jennifer R. Hoover
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010
(302) 442-7012 (Facsimile)
jhoover@beneschlaw.com

-and-

Stuart A. Laven, Jr., Esquire (OH #0071110)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
(216) 363-4500
(216) 363-4588 (Facsimile)
slaven@beneschlaw.com

*Attorneys for Safe Records Center LLC d/b/a Archives USA*