IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **RE: D.I. 1525, 1584**
---------------------------------------------------------------x


## NOTICE OF FILING OF SUCCESSFUL BID

PLEASE TAKE NOTICE that on September 21, 2009, the Debtors filed a Motion for Orders (I)(A) Authorizing and Approving Sale Procedures, (B) Authorizing and Approving Notice Procedures, and (C) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving the Sale of Debtors' Next Generation Service Packet Core Network Components Free and Clear of All Liens, Claims and Encumbrances [D.I. 1525] (the "Sale Motion")[2] seeking approval of the sale of certain of the Debtors' assets relating to the Debtors' Next Generation Packet Core Network Components (the "Assets"), and the approval of certain Sale Procedures in connection with the proposed sale. By the Sale Procedures Order, dated September 30, 2009 [D.I. 1584], the United States Bankruptcy Court for the District of Delaware approved sale procedures (the "Sale Procedures") to govern the sale by Nortel Networks Inc. and certain of its affiliates (collectively, the "Sellers") of the Assets.

PLEASE TAKE FURTHER NOTICE that in accordance with the Sale Procedures, the Sellers solicited bids for the Assets with a Bid Deadline of October 16, 2009. The Successful Bid (as defined in the Sale Procedures) resulting from the sale process is the Transaction Agreement (the "TA"), dated as of October 25, 2009 with Hitachi, Ltd. as Purchaser (the "Successful Bid"). A hearing to consider approval of the sale of the Assets pursuant to the Successful Bid is scheduled for **October 28, 2009 at 2:00 p.m. (ET)**.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

      PLEASE TAKE FURTHER NOTICE that a copy of the TA has been filed as Exhibit A hereto.  Due to its voluminous nature, service copies of this Notice will not include the TA, which is available for download from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel, or upon written request to the undersigned counsel.

Dated:  October 26, 2009  
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)  
Lisa M. Schweitzer (No. 1033)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

  - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s Ann C. Cordo*  
_____  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Andrew R. Remming (No. 5120)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone:  (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors  
and Debtors in Possession*