IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Obj. Deadline: October 26, 2009 at 12:00 p.m. |
| Debtors. | ) | Re: D.I. No. 510 |
| | ) | |

**RESERVATION OF RIGHTS OF ACS CABLE SYSTEMS, INC. TO THE EIGHTEENTH NOTICE OF REJECTION OF EXECUTORY CONTRACT(S) AND/OR NONRESIDENTIAL REAL PROPERTY LEASE(S) BY DEBTORS AND DEBTORS IN POSSESSION**

ACS Cable Systems, Inc. ("ACS"), by and through its attorneys, Latham & Watkins LLP and Ashby & Geddes, P.A., hereby files this Reservation of Rights to the Eighteenth Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession (the "Reservation of Rights"), and respectfully states as follows:

## BACKGROUND

1.  On January 14, 2009 (the "Petition Date") the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  On August 7, 2008, ACS and the Debtors entered into the Network Managed Services Supplement to the Purchase and License Agreement (the "Supplement"). Subsequently, ACS and the Debtors entered into Amendment No. 1 to the Supplement (the "Amendment" and together with the Supplement, the "Noticed Agreements") which became effective on February 20, 2009.

{00345033;v1}

3. Since the Petition Date, ACS has provided meaningful benefit and value to the Debtors' estates by making certain payments and otherwise rendering certain performance under the Noticed Agreements. Conversely, the Debtors have failed to perform their obligations under the Noticed Agreements notwithstanding repeated requests by ACS over the course of months for the Debtors to remedy the deficiencies in their post-petition performance.

4. On October 13, 2009, the Debtors served ACS with the Eighteenth Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by the Debtors and Debtors in Possession (the "Notice"). The Notice provides for rejection of the Noticed Agreements as of October 13, 2009 pursuant to the Order Approving Procedures for the Rejection of Executory Contracts and Unexpired Leases and the Abandonment of Certain Assets Related Thereto (D.I. No. 510).

## RESERVATION OF RIGHTS

5. ACS does not object to rejection of the Noticed Agreements. However, ACS hereby expressly reserves any and all rights, claims, interests, causes of action and defenses to any claims and causes of action with respect to the Noticed Agreements and any and all of its other agreements and relationships with the Debtors, including, without limitation, ACS's rights to assert claims for damages under, and in connection with rejection of, the Noticed Agreements; to seek payment of administrative expenses arising out ACS's payments and rendering of certain performance under the Noticed Agreements post-petition and the Debtors' corresponding failure to perform their obligations post-petition; to assert its rights to setoff and recoupment; and to seek such other and further relief with respect to the Noticed Agreements as it deems appropriate.

WHEREFORE, ACS respectfully requests that rejection of the Noticed Agreements be made expressly subject to the reservation of all of ACS's rights and claims as set forth herein and granting such other and further relief as this Court may deem just and proper.

Date:  October 26, 2009

Respectfully submitted,

ASHBY & GEDDES, P.A.

/s/ William P. Bowden

William P. Bowden (I.D.#2553)
Gregory Taylor (I.D. # 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

-and-

Roger G. Schwartz
Adam J. Goldberg
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York  10022
Tel: (212) 906-1200
Fax: (212) 751-4864

*Attorneys for ACS Cable Systems, Inc.*