## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that on October 26, 2009, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

                                              Gregory A. Taylor (#4008)

{00074510;v1}

| | |
|---|---|
| **HAND DELIVERY**<br>Derek C. Abbott<br>Eric D. Schwartz<br>Ann C. Cordo<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | **U.S.MAIL**<br>James L. Bromley<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006 |
| **HAND DELIVERY**<br>*U.S. Trustee*<br>Thomas Patrick Tinker<br>Office of the U.S. Trustee<br>844 King Street Suite 2207<br>Wilmington, DE 19801 | **HAND DELIVERY**<br>Mark D. Collins<br>Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 |
| **U.S.MAIL**<br>Fred S. Hodara<br>Ryan C. Jacobs<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036 | |