# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al*., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 1722** |
| | ) | |

## CERTIFICATION OF SERVICE

I, Jennifer R. Hoover, Esquire, hereby certify that on October 26, 2009, a true and correct copy of the **Notice of Withdrawal of Request for Allowance and Payment of Administrative Expense of Safe Records Center LLC d/b/a Archives USA** [Docket No. 1722] was served by electronic mail upon all parties registered to receive service on the electronic notification list as maintained by the Court, and via First Class Mail upon the parties on the attached service list.

Dated: October 26, 2009

        BENESCH FRIEDLANDER COPLAN
         & ARONOFF LLP

By:   /s/ Jennifer R. Hoover
       Jennifer R. Hoover, Esq. (No. 5111)
       222 Delaware Ave., Suite 801
       Wilmington, DE 19801
       Telephone: 302-442-7010
       Facsimile: 302-442-7012
       jhoover@beneschlaw.com

*Counsel to Safe Records Center LLC d/b/a Archives USA*

| | | |
|---|---|---|
| Andrew R. Remming,<br>Emma J. Campbell<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Tobey M. Daluz Esq.<br>Leslie Heilman Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>919 Market St<br>12th Fl<br>Wilmington, DE  19801 | Christopher A. Ward Esq.<br>Justin K. Edelson Esq.<br>Polsinelli Shalton Flanigan Suelthaus PC<br>222 Delaware Avenue<br>Ste 1101<br>Wilmington, DE  19801 |
| David B. Stratton Esq.<br>Leigh-Anne M. Raport Esq.<br>Pepper Hamilton LLP<br>1313 Market St<br>Ste 5100<br>Wilmington, DE  19801 | Henry Jaffe Esq.<br>Pepper Hamilton LLP<br>1313 Market St<br>Ste 5100<br>Wilmington, DE  19801 | Joanne B. Wills Esq.<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>919 Market St<br>Ste 1000<br>Wilmington, DE  19801 |
| Marla R. Eskin Esq.<br>Ayesha S. Chacko Esq.<br>Campbell & Levine LLC<br>800 N King St<br>Ste 300<br>Wilmington, DE  19801 | William D. Sullivan Esq.<br>Sullivan Hazeltine Allinson LLC<br>4 E 8th St<br>Ste 400<br>Wilmington, DE  19801 | Mary F. Caloway Esq.<br>P.J. Duhig Esq.<br>Buchanan Ingersoll & Rooney<br>1000 West Street<br>Suite 1410<br>Wilmington, DE  19801 |
| Brett D. Fallon Esq.<br>Morris James LLP<br>500 Delaware Ave<br>Ste 1500<br>Wilmington, DE  19801 | Carl N. Kunz Esq.<br>Michael J. Custer Esq.<br>Morris James LLP<br>500 Delaware Ave<br>Ste 1500<br>Wilmington, DE  19801 | US Attorney's Office<br>District of Delaware<br>1007 N. Orange Street<br>Wilmington, DE  19801 |
| Patrick Tinker Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE  19801-3519 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE  19801 | Duane D. Werb Esq.<br>Werb & Sullivan<br>300 Delaware Ave<br>13th Fl<br>Wilmington, DE  19801 |
| Kathleen M. Miller Esq.<br>Smith Katzenstein & Furlow<br>800 Delaware Ave.<br>7th Fl<br>Wilmington, DE  19801 | William P. Bowden Esq.<br>Amanda M. Winfree Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Ave<br>8th Fl<br>Wilmington, DE  19801 | Ricardo Palacio Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Ave<br>Wilmington, DE  19801 |
| Gregory A. Taylor Esq.<br>Benjamin W. Keenan Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Ave<br>8th Fl<br>Wilmington, DE  19801 | Rachel B. Mersky Esq.<br>Monzack Mersky McLaughlin and Browder P.A.<br>1201 N Orange St<br>Ste 400<br>Wilmington, DE  19801 | Jeffrey S. Wisler Esq.<br>Marc J. Phillips Esq.<br>Connolly Bove<br>The Nemours Building<br>1007 N Orange St<br>Wilmington, DE  19801 |

