IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                              : Chapter 11
                                                   :
Nortel Networks Inc., et al.,[1]                   : Case No. 09-10138 (KG)
                                                   :
           Debtors.                                : Jointly Administered
---------------------------------------------------------------X

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 28, 2009 AT 2:00 P.M. (ET)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, filed 3/20/09).

    Related Pleadings: None.

    Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended for the Debtors to a date to be determined.

    Responses Received: None at this time.

    Status: This matter has been adjourned to a date to be determined.

2.  Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

    Related Pleadings: None.

    Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Extended to November 25, 2009 at 4:00 p.m. (ET) for the Debtors and the Committee.

    Responses Received: None at this time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Status: This matter has been adjourned to the hearing scheduled for December 2, 2009 at 11:00 a.m. (ET).

Status: This matter has been adjourned to the hearing scheduled for December 2, 2009 at 11:00 a.m. (ET).

3. Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives (D.I. 800, Filed 5/29/09).

   Related Pleadings:

   a) Notice Of Withdrawal Of Request For Allowance And Payment Of Administrative Expense Of Safe Records Center LLC d/b/a Archives USA (D.I. 1722, Filed 10/26/09).

   Objection Deadline: June 19, 2009 at 4:00 p.m. (ET). Extended to October 26, 2009 at 4:00 p.m. for the Debtors and the Committee.

   Responses Received: None at this time.

   Status: The movant has withdrawn their request. Therefore, no hearing is necessary.

4. Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1495, Filed 9/15/09).

   Related Pleadings:

   a) Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1496, Filed 9/15/09);

   b) Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1497, Filed 9/15/09);

   c) Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1498, Filed 9/15/09);

   d) Order Shortening Notice of NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1509, Filed 9/16/09);

   e) Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1510, Filed 9/16/09);

   f) Amended Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1534, Filed 9/23/09);

   g) Order Regarding The United States' Local Rule 5011-1 Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1581, Entered 9/30/09);

3181375.1

-2-

h) Certification Of Counsel Regarding Appointment Of Mediator (D.I. 1608, Filed 10/5/09);

i) Order Appointing Mediator (D.I. 1609, Entered 10/5/09);

j) United States' Withdrawal Of Its Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1632, Filed 10/8/09);

k) Certification Of Counsel Regarding The Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1634, Filed 10/8/09); and

l) Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1659, Entered 10/13/09).

Objection Deadline: October 6, 2009 at 4:00 p.m. (ET). Extended for the Internal Revenue Service without date.

Responses Received:

a) United States' Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1543, Filed 9/24/09); and

b) United States' Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1544, Filed 9/24/09).

Status: After a successful mediation session before The Honorable John Gibbons on October 7, 2009, the parties came to an interim resolution of the Objection and the hearing on this matter has been adjourned to a hearing without date.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

5. Debtors Motion For Entry Of An Order Authorizing Payment Of Prepetition Termination Benefits To Certain Additional Foreign Employees (D.I. 1636, Filed 10/8/09).

Related Pleadings: None.

a) Certificate Of No Objection (D.I. 1721, Filed 10/23/09).

Objection Deadline: October 21, 2009 at 4:00 p.m. (ET).

Responses Received: None.

Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

3181375.1

6. Application to Employ Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession (D.I. 1641, Filed 10/8/09).

   Related Pleadings: None.

   Objection Deadline: October 21, 2009 at 4:00 p.m. (ET). Extended to October 26, 2009 at 4 p.m. (ET) for the United States Trustee.

   Responses Received:

   Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

7. Debtors' Motion For Orders (I)(A) Authorizing And Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures, And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving Sale Of Debtors' Next Generation Service Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances (D.I. 1525, Filed 9/21/09).

   Related Pleadings:

   a) Order Authorizing And Approving (I) Sale Procedures, (II) Notice Procedures, and (III) Setting a Date for Sale Hearing (D.I. 1584, Entered 9/30/09);

   b) Notice Of (I) Solicitation Of Initial Bids; (II) Sale Procedures; (III) Sale Hearing And (IV) Related Relief And Dates (D.I. 1589, Filed 9/30/09); and

   c) Notice Of Filing Of Successful Bid (D.I. 1723, Filed 10/26/09).

   Objection Deadline: October 21, 2009 at 4:00 p.m. (ET).

   Responses Received:

   a) Objection By OSS Nokalva, Inc. To Debtors' Motion For Orders (I)(A) Authorizing And Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures, And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving Sale Of Debtors Next Generation Serving Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances (D.I. 1701, Filed 10/20/09);

   b) Reservation of Rights By Oracle USA, Inc. Regarding The Debtors' Motion For Orders (I)(A) Authorizing And Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures, And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving Sale Of Debtors Next Generation Serving Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances ("Reservation Of Rights") (D.I. 1703 Filed 10/21/09);

   c) Objection Of Motorola Inc. To Debtors' Motion for Orders (I)(A) Authorizing and Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures,

    And (C) Setting A Date For Sale Hearing, And (II) Authorizing And Approving Sale Of Debtors' Next Generation Serving Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances (D.I. 1705, Filed 10/21/09);

d)  Preliminary Objection And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Motion To Approve The Sale Of Certain Assets Of The Debtors' Next Generation Service Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances (D.I. 1706, Filed 10/21/09).

<u>Status</u>: This matter is going forward.

Dated: October 26, 2009
   Wilmington, Delaware

         CLEARY GOTTLIEB STEEN & HAMILTON LLP

         James L. Bromley (No. 5125)
         Lisa M. Schweitzer (No. 1033)
         One Liberty Plaza
         New York, New York 10006
         Telephone: (212) 225-2000
         Facsimile: (212) 225-3999

           - and -

         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

         /s/ [signature]
         Derek C. Abbott (No. 3376)
         Eric D. Schwartz (No. 3134)
         Ann C. Cordo (No. 4817)
         Andrew R. Remming (No. 5120)
         1201 North Market Street, 18th Floor
         P.O. Box 1347
         Wilmington, DE 19899-1347
         Telephone: (302) 658-9200
         Facsimile: (302) 425-4663

         *Counsel for the Debtors and*
         *Debtors in Possession*

3181375.1