## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
: 
In re: : Chapter 11
:
NORTEL NETWORKS INC., et al., : 09-10138 (KG)
: Jointly Administered
Debtor. :
:
:
---------------------------------------------------------------- X

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Steven M. Yoder, a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached certification, moves for the admission *pro hac vice* of J. Douglas Bacon, to represent Ciena Corporation in this matter. The Admittee is admitted, practicing, and in good standing in the bars of the State of New York and the State of Illinois.

Dated: October 26, 2009
      Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Steven M. Yoder*
Steven M. Yoder, Esquire (DE No. 3885)
1313 North Market Street
Hercules Plaza 1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Phone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorneys for Ciena Corporation*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, the Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above and pursuant to Local Rule 83.6, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been remitted to the Clerk's office, and if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
J. Douglas Bacon
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Motion granted.

BY THE COURT:

Date: _____, 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE