IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*          :     Chapter 11

                                  :

Nortel Networks Inc., *et al.*, [1]     :     Case No. 09-10138 (KG)

                              :

               Debtors.     :     Jointly Administered

                              :

------------------------------------------------------------X

## <u>NOTICE OF SERVICE [RE: D.I. 1726]</u>

PLEASE TAKE NOTICE that on October 26, 2009, copies of the **Notice Of Agenda Of Matters Scheduled For Hearing On October 28, 2009 At 2:00 P.M. (Eastern Time)** (D.I. 1726, Filed 10/26/09) were served in the manner indicated upon the entity identified below and those on the attached service list.

### <u>VIA OVERNIGHT MAIL</u>

Michael O'Bryan and William Schwartz
Morrison Foerster LLP,
425 Market Street,
San Francisco, CA 94105-2482

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated:  October 26, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2672623.21