UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  }
NORTEL NETWORKS, INC.  }  Case # 09-10138 (KG)
          Debtor  }  Chapter 11

## WITHDRAWAL OF REQUEST FOR NOTICE

BARRY SATLOW and DAVID G. WALDER withdraw their request for notice of any proceeding, motion, hearing, report, order or any other notice in this case.

October 20, 2009

*[signature]*

BARRY SATLOW &
DAVID G. WALDER
1951 Vista Drive
Boulder, CO 8304
tel. 303-442-3535; fax # 303-339-0177
b.satlow@comcast.net

### CERTIFICATE OF MAILING

I certify that this October 20, 2009 I mailed a copy of the **withdrawal of notice** above to:

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

*[signature]*