| | | |
|---|---|---|
| **NAME AND ADDRESS OF ATTORNEY:**<br>Vincent E. Rhynes<br>1514 W. Manchester AVE #5<br>Los Angeles CALIF, 90047 | **TELEPHONE NO.:**<br>(323)971-6063 | **FOR COURT USE ONLY**<br><br>FILED 2009 OCT 26 PM 2:29 US BANKRUPTCY COURT DISTRICT OF DELAWARE |
| **ATTORNEY FOR:**<br><br>UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE | | |
| **PLAINTIFF(S)/PETITIONER(S):** Vincent E. Rhynes | | |
| **DEFENDANT(S)/RESPONDENT(S):** Nortel Networks INC. et al | | |
| **PROOF OF SERVICE BY MAIL** | | **CASE NUMBER:**<br>09-10138(KG) |

Hearing:  Date  N/A
         Time  N/A
         Dept. (KG).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is:  1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): PROOF OF INTEREST & Stock CERT.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 10-19-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: **** SECURITIES & EXCHANGE COMMISSION ****
NY Regional Office
233 Broadway New York, NY 10279
ATTN: Nathan Fuchs

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 10-19-2009, at (place) Los Angeles, California.

Mark A. Rhynes
*Type or Print Name*                                    *Signature*

ACIS Code
33208(02)

**PROOF OF SERVICE BY MAIL**