# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Jennifer | Date Created: 10/27/2009 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 15 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Nancy G. Everett | neverett@winston.com, ecf_ch@winston.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Nortel Networks Inc., et al. | 2221 Lakeside Boulevard | Richardson, TX 75082 | |
| frep | Allen &Overy LLP, | 1221 Avenue of the Americas | New York, NY 10020 | |
| ust | Thomas Patrick Tinker | Office of the U.S. Trustee | 844 King Street Suite 2207 | Wilmington, DE 19801 |
| aty | Andrew R. Remming | Morris, Nichols, Arsht &Tunnell | 1201 North Market Street | P.O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Ann C. Cordo | Morris Nichols Arsht &Tunnell LLP | 1201 N. Market Street | P.O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Derek C. Abbott | Morris Nichols Arsht &Tunnell | 1201 N. Market Street | Wilmington, DE 19899 |
| aty | Derek C. Abbott | Morris, Nichols, Arsht &Tunnell | 1201 N. Market Street | P. O. Box 1347    Wilmington, DE 19899 |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht &Tunnell | 1201 N.Market Street | P. O. Box 1347    Wilmington, DE 19801 |
| aty | James L. Bromley | Cleary Gottlieb Steen &Hamilton | One Liberty Plaza | New York, NY 10006 |
| aty | Mary Caloway | Buchanan Ingersoll &Rooney PC | 1000 West Street    Ste 1410 | Wilmington, DE 19801 |
| aty | Peter James Duhig | Buchanan Ingersoll &Rooney PC | The Brandywine Building | 1000 West Street    Suite 1410, P.O. Box 1397    Wilmington, DE 19899 |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht &Tunnell LLP | 1201 North Market Street | Wilmington, DE 19801 |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht &Tunnell LLP | 1201 North Market Street | Wilmington, DE 19801 |

TOTAL: 13