# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTEL NETWORKS INC.,** *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138(KG)<br>Jointly Administered<br><br>Re: Docket No. 1525 |

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on October 27, 2009, I caused to be served a copy of Lead Plaintiffs' Limited Response to Debtors' Motion for Order Authorizing and Approving Sale of Debtors' Next Generation Serving Packet Core Network Components Free and Clear of All Liens, Claims and Encumbrances, via e-mail on the parties listed on Exhibit A as indicated.

Dated: October 27, 2009

**LOWENSTEIN SANDLER PC**

By: /s/ Michael S. Etkin
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiffs*
*and the Putative Class*

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Samuel H. Redman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100 (Telephone)
(631) 367-1173 (Facsimile)

*Lead Counsel for Lead Plaintiffs and*
*the Putative Class*

23210/2
10/27/2009 12879894.1

-2-

**EXHIBIT A TO CERTIFICATE OF SERVICE**

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lschweitzer@cgsh.com

*Counsel to the Debtors*

Fred S. Hodara, Esq
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com

*Counsel to the Committee*

Roland Hlawaty, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
Fax: (212) 822-5735
rhlawaty@milbank.com

*Counsel to the Bondholder Group*

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
Wilmington, DE 19801
dabbott@mnat.com

*Counsel to the Debtors*

Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Samis@rlf.com

*Counsel to the Committee*