**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NORTEL NETWORKS INC., et al.,** | **Case No. 09-10138 (KG)** |
| Debtors. | **(Jointly Administered)** |

**MOTION AND ORDER FOR ADMISSION
*PRO HAC VICE* OF SHANTI M. KATONA**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Shanti M. Katona, Esquire of Polsinelli Shughart PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, to represent OSS Nokalva, Inc. in the above-referenced bankruptcy case.

POLSINELLI SHUGHART PC

By:   */s/ Christopher A. Ward*
        Christopher A. Ward (No. 3877)
        222 Delaware Avenue, Suite 1101
        Wilmington, Delaware 19801
        Telephone: (302) 252-0920
        Facsimile: (302) 252-0921
        cward@polsinelli.com

1799247.1

2

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

                                             ____/s/ Shanti M. Katona_____ _____
                                             Shanti M. Katona, Esq.
                                             **POLSINELLI SHUGHART PC**
                                             222 Delaware Avenue, Suite 1101
                                             Wilmington, Delaware 19801
                                             Telephone: (302) 252-0920
                                             Facsimile: (302) 252-0921
                                             skatona@polsinelli.com

Dated: October 26, 2009

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

        Dated: _____, 2009

                                             _____
                                             United States Bankruptcy Judge