**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
In re                                                      :   Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :   Case No. 09-10138 (KG)
                                                           :
                    Debtors.                               :   Jointly Administered
                                                           :
                                                           :   Re: D.I. _____
                                                           :
                                                           :
-----------------------------------------------------------X
```

**ORDER SHORTENING NOTICE RELATING TO THE DEBTORS' MOTION
FOR AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL
THE SELLERS DISCLOSURE SCHEDULES AND ALL EXHIBITS
AND SCHEDULES TO THE TRANSACTION AGREEMENT RELATED
TO THE ASSETS BEING SOLD AT D.I. 1525**

Upon consideration of the motion (the "Motion")² of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") for entry of an Order pursuant to section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") (a) shortening notice to allow the *Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedules And All Exhibits And Schedules To The Transaction Agreement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Motion.

2

*Related To The Assets Being Sold At D.I. 1525* (the "Motion to Seal"), filed contemporaneously herewith, to be considered on an expedited basis; (b) setting October 28, 2009 at 12:00 p.m. (ET) as the deadline to file objections to the Motion to Seal (the "Objection Deadline"); and (c) scheduling the hearing on the Motion to Seal for the omnibus hearing currently scheduled for October 28, 2009 at 2:00 p.m. (ET) (the "Hearing") and notice of the Motion having been given that is due and adequate under the circumstances; and it appearing that no further notice is required; and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion to Seal will be considered at the hearing scheduled for **October 28, 2009 at 2:00 p.m.**(ET).

    2.    Objections, if any, to the Motion to Seal shall be filed and served no later than **October 28, 2009 at 12:00 p.m.** (ET).

    3.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
       Wilmington, Delaware

                                        _____
                                        THE HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE