**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.:  GB 243 2024 11



Interim (S)

VAT Invoice Date: **27 October 2009**        Our Ref: **GDB/CCN01.00001**                    Invoice No: **276665**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 126,125.00 |
| For the period to 30 September 2009, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 300.02 |
| **Disbursements:** (NT) Fares and Incidental Expenses | 0.00 | 0.00 | 369.83 |
| | 0.00 | | 126,794.85 |
| | | VAT | 0.00 |
| | | Total | 126,794.85 |
| | | **Balance Due** | **126,794.85** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 276665 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW DELHI  NEW YORK  PARIS  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

**THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.**

### Re: BANKRUPTCY
### GDB/CCN01.00001
#### For the period: to 30 September 2009

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 2.00 | 1,220.00 | (C0007) |
| | | 0.90 | 549.00 | (C0023) |
| | | 4.50 | 2,745.00 | (C0024) |
| | | 4.40 | 2,684.00 | (C0031) |
| | | 0.90 | 549.00 | (C0032) |
| | | 12.70 | £7,747.00 | |
| Partner: | Steven Hull | 11.40 | 6,954.00 | (C0019) |
| | | 11.40 | £6,954.00 | |
| Partner: | Mat Hughes | 8.80 | 5,368.00 | (C0023) |
| | | 8.80 | £5,368.00 | |
| Partner: | Nigel Parr | 3.10 | 1,891.00 | (C0023) |
| | | 3.10 | £1,891.00 | |
| Partner: | Euan Burrows | 40.90 | 23,722.00 | (C0023) |
| | | 40.90 | £23,722.00 | |
| Partner: | Robery Ogilvy Watson | 1.00 | 610.00 | (C0032) |
| | | 1.00 | £610.00 | |
| Partner: | Carl Dunton | 1.20 | 696.00 | (C0032) |
| | | 1.20 | £696.00 | |
| Counsel: | Charles Hammon | 41.50 | 22,410.00 | (C0023) |
| | | 41.50 | £22,410.00 | |
| Senior Associate: | Luke Rollason | 6.00 | 2,550.00 | (C0007) |
| | | 1.30 | 552.50 | (C0023) |
| | | 5.60 | 2,380.00 | (C0024) |
| | | 1.90 | 807.50 | (C0031) |
| | | 3.30 | 1,402.50 | (C0032) |
| | | 18.10 | £7,692.50 | |
| Senior Associate: | Celia Foss | 37.00 | 18,500.00 | (C0023) |
| | | 37.00 | £18,500.00 | |
| Senior Associate: | Ian Chye | 0.58 | 290.00 | (C0032) |
| | | 0.58 | £290.00 | |
| Associate: | Martha Korthauer | 12.10 | 4,477.00 | (C0031) |

|  |  | 12.10 | £4,477.00 |  |
| --- | --- | --- | --- | --- |
| Associate: | Nancy Chien | 16.70 | 6,596.50 | (C0019) |
|  |  | 16.70 | £6,596.50 |  |
|  |  |  |  |  |
| Junior Associate: | Paul Bagon | 6.30 | 1,984.50 | (C0003) |
|  |  | 8.40 | 2,646.00 | (C0007) |
|  |  | 6.00 | 1,890.00 | (C0008) |
|  |  | 5.20 | 1,638.00 | (C0019) |
|  |  | 4.20 | 1,323.00 | (C0023) |
|  |  | 16.50 | 5,197.50 | (C0024) |
|  |  | 5.00 | 1,575.00 | (C0031) |
|  |  | 2.80 | 882.00 | (C0032) |
|  |  | 54.40 | £17,136.00 |  |
|  |  |  |  |  |
| Trainee: | Andrew Cowley | 10.00 | 1,850.00 | (C0023) |
|  |  | 10.00 | £1,850.00 |  |
|  |  |  |  |  |
| Trainee: | Anthony McCourt | 1.00 | 185.00 | (C0019) |
|  |  | 1.00 | £185.00 |  |

| TOTAL | 270.48 | £126,125.00 |
| --- | --- | --- |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 September 2009

