**Exhibit C**

**DISBURSEMENT SUMMARY**
**SEPTEMBER 01, 2009 THROUGH SEPTEMBER 30, 2009**

| | |
|---|---|
| Travel Expenses – Ground Transportation | 333.91 |
| Meals | 25.00 |
| Document Production | 300.02 |
| Telecommunications | 10.92 |
| **TOTAL** | **669.85** |