**Exhibit D**

24

**DISBURSEMENT BREAKDOWN**

| Date | Disb Type | Narrative | Amount (£) |
|---|---|---|---:|
| 04/09/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 363071; DATE: 04/09/2009. - P/C PDB Taxi home after working late - 02/ | 27.00 |
| 01/09/2009 | TELCON | VENDOR: Meetingzone Ltd; INVOICE#: 000207153; DATE: 01/09/2009 - Conference Call on 25/8/09 | 10.92 |
| 09/09/2009 | TAXI | PAYEE: Petty Cash; REQUEST#: 363422; DATE: 09/09/2009. - Petty Cash for taxi fare | 25.00 |
| 11/09/2009 | TAXI | PAYEE: Petty Cash; REQUEST#: 363709; DATE: 11/09/2009. - Petty Cash for taxi fare | 29.00 |
| 16/09/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 364162; DATE: 16/09/2009. - P/C LAR Taxi fare after Nortel Conference | 20.00 |
| 09/09/2009 | TAXI | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 34814; DATE: 10/09/2009 - TAXI - EUB (Broadwalk Hou | 39.93 |
| 07/09/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/81049; DATE: 13/09/2009 - TAXI - EUB (EC2A to SW4) 07/09/09 | 32.93 |
| 21/09/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 364665; DATE: 21/09/2009. - P/C PDB Taxi - 18/09/09 | 26.00 |
| 23/09/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 364906; DATE: 23/09/2009. - P/C LAR Taxi fare home after conf call - 1 | 19.00 |
| 23/09/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 364906; DATE: 23/09/2009. - P/C LAR Taxi fare home - Conference call - | 17.00 |
| 17/09/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 14 20 09 2009 DATE: 28/09/2009 | 1.40 |
| 30/09/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 365675; DATE: 30/09/2009. - P/C PDB Taxi - 25/09/09 | 28.00 |
| 28/09/2009 | TAXI | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 36309; DATE: 29/09/2009 - TAXI - MZK (Broadwalk Hou | 38.48 |
| 24/09/2009 | TAXI | VENDOR: BruCar Ltd; INVOICE#: BR/81712; DATE: 30/09/2009 - TAXI - PDB (EC2A to NW11) 24/09/09 | 31.57 |
| 07/09/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 07 13 09 2009 DATE: 07/09/2009 | 6.90 |
| 09/09/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 07 13 09 2009 DATE: 07/09/2009 | 5.15 |
| 10/09/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 07 13 09 2009 DATE: 07/09/2009 | 5.70 |
| 11/09/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 07 13 09 2009 DATE: 07/09/2009 | 5.85 |
|  |  | Document Production | 300.02 |
|  |  |  | **669.85** |