Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 01, 2009 THROUGH SEPTEMBER 30, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 12.70 | 7,747.00 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 11.40 | 6,954.00 |
| Mat Hughes | Chief Economist; Competition Group | £610 | 8.80 | 5,368.00 |
| Nigel Parr | Partner for 15 years; Admitted in 1989; Competition Group | £610 | 3.10 | 1,891.00 |
| Euan Burrows | Partner for 1 year; Admitted in 2008 (former barrister); Competition Group | £580 | 40.90 | 23,722.00 |
| Robert Ogilvy Watson | Partner for 8 years; Admitted in 1993, Corporate, Hong Kong | £610 | 1.00 | 610.00 |
| Carl Dunton | Partner for 1 years; Admitted 1997, Loan Markets, Singapore | £580 | 1.20 | 696.00 |
| Charles Hammon | Counsel; Admitted in 1998; Competition Group | £540 | 41.50 | 22,410 |
| Luke Rollason | Senior Associate; Admitted in 2005; Restructuring and Special Situations Group | £425 | 18.10 | 7,692.50 |
| Celia Foss | Senior Economist; Competition Group | £500 | 37.00 | 18,500 |
| Ian Chye | Senior Associate; Admitted 2003, Corporate, Singapore. | £500 | 0.58 | 290.00 |
| Martina Korthauer | Associate; Admitted in 2007; Restructuring and Special Situations Group | £370 | 12.10 | 4,477.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Nancy Chien | Associate for 6 years; Admitted in 2003 (New Zealand); Employment, Incentives and Pensions Group | £395 | 16.70 | 6,596.50 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special Situations Group | £315 | 54.40 | 17,136.00 |
| Andrew Cowley | Trainee for 1 year; Competition Group | £185 | 10.00 | 1,850.00 |
| Anthony McCourt | Trainee for 1 year; Employment, Incentives and Pensions Group | £185 | 1.00 | 185.00 |
| **TOTAL** | | | **270.48** | **126,125.00** |

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 01, 2009 THROUGH SEPTEMBER 30, 2009.

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 6.30 | 1,984.50 |
| Creditors Committee Meetings | 16.40 | 6,416.00 |
| Court Hearings | 6.00 | 1,890.00 |
| Labor Issues/Employee Benefits | 34.30 | 15,373.50 |
| Telecommunications / Regulatory | 147.70 | 76,165.50 |
| Asset / Stock Transactions / Business Liquidations | 26.60 | 10,322.50 |
| European Proceedings/Matters | 23.40 | 9,543.50 |
| Asian Proceedings/Matters | 9.78 | 4,429.50 |
| TOTAL | 270.48 | 126,125.00 |