**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
                                                           :    Chapter 11
                                                           :
In re                                                      :
                                                           :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                             :
                                                           :    Jointly Administered
                    Debtors.                               :
                                                           :
-----------------------------------------------------------X
```

**CONFIDENTIAL FILED UNDER SEAL**

**CONFIDENTIAL –AFFIDAVIT OF SERVICE RE: NOTICE OF**
**(I) SOLICITATION OF INITIAL BIDS FOR NORTEL'S GSM/GSM-R BUSINESS;**
**(II) BIDDING PROCEDURES; (III) SALE HEARING AND**
**(IV) RELATED RELIEF AND DATES [D.I. 1686] AND NOTICE OF (I) SOLICITATION**
**OF INITIAL BIDS; (II) PUBLIC AUCTION AND SALE HEARING; AND (III)**
**RELATED RELIEF AND DATES [D.I. 1687]**

**PURSUANT TO ORDER AUTHORIZING CERTAIN DEBTORS TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR SCHEDULES AND RELATED CERTIFICATES OF SERVICE [D.I. 770], MADE APPLICABLE TO NORTEL NETWORKS (CALA) INC. PURSUANT TO ORDER TO HAVE PREVIOUSLY-ENTERED ORDERS AS SUPPLEMENTED GOVERN NORTEL NETWORKS (CALA) INC. PROSPECTIVELY [D.I. 1099], THE AFFIDAVIT OF SERVICE RE: NOTICE OF (I) SOLICITATION OF INITIAL BIDS FOR NORTEL'S GSM/GSM-R BUSINESS; (II) BIDDING PROCEDURES; (III) SALE HEARING AND (IV) RELATED RELIEF AND DATES [D.I. 1686] AND NOTICE OF (I) SOLICITATION OF INITIAL BIDS; (II) PUBLIC AUCTION AND SALE HEARING; AND (III) RELATED RELIEF AND DATES [D.I. 1687] IS FILED UNDER SEAL.**

**A REDACTED VERSION OF THIS DOCUMENT WAS FILED ON 10/28/09 [D.I. 1747]**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated:   Wilmington, Delaware
         October 28, 2009

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

*3198589.1*