IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | Related Docket No. 1734 |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JORDAN A. WISHNEW

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jordan A. Wishnew, Esq. to represent Hitachi, Ltd. in the above-captioned case.

Dated: October __, 2009
Wilmington, Delaware

PEPPER HAMILTON, LLP

/s/ David M. Fournier
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

#11640783 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York, and the United States District Courts for the Eastern and Southern Districts of New York, and the District of New Jersey, and the United States Court of Appeals for the Second Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Jordan A. Wishnew, Esq.
1290 Avenue of the Americas
New York, New York 10104-0050
Phone: (212) 468-8000
Fax: (212) 468-7900

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: October 28, 2009

Honorable Kevin Gross
United States Bankruptcy Judge

#11640783 v1