IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
                                                         :    Chapter 11
*In re*                                                  :
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :
   Debtors.                                              :    Jointly Administered
                                                         :
                                                         :
---------------------------------------------------------X

## STATEMENT OF ERIC K. GABRIELLE OF STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE

ERIC K. GABRIELLE, being duly sworn, upon his oath, deposes and says:

1. I am a shareholder of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., located at Sun Sentinel Building, 200 East Las Olas Boulevard, Suite 2100, Ft. Lauderdale, Florida 33301 (the "**Firm**").

2. The Firm has been retained by the above-captioned Debtors (the "**Debtors**") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "**Order**") to provide services to the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[New York #2003455 v2]

3. The nature and scope of the services to be provided to the Debtors by the Firm are legal services necessary to represent the Debtor, Nortel Networks (CALA), Inc. ("**CALA**"), with respect to an extensive subpoena for documents served, pursuant to 28 U.S.C. § 1782, on CALA in connection with litigation pending overseas among Digicel Limited, et al., and Cable & Wireless PLC, Cable & Wireless (West Indies) Limited, Cable & Wireless Grenada Limited, Cable & Wireless (Barbados), Limited, Cable & Wireless (Cayman Islands) Limited, and Telecommunications Services of Trinidad & Tobago Limited, to which CALA is not a party.

4. Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its knowledge and belief, other than in connection with providing professional services to the Debtors and as otherwise provided herein, it does not have any connection with the Debtors, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in their chapter 11 cases or their respective attorneys or accountants.

5. Pursuant to the Order, the Firm hereby confirms that it is does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which it is engaged. However, the Firm has been retained to represent Telefonica Internacional, S.A.U. (**"Telefonica"**) in these chapter 11 cases for purposes of, including, but not limited to, preparing and filing a proof of claim on behalf of Telefonica against the Debtors' estates. CALA has consented to the Firm's representation of Telefonica, and Telefonica is aware and consents to the Firm's representation of the Debtors as set forth herein.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases. As part of its

2

[New York #2003455 v2]

customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants and parties in interest in these chapter 11 cases. Except as stated herein, the Firm does not perform services for any such persons in connection with conducting these chapter 11 cases or have any relationship with any such persons, their attorneys or accountants that would be adverse to the Debtors or their estates.

7. Neither I nor any principal, partner, director or officer of, or professional retained by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors, other than reimbursing disbursements or costs owed to third parties on account of services provided to the Debtors, with any other person other than the principal and regular employees of the Firm.

8. Neither I nor any principal, partner, director or officer of, or professional retained by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be retained.

9. The Debtors owe the Firm $64,004.22 for prepetition services, the payment of which is subject to limitations contained in the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

10. The Firm has conducted a conflict search of all parties named on the conflict list furnished to the Firm by the Debtors (**"Debtors' Conflict List"**). In addition to representing the Debtors both pre-petition and post-petition, the Firm has provided or continues to provide services to the following parties named on the Debtors' Conflict List:

| | |
|---|---|
| Joseph Dearling | Huntington National Bank |
| James McEachern | CIBC World Markets Corp. |
| Citibank | Marshall & Illsey Bank |
| Bank of America | Lehman Brothers, Inc. |
| Deutsche Bank | Manufacturers & Trust Company |
| JP Morgan | The Northern Trust Company |

3

[New York #2003455 v2]

| | |
|---|---|
| Morgan Stanley | PNC Bank, NA |
| UBS | Raymond James & Associates, Inc. |
| Verizon | Suntrust Bank |
| AT&T | Union Bank of California |
| Motorola | Wilmington Trust Company |
| Hewlett Packard | The Fifth Third Bank |
| Ciminelli Development Co., Inc. | Shearman & Sterling LLP |
| IStar | Flextronics International |
| Bank of New York | Johnson Controls Inc. |
| Banc of America Securities, LLC | IBM Corporation |
| Mellon Bank | Level 3 Communications LLC |
| Comerica Bank | MCI |
| Credit Suisse Securities | Ernst & Young Inc. |
| Goldman Sachs & Co. | The Prudential Insurance Company of America |
| | Fidelity Management & Research Co. |

Except for the filing of a proof of claim for Telefonica as disclosed above, all of the Firm's representation of the parties listed above is or has been wholly unrelated to the Debtors' bankruptcy cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2009.

By: _____
ERIC K. GABRIELLE
Florida Bar No. 0160725
egabrielle@stearnsweaver.com

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Sun Sentinel Building
200 East Las Olas Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Telephone:    (954) 462-9500
Facsimile:     (954) 462-9567

[New York #2003455 v2]