## CERTIFICATE OF SERVICE

I, Eric K. Gabrielle, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Statement Of Eric K. Gabrielle of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. Pursuant To Fed R. Bankr. P. 2014 And Order Authorizing Debtors To Employ, Retain And Compensate Professionals In The Ordinary Course** was caused to be made on October 28, 2009, in the manner indicated upon the entities identified on the attached Service List.

Dated: October 28, 2009.

By: _____
ERIC K. GABRIELLE
Florida Bar No. 0160725
egabrielle@stearnsweaver.com

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Sun Sentinel Building
200 East Las Olas Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Telephone:  (954) 462-9500
Facsimile:  (954) 462-9567

5

[New York #2003455 v2]