# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                               :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                    :     Case No. 09-10138 (KG)
:
              Debtors.    :     Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 1745]

PLEASE TAKE NOTICE that on October 27, 2009, copies of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On October 28, 2009 At 2:00 P.M. (Eastern Time)** (D.I. 1745, Filed 10/27/09) were served in the manner indicated upon the entity identified below and those on the attached service list.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2672623.22

Dated: October 28, 2009
      Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      James L. Bromley (No. 5125)
      Lisa M. Schweitzer (No. 1033)
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

      - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Ann C. Cordo*
      Derek C. Abbott (No. 3376)
      Eric D. Schwartz (No. 3134)
      Ann C. Cordo (No. 4817)
      Andrew R. Remming (No. 5120)
      Chad A. Fights (No. 5006)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: (302) 658-9200
      Facsimile: (302) 425-4663

      Counsel for the Debtors and
      Debtors in Possession

2672623.22