# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 28, 2009 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

OMNIBUS HEARING;

**R / M #:**   1,745 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to date to be determined
#2 -  Adjourned to 12/2/09 @ 11:00 am
#3 -  Movant has withdrawn their request
#4 -  Interim resolution of the Objection, hearing on this matter adjourned to a hearing without a date.
#5 -  CNO Filed and Order Signed
#6 -   Order to be submitted to Chambers
#7 -   ORDER SIGNED
#8 -  ORDER SIGNED