IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NORTEL NETWORKS, INC., et al.[1], | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that undersigned counsel hereby enters its appearance on behalf of Alaska Communications Systems and ACS Cable Systems, Inc. and pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| Roger G. Schwartz<br>Adam J. Goldberg<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Telephone: 212-906-1200<br>Facsimile: 212-751-4864<br>roger.schwartz@lw.com<br>adam.goldberg@lw.com | Gregory A. Taylor, Esquire<br>Benjamin W. Keenan<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: 302-654-1888<br>Facsimile: 302-654-2067<br>gtaylor@ashby-geddes.com<br>bkeenan@ashby-geddes.com |
|---|---|

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions. Inc.

{00343819;v1}

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Alaska Communications Systems and ACS Cable Systems, Inc. is or may be entitled.

Dated: October 28, 2009                    **ASHBY & GEDDES, P.A.**

                                            _____
                                            Gregory A. Taylor (I.D. #4008)
                                            Benjamin W. Keenan (I.D. #4724)
                                            500 Delaware Avenue, 8th Floor
                                            P.O. Box 1150
                                            Wilmington, Delaware 19899
                                            Telephone: 302-654-1888
                                            Facsimile: 302-654-2067
                                            gtaylor@ashby-geddes.com
                                            bkeenan@ashby-geddes.com

                                            And

LATHAM & WATKINS LLP
Roger G. Schwartz
Adam J. Goldberg
885 Third Avenue
New York, NY 10022-4834
Telephone: 212-906-1200
Facsimile: 212-751-4864
roger.schwartz@lw.com
adam.goldberg@lw.com

*Attorneys for Alaska Communications Systems and ACS Cable Systems, Inc.*