# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: D.I.** _1743, 1525_ |

--------------------------------------------------------X

### ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE SELLERS DISCLOSURE SCHEDULES AND ALL EXHIBITS AND SCHEDULES TO THE TRANSACTION AGREEMENT RELATED TO THE ASSETS BEING SOLD AT D.I. 1525

Upon consideration of the motion (the "Motion")[2] of Nortel Networks Inc.

("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the

"Debtors"), for entry of an order pursuant to sections 105(a) and 107(b) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules") authorizing the to Debtors to file under seal the Sellers Disclosure Schedule and all

Exhibits and Schedules (as defined in the TA) (the "Schedules") attached to the Transaction

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]   Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Motion.

Agreement (the "TA"), dated as of October 25, 2009 with Hitachi, Ltd. as Purchaser and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and notice of the Motion having been given that is due and adequate under the circumstances; and after due deliberation thereon, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Schedules delivered to the Court by the Debtors shall be kept segregated and under seal by the Clerk of Court and shall not be made publicly available pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b).

3.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 28, 2009
       Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3204169

2