# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )

REBECCA D. WEINSTEIN, being duly sworn, deposes and says:

1. I am a law clerk with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"); and

2. Pursuant to the Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors' Entry Into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents Under Seal and (E) Setting a Date for the Sale Hearing (the "Bidding Procedures Order") [D.I. 1685], on October 21, 2009, I served copies of the (i) **Notice Of (I) Solicitation of Initial Bids; (II) Public Auction and Sale Hearing; and (III) Related Relief and Dates** (D.I. 1687, Filed 10/16/09); and (ii) **Notice of Debtors' Request for Authority to Assume and Assign Certain Contracts** (D.I. 1693, Filed 10/19/09) by first-class mail upon the parties on the attached service lists.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

_Rebecca D. Weinstein_

Sworn to before me this
28th day of Oct , 2009

Notary Public

MARY R. GENTILE
Notary Public, State of New York
No. 41-6487610
Qualified in Sullivan County
Certificate Filed in New York County
Commission Expires January 31, 2011