**SERVICE LIST**
**Metro Ethernet Networks Assumption & Assignment Notice**
**(Suppliers)**

**VIA FIRST-CLASS MAIL**

NetTest New York Inc
Center Green Building 4
Utica, NY 13502