IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 :
 : Jointly Administered
   Debtors. :
 :
 : RE: D.I. 1748
 :
---------------------------------------------------------------X

NOTICE OF SERVICE OF AFFIDAVIT OF SERVICE RE: NOTICE OF (I)
SOLICITATION OF INITIAL BIDS FOR NORTEL'S GSM/GSM-R BUSINESS;
(II) BIDDING PROCEDURES; (III) SALE HEARING AND (IV) RELATED
RELIEF AND DATES AND NOTICE OF (I) SOLICITATION OF
INITIAL BIDS; (II) PUBLIC AUCTION AND SALE HEARING;
AND (III) RELATED RELIEF AND DATES [RE: D.I. NOS. 1686, 1687]

PLEASE TAKE NOTICE that on October 28, 2009, un-redacted copies of **Affidavit Of Service Re: Notice Of (I) Solicitation Of Initial Bids For Nortel's GSM/GSM-R Business; (II) Bidding Procedures; (III) Sale Hearing And (IV) Related Relief And Dates And Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates [Re: D.I. Nos. 1686, 1687]** (D.I. 1748) (Filed Under Seal) were served upon the parties listed on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: October 28, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and Debtors in Possession*

3177829.2