**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138(KG)<br><br>Jointly Administered |
|---|---|

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that **Michael S. Etkin, Esq., Ira M. Levee, Esq.,** and the law firm of **Lowenstein Sandler PC,** hereby enter their appearance as bankruptcy counsel and **Samuel H. Rudman, Esq., David A. Rosenfeld. Esq.,** and the law firm of **Coughlin Stoia Geller Rudman & Robbins LLP,** hereby enter their appearance as lead counsel for lead plaintiffs, Kien Chen and Moreno Minto ("Lead Plaintiffs"), individually and on behalf of all others similarly situated, and as lead counsel for the Class (defined below) in the putative class action entitled *David Lucescu, Individually and on Behalf of All Others Similarly Situated v. Mike Zafirovski*, *et al,* Civil Action No. 09-cv-04691 (SAS), pending in the United States District Court for the Southern District of New York, filed on behalf of Lead Plaintiffs and all other persons and entities (collectively, and together with Lead Plaintiff, the "Class"), who purchased or acquired securities of Nortel Networks Corporation (the "Debtor"), during the period from May 2, 2008 through September 17, 2008, inclusive (the "Class Period") and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
E-mail: metkin@lowenstein.com
E-Mail: ilevee@lowenstein.com

-and-

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100 (Telephone)
(631) 367-1173 (Facsimile)
E-mail: SRudman@csgrr.com
E-Mail: DRosenfeld@csgrr.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Lead Plaintiffs or the putative Class to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: October 29, 2009

**LOWENSTEIN SANDLER PC**

By: /s/ Ira M. Levee
Michael S. Etkin, Esq. (ME 0570)
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs and the Class*