# EXHIBIT C

## DISBURSEMENT SUMMARY
## SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $189.24 |
| Conference Call /Telephone Charges | $12,693.70 |
| Courier Service/Postage | $360.20 |
| Duplicating (@ $0.10 per page) | $83.50 |
| Meals/Committee Meeting Expenses | $4,352.55 |
| Travel Expense – Airfare | $176.11 |
| Travel Expenses – Ground Transportation | $5,554.55 |
| Travel Expenses – Incidentals | $10.00 |
| Travel Expenses – Lodging | $446.55 |
| Travel Expenses – Parking | $58.00 |
| Travel Expenses – Telephone & Fax | $14.95 |
| Travel Expenses – Train Fare | $814.00 |
| **TOTAL** | **$24,753.35** |

8225598 v1