# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082 | Invoice Number 1280910<br>Invoice Date 10/27/09<br>Client Number 687147<br>Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/07/09 | Travel - Train Fare Change fee; American Express | $112.00 |
| 06/15/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644632 DATE: 6/26/2009 Vendor: Executive Royal Voucher #: 155643 Date: 06/15/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 155643 Date: 06/15/2009 Name: Brad Kahn | $26.83 |
| 06/17/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1085145 DATE: 7/1/2009 Vendor: Dial Car Voucher #: DLRVXA73C1V9 Date: 06/17/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVXA73C1V9 Date: 06/17/2009 Name: David Botter | $127.27 |
| 06/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644632 DATE: 6/26/2009 Vendor: Executive Royal Voucher #: 122172 Date: 06/17/2009 Name: David D'Urso\|\|Car Service, Vendor: Executive Royal Voucher #: 122172 Date: 06/17/2009 Name: David D'Urso | $116.23 |
| 06/18/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $133.08 |

| Date | Description | Amount |
|---|---|---|
| 06/19/09 | 1085145 DATE: 7/1/2009<br> Vendor: Dial Car Voucher #: DLA2799224 Date: 06/18/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2799224 Date: 06/18/2009 Name: David Botter | $116.23 |
| 06/22/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644632 DATE: 6/26/2009<br> Vendor: Executive Royal Voucher #: 970216 Date: 06/19/2009 Name: David D'Urso\|\|Car Service, Vendor: Executive Royal Voucher #: 970216 Date: 06/19/2009 Name: David D'Urso | $85.82 |
| 06/22/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644632 DATE: 6/26/2009<br> Vendor: Executive Royal Voucher #: RVHF73C1B8 Date: 06/22/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RVHF73C1B8 Date: 06/22/2009 Name: Stephen Kuhn | $121.75 |
| 06/25/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644870 DATE: 7/3/2009<br> Vendor: Executive Royal Voucher #: 129421 Date: 06/22/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 129421 Date: 06/22/2009 Name: Stephen Kuhn | $109.05 |
| 06/25/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1085879 DATE: 7/15/2009<br> Vendor: Dial Car Voucher #: DLA2181433 Date: 06/25/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2181433 Date: 06/25/2009 Name: Ken Davis | $119.27 |
| 06/26/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644870 DATE: 7/3/2009<br> Vendor: Executive Royal Voucher #: 970215 Date: 06/25/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 970215 Date: 06/25/2009 Name: Stephen Kuhn | $104.10 |
|  | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 644870 DATE: 7/3/2009<br> Vendor: Executive Royal Voucher #: 160391 Date: 06/26/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive |  |

| Date | Description | Amount |
|---|---|---|
| | Royal Voucher #: 160391 Date: 06/26/2009 Name: Fred Hodara | |
| 06/28/09 | Telephone - Long Distance Client calls; Holland America Line | $270.30 |
| 07/13/09 | Travel - Train Fare NJ Transit | $30.00 |
| 07/14/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 07/14/09 | Travel - Ground Transportation NYC Taxi | $14.00 |
| 07/15/09 | Travel - Ground Transportation Carmel Car Service | $63.00 |
| 07/20/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: JACOBS RYAN C TICKET #: 7690662957 DEPARTURE DATE: 07/22/2009 ROUTE: YYZ LGA | $-2,231.90 |
| 07/21/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1087172 DATE: 8/5/2009 Vendor: Dial Car Voucher #: DLA3023451 Date: 07/21/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA3023451 Date: 07/21/2009 Name: Ken Davis | $106.30 |
| 07/22/09 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: AUG090010761500001 DATE: 8/1/2009 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $6.62 |
| 07/22/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1087172 DATE: 8/5/2009 Vendor: Dial Car Voucher #: DLA2930304 Date: 07/22/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2930304 Date: 07/22/2009 Name: David Botter | $132.52 |
| 07/25/09 | Travel - Airfare Airfare for R. Jacobs; AirCanada | $435.45 |
| 07/28/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1087172 DATE: 8/5/2009 Vendor: Dial Car Voucher #: DLA2985984 Date: 07/28/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2985984 Date: 07/28/2009 Name: David Botter | $113.16 |
| 07/29/09 | Travel - Ground Transportation Cab from Toronto Airport to client meeting.; Aerofleet Cab Services Ltd. | $52.35 |
| 07/29/09 | Meals - Business Dinner - D. D'Urso and T. Feuerstein; D. D'Urso, T. Feuerstein; 4191 - T1 Molson Pub | $51.94 |
| 07/29/09 | Travel - Ground Transportation Cab from client meeting to Toronto airport.; Car Service | $52.58 |

