# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 21.20 | $19,610.00 |
| John W. Berry | Partner for 2 years; Admitted in 1999; Litigation department | $675 | 2.40 | $1,620.00 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 138.30 | $114,097.50 |
| David J. D'Urso | Partner for 3 years; Admitted in 1997; Corporate Department | $700 | 93.00 | $65,100.00 |
| Paul B. Hewitt | Partner for 26 years; Admitted in 1974; Litigation Department | $755 | 33.50 | $25,292.50 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 74.35 | $70,632.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $620 | 41.90 | $25,978.00 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 154.35 | $114,990.75 |
| Alan L. Laves | Partner for 15 years; Admitted in 1985; Corporate Department | $750 | 11.80 | $8,850.00 |
| Jordan J. Metzger | Partner for 8 years; Admitted in 1984; Real Estate Department | $595 | 2.20 | $1,309.00 |
| Robert H. Pees | Partner for 13 years; Admitted in 1988; Litigation Department | $765 | 16.90 | $12,928.50 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 17.10 | $11,542.50 |

8225598 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 18.30 | $13,816.50 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 11.10 | $8,103.00 |
| Rolf Zaiss | Partner for 1 year; Admitted in 1993; Tax Department | $755 | 2.70 | $2,038.50 |
| James P. Chou | Senior Counsel for 1 year; Admitted in 1997; Litigation Department | $605 | 33.85 | $20,479.25 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 54.60 | $33,852.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 20.50 | $12,505.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 103.40 | $67,210.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 36.80 | $21,344.00 |
| David T. Blonder | Counsel for 1 year; Admitted in 2001; Litigation Department | $500 | 66.10 | $33,050.00 |
| Michelle A. Burg | Counsel for 3 years; Admitted in 2001; Labor Department | $625 | 9.00 | $5,625.00 |
| Tony D. Feurstein | Counsel for 2 years; Admitted in 2003; Corporate Department | $580 | 312.85 | $181,453.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 124.90 | $66,197.00 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 14.20 | $7,952.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 57.90 | $28,371.00 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 169.70 | $63,637.50 |
| Nyron J. Persaud | Associate for 2 years; Admitted in 2008; Tax Department | $375 | 14.80 | $5,550.00 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 114.00 | $47,880.00 |
| Daniel Z. Vira | Associate for 9 years; Admitted in 1993; ERISA Department | $580 | 14.30 | $8,294.00 |
| Rebecca L. Barloon | Legal Assistant for 2 years; Financial Restructuring Department | $190 | 5.80 | $1,102.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 19 years; Financial Restructuring Department | $210 | 4.80 | $1,008.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 5.90 | $1,445.50 |
| Leslie W. Lanphear | Librarian for 13 years | $215 | 5.20 | $1,118.00 |

Total Amount of Fees:      $1,103,982.50
Total Number of Hours:    1,807.70
Blended Hourly Rate:         $610.71