# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252
Page 3

Client #  732310

Matter # 165839

For services through September 30, 2009
relating to  Case Administration

| Date | Description | | | | Amount |
|------|-------------|---|---|---|--------|
| 09/01/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Rochelle I. Warren | 1.00 hrs. | 90.00 | | $90.00 |
| 09/03/09 | Efile affidavit of service | | | | |
| Paralegal | Jamie E. Schairer | 0.10 hrs. | 195.00 | | $19.50 |
| 09/11/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | | $97.50 |
| 09/11/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | | $27.00 |
| 09/21/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | | $27.00 |
| 09/23/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | | $18.00 |
| 09/28/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | | $97.50 |
| 09/30/09 | Maintain/organize original pleadings | | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | | $27.00 |

Total Fees for Professional Services    $403.50

TOTAL DUE FOR THIS INVOICE    **$403.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252

Page 4

Client #  732310

Matter #  165839

---

BALANCE BROUGHT FORWARD                                    $766.00

**TOTAL DUE FOR THIS MATTER**                           **$1,169.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252

Page 5

Client #  732310

Matter # 165839

---

For services through September 30, 2009
relating to  Creditor Inquiries

| 09/01/09 | Email to A. Cordo re: contact for handling individual creditor inquiries | | | |
|----------|-------------------------------------------------------------------------|-----------|--------|---------|
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

Total Fees for Professional Services          $27.50

TOTAL DUE FOR THIS INVOICE                    **$27.50**

**TOTAL DUE FOR THIS MATTER**                 **$27.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252

Page 6

Client #  732310

Matter #  165839

---

For services through September 30, 2009
relating to  Use, Sale of Assets

| 09/16/09 | Call with W. Harp re: sale question re: Verizon objection (.2); Discussion with C. Samis re: same (.1); Discussion with C. Samis re: summary of 9/16/09 sale hearing (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $102.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$102.00** |
| | $27.50 |
| **TOTAL DUE FOR THIS MATTER** | **$129.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 28, 2009
Invoice 343252
Page 7
Client #  732310

Matter #  165839

For services through September 30, 2009
relating to  Claims Administration

| 09/01/09 | Calls from creditors re: procedure for filing proofs of claim | | | |
|----------|------------------------------------------------------------------|-----------|--------|----------|
| Associate | Christopher M. Samis | 1.60 hrs. | 275.00 | $440.00 |
| 09/08/09 | Call to G. Giordano re: status of claim of Bell Microproducts | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 09/16/09 | Call to J. Owens re: filing a proof of claim | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

Total Fees for Professional Services $522.50

TOTAL DUE FOR THIS INVOICE **$522.50**

$137.50

**TOTAL DUE FOR THIS MATTER** **$660.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252

Page 8

Client #  732310

Matter # 165839

---

For services through September 30, 2009
relating to  Court Hearings

| 09/01/09 | Email to B. Witters re: preparation for 9/2/09 hearing | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

| 09/08/09 | Call with C. Samis re: attending 9/15/09 sale hearing | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |

| 09/10/09 | Email to K. Miller re: dial-in information for 9/10/09 emergency telephonic hearing | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |

| 09/10/09 | Retrieve request for expedited hearing from docket (.1); Forward to C. Samis (.1) | | | |
|---|---|---|---|---|
| Paralegal | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |

| 09/10/09 | Schedule telephonic appearances for D. Botter and A.Qureshi of Akin Gump for hearing scheduled for 9/11/09 (.2); Schedule telephonic appearance for C. Samis re: same (.2); Circulate confirmations re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Tracy A. Cameron | 0.50 hrs. | 195.00 | $97.50 |

| 09/11/09 | Retrieve and review re: 9/15/09 agendas (.2); E-mail to RLF distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |

| 09/11/09 | Assist with preparation of 9/11/09 hearing binder and 9/15/09 hearing binder | | | |
|---|---|---|---|---|
| Paralegal | Brenda D. Tobin | 1.70 hrs. | 100.00 | $170.00 |

| 09/11/09 | Participate in telephonic hearing re: Verizon motion to compel Avaya deposition (1.1); Call to B. Tobin re: preparation of binder for 9/11/09 hearing (.1); Prepare for 9/11/09 hearing (.4) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.60 hrs. | 275.00 | $440.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252

