# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

October 28, 2009
Invoice 343252

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through September 30, 2009
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $2.00 |
| Business Meals | $90.00 |
| Document Retrieval | $196.56 |
| Filing Fees | $118.00 |
| Long distance telephone charges | $23.63 |
| Messenger and delivery service | $346.50 |
| Photocopying/Printing | $753.30 |
| 5,509 @ $.10 pg. / 2,024 @ $.10 pg. | |
| Postage | $57.39 |
| Travel Expenses | $64.00 |

| | |
|---|---:|
| Other Charges | $1,651.38 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,651.38** |
| BALANCE BROUGHT FORWARD | $1,602.64 |

■ ▩ ■

One Rodney Square  ■  920 North King Street  ■  Wilmington, DE 19801  ■  Phone: 302-651-7700  ■  Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 28, 2009  
Invoice 343252  
Page 2  
Client #  732310  

Matter #  165839  

**TOTAL DUE FOR THIS MATTER** $3,254.02

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 28, 2009  
Invoice 343252  
Page 19  
Client #  732310

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
Case Administration  
Creditor Inquiries  
Use, Sale of Assets  
Claims Administration  
Court Hearings  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 09/01/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.24 | |
| 09/08/09 | Photocopies | | DUP |
| | Amount = | $8.00 | |
| 09/08/09 | Photocopies | | DUP |
| | Amount = | $32.50 | |
| 09/08/09 | ALL PACER | | DOCRETRI |
| | Amount = | $4.32 | |
| 09/08/09 | Postage | | POST |
| | Amount = | $14.71 | |
| 09/08/09 | Duplicating | | DUP |
| | Amount = | $7.40 | |
| 09/09/09 | Messenger and delivery, 9/8/09, MORRIS NICHOLS, BJW | | MESS |
| | Amount = | $6.00 | |
| 09/09/09 | Messenger and delivery, 9/8/09, US TRUSTEE, BJW | | MESS |
| | Amount = | $6.00 | |
| 09/10/09 | Photocopies | | DUP |
| | Amount = | $9.50 | |
| 09/10/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.32 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 28, 2009  
Invoice 343252  
Page 20  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 09/10/09 | Postage | | POST |
| | Amount = | $4.17 | |
| 09/11/09 | 09/10/09 - TO US TRUSTEE - TAC | | MESS |
| | Amount = | $6.00 | |
| 09/11/09 | 09/10/09 - TO MORRIS NICHOLS - TAC | | MESS |
| | Amount = | $6.00 | |
| 09/11/09 | ALL PACER | | DOCRETRI |
| | Amount = | $3.20 | |
| 09/11/09 | Duplicating | | DUP |
| | Amount = | $3.30 | |
| 09/11/09 | Duplicating | | DUP |
| | Amount = | $11.00 | |
| 09/11/09 | Duplicating | | DUP |
| | Amount = | $2.40 | |
| 09/11/09 | Duplicating | | DUP |
| | Amount = | $3.90 | |
| 09/12/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.16 | |
| 09/14/09 | Photocopies | | DUP |
| | Amount = | $140.00 | |
| 09/14/09 | 2128727434 Long Distance | | LD |
| | Amount = | $1.39 | |
| 09/14/09 | 2128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 09/14/09 | 2128727434 Long Distance | | LD |
| | Amount = | $1.39 | |
| 09/14/09 | ALL PACER | | DOCRETRI |
| | Amount = | $16.00 | |
| 09/14/09 | Duplicating | | DUP |
| | Amount = | $2.50 | |
| 09/15/09 | Photocopies | | DUP |
| | Amount = | $8.40 | |
| 09/15/09 | ALL PACER | | DOCRETRI |
| | Amount = | $2.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 28, 2009  
Invoice 343252  
Page 21  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 09/16/09 | MANHATTAN BAGEL COMPANY: INVOICE 8568/LUNCH FOR 5 ON 9/16/09/165839 | $90.00 | MEALSCL |
| 09/16/09 | LIMO EXCHANGE, INC.: INVOICE RLF09107/ACCT RLF/SERVICES 9/2-9/24 | $64.00 | TRAV |
| 09/16/09 | Photocopies | $54.40 | DUP |
| 09/16/09 | Photocopies | $47.00 | DUP |
| 09/16/09 | Photocopies | $5.60 | DUP |
| 09/16/09 | Photocopies | $11.20 | DUP |
| 09/16/09 | Photocopies | $11.00 | DUP |
| 09/16/09 | Photocopies | $0.60 | DUP |
| 09/16/09 | Photocopies | $8.20 | DUP |
| 09/16/09 | 3128537422 Long Distance | $4.17 | LD |
| 09/16/09 | 2128897400 Long Distance | $2.78 | LD |
| 09/16/09 | 2147057706 Long Distance | $1.39 | LD |
| 09/16/09 | ALL PACER | $47.60 | DOCRETRI |
| 09/16/09 | ALL PACER | $11.68 | DOCRETRI |
| 09/16/09 | Duplicating | $1.60 | DUP |
| 09/16/09 | Duplicating | $2.00 | DUP |
| 09/16/09 | Duplicating | $16.20 | DUP |

