IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*                                                    :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :   Case No. 09-10138 (KG)
:
               Debtors.   :   Jointly Administered
:
----------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 1742]

PLEASE TAKE NOTICE that on October 29, 2009, copies of the **Order Authorizing Payment Of Prepetition Termination Benefits To Certain Additional Foreign Employees** (D.I. 1742, Filed 10/27/09) were served in the manner indicated upon the entities listed and those on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: October 29, 2009
       Wilmington, Delaware

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                      James L. Bromley (No. 5125)
                                      Lisa M. Schweitzer (No. 1033)
                                      One Liberty Plaza
                                      New York, New York 10006
                                      Telephone: (212) 225-2000
                                      Facsimile: (212) 225-3999

                                                  - and -

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      /s/ Ann C. Cordo
                                      Derek C. Abbott (No. 3376)
                                      Eric D. Schwartz (No. 3134)
                                      Ann C. Cordo (No. 4817)
                                      Andrew R. Remming (No. 5120)
                                      1201 North Market Street, 18th Floor
                                      P.O. Box 1347
                                      Wilmington, DE 19899-1347
                                      Telephone: 302-658-9200
                                      Facsimile: 302-425-4663

                                      *Counsel for the Debtors and*
                                      *Debtors in Possession*

3207717.1