IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 1760 AND 1761]

PLEASE TAKE NOTICE that on October 29, 2009, copies of the following were served in the manner indicated upon the entities listed below and those on the attached service list.

- **Order Authorizing And Approving Sale Of Debtors' Next Generation Packet Core Network Components Free And Clear Of All Liens, Claims And Interests** (D.I. 1760, Entered 10/28/09).

- **Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedules And All Exhibits And Schedules To The Transaction Agreement Related To The Assets Being Sold At D.I. 1525** (D.I. 1761, Entered 10/28/09).

## VIA FIRST CLASS MAIL

Michael O'Bryan, Esq.
William Schwartz, Esq.
Morrison Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

<u>**VIA INTERNATIONAL MAIL**</u>

Hitachi, Ltd. Telecommunications & Network Systems Division
Attn: Minoru Inayoshi
216 Totsuka-cho, Totsuka-ku, Yokohama-shi
Kanagawa 244-8567 Japan

Dated:  October 29, 2009
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  302-658-9200
Facsimile:  302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3207196.1