UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves the admission *pro hac vice* of Ira M. Levee, Esquire, to represent Lead Plaintiffs, Kien Chen and Moreno Minto in the above-captioned matter.

Dated: October 29, 2009
Wilmington, DE

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
csimon@crosslaw.com

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon Websystems, Inc., Alteon Websystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, Coretek, Inc., Nortel Networks Applications Management Solutions, Inc., Nortel Networks Optical Components, Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions, Inc.

DOCKET NO. 1768
DATE 10-29-09

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and admitted to U.S. District Court, District of New Jersey and U.S. Court of Appeals, Third Circuit; U.S. District Court, Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 29, 2009            By: /s/ Ira M. Levee
                                   Ira M. Levee, Esquire (NJ Bar No. IL9958)
                                   LOWENSTEIN SANDLER, PC
                                   65 Livingston Avenue
                                   Roseland, NJ 07068
                                   Telephone: (973) 597-2500
                                   Facsimile: (973) 597-2700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: October 30, 2009             /s/ Kevin Gross
                                   The Honorable Kevin Gross
                                   United States Bankruptcy Judge