## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:                                      ) | Chapter 11 |
|                                             ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., *et al.*,[1]         ) | |
|                                             ) | (Jointly Administered) |
| Debtors.                        ) | |
|                                             ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves the

admission *pro hac vice* of Michael S. Etkin, Esquire, to represent Lead Plaintiffs, Kien Chen and

Moreno Minto in the above-captioned matter.

Dated: October 29, 2009                         CROSS & SIMON, LLC
       Wilmington, DE

By:_____
     Christopher P. Simon (No. 3697)
     913 North Market Street, 11th Floor
     P.O. Box 1380
     Wilmington, Delaware 19899-1380
     (302) 777-4200 (Telephone)
     (302) 777-4224 (Facsimile)
     csimon@crosslaw.com

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon Websystems, Inc., Alteon Websystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, Coretek, Inc., Nortel Networks Applications Management Solutions, Inc., Nortel Networks Optical Components, Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions, Inc.

DOCKET NO. 1769

DATE 10·29·09

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and admitted to U.S. District Court, Southern, Northern and Eastern Districts of New York; U.S. Tax Court and U.S. Court of International Trade; New Jersey, U.S. District Court, District of New Jersey and U.S. Court of Appeals, Second Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 29, 2009

By _____
Michael S. Etkin, Esquire (NJ Bar No. ME0570)
LOWENSTEIN SANDLER, PC
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: October 30, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge