Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

INVOICE

Invoice Number: 7700
Invoice Date: 09/20/2009
Reference #: NOR25000IB
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Terry Zale, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| August 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodations | $1,320.52 |
| Financial Research | $13.36 |
| Legal Fees | $1,201.67 |
| Meals | $2,741.05 |
| Miscellaneous | $40.00 |
| Phone/Fax | $58.75 |
| Presentation Services | $118.00 |
| Transportation - Air | $5,155.90 |
| Transportation - Ground | $2,620.35 |
| **Total Out-of-Pocket Expenses** | $13,269.60 |
| | |
| **TOTAL DUE** | **$173,269.60** |

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR250-7700- Nortel