# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
August 1, 2009 – August 31, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | $1,320.52 |
| Financial Research | $13.36 |
| Legal Fees | $1,201.67 |
| Meals | $2,741.05 |
| Miscellaneous | $40.00 |
| Phone/Fax | $58.75 |
| Presentation Services | $118.00 |
| Transportation – Air | $5,155.90 |
| Transportation – Ground | $2,620.35 |
| Total | $13,269.60 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CARY S. VERASCO | Transportation - Ground | Taxi to Nortel Meetings | 3/27/2009 | $27.00 |
| MICHAEL J HENKIN | Phone/Fax | Calling Card | 5/22/2009 | $19.80 |
| PAUL J. ZANGRILLI | Transportation - Ground | Car Service- Airport to Home | 6/11/2009 | $163.71 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 6/20/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 6/20/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 6/21/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 6/21/2009 | $10.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/22/2009 | $10.00 |
| MICHAEL J HENKIN | Phone/Fax | Calling Card | 6/22/2009 | $9.66 |
| MICHAEL J HENKIN | Phone/Fax | Calling Card | 6/22/2009 | $29.29 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/23/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/23/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (AM) | 6/24/2009 | $9.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/25/2009 | $11.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/25/2009 | $10.40 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 6/25/2009 | $88.74 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/26/2009 | $9.60 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 6/26/2009 | $88.74 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/29/2009 | $9.50 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 6/29/2009 | $88.74 |
| GUARAV KITTUR | Meals | Overtime Meal | 6/29/2009 | $23.80 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 6/30/2009 | $10.00 |
| GUARAV KITTUR | Meals | Overtime Meal | 6/30/2009 | $25.21 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 6/30/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Car Service- Office to Home | 7/1/2009 | $10.50 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/1/2009 | $88.74 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/1/2009 | $88.74 |
| GUARAV KITTUR | Meals | Overtime Meal | 7/1/2009 | $24.04 |
| CARY S. VERASCO | Transportation - Ground | Taxi from Nortel Meetings | 7/6/2009 | $12.00 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 7/6/2009 | $7.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/6/2009 | $88.74 |
| MICHAEL J HENKIN | Meals | Client Meeting Meal (5 attendees) | 7/6/2009 | $70.90 |
| GUARAV KITTUR | Meals | Overtime Meal | 7/6/2009 | $25.48 |
| CARY S. VERASCO | Meals | Overtime Meal | 7/6/2009 | $25.50 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 7/7/2009 | $38.63 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/7/2009 | $10.00 |
| CARY S. VERASCO | Meals | Overtime Meal | 7/7/2009 | $25.21 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/8/2009 | $10.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/8/2009 | $88.74 |
| GULI ZHU | Meals | Overtime Meal | 7/8/2009 | $25.45 |
| CARY S. VERASCO | Meals | Overtime Meal | 7/8/2009 | $23.24 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/8/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/9/2009 | $10.50 |
| GULI ZHU | Meals | Overtime Meal | 7/9/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/10/2009 | $10.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 7/11/2009 | $11.00 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 7/13/2009 | $23.18 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/13/2009 | $13.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 7/13/2009 | $8.00 |
| PATRICK T. MORROW | Meals | Overtime Meal | 7/13/2009 | $25.35 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/13/2009 | $24.99 |
| GUARAV KITTUR | Meals | Overtime Meal | 7/13/2009 | $25.10 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 7/14/2009 | $30.91 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/14/2009 | $9.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Car Service- Deliver documents to P. Berkowitz | 7/14/2009 | $32.64 |
| PATRICK T. MORROW | Meals | Overtime Meal | 7/14/2009 | $25.48 |
| CARY S. VERASCO | Meals | Overtime Meal | 7/14/2009 | $17.21 |
| CARY S. VERASCO | Transportation - Ground | OT Car Service- Office to Home | 7/15/2009 | $30.91 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/15/2009 | $10.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/15/2009 | $88.74 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 7/15/2009 | $6.60 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 7/15/2009 | $7.40 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/15/2009 | $25.50 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/15/2009 | $25.50 |
| CARY S. VERASCO | Meals | Overtime Meal | 7/15/2009 | $19.61 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/16/2009 | $10.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/16/2009 | $88.74 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/16/2009 | $25.50 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 7/16/2009 | $25.50 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/16/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/17/2009 | $10.00 |
