Exhibit C

# Jefferies & Company, Inc.
Summary of Hours Worked

August 1, 2009 - August 31, 2009

| Name | Position | Hours Worked |
|---|---|---:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 29.0 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 68.5 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 45.0 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 27.5 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 76.5 |
| Paul Zangrilli | Associate, Communication Technologies Group | 92.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 36.0 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 100.25 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 102.5 |
| Blair Morrison | Analyst, Generalist | 28.0 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 8.75 |
| | **Total** | **605.75** |

Other Jefferies professionals who participated but do not keep hours:

Justin Despirito    Legal Counsel
Patrick Morrow    Paralegal