**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------X
In re:                          : Chapter 11
                                :
Nortel Networks Inc., et al.    : Case No. 09-10138 (KG)
                                :
              Debtors.          : (Jointly Administered)
                                :
                                :
--------------------------------X
```

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY**
**DELOITTE & TOUCHE LLP (CLAIM NO. 975)**

Deloitte & Touche LLP by and through its

undersigned attorneys, hereby withdraws the Proof of Claim

filed by Deloitte & Touche LLP (Claim No. 975) in the

amount of $10,478.00, filed against Nortel Networks Inc.

and received by the claims agent on April 20, 2009.

Dated:    Wilmington, Delaware
          October 30, 2009


                    /s/ Mark S. Chehi
                    _____
                    Mark S. Chehi (I.D. No. 2855)
                    Skadden, Arps, Slate, Meagher & Flom LLP
                    One Rodney Square
                    P.O. Box 636
                    Wilmington, Delaware 19899-0636
                    Telephone: 302-651-3000
                    Fax: 302-651-3001


                    Attorneys for Deloitte & Touche LLP