**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' First Omnibus Motion For An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts Pursuant To The Sale Of The Debtors' CDMA And LTE Business And (B) Authorizing The Debtors To File Information Under Seal** was caused to be made on October 30, 2009, in the manner indicated upon the entities on the attached service list.

Dated: October 30, 2009

                */s Ann C. Cordo*
                 Ann C. Cordo (No. 4817)

3209560.1