**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Hearing Date: November 19, 2009 at 1:00 p.m.<br>Objection Date: November 12, 2009 at 4:00 p.m. |

**NOTICE OF BELDEN INC.'S MOTION PURSUANT TO**
**SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE FOR**
**RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A**
**SETOFF OF PREPETITION AMOUNTS OWED BY AND**
**BETWEEN BELDEN INC. AND DEBTORS**

**To:  All Parties listed in the attached Certificate of Service**

**PLEASE TAKE NOTICE** that Belden Inc. ("Belden") has today filed and served the attached **Motion of Belden Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts Owed By and Between Belden Inc. and Debtors** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection"), if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on or before **November 12, 2009**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**at 4:00 p.m. (prevailing Eastern Time).** At the same time, you must serve such Objection on the undersigned counsel for Belden so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, on **November 19, 2009 at 1:00 p.m. (prevailing Eastern Time).**

**IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 30, 2009

POTTER ANDERSON & CORROON LLP

*/s/ R. Stephen McNeill*
Laurie Selber Silverstein (Bar No. 2396)
R. Stephen McNeill (Bar No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Email: lsilverstein@potteranderson.com
       rmcneill@potteranderson.com

and

LEWIS, RICE & FINGERSH, L.C.
Larry E. Parres
John J. Hall
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: (314) 444-7600
Email: lparres@lewisrice.com
       jhall@lewisrice.com

*COUNSEL to BELDEN INC.*