## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 30th day of October 2009, I caused a true and correct copy of the within **Notice of Motion and Motion of Belden Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts Owed By and Between Belden Inc. and Debtors,** to be served by first class mail, postage prepaid, on the parties listed on the attached service list.

*R. Stephen McNeill*
R. Stephen McNeill

PAC 939507v.1