# NORTEL NETWORKS 2002 SERVICE LIST

Ann C. Cordo, Esquire
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Thomas F. Driscoll, Esquire
Andrew R. Remming, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19802

Patrick Tinker, Esquire
Office of the US Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-3519

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mary F. Caloway, Esquire
P.J. Duhig, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE  19801

James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE  19801

John V. Fiorella, Esquire
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

(The Prudential Insurance Company of America)
Tobey M. Daluz, Esquire
Leslie Heilman, Esquire
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street, 12th Floor
Wilmington, DE  19801

(OSS Nokalva Inc.)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

Joanne B. Wills, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

(Beeline.com Inc.)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes PA
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

Joseph H. Huston Jr.,, Esquire
Maria Aprile Sawczuk, Esquire
Stevens & Lee PC
1105 N Market Street, 7th Floor
Wilmington, DE  19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin & Browder PA
1201 N Orange Street, Suite 400
Wilmington, DE  19801

Ricardo Palacio, Esquire
Ashby & Geddes PA
500 Delaware Avenue
Wilmington, DE  19801

Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

## NORTEL NETWORKS 2002 SERVICE LIST

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
Wilmington, DE  19801

Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

Charles J. Brown III, Esquire
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

Michael J. Wunder, Esquire
R. Snayne Kukulowicz, Esquire
Alex L. MacFarlane, Esquire
Fraser Milner Casgrain LLP
1 First Canadian Place, 42nd Floor
100 King Street West
Toronto, Ontario  M5X 1B2
CANADA

Secretary of Treasury
PO Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
PO Box 7040
Dover, DE  19903

Elizabeth Banda, Esquire
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Boulevard, Suite 300
Arlington, TX  76013

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Securities & Exchange Commission
100 "F" Street, NE
Washington, DC  20549

Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center, Suite 400
New York, NY  10281-1022

Steven J. Reisman, Esquire
James V. Drew, Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

(Ad Hoc Committee of Bondholders)
Dennis Dunne, Esquire
Thomas R. Kreller, Esquire
Albert A. Pisa, Esquire
Andrew M. Leblanc, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Ken Coleman, Esquire
Lisa J.P. Kraidin, Esquire
Allen & Overy LLP
1221 Avenue of the Americas, 20th Floor
New York, NY  10020

Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 - 17th Street, NW, Suite 2100
Atlanta, GA  30363-1031

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA  02110

# NORTEL NETWORKS 2002 SERVICE LIST

Michael L. Schein, Esquire
Vedder Price PC
1633 Broadway, 47th Floor
New York, NY  10019

Raniero D'Aversa Jr., Esquire
Laura D. Metzger, Esquire
Weston T. Eguchi, Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Jennifer V. Doran, Esquire
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109

Derek Austin, Esquire
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606

Andrew D. Shaffer, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019

David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX  78205

Nicholas Skiles, Esquire
John A. Wetzel, Esquire
Swartz Campbell LLC
One S. Church Street, Suite 400
West Chester, PA  19382

Joseph E. Shickich Jr., Esquire
Riddell Williams PS
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154-1192

David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA  22102-4215

Merle C. Meyers, Esquire
Michele Thompson, Esquire
Meyers Law Group PC
44 Montgomery Street, Suite 1010
San Francisco, CA  94104

Howard S. Steel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Scott K. Brown, Esquire
Lewis & Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ  85004

Terry Zale
Flextronics International
305 Interlocken Parkway
Broomfield, CO  80021

J. Scott Douglass, Esquire
909 Fannin, Suite 1800
Houston, TX  77010

Ramona Neal, Esquire
Hewlett-Packard Company
11311 Chinden Boulevard
Mailstop 314
Boise, ID  83714

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY  10036

# NORTEL NETWORKS 2002 SERVICE LIST

Richard R. Standel
1581 Mayhew Turnpike
Bristol, NH  03222

Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Eric S. Prezant, Esquire
Bryan Cave LLP
161 N Clark Street, Suite 4300
Chicago, IL  60601

Michelle McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

Joseph J. Wielebinski, Esquire
Munsch Hardt Kopf & Harr PC
3800 Lincoln Plaza
500 N Akard Street
Dallas, TX  75201-6659

Alan S. Kopit, Esquire
Christopher W. Peer, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH  44114

Carren B. Shulman, Esquire
Kimberly K. Smith, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY  10112

Randall D. Crocker, Esquire
VonBriesen & Roper SC
411 E. Wisconsin Avenue, Suite 700
Milwaukee, WI  53202

Beverly H. Shideler, BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Christopher A. O'Brien, Esquire
Stempel Bennett Claman & Hochberg PC
675 Third Avenue, 31st Floor
New York, NY  10017

David N. Crapo, Esquire
Gibbons PC
One Gateway Center
Newark, NJ  07102-5310

Jill L. Murch, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313

Shawn M. Christianson, Esquire
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

