**EXHIBIT C**

# Revised Response to Request for Proposal

To Provide IP Consulting Services and Monetization Strategies

# Phase 1

CONFIDENTIAL INFORMATION

Following our presentation to Nortel on September 24, Nortel asked that we refine our "Phase 1" response to Nortel's request for proposals.    We are submitting this revision focused specifically on Phase 1 and based on information learned during the September 24 meeting and from Mark Taylor's September 25 e-mail.

As we indicated during our presentation, we confirm that Global IP partners David Berten, Graham Gerst, Steve Steger, and Ragnar Olson will review the Nortel patents subject to this project. Where appropriate, review of claims will also include the additional input of others, such as Global IP's team of lawyers in Europe and Asia-Pacific. Their review will not substitute for review by Global IP partners, but instead will supplement it.

**Conflicts.**  We are not aware of any direct conflicts that might limit our review, although it is possible that Global IP could have conflicts with potential licensees or infringers of Nortel patents.  It is not currently possible to identify any such conflicts without greater analysis of Nortel's patent portfolio, Nortel's existing licenses, industry use of Nortel technology, and which business units remain as part of Nortel.

In addition, Global IP has an international practice selling, licensing and litigating patents, and we sometimes represent clients who are seeking to sell patents that other of our clients may want to acquire.  Should that situation arise, we do not anticipate that it will prevent our continued representation of Nortel or another seller in general, although it could prohibit certain specific activities on behalf of the seller.  If we identify any such conflict, we will notify Nortel of the general nature of the conflict even if we do not believe that it will affect our assessment of the value of the patents or our ability to sell or license the patents.  If it appears that any such conflict will affect our assessment of the value of the patents or Nortel's ability to license such patents, we will withdraw from further evaluation or sale of the patent(s) involved upon Nortel's request.

# REDACTED

# REDACTED

# REDACTED

**Work Product for Phase 1** (deliverables to be be sent to John Doolittle @ Nortel)

- Summary analysis of the portfolio, including narrative description and overview of key markets

- One or more electronic, fully searchable databases of the independent claims in Nortel's portfolio

- Recommendations for Phases 2 & 3 and monetization process, including identification of the most valuable patent assets, proposals for bucketing the entire portfolio to maximize revenue, and options for licensing as opposed to outright sale

- Incidental identification of possible claim improvements

- Overview of the key segments of the portfolio with an indication of the relative patent strength.

**Phase 1 Fee Proposal** (All prices shown are in United States Dollars)

| Flat Fee | Out of Pocket Costs (reimbursed by Nortel at cost) |
|---|---|
| $350,000 for analysis of full Nortel portfolio identified in Nortel's RFP, payable in three equal installments, to be paid in accordance with Section 14 of the Agreement and invoiced as follows: 1/3 at October 31, 2009; 1/3 at November 30, 2009; and 1/3 at the later of Acceptance of the Deliverables or December 31, 2009. | Data entry for claims database ($10,000 estimate) Travel and material budget of $25,000 for Phase 1 |

CONFIDENTIAL INFORMATION