## CERTIFICATE OF SERVICE

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Application For An Order Authorizing Employment And Retention Of Global IP Law Group, LLC** *Nunc Pro Tunc* **To October 13, 2009 As Intellectual Property Consultant To The Debtors And Debtors In Possession** was caused to be made on October 30 2009, in the manner indicated upon the entities on the attached service list.

Dated: October 30, 2009

                 */s Ann C. Cordo*
                 Ann C. Cordo (No. 4817)

3209447.1