IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                     Debtors. : Jointly Administered
:
: **Hearing Date:  Rescheduled from November 19, 2009 at 1:00 p.m. (ET) to December 2, 2009 at 11:00 a.m. (ET)**
: **Objection Deadline Date:  Rescheduled from November 12, 2009 at 4:00 p.m. (ET) to November 25, 2009 at 4:00 p.m. (ET)**
:
-----------------------------------------------------------X

**NOTICE OF RESCHEDULED BID DEADLINE,
AUCTION, GENERAL OBJECTION DEADLINE AND HEARING**

     **PLEASE TAKE NOTICE** that on September 30, 2009, the Debtors filed a Motion for Orders (I)(a) Authorizing and Approving the Bidding Procedures, (b) Approving the Notice Procedures, and (c) Setting a date for the Sale Hearing, and (II) Authorizing and Approving the Sale of Certain Assets of Debtors' GSM/GSM-R Business (the "Motion") (D.I. 1587) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

     **PLEASE TAKE FURTHER NOTICE** that following a hearing on the relief requested by the Motion on October 15, 2009, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") (D.I. 1676), approving (a) the Bidding Procedures, (b) the Notice Procedures and (c) setting a hearing date for the sale as well as related deadlines.

     **PLEASE TAKE FURTHER NOTICE** that in the Bidding Procedures Order, the Bankruptcy Court approved procedures according to which the Debtors and other affiliates of the Debtors (together, the "Sellers") shall solicit bids for the sale of substantially all of the assets of GSM/GSM-R Business of Nortel (the "Assets"). ***All interested bidders should carefully read the Bidding Procedures.***

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures, attached as Exhibit 1 to the Bidding Procedures Order, the Debtors are extending the hearing date for approval of the sale (the "Sale") of the Assets (the "Sale Hearing") as well as other related deadlines.  Specifically, (a) the Sale Hearing currently set for November 19, 2009 at 1:00 p.m. (ET) has been rescheduled to **December 2, 2009 at 11:00 a.m. (ET)**; (b) the deadline for all general objections to the Motion (the "General Objection Deadline") currently set for November 12, 2009 at 4:00 p.m. (ET) has been rescheduled to **November 25, 2009 at 4:00 p.m. (ET)**; (c) the Auction (as defined in the Bidding Procedures) currently set for November 9, 2009 at 9:30 a.m. (ET) has been rescheduled to **November 20, 2009 at 9:30 a.m. (ET)**; and (d) the Bid Deadline (as defined in the Bidding Procedures) currently set for November 5, 2009 at 12:00 p.m. (ET) has been rescheduled to **November 16, 2009 at 12:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that all general objections to the relief requested in the Motion must be:  (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in conformance with the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 by no later than the General Objection Deadline; and (e) served in accordance with the Local Rules so as to be received on or before the General Objection Deadline by the following:  (i) counsel to the Debtors:  Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax:  (212) 225-3999 (Attention:  James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention:  Derek C. Abbott), (ii) counsel to the Committee:  Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax:  (212) 872-1002 (Attention:  Fred S. Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention:  Christopher M. Samis), and (iii) counsel to the Bondholder Group:  Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax:  (212) 822-5735 (Attention:  Roland Hlawaty).

**PLEASE TAKE FURTHER NOTICE** that, this notice is subject to the full terms and conditions of the Motion, the Bidding Procedures Order and the Bidding Procedures and the Debtors encourage parties in interest to review such documents in their entirety.  Copies of the Motion and the Bidding Procedures Order may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' attorneys:  Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer.  Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas.  Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

Dated: October 30, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS NICHOLS, ARSHT & TUNNELL LLP

*/s Ann C. Cordo*
_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*