**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Christopher P. Simon, Esquire, and the law firm of Cross & Simon, LLC, hereby enter their appearance as Delaware co-counsel,[2] to represent Kien Chen and Moreno Minto (the "Lead Plaintiffs"), individually and on behalf of all others similarly situated, and as bankruptcy co-counsel for the Class (defined below) in the putative class action entitled *David Lucescu, Individually and on Behalf of All Others Similarly Situated v. Mike Zafirovski, et al.*, Civil Action No. 09-cv-04691 (SAS), pending in the United States District Court for the Southern District of New York, filed on behalf of Lead Plaintiffs and all other persons and entities (collectively, and together with the Lead Plaintiff, the "Class"), who purchased or acquired securities of Nortel Networks Corporation (the "Debtor"), during the period from May 2, 2008 through September 17, 2008, inclusive (the "Class Period"), in the above-captioned matter, and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon Websystems, Inc., Alteon Websystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, Coretek, Inc., Nortel Networks Applications Management Solutions, Inc., Nortel Networks Optical Components, Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions, Inc.

[2] On October 29, 2009, Lowenstein Sandler PC entered its appearance as co-counsel to the Lead Plaintiffs [D.I. No. 1767].

-2-

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile
E-mail: csimon@crosslaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by the Lead Plaintiffs and the putative Class to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

[SIGNATURE PAGE TO FOLLOW]

-3-

Dated: November 2, 2009
      Wilmington, DE

CROSS & SIMON, LLC

By: /s/ CPS
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
csimon@crosslaw.com

*Bankruptcy Co-Counsel to the Lead Plaintiffs and the Class*