# SERVICE LIST

**VIA FIRST CLASS MAIL - INTERNATIONAL**

Alvarion Ltd.
21A Habarzel Street
Tel Aviv,   69710
Israel

BYD Company Limited
Floor 7 Bldg. 5 No. 3000
Long Dong Avenue
Pudong District, Shanghai   20203
P.R. China

CalComp Electronics & Communications Co Ltd.
3F., No. 205, Sec. 3
Beisin Road
Sindian City, Taipei County   231
Taiwan ROC

Casio Hitachi Mobile
    Communications Co Ltd.
2-229-1 Sakuragaoka
Higashiyamatoshi
Tokyo,   207-8501
Japan

Compal Communications Inc.
Yang Guang Street
Neihu, Taipei County   114
Taiwan, ROC

Compal Communications Inc.
Asia Plaza Building B. No. 385
Neihu, Taipei County   114
Taiwan, ROC

EIA Electronics NV
Vluchtenburgstraat 3, B-2630
Aartselaar,
Belgium

Foxconn International Holdings Limited
Scotia Centre, 4th Floor
George Cayman
Grand Cayman,
Caymen Islands

Foxconn International Holdings Limited
PO Box 2804
George Cayman
Grand Cayman,
Caymen Islands

Foxconn International Holdings Limited
Scotia Centre, 4th Floor
PO Box 2804
George Cayman
Grand Cayman,
Caymen Islands

High Tech Computer Corporation
(formerly HTC Inc.)
No. 23, Xinghua Road
Taoyuan City, Taoyan County   330
Taiwan

KYOCERA Corporation
(formerly SANYO Electric Co., Ltd.)
1-34 Sanyo.cho
Daito City, Osaka   574-8501
Japan

LG Electric
459-9 Kasan-dong, Deumchon-gu
Seoul,
Korea

Samsung Electronics, Ltd.
7th Floor, Samsung Maing Building, 250,
2-Ka, Taepyung-Ro, Chung-ku
Seoul,
Korea

Sharp Corporation
2-13-1, IIDA HACHIHONMATSU
HIGASHIHIROSHIMA
HIROSHIMA,   739-0192
Japan

Shenzhen Huawei Mobile Communication Technology Co., Ltd.
Building 2, Zone B
Huawei Industrial Park
Bantian, Loggang District, Shenzhen
P.R. China

Sierra Wireless America, Inc.
(formerly Wavecom, Inc.)
13811 Wireless Way
Richmond, BC   V6V-3A4
Canada

SigValue Technologies LTD
1 Hanager St.
Hod Harsharon,   45241
Israel

ZTE Corporation  
ZTE Plaza, Keji Road South  
Hi-Tech, Industrial Park  
Nanshan District  
Shenzhen, Guangdong  
P.R. China  

Hitachi Communication Technologies, Ltd.  
216 Totsuka-cho Totsuka-ku  
Yokohama-shi   244-8567  
Japan  

**VIA FIRST CLASS MAIL**

ADTRAN Inc.  
901 Explorer Blvd.  
Huntsville, AL   35806  

AirSage Inc.  
400 Embassy Row  
Suite 100  
Atlanta, GA   30324  

Ambient Corporation  
79 Chapel Street  
Newton, MA   02458  

Axerra Networks Inc.  
1900 Glades Road  
Suite 251  
Boca Raton, FL   33431  

Birdstep Technology  
2101 Fourth Avenue  
Suite 2000  
Seattle, WA   98121  

Cannon Technologies  
A Business Unit of Cooper Power System  
505 Highway 169N  
Suite 1200  
Minneapolis, MN   55441  

Comverse, Inc.  
100 Quannapowitt Parkway  
Wakefield, MA   01880  

Continuous Computing Corporation  
9450 Carroll Park Drive  
San Diego, CA   92121  

InfoNXX Inc.  
3864 Courtney Street  
Suite 411  
Bethlehem, PA   18017  

JBM Electronics  
4645 LaGuardia  
St. Louis, MO   63134  

KYOCERA Corporation  
(formerly Sanyo Fisher Company,  
a Div. of SFC North America Corporation)  
21605 Plummer Street  
Chatsworth, CA   91311  

Kyocera Wireless Corp.  
10300 Campus Point Drive  
San Diego, CA   92121  

LGC Wireless  
2540 Junction Avenue  
San Jose, CA   95134-1902  

Lucent Technologies Inc.  
67 Whippany Road  
Whippany, NJ   07981  

Mavenir Systems Inc.  
1651 N. Glenville Drive  
Suite 201  
Richardson, TX   75081  

Motorola, Inc.  
600 North U.S. Highway 45  
Libertyville, IL   60048  

NMS Communications  
200 Schultz Drive  
Red Bank, NJ   07701  

NMS Communications Corporation  
100 Crossing Blvd.  
Farmingham, MA   01702  

Nokia Inc.  
12278 Scripps Summit Drive  
San Diego, CA   92131  

OnStar, LLC  
(formerly OnStar Corporation)  
400 Renaissance Center  
Detroit, MI   48265  

Openwave Systems Inc.  
5665 Flatiron Parkway  
Boulder, CO   80301  

Attn: Legal Department  
Openwave Systems Inc.  
1400 Seaport Boulevard  
Redwood City, CA   94063

Palm Inc.
950 W. Maude Avenue
Sunnyvale, CA  94085

Quantum Engineering Inc.
352 Stowe Ave
Orange Park, CA  32073

Rocket Software, Inc. (formerly TCSI Corporation)
1965 Landings Drive
Mountain View, CA  94043

Attn: Simon Chan Sr. Manager Field Engeineering
Samsung Telecommunications Americas
1130 Arapaho Road
Richardson, TX  75081

Starent Network Corp
30 International Place
Tewksbury, MA  01876

Tango Networks Inc.
501 W President George Bush Highway, Suite 250
Richardson, TX  75080-1132

Telcordia Technologies Inc.
1 Telcordia Drive
Piscataway, NJ  08854

Telit Wireless Solutions, Inc.
3131 RDU Center Drive
Morrisville, NC  27560

Temic Automotive of North America, Inc.
21440 West Lake Cook Road
Deer Park, IL  60010

Toshiba America Information Systems Inc
9740 Irvine Blvd.
Irvine, CA  92618-1697

Trimble Mobile Solutions, Inc.
3650 Concorde Pkwy, Suite 150
Chantilly, VA  20151

UTStarcom Inc.
1275 Harbor Bay Parkway
Alameda, CA  94502

Venturi Wireless
1320 Chesapeake Terrace
Sunnyvale, CA  94089

Lucent Technologies Inc.
67 Whippany Road
Whippany, NJ  07981

Lucent Technologies Inc.
600 Mountain Avenue
Murral Hill, NJ  07974

Motorola Inc.
600 North U.S. Highway 45
Libertyville, IL  60048

Motorola Inc.
1501 West Shure Drive
Arlington Heights, IL  60004

Jonahtan W. Young
Mary E. Olson
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, IL  60606

Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

Airvana Inc.
19 Alpha Road
Chelmsford, MA  01824