**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
:     Chapter 11
:
*In re*                                            :
:     Case No. 09-10138 (KG)
NORTEL NETWORKS INC., *et al.*,[1]     :
:     Jointly Administered
                             Debtors.     :
:     **Hearing date: November 19, 2009 at 1:00 p.m. (ET)**
                                               **Objections due: November 12, 2009 at 4:00 p.m. (ET)**
:
---------------------------------------------------------X

**NOTICE OF DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DEBTORS**
**TO FILE UNDER SEAL THE SELLERS DISCLOSURE SCHEDULE AND**
**EXHIBITS AND OTHER SCHEDULES RELATED TO THE SALE**
**OF CERTAIN ASSETS OF THE METRO ETHERNET NETWORKS BUSINESS**

         PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed and served the attached **Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedule And Exhibits And Other Schedules Related To The Sale Of Certain Assets Of The Metro Ethernet Networks Business** (the "Motion").

         PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 12, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline").

         At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

      PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 19, 2009 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 3, 2009  
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley  
Lisa M. Schweitzer  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Andrew R. Remming (No. 5120)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Phone:  (302) 658-9200  
Facsimile:  (302) 658-3989

*Counsel for the Debtors  
and Debtors in Possession*

3214464.1