# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedule And Exhibits And Other Schedules Related To The Sale Of Certain Assets Of The Metro Ethernet Networks Business** was caused to be made on November 3, 2009, in the manner indicated upon the entities identified below and on the attached service list.

**VIA FEDERAL EXPRESS**
Douglas Bacon, Esq.
Joseph Simei, Esq.
Alice Burke, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606

Dated: November 3, 2009

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

3214482.1