# Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7734
Invoice Date: 10/28/2009
Reference #: NOR250001B
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| September 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| **Expenses:** | |
| Accommodations | $1,808.11 |
| Legal Fees | $137.18 |
| Meals | $1,263.32 |
| Miscellaneous | $154.00 |
| Presentation Services | $412.00 |
| Transporation - Air | $2,586.28 |
| Transporation - Ground | $1,727.74 |
| **Total Out-of-Pocket Expenses** | $8,088.63 |

**TOTAL DUE   $168,088.63**

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR250-7734- Nortel