Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
September 1, 2009 – September 30, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | $1,808.11 |
| Legal Fees | $137.18 |
| Meals | $1,263.32 |
| Miscellaneous | $154.00 |
| Presentation Services | $412.00 |
| Transportation – Air | $2,586.28 |
| Transportation – Ground | $1,727.74 |
| Total | $8,088.63 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/20/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 7/21/2009 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Home to Office (Early AM) | 7/22/2009 | $9.00 |
| PHILIP BERKOWITZ | Transportation - Ground | OT Taxi- Office to Home | 7/24/2009 | $6.60 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 8/2/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 8/2/2009 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/3/2009 | $9.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 8/3/2009 | $12.20 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Car Service- Deliver documents to P. Berkowitz | 8/3/2009 | $32.64 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/4/2009 | $10.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 8/4/2009 | $8.40 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/5/2009 | $9.00 |
| PHILIP BERKOWITZ | Phone/Fax | Fax Charges to Airport | 8/5/2009 | $154.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/6/2009 | $10.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 8/6/2009 | $7.20 |
| CHIH-YIN CHEN | Transportation - Air | Roundtrip Coach Class Flight | 8/7/2009 | $1,069.20 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/7/2009 | $12.00 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 8/8/2009 | $9.90 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 8/10/2009 | $125.10 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 8/10/2009 | $16.27 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 8/10/2009 | $5.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 8/10/2009 | $10.59 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 8/10/2009 | $6.50 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- SF Office to Airport | 8/10/2009 | $45.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 8/10/2009 | $19.30 |
| LEO J. CHANG | Transportation - Ground | Car Service to Cleary Gottlieb Meeting | 8/10/2009 | $41.25 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 8/11/2009 | $125.10 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 8/11/2009 | $16.27 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 8/11/2009 | $5.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 8/11/2009 | $18.18 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 8/11/2009 | $5.20 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 8/12/2009 | $25.80 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 8/12/2009 | $22.40 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 8/12/2009 | $5.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Hotel | 8/12/2009 | $64.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Aiport to Home | 8/12/2009 | $39.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 8/12/2009 | $95.88 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 8/12/2009 | $6.20 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/13/2009 | $9.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 8/13/2009 | $7.30 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/14/2009 | $10.05 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 8/16/2009 | $7.40 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/17/2009 | $9.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Car Service- Deliver documents to J. Snyder | 8/17/2009 | $30.60 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/18/2009 | $10.22 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/19/2009 | $9.50 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Nortel Office to Airport | 8/20/2009 | $65.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/20/2009 | $9.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 8/21/2009 | $10.00 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/23/2009 | $9.60 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 8/23/2009 | $8.10 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/24/2009 | $25.39 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/25/2009 | $6.50 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 8/25/2009 | $25.38 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 8/26/2009 | $7.18 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 8/26/2009 | $25.06 |
| GUARAV KITTUR | Meals | Overtime Meal | 8/26/2009 | $25.26 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/26/2009 | $25.50 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/27/2009 | $7.70 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/27/2009 | $6.60 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 8/27/2009 | $9.40 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/27/2009 | $25.20 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 8/27/2009 | $25.42 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/28/2009 | $6.90 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home (Brooklyn) | 8/28/2009 | $66.48 |
| NATALIE MAYSLICH | Transportation - Ground | Weekend Taxi- Office to Home (Brooklyn) | 8/29/2009 | $70.68 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Home to Office | 8/30/2009 | $7.30 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Car Service- Office to Home | 8/30/2009 | $39.78 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/30/2009 | $25.14 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/31/2009 | $7.80 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 8/31/2009 | $25.50 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/1/2009 | $6.50 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 9/1/2009 | $8.60 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/1/2009 | $25.20 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/1/2009 | $25.50 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/1/2009 | $25.40 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 9/2/2009 | $6.60 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 9/2/2009 | $8.60 |
