Exhibit C

## Summary of Hours Worked
September 1, 2009 - September 30, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 73.5 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 95.5 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 116.8 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 54.0 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 120.0 |
| Paul Zangrilli | Associate, Communication Technologies Group | 150.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 93.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 130.3 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 138.0 |
| Blair Morrison | Analyst, Generalist | 166.0 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 129.0 |
| | **Total** | **1,267.0** |

Other Jefferies professionals who participated but do not keep hours:

Justin Despirito     Legal Counsel
Patrick Morrow    Paralegal

Jefferies & Company, Inc.
September 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 9/1/2009 | 2.00 | Communicate with JEF team and UCC Members re: M&A issues and related M&A review |
| Michael Henkin | 9/1/2009 | 1.50 | Review M&A related analysis and call with creditor |
| Michael Henkin | 9/3/2009 | 1.00 | Review M&A analysis,Communication with bidders and Other Professional |
| Michael Henkin | 9/4/2009 | 0.50 | Call with Debtors,Company Side Professional,Other Professionals |
| Michael Henkin | 9/5/2009 | 1.75 | Communicate with Jefco Team,UCC Member re: M&A and related analysis review |
| Michael Henkin | 9/7/2009 | 1.50 | Review bid info re: Business Unit |
| Michael Henkin | 9/9/2009 | 2.00 | UCC call; work on M&A analysis and related communication with Jefco Team |
| Michael Henkin | 9/10/2009 | 3.25 | Communicate with Jefco Team,UCC Members,Other Professional; review related documents |
| Michael Henkin | 9/10/2009 | 1.00 | UCC call,Review of M&A related documents |
| Michael Henkin | 9/11/2009 | 4.75 | Attend auction for Business Unit Business |
| Michael Henkin | 9/11/2009 | 7.25 | Travel from NY to SF,Review M&A documents |
| Michael Henkin | 9/12/2009 | 1.50 | Review auction/M&A analysis; related communication with Jefco Team and creditors |
| Michael Henkin | 9/13/2009 | 1.00 | Review auction/M&A analysis and related communication withTeam |
| Michael Henkin | 9/14/2009 | 2.00 | Work on UCC presentation and review of M&A analysis |
| Michael Henkin | 9/14/2009 | 1.50 | Work on UCC Analysis and related communication with team members re: bid and M&A. |
| Michael Henkin | 9/15/2009 | 1.75 | Call with Other Professional,Jefco Team Member re: M&A issues |
| Michael Henkin | 9/16/2009 | 2.00 | Call with Other Professional,Jefco Team, Court update,UCC call prep and call with Other professionals |
| Michael Henkin | 9/16/2009 | 2.50 | Call with creditors; review UCC pres analysis and related calls with JEF Team; call with Other Professional |
| Michael Henkin | 9/17/2009 | 2.75 | UCC call and related follow-up with Jefco Team re: M&A issues |
| Michael Henkin | 9/17/2009 | 1.00 | Communication with UCC member re: case issues and related communication with Other Professional |
| Michael Henkin | 9/18/2009 | 1.00 | Call with creditors re: M&A issues,Court hearing/update |
| Michael Henkin | 9/21/2009 | 1.00 | Communicaiton with Jefco Team re: UCC presentation,M&A issues and related document review. |
| Michael Henkin | 9/22/2009 | 1.50 | Work on UCC presentation and related communication with Jefco Team members |
| Michael Henkin | 9/24/2009 | 1.50 | Communication with UCC member re: case issues; review UCC presentation draft |
| Michael Henkin | 9/24/2009 | 1.00 | Review UCC presentation and related communication with Jefco Team and UCC Members |
| Michael Henkin | 9/24/2009 | 2.00 | UCC call |
