# Exhibit A1
**PARTIES AFFECTED BY THE AMENDMENTS**

# Exhibit A1

| Action | Class | Creditor | Basis for Claim |
|---|---|---|---|
| Addition | Executory Contracts | Allegis Group, Inc | Service agreement |
| Addition | Executory Contracts | AltiGen Communications, Inc. | License Agreement |
| Addition | Executory Contracts | ATI Research Silicon Valley Inc. (Assignor) and Advanced Micro Devices, Inc.(Assignee) | Sublease |
| Addition | Executory Contracts | Brocade Communications Systems, Inc., Attn: Michael Hirahara, Director, Global Real Estate & Facilities | Sublease |
| Addition | Executory Contracts | CELLCO Partnership, dba Verizon Wireless | Sublease related - In Building Radio Distribution Agreement |
| Addition | Executory Contracts | Emerson | Reactivation agreement |
| Addition | Executory Contracts | Fiber Technologies Networks, LLC | Sublease related - Access Agreement Agreement |
| Addition | Executory Contracts | Fidelity Real Estate Company, LLC, Vice President - Leasing | Sublease |
| Addition | Executory Contracts | Hewlett Packard Company | Contract #720710 amendment |
| Addition | Executory Contracts | LanceSoft | Sublease |
| Addition | Executory Contracts | Namco Bandai Games America Inc., Chief Financial Officer | Sublease |
| Addition | Executory Contracts | Namco Bandai Games America Inc., Chief Financial Officer | Sublease |
| Addition | Executory Contracts | Pediatrix Medical Group, Inc., Facilities Department | Sublease |
| Addition | Executory Contracts | Raytheon Company, Real Estate Department | Sublease |
| Addition | Executory Contracts | Time Warner Telecom of North Carolina, LP | Sublease related - Right of Entry Agreement |
| Addition | Executory Contracts | Volt Delta Resources, LLC, Legal Department | Sublease related - License Agreement |

# Exhibit A2

**FILED UNDER SEAL IN ACCORDANCE WITH ORDER AUTHORIZING CERTAIN DEBTORS TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR SCHEDULES AND RELATED CERTIFICATES OF SERVICE, DATED MAY 20, 2009 [D.I. 770]**