# Exhibit B
**AMENDMENTS TO THE SCHEDULES OF NORTEL NETWORKS INC.**

# AMENDING

In re  NORTEL NETWORKS INC.             Case No. 09-10138

                     Debtor                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. CASH ON HAND. | X | | | |
| 2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | X | | | |
| 3. SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | | Deleted<br>WP CAREY & COMPANY<br>2370 PERFORMANCE<br>RICHARDSON, TX 75082<br><br>Deleted<br>485 LEXINGTON OWNER LLC<br>485 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br><br>Deleted<br>PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>4555 GREAT AMERICA PKWY.<br>SANTA CLARA, CA 95054<br><br>Deleted<br>TOWER 333 LLC<br>333 108TH AVE NE<br>BELLEVUE, WA 98004 | | $2,643,750.00<br><br><br><br>$1,648,625.00<br><br><br><br>$195,926.00<br><br><br><br>$75,000.00 |
| 4. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |

Sheet no. 1 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re **NORTEL NETWORKS INC.**           Case No. 09-10138
               Debtor                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6. WEARING APPAREL. | X | | | |
| 7. FURS AND JEWELRY. | X | | | |
| 8. FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |
| 9. INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES. ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c) RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | X | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | X | | | |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | X | | | |

Sheet no. 2 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re **NORTEL NETWORKS INC.**                Case No. 09-10138

               Debtor                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |

Sheet no. 3 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re  NORTEL NETWORKS INC.                Case No.  09-10138

Debtor                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | X | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | X | | | |
| | | | Total | $0.00 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Sheet no. 4 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re  NORTEL NETWORKS INC.                                    Case No.  09-10138
                    Debtor                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Addition**<br>ALLEGIS GROUP, INC<br>7301 PARKWAY DRIVE<br>HANOVER, MD 21076 | SERVICE AGREEMENT<br>CONTRACT ID: SU_EM_1613 |
| **Addition**<br>ATI RESEARCH SILICON VALLEY INC. (ASSIGNOR) AND ADVANCED MICRO DEVICES, INC.(ASSIGNEE)<br>ATI RESEARCH SILICON VALLEY, INC., 4555 GREAT AMERICAN PARKWAY<br>SANTA CLARA, CA 95054 | SUBLEASE<br>CONTRACT ID: SU_RES_4533 |
| **Addition**<br>BROCADE COMMUNICATIONS SYSTEMS, INC., ATTN: MICHAEL HIRAHARA, DIRECTOR, GLOBAL REAL ESTATE & FACILITIES<br>1745 TECHNOLOGY DRIVE<br>SAN JOSE, CA 95110 | SUBLEASE<br>CONTRACT ID: SU_RES_4534 |
| **Addition**<br>CELLCO PARTNERSHIP, DBA VERIZON WIRELESS<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 07920 | SUBLEASE RELATED - IN BUILDING RADIO DISTRIBUTION AGREEMENT<br>CONTRACT ID: SU_RES_4532 |
| **Addition**<br>EMERSON<br>2900 SOUTH DIABLO WAY<br>TEMPE, AZ 85282-3214 | REACTIVATION AGREEMENT<br>CONTRACT ID: SU_EM_20342 |
| **Addition**<br>FIBER TECHNOLOGIES NETWORKS, LLC<br>140 ALLENS CREEK ROAD<br>ROCHESTER, NY 14618 | SUBLEASE RELATED - ACCESS AGREEMENT AGREEMENT<br>CONTRACT ID: SU_RES_4531 |
| **Addition**<br>FIDELITY REAL ESTATE COMPANY, LLC, VICE PRESIDENT - LEASING<br>82 DEVONSHIRE STREET<br>BOSTON, MA 02109 | SUBLEASE<br>CONTRACT ID: SU_RES_4530 |
| **Addition**<br>HEWLETT PACKARD COMPANY<br>3000 HANOVER STREET, PO BOX 10301<br>PALO ALTO, CA 94303-0890 | CONTRACT #720710 AMENDMENT<br>CONTRACT ID: SU_EM_19439 |

Sheet no. 1 of 2 sheet(s) attached to Schedule of
Executory Contracts and Unexpired Leases

# AMENDING

In re **NORTEL NETWORKS INC.**          Case No. __09-10138__

Debtor          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Addition**<br>LANCESOFT<br>2325 DULLES CORNER BOULEVARD, 9TH FLOOR<br>HERNDON, VA 20170 | SUBLEASE<br>CONTRACT ID: SU_RES_4538 |
| **Addition**<br>NAMCO BANDAI GAMES AMERICA INC., CHIEF FINANCIAL OFFICER<br>4555 GREAT AMERICAN PARKWAY, SUITE 201<br>SANTA CLARA, CA 95054 | SUBLEASE<br>CONTRACT ID: SU_RES_4535 |
| **Addition**<br>NAMCO BANDAI GAMES AMERICA INC., CHIEF FINANCIAL OFFICER<br>4555 GREAT AMERICAN PARKWAY, SUITE 201<br>SANTA CLARA, CA 95054 | SUBLEASE<br>CONTRACT ID: SU_RES_4536 |
| **Addition**<br>PEDIATRIX MEDICAL GROUP, INC., FACILITIES DEPARTMENT<br>1301 CONCORD TERRACE<br>SUNRISE, FL 33323 | SUBLEASE<br>CONTRACT ID: SU_RES_4539 |
| **Addition**<br>RAYTHEON COMPANY, REAL ESTATE DEPARTMENT<br>870 WINTER STREET<br>WALTHAM, MA 02451 | SUBLEASE<br>CONTRACT ID: SU_RES_4537 |
| **Addition**<br>TIME WARNER TELECOM OF NORTH CAROLINA, LP<br>3120 HIGHWOODS BLVD., SUITE 214<br>RALEIGH, NC 27604 | SUBLEASE RELATED - RIGHT OF ENTRY AGREEMENT<br>CONTRACT ID: SU_RES_4529 |
| **Addition**<br>VOLT DELTA RESOURCES, LLC, LEGAL DEPARTMENT<br>560 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | SUBLEASE RELATED - LICENSE AGREEMENT<br>CONTRACT ID: SU_RES_4528 |

Sheet no. 2 of 2 sheet(s) attached to Schedule of
Executory Contracts and Unexpired Leases

In re  NORTEL NETWORKS INC.                              Case No.  09-10138
                    Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Clarke Glaspell, the Controller of Nortel Networks Inc., declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information, and belief.

Date  October 30, 2009            Signature  _/s/ Clarke Glaspell_

                                  Clarke Glaspell
                                  [Print or type name of individual signing on behalf of debtor.]

                                  Controller
                                  [Indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.