# **Exhibit A**

**AMENDMENTS TO THE SCHEDULES OF XROS, INC.**

# AMENDING

In re  XROS, INC. _____   Case No. 09-10142

Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. CASH ON HAND. | X | | | |
| 2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | X | | | |
| 3. SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5. BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6. WEARING APPAREL. | X | | | |
| 7. FURS AND JEWELRY. | X | | | |
| 8. FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |

Sheet no. 1 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re **XROS, INC.**                                                        Case No. **09-10142**

Debtor                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES. ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c) RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | X | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | X | | | |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | X | | | |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS. | X | | | |

Sheet no. 2 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re  XROS, INC.                                              Case No. 09-10142
                    Debtor                                              (if known)

### SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS. | | **Addition** SEE ATTACHED EXHIBIT B22 | | UNKNOWN |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | X | | | |

Sheet no. 3 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re **XROS, INC.**                                           Case No. **09-10142**
　　　　　　　　　　Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | X | | | |
| | | | Total | $0.00 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Sheet no. 4 of 4 sheets attached to
Schedule of Personal Property

## Exhibit B22
## Patents and Trademarks
Xros, Inc.                                      Case Number: 09-10142

**Intellectual Property not on the Balance Sheet:**

| Patent/Trademark Name | Type | Application # | Registration # | Expiration Date | Market Value |
|---|---|---|---|---|---|
| ARRANGEMENT FOR MULTIPLE 1XN SWITCHES | Patent | 2001-542251 | Unknown | Unknown | Unknown |
| COMPACT, SIMPLE, 2D RASTER, IMAGE-BUILDING FINGERPRINT SCANNER | Patent | 08/846,837 | 6122394 | 5/1/2017 | Unknown |
| CONNECTION PROTECTION BETWEEN CLIENTS AND OPTICAL CROSS-CONNECT SWITCHES | Patent | 09/704,458 | 6882765 | 12/24/2021 | Unknown |
| FLEXIBLE, MODULAR, COMPACT FIBER OPTIC SWITCH | Patent | 09/446,540 | 6445844 | 12/21/2019 | Unknown |
| FLEXIBLE, MODULAR,COMPACT FIBER OPTIC SWITCH IMPROVEMENTS | Patent | 10/031,159 | 6694072 | 1/11/2022 | Unknown |
| FLEXIBLE, MODULAR,COMPACT FIBER OPTIC SWITCH IMPROVEMENTS | Patent | 2001-512980 | Unknown | Unknown | Unknown |
| FLEXIBLE, MODULAR,COMPACT FIBER OPTIC SWITCH IMPROVEMENTS | Patent | PCT/US00/20028 | Unknown | Unknown | Unknown |
| HANDHELD DOCUMENT SCANNER | Patent | 09/547,813 | 6229139 | 7/23/2018 | Unknown |
| INTEGRATED SILICON PROFILOMETER AND AFM HEAD | Patent | 09/234,177 | 6272907 | 12/10/2016 | Unknown |
| METHOD AND APPARATUS FOR OPTICAL TO ELECTRICAL TO OPTICAL CONVERSION IN AN OPTICAL CROSS-CONNECT SWITCH | Patent | 09/704,439 | 6650803 | 11/1/2020 | Unknown |
| METHOD AND APPARATUS FOR SIGNALING BETWEEN AN OPTICAL CROSS-CONNECT SWITCH AND ATTACHED EQUIPMENT | Patent | 09/704,445 | 6792174 | 11/5/2020 | Unknown |
| METHOD OF OPERATING MICROMACHINED MEMBERS COUPLED FOR RELATIVE ROTATION | Patent | 09/518,364 | 6467345 | 5/12/2017 | Unknown |
| MICROMACHINED HINGE HAVING AN INTEGRAL TORSION SENSOR | Patent | 08/595,042 | 5648618 | 3/8/2014 | Unknown |
| MICROMACHINED MEMBERS COUPLED FOR RELATIVE ROTATION BY TORSION BARS | Patent | 08/855,883 | 6044705 | 1/31/2016 | Unknown |
| MICROMACHINED MEMBERS COUPLED FOR RELATIVE ROTATION BY TORSIONAL FLEXURE HINGES | Patent | 09/388,772 | 6392220 | 9/2/2019 | Unknown |
| MICROMACHINED MEMBERS COUPLED FOR RELATIVE ROTATION BY TORSIONAL FLEXURE HINGES | Patent | 10-2001-7002445 | 620347 | 9/2/2019 | Unknown |
| MICROMACHINED MEMBERS COUPLED FOR RELATIVE ROTATION BY TORSIONAL FLEXURE HINGES | Patent | 2000-568104 | Unknown | Unknown | Unknown |
| MICROMACHINED TORSIONAL SCANNER | Patent | 07/139,397 | 5629790 | 5/13/2014 | Unknown |
| MONOLITHIC SILICON RATE-GYRO WITH INTEGRATED SENSORS | Patent | 07/595,042 | 5648618 | 3/8/2014 | Unknown |
| OPTICAL CROSS-CONNECT SWITCHING SYSTEM | Patent | 09/704,457 | 6571030 | 11/1/2020 | Unknown |
| OPTICAL CROSS-CONNECT SWITCHING SYSTEM WITH BRIDGING, TEST ACCESS AND REDUNDANCY | Patent | 09/704,444 | 6597826 | 11/1/2020 | Unknown |
| TWO-DIMENSIONAL MICRO-MIRROR ARRAY ENHANCEMENTS | Patent | 10/157,354 | 6744550 | 11/16/2019 | Unknown |
| TWO-DIMENSIONAL MICRO-MIRROR ARRAY ENHANCEMENTS | Patent | 10/695,109 | 7031045 | 5/28/2022 | Unknown |

## Exhibit B22
## Patents and Trademarks

Xros, Inc.                                          Case Number: 09-10142

**Intellectual Property not on the Balance Sheet:**

| Patent/Trademark Name | Type | Application # | Registration # | Expiration Date | Market Value |
|---|---|---|---|---|---|
| VARIABLE ATTENUATION OF FREE-SPACE LIGHT BEAMS | Patent | 10/221,867 | 6961506 | 9/14/2022 | Unknown |

In re  **XROS, INC.**　　　　　　　　　　　　　　　　　　　Case No.  **09-10142**
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Clarke Glaspell, the Controller of Xros, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information, and belief.

Date  October 30, 2009　　　　　　　Signature  _[signature]_
　　　　　　　　　　　　　　　　　　　　Clarke Glaspell
　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

　　　　　　　　　　　　　　　　　　　　Controller
　　　　　　　　　　　　　　　　　　　　[Indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.