# Exhibit A

**PARTIES AFFECTED BY THE AMENDMENTS**

| **Action** | **Class** | **Creditor** | **Basis for Claim** |
|---|---|---|---|
| Addition | Executory Contracts | AltiGen Communications | License Agreement |