**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
 .
 .                                        Chapter 11
 .
*In re*                                   .
 .                                        Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1]       .
 .                                        Jointly Administered
                    Debtors.              .
 .
 .                                        **BAR DATE: December 15, 2009 at 5:00 p.m. (ET)**
 .
---------------------------------------------------------X

**NOTICE OF AMENDMENTS TO SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS OF**
**NORTEL NETWORKS HPOCS INC.**

TO:          (I) OFFICE OF THE UNITED STATES TRUSTEE AND (II) THOSE PARTIES
             REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

    **PLEASE TAKE NOTICE** that, on April 20, 2009, May 29, 2009 and September

11, 2009, Nortel Networks HPOCS Inc. ("the Debtor") and certain of its affiliates, as debtors and

debtors in possession (collectively, the "Debtors") filed their respective Schedules of Assets and

Liabilities and Statements of Financial Affairs (collectively, the "Schedules") [D.I. 616-627,

801-810, 1477-1478].

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1009(a) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc.
(9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the
Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

District of Delaware (the "Local Rules"), the Debtor hereby amends its Statements of Financial

Affairs as set forth in **Exhibit A** (the "Amended Statements").

PLEASE TAKE FURTHER NOTICE that the attached Amended Statements

only include the specific schedules and portions of the Statements of Financial Affairs that

contain additions and deletions. Except as expressly amended by these Amendments, the

Debtor's Schedules remain otherwise unchanged.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order (I)

Establishing Bar Dates for Filing Proofs of Claim and Requests for Payment of Administrative

Expenses, (II) Approving Proof of Claim and Administrative Expense Payment Request Forms,

Bar Date Notices and Mailing and Publication Procedures and (III) Providing Certain

Supplemental Relief [D.I. 1084], dated August 4, 2009 (the "Bar Date Order"), and Local Rule

1009-2, only those parties listed as holding a claim that has been amended by the Amended

Schedules may file a proof of claim form with the Debtor's claims agent, Epiq Bankruptcy

Solutions, LLC (the "Claims Agent"), at either of the following addresses so as to be received no

later than **5:00 p.m. (prevailing Eastern Time) on December 15, 2009**:

**IF BY HAND, COURIER OR OVERNIGHT SERVICE:**
    Nortel Networks Inc. Claims Processing Center
    c/o Epiq Bankruptcy Solutions, LLC
    757 Third Avenue, 3rd Floor
    New York, NY 10017

**IF BY MAIL:**
    Nortel Networks Inc. Claims Processing Center
    c/o Epiq Bankruptcy Solutions, LLC
    FDR Station, P.O. Box 5075
    New York, NY 10150-5075

A copy of the proof of claim form and instructions for filing a proof of claim are available at

http://chapter11.epiqsystems.com/nortel, or can be obtained by contacting Epiq Bankruptcy

Solutions at: (646) 282-2500.

## I.    RESERVATION OF RIGHTS

The Debtors reserve the right to dispute, or to assert offsets or defenses against, each of the claims listed or reflected in the Amended Schedules as to nature, amount, liability, classification or otherwise.  In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

## II.    GLOBAL NOTES REGARDING AMENDED SCHEDULES AND AMENDED STATEMENTS

While the Debtors have made every effort to ensure that the Amended Schedules and Amended Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred. Accordingly, the Debtors reserve the right to further amend the Schedules from time to time as may be necessary or appropriate. The global notes included in the Schedules are incorporated by reference in, and comprise an integral part of, the Amended Schedules and Amended Statements, and should be referred to and reviewed in connection with any review of the Amended Schedules and Amended Statements.

## III.    ADDITIONAL INFORMATION

Questions concerning the contents of this Notice should be directed to the undersigned counsel from 9 a.m. to 5 p.m. (ET), Monday through Friday.  Copies of the Schedules, Amended Schedules and Amended Statements are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  In addition, copies of the Schedules, Amended Schedules and Amended Statements may be viewed on the Internet at:    (i) the Claims Agent's website at http://chapter11.epiqsystems.com/nortel  and  (ii)  the  Bankruptcy  Court's  website  at

http://www.deb.uscourts.gov by following the directions for accessing the CM/ECF system.

Dated:  November 4, 2009      CLEARY GOTTLIEB STEEN & HAMILTON LLP
       Wilmington, Delaware

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*