IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.s 1627, 1685**
:
:
----------------------------------------------------------X

**DEBTORS' NOTICE OF FILING OF AMENDMENT NO. 1 TO THE
ASSET SALE AGREEMENT FOR THE SALE OF CERTAIN
ASSETS OF DEBTORS' METRO ETHERNET NETWORKS BUSINESS**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that, on January 14, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), except for Nortel Networks (CALA) Inc., which filed for bankruptcy protection on July 14, 2009.

**PLEASE TAKE FURTHER NOTICE** that, on October 7, 2009, the Debtors filed the Debtors' Motion for Orders (I)(A) authorizing Debtors' entry into a stalking horse asset sale agreement with Ciena Corporation, (B) authorizing and approving the Bidding Procedures and Bid Protections, (C) approving the Notice Procedures and the Assumption and Assignment Procedures, (D) authorizing the filing of certain documents under seal and (E) setting a date for the Sale Hearing, and (II) authorizing and approving (A) the sale of certain assets of Debtors' Metro Ethernet Networks business free and clear of all liens, claims and encumbrances and (B) the assumption and assignment of certain executory contracts [D.I. 1627] (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that, on October 16, 2009, the Bankruptcy Court entered an order approving the bidding procedures proposed in the Sale Motion, with certain modifications as reflected in the order (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Sale Motion is that certain Asset Sale Agreement, dated as of October 7, 2009, among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and certain other entities identified therein as Sellers,[2] and Ciena Corporation as Purchaser (the "Agreement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have executed an Amendment No. 1 to the Agreement dated October 16, 2009, attached hereto as Exhibit A, (the "Amendment") and filed the Amendment with the Bankruptcy Court to reflect certain modifications to the terms of payment of the Break-Up Fee under the Agreement as reflected in the Bidding Procedures Order and certain other modifications agreed to by the parties to the Agreement with respect to the HSR Filing Deadline and the definition of Material Contracts under the Agreement.

| | |
|---|---|
| Dated:  November 4, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

---

[2] Capitalized terms not otherwise defined in this notice shall have the meanings ascribed to such terms in the Agreement.