IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               :   Case No. 09-10138 (KG)
                                                               :
                        Debtors.                               :   Jointly Administered
                                                               :
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 1811, 1826]

PLEASE TAKE NOTICE that on November 4, 2009, unredacted copies of the **Notice Of Amendments To Schedules Of Assets And Liabilities And Statements Of Financial Affairs Of Nortel Networks Incorporated** (Re: D.I. Nos. 1811, 1826, Filed 11/4/09) were served in the manner indicated upon the entities listed and those on the attached service list in accordance with the May 20, 2009 Protective Order (D.I. 770).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: November 4, 2009
       Wilmington, Delaware

       CLEARY GOTTLIEB STEEN & HAMILTON LLP

       James L. Bromley (No. 5125)
       Lisa M. Schweitzer (No. 1033)
       One Liberty Plaza
       New York, New York 10006
       Telephone: (212) 225-2000
       Facsimile: (212) 225-3999

       - and -

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       /s/ Ann C. Cordo
       Derek C. Abbott (No. 3376)
       Eric D. Schwartz (No. 3134)
       Ann C. Cordo (No. 4817)
       Andrew R. Remming (No. 5120)
       1201 North Market Street, 18th Floor
       P.O. Box 1347
       Wilmington, DE 19899-1347
       Telephone: 302-658-9200
       Facsimile: 302-425-4663

       *Counsel for the Debtors and*
       *Debtors in Possession*