IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------X
:     Chapter 11
*In re*    :
:     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,    :
:     Jointly Administered
:
Debtors.    :
-----------------------------------------------------X

## MOTION OF RICHARD A. CHESLEY FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Richard A. Chesley of the law firm of Paul, Hastings, Janofsky & Walker LLP to represent International Business Machines Corporation and certain of its affiliates in this bankruptcy.

SMITH KATZENSTEIN & FURLOW LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller (I.D. 2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and

{93013|PHV|10088627.DOC}85039485.1    - 1 -

with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

PAUL, HASTINGS, JANOFSKY &amp; WALKER LLP

_____
Richard A. Chesley
Illinois State Bar No. 6240877
191 N. Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6050
Facsimile: (312) 499-6150
richardchesley@paulhastings.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                           THE HONORABLE KEVIN GROSS
                           United States Bankruptcy Judge