**EXHIBIT A**

## SCHEDULE A

| Name and Address of Counterparty | Effective Date of Assignment | Description of Assumed Agreement | Cure Amount |
|---|---|---|---|
| IBM Corp<br>PO Box 9005<br>Endicott, NY 13761<br>-and-<br>2 Lincoln Center, 4th Floor<br>Oakbrook Terrace, IL<br>60181 | As of the Closing Date | Maintenance Agreement | $0 |

Other Notice Parties:

| | | | |
|---|---|---|---|
| Beverly H. Shideler<br>IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL<br>60181<br><br>R. S. Stahel<br>IBM Corp. Legal Dept<br>1503 LBJ Freeway, 3rd Fl<br>Dallas, TX 75234<br><br>Parul E. Firestone<br>3600 Steelers Avenue East<br>Markham, ON L3R 9Z7<br>Canada<br><br>Richard A. Chesley<br>Paul, Hastings, Janofsky &<br>Walker<br>191 N. Wacker Drive<br>30th Floor<br>Chicago, IL 60606 | | | |

# EXHIBIT B

.

| ARBO | ENTERPRISE | CUSTNAME | CUSTNO | INVNO | INVDATE | SOURCE | GROSSINV | NETINV | ARDIV |
|---|---|---|---|---|---|---|---|---|---|
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 7851961 | 7/24/2008 | C195 | $ (4,374.23) | $ (4,374.23) | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 7851954 | 7/24/2008 | C195 | (107.84) | (107.84) | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 7861993 | 7/25/2008 | C195 | 27,256.91 | 9,172.21 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 7851992 | 7/25/2008 | C195 | (423.75) | (423.75) | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | N819383 | 11/21/2008 | C195 | 1,340.60 | 1,340.60 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | N823927 | 11/24/2008 | C195 | 20,804.47 | 20,804.47 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | N823926 | 11/24/2008 | C195 | (184.09) | (184.09) | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | N824017 | 11/25/2008 | C195 | 1,300.00 | 1,300.00 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | D809209 | 12/2/2008 | C195 | 22,815.00 | 22,815.00 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | D823639 | 12/23/2008 | C196 | 1,340.60 | 1,340.60 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | D823638 | 12/23/2008 | C195 | 2,600.00 | 2,600.00 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | D823728 | 12/26/2008 | C195 | 20,227.70 | 20,227.70 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | D827321 | 12/29/2008 | C195 | 17,296.47 | 17,296.47 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | D828881 | 12/30/2008 | C195 | (231.96) | (231.96) | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 1955981 | 1/27/2009 | C195 | 944.90 | 944.90 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 1956014 | 1/28/2009 | C195 | 21,508.43 | 9,019.67 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 1957207 | 1/30/2009 | C195 | 22,078.44 | 10,845.36 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 2923855 | 2/23/2009 | C196 | 429.81 | 429.81 | 2S |
| OCA | 2167000 | Nortel Networks Corp | 6541915 | 2923941 | 2/25/2009 | C195 | 1,300.00 | 1,300.00 | 2S |
| | | | | | | Total | $155,921.46 | $114,114.92 | |