## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing LIMITED OBJECTION OF INTERNATIONAL BUSINESS MACHINES CORPORATION TO PROPOSED CURE AMOUNT by first class mail, and by fax on the following parties:

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street
Wilmington, DE 19801
Fax: (302) 658-3989

Latham & Watkins LLP
Attn: Douglas Bacon, Esq.
Joseph Simei, Esq.
Alice Burke, Esq.
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Fax: (312) 993-9767

Akin Gump Strauss Hauer & Feld LLP
Attn: Fred S. Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002

Richards Layton & Finger PA
Attn: Christopher M. Samis, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Fax: (302) 778-7845

Patrick Tinker
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Fax: 302-573-6497

Milbank, Tweed, Hadley & McCloy LLP
Attn: Roland Hlawaty, Esq.
One Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 822-5735

This 6th day of November, 2009.

*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE ID No. 2898)

{93013}