## SCHEDULE A

**Contracts That Will Not Be Assumed and Assigned In Connection With The Asset Sale Agreement**

| Name and Address of Counterparty | Description of Assumed Agreement |
|---|---|
|  |  |

NOTE: For the purposes of filing, this schedule has been intentionally left blank. Pursuant to the Assumption and Assignment Procedures as set forth in the Sale Motion, those parties whom the Debtors believe to be a party in interest to a Scheduled Agreement will receive an individualized Schedule A.