IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks, Inc., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Re: Docket Nos. 1627 and 1685** |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq., hereby certify that on November 6, 2009, I caused a true and correct copy of the

**OBJECTION OF QWEST COMMUNICATIONS COMPANY, LLC TO:**

**DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO A STALKING HORSE ASSET SALE AGREEMENT WITH CIENA CORPORATION, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (E) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' METRO ETHERNET NETWORKS BUSINESS**

**AND**

**NOTICE OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CONTRACTS**

to be served upon the addressees on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

## SERVICE LIST

| | |
|---|---|
| **VIA FACSIMILE & FIRST CLASS MAIL**<br>James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Facsimile: (212) 225-3999<br>(Counsel for Debtors) | **VIA FACSIMILE & HAND DELIVERY**<br>Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Ann C. Cordo, Esq.<br>Andrew R. Remming, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19801<br>Facsimile: (302) 658-3989<br>(Co-Counsel for Debtors) |
| **VIA FACSIMILE & FIRST CLASS MAIL**<br>Douglas Bacon, Esq.<br>Joseph Simei, Esq.<br>Alice Burke, Esq.<br>Latham & Watkins LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>Facsimile: (312) 993-9767<br>(Counsel to Ciena) | **VIA FACSIMILE & FIRST CLASS MAIL**<br>Fred Hodara, Esq.<br>Stephen Kuhn, Esq.<br>Kenneth Davis, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Facsimile: (212) 872-1002<br>(Counsel to Committee) |
| **VIA FACSIMILE & HAND DELIVERY**<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Facsimile: (302) 651-7701<br>(Counsel to Committee) | **VIA FACSIMILE & FIRST CLASS MAIL**<br>Roland Hlawaty, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY 10006<br>Facsimile: (212) 822-5735<br>(Counsel to Bondholder Group) |
| **VIA FACSIMILE & HAND DELIVERY**<br>Patrick Tinker, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Facsimile: (302) 573-6497<br>(United States Trustee) | |