UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** ) | |
| ) | Chapter 11 |
| **Nortel Networks Inc., <u>et al.</u>,** ) | |
| ) | Case No. 09-10138 (KG) |
| ) | |
| **Debtors.** ) | Jointly Administered |
| ) | |
| ) | |
| ) | |

**LIMITED OBJECTION TO SALE MOTION AND REQUEST FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE IN CONNECTION WITH LEASES BETWEEN ZSF/RESEARCH NETWORK TRUST, ZSF/RESEARCH GATEWAY TRUST AND/OR THEIR AFFILIATES AND NORTEL NETWORKS, INC. PERTAINING TO THE PREMISES AT 4001, 4004, 4006, 4008 and 4010 EAST CHAPEL HILL–NELSON HIGHWAY, RESEARCH TRIANGLE PARK, NORTH CAROLINA**

In accordance with the *Notice of (I) Solicitation of Initial Bids; (II) Public Auction and Sale Hearing; and (III) Related Relief and Dates* dated October 16, 2009 [Docket No. 1687] (the "<u>Notice</u>"), ZSF/Research Network Trust, ZSF/Research Gateway Trust and/or their affiliates ("<u>ZSF</u>" or the "<u>Counterparty</u>") hereby submits this Limited Objection To Sale Motion and Request for Adequate Assurance of Future Performance (the "<u>Limited Objection</u>") in connection with any potential assumption and assignment or assumption and sublease of the real estate leases between the Counterparty and Nortel Networks, Inc. pertaining to the premises located at 4001, 4004, 4006, 4008 and 4010 East Chapel Hill-Nelson Hwy, Research Triangle Park, North Carolina (the "<u>Leases</u>").

In connection therewith, the Counterparty requests that the above-captioned Debtors submit to ZSF's undersigned counsel any non-confidential information related to adequate assurance of future performance of the Leases for (i) the Debtors, in the event that the Leases (or a portion thereof) are to be assumed and subleased by the Debtors to Ciena Corporation

("Ciena") or any other third-party, (ii) Ciena, in the event that the Leases (or a portion thereof) are to be assumed and assigned to Ciena or subleased to Ciena, or (iii) bidders other than Ciena, in the event that the Leases (or a portion thereof) are to be assumed and assigned to such third-party or subleased to such third-party.

Notwithstanding the above, the Counterparty reserves its right to object to the adequate assurance of future performance offered by the Debtors, Ciena or any other third-party.

Dated: November 6, 2009

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*/s/ Gregory G. Plotko*
Thomas Moers Mayer
Neil R. Tucker
Gregory G. Plotko
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9259
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
      ntucker@kramerlevin.com
      gplotko@kramerlevin.com

*Counsel for ZSF/Research Network Trust and ZSF/Research Gateway Trust*