**CERTIFICATE OF SERVICE**

    I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 6th day of November 2009, I caused a copy of the within *Objection of Motorola, Inc. to Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents Under Seal, and (E) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts* to be served upon the parties listed below in the manner indicated.

**Hand Delivery**
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

**Hand Delivery**
Thomas P. Tinker, Esq.
Office of the United States Trustee
For the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**First Class Mail & Facsimile**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-3999

**First Class Mail & Facsimile**
Douglas Bacon, Esq.
Joseph Simei, Esq.
Alice Burke, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 993-9767

**First Class Mail & Facsimile**
Fred S. Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1002

**First Class Mail & Facsimile**
Roland Hawalty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
(212) 822-5735

    Under penalty of perjury, I declare the foregoing to be true and correct.

November 6, 2009
Date

/s/ William A. Hazeltine
William A. Hazeltine