**CERTIFICATE OF SERVICE**

      I, Mary E. Augustine, hereby certify that on this 6th day of November, 2009, I caused a copy of the foregoing **Preliminary Objection and Reservation of Rights of SNMP Research International, Inc. to Debtors' Motion for Order Authorizing and Approving (A) The Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) The Assumption and Assignment of Certain Executory Contracts** to be served on the parties on the attached service list *via* electronic mail.

                                               */s/ Mary E. Augustine*
                                               Mary E. Augustine (No. 4477)


## **SERVICE LIST**

Office of the US Trustee
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE 19801
Attention: Patrick Tinker
thomas.p.tinker@usdoj.gov

Douglas Bacon
Joseph Simei
Alice Burke
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
douglas.bacon@lw.com
joseph.simei@lw.com
alice.burke@lw.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
dabbott@mnat.com

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lschweitzer@cgsh.com

Gregg Galardi
Sarah E. Pierce
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
gregg.galardi@skadden.com
sarah.pierce@skadden.com

N. Lynn Hiestand
Skadden, Arps, Meagher & Flom LL
Four Times Square
New York, NY 10036
lynn.hiestand@skadden.com

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
samis@rlf.com

Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
RHlawaty@milbank.com

Steven M. Yoder
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
syoder@potteranderson.com