## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on November 6, 2009, I caused one copy of the foregoing to be served upon the parties listed on the attached service list in the manner indicated.

*[signature]*
Amanda M. Winfree (#4615)

74510.1

{00074510;v1}

**HAND DELIVERY**
Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**HAND DELIVERY**
*U.S. Trustee*
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**U.S.MAIL**
Fred S. Hodara
Ryan C. Jacobs
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

**U.S. Mail**
Douglas Bacon
Joseph Simei
Alice Burke
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606

**U.S.MAIL**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

**HAND DELIVERY**
Mark D. Collins
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**U.S. Mail**
Milbank, Tweed, Hadley & McCloy LLP
Roland Hlawaty
One Chase Manhattan Plaza
New Youk, NY 10005

{00317216;v1}