# SERVICE LIST

## VIA HAND DELIVERY

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Christopher M. Samis
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
(Counsel for Official
Committee of Unsecured Creditor)

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE 19801
(Counsel for Bondholders)

Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attention: Marilyn Sobel and Stephen J. Shimshak

Blake, Cassels & Graydon LLP
199 Bay Street
Suite 2800, Commerce Court West
Toronto, Ontario M5L 1A9
Canada
Attention: Richard Corley and Susan Grundy

## VIA FIRST CLASS MAIL

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official
Committee of Unsecured Creditor)

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
(Counsel for Bondholders)

Telefonaktiebolaget LM Ericsson (publ)
Toshamnsgatan 23
Kista
Stockholm
Sweden
Attention: Per Oscarsson
Attention: Carl Olof Blomqvist

3220173.1