RECEIVED

NOV 09 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
*In re*                                            :  Chapter 11
                                                   :
                                                   :  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,                    :
                                                   :  Jointly Administered
                                                   :
                       Debtors.                    :  Related to DI No. 1834
---------------------------------------------------X

## MOTION OF RICHARD A. CHESLEY FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Richard A. Chesley of the law firm of Paul, Hastings, Janofsky & Walker LLP to represent International Business Machines Corporation and certain of its affiliates in this bankruptcy.

SMITH KATZENSTEIN & FURLOW LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller (I.D. 2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and

{93013|PHV|10088627.DOC}85039485.1           - 1 -

with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

Richard A. Chesley
Illinois State Bar No. 6240877
191 N. Wacker Drive, 30th Floor
Chicago, IL  60606
Telephone: (312) 499-6050
Facsimile: (312) 499-6150
richardchesley@paulhastings.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admission *pro hac vice* is granted.

Date: November 9, 2009

THE HONORABLE KEVIN GROSS
United States Bankruptcy Judge