**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

October 1, 2009 Through October 31, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | October |
|:---:|:---:|---:|
| 1 | Pension Advisory | 42.5 |
| 2 | Engagement/Retention/Fee Applications | 4.0 |
| **TOTAL** | | **46.5** |

**Summary of Services Rendered by Professional**

| Name | October |
|:---:|---:|
| Bradley D. Belt (Chairman) | 22.0 |
| John L. Spencer (Senior Advisor) | 20.5 |
| Dawn M. Bizzell (Director) | 40 |
| **TOTAL** | **46.5** |

**Palisades Capital Advisors LLC**
**Time Detail by Activity**
**October 1 - 31, 2009**

| Date | Notes | Time | Activity | Professional |
|---|---|---|---|---|
| 10/1/2009 | Telephone call w/Nortel and CGSH re: PBGC diligence call | 1 | 1 | BDB |
| 10/1/2009 | Call w/Nortel and CGSH re: PBGC/Compass info request | 1 | 1 | JLS |
| 10/5/2009 | Review TPR Claim/PSolve's analysis of same | 1 | 1 | BDB |
| 10/5/2009 | Review UK Claim information | 1 | 1 | JLS |
| 10/6/2009 | Conference call w/Nortel, CGSH and PBCG re: settlement agreement | 2 | 1 | BDB |
| 10/6/2009 | Conference call w/Nortel, CGSH and Psolve re: TPR claim | 1.5 | 1 | BDB |
| 10/6/2009 | Review draft settlement agreements | 0.5 | 1 | BDB |
| 10/6/2009 | Conference call w/Nortel, CGSH and PBCG re: settlement agreement | 2 | 1 | JLS |
| 10/6/2009 | Review draft settlement agreements | 1 | 1 | JLS |
| 10/7/2009 | Meeting in NY with CGSH, PBGC, IRS, DOJ | 8 | 1 | BDB |
| 10/7/2009 | Travel Time | 2 | 1 | BDB |
| 10/7/2009 | Meeting in NY with CGSH, PBGC, IRS, DOJ | 8 | 1 | JLS |
| 10/7/2009 | Travel Time | 2 | 1 | JLS |
| 10/8/2009 | Conference calls w/CGSH and PBGC re: stipulation terms | 1 | 1 | BDB |
| 10/8/2009 | Travel Time | 2 | 1 | BDB |
| 10/8/2009 | Conference calls w/CGSH and PBGC re: stipulation terms | 1 | 1 | JLS |
| 10/22/2009 | Conference call with bondholders; prep and follow-up | 1 | 1 | BDB |
| 10/22/2009 | Conference call with bondholders; prep and follow-up | 2.5 | 1 | JLS |
| 10/29/2009 | Review documents for bondholder conference call | 1 | 1 | BDB |
| 10/29/2009 | Review documents for bondholder conference call | 1 | 1 | JLS |
| 10/30/2009 | Follow up re: bondholder conference call | 1 | 1 | BDB |
| 10/30/2009 | Follow up re: bondholder conference call | 1 | 1 | JLS |
| | | | | |
| | October Total - Activity 1 | 42.5 | | |
| | | | | |
| 10/7/2009 | Fourth fee application | 3 | 2 | DMB |
| 10/22/2009 | Email with CGSH on invoices | 0.5 | 2 | DMB |
| 10/23/2009 | Email with CGSH on invoices | 0.5 | 2 | DMB |
| | | | | |
| | October Total - Activity 2 | 4 | | |
| | | | | |
| | **Total** | **46.5** | | |