**EXHIBIT B**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

## Palisades Capital Advisors LLC

October 1, 2009 Through October 31, 2009

Expense Summary

| Expense Category | Total Expense |
|---|---|
| **TOTAL** | **$1,989.12** |

**Palisades Capital Advisors LLC**
Expenses
October 1, 2009 through October 31, 2009
(except as noted)

| Date | Expense | Reason | | Accounting Codes | Individiual Charge | | Sub Total by Expense Type | |
|---|---|---|---|---|---|---|---|---|
| 10/05/2009 | Air Fare: DCA to LGA | Meeting in NY 10/07 | air | NY 3100 · Credit Card Charges AMEX | $ | 35.00 | | |
| 10/07/2009 | Air Fare: DCA to LGA | Meeting in NY 10/07 | air | NY 3100 · Credit Card Charges AMEX | $ | 184.60 | | |
| 10/07/2009 | Air Fare: LGA to DCA | Meeting in NY 10/07 | air | NY 3100 · Credit Card Charges AMEX | $ | 184.60 | | |
| 10/06/2009 | Air Fare: DCA to LGA | Meeting in NY 10/07 | air | NY 3100 · Credit Card Charges AMEX | $ | 35.00 | | |
| 10/06/2009 | Air Fare: DCA to LGA | Meeting in NY 10/07 | air | NY 3100 · Credit Card Charges AMEX | $ | 184.60 | $ 623.80 | Air Fare |
| 09/29/2009 | Taxi | Meeting in NY 9/29 | ground | NY 3100 · Credit Card Charges AMEX | $ | 3.70 | | |
| 10/07/2009 | Taxi | Meeting in NY 10/07 | ground | NY 3100 · Credit Card Charges AMEX | $ | 22.44 | | |
| 10/08/2009 | Parking | Meeting in NY 10/07 | ground | NY 3100 · Credit Card Charges AMEX | $ | 40.00 | | |
| 10/08/2009 | Taxi | Meeting in NY 10/07 | ground | NY 3100 · Credit Card Charges AMEX | $ | 24.12 | | |
| 11/03/2009 | Car Service | Meeting in NY 9/29 | ground | NY 1502 · Client Expense | $ | 70.41 | | |
| 11/03/2009 | Taxi | Meeting in NY 10/07 | ground | NY 1502 · Client Expense | $ | 55.47 | $ 216.14 | Ground Transportation |
| 10/08/2009 | Hotel | Meeting in NY 10/07 | hotel | NY 3100 · Credit Card Charges AMEX | $ | 461.35 | | |
| 11/03/2009 | Hotel | Meeting in NY 10/07 | hotel | NY 1502 · Client Expense | $ | 530.21 | $ 991.56 | Hotel |
| 10/07/2009 | Meals on travel | Meeting in NY 10/07 | meals | NY 3100 · Credit Card Charges AMEX | $ | 77.33 | | |
| 11/03/2009 | Meals on travel | Meeting in NY 10/07 | meals | NY 1502 · Client Expense | $ | 21.75 | $ 99.08 | Meals on Travel |
| 10/05/2009 | COURT CALL | | | DC 3100 · Credit Card Charges AMEX | $ | 30.00 | $ 30.00 | Court Call |
| 10/13/2009 | FedEx | | | DC 3100 · Credit Card Charges AMEX | $ | 28.54 | $ 28.54 | Shipping |
| | | | | **TOTAL** | **$** | **1,989.12** | **$** | **1,989.12** |