## NOTICE OF CLAIMS PURCHASE AGREEMENT

GLOBALWARE SOLUTIONS, a(n) Massachusetts Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $118,757.33 (proof of claim amount, defined as the "Claim") against Nortel Networks et. al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Dist of Delaware or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-10138 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 28th day of September, 2009.

Globalware Solutions, Inc.
(Company Name)

WITNESS _Charles Florio_
(Signature)

_Charles Florio / EVP_
(Print Name and Title of Witness)

_____
(Signature of Corporate Officer)

_John P. Viliesis / CFO_
(Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS _John Barett_
(Signature)

_____
(Signature of Fund Representative)

_Eric Soderlund, Managing Partner_
(Print Name, Corre Opportunities Fund, LP)

**Exhibit "A"**