IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
:
---------------------------------------------------------X

**THIRD SUPPLEMENTAL AFFIDAVIT PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE**

James Scott, being duly sworn, deposes and says:

1. I am a partner of Ernst & Young LLP ("E&Y LLP"), with an office at 4130 ParkLake Avenue, Suite 500, Raleigh, NC 27612-2299. I provide this third supplemental affidavit (the "Supplemental Affidavit") on behalf of E&Y LLP in further support of the retention of E&Y LLP by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "OCP Order"). This Supplemental Affidavit supplements my original affidavit filed on March 12, 2009, as supplemented by my first supplemental affidavit filed on June 1, 2009 and my second supplemental affidavit filed on July 9, 2009.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. Except as otherwise indicated, all facts set forth in this Supplemental Affidavit are based upon my personal knowledge, information and belief, information supplied to me by other partners and/or employees of E&Y LLP, information learned from client matter records kept in the ordinary course of business that were reviewed by me or other employees of E&Y LLP under my supervision and direction, my experience and knowledge of the Debtors' operations and financial condition, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

3. The Debtors initially retained E&Y LLP pursuant to the OCP Order to perform indirect tax services (including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting and refund and credit services). On October 19, 2009, the Debtors filed their Notice Of Eighth Supplement to List of Ordinary Course Professionals E&Y LLP, expanding the scope of their retention of E&Y LLP to include, in addition to the indirect tax services, additional ordinary course services as follows: (a) tax advisory assistance (the "Tax Advisory Services"), pursuant to the statement of work attached hereto as Exhibit 1 (the "Tax Advisory Services SOW"); and (b) Internal Revenue Service account analysis assistance (the "IRS Account Analysis Services," and together with the Tax Advisory Services, the "Additional OCP Services"), pursuant to the statement of work attached hereto as Exhibit 2 (the "IRS Account Analysis Services SOW)," and together with the Tax Advisory Services SOW, the "Additional OCP SOWs").[2]

4. Pursuant to the Tax Advisory Services SOW, the Tax Advisory Services may include advisory services pertaining to federal and state tax returns, including assistance with tax issues affecting the 2009 and 2010 and subsequent years' tax returns and tax provisions,

---

[2] Any description of the terms of the Additional OCP SOWs in this Supplemental Affidavit is subject to the actual terms of the respective Additional OCP SOWs.

assistance with tax schedules and related calculations that are an integral part of the tax returns and tax provision, and technical analysis unrelated to the bankruptcy. Pursuant to the IRS Account Analysis Services SOW, the IRS Account Analysis Services may include working with the Internal Review Service and appeals to resolve processing of the interest netting claim filed by E&Y LLP in February 2006, including assistance in the computation of interest for tax restatements, recovery of interest as identified in restatement computations, and interest computation services regarding future tax adjustments relating to Advance Pricing Agreement issues.

5. Fees for the Additional OCP Services under the SOWs will be based on the following hourly rates:

Tax Advisory Services:

| | | |
|---|---|---|
| Partner | - | $640 |
| Executive Director | - | $545 |
| Senior Manager | - | $540 |
| Manager | - | $430 |
| Senior | - | $300 |
| Staff | - | $170 |

IRS Account Analysis Services:

| | | |
|---|---|---|
| Executive Director | - | $710 |
| Senior Manager | - | $688 |
| Manager | - | $627 |
| Senior/Staff | - | $151 |

6. The Debtors have also agreed to reimburse E&Y LLP for any direct expenses incurred by E&Y LLP in connection with E&Y LLP's performance of the Additional OCP Services.

7.    All compensation and expenses will continue to be sought in accordance with the OCP Order.

8.    As set forth in paragraphs 6 and 7 of my original affidavit filed on March 12, 2009, E&Y LLP is a member of Ernst & Young Global Limited ("EYGL"), a company incorporated under the laws of England and Wales and limited by guarantee, with no shareholders and no capital. The member firms of EYGL have agreed to operate certain of their professional practices in accordance with agreed standards, but remain separate legal entities.

9.    E&Y LLP also submits this Supplemental Affidavit to disclose that E&Y LLP has learned that another member firm of EYGL, Ernst & Young Ltda (Columbia), has been retained by Nortel Networks de Colombia, S.A. ("Nortel Colombia"), which is not a Debtor in these cases, to provide certain tax advisory and compliance services to Nortel Colombia. Furthermore, E&Y LLP has learned that a different member firm of EYGL, Ernst & Young Cyprus Limited, has been retained by Nortel Networks UK Limited ("Nortel UK"), which is not a Debtor in these cases, to provide tax advisory and compliance services to Nortel UK.

10.    E&Y LLP is in the process of conducting a routine update of its checks for connections to parties in interest and will submit a further supplemental affidavit disclosing the results of the connections check update when completed.

_____
James Scott

Dated: 11-9-09

Sworn to and subscribed before me this 9 day of Nov., 2009.

_____
Notary Public

My Commission Expires: 12-27-09

[Notary Seal: GLORIA FRANKS, NOTARY PUBLIC, WAKE COUNTY, NC]