## Exhibit 2

**(IRS Account Analysis Services SOW)**



**⁑ ERNST & YOUNG**

Ernst & Young LLP
Suite 500
4130 ParkLake Avenue
Raleigh, North Carolina 27612-2299

Tel: +1 (919) 981-2800
Fax: +1 (919) 981-2997
www.ey.com

September 29, 2009

Nortel Networks Inc.
c/o Luis Gonzales
Tecnoparque Eje 5 Norte 990
Edif F, PB
Col Santa Barbara
02310 Mexico DF

Re: *Statement of Work and Amending Agreement*
    *IRS Account Analysis Review*

Thank you for choosing the US firm of Ernst & Young LLP, a Delaware limited liability partnership, as your tax service provider. We are pleased to confirm the terms of our agreement with respect to providing Nortel Networks Inc. with the services described in Schedule A. Schedule A also describes applicable pricing.

This document constitutes a Statement of Work and Amending Agreement as such term is used in the Master Services Agreement 05-178 dated as of January 1, 2007 (the "Global Tax MSA") signed by the Canadian firm of Ernst & Young LLP (an Ontario limited liability partnership) and Nortel Networks Limited (a corporation incorporated under the laws of Canada). Except as specifically varied below, all of the terms and conditions of the Global Tax MSA are hereby incorporated by reference into this Statement of Work and Amending Agreement and shall govern the services to be provided and our respective rights and obligations arising from this engagement.

All references to "E&Y" or "Contractor" in the global MSA as incorporated herein shall be deemed to refer solely to the Ernst & Young member firm signing below. This Statement of Work and Amending Agreement shall create rights and obligations solely between the parties signing below.

Agreed:
**Ernst & Young LLP**
a Delaware limited liability partnership

by _____
Name:  James E. Scott
Title:  Tax Partner

Agreed:
**Nortel Networks Inc.**

by _____
Name:  Randal Izzard
Title:  CORPORATE BUSINESS SERVICES

*Schedule A*

For the services set out herein Contractor will invoice Nortel Networks for the tax services described below (the "Services"), monthly at the end of the month in which the services are rendered; Contractor will invoice monthly for its pre-approved travel and living expenses.

Despite anything to the contrary in the Agreement, a party hereto may only terminate provision of the services provided under this Schedule A upon either (a) ninety days written notice or (b) in the event of breach of the other party's obligations hereunder, following the party's failure to cure within 30 days of receipt of written notice.

## SECTION 1: SERVICE DESCRIPTIONS

Contractor shall supply the Services on an **as-required basis**. The Services will be those requested from time to time on behalf of or as required by the applicable Nortel Networks Manager.

The management of Nortel Networks is responsible for establishing and maintaining its tax system and procedures and directing the tax function. Nortel Networks will: (1) Designate the appropriate individual to be responsible for the tax function. Nortel Networks' Director of Taxation, United States, will be that designate; (2) Determine the scope and frequency of any tax services to be performed for Nortel Networks, including those to be performed by Contractor; (3) Provide the Contractor with accurate and timely information and other appropriate resources to enable the Contractor to perform the Services; and (4) Evaluate the adequacy of the tax procedures performed.

The Services may include working with IRS and Appeals to resolve processing of the interest netting claim filed by E&Y in February 2006. E&Y will provide assistance in the computation of interest for the tax restatements reported by Nortel, and prepare a claim for recovery of interest as identified in the restatement computations. E&Y will also provide Nortel with any interest computation services related to future tax adjustments relating to APA issues.

Out-Of-Scope Services

Any activities not described as Services, as indicated above under Service Descriptions, are not covered by the fees stated herein. These Services will be considered outside the scope of this SOW and are the responsibility of Client to perform on a timely basis unless otherwise agreed by the parties in writing.

**Responsibilities**

Client shall make all management decisions and perform all management functions in connection with the Services under this SOW. E&Y may assist Client in rendering management decisions or carrying out management functions in connection with the Services, including by providing advice, research material or recommendations, but E&Y will not make any such decisions or perform any such functions. In its sole discretion, E&Y may refuse to take any action to the extent it might be construed as a management decision or a management function.

Client accepts responsibility for the results of the Services. Client's approval of any Services shall not constitute a waiver of any of its rights under this SOW. Client further agrees to establish and maintain internal controls in connection with the Services, including monitoring E&Y's performance under this SOW.

Client shall designate an employee possessing the skill, knowledge and/or experience (but not necessarily the experience to perform the Services) to (1) oversee, (2) evaluate the effectiveness of, and (3) approve, the Services.

**Fees**

Fees for this engagement will be charged at 70% of the standard hourly rates, as adjusted periodically, of personnel involved in the engagement. The relevant rates (i.e., 70%) of personnel who may be involved in this engagement are as follows:

| | |
|---|---|
| Executive Director: | $710 |
| Senior Manager: | $688 |
| Manager: | $627 |
| Senior/Staff: | $151 |

In addition, Client shall reimburse E&Y for direct expenses incurred in connection with the performance of the Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement. E&Y shall bill Client for its fees and expenses on a monthly basis. Payment is due within thirty days of receipt of E&Y's invoice.

The Internal Revenue Code, related IRS guidance, and professional standards require that tax advisors advise clients regarding their penalty exposure with respect to the advice they render and the disclosures that may avoid such penalties. Our tax opinions, memoranda, and similar documents will address disclosures we believe are appropriate to comply with applicable taxpayer and tax advisor/return preparer obligations, including our views as to the level of support for the positions addressed therein in a manner designed to facilitate compliance with tax return disclosure requirements.