IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
: Chapter 11
In re :
: Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1] :
: Jointly Administered
                Debtors. :
: **RE: D.I.s 931, 1205**
:
:
------------------------------------------------------------X

### DEBTORS' NOTICE OF FILING OF AMENDMENT NO. 1 TO THE ASSET SALE AGREEMENT FOR THE SALE OF CERTAIN ASSETS OF DEBTORS' CDMA AND LTE BUSINESS

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

     **PLEASE TAKE NOTICE** that, on January 14, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), except for Nortel Networks (CALA) Inc., which filed for bankruptcy protection on July 14, 2009.

     **PLEASE TAKE FURTHER NOTICE** that, on June 19, 2009, the Debtors filed the Debtors' Motion for Orders (i) (A) Authorizing Debtors Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors CDMA and LTE Business (the "Purchased Assets") Free And Clear Of All Liens, Claims And Encumbrances, (B) The Assumption And Assignment Of Certain Contracts (the "Assumed Contracts") And (C) The Assumption And Sublease Of Certain Leases (the "Assumed Leases" and, together with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Purchased Assets and the Assumed Contracts, the "Assets") [D.I. 931] (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2009, the Bankruptcy Court entered an order approving the sale of the Assets to Telefonaktiebolaget LM Ericsson (publ) ("Ericsson"), in accordance with the terms set forth in the order [D.I. 1205] (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Sale Order is that certain Asset Sale Agreement, dated as of July 24, 2009, among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and certain other entities identified therein as Sellers,[2] and Ericsson as Purchaser (the "Agreement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have executed an Amendment No. 1 to the Agreement dated October 30, 2009, attached hereto as Exhibit A (the "Amendment") and filed the Amendment with the Bankruptcy Court.

Dated: November 10, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

---

[2] Capitalized terms not otherwise defined in this notice shall have the meanings ascribed to such terms in the Agreement.