**CERTIFICATE OF SERVICE**

      I, Andrew R. Remming, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On November 12, 2009 At 11:00 A.M. (Eastern Time)** was caused to be made on November 10, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: November 12, 2009        */s/ Andrew R. Remming*
                                                         Andrew R. Remming (No. 5120)