# EXHIBIT A

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held<br>**Nortel Networks, Inc.** | Case No of Debtor<br>**09-10138** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

Linex Technologies, Inc.
c/o Kenneth R. Hartmann, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone number: 305-372-1800 Email Address: krh@kttlaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number:_____
    (if known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number:          Email Address:

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed: $ 2.2 to $3.5 million (approx.)<br><br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete Item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).<br><br>Amount entitled to priority:<br><br>$_____ |

2. Basis for Claim: __See Exhibit A attached hereto__
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

| | |
|---|---|
| 6. Credits: The amount of all payments on this cla[...]im.<br><br>7. Documents: Attach redacted copies of any docu[...] orders, invoices, itemized statements of running acco[...] You may also attach a summary. Attach redacted copies [...] You may also attach a summary. (See definition of [...] DO NOT SEND ORIGINAL DOCUMENTS. AT[...] SCANNING.<br><br>If the documents are not available, please explain: | FOR COURT USE ONLY |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000005517

FILED / RECEIVED

SEP 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br><br>9/29/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_Kenneth R. Hartmann_, as authorized representative and |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

attorney-in-fact for Linex Technologies, Inc.

# EXHIBIT A
# TO PROOF OF CLAIM

*In re Nortel Networks, Inc., et al.*
U.S. Bankruptcy Court, for the District of Delaware

Linex Technologies, Inc. ("Linex") filed a lawsuit against the Debtor on April 5, 2005, in federal district court, Case No. 05-80300-CIV-MARRA.  In the complaint, Linex asserted a claim for infringement of U.S. Patent Nos. 6,493,377 and possibly others.  A copy of the Complaint is attached as Exhibit 1.  Nortel filed its petition in this case on or about February 18, 2009, and the district court stayed the case as to Nortel.

Linex's damages are based on recovering a reasonable royalty for Nortel's sale of infringing devices, as well as inducing Nortel's customers to infringe the Linex Patents. Quantifying Linex's damages requires an accounting of Nortel's sales of the infringing devices which include Nortel 7215 – Wireless Access Point, Nortel 7220 – Wireless Access Point and possibly others.  Despite due diligence, Linex has not been able to obtain such sales figures, and thus can only estimate the amount of its claim. Linex estimates its claim, based on domestic sales alone, is in the range of approximately $2.2 to $3.5 million.

Claimant reserves the right to amend this claim at a later date, based on verifying Debtor's sales figures and related information.

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| LINEX TECHNOLOGIES, INC. | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § |
| | § |
| MOTOROLA, INC., NORTEL NETWORKS, | § |
| INC., TROPOS NETWORKS, INC., | § |
| FIRETIDE, INC., STRIX SYSTEMS, INC., | § |
| and BELAIR NETWORKS INC., | § |
| | § |
| | § |
| Defendants. | § |

**05-80300**

JURY TRIAL DEMANDED

CIV. MARRA

MAGISTRATE JUDGE
SELTZER

## COMPLAINT

Plaintiff, Linex Technologies, Inc. ("Linex"), brings this action against the Defendants

Motorola, Inc. ("Motorola"), Nortel Networks, Inc. ("Nortel"), Tropos Networks, Inc.

("Tropos"), Firetide, Inc. ("Firetide"), Strix Systems, Inc. ("Strix"), and BelAir Networks Inc.

("BelAir"), and for its cause of action alleges:

### The Parties

1.      Linex is a corporation organized and existing under the laws of the State of

Delaware, with its principal place of business at 187 Highway 36, West Long Branch, New

Jersey 07764.

2.      Upon information and belief, Motorola is a corporation organized and existing

under the laws of the State of Delaware and is doing business in this judicial district and

elsewhere. Motorola may be served with process by serving its registered agent, CT Corporation

System, 1200 S. Pine Island Road, Plantation, Florida 33324.



3.      Upon information and belief, Nortel is a corporation organized and existing under the laws of the State of Delaware and is doing business in this judicial district and elsewhere. Nortel may be served with process by serving its registered agent, CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324.

4.      Upon information and belief, Tropos is a corporation organized and existing under the laws of the State of Delaware and is doing business in this judicial district and elsewhere. Tropos may be served with process by serving its registered agent, Mike Taylor, 1730 S. Amphlett Blvd., Suite 304, San Mateo, California 94402.

5.      Upon information and belief, Firetide is a corporation organized and existing under the laws of the State of Delaware and is doing business in this judicial district and elsewhere.  Firetide may be served with process by serving its registered agent, Bo Larsson, 16795 Lark Ave., Suite 200, Los Gatos, California 95032.

6.      Upon information and belief, Strix is a corporation organized and existing under the laws of the State of Delaware and is doing business in this judicial district and elsewhere. Strix may be served with process by serving its registered agent, Bruce W. Brown, 2610 Agoura Road, Suite 110, Calabasas, California 91302.

7.      Upon information and belief, BelAir is a corporation organized and existing under the laws of Canada and is doing business in this judicial district and elsewhere.  BelAir has a principal place of business at 603 March Road, Kanata, Ontario, Canada, K2K 2M5, and may be served with process in accordance with the Hague Convention by making  a request for service to the Ministry of the Attorney General for Ontario, Reciprocity Office:  Civil Law Division, 18 King Street East, Toronto, Ontario, Canada, M5C 1C5.

3.    Upon information and belief, Nortel is a corporation organized and existing under the laws of the State of Delaware and is doing business in this judicial district and elsewhere. Nortel may be served with process by serving its registered agent, CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324.

4.    Upon information and belief, Tropos is a corporation organized and existing under the laws of the State of Delaware and is doing business in this judicial district and elsewhere. Tropos may be served with process by serving its registered agent, Mike Taylor, 1730 S. Amphlett Blvd., Suite 304, San Mateo, California 94402.

5.    Upon information and belief, Firetide is a corporation organized and existing under the laws of the State of Delaware and is doing business in this judicial district and elsewhere. Firetide may be served with process by serving its registered agent, Bo Larsson, 16795 Lark Ave., Suite 200, Los Gatos, California 95032.

6.    Upon information and belief, Strix is a corporation organized and existing under the laws of the State of Delaware and is doing business in this judicial district and elsewhere. Strix may be served with process by serving its registered agent, Bruce W. Brown, 2610 Agoura Road, Suite 110, Calabasas, California 91302.

7.    Upon information and belief, BelAir is a corporation organized and existing under the laws of Canada and is doing business in this judicial district and elsewhere. BelAir has a principal place of business at 603 March Road, Kanata, Ontario, Canada, K2K 2M5, and may be served with process in accordance with the Hague Convention by making a request for service to the Ministry of the Attorney General for Ontario, Reciprocity Office: Civil Law Division, 18 King Street East, Toronto, Ontario, Canada, M5C 1C5.

### Jurisdiction and Venue

8.    This action arises under the patent laws of the United States, Title 35 United States Code, particularly §§ 271 and 281 and Title 28 United States Code, particularly § 1338(a). Venue is proper in this Court under Title 28 United States Code §§ 1391(b) and (c) and 1400(b).

