IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for Linex Technologies, Inc. in the above-referenced cases, and on the 10th day of November, 2009, she caused a copy of the following:

**LINEX TECHNOLOGIES, INC.'S LIMITED OBJECTION TO DEBTORS' PROPOSED SALE OF THE "MEN BUSINESS" TO CIENA OR HIGHEST AND BEST BIDDER**

to be served upon the parties on the attached list in the manner indicated.

_____
Cathy A. Adams

      SWORN TO AND SUBSCRIBED before me this 10th day of November, 2009.

_____
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.
{200.000-W0003958.}

**NORTEL NETWORKS**
**Case No. 09-10138 (KG)**

**Service List**
**Objection to Sale**

*Hand Delivery*
(Counsel to Debtors)
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

*First Class Mail*
(Counsel to the Committee)
Fred Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

*First Class Mail*
(Counsel to the Bondholder Group)
Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006

*First Class Mail*
(Counsel to Debtors)
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*First Class Mail*
(Counsel to Ciena)
Douglas Bacon
Joseph Simei
Alice Burke
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

*Hand Delivery*
(Counsel to the Committee)
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE 19801

*Hand Delivery*
(U.S. Trustee)
Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

| NAME | COMPANY | PHONE NUMBER | FACSIMILE NUMBER |
|---|---|---|---|
| James L. Bromley<br>Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton LLP<br>(Counsel to Debtors) | 212-225-2000 | 212-225-3999 |
| Derek C. Abbott | Morris, Nichols, Arsht & Tunnell LLP<br>(Counsel to Debtors) | 302-658-9200 | 302-658-3989 |
| Douglas Bacon<br>Joseph Simei<br>Alice Burke | Latham & Watkins LLP<br>(Counsel to Ciena) | 312-876-7700 | 312-993-9767 |
| Fred Hodara<br>Stephen Kuhn<br>Kenneth Davis | Akin Gump Strauss Hauer & Feld LLP<br>(Counsel to the Committee) | 212-872-1000 | 212-872-1002 |
| Christopher M. Samis | Richard, Layton & Finger, P.A.<br>(Counsel to the Committee) | 302-651-7845 | 302-498-7845 |
| Roland Hlawaty | Milbank, Tweed, Hadley & McCloy<br>(Counsel to the Bondholder Group) | 212-530-5000 | 212-822-5735 |
| Patrick Tinker | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |