IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                  :     Chapter 11
                                        :
Nortel Networks Inc., et al.,           :     Case No. 09-10138 (KG)
                                        :
                                        :     Jointly Administered
                    Debtors.            :
---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

JEREMY B. RECKMEYER, being of full age, hereby certifies as follows:

On November 6, 2009, I caused true copies of the OBJECTION OF HEWLETT-PACKARD COMPANY TO THE DEBTORS SALE OF ASSETS TO CIENA CORPORATION [Docket# 1847] to be served via facsimile transmission upon the following parties: (a) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott); (b) counsel to the Stalking Horse Purchaser: Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606, Fax: (312) 993-9767 (Attention: Douglas Bacon, Joseph Simei and Alice Burke), (c) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax: (212) 872-1002 (Attention: Fred Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), (d) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax: (212) 822- 5735 (Attention: Roland Hlawaty) and (e) the Office of

NYC:199024.1

the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Fax: (302) 573-6497 (Attention: Patrick Tinker). I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
JEREMY B. RECKMEYER

Dated: November 10, 2009