**CERTIFICATE OF SERVICE**

   I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Withdrawal Of Portion Of Motion Relating To Nortel Contract Numbers 17522, 17524, 265640 And 8738** was caused to be made on November 10, 2009, in the manner indicated upon the entities on the attached service list.

Dated: November 10, 2009

               */s/ Ann C. Cordo*
                Ann C. Cordo (No. 4817)

3226247.1