IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al.[1], | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Roger G. Schwartz and Adam J. Goldberg of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022-4834, Telephone: 212-906-1200, Facsimile: 212-751-4864, roger.schwartz@lw.com, adam.goldberg@lw.com, hereby withdraws their appearances as counsel on behalf of Alaska Communications Systems and ACS Cable Systems, Inc.

PLEASE TAKE FURTHER NOTICE that James H. Lister of Birch, Horton, Bittner & Cherot, P.C. 1155 Connecticut Avenue, N.W., Suite 1200, Washington, D.C. 20036, Telephone: 202-659-5800, Facsimile: 202-659-1027, jlister@dc.bhb.com, hereby enters his appearance as counsel on behalf of Alaska Communications Systems and ACS Cable Systems, Inc.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions. Inc.

{00349400;v1}

| | |
|---|---|
| James H. Lister<br>Birch, Horton, Bittner & Cherot, P.C.<br>1155 Connecticut Avenue, N.W., Suite 1200<br>Washington, D.C. 20036<br>Telephone: 202-659-5800<br>Facsimile: 202-659-1027<br>jlister@dc.bhb.com | Gregory A. Taylor<br>Benjamin W. Keenan<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: 302-654-1888<br>Facsimile: 302-654-2067<br>gtaylor@ashby-geddes.com<br>bkeenan@ashby-geddes.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: November 11, 2009

ASHBY & GEDDES, P.A.

/s/ Gregory A. Taylor

Gregory A. Taylor (#4008)
Benjamin W. Keenan (#4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

James H. Lister
BIRCH, HORTON, BITTNER
& CHEROT, P.C.
1155 Connecticut Avenue, N.W., Suite 1200
Washington, D.C. 20036
Telephone: 202-659-5800
Facsimile: 202-659-1027

*Counsel to Alaska Communications Systems
and ACS Cable Systems, Inc.*