**CERTIFICATE OF SERVICE**

I, Gregory A. Taylor, hereby certify that, on November 11, 2009, I caused one copy of the foregoing to be served upon the attached list by U.S. mail, postage prepaid unless otherwise indicated.

_____
Gregory A. Taylor (#4008)

{00346584;v1}

**Nortel 2002 Service Labels**
**Label# 5162**

**VIA HAND DELIVERY**
Derek Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Christopher S. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Tobey M. Daluz Esq., Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801

**VIA HAND DELIVERY**
James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA HAND DELIVERY**
Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**VIA HAND DELIVERY**
Christopher A. Ward Esq., Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

**VIA HAND DELIVERY**
United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest, 14459
ROMANIA

{00268299;v1}

<div style="display: flex;">
<div>

Chief Legal Officer
Luxoft
10-3, 1-Volokolamsky proezd
Moscow, 123060
RUSSIA


Dr. A.L. Rao
Wipro Technologies
No. 8, 7 "Main 1" Block
Koramangala
Bangalore, 560034
INDIA


Aaron K. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606


Michael Clarke
Flextronics America LLC
2090 Fortune Drive
San Jose, CA 95131


SEAL Consulting
Attn: Chief Legal Officer
105 Field Crest Avenue
Edison, NJ 08837


Ned Nelson
Advanced Information Management
P.O. Box 1150
Collierville, TN 38027-1150


Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

</div>
<div>

Kumudha Sridharan
Wipro Technologies
Plot 72, Keonics Electronic City
Hosur Main Road
Bangalore, 561229
INDIA


Chief Legal Officer
Wipro Systems Ltd.
40 1A Lavelle Road
Bangalore, 560001
INDIA


Chief Legal Officer
GFI Inc.
180 Ave Labrosse
Pointe Claire, Quebec H9R 1A1
CANADA


Michael Clarke
Flextronics International Europe BV
2090 Fortune Drive
San Jose, CA 95131


Hayward D. Fisk Esq.
Computer Science Corporation
2100 East Grand Avenue
El Segundo, CA 90245


Infosys Technologies Ltd.
Plot No 45 & 46 Electronics
Bangalore, KA 560100
INDIA


Cliff Plaxco
Computer Science Corporation
3170 Fairview Park Drive
Falls Church, VA 22042

</div>
</div>

| | |
|---|---|
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Joe Adams<br>Jabil Circuit Inc (GDL)<br>10560 Dr Martin Luther King Jr. Street<br>St. Petersburg, FL 33716-3718 |
| Elizabeth Banda Esq.<br>Perdue Brandon Fielder Collins & Mott LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Attn: President<br>Tata Consultancy Services<br>Park West II Kulupwadi Road<br>Mumbai, 400066<br>INDIA |
| Elizabeth Weller Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street<br>Ste 1600<br>Dallas, TX 75201 | Head of Sales - Communications &<br>Product Services<br>Infosys Technologies Ltd.<br>34760 Campus Drive<br>Fremont, CA 94555 |
| Doug Alteen<br>JDS Uniphase Corporation<br>3000 Merivale Road<br>Ottawa, Ontario K2G 6N7<br>CANADA | Stephane Lupien<br>Export Development Canada<br>151 O'Connor Street<br>Ottawa, Ontario K1A 1K3<br>CANADA |
| Michael Clarke<br>Flextronics<br>2090 Fortune Drive<br>San Jose, CA 95131 | Gerald J. Parsons<br>Communications Test Design Inc.<br>1373 Enterprise Drive<br>West Chester, PA 19380 |
| Glow Networks<br>2140 Lake Park Boulevard<br>Richardson, TX 75080-2290 | Michael Clarke<br>Flextronics Sales & Marketing North<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| EPIQ Bankruptcy Solutions, LLC<br>Attn: Nortel Networks, Inc., et al.<br>Grand Central Station<br>P.O. Box 4601<br>New York, NY 10163-4601 | Chief Legal Officer<br>Coams Inc.<br>175 W. Jackson<br>Suite 1750<br>Chicago, IL 60604 |

{00268299;v1}

Michael Clarke
Flextronics International
2090 Fortune Drive
San Jose, CA 95131

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY 10504

Chief Legal Officer
Johnson Controls Inc.
2215 York Road
Oak Brook, IL 60523

Jane B. Stranch
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN 37201-1631

