## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No: 09-10138** |
| **Nortel Networks, Inc., et al.[1]** | ) | |
| | ) | |
| **Debtors.** | ) | **Honorable Kevin Gross** |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Attorneys for Nuance Communications, Inc.

("Nuance"), a creditor and party in interest, through counsel, Tiffany Strelow Cobb of Vorys,

Sater, Seymour and Pease LLP, appears herein and requests, pursuant to Rules 2002, 9007, and

9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all

notices given or required to be given in this case and all papers served or required to be served in

this case be given to and served at the following addresses:

> Tiffany Strelow Cobb, Esq.
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street
> Columbus, Ohio 43215
> Telephone: 614-464-8322
> Facsimile:  614-719-4663
> E-mail: tscobb@vorys.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without

limitation, any and all notices in respect of any application, motion, petition, pleading, request,

complaint, demand, order or any other paper filed in the Cases whether such notice is formal or

---

[1] Debtors include: Nortel Networks, Inc. (09-10138), Nortel Networks Capital Corporation  (09-10139), Alteon Websystems, Inc. (09-10140), Alteon Websystems International, Inc. (09-10141), Xros, Inc. (09-10142), Sonoma Systems (09-10143) , Qtera Corporation (09-10144), Coretek, Inc. (09-10145), Nortel Networks Applications Management Solutions Inc. (09-10146), Nortel Networks Optical Components Inc. (09-10147), Nortel Networks HPOCS Inc. (09-10148), Architel Systems (U.S.) Corporation (09-10149), Nortel Networks International Inc. (09-10150), Northern Telecom International Inc. (09-10151), Nortel Networks Cable Solutions Inc. (09-10152).

informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over Nuance. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Nuance's substantive or procedural rights, including without limitation: (i) Nuance's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Nuance's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Nuance's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights claims, actions, defenses, set-offs or recoupments, with Nuance expressly reserves.

Ms. Cobb consents to service by e-mail in this bankruptcy case. The undersigned further requests to be added to the Clerk's mailing matrix in this case.

Dated: November 11, 2009          VORYS, SATER SEYMOUR AND PEASE LLP


                                  /s/Tiffany Strelow Cobb
                                  Tiffany Strelow Cobb, Esq.
                                  Vorys, Sater, Seymour and Pease LLP
                                  52 East Gay Street
                                  Columbus, Ohio 43215
                                  Telephone: 614-464-8322
                                  E-mail: tscobb@vorys.com
                                  Attorneys for Nuance Communications, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 11th day of November, 2009,

by operation of the Court's electronic filing system. Parties may access this filing through the

Court's system. This Notice of Appearance was also served by United States Mail, first-class,

proper postage affixed the 12th day of November 2009, upon the following:

| | |
|---|---|
| Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | James L. Bromley<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Nancy G. Everett<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601 |
| Peter James Duhig<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street<br>Suite 1410, P.O. Box 1397<br>Wilmington, DE 19899 | Christopher Page Simon<br>Cross & Simon, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19899 |
| Ira M. Levee<br>Lowenstein Sandler P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb