**EXHIBIT A**

**Debtors' Third Ordinary Course Professional Quarterly Statement for July 1, 2009 – September 30, 2009[1]**

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Call Jensen & Ferrell | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,732.50[2] | $180.73 | **$3,732.50** |
| Ernst & Young LLP[3] | Indirect tax services, including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consultation and refund and credit services; tax advisory and compliance assistance, and IRS account analysis | $39,739.00[4] | $0.00 | $0.00 | $0.00 | $26,301.00[5] | $0.00 | $0.00 | $0.00 | **$66,040.00** |

---

[1] The First Ordinary Course Professional Quarterly Statement (the "First OCP Quarterly Statement") filed by the Debtors on April 30, 2009 [D.I. 684] and the Second Ordinary Course Professional Quarterly Statement (the "Second OCP Quarterly Statement") filed by the Debtors on July 30, 2009 [D.I. 1240] detailed fees, disbursements and expenses based on a paid per month accounting system.  For this Third Ordinary Course Professional Quarterly Statement (the "Third OCP Quarterly Statement"), the Debtors have detailed fees, disbursements and expenses on an accrual per month accounting system.  All future Ordinary Course Professional Quarterly Statements will detail fees, disbursements and expenses on an accrual per month accounting system.  Due to the Debtors' reporting method, certain fees, disbursements and expenses accruing in the period covered by the First OCP Quarterly Statement or Second OCP Quarterly Statement were not included in such Statements.  The Debtors disclose such fees, disbursements and expenses in the respective "other" column of this Third OCP Quarterly Statement.

[2] Call Jensen & Ferrell incurred $3,732.50 in fees and $180.73 in disbursements and expenses for professional services provided to the Debtors from June 1, 2009 to June 30, 2009.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $10,174.50 | $184.80 | $16,047.50 | $2,304.11 | $6,931.50 | $378.03 | $0.00 | $0.00 | **$33,153.50** |
| Helein & Marashlian LLC[6] | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems | $13,001.75 | $16.14 | $9,085.75 | $25.99 | $21,787.00 | $11.45 | $5,989.50[7] | $47.07 | **$49,864.00** |

---

[3] Ernst & Young LLP exceeded the Annual Cap (as defined in the OCP Order) in 2009 on account of a contingent fee payment detailed in the First Interim Application of Ernst & Young LLP for Compensation For Services Rendered As Indirect Tax Services Provider To The Debtors-In-Possession For The Period of January 14, 2009 Through April 30, 2009 [D.I. 980]. As a result, Ernst & Young LLP has filed and continues to file fee applications in accordance with the OCP Order.

[4] Ernst & Young LLP filed a fee application [D.I. 1429] on September 3, 2009 seeking $39,739.00 in fees for professional services provided to the Debtors from May 1, 2009 through July 31, 2009. A certificate of no objection was filed on September 28, 2009 [D.I. 1558].

[5] Ernst & Young LLP filed a fee application [D.I. 1690] on October 16, 2009 seeking $26,301.00 in fees for professional services provided to the Debtors from August 1, 2009 through September 30, 2009.

[6] The Debtors made a payment of $677.46 to Helein & Marashlian LLC for fees incurred prior to January 14, 2009. The Debtors have asked Helein & Marashlian LLC to disgorge the $677.46 payment. The Debtors will not satisfy any future Helein & Marashlian LLC invoices until this amount has been disgorged.

[7] Helein & Marashlian LLC incurred $5,989.50 in fees and $47.07 in disbursements and expenses for professional services provided to the Debtors from June 1, 2009 to June 30, 2009.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Hiscock & Barclay LLP | Legal representation in several litigations pending in New York State courts | $317.50 | $0.20 | $3,696.00 | $394.12 | $56.00 | $1.40 | $0.00 | $0.00 | **$4,069.50** |
| Huddleston Bolen LLP | Defense counsel for Debtors against breach of warranty and related claims pending in West Virginia state court | $1,007.75 | $1.78 | $180.00 | $0.00 | $337.50 | $0.00 | $0.00 | $0.00 | **$1,525.25** |
| Hunton & Williams LLP | Intellectual property services, labor and employment matters | $10,180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$10,180.00** |

