# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
Exhibit A: Summary of Fees by Professional
For the Period 9/1/2009 through 9/30/2009

**Fees**

| | Professional | Position | Billing Rate | Hours | |
|---|---|---|---|---|---|
| C. Kearns | Executive Director | $710 | 44.6 | $31,666.00 |
| J. Borow | Executive Director | $710 | 194.9 | $138,379.00 |
| M. Lasinski | Managing Director | $600 | 60.7 | $36,420.00 |
| J. Hyland | Executive Director | $550 | 334.8 | $184,140.00 |
| T. Horton | Director | $525 | 221.2 | $116,130.00 |
| S. Song | Consultant | $325 | 219.7 | $71,402.50 |
| J. Peterson | Consultant | $315 | 208.4 | $65,646.00 |
| T. Morilla | Consultant | $285 | 213.1 | $60,733.50 |
| J. Schad | Associate | $200 | 21.0 | $4,200.00 |
| M. Desalvio | Research | $170 | 0.5 | $85.00 |
| L. Hirschman | Paraprofessional | $110 | 3.5 | $385.00 |
| H. Becker | Paraprofessional | $100 | 11.1 | $1,110.00 |
| **For the Period 9/1/2009 through 9/30/2009** | | | | **1533.5** | **$710,297.00** |