# Nortel Networks Corporation
Capstone Advisory Group, LLC
**Exhibit B: Summary of Fees by Task Code**
**For the Period 9/1/2009 through 9/30/2009**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 461.4 | $233,012.50 |
| 05. Professional Retention/Fee Application Preparation | | 35.3 | $12,115.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 28.7 | $17,030.50 |
| 08. Interaction/Mtgs w Creditors | | 70.4 | $43,409.00 |
| 09. Employee Issues/KEIP | | 178.0 | $82,130.00 |
| 11. Claim Analysis/Accounting | | 16.8 | $9,579.50 |
| 13. Intercompany Transactions/Bal | | 194.2 | $87,590.00 |
| 14. Executory Contracts/Leases | | 24.5 | $8,807.50 |
| 17. Analysis of Historical Results | | 31.5 | $11,097.50 |
| 18. Operating and Other Reports | | 46.2 | $21,586.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 176.3 | $61,786.00 |
| 20. Projections/Business Plan/Other | | 98.8 | $39,026.00 |
| 22. Pref/Avoidance Actions | | 1.4 | $582.00 |
| 24. Liquidation Analysis | | 51.6 | $25,340.50 |
| 26. Tax Issues | | 21.3 | $7,963.00 |
| 33. Intellectual Property | | 97.1 | $49,241.50 |
| **For the Period 9/1/2009 through 9/30/2009** | | **1533.5** | **$710,297.00** |

Capstone Advisory Group, LLC
Invoice for the 9/1/2009 - 9/30/2009 Fee Statement

Page 1 of 1

NY 71725290v1