**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 9/1/2009 through 9/30/2009**

| Date | Professional | Description | Amount |
|------|--------------|-------------|-------:|
| **Airfare/Train** | | | |
| 9/3/2009 | S. Song | Airfare for travel to Toronto. | $997.08 |
| 9/10/2009 | J. Hyland | Airfare to NY for Nortel. | $383.20 |
| 9/10/2009 | J. Hyland | Subway fare during NY trip. | $8.00 |
| 9/11/2009 | J. Hyland | Airfare change fee during auction in NY. | $150.00 |
| 9/14/2009 | J. Hyland | Airfare for Toronto/NY trip. | $1,712.60 |
| 9/14/2009 | J. Peterson | Roundtrip airfare from LGA to Toronto. | $1,321.75 |
| 9/14/2009 | J. Peterson | Roundtrip airfare from LGA to Toronto for T. Horton. | $1,321.73 |
| 9/14/2009 | S. Song | Airfare for travel to Toronto. | $993.85 |
| 9/16/2009 | J. Peterson | Fee charged to change flights for T. Horton and J. Peterson. | $150.00 |
| 9/18/2009 | J. Hyland | Airfare flight change fee. | $75.00 |
| 9/22/2009 | J. Borow | Airfare to/from Dallas for meeting in Richardson, TX. | $1,843.20 |
| 9/22/2009 | J. Hyland | Airfare while traveling to Richardson, TX. | $828.20 |
| 9/23/2009 | T. Horton | Airfare to Dallas for NBS meeting. | $1,835.20 |
| 9/29/2009 | J. Hyland | Airfare for NY travel. | $289.20 |
| **Subtotal - Airfare/Train** | | | **$11,909.01** |
| **Auto Rental/Taxi** | | | |
| 9/1/2009 | J. Borow | Taxi in Toronto ($70) and taxi in NYC to LaGuardia ($136). | $216.00 |

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 9/1/2009 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 9/1/2009 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 9/1/2009 | S. Song | Taxi while traveling in Toronto. | $27.00 |
| 9/1/2009 | S. Song | Taxi while traveling in Toronto. | $23.00 |
| 9/1/2009 | J. Peterson | Worked late and took a taxi home. | $7.00 |
| 9/2/2009 | J. Hyland | Taxi during Toronto trip. | $30.00 |
| 9/2/2009 | S. Song | Taxi while traveling in Toronto. | $27.00 |
| 9/2/2009 | J. Hyland | Taxi during Toronto trip. | $25.00 |
| 9/2/2009 | S. Song | Taxi while traveling in Toronto. | $21.00 |
| 9/2/2009 | J. Peterson | Taxi home after working late. | $7.00 |
| 9/3/2009 | Capstone Expense | Taxi for Nortel. | $408.28 |
| 9/3/2009 | Capstone Expense | Taxi for Nortel. | $126.52 |
| 9/3/2009 | Capstone Expense | Taxi for Nortel. | $122.30 |
| 9/3/2009 | Capstone Expense | Taxi for Nortel. | $119.63 |
| 9/3/2009 | S. Song | Taxi while traveling in Toronto. | $31.62 |
| 9/3/2009 | J. Hyland | Taxi during Toronto trip. | $30.00 |
| 9/3/2009 | S. Song | Taxi while traveling in Toronto. | $30.00 |
| 9/3/2009 | S. Song | Taxi while traveling in Toronto. | $22.00 |
| 9/9/2009 | T. Horton | Taxis to Cleary offices for meetings. | $28.80 |
| 9/10/2009 | J. Hyland | Taxi during NY trip. | $41.74 |
| 9/12/2009 | J. Hyland | Taxi during NY trip. | $18.00 |
| 9/13/2009 | J. Hyland | Taxi during NY trip. | $45.00 |

