**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 12, 2009 AT 11:00 A.M. (ET)[3]**

UNCONTESTED MATTERS GOING FORWARD:

1 Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order: (A) Approving Debtors' Entry Into The CDMA Escrow Agreement And (B) Granting Related Relief (D.I. 1863, Filed 11/10/09).

Related Pleadings:

a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order (A) Approving Debtors' Entry Into The CDMA Escrow Agreement And (B) Granting Related Relief (D.I. 1864, Filed 11/10/09); **and**

b) **Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order (A) Approving Debtors' Entry Into The CDMA Escrow Agreement And (B) Granting Related Relief (D.I. 1866, Filed 11/10/09).**

Objection Deadline: November 11, 2009 at 4:00 p.m. (ET).

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2 Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

3 The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Responses Received: None at this time.

Status: This matter is going forward.

Dated: November 11, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*