## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Amended Agenda Of Matters Scheduled For Hearing On November 12, 2009 At 11:00 A.M. (Eastern Time)** was caused to be made on November 11, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: November 11, 2009

Ann C. Cordo (No. 4817)

2800793.10