IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
            :
*In re*         :   Chapter 11
            :
Nortel Networks Inc., *et al.*,[1]   :   Case No. 09-10138 (KG)
            :
            Debtors.   :   Jointly Administered
            :
            :
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

TAMARA J. BRITT, being duly sworn, deposes and says:

1. I am a law clerk with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"); and

2. Pursuant to Rules 1009(a) and 2002 of the Federal Rules of Bankruptcy Procedure and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I served copies of the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11 epiqsystems com/nortel.

(i) **Notice of Amendments to Schedules of Assets and Liabilities and Statements of Financial Affairs of Nortel Networks Incorporated** [D.I. 1811], filed 11/4/09)

by first-class mail upon the parties on the attached service lists.[2]

*Tamara J. Britt*

Sworn to before me this
11th day of November, 2009

_____
Notary Public

PETER O'KEEFE
Notary Public, State of New York
No. 01OK6146765
Qualified in Richmond County
Certificate Filed In New York County
Commission Expires May 22, 2010

---

[2] In accordance with the Order Authorizing Certain Debtors to File Under Seal Certain Portions of Their Schedules and Related Certificates of Service, dated May 20, 2009 ("the Sealing Order")[D.I. 770] an unredacted version of Exhibit A2 to the Notice which lists customer names and contract names was filed under seal.