<u>**SERVICE LIST VIA FIRST-CLASS MAIL**</u>
**Nortel Networks Incorporated Notice of Amendments to
Schedules of Assets and Liabilities and Statement of Financial Affairs**

**FILED UNDER SEAL IN ACCORDANCE WITH ORDER Authorizing Certain Debtors
to File Under Seal Certain Portions of Their Schedules and Related Certificates of Service,
Dated May 20, 2009 [D.I. 770]**