# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS INC.　　COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG　　DATE: 11/12/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | Morris Nichols Arsht & Tunnel | Debtors |
| Chris Samis | Richards, Layton & Finger, P.A. | Committee |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Elihu E. Allinson III | Sullivan Hazeltine Allinson LLC | Motorola, Inc. |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross

Calendar Date: 11/12/2009
Calendar Time: 11:00 AM

Amended Calendar 11/12/2009 06:28 AM

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3185249 | Amelie Baudot | (212) 610-7300 | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3183311 | James Bromley | 212-225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3184218 | Stephen Grisanti | 602-769-2332 | Tricadia Capital | Creditor, Tricidia / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3187318 | Thomas Walsh | (302) 571-6710 | Herbert Smith | Debtor, Nortel UK / LIVE |