**EXHIBIT "B"**

```
TIME: 16:18:30                                      NORTEL NETWORKS INC.
DATE: 11/09/09                                         CREDITOR LISTING                                              PAGE:    1

Name                                        Address
ARBOR INDUSTRIES U.S.A., INC.               101 DOMINION BLVD. RONKONKOMA NY 11779
CRIMSON HEXAGON INC                         130 BISHOP ALLEN DRIVE CAMBRIDGE MA 02139-2497
KAON INTERACTIVE INC                        2 CLOCK TOWER PLACE MAYNARD MA 01754
MARKETBRIDGE CORPORATION                    4550 MONTGOMERY AVENUE BETHESDA MD 20814
NATIONAL JOURNAL GROUP INC                  600 NEW HAMPSHIRE AVE NW WASHINGTON DC 20037
NETFORMX, INC                               275 SARATOGA AVE., SUITE 200 SANTA CLARA CA 95050-6669
PUCAN TRADING                               9651 SE 125TH AVE DUNNELLON FL 34431-7457
QUARRY INTEGRATED COMMUNICATIONS USA INC    1009 SLATER ROAD, SUITE 300 DURHAM NC 27703
RAPID SHEET METAL INC                       104 PERIMETER ROAD NASHUA NH 03063-1332
SECURELOGIX CORPORATION                     13750 SAN PEDRO SAN ANTONIO TX 78232


Total Number of Records Printed             10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC