**EXHIBIT "C"**

```
TIME: 10:55:38                                      NORTEL NETWORKS INC.
DATE: 11/10/09                                        CREDITOR LISTING                                                      PAGE:     1

Name                             Address
ASM CAPITAL, L.P.                TRANSFEROR: ARBOR INDUSTRIES U.S.A., INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                TRANSFEROR: CRIMSON HEXAGON INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                TRANSFEROR: KAON INTERACTIVE INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                TRANSFEROR: NETFORMX, INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                TRANSFEROR: QUARRY INTEGRATED COMMUNICAT ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                TRANSFEROR: SECURELOGIX CORPORATION ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
LIQUIDITY SOLUTIONS, INC.        TRANSFEROR: PUCAN TRADING D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.        TRANSFEROR: RAPID SHEET METAL INC D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
RIVERSIDE CLAIMS LLC             TRANSFEROR: MARKETBRIDGE CORPORATION POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK NY 10024-0540
UNITED STATES DEBT RECOVERY LLC  TRANSFEROR: NATIONAL JOURNAL GROUP INC 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE NV 89451


Total Number of Records Printed       10




                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```