**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re*                                                      :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                           :    Case No. 09-10138 (KG)
:
            Debtors.                                          :    Jointly Administered
:
:    Hearing Date: December 15, 2009 at 10:00 a.m. (ET)
:
---------------------------------------------------------------X

**SECOND QUARTERLY FEE APPLICATION REQUEST OF PALISADES CAPITAL ADVISORS LLC, PENSION CO-ADVISOR FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2009 THROUGH OCTOBER 31, 2009**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Palisades Capital Advisors LLC ("Palisades") hereby submits its Second Interim Fee Application Request (the "Request") for the period August 1, 2009 through and including October 31, 2009[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 1439 & 1629 & 1858 contain detailed listing of Palisades' requested fees and expenses for the Application Periods.

Palisades seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 9/8/09 D.I. 1439 | 8/1/09 – 8/30/09 | $130,000.00 | $0.00 | 9/30/09 D.I. 1590 | $104,000.00 | $0.00 | $26,000.00 |
| 10/7/09 D.I. 1629 | 9/1/09 – 9/30/09 | $130,000.00 | $1,336.49 | 10/30/09 D.I. 1799 | $104,000.00 | $1,336.49 | $26,000.00 |
| 11/9/09 D.I. 1858 | 10/1/09 – 10/31/09 | $130,000.00 | $1,989.12 | xx/xx/09 D.I. [ ] | $104,000.00 | $1,989.12 | $26,000.00 |
| **TOTAL** | | **$390,000.00** | **$3,325.61** | | **$312,000.00** | **$3,325.61** | **$78,000.00** |

In accordance with the Monthly Compensation Order, Palisades seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Palisades respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Palisades such other and further relief as is just and proper.

Dated: November 12, 2009
Washington, DC

PALISADES CAPITAL ADVISORS LLC

 */s/ Bradley D. Belt*
Bradley D. Belt
Chairman
Palisades Capital Advisors LLC
1050 K Street NW, Suite 300
Washington DC 20001

*Pension Co-Advisor for the Debtors and Debtors in Possession*

## CUMULATIVE SUMMARY OF SERVICES BY PROFESSIONAL

| Name of Professional Person | Total Hours |
|---|---:|
| Bradley D. Belt, Chairman | 63.0 |
| John L. Spencer, Senior Advisor | 53.0 |
| Dawn M. Bizzell, Director | 16.0 |
| **TOTALS** | **132.0** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE SUMMARY OF SERVICES BY PROJECT CATEGORY**

| Project Category | Total Hours |
|---|---|
| Pension Advisory | 112.5 |
| Engagement/Retention/Fee Applications | 19.5 |
| **TOTAL** | **132.0** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Travel | $3,210.05 |
| Shipping/Delivery | $84.56 |
| Fax Usage/Court Call | $31.00 |
| **Grand Total Expenses** | **$3,325.41** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]