# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Second Quarterly Fee Application Request Of Palisades Capital Advisors LLC, Pension Co-Advisor For Debtors And Debtors-In-Possession For The Period August 1, 2009 Through October 31, 2009** was caused to be made on November 12, 2009, in the manner indicated upon the entities identified below:

Date: November 12, 2009        */s/ Ann C. Cordo*
                                Ann C. Cordo (No. 4817)

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Patrick Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Anna Ventresca<br>Nortel Networks, Inc.<br>195 The West Mall<br>Toronto, ON M9C 5K1<br>CANADA<br>(Debtor) |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee<br>Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee<br>Of Unsecured Creditors) |

3026412.6

3026412.6