**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To Sections 501, 502 And 1111(a) Of The Bankruptcy Code, Bankruptcy Rules 2002 And 3003(c)(3) And Local Rule 2002-1(e) For An Order Establishing Deadlines For Filing Proofs Of Claim Against Nortel Networks (CALA) Inc. And Approving Form And Manner Of Notice Thereof** was caused to be made on November 12, 2009, in the manner indicated upon the entities on the attached service list.

Dated: November 12, 2009

/s/ Ann C. Cordo
Ann C. Cordo (No. 4817)

3231125.1