## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                     :

*In re*                       :       Chapter 11

Nortel Networks Inc., *et al.*,[1]   :       Case No. 09-10138 (KG)

             Debtors.   :       Jointly Administered

                     :       **RE: D.I. 1796**

---------------------------------------------------X

### SUPPLEMENTAL DECLARATION OF STEVEN G. STEGER IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GLOBAL IP LAW GROUP, LLC *NUNC PRO TUNC* TO OCTOBER 13, 2009 AS INTELLECTUAL PROPERTY <u>CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSSION</u>

I, STEVEN G. STEGER, do hereby declare as follows:

1.      I am a managing partner of the firm Global IP Law Group, LLC ("<u>Global IP</u>" or the "<u>Firm</u>"), which has its principal office at 233 South Wacker Drive, Suite 8400, Chicago, IL 60606.

2.      I submit this declaration (the "<u>Supplemental Declaration</u>") to supplement the Application For an Order Authorizing Employment and Retention of Global IP Law Group LLC <u>Nunc Pro Tunc</u> to October 13, 2009 (D.I. 1796) (the "<u>Application</u>"), filed on October 30, 2009, and the declaration of Steven G. Steger in support of and annexed as Exhibit B to the Application (the "<u>Initial Declaration</u>"). I am authorized to execute this Supplemental Declaration on behalf

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

of Global IP. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

3.      As set forth in the Initial Declaration, in order to ensure compliance with the requirements of chapter 11 of the United States Code (the "Bankruptcy Code") and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") regarding the retention of professionals by the Debtors, Global IP undertook to determine whether Global IP had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Global IP obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these chapters 11 cases (the "Potential Parties-in-Interest"), attached to the Initial Declaration as Schedule 1. Global IP ran a computerized check of each of these persons or entities to determine which persons or entities, if any, Global IP currently represents or has represented in the past three years. A list matching those entities on the Conflicts Check List is attached to the Initial Declaration as Schedule 2.

4.      I am submitting this Supplemental Declaration to disclose that after the filing of the Initial Declaration, Global IP obtained from the Debtors and/or their representatives the following names of additional directors and officers of the Debtors: Allan Bifield, Clarke Glaspell, and Anna Ventresca. Global IP ran a computerized check of each of these persons to determine which persons, if any, Global IP currently represents or has represented in the past three years. I am unaware of any engagements of Global IP by these individuals within the last three years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 11, 2009.

_____
STEVEN G. STEGER