**CERTIFICATE OF SERVICE**

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Pursuant To 11 U.S.C. § 105(a), § 363 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Asia Restructuring Agreement, And (B) Granting Related Relief** was caused to be made on November 12, 2009, in the manner indicated upon the entities on the attached service list.

Dated:  November 12, 2009

                   */s/ Ann C. Cordo*
                    Ann C. Cordo (No. 4817)

3231122.1