## SCHEDULE A

| Name and Address of Counterparty | Effective Date of Assignment | Description of Designated Agreement | Cure Amount |
|---|---|---|---|
|  |  |  |  |

NOTE: For purposes of filing, this schedule has been intentionally left blank. Pursuant to the Assignment Procedures as approved in the Bidding Procedures Order, those parties whom the Debtors believe to be a party in interest to a Scheduled Agreement will receive an individualized Schedule A.