# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------X
                                                          :
In re                                                     :      Chapter 11
                                                          :
Nortel Networks Inc., et al.,¹                            :      Case No. 09-10138 (KG)
                                                          :
                              Debtors.                    :      Jointly Administered
                                                          :
                                                          :
                                                          :      Re: D.I. 1840
                                                          :
                                                          :
----------------------------------------------------------X
```

## NOTICE OF FILING OF SUPPORTING STATEMENTS PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that on November 6, 2009, the Court entered the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* (D.I. 1840) (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Retention Order, Special Counsel has made reasonable efforts to get all temporary attorney personal (the "Contract Attorneys") utilized by Special Counsel in connection their retention to disclose (the "Disclosure") any conflicts the Contract Attorney may have with the Debtors.  Retention Order, ¶6.  As of the date hereof, Special Counsel has received Disclosures from 26 of the 43 Contract Attorneys utilized by Special Counsel, copies of which are attached hereto as **Exhibit A**.  Special

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Counsel is continuing to make reasonable efforts to obtain Disclosures from the remaining

Contract Attorneys.

Dated:  November 13, 2009
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (No. 5125)
        Lisa M. Schweitzer (No. 1033)
        One Liberty Plaza
        New York, New York 10006
        Telephone:  (212) 225-2000
        Facsimile:  (212) 225-3999

            - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s Ann C. Cordo*
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Ann C. Cordo (No. 4817)
        Andrew R. Remming (No. 5120)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE  19899-1347
        Telephone:  (302) 658-9200
        Facsimile:  (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*