**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Supporting Statements Pursuant To Fed. R. Bankr. P. 2014 And Order Under 11 U.S.C. §§ 327 And 328 Authorizing Application For An Order Authorizing Employment And Retention Of Special Counsel Inc.** *Nunc Pro Tunc* **To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession** was caused to be made on November 13, 2009, in the manner indicated upon the entities on the attached service list.

Dated:  November 13, 2009

                                                         */s/ Ann C. Cordo*
                                                           Ann C. Cordo (No. 4817)

3165617.2