**EXHIBIT C**

## DISBURSEMENT SUMMARY
## SEPTEMBER 1 TO SEPTEMBER 30, 2009
### (All Amounts in Canadian Dollars)

<u>Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $ 519.00 |
| Airfare/Travel | $1,938.96 |
| Cellular Phones | $ 21.22 |
| Taxi Charges (Courier) | $ 558.52 |
| Library Computer Research | $2,512.54 |
| Long Distance Telephone Calls | $ 300.55 |
| Meals & Beverages | $ 123.32 |
| Parking | $ 15.29 |
| Photocopy Charges | $4,264.50 |
| Process Server Fees | $ 40.00 |
| | |
| Total Taxable Disbursements | $10,293.90 |
| Total GST | 514.70 |
| **Total Taxable Disbursements including Taxes** | **$10,808.60CDN** |

7453458_1.DOC