**EXHIBIT D**

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 30, 2009
Invoice #: 2712325
Page 54 of 61

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/07/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 42.75 |
| 25/07/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 72.25 |
| 27/07/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 10.75 |
| 21/08/09 | 200 BAY ST,S/T, SUITE 3800 | 1 | 6.00 |
| 21/08/09 | 20 QUEEN ST WEST,STE 900 | 1 | 6.00 |
| 21/08/09 | 205 PLACER COURT | 1 | 33.30 |
| 27/08/09 | ECarswell Online Search | 1 | 141.00 |
| 27/08/09 | M Wunder/Bell Conferencing/Inv. 105143253 | 1 | 4.68 |
| 28/08/09 | Telephone;14502283585;Saint MaQC;4450 | 1 | 1.32 |
| 30/08/09 | ECarswell Online Search | 1 | 156.00 |
| 31/08/09 | "eCarswell/HETU,JARVIS" | 1 | 215.76 |
| 31/08/09 | Beck Taxi/Inv 1721-008/M Wunder Aug 11/09 | 1 | 24.00 |
| 31/08/09 | Beck Taxi/Inv 1721-008/M Wunder Aug 14/09 | 1 | 27.50 |
| 31/08/09 | Beck Taxi/Inv 1721-008/A MacFarlane x2 Aug 25/09 | 1 | 71.75 |
| 31/08/09 | Beck Taxi/Inv 1721-008/M Wunder x2 July 28/09 | 1 | 35.50 |
| 31/08/09 | Beck Taxi/Inv 1721-008/M Wunder Aug 29/09 | 1 | 28.60 |
| 31/08/09 | Beck Taxi/Inv 1721-008/M Wunder Aug 24/09 | 1 | 10.00 |
| 31/08/09 | "Lexis Nexis/HETU, JARVIS" | 1 | 103.82 |
| 31/08/09 | Beck Taxi/Inv 1721-008/M Wunder Aug 13/09 | 1 | 23.00 |
| 01/09/09 | Photocopy;MattesL | 51 | 5.10 |
| 01/09/09 | "eCarswell/HETU,JARVIS" | 1 | 63.00 |
| 01/09/09 | Laser Copy;KAPLAN M | 326 | 32.60 |
| 01/09/09 | Laser Copy;LEGAULT | 18 | 1.80 |
| 01/09/09 | Laser Copy;NELSON M | 77 | 7.70 |
| 01/09/09 | Laser Copy;ORAHILL T | 554 | 55.40 |
| 01/09/09 | Laser Copy;MacFarlaneA | 43 | 4.30 |
| 01/09/09 | Laser Copy;HETU, Jarvis | 27 | 2.70 |
| 01/09/09 | Photocopy;MattesL | 84 | 8.40 |
| 02/09/09 | Photocopy;ORAHILL T | 464 | 46.40 |
| 02/09/09 | "eCarswell/HETU,JARVIS" | 1 | 16.00 |
| 02/09/09 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 564914853/923956592784 Recipient: MARY REIS Company: NORTEL NETWORKS INC | 1 | 12.14 |
| 02/09/09 | Laser Copy;ORAHILL T | 147 | 14.70 |
| 02/09/09 | Laser Copy;HETU, Jarvis | 26 | 2.60 |
| 02/09/09 | Laser Copy;KAPLAN M | 79 | 7.90 |
| 02/09/09 | Laser Copy;KARTASHM | 47 | 4.70 |
| 02/09/09 | Laser Copy;NELSON M | 206 | 20.60 |
| 02/09/09 | Laser Copy;MattesL | 98 | 9.80 |
| 02/09/09 | Laser Copy;MacFarlaneA | 130 | 13.00 |
| 02/09/09 | Laser Copy;DUNSMUIM | 21 | 2.10 |
| 02/09/09 | Laser Copy;TaitT | 78 | 7.80 |
| 02/09/09 | Photocopy;ORAHILL T | 495 | 49.50 |
| 03/09/09 | Taxi for M. Wunder from Bloor to office on Sept. 2/09; | 1 | 11.43 |
| 03/09/09 | Parking for M. Wunder at office on February 1/09; 2009-2-1 | 1 | 9.56 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 30, 2009  
