**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 24.1 | $775.00 | $18,677.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 45.2 | $775.00 | $35,030.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 20.9 | $750.00 | $15,675.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 149 | $750.00 | $111,750.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 36.5 | $725.00 | $26,462.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 150 | $725.00 | $108,750.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 11.6 | $700.00 | $8,120.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 128.7 | $675.00 | $86,872.50 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 27.4 | $675.00 | $18,495.00 |
| Beairsto, M.G. | Partner | Information Technology/Intellectual Property | Ontario - 1989 | 10.4 | $600.00 | $6,240.00 |
| Luck, D.F. | Partner | Information Technology/Intellectual Property | Ontario - 1992 | 3.9 | $575.00 | $2,242.50 |
| Dietrich, J. | Associate | Financial Restructuring | Ontario - 2004 | 20.7 | $480.00 | $9,936.00 |
| Fox, G.W. | Strategic Policy Advisory | Government Relations | | 0.6 | $450.00 | $270.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 56.7 | $450.00 | $25,515.00 |
| Little, Marc | Associate | Corporate | Ontario - 2003 | 22.5 | $410.00 | $9,225.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 10.5 | $400.00 | $4,200.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 45.8 | $350.00 | $16,030.00 |
| Fitzsimmons, T. | Associate | Taxation | Ontario - 2006 | 1.9 | $350.00 | $665.00 |
| Hetu, J. | Associate | Financial Restructuring | Ontario - 2009 | 28.5 | $295.00 | $8,407.50 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 59 | $295.00 | $17,405.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 46.4 | $175.00 | $8,120.00 |
| Waugh, S. | Paralegal | Financial Restructuring | | 2 | $190.00 | $380.00 |
| | | | | 902.3 | CDN. | $538,468.50 |
| | Less Non-Working Travel Time Discount (50% of $14,500.0) | | | | | ($7,250.00) |
| TOTAL | | | | 902.3 | CDN. | $531,218.50 |