**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
                             :

*In re*                           :     Chapter 11
                             :

Nortel Networks Inc., *et al.*,[1]    :     Case No. 09-10138 (KG)
                             :

             Debtors.     :     Jointly Administered
                             :

                             :     **Re: D.I. 1685**
                             :

---------------------------------------------------------------X

### NOTICE OF EXTENSION OF BID DEADLINE

     **PLEASE TAKE NOTICE** that on October 7, 2009, the Debtors filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents under Seal and (E) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts (the "Sale Motion")[2] [D.I. 1627] seeking approval of the sale of certain of Debtors' assets (the "Assets"), including the assumption and assignment of certain executory contracts, to Ciena Corporation pursuant to the stalking horse asset sale agreement and the approval of certain Bidding Procedures in connection with the proposed sale.

     **PLEASE TAKE FURTHER NOTICE** that on October 16, 2009, the United States Bankruptcy Court for the District of Delaware entered an order (the "Bidding Procedures Order") [D.I. 1685] that, among other things, approved the procedures according to which the Debtors and other affiliates of the Debtors (together, the "Sellers") shall solicit bids for the sale of the Assets (the "Bidding Procedures"). ***All interested bidders should carefully read the Bidding Procedures*** (attached as Exhibit 1 to the Bidding Procedures Order).

     **PLEASE TAKE FURTHER NOTICE** that the Debtors have extended the Bid Deadline (as defined in the Bidding Procedures) until **November 17, 2009 at 4:00 p.m.**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

**(Eastern Time)**. The Auction (as defined in the Bidding Procedures) will be held if necessary following the Bid Deadline at a time and date to be announced.

   **PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion and the Bidding Procedures Order may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (Eastern Time) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' attorneys: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

   **PLEASE TAKE FURTHER NOTICE** that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

Dated:  November 16, 2009    CLEARY GOTTLIEB STEEN & HAMILTON LLP
   Wilmington, Delaware

          James L. Bromley
          Lisa M. Schweitzer
          One Liberty Plaza
          New York, New York 10006
          Telephone:  (212) 225-2000
          Facsimile:  (212) 225-3999

           - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s Ann C. Cordo*

          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Andrew R. Remming (No. 5120)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, Delaware 19801
          Telephone:  (302) 658-9200
          Facsimile: (302) 658-3989

          *Counsel for the Debtors and Debtors in Possession*