IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                Debtors. :
: **Re: D.I. 1611**
:
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER APPROVING STIPULATION MODIFYING THE STAY AND ALLOWING HEWLETT-PACKARD COMPANY TO SETOFF PREPETITION OBLIGATIONS**

       I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors and debtors in possession (the "Debtors") in the above-captioned cases, hereby certify as follows regarding the [Proposed] Order Approving Stipulation Modifying The Stay And Allowing Hewlett-Packard Company To Setoff Prepetition Obligations (the "Proposed Order"), attached as **Exhibit A** hereto:

       1.     On October 5, 2009, Hewlett-Packard Company ("HP") filed its Motion of Hewlett-Packard Company for Relief from the Automatic Stay to Effect a Setoff (D.I. 1611) (the "Motion").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. The Debtors and HP have negotiated a settlement of the Motion, which is memorialized in the Stipulation Modifying the Stay and Allowing Hewlett-Packard Company to Setoff Prepetition Obligations (the "Stipulation"), attached to the Proposed Order as **Exhibit 1**.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** approving the Stipulation and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: November 16, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

3234044.1