## CERTIFICATE OF SERVICE

I, Andrew R. Remming, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On November 19, 2009 At 1:00 P.M. (Eastern Time)** was caused to be made on November 17, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: November 17, 2009

_____
Andrew R. Remming (No. 5120)

2800793.11