IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                                : Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   : Case No. 09-10138 (KG)
                                                     :
            Debtors.                                 : Jointly Administered
                                                     :
---------------------------------------------------------------X   Re: D.I. 1611

## ORDER APPROVING STIPULATION MODIFYING THE STAY AND ALLOWING HEWLETT-PACKARD COMPANY TO SETOFF PREPETITION OBLIGATIONS

Upon the stipulation (the "Stipulation"),[2] attached hereto as **Exhibit 1**, between the above-captioned debtors and debtors in possession ("Nortel" or "Debtors") and the Hewlett-Packard Company (the "HP") regarding the Motion of Hewlett-Packard Company for Relief from Stay to Effect a Setoff (D.I. 1611) (the "Motion"); and the Court being satisfied that approval of the Stipulation is in the best interest of the Debtor's estate; and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and it appearing that the Stipulation is in the best interests of the Debtors' estates and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] A copy of the Stipulation is attached hereto as Exhibit 1. Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

1. The Stipulation is APPROVED.

2. HP is grated relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to effect a setoff of mutual prepetition obligations between Nortel and HP to the extent set forth in the Stipulation.

3. Notwithstanding any provision in the Bankruptcy Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation, implementation, and enforcement of this Order and the Stipulation.

Dated: November 17, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE