**Exhibit A**

Hewlett Packard Company
List of NNI Pre filing invoices pertaining to HP's motion for offset

| Invoice Date | NNI Invoice Number | Currency | Amount | HP PO |
|---|---|---|---|---|
| 01.01.2009 | 2305511 | USD | -35,774.17 | SBY571021 |
| 03.03.2009 | 2357959 | USD | -15,591.00 | SBY488502 |
| 03.03.2009 | 2357963 | USD | -30,567.00 | SBY488502 |
| 03.03.2009 | 2357957 | USD | -34,289.00 | SBY488502 |
| 03.03.2009 | 2357964 | USD | -20.99 | SBY488502 |
| 01.12.2008 | 2270790 | USD | -7,140.00 | SBY560202 |
| 02.12.2008 | 2271825 | USD | -18,000.00 | SBY566251 |
| 01.12.2008 | 2270679 | USD | -35,774.17 | SBY571021 |
| 02.12.2008 | 2271939 | USD | -69,093.00 | SBY570034 |
| 02.02.2009 | 2330139 | USD | -35,245.00 | SBY599025 |
| 15.07.2009 | 2489039 | USD | 36,600.00 | SBY566251 |
| 01.06.2009 | 2442105 | USD | -36,600.00 | SBY566251 |
| 15.07.2009 | 2489048 | USD | 54,600.00 | SBY566251 |
| 24.02.2009 | 2350649 | USD | -54,600.00 | SBY566251 |
| 02 02 2009 | 2330284 | | -10,526.00 | SBY599025 |
| | | TOTAL | -292,020.33 | |

All invoices subject to The Global Solutions Partner (GPS) Master Services Agreement dated May 20 1999 Between Hewlett Packard company and Nortel Networks, Inc (as sucessor to Nortel Networks NA Inc.)
HP Ref # HPQ9103  NNI ref # 990227

| 2489050 | SBY566251 | 7/15/2009 | 8/14/2009 | USD | 25,832.26 |
|---|---|---|---|---|---|
| possible additional items for offset pending HP's determination of validity | | | | | 25,832.26 |