**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                                        :

*In re*

Nortel Networks Inc., *et al.,* [1]

                              Debtors.

|   |   |
|---|---|
| : | Chapter 11 |
| : |  |
| : | Case No. 09-10138 (KG) |
| : |  |
| : | Jointly Administered |
| : |  |
| : | **BAR DATE: December 15, 2009 at 5:00 p.m. (ET)** |

-------------------------------------------------------X

**NOTICE OF AMENDMENTS TO SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS OF**
**NORTEL NETWORKS INCORPORATED**

TO:        (I) OFFICE OF THE UNITED STATES TRUSTEE; (II) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002; AND (III) THE PARTIES LISTED ON **EXHIBIT A1** AND **EXHIBIT A2** [2] ATTACHED HERETO

        **PLEASE TAKE NOTICE** that, on April 20, 2009, May 29, 2009 and September 11, 2009, Nortel Networks Inc. ("the <u>Debtor</u>") and certain of its affiliates, as debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed their respective Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "<u>Schedules</u>") [D.I. 616-627, 801-810, 1477-1478].

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]       In accordance with the Order Authorizing Certain Debtors to File Under Seal Certain Portions of Their Schedules and Related Certificates of Service, dated May 20, 2009 ("the <u>Sealing Order</u>")[D.I. 770], unredacted versions of Exhibit A2 to this Notice and Schedule G of the Amended Schedules, which lists customer names and contract names are being filed under seal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Debtor hereby amends its Schedules of Assets and Liabilities (the "Amended Schedules") as set forth in **Exhibit B** and amends its Statements of Financial Affairs as set forth in **Exhibit C** (the "Amended Statements").

**PLEASE TAKE FURTHER NOTICE** that the attached Amended Schedules and Amended Statements only include the specific schedules and portions of the Statements of Financial Affairs that contain additions and deletions. Except as expressly amended by these Amendments, the Debtor's Schedules remain otherwise unchanged.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order (I) Establishing Bar Dates for Filing Proofs of Claim and Requests for Payment of Administrative Expenses, (II) Approving Proof of Claim and Administrative Expense Payment Request Forms, Bar Date Notices and Mailing and Publication Procedures and (III) Providing Certain Supplemental Relief [D.I. 1084], dated August 4, 2009 (the "Bar Date Order"), and Local Rule 1009-2, only those parties listed in **Exhibit A1** or **Exhibit A2** as holding a claim that has been amended by the Amended Schedules may file a proof of claim form with the Debtor's claims agent, Epiq Bankruptcy Solutions, LLC (the "Claims Agent"), at either of the following addresses so as to be received no later than **5:00 p.m. (prevailing Eastern Time) on December 15, 2009**:

**IF BY HAND, COURIER OR OVERNIGHT SERVICE:**
Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

2

**IF BY MAIL:**

> Nortel Networks Inc. Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> FDR Station, P.O. Box 5075
> New York, NY 10150-5075

A copy of the proof of claim form and instructions for filing a proof of claim are available at http://chapter11.epiqsystems.com/nortel, or can be obtained by contacting Epiq Bankruptcy Solutions at: (646) 282-2500.

## I.    RESERVATION OF RIGHTS

The Debtors reserve the right to dispute, or to assert offsets or defenses against, each of the claims listed or reflected in the Amended Schedules as to nature, amount, liability, classification or otherwise.  In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

## II.    GLOBAL NOTES REGARDING AMENDED SCHEDULES AND AMENDED STATEMENTS

While the Debtors have made every effort to ensure that the Amended Schedules and Amended Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred. Accordingly, the Debtors reserve the right to further amend the Schedules from time to time as may be necessary or appropriate. The global notes included in the Schedules are incorporated by reference in, and comprise an integral part of, the Amended Schedules and Amended Statements, and should be referred to and reviewed in connection with any review of the Amended Schedules and Amended Statements.

