**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ALLEGIS GROUP, INC | 7301 PARKWAY DRIVE HANOVER MD 21076 |
| ALTIGEN COMMUNICATIONS, INC. | ATTN: PRESIDENT 47427 FREMONT BOULEVARD FREMONT CA 94538 |
| ATI RESEARCH SILICON VALLEY INC. | (ASSIGNOR) & ADVANCED MICRO DEVICES, INC (ASSIGNEE), ATI RESEARCH SILICON VALLEY, INC., 4555 GREAT AMERICAN PARKWAY SANTA CLARA CA 95054 |
| BROCADE COMMUNICATIONS SYSTEMS, INC. | ATTN: MICHAEL HIRAHARA, DIRECTOR, GLOBAL REAL ESTATE & FACILITIES 1745 TECHNOLOGY DRIVE SAN JOSE CA 95110 |
| CELLCO PARTNERSHIP, DBA VERIZON WIRELESS | ONE VERIZON WAY BASKING RIDGE NJ 07920 |
| EMERSON | 2900 SOUTH DIABLO WAY TEMPE AZ 85282-3214 |
| FIBER TECHNOLOGIES NETWORKS, LLC | 140 ALLENS CREEK ROAD ROCHESTER NY 14618 |
| FIDELITY REAL ESTATE COMPANY, LLC | VICE PRESIDENT - LEASING 82 DEVONSHIRE STREET BOSTON MA 02109 |
| HEWLETT PACKARD COMPANY | 3000 HANOVER STREET, PO BOX 10301 PALO ALTO CA 94303-0890 |
| LANCESOFT | 2325 DULLES CORNER BOULEVARD, 9TH FLOOR HERNDON VA 20170 |
| NAMCO BANDAI GAMES AMERICA INC., | CHIEF FINANCIAL OFFICER 4555 GREAT AMERICAN PARKWAY, SUITE 201 SANTA CLARA CA 95054 |
| PEDIATRIX MEDICAL GROUP, INC., | FACILITIES DEPARTMENT 1301 CONCORD TERRACE SUNRISE FL 33323 |
| RAYTHEON COMPANY, REAL ESTATE DEPARTMENT | 870 WINTER STREET WALTHAM MA 02451 |
| TIME WARNER TELECOM OF NORTH | CAROLINA, LP 3120 HIGHWOODS BLVD., SUITE 214 RALEIGH NC 27604 |
| VOLT DELTA RESOURCES, LLC, | LEGAL DEPARTMENT 560 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor Count 15**