**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| 21ST CENTURY BROADBAND INC. | 5905 STILL FOREST DR. DALLAS TX 75252 |
| AMERICAN AIRLINES INC. | 4333 AMON CARTER BLVD FORT WORTH TX 76155-2644 |
| ANAM MOBILE | HOSPITALITY HOUSE, 16-20 CUMBERLAND STREET DUBLIN 2 IRAN (ISLAMIC REPUBLIC OF) |
| AXERRA NETWORKS, INC. | 1900 GLADES ROAD, SUITE 251 BOCA RATON FL 33431 |
| BIRDSTEP TECHNOLOGY | 2101 FOURTH AVENUE, SUITE 2000 SEATTLE WA 98121 |
| BYD COMPANY LIMITED | FLOOR7, BUILDING 5, NO.3000 LONGDONG AVENUE PUDONG DISTRICT SHANGHAI 20203 SWITZERLAND |
| CANNON TECHNOLOGIES, | A BUSINESS UNIT OF COOPER POWER SYSTEM 505 HIGHWAY 169N; SUITE 1200 MINNEAPOLIS MN 55441 |
| CASIO HITACHI MOBILE COMMUNICATIONS | CO., LTD. 2-229-1, SAKURAGAOKA, HIGASHIYAMATO-SHI TOKYO 207-8501 JAPAN |
| COMCAST CABLE COMMUNICATIONS INC. | 1500 MARKET STREET PHILADELPHIA PA 19102-2148 |
| COMPAL COMMUNICATIONS INC. | ASIA PLAZA BUILDING B. NO. 385 YANG GUANG STREET NEIHU, TAIPEI COUNTY 114 TAIWAN, R.O.C. |
| COMVERSE, INC. | 100 QUANNAPOWITT PARKWAY WAKEFIELD MA 01880 |
| ESPRE SOLUTIONS, INC | 5700 WEST PLANO PARKWAY, SUITE 2600 PLANO TX 75093 |
| GLENAYRE ELECTRONICS, INC. | 11360 LAKEFIELD DRIVE DULUTH GA 30092 |
| HAWAIIAN TELCOM COMMUNICATIONS, INC. | 1177 BISHOP HONOLULU HI 96813 |
| INFONXX INC. | 3864 COURTNEY STREET, SUITE 411 BETHELEM PA 18017 |
| JINNY SOFTWARE LTD. | 29 NORTH ANNE STREET DUBLIN 7 IRAN (ISLAMIC REPUBLIC OF) |
| JPMORGAN CHASE BANK, | NATIONAL ASSOCIATION 270 PARK AVENUE NEW YORK NY 10017-2070 |
| LG ELECTRIC | 459-9 KASAN-DONG KEUMCHON-GU, SEOUL KOREA |
| MOBILE TORNADO INTERNATIONAL LIMITED | 6 GALGALEY HAPLADA STREET<br>PO. BOX 4043 HERZELLYA 46140 ICELAND |
| MOBILE TORNADO LTD. | 6 GALGALEY HAPLADA STREET<br>PO. BOX 4043 HERZELLYA 46140 ICELAND |
| MOBILINK TELECOM INC. | MOBILINK HOUSE 1- A, KOHISTAN ROAD F-8 MARKAZ ISLAMABAD PANAMA |
| MPATHIX, INC. | 201-5090 EXPLORER DRIVE MISSISSAUGA ON L4W 4T9 CANADA |
| NMS COMMUNICATIONS | 200 SCHULTZ DRIVE RED BANK NJ 07701 |
| OPENWAVE SYSTEMS INC. | ATTN: LEGAL DEPARTMENT 5665 FLATIRON PARKWAY BOULDER CO 80301 |
| PPL SERVICES CORPORATION | TWO N. NINTH ST., ALLENTOWN PA 18101 |
| QUALCOMM INCORPORATED | 5775 MOREHOUSE DRIVE SAN DIEGO CA 92121-1714 |
| QUANTUM ENGINEERING INC. | 352 STOWE AVE ORANGE PARK CA 32073 |
| QWEST BUSINESS RESOURCES INC | 700 WEST MINERAL AVENUE LITTLETON CO 80120 |
| QWEST CORPORATION (FKA US WEST) | 1801 CALIFORNIA STREET DENVER CO 80202-2658 |
| RAD DATA COMMUNICATIONS | 24 REOUL WALLENBERG STREET TEL AVIV 89719 ICELAND |
| RESEARCH IN MOTION LIMITED | 295 PHILLIP STREET WATERLOO ON N2L 3W8 CANADA |
| SEPTIER COMMUNICATIONS LTD. | 21 YEGIA KAPAIM ST PETACH TIKVA 49170 ICELAND |
| SHENZHEN HUAWEI MOBILE COMMUNICATION | TECHNOLOGY CO., LTD., BUILDING 2, ZONE B HUAWEI INDUSTRIAL PARK BANTIAN, LOGGANG DISTRICT SHENZHEN SWITZERLAND |
| SIEMENS INFORMATION | AND COMMUNICATION MOBILE LLC 5000 T-REX AVENUE, SUITE 300 BOCA RATON FL 33487 |
| SIGVALUE TECHNOLOGIES LTD | 1 HANAGER ST. HOD HARSHARON 45241 ICELAND |
| SIXTRA CHILE S.A. | LOS LEONES 1200 PROVIDENCIA, SANTIAGO SWITZERLAND |
| SPATIAL COMMUNICATIONS TECHNOLOGIES INC. | 1651 N. GLENVILLE, SUITE 210 RICHARDSON TX 75081 |
| SPRINT UNITED MANAGEMENT COMPANY | 2330 SHAWNEE MISSION PARKWAY WESTWOOD KS 66205 |
| STARENT NETWORK CORP | 30 INTERNATIONAL PLACE TEWKSBURY MA 01876 |
| STARENT NETWORK INC. | 30 INTERNATIONAL PLACE, 3RD FLOOR TEWKSBURY MA 01876 |
| TCSI | 1080 MARINA VILLAGE PARKWAY ALAMEDA CA 94501 |
| TELCORDIA TECHNOLOGIES INC. | 1 TELCORDIA DRIVE PISCATAWAY NJ 08854 |
| TELIT WIRELESS SOLUTIONS, INC. | 3131 RDU CENTER DRIVE MORRISVILLE NC 27560 |

| Claim Name | Address Information |
|---|---|
| TEMIC AUTOMATIVE OF NORTH AMERICA, INC. | 21440 WEST LAKE COOK ROAD DEER PARK IL 60010 |
| TIME WARNER CABLE INC. | 60 COLUMBUS CIRCLE NEW YORK NY 10019 |
| TRIIMBLE MOBILE SOLUTIONS, INC. | 3650 CONCORDE PKWY, SUITE 150 CHANTILLY VA 20151 |
| U.S. GEN. SERVICES ADMINISTRATION (GSA) | ATTN: EBONY K. JONES, GEN SERVICES ADMINISTRATION, I CRYSTAL PLAZA#4, RM 606, 2200 CRYSTAL DR ARLINGTON VA 22202 |
| UTSTARCOM INC. | 1275 HARBOR BAY PARKWAY ALAMEDA CA 94502 |
| VENTURI WIRELESS | 1320 CHESAPEAKE TERRACE SUNNYVALE CA 94089 |
| VERINT SYSTEMS INC. | 23 HABARZEL ST., RAMAT HACHAYAL TEL-AVIV 69710 ICELAND |
| WICHORUS INC | 3590 N. 1ST STREET, SUITE 300 SAN JOSE CA 95134 |

**Total Creditor Count 51**