**EXHIBIT A**

AltiGen Communications, Inc.
Attn: President
47427 Fremont Boulevard
Fremont, CA  94538