# SCHEDULE A
### NINTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE   ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| | | | |
|---|---|---|---|
| 9/03/09 | RET | .9 | Teleconference with Peter Bisio regarding the report and recommendation on class certification |
| 9/04/09 | RET | .4 | E-mail to Joe Dearing regarding the report and recommendation to grant class certification |
| 9/04/09 | RET | .2 | E-mail from Joe Dearing regarding about the report and recommendation to grant class certification |
| 9/04/09 | RET | .5 | Analyze what steps are necessary for proofs of claims to be filed on behalf of individual defendants in Canada and United States |
| 9/04/09 | RET | .6 | Teleconference with Joe Dearing and Gerry Neenan regarding the stay |
| 9/04/09 | RET | .2 | E-mail from Jay Barta regarding the report and recommendation to grant class certification |
| 9/08/09 | RET | .2 | E-mail from and to Nick DeRoma regarding proofs of claims related to this litigation |
| 9/09/09 | RET | .2 | E-mail from and telephone call to Nick DeRoma regarding filing proof of claim |
| 9/10/09 | RET | .3 | Correspondence with Joe Dearing regarding our call today with Chubb |
| 9/22/09 | RET | .2 | E-mail from and to Gerry Neenan regarding the latest stay order in the bankruptcy court |

**SUB TOTAL     1,850.00**

DATE   ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 9/04/09 | RET | .2 | E-mail from and to Doug Crosno regarding information being requested by Chubb |
| 9/04/09 | RET | .2 | E-mail from and to Lisa Schweitzer regarding our draft of the motion to enforce the stay |
| 9/08/09 | CLW3 | 2.2 | Analyze recent ERISA decisions for use in preparation of supplemental mediation position statement |

