# SCHEDULE B

**EXPENSE SUMMARY**

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2009 Through September 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Travel – Hotel – René Thorne – mediation | | 779.96 | 389.98* |
| Travel – Airfare – Jason Stein - mediation | | 716.14 | 358.07* |
| Travel – Car Service – René Thorne – to mediation | | 128.11 | 64.05* |
| Travel – Car Service – René Thorne – from mediation | | 128.11 | 64.05* |
| Travel – Airport Parking – René Thorne – mediation | | 48.00 | 24.00* |
| Travel – Airport Parking – Jason Stein – mediation | | 48.00 | 24.00* |
| Duplicating | In Office | 60.41 | 30.21* |
| Travel – Lunch – René Thorne and Joe Dearing – mediation | | 62.30 | 31.15* |
| Travel – Breakfast – René Thorne – mediation | | 26.38 | 13.19* |
| Travel – Meal – René Thorne – mediation | | 9.80 | 4.90* |
| Travel – Breakfast – Jason Stein – mediation | | 22.05 | 11.03* |
| **Total Expenses** | | **2,029.26** | **1,014.63** |
| **Grand Total:** | | | **$1014.63** |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

**TOTAL EXPENSES DUE:  $1,014.63**

# Expenses Back-Up

<u>NORTEL/CHUBB</u>

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 9/14/09 | Travel – Car Service (René Thorne) (to mediation from airport) | 128.11 |
| 9/14/09 | Travel – Car Service (René Thorne) (from mediation to airport) | 128.11 |
| 9/14/09 | Travel – Meal (René Thorne) (lunch René Thorne and Joe Dearing - mediation) | 62.30 |
| 9/16/09 | Travel – Airport Parking (René Thorne) | 48.00 |
| 9/16/09 | Travel – Airport Parking (Jason Stein) | 48.00 |
| 9/16/09 | Travel – Meal (René Thorne) (Breakfast - mediation) | 26.38 |
| 9/16/09 | Travel – Meal (René Thorne) (mediation) | 9.80 |
| 9/16/09 | Travel – Hotel (René Thorne) (mediation) | 779.96 |
| 9/16/09 | Travel – Hotel (Jason Stein) (mediation) | 716.14 |
| 9/16/09 | Travel – Meal (Jason Stein) (Breakfast - mediation) | 22.05 |
| 9/30/09 | Photocopying (863) | 60.41 |
| | SUB TOTAL COST | 2,029.26 |
| | TOTAL DISBURSEMENTS | $2,029.26 |

**Nortel's 50% of Total Expenses**         $1,104.63

**GRAND TOTAL DUE:**         **$1,104.63**