IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                                        : Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,[1]                           : Case No. 09-10138 (KG)
                                                             :
               Debtors.             : Jointly Administered
                                                             :
                                                             : **RE: D.I. 1794**
                                                             :
------------------------------------------------------------X

## NOTICE OF PARTIAL WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that portion of Debtors' Motion for an Order (A) Approving the Assumption and Assignment of Certain Additional Executory Contracts Pursuant to the Sale of the Debtors' CDMA and LTE Business and (B) Authorizing the Debtors to File Information under Seal (the "Motion"), that seeks authorization and approval of the assumption and assignment of the contracts identified on Schedule A attached hereto (the "Scheduled Agreements"), scheduled to be heard on November 19, 2009 before the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, is hereby withdrawn by the Debtors without prejudice.

The Scheduled Agreements are customer contracts. Pursuant to the relief requested in the Motion with respect to such customer contracts, the Debtors are filing Schedule A with the Court under seal, and this notice is being served on each counterparty to a Scheduled Agreement with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

an individualized Schedule A containing only the information related to that counterparty's contract.

Respectfully submitted,

Dated: November 18, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*