**<u>EXHIBIT A</u>**
**Supplemental Claimants**

## Exhibit A

| Name |
| --- |
| GID 82762 |
| GID 111578 |
| GID 115859 |
| GID 116082 |
| GID 116813 |
| GID 118282 |
| GID 120728 |
| GID 133133 |
| GID 139571 |
| GID 140019 |
| GID 141665 |
| GID 142463 |
| GID 144098 |
| GID 147840 |
| GID 149807 |
| GID 149833 |
| GID 152632 |
| GID 192295 |
| GID 200106 |
| GID 248947 |
| GID 287332 |
| GID 320755 |
| GID 363109 |
| GID 442764 |
| GID 467325 |
| GID 467923 |
| GID 471421 |
| GID 478558 |
| GID 483279 |
| GID 503455 |
| GID 503496 |
| GID 503706 |
| GID 506875 |
| GID 507266 |
| GID 510070 |
| GID 510550 |
| GID 511106 |
| GID 511351 |
| GID 512543 |
| GID 513184 |
| GID 513958 |
| GID 519930 |
| GID 520176 |
| GID 524879 |
| GID 526359 |
| GID 526529 |
| GID 526923 |
| GID 529835 |
| GID 529886 |
| GID 532944 |
| GID 533497 |

## Exhibit A

| Name |
| --- |
| GID 810673 |
| GID 820431 |
| GID 907947 |
| GID 1087499 |
| GID 1111235 |
| GID 1361363 |
| GID 1396964 |
| GID 1468319 |
| GID 1504851 |
| GID 1517478 |
| GID 1519978 |
| GID 1525222 |
| GID 1533103 |
| GID 1538473 |
| GID 1543892 |
| GID 1561153 |
| GID 1577311 |
| GID 1618699 |
| GID 1639224 |
| GID 1658958 |
| GID 1658961 |
| GID 1659746 |
| GID 1660495 |
| GID 1664672 |
| GID 1673059 |
| GID 1674786 |
| GID 1674925 |
| GID 1682985 |
| GID 1684193 |
| GID 1687201 |
| GID 1689256 |
| GID 1723044 |
| GID 1739164 |
| GID 1739835 |
| GID 2740249 |
| GID 3530078 |
| GID 4726669 |
| GID 5002945 |
| GID 5008418 |
| GID 5026892 |
| GID 5051832 |
| GID 5057997 |
| GID 5058495 |
| GID 5063558 |
| GID 5075036 |
| GID 5079999 |
| GID 5083756 |
| GID 5093426 |
| GID 6404701 |
| Aaron Zulick |
| Abbas Mirza |

## Exhibit A

| Name |
| --- |
| Adam Guzman |
| Adesola Ladoja |
| Alain DeBois |
| Alan Nerem |
| Alan Sikes |
| Aleeha Travis |
| Alexander Cook |
| Alexander Lau |
| Alexander Pilgun |
| Alfredo Aldave |
| Alfredo Decardenas |
| Ali Yusuf |
| Alice Avanzino |
| Alison Hou |
| Alsen Ince |
| Alvin Tan |
| Amanda Dodd |
| Amanda Sampson |
| Amar Raval |
| Amira Nicole Gonzalez |
| Amit Gupta |
| Amit Thakkar |
| Amy Curnel |
| An Fields |
| Andre Martinez |
| Andrea D'angelo |
| Andrea Jones |
| Andrea Scoggins |
| Andrew Ellender |
| Andrew Helling |
| Andrew Long |
| Andrew Ludwick |
| Andrew Pierce |
| Andrew Slavinsky |
| Andrew Welch |
| Angel Olavarrieta |
| Angel Sarmiento |
| Angela Ervin |
| Angus Nguyen |
| Anil Gurijala |
| Anna Dodd |
| Anne Margaret Klug |
| Anthony Bonacorda |
| Anthony Colello |
| Anthony Sutherland |
| Antonio Rosselli |
| Anuj Mittal |
| Armando Menchaca |
| Arnaldo Martinez |
| Arthur Fewell |
| Arturo Caraveo |

