# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 10/13/2009 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 10/19-10/23. | 375.20 |
| 10/15/2009 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 10/26-10/29. | 372.20 |
| 10/1/2009 | Joseph J. McKenna | Airfare | Continental Airlines, New York (EWR) to/from Washington Dulles (IAD) while traveling on Nortel engagement; 9/29 to 10/2. | 509.20 |
| 10/1/2009 | Joseph J. McKenna | Airfare | Continental Airlines, New York (EWR) to/from Washington Dulles (IAD) while traveling on Nortel engagement; 10/5 to 10/8. | 499.79 |
| 10/6/2009 | Joseph J. McKenna | Airfare | Delta/Southwest; New York (LGA) to Raleigh Durham (RDU); RDU to Chicago (ORD) while traveling on Nortel engagement; 10/12 to 10/15. | 291.20 |
| 10/13/2009 | Joseph J. McKenna | Airfare | American Airlines; Chicago (ORD) to Raleigh-Durham (RDU); RDU to New York (LGA) while traveling on Nortel engagement; 10/19 to 10/23. | 320.20 |
| 10/20/2009 | Joseph J. McKenna | Airfare | American Airlines; New York (LGA) to/from Raleigh-Durham (RDU); RDU while traveling on Nortel engagement; 10/26 to 10/29. | 204.20 |
| 10/27/2009 | Joseph J. McKenna | Airfare | United Airlines, New York (LGA) to Chicago (ORD); 11/3 to 11/5; travel for Nortel engagement. | 226.30 |
| 10/5/2009 | Lee A. Sweigart | Airfare | Southwest - IND/MDW Chicago - 10/6 - 10/9. | 263.20 |
| 10/12/2009 | Lee A. Sweigart | Airfare | Northwest Airlines - RDU/IND - 10/21 | 459.60 |
| 10/12/2009 | Lee A. Sweigart | Airfare | United Airlines - ORD/RDU - 10/19 | 188.28 |
| 10/20/2009 | Lee A. Sweigart | Airfare | Northwest Airlines - IND / RDU - 10/26 - 10/29 | 412.20 |
| 10/29/2009 | Lee A. Sweigart | Airfare | Southwest - IND/MDW - 11/3 - 11/5. | 267.20 |
| 10/2/2009 | Matthew J. Fisher | Airfare | United, ORD to IAD, 9/29 - 10/2, travel to debtor offices. | 597.20 |
| 10/15/2009 | Matthew J. Fisher | Airfare | United, ORD to IAD, 10/12 - 10/15, travel to RTP offices. | 515.60 |
| 10/23/2009 | Matthew J. Fisher | Airfare | Southwest, MDW to IAD, 10/20 - 10/23, travel to RTP offices. | 462.20 |
| 10/29/2009 | Matthew J. Fisher | Airfare | Southwest, MDW to IAD, 10/27 - 10/29, travel to RTP offices. | 462.20 |
| 9/29/2009 | Michael E. Scannella | Airfare | Continental, EWR to IAD, 9/29 - 10/2, travel to client site. | 509.20 |
| 10/1/2009 | Michael E. Scannella | Airfare | Continental, EWR to IAD, 10/5 - 10/8, travel to client site. | 509.20 |
| 10/13/2009 | Michael E. Scannella | Airfare | Continental, EWR to RDU, 10/19 - 10/29, travel to/from client site. | 419.20 |
| 10/13/2009 | Michael E. Scannella | Airfare | Continental, RDU to IAH, 10/23 - 10/15, travel to/from client site. | 377.70 |
| 10/27/2009 | Michael E. Scannella | Airfare | Continental, EWR to ORD, 11/2 - 11/5. | 392.20 |
| 10/6/2009 | Coley P. Brown | Ground Transportation | Cab ride from Huron office at 550 W. Van Buren to residence after working late on Nortel matters. | 20.00 |
| 10/7/2009 | Coley P. Brown | Ground Transportation | Cab ride from Huron office at 550 W. Van Buren to residence after working late on Nortel matters. | 20.00 |
| 10/12/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for travel on Nortel. | 40.00 |
