# **<u>EXHIBIT C</u>**



November 18, 2009

Anna Ventresca, Esq.
General Counsel, Corporate Secretary and Chief Compliance Officer
Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1

Dear Ms. Ventresca:

Enclosed is Huron Consulting Group's statement for October 1, 2009 through October 31, 2009.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this ninth monthly statement by December 8, 2009, (20th day following service of the Monthly Statement) the debtors are authorized to pay 80% of the fees ($214,151.22) and 100% of the expenses ($27,939.56) for a total amount due of $242,090.78.

If you have any questions on the enclosed billing or any aspect of the engagement, please do not hesitate to contact Jim Lukenda, the engagement Managing Director.

Very truly yours,

*Clarissa D. Tuttle*
Clarissa Tuttle
Billing Coordinator



## FEES SUMMARY

| Professional | Title | Hours | | Rate | Total |
|---|---|---|---|---|---|
| James Lukenda | Managing Director | 48.90 | hrs | $ 710 / hr | $34,719.00 |
| Lee Sweigart | Director | 141.00 | hrs | $ 540 / hr | $76,140.00 |
| Matthew J. Fisher | Director | 97.00 | hrs | $ 540 / hr | $52,380.00 |
| Brian Asby | Associate | 13.00 | hrs | $ 335 / hr | $4,355.00 |
| Matthew Lawrence | Associate | 4.10 | hrs | $ 335 / hr | $1,373.50 |
| Coley P. Brown | Associate | 185.00 | hrs | $ 335 / hr | $61,975.00 |
| Michael Scannella | Analyst | 175.00 | hrs | $ 245 / hr | $42,875.00 |
| Clarissa Tuttle | Analyst | 1.90 | hrs | $ 50 / hr | $95.00 |
| Joseph McKenna | Analyst | 146.50 | hrs | $ 245 / hr | $35,892.50 |
| **Total Fees** | | **812.40** | | | **$309,805.00** |

Reduction for Travel Time Charges (50%)         ($12,372.75)
Agreed Accommodation on Monthly Invoice (10%)   ($29,743.22)

**Net Fees:**                                   **$267,689.03**

Blended Hourly Rate:    $         329.50



## EXPENSE SUMMARY

| Cost Type | Amount |
|---|---:|
| Airfare | $8,633.47 |
| Ground Transportation | $994.89 |
| Hotel/Lodging | $11,581.20 |
| Meals | $2,905.79 |
| Mileage | $163.35 |
| Other | $70.00 |
| Parking & Tolls | $651.00 |
| Telecom | $26.21 |
| Rental Car | $2,913.65 |
| **Total Expenses** | **$27,939.56** |

Invoice Date: 11/9/09

Nortel Networks Inc.
195 The West Mall
Toronto, Ontario Canada M9C 5K1

**DUE UPON RECEIPT**
**INVOICE #: 162606**
**JOB NUMBER: 01675**
**HURON TAX ID#: 01-0666453**

**HURON CONSULTING SERVICES LLC**

*For Professional Services Rendered within the United States for the period  October 1, 2009 Through October 31, 2009 (All amounts are in US dollars):*

| | | |
|---|---|---|
| Total Fees............................................................................................................... | $ | 267,689.03 |
| Total Expenses ....................................................................................................... | $ | 27,939.56 |
| **Total Amount Due:** ............................................................................................... | **$** | **295,628.59** |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | | |
|---|---|---|
| Fees 80%............................................................................................................... | $ | 214,151.22 |
| Expenses 100% ....................................................................................................... | $ | 27,939.56 |
| **Amount Due for this period** ............................................................................. | **$** | **242,090.78** |
| Holdback of 20% until final court approval | $ | 53,537.81 |

To ensure proper credit please
refer to invoice number 162606

FEDERAL TAX ID # 01-0666453

**REMITTANCE COPY**

**Payment by wire transfer:**                                        **Payment by ACH/EFT:**
**Bank of America**                                                   **Bank of America**
**Chicago, Illinois**                                                 **Chicago, Illinois**
**Routing No. 0260-0959-3**                                           **Routing No. 071000039**
**Account Title: Huron Consulting Services, LLC**                     **Account Title: Huron Consulting Services, LLC**
**Account Number: 5800297276**                                        **Account Number: 5800297276**

**Comments: (Include Invoice Number to ensure proper credit)**