IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Re: D.I. 1627, 1685 |
| | **Hearing Date: December 2, 2009 at 11:00 a.m. (ET)** |
| | **Supplemental Objection Deadline Date: November 25, 2009 at 4:00 p.m. (ET)** |

---------------------------------------------------------------X

## NOTICE OF RESCHEDULED AUCTION, SUPPLEMENTAL OBJECTION DEADLINE AND HEARING

**PLEASE TAKE NOTICE** that on October 7, 2009, the Debtors filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents under Seal and (E) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts (the "Sale Motion")[2] [D.I. 1627] seeking approval of the sale of certain of Debtors' assets (the "Assets"), including the assumption and assignment of certain executory contracts, to Ciena Corporation ("Ciena") pursuant to the stalking horse asset sale agreement, and the approval of certain Bidding Procedures in connection with the proposed sale.

**PLEASE TAKE FURTHER NOTICE** that on October 16, 2009, the United States Bankruptcy Court for the District of Delaware entered an order (the "Bidding Procedures Order") [D.I. 1685] that, among other things, (a) set a date for the hearing to approve the sale as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

1

[New York #2139447 v1]

well as related deadlines and (b) approved the procedures according to which the Debtors and certain affiliates (collectively, the "Sellers") shall solicit bids for the sale of the Assets (the "Bidding Procedures"). ***All interested bidders should carefully read the Bidding Procedures*** (attached as Exhibit 1 to the Bidding Procedures Order).

**PLEASE TAKE FURTHER NOTICE** that the Debtors have rescheduled the hearing date for approval of the sale of the Assets (the "Sale Hearing") and have extended other related deadlines. Specifically, (a) the Sale Hearing currently set for November 19, 2009 at 1:00 p.m. (ET) has been rescheduled to **December 2, 2009 at 11:00 a.m. (ET)**; (b) the Auction (as defined in the Bidding Procedures) originally set for November 13, 2009 at 9:30 a.m. (ET) has been rescheduled to **November 20, 2009 at 10:00 a.m. (ET)**, and (c) the deadline for all supplemental objections with respect to objections regarding (i) adequate assurance of future performance by Qualified Bidders other than Ciena, and (ii) objections to issues arising from and in connection with the Auction and/or the Debtors' selection of a Successful Bid made by a Successful Bidder other than Ciena (the "Supplemental Objection Deadline") currently set for November 17, 2009 at 4:00 p.m. (ET) has been rescheduled to **November 25, 2009 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion and the Bidding Procedures Order may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (Eastern Time) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' attorneys: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

Dated: November 18, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*