IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **RE: D.I. 1796**
:
---------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING EMPLOYMENT AND RETENTION OF GLOBAL IP LAW GROUP, LLC *NUNC PRO TUNC* TO OCTOBER 13, 2009 AS INTELLECTUAL PROPERTY CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSION**

I, Andrew R. Remming, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the [Proposed] *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Employment And Retention Of Global IP Law Group, LLC Nunc Pro Tunc To October 13, 2009 As Intellectual Property Consultant To The Debtors And Debtors In Possession*, attached hereto as **Exhibit A**.

1. On October 30, 2009, the Debtors filed the *Application For An Order Authorizing Employment And Retention Of Global IP Law Group, LLC Nunc Pro Tunc To October 13, 2009 As Intellectual Property Consultant To The Debtors And Debtors In Possession* [D.I. 1796], which sought approval of the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Employment And*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Retention Of Global IP Law Group, LLC Nunc Pro Tunc To October 13, 2009 As Intellectual Property Consultant To The Debtors And Debtors In Possession* (the "Retention Order").

2. The Debtors received informal comments on the Retention Order from counsel to the Official Committee of Unsecured Creditors (the "Committee"). Based on the Committee's comments to the Retention Order, the Debtors revised the Retention Order (the "Revised Retention Order"). A copy of the Revised Retention Order was circulated to the Committee, and the Committee has no objection to its entry.

3. The Revised Retention Order is attached hereto as **Exhibit A**. A blackline showing the modifications is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Retention Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: November 18, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*