**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :   Case No. 09-10138 (KG)
                                                           :
              Debtors.                                     :   Jointly Administered
                                                           :
-----------------------------------------------------------x
```

**NOTICE OF AMENDED² AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 19, 2009 AT 1:00 P.M. (ET)³**

**NO MATTERS ARE SCHEDULED TO GO FORWARD. THEREFORE, AT THE DIRECTION OF THE COURT, THE HEARING SCHEDULED FOR NOVEMBER 19, 2009 AT 1:00 P.M. (ET) HAS BEEN CANCELLED.**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, filed 3/20/09).

    Related Pleadings:  None.

    Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET).  Extended for the Debtors to a date to be determined.

    Responses Received:  None at this time.

    Status:  This matter has been adjourned to a date to be determined.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

2.  Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

    Related Pleadings:  None.

    Objection Deadline:  June 4, 2009 at 4:00 p.m. (ET).  Extended to November 25, 2009 at 4:00 p.m. (ET) for the Debtors and the Committee.

    Responses Received:  None at this time.

    Status:  This matter has been adjourned to the hearing scheduled for December 2, 2009 at 11:00 a.m. (ET).

3.  Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1495, Filed 9/15/09).

    Related Pleadings:

    a)  Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1496, Filed 9/15/09);

    b)  Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1497, Filed 9/15/09);

    c)  Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1498, Filed 9/15/09);

    d)  Order Shortening Notice Of NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1509, Filed 9/16/09);

    e)  Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1510, Filed 9/16/09);

    f)  Amended Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1534, Filed 9/23/09);

    g)  Order Regarding The United States' Local Rule 5011-1 Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1581, Entered 9/30/09);

h)     Certification Of Counsel Regarding Appointment Of Mediator (D.I. 1608, Filed 10/5/09);

i)     Order Appointing Mediator (D.I. 1609, Entered 10/5/09);

j)     United States' Withdrawal Of Its Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1632, Filed 10/8/09);

k)     Certification Of Counsel Regarding The Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1634, Filed 10/8/09); and

l)     Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1659, Entered 10/13/09).

Objection Deadline: October 6, 2009 at 4:00 p.m. (ET). Extended for the Internal Revenue Service without date.

Responses Received:

a)     United States' Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1543, Filed 9/24/09); and

b)     United States' Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1544, Filed 9/24/09).

Status: After a successful mediation session before The Honorable John Gibbons on October 7, 2009, the parties came to an interim resolution of the Objection and the hearing on this matter has been adjourned to a hearing without date.

4.     Motion Of Belden Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff Of Prepetition Amounts Owed By And Between Belden Inc. And Debtors (D.I. 1795, Filed 10/30/09).

Related Pleadings: None.

Objection Deadline: November 12, 2009 at 4:00 p.m. (ET). **Extended for the Debtors and the Committee to January 14, 2010 at 4:00 p.m. (ET).**

Responses Received: None at this time.

Status: **This matter has been adjourned to the hearing scheduled for January 21, 2010 at 11:00 a.m. (ET).**

3226791.7

-3-

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

5.  Application For An Order Authorizing Employment And Retention Of Global IP Law Group, LLC *Nunc Pro Tunc* To October 13, 2009 As Intellectual Property Consultant To The Debtors And Debtors In Possession (D.I. 1796, Filed 10/30/09).

    Related Pleadings:

    a)  Supplemental Declaration Of Steven G. Steger In Support Of Debtors' Application For An Order Authorizing Employment And Retention Of Global IP Law Group, LLC *Nunc Pro Tunc* To October 13, 2009 As Intellectual Property Consultant To The Debtors And Debtors In Possession (D.I. 1895, Filed 11/12/09); and

    b)  Certificate Of No Objection (D.I. 1903, Filed 11/16/2009); and

    c)  **Certification Of Counsel Regarding [Proposed] Order Under 11 U.S.C. §§ 327 And 328 Authorizing Employment And Retention Of Global IP Law Group, LLC *Nunc Pro Tunc* To October 13, 2009 As Intellectual Property Consultant To The Debtors And Debtors In Possession (D.I. 1923, Filed 11/18/2009).**

    Objection Deadline: November 12, 2009 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    **Status: The Debtors have submitted a revised order under certification of counsel.**

UNCONTESTED MATTERS GOING FORWARD:

6.  Motion Of Hewlett-Packard Company For Relief From The Automatic Stay To Effect A Setoff (D.I. 1611, Filed 10/5/09).

    Related Pleadings:

    a)  Certification Of Counsel Regarding [Proposed] Order Approving Stipulation Modifying The Stay And Allowing Hewlett-Packard Company To Setoff Prepetition Obligations (D.I. 1902, Filed 11/16/09).

    Objection Deadline: November 5, 2009 at 4:00 p.m. (ET). Extended to November 16, 2009 at 4:00 p.m. (ET) for the Debtors.

    Responses Received:

    a)  Debtors' Informal Response.

