# United States Bankruptcy Court
## District of Delaware

In re NORTEL NETWORKS INC. et al                    Case No. 09-10138

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

**Contrarian Funds, LLC**                              **Varaha Systems Incorporated**
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Name and Current Address of Transferor
should be sent

**Contrarian Funds, LLC**                              **Varaha Systems Incorporated**
411 West Putnam Ave., Ste. 425                        2650 Valley View Lane
Greenwich, CT 06830                                   Dallas, TX 75234
Attn: Alisa Mumola
Phone 203-862-8211

**Scheduled Amount $125,000.00 against Case No. 09-10138**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____**/s/ Alisa Mumola**_____        Date: _____November 19, 2009_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**VARAHA SYSTEMS INCORPORATED**, a Texas corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated November *16*, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this *16* day of _November_ 2009.

(Assignor)
VARAHA SYSTEMS INCORPORATED

By: _____

Name: JOGEN K PATHAK

Title: Founder/CEO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____

Name: **JANICE M. STANTON**

Title: **MEMBER**

(Assignor)
WITNESS:

By: _____

Name: RANGAPRASAD GOVINDARAJAN

Title: Founder/CTO

- 7 -

# Schedule A

## VARAHA SYSTEMS INCORPORATED

| Debtor | Case Number | Scheduled Amount | Schedule No. |
|---|---|---|---|
| Nortel Networks Inc. | 09-10138 | 125,000.00 | 1C0940710 |

Initials:
Seller
Buyer