
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
          :
In re     :  Chapter 11
          :
Nortel Networks Inc., et al.,[1]  :  Case No. 09-10138 (KG)
          :
          Debtors.  :  Jointly Administered
          :
-------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 1922 AND 1924]

PLEASE TAKE NOTICE that on November 18, 2009, copies of the following were served in the manner indicated upon the entities listed on the attached service list.

- **Notice Of Rescheduled Auction, Supplemental Objection Deadline And Hearing (D.I. 1922, Filed 11/18/09); and**

- **Notice Of Amended Agenda Of Matters Scheduled For Hearing On November 19, 2009 At 1:00 P.M. (D.I. 1924, Filed 11/18/09).**

| | |
|---|---|
| Dated: November 19, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and - |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3243998.1