**EXHIBIT A**

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Dempsey John | 3-Aug-09 | $ 725 | 2.3 | $ 1,667.25 | Review report with Eric Rentsch and Elena King, 2 conference calls with them while Eric is in Toronto |
| Rentsch Eric | 3-Aug-09 | $ 226 | 1.5 | $ 339.30 | Meeting to peer review report on NBS and ResidualCo pay with John Dempsey |
| Rentsch Eric | 3-Aug-09 | $ 226 | 11 | $ 2,488.20 | In-person analysis and delivery of report on Residual Co and NBS compensation models |
| Rentsch Eric | 3-Aug-09 | $ 226 | 1 | $ 226.20 | In-person meeting with Elena King, phone call with Joe Flanagan |
| Rentsch Eric | 3-Aug-09 | $ 226 | 1 | $ 226.20 | In-person meeting with Elena King to review report on NBS/Residual Co compensation |
| Dempsey John | 4-Aug-09 | $ 725 | 1 | $ 725.00 | Residual Co and NBS compensation report analysis |
| Dempsey John | 4-Aug-09 | $ 725 | 1 | $ 725.00 | Work with Eric Rentsch on revisions to residual co plan design |
| Rentsch Eric | 4-Aug-09 | $ 226 | 1.3 | $ 294.06 | Meeting to complete second peer review of report on NBS/Residual Co |
| Rentsch Eric | 4-Aug-09 | $ 226 | 1 | $ 226.20 | Meeting with Elena to review report before meeting with senior team |
| Rentsch Eric | 4-Aug-09 | $ 226 | 0.8 | $ 180.96 | Meeting with Pavi Binning, Gordon Davies, and E&Y Monitor regarding NBS/ResidualCo compensation |
| Rentsch Eric | 4-Aug-09 | $ 226 | 3.2 | $ 723.84 | Gathering client data for updates to report, and meeting with John Dempsey and Elena King ot discuss project plan/report modifications |
| Dempsey John | 5-Aug-09 | $ 725 | 1 | $ 725.00 | Residual Co and NBS compensation report analysis |
| Dempsey John | 5-Aug-09 | $ 725 | 0.5 | $ 362.50 | Review email regarding feedback from E&Y on compensation design, and reply regarding residual co |
| King Rene | 5-Aug-09 | $ 667 | 1.3 | $ 867.10 | Review ResidualCo and NBS plans |
| Rentsch Eric | 5-Aug-09 | $ 226 | 1.8 | $ 407.16 | Meeting with Rene King and John Dempsey to discuss deliverable plan |
| Rentsch Eric | 5-Aug-09 | $ 226 | 3.7 | $ 836.94 | Drafting report on Residual Co and NBS, and costing NBS completion bonus based on updated client data |
| Rentsch Eric | 5-Aug-09 | $ 226 | 3.7 | $ 836.94 | Analyzing workforce model for NBS, and summarizing client costing information |
| Dempsey John | 6-Aug-09 | $ 725 | 1 | $ 725.00 | Peer review of revisions to NBS and Residual Co design |
| King Rene | 6-Aug-09 | $ 667 | 0.7 | $ 466.90 | Review executive benchmarking analysis |
| Rentsch Eric | 6-Aug-09 | $ 226 | 5 | $ 1,131.00 | Market pricing client executive positions for NBS, using 4 different survey sources/various data cuts |
| Dempsey John | 7-Aug-09 | $ 725 | 1 | $ 725.00 | Residual Co and NBS compensation report analysis |
| King Rene | 7-Aug-09 | $ 667 | 1 | $ 667.00 | Call w/ Elena King and John Doolittle regarding retention strategy |
| King Rene | 7-Aug-09 | $ 667 | 1.5 | $ 1,000.50 | Review ResCo modeling and discuss w/ Eric Rentsch and John Dempsey |
