# EXHIBIT B

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Dempsey John | 1-Sep-09 | $ 725 | 1 | $725.00 | Conference call with Elena King |
| Dempsey John | 1-Sep-09 | $ 725 | 0.5 | $362.50 | Review completion bonus term sheet for delivery on September 1 |
| King Rene | 1-Sep-09 | $ 667 | 0.5 | $333.50 | Conference call with Elena King |
| Rentsch Eric | 1-Sep-09 | $ 226 | 5.5 | $1,244.10 | Updating compensation report for UCC, for delivery in September |
| Dempsey John | 2-Sep-09 | $ 725 | 0.5 | $362.50 | Review completion bonus term sheet for delivery on September 1 |
| Dempsey John | 3-Sep-09 | $ 725 | 0.5 | $362.50 | Review completion bonus term sheet for delivery on September 1 |
| Rentsch Eric | 3-Sep-09 | $ 226 | 2 | $452.40 | Analyzing compensation premium for lawyers in IP for John Shaugnessy |
| Dempsey John | 4-Sep-09 | $ 725 | 0.5 | $362.50 | Review completion bonus term sheet for delivery on September 1 |
| Rentsch Eric | 8-Sep-09 | $ 226 | 0.5 | $113.10 | Call with John Shaughnessy to clarify plan terms |
| Rentsch Eric | 11-Sep-09 | $ 226 | 0.2 | $45.24 | Call with John Shaughnessy to clarify plan terms |
| Rentsch Eric | 14-Sep-09 | $ 226 | 0.2 | $45.24 | Meeting with John Shaughnessy |
| King Rene | 15-Sep-09 | $ 667 | 0.5 | $333.50 | Conference call with Elena King |
| Rentsch Eric | 15-Sep-09 | $ 226 | 1.8 | $407.16 | Preparing summary document for Financial Advisors, for delivery on 9-15 |
| Mayer Julie | 16-Sep-09 | $ 72 | 12 | $863.04 | Bankruptcy research |
| Dempsey John | 17-Sep-09 | $ 725 | 1 | $725.00 | Conference call with Elena King |
| Dempsey John | 17-Sep-09 | $ 725 | 0.5 | $362.50 | Review completion bonus term sheet for delivery on September 17 |
| King Rene | 17-Sep-09 | $ 667 | 0.5 | $333.50 | Debrief meeting with John Dempsey |
| Rentsch Eric | 17-Sep-09 | $ 226 | 1.2 | $271.44 | Update call with Elena King, to discuss feedback from Advisors |
| Rentsch Eric | 17-Sep-09 | $ 226 | 1 | $226.20 | Research on Motors Liquidation Company for report for UCC |
| Rentsch Eric | 17-Sep-09 | $ 226 | 1.2 | $271.44 | Drafting all potential Completion Bonus scenarios, for report to be delivered 9-17 |
| Dempsey John | 18-Sep-09 | $ 725 | 1 | $725.00 | Conference call with Elena King regarding Nortel Business Services & Residual Co plan design |
| King Rene | 18-Sep-09 | $ 667 | 1.5 | $1,000.50 | Call with Elena King and John Shaughnessy on administrative guidelines for completion bonus |
| Rentsch Eric | 18-Sep-09 | $ 226 | 1.8 | $407.16 | Meeting with Elena King to discuss scenarios under Completion Bonus |
| Rentsch Eric | 18-Sep-09 | $ 226 | 0.2 | $45.24 | Planning session with John and Rene to discuss format of report |
| Rentsch Eric | 20-Sep-09 | $ 226 | 2 | $452.40 | Updating provisions for term sheet / working session with Elena King |
| Dempsey John | 21-Sep-09 | $ 725 | 1 | $725.00 | Conference call with Elena King regarding Nortel Business Services & Residual Co plan design |
| King Rene | 21-Sep-09 | $ 667 | 0.5 | $333.50 | Review of US court motion filing requirements |
| King Rene | 21-Sep-09 | $ 667 | 0.2 | $133.40 | Discussing provisions/administrative guidelines on Completion Bonus with Eric Rentsch |
| King Rene | 21-Sep-09 | $ 667 | 0.5 | $333.50 | Review report for UCC with Eric, for delivery on September 23 |
| Rentsch Eric | 21-Sep-09 | $ 226 | 1.8 | $407.16 | Document drafting call with Nortel legal & Cleary Gottlieb |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch  Eric | 21-Sep-09 | $ 226 | 1 | $226.20 | Editing powerpoint on Completion Bonus compensation terms, for report due to Nortel HR |
| Dempsey  John | 22-Sep-09 | $ 725 | 1 | $725.00 | Preparation for potential hearing in early October |
