**EXHIBIT C**

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Rentsch Eric | 2-Oct-09 | $ 226 | 5 | $ 1,131.00 | Editing and revising Completion Bonus model |
| Rentsch Eric | 6-Oct-09 | $ 226 | 0.2 | $ 45.24 | Updated John Shaughnessy on Mercer feedback for compensation term sheet for Nortel |
| Rentsch Eric | 6-Oct-09 | $ 226 | 0.5 | $ 113.10 | Review Nortel's updated completion bonus term sheet |
| Dempsey John | 12-Oct-09 | $ 725 | 1 | $ 725.00 | Working session re the transition co comp plans; special focus on the termination proviosns |
| Dempsey John | 14-Oct-09 | $ 725 | 1 | $ 725.00 | Prep for client call with Eric; review draft materials |
| Dempsey John | 14-Oct-09 | $ 725 | 1 | $ 725.00 | Report revisions |
| Dempsey John | 15-Oct-09 | $ 725 | 0.5 | $ 362.50 | Prep for client call with Eric; review draft materials |
| Dempsey John | 15-Oct-09 | $ 725 | 1 | $ 725.00 | Working session re the transition co comp plans; special focus on the termination proviosns |
| Dempsey John | 15-Oct-09 | $ 725 | 2.5 | $ 1,812.50 | Working session to review stuff |
| King Rene | 15-Oct-09 | $ 667 | 3.2 | $ 2,134.40 | Completion bonus design |
| Rentsch Eric | 15-Oct-09 | $ 226 | 0.8 | $ 180.96 | Call with Elena King John Dempsey - reviewing term sheet & FA document proposal |
| Rentsch Eric | 15-Oct-09 | $ 226 | 0.8 | $ 180.96 | Meeting with Rene King to discuss reply to FA document structure |
| Rentsch Eric | 15-Oct-09 | $ 226 | 1.2 | $ 271.44 | Call with John Dempsey & Rene King to review FA document reply |
| Rentsch Eric | 15-Oct-09 | $ 226 | 2.2 | $ 497.64 | Updating document as reply to FAs |
| Rentsch Eric | 15-Oct-09 | $ 226 | 0.5 | $ 113.10 | Call with John Dempsey reviewing term sheet for Nortel HR |
| Dempsey John | 16-Oct-09 | $ 725 | 1 | $ 725.00 | Working session re the transition co comp plans; special focus on the termination proviosns |
| Dempsey John | 16-Oct-09 | $ 725 | 1 | $ 725.00 | Report revisions |
| Dempsey John | 16-Oct-09 | $ 725 | 2 | $ 1,450.00 | Prep for client call with Eric; review draft materials |
| King Rene | 16-Oct-09 | $ 667 | 2.8 | $ 1,867.60 | Retention program design |
| Rentsch Eric | 16-Oct-09 | $ 226 | 1.5 | $ 339.30 | Meeting with Elena King Leila Wong John Dempsey and JOhn Shaughnessy to review updated FA document reply |
| Rentsch Eric | 16-Oct-09 | $ 226 | 1.5 | $ 339.30 | Updating document reply to FAs for Elena King |
| Rentsch Eric | 16-Oct-09 | $ 226 | 1 | $ 226.20 | Meeting with John Dempsey & Rene King to review updated FA document |
| Rentsch Eric | 16-Oct-09 | $ 226 | 0.5 | $ 113.10 | Updating FA document reply |
| Rentsch Eric | 18-Oct-09 | $ 226 | 3.5 | $ 791.70 | Updating FA document reply for deliverable on 10-20 |
| Dempsey John | 19-Oct-09 | $ 725 | 1.5 | $ 1,087.50 | Review draft materials |
| Dempsey John | 19-Oct-09 | $ 725 | 0.5 | $ 362.50 | Report revisions |

| Employee | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| King  Rene | 19-Oct-09 | $ 667 | 1 | $ 667.00 | Completion bonus |
| Rentsch  Eric | 19-Oct-09 | $ 226 | 0.8 | $ 180.96 | Updating FA reply document for 10-20 deliverable |
| Rentsch  Eric | 19-Oct-09 | $ 226 | 1 | $ 226.20 | Updating FA Document reply for Elena King |
| Rentsch  Eric | 19-Oct-09 | $ 226 | 0.5 | $ 113.10 | Meeting with John Dempsey & Rene King to review updated FA reply document |
| Rentsch  Eric | 19-Oct-09 | $ 226 | 4.8 | $ 1,085.76 | Updating FA reply document summarizing potential payout scenarios |
| Dempsey  John | 20-Oct-09 | $ 725 | 1 | $ 725.00 | Working session |
| King  Rene | 20-Oct-09 | $ 667 | 1.5 | $ 1,000.50 | Retention program and review model |
| Rentsch  Eric | 20-Oct-09 | $ 226 | 1 | $ 226.20 | Review of updated FA reply document with Elena King and John Shaughnessy |
| Rentsch  Eric | 23-Oct-09 | $ 226 | 0.5 | $ 113.10 | Meeting with Elena King and John Shaughnessy to review Completion Bonus model |
| Rentsch  Eric | 29-Oct-09 | $ 226 | 0.2 | $ 45.24 | Call with John Shaugnessy to discuss Completion Bonus plan design / model |
| | | **Totals:** | **50.5** | **$ 22,153.10** | |