**EXHIBIT D**

| Date | Amount | Description |
|---|---:|---|
| 3-Aug-09 | $ 1,118.46 | Airfare |
| 3-Aug-09 | $ 126.35 | Hotel/Lodging |
| 3-Aug-09 | $ 20.00 | Agency Fees - Travel |
| 3-Aug-09 | $ 10.00 | Agency Fees - Travel |
| 3-Aug-09 | $ 10.00 | Agency Fees - Travel |
| 3-Aug-09 | $ 12.91 | Meals (While Travel) |
| 3-Aug-09 | $ 11.34 | Meals (While Travel) |
| 3-Aug-09 | $ 7.11 | Meals (While Travel) |
| 3-Aug-09 | $ 179.82 | Transportation |
| 3-Aug-09 | $ 40.45 | Transportation |
| 8-Aug-09 | $ 15.00 | Transportation |
| 8-Aug-09 | $ 15.00 | Transportation |
| 8-Aug-09 | $ 15.00 | Transportation |
| 8-Aug-09 | $ 15.00 | Transportation |
| 8-Aug-09 | $ 15.00 | Transportation |
| 8-Aug-09 | $ 15.00 | Meals (Non-Travel) |
| 12-Aug-09 | $ 15.00 | Meals (Non-Travel) |
| 12-Aug-09 | $ 9.34 | Meals (Non-Travel) |
| 12-Aug-09 | $ 7.35 | Meals (Non-Travel) |
| 12-Aug-09 | $ 5.32 | Meals (Non-Travel) |
| 12-Aug-09 | $ 8.00 | Meals (Non-Travel) |
| 12-Aug-09 | $ 10.00 | Transportation |
| 12-Aug-09 | $ 12.00 | Transportation |
| 12-Aug-09 | $ 12.00 | Transportation |
| 12-Aug-09 | $ 16.00 | Transportation |
| 12-Aug-09 | $ 12.00 | Transportation |
| 12-Aug-09 | $ 10.00 | Transportation |
| 12-Aug-09 | $ 20.93 | Transportation |
| 12-Aug-09 | $ 13.09 | Meals (Non-Travel) |
| 12-Aug-09 | $ 2.21 | Meals (Non-Travel) |
| 12-Aug-09 | $ 3.55 | Meals (Non-Travel) |
| 12-Aug-09 | $ 39.45 | Transportation |
| 12-Aug-09 | $ 11.00 | Transportation |
| 12-Aug-09 | $ 15.00 | Transportation |
| 12-Aug-09 | $ 5.00 | Project Management |
| 12-Aug-09 | $ 26.81 | Transportation |
| 12-Aug-09 | $ 32.41 | Transportation |
| 12-Aug-09 | $ 20.00 | Communications/Cell Phone |
| 12-Aug-09 | $ 3.52 | Communications/Cell Phone |
| 12-Aug-09 | $ 45.45 | Meals (Non-Travel) |
| 31-Aug-09 | $ 5,124.15 | Legal |

