# EXHIBIT A

## Notice Parties

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

(f) Hewlett-Packard Financial Services Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada;

(g) Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Younge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5; and

(h) Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5.

[New York #2138485 v3]

## Additional Notice Parties for Prime Lease – 6465 S. Greenwood Plaza Blvd., Englewood, CO

(a) The Crescent
    200 Crescent Court, Suite 200
    Dallas, TX 75201
    Attn: Managing Director, Asset Management & Leasing

(b) Crescent Peakview Tower, LLC
    777 Main Street, Suite 2100
    Fort Worth, TX 76102
    Attn: Legal Department

## Additional Notice Parties for Prime Lease – 18500 Von Karman Ave., Irvine, CA

(a) The Irvine Company, LLC
    P.O. Box 6370
    Newport Beach, CA 92658
    Attn: Vice President, Operations – Office Properties

[New York #2138485 v3]