## **EXHIBIT B – 1**

Address of property subject to the Lease:

    6465 S. Greenwood Plaza Blvd., Englewood, CO 80111

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[5]

---

[5]     The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

1

[New York #2138485 v3]

## **EXHIBIT B – 2**

Address of property subject to the Lease:

    519 N. Sam Houston Pkwy., Houston, TX 77060

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[6]

---

[6] The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

2

[New York #2138485 v3]

## EXHIBIT B – 3

Address of property subject to the Lease:

    2603 Camino Ramon, San Ramon, CA 94583

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[7]

---

[7] The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

## **EXHIBIT B – 4**

Address of property subject to the Lease:

    8000 Norman Center Dr., Bloomington, MN 55437

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[8]

---

[8]     The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

4

## **EXHIBIT B – 5**

Address of property subject to the Lease:

    18500 Von Karman Ave., Irvine, CA 92612

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[9]

---

[9] The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

5

## **EXHIBIT B – 6**

Address of property subject to the Lease:

    10851 Mastin Blvd., Overland Park, KS 66210

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[10]

---

[10]   The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

6

[New York #2138485 v3]