# SERVICE LIST

**VIA HAND DELIVERY**

Thomas Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 10801

**VIA OVERNIGHT DELIVERY**

Crescent Peakview Tower LLC
c/o Crescent Real Estate Equities, LP
6465 S. Greenwood Plaza Blvd.
Suite 150
Centennial, CO 80111

RP Sam Houston Plaza, LP
c/o Moody Rambin Office Services
519 N. Sam Houston Pkwy E.
Suite 100
Houston, TX 77060

Sunset Land Company, LLC
One Annabel Lane
Suite 201
San Ramon, CA 94583

Teachers Insurance & annuity Association
of America
c/o NorthMarq Real Estate Services
8400 Normandale Lake Blvd.
Suite 320
Minneapolis, MN 55437

The Irvine Company, LLC
18500 Von Karman Ave.
Suite 120
Irvine, CA 92612

UCM/SREP Corporate Woods, LLC.
c/o Stoltz Management of DE, Inc.
725 Conshohocken State Rd.
Bala Cynwyd, PA 19004

Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Attn: Managing Director, Asset
Management & Leasing
The Crescent
200 Crescent Court, Suite 200
Dallas, TX 75201

Attn: Legal Department
Crescent Peakview Tower, LLC
777 Main Street, Suite 2100
Fort Worth, TX 76102

Attn: Vice President, Operations-Office
Properties
The Irvine Company, LLC
P.O. Box 6370
Newport Beach, CA 92658

Scott Marentette
Hewlett-Packard Financial Services Canada
Company
5150 Spectrum Way
Mississauga, ON L4W 5G1 Canada

Glenn Lavery, SVP Direct Sales
Ricoh Canada Inc
4100 Younge Street, Suite 600
Toronto, ON M2P 2B5 Canada

Scott Fitzgerald, VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, ON M2P2B5 Canada

3247740.1