**Exhibit A**

Nortel Networks Corporation (60019630)
*October 1, 2009 - October 31, 2009*

| Engagement | Emp/Vendor | Descr | Incur Dt | Hours |
|---|---|---|---|---|
| 08Sales Tax Audit Post Bankruptcy | Hendrickson, Jeff T (US011501661) | TX refund assistance re: Pos and documentation to support claim | 07-Oct-09 | 0.5 |
| 08Sales Tax Audit Post Bankruptcy | Hendrickson, Jeff T (US011501661) | Review fo file showing approved TX refund claim and related purchase orders | 08-Oct-09 | 0.5 |
| 08Sales Tax Audit Post Bankruptcy | Hendrickson, Jeff T (US011501661) | TX refund - issues re: PO availability | 19-Oct-09 | 0.5 |