IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) ) ) |
| Debtors. | ) Jointly Administered ) ) **Hearing Date: December 15, 2009 at** ) **10:00 a.m. (EST)** ) |

**THIRD QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF AUGUST 1, 2009 THROUGH OCTOBER 31, 2009**

E&Y LLP hereby submits its third quarterly fee application request (the "Request") for the period August 1, 2009 through and including October 31, 2009 (the "Compensation Period").

E&Y LLP seeks approval of the following fee application:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/16/09 | 8/1/09 – 9/30/09 | $26,301 | $0 | 11/9/09 (D.E. 1857) | $21,040.80 | $0 | $5,260.20 |
| 11/20/09 | 10/1/09 – 10/31/09 | $13,607 | $0 | pending | pending | $0 | $2,721.40 |
| **TOTAL** | | **$39,908** | **$0** | | **$31,926.40** | **$0** | **$7,981.60** |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

DETR_1348905.1

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: November 17, 2009

Respectfully submitted,

_/s/ James E. Scott_
James E. Scott
Partner
Ernst & Young LLP
4130 ParkLake Avenue, Suite 500
Raleigh, NC 26612-2299
Tel. 919.981.2886
james.scott@ey.com

2