## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order (A) Authorizing The Assumption Of An Unexpired Lease Of Nonresidential Real Property Under Section 365 Of The Bankruptcy Code, (B) Approving A Lease Modification Agreement And (C) Authorizing Debtors To Enter Into A Lease Modification Agreement** was caused to be made on November 20, 2009, in the manner indicated upon the entities on the attached service list.

Dated: November 20, 2009

                                                             Andrew R. Remming (No. 5120)

3247772.1