## SERVICE LIST

**VIA FIRST CLASS MAIL**

Barnett D. Hammond, Jr.
Powell Coleman & Arnold LLP
8080 North Central Expressway
Suite 1380
Dallas, Texas 75206

IPC MetroCenter, LLC
15601 N. Dallas Parkway, Suite 600
Addison, Texas 75001
Attention: Lease Administration

IPC MetroCenter, LLC
c/o HPT Management Services LP
220 Athens Way
Nashville, TN 37288
Attn: Property Manager

IPC MetroCenter, LLC
15601 N. Dallas Parkway, Suite 600
Addison, Texas 75001
Attn: General Counsel

3247772.1