**EXHIBIT A**

Nortel Networks Inc., *et al.*
Punter Southall LLC

September 1, 2009 Through October 31, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | September - October |
|---|---|---|
| 1 | Pension Advisory | 130.75 |
| 2 | Fee Applications | 13.0 |
| **TOTAL** | | **143.75** |

**Summary of Services Rendered by Professional**

| Name | September - October |
|---|---|
| Richard Jones (Principal – London) | 30.25 |
| Simon Banks (Principal – London) | 53.0 |
| Ryan McGlothlin (Managing Director – Boston) | 22.5 |
| Jacquie Woodward (Associate Director – London) | 37.0 |
| Dianne Tersoni (Associate – Boston) | 1.0 |
| **TOTAL** | **143.75** |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 10/14/2009 | Review Ogilvy summary on UK claims | 1.8 | 1 | RJ |
| 10/14/2009 | Review Ogilvy summary on UK claims | 3.3 | 1 | SB |
| 10/14/2009 | Review Ogilvy summary on UK claims | 2.8 | 1 | JW |
| 10/14/2009 | Internal emails / discussions re: UK claims | 1.0 | 1 | RJ |
| 10/14/2009 | Internal emails / discussions re: UK claims | 1.0 | 1 | SB |
| 10/14/2009 | Internal emails / discussions re: UK claims | 1.0 | 1 | JW |
| 10/14/2009 | Internal emails / discussions re: UK claims | 1.0 | 1 | RDM |
| 10/15/2009 | Review Freshfields memo | 1.0 | 1 | RJ |
| 10/15/2009 | Review Freshfields memo | 1.0 | 1 | SB |
| 10/15/2009 | Review Freshfields memo | 1.0 | 1 | JW |
| 10/15/2009 | Conference Call re: UK claims | 2.3 | 1 | RJ |
| 10/15/2009 | Conference Call re: UK claims | 2.3 | 1 | SB |
| 10/15/2009 | Conference Call re: UK claims | 2.3 | 1 | RDM |
| 10/15/2009 | Post call follow up | 0.8 | 1 | RJ |
| 10/15/2009 | Post call follow up | 0.8 | 1 | SB |
| 10/15/2009 | Post call follow up | 0.8 | 1 | RDM |
| 10/16/2009 | Review s.72 requests | 1.0 | 1 | RJ |
| 10/16/2009 | Review s.72 requests | 1.0 | 1 | SB |
| 10/16/2009 | Review s.72 requests | 1.0 | 1 | JW |
| 10/16/2009 | Emails re: s.72 requests | 0.8 | 1 | SB |
| 10/16/2009 | Review/Edit Snow process memo | 2.5 | 1 | SB |
| 10/16/2009 | Review/Edit Snow process memo | 1.8 | 1 | JW |
| 10/19/2009 | Review/Edit Snow process memo | 2.0 | 1 | RJ |
| 10/19/2009 | Review/Edit Snow process memo | 3.5 | 1 | SB |
| 10/19/2009 | Review/Edit Snow process memo | 2.0 | 1 | JW |
| 10/19/2009 | Emails re: process memo | 1.0 | 1 | SB |
| 10/19/2009 | Emails re: process memo | 0.5 | 1 | RDM |
| 10/20/2009 | Emails re: process memo | 0.5 | 1 | SB |
| 10/22/2009 | Research UK pension claims | 1.3 | 1 | SB |
| 10/23/2009 | Research UK pension claims | 0.8 | 1 | SB |
| 10/23/2009 | Research UK pension claims | 0.8 | 1 | JW |
| 10/27/2009 | Research UK pension claims | 1.3 | 1 | SB |
| 10/27/2009 | Research UK pension claims | 2.0 | 1 | JW |

| | Total Activity 1 | 130.8 | | |
|---|---|---|---|---|

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 9/15/2009 | Compile Time, etc. | 1.0 | 2 | RJ |
| 9/15/2009 | Compile Time, etc. | 1.0 | 2 | SB |
| 9/15/2009 | Compile Time, etc. | 1.0 | 2 | JW |
| 9/15/2009 | Compile Time, etc. | 1.0 | 2 | RDM |
| 9/21/2009 | Prepare filings | 3.0 | 2 | RDM |
| 9/21/2009 | Prepare filings | 1.0 | 2 | DT |
| 9/21/2009 | Review filings | 1.0 | 2 | RDM |
| 10/15/2009 | Compile Time, etc. | 1.0 | 2 | RJ |
| 10/15/2009 | Compile Time, etc. | 1.0 | 2 | SB |
| 10/15/2009 | Compile Time, etc. | 1.0 | 2 | JW |
| 10/15/2009 | Compile Time, etc. | 1.0 | 2 | RDM |

| | Total Activity 2 | 13.0 | | |
|---|---|---|---|---|

| | Total Activity 1 & 2 | 143.8 | | |
|---|---|---|---|---|

8