**EXHIBIT A**

# 537568



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 11/04/09 12:09

Fees and Disbursements Through 08/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $2,704.05 | |
| Total Disbursements This Proforma | 18.52 | |
| **TOTAL THIS PROFORMA** | **$2,722.57** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $42,723.45 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $42,723.45 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7218022 | 08/10/09 | Meade, K. | Attention to email from Ms. Bernard re IT applicants processed through new grad hiring program. | 0.30 | $136.35 |
| 7357989 | 08/10/09 | Meade, K. | Email exchange with Ms. Elro re same. | 0.10 | $45.45 |
| 7357991 | 08/12/09 | Springer, R. | Confer with Mr. Meade regarding outstanding AAP and audit issues. | 0.20 | $76.50 |
| 7277522 | 08/12/09 | Springer, R. | Review EEO-1 and Vets test data and post it to extranet. | 0.80 | $306.00 |
| 7243978 | 08/13/09 | Meade, K. | Preparation for and participate in weekly call with AAP preparation team. | 0.30 | $136.35 |
| 7357992 | 08/13/09 | Springer, R. | Prepare for and participate in status conference call. | 0.30 | $114.75 |
| 7277527 | 08/13/09 | Springer, R. | Review EEO-1 data and identify disparities. | 0.70 | $267.75 |
| 7277538 | 08/20/09 | Springer, R. | Prepare for and participate in conference call. | 0.50 | $191.25 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7277544 | 08/24/09 | Springer, R. | Review revised data for EEO-1 and Vets 100. | 0.70 | $267.75 |
| 7357993 | 08/24/09 | Springer, R. | Confer with IT staff regarding process for producing necessary reports. | 0.30 | $114.75 |
| 7293684 | 08/27/09 | Meade, K. | Telephone conference with AAP team re status of data for 2009 AAPs. | 0.20 | $90.90 |
| 7277558 | 08/27/09 | Springer, R. | Prepare for and participate in status conference call. | 0.90 | $344.25 |
| 7277563 | 08/28/09 | Springer, R. | Edit 2009 AAP data. | 1.00 | $382.50 |
| 7357994 | 08/28/09 | Springer, R. | Begin to create 2009 MEN AAP. | 0.60 | $229.50 |
| | | | **Professional Services Total** | **6.90** | **$2,704.05** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $454.50 | 0.90 | $409.05 |
| 001220 | Counsel | Springer, R. | $382.50 | 6.00 | $2,295.00 |
| | | **Fees Value** | | **6.90** | **$2,704.05** |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5091971 | 08/13/09 | | 0051 | 1005151 | 001003 | Long Distance Telephone (972) 684 5262 | $8.73 |
| 5037589 | 08/25/09 | 335604 | 0006 | 984029 | 005758 | Express Delivery - - VENDOR: Federal Express Corporation | $9.79 |
| | | | | | | **Total Disbursements** | **$18.52** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $9.79 |
| 0051 | Long Distance Telephone | $8.73 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185

| Code | Description | Amount |
|------|-------------|--------|
|      | Total Disbursements | $18.52 |

PROFORMA

# 537569



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Proforma Generation Date: 11/04/09 12:09

Fees and Disbursements Through 08/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $472.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 1.65 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$474.15** | | |
| Address: Jenine L. Daniluk | | YTD Fees Billed | $7,455.00 |
| Dept. 0381 | | YTD Disb Billed | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $7,455.00 |
| Toronto, Ontario | | LTD Disb Billed | $0.00 |
| Canada, M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7219484 | 08/11/09 | Meade, K. | Voicemail exchange with Mr. Fears re status of audit and follow-up questions re S&M JCI4 hires and applicants. | 0.30 | $157.50 |
| 7222587 | 08/12/09 | Meade, K. | Telephone conference with Mr. Fears of the OFCCP re additional requests for information re S&M JCI 4 applicants and hires and re responses to same. | 0.40 | $210.00 |
| 7293697 | 08/31/09 | Meade, K. | Review of letter from Mr. Fears of the OFCCP requesting additional data re applicants for S&M JCI 4 positions. | 0.10 | $52.50 |
| 7358024 | 08/31/09 | Meade, K. | Forward same to audit team. | 0.10 | $52.50 |
| | | | **Professional Services Total** | **0.90** | **$472.50** |

