**EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 Through August 31, 2009

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Express Delivery | Federal Express Corporation | $9.79 |
| Postage | | $4.81 |
| Telephone Call | Long Distance Phone/Premiere Global Services | $12.45 |
| Duplicating | C&M In-House ($.10) | $30.80 |
| Meals | | $6.77 |
| Local Transportation | Taxi | $9.00 |
| **TOTAL** | | **$73.62** |

**537568**

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade          Fees and Disbursements Through 08/31/09
Client: 105185 / Nortel Networks Corp             Last Date Billed 07/15/09 (Through 04/30/09)
Matter: 105185.0000160 / AAP Preparation          Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5091971 | 08/13/09 | | 0051 | 1005151 | 001003 | Long Distance Telephone (972) 684 5262 | $8.73 |
| 5037589 | 08/25/09 | 335604 | 0006 | 984029 | 005758 | Express Delivery - - VENDOR: Federal Express Corporation | $9.79 |
| | | | | | | **Total Disbursements** | **$18.52** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $9.79 |
| 0051 | Long Distance Telephone | $8.73 |
| | **Total Disbursements** | **$18.52** |

**537569**

## Crowell & Moring
## Billable Proforma

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000173 / North American Sales Audit  

Fees and Disbursements Through 08/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185  

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5091972 | 08/12/09 | | 0051 | 1005151 | 001003 | Long Distance Telephone (404) 893 4560 | $1.65 |
| | | | | | | **Total Disbursements** | **$1.65** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $1.65 |
| | **Total Disbursements** | **$1.65** |

()

# Crowell & Moring
# Billable Proforma

**Billing Attorney:** 001003 / Kris D. Meade  **Fees and Disbursements Through 09/30/09**
**Client:** 105185 / Nortel Networks Corp  **Last Date Billed** 07/15/09 (Through 04/30/09)
**Matter:** 105185.0000183 / Carrier OFCCP Audit  **Proforma Joint Group #**

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 4915047 | 05/07/09 | 332172 | 0140 | 922432 | 001003 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $0.99 |
| 49472874 | 06/05/09 | 333107 | 0140 | 940845 | 001003 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $1.08 |
| 4963707 | 06/16/09 | 137393 | 0008 | 944580 | 003472 | Local Transportation - - VENDOR: Christopher Caslyn OT taxi on 6.10.09 | $9.00 |
| 4963708 | 06/16/09 | 137393 | 0038 | 944580 | 003472 | Overtime Meals - - VENDOR: Christopher Calsy OT meal on 6.10.09 | $6.77 |
| 4964428 | 06/17/09 |  | 0022 | 948197 | 003472 | Inhouse Duplicating | $0.40 |
|  |  |  |  |  |  | **Total Disbursements** | **$18.24** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0008 | Local Transportation | $9.00 |
| 0022 | Inhouse Duplicating | $0.40 |
| 0038 | Meals | $6.77 |
| 0140 | Long Distance Telephone | $2.07 |
|  | **Total Disbursements** | **$18.24** |

**537571**

# Crowell & Moring
# Billable Proforma

**Billing Attorney: 001835 / Matthew Cheney**       **Fees and Disbursements Through 08/31/09**
**Client: 105185 / Nortel Networks Corp**           **Last Date Billed 07/15/09 (Through 04/30/09)**
**Matter: 105185.0000189 / Fee/Employment Application – US**   **Proforma Joint Group # 105185**

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5020211 | 08/04/09 | | 0004 | 975224 | 006382 | Postage | $4.81 |
| 5043394 | 08/31/09 | | 0022 | 987619 | 001835 | Inhouse Duplicating | $30.40 |
| | | | | | | **Total Disbursements** | **$35.21** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $4.81 |
| 0022 | Inhouse Duplicating | $30.40 |
| | **Total Disbursements** | **$35.21** |