**EXHIBIT A**

# 537574



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 11/04/09 12:16

Fees and Disbursements Through 09/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $9,584.10 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| TOTAL THIS PROFORMA | $9,584.10 | | |
| Address: Jeanine L. Daniluk | | YTD Fees Billed | $42,723.45 |
| Dept. 0381 | | YTD Disb Billed | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $42,723.45 |
| Toronto, Ontario | | LTD Disb Billed | $0.00 |
| Canada M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7357996 | 09/01/09 | Springer, R. | Review and format MEN AAP data to identify data discrepancies. | 0.80 | $306.00 |
| 7341755 | 09/01/09 | Springer, R. | Review 2008 EEO-1 reports and identify data for possible edits. | 0.50 | $191.25 |
| 7357997 | 09/02/09 | Springer, R. | Draft proposed weightings for AAP and send to Ms. Elro and Ms. O'Neal. | 1.00 | $382.50 |
| 7344134 | 09/02/09 | Springer, R. | Continue to review MEN data for discrepancies. | 0.80 | $306.00 |
| 7341759 | 09/03/09 | Springer, R. | Prepare for and participate in weekly conference call to discuss status of projects. | 0.50 | $191.25 |
| 7341760 | 09/08/09 | Springer, R. | Review EEO-1 and Vets 100 data and respond to questions from Ms. Pham regarding EEO-1 and Vets 100 data. | 0.50 | $191.25 |
| 7341762 | 09/11/09 | Springer, R. | Confer with Ms. Elro and Ms. O'Neal regarding the MEN weightings. | 0.60 | $229.50 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Fees and Disbursements Through 09/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7357999 | 09/11/09 | Springer, R. | Confer with Ms. Lightfoot regarding applicant data issues. | 0.70 | $267.75 |
| 7341765 | 09/15/09 | Springer, R. | Review and edit revised data for EEO-1 and Vets 100 reporting. | 1.00 | $382.50 |
| 7341766 | 09/16/09 | Springer, R. | Edit AAP data for Carrier 2009 AAPs and draft proposed weightings worksheets. | 1.00 | $382.50 |
| 7341768 | 09/17/09 | Springer, R. | Confer with IT team regarding programming for EEO-1 and Vets 100 reports. | 0.50 | $191.25 |
| 7358000 | 09/17/09 | Springer, R. | Prepare for and participate in weekly status conference call. | 0.50 | $191.25 |
| 7358001 | 09/17/09 | Springer, R. | Edit MEN AAP. | 2.90 | $1,109.25 |
| 7358003 | 09/18/09 | Springer, R. | Review sample reports. | 0.30 | $114.75 |
| 7358004 | 09/18/09 | Springer, R. | Continue to draft weightings for AAPs. | 1.00 | $382.50 |
| 7341769 | 09/18/09 | Springer, R. | Meet with IT team regarding formatting of data for EEO-1 and Vets 100 reporting. | 0.20 | $76.50 |
| 7317546 | 09/21/09 | Meade, K. | Attention to 2009 AAPs and conference with Ms. Springer re same. | 0.30 | $136.35 |
| 7341770 | 09/21/09 | Springer, R. | Draft EEO-1 reports and identify data issues to be resolved. | 1.00 | $382.50 |
| 7358007 | 09/21/09 | Springer, R. | Send e-mail to Ms. O'Neal regarding unit numbers. | 0.50 | $191.25 |
| 7358011 | 09/21/09 | Springer, R. | Research unit numbers on EEOC website. | 1.00 | $382.50 |
| 7341772 | 09/22/09 | Springer, R. | Continue to work on EEO-1 reports. | 0.80 | $306.00 |
| 7358013 | 09/23/09 | Springer, R. | Continue to create EEO-1 reports. | 0.80 | $306.00 |
| 7344166 | 09/23/09 | Springer, R. | Confer with Mr. Meade regarding ongoing projects. | 0.20 | $76.50 |
| 7358015 | 09/24/09 | Springer, R. | Send data questions to Ms. O'Neal and Ms. Pham. | 0.30 | $114.75 |
| 7358016 | 09/24/09 | Springer, R. | Prepare for and participate in conference call. | 0.70 | $267.75 |
| 7341779 | 09/24/09 | Springer, R. | Continue to draft EEO-1 reports. | 1.00 | $382.50 |
| 7341781 | 09/25/09 | Springer, R. | Finalize draft EEO-1 reports and send to Ms. O'Neal for review. | 1.00 | $382.50 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 09/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7341783 | 09/29/09 | Springer, R. | Review and edit EEO-1 reports based upon feedback from Ms. O'Neal. | 1.00 | $382.50 |
| 7358020 | 09/29/09 | Springer, R. | Continue to review Vets 100A data. | 0.60 | $229.50 |
| 7358022 | 09/30/09 | Springer, R. | Begin to draft Carrier AAPs. | 2.00 | $765.00 |
| 7341785 | 09/30/09 | Springer, R. | Continue to edit MEN AAP. | 1.00 | $382.50 |
|  |  |  | **Professional Services Total** | **25.00** | **$9,584.10** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $454.50 | 0.30 | $136.35 |
| 001220 | Counsel | Springer, R. | $382.50 | 24.70 | $9,447.75 |
|  |  | **Fees Value** |  | **25.00** | **$9,584.10** |

