**EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2009 Through September 30, 2009

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Duplicating | C&M In-House ($.10) | $5.00 |
| Postage | | $4.95 |
| Telephone | CourtCall | $30.00 |
| Express Delivery | | $8.51 |
| **TOTAL** | | **$48.46** |

**537577**

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade      Fees and Disbursements Through 09/30/09
Client: 105185 / Nortel Networks Corp      Last Date Billed 07/15/09 (Through 04/30/09)
Matter: 105185.0000183 / Carrier OFCCP Audit      Proforma Joint Group #

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5064178 | 09/23/09 | | 0022 | 999754 | 005292 | Inhouse Duplicating | $4.00 |
| 5104275 | 09/23/09 | | 0155 | 1014429 | 000998 | Express Delivery From: KRIS MEADE To: JANE M. BUTTS OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS WASHINGTON DC 20210 | $8.51 |
| | | | | | | **Total Disbursements** | **$12.51** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $4.00 |
| 0155 | Express Delivery | $8.51 |
| | **Total Disbursements** | **$12.51** |

**537578**

## Crowell & Moring
## Billable Proforma

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application – US

Fees and Disbursements Through 09/30/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5044282 | 09/01/09 | | 0022 | 988898 | 001835 | Inhouse Duplicating | $1.00 |
| 5091975 | 09/01/09 | | 0004 | 1005151 | 001835 | Postage | $4.95 |
| 5106519 | 09/30/09 | 10106 | 0200 | 1008371 | 001835 | Miscellaneous - - VENDOR: CourtCall Miscellaneous- VENDOR; CourtCall- for telephone appearance in U.S. Bankruptcy Court- Delaware | $30.00 |
| | | | | | | **Total Disbursements** | **$35.95** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $4.95 |
| 0022 | Inhouse Duplicating | $1.00 |
| 0200 | Miscellaneous | $30.00 |
| | **Total Disbursements** | **$35.95** |