## CERTIFICATE OF SERVICE

      I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2009 Through September 30, 2009** was caused to be made on November 20, 2009, in the manner indicated upon the entities identified below:

Date: November 20, 2009

                                              Andrew R. Remming (No. 5120)

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
| --- | --- |
| Patrick Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Anna Ventresca<br>Nortel Networks, Inc.<br>195 The West Mall<br>Toronto, On M9C 5K1<br>(Debtor) |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee<br>Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee<br>Of Unsecured Creditors) |

2952616.10

2952616.10