**EXHIBIT A**

# 537579



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 11/04/09 12:20

Fees and Disbursements Through 10/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $4,188.60 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$4,188.60** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $42,723.45 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $42,723.45 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7362073 | 10/01/09 | Meade, K. | Telephone conference with Mses. Doxey, O'Neal and Springer re status of the organization, options for conveying information to the OFCCP re same, and re 2010 AAPs. | 0.50 | $227.2! |
| 7431322 | 10/01/09 | Springer, R. | Prepare for and participate in call to discuss structure and plans for rest of 2009 and 2010; | 0.60 | $229.5( |
| 7431333 | 10/13/09 | Springer, R. | Prepare for and participate in call to discuss next year AAP structure. | 0.50 | $191.2! |
| 7431344 | 10/15/09 | Springer, R. | Review new minimum/maximum file from Ms. Pham; identify data issues; prepare for and participate in weekly status call. | 1.50 | $573.7! |
| 7399254 | 10/22/09 | Meade, K. | Telephone conference with AAP team re status of 2009 AAPs. | 0.10 | $45.4! |

JJ7J7J

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Fees and Disbursements Through 10/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7435957 | 10/27/09 | Springer, R. | Review new minimum/maximum file from Ms. Pham to confirm consistency with EEO-1 reported numbers; confer with IT department regarding upload of data; begin to draft Vets 100 reports. | 1.10 | $420.75 |
| 7435962 | 10/28/09 | Springer, R. | Draft and edit Vets 100 reports. | 3.30 | $1,262.25 |
| 7428098 | 10/29/09 | Meade, K. | Telephone conference with audit team re 2009 AAPs, ongoing organizational changes, and 2010 arrangement. | 0.20 | $90.90 |
| 7435968 | 10/29/09 | Springer, R. | Continue to draft and edit Vets 100 reports; send drafts to Ms. O'Neal; prepare for and participate in weekly status conference call. | 2.00 | $765.00 |
| 7435971 | 10/30/09 | Springer, R. | Finalize Vets 100 reports and send to Ms. O'Neal; review current status of AAPs and next steps for preparation. | 1.00 | $382.50 |
| | | | **Professional Services Total** | **10.80** | **$4,188.60** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $454.50 | 0.80 | $363.60 |
| 001220 | Counsel | Springer, R. | $382.50 | 10.00 | $3,825.00 |
| | | **Fees Value** | | **10.80** | **$4,188.60** |

# 537580



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Proforma Generation Date: 11/04/09 12:20

Fees and Disbursements Through 10/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $2,677.50 |
| Total Disbursements This Proforma | 0.00 |
| **TOTAL THIS PROFORMA** | **$2,677.50** |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address: Jenine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $7,455.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $7,455.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7380415 | 10/13/09 | Meade, K. | Conference with Ms. Springer re status of information from Ms. Bernard re submission to the OFCCP, including job description information. | 0.20 | $105.00 |
| 7384575 | 10/15/09 | Meade, K. | Review of spreadsheets containing job postings for Sales & Marketing positions, outline issues for telephone conference with audit team, and participate in telephone conference with audit team to review same. | 0.90 | $472.50 |
| 7428089 | 10/28/09 | Meade, K. | Conference with Mr. Chapman re preparation of exhibit containing job descriptions for all jobs filled within the 16 job titles identified by the OFCCP and begin reviewing same. | 0.80 | $420.00 |
| 7428096 | 10/29/09 | Meade, K. | Break out separately Begin reviewing draft | 3.20 | $1,680.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Fees and Disbursements Through 10/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | exhibit containing job descriptions for all jobs filled for 16 job codes and revising same (.8); review of applicant file to be produced (.4); various conferences with Ms. Springer re accuracy of same, content of same, and fields of data to be produced (.5); begin preparation of draft letter to the OFCCP re same (.3); revise draft letter to the OFCCP (.2); further conference with Ms. Springer re applicant file to be submitted (.2); review of revised applicant file and revised exhibit (.3); telephone conference with audit team re applicant file issues and exhibits to draft letter to OFCCP (.4). | | |
| | | | **Professional Services Total** | **5.10** | **$2,677.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 5.10 | $2,677.50 |
| | | | **Fees Value** | **5.10** | **$2,677.50** |

# 537581



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 11/04/09 12:20

Fees and Disbursements Through 10/31/09
Last Date Billed 07/15/09 (Through 04/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,102.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,102.50** | | |
| Address: Jeanine L. Daniluk | | YTD Fees Billed | $2,386.00 |
| Dept. 0381 | | YTD Disb Billed | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $2,386.00 |
| Toronto, Ontario | | LTD Disb Billed | $0.00 |
| Canada, M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7362072 | 10/01/09 | Meade, K. | Telephone conference with audit team re status of review of applicant data for job group for which OFCCP has requested additional detail. | 0.30 | $157.50 |
| 7380414 | 10/13/09 | Meade, K. | Conference with Ms. Springer re status of applicant data from the Company and next steps. | 0.30 | $157.50 |
| 7384574 | 10/15/09 | Meade, K. | Telephone conference with audit team re status of applicant data and new information re same from Ms. Bernard. | 0.50 | $262.50 |
| 7399253 | 10/22/09 | Meade, K. | Conference with Ms. Springer re data file forwarded by Ms. Bernard, re reconciling same with data provided by Ms. Lightfoot, and re recommendations. | 0.50 | $262.50 |
| 7428090 | 10/28/09 | Meade, K. | Conference with Ms. Springer re information from Ms. Bernard re IT applicant data. | 0.20 | $105.00 |

33/381

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 10/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7428097 | 10/29/09 | Meade, K. | Preparation for and participate in telephone conference with audit team re status of IT applicant file. | 0.30 | $157.50 |
| | | | Professional Services Total | 2.10 | $1,102.50 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 2.10 | $1,102.50 |
| | | | Fees Value | 2.10 | $1,102.50 |

PROFORMA

# 537582



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Proforma Generation Date: 11/04/09 12:20  

Fees and Disbursements Through 10/31/09  
Last Date Billed 07/15/09 (Through 04/30/09)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185  

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $392.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$392.50** | | |

Address: Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1  

| | |
|---|---|
| YTD Fees Billed | $46,342.50 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $46,342.50 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7382695 | 10/05/09 | Regan, J. | Finalize accruals for submission to bankruptcy court. | 0.50 | $392.50 |
| | | | **Professional Services Total** | **0.50** | **$392.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 000302 | Partner | Regan, J. | $785.00 | 0.50 | $392.50 |
| | | | **Fees Value** | **0.50** | **$392.50** |