**EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2009 Through October 30, 2009

| Expense Category | Service Provider if Applicable | Total Expenses |
| --- | --- | --- |
| None for this period | | |