IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X

In re                                                    :  Chapter 11

Nortel Networks Inc., et al.,[1]                         :  Case No. 09-10138 (KG)

              Debtors.                 :  Jointly Administered

                                                         :  RE: D.I.s 1840, 1899

----------------------------------------------------------X

## SECOND NOTICE OF FILING OF SUPPORTING STATEMENTS PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that on November 6, 2009, the Court entered the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* (D.I. 1840) (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Retention Order, Special Counsel has made reasonable efforts to get all temporary attorney personal (the "Contract Attorneys") utilized by Special Counsel in connection with their retention to disclose (the "Disclosure") any conflicts the Contract Attorney may have with the Debtors. Retention Order, ¶6. On November 13, 2009, Special Counsel filed the *Notice Of Filing Of Supporting Statements Pursuant To Fed. R. Bankr. P. 2014 And Order Under 11 U.S.C. §§ 327 and 328*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* [D.I. 1899] (the "First Notice"). Attached as Exhibit A to the First Notice, Special Counsel filed Disclosures for twenty-six (26) of the forty-three (43) Contract Attorneys utilized by Special Counsel. As of the date hereof, Special Counsel has received thirteen (13) additional Disclosures, copies of which are attached hereto as **Exhibit A**. Special Counsel is continuing to make reasonable efforts to obtain Disclosures from the remaining four (4) Contract Attorneys.

Dated: November 20, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*