# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------x
                                        :
In re                                   :   Chapter 11
                                        :
Nortel Networks Inc., et al.,[1]        :   Case No. 09-10138 (KG)
                                        :
                    Debtors.            :   Jointly Administered
                                        :
                                        :
----------------------------------------x

STATEMENT OF Lillian Crawford Abbensetts
PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND
328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL
INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL
STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

I, Lillian Crawford-Abbensetts (the "Contract Attorney") have agreed to perform non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc ("Special Counsel").

1.   I submit this Statement in connection with the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ, compensate and reimburse Special Counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry: (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3. The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4. If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: 11/16/20 , 2009

By: Lillian Crawford Abbensetts

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                                   :
In re                                              :    Chapter 11
                                                   :
Nortel Networks Inc., et al.,[1]                   :    Case No. 09-10138 (KG)
                                                   :
            Debtors.                               :    Jointly Administered
                                                   :
                                                   :
---------------------------------------------------X

STATEMENT OF *Brian S. Baines*
PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND
328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL
INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL
STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

I, *Brian S. Baines* (the "Contract Attorney") have agreed to perform non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc ("Special Counsel").

1.      I submit this Statement in connection with the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ, compensate and reimburse Special Counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry: (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3. The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4. If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: *November 13*, 2009

By: *Brian S. Baines*

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

*In re*                                                              : Chapter 11

Nortel Networks Inc., *et al.*,[1]                    : Case No. 09-10138 (KG)

                                         Debtors.    : Jointly Administered

---------------------------------------------------------------x

STATEMENT OF Christopher K. Erikson
PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND
328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL
INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL
STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

I, Christopher K. Erikson, (the "Contract Attorney") have agreed to perform non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-possession in the above-captioned cases (the "Debtors") arranged through Special Counsel, Inc ("Special Counsel").

1. I submit this Statement in connection with the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ, compensate and reimburse Special Counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.  The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry: (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.  The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.  If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: _____, 2009

By: Christopher K. Erikson

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                                                    Chapter 11

Nortel Networks Inc., *et al.*,[1]                                Case No. 09-10138 (KG)

                                    Debtors                      Jointly Administered

------------------------------------------------------------X

STATEMENT OF _Mariah Erikson_
PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND
328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL
INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL
STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

I, _Mariah Erikson_ (the "Contract Attorney") have agreed to perform non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors in possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc. ("Special Counsel").

1.      I submit this Statement in connection with the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ, compensate and reimburse Special Counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry: (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3. The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4. If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: 11/17, 2009

By: Mariah Erikson

2