# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

| | |
|---|---|
| *In re* | : Chapter 11 |
| | : |
| Nortel Networks Inc., *et al.*,[1] | : Case No. 09-10138 (KG) |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| | : |

------------------------------------------------------X

STATEMENT OF ____Jamie Hardy____
**PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND
328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL
INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL
STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION**

I, ____Jamie Hardy____, (the "Contract Attorney") have agreed to perform

non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-

possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc

("Special Counsel").

1.       I submit this Statement in connection with the *Order Under 11 U.S.C. §§

327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To

September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In

Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States

Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ,

compensate and reimburse Special Counsel.

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks
Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc.
(4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc.
(2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel
Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at
http://chapter11.epiqsystems.com/nortel.

2.     The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry:   (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.     The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.     If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated:    11/19            , 2009

                          s/ Jamie Hardy

By:        Jamie Hardy

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

*In re*                                        :        Chapter 11

Nortel Networks Inc., *et al.*,[1]             :        Case No. 09-10138 (KG)

                               Debtors.        :        Jointly Administered

------------------------------------------------------X

## STATEMENT OF  David L. Hess
## PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

I, David L. Hess , (the "Contract Attorney") have agreed to perform

non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-

possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc

("Special Counsel").

1.         I submit this Statement in connection with the *Order Under 11 U.S.C. §§*

*327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To*

*September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In*

*Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States

Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ,

compensate and reimburse Special Counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry:  (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.      The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.      If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: _Nov 13th_____, 2009

By: _David L. Hess_____

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------X

*In re*                                                        :        Chapter 11

Nortel Networks Inc., *et al.*,[1]                             :        Case No. 09-10138 (KG)

                                    Debtors.                  :        Jointly Administered

                                                              :

                                                              :

-------------------------------------------------X

**STATEMENT OF** *Frantz Jacques*
**PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND
328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL
INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL
STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION**

I, *Frantz Jacques*, (the "Contract Attorney") have agreed to perform

non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-

possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc

("Special Counsel").

       1.      I submit this Statement in connection with the *Order Under 11 U.S.C. §§*

*327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To*

*September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In*

*Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States

Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ,

compensate and reimburse Special Counsel.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry:   (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.      The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.      If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: __11 | 17_____, 2009

Frantz Jacques

By: _____

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                                  :
*In re*                                           :    Chapter 11
                                                  :
Nortel Networks Inc., *et al.*,[1]                :    Case No. 09-10138 (KG)
                                                  :
                              Debtors.            :    Jointly Administered
                                                  :
                                                  :
---------------------------------------------------X

## STATEMENT OF THERESA OWUSU
### PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

I, THERESA OWUSU, (the "Contract Attorney") have agreed to perform

non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-

possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc

("Special Counsel").

1.     I submit this Statement in connection with the *Order Under 11 U.S.C. §§*

*327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To*

*September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In*

*Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States

Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ,

compensate and reimburse Special Counsel.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry:  (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.      The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.      If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: November 10 , 2009

By: _Theresa Owusu_

2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

----------------------------------------X

*In re*                                     :     Chapter 11

Nortel Networks Inc., *et al.*,[1]          :     Case No. 09-10138 (KG)

           Debtors.     :     Jointly Administered

                  :

----------------------------------------X

## STATEMENT OF *Marshall Adam Pecsek*
### PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

    I, *Marshall Adam Pecsek* (the "Contract Attorney") have agreed to perform non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc ("Special Counsel").

    1.    I submit this Statement in connection with the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ, compensate and reimburse Special Counsel.

----

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry:  (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.      The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.      If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: _11/18/09_____ , 2009

By: _MARSHALL ADAM PECSEK_

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------X

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

------------------------------------------------X

### STATEMENT OF *Curtis Randall*
### PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

I, *Curtis Randall*, (the "Contract Attorney") have agreed to perform

non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-

possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc

("Special Counsel").

1.     I submit this Statement in connection with the *Order Under 11 U.S.C. §§*

*327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To*

*September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In*

*Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States

Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ,

compensate and reimburse Special Counsel.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.    The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry: (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.    The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.    If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: __11/18__, 2009

By: _CURTIS RANDAll_

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
|  | : |  |

-----------------------------------------------X

## STATEMENT OF AMY N. ROTH

**PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL INC. *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION**

I, Amy N. Roth , (the "Contract Attorney") have agreed to perform non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc ("Special Counsel").

1.     I submit this Statement in connection with the *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ, compensate and reimburse Special Counsel.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Address for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.     The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry:  (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.     The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.     If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: _November 11_, 2009

By: _Alex N. Nolte_

202 776 0084

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------X

*In re*                                                    :    Chapter 11

Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)

                Debtors.     :    Jointly Administered

-----------------------------------------X

## STATEMENT OF Tobi   Rubin
### PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER UNDER 11 U.S.C. §§ 327 AND 328 AUTHORIZING RETENTION AND EMPLOYMENT OF SPECIAL COUNSEL INC, *NUNC PRO TUNC* TO SEPTEMBER 15, 2009 AS A PROVIDER OF LEGAL STAFFING SERVICES TO THE DEBTORS AND DEBTORS IN POSSESSION

    I, Tobi   Rubin _____ , (the "Contract Attorney") have agreed to perform

non-legal services on behalf of Nortel Networks Inc., and its affiliated debtors and debtors-in-

possession in the above captioned cases (the "Debtors") arranged through Special Counsel, Inc

("Special Counsel").

    1.    I submit this Statement in connection with the *Order Under 11 U.S.C. §§

327 And 328 Authorizing Retention And Employment Of Special Counsel Inc. Nunc Pro Tunc To

September 15, 2009 As A Provider Of Legal Staffing Services To The Debtors And Debtors In

Possession* (D.I. 1840) (the "Order"), entered on November 6, 2009, by the United States

Bankruptcy Court for the District of Delaware, which authorizes the Debtors to retain, employ,

compensate and reimburse Special Counsel.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel

2.     The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry:  (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.     The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.     If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated:  Nov   15   , 2009

By: _____

2.      The Contract Attorney hereby confirms that, to the best of his/her knowledge, information and belief, formed after due inquiry:  (a) except for the proposed employment of the Contract Attorney in these chapter 11 cases, the Contract Attorney does not currently provide services to any party in any matter related to these chapter 11 cases and (b) the Contract Attorney does not represent or hold an interest adverse to the Debtors or the Debtors' estates.

3.      The Contract Attorney may have performed services in the past and may perform services in the future in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  The Contract Attorney does not perform services for any such person in connection with these chapter 11 cases, nor does it have a relationship with any such person or its attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

4.      If during the period of his/her employment, the Contract Attorney should discover any facts bearing on the matters described herein, the Contract Attorney will supplement the information contained in this Statement.

Dated: Nov 13 2009

By: Juan H. Torres

2