## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                    :
In re                                               :          Chapter 11
                                                    :
Nortel Networks Inc., *et al.,* [1]                 :          Case No. 09-10138 (KG)
                                                    :
                                   Debtors.         :          Jointly Administered
                                                    :
                                                    :          **Hearing Date: December 15, 2009 at 10:00 am**
                                                    :
-----------------------------------------------------------X

## THIRD QUARTERLY FEE APPLICATION REQUEST OF
## CLEARY GOTTLIEB STEEN & HAMILTON LLP,
## AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
## FOR THE PERIOD AUGUST 1, 2009 THROUGH OCTOBER 31, 2009

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary

Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Third Quarterly Fee

Application Request (the "Request") for the period August 1, 2009 through and including

October 31, 2009 (the "Application Period"). [2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Exhibits A and B attached to the monthly applications for August [D.I. 1654], September [D.I. 1809] and October [D.I. 1930] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in

the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/12/2009 [D.I. 1654] | 8/1/09– 8/31/09 | $3,500,255.50 | $144,692.17 | 11/4/2009 [D.I. 1828] | $2,800,204.40 | $144,692.17 | $ 700,051.10 |
| 11/4/2009 [D.I. 1809] | 9/1/09 – 9/30/09 | 6,121,796.50 | 211,814.25 | Pending | 4,897,437.20 | 211,814.25 | 1,224,359.30 |
| 11/20/2009 [D.I. 1930] | 10/1/09 – 10/31/09 | 5,809,684.00 | 113,043.44 | Pending | 4,647,747.20 | 113,043.44 | 1,161,936.80 |
| TOTAL | | $15,431,736.00 | $469,549.86 | | $12,345,388.80 | $469,549.86 | $3,086,347.20 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim

approval of the full amount of fees and expenses requested in the above-referenced fee

application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order

attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and

proper.

Dated:  November 20, 2009
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 through October 31, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SANJEET MALIK | Associate | $ 605 | 818.60 | $ 495,253.00 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | 940 | 691.60 | 650,104.00 |
| DANIEL ILAN | Associate | 605 | 678.30 | 410,371.50 |
| ELISABETH M. POLIZZI | Associate | 430 | 594.00 | 255,420.00 |
| LOUIS LIPNER | Associate | 430 | 550.90 | 236,887.00 |
| ITALIA ALMEIDA | Paralegal | 235 | 536.10 | 125,983.50 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 870 | 505.80 | 440,046.00 |
| STEVEN J. ARCHIBALD | Associate | 310 | 493.20 | 152,892.00 |
| ALEXANDER BENARD | Associate | 430 | 454.70 | 195,521.00 |
| JOSHUA KALISH | Associate | 430 | 444.60 | 191,178.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 495 | 438.10 | 216,859.50 |
| EMILY LIU | Associate | 430 | 435.90 | 187,437.00 |
| SALVATORE F. BIANCA | Associate | 605 | 435.90 | 263,719.50 |
| JANE KIM | Associate | 605 | 434.20 | 262,691.00 |
| SANDRINE A. COUSQUER | Associate | 605 | 417.50 | 252,587.50 |
| EBUNOLUWA TAIWO | Associate | 430 | 413.00 | 177,590.00 |
| VIOLETTA BOURT | Associate | 400 | 412.30 | 164,920.00 |
| MARGARET E. SHEER | Associate | 495 | 407.10 | 201,514.50 |
| LEAH LAPORTE | Associate | 430 | 402.80 | 173,204.00 |
| JEREMY LACKS | Associate | 430 | 402.60 | 173,118.00 |
| NORA SALVATORE | Associate | 545 | 402.30 | 219,253.50 |
| AARON J. MEYERS | Associate | 430 | 385.10 | 165,593.00 |
| CARISSA L. ALDEN | Associate | 430 | 377.60 | 162,368.00 |
| SCOTT LARSON | Associate | 580 | 372.30 | 215,934.00 |
| CRAIG B. BROD | Partner - Corporate | 980 | 358.80 | 351,624.00 |
| JOHN MCGILL | Senior Attorney - M&A, Corporate | 690 | 351.00 | 242,190.00 |
| THOMAS G. BEST | Associate | 310 | 348.90 | 108,159.00 |

---

[3]       Arranged in descending order according to Total Billed Hours.

