**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                              : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   : Case No. 09-10138 (KG)
:
             Debtors.          : Jointly Administered
:
: **Objections due:  Dec. 10, 2009 at 4:00 p.m. (E.T).**
:
---------------------------------------------------------X

**THIRD QUARTERLY FEE APPLICATION REQUEST OF MERCER (US) INC., AS COMPENSATION SPECIALIST TO THE DEBTORS,
FOR THE PERIOD AUGUST 1, 2009 THROUGH OCTOBER 31, 2009**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (the "*Monthly Compensation Order*"), Mercer (US) Inc. ("*Mercer*") hereby submits its Third Quarterly Fee Application Request (the "*Request*") for the period August 1, 2009 through and including October 31, 2009[2] (the "*Application Period*").

Mercer seeks approval for the following fee applications that were filed in the Application Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2] Exhibits A through D attached to *Third Interim Application of Mercer As Compensation Specialist to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of August 1, 2009 Through October 31, 2009* contain detailed listing of Mercer's requested fees and expenses for the Application Period.

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 11/20/2009 | 8/1/09 – 10/31/09 | $155,241.63 | $22,445.26 | Pending | Pending | Pending | Pending |
| **TOTAL** | | **$155,241.63** | **$22,445.26** | **Pending** | **Pending** | **Pending** | **Pending** |

In accordance with the Monthly Compensation Order, Mercer seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Mercer respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Mercer such other and further relief as is just and proper.

Dated:  November 23, 2009        **MERCER (US) INC.**

                By:     /s/Aaron L. Hammer
                    One of Its Attorneys

                Aaron L. Hammer, Esq.
                Freeborn & Peters LLP
                311 South Wacker Drive, Suite 3000
                Chicago, Illinois  60606
                Telephone:  (312) 360-6000
                Facsimile:  (312) 360-6995

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

*August 1, 2009 through October, 31 2009*

| Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dempsey, John | Principal (Specialist) | $725 | 75.3 | $54,592.25 |
| King, Rene | Principal | $667 | 61.9 | $41,287.30 |
| Mayer, Julie | Researcher | $72 | 21.8 | $1,567.86 |
| Rentsch, Eric | Analyst | $226 | 255.5 | $57,794.22 |
| | | | | |
| | | **TOTALS** | **414.5** | **$155,241.63** |
| | | | **BLENDED RATE** | **$374.53** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| Telephone / Communication | $45.39 |
| Travel – Meals | $246.14 |
| Travel - Transportation | $4,683.01 |
| Travel – Lodging | $516.73 |
| Meals – Non-Travel (Late Work) | $393.09 |
| Administrative – Legal | $16,531.90 |
| Miscellaneous | $29.00 |
| | |
| **TOTAL** | **$22,445.26** |

3

# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[3] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------X

**ORDER GRANTING THIRD QUARTERLY FEE APPLICATION REQUEST
OF MERCER (US) INC., AS COMPENSATION SPECIALIST TO THE DEBTORS,
FOR THE PERIOD AUGUST 1, 2009 THROUGH OCTOBER 31, 2009**

Upon consideration of the Third Quarterly Fee Application Request (the "*Request*") of Mercer (US) Inc. ("*Mercer*"), as compensation specialists to the above captioned debtors and debtors-in-possession (the "*Debtors*") for the period from August 1, 2009 through and including October 31, 2009; and upon consideration of the monthly fee application subject to the Request (the "*Fee Application*"); the Court having reviewed the Request and the Fee Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

1. The Request is GRANTED.

2. Mercer is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Mercer.

3. The Debtors are authorized and directed to disburse to Mercer payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments already received by Mercer for fees and expenses under the Fee Applications, as set forth in the Request.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2009

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE