IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No.: 09-10138 (KG)<br>:<br>: Jointly Administered<br>:<br>: |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

     PLEASE TAKE NOTICE that Nortel Networks UK Pension Trust Limited (the "UK Pension") and The Board of the Pension Protection Fund (the "PPF"), parties in interest in the cases of the above-captioned debtors and debtors in possession, hereby appear by their counsel, Willkie Farr & Gallagher LLP, ("Willkie Farr") and Bayard, P.A. ("Bayard"). Willkie Farr and Bayard hereby appear as counsel of record for the UK Pension and the PPF pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases.

     PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, the UK Pension and the PPF request that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the UK Pension and the PPF through service upon Willkie Farr and Bayard, at the addresses, email, and/or facsimile numbers set forth below:

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Marc Abrams, Esquire<br>Brian E. O'Connor, Esquire<br>Sameer Advani, Esquire<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Telephone: (212) 728-8000<br>Email:  mabrams@willkie.com<br>        bo'connor@willkie.com<br>        sadvani@willkie.com | BAYARD, P.A.<br>Charlene D. Davis, Esquire<br>Justin R. Alberto, Esquire<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>Telephone: (302) 655-5000<br>Email:  cdavis@bayardlaw.com<br>jalberto@bayardlaw.com |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

BAY:01427572v1

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

As counsel for the UK Pension and the PPF, Willkie Farr and Bayard request that they be added to the official matrix maintained in this case by the Clerk of the Court. The matrix should include the address for Willkie Farr and Bayard as set forth above.

Dated: November 23, 2009

BAYARD, P.A.

Charlene D. Davis (No. 2336)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

-and-

WILLKIE FARR & GALLAGHER LLP

Marc Abrams, Esquire
Brian E. O' Connor, Esquire
Sameer Advani, Esquire
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000

*Attorneys for Nortel Networks UK Pension Trust Limited*
*& The Board of the Pension Protection Fund*