# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| NORTEL NETWORKS INC., *et al.*,[1] | : Case No.: 09-10138 (KG) |
|  | : |
| Debtors. | : Jointly Administered |
|  | : |

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, Justin R. Alberto, Esquire, a member of the bar of this Court, moves the admission *pro hac vice* of Sameer Advani, Esquire of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 to represent Nortel Networks UK Pension Trust Limited (as trustee of the Nortel Networks UK Pension Plan) and The Board of the Pension Protection Fund in the above-captioned cases.

Dated: November 23, 2009

BAYARD, P.A.

By: _____

Charlene D. Davis (No. 2336)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302)658-6395

*Attorneys for Nortel Networks UK Pension Trust Limited*
*& The Board of the Pension Protection Fund*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

5267066.2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

WILLKIE FARR & GALLAGHER LLP

Sameer Advani, Esquire
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000

*Attorneys to Nortel Networks UK Pension Trust Limited*
*& The Board of the Pension Protection Fund*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: November ___, 2009

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

BAY:01427577v1

-2-