**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
               Debtors. : Jointly Administered
: 
: **Auction: Rescheduled from November 20, 2009 at**
: **9:30 a.m. (ET) to November 24, 2009 at 8:00 a.m.**
: **(ET)**
: 
---------------------------------------------------------------X

## NOTICE OF RESCHEDULED AUCTION

**PLEASE TAKE NOTICE** that on September 30, 2009, the Debtors filed a Motion for Orders (I)(a) Authorizing and Approving the Bidding Procedures, (b) Approving the Notice Procedures, and (c) Setting a date for the Sale Hearing, and (II) Authorizing and Approving the Sale of Certain Assets of Debtors' GSM/GSM-R Business (the "Motion") (D.I. 1587) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that following a hearing on the relief requested by the Motion on October 15, 2009, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") (D.I. 1676), approving (a) the Bidding Procedures, (b) the Notice Procedures and (c) setting a hearing date for the sale as well as related deadlines.

**PLEASE TAKE FURTHER NOTICE** that in the Bidding Procedures Order, the Bankruptcy Court approved procedures according to which the Debtors and other affiliates of the Debtors (together, the "Sellers") shall solicit bids for the sale of substantially all of the assets of GSM/GSM-R Business of Nortel (the "Assets"). ***All interested bidders should carefully read the Bidding Procedures.***

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures, attached as Exhibit 1 to the Bidding Procedures Order, the Debtors are rescheduling the Auction

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(as defined in the Bidding Procedures) currently set for November 20, 2009 at 9:30 a.m. (ET) to **November 24, 2009 at 8:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, this notice is subject to the full terms and conditions of the Motion, the Bidding Procedures Order and the Bidding Procedures and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Motion and the Bidding Procedures Order may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' attorneys: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated:  November 23, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |