## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For An Order (A) Approving Debtors' Entry Into The Next Generation Packet Core Network Components Escrow Agreement And (B) Granting Related Relief** was caused to be made on November 23, 2009, in the manner indicated upon the entities on the attached service list.

Dated: November 23, 2009

                                                           /s/ Andrew R. Remming
                                                  Andrew R. Remming (No. 5120)

3248031.2