# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2009 Through October 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court costs | | $    26.00 |
| Transcripts | | 898.30 |
| Photos/Art/ Spec Duplicating | | 14,582.62 |
| Meals | | 476.50 |
| Messenger Service | | 129.00 |
| Courier/Delivery Service | | 4,067.69 |
| Duplicating | In Office | 1,578.45 |
| Facsimile | | 3,100.25 |
| Postage | | 238.55 |
| Pacer | | 206.56 |
| Secretarial Overtime Expense | | 5.50 |
| Conference Calls | | 102.85 |
| **Grand Total Expenses** | | **$25,412.27** |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA 238299        AS OF 10/31/09        INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 772850 | 10/30/09 | B | 26.00 | Court Costs - U.S. BANKRUPTCY COURT, DISTRI OF DELAWARE` EXPEDITED CD OF 10/28/09 HEARING | 503 | 961 | 165645 |
| 772174 | 09/30/09 | B | 77.50 | Transcripts - PERFECT PAGES TRANSCRIPTION & REPORTING, INC.` CASE #09-10138 - COPY OF TRANSCRIPTS | 506 | 904 | 165571 |
| 772175 | 10/13/09 | B | 56.50 | Transcripts - J & J COURT TRANSCRIBERS` 09-10138 - COPY OF TRANSCRIPTS | 506 | 904 | 165572 |
| 769049 | 10/16/09 | B | 26.00 | Transcripts - U.S. BANKRUPTCY COURT` EXPEDITED CD OF 09/15/09 2PM HEARING | 506 | 904 | 165230 |
| 772176 | 10/27/09 | B | 705.00 | Transcripts - DIAZ DATA SERVICES` USBC 09-10128 - COPY OF TRANSCRIPTS | 506 | 904 | 165573 |
| 775381 | 10/28/09 | B | 33.30 | Transcripts - JENNIFER RYAN ENSLEN` 09-10138 (KG) - EMAIL COPY OF TRANSCRIPT OF HEARING - 10/28/09 | 506 | 961 | 165974 |
| 767021 | 10/01/09 | B | 1,152.39 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 164894 |
| 767022 | 10/01/09 | B | 629.63 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 164895 |
| 767027 | 10/02/09 | B | 900.59 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 164900 |
| 767811 | 10/08/09 | B | 2,988.75 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 165073 |
| 767810 | 10/09/09 | B | 368.25 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 165072 |
| 769598 | 10/13/09 | B | 626.29 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 165304 |
| 769596 | 10/14/09 | B | 748.93 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 165302 |
| 769793 | 10/16/09 | B | 548.21 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 165365 |
| 770538 | 10/19/09 | B | 664.17 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 165473 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 11/23/09 10:51:08

PRO FORMA  238299    AS OF 10/31/09    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 770539 | 10/21/09 | B | 316.79 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 165474 |
| 773225 | 10/26/09 | B | 20.20 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS | 510 | 597 | 165659 |
| 773231 | 10/26/09 | B | 529.94 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 662 | 165663 |
| 773227 | 10/29/09 | B | 2,035.57 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 165661 |
| 773382 | 10/30/09 | B | 3,052.91 | Photos/Art/Spec Duplicating- Out of office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 165707 |
| 768615 | 10/13/09 | B | 45.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 5 PER C. HARE - 10/13/09 | 512 | 626 | 165171 |
| 774577 | 10/15/09 | B | 350.25 | Meals AMERICAN EXPRESS` COSI - 10/15/09; LUNCH FOR 18 | 512 | 904 | 165855 |
| 769252 | 10/15/09 | B | 81.25 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 10 - 10/15/09 | 512 | 904 | 165266 |
| 768993 | 10/01/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 768994 | 10/01/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 768996 | 10/01/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 769004 | 10/01/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 769005 | 10/01/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 769006 | 10/01/09 | B | 12.00 | Messenger Service | 513S | 597 | |
| 770649 | 10/08/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 770638 | 10/08/09 | B | 3.00 | Messenger Service | 513S | 651 | |
| 770669 | 10/09/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 770680 | 10/09/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 770714 | 10/13/09 | B | 9.00 | Messenger Service | 513S | 597 | |
| 770746 | 10/15/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 770757 | 10/15/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 772750 | 10/16/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 772751 | 10/16/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 772723 | 10/16/09 | B | 9.00 | Messenger Service | 513S | 322 | |
| 772753 | 10/19/09 | B | 3.00 | Messenger Service | 513S | 597 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 11/23/09 10:51:08

PRO FORMA  238299    AS OF 10/31/09    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 772827 | 10/21/09 | B | 6.00 | Messenger Service | 513S | 662 | |
| 772923 | 10/22/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 772924 | 10/22/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 772931 | 10/22/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 773122 | 10/26/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 773132 | 10/26/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 773133 | 10/26/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 773134 | 10/26/09 | B | 9.00 | Messenger Service | 513S | 597 | |
| 773148 | 10/27/09 | B | 6.00 | Messenger Service | 513S | 651 | |
| 773167 | 10/28/09 | B | 3.00 | Messenger Service | 513S | 651 | |
| 773192 | 10/30/09 | B | 3.00 | Messenger Service | 513S | 961 | |
| 773197 | 10/30/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 775131 | 09/28/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 09/28/09 | 514 | 597 | 165939 |
| 775137 | 09/30/09 | B | 83.15 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 09/30/09 | 514 | 904 | 165939 |
| 775138 | 09/30/09 | B | 133.04 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 09/30/09 | 514 | 904 | 165939 |
| 768247 | 10/01/09 | B | 82.92 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 165104 |
| 768430 | 10/08/09 | B | 26.00 | Courier/Delivery Service | 514 | 597 | 165133 |
| 768431 | 10/08/09 | B | 35.92 | Courier/Delivery Service | 514 | 597 | 165133 |
| 768432 | 10/08/09 | B | 26.00 | Courier/Delivery Service | 514 | 597 | 165133 |
