# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

August 1, 2009 Through October 31, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Elizabeth R. Weiss (2001) | Associate/Litigation | 630 | 6.6 | 4,158.00 |
| Parthapratim Chanda (2004) | Associate/Litigation | 580 | 1.7 | 986.00 |
| Brian Burke (2005) | Associate/Litigation | 580 | 2.6 | 1,480.50 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 13.5 | 7,087.50 |
| Ira E. Wiener | Managing Attorney | 340 | .4 | 136.00 |
| Mary Glennon | Paralegal | 245 | 11.8 | 2,891.00 |
| Nafisa Isa | Paralegal | 185 | 10.8 | 1,998.00 |
| Luis Feliciano | Case Clerk | 185 | 1.0 | 185.00 |
| Alfredo Flores | Case Clerk | 185 | .3 | 55.50 |
| Tyrone McBride | Case Clerk | 185 | .5 | 92.50 |
| Ruth Sheopaul | Case Clerk | 185 | 10.3 | 1,905.50 |
| **Total** | | | 59.5 | 20,975.50 |
| **Grand Total:**  $20,975.50 | | | | |
| **Blended Rate:**  $325.53 | | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/09/09                    PROFORMA NO.            801034
02205-00016                                     BATCH NO.              621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

          Currency:  US DOLLARS
================================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 09/14/09 | 07004 Flores, Alfredo | .30 | 55.50 | 28292658 |
| Task: | Electronically submitted proposed order. | | | |
| 10/06/09 | 08288 Wiener, Ira E. | .40 | 136.00 | 28386591 |
| Task: | Reviewed Individual Practice Rules for Judge Preska and advised E. Weiss on deadline for responding to letter. | | | |
| 12/22/05 | 11893 Park, Tai H. | .00 | .00 | 22178260 |
| Task: | FOR PROFESSIONAL SSERVICES RENDERED AND POSTED through January 13, 2009 in connection with defending Nortel Networks Corporation against multiple class action litigations | | | |
| 08/25/09 | 13325 Glennon, Mary M. | .70 | 171.50 | 28229635 |
| Task: | Filed Bankruptcy legal files; updated files and indices. | | | |
| 08/25/09 | 13325 Glennon, Mary M. | .60 | 147.00 | 28229637 |
| Task: | Filed "All Nortel Actions" legal file; updated correspondence; maintained files. | | | |
| 09/25/09 | 13325 Glennon, Mary M. | .40 | 98.00 | 28341966 |
| Task: | Updated bankruptcy file. | | | |
| 09/10/09 | 15492 Burke, Brian | .80 | 464.00 | 28287098 |
| Task: | Class actions: Reviewed and circulated summary of order entered by Judge Berman (Nortel I) regarding reimbursement of Computershare fees (.4); drafted proposed reimbursement order for submission to Court (.4). | | | |
| 09/14/09 | 15492 Burke, Brian | .40 | 232.00 | 28307433 |
| Task: | Drafted and submitted proposed reimbursement order to Court. | | | |
| 09/21/09 | 15492 Burke, Brian | .40 | 232.00 | 28325621 |
| Task: | Class action settlement: Corresponded with Nortel I plaintiffs' counsel regarding reimbursement of transfer agent fees. | | | |
| 09/24/09 | 15492 Burke, Brian | .50 | 290.00 | 28339292 |

SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/09/09
02205-00016

PROFORMA NO.        801034
BATCH NO.          621500
THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency:  US DOLLARS

===================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| Task: | Class action settlement: Corresponded with plaintiffs' counsel and Nortel regarding wire transfer in connection with reimbursement of transfer agent fees and expenses for settlement share distribution. | | | |
| 09/11/09 20891 Sheopaul, Ruth | | .30 | 55.50 | 28287926 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 09/17/09 20891 Sheopaul, Ruth | | .30 | 55.50 | 28308350 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 10/01/09 20891 Sheopaul, Ruth | | .30 | 55.50 | 28363474 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

TOTAL HOURS:                    5.40
TOTAL FEES:                           1,992.50

Page (6) 26

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/09/09                    PROFORMA NO.        801035
02205-00018                                     BATCH NO.           621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
MARCH 2004 ERISA ACTION

