## EXHIBIT B

## EXPENSE SUMMARY

All Matters

August 1, 2009 Through October 31, 2009[6]

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Service | | 13.50 |
| Duplicating | Off-site | 5.25 |
| Duplicating | In House | 24.80 |
| Electronic Docket Information | Court Alert | 961.50 |
| Electronic Docket Information | Pacer | 105.00 |
| Electronic Docket Information | E-Law | 156.52 |
| Computer Research | Lexis-Nexis | 40.83 |
| Computer Research | ALM Media | 465.14 |
| Other Information Services | Incisive Media | 248.94 |
| **Total Expenses:** | | $2,021.48 |

---

[6] Includes unbilled expenses for April 2009 and July 2009.

Page (8) 17

## SHEARMAN & STERLING LLP

| | |
|---|---|
| PROFORMA GENERATED: 11/09/09 | PROFORMA NO.        801034 |
| 02205-00016 | BATCH NO.          621500 |
| | THROUGH DATE: 10/31/09 |

NORTEL NETWORKS LIMITED
RESERVES RELEASE

      Currency:  US DOLLARS
================================================================================

### Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|------|-----------|-----------|--------|---------|---------|
| 08/10/09 | CPY | 06262 Baskin, Stuart<br>9 COPIES AT 599 5th Floor<br>Ref:                41747777      70875 | .90 | 25797399 | |
| 08/10/09 | CPY | 06262 Baskin, Stuart<br>19 COPIES AT 599 5th Floor<br>Ref:                41747782      70875 | 1.90 | 25797400 | |
| 08/01/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: REED<br>ELSEVIER, INC.<br>Bank ID: CITBKNY4 Check Number: 745325 | 30.60 | 25816195 | 31433535 |
| 08/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 744909 | 102.93 | 25803544 | 31431887 |
| 08/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW,<br>LLC<br>Bank ID: CITBKNY4 Check Number: 744928 | 26.02 | 25804463 | 31431960 |
| 08/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: INCISIVE<br>MEDIA<br>Bank ID: CITBKNY4 Check Number: 745223 | 207.45 | 25804625 | 31431976 |
| 08/31/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 745798 | 85.22 | 25852601 | 31437951 |
| 08/31/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>MEDIA, INC. CASES RESEARCHED.<br>Bank ID: CITBKNY4 Check Number: 746414 | 224.40 | 25892079 | 31442940 |
| 09/01/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW,<br>LLC | 39.18 | 25852678 | 31437957 |

SHEARMAN & STERLING LLP

Page (9) 18

PROFORMA GENERATED: 11/09/09
02205-00016

PROFORMA NO.          801034
BATCH NO.             621500
THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
RESERVES RELEASE
          Currency:  US DOLLARS

========================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|------|------|------|------|------|------|
| | | Bank ID: CITBKNY4 Check Number: 745817 | | | |
| 09/30/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: REED ELSEVIER INC. | 10.23 | 25906598 | 31444662 |
| 09/30/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 746623 | 39.18 | 25906749 | 31444677 |
| 09/30/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 746687 | 67.68 | 25909870 | 31444926 |
| 10/29/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 746804 | 214.34 | 25925360 | 31446420 |
| 10/05/09 | TEL | 06262 Baskin, Stuart<br>Telephone Charges - - VENDOR: PACER SERVICE CENTER<br>Bank ID: CITBKNY4 Check Number: 746903 | 39.00 | 25931442 | 31447027 |

                    TOTAL                    1,089.03

### SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/09/09                     PROFORMA NO.        801035
02205-00018                                      BATCH NO.           621500
                                                 THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
MARCH 2004 ERISA ACTION

     Currency:  US DOLLARS
===============================================================================

                          Costcard Detail

        Cost
Date    Code    Charged By                       Amount    Index #   Voucher

09/30/09 CPY  13325 Glennon, Mary M.                .10 25878502
              1 COPIES AT 599 5th Floor
              Ref:        41852928      71804

04/23/09 INF  06262 Baskin, Stuart                34.14 25712345 31419881
              Other Information Services - - VENDOR:
              COURTALERT.COM, INC.
              Bank ID: CITBKNY4 Check Number: 743314

