## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, [1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

-------------------------------------------------------X    **Hearing Date: December 15, 2009 at 10:00 a.m. (ET)**

### THIRD QUARTERLY FEE APPLICATION REQUEST OF SHEARMAN & STERLING LLP, AS NON-ORDINARY COURSE PROFESSIONAL SPECIAL LITIGATION COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2009 THROUGH OCTOBER 31, 2009

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Shearman & Sterling LLP ("Shearman & Sterling") hereby submits its Third Quarterly Fee Application Request (the "Request") for the period August 1, 2009 through and including October 31, 2009[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to Shearman & Sterling's third interim application, Docket Item No. 1957, contain detailed listings of Shearman & Sterling's requested fees and expenses for the Application Period.

Shearman & Sterling seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 11/23/09 | 8/1/09 – 10/31/09 | $20,975.50 | $2,021.48 | Pending | Pending | Pending | Pending |
| **TOTAL** | | **$20,975.50** | **$2,021.48** | | **Pending** | **Pending** | **Pending** |

In accordance with the Monthly Compensation Order, Shearman & Sterling seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Shearman & Sterling respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Shearman & Sterling such other and further relief as is just and proper.

Dated: November 23, 2009
New York, New York

SHEARMAN & STERLING LLP

Stuart J. Baskin
Elizabeth Weiss
Terence P. Gilroy
599 Lexington Avenue
New York, New York 10022
Telephone: 212-848-4000
Facsimile: 212-848-7179

*Counsel for the Debtors in Pending Litigations*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Elizabeth R. Weiss (2001) | Associate/Litigation | 630 | 6.6 | 4,158.00 |
| Parthapratim Chanda (2004) | Associate/Litigation | 580 | 1.7 | 986.00 |
| Brian Burke (2005) | Associate/Litigation | 580 | 2.6 | 1,480.50 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 13.5 | 7,087.50 |
| Ira E. Wiener | Managing Attorney | 340 | .4 | 136.00 |
| Mary Glennon | Paralegal | 245 | 11.8 | 2,891.00 |
| Nafisa Isa | Paralegal | 185 | 10.8 | 1,998.00 |
| Luis Feliciano | Case Clerk | 185 | 1.0 | 185.00 |
| Alfredo Flores | Case Clerk | 185 | .3 | 55.50 |
| Tyrone McBride | Case Clerk | 185 | .5 | 92.50 |
| Ruth Sheopaul | Case Clerk | 185 | 10.3 | 1,905.50 |
| **Total** | | | 59.5 | 20,975.50 |
| **Grand Total:**  $20,975.50 | | | | |
| **Blended Rate:**  $325.53 | | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY MATTER

| Matter | Total Hours | Total Fees |
|---|---|---|
| Nortel Networks Limited – (02205-00016) Reserves Release (In re Nortel Networks Corporation Securities Litigation, 05-MD-1659 (LAP) (S.D.N.Y.)); Securities Litigation (In re Nortel Networks Corporation Securities Litigation, 01-CV-1855 (RMB) (S.D.N.Y.)) | 5.4 | $1,992.50 |
| Nortel Networks Limited – (02205-00018) March 2004 ERISA Action (In re Nortel Networks Corp. ERISA Litigation, 3:03-MD-1537 (M.D. Tenn.)) | 5.4 | $1,469.00 |
| Nortel Networks Limited – (02205-00020) Epicon Litigation (Domenikos v. Roth, et al., 05-CV-2080 (S.D.N.Y.)) | 9.7 | $3,536.00 |
| Nortel Networks Limited – (02205-00021) Investigations (Securities & Exchange Commission investigation and related proceedings) | 39.0 | $13,978.00 |
| Total | 59.5 | $20,975.50 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY[3]

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Service | | 8.00 |
| Postage and Courier | | 3.17 |
| Duplicating | In House | 101.67 |
| Electronic Docket Information | Court Alert | 610.98 |
| Electronic Docket Information | Pacer | 99.25 |
| Electronic Docket Information | E-Law | 182.14 |
| Computer Research | Lexis-Nexis | 76.50 |
| Computer Research | Westlaw | 490.15 |
| Conferencing Services | Southpath Legal | 1.68 |
| Other Information Services | Incisive Media | 782.59 |
| **Total Expenses:** | | $2,356.13 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] Includes unbilled expenses for April 2009 and July 2009.