# EXHIBIT C

## DISBURSEMENT SUMMARY
## OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $798.31 |
| Conference Call /Telephone Charges | $18,271.56 |
| Courier Service/Postage | $346.21 |
| Duplicating (@ $0.10 per page) | $2,122.00 |
| Meals/Committee Meeting Expenses | $3,913.92 |
| Travel Expenses – Airfare | $4,466.56 |
| Travel Expenses – Ground Transportation | $2,771.03 |
| Travel Expenses – Lodging | $851.80 |
| Travel Expenses – Train Fare | $2,204.20 |
| | |
| **TOTAL** | **$35,745.59** |

8234690 v2