# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
### Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1285108 |
| ATTN: JOHN DOLITTLE | Invoice Date 11/18/09 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 07/01/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645210 DATE: 7/10/2009 Vendor: Executive Royal Voucher #: 970210 Date: 07/01/2009 Name: David D'Urso\|\|Car Service, Vendor: Executive Royal Voucher #: 970210 Date: 07/01/2009 Name: David D'Urso | $116.23 |
| 07/01/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 645210 DATE: 7/10/2009 Vendor: Executive Royal Voucher #: 157830 Date: 07/01/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 157830 Date: 07/01/2009 Name: Stephen Kuhn | $119.27 |
| 07/01/09 | Travel - Ground Transportation Travel home from office re document review.; Taxi Receipt | $11.00 |
| 08/05/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 646373 DATE: 8/14/2009 Vendor: Executive Royal Voucher #: 169169 Date: 08/05/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 169169 Date: 08/05/2009 Name: Brad Kahn | $26.93 |
| 08/06/09 | Travel - Ground Transportation | $112.87 |

| | | |
|---|---|---|
| | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 646373 DATE: 8/14/2009 Vendor: Executive Royal Voucher #: 165260 Date: 08/06/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 165260 Date: 08/06/2009 Name: Fred Hodara | |
| 09/14/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 0502347584 DEPARTURE DATE: 09/14/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/14/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 0502347583 DEPARTURE DATE: 09/14/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/14/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 0502347586 DEPARTURE DATE: 09/14/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/14/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 0502830452 DEPARTURE DATE: 09/14/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 09/14/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 0502347582 DEPARTURE DATE: 09/14/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/14/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 0502347585 DEPARTURE DATE: 09/14/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/14/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: FEUERSTEIN TONY D TICKET #: 7681535315 DEPARTURE DATE: 09/16/2009 ROUTE: NYP WIL NYP | $402.00 |
| 09/14/09 | Travel - Train Fare  VENDOR: DINERS | $402.00 |

| Date | Description | Amount |
|---|---|---|
| | CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7681535314 DEPARTURE DATE: 09/16/2009 ROUTE: NYP WIL NYP | |
| 09/14/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7704368563 DEPARTURE DATE: 09/17/2009 ROUTE: YYZ LGA YYZ | $1,991.06 |
| 09/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: HODARA FRED TICKET #: 0502347590 DEPARTURE DATE: 09/15/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 0502347587 DEPARTURE DATE: 09/15/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: KUHN STEPHEN TICKET #: 0502347588 DEPARTURE DATE: 09/15/2009 ROUTE: NYP WIL | $37.00 |
| 09/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: KUHN STEPHEN TICKET #: 0502858902 DEPARTURE DATE: 09/15/2009 ROUTE: WIL NYP | $37.00 |
| 09/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: STURM JOSHUA TICKET #: 0502347589 DEPARTURE DATE: 09/15/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: HODARA FRED TICKET #: 7681535319 DEPARTURE DATE: 09/16/2009 ROUTE: NYP WIL NYP | $283.00 |
| 09/15/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7681535316 DEPARTURE | $402.00 |

| Date | Description | Amount |
|---|---|---|
| 09/15/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: KUHN STEPHEN TICKET #: 7681535317 DEPARTURE DATE: 09/16/2009 ROUTE: NYP WIL NYP | $104.00 |
| 09/15/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: KUHN STEPHEN TICKET #: 168D23 DEPARTURE DATE: 09/16/2009 ROUTE: NYP WIL | $134.00 |
| 09/15/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: STURM JOSHUA TICKET #: 7681535318 DEPARTURE DATE: 09/16/2009 ROUTE: WIL NYP | $417.00 |
| 09/16/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: KUHN STEPHEN TICKET #: 168D23 DEPARTURE DATE: 09/16/2009 ROUTE: NYP WIL NYP | $-134.00 |
| 09/16/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: KUHN STEPHEN TICKET #: 0502910403 DEPARTURE DATE: 09/16/2009 ROUTE: TON EWY | $37.00 |
| 09/16/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: KUHN STEPHEN TICKET #: 168D23 DEPARTURE DATE: 09/16/2009 ROUTE: WIL NYP | $149.00 |
| 09/17/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 2V1680A8 DEPARTURE DATE: 09/16/2009 ROUTE: WIL NYP | $-361.80 |
| 09/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-091409; DATE: 9/21/2009 | $371.97 |
| 09/22/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 0503064408 DEPARTURE DATE: 09/22/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 09/22/09 | Travel - Airfare VENDOR: DINERS | $1,980.70 |

