# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 24.50 | $22,662.50 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 144.20 | $118,965.00 |
| David J. D'Urso | Partner for 3 years; Admitted in 1997; Corporate Department | $700 | 69.70 | $48,790.00 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 92.90 | $88,255.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $620 | 8.10 | $5,022.00 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 64.00 | $47,680.00 |
| Bruce S. Mendelsohn | Partner for 23 years; Admitted in 1977; Corporate Department | $810 | 2.00 | $1,620.00 |
| Jordan J. Metzger | Partner for 8 years; Admitted in 1984; Real Estate Department | $595 | 1.70 | $1,011.50 |
| Robert H. Pees | Partner for 13 years; Admitted in 1988; Litigation Department | $765 | 18.50 | $14,152.50 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 32.10 | $21,667.50 |
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 13.80 | $10,419.00 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 15.60 | $11,388.00 |

8234690 v2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Justin Williams | Partner for 1 year; Admitted in 1993; Litigation Department | $790 | 1.40 | $1,106.00 |
| James P. Chou | Senior Counsel for 1 year; Admitted in 1997; Litigation Department | $605 | 37.60 | $22,748.00 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 75.60 | $46,872.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 48.80 | $29,768.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 124.10 | $80,665.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 41.60 | $24,128.00 |
| David T. Blonder | Counsel for 1 year; Admitted in 2001; Litigation Department | $500 | 10.70 | $5,350.00 |
| Michelle A. Burg | Counsel for 3 years; Admitted in 2001; Labor Department | $625 | 3.50 | $2,187.50 |
| Tony D. Feuerstein | Counsel for 2 years; Admitted in 2003; Corporate Department | $580 | 156.45 | $90,741.00 |
| Brian D. Geldert | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 42.30 | $22,419.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 153.75 | $81,487.50 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 2.50 | $1,400.00 |
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 50.60 | $24,794.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Graeme D. Bell | International Law Advisor for 1 year; Admitted in 2003; Financial Restructuring Department | $525 | 106.70 | $56,017.50 |
| Thomas R. Evans | Associate for 4 years Admitted in 2007; Litigation Department | $405 | 5.50 | $2,227.50 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 187.50 | $70,312.50 |
| Nyron J. Persaud | Associate for 2 years; Admitted in 2008; Tax Department | $375 | 5.50 | $2,062.50 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 140.25 | $58,905.00 |
| Chad Vance | Associate for 2 years; Admitted in 2008; Corporate Department | $375 | 7.90 | $2,962.50 |
| Daniel Z. Vira | Associate for 9 years; Admitted in 1993; ERISA Department | $580 | 7.90 | $4,582.00 |
| Russell L. Wininger | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $325 | 18.00 | $5,850.00 |
| Jennifer L. Woodson | Associate for 1 year; Not Yet Admitted; Tax Department | $325 | 6.80 | $2,210.00 |
| Rebecca L. Barloon | Legal Assistant for 2 years; Financial Restructuring Department | $190 | 14.30 | $2,717.00 |
| James W. Ma | Legal Assistant for 10 years; Litigation Department | $200 | 1.50 | $300.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 8.80 | $2,156.00 |
| Scott A. Fener | Librarian for 2 years | $190 | 3.50 | $665.00 |