IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

|  |  |
|---|---|
| *In re* | Chapter 11 |
|  | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **RE: D.I.s 1627, 1685** |

---

## NOTICE OF FILING OF SUCCESSFUL BID

**PLEASE TAKE NOTICE** that on October 7, 2009, the Debtors filed a Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents under Seal and (E) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts (the "Sale Motion")[2] [D.I. 1627] seeking approval of the sale of certain of Debtors' assets (the "Assets"), including the assumption and assignment of certain executory contracts, to Ciena Corporation ("Ciena") pursuant to the stalking horse asset sale agreement (or to such other Successful Bidder or Alternate Bidder as may result from the Auction), and the approval of certain Bidding Procedures in connection with the proposed sale. By the Bidding Procedures Order, dated October 16, 2009 [D.I. 1685], the United States Bankruptcy Court for the District of Delaware approved bidding procedures (the "Bidding Procedures") to govern the sale by Nortel Networks Inc. and certain of its affiliates (collectively, the "Sellers") of the Assets.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures, the Sellers conducted an auction beginning on November 20, 2009, and concluding on November 22, 2009 (the "Auction"). The Successful Bid resulting from the Auction is Ciena as Purchaser, pursuant to the Amended and Restated Asset Sale Agreement, dated as of November 24, 2009 (the "Successful Bid"). A joint hearing with the Ontario Superior Court of Justice to consider approval of the sale of the Assets pursuant to the Successful Bid is scheduled for **December 2, 2009 at 11:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the bid by MEN Acquisition LLC for a purchase price of $710,000,000 pursuant to the bid terms submitted at the Auction has been selected as the Alternate Bid.

**PLEASE TAKE FURTHER NOTICE** that any supplemental objections to the Successful Bid must be filed and served so as to be received by no later than **November 25, 2009 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Amended and Restated Asset Sale Agreement has been filed as Exhibit A hereto. A blackline of the Amended and Restated Asset Sale Agreement against the Stalking Horse Agreement attached as Exhibit A to the Sale Motion is attached hereto as Exhibit B. Due to its voluminous nature, service copies of this Notice will not include the Amended and Restated Asset Sale Agreement, which is available for download from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel, or upon written request to the undersigned counsel.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  November 24, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |