**EXHIBIT D**

17

1   we all refer to shorthand, as Flex.

2           THE COURT:   Okay.

3           MR. BROMLEY:   But it's Flextronics.   They are a

4   Singapore-based entity with operations all around the world

5   and in very shorthand terms, your Honor, Nortel sold its

6   manufacturing facilities to Flex several years ago and

7   Flextronics has been contracting back and supplying the

8   hardware that Nortel sells.

9           And the arrangement that was put in place and

10  negotiated into the wee hours of the morning yesterday, is an

11  agreement that amends certain other agreements.   And the

12  agreements that they amend are Canadian agreements.   They are

13  agreements between Nortel Networks Limited and certain

14  Canadian Flextronics entities.   And the arrangement is for

15  the purchase of certain inventory that Nortel did not

16  arguably have the obligation to buy in the amount of $120

17  million and those amounts would be payable in four tranches

18  over the period between now and the middle of April.   That

19  arrangement was approved by the court yesterday in Toronto.

20          THE COURT:   Okay.

21          MR. BROMLEY:   And the first payment was made

22  yesterday of $25 million.   That is extraordinarily important,

23  your Honor, because Flextronics represents approximately 70

24  percent of the out-sourced production with respect to Nortel

25  hardware.

18

1          So, it is important to note that we may be back for

2     come critical vendor relief and just to give you fair

3     warning.  We don't have a motion yet, but we have a lot of

4     phone calls asking for one.  But we really couldn't take any

5     steps in that regard, your Honor, until we dealt with

6     Flextronics, which in many respects, is the critical vendor.

7     So, we're very happy that we were able to come to that

8     arrangement and while it is a Canadian contract, the way the

9     system works within the Nortel empire is that contracts,

10    purchase orders may be entered into by the U.S. entities that

11    incorporate all of the terms of the Canadian contract for

12    delivery of goods and services or actually, just goods out of

13    Flextronics to U.S. customers of the U.S. entities.

14          THE COURT:  Okay.

15          MR. BROMLEY:  So, without that ability under the --

16    the amendment under the Canadian contracts, then none of

17    those purchase orders would be able to be entered by the U.S.

18    entities and there would be no supply.  So, it's again, yet

19    another sign of the co-dependency, so to speak, of all of

20    these organizations.

21          Your Honor, if I may, it would be worthwhile, I

22    think, to take a little bit of time and talk to you a little

23    bit about what Nortel does.  Because that is important and

24    I've mentioned a little bit of it already.  But it is a

25    technology company.  It invents things and develops things,