**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.:  GB 243 2024 11



Interim (S)

VAT Invoice Date: **23 November 2009**    Our Ref: **GDB/CCN01.00001**          Invoice No: **278236**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees (NT)** | 0.00 | 0.00 | 68,035.00 |
| For the period to 31 October 2009, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 671.84 |
| **Disbursements: (NT)** Fares and Incidental Expenses | 0.00 | 0.00 | 79.74 |
| | 0.00 | | 68,786.58 |
| | | VAT | 0.00 |
| | | Total | 68,786.58 |
| | | **Balance Due** | **68,786.58** |

The fees and disbursements the subject of this Invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 278236 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 October 2009

**THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NORTEL NETWORKS INC.**

**Re: BANKRUPTCY**
**GDB/CCN01.00001**
**For the period: to 31 OCTOBER 2009**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 4.70 | 2,867.00 | (C0007) |
| | | 0.70 | 427.00 | (C0019) |
| | | 11.40 | 6,954.00 | (C0024) |
| | | 10.30 | 6,283.00 | (C0031) |
| | | 27.10 | £16,531.00 | |
| Partner: | Steven Hull | 7.40 | 4,514.00 | (C0019) |
| | | 7.40 | £4,514.00 | |
| Partner: | Euan Burrows | 1.10 | 638.00 | (C0031) |
| | | 1.10 | £638.00 | |
| Partner: | Angela Pearson | 9.90 | 6,039.00 | (C0019) |
| | | 9.90 | £6,039.00 | |
| Counsel: | Charles Hammon | 9.50 | 5,130.00 | (C0031) |
| | | 9.50 | £5,130.00 | |
| Senior Associate: | Marcus Fink | 5.60 | 2,800.00 | (C0019) |
| | | 5.60 | £2,800.00 | |
| Senior Associate: | Dyfan Owen | 0.30 | 127.50 | (C0019) |
| | | 0.30 | £127.50 | |
| Associate: | Martina Korthauer | 3.60 | 1,332.00 | (C0007) |
| | | 6.50 | 2,405.00 | (C0024) |
| | | 6.00 | 2,220.00 | (C0031) |
| | | 16.10 | £5,957.00 | |
| Associate: | Nancy Chien | 5.50 | 2,172.50 | (C0019) |
| | | 5.50 | £2,172.50 | |
| Associate: | Lindsay Connal | 25.70 | 9,509.00 | (C0019) |
| | | 25.70 | £9,509.00 | |

| | | | | |
|---|---|---|---|---|
| Junior Associate: | Paul Bagon | 11.30 | 3,559.50 | (C0003) |
| | | 3.90 | 1,228.50 | (C0007) |
| | | 2.00 | 630.00 | (C0024) |
| | | 14.30 | 4,504.50 | (C0031) |
| | | 31.50 | £9,922.50 | |
| Trainee: | Daisy Jones | 8.70 | 1,609.50 | (C0019) |
| | | 8.70 | £1,609.50 | |
| Trainee: | Komal Patel | 13.50 | 2,160.00 | (C0019) |
| | | 13.50 | £2,160.00 | |
| Trainees | Morag Taylor | 1.00 | 185.00 | (C0024) |
| | | 1.30 | 240.50 | (C0031) |
| | | 2.30 | 425.50 | |
| Trainee: | Michelle Egbosimba | 2.70 | 499.50 | (C0031) |
| | | 2.70 | £499.50 | |

| | | | |
|---|---|---|---|
| **TOTAL** | | **166.90** | **£68,035.00** |

# The Official Unsecured Creditors Committee for Nortel Networks Inc

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 31 October 2009

## TIME SUMMARY – ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 11.30 | @ | 315.00 | 3,559.50 |
| | | | | Total | £ 3,559.50 |

## Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 05/10/09 | Paul Bagon | LETT | Reviewing draft order re fee application procedures. | 0.70 |
| 05/10/09 | Paul Bagon | LETT | Providing an update to AG re Ashurst fees | 0.30 |
| 15/10/09 | Paul Bagon | LETT | Email to GDB re fees | 0.30 |
| 21/10/09 | Paul Bagon | LETT | Ashurst fee application | 1.00 |
| 26/10/09 | Paul Bagon | LETT | Ashurst monthly fee application. | 4.50 |
| 27/10/09 | Paul Bagon | LETT | Finalising Ashurst Monthly Fee Application | 4.50 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 October 2009

## TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 4.70 | @ | 610.00 | 2,867.00 |
| **Associates:** | | | | | |
| Martina Korthauer | engaged | 3.60 | @ | 370.00 | 1,332.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 3.90 | @ | 315.00 | 1,228.50 |
| | | | | Total | £ 5,427.50 |

## Please Note:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|-------------|
| 01/10/09 | Paul Bagon | PHON | Weekly UCC meeting. | 2.20 |
| 01/10/09 | Martina Korthauer | PHON | UCC call | 2.30 |
| 01/10/09 | Giles Boothman | ATTD | UCC call | 0.80 |
| 08/10/09 | Giles Boothman | ATTD | UCC call (4.00 - 5.24). | 1.40 |
| 15/10/09 | Martina Korthauer | PHON | UCC conference call | 1.30 |
| 15/10/09 | Giles Boothman | ATTD | UCC call | 1.00 |
| 22/10/09 | Giles Boothman | ATTD | Nortel: UCC Call | 1.50 |
| 29/10/09 | Paul Bagon | PHON | UCC weekly call. | 1.70 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 October 2009

## TIME SUMMARY – LABOR ISSUES/EMPLOYEE BENEFITS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.70 | @ | 610.00 | 427.00 |
| Steven Hull | engaged | 7.40 | @ | 610.00 | 4,514.00 |
| Angela Pearson | engaged | 9.90 | @ | 610.00 | 6,039.00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 5.60 | @ | 500.00 | 2,800.00 |
| Dyfan Owen | engaged | 0.30 | @ | 425.00 | 127.50 |
| **Associates:** | | | | | |
| Nancy Chien | engaged | 5.50 | @ | 395.00 | 2,172.50 |
| Lindsay Connal | engaged | 25.70 | @ | 370.00 | 9,509.00 |
| **Trainees:** | | | | | |
| Daisy Jones | engaged | 8.70 | @ | 185.00 | 1,609.50 |
| Komal Patel | engaged | 13.50 | @ | 160.00 | 2,160.00 |
| | | | | Total | £ 29,358.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

