## Exhibit C

## DISBURSEMENT SUMMARY
## OCTOBER 01, 2009 THROUGH OCTOBER 31, 2009

| | |
|---|---:|
| Travel Expenses – Ground Transportation | 28.00 |
| Document Production | 671.84 |
| Telecommunications | 51.74 |
| **TOTAL** | **751.58** |