**Exhibit D**

**Disbursement Breakdown**

| Date | Disb Type | Narrative | Amount (£) |
|---|---|---|---|
| 01/10/2009 | TELCON | VENDOR: Meetingzone Ltd; INVOICE#: 000216548; DATE: 01/10/2009 - Conference Call Charge on 7/9/09 | 24.92 |
| 01/10/2009 | TELCON | VENDOR: Meetingzone Ltd; INVOICE#: 000216548; DATE: 01/10/2009 - Conference Call Charge on 10/9/09 | 26.82 |
| 23/10/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 368379; DATE: 23/10/2009. - P/C PDB Taxi - 22/10/09 Document production | 28.00 |
|  |  |  | 671.84 |
|  |  |  | **751.58** |