## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD OCTOBER 01, 2009 THROUGH OCTOBER 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 27.10 | 16,531.00 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 7.40 | 4,514.00 |
| Euan Burrows | Partner for 1 year; Admitted in 2008 (former barrister); Competition Group | £580 | 1.10 | 638.00 |
| Angela Pearson | Partner for 3 years; Admitted in 1991, Litigation Group | £610 | 9.90 | 6,039.00 |
| Charles Hammon | Counsel; Admitted in 1998; Competition Group | £540 | 9.50 | 5,130.00 |
| Marcus Fink | Associate for 8 years; Admitted in 1991; Employment, Incentives and Pensions Group | £500 | 5.60 | 2,800.00 |
| Dyfan Owen | Associate for 5 years; Admitted in 2004; Litigation Group | £425 | 0.30 | 127.50 |
| Martina Korthauer | Associate; Admitted in 2007; Restructuring and Special Situations Group | £370 | 16.10 | 5,957.00 |
| Nancy Chien | Associate for 6 years; Admitted in 2003 (New Zealand); Employment, Incentives and Pensions Group | £395 | 5.50 | 2,172.50 |
| Lindsay Connal | Associate for 3 years; Admitted in 2006; Litigation Group | £370 | 25.70 | 9,509.00 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special Situations Group | £315 | 31.50 | 9,922.50 |
| Daisy Jones | Trainee first year; Employment, Incentives and Pensions Group | £185 | 8.70 | 1,609.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Komal Patel | Trainee first year; Litigation Group | £185 | 13.50 | 2,160.00 |
| Morag Taylor | Trainee for 1 year; Restructuring and Special Situations Group | £185 | 2.30 | 425.50 |
| Michelle Egbosimba | Trainee for 1 year; Restructuring and Special Situations Group | £185 | 2.70 | 499.50 |
| TOTAL | | | 166.90 | 68,035.00 |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 01, 2009 THROUGH OCTOBER 31, 2009.

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 11.30 | 3,559.50 |
| Creditors Committee Meetings | 12.20 | 5,427.50 |
| Labor Issues/Employee Benefits | 77.30 | 29,358.50 |
| Asset/Stock Transactions/Business Liquidations | 20.90 | 10,174.00 |
| European Proceedings/Matters | 45.20 | 19,515.50 |
| **TOTAL** | **166.90** | **68,035.00** |