| | | |
|---|---|---|
| Charlene D. Davis Esq.<br>Daniel A. O'Brien Esq.<br>Bayard P.A.<br>222 Delaware Ave<br>Ste 900<br>Wilmington, DE  19801 | John V. Fiorella Esq.<br>Archer & Greiner PC<br>300 Delaware Ave<br>Ste 1370<br>Wilmington, DE  19801 | Charles J. Brown III Esq.<br>Archer & Greiner PC<br>300 Delaware Ave<br>Ste 1370<br>Wilmington, DE  19801 |
| Kurt F. Gwynne Esq.<br>J. Cory Falgowski Esq.<br>Reed Smith LLP<br>1201 N Market St<br>Ste 1500<br>Wilmington, DE  19801 | James E. Huggett Esq.<br>Margolis Edelstein<br>750 Shipyard Dr<br>Ste 102<br>Wilmington, DE  19801 | Joseph H. Huston Jr. Esq.<br>Maria Aprile Sawczuk Esq.<br>Stevens & Lee P.C.<br>1105 N Market St<br>7th Fl<br>Wilmington, DE  19801 |
| Laura Davis Jones, Esquire<br>Timothy P. Cairns, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Fl.<br>P. O. Box 8705<br>Wilmington, DE  19899-8705 | Jennifer Stam<br>Ogilvy Renault LLP<br>200 Bay Street Suite 3800<br>Royal Bank Plaza South Tower<br>Toronto, Ontario  M5J 2Z4<br>Canada | Michael J. Wunder<br>R. Snayne Kukulowicz<br>Alex L. MacFarlane<br>Fraser Milner Casgrain LLP<br>1 First Canadian Place -Floor 42<br>100 King St West<br>Toronto, Ontario  M5X 1B2<br>Canada |
| Stephen Gale<br>Herbert Smith<br>Exchange House<br>Primrose Streeet<br>London, UK  EC2A 2HS<br>England | Derek Austin<br>Export Development Canada<br>151 O'Connor Street<br>Ottawa, Ontario  K1A 1K3<br>Canada | Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE  19903 |
| Secretary of State Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE  19903 | Sheryl L. Moreau Esq.<br>Missouri Dept of Revenue<br>P.O. Box 475<br>Bankruptcy Division<br>Jefferson City, MO  65105-0475 | John P. Dillman Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX  77253-3064 |
| Rod Andrerson Esq.<br>Noel R. Boeke Esq.<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL  33601-1288 | Amos U. Priester IV Esq.<br>Anna B. Osterhout Esq.<br>Smith Anderson Blount Dorsett Mitchell & Jernigan LLP<br>P.O. Box 2611<br>Raleigh, NC  27602-2611 | Dana S. Plon Esq.<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street<br>Ste 600<br>Philadelphia, PA  19102 |
| Vicente Matias Murrell Esq.<br>Stephen D. Schreiber Esq.<br>Pension Benefit Guaranty Corp<br>1200 K Street NW<br>Washington, DC  20005-4026 | Edward C. Wetmore VP & Gen Counsel<br>Amphenol Corporation<br>358 Hall Avenue<br>Wallingford, CT  06492 | Joseph E. Shickich Jr. Esq.<br>Riddell Williams P.S.<br>1001 4th Ave<br>Ste 4500<br>Seattle, WA  98154-1192 |

Christopher M. Alston Esq.
Foster Pepper PLLC
1111 3rd Ave
Ste 3400
Seattle, WA  98101-3299

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg_Ste 300
711 Navarro
San Antonio, TX  78205

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY  10112

Alistar Bambach
SEC NY Regional Office
Bankruptcy Div_Ste 400
3 World Financial Center
New York, NY  10281-1022

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY  10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Crysler Building
405 Lexington Avenue
New York, NY  10174

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020

Val Mandel Esq.
Val Mandel P.C.
80 Wall St
Ste 1115
New York, NY  10005

Edmond P. O'Brien Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave
31st Fl
New York, NY  10017

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036

Alan J. Lipkin Esq.
Jeremy E. Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Robert J. Rosenberg Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY  10022-4068

Michael J. Riela Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY  10022-4068