## TIME SUMMARY ASHURST –  FEE APPLICATION/MONTHLY BILLING REPORTS

| Lawyer | | Time<br>(Hours) | | Rate<br>(£ per hour) | Amount<br>(£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 6.30 | @ | 315.00 | 1,984.50 |
| | | | | | |
| | | | | Total | £ 1,984.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------|
| 02/09/09 | Paul Bagon | LETT | Ashurst fee application | 0.50 |
| 04/09/09 | Paul Bagon | LETT | Amending Ashurst invoice. | 0.50 |
| 07/09/09 | Paul Bagon | LETT | Emails to AG re Ashurst fee application | 0.50 |
| 09/09/09 | Paul Bagon | LETT | Interim fee application | 1.00 |
| 15/09/09 | Paul Bagon | LETT | August Fee Application | 0.50 |
| 23/09/09 | Paul Bagon | DUED | Ashurst Fee Application | 1.30 |
| 25/09/09 | Paul Bagon | LETT | Finalising and sending Ashurst September Fee Application | 0.50 |
| 29/09/09 | Paul Bagon | LETT | Reviewing Akin Omnibus Fee App | 1.50 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 September 2009

## TIME SUMMARY - CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 2.00 | @ | 610.00 | 1,220.00 |
| **Senior Associates:** | | | | | |
| Luke Rollason | engaged | 6.00 | @ | 425.00 | 2,550.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 8.40 | @ | 315.00 | 2,646.00 |
| | | | | Total | £ 6,416.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 03/09/09 | Giles Boothman | ATTD | UCC call (in part) | 1.50 |
| 03/09/09 | Paul Bagon | PHON | UCC weekly meeting. | 2.00 |
| 03/09/09 | Luke Rollason | PHON | Weekly Unsecured Creditor's Committee Call | 2.00 |
| 08/09/09 | Giles Boothman | ATTD | UCC call | 0.50 |
| 10/09/09 | Paul Bagon | PHON | UCC weekly call | 2.00 |
| 10/09/09 | Paul Bagon | PHON | Follow-up UCC meeting re sales processed. | 0.80 |
| 17/09/09 | Paul Bagon | PHON | UCC weekly meeting | 1.80 |
| 18/09/09 | Luke Rollason | PHON | UCC call with Akin Gump. | 4.00 |
| 24/09/09 | Paul Bagon | PHON | UCC weekly meeting | 1.80 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 September 2009

## TIME SUMMARY – COURT HEARINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 6.00 | @ | 315.00 | 1,890.00 |
| | | | Total | | £ 1,890.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 11/09/09 | Paul Bagon | PHON | ▆▆▆▆Auction process. | 6.00 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