| Date | Description | Amount |
|---|---|---|
| 07/30/09 | Travel - Parking  Parking fee related to travel to and from Toronto for client meeting.; La Guardia Airport | $33.00 |
| 08/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 004F7B DEPARTURE DATE: 08/04/2009 ROUTE: NYP WIL NYP | $89.00 |
| 08/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 004F7B DEPARTURE DATE: 08/04/2009 ROUTE: NYP WIL NYP | $-89.00 |
| 08/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 7681535289 DEPARTURE DATE: 08/04/2009 ROUTE: NYP WIL NYP | $119.00 |
| 08/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 0501251736 DEPARTURE DATE: 08/03/2009 ROUTE: NYP WIL NYP | $37.00 |
| 08/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: HODARA FRED TICKET #: 7681535287 DEPARTURE DATE: 08/04/2009 ROUTE: NYP WIL NYP | $193.00 |
| 08/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: HODARA FRED TICKET #: 0501251735 DEPARTURE DATE: 08/03/2009 ROUTE: NYP WIL NYP | $37.00 |
| 08/04/09 | Travel - Train Fare  Ticket exchange difference; Amtrak | $11.00 |
| 08/04/09 | Travel - Ground Transportation  Family Taxi | $10.00 |
| 08/04/09 | Travel - Ground Transportation  Medallion | $8.12 |
| 08/04/09 | Travel - Ground Transportation  Medallion | $6.70 |
| 08/06/09 | Travel - Ground Transportation  NYC Taxi | $12.70 |
| 08/06/09 | Travel - Ground Transportation  Taxi to meeting re Nortel; Taxi receipt | $7.80 |
| 08/06/09 | Travel - Ground Transportation | $123.67 |

| | | |
|---|---|---|
| | VENDOR: DIAL CAR INC INVOICE#: 1087722 DATE: 8/19/2009 Vendor: Dial Car Voucher #: DLA2907286 Date: 08/06/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2907286 Date: 08/06/2009 Name: David Botter | |
| 08/09/09 | Meals - Business Dinner; R. Jacobs; Brother Jimmy's Bait | $25.90 |
| 08/11/09 | Travel - Ground Transportation Aeroport Taxi and Limousine Service | $39.00 |
| 08/13/09 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 327885 DATE: 8/21/2009 SENDER'S NAME: ; JOB NUMBER: 2434034; PICKUP: 435 W 16TH ST; DESTINATION: ONE BRYANT PARK; DATE: 08/13/2009 | $15.17 |
| 08/13/09 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 327885 DATE: 8/21/2009 SENDER'S NAME: ; JOB NUMBER: 2434201; PICKUP: 435 W 116TH ST; DESTINATION: ONE BRYANT PARK; DATE: 08/13/2009 | $38.53 |
| 08/14/09 | Travel - Ground Transportation NYC Taxi | $14.70 |
| 08/17/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E349 DATE: 8/22/2009 TRACKING #: 1Z02E52E6649239787; PICKUP DATE: 08/17/2009; SENDER: ANITA GOMEZ/JM; RECEIVER: RYAN JACOBS C/O MICH - FRASER MILNER CASGRAIN LLP; | $217.65 |
| 08/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-081409; DATE: 8/21/2009 | $331.65 |
| 08/21/09 | Travel - Ground Transportation Aeroport Taxi and Limousine Service | $44.00 |
| 08/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: KAHN BRAD M TICKET #: 0502228069 DEPARTURE DATE: 08/21/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 08/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: KAHN BRAD M TICKET #: 7699585879 DEPARTURE DATE: 08/24/2009 ROUTE: LGA YYZ LGA | $1,861.56 |
| 08/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG09- | $37.00 |