Page 9

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 09/14/09 | Assist with preparation of 9/15/09 hearing binders per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 1.40 hrs. | 100.00 | $140.00 |
| | | | | |
| 09/14/09 | Email to D. Sloan re: covering 9/15/09 hearing (.1); Meet with D. Sloan re: covering 9/15/09 hearing (.2); Call to R. Jacobs re: status of 9/15/09 hearing (.2); Calls from A. Cordo re: status of 9/15/09 hearing (.4) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 275.00 | $247.50 |
| | | | | |
| 09/14/09 | Discussion with C. Samis re: attendance at 9/15/09 hearing (.1); Email to R. Jacobs re: same (.1); Review hearing binders for 9/15/09 hearing re: preparation for hearing (.7); Review email from C. Samis re: hearing time for 9/15/09 hearing (.1); Call to Judge Gross' chambers re: same (.1); Email to C. Samis re: same (.1); Discussion with C. Samis re: cancellation of 9/15/09 hearing (.1) | | | |
| Associate | Drew G. Sloan | 1.30 hrs. | 255.00 | $331.50 |
| | | | | |
| 09/15/09 | Assist with revisions to 9/16/09 hearing binders | | | |
| Paralegal | Brenda D. Tobin | 1.80 hrs. | 100.00 | $180.00 |
| | | | | |
| 09/15/09 | Prepare for 9/16/09 hearings (2.0); Email to J. Sturm re: preparation for 9/16/09 hearing (.1) | | | |
| Associate | Christopher M. Samis | 2.10 hrs. | 275.00 | $577.50 |
| | | | | |
| 09/16/09 | Assist with preparation of 9/16/09 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 1.10 hrs. | 100.00 | $110.00 |
| | | | | |
| 09/16/09 | Prepare for 9/16/09 hearing (1.5); Attend 9/16/09 hearing (.7.3); Call to W. Harp re: outcome of 9/16/09 hearing on Verizon objection to sale (.2) | | | |
| Associate | Christopher M. Samis | 9.00 hrs. | 275.00 | $2,475.00 |
| | | | | |
| 09/16/09 | Assist C. Samis with preparation for 9/16/09 hearing | | | |
| Paralegal | Tracy A. Cameron | 0.50 hrs. | 195.00 | $97.50 |
| | | | | |
| 09/21/09 | Emails to B. Kahn re: handling 9/30/09 omnibus fee hearing (.2); Email to R. Jacobs re: attending 9/30/09 omnibus fee hearing by phone (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 28, 2009
Invoice 343252
Page 10
Client #  732310

Matter # 165839

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/28/09 | E-mail to RLF team re: 9/30/09 agenda (.1); Telephone call to Courtcall re: telephonic appearances for F. Hodara, D. Botter and A. Qureshi (.3); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 09/28/09 | Assist with preparation of 9/30/09 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 2.40 hrs. | 100.00 | $240.00 |
| 09/29/09 | Telephone call to Courtcall re: telephonic appearances for M. Wunder and A. MacFarlane (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 09/30/09 | Attend 9/30/09 hearing (1.3); Prepare for 9/30/09 hearing (.5); Emails to K. Davis re: preparation for 9/30/09 hearing (.2) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 275.00 | $550.00 |

Total Fees for Professional Services     $6,073.00

TOTAL DUE FOR THIS INVOICE     **$6,073.00**

$2,391.50

**TOTAL DUE FOR THIS MATTER**     **$8,464.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252

Page 11

Client #  732310

Matter # 165839

For services through September 30, 2009
relating to  RLF Fee Applications

| 09/09/09 | Prepare second interim fee application | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 09/10/09 | First Interim Fee Application for RLF | | | |
| Paralegal | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |
| 09/15/09 | Review RLF August bill memo | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 09/15/09 | Review August 2009 bill memos | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 09/22/09 | Email to B. Kahn re: ability to file certificate of no objection for RL&F July 2009 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 09/28/09 | E-mail to distribution re: objection deadline of RLF July fee application (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 09/28/09 | Review and execute certificate of no objection re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 09/30/09 | Review and execute RLF monthly fee application (.3); Review, revise and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |

Total Fees for Professional Services          $660.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252

Page 12

Client #  732310

Matter #  165839

---

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$660.50** |
| | $690.50 |
| **TOTAL DUE FOR THIS MATTER** | **$1,351.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 28, 2009
Invoice 343252

Page 13

Client #  732310

Matter # 165839

For services through September 30, 2009

relating to  Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 09/01/09 | Phone call with A. Quarter re: Ashurst fee issue (.1); Email correspondence with B. Witters and C. Samis re: same (.1); Research on docket re: same (.1); Email correspondence with G. Bootsworth re: same (.1) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |
| | | | | |
| 09/08/09 | Attention to e-mail re: Capstone sixth monthly fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| | | | | |
| 09/08/09 | Email to B. Kahn re: original signatures on interim fee applications | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| | | | | |
| 09/08/09 | Review draft Capstone monthly fee application (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| | | | | |
| 09/09/09 | Call from B. Kahn re: incorrect fee figures on June 2009 application of Jefferies (.1); Email to B. Witters re: special instructions for certificate of no objection for June 2009 fee application of Jefferies due to incorrect fee figures (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 28, 2009
Invoice 343252