Nortel Creditors Committee                                              October 28, 2009
c/o Fred S. Hodara, Esq.                                                Invoice 343252
Akin Gump Strauss Hauer Feld LLP                                        Page 22
One Bryant Park
New York NY  10036                                                      Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $2.80 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $16.20 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $12.30 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $10.90 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $2.90 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $59.00 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $14.50 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $2.90 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $3.20 | |
| 09/16/09 | Duplicating | | DUP |
| | Amount = | $2.80 | |
| 09/17/09 | Messenger and delivery, 9/16/09, TO/FROM BANKRUPTCY COURT (5), CXS | | MESS |
| | Amount = | $36.00 | |
| 09/18/09 | COURTCALL LLC: CCDA 05-1619/SERVICES 9/16-9/21 | | FLFEE |
| | Amount = | $118.00 | |
| 09/18/09 | 2816590566 Long Distance | | LD |
| | Amount = | $4.17 | |
| 09/18/09 | DELIVERY EXPENSE 9/17/09 | | MESS |
| | Amount = | $73.60 | |
| 09/22/09 | Messenger and delivery, 9/21/09, 28 AFTER HOURS DELIVERIES, TAC | | MESS |
| | Amount = | $168.00 | |
| 09/22/09 | ALL PACER | | DOCRETRI |
| | Amount = | $1.84 | |
| 09/23/09 | 5413891356 Long Distance | | LD |
| | Amount = | $4.17 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 28, 2009  
Invoice 343252  
Page 23  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/25/09 | Photocopies | | DUP |
| | Amount = | $63.50 | |
| 09/25/09 | Postage | | POST |
| | Amount = | $16.67 | |
| 09/25/09 | Duplicating | | DUP |
| | Amount = | $0.10 | |
| 09/25/09 | Duplicating | | DUP |
| | Amount = | $0.10 | |
| 09/28/09 | Photocopies | | DUP |
| | Amount = | $47.50 | |
| 09/28/09 | Photocopies | | DUP |
| | Amount = | $34.00 | |
| 09/28/09 | Messenger and delivery, 9/25/09, MORRIS NICHOLS, JZS | | MESS |
| | Amount = | $6.00 | |
| 09/28/09 | Messenger and delivery, 9/25/09, US TRUSTEE, JZS | | MESS |
| | Amount = | $6.00 | |
| 09/28/09 | ALL PACER | | DOCRETRI |
| | Amount = | $41.68 | |
| 09/28/09 | Duplicating | | DUP |
| | Amount = | $3.00 | |
| 09/28/09 | Duplicating | | DUP |
| | Amount = | $2.30 | |
| 09/28/09 | Duplicating | | DUP |
| | Amount = | $2.10 | |
| 09/28/09 | Duplicating | | DUP |
| | Amount = | $4.30 | |
| 09/28/09 | Duplicating | | DUP |
| | Amount = | $2.30 | |
| 09/28/09 | Duplicating | | DUP |
| | Amount = | $2.30 | |
| 09/29/09 | EPIQ BANKRUPTCY SOLUTIONS LLC - Messenger and delivery | | MESS |
| | Amount = | $14.90 | |
| 09/29/09 | Photocopies | | DUP |
| | Amount = | $48.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 28, 2009  
Invoice 343252  
Page 24  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/29/09 | Postage | | POST |
| | Amount = | $14.85 | |
| 09/29/09 | Duplicating | | DUP |
| | Amount = | $2.80 | |
| 09/29/09 | Duplicating | | DUP |
| | Amount = | $3.10 | |
| 09/29/09 | Duplicating | | DUP |
| | Amount = | $2.20 | |
| 09/30/09 | BINDING 9/24-9/30 | | BIND |
| | Amount = | $2.00 | |
| 09/30/09 | Photocopies | | DUP |
| | Amount = | $21.50 | |
| 09/30/09 | Messenger and delivery, 9/29/09, MORRIS NICHOLS, BJW | | MESS |
| | Amount = | $6.00 | |
| 09/30/09 | Messenger and delivery, 9/30/09, MORRIS NICHOLS, BJW | | MESS |
| | Amount = | $6.00 | |
| 09/30/09 | Messenger and delivery, 9/30/09, US TRUSTEE, BJW | | MESS |
| | Amount = | $6.00 | |
| 09/30/09 | ALL PACER | | DOCRETRI |
| | Amount = | $67.12 | |
| 09/30/09 | Postage | | POST |
| | Amount = | $6.99 | |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,651.38