| CARY S. VERASCO | Meals | Overtime Meal | 7/17/2009 | $25.33 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 7/17/2009 | $25.48 |

15

| Name | Category | Description | Date | Amount |
|---|---|---|---|---|
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 7/19/2009 | $11.50 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 7/19/2009 | $40.22 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/19/2009 | $23.59 |
| CHIH-YIN CHEN | Transportation - Air | Roundtrip Business Class Flight- JFK to SFO | 7/20/2009 | $2,354.70 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 7/20/2009 | $11.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/20/2009 | $88.74 |
| PATRICK T. MORROW | Meals | Overtime Meal | 7/20/2009 | $24.33 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/20/2009 | $24.93 |
| GUARAV KITTUR | Meals | Overtime Meal | 7/20/2009 | $24.15 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 7/21/2009 | $25.50 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/21/2009 | $25.50 |
| GULI ZHU | Meals | Overtime Meal | 7/21/2009 | $25.42 |
| GUARAV KITTUR | Meals | Overtime Meal | 7/21/2009 | $25.10 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/21/2009 | $25.47 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 7/22/2009 | $240.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 7/22/2009 | $39.70 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 7/22/2009 | $5.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Office to Home Pre-flight | 7/22/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Home to SFO | 7/22/2009 | $40.00 |
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Business Class Flight- SFO to JFK | 7/22/2009 | $2,801.20 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/22/2009 | $88.74 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/22/2009 | $88.74 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 7/22/2009 | $8.60 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 7/22/2009 | $8.67 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/22/2009 | $23.65 |
| GUARAV KITTUR | Meals | Overtime Meal | 7/22/2009 | $25.21 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/22/2009 | $24.15 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 7/22/2009 | $11.73 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 7/22/2009 | $5.10 |
| CARY S. VERASCO | Meals | Overtime Meal | 7/22/2009 | $20.94 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 7/23/2009 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 7/23/2009 | $240.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 7/23/2009 | $39.70 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 7/23/2009 | $9.10 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Hotel | 7/23/2009 | $57.07 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 7/23/2009 | $38.56 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 7/23/2009 | $232.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 7/23/2009 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 7/23/2009 | $7.38 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/23/2009 | $88.74 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 7/23/2009 | $6.60 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/23/2009 | $25.50 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/23/2009 | $25.19 |
| GULI ZHU | Meals | Overtime Meal | 7/23/2009 | $25.32 |
| GUARAV KITTUR | Meals | Overtime Meal | 7/23/2009 | $25.27 |
| LEO J. CHANG | Meals | Overtime Meal | 7/23/2009 | $25.50 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 7/24/2009 | $200.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 7/24/2009 | $41.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 7/24/2009 | $25.65 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 7/24/2009 | $2.25 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/24/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Cleary Gottlieb Office | 7/24/2009 | $18.80 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Cleary Gottlieb Office to Hotel | 7/24/2009 | $18.96 |
| LEO J. CHANG | Transportation - Ground | Car Service to Nortel Auction (3 attendees) | 7/24/2009 | $50.08 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 7/24/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 7/24/2009 | $38.56 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 7/24/2009 | $232.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Cleary Gottlieb Office to Hotel | 7/24/2009 | $13.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Cleary Gottlieb Office | 7/24/2009 | $18.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 7/24/2009 | $60.00 |
| PHILIP BERKOWITZ | Meals | Client Related Meal (5 attendees) | 7/24/2009 | $138.65 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/24/2009 | $25.43 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 7/25/2009 | $16.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 7/25/2009 | $12.97 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Cleary Gottlieb Office to Office | 7/25/2009 | $12.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- SFO Airport to Home | 7/25/2009 | $40.00 |
| CHIH-YIN CHEN | Transportation - Ground | Hotel- Office to Airport | 7/25/2009 | $57.00 |
| GAURAV KITTUR | Meals | Internal Dinner Meeting (4 attendees) | 7/25/2009 | $134.00 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 7/25/2009 | $6.40 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 7/25/2009 | $9.51 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Airport | 7/25/2009 | $60.00 |