Edward C. Gordon
GTCI
2100 Lakeside Boulevard, Suite 250
Richardson, TX  75082

Douglas J. Kaye
631 Belmont Crest Drive
Marietta, GA  30067

# NORTEL NETWORKS 2002 SERVICE LIST

Joon M. Khang, Esquire
Khang & Khang LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067

Hubert H. Kuo, Esquire
Buss Kim Kuo & Tran LLP
4675 MacArthur Court, Suite 590
Newport Beach, CA 92660

Cullen K. Kuhn, Esquire
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

(East Camelback Road Inc.)
Robert N. Brier, Esquire
Brier Irish Hubbard& Erhart PLC
2400 E. Arizona Biltmore Circle, Suite 1300
Phoenix, AZ 85016-2115

Donald K. Ludman, Esquire
Brown & Connery LLP
6 North Broad Street, Suite 1000
Woodbury, NJ 08096

Vicente Matias Murrell, Esquire
Stephen D. Schreiber, Esquire
Pension Benefit Guaranty Corporation
1200 "K" Street, NW
Washington, DC 20005-4026

Lynnette R. Warman, Esquire
Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75002

Stephen C. Stapleton, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 2400
Dallas, TX 75201

David A. Rosenzweig, Esquire
Fulbright & Jaworski LLP
666 – 5th Avenue
New York, NY 10103-3198

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

(Amphenol Corporation)
Alan Kolod, Esquire
Christopher J. Caruso, Esquire
Kent C. Kolbig, Esquire
405 Lexington Avenue
New York, NY 10174

Edward C. Wetmore
VP, Secretary, General Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492

Janet Fitzpatrick, Legal Assistant
Unisys Corporation
Unisys Way
PO Box 500, M/S E8-108
Blue Bell, PA 19424

Chantel Pinnock, Account Resolution
Travelers
National Accounts
1 Tower square – 5MN
Hartford, CT 06183-4044

(Xeta Technologies)
Charlene D. Davis, Esquire
Daniel A. O'Brien, Esquire
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

(Xeta Technologies, Inc.)
Joe M. Fears, Esquire
Barber & Bartz PC
800 Park Centre
525 S. Main Street, Suite 800
Tulsa, OK 74103-4511

## NORTEL NETWORKS 2002 SERVICE LIST

Doug Goin, CFO
APC Workforce Solutions LLC
420 S. Orange Avenue, 6th Floor
Orlando, FL 32801

(Harris County, TX)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

(The Prudential Ins. Company of America)
Mark G. Ledwin, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gattett Drive
White Plains, NY 10604

(Anixter Inc.)
John C. Vigano, Esquire
Patricia J. Fokuo, Esquire
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 606060-6473

(Anixter Inc.)
Marla R. Eskin, Esquire
Ayesha S. Chacko, Esquire
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

(The Bank of NY Mellon, as Indenture Trustee)
Robert J. Rosenberg, Esquire
Michael J. Riela, Esquire
Zachary N. Goldstein, Esquire
Latham :& Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

(Slash Support Inc.)
Carl N. Kunz, III, Esquire
Michael J. Custer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306

(Gilmore Global Logistics Services Inc.)
Amos U. Priester, IV, Esquire
Anna B. Osterhout, Esquire
Smith Anderson Blount Dorsett
    Mitchell & Jernigan LLP
PO Box 2611
Raleigh, NC 27602-2611

(Florida Power & Light Company)
Rachel S. Budke, Esquire
FPL Law Department
700 Universe Boulevard
Juno Beach, FL 33408

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, Suite 400
Littleton, CO 80124

(Bell Microproducts Inc.)
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

(Bell Microproducts Inc.; Bell Microproducts
    Canada-Tenex Data ULC)
Robert S. McWhorter, Esquire
Nossaman LLP
915 "L" Street, Suite 1000
Sacramento, CA 95814

(Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell PC
17 N. Second Street, 12th Floor
Harrisburg, PA 17101-1601

(Tandberg)
Shannon E. Hoff, Esquire
Poyner Spruill LLP
301 S. College Street, Suite 2300
Charlotte, NC 28202

# NORTEL NETWORKS 2002 SERVICE LIST

(TEKsystems Inc.)
Stephen K. Dexter, Esquire
Lathrop & Gage LLP
370 – 17th Street, Suite 4650
Denver, CO  80202

(The Prudential Insurance Company of America)
Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

(Westcon Group NA Inc.)
N. Theodore Zink, Jr., Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY  10022

(Beeline.com Inc.)
Jeffrey B. Ellman, Esquire
Robbin S. Rahman, Esquire
Jones Day
1420 Peachtree Street, NE, Suite 800
Atlanta, GA  30309