| NATALIE MAYSLICH | Meals | Overtime Meal | 9/2/2009 | $24.97 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/2/2009 | $24.97 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 9/2/2009 | $24.97 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/2/2009 | $20.84 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/3/2009 | $6.48 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 9/3/2009 | $9.00 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 9/3/2009 | $25.46 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/3/2009 | $25.48 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/3/2009 | $23.97 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/3/2009 | $21.94 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/4/2009 | $6.50 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight- SF to NYC | 9/4/2009 | $758.54 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Home to Office (Original) | 9/4/2009 | $7.80 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Home to Office (Had to return) | 9/4/2009 | $7.80 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/4/2009 | $25.32 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 9/4/2009 | $25.13 |
| NATALIE MAYSLICH | Meals | Overtime Meal | 9/4/2009 | $25.14 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 9/4/2009 | $25.14 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/4/2009 | $25.48 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Office to Home | 9/5/2009 | $6.96 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Home to Office | 9/5/2009 | $6.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 9/5/2009 | $9.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 9/5/2009 | $7.80 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Home to Office | 9/5/2009 | $7.70 |
| NATALIE MAYSLICH | Meals | Overtime Meal | 9/5/2009 | $15.11 |
| NATALIE MAYSLICH | Meals | Overtime Meal | 9/5/2009 | $25.41 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/5/2009 | $25.44 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Home to Office | 9/6/2009 | $6.80 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Office to Home | 9/6/2009 | $6.09 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 9/6/2009 | $11.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Home to Office | 9/6/2009 | $8.10 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 9/6/2009 | $7.70 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 9/6/2009 | $40.75 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/6/2009 | $25.32 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/7/2009 | $7.20 |
| CHIH-YIN CHEN | Transportation - Ground | Holiday Taxi- Office to Home | 9/7/2009 | $9.50 |
| CHIH-YIN CHEN | Transportation - Ground | Holiday Taxi- Home to Office | 9/7/2009 | $9.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/7/2009 | $66.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/7/2009 | $11.55 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 9/7/2009 | $32.64 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/7/2009 | $24.64 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 9/8/2009 | $9.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/8/2009 | $110.88 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/8/2009 | $18.17 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight- NYC to SF | 9/8/2009 | $758.54 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Airport | 9/8/2009 | $19.80 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 9/8/2009 | $9.43 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 9/8/2009 | $88.74 |
| NATALIE MAYSLICH | Meals | Overtime Meal | 9/8/2009 | $25.26 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/8/2009 | $25.26 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 9/8/2009 | $25.25 |
| PATRICK T. MORROW | Meals | Overtime Meal | 9/8/2009 | $25.50 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/8/2009 | $25.05 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/9/2009 | $6.40 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 9/9/2009 | $9.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/9/2009 | $110.88 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/9/2009 | $18.17 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 9/9/2009 | $7.00 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/9/2009 | $25.17 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/9/2009 | $25.49 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CARY S. VERASCO | Meals | Overtime Meal | 9/9/2009 | $23.05 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/10/2009 | $7.55 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/10/2009 | $6.75 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 9/10/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/10/2009 | $66.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/10/2009 | $11.55 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/10/2009 | $17.40 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/10/2009 | $24.13 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 9/10/2009 | $25.50 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/10/2009 | $25.49 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/10/2009 | $25.06 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/11/2009 | $7.20 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/11/2009 | $18.33 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Meeting to Airport | 9/11/2009 | $55.00 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at SFO Airport | 9/11/2009 | $43.56 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Meeting | 9/11/2009 | $20.00 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/11/2009 | $25.49 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Home to Office | 9/12/2009 | $18.12 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 9/12/2009 | $309.00 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 9/12/2009 | $49.07 |
| J.HALISEY KENNEDY | Transportation - Ground | Car Service- Home to Hotel | 9/12/2009 | $97.41 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Office to Home | 9/13/2009 | $17.60 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Home to Office | 9/13/2009 | $17.00 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Home to Office | 9/13/2009 | $4.80 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 9/13/2009 | $329.00 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 9/13/2009 | $52.03 |
| J.HALISEY KENNEDY | Transportation - Ground | Car Service- Home to Hotel | 9/13/2009 | $145.10 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/14/2009 | $17.25 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 9/14/2009 | $49.07 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 9/14/2009 | $309.00 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 9/14/2009 | $28.79 |
| ROLAND SIN | Presentation Services | Create/Edit Presentations | 9/15/2009 | $66.00 |
| CROSS & SIMON, LLC | Legal Fees | Local Counsel (DE) Legal Fees | 9/18/2009 | $137.18 |
| LAMAR MYERS | Presentation Services | Create/Edit Presentations | 9/22/2009 | $174.00 |
| NIAMBI WILLIAMS | Presentation Services | Create/Edit Presentations | 9/26/2009 | $172.00 |
| Total: | | | | $8,088.63 |