| Michael Henkin | 9/24/2009 | 1.75 | Meeting with Jefco Team re: UCC call prep, related communication with UCC Members |
| Michael Henkin | 9/25/2009 | 2.00 | Work on UCC presentation; call with creditor re: M&A issues and review documents related to tax issues |
| Michael Henkin | 9/25/2009 | 0.75 | Communicate with Other Professional re: UCC call prep; review docs related to proceeds allocation |
| Michael Henkin | 9/27/2009 | 2.00 | Review M&A documents and court filings |
| Michael Henkin | 9/28/2009 | 2.00 | Call with UCC Member re: case issues; review proceed allocation documents and tax documents |
| Michael Henkin | 9/28/2009 | 6.50 | Travel from SF to NYC for proceeds allocation meetings |
| Michael Henkin | 9/29/2009 | 5.00 | Meeting with Other Professional and document review; UCC call prep and M&A/bid proceedures review |
| Michael Henkin | 9/30/2009 | 2.00 | Review proceeds allocation info,M&A documents and work on UCC presentation and call prep |
| Michael Henkin | 9/30/2009 | 1.00 | Call with UCC member counsel re: case issues,UCC presentation prep |
| **September 2009 Summary Hours for Michael Henkin** | | **73.50** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 9/1/2009 | 4.75 | Reviewed materials, IP & Business Unit calls |
| Phil Berkowitz | 9/2/2009 | 3.50 | Reviewed materials, Weekly M&A & Professionals calls |
| Phil Berkowitz | 9/3/2009 | 4.25 | Reviewed materials, Weekly Committee call & Business Unit call with Bidder |
| Phil Berkowitz | 9/4/2009 | 3.00 | Reviewed materials, Business Unit Bid & follow up calls |
| Phil Berkowitz | 9/6/2009 | 1.00 | Business Unit follow up call |
| Phil Berkowitz | 9/8/2009 | 1.50 | IP Call, Reviewed materials |
| Phil Berkowitz | 9/9/2009 | 7.75 | Bidder Presentation (includes travel), Weekly M&A call, Business Unit Update, Reviewed Materials |
| Phil Berkowitz | 9/10/2009 | 6.50 | Committee calls, Business Unit calls, Reviewed materials |
| Phil Berkowitz | 9/11/2009 | 18.00 | Business Unit Auction (includes travel) |
| Phil Berkowitz | 9/12/2009 | 10.00 | Business Unit Auction (includes travel) |
| Phil Berkowitz | 9/13/2009 | 7.00 | Business Unit Auction (includes travel) |
| Phil Berkowitz | 9/14/2009 | 1.00 | Reviewed materials |
| Phil Berkowitz | 9/15/2009 | 1.50 | IP call, Reviewed materials |
| Phil Berkowitz | 9/16/2009 | 4.50 | Weekly M&A & Professionals call, Reviewed materials |
| Phil Berkowitz | 9/17/2009 | 3.75 | Business Unit & Weekly Committee calls, Reviewed materials |
| Phil Berkowitz | 9/18/2009 | 2.00 | Bidder call, Reviewed materials |
| Phil Berkowitz | 9/22/2009 | 2.50 | Bidder & IP calls, Reviewed materials |
| Phil Berkowitz | 9/23/2009 | 4.00 | M&A & Professionals calls, Reviewed materials |
| Phil Berkowitz | 9/24/2009 | 3.50 | Committee & other calls, Reviewed materials |
| Phil Berkowitz | 9/28/2009 | 1.00 | Business Unit call with Other Professional, Reviewed materials |
| Phil Berkowitz | 9/29/2009 | 3.00 | IP call, Business Unit Bidding Procedures call, Reviewed materials |
| Phil Berkowitz | 9/30/2009 | 1.50 | M&A Call, Reviewed materials |
| **September 2009 Summary Hours for Phil Berkowitz** | | **95.50** | |

19

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Hal Kennedy** | | | |
| Hal Kennedy | 9/1/2009 | 3.50 | Communicate with JEF team and UCC Members, Review M&A related analysis |
| Hal Kennedy | 9/2/2009 | 3.00 | Review M&A analysis, UCC call prep |
| Hal Kennedy | 9/3/2009 | 3.00 | Review M&A analysis, Communication with bidders and Other Professional, UCC call |
| Hal Kennedy | 9/4/2009 | 3.00 | Call with Debtors, Company Side Professional, Other Professionals |
| Hal Kennedy | 9/5/2009 | 1.75 | Communicate with Jefco Team, related analysis review, discussion with bidder financing source |