### Claims For Patent Infringement

9.    On December 10, 2002, U.S. Patent No. 6,493,377 ("the '377 patent") was duly and legally issued for a "Distributed Network, Spread-Spectrum System". A copy of the '377 patent is attached as Exhibit A and is made a part hereof. The '377 patent, in general, relates to distributed networks having a plurality of remote stations and plurality of nodes, and often referred to as "mesh" networks. By assignment, Linex is the sole owner of the '377 patent and has the exclusive right to enforce the '377 patent and collect damages for all relevant times.

10.    Motorola manufactures and sells mesh networks and mesh network components, including but not limited to the MeshNetworks Enabled Architecture (MEA). By manufacturing and selling such products, Motorola has in the past and continues to infringe directly, contribute to the infringement of, or induce the infringement of claims of the '377 patent, including but not limited to claims 32 and 33.

11.    Nortel manufactures and sells mesh networks and mesh network components, including but not limited to the Wireless Access Point 7220, Wireless Gateway 7250, and the Optivity Network Management System. By manufacturing and selling such products, Motorola has in the past and continues to infringe directly, contribute to the infringement of, or induce the infringement of claims of the '377 patent, including but not limited to claims 32 and 33.

12.    Tropos manufactures and sells mesh networks and mesh network components,
including but not limited to the Tropos 3110 Indoor Wi-Fi Cell, Tropos 5110 Outdoor Wi-Fi
Cell, and the Tropos Control Element Management System. By manufacturing and selling such
products, Tropos has in the past and continues to infringe directly, contribute to the infringement
of, or induce the infringement of claims of the '377 patent, including but not limited to claims 32
and 33.

13.    Firetide manufactures and sells mesh networks and mesh network components,
including but not limited to the HotPort 3103 Indoor Mesh Node, HotPort 3203 Outdoor Mesh
Node, HotPoint 1500R Outdoor Mesh Network Node, HotPoint 1500S Indoor Mesh Network
Node, HotPoint 1000R Outdoor Mesh Network Node, and the HotPoint 1000S Indoor Mesh
Network Node. By manufacturing and selling such products, Firetide has in the past and
continues to infringe directly, contribute to the infringement of, or induce the infringement of
claims of the '377 patent, including but not limited to claims 32 and 33.

14.    Strix manufactures and sells mesh networks and mesh network components,
including but not limited to the Access/One Network IWS and the Access/One Network OWS.
By manufacturing and selling such products, Strix has in the past and continues to infringe
directly, contribute to the infringement of, or induce the infringement of claims of the '377
patent, including but not limited to claims 32 and 33.

15.    BelAir manufactures and sells mesh networks and mesh network components,
including but not limited to the BelAir200 and the BelAir100. By manufacturing and selling
such products, BelAir has in the past and continues to infringe directly, contribute to the
infringement of, or induce the infringement of claims of the '377 patent, including but not
limited to claims 32 and 33.

16.     As a result of the Defendants' infringing conduct. the Defendants have damaged Linex. The Defendants are liable to Linex in an amount that adequately compensates Linex for the Defendants' infringement, which by law in no event can be less than a reasonable royalty.

### Demand for Jury Trial

17.     Linex demands a jury trial on all claims and issues triable of right by a jury.

### Prayer for Relief

WHEREFORE, Linex prays for entry of judgment:

A.     That U.S. Patent 6,493,377 and specifically claims 32 and 33 thereof have been infringed by the Defendants and by others whose infringement has been contributed to or induced by Defendants;

B.     That Defendants account for and pay to Linex all damages and costs caused by Defendants' activities complained of herein;

C.     That Linex be granted pre-judgment and post-judgment interest on the damages caused by reason of Defendants' activities complained of herein;

D.     That this be considered an exceptional case;

E.     That Linex be granted its attorneys' fees in this action;

F.     That costs be awarded to Linex;

G.     That Linex be granted such other and further relief that is just and proper under the circumstances.

Dated: _April 5_____ , 2005

_____
Willie E. Gary
Madison McClellan
GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON &
SPERANDO
221 East Osceola Street
Stuart, FL 34994-2175
Tel: (561) 283-8260
Fax: (561) 781-1487

ATTORNEYS FOR PLAINTIFF

_Of Counsel_

Edward W. Goldstein
Corby R. Vowell
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737





US006493377B2

(12) **United States Patent**
Schilling et al.

(10) Patent No.: **US 6,493,377 B2**
(45) Date of Patent: **Dec. 10, 2002**

(54) **DISTRIBUTED NETWORK, SPREAD-SPECTRUM SYSTEM**

(75) Inventors: Donald L. Schilling, Palm Beach Gardens, FL (US); Joseph Garodnick, Centerville, MA (US)

(73) Assignee: Linex Technologies, Inc., West Long Branch, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 62 days.

(21) Appl. No.: 09/729,911

(22) Filed: Dec. 6, 2000

(65) **Prior Publication Data**

US 2002/0067756 A1 Jun. 6, 2002

(51) Int. Cl.⁷ ................................................ H04B 1/69
(52) U.S. Cl. ...................... 375/130; 370/342; 370/353; 370/441
(58) Field of Search .......................... 375/130; 370/320, 370/335, 342, 441, 352, 353, 354, 355, 356

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,455,865 A | * | 10/1995 | Perlman | 370/445 |
| 5,604,869 A | * | 2/1997 | Mincher et al. | 370/280 |
| 5,742,593 A | * | 4/1998 | Sharony et al. | 370/280 |
| 6,301,239 B1 | * | 10/2001 | Chaprun et al. | 370/342 |

* cited by examiner

Primary Examiner—Don N. Vo
(74) Attorney, Agent, or Firm—David Newman Chartered

(57) **ABSTRACT**

A distributed network, spread-spectrum system comprising a plurality of remote stations and a plurality of nodes. One or more hub node(s) connect(s) to a central telephone office. A node's spread-spectrum transceiver communicates, using packets having spread-spectrum modulation, over radio waves, with the plurality of remote stations. Each packet has a source address and a destination address, and may have other information such as a header, start of message, end of message, flow-control information, forward error correction, and message data. A store-and-forward subsystem stores and forwards one or more packets to and from the remote station. The store-and-forward subsystem stores and forwards the one or more packets to and from another node in the plurality of nodes. A flow-control subsystem controls the store-and-forward subsystem, to store each packet arriving at the spread-spectrum transceiver. The flow-control subsystem communicates traffic information between each of the nodes in the plurality of nodes. The flow-control subsystem routes the packet through appropriate nodes to the hub node from a remote station. Based on the traffic at each node, the flow-control subsystem transmits the packet from the hub node to an appropriate node, and routes the packet to a recipient remote station. The flow-control subsystem routes the plurality of packets through a path in the plurality of nodes to ensure that the plurality of packets arrive sequentially for voice or video packets.