Chief Legal Officer
Emerson Network Power Embedded
2900 South Diablo Way
Tempe, AZ 85282-3214

Chief Legal Officer
Wistron InfoComm Technology Corp.
800 Parker Square
Flower Mound, TX 75028

Office of the General Counsel
Pension Benefit Guaranty Corporation
Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington, DC 20005-4026

Michael Clarke
Flextronics Logistics USA Inc.
2090 Fortune Drive
San Jose, CA 95131

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Senior Vice President &
Chief Financial Officer
Airspan Communications Ltd.
777 Yamato Road
Suite 105
Boca Raton, FL 33431

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Mike Cordova
McCann Erickson San Francisco
600 Battery Street
San Francisco, CA 94941

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center, Suite 400
New York, NY 10281-1022

Chief Legal Officer
TEKsystems Inc.
7437 Race Road
Hanover, MD 21076-111

Michael Clarke
Flextronics International
2090 Fortune Drive
San Jose, CA 95131

Robert C. Weber
IBM Corporation
New Orchard Road
Armonk, NY 10504

Chief Legal Officer
Johnson Controls Inc.
2215 York Road
Oak Brook, IL 60523

Jane B. Stranch
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN 37201-1631

Chief Legal Officer
Emerson Network Power Embedded
2900 South Diablo Way
Tempe, AZ 85282-3214

Chief Legal Officer
Wistron InfoComm Technology Corp.
800 Parker Square
Flower Mound, TX 75028

Office of the General Counsel
Pension Benefit Guaranty Corporation
Department of Insuracne
Supervision and Compliance
1200 K Street, N.W.
Washington, DC 20005-4026

Michael Clarke
Flextronics Logistics USA Inc.
2090 Fortune Drive
San Jose, CA 95131

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Senior Vice President &
Chief Financial Officer
Airspan Communications Ltd.
777 Yamato Road
Suite 105
Boca Raton, FL 33431

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Mike Cordova
McCann Erickson San Francisco
600 Battery Street
San Francisco, CA 94941

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center, Suite 400
New York, NY 10281-1022

Chief Legal Officer
TEKsystems Inc.
7437 Race Road
Hanover, MD 21076-111

| | |
|---|---|
| Steven J. Reisman, Esq.<br>James V. Drew Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Chief Legal Officer<br>Covergence Inc.<br>One Clock Tower Place<br>Maynard, MA 01754 |
| Dennis Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413 | Ken Coleman, Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| David G. Aelvoet Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Bldg<br>711 Navarro, Ste 300<br>San Antonio, TX 78205 | Darryl S. Laddin Esq.<br>Frank N. White Esq.<br>Arnall Golden Gregory LLP<br>171 17th St NW, Ste 2100<br>Atlanta, GA 30363-1031 |
| Nicholas Skiles Esq.<br>John A. Wetzel Esq.<br>Swartz Campbell LLC<br>One S. Church St, Ste 400<br>West Chester, PA 19382 | Frank F. McGinn Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal St, 9th Fl<br>Boston, MA 02110 |
| Joseph E. Shickich Jr. Esq.<br>Riddell Williams P.S.<br>1001 4th Ave, Ste 4500<br>Seattle, WA 98154-1192 | Michael L. Schein Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Fl<br>New York, NY 10019 |
| David I. Swan Esq.<br>Kenneth M. Misken Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd, Ste 1800<br>McLean, VA 22102-4215 | Raniero D'Aversa Jr. Esq.<br>Laura D. Metzger Esq.<br>Weston T. Eguchi Esq.<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103-0001 |
| Merle C. Meyers Esq.<br>Michele Thompson Esq.<br>Meyers Law Group P.C.<br>44 Montgomery Street, Ste 1010<br>San Francisco, CA 94104 | David L. Pollack Esq.<br>Jeffrey Meyers Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market St<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Howard S. Steel Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Jennifer V. Doran Esq.<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109 |
| Scott K. Brown Esq.<br>Lewis and Roca LLP<br>40 North Central Ave<br>Ste 1900<br>Phoenix, AZ 85004 | David S. Curry Esq.<br>Craig E. Reimer Esq.<br>Mayer Brown LLP<br>71 South Wacker Dr<br>Chicago, IL 60606 |
| Terry Zale<br>Flextronics International<br>305 Interlocken Pkwy<br>Broomfield, CO 80021 | Andrew D. Shaffer Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| J. Scott Douglass Esq.<br>909 Fannin<br>Ste 1800<br>Houston, TX 77010 | Ramona Neal Esq.<br>Hewlett-Packard Company<br>11311 Chinden Blvd<br>Mailstop 314<br>Boise, ID 83714 |
| Michael W. Binning Esq.<br>Law Office of Michael W. Binning<br>200 Oceangate, Ste 845<br>Long Beach, CA 90802-4353 | Nicholas Vianna<br>The Interpublic Group of Companies<br>1114 Avenue of the Americas, 19th Floor<br>New York, NY 10036 |
| **VIA HAND DELIVERY**<br>Norman L. Pernick, Esq.<br>Sanjay Bhatnagar, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Jennifer Feldsher, Esq.<br>Bracewell & Giuliani LLP<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 |
| Dana S. Plon<br>Sirlin Gallogly & Lesser, .P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102<br>(Counsel to Unisys de Mexico S.A. de C.V.)<br>*First Class Mail* | Gregg M. Galardi<br>Sarah E. Pierce<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801<br>(Counsel to Nokia Siemens Networks B.V.)<br>*Hand Delivery* |