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Kroll Ontrack | Collection, processing, searching, and hosting of the Debtors' electronic documents for Debtors' review in connection with certain litigations and investigations | $0.00 | $0.00 | $25,000.00 | $17.22 | $0.00 | $0.00 | $0.00 | $0.00 | **$25,000.00** |
| McKenna Long & Aldridge LLP | Representation of the Debtors in bankruptcy and insolvency litigations with regard to current and former customers | $31,172.38 | $13,306.57 | $26,948.64 | $164.00 | $23,835.00 | $26.06 | $33,279.50[8] | $7,293.95 | **$115,235.52** |
| Neal & Harwell PLC | Local counsel to the Debtors in two civil litigations pending in the United States District Court for the Middle District of Tennessee | $927.50 | $0.00 | $0.00 | $0.00 | $1,357.66 | $0.00 | $0.00 | $0.00 | **$2,285.16** |
| O'Bryon & Schnabel, | Litigation services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $132.00[9] | $0.00 | **$132.00** |

---

[8] McKenna Long & Aldridge LLP incurred $33,279.50 in fees and $7,293.95 in disbursements and expenses for professional services provided to the Debtors from June 1, 2009 to June 30, 2009.

[9] O'Bryon & Schnabel, PLC incurred $132.00 in fees for professional services provided to the Debtors from May 1, 2009 to May 31, 2009.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| PLC | | | | | | | | | | |
| Patton Boggs LLP | Intellectual property services | $20,292.50 | $728.82 | $0.00 | $0.00 | $0.00 | $0.00 | $45,617.50[10] | $2,154.80 | **$65,910.00** |
| True Partners Consulting LLC[11] | Federal, State, and local tax services | $340,573.50[12] | $0.00 | $0.00 | $82,093.50[13] | $0.00 | $0.00 | $0.00 | $0.00 | **$422,667.00** |
| Waller Landsen Dortch & Davis LLP | General labor and employment legal services, including representation in employment and employee benefit matters before administrative agencies and federal and state courts | $0.00 | $0.00 | $0.00 | $0.00 | $330.00 | $1.05 | $0.00 | $0.00 | **$330.00** |

---

[10] Patton Boggs LLP incurred $29,617.50 in fees and $2,154.80 in disbursements and expenses for professional services provided to the Debtors from May 1, 2009 to May 31, 2009; Patton Boggs LLP incurred $16,000.00 in fees for professional services provided to the Debtors from June 1, 2009 to June 30, 2009.

[11] True Partners Consulting LLC exceeded the Annual Cap (as defined in the OCP Order) in 2009 and has filed and continues to file fee applications in accordance with the OCP Order.

[12] True Partners Consulting filed a fee application [D.I. 1423] on September 2, 2009 seeking $340,573.50 in fees for professional services provided to the Debtors from May 1, 2009 through July 31, 2009. A certificate of no objection was filed on September 24, 2009 [D.I. 1549].

[13] True Partners Consulting filed a fee application [D.I. 1570] on September 29, 2009 seeking $82,093.50 in fees for professional services provided to the Debtors from August 1, 2009 through August 14, 2009. A certificate of no objection was filed on October 21, 2009 [D.I. 1711].

5

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Watson Wyatt Investment Consulting | Investment consulting services to the U.S. defined benefit and U.S. Defined contribution plans | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54,541.71[14] | $0.00 | **$54,541.71** |
| Welch Consulting | Economic and statistical consulting | $1,345.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,460.00[15] | $0.00 | **$9,805.00** |

---

[14] Watson Wyatt Investment Consulting incurred $12,750.00 in fees for professional services provided to the Debtors from January 14, 2009 to January 31, 2009; Watson Wyatt Investment Consulting incurred $19,833.41 in fees for professional services provided to the Debtors from February 1, 2009 to February 28, 2009; Watson Wyatt Investment Consulting incurred $21,958.30 in fees for professional services provided to the Debtors from March 1, 2009 to March 31, 2009.

[15] Welch Consulting incurred $8,460.00 in fees for professional services provided to the Debtors from June 1, 2009 to June 30, 2009.