**Capstone Advisory Group, LLC**
**Invoice for the 9/1/2009 - 9/30/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/14/2009 | J. Peterson | Taxi from the airport to Nortel. | $43.00 |
| 9/14/2009 | J. Hyland | Taxi during Toronto/NY trip. | $36.00 |
| 9/14/2009 | S. Song | Taxi while traveling in Toronto. | $33.87 |
| 9/14/2009 | J. Peterson | Taxi from Nortel to the hotel | $25.00 |
| 9/15/2009 | J. Peterson | Taxi from Nortel to meeting downtown Toronto. | $56.50 |
| 9/15/2009 | J. Peterson | Taxi from downtown Toronto to hotel after meeting. | $45.50 |
| 9/15/2009 | J. Hyland | Taxi during Toronto/NY trip. | $35.60 |
| 9/15/2009 | J. Peterson | Taxi from the hotel to Nortel. | $30.00 |
| 9/15/2009 | J. Hyland | Taxi during Toronto/NY trip. | $27.00 |
| 9/15/2009 | S. Song | Taxi while traveling in Toronto. | $27.00 |
| 9/15/2009 | S. Song | Taxi while traveling in Toronto. | $26.00 |
| 9/15/2009 | J. Hyland | Taxi during Toronto/NY trip. | $23.00 |
| 9/16/2009 | J. Peterson | Taxi from Nortel to the Toronto airport | $30.00 |
| 9/16/2009 | J. Peterson | Taxi from the hotel to Nortel | $30.00 |
| 9/16/2009 | J. Hyland | Taxi during Toronto/NY trip. | $26.00 |
| 9/17/2009 | J. Hyland | Taxi during Toronto/NY trip. | $17.00 |
| 9/17/2009 | S. Song | Taxi due to travel to work on Debtors' matters. | $14.90 |
| 9/18/2009 | J. Hyland | Taxi during Toronto/NY trip. | $47.87 |
| 9/18/2009 | J. Hyland | Taxi during Toronto/NY trip. | $38.00 |
| 9/21/2009 | J. Peterson | Taxi from home to office with bags from trip to Toronto. | $10.00 |
| 9/22/2009 | J. Borow | Cab fare to/from LaGuardia ($140); cab fare from airport in Dallas ($70). | $210.00 |
| 9/22/2009 | T. Horton | Taxi from DFW airport to Richardson, TX. | $70.00 |

**Capstone Advisory Group, LLC**
**Invoice for the 9/1/2009 - 9/30/2009 Fee Statement**

NY 71725290v1

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 9/22/2009 | J. Hyland | Taxi during Richardson trip. | $35.00 |
| 9/22/2009 | J. Peterson | Worked late and took a taxi home. | $7.00 |
| 9/23/2009 | T. Horton | Taxi to DFW after NBS meeting. | $80.00 |
| 9/23/2009 | J. Hyland | Taxi while traveling in Richardson, TX | $20.00 |
| 9/25/2009 | T. Morilla | Taxi for T. Morilla due to working late. | $7.00 |
| 9/26/2009 | T. Morilla | Taxi for T. Morilla due to working on Saturday. | $7.00 |
| 9/28/2009 | J. Peterson | Worked late and took a taxi home. | $6.00 |
| 9/29/2009 | J. Hyland | Taxi while traveling in NY for Nortel. | $37.67 |
| 9/30/2009 | J. Hyland | Taxi while traveling in NY. | $45.00 |
| 9/30/2009 | J. Hyland | Taxi while traveling in NY. | $17.10 |
| 9/30/2009 | J. Borow | Cab fare to meeting at counsel | $16.75 |
| 9/30/2009 | S. Song | Late night taxi due to working on Debtors' matters. | $6.00 |

**Subtotal - Auto Rental/Taxi**       **$2,649.65**

**Hotel**

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 9/3/2009 | S. Song | Hotel while staying in Toronto. | $660.14 |
| 9/3/2009 | J. Hyland | Hotel during Toronto trip. | $602.44 |
| 9/13/2009 | J. Hyland | Hotel during NY trip. | $785.02 |
| 9/13/2009 | J. Hyland | Hotel during NY trip. | $381.03 |
| 9/15/2009 | T. Horton | Hotel for two nights in Toronto. | $337.78 |
| 9/15/2009 | J. Hyland | Hotel during Toronto portion of trip. | $149.41 |
| 9/15/2009 | S. Song | Hotel while staying in Toronto. | $140.71 |
| 9/16/2009 | J. Peterson | Hotel while in Toronto | $291.54 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/18/2009 | J. Hyland | Hotel during NY portion of trip. | $1,437.18 |
| 9/22/2009 | J. Borow | Hotel in Dallas for Nortel. | $124.30 |
| 9/23/2009 | J. Hyland | Hotel while traveling to Richardson, TX. | $171.36 |
| 9/23/2009 | T. Horton | Hotel for meeting in Dallas re: NBS. | $115.24 |
| **Subtotal - Hotel** | | | **$5,196.15** |