Invoice #: 2712325  
Page 55 of 61

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 03/09/09 | Laser Copy;KAPLAN M | 44 | 4.40 |
| 03/09/09 | Laser Copy;MacFarlaneA | 154 | 15.40 |
| 03/09/09 | Laser Copy;MattesL | 295 | 29.50 |
| 03/09/09 | Laser Copy;ORAHILL T | 145 | 14.50 |
| 03/09/09 | Laser Copy;NELSON M | 463 | 46.30 |
| 03/09/09 | Laser Copy;WALKER R | 76 | 7.60 |
| 03/09/09 | Laser Copy;DUNSMUIM | 3 | 0.30 |
| 04/09/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 50.75 |
| 04/09/09 | "Lexis Nexis/HETU, JARVIS" | 1 | 1.11 |
| 04/09/09 | "Quick Law/HETU, JARVIS" | 1 | 119.30 |
| 04/09/09 | "eCarswell/HETU,JARVIS" | 1 | 70.00 |
| 04/09/09 | Laser Copy;CHUNG G | 76 | 7.60 |
| 04/09/09 | Laser Copy;DUNSMUIM | 233 | 23.30 |
| 04/09/09 | Laser Copy;HETU, Jarvis | 6 | 0.60 |
| 04/09/09 | Laser Copy;KAPLAN M | 274 | 27.40 |
| 04/09/09 | Laser Copy;LEGAULT | 233 | 23.30 |
| 04/09/09 | Laser Copy;MacFarlaneA | 614 | 61.40 |
| 04/09/09 | Laser Copy;MATHESON | 970 | 97.00 |
| 04/09/09 | Laser Copy;Pereira T | 3 | 0.30 |
| 04/09/09 | Meals and Beverages - Maxim Inv #115590 Working lunch for S. Kukulowicz, A. MacFarlane and M. Wunder on Aug 20/09 | 1 | 18.36 |
| 04/09/09 | Telephone;17199550541;ColoradoCO; 4582 | 1 | 42.00 |
| 04/09/09 | Process Server Fees - Kap Litigation Services Inv #167915 Rush filing of Joint Factum | 1 | 40.00 |
| 04/09/09 | Meals and Beverages - Sweet Water Gourmet Catering Inv #08202009-002 - Working lunch for S. Kukulowicz, A. MacFarlane; M. Wunder on Aug 20/09 | 1 | 56.16 |
| 05/09/09 | Laser Copy;MATHESON | 2 | 0.20 |
| 06/09/09 | Laser Copy;CHUNG G | 56 | 5.60 |
| 07/09/09 | Laser Copy;MacFarlaneA | 20 | 2.00 |
| 08/09/09 | "eCarswell/HETU,JARVIS" | 1 | 18.50 |
| 08/09/09 | Laser Copy;MacFarlaneA | 261 | 26.10 |
| 08/09/09 | Laser Copy;MattesL | 198 | 19.80 |
| 08/09/09 | Laser Copy;YING C | 3 | 0.30 |
| 08/09/09 | Laser Copy;DUNSMUIM | 3 | 0.30 |
| 08/09/09 | Photocopy;MattesL | 25 | 2.50 |
| 08/09/09 | "Quick Law/HETU, JARVIS" | 1 | 15.80 |
| 08/09/09 | Telephone;12125996622;New YorkNY;TO47 | 1 | 0.51 |
| 08/09/09 | "Lexis Nexis/HETU, JARVIS" | 1 | 0.02 |
| 08/09/09 | Laser Copy;KAPLAN M | 286 | 28.60 |
| 08/09/09 | Laser Copy;NELSON M | 19 | 1.90 |
| 08/09/09 | Laser Copy;HETU, Jarvis | 55 | 5.50 |
| 09/09/09 | Long-distance call from Toronto to Colorado Springs; 2009-5-31 | 1 | 8.14 |
| 09/09/09 | Photocopy;ORAHILL T | 58 | 5.80 |
| 09/09/09 | Laser Copy;NELSON M | 318 | 31.80 |
| 09/09/09 | Laser Copy;ORAHILL T | 147 | 14.70 |
| 09/09/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 09/09/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 30, 2009  