### III.    ADDITIONAL INFORMATION

Questions concerning the contents of this Notice should be directed to the undersigned counsel from 9 a.m. to 5 p.m. (ET), Monday through Friday.  Copies of the Schedules, Amended Schedules and Amended Statements are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  In addition, copies of the Schedules, Amended Schedules and Amended Statements may be viewed on the Internet at:    (i) the Claims Agent's website at http://chapter11.epiqsystems.com/nortel  and (ii)  the  Bankruptcy  Court's  website  at http://www.deb.uscourts.gov by following the directions for accessing the CM/ECF system.

Dated:  November 4, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

## Exhibit A1
## PARTIES AFFECTED BY THE AMENDMENTS

# Exhibit A1

| Action | Class | Creditor | Basis for Claim |
|---|---|---|---|
| Addition | Executory Contracts | Allegis Group, Inc | Service agreement |
| Addition | Executory Contracts | AltiGen Communications, Inc. | License Agreement |
| Addition | Executory Contracts | ATI Research Silicon Valley Inc. (Assignor) and Advanced Micro Devices, Inc.(Assignee) | Sublease |
| Addition | Executory Contracts | Brocade Communications Systems, Inc., Attn: Michael Hirahara, Director, Global Real Estate & Facilities | Sublease |
| Addition | Executory Contracts | CELLCO Partnership, dba Verizon Wireless | Sublease related - In Building Radio Distribution Agreement |
| Addition | Executory Contracts | Emerson | Reactivation agreement |
| Addition | Executory Contracts | Fiber Technologies Networks, LLC | Sublease related - Access Agreement Agreement |
| Addition | Executory Contracts | Fidelity Real Estate Company, LLC, Vice President - Leasing | Sublease |
| Addition | Executory Contracts | Hewlett Packard Company | Contract #720710 amendment |
| Addition | Executory Contracts | LanceSoft | Sublease |
| Addition | Executory Contracts | Namco Bandai Games America Inc., Chief Financial Officer | Sublease |
| Addition | Executory Contracts | Namco Bandai Games America Inc., Chief Financial Officer | Sublease |
| Addition | Executory Contracts | Pediatrix Medical Group, Inc., Facilities Department | Sublease |
| Addition | Executory Contracts | Raytheon Company, Real Estate Department | Sublease |
| Addition | Executory Contracts | Time Warner Telecom of North Carolina, LP | Sublease related - Right of Entry Agreement |
| Addition | Executory Contracts | Volt Delta Resources, LLC, Legal Department | Sublease related - License Agreement |

## **Exhibit A2**
**FILED UNDER SEAL IN ACCORDANCE WITH ORDER AUTHORIZING
CERTAIN DEBTORS TO FILE UNDER SEAL CERTAIN PORTIONS OF
THEIR SCHEDULES AND RELATED CERTIFICATES OF SERVICE,
DATED MAY 20, 2009 [D.I. 770]**

# Exhibit B
## AMENDMENTS TO THE SCHEDULES OF NORTEL NETWORKS INC.

# AMENDING

In re  **NORTEL NETWORKS INC.**                                    Case No.  09-10138

Debtor                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. CASH ON HAND. | X | | | |
| 2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | X | | | |
| 3. SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | | **Deleted** WP CAREY & COMPANY 2370 PERFORMANCE RICHARDSON, TX 75082 | | $2,643,750.00 |
| | | **Deleted** 485 LEXINGTON OWNER LLC 485 LEXINGTON AVENUE NEW YORK, NY 10017 | | $1,648,625.00 |
| | | **Deleted** PRUDENTIAL INSURANCE COMPANY OF AMERICA 4555 GREAT AMERICA PKWY. SANTA CLARA, CA 95054 | | $195,926.00 |
| | | **Deleted** TOWER 333 LLC 333 108TH AVE NE BELLEVUE, WA 98004 | | $75,000.00 |
| 4. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |

Sheet no. 1 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re  **NORTEL NETWORKS INC.**                                    Case No.  09-10138

                              Debtor                                               (if known)