| | | | |
|---|---|---|---|
| 9/08/09 | CLW3 | 1.6 | Continue analysis of recent ERISA decisions for use in preparation of supplemental mediation position statement |
| 9/08/09 | CLW3 | 2.3 | Begin drafting supplemental mediation position statement |
| 9/09/09 | RET | .3 | Correspondence from plaintiffs' counsel regarding remaining policy proceeds |
| 9/09/09 | CLW3 | 1.9 | Continue drafting supplemental mediation position statement |
| 9/10/09 | RET | .7 | Edit latest draft of supplemental mediation position statement |
| 9/10/09 | RET | .3 | E-mail to Chubb and Joe Dearing regarding draft of supplemental mediation position statement |
| 9/10/09 | RET | .2 | E-mail from and to Judge Weinstein's assistant regarding next week's mediation |
| 9/10/09 | RET | .8 | Edit supplement mediation position statement |
| 9/10/09 | RET | .5 | Receive and analyze plaintiffs' opposition to renewed suggestion of bankruptcy and email to defense team regarding same |
| 9/10/09 | RET | .3 | Receive and analyze order suspending the deadline for us to file objections to the report and recommendation on class certification and email to defense team regarding same |
| 9/10/09 | CLW3 | 2.6 | Finalize and revise supplemental position statement |
| 9/11/09 | RET | .3 | Second e-mails from and to Peter Bisio regarding remaining policy proceeds |
| 9/11/09 | RET | .3 | Correspondence to plaintiffs' counsel regarding remaining policy proceeds |
| 9/11/09 | RET | .2 | E-mail from and to Peter Bisio regarding remaining policy proceeds |
| 9/11/09 | RET | 1.5 | Begin to prepare for mediation |
| 9/11/09 | RET | .3 | Receive and analyze research memorandum from Mag Bickford |
| 9/11/09 | JMS7 | 2.9 | Prepare for mediation |
| 9/13/09 | RET | 3.1 | Prepare for mediation |
| 9/14/09 | RET | 1.5 | Pre-mediation meeting with Joe Dearing |
| 9/14/09 | RET | 2.0 | Pre-mediation with Joe Dearing and Chubb |
| 9/14/09 | RET | 6.0 | Travel to New York for pre-mediation with Joe Dearing and Chubb and mediation |
| 9/14/09 | JMS7 | 6.0 | Travel to NYC to mediation and meet with Chubb and Joe Dearing |
| 9/14/09 | JMS7 | 1.5 | Pre-mediation meeting with Joe Dearing |
| 9/14/09 | JMS7 | 2.0 | Pre-mediation meeting with Joe Dearing and Chubb |
| 9/15/09 | RET | 10.0 | Attend Nortel mediation |
| 9/15/09 | RET | .3 | E-mail from and to Ruth Jenkins regarding Department of Labor investigation |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 9/15/09 | JMS7 | 10.0 | Attend mediation |
| 9/16/09 | RET | 6.3 | Return travel to New Orleans from mediation |
| 9/16/09 | JMS7 | 6.2 | Return from mediation in NYC |
| 9/17/09 | RET | .4 | E-mail from and to Nick DeRoma regarding outcome of mediation and open items still to be negotiated |
| 9/17/09 | RET | .5 | Receive and analyze draft plan of allocation from plaintiffs' counsel and email regarding proofs of claim they intend to file in the bankruptcy because the bar date is approaching |
| 9/17/09 | RET | .1 | E-mail from plaintiff's counsel indicating that plaintiffs agree that the class period may be extended from October 15, 2007 to January 1, 2008 |
| 9/17/09 | RET | .3 | E-mail from and to Nick DeRoma |
| 9/17/09 | JMS7 | .1 | Correspondence with plaintiffs' counsel regarding applicable class period |
| 9/17/09 | JMS7 | .3 | Correspondence with James Blanchard regarding settlement |
| 9/17/09 | JMS7 | .2 | Teleconference with Nick DeRoma regarding settlement |
| 9/17/09 | JMS7 | .2 | Correspondence with Joe Dearing regarding settlement |
| 9/17/09 | JMS7 | .2 | Correspondence with John Roth regarding settlement |
| 9/18/09 | RET | .4 | E-mail to Laurel Van Allen from Lexecon regarding whether the data Lexecon converted from Metlife can be used to determine settlement allocation/distribution |
| 9/18/09 | RET | .4 | Prepare for call with Ruth Jenkins regarding whether the data Lexecon converted from Metlife can be used to determine settlement allocation/distribution |
| 9/18/09 | RET | .4 | Call with Ruth Jenkins regarding whether the data Lexecon converted from Metlife can be used to determine settlement allocation/distribution |
| 9/18/09 | RET | .3 | E-mail from Laurel Van Allen of Lexecon regarding the ability to determine allocation and distribution of settlement proceeds in light of Metlife data issue |
| 9/18/09 | JMS7 | .4 | Teleconference with Ruth Jenkins regarding settlement logistics |
| 9/21/09 | RET | .2 | E-mail from and to David Ross, our class expert, regarding the report and recommendation |
| 9/21/09 | RET | .1 | Voicemail from Peter Bisio regarding status of information on outstanding terms of settlement |
| 9/21/09 | JMS7 | .5 | Correspondence with Sherwood Smith regarding bankruptcy claim |
| 9/22/09 | RET | .1 | E-mail to and voicemail to Laurel Van Allen regarding issues relating to participant data for settlement purposes |
| 9/22/09 | RET | .1 | Call with Andy Irving |
| 9/22/09 | RET | .4 | Call with Laurel Van Allen regarding issues relating to participant data for settlement purposes |