## Exhibit A

| Name |
| --- |
| Arzu Guldibi |
| Ashhad Shamim |
| Ashley Cosentino |
| Ashley Farrish |
| Ataklty Abebe |
| Audrey Morales |
| Auktavian Garrett |
| Ayron McArthur |
| Ayrton Moreira |
| Azher Rana |
| Babu Jayaram |
| Barbara Baynham |
| Barbara Buchanan |
| Barbara Cramer |
| Barbara Drewes |
| Barbara Treacy |
| Bastian Schoell |
| Beau Boudreaux |
| Behzad Abedi |
| Belden Inc. |
| Ben Bagheri |
| Benjamin Lucas |
| Benneth Martin |
| Benny Argento Jr |
| Berry Raynor |
| Bethany Hong |
| Betty Jo Pope |
| Biju Babu |
| Bilahari Akkiraju |
| Binh Nguyen |
| Bo Cheng |
| Bobby Davis |
| Bonnie Swearingen |
| Brad Young |
| Bradford Volland |
| Bradford Wach |
| Bradley Bergeson |
| Brandi Privette |
| Brandon Key |
| Brandy Tran |
| Brenda Ellis |
| Brent Williams |
| Bret Ranoa |
| Brian Bailey |
| Brian Breedlove |
| Brian Costanza |
| Brian DeGalan |
| Brian Ferrell |
| Brian Gould |
| Brian Haire |
| Brian Hauser |

## Exhibit A

| Name |
| --- |
| Brian Janjic |
| Brian Joslyn |
| Brian Morrill |
| Brian Palmer |
| Brian Stucker |
| Bruce Hartman |
| Bruce Ivie |
| Bruce Lecus |
| Bruce Post |
| Bruce Rosen |
| Bruce Walpole |
| Bryan Chung |
| Bryan Strickland |
| Bryant Nguyen |
| Budankayala Subudhi |
| C Graham Wallace Jr |
| Calvin Reuter |
| Cameron Stone |
| Camille Kerr |
| Candice Whitehurst |
| Carey Borden |
| Carey Chastain |
| Cari Gomar |
| Carlos Padilla |
| Carol May |
| Carol Schiavone |
| Caroline Murphy |
| Carolyn Angelier |
| Carolyn Downey |
| Carolyn Moss |
| Carolyn Podger |
| Carrie Ostrander |
| Casey Bennett |
| Catherine Howard |
| Catherine Smith |
| Cathey Stansbury |
| Cathy Mills |
| Centennial ventures VII, L.P. |
| Chad Nusbaum |
| Chadi Sleiman |
| Chakravarthy Alluri |
| Chakravarthy Garimella |
| Chan Siew |
| Chandrasekhar Velvadapu |
| Chang Yi Ho |
| Chang Zhang |
| Chao Tse |
| Charles Casey |
| Charles Coleman |
| Charles Cooper |
| Charles Headley |

## Exhibit A

| Name |
| --- |
| Charles Heifet |
| Charles Hollis |
| Charles Justice |
| Charles Kulins |
| Cheekati Krishna |
| Chehang Chang |
| Cheryl Badza |
| Cheryl Cherry |
| Cheryl Edgerton |
| Chetan Jog |
| Chi Lok Joe Chan |
| Chris Trittin |
| Christina Liakos |
| Christina Strong |
| Christopher Bransford |
| Christopher Carver |
| Christopher Hinsdale |
| Christopher Reale |
| Christopher Reed |
| Christopher Ryan |
| Christopher Stanley |
| Christopher Surrusco |
| Chukwuma Ebo |
| Chung Huynh |
| Cindy Boak |
| Cindy Griffith |
| Clare Barbieri |
| Clarence Patterson |
| Cleo Howard |
| Cliff Hilburn |
| Clifford Clarke |
| Clifford Dunbar |
| Communication Products Inc |
| Connie Mersch |
| Connie Richmond-Shoals |
| Corey Schultz |
| Corissa Donaghy |
| Craig Stallings |
| Cuong Do |
| Cynthia Maxey Dauss |
| Cynthia Yung |
| Daksha Amin |
| Dale Morris |
| Dan Grubbs |
| Dana Clancy |
| Daniel Brady |
| Daniel Lai |
| Daniel Le |
| Daniel Pearson |
| Danny Knight |
| Danny Salinas |