| 10/15/2009 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after traveling on Nortel. | 40.00 |
| 10/19/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for travel on Nortel. | 40.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|------|-------------|-----------|-------------|-----------------|
| 10/23/2009 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after traveling on Nortel. | 40.00 |
| 10/26/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for travel on Nortel. | 40.00 |
| 10/29/2009 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after traveling on Nortel. | 40.00 |
| 10/6/2009 | James Lukenda | Ground Transportation | Nortel-cabfare return to office. | 7.00 |
| 10/13/2009 | James Lukenda | Ground Transportation | Nortel-shuttle to RDU. | 5.00 |
| 9/29/2009 | Joseph J. McKenna | Ground Transportation | Train from NY Office to Newark Airport (EWR) while traveling on Nortel engagement. | 15.00 |
| 10/2/2009 | Joseph J. McKenna | Ground Transportation | Newark Airport (EWR) to residence in lower Manhattan while traveling on Nortel engagement. | 67.00 |
| 10/5/2009 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan to Newark Airport (EWR) while traveling on Nortel engagement. | 68.00 |
| 10/8/2009 | Joseph J. McKenna | Ground Transportation | Newark Airport (EWR) to residence in lower Manhattan while traveling on Nortel engagement. | 64.00 |
| 10/12/2009 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan to LaGuardia Airport (LGA) while traveling on Nortel engagement. | 40.00 |
| 10/19/2009 | Joseph J. McKenna | Ground Transportation | Travel from lodging in Chicago to O'Hare Airport (ORD) while traveling on Nortel engagement. | 40.00 |
| 10/23/2009 | Joseph J. McKenna | Ground Transportation | LaGuardia Airport (LGA) to residence in lower Manhattan while traveling on Nortel engagement. | 38.00 |
| 10/26/2009 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan to LaGuardia Airport (LGA) while traveling on Nortel engagement. | 39.00 |
| 10/29/2009 | Joseph J. McKenna | Ground Transportation | Car from LaGuardia Airport to residence in lower Manhattan. | 37.00 |
| 10/6/2009 | Lee A. Sweigart | Ground Transportation | Ride to hotel from Huron office while in Chicago. | 10.00 |
| 10/6/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from MDW. | 34.45 |
| 10/7/2009 | Lee A. Sweigart | Ground Transportation | Ride to hotel from Huron office while in Chicago. | 5.65 |
| 10/7/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from hotel while in Chicago. | 10.00 |
| 10/8/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from hotel while in Chicago. | 13.00 |
| 10/9/2009 | Lee A. Sweigart | Ground Transportation | Ride to MDW from Huron office. | 35.04 |
| 10/19/2009 | Lee A. Sweigart | Ground Transportation | Ride to ORD for flight to RDU. | 45.00 |
| 10/21/2009 | Lee A. Sweigart | Ground Transportation | Ride to home in Indianapolis from IND airport. | 55.00 |
| 10/21/2009 | Lee A. Sweigart | Ground Transportation | Ride to RDU from Nortel RTP. | 20.20 |
| 10/26/2009 | Lee A. Sweigart | Ground Transportation | Ride from RDU to Nortel Networks RTP. | 19.55 |