    Status: **Order Entered [D.I. 1906].**

7.    Debtors' First Omnibus Motion For An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts Pursuant To The Sale Of The Debtors' CDMA And LTE Business And (B) Authorizing The Debtors To File Information Under Seal (D.I. 1794, Filed 10/30/09).

> Related Pleadings:
>
> a)    Schedule A - Confidential Filed Under Seal (D.I. 1798, Filed 10/30/09).
>
> **b)    Certificate Of No Objection (D.I. 1915, Filed 11/18/2009).**
>
> Objection Deadline: November 12, 2009 at 4:00 p.m. (ET). Extended for Motorola, Inc. to November 16, 2009 at 4:00 p.m.
>
> Responses Received: None at this time.
>
> Status: **A Certificate of No Objection has been filed. Therefore, no hearing is necessary.**

CONTESTED MATTER GOING FORWARD:

8.    Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1627, Filed 10/7/09).

> Related Pleadings:
>
> a)    Debtors' Notice Of Filing Of Amendment No. 1 To The Asset Sale Agreement For The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business (D.I. 1827, Filed 11/4/09);
>
> b)    Notice Of Withdrawal Of Portion Of Motion Relating To Nortel Contract Numbers 17522, 17524, 265640 And 8738 (D.I. 1870, Filed 11/10/09);
>
> c)    Notice Of Extension Of Bid Deadline (D.I. 1901, Filed 11/16/09);
>
> d)    Notice Of Withdrawal Of Debtors' Motion With Respect To Certain Contracts (D.I. 1904, Filed 11/17/2009); and
>
> e)    **Notice Of Rescheduled Auction, Supplemental Objection Deadline And Hearing (D.I. 1922, Filed 11/18/2009).**

Objection Deadline:  November 6, 2009 at 4:00 p.m. (ET).[4]  Extended for Verizon Communications Inc. and Linex Technologies, Inc. to November 10, 2009 at 4 p.m. (ET). Extended for Anixter, Inc. to November 11, 2009 at 4 p.m. (ET).  **Extended for Flextronics Corporation and Flextronics Telecom Systems Ltd. to November 18, 2009 at 5 p.m. (ET).  Extended for the Committee to December 1, 2009 at noon (ET).**

Responses Received:

a) Limited Objection Of International Business Machines Corporation To Proposed Cure Amount (D.I. 1836, Filed 11/6/09);

b) Objection Of Qwest Communications Company, LLC To: Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into A Stalking Horse Asset Sale Agreement With Ciena Corporation, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business And Notice Of Debtors' Request For Authority To Assume And Assign Certain Contracts (D.I. 1839, Filed 11/6/09);

c) Limited Objection To Sale Motion And Request For Adequate Assurance Of Future Performance In Connection With Leases Between ZSF/Research Network Trust, ZSF/Research Gateway Trust And/Or Their Affiliates And Nortel Networks, Inc. Pertaining To The Premises At 4001, 4004, 4006, 4008 And 4010 East Chapel Hill-Nelson Highway, Research Triangle Park, North Carolina (D.I. 1843, Filed 11/6/09);

d) Objection Of Motorola, Inc. To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal, And (E) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1845, Filed 11/6/09);

---

[4] November **25**, 2009 at 4:00 p.m. (ET) is the objection deadline for supplemental objections with respect to objections regarding (i) adequate assurance of future performance by Qualified Bidders other than Ciena, and (ii) objections to issues arising from and in connection with the Auction and\or the Debtors' section of a Successful Bid made by a Successful Bidder other than Ciena.

3226791.7

e)  Preliminary Objection And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Motion For Order Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1846, Filed 11/6/09);

f)  Objection Of Hewlett-Packard Company To The Debtors Sale Of Assets To Ciena Corporation (D.I. 1847, Filed 11/6/09);

g)  AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1848, Filed 11/6/09);

h)  Linex Technologies, Inc.'s Limited Objection To Debtors' Proposed Sale Of The "MEN Business" To Ciena Or Highest and Best Bidder (D.I. 1867, Filed 11/10/09); and

i)  Limited Objection Of The Affiliates Of Verizon Communications Inc. To Debtors' Request For Authority To Assume And Assign Certain Contracts In Connection With The Sale Of Their Metro Ethernet Networks Business (D.I. 1868, Filed 11/10/09).

Status:  **This matter has been adjourned to the hearing scheduled for December 2, 2009 at 11:00 a.m. (ET).**

9.  Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedule And Exhibits And Other Schedules Related To The Sale Of Certain Assets Of The Metro Ethernet Networks Business (D.I. 1805, Filed 11/3/09).

Related Pleadings:  None.

Objection Deadline:  November 12, 2009 at 4:00 p.m. (ET).  **Extended for Flextronics Corporation and Flextronics Telecom Systems Ltd. to November 18, 2009 at 5 p.m. (ET).**

Responses Received:  None at this time.

Status: **This matter has been adjourned to the hearing scheduled for December 2, 2009 at 11:00 a.m. (ET).**

Dated:  November 18, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

     - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Andrew R. Remming
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3226791.7