| Rentsch Eric | 7-Aug-09 | $ 226 | 6.5 | $ 1,470.30 | Updating model on compensation for ResidualCo |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch Eric | 7-Aug-09 | $ 226 | 0.8 | $ 180.96 | Meeting with John Doolittle to discuss Residual Co |
| Rentsch Eric | 7-Aug-09 | $ 226 | 1.2 | $ 271.44 | Updating report on NBS/Residual Co supplemental compensation |
| Rentsch Eric | 7-Aug-09 | $ 226 | 1.2 | $ 271.44 | Meeting with Elena King, Rene King, and John Dempsey to discuss Residual Co plan, and updated draft of report |
| Rentsch Eric | 9-Aug-09 | $ 226 | 0.5 | $ 113.10 | Discussing with John Dempsey plan for Residual Co |
| King Rene | 10-Aug-09 | $ 667 | 0.8 | $ 533.60 | Call with Elena King on ResCo |
| Rentsch Eric | 10-Aug-09 | $ 226 | 0.5 | $ 113.10 | Call with client |
| Rentsch Eric | 10-Aug-09 | $ 226 | 4.5 | $ 1,017.90 | Revisions to two reports on Residual Co compensation |
| Rentsch Eric | 10-Aug-09 | $ 226 | 0.5 | $ 113.10 | Call with John Dempsey to review draft of report |
| King Rene | 11-Aug-09 | $ 667 | 0.5 | $ 333.50 | Discuss changes with John Dempsey |
| King Rene | 11-Aug-09 | $ 667 | 0.7 | $ 466.90 | Peer review three decks on compensation of ResCo and NBS |
| King Rene | 11-Aug-09 | $ 667 | 0.2 | $ 133.40 | Peer review NBS model |
| Rentsch Eric | 11-Aug-09 | $ 226 | 0.2 | $ 45.30 | Review session with Rene to discuss Market Pricing |
| Rentsch Eric | 11-Aug-09 | $ 226 | 1.3 | $ 294.06 | Edits to Residual Co report for creditors |
| Rentsch Eric | 11-Aug-09 | $ 226 | 4 | $ 904.80 | Market pricing top 6 executives for NBS |
| Rentsch Eric | 11-Aug-09 | $ 226 | 0.5 | $ 113.10 | Call with Elena King to discuss NBS market pricing |
| Rentsch Eric | 12-Aug-09 | $ 226 | 0.5 | $ 113.10 | Drafting interview question guide |
| Dempsey John | 13-Aug-09 | $ 725 | 8 | $ 5,800.00 | Meeting in Toronto relating to Residual Co |
| King Rene | 13-Aug-09 | $ 667 | 0.3 | $ 200.10 | Update with John Doolittle |
| King Rene | 13-Aug-09 | $ 667 | 0.5 | $ 333.50 | Call with Hinta Chambers |
| King Rene | 13-Aug-09 | $ 667 | 1 | $ 667.00 | Call with Khush Dadyburjor |
| King Rene | 13-Aug-09 | $ 667 | 1 | $ 667.00 | Call with Allan Bifield |
| King Rene | 13-Aug-09 | $ 667 | 1 | $ 667.00 | Call with Peter Look |
| Rentsch Eric | 13-Aug-09 | $ 226 | 6 | $ 1,357.20 | Executive Interview session with all Residual Co business unit leaders |
| Dempsey John | 14-Aug-09 | $ 725 | 8 | $ 5,800.00 | Meeting in Toronto relating to Residual Co |
| King Rene | 14-Aug-09 | $ 667 | 1 | $ 667.00 | Debrief with John Dempsey, John Doolittle, Elena King and Hinta Chambers |
| King Rene | 14-Aug-09 | $ 667 | 1 | $ 667.00 | Call with Anna Ventresca |
| King Rene | 14-Aug-09 | $ 667 | 0.8 | $ 533.60 | Discuss designs with John Dempsey and Eric Rentsch |
| King Rene | 14-Aug-09 | $ 667 | 0.5 | $ 333.50 | Call with Hinta Chambers |
| King Rene | 14-Aug-09 | $ 667 | 0.5 | $ 333.50 | Call with Peter Karr |
| Rentsch Eric | 14-Aug-09 | $ 226 | 0.5 | $ 113.10 | Project planning |