| Rentsch  Eric | 22-Sep-09 | $ 226 | 0.8 | $180.96 | Updating provisions for term sheet / working session with Elena King |
| Rentsch  Eric | 22-Sep-09 | $ 226 | 1 | $226.20 | Editing powerpoint on Completion Bonus compensation |
| Rentsch  Eric | 22-Sep-09 | $ 226 | 0.8 | $180.96 | Call with legal advisors (Jim Bromley, Mary Alcock, Zach Kolkin) |
| Rentsch  Eric | 22-Sep-09 | $ 226 | 4.5 | $1,017.90 | Updating report for UCC / Top 30 analysis of NBS |
| King  Rene | 23-Sep-09 | $ 667 | 1.5 | $1,000.50 | Peer review of costing, for Top 30 executives, for UCC delivery on September 23 |
| King  Rene | 23-Sep-09 | $ 667 | 0.5 | $333.50 | Call with Eric Rentsch to review analysis of Top 30 |
| King  Rene | 23-Sep-09 | $ 667 | 0.8 | $533.60 | Meeting to discuss format and layout of report for Board, to be delivered October 9 |
| King  Rene | 23-Sep-09 | $ 667 | 0.5 | $333.50 | Review report for Board, to be delivered October 9 |
| Rentsch  Eric | 23-Sep-09 | $ 226 | 0.8 | $180.96 | Drafting report for Board summarizing terms of Completion Bonus, due October 9 |
| Rentsch  Eric | 23-Sep-09 | $ 226 | 5.7 | $1,289.34 | Updating report for UCC / Top 30 analysis of NBS |
| Rentsch  Eric | 23-Sep-09 | $ 226 | 1 | $226.20 | Discussing plan for BOD report with John Dempsey & Rene King |
| Rentsch  Eric | 23-Sep-09 | $ 226 | 1 | $226.20 | Reviewing Completion Bonus plan document, per changes from John Shaughnessy |
| King  Rene | 24-Sep-09 | $ 667 | 0.5 | $333.50 | Final peer review of report for Board, to be delivered October 9 |
| Rentsch  Eric | 24-Sep-09 | $ 226 | 1.2 | $271.44 | Updating report for UCC / Top 30 analysis of NBS |
| Rentsch  Eric | 24-Sep-09 | $ 226 | 3.3 | $746.46 | Drafting report for Board summarizing terms of Completion Bonus, due October 9 |
| Rentsch  Eric | 25-Sep-09 | $ 226 | 5.5 | $1,244.10 | Building & preparing Completion Bonus model for Elena King |
| Rentsch  Eric | 25-Sep-09 | $ 226 | 1.8 | $407.16 | Updating provisions for term sheet / working session with Elena King |
| King  Rene | 27-Sep-09 | $ 667 | 1 | $667.00 | Call w/ Elena King to review report for UCC, report for Board, and compensation model |
| King  Rene | 27-Sep-09 | $ 667 | 0.5 | $333.50 | Peer review of report for Board of Directors |
| Rentsch  Eric | 27-Sep-09 | $ 226 | 0.7 | $158.34 | Call with Elena King and Rene King on completion bonus model |
| Rentsch  Eric | 27-Sep-09 | $ 226 | 3.5 | $791.70 | Updating Completion Bonus model |
| King  Rene | 28-Sep-09 | $ 667 | 1.2 | $800.40 | Review updated format of Top 30 executives analysis, for deliver on 9-28 |
| King  Rene | 28-Sep-09 | $ 667 | 1 | $667.00 | Review Top 30 analysis, UCC report, and Completion Bonus model |
| King  Rene | 28-Sep-09 | $ 667 | 0.5 | $333.50 | Review UCC deck w/ Elena King, and discussion on plan design |
| Rentsch  Eric | 28-Sep-09 | $ 226 | 2 | $452.40 | Updating UCC report - creating two versions based on plan design discussions |
| Rentsch  Eric | 28-Sep-09 | $ 226 | 1.2 | $271.44 | Updating completion bonus term sheet |
| King  Rene | 29-Sep-09 | $ 667 | 0.8 | $533.60 | Call with Elena King and John Shaughnessy to review plan terms |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch Eric | 29-Sep-09 | $ 226 | 1 | $226.20 | Updating Top 30 analysis |
| Rentsch Eric | 29-Sep-09 | $ 226 | 0.8 | $180.96 | Call with Nortel HR & Legal + Cleary on Bonus Legal Plan Document |
| King Rene | 30-Sep-09 | $ 667 | 0.5 | $333.50 | Call with Eric to discuss plan description |
| Rentsch Eric | 30-Sep-09 | $ 226 | 4 | $904.80 | Drafting terms to be included in communication memo / plan terms summary, for legal |
| | | **Totals:** | **94** | **$29,103.24** | |