**August Total:  $ 7,106.02**

| Date | Amount | Description |
|---|---:|---|
| 1-Sep-09 | $ 20.20 | Meals (Non-Travel) |
| 10-Sep-09 | $ 24.00 | Project Management |
| 10-Sep-09 | $ 7.39 | Meals (Non-Travel) |
| 10-Sep-09 | $ 150.00 | Airfare |
| 10-Sep-09 | $ 10.79 | Meals (Non-Travel) |
| 10-Sep-09 | $ 6.68 | Meals (Non-Travel) |
| 10-Sep-09 | $ 19.20 | Meals (Non-Travel) |
| 10-Sep-09 | $ 2.81 | Meals (Non-Travel) |
| 10-Sep-09 | $ 10.56 | Meals (Non-Travel) |
| 10-Sep-09 | $ 11.57 | Meals (Non-Travel) |
| 10-Sep-09 | $ 8.53 | Meals (Non-Travel) |
| 10-Sep-09 | $ 13.27 | Transportation |
| 10-Sep-09 | $ 9.07 | Transportation |
| 10-Sep-09 | $ 11.00 | Transportation |
| 10-Sep-09 | $ 11.00 | Transportation |
| 10-Sep-09 | $ 11.00 | Transportation |
| 10-Sep-09 | $ 9.00 | Transportation |
| 10-Sep-09 | $ 11.00 | Transportation |
| 10-Sep-09 | $ 12.00 | Transportation |
| 10-Sep-09 | $ 10.00 | Transportation |
| 10-Sep-09 | $ 11.00 | Transportation |
| 10-Sep-09 | $ 8.49 | Meals (Non-Travel) |
| 10-Sep-09 | $ 12.66 | Meals (Non-Travel) |
| 10-Sep-09 | $ 10.00 | Transportation |
| 10-Sep-09 | $ 10.00 | Transportation |
| 10-Sep-09 | $ 12.00 | Transportation |
| 10-Sep-09 | $ 11.00 | Transportation |
| 10-Sep-09 | $ 10.20 | Meals (Non-Travel) |
| 18-Sep-09 | $ 28.36 | Meals (While Travel) |
| 18-Sep-09 | $ 52.58 | Meals (While Travel) |
| 18-Sep-09 | $ 196.70 | Hotel/Lodging |
| 21-Sep-09 | $ 15.02 | Communications/Cell Phone |
| 21-Sep-09 | $ 1,117.66 | Airfare |
| 21-Sep-09 | $ 1,228.51 | Airfare |
| 21-Sep-09 | $ 10.00 | Agency Fees - Travel |
| 21-Sep-09 | $ 10.00 | Agency Fees - Travel |
| 21-Sep-09 | $ 2.13 | Meals (While Travel) |
| 21-Sep-09 | $ 160.86 | Transportation |
| 21-Sep-09 | $ 2.45 | Meals (While Travel) |
| 21-Sep-09 | $ 49.70 | Meals (While Travel) |
| 21-Sep-09 | $ 32.92 | Meals (While Travel) |
| 21-Sep-09 | $ 193.68 | Hotel/Lodging |
| 21-Sep-09 | $ 5.00 | Meals (While Travel) |
| 21-Sep-09 | $ 10.36 | Meals (While Travel) |
| 21-Sep-09 | $ 21.31 | Meals (While Travel) |
| 21-Sep-09 | $ 9.97 | Meals (While Travel) |
| 21-Sep-09 | $ 35.00 | Transportation |
| 21-Sep-09 | $ 32.00 | Transportation |
| 21-Sep-09 | $ 31.87 | Transportation |
| 21-Sep-09 | $ 32.00 | Transportation |
| 21-Sep-09 | $ 26.44 | Transportation |
| 21-Sep-09 | $ 7.00 | Transportation |
| 23-Sep-09 | $ 6.85 | Communications/Cell Phone |
| 30-Sep-09 | $ 5,256.00 | Legal |

**September Total:  $ 9,028.79**

| Date | Amount | Description |
|---|---:|---|
| 6-Oct-09 | $ 11.10 | Meals (Non-Travel) |
| 14-Oct-09 | $ 7.00 | Meals (Non-Travel) |
| 14-Oct-09 | $ 10.71 | Meals (Non-Travel) |
| 14-Oct-09 | $ 10.00 | Transportation |
| 14-Oct-09 | $ 9.00 | Transportation |
| 14-Oct-09 | $ 7.00 | Meals (Non-Travel) |
| 14-Oct-09 | $ 4.00 | Meals (Non-Travel) |
| 14-Oct-09 | $ 19.00 | Meals (Non-Travel) |
| 14-Oct-09 | $ 12.90 | Meals (Non-Travel) |
| 14-Oct-09 | $ 6.57 | Meals (Non-Travel) |
| 14-Oct-09 | $ 18.50 | Meals (Non-Travel) |
| 14-Oct-09 | $ 20.55 | Meals (Non-Travel) |
| 14-Oct-09 | $ 12.30 | Meals (Non-Travel) |
| 14-Oct-09 | $ 10.07 | Meals (Non-Travel) |
| 31-Oct-09 | $ 6,151.75 | Legal |

**October Total: $ 6,310.45**