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Fees and Disbursements Through 08/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 0.90 | $472.50 |
| | | | Fees Value | 0.90 | $472.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5091972 | 08/12/09 | | 0051 | 1005151 | 001003 | Long Distance Telephone (404) 893 4560 | $1.65 |
| | | | | | | Total Disbursements | $1.65 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $1.65 |
| | Total Disbursements | $1.65 |

# 537570



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 11/04/09 12:09

Fees and Disbursements Through 08/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $892.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$892.50** | |

| | | |
|---|---|---|
| Unallocated Cash | | $0.00 |
| Trust Balance | | $0.00 |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $2,386.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $2,386.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7253088 | 08/25/09 | Meade, K. | Conference with Ms. Springer re applicant issues relating to IT audit. | 0.20 | $105.00 |
| 7358031 | 08/25/09 | Meade, K. | Telephone conference with Mses. Doxey, Elro, O'Neal, Bernard and Springer re same. | 0.80 | $420.00 |
| 7263136 | 08/26/09 | Meade, K. | Attention to IT applicant data issues. | 0.30 | $157.50 |
| 7293685 | 08/27/09 | Meade, K. | Preparation for and participate in telephone conference with audit team re status of applicant data and plan for determining accuracy of same. | 0.40 | $210.00 |
| | | | **Professional Services Total** | **1.70** | **$892.50** |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 1.70 | $892.50 |
|  |  |  | Fees Value | 1.70 | $892.50 |

# 537586



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000183 / Carrier OFCCP Audit

Proforma Generation Date: 11/19/09 11:31

Fees and Disbursements Through 08/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | |
|---|---|---|
| Total Fees This Proforma | $25,545.00 | |
| Total Disbursements This Proforma | 18.24 | |
| **TOTAL THIS PROFORMA** | **$25,563.24** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $3,204.50 |
| YTD Disb Billed | $0.60 |
| LTD Fees Billed | $3,204.50 |
| LTD Disb Billed | $0.60 |
| A/R Balance This Matter | $0.00 |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6937795 | 05/06/09 | Meade, K. | Voicemail exchanges with Ms. Butts re letter requesting additional information re terminations. | 0.20 | $105.00 |
| 7112225 | 05/07/09 | Meade, K. | Telephone conference with Ms. Butts re terminations data and basis for analysis. | 0.30 | $157.50 |
| 6943010 | 05/07/09 | Meade, K. | Telephone conference with audit team re same, re data on each RIF decision for the affected group, and re next steps. | 0.60 | $315.00 |
| 7112231 | 05/20/09 | Meade, K. | Review of IDRs received from the Company in connection with OFCCP inquiry re terminations. | 0.30 | $157.50 |
| 6982689 | 05/20/09 | Meade, K. | Conference with Ms. Foster re same, re developing submission that explains the selection process for each termination in connection with the RIF. | 0.30 | $157.50 |

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000183 / Carrier OFCCP Audit  