# 537575



**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Proforma Generation Date: 11/04/09 12:16

Fees and Disbursements Through 09/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $973.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$973.00** | | |
| Address: Jenine L. Daniluk | | YTD Fees Billed | $7,455.00 |
| Dept. 0381 | | YTD Disb Billed | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $7,455.00 |
| Toronto, Ontario | | LTD Disb Billed | $0.00 |
| Canada, M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7341758 | 09/03/09 | Springer, R. | Discuss response to follow-up request from OFCCP. | 0.30 | $136.50 |
| 7341771 | 09/22/09 | Springer, R. | Review information from Ms. Elro for response to OFCCP follow-up request. | 0.80 | $364.00 |
| 7358026 | 09/23/09 | Meade, K. | Review of applicant log and identification of additional issues to address. | 0.40 | $210.00 |
| 7323674 | 09/23/09 | Meade, K. | Conference with Ms. Springer re status of applicant and hire logs to be submitted to the OFCCP, potential ongoing data issues, and next steps. | 0.20 | $105.00 |
| 7329538 | 09/24/09 | Meade, K. | Outline issues re submission to the OFCCP and telephone conference with Mses. Doxey, O'Neal, and Springer re same. | 0.30 | $157.50 |

# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000173 / North American Sales Audit  

Fees and Disbursements Through 09/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Professional Services Total | **2.00** | **$973.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 0.90 | $472.50 |
| 001220 | Counsel | Springer, R. | $455.00 | 1.10 | $500.50 |
| | | | **Fees Value** | **2.00** | **$973.00** |

# 537576



**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 11/04/09 12:16

Fees and Disbursements Through 09/30/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $626.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$626.50** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $2,386.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $2,386.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7298412 | 09/14/09 | Meade, K. | Begin preparation of cover letter to the OFCCP enclosing individualized compensation data. | 0.10 | $52.50 |
| 7358033 | 09/14/09 | Meade, K. | Finalize spreadsheet to accompany same. | 0.10 | $52.50 |
| 7358035 | 09/14/09 | Meade, K. | Finalize and file same. | 0.10 | $52.50 |
| 7341764 | 09/14/09 | Springer, R. | Review and finalize letter regarding compensation to be sent to OFCCP. | 0.30 | $136.50 |
| 7358041 | 09/14/09 | Springer, R. | Confer with Mr. Meade. | 0.20 | $91.00 |
| 7341767 | 09/17/09 | Springer, R. | Discuss ongoing efforts to resolve applicant issues. | 0.30 | $136.50 |
| 7329537 | 09/24/09 | Meade, K. | Telephone conference with Mses. Doxey, O'Neal, and Springer re status of applicant data for submission to the OFCCP re competitive selections. | 0.20 | $105.00 |

337370

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit  

Fees and Disbursements Through 09/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Professional Services Total | **1.30** | **$626.5** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 0.50 | $262.50 |
| 001220 | Counsel | Springer, R. | $455.00 | 0.80 | $364.00 |
| | | | **Fees Value** | **1.30** | **$626.50** |

PROFORMA

537577



**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000183 / Carrier OFCCP Audit  

Proforma Generation Date: 11/04/09 12:16  

Fees and Disbursements Through 09/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group #  

| | | |
|---|---:|---|
| Total Fees This Proforma | $315.00 | |
| Total Disbursements This Proforma | 12.51 | |
| **TOTAL THIS PROFORMA** | **$327.51** | |

| | |
|---|---:|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $3,204.50 |
| YTD Disb Billed | $0.60 |
| LTD Fees Billed | $3,204.50 |
| LTD Disb Billed | $0.60 |
| A/R Balance This Matter | $0.00 |