[4]       Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KATHERINE WEAVER | Associate | 430 | 340.20 | 146,286.00 |
| MARK W. NELSON | Partner - Antitrust, M&A | 930 | 332.00 | 308,760.00 |
| SOPHIE VAN BESIEN | Associate | 325 / 350 | 303.10 | 105,435.00 |
| MARIO MENDOLARO | Associate | 545 | 302.10 | 164,644.50 |
| NESLIHAN GAUCHIER | Associate | 430 | 301.10 | 129,473.00 |
| COREY M. GOODMAN | Associate | 495 | 300.30 | 148,648.50 |
| DANIEL S. STERNBERG | Partner - M&A, Corporate | 980 | 298.70 | 292,726.00 |
| KEVIN C. JONES | Associate | 545 | 293.10 | 159,739.50 |
| PRIYA H. PATEL | Associate | 545 | 291.30 | 158,758.50 |
| HEATHER M. JOHNSON | Associate | 580 | 289.50 | 167,910.00 |
| DAVID LEINWAND | Partner - M&A, Corporate | 940 | 288.10 | 270,814.00 |
| MEGAN GRANDINETTI | Associate | 430 | 284.30 | 122,249.00 |
| EMMANUEL RONCO | Associate | 600 | 273.70 | 164,220.00 |
| ROBIN BAIK | Associate | 495 | 272.90 | 135,085.50 |
| REBECCA D. WEINSTEIN | Associate | 350 | 263.60 | 92,260.00 |
| JOSHUA PANAS | Associate | 605 | 253.30 | 153,246.50 |
| PAUL S. HAYES | Associate | 605 | 249.40 | 150,887.00 |
| FABRICE BAUMGARTNER | Partner - Corporate | 980 | 246.00 | 241,080.00 |
| GEOFFROY RENARD | Associate | 590 | 226.00 | 133,340.00 |
| ESTHER FARKAS | Associate | 580 | 224.50 | 130,210.00 |
| ANNA KRUTONOGAYA | Associate | 350 | 219.10 | 76,685.00 |
| ALEXANDRA CAMBOURIS | Associate | 430 | 213.50 | 91,805.00 |
| ANTHONY RANDAZZO | Associate | 430 | 192.00 | 82,560.00 |
| FLORA FABY | Associate | 580 | 190.20 | 110,316.00 |
| DONALD A. STERN | Partner - Corporate | 980 | 187.00 | 183,260.00 |
| TAMARA J. BRITT | Associate | 350 | 186.60 | 65,310.00 |
| JOHN W. KONSTANT | Associate | 605 | 182.70 | 110,533.50 |
| NEIL WHORISKEY | Partner - M&A, Corporate | 940 | 179.10 | 168,354.00 |
| EMILY A. BUSSIGEL | Associate | 350 | 178.00 | 62,300.00 |
| EVAN SCHWARTZ | Associate | 605 | 174.50 | 105,572.50 |
| JAMES CROFT | Associate | 495 | 161.90 | 80,140.50 |
| JAMES R. MODRALL | Partner - M&A, International Competition | 980 | 159.40 | 156,212.00 |
| ERIC LAUT | Associate | 570 | 156.10 | 88,977.00 |
| PATRICK MARETTE | Associate | 605 | 155.60 | 94,138.00 |
| MELISSA DURKEE | Associate | 605 | 151.90 | 91,899.50 |
| SANG JIN HAN | Partner - M&A, Corporate | 870 | 148.40 | 129,108.00 |
| AARON GINGRANDE | Paralegal | 235 | 146.00 | 34,310.00 |
| JOHN OLSON | Associate | 495 | 144.70 | 71,626.50 |
| WILLIAM MCRAE | Partner - Tax | 870 | 144.70 | 125,889.00 |
| IAN QUA | Paralegal | 210 | 142.40 | 29,904.00 |
| PETER O'KEEFE | Paralegal | 235 | 142.30 | 33,440.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SOO-YEUN LIM | Associate | 430 | 140.90 | 60,587.00 |
| ALEXANDRA KALITA | Paralegal | 210 | 136.00 | 28,560.00 |