| 767963 | 10/08/09 | B | 13.68 | Courier/Delivery Service | 514 | 597 | 165079 |
| 767964 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165079 |
| 767967 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165079 |
| 767968 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165079 |
| 775150 | 10/08/09 | B | 193.96 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 10/08/09 | 514 | 904 | 165939 |
| 775151 | 10/08/09 | B | 66.33 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 10/08/09 | 514 | 904 | 165939 |
| 767855 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767856 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767857 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767858 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767859 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767959 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165079 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA  238299            AS OF 10/31/09                                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 767962 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165079 |
| 768900 | 10/08/09 | B | 102.40 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 165196 |
| 767960 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 000 | 165079 |
| 767961 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 165079 |
| 767965 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 165079 |
| 767966 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 000 | 165079 |
| 768433 | 10/08/09 | B | 26.00 | Courier/Delivery Service | 514 | 000 | 165133 |
| 768434 | 10/08/09 | B | 26.00 | Courier/Delivery Service | 514 | 000 | 165133 |
| 768441 | 10/08/09 | B | 5.99 | Courier/Delivery Service | 514 | 000 | 165134 |
| 767950 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767951 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767952 | 10/08/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767953 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767954 | 10/08/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767955 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767944 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767945 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767946 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767947 | 10/08/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767948 | 10/08/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767949 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767938 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767939 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767940 | 10/08/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767941 | 10/08/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767942 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767943 | 10/08/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767932 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767933 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767934 | 10/08/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767935 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767936 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767937 | 10/08/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767926 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767927 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767928 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767929 | 10/08/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767930 | 10/08/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165079 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 11/23/09 10:51:08

PRO FORMA 238299     AS OF 10/31/09     INVOICE# *******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 767931 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767920 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767921 | 10/08/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767922 | 10/08/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767923 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767924 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767925 | 10/08/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767914 | 10/08/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767915 | 10/08/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767916 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767917 | 10/08/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767918 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767919 | 10/08/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767908 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767909 | 10/08/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767910 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767911 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767912 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767913 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767902 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767903 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767904 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767905 | 10/08/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767906 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767907 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767896 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767897 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767898 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767899 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767900 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767901 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767890 | 10/08/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767891 | 10/08/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767892 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767893 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767894 | 10/08/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767895 | 10/08/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165079 |
| 767884 | 10/08/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165079 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA 238299           AS OF 10/31/09                              INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|---|