          Currency:  US DOLLARS
================================================================================

                        Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 08/25/09 | 13325 Glennon, Mary M. | 1.20 | 294.00 | 28229634 |
| Task: | Filed ERISA legal filings; updated index; maintained files. | | | |
| 09/25/09 | 13325 Glennon, Mary M. | .70 | 171.50 | 28341964 |
| Task: | Updated ERISA legal file. | | | |
| 09/02/09 | 13429 Weiss, Elizabeth R. | .70 | 441.00 | 28253707 |
| Task: | Review draft opposition to motion to lift stay. | | | |
| 09/08/09 | 13429 Weiss, Elizabeth R. | .10 | 63.00 | 28268977 |
| Task: | Review motion to enforce stay. | | | |
| 08/04/09 | 20891 Sheopaul, Ruth | .30 | 55.50 | 28138855 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 08/07/09 | 20891 Sheopaul, Ruth | .30 | 55.50 | 28152044 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 08/27/09 | 20891 Sheopaul, Ruth | .30 | 55.50 | 28229875 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 09/02/09 | 20891 Sheopaul, Ruth | .40 | 74.00 | 28254087 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 09/08/09 | 20891 Sheopaul, Ruth | .50 | 92.50 | 28271049 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 09/11/09 | 20891 Sheopaul, Ruth | .50 | 92.50 | 28287929 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 09/29/09 | 20891 Sheopaul, Ruth | .40 | 74.00 | 28349350 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

                    TOTAL HOURS:              5.40

SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/09/09                    PROFORMA NO.        801035
02205-00018                                     BATCH NO.           621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
MARCH 2004 ERISA ACTION

          Currency:  US DOLLARS
====================================================================================
Date     Timekeeper                              Hours    Amount   Index #
              TOTAL FEES:                                 1,469.00

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/09/09                    PROFORMA NO.          801036
02205-00020                                     BATCH NO.             621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION

          Currency:  US DOLLARS
===============================================================================

                              Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 09/11/09 07453 Feliciano, Luis | | 1.00 | 185.00 | 28290508 |
| Task: | Deliver package to Judge Kaplan at SDNY regarding Domenikos - v - Roth for M. Glennon. | | | |
| 08/07/09 13325 Glennon, Mary M. | | .50 | 122.50 | 28155721 |
| Task: | Reviewed, printed cover memo and attachments. | | | |
| 08/25/09 13325 Glennon, Mary M. | | .40 | 98.00 | 28229636 |
| Task: | Filed legal filings. | | | |
| 09/08/09 13325 Glennon, Mary M. | | .90 | 220.50 | 28281776 |
| Task: | Drafted motion and proposed order regarding motion to withdraw for P. Chanda; reviewed and responded to e-mails from P. Chanda regarding same. | | | |
| 09/17/09 13325 Glennon, Mary M. | | .80 | 196.00 | 28308103 |
| Task: | Did follow-up with MA's office regarding P. Chandra withdrawal order; drafted e-mails regarding same. | | | |
| 09/23/09 13325 Glennon, Mary M. | | .40 | 98.00 | 28333989 |
| Task: | Reviewed e-watch filings, printed same; e-mail to P. Chandra. | | | |
| 08/05/09 13429 Weiss, Elizabeth R. | | .90 | 567.00 | 28146012 |
| Task: | Review motion filed by plaintiffs; summarize for S. Baskin and client. | | | |
| 09/15/09 13429 Weiss, Elizabeth R. | | 1.00 | 630.00 | 28298517 |
| Task: | Telephone calls with Allen & Overy regarding plaintiff's proposal for moving forward with litigation; correspondence with S. Baskin regarding same. | | | |
| 09/16/09 13429 Weiss, Elizabeth R. | | .10 | 63.00 | 28302347 |
| Task: | Correspondence regarding court decision. | | | |
| 08/05/09 14962 Chanda, Parthapratim | | .90 | 522.00 | 28140010 |
| Task: | Review of EPiCON plaintiff filing (.4); multiple correspondence with E. Weiss regarding same (.5). | | | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/09/09                    PROFORMA NO.        801036
02205-00020                                     BATCH NO.           621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION

          Currency:  US DOLLARS
===========================================================================
Date     Timekeeper                                 Hours     Amount   Index #

08/24/09 14962 Chanda, Parthapratim                  .80     464.00 28229763
   Task:        Review of draft filing in bankruptcy matter
                (.6); correspondence with E. Weiss regarding
                same (.2).