04/30/09 INF  06262 Baskin, Stuart                35.76 25680027 31415882
              Other Information Services - - VENDOR:
              COURTALERT.COM, INC. SERVICES FOR THE MONTH
              ENDING 04/30/09.
              Bank ID: CITBKNY4 Check Number: 742771

08/14/09 INF  06262 Baskin, Stuart                45.52 25803545 31431887
              Other Information Services - - VENDOR:
              COURTALERT.COM, INC.
              Bank ID: CITBKNY4 Check Number: 744909

08/31/09 INF  06262 Baskin, Stuart                42.46 25852602 31437951
              Other Information Services - - VENDOR:
              COURTALERT.COM, INC.
              Bank ID: CITBKNY4 Check Number: 745798

09/30/09 INF  06262 Baskin, Stuart                57.70 25909871 31444926
              Other Information Services - - VENDOR:
              COURTALERT.COM, INC.
              Bank ID: CITBKNY4 Check Number: 746687

10/05/09 TEL  06262 Baskin, Stuart                34.00 25931443 31447027
              Telephone Charges - - VENDOR: PACER SERVICE
              CENTER
              Bank ID: CITBKNY4 Check Number: 746903


        TOTAL                                    249.68

SHEARMAN & STERLING LLP

Page (8) 38

PROFORMA GENERATED: 11/09/09
02205-00020

PROFORMA NO.          801036
BATCH NO.             621500
THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION

Currency:  US DOLLARS

===========================================================================

Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|------|-----------|------------|--------|---------|---------|
| 08/10/09 | CPY | 06262 Baskin, Stuart<br>15 COPIES AT 599 5th Floor<br>Ref:                41747779    70875 | 1.50 | 25797401 | |
| 09/11/09 | CPY | 13325 Glennon, Mary M.<br>1 COPIES AT 599 5th Floor<br>Ref:                41810129    71435 | .10 | 25847931 | |
| 09/18/09 | CPY | 13325 Glennon, Mary M.<br>1 COPIES AT 599 5th Floor<br>Ref:                41825823    71562 | .10 | 25857563 | |
| 09/18/09 | CPY | 13325 Glennon, Mary M.<br>2 COPIES AT 599 5th Floor<br>Ref:                41825824    71562 | .20 | 25857564 | |
| 09/18/09 | CPY | 13325 Glennon, Mary M.<br>9 COPIES AT 599 5th Floor<br>Ref:                41825845    71562 | .90 | 25857565 | |
| 08/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 744909 | 37.39 | 25803546 | 31431887 |
| 08/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW,<br>LLC<br>Bank ID: CITBKNY4 Check Number: 744928 | 13.01 | 25804464 | 31431960 |
| 08/14/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: INCISIVE<br>MEDIA<br>Bank ID: CITBKNY4 Check Number: 745223 | 13.83 | 25804626 | 31431976 |
| 08/31/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 745798 | 34.30 | 25852603 | 31437951 |
| 08/31/09 | INF | 06262 Baskin, Stuart | 13.20 | 25892080 | 31442940 |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/09/09                    PROFORMA NO.          801036
02205-00020                                     BATCH NO.             621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
EPICON LITIGATION
            Currency:  US DOLLARS
=====================================================================================