| | | |
|---|---|---|
| | CLUB INVOICE#: SEP09-53062500000206 DATE: 9/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7705648297 DEPARTURE DATE: 09/29/2009 ROUTE: YYZ LGA YYZ | |
| 09/24/09 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 331621 DATE: 10/2/2009 SENDER'S NAME:  ; JOB NUMBER: 2601413; PICKUP: ONE BRYANT PARK; DESTINATION: 825 3RD AVE; DATE: 09/24/2009 | $9.09 |
| 09/29/09 | Travel - Ground Transportation  Taxi from office to home; Taxi voucher | $10.40 |
| 09/29/09 | Travel - Lodging (Hotel, Apt, Other)  Hotel Stay for Nortel Meetings; The Westin New York | $425.90 |
| 09/30/09 | Meals - Business  Purchased beverages.; 2; Amtrak | $3.60 |
| 09/30/09 | Meals - Business  Purchase snack.; 1; Amtrak | $2.25 |
| 09/30/09 | Meals - Business  Purchase snack.; 1; Amtrak | $4.00 |
| 09/30/09 | Travel - Ground Transportation  Travel from 200 Riverside Boulevard to NY Penn station for trip to DE for Court hearing.; Carmel Car Service | $15.00 |
| 09/30/09 | Meals - Business  Purchase beverages.; 2; brewhaha | $10.85 |
| 09/30/09 | Travel - Lodging (Hotel, Apt, Other)  Hotel Stay for Nortel Meetings; The Westin New York | $425.90 |
| 09/30/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009  Vendor: Dial Car Voucher #: DLA2933267 Date: 09/30/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA2933267 Date: 09/30/2009 Name: Ryan Jacobs | $67.39 |
| 09/30/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009  Vendor: Dial Car Voucher #: DLA2973480 Date: 09/30/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2973480 Date: 09/30/2009 Name: David Botter | $128.10 |
| 09/30/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009  Vendor: Dial Car Voucher #: DLA2986043 Date: 09/30/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2986043 Date: 09/30/2009 Name: David Botter | $122.83 |
| 10/01/09 | Meals (100%)  VENDOR: | $20.41 |

| Date | Description | Amount |
|---|---|---|
| 10/01/09 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 578948 DATE: 10/4/2009 Sturm Joshua - Mendy's Kosher Restaurant - 10/01/2009 Meals - Business 9/25/09 - N. Kunen - working meal (1 person) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800050; DATE: 10/1/2009 | $23.73 |
| 10/01/09 | Meals - Business 9/29/09 - J. Sturm - working team meeting (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800050; DATE: 10/1/2009 | $193.80 |
| 10/01/09 | Meals - Business 9/29/09 - N. Kunen - working professionals meal with Capstone (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800050; DATE: 10/1/2009 | $421.56 |
| 10/01/09 | Meals - Business 10/1/09 - P. Sanchez - working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800050; DATE: 10/1/2009 | $332.40 |
| 10/01/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009 Vendor: Dial Car Voucher #: DLA2185646 Date: 10/01/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2185646 Date: 10/01/2009 Name: Ken Davis | $110.08 |
| 10/02/09 | Computerized Legal Research - Westlaw User: BARLOON,REBECCA Date: 10/2/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $12.82 |
| 10/02/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 10/2/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.66 |
| 10/02/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648327 DATE: 10/9/2009 Vendor: Executive Royal Voucher #: 172387 Date: 10/02/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 172387 Date: 10/02/2009 Name: Fred Hodara | $97.57 |
| 10/02/09 | Meals - Business Purchased lunch.; 1; RA at Akin Gump | $12.19 |
| 10/05/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009 Jacobs Ryan - Atomic Wings 9th Ave) - | $19.92 |