For confidentiality purposes, Ashurst cannot disclose all of the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 08/10/09 | Nancy Chien | PHON | Telephone call with Josh Strum; discussion with Angela Pearson; attending call with Josh Strum | 1.50 |
| 08/10/09 | Steven Hull | READ | Review Lisa Beckerman email regarding next steps; discussions with Nancy Chien regarding discussions with Akin Gump litigation lawyer in connection with ▇ procedures in the UK and discussions and queries in connection with ▇; review email from Nancy Chien to Angela Pearson regarding same; preparing for and attending conference call with Akin Gump together with Angela Pearson to discuss ▇ issues; review Nancy Chien email to Angela Pearson regarding latest position and latest advice provided to client; discussion with Nancy Chien following conference call; review letters received from Pensions Regulator and review emails with Angela Pearson regarding same; review Lisa Beckerman email regarding further documentation | 1.80 |
| 08/10/09 | Angela Pearson | INTD | Telephone conversation with NWC | 0.50 |
| 08/10/09 | Angela Pearson | READ | Review documents | 1.00 |
| 08/10/09 | Angela Pearson | PHON | Telephone conversation with Akin Gump. | 0.80 |
| 09/10/09 | Nancy Chien | INTD | Briefing Daisy Jones regarding research; further discussions with Daisy Jones | 0.80 |
| 13/10/09 | Lindsay Connal | INTD | Nortel query: With KP | 0.70 |
| 14/10/09 | Lindsay Connal | INTD | Discussion with KP re research regarding ▇ and possibility of challenging ▇ | 0.30 |
| 14/10/09 | Lindsay Connal | INTD | Discussion with KP re conclusions of research regarding ▇s and possibility of challenging ▇ | 0.30 |
| 14/10/09 | Komal Patel | RSCH | Researching ▇ procedure re issuing notices to a US company and the relevance of the CPR in terms of challenging ▇ | 2.80 |
| 15/10/09 | Nancy Chien | READ | Review note from Akin Gump | 0.70 |
| 15/10/09 | Steven Hull | READ | Review Lisa Beckerman e-mail and review attached draft Memorandum regarding enforceability of ▇ under US law; consider questions regarding review of same and review e-mail correspondence between Nancy Chan and Lisa Beckenham regarding same. | 1.00 |
| 16/10/09 | Giles Boothman | SUPE | Pensions review | 0.20 |
| 16/10/09 | Komal Patel | INTD | Discussing Pensions Regulator research with Lindsay Connal | 0.50 |
| 16/10/09 | Lindsay Connal | INTD | Discussion with KP re research | 0.50 |
| 16/10/09 | Lindsay Connal | LETT | Draft email to AMP summarising conclusions of research discussed with KP | 0.30 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 17/10/09 | Steven Hull | READ | Review Giles Boothman email and email correspondence regarding review of pensions regulated correspondence | 0.30 |
| 19/10/09 | Steven Hull | READ | Further review of email correspondence and review attached letter to Ogilvy Renault regarding ▮▮▮▮ emails with Marcus Fink regarding responding to same and brief discussion with Marcus Fink at the telephone | 0.70 |
| 19/10/09 | Giles Boothman | READ | Re. UK pensions issues | 0.50 |
| 19/10/09 | Marcus Fink | LETT | Review draft letter to Ogilvy re ▮▮▮▮ issues relating to claim by Pensions Regulator and trustees. Send email advising as to position | 1.50 |
| 20/10/09 | Steven Hull | LETT | Review Fred Hodara email regarding response to Marcus Fink proposals. | 0.30 |
| 20/10/09 | Daisy Jones | PAGN | Compiling bundle | 2.80 |
| 21/10/09 | Angela Pearson | LETT | Email to Nancy Chien | 0.20 |
| 21/10/09 | Angela Pearson | LETT | Email to LCC | 0.20 |
| 21/10/09 | Steven Hull | LETT | Review Nancy Chien emails with Angela Pearson and review attached memorandum regarding ▮▮▮▮ under US law and consider same | 0.30 |
| 21/10/09 | Nancy Chien | LETT | Forward note to Angela Pearson. | 0.30 |
| 21/10/09 | Nancy Chien | LETT | Review together with cover e-mails; discussion with Daisy Jones re documents received from Akin Gump. | 0.20 |
| 21/10/09 | Komal Patel | RSCH | Research and discussion and amend to memo ▮▮▮▮e and ▮▮▮▮ | 0.50 |
| 21/10/09 | Daisy Jones | PAGN | Compiling bundle | 3.00 |
| 21/10/09 | Daisy Jones | PAGN | Compiling bundle - obtaining copy from reprographics | 1.40 |
| 21/10/09 | Lindsay Connal | RSCH | Email from AMP, discussion with KP and research | 3.00 |
| 22/10/09 | Lindsay Connal | RSCH | Nortel Query: checking provisions of pensions legislation | 1.30 |
| 22/10/09 | Lindsay Connal | DRFT | Nortel: Intd KP and amending and sending email to AMP | 0.70 |
| 22/10/09 | Lindsay Connal | INTD | Discussion with KP | 0.20 |
| 22/10/09 | Lindsay Connal | RSCH | Nortel: Research, discussions with KP and LS and emails to/from AMP and NC re the same | 1.60 |
| 22/10/09 | Lindsay Connal | LETT | Emails to/from DJ | 0.10 |
| 22/10/09 | Steven Hull | LETT | Review email exchanges between Angela Pearson, Nancy Chien and Lindsay Connal regarding ▮▮▮▮ issue and ▮▮▮▮ requirements of UK Pensions Act and enforcement of same as judgment debt. | 0.80 |
| 22/10/09 | Komal Patel | RSCH | Looking at additional Pensions Regulator articles and research - discussion with Daisy and Lianne - looking at White book provision and statues referred to re Pensions | 4.00 |