Zachary N. Goldstein Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY  10022-4068

| | | |
|---|---|---|
| Howard S. Steel Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY  10036 | Kenneth E. Noble Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Ave<br>New York, NY  10022-2585 |
| Stephen C. Stapleton<br>Dykema Gossett PLLC<br>1717 Main St<br>Ste 2400<br>Dallas, TX  75201 | William L. Siegel<br>Cowles & Thompson PC<br>901 Main Street<br>Suite 3900<br>Dallas, TX  75202 | Lynnette R. Warman<br>Hunton & Williams<br>1445 Ross Ave<br>Rountain Place Ste 3700<br>Dallas, TX  75202-2799 |
| Joseph J. Wielebinski Esq.<br>Munsch Hardt Kopf & Harr P.C.<br>3800 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX  75201-6659 | Robert T. Vance Jr.<br>Law Offices of Robert T. Vance Jr.<br>100 South Broad Street<br>Suite 1530<br>Philadelphia, PA  19110 | Carol E. Momjian Esq.<br>PA Senior Deputy Atty Gen<br>21 S 12th St<br>3rd Fl<br>Philadelphia, PA  19107-3603 |
| David L. Pollack Esq.<br>Jeffrey Meyers Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market St<br>Philadelphia, PA  19103 | Janet Fitzpatrick<br>Unisys Corporation<br>P.O. Box 500<br>M/S E8-108<br>Blue Bell, PA  19424 | Alan S. Kopit Esq.<br>Christopher W. Peer Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square<br>Ste 2800<br>Cleveland, OH  44114 |
| Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Dr<br>Ste 400<br>Littleton, CO  80124 | Terry Zale<br>Flextronics International<br>305 Interlocken Pkwy<br>Broomfield, CO  80021 | Edward T. Attanasio Esq.<br>Klee Tuchin Bogdanoff & Stern LLP<br>1999 Avenue of the Stars<br>39th Fl<br>Los Angeles, CA  90067-6049 |
| Joon M. Khang Esq.<br>Khang & Khang LLP<br>1901 Avenue of the Stars<br>2nd Fl<br>Los Angeles, CA  90067 | Thomas J. Leanse Esq.<br>Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Ste 2600<br>Los Angeles, CA  90067-3012 | John C. Vigano Esq.<br>Patricia J. Fokuo Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL  60606-6473 |
| Eric S. Prezant Esq.<br>Bryan Cave LLP<br>161 N Clark St<br>Ste 4300<br>Chicago, IL  60601 | Melissa A. Mickey<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60604-1404 | Jill L. Murch Esq.<br>Lars A. Peterson Esq.<br>Foley & Lardner LLP<br>321 North Clark St<br>Ste 2800<br>Chicago, IL  60654-5313 |

| | | |
|---|---|---|
| Cullen K. Kuhn Esq.<br>Bryan Cave LLP<br>211 N Broadway<br>Ste 3600<br>St. Louis, MO  63102 | David L. Uranga<br>Bell Microproducts Inc<br>201 Monroe Street<br>Suite 300<br>Montgomery, AL  36104 | Jeffrey B. Ellman Esq.<br>Robbin S. Rahman Esq.<br>Jones Day<br>1420 Peachtree St NE<br>Ste 800<br>Atlanta, GA  30309 |
| Darryl S. Laddin Esq.<br>Frank N. White Esq.<br>Arnall Golden Gregory LLP<br>171 17th St NW<br>Ste 2100<br>Atlanta, GA  30363-1031 | Doug Goin CFO<br>APC Workforce Solutions LLC<br>420 South Orange Avenue<br>6th Fl<br>Orlando, FL  32801 | Joyce A. Kuhns<br>Saul Ewing LLP<br>500 E. Pratt Street<br>8th Floor<br>Baltimore, MD  21202 |
| Richard M. Kremen Esq.<br>Dale K. Cathell Esq.<br>DLA Piper LLP (US)<br>6225 Smith Avenue<br>Baltimore, MD  21209 | Randall D. Crocker Esq.<br>VonBriesen & Roper S.C.<br>411 E Wisconsin Ave<br>Ste 700<br>Milwaukee, WI  53202 | Shawn M. Christianson Esq.<br>Buchalter Nemer<br>333 Market St<br>25th Fl<br>San Francisco, CA  94105-2126 |
| Merle C. Meyers Esq.<br>Michele Thompson Esq.<br>Meyers Law Group P.C.<br>44 Montgomery Street<br>Ste 1010<br>San Francisco, CA  94104 | Elizabeth Weller Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street<br>Ste 1600<br>Dallas, TX  75201 | James C. Waggoner Esq.<br>Davis Wright Tremaine LLP<br>1300 SW 5th Ave<br>Ste 2300<br>Portland, OR  97201-5630 |
| Rachel S. Budke Esq.<br>FPL Law Department<br>700 Universe Blvd<br>Juno Beach, FL  33408 | Scott K. Brown Esq.<br>Lewis and Roca LLP<br>40 North Central Ave<br>Ste 1900<br>Phoenix, AZ  85004 | Nicholas Skiles Esq.<br>John A. Wetzel Esq.<br>Swartz Campbell LLC<br>One S. Church St<br>Ste 400<br>West Chester, PA  19382 |
| Laura L. McCloud Esq.<br>Tennessee Dept of Revenue<br>P.O. Box 20207<br>Nashville, TN  37202-0207 | Jennifer V. Doran Esq.<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA  02109 | Frank F. McGinn Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal St<br>9th Fl<br>Boston, MA  02110 |
| Lawrence M. Schwab Esq.<br>Patrick M. Costello Esq.<br>Bialson Bergen & Schwab<br>2600 El Camino Real<br>Ste 300<br>Palo Alto, CA  94306 | David M. Schilli Esq.<br>Ty E. Shaffer Esq.<br>Robinson Bradshaw & Hinson P.A.<br>101 North Tryon St<br>Ste 1900<br>Charlotte, NC  28246 | David I. Swan Esq.<br>Kenneth M. Misken Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd<br>Ste 1800<br>McLean, VA  22102-4215 |