## Re: BANKRUPTCY

## GDB/CCN01.00001

### For the period: to 30 September 2009

## TIME SUMMARY – LABOR ISSUES/EMPLOYEE BENEFITS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Steven Hull | engaged | 11.40 | @ | 610.00 | 6,954.00 |
| **Associates:** | | | | | |
| Nancy Chien | engaged | 16.70 | @ | 395.00 | 6,596.50 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 5.20 | @ | 315.00 | 1,638.00 |
| **Trainees:** | | | | | |
| Anthony McCourt | engaged | 1.00 | @ | 185.00 | 185.00 |
| | | | | Total | £ 15,373.50 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/09/09 | Nancy Chien | LETT | Review memo from Canadian Counsel | 1.50 |
| 01/09/09 | Steven Hull | LETT | Lisa Beckerman email regarding memorandum on UK Pension Regulator; commence review of section regarding due judicial judgment; discussion with Nancy Chien regarding work required in connection with same and forwarding documentation to Nancy Chien regarding same; forwarding various emails to Nancy Chien in connection with past advice and previous emails in connection with same and review same with Nancy Chien. | 1.80 |
| 02/09/09 | Nancy Chien | LETT | Review email and memo from Akin Gump. | 1.00 |
| 02/09/09 | Nancy Chien | LETT | Consider FSD implications and Sea Containers judgment | 2.00 |
| 02/09/09 | Nancy Chien | LETT | Review memo from Akin Gump; discussion with SEH and forward comments to Akin Gump | 3.00 |
| 02/09/09 | Nancy Chien | READ | Consider general issues not addressed in memo; consider issue of whether an FSD can be treated like a judgment; prepare email and forward same to Akin Gump; review further emails | 1.50 |
| 02/09/09 | Nancy Chien | READ | Consider general issues not addressed in memo; consider issue of whether FSD can be treated like a judgment; prepare email and forward same to Akin Gump; review further emails | 0.50 |
| 02/09/09 | Paul Bagon | LETT | Emails re pensions. | 0.40 |
| 02/09/09 | Steven Hull | LETT | Review Lisa Beckerman email and review attached draft memo regarding pensions regulator and letter received from Pensions Regulator; detailed review of part one and forwarding to Nancy Chien for review; discussion with Nancy Chien regarding sea containers case and amendments in respect of part one and incorporation of same and provision to Nancy Chien; various emails with Nancy Chien regarding finalisation of input in connection with judicial position and other issues relating to financial support direction and the legislation regarding procedure for service of same; view Nancy Chien draft response and confirmation of same; review Paul Bagon email regarding presentation in respect of financial support direction and memo regarding same. Responding to Paul Bagon; review various emails with Nancy Chien regarding judicial position and review final version of email regarding same and review Lisa Beckerman email regarding regulator letter. | 2.00 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 03/09/09 | Paul Bagon | LETT | AG query re letter from Pensions Regulator | 4.80 |
| 03/09/09 | Steven Hull | LETT | Review Paul Bagon email and review attached agenda for conference call; preparation for presentation of UK pension regulator issues and issues arising from Pensions Regulator letter; preparing for and attending conference call with Nancy Chien to discuss pension regulator issues | 3.50 |
| 03/09/09 | Nancy Chien | INTD | Discussion with Steven Hull and review final note | 0.50 |
| 03/09/09 | Nancy Chien | READ | Review email from Paul Bagon; review documentation attached to email and consider issues | 1.00 |
| 03/09/09 | Nancy Chien | PHON | Preparing for telephone conference; discussion with Steven Hull; attending call with Steven Hull | 2.00 |
| 07/09/09 | Steven Hull | LETT | Short review David Botter email regarding amended memorandum | 0.10 |
| 08/09/09 | Nancy Chien | READ | Review emails from Lisa Beckermann; prepare summary; discuss with Steven Hull; forward summary to Lisa Beckermann | 1.00 |
| 08/09/09 | Steven Hull | READ | Emails with Lisa Beckeman and Nancy Chien regarding amendments to memo regarding UK pensions regulator letters and summary regarding same; review Nancy Chien draft of executive summary and incorporation of amendments into same and review Nancy Chien final email to Lisa Beckeman regarding same | 1.00 |
| 09/09/09 | Steven Hull | LETT | Review Lisa Beckenham e-mail and review attached follow up questions from Fraser Milner; arrangements with Nancy Chien for discussion of same and responding to request for conference call to discuss same. | 0.50 |
| 09/09/09 | Steven Hull | LETT | Review Lisa Beckman email and review attached revised memo with executive summary | 0.20 |
| 10/09/09 | Steven Hull | LETT | Review Nancy Chien email regarding response in connection with questions and review email correspondence regarding same | 0.30 |
| 11/09/09 | Steven Hull | LETT | E-mails with Lisa Beckenham and Nancy Chien. | 0.20 |
| 11/09/09 | Nancy Chien | LETT | Liaising with Lisa Beckerman | 0.30 |
| 15/09/09 | Nancy Chien | LETT | Liaising with Steven Hull and Lisa Beckerman regarding telephone conference | 0.20 |
| 16/09/09 | Anthony McCourt | RSCH | Research into whether the PPF is backed by a government guarantee in the instance that the PPF does not have enough funding to pay out pension benefits | 1.00 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 16/09/09 | Nancy Chien | READ | Consider questions raised by Canadian Counsel; preparing for telephone conference and attending telephone conference | 2.20 |
| 16/09/09 | Steven Hull | LETT | Preparing for and attending conference call with Canadian Counsel and US Counsel re questions raised by Canadian and US Counsel in respect of Pensions Regulator powers and implementation of same; discussions with Nancy Chen following conference call and next steps | 1.50 |
| 29/09/09 | Steven Hull | LETT | Brief discussion with Maud Coget regarding follow up to conference call with Canadian and US counsel regarding pensions regulator powers and review lease of Beckerman response | 0.30 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 September 2009**