| Date | Description | Amount |
|---|---|---|
| | 53062500000206 DATE: 8/28/2009 PASSENGER: KAHN BRAD M TICKET #: 0502243518 DEPARTURE DATE: 08/21/2009 ROUTE: LGA YYZ LGA | |
| 08/21/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: STURM JOSHUA TICKET #: 1481CB DEPARTURE DATE: 08/24/2009 ROUTE: NYP WIL NYP | $208.00 |
| 08/21/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: STURM JOSHUA TICKET #: 0502236340 DEPARTURE DATE: 08/21/2009 ROUTE: NYP WIL NYP | $37.00 |
| 08/24/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 562528 DATE: 8/30/2009 Sturm Joshua - Abigaels on Broadway - 08/24/2009 | $29.35 |
| 08/24/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647140 DATE: 9/4/2009 Vendor: Executive Royal Voucher #: RVME83H1F8 Date: 08/24/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: RVME83H1F8 Date: 08/24/2009 Name: Brad Kahn | $85.13 |
| 08/25/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647282 DATE: 9/11/2009 Vendor: Executive Royal Voucher #: 160012 Date: 08/25/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 160012 Date: 08/25/2009 Name: Brad Kahn | $82.92 |
| 08/25/09 | Meals - Business  R. Jacobs; Pumpernickel's Deli & Catering | $18.46 |
| 08/25/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: AUG09-53062500000206 DATE: 8/28/2009 PASSENGER: KAHN BRAD M TICKET #: 0502304344 DEPARTURE DATE: 08/25/2009 ROUTE: YYZ LGA | $37.00 |
| 08/26/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 562528 DATE: 8/30/2009 Sturm Joshua - Abigaels on Broadway - 08/26/2009 | $34.33 |

| Date | Description | Amount |
|---|---|---|
| 08/26/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 562528 DATE: 8/30/2009 Kahn Brad - Aki Sushi West - 08/26/2009 | $32.94 |
| 08/26/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647140 DATE: 9/4/2009 Vendor: Executive Royal Voucher #: 156595 Date: 08/26/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 156595 Date: 08/26/2009 Name: Brad Kahn | $26.93 |
| 08/26/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647140 DATE: 9/4/2009 Vendor: Executive Royal Voucher #: RVNJ8311B8 Date: 08/26/2009 Name: Tony Feuerstein\|\|Car Service, Vendor: Executive Royal Voucher #: RVNJ8311B8 Date: 08/26/2009 Name: Tony Feuerstein | $49.10 |
| 08/27/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 562528 DATE: 8/30/2009 Persaud Nyron - Haru On Broadway Min 12% Tip) - 08/27/2009 | $40.10 |
| 08/27/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 562528 DATE: 8/30/2009 Lilling Austin - Haru On Broadway Min 12% Tip) - 08/27/2009 | $40.09 |
| 08/27/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 562528 DATE: 8/30/2009 Kahn Brad - Havana Central Time Square) - 08/27/2009 | $24.21 |
| 08/27/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647140 DATE: 9/4/2009 Vendor: Executive Royal Voucher #: 163833 Date: 08/27/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 163833 Date: 08/27/2009 Name: Brad Kahn | $26.93 |
| 08/27/09 | Meals (100%)  8/25/09   B Kahn - - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800045; DATE: 8/27/2009 | $89.28 |
| 08/27/09 | Meals (100%)  8/26/09   J Sturm - Professionals meeting working meal (10 | $132.83 |