Page 14

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 09/10/09 | File Second Interim Fee Applications for Akin Gump (.2); Second Interim Fee Application for Jefferies & Company, Inc. (.2); Second Interim Fee Application for Capstone Advisory Group, LLC (.2); Second Interim Fee Application for Ashurst LLP (.2); File Second Interim Fee Application for Fraser Milner Casgrain LLP (.2); Prepare Affidavit of Service re: same (.5); Serve documents (.2); Schedule telephonic appearances for D. Botter and A.Qureshi of Akin Gump for hearing scheduled for 9/11/09 (.2); Schedule telephonic appearance for C. Samis re: same (.2); Circulate confirmations re: same (.1) | | | |
| Paralegal | Tracy A. Cameron | 1.70 hrs. | 195.00 | $331.50 |
| 09/11/09 | E-mail to distribution re: Capstone June fee application objection deadline (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 09/11/09 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 09/11/09 | File affidavit of service re: interim fee applications for period May 1, 2009 through July 31, 2009 | | | |
| Paralegal | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |
| 09/11/09 | File CNO re: Fee Application of Capstone Group for services rendered 6/1/09 through 6/30/09 | | | |
| Paralegal | Tracy A. Cameron | 0.10 hrs. | 195.00 | $19.50 |
| 09/16/09 | E-mail to distribution re: objection deadlines for Akin Gump and Fraser Milner July fee applications (.2); Prepare cno re: Akin Gump July fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner July fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 09/16/09 | Review and execute certificate of no objection re: Akin Gump monthly fee application (.1); Review and execute certificate of no objection re: Fraser Milner monthly fee application (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 28, 2009
Invoice 343252

Page 15

Client # 732310

Matter # 165839

---

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 09/18/09 | E-mail to distribution re: objection deadline of Ashurst July fee application (.1); Prepare cno re: same (.2); Finalize and file cno re same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 09/18/09 | Review and execute certificate of no objection re: monthly fee application of Ashurst LLP | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 09/21/09 | Email to B. Witters re: drafting Committee interim fee order | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 09/22/09 | Review email from B. Witters re: draft second interim fees order (.1); Review draft of same (.2); Review email from B. Kahn re: comments to same (.1); Revise draft of same re: comments received (.1); Email to B. Kahn re: same (.1); Discussion with C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 255.00 | $178.50 |
| 09/25/09 | Review, revise and finalize Ashurst August 2009 fee application (.2); Review, revise and finalize Capstone August 2009 fee application (.2); Call from B. Kahn re: Delaware fee question (.1); Email to B.Kahn re: status of various August 2009 fee applications (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |
| 09/25/09 | Draft notice for seventh monthly fee application of Ashurst LLP (.3); Efile same (.2); Serve same (.1); Draft notice for seventh monthly fee application of Capstone Advisory Group, LLC (.3); Efile same (.2); Serve same (.1); Draft affidavit of service re: seventh monthly fee application of Ashurst LLP and seventh monthly fee application of Capstone Advisory Group, LLC (.5) | | | |
| Paralegal | Jamie E. Schairer | 1.70 hrs. | 195.00 | $331.50 |
| 09/28/09 | Revise first interim fee order (.5); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 28, 2009
Invoice 343252
Page 16
Client # 732310

Matter # 165839

| Date | Description | | | |
|------|-------------|---|---|---|
| 09/28/09 | Review email from A. Cordo re: comments to draft interim fees order (.1); Calls (x2) with B. Witters re: same (.1); Review revised draft interim fees order (.1); Emails (x2) to B. Witters re: revised draft of same (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 255.00 | $127.50 |
| 09/28/09 | Efile affidavit of service | | | |
| Paralegal | Jamie E. Schairer | 0.10 hrs. | 195.00 | $19.50 |
| 09/29/09 | Revise second interim fee order x2 (.5); E-mail to B. Kahn re: same (.1); Attention to e-mail re: Akin Gump August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to A. Cordo re: second interim fee order (.1) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 195.00 | $312.00 |
| 09/29/09 | Review draft monthly fee application of Akin Gump (.2); Review and execute notice of filing same (.1); Review emails (x2) from A. Cordo re: revisions to draft interim fees order (.1); Review email from B. Kahn re: same (.1); Discussions (x2) with B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 255.00 | $153.00 |
| 09/30/09 | Email to B. Kahn re: questions on submission of interim fee order | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 09/30/09 | Review email from B. Kahn re: entry of interim fees order (.1); Review email from C. Samis re: same (.1); Review email from A. Cordo re: entry of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |

Total Fees for Professional Services        $2,863.50

TOTAL DUE FOR THIS INVOICE        **$2,863.50**

$1,329.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 28, 2009
Invoice 343252

Page 17

Client #  732310

Matter #  165839

---

**TOTAL DUE FOR THIS MATTER**                                    **$4,193.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 28, 2009
Invoice 343252
Page 18
Client # 732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew C. Irgens | 0.40 | 230.00 | 92.00 |
| Barbara J. Witters | 9.30 | 195.00 | 1,813.50 |
| Brenda D. Tobin | 8.40 | 100.00 | 840.00 |
| Christopher M. Samis | 19.30 | 275.00 | 5,307.50 |
| Drew G. Sloan | 5.40 | 255.00 | 1,377.00 |
| Jamie E. Schairer | 1.90 | 195.00 | 370.50 |
| Rochelle I. Warren | 2.10 | 90.00 | 189.00 |
| Tracy A. Cameron | 3.40 | 195.00 | 663.00 |
| TOTAL | 50.20 | $212.20 | 10,652.50 |

**TOTAL DUE FOR THIS INVOICE**                    **$12,303.88**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310