| MICHAEL J HENKIN | Transportation - Ground | SFO Parking | 7/25/2009 | $66.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 7/25/2009 | $8.50 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/25/2009 | $17.37 |

| Name | Category | Description | Date | Amount |
|---|---|---|---|---|
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 7/26/2009 | $7.30 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/26/2009 | $16.96 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 7/26/2009 | $25.50 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 7/27/2009 | $6.50 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 7/27/2009 | $13.55 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 7/27/2009 | $8.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 7/27/2009 | $88.74 |
| GUARAV KITTUR | Meals | Overtime Meal | 7/27/2009 | $25.21 |
| PATRICK T. MORROW | Meals | Overtime Meal | 7/28/2009 | $25.37 |
| PHILIP BERKOWITZ | Miscellaneous | Fax Charges to Airport | 7/29/2009 | $40.00 |
| JOSEPH LOK | Meals | Overtime Meal | 7/29/2009 | $25.49 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 7/29/2009 | $25.49 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Taxi- Emergency return to work from personal trip | 8/2/2009 | $54.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 8/2/2009 | $14.20 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/2/2009 | $23.14 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 8/2/2009 | $39.11 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/3/2009 | $24.80 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 8/3/2009 | $24.72 |
| GUARAV KITTUR | Meals | Overtime Meal | 8/3/2009 | $19.70 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 8/4/2009 | $7.78 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 8/4/2009 | $17.34 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/4/2009 | $25.46 |
| CARY S. VERASCO | Meals | Overtime Meal | 8/4/2009 | $22.22 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 8/5/2009 | $11.00 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 8/5/2009 | $25.46 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/5/2009 | $25.50 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 8/6/2009 | $25.23 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/6/2009 | $25.47 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/7/2009 | $25.35 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/8/2009 | $21.76 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 8/9/2009 | $8.10 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 8/9/2009 | $39.43 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/9/2009 | $25.48 |
| GAURAV KITTUR | Transportation - Ground | Taxi to Nortel Meetings | 8/10/2009 | $15.60 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/10/2009 | $25.43 |
| GUARAV KITTUR | Meals | Overtime Meal | 8/10/2009 | $25.20 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/11/2009 | $25.04 |
| CROSS & SIMON, LLC | Legal Fees | Local Counsel Legal Fees and Expenses | 8/12/2009 | $1,201.67 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/12/2009 | $25.33 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 8/12/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 8/12/2009 | $25.37 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/13/2009 | $25.27 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/14/2009 | $17.27 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 8/14/2009 | $22.95 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/14/2009 | $6.55 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/16/2009 | $10.90 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/16/2009 | $16.51 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 8/16/2009 | $16.52 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 8/16/2009 | $22.49 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/17/2009 | $16.41 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/18/2009 | $25.07 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 8/18/2009 | $25.32 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/19/2009 | $24.71 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 8/19/2009 | $25.10 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/20/2009 | $5.75 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/20/2009 | $25.46 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 8/20/2009 | $25.06 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/21/2009 | $6.67 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 8/21/2009 | $9.80 |
| JAMES T. LONSDALE | Meals | Overtime Meal | 8/21/2009 | $25.44 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 8/21/2009 | $25.17 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/21/2009 | $25.39 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Office to Home | 8/22/2009 | $6.80 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Home to Office | 8/22/2009 | $5.88 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 8/22/2009 | $25.34 |
| NIAMBI WILLIAMS | Presentation Services | Create/Edit Presentations | 8/24/2009 | $30.00 |
| PACER SERVICE CENTER | Financial Research | Docket Search Charges | 8/31/2009 | $13.36 |
| ROLAND SIN | Presentation Services | Create/Edit Presentations | 9/1/2009 | $66.00 |
| TOM HASSELWANDER | Presentation Services | Create/Edit Presentations | 9/1/2009 | $22.00 |
| Total: | | | | $13,269.60 |