(Unisys Corporation)
Dana S. Plon, Esquire
Sirlin Gallogly & Lesser PC
1529 Walnut Street, Suite 600
Philadelphia, PA  19102

Ernie Holling, President
InTech Group Inc.
305 Exton Commons
Exton, PA  19341

(Ad Hoc Committee of Bondholders)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705

(Lisa Fitzgerald)
Soren E. Gisleson, Esquire
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA  70113

(Mercer (US) Inc.)
Aaron L. Hammer, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL  60606

(Eltek Valere US Inc.; MatlinPatterson
    Global Advisors LLC)
Norman L. Pernick, Esquire
Sanjay Bhatnagar, Esquire
Cole Schotz Meisel Forman & Leonard PA
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

(Eltek Valere US Inc.)
Christopher J. Horvay, Esquire
Gould & Ratner LLP
222 N. LaSalle Street, Suite 800
Chicago, IL  60601

(Nokia Siemens Networks BV)
Gregg M. Galardi, Esquire
Sarah E. Pierce, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

# NORTEL NETWORKS 2002 SERVICE LIST

(Nokia Siemens Networks BV)
N. Lynn Hiestand, Esquire
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

(Department of the Navy)
Seth B. Shapiro, Trial Attorney
US Department of Justice – Civil Division
Commercial Litigation Branch
PO Box 875
Ben Franklin Station
Washington, DC  20044

Stephen C. Tingey, Esquire
Ray Quinney & Nebeker PC
36 S. State Street, Suite 1400
PO Box 45385
Salt Lake City, UT  84145-0385

(OSS Nokalva Inc.)
Robert E. Nies, Esquire
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

(Arthur A. Russell; CNB)
Devin Lawton Palmer, Esquire
Boylan Brown Code Vigdor & Wilson LLP
2400 Chase Square
Rochester, NY  14604

(GFI, a Div. of Thomas & Betts Mfg. Inc.)
Brett D. Fallon, Esquire
Michael J. Custer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306

(MatlinPatterson Global Advisors LLC)
Jennifer Feldsher, Esquire
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY  10036-2714

(City & County of Denver, CO)
Max Taylor, Asst. City Attorney
Municipal Operations
2021 W. Colfax Avenue, Dept. 1207
Denver, CO  80202-5332

(Sun Microsystems Inc.)
Lawrence M. Schwab, Esquire
Thomas M. Gaa, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

(Avaya Inc.)
David B. Stratton, Esquire
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

(Avaya Inc.)
Mark I. Bane, Esquire
Anne H. Pak, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

David Capozzi, Esquire
Acting General Counsel
Universal Service Administrative Company
2000 "L" Street, NW, Suite 200
Washington, DC  20036

(Freescale Semiconductor Inc.)
Kell C. Mercer, Esquire
Afton Sands-Puryear, Esquire
Brown McCarroll LLP
111 Congress Avenue, Suite 1400
Austin, TX  78701

# NORTEL NETWORKS 2002 SERVICE LIST

(Office of Unemployment Compensation
    Tax Services)
Denise A. Mertz
UC Tax Agent/Bankruptcy Representative
Commonwealth of PA, Dept. of Labor & Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1184

(TTI Team Telecom Netherlands BV)
Lee W. Stremba, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

(GE Fanuc Embedded Systems Inc.)
James E. Van Horn, Esquire
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD  21202-1671

(Aldine Independent School District)
Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

(Commonwealth of PA, Dept. of Revenue,
    Bureau of Account Settlement)
Thomas W. Corbett, Jr., Attorney General
Carol E. Momjian, Sr. Deputy Atty. General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

(State of Maryland, Dept. of Labor, Licensing
    & Regulation, Office of Unemployment
    Insurance Contributions Div.)
Office of Unemployment Insurance
    Contributions Division
Litigation & Prosecution Unit
1100 N. Eutaw Street, Room 401
Baltimore, MD  21201

(The United States)
Jan M. Geht, Esquire
Trial Attorney, Tax Division
US Department of Justice
PO Box 227
Washington, DC  20044

(Joint Administrators & Foreign Reps for Nortel
    Networks UK Limited)
James L. Patton, Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

(Joint Administrators & Foreign Reps for
    Nortel Networks UK Limited)
Michael Luskin, Esquire
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Sandra M. Wyatt
17812 Jamestown Way, Apt. D
Lutz, FL  33558

(The United States)
William Bradley Russell, Jr.
Trial Attorney, Tax Division
US Department of Justice
PO Box 227
Washington, DC  20044

(Technology Properties Ltd. LLC)
Heinz Binder, Esquire
Wendy W. Smith, Esquire
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA  95050

Technology Properties Ltd. LLC
c/o Dan Leckrone
20400 Stevens Creek Boulevard, 5th Floor
San Jose, CA  95014