| Hal Kennedy | 9/6/2009 | 4.50 | Calls regarding bidder financin source |
| Hal Kennedy | 9/7/2009 | 1.50 | Review bid info re: Business Unit |
| Hal Kennedy | 9/8/2009 | 3.00 | Calls regarding and with Business Unit |
| Hal Kennedy | 9/9/2009 | 3.00 | UCC call; work on M&A analysis and related communication with Jefco Team |
| Hal Kennedy | 9/10/2009 | 4.00 | Communicate with Jefco Team, UCC Members, Other Professional, review related documents |
| Hal Kennedy | 9/11/2009 | 4.00 | M&A related Auction |
| Hal Kennedy | 9/12/2009 | 12.50 | M&A related Auction |
| Hal Kennedy | 9/13/2009 | 16.00 | M&A related Auction |
| Hal Kennedy | 9/14/2009 | 5.00 | M&A related Auction |
| Hal Kennedy | 9/15/2009 | 2.00 | Call with Other Professional, Jefco Team Member re: M&A issues |
| Hal Kennedy | 9/16/2009 | 3.00 | Call with Other Professional, Jefco Team re: M&A, Court update, UCC prep and call with Other professionals |
| Hal Kennedy | 9/17/2009 | 3.50 | UCC call and related follow-up with Jefco Team |
| Hal Kennedy | 9/17/2009 | 4.00 | Communication with UCC member and related communication with Other Professional, bidder meetings |
| Hal Kennedy | 9/18/2009 | 0.50 | Court hearing/update |
| Hal Kennedy | 9/21/2009 | 2.00 | Communicaiton with Jefco Team re: UCC presentation, M&A issues and related document review |
| Hal Kennedy | 9/22/2009 | 1.00 | M&A Issues |
| Hal Kennedy | 9/23/2009 | 6.00 | M&A update, UCC call prep, travel |
| Hal Kennedy | 9/24/2009 | 14.00 | UCC call , IP consultant interviews, travel |
| Hal Kennedy | 9/25/2009 | 1.50 | Communicate with Other Professional re: UCC call prep |
| Hal Kennedy | 9/28/2009 | 1.50 | M&A related communication |
| Hal Kennedy | 9/29/2009 | 4.00 | Meeting with Other Professionals re: Allocations and related document review; UCC call prep |
| Hal Kennedy | 9/30/2009 | 6.00 | Review proceeds allocation info, M&A document review, allocation meeting |
| **September 2009 Summary Hours for Hal Kennedy** | | **116.75** | |
| | | | |
| **Leo Chang** | | | |
| Leo Chang | 9/1/2009 | 3.50 | Communicate with JEF team and UCC Members, Review M&A related analysis |
| Leo Chang | 9/3/2009 | 1.00 | Review M&A analysis, Communication with bidders and Other Professional |
| Leo Chang | 9/4/2009 | 2.50 | Call with Debtors, Company Side Professional, Other Professionals, review related materials |
| Leo Chang | 9/5/2009 | 2.00 | Communicate with Jefco Team, UCC Member re: M&A and related analysis review |
| Leo Chang | 9/7/2009 | 1.50 | Review bid info re: Business Unit |
| Leo Chang | 9/8/2009 | 4.00 | UCC call prep, review of related materials, calls regarding business unit |
| Leo Chang | 9/9/2009 | 3.00 | UCC call; work on M&A analysis and related communication with Jefco Team |
| Leo Chang | 9/10/2009 | 3.00 | Review of M&A related documents, communication with Jefco Team |
| Leo Chang | 9/11/2009 | 1.50 | Auction related material review |
| Leo Chang | 9/12/2009 | 4.00 | Review auction/M&A analysis; related coummunication with Jefco Team and creditors |
| Leo Chang | 9/13/2009 | 4.00 | Review auction/M&A analysis and related communication withTeam |
| Leo Chang | 9/15/2009 | 2.00 | Call with Other Professional, Jefco Team Member re: M&A issues |
| Leo Chang | 9/16/2009 | 2.00 | Call with Other Professional, Jefco Team, Court update, UCC call prep and call with other professionals |
| Leo Chang | 9/17/2009 | 3.00 | UCC call and related follow-up with Jefco Team re: M&A issues |
| Leo Chang | 9/18/2009 | 1.00 | Call with creditors re: M&A issues, Court hearing/update |
| Leo Chang | 9/21/2009 | 2.00 | Communicaiton with Jefco Team re: UCC presentation, M&A issues and related document review. |
| Leo Chang | 9/24/2009 | 2.50 | Review UCC presentation, UCC call |