37 Claims, 6 Drawing Sheets





**U.S. Patent**    Dec. 10, 2002    Sheet 1 of 6    US 6,493,377 B2



FIG.1 PRIOR ART

Case 9:05-cv-80300-KAM    Document 1    Entered on FLSD Docket 04/11/2005    Page 11 of 24

**U.S. Patent**    Dec. 10, 2002    Sheet 2 of 6    US 6,493,377 B2



**FIG.2**



FIG.3



FIG.4



FIG.5

**U.S. Patent**    Dec. 10, 2002    Sheet 6 of 6    US 6,493,377 B2



FIG.6

US 6,493,377 B2

**1**

# DISTRIBUTED NETWORK, SPREAD-SPECTRUM SYSTEM

## BACKGROUND OF THE INVENTION

This invention relates to spread-spectrum communications, and more particularly to a wireless distributed network for reducing power and power variations, when transmitting packets having spread-spectrum modulation.

## DESCRIPTION OF THE RELEVANT ART

As the data rate increases, the power transmitted by a cellular "telephone" and by the cellular base station (BS) must also increase to ensure a low probability of error. As illustratively shown in FIG. 1, a star network, as is presently used for cellular networks, is used to communicate data between a central office 50 and a plurality of remote stations (RS). A plurality of base stations 20, 30, 40, communicate directly with the central office 50. A first base station 20 communicates data between a first plurality of remote stations 21, 22, 23, 24. A second base station 30 communicates data between a second plurality of remote stations 31, 32, 33, 34, 35, 36. A third base station 40 communicates data between a third plurality of remote stations 41, 42, 43, 44, 45.

In the star network of FIG. 1, data, in general, are not communicated directly between base stations, but through the central office 50. The routing of data is through a base communication path, from a remote station through a base station to the central office, and vice versa. Data generally are not routed, with dynamically changing paths, between remote stations which communicate with a base station, and data are not routed between remote stations directly through base stations, without passing through the central office 50. Also, data are not routed to the central office 50, using communications paths which dynamically vary between base stations, depending upon availability.

The power transmitted by the base station and the remote stations, and the ability to properly control the power, are problems which are growing in importance with the start of third generation (3G) wireless systems, which stresses data transmission which requires low error rates and Internet access.

Previously, a user could transmit data at the rate of 9.6 kilobit per second (Kb/s). Now, with 3G wireless systems, this rate is increasing to 384 kb/s and higher. For the increased data rates, the power must increase by a factor of 40 or more to ensure no degradation of performance.

A proposed solution to this problem is to install additional base stations, or towers. This is a very costly solution since some base stations will be overloaded with traffic and other base stations underutilized. This solution, however, certainly will reduce the power transmitted. Users who are distant from the base station still will be required to transmit significantly larger power than users located near the base station, to alleviate the near-far power problem. This very significant difference in distance and therefore in transmitted power, requires very accurate power control, which is a limiting feature in the current, standardized, 3G system. For example, consider acquisition: One limitation is effective packet size; that is, it takes significant time for the base station to help the user adjust its transmit power to the correct level. As more time is required, the packet will, in effect, increase in length, using time which could be allocated for data transmission or the transmission of additional

**2**

data packets. This "ramp up" time could exceed the duration of the data portion of the packet itself. As another example, during power control adjustment, a user transmitting with too much power can increase the error rate of a user transmitting at the proper power level.

The present base station multi-access scheme currently in use is not a preferred system approach.

## SUMMARY OF THE INVENTION

A general object of the invention is to increase capacity of data from remote stations to a central office.

Another object of the invention is to reduce power levels and power level variations required for transmitting from remote stations and from the base stations.

An additional object of the invention is a more flexible network, which dynamically adapts to changing data requirements between remote stations and a central office.

According to the present invention, as embodied and broadly described herein, a distributed network, spread-spectrum system is provided, comprising a plurality of remote stations and a plurality of nodes. The plurality of nodes forms the distributed network. The distributed network plus the plurality of remote stations form the distributed system. In the plurality of nodes, one or more nodes are hub nodes, which connect to a central telephone office. The plurality of nodes covers a geographic area. Each node covers a micro-cell having a radius, which, typically, is less than one mile. Each node includes a plurality of spread-spectrum transceivers, or, equivalently, a plurality of spread-spectrum transmitters and a plurality of spread-spectrum receivers. Each node also includes a store-and-forward subsystem, and a flow-control subsystem, at least one node transmitter, and more typically a plurality of node transmitters, and at least one node receiver and more typically a plurality of node receivers.

Transmission between the remote station and a node is through the use of CDMA modulation, although any other modulation technique may be employed. Transmitting between nodes may be by cable, fiber optic cable, or microwave link, using any of a variety of modulation techniques. Steerable antennas may be employed. Such modulation and communications channels are well-known in the art.

Each node's spread-spectrum transceiver communicates, using packets having spread-spectrum modulation, over radio waves, with a plurality of remote stations. Each packet has a source address and a destination address, and may contain other information such as flow-control information, forward error correction, and message data. The store-and-forward subsystem stores and forwards one or more packets to and/or from the remote station. The store-and-forward subsystem stores and forwards the one or more packets to and from another node in the plurality of nodes.

A node transmitter communicates with a node receiver located at a different node from the transmitting node.

The flow-control subsystem in the distributed network controls the store-and-forward subsystem, to store each packet arriving at the spread-spectrum transceiver. The flow-control subsystem communicates traffic information between each of the nodes in the plurality of nodes. The traffic information typically includes traffic density at each of the nodes and node-memory availability. Using the traffic information, and in response to a packet having the destination address to the hub node, the flow-control subsystem routes the packet through appropriate nodes to the hub node

US 6,493,377 B2

3

or, in the case of a "local call", to the remote user directly. A "local call" is defined as a call between remote stations located within (i.e., accessing) the same distributed network. For the local call, the central office connection is not required.

Based on the traffic at each node, and each packet having a destination address to a remote station, the flow-control subsystem transmits the packet from a central office to an appropriate hub node to an appropriate node, and routes the packet to the next recipient node. Each packet in a message may traverse a different route. In response to a plurality of packets having voice data, the flow-control subsystem routes the plurality of packets through the same path in the plurality of nodes to ensure that the plurality of packets arrive sequentially. The flow control procedure balances the activity in each node relative to other nodes in the distributed network.

When an information packet(s) arrives from a remote station, the node routes the packet(s) to an appropriate second recipient node on the way to an intended hub node and central office, toward the destination address.

Additional objects and advantages of the invention are set forth in part in the description which follows, and in part are obvious from the description, or may be learned by practice of the invention. The objects and advantages of the invention also may be realized and attained by means of the instrumentalities and combinations particularly pointed out in the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of the specification, illustrate preferred embodiments of the invention, and together with the description serve to explain the principles of the invention.

FIG. 1 is a block diagram of a current cellular spread-spectrum system, showing all base stations communicating with a central office;

FIG. 2 is a block diagram of a distributed network, spread-spectrum system;

FIG. 3 is a block diagram of a distributed network, spread-spectrum system;

FIG. 4 is a block diagram illustrating key elements of a node with a central office communicating with a set of a plurality of nodes;

FIG. 5 is an alternative block diagram illustrating key elements of a node; and

FIG. 6 shows a representative example of a packet.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

Reference now is made in detail to the present preferred embodiments of the invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals indicate like elements throughout the several views.