{00268299;v1}

N. Lynn Hiestand
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Nokia Siemens Networks, B.V.)
*First Class Mail*

Seth B. Shapiro
Trial Attorney
U.S. Dept. of Justice – Civil Division
Commercial Litigation Branch
1100 L. Street, NW, Room 10012
Washington, DC 20044
*First Class Mail*

Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
(Counsel to OSS Nokalva, Inc.)
*First Class Mail*

Devin Lawton Palmer
Boylan, Brown, Code, Vigdor & Wilson, LLP
2400 Chase Square
Rochester, NY 14604
(Counsel for Arthur A. Russell)
*First Class Mail*

Lawrence M. Schwab
Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
(Counsel to Sun Microsystems)
*First Class Mail*

Jennifer Feldsher
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel to MatlinPatterson Global Advisors)
*First Class Mail*

Mark I Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(Counsel to Avaya, Inc.)
*First Class Mail*

Robert N. Brier
Brier, Irish, Hubbard & Erhart, P.L.C.
2400 E. Arizona Biltmore Circle, Suite 1300
Phoenix, AZ 85016
(East Camelback Road, Inc.)
*First Class Mail*

Marc D. Youngelson
Cosner Cosner & Youngelson
197 Highway 18, Suite 308
East Brunswick, NJ 08816
(Counsel to SEAL Consulting, Inc.)
*First Class Mail*

Christopher A. Ward
Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(Counsel to OSS Nokalva, Inc.)
*Hand Delivery*

Brett D. Fallon
Michael J. Custer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel to GFI)
*Hand Delivery*

Mohsin N. Khambatti
Dewey & LeBoeuf, LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601-6710
(Counsel to Law Debenture Trust Company of NY)
*First Class Mail*

David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
(Counsel to Avaya Inc.)
*Hand Delivery*

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
(Counsel to Freescale Semiconductor)
*First Class Mail*

{00268299;v1}

Denise A. Mertz
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
625 Cherry Street-Room 203
Reading, PA 19602-1184
(Counsel to Office of Unemployment/Pennsylvania)
*First Class Mail*

Lee W. Stremba
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(Counsel to TTI Team Telecom Netherlands B.V.)
*First Class Mail*

Joe M. Fears
Barber & Bartz
800 Park Centre
525 South Main Street
Tulsa, OK 74103-4511
(Counsel to XETA Technologies, Inc.)
*First Class Mail*

Jan M. Geht
Trial Attorney/Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(Counsel for the United States)
*First Class Mail*

Robert S. McWhorter
Nossaman LLP
915 L. Street, Suite 1000
Sacramento, CA 95814
(Counsel to Bell Microproducts Canada-Tenex Data ULC)
*First Class Mail*

Susan R. Fuertes
14910 Aldine-Westfield Road
Houston, TX 77032
(Counsel to Aldine Independent School District)
*First Class Mail*

Jeffrey B. Rose
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
*First Class Mail*

James E. Van Horn
McGuire Woods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202-4468
(Counsel to GE Fanuc Embedded Systems, Inc.)
*First Class Mail*

William Bradley Russell, Jr.
Trial Attorney/Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(Counsel for the United States)
*First Class Mail*