**Meals**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/1/2009 | J. Hyland | Meal with S. Song during Toronto trip. | $90.85 |
| 9/1/2009 | J. Peterson | Dinner for T. Morilla and J. Peterson during Toronto trip. | $43.28 |
| 9/1/2009 | S. Song | Meals while traveling in Toronto for Nortel team (J. Borow, J. Hyland, S. Song) | $37.03 |
| 9/1/2009 | J. Hyland | Meal during Toronto trip. | $2.04 |
| 9/2/2009 | S. Song | Meals while traveling in Toronto. | $48.08 |
| 9/2/2009 | J. Peterson | Dinner for T. Morilla and J. Peterson. | $45.00 |
| 9/2/2009 | S. Song | Meals while traveling in Toronto. | $24.04 |
| 9/2/2009 | T. Horton | Dinner in NY resulting from working late on presentations. | $22.40 |
| 9/2/2009 | J. Hyland | Meal during Toronto trip. | $10.85 |
| 9/3/2009 | S. Song | Meals while traveling in Toronto for Nortel team (J. Hyland and S. Song) | $32.35 |
| 9/3/2009 | S. Song | Meals while traveling in Toronto. | $5.85 |
| 9/3/2009 | J. Hyland | Meal during Toronto trip. | $3.31 |
| 9/9/2009 | T. Morilla | Dinner for S. Song, J. Peterson and T. Morilla. | $48.18 |
| 9/9/2009 | T. Horton | Dinner while working late and preparing for UCC meeting. | $12.19 |
| 9/10/2009 | J. Hyland | Meal during NY trip. | $12.96 |
| 9/12/2009 | J. Hyland | Meal during NY trip. | $2.50 |

Capstone Advisory Group, LLC
Invoice for the 9/1/2009 - 9/30/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 9/14/2009 | T. Horton | Dinner with J. Hyland, S. Song and J. Peterson during Toronto trip. | $121.69 |
| 9/14/2009 | S. Song | Meals while traveling in Toronto. | $18.79 |
| 9/14/2009 | J. Peterson | Breakfast while in Toronto. | $16.91 |
| 9/14/2009 | J. Peterson | Lunch at Nortel. | $12.35 |
| 9/14/2009 | T. Horton | Lunch at Debtors' offices. | $12.12 |
| 9/14/2009 | J. Hyland | Meal during Toronto/NY trip. | $9.72 |
| 9/14/2009 | T. Horton | Breakfast on trip to Nortel. | $9.56 |
| 9/14/2009 | J. Hyland | Meal during Toronto/NY trip. | $3.20 |
| 9/14/2009 | J. Hyland | Meal during Toronto/NY trip. | $3.13 |
| 9/14/2009 | J. Hyland | Meal during NY trip on 9/13. | $2.45 |
| 9/15/2009 | T. Horton | Lunch and dinner with S. Song, J. Peterson and T. Horton while in Toronto. | $210.45 |
| 9/15/2009 | S. Song | Meals while traveling in Toronto. | $36.86 |
| 9/15/2009 | S. Song | Meals while traveling in Toronto. | $22.94 |
| 9/15/2009 | J. Peterson | Lunch at Nortel. | $12.01 |
| 9/15/2009 | J. Peterson | Breakfast at the hotel. | $8.58 |
| 9/15/2009 | J. Hyland | Meal during Toronto/NY trip. | $7.59 |
| 9/16/2009 | J. Peterson | Lunch at Nortel. | $15.28 |
| 9/16/2009 | T. Horton | Lunch in Toronto. | $10.85 |
| 9/16/2009 | J. Peterson | Dinner at the Toronto airport. | $9.76 |
| 9/21/2009 | T. Morilla | Meal due to working late. | $23.00 |
| 9/22/2009 | J. Peterson | Dinner for T. Morilla and J. Peterson. | $31.30 |
| 9/22/2009 | J. Hyland | Meal during Richardson trip. | $5.22 |

| Date | Professional | Description | Amount |
|------|------|------|------|
| 9/23/2009 | M. Lasinski | Dinner with Debtors. | $307.03 |
| 9/23/2009 | T. Horton | Dinner at airport after NBS meeting. | $12.21 |
| 9/24/2009 | M. Lasinski | Breakfast and lunch service for Debtors, counsel and financial advisors during consultant meetings in Chicago. | $487.61 |
| 9/24/2009 | M. Lasinski | Beverages for IP meeting in Chicago with Debtors, counsel, financial advisors and consultants. | $13.94 |
| 9/24/2009 | M. Lasinski | Water for IP meeting with Debtors, counsel, financial advisors and consultants | $13.94 |
| 9/25/2009 | S. Song | Late night meal due to working on Debtors' matters. | $28.40 |
| 9/26/2009 | T. Morilla | Meal for T. Morilla due to working on Saturday. | $23.41 |
| 9/26/2009 | T. Morilla | Meal for T. Morilla due to working on Saturday. | $7.75 |
| 9/26/2009 | T. Morilla | Drink for T. Morilla due to working on Saturday. | $1.99 |
| 9/27/2009 | S. Song | Late night weekend meal due to working on Debtors' matters. | $8.10 |
| 9/28/2009 | T. Morilla | Meal for T. Horton, J. Peterson, S. Song and T. Morilla due to working late. | $117.46 |
| 9/29/2009 | J. Hyland | Meals while traveling in NY. | $7.08 |
| 9/30/2009 | S. Song | Late night meal due to working on Debtors' matters. | $33.70 |
| **Subtotal - Meals** | | | **$2,107.29** |
| **Mileage** | | | |
| 9/3/2009 | J. Hyland | Local mileage to airport for Toronto trip. | $23.10 |
| 9/10/2009 | J. Hyland | Local mileage for NY trip. | $23.10 |
| 9/13/2009 | J. Hyland | Local mileage for NY trip. | $23.10 |
| 9/14/2009 | J. Hyland | Local mileage for Toronto/NY trip. | $23.10 |
| 9/18/2009 | J. Hyland | Local mileage for Toronto/NY trip. | $23.10 |
| 9/22/2009 | J. Hyland | Local mileage for Richardson trip. | $23.10 |
| 9/23/2009 | J. Hyland | Local mileage for Richardson trip. | $23.10 |