Invoice #: 2712325  
Page 56 of 61

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/09/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 09/09/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 09/09/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 09/09/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 09/09/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 09/09/09 | Telephone;12128721063;New YorkNY;TO44 | 1 | 1.53 |
| 09/09/09 | Telephone;12128728121;New YorkNY;TO46 | 1 | 1.02 |
| 09/09/09 | Laser Copy;DUNSMUIM | 171 | 17.10 |
| 09/09/09 | Laser Copy;MacFarlaneA | 33 | 3.30 |
| 09/09/09 | Laser Copy;KAPLAN M | 68 | 6.80 |
| 09/09/09 | Laser Copy;GOUGEON | 177 | 17.70 |
| 09/09/09 | Laser Copy;MattesL | 164 | 16.40 |
| 09/09/09 | Taxi from Airport to Office for M. Wunder on March 3/09; | 1 | 33.33 |
| 09/09/09 | Long-distance call from Toronto to Colorado Springs; 2009-5-31 | 1 | 3.43 |
| 09/09/09 | Long-distance call from Toronto to Colorado Springs; 2009-6-4 | 1 | 4.43 |
| 09/09/09 | Long-distance call from Toronto to Colorado Springs; 2009-6-10 | 1 | 1.43 |
| 09/09/09 | Long-distance charge from Toronto to Colorado Springs; 2009-6-10 | 1 | 6.43 |
| 09/09/09 | Long-distance call from Toronto to Colorado Springs; 2009-6-17 | 1 | 0.45 |
| 09/09/09 | Long-distance call from Toronto to Colorado Springs; 2009-6-17 | 1 | 5.86 |
| 09/09/09 | Long-distance call from Toronto to Manhattan; 2009-7-26 | 1 | 4.57 |
| 10/09/09 | Rogers Wireless charges for M. Wunder for July and August/09 | 1 | 0.29 |
| 10/09/09 | Laser Copy;GRASSI J | 78 | 7.80 |
| 10/09/09 | Laser Copy;GOUGEON | 108 | 10.80 |
| 10/09/09 | "eCarswell/DIETRICH,JANE" | 1 | 20.25 |
| 10/09/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 39.75 |
| 10/09/09 | "Quick Law/DIETRICH, JANE" | 1 | 11.07 |
| 10/09/09 | Laser Copy;NELSON M | 319 | 31.90 |
| 10/09/09 | Laser Copy;ORAHILL T | 146 | 14.60 |
| 10/09/09 | Laser Copy;MattesL | 368 | 36.80 |
| 10/09/09 | Laser Copy;HETU, Jarvis | 48 | 4.80 |
| 10/09/09 | Laser Copy;BanksT | 366 | 36.60 |
| 10/09/09 | Laser Copy;KAPLAN M | 52 | 5.20 |
| 10/09/09 | Laser Copy;WALKER R | 26 | 2.60 |
| 11/09/09 | Laser Copy;KAPLAN M | 100 | 10.00 |
| 11/09/09 | Laser Copy;NELSON M | 345 | 34.50 |
| 11/09/09 | Laser Copy;MattesL | 370 | 37.00 |
| 13/09/09 | Laser Copy;MATHESON | 6 | 0.60 |
| 14/09/09 | Laser Copy;MESIANOA | 346 | 34.60 |
| 14/09/09 | Laser Copy;KAPLAN M | 74 | 7.40 |
| 14/09/09 | Laser Copy;LEGAULT | 29 | 2.90 |
| 14/09/09 | Laser Copy;MacFarlaneA | 4 | 0.40 |
| 14/09/09 | Laser Copy;MattesL | 478 | 47.80 |
| 14/09/09 | Laser Copy;NELSON M | 568 | 56.80 |