### SCHEDULE B - PERSONAL PROPERTY

#### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6.  WEARING APPAREL. | X | | | |
| 7.  FURS AND JEWELRY. | X | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |
| 9.  INTERESTS IN INSURANCE POLICIES.  NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES.  ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS.  (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c)  RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | X | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | X | | | |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES.  ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | X | | | |

Sheet no. 2 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re  **NORTEL NETWORKS INC.**                                    Case No.  09-10138

_____                              _____
                    Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED.  GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS.  GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |

# AMENDING

In re **NORTEL NETWORKS INC.**                                    Case No.   09-10138

Debtor                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | X | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED.  ITEMIZE. | X | | | |
| | | | Total | $0.00 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Sheet no. 4 of 4 sheets attached to
Schedule of Personal Property

# AMENDING

In re  **NORTEL NETWORKS INC.**                                    Case No.  09-10138
_____
                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Addition**<br>ALLEGIS GROUP, INC<br>7301 PARKWAY DRIVE<br>HANOVER, MD 21076 | SERVICE AGREEMENT<br>CONTRACT ID: SU_EM_1613 |
| **Addition**<br>ATI RESEARCH SILICON VALLEY INC. (ASSIGNOR) AND ADVANCED MICRO DEVICES, INC.(ASSIGNEE)<br>ATI RESEARCH SILICON VALLEY, INC., 4555 GREAT AMERICAN PARKWAY<br>SANTA CLARA, CA  95054 | SUBLEASE<br>CONTRACT ID: SU_RES_4533 |
| **Addition**<br>BROCADE COMMUNICATIONS SYSTEMS, INC., ATTN: MICHAEL HIRAHARA, DIRECTOR, GLOBAL REAL ESTATE & FACILITIES<br>1745 TECHNOLOGY DRIVE<br>SAN JOSE, CA  95110 | SUBLEASE<br>CONTRACT ID: SU_RES_4534 |
| **Addition**<br>CELLCO PARTNERSHIP, DBA VERIZON WIRELESS<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ  07920 | SUBLEASE RELATED - IN BUILDING RADIO DISTRIBUTION AGREEMENT<br>CONTRACT ID: SU_RES_4532 |
| **Addition**<br>EMERSON<br>2900 SOUTH DIABLO WAY<br>TEMPE, AZ  85282-3214 | REACTIVATION AGREEMENT<br>CONTRACT ID: SU_EM_20342 |
| **Addition**<br>FIBER TECHNOLOGIES NETWORKS, LLC<br>140 ALLENS CREEK ROAD<br>ROCHESTER, NY  14618 | SUBLEASE RELATED - ACCESS AGREEMENT AGREEMENT<br>CONTRACT ID: SU_RES_4531 |
| **Addition**<br>FIDELITY REAL ESTATE COMPANY, LLC, VICE PRESIDENT - LEASING<br>82 DEVONSHIRE STREET<br>BOSTON, MA  02109 | SUBLEASE<br>CONTRACT ID: SU_RES_4530 |
| **Addition**<br>HEWLETT PACKARD COMPANY<br>3000 HANOVER STREET, PO BOX 10301<br>PALO ALTO, CA  94303-0890 | CONTRACT #720710 AMENDMENT<br>CONTRACT ID: SU_EM_19439 |

# AMENDING

In re  NORTEL NETWORKS INC.                                      Case No.  09-10138