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/22/09 | RET | .3 | Analyze which defendants would have to give declarations about their assets per the proposed settlement terms and e-mail to Joe Dearing regarding same |
| 9/22/09 | RET | .3 | E-mail to Joe Dearing regarding information about the PIC members who were named, served, and who we represent and can obtain declarations from for purposes of the settlement |
| 9/22/09 | RET | .2 | E-mail from and to Nick DeRoma regarding mediation |
| 9/22/09 | RET | .2 | E-mail from Laurel Van Allen at Lexecon with the variables for the Metlife data, as requested by plaintiffs |
| 9/22/09 | RET | .2 | E-mails from and to plaintiffs' counsel and Judge Weinstein's associate regarding outstanding settlement issues |
| 9/22/09 | JMS7 | .3 | Correspondence with Adam Hirsh regarding bankruptcy and individual defendants' |
| 9/22/09 | JMS7 | .2 | Correspondence with Joe Dearing regarding Hewitt |
| 9/22/09 | JMS7 | .4 | Teleconference with Joe Dearing regarding Hewitt |
| 9/23/09 | RET | .3 | E-mail to plaintiffs' counsel and Judge Weinstein's associate regarding status of outstanding settlement issues |
| 9/23/09 | JMS7 | .9 | Mediation call with Judge Weinstein and plaintiffs' counsel |
| 9/23/09 | JMS7 | .2 | Type memorandum regarding mediation call with Judge Weinstein and plaintiffs' counsel |
| 9/23/09 | JMS7 | .1 | Correspondence with Adam Hirsh regarding bankruptcy and individual defendants' |
| 9/23/09 | JMS7 | .2 | Correspondence with Joe Dearing regarding settlement progress |
| 9/23/09 | JMS7 | .5 | Correspondence with Judge Weinstein regarding settlement progress |
| 9/23/09 | JMS7 | .7 | Prepare for mediation call with Judge Weinstein and plaintiffs' counsel |
| 9/28/09 | JMS7 | .3 | Draft letter to individual defendants regarding settlement |
| 9/28/09 | JMS7 | .1 | E-mail from Joe Dearing regarding individual defendants' counsel list |
| 9/29/09 | RET | .3 | Receive and analyze order from the district court staying the case and suspending our deadline to respond to the report and recommendation on class certification |

**SUB TOTAL    38,995.00**


DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessement, Devel. & Adm.</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/03/09 | JMS7 | .2 | Correspondence with Gerry Neenan regarding magistrate's class certification ruling |

4

| | | | |
|---|---|---|---|
| 9/03/09 | JMS7 | .4 | Teleconference with Gerry Neenan and Joe Dearing regarding magistrate's class certification ruling |
| 9/04/09 | JMS7 | .4 | Correspondence with Gerry Neenan regarding stay motion |
| 9/04/09 | JMS7 | .2 | Correspondence with Joe Dearing regarding stay motion |
| 9/04/09 | DSH | 1.6 | Review and revise correspondence and forms to all named defendants in the Nortel ERISA Litigation regarding Nortel's bankruptcy and deadlines to file proof of claim forms |
| 9/09/09 | JMS7 | 1.5 | Outline response arguments regarding magistrate's class ruling |
| 9/09/09 | JMS7 | .3 | Teleconference with Joe Dearing regarding magistrate's class ruling |
| 9/09/09 | JMS7 | .3 | Second teleconference with Joe Dearing regarding magistrate's class ruling |
| 9/09/09 | JMS7 | .5 | Teleconference with Peter Bisio and Eric Shall regarding magistrate's class ruling |
| 9/09/09 | JMS7 | 1.5 | Outline response arguments regarding magistrate's class ruling |
| 9/10/09 | JMS7 | .2 | Review plaintiff's opposition to motion to stay |
| 9/25/09 | JMS7 | .1 | Review court order administratively closing case |

**SUB TOTAL     2,620.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

| | | | |
|---|---|---|---|
| 9/02/09 | DSH | .2 | Update scheduling order with new case deadlines and draft electronic calendar entries for defense team with new case deadlines re Magistrate Judge Bryant's Report and Recommendation that plaintiff's motion for class certification be granted |
| 9/02/09 | DSH | .2 | Receive by ECF from USDC Middle District of Tennessee Magistrate Judge Bryant's Report and Recommendation that plaintiff's motion for class certification be granted; communicate with defense team |
| 9/02/09 | DSH | .2 | Review Magistrate Judge Bryant's Report and Recommendation that plaintiff's motion for class certification be granted; and calculate new case deadlines |
| 9/03/09 | RET | .2 | Receive and analyze order indicating that the SDNY stayed the SEC's actions against Dunn and Beatty pending resolution of the criminal actions against them in Canada |
| 9/04/09 | RET | .5 | Edit draft motion to stay from Gerry Neenan |
| 9/04/09 | RET | .3 | E-mail from and to Gerry Neenan regarding information he needs for the renewed suggestion of bankruptcy and motion for expedited hearing |