## Exhibit A

| Name |
| --- |
| Darrell Ray |
| Darren Shultz |
| David Chow |
| David Collier |
| David Corwin |
| David Denapoli |
| David Dutton |
| David Fitch |
| David Frager |
| David Gallagher |
| David Gibson |
| David Granlund |
| David Hajjar |
| David Hammond |
| David Houchin |
| David Kutilek |
| David Mescher |
| David Paranchych |
| David Scholnick |
| David Snapp |
| David Snogles |
| David Thompson |
| David Turis |
| David Turkdil |
| David Waren |
| David West |
| David Wood |
| Dawn East |
| Dean Strickland |
| Deborah Moses |
| Deborah Williams |
| Delisa Davis |
| Denis Baev |
| Dennis Crook |
| Dennis Gordon |
| Dennis Mangus |
| Dennis Rounsaville |
| Derek Appel |
| Derrick Rice |
| Dewayne Estes |
| Dhaval Lad |
| Diane Van Tassel |
| Dietmar Martin Wendt |
| Dimitry Haskin |
| Dinesh Bakiaraj |
| Dinesh Uppuluri |
| Dominic Scimeca |
| Don Browne |
| Donald Barbour |
| Donald Brunton |
| Donald Goss Jr |

## Exhibit A

| Name |
| --- |
| Donald Hall |
| Donald McLoughlin |
| Donald Sharpe |
| Donald Wyman |
| Donna Davenport |
| Donna Petrick |
| Douglas Armstrong |
| Douglas Blaisdell |
| Douglas Lange |
| Douglas Read |
| Douglas Thompson Jr |
| Douglas Wonson |
| Douglass Kline |
| Dror Blanc |
| Dwain Forbes |
| Dwight Johnson |
| Dwight McCauley |
| E Michael Zimmerman |
| Earl Gardner |
| Eduardo Alvarez |
| Edward Good |
| Edward Leung |
| Edward McVeigh |
| Edward Morehouse |
| Edward Rozanski |
| Edward Santos |
| Efrem Anderson |
| Eileen Tolken |
| Elizabeth Arvin |
| Elvert Dorsey |
| Emily Clement |
| Emre Erkol |
| Eric Church |
| Eric Correa |
| Eric Corum |
| Eric Halber |
| Eric Martin |
| Eric Schnurr |
| Eric Williamson |
| Erica Carson-Brown |
| Erica Cobb |
| Erica Wells |
| Erika Schnurr |
| Erwin Nazareno |
| Esmail Dadgar |
| Esther Brown |
| Eugene Dane |
| Eugene Grayfer |
| Eugene Ladeau |
| Evan Townsend |
| Evangeline Duque |

## Exhibit A

| Name |
| --- |
| Eve Pech |
| Fabian Rojas |
| Fadi Ghattas |
| Faisal Islam |
| Farshideh Jahani |
| Felicity Newton |
| Filomena Durante |
| Foluso Jegede |
| Francesca Magnavita |
| Frank Colcol |
| Frank Ehinger |
| Frank Horrocks |
| Frank Howe Jr |
| Franklin Rouse |
| Fred Hundemer |
| Fredrick Gardner |
| Fu-Yuan Nee |
| Gail Entringer |
| Gail Garinger |
| Gail McGarry |
| Gamaliel Martinez |
| Gangadhar Vegesana |
| Gareth Brown |
| Garret Broussard |
| Garry Morrison |
| Gary Chepregi |
| Gary Hoskins |
| Gary Johnson |
| Gary Lanehart |
| Gary Paden |
| Gary Plask |
| Gary Richards |
| Gary Sanders |
| Gary Walchli |
| Gaurav Puri |
| Gayle Theaderman |
| GDS Publishing Ltd |
| Gene Yao |
| Geng Liu |
| George Bergstrom |
| George Chang |
| George Jolly |
| Georges Sebaaly |
| Gerald Jones |
| Gerald Paprocki |
| Gerry Rice |
| Ghassan Hage |
| Gilbert Parker Jr |
| Gillian Harris |
| Gina Norman |
| Girish Kulkarni |