| 10/15/2009 | Michael E. Scannella | Ground Transportation | RDU to Sheraton Imperial, transportation from the airport to hotel. | 15.00 |
| 10/16/2009 | Michael E. Scannella | Ground Transportation | Sheraton Imperial to RDU, transportation from hotel to airport. | 17.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 10/25/2009 | Michael E. Scannella | Ground Transportation | RDU to Sheraton Imperial, transportation from the airport to hotel. | 15.00 |
| 10/15/2009 | Coley P. Brown | Hotel/Lodging | Sheraton hotel in Raleigh, NC from 10/12-10/15 (3 nights). | 476.87 |
| 10/23/2009 | Coley P. Brown | Hotel/Lodging | Sheraton hotel in Raleigh, NC for 10/19-10/23 (4 nights). | 646.20 |
| 10/29/2009 | Coley P. Brown | Hotel/Lodging | Sheraton hotel in Raleigh, NC from10/26-10/29 (3 nights). | 474.71 |
| 10/12/2009 | James Lukenda | Hotel/Lodging | Nortel-1 night, Sheraton Raleigh (153.56), maid and bellman tips tip (10). | 163.56 |
| 10/2/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Tysons Corner, Fairfax, VA; 9/29 to 10/2; Lodging while traveling on Nortel engagement (3 nights). | 586.98 |
| 10/8/2009 | Joseph J. McKenna | Hotel/Lodging | Westin Tysons Corner, Fairfax, VA; 10/5 to10/8; Lodging while traveling on Nortel engagement (3 nights). | 597.33 |
| 10/15/2009 | Joseph J. McKenna | Hotel/Lodging | Sheraton Imperial, Durham, NC; 10/12 to 10/15; Lodging while traveling on Nortel engagement.  (3 nights) | 460.88 |
| 10/23/2009 | Joseph J. McKenna | Hotel/Lodging | Sheraton Imperial, Durham, NC; 10/19 to10/23; Lodging while traveling on Nortel engagement. (4 nights) | 633.99 |
| 10/30/2009 | Joseph J. McKenna | Hotel/Lodging | Sheraton Imperial, Raleigh, NC; Lodging while traveling on Nortel engagement; 10/26 to 10/29 (3 Nights). | 460.68 |
| 10/9/2009 | Lee A. Sweigart | Hotel/Lodging | Westin River North Chicago, 10/6 - 10/9, 3 nights. | 901.67 |
| 10/15/2009 | Lee A. Sweigart | Hotel/Lodging | Sheraton Imperial RTP - 10/12 - 10/15, 3 nights. | 460.68 |
| 10/22/2009 | Lee A. Sweigart | Hotel/Lodging | Sheraton Imperial RTP - 10/19 - 10/21, 2 nights. | 307.12 |
| 10/30/2009 | Lee A. Sweigart | Hotel/Lodging | Sheraton Imperial RTP - 10/26 - 10/29, 3 nights. | 460.68 |
| 10/2/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Falls Church, VA, 9/29 - 10/2, lodging near Debtors office, 3 nights. | 602.80 |
| 10/8/2009 | Matthew J. Fisher | Hotel/Lodging | Westin, Falls Church, VA, 10/5 - 10/8, lodging near Debtors office, 3 nights. | 615.64 |
| 10/15/2009 | Matthew J. Fisher | Hotel/Lodging | Sheraton, Durham, NC, 10/12 - 10/15, lodging near Debtors office, 3 nights. | 475.68 |
| 10/23/2009 | Matthew J. Fisher | Hotel/Lodging | Sheraton, Durham, NC, 10/20 - 10/23, lodging near Debtors office, 3 nights. | 475.68 |
| 10/29/2009 | Matthew J. Fisher | Hotel/Lodging | Sheraton, Durham, NC, 10/27 - 10/29, lodging near Debtors office, 2 nights. | 322.12 |
| 10/2/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Tysons Corner, 9/29 - 10/2, 3 nights, room + tip. | 606.61 |
| 10/8/2009 | Michael E. Scannella | Hotel/Lodging | Westin, Tysons Corner, VA, 10/5 - 10/8, 3 nights, room + tip. | 595.66 |