| Rentsch Eric | 14-Aug-09 | $ 226 | 3 | $ 678.60 | Executive interview session part 2, with remaining business unit leaders |
| Dempsey John | 16-Aug-09 | $ 725 | 3 | $ 2,175.00 | Meeting to redesign residual co plan |
| King Rene | 16-Aug-09 | $ 667 | 2.3 | $ 1,534.10 | Meeting w/ John Dempsey and Eric Rentsch to design ResCo plans |
| Rentsch Eric | 16-Aug-09 | $ 226 | 0.2 | $ 45.30 | Call with Elena - Discuss individual employee pay |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch  Eric | 16-Aug-09 | $ 226 | 4 | $ 904.80 | Planning session w/ John & Rene - also updating report for Elena |
| Dempsey  John | 17-Aug-09 | $ 725 | 1 | $ 725.00 | Review revised plans |
| King  Rene | 17-Aug-09 | $ 667 | 0.5 | $ 333.50 | Internal update discussion with John Dempsey and Eric Rentsch |
| King  Rene | 17-Aug-09 | $ 667 | 1.5 | $ 1,000.50 | Review ResCo design w/ Elena King |
| Rentsch  Eric | 17-Aug-09 | $ 226 | 2 | $ 452.40 | Meetings with client to discuss Residual Co pay |
| Rentsch  Eric | 17-Aug-09 | $ 226 | 8 | $ 1,809.60 | Drafting ResCo compensation design report |
| Dempsey  John | 18-Aug-09 | $ 725 | 1 | $ 725.00 | Call with Elena King to discuss revised document |
| King  Rene | 18-Aug-09 | $ 667 | 2 | $ 1,334.00 | Consulting w/ Eric on Resco |
| King  Rene | 18-Aug-09 | $ 667 | 1.3 | $ 867.10 | Update call w/ Elena |
| Rentsch  Eric | 18-Aug-09 | $ 226 | 1 | $ 226.20 | Call with Leila Wong and HR team to update on plan design |
| Rentsch  Eric | 18-Aug-09 | $ 226 | 1 | $ 226.20 | Updating compensation model for Residual Co |
| Rentsch  Eric | 18-Aug-09 | $ 226 | 1.5 | $ 339.30 | Call with Elena King, Rene King, John Dempsey to discuss ResCo model |
| Rentsch  Eric | 18-Aug-09 | $ 226 | 4.5 | $ 1,017.90 | Drafting ResCo compensation design report |
| Rentsch  Eric | 18-Aug-09 | $ 226 | 2 | $ 452.40 | Meeting/Peer reviewing with Rene King |
| Dempsey  John | 19-Aug-09 | $ 725 | 1 | $ 725.00 | Review draft report on compensation design of Residual Co |
| King  Rene | 19-Aug-09 | $ 667 | 1.2 | $ 800.40 | Update w/ Eric; peer review of analysis |
| Rentsch  Eric | 19-Aug-09 | $ 226 | 1 | $ 226.20 | Meeting/Peer reviewing with Rene King |
| Rentsch  Eric | 19-Aug-09 | $ 226 | 0.3 | $ 67.86 | Call with Elena King, Rene King, John Dempsey to discuss ResCo model |
| Rentsch  Eric | 19-Aug-09 | $ 226 | 0.5 | $ 113.10 | Updating compensation model for Residual Co |
| Rentsch  Eric | 19-Aug-09 | $ 226 | 5 | $ 1,131.00 | Drafting ResCo compensation design report |
| Rentsch  Eric | 19-Aug-09 | $ 226 | 2.5 | $ 565.50 | Research on Delphi compensation practices |
| Dempsey  John | 20-Aug-09 | $ 725 | 1.5 | $ 1,087.50 | Residual co compensation call; follow up |
| Dempsey  John | 20-Aug-09 | $ 725 | 0.5 | $ 362.50 | Residual co compensation call; client call |
| Dempsey  John | 20-Aug-09 | $ 725 | 1 | $ 725.00 | Residual co materials review; prep for client call |
| King  Rene | 20-Aug-09 | $ 667 | 1.3 | $ 867.10 | Review ResCo design with John Doolittle, Hint Chambers and Linda Gillespie |