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 6995471 | 05/21/09 | Meade, K. | Conference with Ms. Foster re preparation of summaries of selection decisions for employees in Carrier job groups that are at issue. | 0.30 | $157.50 |
| 7013538 | 05/27/09 | Foster, J. | Begin drafting letter to OFCCP describing reason for each individual termination in specified job groups. | 3.30 | $1,171.50 |
| 7010509 | 06/01/09 | Meade, K. | Conference with Ms. Foster re summaries of selection decisions re involuntary terminations and begin reviewing sample of same. | 0.20 | $105.00 |
| 7037439 | 06/02/09 | Meade, K. | Begin reviewing and revising draft explanation of involuntary terminations process. | 0.50 | $262.50 |
| 7037466 | 06/04/09 | Meade, K. | Conference with Ms. Foster and Mr. Calsyn re summary of terminations. | 0.40 | $210.00 |
| 7037467 | 06/04/09 | Meade, K. | Telephone conference with Ms. Butts of the OFCCP re adverse impact alleged as to terminations within the Carrier FAAP, 2007 and 2008 data re same, and differing results of statistical analyses. | 0.30 | $157.50 |
| 7037468 | 06/04/09 | Meade, K. | Telephone conference with AAP team re results of telephone conference with Ms. Butts re Carrier terminations and next steps in process. | 0.20 | $105.00 |
| 7038551 | 06/05/09 | Calsyn, C. | Confer with Mr. Meade re drafting descriptions of 2007 and 2008 separation decisions for responses to OFCCP audit letter. | 0.70 | $280.00 |
| 7038552 | 06/05/09 | Calsyn, C. | Commence drafting descriptions of 2007 and 2008 separation decisions for responses to OFCCP audit letter. | 2.30 | $920.00 |
| 7038566 | 06/08/09 | Calsyn, C. | Continue drafting descriptions of separation decisions in 2007-2008 for response to OFCCP audit letter. | 5.70 | $2,280.00 |
| 7037484 | 06/08/09 | Meade, K. | Email exchanges with Mr. Calsyn re preliminary review of IDRs, missing IDRs and draft submission to the OFCCP re terminations. | 0.30 | $157.50 |

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000183 / Carrier OFCCP Audit

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7038570 | 06/09/09 | Calsyn, C. | Continue drafting descriptions of 2007-2008 separation decisions for response to OFCCP audit letter. | 6.80 | $2,720.00 |
| 7038571 | 06/09/09 | Calsyn, C. | Confer with Mr. Meade re status of drafting descriptions in response to OFCCP letter. | 0.10 | $40.00 |
| 7052558 | 06/09/09 | Meade, K. | Attention to terminations issues highlighted by the Agency in connection with two job groups and further conference with Mr. Calsyn re same. | 0.30 | $157.50 |
| 7043474 | 06/10/09 | Calsyn, C. | Continue drafting descriptions of 2007-2008 separation decisions for response to OFCCP audit letter. | 6.00 | $2,400.00 |
| 7043475 | 06/10/09 | Calsyn, C. | Compile chart of missing and incorrect IDR statements for response to OFCCP audit letter. | 2.80 | $1,120.00 |
| 7052560 | 06/10/09 | Meade, K. | Begin reviewing and revising draft letter to the OFCCP addressing all termination decisions within two job groups identified by the Agency. | 0.80 | $420.00 |
| 7220166 | 06/10/09 | Meade, K. | Email to Mr. Calsyn re same; continue reviewing files in attempt to locate additional IDRs. | 0.60 | $315.00 |
| 7045201 | 06/11/09 | Calsyn, C. | Confer with Mr. Meade and Ms. Foster re results of review of IDRs and other documentation for response to OFCCP audit letter. | 1.70 | $680.00 |
| 7056128 | 06/11/09 | Foster, J. | Conference with Mssrs. Calsyn and Meade re response to OFCCP audit letter describing individual termination decisions in Carrier Network Plans and re omitted data and next steps. | 1.70 | $603.50 |
| 7220168 | 06/11/09 | Meade, K. | Conference with Mr. Calsyn and Ms. Foster re same, re completeness of same, re missing IDRs and re needed information re individuals for whom no IDR exists. | 1.70 | $892.50 |
| 7220170 | 06/11/09 | Meade, K. | Telephone conference with Mses. O'Neal, Foster, and Bernard re same. | 0.60 | $315.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000183 / Carrier OFCCP Audit  