Address: Nortel Accounts Payable  
P.O. Box 280510  
Nashville, TN 37728  

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---:|---:|
| 7323675 | 09/23/09 | Meade, K. | Finalize letter to the OFCCP re Carrier terminations. | 0.30 | $157.50 |
| 7358050 | 09/23/09 | Meade, K. | Transmit same to the OFCCP. | 0.10 | $52.50 |
| 7329536 | 09/24/09 | Meade, K. | Telephone conference with Mses. Doxey, O'Neal and Springer re submission to the OFCCP re terminations. | 0.20 | $105.00 |
| | | | Professional Services Total | **0.60** | **$315.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001003 | Partner | Meade, K. | $525.00 | 0.60 | $315.00 |

# CROWELL & MORING
## BILLABLE PROFORMA

**Billing Attorney:** 001003 / Kris D. Meade  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000183 / Carrier OFCCP Audit

Fees and Disbursements Through 09/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group #

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| | | Fees Value | | 0.60 | $315.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5064178 | 09/23/09 | | 0022 | 999754 | 005292 | Inhouse Duplicating | $4.00 |
| 5104275 | 09/23/09 | | 0155 | 1014429 | 000998 | Express Delivery From: KRIS MEADE To: JANE M. BUTTS OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS WASHINGTON DC 20210 | $8.51 |

Total Disbursements  $12.51

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $4.00 |
| 0155 | Express Delivery | $8.51 |
| | Total Disbursements | $12.51 |

538486



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Proforma Generation Date: 11/19/09 11:40

Fees and Disbursements Through 08/31/09  
Last Date Billed 09/30/09 (Through 07/31/09)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185  

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $1,775.00 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 35.95 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,810.95** | | | |
| Address: Jeanine L. Daniluk | | | YTD Fees Billed | $62,588.50 |
| Dept. 0381 | | | YTD Disb Billed | $36.00 |
| Nortel Networks | | | | |
| 195 The West Mall | | | LTD Fees Billed | $62,588.50 |
| Toronto, Ontario | | | LTD Disb Billed | $36.00 |
| Canada, M9C 5K1 | | | | |
| | | | A/R Balance This Matter | $16,282.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7287952 | 09/01/09 | Cheney, M | Draft order for second quarterly fee application. | 0.30 | $165.00 |
| 7336531 | 09/21/09 | Cheney, M | Review proposed order for second quarterly fee applications. | 0.30 | $165.00 |
| 7336532 | 09/21/09 | Cheney, M | Teleconference with Ms. Cordo re status of fee statements and second fee hearing. | 0.10 | $55.00 |
| 7342641 | 09/24/09 | Regan, J. | Review affidavits and execution of same; confer with Mr. Cheney. | 1.00 | $785.00 |
| 7348717 | 09/29/09 | Cheney, M | Review docket re status of fee application and statements in advance of hearing. | 0.20 | $110.00 |
| 7348735 | 09/30/09 | Cheney, M | Review order approving fees. | 0.20 | $110.00 |
| 7348729 | 09/30/09 | Cheney, M | Prepare for fee hearing. | 0.40 | $220.00 |
| 7348731 | 09/30/09 | Cheney, M | Attend fee hearing via telephone. | 0.30 | $165.00 |

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 08/31/09  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Professional Services Total | **2.80** | **$1,775.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 000302 | Partner | Regan, J. | $785.00 | 1.00 | $785.00 |
| 001835 | Counsel | Cheney, M | $550.00 | 1.80 | $990.00 |
| | | Fees Value | | **2.80** | **$1,775.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5044282 | 09/01/09 | | 0022 | 988898 | 001835 | Inhouse Duplicating | $1.00 |
| 5091975 | 09/01/09 | | 0004 | 1005151 | 001835 | Postage | $4.95 |
| 5106519 | 09/30/09 | 10106 | 0200 | 1008371 | 001835 | Miscellaneous - - VENDOR: CourtCall Miscellaneous- VENDOR; CourtCall- for telephone appearance in U.S. Bankruptcy Court- Delaware | $30.00 |
| | | | | | | Total Disbursements | **$35.95** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $4.95 |
| 0022 | Inhouse Duplicating | $1.00 |
| 0200 | Miscellaneous | $30.00 |
| | Total Disbursements | **$35.95** |