| DEBORAH M. BUELL | Partner - Litigation | 980 | 136.00 | 133,280.00 |
| KATIA S. COLITTI | Associate | 580 | 134.70 | 78,126.00 |
| NATHALIE SCHWARTZ | Associate | 430 | 133.90 | 57,577.00 |
| JOSEPH LANZKRON | Associate | 350 | 133.30 | 46,655.00 |
| NEIL FORREST | Senior Attorney - Litigation | 740 | 132.40 | 97,976.00 |
| NATHALIE RYCKAERT | Associate | 350 | 128.60 | 45,010.00 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 910 | 125.30 | 114,023.00 |
| BRYNN LYERLY | Associate | 350 | 120.00 | 42,000.00 |
| DINA ZLOCZOWER | Associate | 495 | 118.50 | 58,657.50 |
| CASEY DAVISON | Associate | 430 | 117.90 | 50,697.00 |
| THOMAS L. HALL | Associate | 495 | 117.10 | 57,964.50 |
| DENISE NICHOLSON | Paralegal | 275 | 109.00 | 29,975.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 690 | 105.20 | 72,588.00 |
| TIMOTHY J. MONACO | Paralegal | 275 | 105.20 | 28,930.00 |
| W. RICHARD BIDSTRUP | Counsel - Environmental, M&A | 800 | 104.50 | 83,600.00 |
| PAUL D. MARQUARDT | Partner - Corporate, Regulatory | 910 | 102.80 | 93,548.00 |
| SANDRA FLOW | Partner - Corporate | 910 | 101.90 | 92,729.00 |
| CARSTEN FIEGE | Associate | 605 | 101.70 | 61,528.50 |
| AMY MIKOLAJCZYK | Associate | 495 | 101.60 | 50,292.00 |
| ELIZABETH MANDELL | Associate | 605 | 101.50 | 61,407.50 |
| ALEXANDRA DEEGE | Associate | 560 | 99.40 | 55,664.00 |
| ALETHEA GROSS | Paralegal | 210 | 94.50 | 19,845.00 |
| EVAN J. LEITCH | Associate | 350 | 91.20 | 31,920.00 |
| DANIEL P. RILEY | Associate | 430 | 90.40 | 38,872.00 |
| JOSE M. BAZAN | International Lawyer | 325 | 90.00 | 29,250.00 |
| MEGHAN M. SERCOMBE | Associate | 545 | 82.40 | 44,908.00 |
| CATHERINE WU | Paralegal | 210 | 80.50 | 16,905.00 |
| AMY M. SHEPARD | Paralegal | 235 | 79.00 | 18,565.00 |
| STEVEN HAIDAR | Associate | 350 | 76.70 | 26,845.00 |
| ZACHARY KOLKIN | Associate | 430 | 70.90 | 30,487.00 |
| GABRIELA LOPEZ | Paralegal | 235 | 69.20 | 16,262.00 |
| LEI WANG | Associate | 495 | 67.50 | 33,412.50 |
| MATTHEW I. BACHRACK | Senior Attorney - Antitrust | 665 | 65.10 | 43,291.50 |
| STEVEN WILNER | Partner - Real Estate | 960 | 65.00 | 62,400.00 |
| LINDSAY DUNN | Associate | 545 | 62.80 | 34,226.00 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 800 | 62.60 | 50,080.00 |
| VICTOR I. LEWKOW | Partner - M&A, Corporate | 980 | 62.60 | 61,348.00 |
| SARO N. NKESI | Practice Support Specialist | 180 | 61.30 | 11,034.00 |
| FRANK BALLARD | Paralegal | 210 | 60.70 | 12,747.00 |
| STEPHANIE CANNULI | Paralegal | 235 | 60.50 | 14,217.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| WILLIAM FITZGERALD | Paralegal | 210 | 56.80 | 11,928.00 |
| JOON HUR | Associate | 545 | 53.60 | 29,212.00 |
| ANTONIA CAREW-WATTS | Associate | 350 | 52.20 | 18,270.00 |
| INNA ROZENBERG | Senior Attorney - Litigation | 630 | 51.70 | 32,571.00 |