| 767885 | 10/08/09 | B | 14.84 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767886 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767887 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767888 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767889 | 10/08/09 | B | 13.68 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767878 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767879 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767880 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767881 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767882 | 10/08/09 | B | 14.84 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767883 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767872 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767873 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767874 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767875 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767876 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767877 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767866 | 10/08/09 | B | 16.46 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767867 | 10/08/09 | B | 15.93 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767868 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767869 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767870 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767871 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767860 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767861 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767862 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767863 | 10/08/09 | B | 14.44 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767864 | 10/08/09 | B | 18.51 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767865 | 10/08/09 | B | 14.44 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 767956 | 10/08/09 | B | 26.00 | Courier/Delivery Service | FEDERAL EXPRESS COR | 514 | 904 | 165134 |
| 767957 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 000 | 165134 |
| 767958 | 10/08/09 | B | 10.07 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 768442 | 10/08/09 | B | 14.44 | Courier/Delivery Service | | 514 | 904 | 165079 |
| 768447 | 10/09/09 | B | 14.44 | Courier/Delivery Service | | 514 | 000 | 165134 |
| 772232 | 10/09/09 | B | 26.00 | Courier/Delivery Service | FEDERAL EXPRESS COR | 514 | 000 | 165586 |
| 768761 | 10/09/09 | B | 10.07 | Courier/Delivery Service | | 514 | 000 | 165189 |
| 768762 | 10/09/09 | B | 10.07 | Courier/Delivery Service | | 514 | 000 | 165189 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA   238299   AS OF 10/31/09   INVOICE# *******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 775153 | 10/09/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 10/09/09 | 514 | 904 | 165939 |
| 768443 | 10/09/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165134 |
| 768444 | 10/09/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165134 |
| 768445 | 10/09/09 | B | 13.68 | Courier/Delivery Service | 514 | 597 | 165134 |
| 768446 | 10/09/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165134 |
| 768760 | 10/12/09 | B | 16.46 | Courier/Delivery Service | 514 | 000 | 165189 |
| 769257 | 10/13/09 | B | 26.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 165277 |
| 769273 | 10/13/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 165278 |
| 769274 | 10/13/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 165278 |
| 769275 | 10/13/09 | B | 10.07 | Courier/Delivery Service | 514 | 000 | 165278 |
| 769277 | 10/13/09 | B | 14.44 | Courier/Delivery Service | 514 | 000 | 165278 |
| 769270 | 10/13/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165278 |
| 769271 | 10/13/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165278 |
| 769272 | 10/13/09 | B | 10.07 | Courier/Delivery Service | 514 | 597 | 165278 |
| 769276 | 10/13/09 | B | 13.68 | Courier/Delivery Service | 514 | 597 | 165278 |
| 775155 | 10/13/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 10/13/90 | 514 | 904 | 165939 |
| 775167 | 10/14/09 | B | (216.19) | )Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 10/14/09 | 514 | 904 | 165939 |
| 770010 | 10/15/09 | B | 26.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 165402 |
| 771063 | 10/17/09 | B | 15.00 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 165531 |
| 770435 | 10/19/09 | B | 26.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 165466 |
| 772575 | 10/26/09 | B | 15.75 | Courier/Delivery Service | 514 | 000 | 165615 |
| 772902 | 10/26/09 | B | 26.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 165647 |
| 774470 | 10/26/09 | B | 13.00 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 165835 |
| 774471 | 10/26/09 | B | 180.42 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 597 | 165835 |
| 775186 | 10/26/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 10/26/09 | 514 | 904 | 165939 |
| 772480 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772481 | 10/26/09 | B | 20.21 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772482 | 10/26/09 | B | 13.82 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772483 | 10/26/09 | B | 18.51 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772474 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772475 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772476 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772477 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772478 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772479 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA   238299        AS OF 10/31/09              INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 772468 | 10/26/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772469 | 10/26/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772470 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772471 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772472 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772473 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772462 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772463 | 10/26/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772464 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772465 