09/11/09 20883 McBride, Tyrone                        .50      92.50 28294973
   Task:        E-Filed Motions to Withdraw As Attorneys for
                Marc D. Ashly and P. Chanda at SDNY for M.
                Glennon.

08/11/09 20891 Sheopaul, Ruth                         .50      92.50 28163565
   Task:        Reviewed papers and made docket and calendar
                entries in Law Manager.

09/11/09 20891 Sheopaul, Ruth                         .40      74.00 28287933
   Task:        Reviewed papers and made docket and calendar
                entries in Law Manager.

09/15/09 20891 Sheopaul, Ruth                         .30      55.50 28298893
   Task:        Reviewed papers and made docket and calendar
                entries in Law Manager.

09/24/09 20891 Sheopaul, Ruth                         .30      55.50 28334291
   Task:        Reviewed papers and made docket and calendar
                entries in Law Manager.

                TOTAL HOURS:                         9.70
                TOTAL FEES:                                 3,536.00

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/11/09          PROFORMA NO.        801037
02205-00021                           BATCH NO.           621500
                                      THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

        Currency: US DOLLARS
=============================================================================

                         Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 11/09/09 | 06262 Baskin, Stuart | .00 | .00 | 28528001 |
| Task: | FOR PROFESSIONAL SERVICES RENDERED AND POSTED with representing Nortel Network Corporation | | | |
| 08/07/09 | 13325 Glennon, Mary M. | .50 | 122.50 | 28155722 |
| Task: | Regulatory: reviewed e-mails, printed same. | | | |
| 08/13/09 | 13325 Glennon, Mary M. | .70 | 171.50 | 28179003 |
| Task: | Regulatory: reviewed memos and e-mails from team; responded to same. | | | |
| 08/25/09 | 13325 Glennon, Mary M. | .80 | 196.00 | 28229633 |
| Task: | Regulatory: Filed Sec v. Dunn legal filings; (.5) filed correspondence. (.3) | | | |
| 09/01/09 | 13325 Glennon, Mary M. | 1.20 | 294.00 | 28258367 |
| Task: | Regulatory: office conference with N. Isa regarding Nortel documents; filing same. | | | |
| 09/08/09 | 13325 Glennon, Mary M. | .20 | 49.00 | 28281782 |
| Task: | Filed Nortel SEC filings. | | | |
| 09/25/09 | 13325 Glennon, Mary M. | .50 | 122.50 | 28341963 |
| Task: | Regulatory: updated Dunn legal file. | | | |
| 09/25/09 | 13325 Glennon, Mary M. | .30 | 73.50 | 28341965 |
| Task: | Updated Nortel legal file. | | | |
| 10/02/09 | 13325 Glennon, Mary M. | .40 | 98.00 | 28370891 |
| Task: | Printed, filed letters from the SEC regarding Dunn case. | | | |
| 10/05/09 | 13325 Glennon, Mary M. | .60 | 147.00 | 28384552 |
| Task: | Filed Dunn legal file. | | | |
| 08/04/09 | 13429 Weiss, Elizabeth R. | .20 | 126.00 | 28138484 |
| Task: | Correspondence with SEC and co-counsel regarding SEC inquiry. | | | |
| 08/05/09 | 13429 Weiss, Elizabeth R. | .30 | 189.00 | 28146011 |
| Task: | Regulatory - Telephone calls with J. Teskey and SEC regarding Gollogly action. | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/11/09                      PROFORMA NO.        801037
02205-00021                                       BATCH NO.           621500
                                                  THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
===============================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 08/06/09 | 13429 Weiss, Elizabeth R. | .10 | 63.00 | 28149379 |
| Task: | Regulatory - Correspondence with SEC and R. Breaux regarding SEC inquiry. | | | |
| 08/31/09 | 13429 Weiss, Elizabeth R. | .20 | 126.00 | 28245052 |
| Task: | Review draft opposition to motion to lift stay. | | | |
| 09/10/09 | 13429 Weiss, Elizabeth R. | .30 | 189.00 | 28287308 |
| Task: | Review court decision regarding reimbursement of settlement administration fees. | | | |
| 09/17/09 | 13429 Weiss, Elizabeth R. | .50 | 315.00 | 28307693 |
| Task: | Correspondence from the SEC regarding Nortel actions against former employees. | | | |
| 09/23/09 | 13429 Weiss, Elizabeth R. | .10 | 63.00 | 28346378 |
| Task: | Correspondence with SEC responding to latest inquiry. | | | |
| 10/01/09 | 13429 Weiss, Elizabeth R. | .50 | 315.00 | 28360965 |
| Task: | Correspondence regarding SEC inquiry relating to Fair Fund creation. | | | |
| 10/02/09 | 13429 Weiss, Elizabeth R. | .40 | 252.00 | 28373601 |
| Task: | Regulatory - Telephone calls with SEC regarding Fair Fund creation and correspondence with client regarding same. | | | |
| 10/06/09 | 13429 Weiss, Elizabeth R. | .80 | 504.00 | 28377619 |
| Task: | Correspondence and telephone calls regarding Nortel's response to SEC's pre-motion notice. | | | |
| 10/07/09 | 13429 Weiss, Elizabeth R. | .40 | 252.00 | 28384298 |
| Task: | Correspondence with D. Powers and the court regarding Nortel's position on the SEC's planned motion for a Fair Fund. | | | |
| 08/17/09 | 15492 Burke, Brian | .50 | 262.50 | 28189289 |
| Task: | Regulatory: Reviewed, summarized and circulated recent filings in SEC action against Dunn et al. | | | |
| 08/10/09 | 16476 Gilroy, Terence P. | 1.60 | 840.00 | 28170138 |
| Task: | Bankruptcy - Prepared draft interim fee application (.9); meeting with D. McPherson regarding exhibits to fee application (.3); | | | |