|      | Cost |                                                   |        |         |          |
| Date | Code | Charged By                                        | Amount | Index # | Voucher  |
|------|------|---------------------------------------------------|--------|---------|----------|
|      |      | Other Information Services - - VENDOR: ALM        |        |         |          |
|      |      | MEDIA, INC. CASES RESEARCHED.                     |        |         |          |
|      |      | Bank ID: CITBKNY4 Check Number: 746414            |        |         |          |
| 09/01/09 | INF | 06262 Baskin, Stuart                          | 13.06  | 25852679 | 31437957 |
|      |      | Other Information Services - - VENDOR: E- LAW,    |        |         |          |
|      |      | LLC                                               |        |         |          |
|      |      | Bank ID: CITBKNY4 Check Number: 745817            |        |         |          |
| 09/30/09 | INF | 06262 Baskin, Stuart                          | 13.06  | 25906750 | 31444677 |
|      |      | Other Information Services - - VENDOR: E- LAW,    |        |         |          |
|      |      | LLC                                               |        |         |          |
|      |      | Bank ID: CITBKNY4 Check Number: 746623            |        |         |          |
| 09/30/09 | INF | 06262 Baskin, Stuart                          | 31.85  | 25909872 | 31444926 |
|      |      | Other Information Services - - VENDOR:            |        |         |          |
|      |      | COURTALERT.COM, INC.                              |        |         |          |
|      |      | Bank ID: CITBKNY4 Check Number: 746687            |        |         |          |
| 10/29/09 | INF | 06262 Baskin, Stuart                          | 13.20  | 25925361 | 31446420 |
|      |      | Other Information Services - - VENDOR: ALM        |        |         |          |
|      |      | MEDIA, INC.                                       |        |         |          |
|      |      | Bank ID: CITBKNY4 Check Number: 746804            |        |         |          |
| 09/11/09 | MSG | 07453 Feliciano, Luis                         | 4.50   | 25900826 |          |
|      |      | Messengers      DELIVERED TO : SDNY               |        |         |          |
| 10/05/09 | TEL | 06262 Baskin, Stuart                          | 5.00   | 25931444 | 31447027 |
|      |      | Telephone Charges - - VENDOR: PACER SERVICE       |        |         |          |
|      |      | CENTER                                            |        |         |          |
|      |      | Bank ID: CITBKNY4 Check Number: 746903            |        |         |          |

                    TOTAL                              195.20

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/11/09                    PROFORMA NO.        801037
02205-00021                                     BATCH NO.          621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS

         Currency:  US DOLLARS
=============================================================================

                           Costcard Detail

         Cost
Date     Code     Charged By                        Amount    Index #   Voucher

08/10/09 CPY  06262 Baskin, Stuart                     .10 25797402
              1 COPIES AT 599 5th Floor
              Ref:              41747754    70875

08/10/09 CPY  06262 Baskin, Stuart                     .40 25797403
              4 COPIES AT 599 5th Floor
              Ref:              41747756    70875

08/10/09 CPY  06262 Baskin, Stuart                    2.40 25797404
              24 COPIES AT 599 5th Floor
              Ref:              41747783    70875

08/11/09 CPY  21938 Isa, Nafisa                       5.50 25801141
              55 COPIES AT 599 4th Floor Svc Ctr
              Ref:              41752962    70917

08/18/09 CPY  21938 Isa, Nafisa                       5.20 25808793
              52 COPIES AT 599 4th Floor Svc Ctr
              Ref:              41763568    71047

08/18/09 CPY  21938 Isa, Nafisa                       2.80 25808794
              28 COPIES AT 599 4th Floor Svc Ctr
              Ref:              41763588    71047

08/25/09 CPY  13325 Glennon, Mary M.                   .10 25821213
              1 COPIES AT 599 5th Floor
              Ref:              41776006    71173

09/03/09 CPY  13325 Glennon, Mary M.                   .10 25835343
              1 COPIES AT 599 5th Floor
              Ref:              41793900    71308

09/14/09 CPY  13325 Glennon, Mary M.                   .90 25851447
              9 COPIES AT 599 5th Floor
              Ref:              41815297    71478

09/22/09 CPY  13325 Glennon, Mary M.                   .10 25861197
              1 COPIES AT 599 5th Floor
              Ref:              41830978    71605