| | | |
|---|---|---|
| 10/05/09 | 10/05/2009<br>Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009<br>Kahn Brad - Atomic Wings 9th Ave) - 10/05/2009 | $19.92 |
| 10/05/09 | Travel - Ground Transportation Taxi from DC Airport to 1333 New Hampshire, NW.; Nortel - DC Taxi | $20.00 |
| 10/05/09 | Meals - Business Coffee purchase at Reagan National Airport.; D. Botter; Nortel - Starbucks | $3.31 |
| 10/05/09 | Meals - Business Coffee purchase at Reagan National Airport.; D. Botter; Nortel - Mayorga Coffee | $3.00 |
| 10/05/09 | Meals - Business Lunch with potential expert witness, A. Qureshi and K. Rowe.; D. Botter, A. Qureshi, K. Rowe, potential expert witness; Nortel - I Ricchi | $170.00 |
| 10/05/09 | Travel - Ground Transportation NYC Taxi | $12.65 |
| 10/05/09 | Travel - Ground Transportation Taxi from 1333 N.H. to DCA; Taxicab Receipt | $17.00 |
| 10/05/09 | Travel - Ground Transportation Taxi from DCA to 1333 N.H.; Taxicab Receipt | $18.00 |
| 10/05/09 | Travel - Airfare Airline tickets.; DC travel re Nortel.; Executive Travel Associates | $420.80 |
| 10/05/09 | Travel - Ground Transportation Taxi to train to DC; Taxi Receipt | $12.50 |
| 10/05/09 | Computerized Legal Research - Other Case Searches - July through September 2009<br>VENDOR: PACER SERVICE CENTER; INVOICE#: OCT09AG0054; DATE: 10/5/2009 - LOGIN ID: AG0054 | $2.88 |
| 10/05/09 | Computerized Legal Research - Other Case Searches - July through September 2009<br>VENDOR: PACER SERVICE CENTER; INVOICE#: OCT09AG0054; DATE: 10/5/2009 - LOGIN ID: AG0054 | $116.48 |
| 10/05/09 | Audio and Web Conference Services Court-Ordered<br>VENDOR: DERAVENTURES, INC; INVOICE#: 10001-54901-09; DATE: 10/5/2009 | $17,899.59 |
| 10/05/09 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009<br>Vendor: Dial Car Voucher #: DLA2984324 Date: 10/05/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2984324 Date: 10/05/2009 Name: David Botter | $110.08 |
| 10/05/09 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: | $117.59 |