| 22/10/09 | Angela Pearson | LETT | Emails LCC | 0.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 23/10/09 | Steven Hull | LETT | Review email exchanges with Michael Wunder; review issues arising and briefly discuss same with Marcus Fink; respond to Giles Boothman email regarding same. | 0.50 |
| 23/10/09 | Lindsay Connal | INTD | Nortel query: Intd DJ and KP, and email to AMP summarising views | 1.00 |
| 23/10/09 | Lindsay Connal | INTD | Nortel query: Call with AMP | 0.30 |
| 23/10/09 | Lindsay Connal | INTD | Nortel: Various discussions with KP re further research/follow-up points. | 0.50 |
| 23/10/09 | Lindsay Connal | RSCH | Nortel: Research re ▓ arguments | 2.00 |
| 23/10/09 | Daisy Jones | RSCH | Research on ▓ issues | 1.50 |
| 23/10/09 | Komal Patel | READ | Looking at Pensions Regulator | 2.00 |
| 23/10/09 | Komal Patel | ATTD | Meeting with LCC and Daisy Jones re Pension Regulator research | 0.50 |
| 23/10/09 | Angela Pearson | INTD | Discussion with LCC | 0.30 |
| 23/10/09 | Angela Pearson | READ | Review Akin Gump's letter | 0.20 |
| 26/10/09 | Angela Pearson | PHON | Telephone conversation with Marcus Fink | 0.30 |
| 26/10/09 | Angela Pearson | LETT | Review emails from London Lawyers | 0.30 |
| 26/10/09 | Angela Pearson | INTD | Discussion with LRB re: research needed | 0.50 |
| 26/10/09 | Angela Pearson | INTD | Discussion with Michael re: research needed | 0.30 |
| 26/10/09 | Angela Pearson | READ | Review research | 0.50 |
| 26/10/09 | Angela Pearson | LETT | Email to LCC | 0.20 |
| 26/10/09 | Angela Pearson | READ | Review Akin Gump letter | 0.80 |
| 26/10/09 | Angela Pearson | LETT | Discussions with NWC and A Pearson re ▓ issues relating to ▓ | 2.20 |
| 26/10/09 | Marcus Fink | READ | Review claim documentation | 0.30 |
| 26/10/09 | Nancy Chien | READ | Review email from Angela Pearson and Lindsay Connal | 0.30 |
| 26/10/09 | Nancy Chien | INTD | Discussion with Marcus Fink | 4.20 |
| 26/10/09 | Lindsay Connal | RSCH | Nortel: Research re ▓ issues, discussion with LS and email to AMP re the same | 2.80 |
| 26/10/09 | Lindsay Connal | RSCH | Nortel: Email from Marcus Fink re queries from client, intds LS, AMP, JRL and DO re the same, and research re ▓ and possible implications ▓ | 1.30 |
| 26/10/09 | Lindsay Connal | RSCH | Nortel: Review of Cross-Border Regs and draft email to AMP re key points and possible ▓ | 0.60 |
| 26/10/09 | Lindsay Connal | RSCH | Nortel: Cross-Border Regs | 0.30 |
| 26/10/09 | Dyfan Owen | INTD | Discussion with Lindsay | 1.90 |
| 27/10/09 | Marcus Fink | LETT | Discuss ▓ matter with NWC and review documents for info on claims process | |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 27/10/09 | Steven Hull | READ | Review Angela Pearson email and review attached memorandum ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ and consider issues arising in connection with same. | 0.50 |
| 27/10/09 | Lindsay Connal | RSCH | Nortel: Cross-Border. Insolvency Regulations 2006, discussion with LS and email to AMP | 1.70 |
| 27/10/09 | Lindsay Connal | RSCH | Nortel: Review of Schedule 2 | 0.50 |
| 27/10/09 | Lindsay Connal | READ | Review of Regulations and intd AMP re the same | 0.70 |
| 27/10/09 | Nancy Chien | PHON | Telephone call with Angela Pearson; telephone discussion with Angela Pearson; review of Angela's comments on Akin Group's memo. | 0.80 |
| 27/10/09 | Angela Pearson | INTD | Discussion with Nancy | 0.30 |
| 27/10/09 | Angela Pearson | DRFT | Amend Memorandum | 0.20 |
| 27/10/09 | Angela Pearson | READ | Review research by LCC | 0.70 |
| 27/10/09 | Angela Pearson | INTD | Discussion LCC re: drafting email response | 0.30 |
| 27/10/09 | Komal Patel | RSCH | Nortel research re overseas companies | 0.70 |
| 28/10/09 | Nancy Chien | DRFT | Finalise comments on Akin Group memo and forward same to Lisa Beckerman | 0.30 |
| 28/10/09 | Steven Hull | LETT | Review Angela Pearson email regarding queries raised by client ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ consider issues arising from same; review Nancy Chien email to Lisa Beckerman regarding memorandum ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.80 |
| 28/10/09 | Angela Pearson | READ | Review further research | 0.30 |
| 28/10/09 | Angela Pearson | LETT | Amend email to client | 0.70 |
| 28/10/09 | Komal Patel | RSCH | Nortel research re overseas companies | 1.50 |
| 28/10/09 | Lindsay Connal | DRFT | Draft email summarising position and checking the same | 1.00 |
| 29/10/09 | Angela Pearson | PHON | Telephone conversation with Marcus Fink | 0.50 |
| 29/10/09 | Angela Pearson | LETT | Amend email to client | 0.30 |
| 29/10/09 | Angela Pearson | READ | Email from MF. | 0.10 |
| 29/10/09 | Lindsay Connal | LETT | Review Marcus Fink response to Angela Pearson ▮▮▮▮▮▮▮▮▮▮ Review Marcus Fink detailed email to client regarding same | 0.40 |
| 30/10/09 | Komal Patel | INTD | Discussion on Nortel | 0.30 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 30/10/09 | Komal Patel | LETT | Preparing docs to index for Nortel | 0.70 |
| 30/10/09 | Nancy Chien | READ | Review email from Marcus Fink | 0.30 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 October 2009