J. Scott Douglass Esq.  
909 Fannin  
Ste 1800  
Houston, TX  77010

Brian W. Bisignani Esq.  
Post & Schell P.C.  
17 N 2nd St  
12th Fl  
Harrisburg, PA  17101-1601

Stephen K. Dexter Esq.  
Lathrop & Gage LLP  
370 17th St  
Ste 4650  
Denver, CO  80202

Parag P. Patel Esquire  
33 Wood Avenue South  
2nd Fl  
P.O. Box 81  
Iselin, NJ  08830-0081

Elizabeth Banda Esq.  
 Perdue Brandon Fielder Collins & Mott LLP  
4025 Woodland Park Blvd  
Ste 300  
Arlington, TX  76013

Beverly H. Shideler BS8399  
IBM Corporation  
Two Lincoln Centre  
Oakbrook Terrace, IL  60181

Donald K. Ludman Esq.  
Brown & Connery LLP  
6 North Broad St  
Ste 1000  
Woodbury, NJ  08096

Attn:  Chantel Pinnock  
Travelers  
1 Tower Square  
5MN  
Hartford, CT  06183-4044

Andrew Herenstein  
Monarch Alternative Capital LP  
535 Madison Ave.  
New York, NY  10022

Mark G. Ledwin Esq.  
Wilson Elser Moskowitz Edelman & Dicker LLP  
3 Gannett Dr  
White Plains, NY  10604

Robert S. McWhorter Esq.  
Nossaman LLP  
915 L St  
Ste 1000  
Sacramento, CA  95814

Chris Finch Credit Manager  
Sumitomo Electric  
78 Alexander Drive  
PO Box 13445  
Triangle Park, NC  27709

Ann Groninger Esq.  
Patterson Harkavy  
521 East Boulevard  
Charlotte, NC  28203

Hubert H. Kuo Esq.  
Buus Kim Kuo & Tran LLP  
4675 MacArthur Ct  
Ste 590  
Newport Beach, CA  92660

R. S. Stahel  
IBM Corp. Legal Dept  
1503 LBJ Freeway  
3rd Fl  
Dallas, TX  75234

Vincent A. D'Agostino Esq.  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ  07068

David N. Crapo Esq.  
Gibbons P.C.  
One Gateway Center  
Newark, NJ  07102-5310

Securities & Exchange Commission  
100 F Street NE  
Washington, DC  20549

Internal Revenue Service  
31 Hopkins Plaza  
Room 1150  
Baltimore, MD  21201

Attn:  Nathan Fuchs  
SEC NY Regional Office  
233 Broadway  
New York, NY  10279

Deborah B. Waldmeir Esq.  
State of MI Dept of Treasury  
3030 W Grand Blvd  
Ste 10-200  
Cadillac Place  
Detroit, MI  48202

Ernie Holling, President  
The InTech Group, Inc.  
305 Exton Commons  
Exton, PA  19341

Dennis F. Dunne Esq.  
Thomas R. Kreller Esq.  
Albert A. Pisa Esq.  
Andrew M. Leblanc Esq.  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005

Barry Satlow  
David G. Walder  
1951 Vista Dr  
Boulder, CO  80304

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606