## TIME SUMMARY – TELECOMMUNICATIONS/REGULATORY

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.90 | @ | 610.00 | 549.00 |
| Mat Hughes | engaged | 8.80 | @ | 610.00 | 5,368.00 |
| Nigel Parr | engaged | 3.10 | @ | 610.00 | 1,891.00 |
| Euan Burrows | engaged | 40.90 | @ | 580.00 | 23,722.00 |
| **Counsels:** | | | | | |
| Charles Hammon | engaged | 41.50 | @ | 540.00 | 22,410.00 |
| **Senior Associates:** | | | | | |
| Celia Foss | engaged | 37.00 | @ | 500.00 | 18,500.00 |
| Luke Rollason | engaged | 1.30 | @ | 425.00 | 552.50 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 4.20 | @ | 315.00 | 1,323.00 |
| **Trainees:** | | | | | |
| Andrew Cowley | engaged | 10.00 | @ | 185.00 | 1,850.00 |
| | | | | Total | £ 76,165.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/09/09 | Paul Bagon | PHON | Calls with AG and GDB / EUB / CWH re anti-trust issues. | 1.00 |
| 01/09/09 | Charles Hammon | PHON | Attending Akin Gump o/t re EC competition analysis; prep for call - reviewing EC precedent cases for market definitions and previous notes from April; reviewing SEN analysis. | 1.80 |
| 01/09/09 | Euan Burrows | LETT | Review of papers, call with Akin Gump. | 2.70 |
| 01/09/09 | Giles Boothman | PHON | T Feuerstein re. M&A process/anti-trust | 0.30 |
| 01/09/09 | Giles Boothman | ATTD | Anti-trust call/in part | 0.30 |
| 02/09/09 | Charles Hammon | PHON | Con call with Clearys re anti-trust positions of ▉▉▉bids; con call with Akin Gump reporting back on developments and Clearys call; further case research and reviewing market reports. | 4.50 |
| 02/09/09 | Euan Burrows | LETT | Review of documents, call Cleary, Call AG | 4.60 |
| 02/09/09 | Giles Boothman | ATTD | Part participation on call re. antitrust issues | 0.30 |
| 02/09/09 | Paul Bagon | PHON | With AG re anti-trust matters on ▉▉▉▉ | 1.40 |
| 02/09/09 | Paul Bagon | INTD | With EUB and CWH re anti-trust | 0.50 |
| 03/09/09 | Charles Hammon | LETT | Call with David Wood at Gibson re SEN issues; reviewing market data materials sent by Akin Gump; case and market research; emails to Akin Gump and Cleary. | 7.50 |
| 03/09/09 | Paul Bagon | PHON | Call with Gibson Dunn re▉▉▉▉anti-trust matters | 1.30 |
| 03/09/09 | Euan Burrows | LETT | Preparation and call with Gibson; review of data and reports | 2.70 |
| 03/09/09 | Luke Rollason | LETT | ▉▉▉▉call with Gibson Dunn ▉▉▉▉ re competition issues | 1.30 |
| 03/09/09 | Andrew Cowley | DRFT | Preparation of tables on ▉▉▉market shares in EC and EMEA | 3.40 |
| 04/09/09 | Charles Hammon | DRFT | Research on ▉▉▉▉▉▉▉▉▉▉▉ reviewing materials provided by external counsel; emails to Akin Gump and Clearys; meeting with EUB and CEF; drafting note on ▉▉▉▉ analysis. | 5.00 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 04/09/09 | Euan Burrows | LETT | Review CWH; summary with CF and CWH | 1.60 |
| 04/09/09 | Celia Foss | INTD | Internal discussions, reading documents, analysing market shares on different bases. | 9.00 |
| 04/09/09 | Andrew Cowley | DRFT | Preparation of tables on ███████ market shares and revenue in EMEA | 3.30 |
| 05/09/09 | Celia Foss | DRFT | Analysing market shares on different bases, drafting rider ████████ for risk memorandum. | 4.20 |
| 05/09/09 | Euan Burrows | LETT | Review of Form CO and other relevant docs | 2.40 |
| 06/09/09 | Celia Foss | DRFT | Analysing market shares on different bases, drafting rider ████████ for risk memorandum. | 2.20 |
| 07/09/09 | Charles Hammon | PHON | Prep for call with Weil - reading Form CO and pre-meeting with EUB and CEF; attending call with Weil, Clearys and Akin Gump. | 3.00 |