| Date | Description | Amount |
|---|---|---|
| 08/27/09 | people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800045; DATE: 8/27/2009<br>Meals (100%) 8/26/09 P Sanchez - Professionals meeting working meal (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800045; DATE: 8/27/2009 | $93.20 |
| 08/27/09 | Meals (100%) 8/27/09 P Sanchez - Committee call working meal (15 people including Capstone attendees)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800045; DATE: 8/27/2009 | $291.13 |
| 08/27/09 | Meals - Business R. Jacobs; Starbucks - Toronto Airport | $9.02 |
| 08/27/09 | Travel - Ground Transportation Taxi | $44.00 |
| 08/27/09 | Travel - Ground Transportation<br>VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 367587 DATE: 9/4/2009<br>Vendor: Prime Time Voucher #: 35710 Date: 08/27/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 35710 Date: 08/27/2009 Name: Austin Lilling | $140.41 |
| 08/28/09 | Travel - Ground Transportation Taxi | $44.00 |
| 08/28/09 | Travel - Ground Transportation Taxi to meeting re Nortel; Taxi receipt | $7.62 |
| 08/31/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 567350 DATE: 9/6/2009<br>Persaud Nyron - Kodama Japanese - 08/31/2009 | $36.26 |
| 08/31/09 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 330514 DATE: 9/4/2009 SENDER'S NAME: ; JOB NUMBER: 2499837; PICKUP: ONE BRYANT PARK; DESTINATION: 435 W. 116TH STREET; DATE: 08/31/2009 | $74.71 |
| 08/31/09 | Travel - Ground Transportation<br>VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 367763 DATE: 9/11/2009<br>Vendor: Prime Time Voucher #: RVS5831119 Date: 08/31/2009 Name: Nyron Persaud\|\|Car Service, Vendor: Prime Time Voucher #: RVS5831119 Date: 08/31/2009 Name: Nyron Persaud | $87.91 |
| 08/31/09 | Travel - Ground Transportation Taxi to meeting re Nortel; Taxi receipt | $8.10 |
| 09/01/09 | Reference Material Subscriber services for August 2009<br>VENDOR: ARTHUR W DIAMOND | $8.00 |

| Date | Description | Amount |
|---|---|---|
| 09/02/09 | LAW LIBRARY; INVOICE#: 008211; DATE: 9/1/2009 - Customer ID: 000061 Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647282 DATE: 9/11/2009 Vendor: Executive Royal Voucher #: 110803 Date: 09/02/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 110803 Date: 09/02/2009 Name: Fred Hodara | $111.95 |
| 09/03/09 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 60 page(s) | $6.00 |
| 09/03/09 | Meals (100%) 8/28/09 P Sanchez - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800046; DATE: 9/3/2009 | $55.53 |
| 09/03/09 | Meals (100%) 8/31/09 B Kahn - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800046; DATE: 9/3/2009 | $52.80 |
| 09/03/09 | Meals (100%) 9/2/09 J Sturm - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800046; DATE: 9/3/2009 | $55.53 |
| 09/03/09 | Meals (100%) 9/2/09 S Thibodeaux - Professionals cal working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800046; DATE: 9/3/2009 | $75.12 |
| 09/03/09 | Meals (100%) 9/2/09 S Thibodeaux VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800046; DATE: 9/3/2009 | $37.02 |
| 09/03/09 | Meals (100%) 9/3/09 P Sanchez - Committee call working meal (15 people including Capstone attendees) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800046; DATE: 9/3/2009 | $320.53 |
| 09/04/09 | Postage US Postage - Beckerman, Lisa, NY, 1 piece(s) | $7.10 |
| 09/04/09 | Postage US Postage - Beckerman, Lisa, NY, 1 piece(s) | $0.44 |
| 09/04/09 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 64 page(s) | $6.40 |
| 09/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 567350 DATE: 9/6/2009 Ellis Annie - Chopt 51st & 6th) - 09/04/2009 | $13.48 |
| 09/04/09 | Travel - Ground Transportation Taxi to meeting re Nortel; Taxi receipt | $9.70 |