| Leo Chang | 9/27/2009 | 1.50 | Review M&A documents and court filings |
| Leo Chang | 9/28/2009 | 1.50 | Review proceed allocation documents and tax documents |
| Leo Chang | 9/29/2009 | 5.00 | Meeting on allocations, document review; UCC call prep and M&A/bid proceedures review |
| Leo Chang | 9/30/2009 | 3.50 | Review proceeds allocation info, M&A documents |
| **September 2009 Summary Hours for Leo Chang** | | **54.00** | |
| | | | |
| **Gaurav Kittur** | | | |
| Gaurav Kittur | 9/1/2009 | 5.25 | Reviewed Business Unit Valuation Materials, IP Call, Business Unit Call |
| Gaurav Kittur | 9/2/2009 | 4.50 | Reviewed Business Unit Valuation Materials, Weekly M&A Call, Professionals Call |
| Gaurav Kittur | 9/3/2009 | 4.50 | Reviewed Business Unit Valuation Materials, Weekly Committee Call, Business Unit Call with Bidder |
| Gaurav Kittur | 9/4/2009 | 3.75 | Reviewed Debt Comps, Business Unit Bid Call, Business Unit Follow-Up Call |
| Gaurav Kittur | 9/6/2009 | 1.00 | Business Unit l follow up call on Bidder bid |
| Gaurav Kittur | 9/8/2009 | 2.00 | IP Call, Reviewed Business Unit Materials |
| Gaurav Kittur | 9/9/2009 | 8.25 | Bidder Presentation (includes travel), Weekly M&A Call, Reviewed Business Unit Materials |
| Gaurav Kittur | 9/10/2009 | 7.00 | Committee Calls, Business Unit Discussions, Reviewed Business Unit Materials |
| Gaurav Kittur | 9/11/2009 | 23.00 | Business Unit Auction (includes travel) |
| Gaurav Kittur | 9/12/2009 | 13.00 | Business Unit Auction (includes travel) |
| Gaurav Kittur | 9/13/2009 | 15.00 | Business Unit Auction (includes travel) |
| Gaurav Kittur | 9/14/2009 | 1.00 | Reviewed Business Unit Materials |
| Gaurav Kittur | 9/15/2009 | 2.00 | IP Call, Prepared Business Unit & Business Unit Materials |
| Gaurav Kittur | 9/16/2009 | 6.00 | Weekly M&A Call, Professionals Call, Reviewed Business Unit Materials |
| Gaurav Kittur | 9/17/2009 | 4.00 | Weekly Committee Call, Reviewed Business Unit Materials, Business Unit Call |
| Gaurav Kittur | 9/18/2009 | 2.50 | Bidder Call, Reviewed Materials |
| Gaurav Kittur | 9/22/2009 | 2.50 | Bidder Call, IP Call, Reviewed Materials |
| Gaurav Kittur | 9/23/2009 | 5.00 | M&A Call, Professionals Call, Reviewed Bid Materials |
| Gaurav Kittur | 9/24/2009 | 4.25 | Committee Call, Reviewed Materials, Business Unit Call |
| Gaurav Kittur | 9/28/2009 | 1.00 | Call with Other Professional: Re Business Unit, Reviewed Materials |
| Gaurav Kittur | 9/29/2009 | 3.00 | IP Call, Business Unit Bidding Procedures Calls, Reviewed Business Unit Materials |
| Gaurav Kittur | 9/30/2009 | 1.50 | M&A Call, Reviewed Materials |
| **September 2009 Summary Hours for Gaurav Kittur** | | **120.00** | |

20

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Paul Zangrilli** | | | |
| Paul Zangrilli | 9/1/2009 | 6.00 | Business Unit Valuation, IP Call, Business Unit Call |
| Paul Zangrilli | 9/2/2009 | 5.50 | Business Unit Valuation, Weekly M&A Call, Professionals Call |
| Paul Zangrilli | 9/3/2009 | 5.75 | Business Unit Valuation, Weekly Committee Call, Business Unit Call with Bidder |
| Paul Zangrilli | 9/4/2009 | 4.50 | Debt Comps, Business Unit Bid Call, Business Unit Follow-Up Call |
| Paul Zangrilli | 9/5/2009 | 5.00 | Debt Comps |
| Paul Zangrilli | 9/6/2009 | 1.00 | Business Unit follow up call on Bidder bid |
| Paul Zangrilli | 9/8/2009 | 4.00 | IP Call, Business Unit Materials, Business Unit Model |
| Paul Zangrilli | 9/9/2009 | 8.50 | Bidder Call, Weekly M&A Call, Business Unit Update, Business Unit Materials & Model |
| Paul Zangrilli | 9/10/2009 | 7.75 | Committee Calls, Business Unit Discussions, Business Unit Materials |
| Paul Zangrilli | 9/11/2009 | 23.00 | Business Unit Auction (includes travel) |
| Paul Zangrilli | 9/12/2009 | 13.00 | Business Unit Auction (includes travel) |