As illustratively shown in FIG. 2, a distributed network, spread-spectrum system is provided, comprising a plurality of remote stations and a plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190. The plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190 forms the distributed network. The distributed network plus the plurality of remote stations form the distributed system. The plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190 of FIG. 2, depicts, by way of example, a first node 110, a second node,

4

120, a third node 130, a fourth node 140, a fifth node 150, a sixth node 160, a seventh node 170, an eighth node 180 and a ninth node 190.

In the plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190, one node, the second node 120, is a hub node, which communicates to a central telephone office 50. Thus, there may be a plurality of hubs. In an alternative embodiment, as shown in FIG. 3, a set of the plurality of nodes (hubs) communicates to the central office 50. The set of the plurality of nodes (hubs), may include the entire plurality of nodes.

The plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190 covers a geographic area. Each node in the plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190 covers a micro-cell having a radius much less than one mile.

FIGS. 4 and 5 illustratively show an example of what might be at each node. For communicating between nodes, in FIG. 4, for example, there is a node transceiver 350, or equivalently, a node transmitter 351 and a node receiver 352. The node transmitter 351 and the node receiver 352 are coupled through a node isolator 353 to a node antenna 354. Transceiver 350 can be at microwave frequencies or connect to a fiber optic link or any other channel capable of handling the traffic between nodes.

FIG. 5 shows an example of a plurality of node transceivers 350, 360 and 370, or equivalently, a plurality of node transmitters 351, 361, 371 and a plurality of node receivers 352, 362, 372. In place of using a single antenna and an isolator, the first node transmitter 351 is coupled to a first node-transmitter antenna 356, and the first node receiver 352 is coupled to the first node-receiver antenna 357. Similarly, the second node transmitter 361 is coupled to a second node-transmitter antenna 366 and the second node receiver 362 is coupled to the second node-receiver antenna 367, and the third node transmitter 371 is coupled to the third node-transmitter antenna 376 and the third node receiver 372 is coupled to the third node-receiver antenna 377. The antennas could be omnidirectional, sectored, or steerable (smart) antennas.

With each node using the node transmitter 351 and the node receiver 352, of FIG. 4, or the plurality of node transmitters 351, 361, 371 and the plurality of node receivers, 352, 362, 372 of FIG. 5, a node communicates with a different node having a node transmitter and node receiver node receiver. Thus, in the plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190, the first node 110 communicates with the second node 120, the fourth node 140 and the fifth node 150. The second node 120 communicates with the first node 110, the third node 130, the fourth node 140, the fifth node 150 and the sixth node 160. The third node communicates with the second node 120, the fifth node 150 and the sixth node 160. The fourth node communicates with the first node 110, the second node 120, the fifth node 150, the seventh node 170 and the eighth node 180. The fifth node communicates with the first node 110, the second node 120, the third node 130, the fourth node 140, the sixth node 160, the seventh node 170, the eighth node 180 and the ninth node 190. The sixth node 160 communicates with the second node 120, the third node 130, the fifth node 150, the eighth node 180 and the ninth node 190. The seventh node 170 communicates with the fourth node 140, the fifth node 150 and the eighth node 180. The eighth node 180 communicates with the fourth node 140, the fifth node 150, the sixth node 160, the seventh node 170 and the ninth node 190. The ninth node communicates with the fifth node 150, the sixth node 160 and the eighth node 180.

US 6,493,377 B2

**5**

Each node may include a plurality of spread-spectrum transceivers 310, 320, 330, or, equivalently, a plurality of spread-spectrum transmitters 311, 321, 331 and a plurality of spread-spectrum receivers 312, 322, 332, a store-and-forward subsystem 341, and a flow-control subsystem 340. The flow-control subsystem 340 typically would include a processor or computer. The store-and-forward subsystem 341 typically would include memory and the memory may be part of the computer embodying the processor for the flow-control subsystem 340. The memory may be random access memory (RAM) or hard drive, or other volatile or non-volatile memory and memory storage device. Other devices are well-known in the art, and include hard drives, magnetic tapes, compact disk (CD), and other laser/optical memories and bubble memory devices. The particular flow-control subsystem 340 and the store-and-forward subsystem 341 would be specified by a particular system requirements and design criteria.

Each node in the plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190 also includes at least one node transmitter 351, and more typically a plurality of node transmitters 351, 361, 371 and at least one node receiver 352 and more typically a plurality of node receivers 352, 362, 372.

The store-and-forward subsystem 341 is coupled to and controlled by the flow-control subsystem 340. The plurality of spread-spectrum transmitters 311, 321, 331, are coupled between a plurality of spread-spectrum antennas 316, 326, 336 and the flow-control subsystem 340. The plurality of spread-spectrum receivers 312, 322, 332 are coupled between a plurality of receiver antennas 317, 327, 337 and the flow-control subsystem 340. FIGS. 2 and 3 show the first node 110 communicating with a first plurality of remote stations 111, 112, 113, 114. The second node 120 communicates with a second plurality of remote stations, with FIGS. 2 and 3 showing a first remote station 121 of the second plurality of remote stations. The third node 130 communicates with a third plurality of remote stations 131, 132 and the fourth node 140, the fifth node 150 and the sixth node 160 communicate with a fourth plurality of remote stations, a fifth plurality of remote stations, and a sixth plurality of remote stations, respectively. FIGS. 2 and 3 show the fourth node 140 communicating with a first remote station 141 of the fourth plurality of remote stations, the fifth node 150 communicating with a first remote station 151 of the fifth plurality of remote stations, and the sixth node 160 communicating with a first remote station 161 of the sixth plurality of remote stations. The seventh node 170 and the eighth node 180 are shown communicating with a seventh plurality of remote stations 171, 172, 173 and an eighth plurality of remote stations 181, 182, respectively. The ninth node 190 communicates with a ninth plurality of remote stations, and FIGS. 2 and 3 show the ninth node 190 communicating with a first remote station 191 of the ninth plurality of remote stations.

Each node's spread-spectrum transceiver, or equivalently spread-spectrum transmitter and spread-spectrum receiver, communicates, using packets having spread-spectrum modulation, over radio waves, with the plurality of remote stations. Each packet has a source address and a destination address, and may have header, start of data, end of data, and other information such as flow-control information, forward error correction, and message data. FIG. 6 shows, by way of example, one way a packet may be structured.

The store-and-forward subsystem 341 stores and forwards one or more packets to and from the remote station. The store-and-forward subsystem 341 stores and forwards the one or more packets to and from another node in the plurality of nodes 110, 120, 130, 140, 150, 160, 170 180, 190.

The flow-control subsystem 340 in the distributed network controls the store-and-forward subsystem, to store each packet arriving at the spread-spectrum transceiver. In a preferred embodiment, the flow-control subsystem 340 also is distributed throughout the network, with a flow-control subsystem 340 resident at each node. It is possible, of course, to have a central flow-control system. The flow-control subsystem 340 communicates traffic information between each of the nodes in the plurality of nodes. The traffic information typically includes traffic density at each of the nodes and memory availability. Using the traffic information and in response to a packet having the destination address to the hub node, the flow-control subsystem 340 routes the packet through appropriate nodes to the appropriate hub node. Based on the traffic at each node, and each packet having a destination address to either the hub or a remote station, the flow-control subsystem 340 transmits the packet from the hub node to an appropriate node, and routes the packet to the first recipient node. Each packet may traverse a different route en route to the remote station.