Capstone Advisory Group, LLC
Invoice for the 9/1/2009 - 9/30/2009 Fee Statement

Page 7 of 10

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/29/2009 | J. Hyland | Local mileage while traveling to NY. | $23.10 |
| **Subtotal - Mileage** | | | **$184.80** |
| **Office Supplies** | | | |
| 9/10/2009 | T. Morilla | Prepared copies of organizational chart for T. Burling of Flextronics. | $3.03 |
| 9/11/2009 | T. Morilla | Binder for information packet for T. Burling of Flextronics. | $5.43 |
| **Subtotal - Office Supplies** | | | **$8.46** |
| **Other** | | | |
| 9/11/2009 | S. Song | Foreign transaction fee (finance charge) for credit card transactions in foreign country. | $7.58 |
| **Subtotal - Other** | | | **$7.58** |
| **Parking/Tolls** | | | |
| 9/1/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/2/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/3/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/3/2009 | J. Hyland | Tolls for Toronto trip. | $1.60 |
| 9/8/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/9/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/10/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/10/2009 | J. Hyland | Tolls for NY trip. | $1.60 |
| 9/11/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/13/2009 | J. Hyland | Tolls for NY trip. | $1.60 |
| 9/14/2009 | J. Borow | Parking and tolls in NYC due to Nortel. | $57.00 |
| 9/14/2009 | J. Hyland | Local tolls for Toronto/NY trip. | $1.60 |
| 9/16/2009 | T. Horton | Parking at airport for trip to Toronto. | $99.00 |

**Capstone Advisory Group, LLC**
Invoice for the 9/1/2009 - 9/30/2009 Fee Statement

**Page 8 of 10**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/17/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/18/2009 | J. Hyland | Local tolls for Toronto/NY trip. | $1.60 |
| 9/21/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/22/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/22/2009 | J. Hyland | Local tolls for Richardson trip. | $1.60 |
| 9/23/2009 | T. Horton | Parking at Newark airport re: NBS meeting in Dallas. | $66.00 |
| 9/23/2009 | M. Lasinski | Parking for dinner with Debtors. | $28.00 |
| 9/23/2009 | M. Lasinski | Parking for meeting with Debtors. | $25.00 |
| 9/23/2009 | J. Hyland | Local tolls for Richardson trip. | $1.60 |
| 9/24/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/25/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/25/2009 | J. Hyland | Parking due to carrying work papers. | $22.00 |
| 9/28/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/29/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 9/29/2009 | J. Hyland | Local tolls while traveling to NY. | $1.60 |
| 9/30/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |

**Subtotal - Parking/Tolls**     **$639.80**

**Postage/FedEx**

| | | | |
|------|-------------|-------------|--------|
| 9/4/2009 | Capstone Expense | Postage for Nortel. | $19.30 |

**Subtotal - Postage/FedEx**     **$19.30**

**Telecom**

| | | | |
|------|-------------|-------------|--------|
| 9/2/2009 | Capstone Expense | Telephone charges direct to Nortel. | $1,162.39 |

**Capstone Advisory Group, LLC**          Page 9 of 10
**Invoice for the 9/1/2009 - 9/30/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/7/2009 | Capstone Expense | Long distance telephone for Nortel. | $236.00 |
| 9/16/2009 | J. Hyland | Telephone on Nortel matters. | $239.55 |
| 9/16/2009 | J. Hyland | Telephone on Nortel matters. | $128.26 |
| 9/16/2009 | J. Hyland | Telephone roaming charges on Nortel matters. | $78.75 |
| 9/16/2009 | J. Hyland | Telephone roaming charges on Nortel matters. | $76.60 |
| 9/30/2009 | J. Borow | Roaming charges in Toronto. | $71.76 |
| 9/30/2009 | J. Peterson | Roaming charges incurred while in Canada | $24.52 |
| **Subtotal - Telecom** | | | **$2,017.83** |
| **For the Period 9/1/2009 through 9/30/2009** | | | $24,739.87 |

Capstone Advisory Group, LLC                                     Page 10 of 10
Invoice for the 9/1/2009 - 9/30/2009 Fee Statement

NY 71725290v1