| 14/09/09 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 14/09/09 | Laser Copy;GRASSI J | 1 | 0.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 30, 2009  
Invoice #: 2712325  
Page 57 of 61

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/09/09 | Laser Copy;ORAHILL T | 85 | 8.50 |
| 15/09/09 | Photocopy;AmaralJ | 6 | 0.60 |
| 15/09/09 | Photocopy;AmaralJ | 6 | 0.60 |
| 15/09/09 | Photocopy;ORAHILL T | 221 | 22.10 |
| 15/09/09 | "Quick Law/BANKS, TIMOTHY" | 1 | 67.94 |
| 15/09/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 1.02 |
| 15/09/09 | Laser Copy;PUSHALIK A | 35 | 3.50 |
| 15/09/09 | Laser Copy;SANTOS I | 182 | 18.20 |
| 15/09/09 | Laser Copy;MATHESON | 17 | 1.70 |
| 15/09/09 | Laser Copy;MattesL | 1665 | 166.50 |
| 15/09/09 | Laser Copy;NELSON M | 227 | 22.70 |
| 15/09/09 | Laser Copy;GOUGEON | 24 | 2.40 |
| 15/09/09 | Laser Copy;KAPLAN M | 28 | 2.80 |
| 15/09/09 | Laser Copy;BanksT | 194 | 19.40 |
| 15/09/09 | Laser Copy;MacFarlaneA | 129 | 12.90 |
| 15/09/09 | Laser Copy;WaughS | 758 | 75.80 |
| 16/09/09 | Laser Copy;NELSON M | 321 | 32.10 |
| 16/09/09 | Photocopy;ORAHILL T | 206 | 20.60 |
| 16/09/09 | Photocopy;AmaralJ | 406 | 40.60 |
| 16/09/09 | Laser Copy;ORAHILL T | 81 | 8.10 |
| 16/09/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 83.75 |
| 16/09/09 | Laser Copy;PAUL S | 40 | 4.00 |
| 16/09/09 | Laser Copy;BanksT | 11 | 1.10 |
| 16/09/09 | Laser Copy;DIETRICJ | 34 | 3.40 |
| 16/09/09 | Laser Copy;PUSHALIK A | 41 | 4.10 |
| 16/09/09 | Laser Copy;KAPLAN M | 7 | 0.70 |
| 16/09/09 | Laser Copy;LittleM | 58 | 5.80 |
| 16/09/09 | Laser Copy;MacFarlaneA | 96 | 9.60 |
| 16/09/09 | Laser Copy;MattesL | 743 | 74.30 |
| 16/09/09 | Laser Copy;GOUGEON | 40 | 4.00 |
| 16/09/09 | Laser Copy;GRASSI J | 76 | 7.60 |
| 16/09/09 | Photocopy;AmaralJ | 72 | 7.20 |
| 17/09/09 | Laser Copy;PUSHALIK A | 64 | 6.40 |
| 17/09/09 | Laser Copy;KAPLAN M | 270 | 27.00 |
| 17/09/09 | Laser Copy;DUNSMUIM | 162 | 16.20 |
| 17/09/09 | Laser Copy;NELSON M | 225 | 22.50 |
| 17/09/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 19.74 |
| 17/09/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 52.25 |
| 17/09/09 | "eCarswell/PUSHALIK,ANDY" | 1 | 90.25 |
| 17/09/09 | Laser Copy;ORAHILL T | 6 | 0.60 |
| 17/09/09 | Telephone;12128721063;New YorkNY;TO44 | 1 | 4.59 |
| 17/09/09 | Telephone;17199550541;ColoradoCO;TO45 | 1 | 88.48 |
| 17/09/09 | Laser Copy;PAUL S | 4 | 0.40 |
| 17/09/09 | Laser Copy;DIETRICJ | 6 | 0.60 |
| 17/09/09 | Laser Copy;LittleM | 42 | 4.20 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 30, 2009
Invoice #: 2712325
Page 58 of 61

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/09/09 | Laser Copy;MacFarlaneA | 169 | 16.90 |
| 17/09/09 | Laser Copy;MattesL | 316 | 31.60 |