                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Addition**<br>LANCESOFT<br>2325 DULLES CORNER BOULEVARD, 9TH FLOOR<br>HERNDON, VA  20170 | SUBLEASE<br>CONTRACT ID: SU_RES_4538 |
| **Addition**<br>NAMCO BANDAI GAMES AMERICA INC., CHIEF FINANCIAL OFFICER<br>4555 GREAT AMERICAN PARKWAY, SUITE 201<br>SANTA CLARA, CA  95054 | SUBLEASE<br>CONTRACT ID: SU_RES_4535 |
| **Addition**<br>NAMCO BANDAI GAMES AMERICA INC., CHIEF FINANCIAL OFFICER<br>4555 GREAT AMERICAN PARKWAY, SUITE 201<br>SANTA CLARA, CA  95054 | SUBLEASE<br>CONTRACT ID: SU_RES_4536 |
| **Addition**<br>PEDIATRIX MEDICAL GROUP, INC., FACILITIES DEPARTMENT<br>1301 CONCORD TERRACE<br>SUNRISE, FL  33323 | SUBLEASE<br>CONTRACT ID: SU_RES_4539 |
| **Addition**<br>RAYTHEON COMPANY, REAL ESTATE DEPARTMENT<br>870 WINTER STREET<br>WALTHAM, MA  02451 | SUBLEASE<br>CONTRACT ID: SU_RES_4537 |
| **Addition**<br>TIME WARNER TELECOM OF NORTH CAROLINA, LP<br>3120 HIGHWOODS BLVD., SUITE 214<br>RALEIGH, NC  27604 | SUBLEASE RELATED - RIGHT OF ENTRY AGREEMENT<br>CONTRACT ID: SU_RES_4529 |
| **Addition**<br>VOLT DELTA RESOURCES, LLC, LEGAL DEPARTMENT<br>560 LEXINGTON AVENUE<br>NEW YORK, NY  10022 | SUBLEASE RELATED - LICENSE AGREEMENT<br>CONTRACT ID: SU_RES_4528 |

In re  **NORTEL NETWORKS INC.**                                   Case No.   **09-10138**

                                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Clarke Glaspell, the Controller of Nortel Networks Inc., declare under penalty of perjury  that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 30, 2009                             Signature  _____

                                                            Clarke Glaspell

                                                          [Print or type name of individual signing on behalf of debtor.]

                                                          Controller

                                                          [Indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.

# Exhibit C
**AMENDMENTS TO THE STATEMENT OF FINANCIAL AFFAIRS OF NORTEL NETWORKS INC.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:  Nortel Networks Inc.                                                                      Case No. 09-10138

### AMENDED STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

     "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None  a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case
☐      kept or supervised the keeping of books of account and records of the debtor.

     Refer to General Notes to Statements.

| NAME AND ADDRESS | DATE SERVICES RENDERED (AMENDED) |
|---|---|
| Peter William Currie<br>195 The West Mall<br>Toronto, ON M9C 5K1<br>Canada | 1/2007 - 4/2007 |
| David William Drinkwater<br>195 The West Mall<br>Toronto, ON M9C 5K1<br>Canada | 5/2007 - 10/2007 |
| Paviter Singh Binning<br>195 The West Mall<br>Toronto, ON M9C 5K1<br>Canada | 11/2007 - Current |

| | |
|---|---|
| Paul Wesley Karr<br>195 The West Mall<br>Toronto, ON M9C 5K1<br>Canada | 1/2007 - Current |
| Kimberly P. Poe<br>2201 Lakeside Blvd.<br>Richardson, TX 75082-4399 | 1/2007 - 8/2007 |
| Mark John Hamilton<br>2201 Lakeside Blvd.<br>Richardson, TX 75082-4399 | 9/2007 - 8/2008 |
| Kimberly Susan Lechner<br>6465 S. Greenwood Plaza Blvd.<br>Suite 1000<br>Centennial, CO 80111 | 5/2008 - 11/2008 |
| William Roy Ellis<br>1500 Concord Terrace<br>Sunrise, FL 33323 | 9/2008 - Current |
| Lorrie David Mathers<br>2221 Lakeside Blvd.<br>Richardson, TX 75082-4399 | 11/2008 - Current |

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature _____
                         of Debtor

Date _____    Signature _____
                         of Joint Debtor


* * * * * * * * * * * * * * * *


[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  10 /30/2009    Signature _____

                     Clarke Glaspell
                     [Print or type name of individual signing on behalf of debtor.]

                     Controller

                     [Indicate position or relationship to debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*