5

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/04/09 | RET | .3 | Edit draft order on renewed suggestion of bankruptcy/motion to stay from Gerry Neenan |
| 9/04/09 | RET | .2 | E-mail from and to Gerry Neenan regarding comments on the renewed suggestion of bankruptcy and motion for expedited hearing |
| 9/04/09 | RET | .5 | Revise draft motion for expedited hearing regarding renewed suggestion of bankruptcy and e-mail to Gerry Neenan regarding same |
| 9/04/09 | RET | .5 | Final edits to motion for expedited hearing, proposed order, and renewed suggestion of bankruptcy |
| 9/04/09 | RET | .3 | E-mail from Joe Dearing to bankruptcy lawyers regarding report and recommendation on class certification |
| 9/04/09 | RET | .2 | E-mail from Ken Coleman at Allen Overy regarding report and recommendation on class certification |
| 9/04/09 | DSH | .2 | Receive by ECF from USDC Middle District of Tennessee first motion to expedite hearing, motion for hearing re motion to stay re order staying case, terminate hearings and renewed suggestion of bankruptcy, along with attachments and proposed order and review for new case deadlines |
| 9/04/09 | DSH | .2 | Receive by ECF from USDC Middle District of Tennessee motion to stay re order staying case, terminate hearings and renewed suggestion of bankruptcy, along with attachments and proposed order and review for new case deadlines |
| 9/10/09 | DSH | .2 | Receive by ECF from USDC Middle District of Tennessee a response in opposition to order staying case, terminating hearings, renewed suggestion of bankruptcy, and motion to expedite hearing filed by the MDL ERISA plaintiffs; communicate to team |
| 9/10/09 | DSH | .2 | Receive by ECF from USDC Middle District of Tennessee an Order staying case, terminating hearings, renewed suggestion of bankruptcy, and motion to expedite hearing; communicate to team |
| 9/11/09 | DSH | .4 | Finalize exhibits and attachments to the mediation position statement |
| 9/25/09 | DSH | .4 | Receive by ECF from the USDC Middle District of Tennessee an Order granting defendant's motion to stay in part denying the request to have the motion for class certification or the amended motion for class certification rescinded; review for new case deadlines to be calculated or deleted; communicate to defense team |

**SUB TOTAL    1,830.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L240 Dispositive Motions

| 9/14/09 | RET | .2 | Receive and analyze order filing of order of the Ontario court in the Canadian proceeding |

**SUB TOTAL         100.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions & Submissions

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/08/09 | RET | .3 | Receive and analyze revisions to renewed suggestion of bankruptcy from Lisa Kraidin |
| 9/08/09 | RET | .2 | E-mail from and to Gerry Neenan regarding our motion for expedited hearing |
| 9/08/09 | RET | .2 | E-mail from and to Gerry Neenan regarding our renewed suggestion of bankruptcy and motion for expedited hearing |
| 9/11/09 | RET | .4 | Receive and analyze plaintiffs' opposition to our renewed suggestion of bankruptcy |

**SUB TOTAL       550.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L260 Class Action Certification & Notice

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/02/09 | RET | 1.6 | Receive and analyze decision granting class certification |
| 9/02/09 | RET | .3 | E-mail to Peter Bisio and Sandy Illmer regarding magistrate's report and recommendation granting class certification |
| 9/02/09 | RET | .3 | E-mail from and to Gerry Neenan and Joe Dearing regarding magistrate's report and recommendation granting class certification |
| 9/02/09 | JMS7 | .8 | Preliminary analysis of magistrate's ruling regarding class certification and plan response |
| 9/02/09 | JMS7 | .5 | Correspondence with Gerry Neenan, Joe Dearing, Peter Bisio, and Sandy Illmer regarding class certification ruling |
| 9/02/09 | JMS7 | .2 | Correspondence with Peter Bisio regarding class certification ruling |
| 9/03/09 | RET | .3 | Teleconference with Frank Dunn's counsel regarding responding to court's report and recommendation on class certification |
| 9/03/09 | RET | .5 | Telephone calls from and emails to and from Gerry Neenan regarding responding to court's report and recommendation on class certification and whether the case is stayed |
| 9/03/09 | RET | .6 | Continue to develop strategy to responding to court's report and recommendation on class certification |
| 9/03/09 | RET | .5 | Call with Joe Dearing and Gerry Neenan regarding responding to court's report and recommendation on class certification |
| 9/03/09 | RET | .4 | Prepare for call with Joe Dearing and Gerry Neenan regarding responding to court's report and recommendation on class certification |
| 9/03/09 | RET | .2 | E-mail from and to Peter Bisio regarding responding to court's report and recommendation on class certification |