## Exhibit A

| Name |
| --- |
| Glenn Gobeli |
| Glenn Williams |
| Gloria Darr |
| Gregory Angeli |
| Gregory Cash |
| Gregory Evans |
| Gregory Floyd |
| Gregory Gavey |
| Gregory Hinkle |
| Gregory Louis-Charles |
| Gregory Oldham |
| Gregory Padden |
| Gregory Reetz |
| Gregory Schwartz |
| Gretchen Mauney |
| Gui-bai Qian |
| Gunnar Anderson |
| Hamilton Kong |
| Hanumantharao Kavuluru |
| Harold Cooper |
| Harry Robinson |
| Hassana Ozigi |
| Hattotuwa Karunadasa |
| Hector Agosto |
| Hector Morales |
| Helen Kaleekal |
| Henetta Fraley |
| Herbert Martin |
| Hiba Hamati |
| Hina Ahmed |
| Hong Li |
| Hongyu Xing |
| Hop Hong |
| Hossein Baheri |
| Hsiao-Yung Ger |
| Hugh Johnson |
| Hussein Abdallah |
| Ian Morrison |
| Ichiji Kogo |
| Indu Subramanian |
| Irakli Kvetenadze |
| Isidoro Pulido |
| Ismail Kapadia |
| Iva Combs |
| J Pompeya Thedford |
| Jack Hoffmann |
| Jacob Helgeson |
| Jairo Avalos |
| Jalel Bouachir |
| James Avery |
| James Ayscue |

## Exhibit A

| Name |
| --- |
| James Beard |
| James Cai |
| James Christiansen |
| James Conway |
| James Cook |
| James DiPalma |
| James Durgan |
| James Fanning |
| James Fisher |
| James Furness |
| James Gandy |
| James Gefre |
| James Gilbert |
| James Heikkila |
| James Hill |
| James Hirsch |
| James Korbeck |
| James Liquori |
| James Maynor |
| James McGril |
| James McKeon |
| James Newby |
| James Reilley |
| James Roberts |
| James Stutsky |
| James Tarquinio |
| James Terwilliger |
| James Trager |
| James Waring |
| James Wilburn |
| James Young |
| Janelle Murray |
| Janet Chan |
| Janet Dolan |
| Janet Tosto |
| Janice Sanzo |
| Jarred Davis |
| Jason Cowan |
| Jason Cronin |
| Jason Witte |
| Jason Yen-Huei Shei |
| Javier Jelicic |
| Jay Huang |
| Jay Woods |
| Jeannie Jennings |
| Jeff Barbieri |
| Jeff Johnson |
| Jeff Moynihan |
| Jeffery Hollerup |
| Jeffery Owens |
| Jeffrey Baird |

## Exhibit A

| Name |
| --- |
| Jeffrey Bashore |
| Jeffrey Hitchman |
| Jeffrey Huang |
| Jeffrey Kahl |
| Jeffrey Laniewski |
| Jeffrey Lindley |
| Jennifer Arsenault |
| Jennifer Hansen |
| Jennifer Jansma |
| Jennifer Jones |
| Jennifer Selk |
| Jerry Koelling |
| Jerry Xiao Wu |
| Jessica Flynn |
| Jessica Hill |
| Jesus Diaz |
| Jill Davidson |
| Jimmy Sutton |
| Jo Anna Beal |
| Joanne Miley |
| Joaquin Arimborgo |
| Joel Eller |
| Joel Lueck |
| Joene Lynch |
| Joey Nord |
| John Bergeson |
| John Bowen |
| John Carmichael |
| John Chou |
| John D. Watson |
| John Ellis |
| John Flomer, Jr |
| John Gardner Jr |
| John Hardman |
| John Joseph Roese |
| John Kocsis Jr |
| John Kranz |
| John Lipe |
| John Malloy |
| John McManus |
| John Minnix |
| John Moore Jr |
| John Newton |
| John O'Boyle |
| John Peterson |
| John Pitcavage |
| John Politz |
| John Shoun Jr |
| John Sowles |
| John Stubbs |
| John Zukosky |