| 10/16/2009 | Michael E. Scannella | Hotel/Lodging | Sheraton Imperial, Durham, NC, 10/12 - 10/16, 4 nights, room+ tip. | 626.92 |
| 10/23/2009 | Michael E. Scannella | Hotel/Lodging | Sheraton Imperial, Durham, NC, 10/19 - 10/23, 4 nights, room + tip. | 628.74 |
| 10/7/2009 | Coley P. Brown | Meals | Dinner at Pockets for Coley Brown (1 person) while working late on Nortel matters. | 12.37 |
| 10/8/2009 | Coley P. Brown | Meals | Dinner at Lou Malnati's for Coley Brown (1 person) while working late on Nortel matters. | 25.91 |
| 10/12/2009 | Coley P. Brown | Meals | Breakfast at ORD while traveling on Nortel. | 8.26 |
| 10/15/2009 | Coley P. Brown | Meals | Travel dinner at RDU for Coley Brown (1 person). | 23.79 |

NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Date | Professional | Cost Type | Description | Billable Amount |
|------|--------------|-----------|-------------|-----------------|
| 10/19/2009 | Coley P. Brown | Meals | Breakfast at ORD for Coley Brown (1 person). | 9.72 |
| 10/19/2009 | Coley P. Brown | Meals | Travel dinner at Great American Bagel for Coley Brown (1 person). | 17.93 |
| 10/23/2009 | Coley P. Brown | Meals | Travel dinner at RDU while delayed for Coley Brown (1person). | 24.38 |
| 10/26/2009 | Coley P. Brown | Meals | Breakfast at ORD while traveling on Nortel for Coley Brown (1 person). | 7.59 |
| 10/29/2009 | Coley P. Brown | Meals | Travel dinner at RDU for Coley Brown (1 person). | 23.99 |
| 10/12/2009 | James Lukenda | Meals | Nortel-evening meal - Sheraton 6 people, Jim Lukenda, Matt Fisher, Joe McKenna, Lee Sweigart, Coley Brown, Mike Scannella. | 104.82 |
| 10/1/2009 | Joseph J. McKenna | Meals | Westin Tyson's Corner; Fairfax, VA; Dinner while traveling on Nortel engagement. | 42.20 |
| 10/1/2009 | Joseph J. McKenna | Meals | Koi Koi Sushi; Fairfax, VA; Dinner while traveling on Nortel engagement; 3 guests - Matt Fisher, Mike Scannella, Joe McKenna. | 126.44 |
| 10/1/2009 | Joseph J. McKenna | Meals | Starbucks, Westin Tysons Corner; Fairfax, VA; Breakfast while traveling on Nortel engagement. | 7.16 |
| 10/2/2009 | Joseph J. McKenna | Meals | Starbucks, Westin Tysons Corner; Fairfax, VA; Breakfast while traveling on Nortel engagement. | 9.23 |
| 10/2/2009 | Joseph J. McKenna | Meals | Villa Pizza; Washington-Dulles Airport; Dinner while traveling on Nortel engagement. | 11.10 |
| 10/5/2009 | Joseph J. McKenna | Meals | McDonald's, Newark Airport; Breakfast while traveling on Nortel engagement. | 5.26 |
| 10/6/2009 | Joseph J. McKenna | Meals | DaDomenico; Fairfax, VA; Dinner while traveling on Nortel engagement; 3 guests - Matt Fisher, Mike Scannella, Joe McKenna. | 150.00 |
| 10/6/2009 | Joseph J. McKenna | Meals | Starbucks, Westin Tysons Corner; Fairfax, VA; Breakfast while traveling on Nortel engagement. | 8.08 |
| 10/8/2009 | Joseph J. McKenna | Meals | Old Dominion, Washington-Dulles Airport (IAD); Dinner while traveling on Nortel engagement. | 9.13 |
| 10/8/2009 | Joseph J. McKenna | Meals | Potbelly Sandwich Works; Washington Dulles Airport; Dinner while traveling on Nortel engagement. | 8.81 |
| 10/8/2009 | Joseph J. McKenna | Meals | Starbucks, Westin Tysons Corner; Fairfax, VA; Breakfast while traveling on Nortel engagement. | 6.33 |