| King  Rene | 20-Aug-09 | $ 667 | 0.5 | $ 333.50 | Internal debrief meeting |
| King  Rene | 20-Aug-09 | $ 667 | 0.7 | $ 466.90 | Discuss NBS design |
| Rentsch  Eric | 20-Aug-09 | $ 226 | 1.5 | $ 339.30 | Call with John Doolittle to discuss plan design |
| Rentsch  Eric | 20-Aug-09 | $ 226 | 0.8 | $ 180.96 | Updating compensation model for Residual Co |
| Rentsch  Eric | 20-Aug-09 | $ 226 | 0.5 | $ 113.10 | Call with Leila and HR team to update on plan design |
| Rentsch  Eric | 20-Aug-09 | $ 226 | 2 | $ 452.40 | Drafting NBS report/discussing plan design with John & Rene |
| Rentsch  Eric | 20-Aug-09 | $ 226 | 5.7 | $ 1,289.34 | Drafting ResCo compensation design report |
| King  Rene | 21-Aug-09 | $ 667 | 0.5 | $ 333.50 | Update w/ Elena |
| King  Rene | 21-Aug-09 | $ 667 | 0.5 | $ 333.50 | NBS update with Eric and John |
| Rentsch  Eric | 21-Aug-09 | $ 226 | 0.5 | $ 113.10 | Call with Elena King, Rene King, John Dempsey to discuss ResCo model |
| Rentsch  Eric | 21-Aug-09 | $ 226 | 2.5 | $ 565.50 | Drafting NBS report/discussing plan design with John & Rene |
| Dempsey  John | 23-Aug-09 | $ 725 | 1 | $ 725.00 | Residual co report review |
| King  Rene | 23-Aug-09 | $ 667 | 0.8 | $ 533.60 | Discuss NBS w/ John and Eric |
| Rentsch  Eric | 23-Aug-09 | $ 226 | 2 | $ 452.40 | Drafting NBS report |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch Eric | 23-Aug-09 | $ 226 | 0.8 | $ 180.96 | Discussing NBR report with John Dempsey & Rene King |
| Rentsch Eric | 23-Aug-09 | $ 226 | 1 | $ 226.20 | Editing NBS draft report |
| Dempsey John | 24-Aug-09 | $ 725 | 8 | $ 5,800.00 | On-site Toronto visit, executive interview session (meeting with Peter Look, Alan Bifield, and all other direct Residual Co reports) |
| King Rene | 24-Aug-09 | $ 667 | 1 | $ 667.00 | Call w/ Elena King to discuss NBS retention |
| King Rene | 24-Aug-09 | $ 667 | 4 | $ 2,668.00 | Review decks with Elena King, John and Eric |
| Mayer Julie | 24-Aug-09 | $ 72 | 9.8 | $ 704.82 | Bankruptcy research |
| Rentsch Eric | 24-Aug-09 | $ 226 | 0.5 | $ 113.10 | Editing NBS report |
| Rentsch Eric | 24-Aug-09 | $ 226 | 6.2 | $ 1,402.44 | Drafting/editing/peer reviewing report on NBS comp strategy for Financial Advisors |
| Rentsch Eric | 24-Aug-09 | $ 226 | 6.2 | $ 1,402.44 | Drafting/editing/peer reviewing report on Residual Co comp strategy |
| Rentsch Eric | 24-Aug-09 | $ 226 | 3 | $ 678.60 | Meeting with John Dempsey, Elena King, and Rene King to discuss Residual Co and NBS report layout |
| Rentsch Eric | 24-Aug-09 | $ 226 | 1 | $ 226.20 | Meeting with advisors/Nortel management to discuss plan for meeting with Financial Advisors on Tuesday, 25th |
| Rentsch Eric | 24-Aug-09 | $ 226 | 1 | $ 226.20 | Meeting with client to discuss Residual Co comp strategy |
| Dempsey John | 25-Aug-09 | $ 725 | 7 | $ 5,075.00 | On-site Toronto visit, executive interview session (meeting with Peter Look, Alan Bifield, and all other direct Residual Co reports) |
| King Rene | 25-Aug-09 | $ 667 | 1.8 | $ 1,200.60 | Review retention decks |