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7052568 | 06/11/09 | Meade, K. | Analysis of IDRs and spreadsheets identifying rationale for selection of individuals for termination from the SWR and VER job groups. | 0.70 | $367.50 |
| 7068696 | 06/17/09 | Meade, K. | Review of soft copy spreadsheets provided by Ms. Elro and forward same to Mr. Calsyn for reference in preparing submission to the OFCCP. | 0.20 | $105.00 |
| 7077867 | 06/18/09 | Calsyn, C. | Commence review of additional spreadsheets provided by Ms. Elro re their impact on descriptions of terminations for response to OFCCP audit letter. | 1.70 | $680.00 |
| 7077868 | 06/18/09 | Calsyn, C. | Draft email to Mr. Meade and Ms. Foster re results of initial review of additional spreadsheets provided by Ms. Elro re their impact on descriptions of termiantions for response to OFCCP audit letter. | 0.30 | $120.00 |
| 7068709 | 06/18/09 | Meade, K. | Telephone conference with audit team re status of response to the OFCCP re terminations and revisions to same based on soft copy spreadsheets provided by Ms. Elro. | 0.20 | $105.00 |
| 7077922 | 06/23/09 | Calsyn, C. | Revise descriptions of terminations for response to OFCCP letter. | 2.40 | $960.00 |
| 7081973 | 06/23/09 | Meade, K. | Telephone conference with Ms. Doxey re status of audit and impact of announced sale of business on same. | 0.30 | $157.50 |
| 7115073 | 07/06/09 | Meade, K. | Telephone conference with audit team re status of draft letter to the OFCCP re terminations. | 0.20 | $105.00 |
| 7173193 | 07/22/09 | Calsyn, C. | Revise drafts of termination summaries for letter to OFCCP. | 0.50 | $200.00 |
| 7159645 | 07/22/09 | Meade, K. | Continue revising draft letter to the OFCCP re involuntary terminations in two job groups and rationale for same. | 1.40 | $735.00 |
| 7159649 | 07/23/09 | Meade, K. | Continue reviewing and revising draft summary of terminations in two job groups and forward same to audit team for review. | 3.50 | $1,837.50 |

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000183 / Carrier OFCCP Audit  

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7159650 | 07/23/09 | Meade, K. | Telephone conference with audit team re draft submission to the OFCCP re terminations and re missing information to be included in same. | 0.20 | $105.00 |
| 7219472 | 08/02/09 | Meade, K. | Review of Ms. Elro's revisions to draft submission. | 0.30 | $157.50 |
| 7209363 | 08/06/09 | Calsyn, C. | Review Ms. Elro's comments and revise descriptions of terminations for audit letter response. | 3.90 | $1,560.00 |
| 7222586 | 08/12/09 | Meade, K. | Conference with Ms. Springer re revisions to Carrier submission and completion of same. | 0.30 | $157.50 |
| 7243979 | 08/13/09 | Meade, K. | Review and revise second draft letter to the OFCCP re terminations from Carrier organization. | 1.20 | $630.00 |
| 7223832 | 08/14/09 | Calsyn, C. | Review comments provided by Mses. Elro and Doxey and revise letter to OFCCP describing terminations. | 1.80 | $720.00 |
| 7358049 | 08/17/09 | Calsyn, C. | Further revise letter to OFCCP re terminations. | 0.40 | $160.00 |
| 7230689 | 08/17/09 | Calsyn, C. | Review additional comments from Ms. Elro re letter to OFCCP. | 0.80 | $320.00 |
| | | | **Professional Services Total** | **59.30** | **$25,545.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 16.40 | $8,610.00 |
| 003472 | Associate | Calsyn, C. | $400.00 | 37.90 | $15,160.00 |
| 003496 | Associate | Foster, J. | $355.00 | 5.00 | $1,775.00 |
| | | | **Fees Value** | **59.30** | **$25,545.00** |

- 5 -

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000183 / Carrier OFCCP Audit  