| IRA K. LINDSAY | Associate | 350 | 51.60 | 18,060.00 |
| RICARDO BERNARD | Associate | 495 | 51.10 | 25,294.50 |
| ROBERT REED CAREY | Associate | 545 | 50.90 | 27,740.50 |
| SHANNON DELAHAYE | Associate | 430 | 49.90 | 21,457.00 |
| SANDRA J. GALVIS | Senior Attorney - Corporate | 740 | 49.10 | 36,334.00 |
| PATRICIA PAK | Paralegal | 235 | 49.00 | 11,515.00 |
| MANUEL SILVA | International Lawyer | 325 | 48.50 | 15,762.50 |
| ANDREW SINNENBERG | Paralegal | 210 | 46.90 | 9,849.00 |
| MAN LI | Associate | 495 | 46.30 | 22,918.50 |
| MAUREEN LINCH | Associate | 430 | 46.00 | 19,780.00 |
| SU CHEUNG | Assistant Managing Clerk | 140 | 46.00 | 6,440.00 |
| IVY HERNANDEZ | Associate | 545 | 45.80 | 24,961.00 |
| JEAN-MARIE AMBROSI | Partner - M&A, Corporate | 980 | 45.70 | 44,786.00 |
| JAIME PHILLIP | Associate | 605 | 45.50 | 27,527.50 |
| KIMBERLY BROWN BLACKLOW | Partner - Real Estate | 910 | 43.40 | 39,494.00 |
| CATHARINE SLACK | Associate | 495 | 42.90 | 21,235.50 |
| NAWAL LACHGUAR | Associate | 430 | 42.10 | 18,103.00 |
| LAURENT ALPERT | Partner - M&A, Corporate | 980 | 41.30 | 40,474.00 |
| ALEKSANDR ABELEV | Practice Support Specialist | 265 | 40.00 | 10,600.00 |
| DAVID I. GOTTLIEB | Partner - M&A, Corporate | 910 / 960 | 38.20 | 34,812.00 |
| DUSTIN BARZELL | Associate | 495 | 37.50 | 18,562.50 |
| DAPHNEY FRANCOIS | Associate | 350 | 36.80 | 12,880.00 |
| BENAZIR TEELUCK | Paralegal | 235 | 36.60 | 8,601.00 |
| NATALYA SHNITSER | Associate | 350 | 35.60 | 12,460.00 |
| LINDA THONG | Associate | 430 | 35.20 | 15,136.00 |
| CHARLES-ANTOINE WAUTERS | Associate | 580 | 35.00 | 20,300.00 |
| VICTORIA MARRE | Paralegal | 210 | 34.20 | 7,182.00 |
| AMELIE CHAMPSAUR | Associate | 605 / 620 | 34.00 | 20,664.50 |
| LEONARD C. JACOBY | Partner - Intellectual Property | 910 | 33.60 | 30,576.00 |
| DANIEL MALECH | Associate | 350 | 33.10 | 11,585.00 |
| JARED LEVY | Paralegal | 210 | 33.00 | 6,930.00 |
| MARINE BOUHY | Associate | 350 | 32.30 | 11,305.00 |
| SHIRLEY LO | Associate | 350 | 31.30 | 10,955.00 |
| CAMERON GAYLORD | Paralegal | 210 | 30.60 | 6,426.00 |
| ERBER HERNANDEZ | Paralegal | 210 | 30.30 | 6,363.00 |
| COLIN D. LLOYD | Associate | 495 | 29.30 | 14,503.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DEANNA DENNIS | Associate | 580 | 28.00 | 16,240.00 |
| AUDE DUPUIS | Associate | 590 | 27.40 | 16,166.00 |
| GEROLAMO DA PASSANO | Associate | 580 / 605 | 26.80 | 16,006.50 |
| ANTHONY R. CERCEO | Associate | 350 | 25.10 | 8,785.00 |
| JORDAN SOLOMON | Associate | 545 | 23.80 | 12,971.00 |
| BENJAMIN MATHIEU | Associate | 430 | 23.70 | 10,191.00 |
| HOWARD S. ZELBO | Partner - Litigation | 980 | 23.40 | 22,932.00 |
| ANDREA G. PODOLSKY | Partner - Corporate | 980 | 23.30 | 22,834.00 |
| STEPHANIE SUN HINDERKS | Associate | 605 | 23.10 | 13,975.50 |