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772466 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772467 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772456 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772457 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772458 | 10/26/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772459 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772460 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772461 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772450 | 10/26/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772451 | 10/26/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772452 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772453 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772454 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772455 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772444 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772445 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772446 | 10/26/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772447 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772448 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772449 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772438 | 10/26/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772439 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772440 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772441 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772442 | 10/26/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772443 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772432 | 10/26/09 | B | 17.02 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772433 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA   238299        AS OF 10/31/09                    INVOICE# *******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 772434 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772435 | 10/26/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772436 | 10/26/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772437 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772426 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772427 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772428 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772429 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772430 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772431 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772420 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772421 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772422 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772423 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772424 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772425 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772414 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772415 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772416 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772417 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772418 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772419 | 10/26/09 | B | 14.44 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772408 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772409 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772410 | 10/26/09 | B | 13.68 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772411 | 10/26/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772412 | 10/26/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772413 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772402 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772403 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772404 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772405 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772406 | 10/26/09 | B | 14.84 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772407 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772396 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772397 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772398 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772399 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA 238299    AS OF 10/31/09    INVOICE# *******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 772400 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772401 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772390 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772391 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772392 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772393 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772394 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772395 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772384 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772385 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772386 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772387 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772388 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772389 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772378 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772379 | 10/26/09 | B | 11.91 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772380 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772381 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772382 | 10/26/09 | B | 16.46 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772383 | 10/26/09 | B | 15.93 | Courier/Delivery Service | 514 | 904 | 165615 |
| 772377 | 10/26/09 | B | 10.07 | Courier/Delivery Service | 514 | 904 | 165615 |
| 774469 | 10/30/09 | B | 50.40 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 165835 |
| 769229 | 10/13/09 | B | 5.50 | Secretarial Overtime Expense - PETTY CASH B. SPRINGART OT MEAL - 10/13/09 | 517 | 670 | 165234 |
| 773217 | 10/03/09 | B | 140.60 | In-House Duplicating | 519 | 597 | |
| 766956 | 10/05/09 | B | 0.60 | In-House Duplicating | 519 | 546 | |
| 766954 | 10/05/09 | B | 5.80 | In-House Duplicating | 519 | 662 | |
| 766955 | 10/05/09 | B | 13.00 | In-House Duplicating | 519 | 662 | |
| 767664 | 10/08/09 | B | 8.00 | In-House Duplicating | 519 | 623 | |
| 767665 | 10/08/09 | B | 9.30 | In-House Duplicating | 519 | 623 | |