SHEARMAN & STERLING LLP

Page (8) 8

PROFORMA GENERATED: 11/11/09
02205-00021

PROFORMA NO.        801037
BATCH NO.          621500
THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

Currency:  US DOLLARS

===========================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| | reviewed correspondence regarding same (.4) | | | |
| 08/11/09 16476 Gilroy, Terence P. | | .40 | 210.00 | 28170146 |
| Task: | Bankruptcy - Meeting with N. Isa regarding interim fee application (.3); meeting with D. McPherson regarding same (.1). | | | |
| 08/12/09 16476 Gilroy, Terence P. | | 1.20 | 630.00 | 28170154 |
| Task: | Bankruptcy - Reviewed diary entries in support of interim fee application (.7); edited interim fee application (.5). | | | |
| 08/13/09 16476 Gilroy, Terence P. | | .70 | 367.50 | 28170162 |
| Task: | Bankruptcy - Telephone call with D. McPherson regarding diary entries (.1); edited interim fee application (.6). | | | |
| 08/17/09 16476 Gilroy, Terence P. | | .90 | 472.50 | 28189165 |
| Task: | Bankruptcy - Edited fee application (.4); corresponded with A. Cordo regarding fee application procedure (.2); corresponded with D. McPherson regarding diary entries (.3). | | | |
| 08/18/09 16476 Gilroy, Terence P. | | 2.20 | 1,155.00 | 28189173 |
| Task: | Bankruptcy - Meeting with N. Isa regarding fee applications (.4); reviewed diary entries for submission to bankruptcy court (.8); meeting with D. McPherson regarding various issues relating to fee application (.3); edited fee application (.7). | | | |
| 08/19/09 16476 Gilroy, Terence P. | | 1.80 | 945.00 | 28213058 |
| Task: | Bankruptcy - Prepared interim fee application (.4); corresponded with A. Cordo regarding fee application (.4); prepared second quarterly application (1.0). | | | |
| 09/01/09 16476 Gilroy, Terence P. | | .10 | 52.50 | 28250416 |
| Task: | Bankruptcy - Reviewed bankruptcy docket (.1). | | | |
| 09/08/09 16476 Gilroy, Terence P. | | 1.50 | 787.50 | 28271176 |
| Task: | Bankruptcy - Prepared quarterly fee application (.8); corresponded with A. Cordo regarding various issues (.2); corresponded with caseteam regarding issues related to filing of quarterly application (.5). | | | |