10/09/09 CPY  13325 Glennon, Mary M.                   .20 25889759

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/11/09                    PROFORMA NO.        801037
02205-00021                                     BATCH NO.           621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
      Currency:  US DOLLARS
=================================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|------|-----------|------------|--------|---------|---------|
| | | 2 COPIES AT 599 5th Floor | | | |
| | | Ref:           41870046    71894 | | | |
| 10/13/09 | CPY | 13325 Glennon, Mary M. | .20 | 25893912 | |
| | | 2 COPIES AT 599 5th Floor | | | |
| | | Ref:           41875865    71934 | | | |
| 10/21/09 | CPY | 13325 Glennon, Mary M. | .10 | 25912882 | |
| | | 1 COPIES AT 599 5th Floor | | | |
| | | Ref:           41896739    72104 | | | |
| 10/21/09 | CPY | 13325 Glennon, Mary M. | .10 | 25912883 | |
| | | 1 COPIES AT 599 5th Floor | | | |
| | | Ref:           41896740    72104 | | | |
| 10/21/09 | CPY | 13325 Glennon, Mary M. | .60 | 25912884 | |
| | | 6 COPIES AT 599 5th Floor | | | |
| | | Ref:           41896741    72104 | | | |
| 10/29/09 | CPY | 13325 Glennon, Mary M. | .30 | 25927881 | |
| | | 3 COPIES AT 599 5th Floor | | | |
| | | Ref:           41912612    72228 | | | |
| 08/14/09 | INF | 06262 Baskin, Stuart | 48.23 | 25803547 | 31431887 |
| | | Other Information Services - - VENDOR: COURTALERT.COM, INC. | | | |
| | | Bank ID: CITBKNY4 Check Number: 744909 | | | |
| 08/14/09 | INF | 06262 Baskin, Stuart | 13.01 | 25804465 | 31431960 |
| | | Other Information Services - - VENDOR: E- LAW, LLC | | | |
| | | Bank ID: CITBKNY4 Check Number: 744928 | | | |
| 08/14/09 | INF | 06262 Baskin, Stuart | 27.66 | 25804627 | 31431976 |
| | | Other Information Services - - VENDOR: INCISIVE MEDIA | | | |
| | | Bank ID: CITBKNY4 Check Number: 745223 | | | |
| 08/31/09 | INF | 06262 Baskin, Stuart | 279.26 | 25852604 | 31437951 |
| | | Other Information Services - - VENDOR: COURTALERT.COM, INC. | | | |
| | | Bank ID: CITBKNY4 Check Number: 745798 | | | |
| 09/30/09 | INF | 06262 Baskin, Stuart | 59.06 | 25909873 | 31444926 |
| | | Other Information Services - - VENDOR: COURTALERT.COM, INC. | | | |

Page (13) 13

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 11/11/09                    PROFORMA NO.        801037
02205-00021                                     BATCH NO.           621500
                                                THROUGH DATE: 10/31/09

NORTEL NETWORKS LIMITED
INVESTIGATIONS
          Currency:  US DOLLARS
================================================================================

|       | Cost |                                                      |        |         |         |
|-------|------|------------------------------------------------------|--------|---------|---------|
| Date  | Code | Charged By                                           | Amount | Index # | Voucher |
|       |      | Bank ID: CITBKNY4 Check Number: 746687               |        |         |         |
|       |      |                                                      |        |         |         |
| 07/17/09 | MSG | 07453 Feliciano, Luis                             | 4.50   | 25810201 |        |
|       |      | Messengers      PICK UP A 599 LEXINGTON/ DELIVER     |        |         |         |
|       |      | TO 500 PEARL STREET                                  |        |         |         |
|       |      |                                                      |        |         |         |
| 09/16/09 | MSG | 20883 McBride, Tyrone                             | 4.50   | 25900905 |        |
|       |      | Messengers      DELIVERED TO : E. WEISS              |        |         |         |
|       |      |                                                      |        |         |         |
| 10/15/09 | PRT | 06262 Baskin, Stuart                              | 5.25   | 25896412 | 31443298 |
|       |      | Offsite Photocopies and Printing - - VENDOR:         |        |         |         |
|       |      | PETTY CASH -SHEARMAN & STERLING LLP                  |        |         |         |
|       |      | Bank ID: CITBKNY4 Check Number: 746381               |        |         |         |
|       |      |                                                      |        |         |         |
| 10/05/09 | TEL | 06262 Baskin, Stuart                              | 27.00  | 25931445 | 31447027 |
|       |      | Telephone Charges - - VENDOR: PACER SERVICE          |        |         |         |
|       |      | CENTER                                               |        |         |         |
|       |      | Bank ID: CITBKNY4 Check Number: 746903               |        |         |         |

              TOTAL                                487.57