| Date | Description | Amount |
|---|---|---|
| 10/05/09 | 1090444 DATE: 10/21/2009 Vendor: Dial Car Voucher #: DLA3003661 Date: 10/05/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3003661 Date: 10/05/2009 Name: David Botter Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648550 DATE: 10/16/2009 | $94.84 |
| 10/05/09 | Vendor: Executive Royal Voucher #: 178392 Date: 10/05/2009 Name: Abid Qureshi\|\|Car Service, Vendor: Executive Royal Voucher #: 178392 Date: 10/05/2009 Name: Abid Qureshi Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648550 DATE: 10/16/2009 | $149.91 |
| 10/05/09 | Vendor: Executive Royal Voucher #: RVX58331D8 Date: 10/05/2009 Name: Kevin Rowe\|\|Car Service, Vendor: Executive Royal Voucher #: RVX58331D8 Date: 10/05/2009 Name: Kevin Rowe Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648550 DATE: 10/16/2009 | $59.63 |
| 10/05/09 | Vendor: Executive Royal Voucher #: 165561 Date: 10/05/2009 Name: Abid Qureshi\|\|Car Service, Vendor: Executive Royal Voucher #: 165561 Date: 10/05/2009 Name: Abid Qureshi Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648550 DATE: 10/16/2009 | $26.93 |
| 10/05/09 | Vendor: Executive Royal Voucher #: 179976 Date: 10/05/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 179976 Date: 10/05/2009 Name: Brad Kahn | |
| 10/06/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 10/6/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $32.00 |
| 10/06/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009 Jacobs Ryan - Atomic Wings 9th Ave) - 10/06/2009 | $16.17 |
| 10/06/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009 Kahn Brad - Atomic Wings 9th Ave) - | $16.17 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 9
Invoice Number: 1285108                                                November 18, 2009

| | | |
|---|---|---|
| | 10/06/2009 | |
| 10/06/09 | Travel - Ground Transportation NYC Taxi | $13.11 |
| 10/06/09 | Travel - Ground Transportation Working late. Taxi from office to home.; Receipt | $13.90 |
| 10/06/09 | Travel - Ground Transportation 10/5/09 - D. Botter - DC/Reagan Nat'l VENDOR: RMA CHAUFFEURED TRANSPORTATION; INVOICE#: 52492; DATE: 10/6/2009 - Account No 03830 | $76.70 |
| 10/06/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648550 DATE: 10/16/2009 Vendor: Executive Royal Voucher #: 175308 Date: 10/06/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 175308 Date: 10/06/2009 Name: Brad Kahn | $26.93 |
| 10/07/09 | Duplication - In House Photocopy - User # 990100, NY, 480 page(s) | $48.00 |
| 10/07/09 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 17427 page(s) | $1,742.70 |
| 10/07/09 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 107 page(s) | $10.70 |
| 10/07/09 | Computerized Legal Research - Westlaw User: BARLOON,REBECCA Date: 10/7/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $90.66 |
| 10/07/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009 Kahn Brad - Haru On Broadway - 10/07/2009 | $34.56 |
| 10/07/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009 D'Urso David - Chopt 51st & 6th) - 10/07/2009 | $12.93 |
| 10/07/09 | Travel - Ground Transportation NYC Taxi | $11.75 |
| 10/07/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009 Vendor: Dial Car Voucher #: DLA2987547 Date: 10/07/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2987547 Date: 10/07/2009 Name: David Botter | $115.07 |
| 10/07/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009 Vendor: Dial Car Voucher #: DLA3040824 Date: 10/07/2009 Name: David Botter\|\|Car Service, Vendor: Dial | $36.90 |

Case 09-10138-MFW    Doc 1959-4    Filed 11/23/09    Page 11 of 17

NORTEL NETWORKS INC. CREDITORS COMMITTEE                              Page 10
Invoice Number: 1285108                                       November 18, 2009

| Date | Description | Amount |
|---|---|---|
| 10/07/09 | Car Voucher #: DLA3040824 Date: 10/07/2009 Name: David Botter Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648550 DATE: 10/16/2009 Vendor: Executive Royal Voucher #: 180164 Date: 10/07/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 180164 Date: 10/07/2009 Name: Brad Kahn | $26.93 |
| 10/07/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648550 DATE: 10/16/2009 Vendor: Executive Royal Voucher #: 173976 Date: 10/07/2009 Name: Abid Qureshi\|\|Car Service, Vendor: Executive Royal Voucher #: 173976 Date: 10/07/2009 Name: Abid Qureshi | $47.99 |
| 10/07/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 369021 DATE: 10/16/2009 Vendor: Prime Time Voucher #: 275748 Date: 10/07/2009 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 275748 Date: 10/07/2009 Name: Lisa Beckerman | $71.05 |
| 10/08/09 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 177 page(s) | $17.70 |
| 10/08/09 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 6 page(s) | $0.60 |
| 10/08/09 | Duplication - In House Photocopy - User # 990100, NY, 630 page(s) | $63.00 |
| 10/08/09 | Computerized Legal Research - Westlaw User: PERSAUD,NYRON Date: 10/8/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $59.46 |
| 10/08/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 10/8/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $45.33 |
| 10/08/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009 Sturm Joshua - Mendy's Kosher Restaurant - 10/08/2009 | $32.60 |
| 10/08/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009 Rosenblatt Ira - Aceluck - 10/08/2009 | $17.60 |
| 10/08/09 | Meals - Business 10/2/09 N Kunen - working meal (1 person) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $30.10 |