## TIME SUMMARY – ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 11.40 | @ | 610.00 | 6,954.00 |
| **Associates:** | | | | | |
| Martina Korthauer | engaged | 6.50 | @ | 370.00 | 2,405.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 2.00 | @ | 315.00 | 630.00 |
| **Trainees:** | | | | | |
| Morag Taylor | engaged | 1.00 | @ | 185.00 | 185.00 |
| | | | | Total | £ 10,174.00 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

For confidentiality purposes, Ashurst cannot disclose all of the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/10/09 | Paul Bagon | LETT | Reviewing ▓ ASA and MZK note. | 2.00 |
| 09/10/09 | Giles Boothman | READ | Review ▓ asset sale doc/previous versions | 3.00 |
| 09/10/09 | Giles Boothman | SUPE | Organise compared version check of docs | 0.50 |
| 09/10/09 | Giles Boothman | LETT | Akin Gump re. ▓draft Asset Sale Agreement | 0.50 |
| 09/10/09 | Morag Taylor | CASE | Looking for previous examples of ASA's. | 1.00 |
| 12/10/09 | Martina Korthauer | READ | Review of ▓A ASA | 5.00 |
| 12/10/09 | Giles Boothman | READ | Docs re. ▓ | 0.50 |
| 13/10/09 | Giles Boothman | READ | ▓ EMEA agreement | 0.50 |
| 13/10/09 | Giles Boothman | SUPE | Martina re. ▓ | 0.50 |
| 16/10/09 | Giles Boothman | READ | ▓6 agreement amends | 1.50 |
| 16/10/09 | Giles Boothman | LETT | IRA re. ▓ agreement | 0.50 |
| 16/10/09 | Giles Boothman | INTD | Discussion with Martina | 0.10 |
| 19/10/09 | Martina Korthauer | READ | Review of ▓ancillary documents | 1.00 |
| 19/10/09 | Giles Boothman | READ | Transitional services agreement and other | 1.00 |
| 19/10/09 | Giles Boothman | DRFT | Note re. TSA | 0.50 |
| 20/10/09 | Giles Boothman | READ | Re. ▓ disclosure schedules/other docs | 0.50 |
| 20/10/09 | Martina Korthauer | LETT | Seller Disclosure Schedules, email to Akin Gump | 0.50 |
| 21/10/09 | Giles Boothman | INTD | Discussion with PDB | 0.30 |
| 23/10/09 | Giles Boothman | SUPE | Nortel.: re petition | 0.20 |
| 31/10/09 | Giles Boothman | LETT | Tony re. ▓ escrow Q | 0.50 |
| 31/10/09 | Giles Boothman | LETT | Paris re. ▓ escrow Q. | 0.50 |
| 31/10/09 | Giles Boothman | READ | Emails re. ▓escrow Q. | 0.30 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 October 2009

## TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|---|
| | | engaged | 10.30 | @ | 610.00 | 6,283.00 |
| Euan Burrows | | engaged | 1.10 | @ | 580.00 | 638.00 |
| | Partners: Giles Boothman | | | | | |
| **Counsels:** | | | | | | |
| Charles Hammon | | engaged | 9.50 | @ | 540.00 | 5,130.00 |
| **Associates:** | | | | | | |
| Martina Korthauer | | engaged | 6.00 | @ | 370.00 | 2,220.00 |
| **Junior Associates:** | | | | | | |
| Paul Bagon | | engaged | 14.30 | @ | 315.00 | 4,504.50 |
| **Trainees:** | | | | | | |
| Michelle Egbosimba | | engaged | 2.70 | @ | 185.00 | 499.50 |
| Morag Taylor | | engaged | 1.30 | @ | 185.00 | 240.50 |
| | | | | | Total | £ 19,515.50 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

For confidentiality purposes, Ashurst cannot disclose all of the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request.

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 01/10/09 | Paul Bagon | LETT | File note on ▇ protocols | 1.00 |
| 01/10/09 | Giles Boothman | INTD | Discussion with PDB | 0.20 |
| 01/10/09 | Giles Boothman | LETT | David Botter re. HS letter. ▇n | 0.10 |
| 05/10/09 | Charles Hammon | PHON | Attending Cleary's and Akin Gump o/t re meeting with Commission and state of play re anti-trust; reviewing Commission's 3rd questionnaire; arranging call with CGSH. | 1.00 |
| 05/10/09 | Martina Korthauer | PHON | Call with Akin re proceed allocation process | 0.50 |
| 05/10/09 | Paul Bagon | PHON | Call with AG re ▇ allocation protocol procedures. | 0.30 |
| 05/10/09 | Giles Boothman | PREP | Preparing for call. re. allocation | 0.50 |
| 05/10/09 | Giles Boothman | INTD | Martina/Paul re. allocation. | 0.30 |
| 05/10/09 | Giles Boothman | ATTD | Call. with Akin re. allocation. | 0.30 |
| 05/10/09 | Euan Burrows | DRFT | Organising update and call with Cleary | 0.70 |
| 06/10/09 | Charles Hammon | READ | Reading latest draft Form CO, reviewing bidding data, discussing with EUB and MJH. | 5.00 |
| 06/10/09 | Giles Boothman | READ | Consider allocation | 0.30 |
| 07/10/09 | Charles Hammon | LETT | Email to David Blonder with comments on draft Form CO and in particular bidding data; incorporating comments from EUB; sending to Akin Gump. | 2.50 |
| 07/10/09 | Giles Boothman | PHON | Message S. Gale/team | 0.10 |
| 07/10/09 | Giles Boothman | LETT | Emails re. professionals call | 0.20 |
| 07/10/09 | Giles Boothman | READ | Emails re. calls/process | 0.20 |
| 07/10/09 | Euan Burrows | LETT | Review and amends to CWH email on Form CO | 0.40 |
| 08/10/09 | Giles Boothman | PHON | S Gale re. Allocation | 0.20 |
| 08/10/09 | Giles Boothman | LETT | Email re. call with Steve Gale | 0.30 |
| 08/10/09 | Giles Boothman | READ | Emails | 0.30 |
| 11/10/09 | Paul Bagon | LETT | Reviewing emails. | 1.00 |
| 12/10/09 | Giles Boothman | READ | Emails/docs re. allocation | 0.50 |
| 13/10/09 | Martina Korthauer | PHON | Discussion with Giles, call re ▇ protocol | 4.50 |
| 13/10/09 | Giles Boothman | READ | Emails re. Dispute Resolvers | 0.20 |
| 13/10/09 | Giles Boothman | LETT | Akin Gump re Dispute Resolvers | 0.20 |