| 07/09/09 | Charles Hammon | LETT | Drafting note to Akin Gump/CCN re ██████████; reviewing market share data and compiling tables. | 2.30 |
| 07/09/09 | Celia Foss | DRFT | Analysing market shares on different bases, drafting rider ████████ for risk memorandum, conference calls, internal discussions, reading ████ draft Form CO. | 10.50 |
| 07/09/09 | Euan Burrows | LETT | Preparation and call with Weil | 2.50 |
| 07/09/09 | Euan Burrows | LETT | Review and amends to letter of advice | 2.60 |
| 07/09/09 | Andrew Cowley | MISC | Research into relevant cases | 3.30 |
| 08/09/09 | Celia Foss | DRFT | Finishing preliminary risk assessment, spreadsheet calcs based on ██████████ internal discussions, call with Akin Gump | 11.10 |
| 08/09/09 | Charles Hammon | PHON | Attending Akin Gump o/t with update and to discuss first draft note. | 1.00 |
| 08/09/09 | Charles Hammon | DRFT | Working up draft of note on issues for Akin Gump; discussing with CEF and EUB; meeting to discuss issues and market concentration. | 4.50 |
| 08/09/09 | Charles Hammon | PHON | Attending Weil o/t re customer survey results; call from Akin Gump, and updating re con with Weil. | 0.50 |
| 08/09/09 | Euan Burrows | LETT | Discussion and amends to briefing note | 2.20 |
| 08/09/09 | Euan Burrows | LETT | Further review with team and call to A re papers. | 2.40 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 08/09/09 | Euan Burrows | LETT | Misc re matter including organising chasing amends for data, organising data collection and review | 0.60 |
| 09/09/09 | Charles Hammon | LETT | Meeting with ANP and MJH to discuss risk note; redrafting note in light of discussions; drafting update email to Akin Gump; reviewing contract documentation and bid summaries. | 7.00 |
| 09/09/09 | Nigel Parr | READ | Discussing competition agreement with EUB.  Reviewing papers.  Further discussions with EUB, MJH and CWH. | 2.40 |
| 09/09/09 | Euan Burrows | LETT | Preparation and review with ANP/MJH | 1.90 |
| 09/09/09 | Euan Burrows | LETT | Briefing economists | 1.20 |
| 09/09/09 | Euan Burrows | LETT | Organising and briefing team | 0.40 |
| 09/09/09 | Euan Burrows | LETT | Note to client and calls and emails | 2.40 |
| 09/09/09 | Euan Burrows | LETT | Review of deal docs and comments | 0.70 |
| 09/09/09 | Mat Hughes | DRFT | Review of Form CO and precedents and discussion with ANP/EUB | 4.00 |
| 10/09/09 | Nigel Parr | PHON | Reviewing further materials.  Attending call with Akin Group and Weil Gotshall. | 0.70 |
| 10/09/09 | Mat Hughes | DRFT | Note re: competition issues and Form CO and EC questions | 1.00 |
| 10/09/09 | Mat Hughes | PHON | Calls with Weild & Atkin Gump re: competition issues and EC questions and preparation for calls | 3.00 |
| 10/09/09 | Charles Hammon | DRFT | Attending call with Weil re competition risks; drafting possible ECMR investigation timetable; reviewing ▓▓▓▓▓▓▓▓▓▓ cases; internal discussions with EUB, MJH, ANP. | 3.50 |
| 10/09/09 | Euan Burrows | LETT | Telephone advice to client; call with Cleary; written advice to client; further call with client and emails | 6.90 |
| 11/09/09 | Charles Hammon | LETT | Working up comments on Commission's further questions to ▓▓▓ for Akin Gump; discussing with MJH. | 0.90 |
| 11/09/09 | Mat Hughes | DRFT | Review of EC questionnaire + comments + email re overall risks | 0.80 |
| 11/09/09 | Euan Burrows | LETT | Review of commission questionnaire and advice to client | 1.90 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 24/09/09 | Euan Burrows | LETT | Call with Clearys and note to client review of questionnaire | 1.20 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 30 September 2009