| | | |
|---|---|---|
| 09/05/09 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 09001-54901-09; DATE: 9/5/2009 | $12,085.13 |
| 09/08/09 | Travel - Ground Transportation Taxi from office to home; Taxi receipt | $8.60 |
| 09/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 568202 DATE: 9/13/2009 Kahn Brad - Haru On Broadway Min 12% Tip) - 09/09/2009 | $36.75 |
| 09/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 568202 DATE: 9/13/2009 Sturm Joshua - Olympic Pita - 09/09/2009 | $18.74 |
| 09/09/09 | Meals - Business Dinner; R. Jacobs; Barking Dog | $28.20 |
| 09/09/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089041 DATE: 9/23/2009 Vendor: Dial Car Voucher #: DLA1385411 Date: 09/09/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA1385411 Date: 09/09/2009 Name: David Botter | $128.10 |
| 09/09/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089041 DATE: 9/23/2009 Vendor: Dial Car Voucher #: DLA3042718 Date: 09/09/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3042718 Date: 09/09/2009 Name: David Botter | $114.52 |
| 09/09/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647502 DATE: 9/18/2009 Vendor: Executive Royal Voucher #: 172922 Date: 09/09/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 172922 Date: 09/09/2009 Name: Stephen Kuhn | $133.65 |
| 09/09/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647502 DATE: 9/18/2009 Vendor: Executive Royal Voucher #: 115180 Date: 09/09/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 115180 Date: 09/09/2009 Name: Brad Kahn | $26.93 |
| 09/10/09 | Meals (100%) 9/4/09 P Sanchez - Professionals call working meal (10 people) VENDOR: RESTAURANT | $74.04 |

| Date | Description | Amount |
|---|---|---|
| 09/10/09 | ASSOCIATES; INVOICE#: 2033800047; DATE: 9/10/2009 Meals (100%) 9/8/09 J Sturm - Professional's call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800047; DATE: 9/10/2009 | $71.42 |
| 09/10/09 | Meals (100%) 9/9/09 S Thibodeaux - Professional's call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800047; DATE: 9/10/2009 | $143.72 |
| 09/10/09 | Meals (100%) 9/10/09 P Sanchez - Committee call working meal (15 people including Capstone attendees) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800047; DATE: 9/10/2009 | $373.66 |
| 09/10/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 568202 DATE: 9/13/2009 Lilling Austin - Kodama Japanese - 09/10/2009 | $32.67 |
| 09/10/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 367963 DATE: 9/18/2009 Vendor: Prime Time Voucher #: 109333 Date: 09/10/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 109333 Date: 09/10/2009 Name: Austin Lilling | $148.26 |
| 09/11/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089041 DATE: 9/23/2009 Vendor: Dial Car Voucher #: DLA2988023 Date: 09/11/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2988023 Date: 09/11/2009 Name: David Botter | $157.20 |
| 09/12/09 | Travel - Parking  Parking expense (lost receipt).; Nortel - Parking | $25.00 |
| 09/12/09 | Meals - Business  Lunch expense (lost receipt).; D. Botter; Nortel - Meals | $8.00 |
| 09/12/09 | Travel - Incidentals - Out-of-Town Travel Tolls at Midtown Tunnell (lost receipt).; Nortel - Tolls | $10.00 |
| 09/12/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647725 DATE: 9/25/2009 Vendor: Executive Royal Voucher #: 168790 Date: 09/12/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 168790 Date: | $121.78 |