| Paul Zangrilli | 9/13/2009 | 20.00 | Business Unit Auction (includes travel) |
| Paul Zangrilli | 9/14/2009 | 1.00 | Business Unit Materials |
| Paul Zangrilli | 9/15/2009 | 5.00 | IP Call, Business Unit Materials |
| Paul Zangrilli | 9/16/2009 | 7.50 | Weekly M&A Call, Professionals Call, Business Unit Materials |
| Paul Zangrilli | 9/17/2009 | 4.50 | Weekly Committee Call, Business Unit Materials, Business Unit Call |
| Paul Zangrilli | 9/18/2009 | 3.00 | Bidder Call, reviewed materials |
| Paul Zangrilli | 9/22/2009 | 3.00 | Bidder Call, IP Call, reviewed materials |
| Paul Zangrilli | 9/23/2009 | 7.00 | M&A Call, Professionals Call, reviewed bids |
| Paul Zangrilli | 9/24/2009 | 4.50 | Committee Call, reviewed materials, Business Unit Call |
| Paul Zangrilli | 9/27/2009 | 1.00 | Reviewed materials |
| Paul Zangrilli | 9/28/2009 | 5.00 | Call with Other Professional: Re Business Unit, reviewed materials |
| Paul Zangrilli | 9/29/2009 | 3.50 | IP Call, Business Unit Bidding Procedures Calls, Business Unit materials |
| Paul Zangrilli | 9/30/2009 | 1.50 | M&A Call, reviewed materials |
| **September 2009 Summary Hours for Paul Zangrilli** | | **150.50** | |
| **Cary Verasco** | | | |
| Cary Verasco | 9/1/2009 | 4.00 | Call with other Committee advisor, review analysis, various correspondence, calls with other professionals |
| Cary Verasco | 9/2/2009 | 5.00 | Various correspondence, several calls with Company and Committee advisors, review analysis |
| Cary Verasco | 9/3/2009 | 6.50 | Committee call, various correspondence, calls with other professionals, review analyses |
| Cary Verasco | 9/4/2009 | 4.00 | Various correspondence, review materials and analyses, calls with Company and other advisors |
| Cary Verasco | 9/5/2009 | 2.00 | Various correspondence, internal discussion |
| Cary Verasco | 9/6/2009 | 2.50 | Calls with Company and other professionals, various correspondence |
| Cary Verasco | 9/7/2009 | 2.50 | Various correspondence, call with Company advisor, update analysis |
| Cary Verasco | 9/8/2009 | 5.50 | Call with interested party, review analysis, Committee call, various correspondence, call with counsel |
| Cary Verasco | 9/9/2009 | 6.00 | Various correspondence, review analysis, meeting with interested party and related travel, update analysis |
| Cary Verasco | 9/10/2009 | 6.50 | Review materials, Committee call, various correspondence, review analyses, calls with other professionals |
| Cary Verasco | 9/11/2009 | 22.00 | Attend auction, prepare / review various analyses / materials, meetings with various parties |
| Cary Verasco | 9/12/2009 | 1.00 | Attend auction, prepare / review various analyses / materials, meetings with various parties |
| Cary Verasco | 9/14/2009 | 2.50 | Various correspondence, update analysis |
| Cary Verasco | 9/15/2009 | 1.50 | Review analysis, various correspondence, update analysis |
| Cary Verasco | 9/16/2009 | 5.50 | Update calls with Company and other professionals, review materials, call with counsel, correspondence |
| Cary Verasco | 9/22/2009 | 3.50 | Review materials, update materials, various correspondence, call with counsel, due diligence coordination |
| Cary Verasco | 9/23/2009 | 2.00 | Review materials, various correspondence, calls with Company and other professionals |
| Cary Verasco | 9/24/2009 | 4.00 | Review materials, correspondence, calls with Company and professionals, UCC call, due diligence coord. |
| Cary Verasco | 9/25/2009 | 1.50 | Review materials, calls with other advisor, various correspondence |
| Cary Verasco | 9/28/2009 | 0.50 | Review materials |
| Cary Verasco | 9/29/2009 | 3.50 | Review materials, prepare analysis, internal discussions, various correspondence, call with other advisors |