In response to the traffic congestion and to a plurality of packets having voice data, the flow-control subsystem routes the plurality of packets through a path in the plurality of nodes to ensure that the plurality of packets arrive sequentially. The flow control procedure balances the activity in each node relative to other nodes in the distributed network.

When an information packet arrives from a central office, the hub node routes the information packet to an appropriate second recipient node on the way to an intended remote station destination address.

Consider, by way of example, FIG. 3, with calls from the central office 50 to remote stations. There is a set of nodes (hubs) 110, 120 130 who tell the central office 50 of the availability of each hub node 110, 120, 130. By having a set of hub nodes, the central office has redundancy, in case of hub node failure, for sending and receiving packets to and from remote stations. Based on availability of a hub node, a packet is sent to a particular hub node, which is available. If two or more hub nodes are available, any of the available hub nodes can be the recipient of the packet.

Each hub keeps track of the traffic flow, memory availability, of many nodes. The first nodes of which are kept track, include the closest surrounding nodes, as defined by design criteria. The next set of node(s) where the hub keeps information might be the next layer of closest nodes.

When sending a packet from a hub to a remote station, the path routing the packet through various nodes is not known, a priori, except maybe for voice. Typically, a packet is forwarded from the hub to a node, which is on the particular path to the remote user. Nodes chosen for a particular path have available capacity and storage, and can forward the packet to a subsequent node. This ability is called "look ahead".

The packet passes through various nodes, until the packet reaches the remote station. Since the path is not predefined, and not necessarily a direct part "as the crow flies", paths for several packet for the same remote station can be different.

For packets passing from a remote station to the central office 50, the remote station accesses the nearest node. The packet is forwarded, node to node, until the packet arrives at the hub. Paths for packets are not predefined, and can be different for different packets from the remote station to the hub.

US 6,493,377 B2

7

8

For local calls within the distributed network, there is no need for packets going to a hub or central office. Instead, if the data are sent to another remote station located within the distributed network, the packet enters the distributed network through a node near the remote station sending the packet, and exits the distributed network from a node near the recipient remote station. The packet does not travel a predefined path, and different packets from the sending remote station can travel different paths to the recipient remote station. This depends on the destination address as in a phone system.

An advantage of the present invention is that the nodes and the connected remote stations form micro-cells. Thus, low power can be used by the remote stations, and by nodes (base stations), reducing the potential of radio frequency effects on the user of the remote station, such as RF burns, brain tumors, etc. Handoff for a remote station traveling between nodes can be done in any of the standard ways available for packet communications and base stations. One such technique is for the remote station to monitor the control signals from several of the strongest nodes (base stations). When the signal strength from the node (base station) being used by the remote station falls below a threshold, then the remote station transmits the next packet to a node having the largest signal strength being monitored by the remote station.

Each node is small and can be mounted on telephone poles, building, etc. The nodes require little space and low amounts of power.

It will be apparent to those skilled in the art that various modifications can be made to the distributed network, spread-spectrum system of the instant invention without departing from the scope or spirit of the invention, and it is intended that the present invention cover modifications and variations of the distributed network, spread-spectrum system provided they come within the scope of the appended claims and their equivalents.

We claim:

1. A distributed network, spread-spectrum system, comprising:

a plurality of remote stations;

a plurality of nodes for covering a geographic area, the plurality of nodes including a hub node, each node covering a micro-cell having a radius less than one mile, each node including,

   a spread-spectrum transceiver for communicating, using packets having spread-spectrum modulation, over radio waves, with the plurality of remote stations, each packet having a source address and a destination address;

   a store-and-forward subsystem, coupled to the spread-spectrum transceiver, for storing and forwarding one or more packets to and from the remote station, and for storing and forwarding the one or more packets to and from another node in the plurality of nodes;

a flow-control subsystem, coupled to the store-and-forward subsystem, for controlling the store-and-forward subsystem, to store each packet arriving at the spread-spectrum transceiver, said flow-control subsystem communicating traffic information between each of the nodes in the plurality of nodes, with the traffic information including traffic density at each of the nodes, said flow-control subsystem, responsive to the traffic information and to a packet having the destination address to the hub node, for routing the packet through appropriate nodes to the hub node, said

flow-control subsystem, responsive to the traffic at each node, each packet having a destination address to a first recipient node, for transmitting the packet from the hub node to an appropriate node, routing the packet to the first recipient node, said flow-control subsystem, responsive to the traffic congestion and to a plurality of packets having voice data, for routing the plurality of packets through a path in the plurality of nodes to ensure that the plurality of packets arrive sequentially; and

said hub node, responsive to an information packet arriving from a central office, for routing the information packet to a second recipient node.

2. A distributed network, spread-spectrum system, comprising:

a plurality of remote stations;

a plurality of nodes for covering a geographic area, the plurality of nodes including a set of hub nodes, each node covering a micro-cell having a radius less than one mile, each node including,

   a spread-spectrum transceiver for communicating, using packets having spread-spectrum modulation, over radio waves, with the plurality of remote stations, each packet having a source address and a destination address;

   a store-and-forward subsystem, coupled to the spread-spectrum transceiver, for storing and forwarding one or more packets to and from the remote station, and for storing and forwarding the one or more packets to and from another node in the plurality of nodes;

   a flow-control subsystem, coupled to the store-and-forward subsystem, for controlling the store-and-forward subsystem, to store each packet arriving at the spread-spectrum transceiver, said flow-control subsystem communicating traffic information between each of the nodes in the plurality of nodes, with the traffic information including traffic density at each of the nodes, said flow-control subsystem, responsive to the traffic information and to a packet having the destination address to a particular hub node, for routing the packet through appropriate nodes to the particular hub node, said flow-control subsystem, responsive to the traffic at each node, each packet having a destination address to a first recipient node, for transmitting the packet from the particular hub node to an appropriate node, routing the packet to the first recipient node, said flow-control subsystem, responsive to the traffic congestion and to a plurality of packets having voice data, for routing the plurality of packets through a path in the plurality of nodes to ensure that the plurality of packets arrive sequentially; and

said particular hub node, responsive to an information packet arriving from a central office, for routing the information packet to a second recipient node.