| 18/09/09 | Laser Copy;Waugh,Stephanie | 27 | 2.70 |
| 18/09/09 | Laser Copy;DUNSMUIM | 214 | 21.40 |
| 18/09/09 | Laser Copy;GOUGEON | 31 | 3.10 |
| 18/09/09 | Laser Copy;MacFarlaneA | 162 | 16.20 |
| 18/09/09 | Laser Copy;MattesL | 249 | 24.90 |
| 18/09/09 | Laser Copy;KAPLAN M | 36 | 3.60 |
| 18/09/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 30.25 |
| 18/09/09 | M Wunder/Bell Conferencing Invoice 105046678 | 1 | 8.37 |
| 18/09/09 | M Wunder/Bell Conferencing Invoice 105046678 | 1 | 2.52 |
| 18/09/09 | Telephone;15149371722;MontrealQC; TO44 | 1 | 4.84 |
| 18/09/09 | Telephone;17199550541;ColoradoCO; TO45 | 1 | 101.36 |
| 18/09/09 | Meals and Beverages - Maxim Inv #115696 - Working lunch A. MacFarlane, S. Kukulowicz and M. Wunder on Sept 1/09 | 1 | 13.77 |
| 18/09/09 | Laser Copy;NELSON M | 381 | 38.10 |
| 18/09/09 | Laser Copy;PAUL S | 1 | 0.10 |
| 18/09/09 | Laser Copy;BanksT | 129 | 12.90 |
| 19/09/09 | Laser Copy;PUSHALIK A | 74 | 7.40 |
| 20/09/09 | Laser Copy;PUSHALIK A | 72 | 7.20 |
| 20/09/09 | Laser Copy;MacFarlaneA | 195 | 19.50 |
| 20/09/09 | "eCarswell/PUSHALIK,ANDY" | 1 | 55.50 |
| 20/09/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 182.49 |
| 21/09/09 | Laser Copy;PUSHALIK A | 122 | 12.20 |
| 21/09/09 | Laser Copy;BanksT | 53 | 5.30 |
| 21/09/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 147.74 |
| 21/09/09 | "eCarswell/PUSHALIK,ANDY" | 1 | 7.50 |
| 21/09/09 | Laser Copy;LEGAULT | 21 | 2.10 |
| 21/09/09 | Laser Copy;MacFarlaneA | 77 | 7.70 |
| 21/09/09 | Laser Copy;ROHOMAN | 67 | 6.70 |
| 21/09/09 | Laser Copy;DUNSMUIM | 166 | 16.60 |
| 21/09/09 | Laser Copy;KAPLAN M | 268 | 26.80 |
| 21/09/09 | Laser Copy;NELSON M | 743 | 74.30 |
| 21/09/09 | Laser Copy;MATHESON | 258 | 25.80 |
| 21/09/09 | Laser Copy;MattesL | 490 | 49.00 |
| 21/09/09 | Laser Copy;Waugh,Stephanie | 22 | 2.20 |
| 21/09/09 | Laser Copy;PAUL S | 1 | 0.10 |
| 22/09/09 | Laser Copy;ZINIUK L | 66 | 6.60 |
| 22/09/09 | Laser Copy;KAPLAN M | 79 | 7.90 |
| 22/09/09 | Laser Copy;NELSON M | 344 | 34.40 |
| 22/09/09 | Laser Copy;ORAHILL T | 235 | 23.50 |
| 22/09/09 | Laser Copy;PAUL S | 6 | 0.60 |
| 22/09/09 | Photocopy;MattesL | 143 | 14.30 |
| 22/09/09 | Photocopy;ORAHILL T | 55 | 5.50 |
| 22/09/09 | Photocopy;ORAHILL T | 89 | 8.90 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 30, 2009  
Invoice #: 2712325  
Page 59 of 61

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 22/09/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 428.18 |
| 22/09/09 | Laser Copy;LEGAULT | 36 | 3.60 |
| 22/09/09 | Laser Copy;LittleM | 179 | 17.90 |
| 22/09/09 | Laser Copy;MATHESON | 7 | 0.70 |
| 22/09/09 | Laser Copy;MattesL | 662 | 66.20 |