| Date | Atty | Hours | Description |
|---|---|---|---|
| 9/04/09 | CLW3 | .4 | Identify recent case law for use in preparation of supplemental mediation position statement |
| 9/04/09 | CLW3 | .3 | Identify recent case law decisions and e-mail to Rene Thorne regarding those decisions for use in preparation of objections to the magistrate's report and recommendation regarding class certification |
| 9/08/09 | RET | .2 | E-mail from and to Peter Bisio regarding our response to the magistrate's report and recommendation regarding class certification |
| 9/08/09 | JMS7 | 2.3 | Study magistrate's class ruling and develop response arguments regarding magistrate's class ruling |
| 9/09/09 | RET | 1.5 | Outline arguments to objections to report and recommendation on class certification |
| 9/09/09 | RET | .2 | E-mails from and to Gerry Neenan regarding his call with the judge's clerk indicating that they will rule tomorrow on our renewed suggestion of bankruptcy |
| 9/09/09 | RET | .3 | Call with Joe Dearing regarding our call with Peter Bisio and Eric Schall regarding our response to the report and recommendation on class certification |
| 9/09/09 | RET | .5 | Call with Peter Bisio and Eric Schall regarding our response to the report and recommendation on class certification |
| 9/09/09 | RET | .3 | Call with Joe Dearing regarding our response to the report and recommendation on class certification |
| 9/09/09 | RET | .2 | E-mail from and to Joe Dearing regarding our response to the report and recommendation on class certification |
| 9/09/09 | RET | .2 | E-mail from Joe Dearing to Gerry Neenan regarding our renewed suggestion of bankruptcy |
| 9/09/09 | RET | .2 | E-mail from and to Frank Dunn's counsel indicating that they will not be attending mediation |
| 9/09/09 | JMS7 | .3 | Correspondence with Gerry Neenan regarding magistrate's class ruling |
| 9/10/09 | RET | 3.8 | Begin to draft my sections of the objections to the report and recommendation regarding class certification |
| 9/10/09 | JMS7 | 2.2 | Draft objections to magistrates' class certification ruling |
| 9/10/09 | JMS7 | 6.5 | Legal research to draft objections to magistrates' class certification ruling |
| | | | SUB TOTAL    11,752.50 |

**TOTAL HOURS:  128.8**

**FEE GRAND TOTAL:    $57,697.50**

**NORTEL'S 50% TOTAL: $28,848.75**

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY HRS    DESCRIPTION OF SERVICES RENDERED

L110 Fact Investigation/Development

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/11/09 | MBB | 3.50 | Research for portions of class certification brief; draft e-mail regarding opinion on summary of jurisprudence and other applicable law to Rene Thorne and Jason Stein |

**SUB TOTAL   875.00**

DATE ATTY HRS    DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/03/09 | RET | .10 | E-mail from Cindy Beene to Nora Salvatore indicating that there have been no overpayments |
| 9/04/09 | RET | .20 | E-mail from and to Alan Merskey regarding upcoming meeting with the monitor regarding settlement funding dispute between Chubb and Nortel |
| 9/04/09 | RET | .60 | Teleconference with Joe Dearing and Alan Merskey regarding upcoming meeting with the monitor regarding settlement funding dispute between Chubb and Nortel |
| 9/08/09 | RET | .20 | E-mail from and to Joe Dearing regarding draft letter from Peter Bisio to monitor |
| 9/08/09 | RET | .20 | E-mails from and to Doug Crosno regarding his letter to the monitor regarding upcoming meeting regarding settlement funding dispute between Chubb and Nortel |
| 9/08/09 | RET | .20 | Second e-mails from and to Alan Merskey regarding meeting with the monitor regarding settlement funding dispute between Chubb and Nortel |
| 9/08/09 | RET | .10 | Voicemail from Kate Weaver regarding bar date for filing proofs of claim |
| 9/08/09 | RET | .50 | Prepare for and call with Joe Dearing, Alan Merskey, and Tom Donnelly regarding tomorrow's meeting with the monitor regarding settlement funding dispute between Chubb and Nortel |
| 9/08/09 | RET | .10 | E-mail from Alan Merskey to Doug Crosno regarding our comments to the letter to monitor |