## Exhibit A

| Name |
| --- |
| Johnny Le |
| Jon Gelo |
| Jonathan Beard |
| Jonathan Sieders |
| Jonathan Tatton |
| Jongjay Liou |
| Jose Cruz |
| Jose Mauricio Silva |
| Jose Miranda |
| Jose Paulino |
| Jose Robles |
| Jose Salas III |
| Joseph Cuccurullo |
| Joseph Fallacaro |
| Joseph McCain |
| Joseph Morgida |
| Joseph Phalan |
| Joseph Simandl |
| Joseph Srnanek |
| Joseph Theriault |
| Joy Haas |
| Joy Johnson |
| Judy Wainwright |
| Julie Burroughs |
| Junhua He |
| Junia Nolan |
| Justin Nowlin |
| Justin Peschke |
| Kabiraj Sethi |
| Ka-Kit Chan |
| Kang Ko |
| Kaniz Mahdi |
| Karim Karmali |
| Karl Martens |
| Karunakaran Prasad |
| Kathleen Stevens |
| Kathryn Johnson |
| Kathryn Tobler |
| Kathy Posey |
| Kay Hill |
| Keith Cerci |
| Keith Marciniak |
| Keith McFarland |
| Keith Severson |
| Kelley Klein |
| Kelly Miller |
| Kelly Small |
| Kelly Welsh |
| Kenneth Cooper |
| Kenneth Huntington |
| Kenneth Kasper |

## Exhibit A

| Name |
| --- |
| Kenneth Parker |
| Kevin Anderson |
| Kevin Boyle II |
| Kevin Campbell |
| Kevin Cantrell |
| Kevin Chipman |
| Kevin Collins |
| Kevin Doggette |
| Kevin Marshall |
| Kevin Nalley |
| Kevin Vinkler |
| Keyur Desai |
| Khanh Le |
| Kim Chu |
| Kim Ellefson |
| Kim Lau |
| Kim Poplin |
| Kimberly Brown |
| Kimberly Elder |
| Kimberly Kelsey |
| Kimberly Townson |
| Kira Henderson |
| Kiran Tatiparthi |
| Kiran Vemireddi |
| Kirk Riley |
| Kiyanda Peterson |
| Konrad Wiemann |
| KPMG LLP |
| Kris Stolski |
| Kristi Wigington |
| Krystie Mazza |
| Kwok Ho Chan |
| Lance Antwine |
| Lanesa Sherfey |
| Larry Dunn |
| Larry East |
| Larry Revis |
| Laura Haran |
| Lauren Patricia Flaherty |
| Laurie Tetreault |
| Lawrence Chow |
| Lawrence Linnell |
| Lawrence Mar |
| Lawrence Torri |
| Laxmisamyukta Vellanki |
| Lee Cronkhite |
| Lee Mullican |
| Lee Valerius |
| Leonard Esparza |
| Lester Romero |
| Letitia Metheny |

## Exhibit A

| Name |
| --- |
| Lev Eydelman |
| Lewis Burch Jr |
| Limei Weng |
| Linda Rich |
| Lindsey Allen |
| Ling Chen |
| Linna Ma |
| Lisa Gregorski |
| Lisa Killins |
| Lisa Mall |
| Lisa Ruth |
| Lois Kiefer |
| Lolan Carter |
| Lori Wehunt |
| Lorletha Felder |
| Lou Krupkin |
| Luis Fernandez de Jauregui |
| Luling Wang |
| Lunardi Teguh |
| Luz Campo |
| Luz Quinonez |
| Lynell Hodges |
| Lynn Gates |
| Lynn Nancarrow |
| M Claire McCall |
| Madan Jagernauth |
| Mahesh Bandarupalli |
| Maisel Klutts |
| Mamie Love |
| Manish Singh |
| Manoochehr Ahmadi Moosavi |
| Manuel Capellan |
| Manuel Molera |
| Manuel Tellez |
| Marc Perrella |
| Marcelo Maraccini |
| Marco Naranjo |
| Margaret Serapin |
| Maria Perez |
| Maria Read |
| Maria Sarmiento |
| Marie Leon |
| Marilyn DiLorenzo |
| Mario Dongo |
| Mario Irizarry |
| Marisa Gaither |
| Marisol Hernandez |
| Mark Ambrosius |
| Mark DeVantier |
| Mark Glicksman |
| Mark Harris |