| 10/12/2009 | Joseph J. McKenna | Meals | Starbucks, Raleigh Durham Airport; breakfast while traveling on Nortel engagement. | 6.91 |
| 10/15/2009 | Joseph J. McKenna | Meals | Breakfast for the week (10/13 to 10/15) while traveling on Nortel engagement (3 days). | 12.00 |
| 10/19/2009 | Joseph J. McKenna | Meals | McDonald's O'Hare Airport (ORD); Breakfast while traveling on Nortel engagement. | 5.46 |
| 10/19/2009 | Joseph J. McKenna | Meals | Sheraton Imperial Room Service; Dinner while traveling on Nortel engagement. | 30.32 |
| 10/20/2009 | Joseph J. McKenna | Meals | 42nd Street Oyster Bar; Raleigh, NC; Dinner while traveling on Nortel engagement; 4 guests - Lee Sweigart, Matt Fisher, Mike Scannella, Joe McKenna. | 200.00 |
| 10/23/2009 | Joseph J. McKenna | Meals | Carolina Ale House, Raleigh-Durham Airport (RDU); Dinner while traveling on Nortel engagement. | 28.79 |
| 10/23/2009 | Joseph J. McKenna | Meals | Starbucks, Sheraton Imperial; Breakfast while traveling on Nortel engagement. | 4.18 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 10/26/2009 | Joseph J. McKenna | Meals | Au Bon Pain, LaGuardia Airport; Breakfast while traveling on Nortel engagement. | 6.20 |
| 10/26/2009 | Joseph J. McKenna | Meals | Mez; Raleigh, NC; Dinner while on Nortel engagement; 4 guests - Lee Sweigart, Coley Brown, Mike Scannella, Joe McKenna. | 150.15 |
| 10/27/2009 | Joseph J. McKenna | Meals | Akashi Japanese Grill, Durham, NC; Dinner while traveling on Nortel engagement; 5 guests - Matt Fisher, Coley Brown, Lee Sweigart, Mike Scannella, Joe McKenna. | 244.46 |
| 10/28/2009 | Joseph J. McKenna | Meals | Pizza Hut, Research Triangle Park, NC; Dinner while traveling on Nortel engagement; 5 guests - Lee Sweigart, Matt Fisher, Mike Scannella, Coley Brown, Joe McKenna. | 63.13 |
| 10/6/2009 | Lee A. Sweigart | Meals | Hana Lounge, Westin River North, Dinner while traveling, 1 person, Lee Sweigart. | 50.00 |
| 10/7/2009 | Lee A. Sweigart | Meals | Westin Room Service, Dinner while traveling, 1 person, Lee Sweigart. | 50.00 |
| 10/8/2009 | Lee A. Sweigart | Meals | Westin Hana Lounge, Dinner while traveling, 1 person, Lee Sweigart. | 36.11 |
| 10/9/2009 | Lee A. Sweigart | Meals | Breakfast - week of 10/6, 1 person, Lee Sweigart. | 12.50 |
| 10/15/2009 | Lee A. Sweigart | Meals | Breakfast - week of 10/12, 1 person, Lee Sweigart. | 13.74 |
| 10/15/2009 | Lee A. Sweigart | Meals | Dinner at RDU while waiting for flight, 1 person, Lee Sweigart. | 19.69 |
| 10/19/2009 | Lee A. Sweigart | Meals | Sheraton room service, Dinner while traveling, 1 person, Lee Sweigart. | 37.33 |
| 10/21/2009 | Lee A. Sweigart | Meals | Breakfast - week of 10/19, 1 person, Lee Sweigart. | 7.12 |
| 10/29/2009 | Lee A. Sweigart | Meals | 42nd Street Oyster House - RDU airport, Dinner while waiting for flight, 1 person, Lee Sweigart. | 39.36 |
| 10/29/2009 | Lee A. Sweigart | Meals | Breakfast - week of 10/26, 1 person, Lee Sweigart. | 11.86 |
| 9/29/2009 | Michael E. Scannella | Meals | The Grove, EWR, Dinner while waiting for flight, 1 person, Mike Scannella. | 5.61 |
| 9/29/2009 | Michael E. Scannella | Meals | Westin, Tysons Corner, VA, Dinner, Mike Scannella, 1 person. | 35.18 |