| King Rene | 25-Aug-09 | $ 667 | 1.5 | $ 1,000.50 | Review decks with advisors |
| Rentsch Eric | 25-Aug-09 | $ 226 | 2.5 | $ 565.50 | Calls with Elena to discuss layout/edits to senior compensation report summary |
| Rentsch Eric | 25-Aug-09 | $ 226 | 1.3 | $ 294.06 | Editing NBS/ReCo reports |
| Rentsch Eric | 25-Aug-09 | $ 226 | 0.5 | $ 113.10 | Meeting with Elena, John to discuss draft of NBS/ResCo reports |
| Rentsch Eric | 25-Aug-09 | $ 226 | 0.5 | $ 113.10 | Meeting with Financial Advisors to discuss NBS/ResidualCo compensation |
| Dempsey John | 26-Aug-09 | $ 725 | 1 | $ 725.00 | Follow up on residual co matters |
| Rentsch Eric | 26-Aug-09 | $ 226 | 2.5 | $ 565.50 | Drafting report on senior leader compensation |
| Rentsch Eric | 26-Aug-09 | $ 226 | 6.5 | $ 1,470.30 | Summarizing senior compensation for NBS and Residual Co top incumbents |
| Dempsey John | 27-Aug-09 | $ 725 | 1 | $ 725.00 | Follow up on residual co matters |
| King Rene | 27-Aug-09 | $ 667 | 0.5 | $ 333.50 | Call w/ Hinta on ResCo goals |
| King Rene | 27-Aug-09 | $ 667 | 0.5 | $ 333.50 | Discuss performance metrics w/ John and Eric |
| Rentsch Eric | 27-Aug-09 | $ 226 | 0.5 | $ 113.10 | Revisions to senior compensation slide deck |
| Rentsch Eric | 27-Aug-09 | $ 226 | 0.5 | $ 113.10 | Call with Hinta, to discuss executive interview |
| Rentsch Eric | 27-Aug-09 | $ 226 | 3.5 | $ 791.70 | Drafting report summarizing executive interview |
| Dempsey John | 28-Aug-09 | $ 725 | 1 | $ 725.00 | Follow up on residual co matters |
| King Rene | 28-Aug-09 | $ 667 | 0.5 | $ 333.50 | Review interview summary |
| King Rene | 28-Aug-09 | $ 667 | 1 | $ 667.00 | Retention update w/ Elena and Leila |
| Rentsch Eric | 28-Aug-09 | $ 226 | 1.3 | $ 294.06 | Updating form of executive interview summary |
| Rentsch Eric | 28-Aug-09 | $ 226 | 0.7 | $ 158.34 | Call with Elena King & Leila Wong on next steps |
| Dempsey John | 30-Aug-09 | $ 725 | 1 | $ 725.00 | Revised residual and NBS comp plan |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch  Eric | 30-Aug-09 | $ 226 | 0.8 | $ 180.96 | Meeting with John Dempsey to discuss |
| Rentsch  Eric | 30-Aug-09 | $ 226 | 4.2 | $ 950.04 | Drafting combined version of NBS & ResCo |
| Dempsey  John | 31-Aug-09 | $ 725 | 1 | $ 725.00 | Revised residual and NBS comp plan |
| King  Rene | 31-Aug-09 | $ 667 | 0.5 | $ 333.50 | Review combined deck w/ Eric |
| King  Rene | 31-Aug-09 | $ 667 | 0.5 | $ 333.50 | Review sr leadership comp model |
| King  Rene | 31-Aug-09 | $ 667 | 0.2 | $ 133.40 | Update w/ Eric |
| King  Rene | 31-Aug-09 | $ 667 | 0.5 | $ 333.50 | Peer review deck - WIP |
| Rentsch  Eric | 31-Aug-09 | $ 226 | 2.3 | $ 520.26 | Meeting with Elena King, Rene King, and John Dempsey to discuss document layout |
| Rentsch  Eric | 31-Aug-09 | $ 226 | 1.8 | $ 407.16 | Discussing combined report with Rene King |
| Rentsch  Eric | 31-Aug-09 | $ 226 | 1.7 | $ 384.54 | Updating report for UCC |
| | | **Totals:** | **270** | **$ 103,985.29** | |