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4915047 | 05/07/09 | 332172 | 0140 | 922432 | 001003 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $0.99 |
| 4947284 | 06/05/09 | 333107 | 0140 | 940845 | 001003 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $1.08 |
| 4963707 | 06/16/09 | 137393 | 0008 | 944580 | 003472 | Local Transportation - - VENDOR: Christopher Calsyn OT taxi on 6.10.09 | $9.00 |
| 4963708 | 06/16/09 | 137393 | 0038 | 944580 | 003472 | Overtime Meals - - VENDOR: Christopher Calsy OT meal on 6.10.09 | $6.77 |
| 4964428 | 06/17/09 |  | 0022 | 948197 | 003472 | Inhouse Duplicating | $0.40 |
|  |  |  |  |  |  | **Total Disbursements** | **$18.24** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0008 | Local Transportation | $9.00 |
| 0022 | Inhouse Duplicating | $0.40 |
| 0038 | Meals | $6.77 |
| 0140 | Long Distance Telephone | $2.07 |
|  | **Total Disbursements** | **$18.24** |

# 538486



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 11/12/09 11:26

Fees and Disbursements Through 08/31/09  
Last Date Billed 09/30/09 (Through 07/31/09)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $3,465.00 |
| Total Disbursements This Proforma | 35.21 |
| **TOTAL THIS PROFORMA** | **$3,500.21** |

| | |
|---|---|
| Unallocated Cash | $0.0 |
| Trust Balance | $0.0 |

Address:  Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $62,588.5 |
| YTD Disb Billed | $36.0 |
| LTD Fees Billed | $62,588.5 |
| LTD Disb Billed | $36.0 |
| A/R Balance This Matter | $16,282.0 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Tim |
|---|---|---|---|---|---|
| 7217566 | 08/04/09 | Cheney, M | Review email from Ms. Cordo re next fee hearing and filing deadlines. | 0.10 | $55.0 |
| 7217567 | 08/04/09 | Cheney, M | Email to Ms. Shepard re next round of fee statements. | 0.10 | $55.0 |
| 7231172 | 08/11/09 | Cheney, M | Review and revise May billing statement. | 0.20 | $110.0 |
| 7231173 | 08/11/09 | Cheney, M | Review and revise June billing statement. | 0.30 | $165.0 |
| 7231174 | 08/11/09 | Cheney, M | Review and revise July billing statement. | 0.20 | $110.0 |
| 7247844 | 08/20/09 | Cheney, M | Review and revise May fee statement. | 0.40 | $220.0 |
| 7247848 | 08/20/09 | Cheney, M | Review and revise June fee statement. | 0.40 | $220.0 |
| 7247849 | 08/20/09 | Cheney, M | Review and revise July fee statement. | 0.40 | $220.0 |
| 7247850 | 08/20/09 | Cheney, M | Review and revise second interim fee application. | 0.50 | $275.0 |
| 7247853 | 08/20/09 | Cheney, M | Conference with Ms. Shepard re monthly fee | 0.30 | $165.0 |

# CROWELL & MORING
## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 08/31/09
Last Date Billed 09/30/09 (Through 07/31/09
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Tim |
|---|---|---|---|---|---|
| | | | statements. | | |
| 7272131 | 08/24/09 | Cheney, M | Draft second quarterly fee application. | 0.90 | $495.0 |
| 7272269 | 08/31/09 | Cheney, M | Email to/from Ms. Cordo re filing and service of fee applications. | 0.50 | $275.0 |
| 7272270 | 08/31/09 | Cheney, M | Finalize and sign May fee statement. | 0.60 | $330.0 |
| 7272272 | 08/31/09 | Cheney, M | Finalize and sign June fee statement. | 0.70 | $385.0 |
| 7272274 | 08/31/09 | Cheney, M | Finalize and sign July fee statement. | 0.70 | $385.0 |
| | | | **Professional Services Total** | **6.30** | **$3,465.0** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $550.00 | 6.30 | $3,465.00 |
| | | | **Fees Value** | **6.30** | **$3,465.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5020211 | 08/04/09 | | 0004 | 975224 | 006382 | Postage | $4.8 |
| 5043394 | 08/31/09 | | 0022 | 987619 | 001835 | Inhouse Duplicating | $30.4 |
| | | | | | | **Total Disbursements** | **$35.2** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $4.81 |
| 0022 | Inhouse Duplicating | $30.40 |
| | **Total Disbursements** | **$35.21** |