| KELLY JAUREGUI | Paralegal | 210 | 23.00 | 4,830.00 |
| ALINA BJERKE | Associate | 605 | 20.90 | 12,644.50 |
| ROBERT MANZANARES | Associate | 430 | 20.70 | 8,901.00 |
| ERIN R. OLSHEVER | Associate | 350 | 20.00 | 7,000.00 |
| JULIET A. DRAKE | Associate | 605 | 19.10 | 11,555.50 |
| JASON FACTOR | Partner - Tax | 870 | 18.80 | 16,356.00 |
| CEYDI RODRIGUEZ | Paralegal | 275 | 17.80 | 4,895.00 |
| OLGA KHARITONOVA | Associate | 590 | 17.60 | 10,384.00 |
| DAVID L. SUGERMAN | Partner - Corporate | 980 | 17.10 | 16,758.00 |
| MEME PEPONIS | Partner - M&A, Corporate | 870 | 16.80 | 14,616.00 |
| MELISSA K. MARLER | Associate | 605 | 16.40 | 9,922.00 |
| FABRICE DEPERROIS | Associate | 605 | 14.80 | 8,954.00 |
| MARIA B. RODRIGUEZ | Paralegal | 285 | 14.50 | 4,132.50 |
| PAUL J. SHIM | Partner - M&A, Corporate | 980 | 12.50 | 12,250.00 |
| JESSICA HOPPE | Associate | 605 | 11.50 | 6,957.50 |
| KINGA GUZDEK | Associate | 330 | 11.40 | 3,762.00 |
| YISU LI | Associate | 350 | 11.30 | 3,955.00 |
| ANDREW SELLNAU | Paralegal | 235 | 11.20 | 2,632.00 |
| ELIZABETH HERRON-SWEET | Paralegal | 210 | 11.00 | 2,310.00 |
| JONATHAN REINSTEIN | Paralegal | 235 | 11.00 | 2,585.00 |
| MAURITS STEINEBACH | Summer Law Clerk | 290 | 10.50 | 3,045.00 |
| JESUS BELTRAN | Associate | 605 | 9.90 | 5,989.50 |
| ROBERT K. WILLIAMS | Counsel - M&A, Corporate | 720 | 9.90 | 7,128.00 |
| JEFFREY PENN | Associate | 495 | 9.80 | 4,851.00 |
| LAURANNE FAVRE | Paralegal | 260 | 9.80 | 2,548.00 |
| JULIANE JACQUES | Stagiaire | 260 | 9.70 | 2,522.00 |
| KATHERINE F. SCHULTE | Associate | 495 | 9.70 | 4,801.50 |
| ANDREW W. WEAVER | Associate | 605 | 9.30 | 5,626.50 |
| PIERRE AMARIGLIO | Associate | 350 | 9.30 | 3,255.00 |
| MARLENE DOUTRELIGNE | Stagiaire | 290 | 9.00 | 2,610.00 |
| NATALIE JONES | Paralegal | 235 | 8.70 | 2,044.50 |
| COLIN PEARSON | Lawyer/Consultant | 960 | 8.60 | 8,256.00 |
| AMANDA LUI | Paralegal | 235 | 8.50 | 1,997.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| WANDA OLSON | Partner - Corporate | 980 | 8.20 | 8,036.00 |
| ARTHUR KOHN | Partner - Employee Benefits | 980 | 8.00 | 7,840.00 |
| STEVE PELISSIER | Associate | 600 | 7.90 | 4,740.00 |
| JENNIFER MONIZ | Paralegal | 200 | 7.80 | 1,560.00 |
| LUIZ E. KRIEGER | Associate | 580 | 7.60 | 4,408.00 |
| LILLIAN RABEN | Associate | 605 | 7.30 | 4,416.50 |
| AURELE DELORS | Associate | 605 | 7.20 | 4,356.00 |
| BRUNO MASTRETTA | International Lawyer | 325 | 7.00 | 2,275.00 |
| CRISTOBAL VILLARINO | International Lawyer | 325 | 6.50 | 2,112.50 |
| JEAN-CHARLES BENOIS | Associate | 590 | 6.50 | 3,835.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140 | 6.40 | 896.00 |
| GINA REBOLLAR | Associate | 545 | 6.40 | 3,488.00 |
| DAVID RUSH | Associate | 605 | 6.00 | 3,630.00 |