| 767663 | 10/08/09 | B | 2.80 | In-House Duplicating | 519 | 670 | |
| 767666 | 10/08/09 | B | 8.50 | In-House Duplicating | 519 | 662 | |
| 768979 | 10/09/09 | B | 89.40 | In-House Duplicating | 519 | 597 | |
| 768069 | 10/09/09 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 768070 | 10/09/09 | B | 4.20 | In-House Duplicating | 519 | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA   238299               AS OF 10/31/09               INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 768343 | 10/12/09 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 768520 | 10/13/09 | B | 11.20 | In-House Duplicating | 519 | 670 | |
| 768519 | 10/13/09 | B | 6.40 | In-House Duplicating | 519 | 597 | |
| 768838 | 10/14/09 | B | 108.00 | In-House Duplicating | 519 | 605 | |
| 768839 | 10/14/09 | B | 77.00 | In-House Duplicating | 519 | 605 | |
| 768840 | 10/14/09 | B | 49.80 | In-House Duplicating | 519 | 605 | |
| 773229 | 10/14/09 | B | 74.80 | In-House Duplicating - CD/DVD Burning | 519 | 626 | |
| 768841 | 10/14/09 | B | 0.80 | In-House Duplicating | 519 | 662 | |
| 769361 | 10/15/09 | B | 46.00 | In-House Duplicating | 519 | 626 | |
| 769363 | 10/15/09 | B | 29.00 | In-House Duplicating | 519 | 626 | |
| 769364 | 10/15/09 | B | 13.00 | In-House Duplicating | 519 | 626 | |
| 769362 | 10/15/09 | B | 6.20 | In-House Duplicating | 519 | 597 | |
| 769365 | 10/15/09 | B | 26.70 | In-House Duplicating | 519 | 904 | |
| 769471 | 10/16/09 | B | 23.60 | In-House Duplicating | 519 | 605 | |
| 769740 | 10/19/09 | B | 1.90 | In-House Duplicating | 519 | 597 | |
| 769741 | 10/19/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 770093 | 10/20/09 | B | 22.40 | In-House Duplicating | 519 | 605 | |
| 770491 | 10/22/09 | B | 24.00 | In-House Duplicating | 519 | 605 | |
| 770490 | 10/22/09 | B | 4.60 | In-House Duplicating | 519 | 597 | |
| 771981 | 10/26/09 | B | 4.00 | In-House Duplicating | 519 | 597 | |
| 771982 | 10/26/09 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 771983 | 10/26/09 | B | 6.20 | In-House Duplicating | 519 | 626 | |
| 771984 | 10/26/09 | B | 1.60 | In-House Duplicating | 519 | 626 | |
| 772292 | 10/27/09 | B | 9.80 | In-House Duplicating | 519 | 605 | |
| 772548 | 10/27/09 | B | 3.10 | In-House Duplicating | 519 | 605 | |
| 772549 | 10/27/09 | B | 0.10 | In-House Duplicating | 519 | 605 | |
| 772550 | 10/27/09 | B | 6.40 | In-House Duplicating | 519 | 662 | |
| 772554 | 10/28/09 | B | 18.00 | In-House Duplicating | 519 | 626 | |
| 772552 | 10/28/09 | B | 18.00 | In-House Duplicating | 519 | 904 | |
| 772553 | 10/28/09 | B | 15.60 | In-House Duplicating | 519 | 904 | |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA   238299                                              AS OF 10/31/09                                              INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 772551 | 10/28/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 773087 | 10/30/09 | B | 83.80 | In-House Duplicating | 519 | 904 | |
| 773088 | 10/30/09 | B | 12.90 | In-House Duplicating | 519 | 623 | |
| 773089 | 10/30/09 | B | 1.00 | In-House Duplicating | 519 | 605 | |
| 773090 | 10/30/09 | B | 6.00 | In-House Duplicating | 519 | 605 | |
| 773086 | 10/30/09 | B | 220.40 | In-House Duplicating | 519 | 662 | |
| 768418 | 10/08/09 | B | 3.10 | Postage | 520 | 597 | |
| 771333 | 10/13/09 | B | 20.71 | Postage | 520 | 597 | |
| 771336 | 10/14/09 | B | 1.39 | Postage | 520 | 597 | |
| 771358 | 10/21/09 | B | 6.24 | Postage | 520 | 662 | |
| 771367 | 10/23/09 | B | 6.24 | Postage | 520 | 662 | |
| 774417 | 10/30/09 | B | 200.87 | Postage | 520 | 904 | |
| 773516 | 10/13/09 | B | 18.00 | Facsimile | 522 | 622 | |
| 773521 | 10/28/09 | B | 7.00 | Facsimile | 522 | 597 | |
| 767809 | 10/08/09 | B | 525.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 165071 |
| 769242 | 10/09/09 | B | 560.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 165253 |
| 769613 | 10/13/09 | B | 528.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 165309 |
| 769614 | 10/14/09 | B | 315.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 662 | 165310 |
| 773224 | 10/26/09 | B | 560.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 165658 |
| 773221 | 10/27/09 | B | 586.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 165656 |
| 770811 | 09/30/09 | B | 206.56 | Pacer charges for the month of September | 529 | 000 | |
| 766126 | 10/01/09 | B | 7.60 | In-House Printing - black & white | 541 | 578 | |
| 766645 | 10/02/09 | B | 1.30 | In-House Printing - black & white | 541 | 670 | |
| 767667 | 10/08/09 | B | 82.75 | In-House Printing - black & white | 541 | 904 | |
| 768071 | 10/09/09 | B | 7.80 | In-House Printing - black & white | 541 | 662 | |
| 768344 | 10/12/09 | B | 27.65 | In-House Printing - black & white | 541 | 662 | |
| 768521 | 10/13/09 | B | 20.80 | In-House Printing - black & white | 541 | 605 | |
| 768842 | 10/14/09 | B | 15.15 | In-House Printing - black & white | 541 | 662 | |
| 769366 | 10/15/09 | B | 6.85 | In-House Printing - black & white | 541 | 662 | |
| 769472 | 10/16/09 | B | 8.55 | In-House Printing - black & white | 541 | 605 | |
| 769742 | 10/19/09 | B | 9.60 | In-House Printing - black & white | 541 | 670 | |

Nortel Networks, Inc.
63989-DIP
DATE: 11/23/09 10:51:08

PRO FORMA   238299          AS OF 10/31/09          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 770094 | 10/20/09 | B | 6.70 | In-House Printing - black & white | 541 | 662 | |
| 770370 | 10/21/09 | B | 6.00 | In-House Printing - black & white | 541 | 670 | |
| 770492 | 10/22/09 | B | 19.20 | In-House Printing - black & white | 541 | 597 | |
| 770970 | 10/23/09 | B | 141.30 | In-House Printing - black & white | 541 | 662 | |
| 772293 | 10/27/09 | B | 0.90 | In-House Printing - black & white | 541 | 904 | |
| 770207 | 10/01/09 | B | 31.99 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 165428 |
| 773318 | 10/14/09 | B | 6.64 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 165700 |
| 775170 | 10/15/09 | B | 30.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 10/15/09 | 552H | 904 | 165939 |
| 775171 | 10/15/09 | B | 30.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 10/15/09 | 552H | 904 | 165939 |
| 776704 | 10/26/09 | B | 4.22 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 166203 |

25,412.27