Page (9) 9

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/11/09               PROFORMA NO.          801037
02205-00021                                BATCH NO.             621500
                                           THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
==================================================================================
Date      Timekeeper                                  Hours     Amount   Index #

09/10/09 16476 Gilroy, Terence P.                      .30     157.50 28285791
    Task:        Bankruptcy - Corresponded with A. Cordo
                 regarding quarterly fee application.

09/15/09 16476 Gilroy, Terence P.                      .20     105.00 28309996
    Task:        Bankruptcy - Reviewed bankruptcy docket to
                 verify filing of CNO (.2).

09/24/09 16476 Gilroy, Terence P.                     1.70     892.50 28331381
    Task:        Telephone call with CourtCall to schedule fee
                 hearing appearance; prepared papers regarding
                 same; meeting with B. Burke regarding fee
                 hearing.

09/30/09 16476 Gilroy, Terence P.                      .90     472.50 28363934
    Task:        Bankruptcy - Prepared for and participated in
                 telephonic bankruptcy hearing on fee
                 application.

08/10/09 20891 Sheopaul, Ruth                          .50      92.50 28157683
    Task:        Reviewed papers and made docket and calendar
                 entries in Law Manager.

08/17/09 20891 Sheopaul, Ruth                          .80     148.00 28183154
    Task:        Reviewed papers and made docket and calendar
                 entries in Law Manager.

08/18/09 20891 Sheopaul, Ruth                          .30      55.50 28186824
    Task:        Reviewed papers and made docket and calendar
                 entries in Law Manager.

08/24/09 20891 Sheopaul, Ruth                          .80     148.00 28211480
    Task:        Reviewed papers and made docket and calendar
                 entries in Law Manager.

09/08/09 20891 Sheopaul, Ruth                          .30      55.50 28271053
    Task:        Reviewed papers and made docket and calendar
                 entries in Law Manager.

09/09/09 20891 Sheopaul, Ruth                          .30      55.50 28276554
    Task:        Reviewed papers and made docket and calendar
                 entries in Law Manager.

09/15/09 20891 Sheopaul, Ruth                          .30      55.50 28298902
    Task:        Reviewed papers and made docket and calendar

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/11/09            PROFORMA NO.        801037
02205-00021                            BATCH NO.          621500
                                       THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
=================================================================
Date      Timekeeper                           Hours   Amount  Index #
          entries in Law Manager.

09/16/09 20891 Sheopaul, Ruth                   .30     55.50 28302797
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

09/21/09 20891 Sheopaul, Ruth                   .50     92.50 28319748
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

09/22/09 20891 Sheopaul, Ruth                   .30     55.50 28322865
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

10/28/09 20891 Sheopaul, Ruth                   .30     55.50 28475437
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

10/30/09 20891 Sheopaul, Ruth                   .50     92.50 28489807
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

08/11/09 21938 Isa, Nafisa                     6.50  1,202.50 28172704
   Task:       Bankruptcy - Met with T. Gilroy regarding
               interim fee application (.5); prepared
               compensation and expense summary tables for
               interim fee application as per T. Gilroy(6.0).

08/12/09 21938 Isa, Nafisa                     1.00    185.00 28179172
   Task:       Bankruptcy - Edited compensation and expense
               summary tables for interim fee application.

08/18/09 21938 Isa, Nafisa                     3.30    610.50 28197991
   Task:       Bankruptcy - Met with T. Gilroy regarding
               interim fee application (.2); updated expense
               summary tables for interim fee application
               (2.7); reviewed interim fee application
               exhibits for quality assurance purposes (.4).

               TOTAL HOURS:                   39.00
               TOTAL FEES:                           13,978.00