| | | |
|---|---|---|
| 10/08/09 | 2033800051; DATE: 10/8/2009<br>Meals - Business  10/2/09   A Ellis - working team meeting meal (6 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800051; DATE: 10/8/2009 | $104.19 |
| 10/08/09 | Meals - Business  10/6/09   S Kuhn - working professionals meeting meal (6 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800051; DATE: 10/8/2009 | $55.53 |
| 10/08/09 | Meals - Business  10/7/09   S Thibodeaux - working professionals meeting meal (12 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800051; DATE: 10/8/2009 | $107.13 |
| 10/08/09 | Meals - Business  10/8/09   P Sanchez - working committee call meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800051; DATE: 10/8/2009 | $497.45 |
| 10/08/09 | Meals - Business  R. Jacobs; Cosi | $19.56 |
| 10/08/09 | Travel - Ground Transportation  Taxi from train to home; Taxi Receipt | $56.00 |
| 10/08/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E419 DATE: 10/10/2009<br>TRACKING #: 1Z02E52E6649305562; PICKUP DATE: 10/08/2009; SENDER: SHALINDA THIBODEAUX/E.L; RECEIVER: ALEX MACFARLANE - FRASER MILNER CASGRAIN; | $44.46 |
| 10/08/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E419 DATE: 10/10/2009<br>TRACKING #: 1Z02E52E6650891355; PICKUP DATE: 10/08/2009; SENDER: SHALINDA THIBODEAUX/E.L; RECEIVER: MICHAEL J. WUNDER - FASER MILNER CASGRAIN LLP; | $44.46 |
| 10/08/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E419 DATE: 10/10/2009<br>TRACKING #: 1Z02E52E6651002974; PICKUP DATE: 10/08/2009; SENDER: SHALINDA THIBODEAUX/E.L; RECEIVER: MARY PICARD - FRASER MILNER CASGRAIN LLP; | $44.46 |
| 10/08/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E419 DATE: 10/10/2009<br>TRACKING #: 1Z02E52E6651896349; | $46.19 |