CCN01.00001 (563/059) Time Summary Printed 24/11/2009 @ 11:33

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 13/10/09 | Giles Boothman | READ | Emails re. allocation protocol | 0.20 |
| 14/10/09 | Morag Taylor | LETT | Preparing report on background of potential ███████ | 1.30 |
| 14/10/09 | Martina Korthauer | PHON | Professional's UCC pre call | 1.00 |
| 14/10/09 | Giles Boothman | INTD | Comments re. Dispute Resolvers | 0.50 |
| 14/10/09 | Giles Boothman | LETT | F Hodora re. Dispute Resolvers x 2 | 0.50 |
| 14/10/09 | Giles Boothman | ATTD | Professional calls | 0.90 |
| 14/10/09 | Giles Boothman | SUPE | Research into dispute Resolvers | 0.30 |
| 20/10/09 | Giles Boothman | READ | Re. Allocation material | 0.50 |
| 20/10/09 | Giles Boothman | INTD | Martina | 0.50 |
| 21/10/09 | Giles Boothman | READ | Materials re. allocation | 0.50 |
| 21/10/09 | Giles Boothman | ATTD | Call re. allocation. | 1.00 |
| 21/10/09 | Paul Bagon | LETT | Reviewing emails. | 1.00 |
| 21/10/09 | Paul Bagon | READ | Discussions with GDB and reviewing MZK re ███████ protocols and reviewing revised draft of ███████ agreement. | 1.50 |
| 21/10/09 | Paul Bagon | PHON | All parties proceeds allocation call. | 3.50 |
| 21/10/09 | Paul Bagon | LETT | UCC advisers pre-call. | 0.70 |
| 27/10/09 | Giles Boothman | LETT | Fred re ███████ dispute resolution | 0.10 |
| 27/10/09 | Giles Boothman | LETT | Herbert Smith re call | 0.10 |
| 27/10/09 | Giles Boothman | READ | Emails re UCC/professionals call | 0.10 |
| 28/10/09 | Charles Hammon | LETT | Communicating with Cleary and Akin Gump regarding developments in the EC Commission's investigation; reviewing further data submitted by Weil in response to Commission request; note to Akin Gump. | 1.00 |
| 28/10/09 | Michelle Egbosimba | RSCH | Researching and preparing note on ███████ | 2.70 |
| 28/10/09 | Paul Bagon | LETT | Email to AG re additional ███████ and internal discussions with GDB. | 1.80 |
| 28/10/09 | Paul Bagon | PHON | UCC Pre-call. | 1.30 |
| 28/10/09 | Giles Boothman | LETT | F Hodora re. Dispute Resolvers | 0.20 |
| 28/10/09 | Giles Boothman | SUPE | Re. research on ███████ | 0.30 |
| 29/10/09 | Paul Bagon | LETT | Call with HS re ███████ process and discussions with GDB re the same. | 0.30 |
| 29/10/09 | Paul Bagon | LETT | Email update to AG re EMEA ███████ Process. | 1.30 |
| 29/10/09 | Paul Bagon | LETT | Reviewing emails. | 0.30 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 29/10/09 | Giles Boothman | PHON | Call Kevin Lloyd re. ██████████ | 0.30 |
| 29/10/09 | Giles Boothman | SUPE | PDB email | 0.20 |
| 29/10/09 | Giles Boothman | INTD | Update from PDB re. professionals call | 0.20 |
| 31/10/09 | Paul Bagon | LETT | Reviewing emails from AG re CDMA. | 0.30 |