## TIME SUMMARY – ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 4.50 | @ | 610.00 | 2,745.00 |
| **Senior Associates:** | | | | | |
| Luke Rollason | engaged | 5.60 | @ | 425.00 | 2,380.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 16.50 | @ | 315.00 | 5,197.50 |
| | | | | Total | £ 10,322.50 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 02/09/09 | Giles Boothman | INTD | Discussion with PDB re. pensions/competition | 0.20 |
| 02/09/09 | Luke Rollason | PHON | Follow Up █████ Antitrust Call. | 1.30 |
| 04/09/09 | Giles Boothman | SUPE | Re. ████ | 0.50 |
| 05/09/09 | Paul Bagon | READ | Reviewing ███████ EMEA ASSA | 4.00 |
| 07/09/09 | Giles Boothman | INTD | PDB re. ████ | 0.30 |
| 07/09/09 | Giles Boothman | READ | Emails re. ████ | 0.30 |
| 09/09/09 | Paul Bagon | PHON | Re. ████ sales process | 3.00 |
| 09/09/09 | Giles Boothman | SUPE | PDB others re. ████/UCC calls. | 0.50 |
| 09/09/09 | Luke Rollason | PHON | ████ conference call with UCC professionals | 2.50 |
| 10/09/09 | Giles Boothman | INTD | Re. ████ antitrust | 0.50 |
| 10/09/09 | Giles Boothman | SUPE | Re. ████ antitrust | 0.50 |
| 11/09/09 | Paul Bagon | LETT | Reviewing EMEA ASA re AG query on termination | 1.00 |
| 11/09/09 | Luke Rollason | PHON | Nortel auction call re ████ | 1.80 |
| 21/09/09 | Paul Bagon | LETT | Reviewing snow EMEA ASSA | 4.50 |
| 22/09/09 | Paul Bagon | LETT | ████ EMEA Asset agreement. | 4.00 |
| 28/09/09 | Giles Boothman | SUPE | Martina re. ████ | 0.50 |
| 28/09/09 | Giles Boothman | LETT | Tony Fuerstein re. ████ | 0.20 |
| 29/09/09 | Giles Boothman | SUPE | Re. Administration period. | 0.50 |
| 29/09/09 | Giles Boothman | SUPE | Re. ████ | 0.50 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 September 2009

## TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 4.40 | @ | 610.00 | 2,684.00 |
| **Senior Associates:** | | | | | |
| Luke Rollason | engaged | 1.90 | @ | 425.00 | 807.50 |
| **Associates:** | | | | | |
| Martina Korthauer | engaged | 12.10 | @ | 370.00 | 4,477.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 5.00 | @ | 315.00 | 1,575.00 |
| | | | | Total | £ 9,543.50 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 02/09/09 | Paul Bagon | PHON | Professionals pre-call. | 1.50 |
| 03/09/09 | Giles Boothman | INTD | Discussion with PDB | 0.50 |
| 08/09/09 | Paul Bagon | LETT | Emails | 1.00 |
| 09/09/09 | Giles Boothman | ATTD | Calls - in part | 0.30 |
| 10/09/09 | Luke Rollason | PHON | UCC conference call with Akin Gump and other advisers. | 1.90 |
| 15/09/09 | Giles Boothman | READ | Emails re. UCC call | 0.30 |
| 16/09/09 | Giles Boothman | INTD | Discussion with PDB | 0.30 |
| 16/09/09 | Giles Boothman | SUPE | Re. UCC calls | 0.20 |
| 16/09/09 | Giles Boothman | READ | Emails | 0.30 |
| 17/09/09 | Giles Boothman | READ | Emails re. UCC call | 0.20 |
| 18/09/09 | Giles Boothman | INTD | PDB/others | 0.30 |
| 21/09/09 | Giles Boothman | READ | Emails | 0.30 |
| 21/09/09 | Giles Boothman | SUPE | Team | 0.30 |
| 25/09/09 | Paul Bagon | LETT | Update to MZK | 0.50 |
| 25/09/09 | Martina Korthauer | CASE | Introduction re Nortel from Paul, admin | 0.80 |
| 25/09/09 | Giles Boothman | INTD | PDB/team | 0.20 |
| 25/09/09 | Giles Boothman | READ | Emails re. UCC calls/sales | 0.20 |
| 28/09/09 | Martina Korthauer | READ | Review of EMEA ASA documentation, intd with Giles, email to Tony | 10.00 |
| 28/09/09 | Giles Boothman | READ | Docs/emails re. ███████ | 1.00 |

CCN01.00001 (558934) Time Summary Printed 27/10/2009 @ 12:01.

Page 22 of 25

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 29/09/09 | Paul Bagon | INTD | Discussion with MZK | 0.50 |
| 29/09/09 | Paul Bagon | LETT | Responding to AG query re administrator obligations | 1.50 |
| 29/09/09 | Martina Korthauer | LETT | Discussion with Paul Bagon, email correspondence | 1.30 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 30 September 2009

## TIME SUMMARY – ASIAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.90 | @ | 610.00 | 549.00 |
| Robert Ogilvy Watson | engaged | 1.00 | @ | 610.00 | 610.00 |
| Carl Dunton | engaged | 1.20 | @ | 580.00 | 696.00 |
| **Senior Associates:** | | | | | |
| Ian Chye | engaged | 0.58 | @ | 500.00 | 290.00 |
| Luke Rollason | engaged | 3.30 | @ | 425.00 | 1,402.50 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 2.80 | @ | 315.00 | 882.00 |
| | | | | Total | £ 4,429.50 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 11/09/09 | Luke Rollason | PHON | UCC committee call. | 0.30 |
| 16/09/09 | Ian Chye | LETT | Reviewing amendments ████████████████████ | 0.58 |
| 16/09/09 | Carl Dunton | READ | Review █████████████.  Discussion with IZC. | 1.20 |
| 16/09/09 | Luke Rollason | PHON | Telecon with Brad Kahn of Akin Gump re remedies against APAC debtors. ██████████ ████████████ | 1.00 |
| 17/09/09 | Paul Bagon | PHON | Call with AG re APAC query. | 0.50 |
| 17/09/09 | Paul Bagon | PHON | APAC ████████ call (in part) | 1.30 |
| 17/09/09 | Giles Boothman | INTD | PDB/LAR re. APAC | 0.30 |
| 17/09/09 | Giles Boothman | PHON | Akin re. APAC | 0.30 |
| 17/09/09 | Giles Boothman | READ | Consider APAC Qs | 0.30 |
| 17/09/09 | Luke Rollason | PHON | Call with Brad Kahn ████████████████████████. ██████, APAC call ██████. CVAS call ██████ | 2.00 |
| 17/09/09 | Robert Ogilvy Watson | DRFT | Reviewing ████████████ | 1.00 |
| 18/09/09 | Paul Bagon | PHON | APAC call (in part). | 1.00 |