| Date | Description | Amount |
|---|---|---|
| 09/13/09 | 09/12/2009 Name: Stephen Kuhn Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1088834 DATE: 9/16/2009 Vendor: Dial Car Voucher #: DLA3004374 Date: 09/13/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3004374 Date: 09/13/2009 Name: David Botter | $136.00 |
| 09/14/09 | Meals - Business Breakfast at airport; R. Jacobs; McDonald's | $4.79 |
| 09/15/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 570725 DATE: 9/20/2009 Jacobs Ryan - Dallas BBQ 42nd St.) - 09/15/2009 | $17.66 |
| 09/15/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 570725 DATE: 9/20/2009 Kahn Brad - Dallas BBQ 42nd St.) - 09/15/2009 | $17.66 |
| 09/15/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647725 DATE: 9/25/2009 Vendor: Executive Royal Voucher #: 176545 Date: 09/15/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 176545 Date: 09/15/2009 Name: Brad Kahn | $26.93 |
| 09/15/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089266 DATE: 9/30/2009 Vendor: Dial Car Voucher #: DLA2986815 Date: 09/15/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2986815 Date: 09/15/2009 Name: David Botter | $131.70 |
| 09/15/09 | Travel - Ground Transportation Working late. Taxi from office to home.; NY Taxi Receipt | $11.73 |
| 09/16/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089041 DATE: 9/23/2009 Vendor: Dial Car Voucher #: DLA2998689 Date: 09/16/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA2998689 Date: 09/16/2009 Name: Ryan Jacobs | $114.52 |
| 09/16/09 | Travel - Ground Transportation Medallion Tax | $11.50 |
| 09/16/09 | Travel - Ground Transportation Ivory Taxi | $6.00 |
| 09/16/09 | Meals - Business F. Hodara; Brew HaHa! | $14.15 |
| 09/16/09 | Travel - Ground Transportation | $7.80 |

| Date | Description | Amount |
|---|---|---|
| 09/16/09 | Medallion Taxi<br>Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 570725 DATE: 9/20/2009<br>Sturm Joshua - Abigaels on Broadway - 09/16/2009 | $27.11 |
| 09/16/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647725 DATE: 9/25/2009<br>Vendor: Executive Royal Voucher #: 175656 Date: 09/16/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 175656 Date: 09/16/2009 Name: Brad Kahn | $26.93 |
| 09/16/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089266 DATE: 9/30/2009<br>Vendor: Dial Car Voucher #: DLA3019997 Date: 09/16/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA3019997 Date: 09/16/2009 Name: Ryan Jacobs | $51.32 |
| 09/16/09 | Travel - Ground Transportation Woking late. Taxi from office to home.; NY Taxi Receipt | $11.40 |
| 09/17/09 | Meals - Business 9/15/09  P Sanchez - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800048; DATE: 9/17/2009 | $123.79 |
| 09/17/09 | Meals - Business 9/17/09  P Sanchez - Committee call working meal (15 people including Capstone attendees) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800048; DATE: 9/17/2009 | $373.66 |
| 09/17/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089041 DATE: 9/23/2009<br>Vendor: Dial Car Voucher #: DLA2184184 Date: 09/17/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2184184 Date: 09/17/2009 Name: David Botter | $113.96 |
| 09/17/09 | Travel - Ground Transportation  NYC Taxi | $38.67 |
| 09/17/09 | Travel - Ground Transportation  Taxi from home to airport; Taxi | $44.00 |
| 09/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647725 DATE: 9/25/2009<br>Vendor: Executive Royal Voucher #: RV068321B8 Date: 09/17/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: | $42.95 |

| Date | Description | Amount |
|---|---|---|
| | RV068321B8 Date: 09/17/2009 Name: Brad Kahn | |
| 09/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647725 DATE: 9/25/2009  Vendor: Executive Royal Voucher #: RVR6832119 Date: 09/17/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: RVR6832119 Date: 09/17/2009 Name: Brad Kahn | $53.75 |
| 09/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647725 DATE: 9/25/2009  Vendor: Executive Royal Voucher #: RVU6832129 Date: 09/17/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: RVU6832129 Date: 09/17/2009 Name: Brad Kahn | $57.36 |
| 09/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647725 DATE: 9/25/2009  Vendor: Executive Royal Voucher #: RVN68321C8 Date: 09/17/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: RVN68321C8 Date: 09/17/2009 Name: Brad Kahn | $38.62 |
| 09/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647725 DATE: 9/25/2009  Vendor: Executive Royal Voucher #: RVJ68321Z9 Date: 09/17/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: RVJ68321Z9 Date: 09/17/2009 Name: Brad Kahn | $58.81 |
| 09/17/09 | Travel - Lodging (Hotel, Apt, Other) Hotel stay; The Westin Times Square | $446.55 |
| 09/17/09 | Travel - Telephone & Fax  Internet Services; The Westin Times Square | $14.95 |
| 09/18/09 | Travel - Ground Transportation  Taxi to meeting at Cleary ($12.50 fare, $1.50 tip).; Nortel - Taxi | $14.00 |
| 09/19/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 570725 DATE: 9/20/2009 Feuerstein Tony - Subway 8th Ave) - 09/19/2009 | $11.98 |
| 09/21/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 572879 | $37.09 |