| Cary Verasco | 9/30/2009 | 1.50 | Internal discussion, various correspondence |
| **September 2009 Summary Hours for Cary Verasco** | | **93.50** | |

<mark>Case 09-10138-MFW    Doc 1808-4    Filed 11/04/09    Page 6 of 7</mark>

| Bankers | Date | Hours | Description |
|---|---|---|---|
| **Gene Chen** | | | |
| Gene Chen | 9/1/2009 | 3.00 | Nortel - M&A Analysis and Presentation |
| Gene Chen | 9/1/2009 | 2.50 | Nortel - Business Unit Update Call |
| Gene Chen | 9/2/2009 | 0.75 | Nortel - Weekly M&A Call |
| Gene Chen | 9/2/2009 | 2.00 | Nortel - M&A Analysis |
| Gene Chen | 9/2/2009 | 1.00 | Nortel - Professionals Pre-Call |
| Gene Chen | 9/2/2009 | 3.00 | Nortel - M&A Analysis, Various Correspondence. |
| Gene Chen | 9/3/2009 | 2.00 | Nortel - Weekly Committee Call |
| Gene Chen | 9/3/2009 | 4.50 | Nortel - M&A Analysis and Presentation, Various Correspondence |
| Gene Chen | 9/3/2009 | 1.50 | Nortel - M&A Call |
| Gene Chen | 9/4/2009 | 1.00 | Nortel - M&A Call |
| Gene Chen | 9/4/2009 | 3.00 | Nortel - M&A Analysis and Presentation, Various Correspondence |
| Gene Chen | 9/4/2009 | 1.50 | Nortel - M&A Call |
| Gene Chen | 9/5/2009 | 2.00 | Nortel - M&A Analysis, Various Correspondence |
| Gene Chen | 9/6/2009 | 3.00 | Nortel - M&A Analysis |
| Gene Chen | 9/6/2009 | 2.00 | Nortel - All Advisors M&A Call |
| Gene Chen | 9/7/2009 | 5.00 | Nortel - M&A Analysis |
| Gene Chen | 9/8/2009 | 6.50 | Nortel - M&A Analysis. Prepare presentation for UCC Various Correspondence |
| Gene Chen | 9/8/2009 | 2.50 | Nortel - Call with M&A bidder |
| Gene Chen | 9/9/2009 | 6.00 | Nortel - M&A analysis, Presentation to UCC, various correspondence |
| Gene Chen | 9/9/2009 | 1.00 | Nortel - Call with M&A bidder |
| Gene Chen | 9/9/2009 | 1.00 | Nortel - M&A analysis |
| Gene Chen | 9/9/2009 | 2.00 | Nortel - Call with M&A bidder |
| Gene Chen | 9/10/2009 | 2.00 | Nortel - Weekly UCC update call |
| Gene Chen | 9/10/2009 | 3.00 | Nortel - M&A analysis |
| Gene Chen | 9/10/2009 | 1.00 | Nortel - M&A update call with UCC |
| Gene Chen | 9/11/2009 | 1.00 | Nortel - Ad hoc analysis for auction process |
| Gene Chen | 9/13/2009 | 1.50 | Nortel - Fee analysis, various correspondence |
| Gene Chen | 9/14/2009 | 3.00 | Nortel - Various correspondence, Fee analysis |
| Gene Chen | 9/14/2009 | 1.25 | Nortel - M&A call |
| Gene Chen | 9/15/2009 | 1.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 9/15/2009 | 1.00 | Nortel - M&A update call with Other Professional |
| Gene Chen | 9/15/2009 | 0.50 | Nortel - IP call |
| Gene Chen | 9/16/2009 | 1.00 | Nortel - M&A analysis Various correspondence |
| Gene Chen | 9/16/2009 | 1.00 | Nortel - M&A update call |
| Gene Chen | 9/16/2009 | 1.00 | Nortel - Professionals pre-call |
| Gene Chen | 9/16/2009 | 1.00 | Nortel - Research for potential bondholder |
| Gene Chen | 9/16/2009 | 0.50 | Nortel - M&A internal correspondence |
| Gene Chen | 9/16/2009 | 0.50 | Nortel - M&A update call |
| Gene Chen | 9/17/2009 | 2.25 | Nortel - Weekly UCC update call |
| Gene Chen | 9/17/2009 | 0.50 | Nortel - Various correspondence |
| Gene Chen | 9/17/2009 | 0.75 | Nortel - M&A call |
| Gene Chen | 9/18/2009 | 0.75 | Nortel - M&A call with UCC FAs |
| Gene Chen | 9/21/2009 | 1.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 9/22/2009 | 7.25 | Nortel - M&A presentation to UCC, Fee analysis, various correspondence |
| Gene Chen | 9/22/2009 | 0.25 | Nortel - M&A call with Company Side Professional |
| Gene Chen | 9/23/2009 | 7.00 | Nortel - IP Meeting in Chicago (including travel) |
| Gene Chen | 9/23/2009 | 1.00 | Nortel - Professionals pre-call |
| Gene Chen | 9/23/2009 | 0.50 | Nortel - M&A update call |
| Gene Chen | 9/23/2009 | 1.00 | Nortel - M&A analysis, various correspondence |