3. A distributed network, spread-spectrum method, for a plurality of remote stations and a plurality of nodes for covering a geographic area, the plurality of nodes including a hub node, each node covering a micro-cell having a radius less than one mile, comprising the steps of:

communicating, using packets having spread-spectrum modulation, over radio waves, with the plurality of remote stations, each packet having a source address and a destination address;

storing and forwarding one or more packets to and from the remote station;

storing and forwarding the one or more packets to and from another node in the plurality of nodes;

US 6,493,377 B2

9

controlling the steps of storing and forwarding, to store each packet arriving at the spread-spectrum transceiver;

communicating traffic information between each of the nodes in the plurality of nodes, with the traffic information including traffic density at each of the nodes;

routing, in response to the traffic information and to a packet having the destination address to the hub node, the packet through appropriate nodes to the hub node;

transmitting, in response to the traffic at each node, each packet having a destination address to a first recipient node;

transmitting the packet from the hub node to an appropriate node;

routing the packet to the first recipient node;

routing, in response to the traffic congestion and to a plurality of packets having voice data, the plurality of packets through a path in the plurality of nodes to ensure that the plurality of packets arrive sequentially; and

routing, in response to an information packet arriving from a central office, the information packet to a second recipient node.

4. A distributed network, spread-spectrum system, comprising:

a plurality of remote stations;

a plurality of nodes for covering a geographic area, each node in the plurality of nodes for communicating, with one or more remote stations of the plurality of remote stations, using packets having a destination address and modulated with spread-spectrum modulation, with each packet transmitted between a respective node and remote station using radio waves; and

flow-control means for communicating traffic information between a first multiplicity of neighboring nodes of a first node of the plurality of nodes, with the first node capable of communicating a respective packet to a node in the first multiplicity of neighboring nodes, with the traffic information including traffic density at each of the first multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information and to the respective packet, from the first node, having a respective destination address of a respective destination node of the plurality of nodes, for selecting a second node of the first multiplicity of neighboring nodes, said flow-control means for routing, responsive to the traffic information, the respective packet through the second node to the respective destination node.

5. The distributed network, as set forth in claim 4, with said flow-control means for communicating traffic information between a second multiplicity of neighboring nodes of the second node, with the second node capable of communicating the respective packet to a node in the second multiplicity of neighboring nodes, with the traffic information including traffic density at each of the second multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information and to the respective packet, from the second node, having the respective destination address of the respective destination node, for selecting a third node of the second multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information, for routing the respective packet through the third node to the respective destination node.

6. The distributed network, as set forth in claim 5, with said flow-control means for communicating traffic informa-

10

tion between a third multiplicity of neighboring nodes of the third node, with the third node capable of communicating the respective packet to a node in the third multiplicity of neighboring nodes, with the traffic information including traffic density at each of the third multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information and to the respective packet, from the third node, having the respective destination address of the respective destination node, for selecting a fourth node of the third multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information, for routing the respective packet through the fourth node to the respective destination node.

7. The distributed network, as set forth in claim 6, with said flow-control means for communicating traffic information between a fourth multiplicity of neighboring nodes of the fourth node, with the fourth node capable of communicating the respective packet to a node in the fourth multiplicity of neighboring nodes, with the traffic information including traffic density at each of the fourth multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information and to the respective packet, from the fourth node, having the respective destination address of the respective destination node, for selecting a fifth node of the fourth multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information, for routing the respective packet through the fifth node to the respective destination node.

8. The distributed network, as set forth in claim 7, with said flow-control means for communicating traffic information between a fifth multiplicity of neighboring nodes of the fifth node, with the fifth node capable of communicating the respective packet to a node in the fifth multiplicity of neighboring nodes, with the traffic information including traffic density at each of the fifth multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information and to the respective packet, from the fifth node, having the respective destination address of the respective destination node, for selecting a sixth node of the fifth multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information, for routing the respective packet through the sixth node to the respective destination node.

9. The distributed network, as set forth in claim 8, with said flow-control means for communicating traffic information between a sixth multiplicity of neighboring nodes of the sixth node, with the sixth node capable of communicating a respective packet to a node in the sixth multiplicity of neighboring nodes, with the traffic information including traffic density at each of the sixth multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information and to the respective packet, from the sixth node, having the respective destination address of the respective destination node, for selecting a seventh node of the sixth multiplicity of neighboring nodes, said flow-control means, responsive to the traffic information, for routing the respective packet through the seventh node to the respective destination node.

10. A distributed network, spread-spectrum system, comprising:

a plurality of remote stations;

a plurality of nodes for covering a geographic area, each node in the plurality of nodes for communicating, with one or more remote stations of the plurality of remote stations, using packets having a destination address and modulated with spread-spectrum modulation, with each packet transmitted between a respective node and remote station using radio waves; and

US 6,493,377 B2

11

flow-control means for communicating first traffic information a first multiplicity of neighboring nodes of a first node of the plurality of nodes, with the first node capable of communicating a respective packet to a node in the first multiplicity of neighboring nodes, with the first traffic information including traffic density at each of the first multiplicity of neighboring nodes, said flow-control means, responsive to the first traffic information and to the respective packet, from the first node, having a respective destination address of a respective destination node of the plurality of nodes, for selecting a second node of the first multiplicity of neighboring nodes, said flow-control means for responsive to the first traffic information, the respective packet through the second node to the respective destination node.

11. The distributed network, as set forth in claim 10, with said flow-control means for communicating second traffic information between a second multiplicity of neighboring nodes of the second node, with the second node capable of communicating a respective packet to a node in the second multiplicity of neighboring nodes, with the second traffic information including traffic density at each of the second multiplicity of neighboring nodes, said flow-control means, responsive to the second traffic information and to the respective packet, from the second node, having the respective destination address of the respective destination node, for selecting a third node of the second multiplicity of neighboring nodes, said flow-control means, responsive to the second traffic information, for routing the respective packet through the third node to the respective destination node.

12. The distributed network, as set forth in claim 11, with said flow-control means for communicating third traffic information between a third multiplicity of neighboring nodes of the third node, with the third node capable of communicating a respective packet to a node in the third multiplicity of neighboring nodes, with the third traffic information including traffic density at each of the third multiplicity of neighboring nodes, said flow-control means, responsive to the third traffic information and to the respective packet, from the third node, having the respective destination address of the respective destination node, for selecting a fourth node of the third multiplicity of neighboring nodes, said flow-control means, responsive to the third traffic information, for routing the respective packet through the fourth node to the respective destination node.

13. The distributed network, as set forth in claim 12, with said flow-control means for communicating fourth traffic information between a fourth multiplicity of neighboring nodes of the fourth node, with the fourth node capable of communicating a respective packet to a node in the fourth multiplicity of neighboring nodes, with the fourth traffic information including traffic density at each of the fourth multiplicity of neighboring nodes, said flow-control means, responsive to the fourth traffic information and to the respective packet, from the fourth node, having the respective destination address of the respective destination node, for selecting a fifth node of the fourth multiplicity of neighboring nodes, said flow-control means, responsive to the fourth traffic information, for routing the respective packet through the fifth node to the respective destination node.

14. The distributed network, as set forth in claim 13, with said flow-control means for communicating fifth traffic information between a fifth multiplicity of neighboring nodes of the fifth node, with the fifth node capable of communicating a respective packet to a node in the fifth

12

multiplicity of neighboring nodes, with the fifth traffic information including traffic density at each of the fifth multiplicity of neighboring nodes, said flow-control means, responsive to the fifth traffic information and to the respective packet, from the fifth node, having the respective destination address of the respective destination node, for selecting a sixth node of the fifth multiplicity of neighboring nodes, said flow-control means, responsive to the fifth traffic information, for routing the respective packet through the sixth node to the respective destination node.