| 23/09/09 | Rogers Wireless charges for M. Wunder for July and August, 2009; | 1 | 20.93 |
| 23/09/09 | Laser Copy;NELSON M | 137 | 13.70 |
| 23/09/09 | UPS cash on delivery charge for package received by M. Wunder on Sept. 22/09; 2009-9-22 | 1 | 29.55 |
| 23/09/09 | Laser Copy;ORAHILL T | 138 | 13.80 |
| 23/09/09 | Laser Copy;PAUL S | 7 | 0.70 |
| 23/09/09 | Laser Copy;GOUGEON | 1043 | 104.30 |
| 23/09/09 | Laser Copy;LittleM | 56 | 5.60 |
| 23/09/09 | Laser Copy;MacFarlaneA | 77 | 7.70 |
| 23/09/09 | Laser Copy;MattesL | 218 | 21.80 |
| 23/09/09 | Laser Copy;PUSHALIK A | 159 | 15.90 |
| 23/09/09 | Laser Copy;KAPLAN M | 46 | 4.60 |
| 23/09/09 | Laser Copy;MATHESON | 5 | 0.50 |
| 23/09/09 | Photocopy;ORAHILL T | 116 | 11.60 |
| 23/09/09 | Photocopy;ORAHILL T | 49 | 4.90 |
| 23/09/09 | Photocopy;Amaral, Rui | 116 | 11.60 |
| 23/09/09 | Photocopy;Fiancia A | 146 | 14.60 |
| 23/09/09 | "eCarswell/PUSHALIK,ANDY" | 1 | 7.50 |
| 23/09/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 87.70 |
| 24/09/09 | Photocopy;ORAHILL T | 46 | 4.60 |
| 24/09/09 | Laser Copy;NELSON M | 263 | 26.30 |
| 24/09/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 2.50 |
| 24/09/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 79.00 |
| 24/09/09 | Laser Copy;MATHESON | 29 | 2.90 |
| 24/09/09 | Laser Copy;MattesL | 349 | 34.90 |
| 24/09/09 | Laser Copy;BanksT | 37 | 3.70 |
| 24/09/09 | Laser Copy;LittleM | 66 | 6.60 |
| 24/09/09 | Laser Copy;MacFarlaneA | 154 | 15.40 |
| 24/09/09 | Laser Copy;ORAHILL T | 190 | 19.00 |
| 24/09/09 | Laser Copy;PUSHALIK A | 95 | 9.50 |
| 24/09/09 | Laser Copy;WALKER R | 68 | 6.80 |
| 24/09/09 | Laser Copy;GRASSI J | 39 | 3.90 |
| 24/09/09 | Laser Copy;KAPLAN M | 141 | 14.10 |
| 24/09/09 | Laser Copy;KARTASHM | 26 | 2.60 |
| 25/09/09 | Photocopy;Job G | 165 | 16.50 |
| 25/09/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 2.37 |
| 25/09/09 | Photocopy;Waugh,Stephanie | 1 | 0.10 |
| 25/09/09 | Air Canada return flight to New York for M. Wunder for Sept. 17 & 18/09 | 1 | 1,938.96 |
| 25/09/09 | Laser Copy;MacFarlaneA | 157 | 15.70 |
| 25/09/09 | Working dinner for M. Wunder on Sept. 16/09 | 1 | 6.67 |
| 25/09/09 | Breakfast at Starbucks in New York for M. Wunder on Sept. 18/09 | 1 | 10.29 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 30, 2009  
Invoice #: 2712325  
Page 60 of 61

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 25/09/09 | Laser Copy;MattesL | 1615 | 161.50 |
| 25/09/09 | Parking for M. Wunder on Sept. 16/09; 2009-9-16 | 1 | 5.73 |
| 25/09/09 | Hotel room at Westin New York for M. Wunder on Sept. 17/09 (see Visa for exchange) | 1 | 519.00 |
| 25/09/09 | Laser Copy;Waugh,Stephanie | 73 | 7.30 |