| | | | |
|---|---|---|---|
| 9/08/09 | RET | .50 | Receive and analyze draft letter from Doug Crosno to the monitor regarding upcoming meeting to discuss the settlement and funding dispute between Chubb and Nortel |
| 9/08/09 | RET | .20 | E-mail from and to Doug Crosno regarding information he is requesting for his letter to the monitor regarding upcoming meeting the regarding settlement funding dispute between Chubb and Nortel |
| 9/08/09 | RET | .20 | E-mail from and to Joe Dearing regarding comments to the draft letter from Doug Crosno to the monitor regarding upcoming meeting regarding settlement funding dispute between Chubb and Nortel |
| 9/08/09 | RET | .20 | E-mail from and to Alan Merskey regarding meeting with the monitor regarding settlement funding dispute between Chubb and Nortel |
| 9/09/09 | RET | .20 | E-mails between Alan Merskey and Peter Bisio regarding letter from Chubb to the monitor regarding settlement funding dispute between Chubb and Nortel |
| 9/10/09 | RET | .20 | E-mail from and to Alan Merskey regarding call with Chubb to discuss results of meeting with monitor |
| 9/10/09 | MBB | .80 | District Court research on class certification |
| 9/11/09 | RET | .30 | Teleconference with Joe Dearing regarding his call with Eric Schall about funding and settlement agreement |
| 9/16/09 | MBB | 3.80 | Legal research regarding bankruptcy stay in class action litigation |

**SUB TOTAL     3,150.00**

DATE ATTY   HRS     DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 9/09/09 | RET | .10 | E-mail to Alan Merskey regarding results of today's meeting with the monitor |
| 9/09/09 | RET | .30 | Preparing for call with Chubb and the monitor regarding settlement funding dispute between Chubb and Nortel |
| 9/09/09 | RET | 1.10 | Attending call with Chubb and the monitor regarding settlement funding dispute between Chubb and Nortel agreement |
| 9/10/09 | RET | .40 | Call with Joe Dearing and Alan Merskey to discuss Chubb's proposal in light of monitor's position regarding settlement funding dispute between Chubb and Nortel |

**SUB TOTAL     950.00**

10

```
     DATE ATTY   HRS     DESCRIPTION OF SERVICES RENDERED
```

L190 Other Case Assessment, Devel. & Adm

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 9/04/09 | JMS7 | .50 | Correspondence with individual defendants and their counsel regarding bankruptcy |
| 9/04/09 | JMS7 | .70 | Draft proof of claim letters to individual defendants |
| 9/04/09 | JMS7 | .20 | Correspondence with Joe Dearing regarding bankruptcy information for individual defendants |
| 9/04/09 | JMS7 | .20 | Correspondence with Alan Merskey regarding bankruptcy information for individual defendants |
| 9/04/09 | JMS7 | .20 | Correspondence with Annie Cordo regarding bankruptcy information for individual defendants |
| 9/04/09 | JMS7 | .60 | Review proof of claims forms and on-line instructions to draft proof of claim letters to individual defendants |
| 9/05/09 | JMS7 | .10 | Correspondence with John Roth regarding bankruptcy |
| 9/08/09 | JMS7 | .20 | Correspondence with Joe Dearing regarding individual defendants bankruptcy |
| 9/08/09 | JMS7 | .30 | Determine whether we need to make additional contact efforts to individual defendants regarding bankruptcy |
| 9/09/09 | JMS7 | .20 | Correspondence with John Roth regarding bankruptcy |
| 9/09/09 | JMS7 | .60 | Correspondence with Adam Hirsh regarding bankruptcy |
| 9/09/09 | JMS7 | .10 | Correspondence with Robert Ingram regarding bankruptcy |
| 9/09/09 | JMS7 | .20 | Correspondence with Joe Dearing regarding bankruptcy and individual defendants |
| 9/10/09 | JMS7 | .30 | Correspondence with individual defendants and their counsel regarding bankruptcy |
| 9/10/09 | JMS7 | .10 | E-mail Joe Dearing regarding preserving counterclaims in bankruptcy action |
| 9/11/09 | JMS7 | .50 | Correspondence with individual defendants and their counsel regarding bankruptcy |