## Exhibit A

| Name |
| --- |
| Mark Perales |
| Mark Prasse |
| Mark Rizzo |
| Mark Sheridan |
| Mark Siebenburgen |
| Mark Swan |
| Marnie Combe |
| Marsha Watson |
| Martin Brewer |
| Martin Isaksen |
| Martin Kelly |
| Martin Ward |
| Mary Bigus |
| Mary Gordon |
| Mary Hawley |
| Mary Jacobs |
| Mary Marvel |
| Mary Petterson |
| Mary Sharp |
| Mary Wisnewski |
| Mary Yang |
| Mary-Ellen Allison |
| Mathew George |
| Mathews John |
| Matthew Bernard |
| Matthew Hewitt |
| Matthew Jones |
| Matthew Michels |
| Matthew Sperling |
| Matthew Walker |
| Mauro Bustamante |
| Maya Kundassery |
| Megan Satterfield |
| Megha Patel |
| Meghan Day |
| Melanie Gartrell |
| Melissa Ly |
| Menda Spell |
| Meredith Lawhon |
| Meredith Supinski |
| Micaela Giuhat |
| Michael Alivio |
| Michael Bigelow |
| Michael Cantelmi |
| Michael Chen |
| Michael Deitz |
| Michael Falletti |
| Michael Flaum |
| Michael Forness |
| Michael Greene |
| Michael Hairston |

## Exhibit A

| Name |
| --- |
| Michael Halady |
| Michael Harris |
| Michael Hopey |
| Michael Kennedy |
| Michael Kirkland |
| Michael Lloyd |
| Michael Loomis |
| Michael Mayen |
| Michael Mccray |
| Michael McDonald |
| Michael Mckiernan |
| Michael Medley |
| Michael Mendoza |
| Michael Michalak |
| Michael Moore |
| Michael Pastva |
| Michael Pelletier |
| Michael Polia |
| Michael Ramer |
| Michael Roe |
| Michael Runstrom |
| Michael Saputo |
| Michael Segura |
| Michael Smith |
| Michael Sneper |
| Michael Sutton |
| Michael Tessler |
| Michael Tschirret |
| Michael W. McCorkle |
| Michael Watkins |
| Michael White |
| Michele Schmittel |
| Michelle Fu |
| Michelle McDaniel |
| Michelle Mckenzie |
| Mike Joyner |
| Ming Shang |
| Ming-Chin Chien |
| Ming-Hung Ho |
| Mohamad Farokhnia |
| Mohamed Fawzy |
| Mohammad Hammami |
| Mohammad Islam |
| Mohammad Malik |
| Moinul Khan |
| Monica McCall |
| Monica Oliveras |
| Monoara Begum |
| Mourad Bouachir |
| Mubashir Ahmad |
| Muni Bajpai |

## Exhibit A

| Name |
| --- |
| Musthafa Syed |
| My-Phuong Vu |
| N Wesley Spurlock |
| Nadine Cornelius |
| Nahid Akhavanzadeh |
| Nan Jiang |
| Nancy Cash |
| Nancy Cocco |
| Nancy Leichter |
| Nancy Miller |
| Nancy Parente |
| Nancy Thompson |
| Nandana Das |
| Nanditha Dinesh Dronamraju |
| Narendra Kanar |
| Nash Zogaib |
| Neepa Nandu |
| Neil Sharp |
| Neil Toland |
| Nelson Perez |
| Nicholas Balog |
| Nicholas Middleton |
| Nicholas Robinson |
| Nicole Lewis |
| Nicole Tan |
| Nilaksh Shah |
| Nirankush Mukherjee |
| Nirapada Ghosh |
| Nishit Dalia |
| Nitu Kuriakose |
| Norman Ashley |
| Obinna Egonu |
| Odette Beasley |
| Olga Stroud |
| Omar Alvarez |
| Orestes De La Torre |
| Ornat Freitas |
| Oscar Panes Jr |
| Osvaldo Jaiman |
| Oussama Fakhoury |
| Owen Brewer |
| Oya Istemi |
| Pacven Walden Ventures VI, L.P. |
| Pamela Larson |
| Pamela Zacharski |
| Park Zheng |
| Parminder Parminderpalsingh |
| Patricia Basulto |
| Patricia Beninati |
| Patricia Martin |
| Patricia Menotti |