| 9/30/2009 | Michael E. Scannella | Meals | McCormick and Schmick, Tysons Corner, VA, Team dinner while traveling to client, Mike Scannella, Joe McKenna, and Matt Fisher, 3 people. | 150.00 |
| 10/2/2009 | Michael E. Scannella | Meals | Villa Pizza, IAD, Dinner while waiting for flight, 1 person, Mike Scannella. | 8.99 |
| 10/2/2009 | Michael E. Scannella | Meals | Westin, Tysons Corner, VA, Breakfast for week (9/30 - 10/2), 3 days, 1 person, Mike Scannella. | 19.59 |
| 10/5/2009 | Michael E. Scannella | Meals | The Grove, EWR, breakfast while waiting for flight, 1 person, Mike Scannella. | 2.99 |
| 10/5/2009 | Michael E. Scannella | Meals | Velocity 5, Falls Church, VA, Team dinner, Mike Scannella, Matt Fisher, Joe McKenna, 3 people. | 119.25 |
| 10/7/2009 | Michael E. Scannella | Meals | Capital Grille, McLean, VA, Team Dinner, Mike Scannella, Joe McKenna, Matt Fisher, 3 people. | 150.00 |
| 10/7/2009 | Michael E. Scannella | Meals | Starbucks, Tysons Corner, VA, Breakfast (10/6, 10/7), Mike Scannella, 1 person. | 14.93 |
| 10/8/2009 | Michael E. Scannella | Meals | Potbelly's, IAD, Dinner while traveling, Mike Scannella, 1 person. | 8.55 |
| 10/12/2009 | Michael E. Scannella | Meals | The Grain Station, EWR, Breakfast while traveling, Mike Scannella, 1 person. | 7.35 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|------|-------------|-----------|-------------|----------------:|
| 10/13/2009 | Michael E. Scannella | Meals | Nortel Cafe, North Carolina, Breakfast for week (10/13 - 10/15), 3 days, 1 person, Mike Scannella. | 12.00 |
| 10/14/2009 | Michael E. Scannella | Meals | Angus Barn, North Carolina, Team dinner while traveling, Mike Scannella, Joe McKenna, Coley Brown, Lee Sweigart, and Matt Fisher, 5 people. | 250.00 |
| 10/14/2009 | Michael E. Scannella | Meals | Top of the Hill, North Carolina, Team dinner while traveling, Mike Scannella, Joe McKenna, Coley Brown, Matt Fisher, and Lee Sweigart, 5 people. | 146.23 |
| 10/15/2009 | Michael E. Scannella | Meals | Varsity Grill, RDU, Dinner while traveling, Mike Scannella, 1 person. | 20.00 |
| 10/16/2009 | Michael E. Scannella | Meals | Godfathers Pizza, RDU, Meal while traveling, 1 person, Mike Scannella. | 8.68 |
| 10/19/2009 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Breakfast while traveling, 1 person, Mike Scannella. | 6.08 |
| 10/19/2009 | Michael E. Scannella | Meals | Sheraton, North Carolina, dinner while at clientsite, Mike Scannella, 1 person. | 37.95 |
| 10/21/2009 | Michael E. Scannella | Meals | Mez, North Carolina, Team dinner while traveling, Mike Scannella, Matt Fisher, Coley Brown, Joe McKenna, 4 people. | 152.55 |
| 10/22/2009 | Michael E. Scannella | Meals | UNC, North Carolina, Team dinner while traveling, Joe McKenna, Mike Scannella, 2 people. | 22.00 |
| 10/23/2009 | Michael E. Scannella | Meals | Great American Bagel, RDU, dinner while waiting for flight, Mike Scannella, 1 person. | 11.06 |
| 10/23/2009 | Michael E. Scannella | Meals | Starbucks/Nortel Cafe, North Carolina, Breakfast for the week (4 days, 10/20 -10/23), Mike Scannella, 1 person. | 16.00 |
| 10/25/2009 | Michael E. Scannella | Meals | Famous Famiglia, IAH, dinner while traveling to clientsite, Mike Scannella, 1 person. | 9.73 |