| WASH LIBRARIAN | Research Specialist | 150 | 5.60 | 840.00 |
| JAMES CORSIGLIA | Senior Attorney - Corporate, Secured Transactions | 740 | 5.50 | 4,070.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140 | 5.00 | 700.00 |
| EDWARD B. NEWTON | Summer Law Clerk | 290 | 5.00 | 1,450.00 |
| THERESE DETTWILLER | Stagiaire | 260 | 5.00 | 1,300.00 |
| LESLIE B. SAMUELS | Partner - Tax, M&A | 980 | 4.90 | 4,802.00 |
| LYNN ZOUBOK | Research Specialist | 265 | 4.50 | 1,192.50 |
| MARCEL ANDERSON | Associate | 495 | 4.50 | 2,227.50 |
| PATRICK RENFERT | Associate | 600 | 4.50 | 2,700.00 |
| GILLES ENTRAYGUES | Partner - Tax | 980 | 4.40 | 4,312.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 140 | 4.00 | 560.00 |
| CHRISTOPH KUTTIG | Stagiaire | 270 | 4.00 | 1,080.00 |
| RUEDIGER HARMS | Senior Attorney - Litigation | 660 | 4.00 | 2,640.00 |
| RAFAEL BOISSET | International Lawyer | 325 | 3.70 | 1,202.50 |
| RUSSELL JONES | Associate | 605 | 3.60 | 2,178.00 |
| BRITTANY TAYLOR | Paralegal | 235 | 3.50 | 822.50 |
| GERALD MCCARTHY | Paralegal | 275 | 3.50 | 962.50 |
| GUILLAUME DE RANCOURT | Associate | 600 | 3.50 | 2,100.00 |
| VICTOR CHIU | Associate | 605 | 3.30 | 1,996.50 |
| KIMBERLY A. LYNCH | Assistant Managing Clerk | 175 | 3.00 | 525.00 |
| LIZ J. STAFFORD | Assistant Managing Clerk | 140 | 3.00 | 420.00 |
| SARA L. GOTTLIEB | Associate | 430 | 3.00 | 1,290.00 |
| KENNETH N. EBIE | Associate | 545 | 2.90 | 1,580.50 |
| JUERGEN J. SIEGER | Partner - M&A, Corporate | 980 | 2.70 | 2,646.00 |
| THOMAS BOURBONNEUX | Associate | 510 | 2.70 | 1,377.00 |
| ANNA ROLOVA | Stagiaire | 270 | 2.50 | 675.00 |
| JUSTIN SEERY | Associate | 430 | 2.50 | 1,075.00 |
| DANA G. FLEISCHMAN | Partner - Corporate | 870 | 2.30 | 2,001.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ROBERT J. RYAN | Summer Law Clerk | 290 | 2.30 | 667.00 |
| STEPHANIE ROBINSON | Paralegal | 235 | 2.30 | 540.50 |
| JESSICA SCHRECKENGOST | Summer Law Clerk | 290 | 2.10 | 609.00 |
| WALLACE L. LARSON | Counsel - Professional Responsibility | 690 | 2.10 | 1,449.00 |
| ALEXANDER WU | Summer Law Clerk | 290 | 2.00 | 580.00 |
| BETH NAGALSKI | Associate | 350 | 2.00 | 700.00 |
| CATHERINE SKULAN | Associate | 545 | 2.00 | 1,090.00 |
| DEBORAH M. CLARKE | Paralegal | 275 | 2.00 | 550.00 |
| JEAN-MICHEL TRON | Partner - Tax | 980 | 2.00 | 1,960.00 |
| MEREDITH MANN | Paralegal | 235 | 2.00 | 470.00 |
| NATHALIE LEFEBVRE | Paralegal | 250 | 2.00 | 500.00 |
| RICHARD V. CONZA | Managing Attorney | 605 | 1.90 | 1,149.50 |
| JAIME EL KOURY | Partner - Corporate | 980 | 1.80 | 1,764.00 |
| PAUL ACCOMANDO | Paralegal | 235 | 1.70 | 399.50 |
| BRIAN SANDSTROM | Associate | 495 | 1.50 | 742.50 |
| CORY ESKENAZI | Practice Support Manager | 275 | 1.50 | 412.50 |
| ELLEN INGERMAN | Research Specialist | 265 | 1.50 | 397.50 |