| Date | Description | Amount |
|---|---|---|
| | PICKUP DATE: 10/08/2009; SENDER: SHALINDA THIBODEAUX/E.L; RECEIVER: MARK DUNSMUIR - FRASNER MILNER CASGRAIN LLP; | |
| 10/08/09 | Travel - Ground Transportation NYC Taxi | $11.27 |
| 10/09/09 | Duplication - In House Photocopy - Kahn, Brad, NY, 27 page(s) | $2.70 |
| 10/09/09 | Duplication - In House Photocopy - Rowe, Kevin, NY, 3 page(s) | $0.30 |
| 10/09/09 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 8 page(s) | $0.80 |
| 10/09/09 | Computerized Legal Research - Westlaw User: FENER,SCOTT Date: 10/9/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $47.14 |
| 10/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 581240 DATE: 10/11/2009 Kahn Brad & Ryan Jacobs - Junior's Broadway) - 10/09/2009 | $66.40 |
| 10/09/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E429 DATE: 10/17/2009 TRACKING #: 1Z02E52E6650727587; PICKUP DATE: 10/09/2009; SENDER: SHALINDA THIBODEAUX/E.L; RECEIVER: STEVEN HULL - ASHURST LLP; | $63.35 |
| 10/09/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E429 DATE: 10/17/2009 TRACKING #: 1Z02E52E6650736531; PICKUP DATE: 10/09/2009; SENDER: SHALINDA THIBODEAUX/E.L; RECEIVER: NANCY CHIEN - ASHURST LLP; | $63.35 |
| 10/09/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009 Vendor: Dial Car Voucher #: DLA2138042 Date: 10/09/2009 Name: Ira Rosenblatt\|\|Car Service, Vendor: Dial Car Voucher #: DLA2138042 Date: 10/09/2009 Name: Ira Rosenblatt | $55.20 |
| 10/10/09 | Travel - Ground Transportation NYC Taxi | $17.71 |
| 10/11/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 369021 DATE: 10/16/2009 Vendor: Prime Time Voucher #: 38591 Date: 10/11/2009 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 38591 Date: 10/11/2009 | $71.05 |

| | | |
|---|---|---:|
| 10/12/09 | Name: Lisa Beckerman<br>Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 583950 DATE: 10/18/2009<br>Persaud Nyron - Shorty's - 10/12/2009 | $26.02 |
| 10/12/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 583950 DATE: 10/18/2009<br>Persaud Nyron - Shorty's - 10/12/2009 | $17.67 |
| 10/12/09 | Travel - Ground Transportation NYC Taxi | $14.60 |
| 10/13/09 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 578 page(s) | $57.80 |
| 10/13/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 583950 DATE: 10/18/2009<br>Kahn Brad - Haru On Broadway - 10/13/2009 | $33.45 |
| 10/13/09 | Travel - Ground Transportation NYC Taxi | $18.00 |
| 10/14/09 | Duplication - In House Photocopy - Jacobs, Ryan, NY, 54 page(s) | $5.40 |
| 10/14/09 | Duplication - In House Photocopy - User # 990100, NY, 156 page(s) | $15.60 |
| 10/14/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090444 DATE: 10/21/2009<br>Vendor: Dial Car Voucher #: DLRVR1834149 Date: 10/14/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVR1834149 Date: 10/14/2009 Name: David Botter | $40.23 |
| 10/14/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 583950 DATE: 10/18/2009<br>Sturm Joshua - Abigaels on Broadway - 10/14/2009 | $33.21 |
| 10/14/09 | Travel - Ground Transportation NYC Taxi | $19.32 |
| 10/14/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1090704 DATE: 10/28/2009<br>Vendor: Dial Car Voucher #: DLA3011461 Date: 10/14/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA3011461 Date: 10/14/2009 Name: Ryan Jacobs | $88.46 |
| 10/15/09 | Computerized Legal Research - Westlaw User: WININGER,RUSSELL Date: 10/15/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $138.23 |
| 10/15/09 | Meals - Business 10/09/09 - A ELLIS - working team meeting meal (6 people) | $123.79 |