| Date | Description | Amount |
|---|---|---|
| 09/21/09 | DATE: 9/27/2009 Lilling Austin - Kodama Japanese - 09/21/2009 Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 572879 DATE: 9/27/2009 Kahn Brad - Aceluck - 09/21/2009 | $20.25 |
| 09/21/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647944 DATE: 10/2/2009 Vendor: Executive Royal Voucher #: 159607 Date: 09/21/2009 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 159607 Date: 09/21/2009 Name: Brad Kahn | $26.93 |
| 09/22/09 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 9/22/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $114.34 |
| 09/22/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 572879 DATE: 9/27/2009 Persaud Nyron - Shorty's - 09/22/2009 | $24.37 |
| 09/22/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 368469 DATE: 10/2/2009 Vendor: Prime Time Voucher #: RVMB8321H9 Date: 09/22/2009 Name: Nyron Persaud‖Car Service, Vendor: Prime Time Voucher #: RVMB8321H9 Date: 09/22/2009 Name: Nyron Persaud | $91.23 |
| 09/23/09 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 9/23/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $55.16 |
| 09/23/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 9/23/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $11.74 |
| 09/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 572879 DATE: 9/27/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 09/23/2009 | $34.33 |
| 09/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 572879 DATE: 9/27/2009 Kahn Brad - Blockheads Burritos WW) - 09/23/2009 | $19.02 |
| 09/23/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647944 | $26.93 |

| Date | Description | Amount |
|---|---|---|
| 09/23/09 | DATE: 10/2/2009<br>Vendor: Executive Royal Voucher #: 167764 Date: 09/23/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 167764 Date: 09/23/2009 Name: Brad Kahn<br>Travel - Ground Transportation<br>VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 368469 DATE: 10/2/2009<br>Vendor: Prime Time Voucher #: 11978 Date: 09/23/2009 Name: David D'Urso\|\|Car Service, Vendor: Prime Time Voucher #: 11978 Date: 09/23/2009 Name: David D'Urso | $123.94 |
| 09/23/09 | Travel - Ground Transportation Working late. Taxi from office to home.; NY Taxi Receipt | $13.00 |
| 09/23/09 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1089897 DATE: 10/7/2009<br>Vendor: Dial Car Voucher #: DLA2974755 Date: 09/23/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2974755 Date: 09/23/2009 Name: David Botter | $123.94 |
| 09/24/09 | Duplication - In House  Photocopy - User # 990100, NY, 73 page(s) | $7.30 |
| 09/24/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E399 DATE: 9/26/2009<br>TRACKING #: 1Z02E52E0249166654; PICKUP DATE: 09/24/2009; SENDER: Brad Kahn/E.L.; RECEIVER: Bruce Kaufman - Compass Advisers LLP; | $6.60 |
| 09/24/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 572879 DATE: 9/27/2009<br>Sturm Joshua - Mendy's Kosher Restaurant - 09/24/2009 | $28.73 |
| 09/24/09 | Meals - Business  9/22/09 - P. Sanchez - Working meeting (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800049; DATE: 9/24/2009 | $167.34 |
| 09/24/09 | Meals - Business  9/24/09 - N. Kunen<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800049; DATE: 9/24/2009 | $23.73 |
| 09/24/09 | Meals - Business  9/24/09 - P. Sanchez - Working meeting (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800049; DATE: 9/24/2009 | $143.72 |
| 09/28/09 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH | $120.90 |