| Gene Chen | 9/24/2009 | 10.50 | Nortel - IP Meeting in Chicago (including travel) |
| Gene Chen | 9/25/2009 | 6.00 | Nortel - IP Meeting in Chicago (including travel) |
| Gene Chen | 9/25/2009 | 3.00 | Nortel - Proceed allocation analysis |
| Gene Chen | 9/27/2009 | 1.00 | Nortel - Proceed allocation analysis |
| Gene Chen | 9/28/2009 | 3.00 | Nortel - Proceed allocation analysis, Review materials |
| Gene Chen | 9/29/2009 | 2.50 | Nortel - Proceed allocation analysis |
| Gene Chen | 9/29/2009 | 3.50 | Nortel - Proceed allocation analysis, meeting/call with UCC FAs |
| Gene Chen | 9/30/2009 | 1.00 | Nortel - Review materials |
| Gene Chen | 9/30/2009 | 0.50 | Nortel - M&A update call |
| **September 2009 Summary Hours for Gene Chen** | | **130.25** | |
| | | | |
| **Ryan Stuckert** | | | |
| Ryan Stuckert | 9/1/2009 | 9.50 | Prepared Business Unit Valuation Materials, IP Call, Business Unit Call |
| Ryan Stuckert | 9/2/2009 | 8.50 | Prepared Business Unit Valuation Materials, Weekly M&A Call, Professionals Call |
| Ryan Stuckert | 9/3/2009 | 9.00 | Prepared Business Unit Valuation Materials, Weekly Committee Call, M&A related Call, Prep Debt Comps |
| Ryan Stuckert | 9/4/2009 | 7.50 | Prepared Debt Comps, Business Unit Bid Call, Business Unit Follow-Up Call |
| Ryan Stuckert | 9/5/2009 | 7.00 | Revised Debt Comps |
| Ryan Stuckert | 9/6/2009 | 3.50 | Business Unit Call - Bidder Bid, Reviewed Materials |
| Ryan Stuckert | 9/8/2009 | 7.75 | IP Call, Prepared Business Unit Materials, Business Unit Model Work |
| Ryan Stuckert | 9/9/2009 | 9.25 | Bidder Call, Weekly M&A Call, Business Unit Update, Business Unit Work & Model |
| Ryan Stuckert | 9/10/2009 | 7.50 | Committee Calls, Business Unit Discussions, Reviewed Business Unit Materials |
| Ryan Stuckert | 9/11/2009 | 7.00 | Reviewed Business Unit Materials, Prepared Business Unit Model |
| Ryan Stuckert | 9/14/2009 | 2.00 | Reviewed Business Unit Materials |
| Ryan Stuckert | 9/15/2009 | 6.00 | IP Call, Prepared Business Unit Materials |
| Ryan Stuckert | 9/16/2009 | 9.00 | Weekly M&A Call, Professionals Call, Prepared Business Unit Materials |
| Ryan Stuckert | 9/17/2009 | 5.50 | Weekly Committee Call, Prepared Business Unit Materials, Business Unit Call |
| Ryan Stuckert | 9/18/2009 | 3.00 | Bidder Call, Reviewed Materials |
| Ryan Stuckert | 9/22/2009 | 5.00 | Bidder Call, IP Call, Reviewed Materials |
| Ryan Stuckert | 9/23/2009 | 8.00 | M&A Call, Professionals Call, Prepared Bid Materials |
| Ryan Stuckert | 9/24/2009 | 5.00 | Committee Call, Prepared Materials, Business Unit Call |
| Ryan Stuckert | 9/27/2009 | 3.50 | Prepared Business Unit Materials |
| Ryan Stuckert | 9/28/2009 | 7.50 | Call with Other Professional: Re Business Unit, Prepared Materials |
| Ryan Stuckert | 9/29/2009 | 4.50 | IP Call, Business Unit Bidding Procedures Calls, Prepared Business Unit Materials |
| Ryan Stuckert | 9/30/2009 | 2.50 | M&A Call, Reviewed Materials, Administrative |
| **September 2009 Summary Hours for Ryan Stuckert** | | **138.00** | |

<mark>22</mark>

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Blair Morrison* | | | |
| Blair Morrison | 9/1/2009 | 3.00 | IP follow-up call, M&A related call |
| Blair Morrison | 9/2/2009 | 4.00 | Weekly Cashflow call, weekly M&A call, Professionals call, M&A analysis |
| Blair Morrison | 9/3/2009 | 4.50 | Weekly Committee Call, M&A related Bid Analysis, M&A related presenations |
| Blair Morrison | 9/4/2009 | 11.00 | APAC Call, M&A related call, Bid analysis, Call with Nortel - M&A related, M&A related analysis |
| Blair Morrison | 9/5/2009 | 15.00 | M&A related analysis |
| Blair Morrison | 9/6/2009 | 9.00 | Bid analysis call, M&A related analysis |
| Blair Morrison | 9/7/2009 | 6.00 | M&A related call, bid analysis |