15. The distributed network, as set forth in claim 14, with said flow-control means for communicating sixth traffic information between a sixth multiplicity of neighboring nodes of the sixth node, with the sixth node capable of communicating a respective packet to a node in the sixth multiplicity of neighboring nodes, with the sixth traffic information including traffic density at each of the sixth multiplicity of neighboring nodes, said flow-control means, responsive to the sixth traffic information and to the respective packet, from the sixth node, having the respective destination address of the respective destination node, for selecting a seventh node of the sixth multiplicity of neighboring nodes, said flow-control means, responsive to the sixth traffic information, for routing the respective packet through the seventh node to the respective destination node.

16. A distributed network, spread-spectrum method, having a plurality of remote stations and a plurality of nodes for covering a geographic area, comprising the steps of:

communicating, between a node of the plurality of nodes and one or more remote stations of the plurality of remote stations, using packets having a destination address and modulated with spread-spectrum modulation, with each packet transmitted between a respective node and remote station using radio waves;

communicating traffic information between a first multiplicity of neighboring nodes of a first node of the plurality of nodes, with the first node capable of communicating a respective packet to a node in the first multiplicity of neighboring nodes, with the traffic information including traffic density at each of the first multiplicity of neighboring nodes;

selecting, responsive to the traffic information and to the respective packet, from the first node, having a respective destination address of a respective destination node of the plurality of nodes, a second node of the first multiplicity of neighboring nodes; and

routing, responsive to the traffic information, the respective packet through the second node to the respective destination node.

17. The distributed network, spread-spectrum method, as set forth in claim 16, further comprising the steps:

communicating traffic information between a second multiplicity of neighboring nodes of the second node, with the second node capable of communication the respective packet to a node in the second multiplicity of neighboring nodes, with the traffic information including traffic density at each of the second multiplicity of neighboring nodes;

selecting, responsive to the traffic information and to the respective packet, from the second node, having the respective destination address of the respective destination node, a third node of the second multiplicity of neighboring nodes; and

routing, responsive to the traffic information, the respective packet through the third node to the respective destination node.

US 6,493,377 B2

| 13 | 14 |

**18.** The distributed network, spread-spectrum method, as set forth in claim 17, further comprising the steps:

communicating traffic information between a third multiplicity of neighboring nodes of the third node, with the third node capable of communicating the respective packet to a node in the third multiplicity of neighboring nodes, with the traffic information including traffic density at each of the third multiplicity of neighboring nodes;

selecting, responsive to the traffic information and to the respective packet, from the third node, having the respective destination address of the respective destination node, a fourth node of the third multiplicity of neighboring nodes; and

routing, responsive to the traffic information, the respective packet through the fourth node to the respective destination node.

**19.** The distributed network, spread-spectrum method, as set forth in claim 18, further comprising the steps:

communicating traffic information between a fourth multiplicity of neighboring nodes of the fourth node, with the fourth node capable of communicating the respective packet to a node in the fourth multiplicity of neighboring nodes, with the traffic information including traffic density at each of the fourth multiplicity of neighboring nodes;

selecting, responsive to the traffic information and to the respective packet, from the fourth node, having the respective destination address of the respective destination node, a fifth node of the fourth multiplicity of neighboring nodes; and

routing, responsive to the traffic information, the respective packet through the fifth node to the respective destination node.

**20.** The distributed network, spread-spectrum method, as set forth in claim 19, further comprising the steps:

communicating traffic information between a fifth multiplicity of neighboring nodes of the fifth node, with the fifth node capable of communicating the respective packet to a node in the fifth multiplicity of neighboring nodes, with the traffic information including traffic density at each of the fifth multiplicity of neighboring nodes;

selecting, responsive to the traffic information and to the respective packet, from the fifth node, having the respective destination address of the respective destination node, a sixth node of the fifth multiplicity of neighboring nodes; and

routing, responsive to the traffic information, the respective packet through the sixth node to the respective destination node.

**21.** The distributed network, spread-spectrum method, as set forth in claim 20, further comprising the steps:

communicating traffic information between a sixth multiplicity of neighboring nodes of the sixth node, with the sixth node capable of communicating a respective packet to a node in the sixth multiplicity of neighboring nodes, with the traffic information including traffic density at each of the sixth multiplicity of neighboring nodes;

selecting, responsive to the traffic information and to the respective packet, from the sixth node, having the respective destination address of the respective destination node, for selecting a seventh node of the sixth multiplicity of neighboring nodes; and

routing, responsive to the traffic information, the respective packet through the seventh node to the respective destination node.

**22.** A distributed network, spread-spectrum method, having a plurality of remote stations and a plurality of nodes for covering a geographic area, comprising the steps of:

communicating, between a node of the plurality of nodes and one or more remote stations of the plurality of remote stations, using packets having a destination address and modulated with spread-spectrum modulation, with each packet transmitted between a respective node and remote station using radio waves;

communicating first traffic information between a first multiplicity of neighboring nodes of a first node of the plurality of nodes, with the first node capable of communicating a respective packet to a node in the first multiplicity of neighboring nodes, with the first traffic information including traffic density at each of the first multiplicity of neighboring nodes;

selecting, responsive to the first traffic information and to the respective packet, from the first node, having a respective destination address of a respective destination node of the plurality of nodes, a second node of the first multiplicity of neighboring nodes; and

routing, responsive to the first traffic information, the respective packet through the second node to the respective destination node.

**23.** The distributed network, spread-spectrum method, as set forth in claim 22, further comprising the steps:,

communicating second traffic information between a second multiplicity of neighboring nodes of the second node, with the second node capable of communicating a respective packet to a node in the second multiplicity of neighboring nodes, with the second traffic information including traffic density at each of the second multiplicity of neighboring nodes;

selecting, responsive to the second traffic information and to the respective packet, from the second node, having the respective destination address of the respective destination node, a third node of the second multiplicity of neighboring nodes; and

routing, responsive to the second traffic information, the respective packet through the third node to the respective destination node.

**24.** The distributed network, spread-spectrum method, as set forth in claim 23, further comprising the steps:

communicating third traffic information between a third multiplicity of neighboring nodes of the third node, with the third node capable of communicating a respective packet to a node in the third multiplicity of neighboring nodes, with the third traffic information including traffic density at each of the third multiplicity of neighboring nodes;

selecting, responsive to the third traffic information and to the respective packet, from the third node, having the respective destination address of the respective destination node, a fourth node of the third multiplicity of neighboring nodes; and

routing, responsive to the third traffic information, the respective packet through the fourth node to the respective destination node.

**25.** The distributed network, spread-spectrum method, as set forth in claim 24, further comprising the steps:

communicating fourth traffic information between a fourth multiplicity of neighboring nodes of the fourth

US 6,493,377 B2

15

node, with the fourth node capable of communicating a respective packet to a node in the fourth multiplicity of neighboring nodes, with the fourth traffic information including traffic density at each of the fourth multiplicity of neighboring nodes;

selecting, responsive to the fourth traffic information and to the respective packet, from the fourth node, having the respective destination address of the respective destination node, a fifth node of the fourth multiplicity of neighboring nodes; and

routing, responsive to the fourth traffic information, the respective packet through the fifth node to the respective destination node.