| 25/09/09 | Laser Copy;Job G | 497 | 49.70 |
| 25/09/09 | Taxi from office to Eglinton for M. Wunder on Sept. 16/09 | 1 | 23.81 |
| 25/09/09 | Taxi from meeting to New York airport for M. Wunder on Sept. 18/09; | 1 | 38.50 |
| 25/09/09 | Taxi from New York airport to meeting for M. Wunder on Sept. 17/09 | 1 | 47.30 |
| 25/09/09 | Taxi from home to Toronto airport for M. Wunder on Sept. 17/09; 2009-9-17 | 1 | 41.29 |
| 25/09/09 | Taxi from office to Bloor for M. Wunder on Sept. 16/09; | 1 | 7.62 |
| 25/09/09 | Taxi from Toronto airport to office for M. Wunder on Sept. 18/09 | 1 | 47.90 |
| 25/09/09 | Laser Copy;NELSON M | 491 | 49.10 |
| 25/09/09 | Laser Copy;PUSHALIK A | 45 | 4.50 |
| 25/09/09 | Photocopy;MattesL | 25 | 2.50 |
| 27/09/09 | Laser Copy;MATHESON | 483 | 48.30 |
| 27/09/09 | Laser Copy;MacFarlaneA | 515 | 51.50 |
| 27/09/09 | Laser Copy;BEAIRSTO | 35 | 3.50 |
| 27/09/09 | Laser Copy;LEGAULT | 24 | 2.40 |
| 28/09/09 | Laser Copy;Waugh,Stephanie | 416 | 41.60 |
| 28/09/09 | Laser Copy;BanksT | 3 | 0.30 |
| 28/09/09 | Photocopy;MattesL | 1 | 0.10 |
| 28/09/09 | Laser Copy;GOUGEON | 24 | 2.40 |
| 28/09/09 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 28/09/09 | Laser Copy;MATHESON | 15 | 1.50 |
| 28/09/09 | Laser Copy;MattesL | 2786 | 278.60 |
| 28/09/09 | Laser Copy;NELSON M | 925 | 92.50 |
| 28/09/09 | Laser Copy;ORAHILL T | 165 | 16.50 |
| 28/09/09 | Photocopy;ORAHILL T | 406 | 40.60 |
| 29/09/09 | Laser Copy;ORAHILL T | 80 | 8.00 |
| 29/09/09 | Photocopy;MattesL | 5 | 0.50 |
| 29/09/09 | Photocopy;ORAHILL T | 17 | 1.70 |
| 29/09/09 | Photocopy;GOUGEON | 48 | 4.80 |
| 29/09/09 | Laser Copy;NELSON M | 294 | 29.40 |
| 29/09/09 | Laser Copy;GOUGEON | 54 | 5.40 |
| 29/09/09 | Laser Copy;MacFarlaneA | 12 | 1.20 |
| 29/09/09 | Laser Copy;MATHESON | 74 | 7.40 |
| 29/09/09 | Laser Copy;MattesL | 363 | 36.30 |
| 29/09/09 | Laser Copy;KAPLAN M | 466 | 46.60 |
| 29/09/09 | Laser Copy;BEAIRSTO | 5 | 0.50 |
| 30/09/09 | Laser Copy;MATHESON | 29 | 2.90 |
| 30/09/09 | Laser Copy;MacFarlaneA | 34 | 3.40 |
| 30/09/09 | Laser Copy;MattesL | 442 | 44.20 |
| 30/09/09 | Laser Copy;Cheong, J. | 1538 | 153.80 |
| 30/09/09 | Laser Copy;GOUGEON | 209 | 20.90 |
| 30/09/09 | Laser Copy;KAPLAN M | 339 | 33.90 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: October 30, 2009
Invoice #: 2712325
Page 61 of 61

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/09/09 | Laser Copy;NELSON M | 392 | 39.20 |
| 30/09/09 | Working Lunch at People's Foods for M. Wunder on Sept. 26/09. | 1 | 18.07 |
| 30/09/09 | Laser Copy;ORAHILL T | 14 | 1.40 |
| 30/09/09 | Laser Copy;DUNSMUIM | 155 | 15.50 |
| 30/09/09 | Laser Copy;LEGAULT | 99 | 9.90 |
| | Total | CDN | $10,293.90 |