**SUB TOTAL     2,125.00**

```
     DATE ATTY   HRS    DESCRIPTION OF SERVICES RENDERED
```

L210 Pleadings

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 9/01/09 | DSH | .10 | E-mail from Annie Cordo regarding new language that needs to be added to our seventh interim fee application |

| | | | |
|---|---|---|---|
| 9/01/09 | DSH | .10 | Update seventh interim fee application with new language per Annie Cordo |
| 9/02/09 | DSH | .20 | Research PACER docket for filing of seventh interim fee report, second quarterly fee report and CNO for fifth interim fee report |
| 9/22/09 | DSH | .20 | Telephone conference with Annie Cordo regarding our amounts listed on the second quarterly fee application |
| 9/22/09 | DSH | .30 | Review Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses pleading received from Annie Cordo for any changes that might need to be made before filing for the second quarterly fee hearing |
| 9/22/09 | DSH | .20 | Review e-mail instructions regarding our appearance for the second quarterly fee hearing received from Annie Cordo |
| 9/22/09 | DSH | .20 | Telephone conference with CourtCall to set up our telephonic hearing appearance for the second quarterly fee hearing on September 30, 2009; calendar same |
| 9/30/09 | DSH | 1.30 | Begin drafting of eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 9/30/09 | DSH | 1.20 | Begin drafting Exhibit A of the eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |

**SUB TOTAL        570.00**

DATE   ATTY   HRS        DESCRIPTION OF SERVICES RENDERED

L230 Court Mandated Conferences

| | | | |
|---|---|---|---|
| 9/29/09 | DSH | .20 | Review e-mail received from Annie Cordo regarding the specifics of the second quarterly fee hearing to be held tomorrow morning and arrangements that must be made to attending using CourtCall |
| 9/30/09 | RET | .80 | Review second quarterly fee application and proposed omnibus order in preparation for hearing; emails from Annie Cordo regarding our attendance via telephone at same; attend hearing on same |
| 9/30/09 | DSH | .20 | Analyze orders from judge regarding rules for attendance at the second quarterly bankruptcy hearing and prepare documentation for Rene' Thorne to attend meeting by teleconference |
| 9/30/09 | DSH | .10 | Receive and review e-mail from Annie Cordo regarding second quarterly fee hearing and that everyone must dial into the court because the judge has not excused any law firms from attendance |
| 9/30/09 | DSH | .10 | Receive and review e-mail from Annie Cordo regarding the outcome of the second quarterly fee hearing; communicate to defense team |
| 9/30/09 | DSH | .30 | Analyze Omnibus Fee Order and exhibits signed by Judge Kevin Gross for the United States Bankruptcy Court for the District of Delaware; review for new deadlines regarding next quarterly fee hearing |

| | | | |
|---|---|---|---|
| 9/30/09 | DSH | .30 | Update scheduling chart for new bankruptcy court deadlines; draft electronic calendar entries; communicate all to defense team |
| | | **SUB TOTAL** | **580.00** |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L390 Other Discovery</u>

| | | | |
|---|---|---|---|
| 9/15/09 | MBB | 1.80 | Review plaintiff's response to Nortel's filings regarding bankruptcy stay and research regarding same |
| | | **SUB TOTAL** | **450.00** |

**TOTAL HOURS:  26.6**

**FEE GRAND TOTAL:     $8,700.00**