## Exhibit A

| Name |
| --- |
| Patrick Camblin |
| Patrick Cox |
| Patrick Kernan |
| Patrick Mattin |
| Patrick McCullough |
| Patrick Wicker |
| Patsy Hill |
| Paul Blumhardt |
| Paul Bowman |
| Paul Smith |
| Paul Wynn |
| Paulette Simms |
| Peter Duffin |
| Phil De Aguero |
| Philip Bornor |
| Philip Wieczorek |
| Philippe Douet |
| Phillip Golden |
| Phillip West Jr |
| Phu Nguyen |
| Pin Chang |
| Pouya Parsafar |
| Prableen Kaur |
| Pradeep Vallur |
| Prasad Chigurupati |
| Preeta Anil |
| Prem Obhan |
| Priscilla Perry |
| Rachelle Wells Helton |
| Rafael Casellas |
| Rafael Zamora |
| Raghavendran Venkatraman |
| Raja Prasath |
| Rajarshi Sengupta |
| Rajen Mehta |
| Rajesh Potti |
| Rajgopalan Rangarajan Sathya |
| Rakesh Punhani |
| Ralph Gibilisco |
| Ramin Omid |
| Ramiro Nagles |
| Ranamanbir Pawan |
| Randal Clay |
| Randy Ford |
| Ranganath Rao |
| Rashmi Verma |
| Ratnarekha Singamsetty |
| Raul Rodriguez |
| Ravi Chuppala |
| Ravi Reddy |
| Ravikiran Katnam |

## Exhibit A

| Name |
| --- |
| Ray Heaton |
| Raymond Marino |
| Rebecca Lance |
| Rebecca Servidio |
| Reem Muhanna |
| Reginald Miggins |
| Rekha Patel |
| Renee Christian |
| Renee Kiefer |
| Renee Sonney |
| Ren-Ju Hu |
| Rhonda Nahmias |
| Ricardo Bonilla |
| Riccardo Cannone |
| Richard Adams |
| Richard Benson |
| Richard Boosey III |
| Richard Charles Warner |
| Richard Giuffre |
| Richard Greaves |
| Richard Lancaster |
| Richard McQueen |
| Richard Meredith |
| Richard Newcomb |
| Richard Pelsue |
| Richard Wilson |
| Richelle Mantooth |
| Ricky Lewis |
| Riley Doyle |
| Rita Dhruve |
| Robert Baldino |
| Robert Benda |
| Robert Calder |
| Robert Glynn |
| Robert Kent II |
| Robert May |
| Robert Ranew Jr |
| Robert Rice |
| Robert Ross |
| Robert Royal |
| Robert Sandell |
| Robert Sarver |
| Robert Shoemaker |
| Robert Stave |
| Roberto Cipriani |
| Robin Alizadeh |
| Roderick Djurkovic |
| Rodney Jensen |
| Roger Ashenfelter |
| Roger Cook |
| Roger Northrop |

## Exhibit A

| Name |
| --- |
| Roger Rodriguez |
| Rohini Vannikumar |
| Rohit Deedwania |
| Rojie Samaniego |
| Rolf Hendricksen |
| Ron Filion |
| Ronald Adkins |
| Ronald Osborn |
| Ronald Williams |
| Ronco Communications And Electronics Inc |
| Rosaura Dominguez |
| Ross Dickinson |
| Roy Albrecht |
| Roy Parks |
| Rubel Romero |
| Ruben Horta |
| Russell Adams |
| Russell Coffin |
| Rustavus Kerr |
| Ryan Carlson |
| Ryan DeGuzman |
| Ryan Smith |
| Ryan Wren |
| S Raghunath |
| Sally Chandler |
| Sameer Kapadia |
| Sandeep Gupta |
| Sandra Long |
| Sandra Sierra |
| Sanford Gottlieb |
| Sangameswaran Pullikut |
| Sasitharan Ramanathan |
| Saul Leos |
| Saul Martinez |
| Scott Adam |
| Scott Cappella |
| Scott Kale |
| Scott Lapolla |
| Scott Petty |
| Scott Quigley |
| Scott Stutts |
| Seetharama Ayyadevara |
| Sefik Guldibi |
| Sejal Patel |
| Sethu Arumugam |
| Shahid Ali |
| Shaibal Chakrabarty |
| Shailesh Murthy |
| Shane Johnston |
| Shannon Meranda |
| Sharmeen Azim |