| 10/29/2009 | Michael E. Scannella | Meals | Nortel Cafe, North Carolina, Breakfast for week(10/27 - 10/29), 3 days, 1 person, Mike Scannella. | 12.00 |
| 10/29/2009 | Michael E. Scannella | Meals | Popeye's, RDU, Dinner while waiting for flight, Mike Scannella, 1 person. | 7.26 |
| 10/12/2009 | James Lukenda | Mileage | Nortel-mileage to/fm EWR | 17.05 |
| 10/9/2009 | Lee A. Sweigart | Mileage | Roundtrip mileage for drive to IND airport from home. | 25.30 |
| 10/15/2009 | Lee A. Sweigart | Mileage | Roundtrip mileage for drive to IND airport from home. | 25.30 |
| 10/29/2009 | Lee A. Sweigart | Mileage | Roundtrip mileage for drive to IND airport from home. | 25.30 |
| 10/5/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 miles, travel to airport. | 35.20 |
| 10/12/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 miles, travel to airport. | 35.20 |
| 10/9/2009 | Coley P. Brown | Other | 2nd Quarterly Fee Application court call fee for Jim Lukenda. | 30.00 |
| 10/16/2009 | Michael E. Scannella | Other | United Airlines, One day pass to gain access to work-area lounge while delayed several hours at Raleigh-Durham airport. | 40.00 |
| 10/23/2009 | Coley P. Brown | Parking & Tolls | Parking at RDU airport. | 20.00 |
| 10/13/2009 | James Lukenda | Parking & Tolls | Nortel-parking at EWR (66, 2 days) & GSP toll (1). | 67.00 |
| 10/9/2009 | Lee A. Sweigart | Parking & Tolls | Parking IND airport - 10/6 - 10/9, 4 days. | 72.00 |
| 10/15/2009 | Lee A. Sweigart | Parking & Tolls | Parking IND airport - 10/12 - 10/15, 4 days. | 72.00 |
| 10/29/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 10/26 - 10/29, 4 days. | 72.00 |
| 10/2/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 9/29-10/2, 4 days. | 105.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 10/8/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 10/5 - 10/8, 4 days. | 108.00 |
| 10/16/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 10/12 - 10/16, 5 days. | 135.00 |
| 10/15/2009 | Coley P. Brown | Rental Car | Avis rental car while in Raleigh, NC from 10/12-10/15 (4 days). | 342.68 |
| 10/23/2009 | Coley P. Brown | Rental Car | Avis rental car while in Raleigh, NC from 10/19-10/23 (5 days). | 525.30 |
| 10/29/2009 | Coley P. Brown | Rental Car | Avis rental car while in Raleigh, NC from 10/26-10/29 (4 days). | 255.81 |
| 10/2/2009 | Joseph J. McKenna | Rental Car | Avis, Washington-Dulles Airport (IAD); 3 days while traveling on Nortel engagement (9/29 - 10/2). | 299.23 |
| 10/29/2009 | Joseph J. McKenna | Rental Car | Avis, Raleigh-Durham, NC; 10/26 to 10/29 (4 days). | 255.81 |
| 10/8/2009 | Michael E. Scannella | Rental Car | Avis, IAD, 10/5 - 10/8, 4 days. | 423.83 |
| 10/15/2009 | Michael E. Scannella | Rental Car | Avis, RDU, 10/12 - 10/15, 4 days. | 259.40 |
| 10/19/2009 | Michael E. Scannella | Rental Car | Avis, RDU, 10/19 - 10/23, 5 days. | 551.59 |
| 10/22/2009 | James Lukenda | Telecom | Nortel-connection charges related to conference calls. | 16.22 |
| 10/19/2009 | Lee A. Sweigart | Telecom | Internet connection at ORD while waiting for flight. | 9.99 |

|  |  |  | **Total** | **$    27,939.56** |