| JENNIFER KIM | Associate | 310 | 1.50 | 465.00 |
| LAURA PADGETT | Paralegal | 235 | 1.50 | 352.50 |
| CAMILLE DUSSAIX | Associate | 430 | 1.40 | 602.00 |
| ADAM SHAJNFELD | Associate | 495 | 1.30 | 643.50 |
| ELLEN M. CREEDE | Counsel - Corporate | 800 | 1.30 | 1,040.00 |
| LINDSEE GRANFIELD | Partner - Bankruptcy, Litigation | 960 | 1.30 | 1,248.00 |
| CUNZHEN HUANG | Associate | 470 | 1.20 | 564.00 |
| XUEMEI LU | Associate | 545 | 1.20 | 654.00 |
| A. RICHARD SUSKO | Partner - Employee Benefits | 980 | 1.10 | 1,078.00 |
| AMBER J. THIEL | Summer Law Clerk | 290 | 1.10 | 319.00 |
| CHRISTINE SIEW | Paralegal | 215 | 1.00 | 215.00 |
| KEVIN COPELAND | Paralegal | 260 | 1.00 | 260.00 |
| SANDRA RACEK | Paralegal | 235 | 1.00 | 235.00 |
| YANGYANG LI | Paralegal | 250 | 1.00 | 250.00 |
| ANA CRISTINA JARAMILLO | International Lawyer | 325 | 0.90 | 292.50 |
| LISA MILANO | Practice Support Specialist | 225 | 0.90 | 202.50 |
| DAVID E. BRODSKY | Partner - Litigation | 980 | 0.80 | 784.00 |
| ERIC PAROCHE | Associate | 590 | 0.80 | 472.00 |
| JACE LIPSTEIN | Assistant Managing Clerk | 140 | 0.80 | 112.00 |
| JAMES PEASLEE | Partner - Tax | 980 | 0.80 | 784.00 |
| MIRNA ZWITTER-TEHOVNIK | Associate | 605 | 0.80 | 484.00 |
| OLIVIER ATTIAS | Associate | 510 | 0.80 | 408.00 |
| SHARMIN TAKIN | Associate | 570 | 0.60 | 342.00 |
| TOMMAS BALDUCCI | Assistant Managing Clerk | 140 | 0.60 | 84.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| CYNTHIA SCOTT | Managing Clerk | 210 | 0.50 | 105.00 |
| ELI NELSON | Associate | 395 | 0.50 | 197.50 |
| JAMES A. DUNCAN | Partner - Tax | 980 | 0.50 | 490.00 |
| KUANG TAN | Associate | 350 | 0.50 | 175.00 |
| MALINI MUKHOPADHYAY | Associate | 545 | 0.50 | 272.50 |
| PETER PSIACHOS | Associate | 580 | 0.50 | 290.00 |
| SUSAN CUMISKEY | Paralegal | 275 | 0.50 | 137.50 |
| LUKE BAREFOOT | Associate | 605 | 0.40 | 242.00 |
| MARTINE KLIMEK | Paralegal | 250 | 0.40 | 100.00 |
| ALYSON CLABAUGH | Paralegal | 235 | 0.30 | 70.50 |
| CHRISTOF VON DRYANDER | Partner - M&A, Corporate | 980 | 0.30 | 294.00 |
| ERIKA J. DAVIS | Paralegal | 205 | 0.30 | 61.50 |
| JEFFREY A. ROSENTHAL | Partner - Litigation | 930 | 0.30 | 279.00 |
| JUSTIN BROWN | Assistant Managing Clerk | 140 | 0.30 | 42.00 |
| PENELOPE L. CHRISTOPHOROU | Counsel - Corporate, Secured Transactions | 800 | 0.30 | 240.00 |
| DAVID H. HERRINGTON | Counsel - Litigation | 800 | 0.20 | 160.00 |
| JUSSI TARJAMO | Paralegal | 275 | 0.20 | 55.00 |
| MAUREEN E. MCDONALD | Research Specialist | 265 | 0.20 | 53.00 |
| NICOLE VANELLA | Assistant Managing Clerk | 140 | 0.20 | 28.00 |
| **Total Hours** | | | **28,454.10** | |
| **GRAND TOTAL:** | | | | **$15,431,736.00** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 through October 31, 2009