| Date | Description | Amount |
|---|---|---|
| 10/15/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800052; DATE: 10/15/2009 - F203380000 Meals - Business 10/12/09 - P SANCHEZ - working team meeting meal (8 people) | $206.32 |
| 10/15/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800052; DATE: 10/15/2009 - F203380000 Meals - Business 10/13/09 - P SANCHEZ - working team meeting meal (8 people) | $206.32 |
| 10/15/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800052; DATE: 10/15/2009 - F203380000 Meals - Business 10/14/09 - A GOMEZ - working professionals meeting meal (12 people) | $182.26 |
| 10/15/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800052; DATE: 10/15/2009 - F203380000 Meals - Business 10/14/09 - P SANCHEZ - working team meeting meal (6 people) | $82.53 |
| 10/15/09 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800052; DATE: 10/15/2009 - F203380000 Meals - Business 10/15/09 - P SANCHEZ - working committee call meal (15 people) | $291.13 |
| 10/15/09 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E429 DATE: 10/17/2009 TRACKING #: 1Z02E52E6651556402; PICKUP DATE: 10/15/2009; SENDER: ANITA GOMEZ; RECEIVER: MICHAEL WUNDER - FRASER MILNER CASGRAIN LLP; | $30.85 |
| 10/15/09 | Travel - Ground Transportation  Office to home.; NYC Taxi | $10.00 |
| 10/15/09 | Travel - Ground Transportation  Cab from Union Station to Mandarin Hotel.; Taxicab | $15.00 |
| 10/16/09 | Computerized Legal Research - Westlaw User: WININGER,RUSSELL Date: 10/16/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $5.33 |
| 10/17/09 | Travel - Ground Transportation | $107.86 |

| Date | Description | Amount |
|---|---|---|
| 10/17/09 | VENDOR: DIAL CAR INC INVOICE#: 1090704 DATE: 10/28/2009 Vendor: Dial Car Voucher #: DLA2957845 Date: 10/17/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2957845 Date: 10/17/2009 Name: David Botter Travel - Ground Transportation | $31.36 |
| | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648773 DATE: 10/23/2009 Vendor: Executive Royal Voucher #: 123561 Date: 10/17/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 123561 Date: 10/17/2009 Name: Peter Sprofera | |
| 10/20/09 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 10 page(s) | $1.00 |
| 10/20/09 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 1 page(s) | $0.10 |
| 10/20/09 | Travel - Ground Transportation  Office to home.; NYC TAxi | $10.00 |
| 10/20/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648993 DATE: 10/30/2009 Vendor: Executive Royal Voucher #: 186993 Date: 10/20/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 186993 Date: 10/20/2009 Name: Brad Kahn | $26.93 |
| 10/21/09 | Duplication - In House  Photocopy - Kuhn, Stephen, NY, 1024 page(s) | $102.40 |
| 10/21/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648993 DATE: 10/30/2009 Vendor: Executive Royal Voucher #: 180990 Date: 10/21/2009 Name: Abid Qureshi\|\|Car Service, Vendor: Executive Royal Voucher #: 180990 Date: 10/21/2009 Name: Abid Qureshi | $28.03 |
| 10/22/09 | Duplication - In House  Photocopy - Kahn, Brad, NY, 42 page(s) | $4.20 |
| 10/22/09 | Meals - Business  10/21/09   S Thibodeaux - working professionals meeting meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800053; DATE: 10/22/2009 | $120.85 |
| 10/22/09 | Meals - Business  10/22/09   P Sanchez - working committee call meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800053; DATE: 10/22/2009 | $339.04 |
| 10/26/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 648993 | $132.88 |

| Date | Description | Amount |
|---|---|---|
| 10/27/09 | DATE: 10/30/2009 Vendor: Executive Royal Voucher #: 114020 Date: 10/26/2009 Name: Kevin Rowe\|\|Car Service, Vendor: Executive Royal Voucher #: 114020 Date: 10/26/2009 Name: Kevin Rowe Duplication - In House REQUESTOR: N KUNEN; DESCRIPTION: COLOR COPIES; QUANTITY: 1; DATE ORDERED: 10/27/09 | $1.00 |
| 10/28/09 | Duplication - In House Photocopy - Kahn, Brad, NY, 6 page(s) | $0.60 |
| 10/28/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/28/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $53.86 |
| 10/30/09 | Duplication - In House Photocopy - Feuerstein, Tony, NY, 474 page(s) | $47.40 |
| 10/30/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/30/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $36.80 |
| 10/30/09 | Computerized Legal Research - Westlaw User: WOODSON,JENNY Date: 10/30/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $114.66 |

Current Expenses                                                   $35,745.59