| Date | Description | Amount |
|---|---|---|
| | SERVICES, INC INVOICE#: 648327 DATE: 10/9/2009 Vendor: Executive Royal Voucher #: 175583 Date: 09/28/2009 Name: David D'Urso\|\|Car Service, Vendor: Executive Royal Voucher #: 175583 Date: 09/28/2009 Name: David D'Urso | |
| 09/29/09 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 638 page(s) | $63.80 |
| 09/29/09 | Travel - Ground Transportation Aeroport Taxi and Limousine Service | $44.00 |
| 09/29/09 | Meals - Business Breakfast at airport; R. Jacobs; Tim Horton's | $1.33 |
| 09/29/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 578948 DATE: 10/4/2009 Persaud Nyron - Kodama Japanese - 09/29/2009 | $36.56 |
| 09/29/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 578948 DATE: 10/4/2009 Rosenblatt Ira - Aceluck - 09/29/2009 | $18.11 |
| 09/29/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 578948 DATE: 10/4/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 09/29/2009 | $34.33 |
| 09/29/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 578948 DATE: 10/4/2009 Kuhn Stephen - Aoki Japanese Restaurant - 09/29/2009 | $40.36 |
| 09/29/09 | Meals - Business UK Administrator meeting; F. Hodara, UK Administrator Meeting; Montenapo | $299.67 |
| 09/29/09 | Travel - Ground Transportation Medallion | $5.60 |
| 09/29/09 | Meals - Business Frasers - Akin; F. Hodara, Frasers; Asia de Cuba | $408.94 |
| 09/29/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089897 DATE: 10/7/2009 Vendor: Dial Car Voucher #: DLA2922585 Date: 09/29/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2922585 Date: 09/29/2009 Name: David Botter | $121.72 |
| 09/29/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090195 DATE: 10/14/2009 Vendor: Dial Car Voucher #: DLA2979318 Date: 09/29/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA2979318 Date: | $82.92 |

| Date | Description | Amount |
|---|---|---|
| 09/30/09 | 09/29/2009 Name: Ryan Jacobs Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 647944 DATE: 10/2/2009 Vendor: Executive Royal Voucher #: 124374 Date: 09/30/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 124374 Date: 09/30/2009 Name: Stephen Kuhn | $120.06 |
| 09/30/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 578948 DATE: 10/4/2009 Sturm Joshua - Mendy's Kosher Restaurant - 09/30/2009 | $27.62 |
| 09/30/09 | Travel - Train Fare Change fee; Amtrak | $15.00 |
| 09/30/09 | Travel - Train Fare Change fee; Amtrak | $15.00 |
| 09/30/09 | Travel - Ground Transportation Medallion | $7.00 |
| 09/30/09 | Travel - Ground Transportation Seacoast Cab Company | $9.00 |
| 09/30/09 | Travel - Ground Transportation City Cab of Delaware | $8.00 |
| 09/30/09 | Travel - Ground Transportation Medallion | $9.95 |
| 09/30/09 | Travel - Ground Transportation Medallion | $10.30 |
| 09/30/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648327 DATE: 10/9/2009 Vendor: Executive Royal Voucher #: 170633 Date: 09/30/2009 Name: Abid Qureshi\|\|Car Service, Vendor: Executive Royal Voucher #: 170633 Date: 09/30/2009 Name: Abid Qureshi | $28.03 |
| 09/30/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089897 DATE: 10/7/2009 Vendor: Dial Car Voucher #: DLA2935470 Date: 09/30/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2935470 Date: 09/30/2009 Name: Ken Davis | $110.08 |
| 09/30/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1089897 DATE: 10/7/2009 Vendor: Dial Car Voucher #: DLA3008419 Date: 09/30/2009 Name: Ira Rosenblatt\|\|Car Service, Vendor: Dial Car Voucher #: DLA3008419 Date: 09/30/2009 Name: Ira Rosenblatt | $49.10 |

Current Expenses $24,753.35