| Blair Morrison | 9/8/2009 | 8.00 | M&A related analysis, Call with Nortel, Bid Call |
| Blair Morrison | 9/9/2009 | 6.00 | Weekly cashflow call, M&A related calls, M&A Analysis |
| Blair Morrison | 9/10/2009 | 10.00 | Weekly Committee Call, M&A related Bid Analysis, M&A related presenations |
| Blair Morrison | 9/11/2009 | 22.00 | M&A related Auction |
| Blair Morrison | 9/12/2009 | 12.50 | M&A related Auction |
| Blair Morrison | 9/13/2009 | 19.00 | M&A related Auction |
| Blair Morrison | 9/14/2009 | 6.00 | Nortel Update Call, M&A related analysis |
| Blair Morrison | 9/15/2009 | 3.00 | Follow up IP Call, M&A related call |
| Blair Morrison | 9/16/2009 | 3.00 | M&A update calls |
| Blair Morrison | 9/17/2009 | 3.00 | Presentation prep, UCC call |
| Blair Morrison | 9/21/2009 | 1.00 | Correspondence, review materials |
| Blair Morrison | 9/22/2009 | 2.00 | M&A related call, IP Follow-up call |
| Blair Morrison | 9/23/2009 | 2.00 | Weekly M&A Call, professionals pre call |
| Blair Morrison | 9/24/2009 | 4.00 | UCC Call, related materials analysis |
| Blair Morrison | 9/25/2009 | 1.00 | M&A related analysis |
| Blair Morrison | 9/28/2009 | 2.00 | M&A related analysis |
| Blair Morrison | 9/29/2009 | 2.00 | M&A related call, IP Follow-up call |
| Blair Morrison | 9/30/2009 | 7.00 | M&A related analysis, Bid procedures call, review of related materials |
| **September 2009 Summary Hours for Blair Morrison** | | **166.00** | |
| | | | |
| *Natalie Mayslich* | | | |
| Natalie Mayslich | 9/1/2009 | 9.00 | Prepared Business Unit Valuation Materials, IP Call, Business Unit Call |
| Natalie Mayslich | 9/2/2009 | 7.50 | Prepared Business Unit Valuation Materials, Weekly M&A Call, Professionals Call |
| Natalie Mayslich | 9/3/2009 | 7.50 | Prepared Business Unit Valuation Materials, UCC Call, Business Unit Call with Bidder, Prep Debt Comps |
| Natalie Mayslich | 9/4/2009 | 6.50 | Prepared Debt Comps, Business Unit Bid Call, Business Unit Follow-Up Call |
| Natalie Mayslich | 9/5/2009 | 5.00 | Revised Debt Comps |
| Natalie Mayslich | 9/6/2009 | 1.00 | Business Unit I follow up call on Bidder bid |
| Natalie Mayslich | 9/8/2009 | 8.50 | IP Call, Prepared Business Unit Materials, Business Unit Model Work |
| Natalie Mayslich | 9/9/2009 | 9.25 | Bidder Call, Weekly M&A Call, Business Unit Update, Prepared Business Unit Materials |
| Natalie Mayslich | 9/10/2009 | 8.00 | Committee Calls, Business Unit Discussions, Reviewed Business Unit Materials |
| Natalie Mayslich | 9/11/2009 | 6.50 | Reviewed Business Unit Materials, Prepared Business Unit Model |
| Natalie Mayslich | 9/14/2009 | 2.00 | Reviewed Business Unit Materials |
| Natalie Mayslich | 9/15/2009 | 6.00 | IP Call, Prepared Business Unit Materials |
| Natalie Mayslich | 9/16/2009 | 9.00 | Weekly M&A Call, Professionals Call, Prepared Business Unit Materials |
| Natalie Mayslich | 9/17/2009 | 5.50 | Weekly Committee Call, Prepared Business Unit Materials, Business Unit Call |
| Natalie Mayslich | 9/18/2009 | 3.00 | Bidder Call, Reviewed Materials |
| Natalie Mayslich | 9/22/2009 | 3.00 | Bidder Call, IP Call, Reviewed Materials |
| Natalie Mayslich | 9/23/2009 | 8.50 | M&A Call, Professionals Call, Prepared Bid Materials |
| Natalie Mayslich | 9/24/2009 | 5.00 | Committee Call, Prepared Materials, Business Unit Call |
| Natalie Mayslich | 9/27/2009 | 3.50 | Prepared Business Unit Materials |
| Natalie Mayslich | 9/28/2009 | 7.50 | Call with Other Professional: Re Business Unit, Prepared Materials |
| Natalie Mayslich | 9/29/2009 | 4.50 | IP Call, Business Unit Bidding Procedures Calls, Prepared Business Unit Materials |
| Natalie Mayslich | 9/30/2009 | 2.75 | M&A Call, Reviewed Materials, Administrative |
| **September 2009 Summary Hours for Natalie Mayslich** | | **129.00** | |