26. The distributed network, spread-spectrum method, as set forth in claim 25, further comprising the steps:

communicating fifth traffic information between a fifth multiplicity of neighboring nodes of the fifth node, with the fifth node capable of communicating a respective packet to a node in the fifth multiplicity of neighboring nodes, with the fifth traffic information including traffic density at each of the fifth multiplicity of neighboring nodes;l

selecting, responsive to the fifth traffic information and to the respective packet, from the fifth node, having the respective destination address of the respective destination node, a sixth node of the fifth multiplicity of neighboring nodes; and

routing, responsive to the fifth traffic information, the respective packet through the sixth node to the respective destination node.

27. The distributed network, spread-spectrum method, as set forth in claim 26, further comprising the steps:

communicating sixth traffic information between a sixth multiplicity of neighboring nodes of the sixth node, with the sixth node capable of communicating a respective packet to a node in the sixth multiplicity of neighboring nodes, with the sixth traffic information including traffic density at each of the sixth multiplicity of neighboring nodes;

selecting, responsive to the sixth traffic information and to the respective packet, from the sixth node, having the respective destination address of the respective destination node, a seventh node of the sixth multiplicity of neighboring nodes; and

routing, responsive to the sixth traffic information, the respective packet through the seventh node to the respective destination node.

28. The distributed network as set for in claim 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 or 15, with said flow-control means including means for communicating with radio waves.

29. The distributed network as set for in claim 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 or 15, with said flow-control means including means for communicating with spread-spectrum modulation using radio waves.

30. The distributed-network, spread-spectrum method as set forth in claim 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 or 27, with the routing step including the step of modulating the packet with spread-spectrum modulation.

31. The distributed-network, spread-spectrum method as set forth in claim 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26

16

or 27, with the routing step including the step of transmitting, using radio waves, the packet with spread-spectrum modulation.

32. A distributed network, spread-spectrum system, comprising:

a plurality of remote stations;

a plurality of nodes for covering a geographic area, each node in the plurality of nodes for communicating, with one or more remote stations of the plurality of remote stations, using packets having a destination address and modulated with spread-spectrum modulation, with each packet transmitted between a respective node and remote station using radio waves; and

flow-control means for communicating traffic information between the plurality of nodes, with the traffic information including traffic density at each of the plurality of nodes, said flow-control means, responsive to the traffic information and to a respective packet, from a first node, having a respective destination address of a respective destination node of the plurality of nodes, for selecting a path of a multiplicity of nodes through the plurality of nodes to the destination node, said flow-control means for routing, responsive to the traffic information, the respective packet through the path of the multiplicity of nodes to the respective destination node.

33. A distributed network, spread-spectrum method, having a plurality of nodes, comprising the steps of:

communicating, to a respective node of the plurality of nodes, with one or more remote stations of a plurality of remote stations, using packets having a destination address and modulated with spread-spectrum modulation, with each packet transmitted between the respective node and remote station using radio waves;

communicating traffic information between the plurality of nodes, with the traffic information including traffic density at each of the plurality of nodes;

selecting, responsive to the traffic information and to a respective packet, from the respective node, having a respective destination address of a respective destination node of the plurality of nodes, a path of a multiplicity of nodes through the plurality of nodes to the destination node; and

routing, responsive to the traffic information, the respective packet through the path of the multiplicity of nodes to the respective destination node.

34. The distributed network as set for in claim 32, with said flow-control means including means for communicating with radio waves.

35. The distributed network as set for in claim 32, with said flow-control means including means for communicating with spread-spectrum modulation using radio waves.

36. The distributed-network, spread-spectrum method as set forth in claim 33, with the routing step including the step of modulating the packet with spread-spectrum modulation.

37. The distributed-network, spread-spectrum method as set forth in claim 33, with the routing step including the step of transmitting, using radio waves, the packet with spread-spectrum modulation.

* * * * *

JS 44 (Rev. 11:04)                                **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided
by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating
the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Linex Technologies, Inc.

**CIV-MARRA**

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

**05-80300**

(c) Attorney's (Firm Name, Address, and Telephone Number)
Gary, Williams, Parenti, Finney, Lewis, et al.
221 E. Osceola Street, Stuart, FL 34994  (772) 283-8260

**DEFENDANTS**
Motorola, Inc., Nortel Networks, Inc., Tropos
Networks, Inc., Firetide, Inc., Strix Systems, Inc.
and Belair Networks, Inc.    Broward County, FL
County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

**MAGISTRATE JUDGE**
**SELTZER**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

Palm Beach

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                   and One Box for Defendant)

|                                          | PTF | DEF |                                                         | PTF | DEF |
|------------------------------------------|-----|-----|---------------------------------------------------------|-----|-----|
| Citizen of This State                    | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State                 | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country  | ☐ 3 | ☐ 3 | Foreign Nation                                          | ☐ 6 | ☐ 6 |

Marra-Seltzer

9:05cv80300

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC K81 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 35, U.S.C. §271 and §281 ; Title 29, U.S.C. § 1338(a)
Brief description of cause:  Patent infringement.

**VII. REQUESTED IN
COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S)
IF ANY**

(See instructions)

JUDGE

DOCKET NUMBER

DATE
4/5/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  53379½   AMOUNT  250.00   APPLYING IFP        JUDGE        MAG. JUDGE



### KOZYAK · TROPIN THROCKMORTON
ATTORNEYS AT LAW

September 29, 2009

**VIA FEDERAL EXPRESS**

Nortel Networks, Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

      Re:   *Nortel Networks, Inc., et al.*
             **Case No. 09-10138 (KG)**

Dear Sir/Madam:

      Enclosed please find a proof of claim form, in duplicate, for claimant, Linx Technologies, Inc., for filing in the above-referenced case.  Please return a date-stamped copy of the claim in the self-addressed, stamped envelope provided for your convenience.

      Should you have any questions, please do not hesitate to contact me.

                Very truly yours,

                Yamile C. Castro
                Paralegal

YCC/
Enc.

3920-101/305732.1

From:    Origin ID: JDMA  (305) 372-1800
Yamile C. Castro
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon
9th Floor
Coral Gables, FL 33134



FedEx.
Express

Ship Date: 29SEP09
ActWgt: 0.5 LB
CAD: 8728163/INET9090
Account#: S *********

Delivery Address Bar Code



SHIP TO:    (212) 555-5555        BILL SENDER

**Nortel Networks Inc. Claims Process**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue**
**3rd Floor**
**New York, NY 10017**

Ref #    3920.101
Invoice #
PO #
Dept #

RECEIVED

SEP 30 2009

TRK#    7969 8661 9880        WED - 30SEP    A1
0201                          PRIORITY OVERNIGHT



**XA OGSA**

10017
NY-US

EWR

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.