## Exhibit A

| Name |
| --- |
| Sharon Pryor |
| Sharon Watson |
| Sharon Welch |
| Shaughan Williams |
| Shawn Allen |
| Shawn Gay |
| Shawn Paylor |
| Shawn Reddie |
| Shawn Rodriguez |
| Shea Morgan |
| Sheila James |
| Shelley Bracken |
| Shelton Jones |
| Shiang-Jiun Chen |
| Shih Lu |
| Shilpa Mayanna |
| Shirley Griffith |
| Shonda Devereaux |
| Shrikar Kasturi |
| Shruthi Krishnan |
| Shun-Hsuan Wang |
| Siamak Ghasemian |
| Siyuan Lu |
| Smita Makthal |
| Someswara Swamy Madhira |
| Sonia Rusiecki |
| Soudy Tabar |
| Srikanth Merianda |
| Srilakshmi Adusumalli |
| Srinivas Muddana |
| Stephanie Blankenship |
| Stephanie Coates |
| Stephanie Crowe |
| Stephen Craig |
| Stephen Gilbride |
| Stephen Quinlan |
| Stephen Yuengling |
| Steve Eyler |
| Steve Hill |
| Steve Ho |
| Steven Beveridge |
| Steven Elkins |
| Steven Gaddis |
| Steven Gundersen |
| Steven Moffitt |
| Steven Ong |
| Steven Thomas |
| Stewart Trammell |
| Subramania Kaushik |
| Sudesh Patidar |
| Suman Morisetty |

## Exhibit A

| Name |
| --- |
| Sumesh Kumar |
| Susan Hawley |
| Sushant Sahani |
| Sushma Hiremath |
| Suzanne Noble |
| Suzettee Shepard |
| Sylvia Vaughan |
| Tamer Bahgat |
| Tamer Hassan |
| Tamer Kamel |
| Tami Andrade |
| Tan Kha |
| Tan Nguyen |
| Tao Jiang |
| Tarak Bouattour |
| Tarun Khanna |
| Tauseef Ahmed |
| Ted Brewington Jr |
| Teresa Rhodes |
| Terrance Vale |
| Terrence Townsend |
| Terron Lawrence |
| Terry Campbell |
| Terry Smith |
| Tetsuya Namba |
| Thanh-Son Nguyen |
| Thanh-The Nguyen |
| Thanjavur Ramanand |
| Theresa Strickland |
| Therese Keenan |
| Thomas Fonicello |
| Thomas Grigg Jr |
| Thomas Neal |
| Thomas Neary |
| Thomas Newman |
| Thomas Nicot |
| Thomas Parisi |
| Thomas Ratcliff |
| Thomas Robinson |
| Thomas Scarpulla |
| Thomas Trombley |
| Thomas Weber |
| Thu Le |
| Thuan Nguyen |
| Tien-Hsiang Lin |
| Tim Schell |
| Tim Schweitzer |
| Timothy Lyons |
| Timothy Pocock |
| Timothy Strasser |
| Timothy Worthington |

## Exhibit A

| Name |
| --- |
| Tiumba Wright |
| Toan Dang |
| Toby Edwards |
| Todd Hamilton |
| Todd Spraggins |
| Tony Morcos |
| Tony Wallace |
| Tracye Kenney |
| Treva Grimshaw |
| Trevor Tupper |
| Troy Harman |
| Tu Tran |
| Tyeshia Nesbitt-Henry |
| Udaya Shankar |
| Valecia Wahyon |
| Valerie Marchalot |
| Vantage Point Venture Partners |
| Venkat Ram Gopu |
| Vick Persaud |
| Vickie Callair |
| Victor Perez |
| Vijay Sachdev |
| Vimal Kaji |
| Vincent Aranas |
| Vinutha Rao |
| Vishal Garg |
| Vittal Krishnamurthy |
| Vivian Chen |
| Vivian McNeill |
| Vladimir Shtibin |
| Wai Yan Elsa Tai |
| Waliul Islam |
| Walter Coe |
| Walter Klink |
| Wassim Tawbi |
| Wei Qian |
| Wendy Jiang |
| Wesley Mathews |
| Willem Smit |
| William Barbalat |
| William Bass |
| William Bonnett |
| William Brennan Jr |
| William Douglass |
| William Freyhof |
| William Knowles |
| William Ovanna |
| William Shelton |
| William Sims |
| William Stehling |
| William Tian |

## Exhibit A

| Name |
| --- |
| William Tobin |
| William Turner |
| William Winfree Jr |
| Wilson Vinluan |
| Won Yee Chai |
| Wyatt Ellis |
| Yan Wang |
| Yasser El-Haggan |
| Yazan Alattia |
| Yin Wah |
| Ying Grace Gong |
| Yong Hong Xue |
| Yu Cai |
| Yuan-Ming Chu |
| Yule Wu |
| Yureacia Norman |
| Zhi-Chao Chen |