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 3,705.10 | $ 1,736,104.00 |
| Case Administration | 3,441.00 | 1,818,624.50 |
| Claims Administration and Objections | 899.50 | 500,412.50 |
| Debtor in Possession Financing | 11.50 | 8,807.00 |
| Creditors Committee Matters | 10.90 | 5,689.00 |
| M&A Advice | 11,600.00 | 6,754,123.50 |
| Employee Matters | 1,041.40 | 589,088.50 |
| Customer Issues | 399.80 | 169,102.50 |
| Supplier Issues | 1,353.50 | 626,139.00 |
| Tax | 1,620.90 | 944,035.00 |
| Intellectual Property | 1,617.40 | 856,060.50 |
| Regulatory | 323.10 | 213,569.50 |
| Chapter 15 | 0.70 | 301.00 |
| Canadian Coordination | 12.00 | 5,424.00 |
| Fee and Employment Applications | 680.20 | 256,680.50 |
| Litigation | 71.40 | 37,371.50 |
| Real Estate | 1,665.70 | 910,203.50 |
| **TOTAL** | **28,454.10** | **$ 15,431,736.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 through October 31, 2009

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $      31,421.61 |
| Travel – Transportation | | 44,897.93 |
| Travel – Lodging | | 8,086.73 |
| Travel – Meals | | 1,666.41 |
| Mailing and Shipping Charges | | 5,961.29 |
| Scanning Charges (at $0.10/page) | | 625.70 |
| Duplicating Charges (at $0.10/page) | | 41,470.84 |
| Color Duplicating Charges (at $0.65/page) | | 11,414.30 |
| Facsimile Charges (at $1.00/page) | | 278.00 |
| Legal Research | Lexis | 42,934.26 |
| | Westlaw | 35,773.41 |
| | PACER | 1,422.72 |
| Filing Fees/Charges | | 636.99 |
| Late Work – Meals | | 16,689.54 |
| Late Work – Transportation | | 53,451.02 |
| Conference Meals | | 159,413.32 |
| Other Charges | | 13,405.79 |
| **Grand Total Expenses** | | **$      469,549.86** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]