**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                                                           :
                                                           :      Chapter 11
                                                           :
*In re*                                                    :
                                                           :      Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                         :
                                                           :      Jointly Administered
                                    Debtors.               :
                                                           :
                                                           :      **RE: D.I. _____**
                                                           :
-----------------------------------------------------------X

**ORDER AUTHORIZING THE DEBTORS TO FILE UNDER
SEAL CERTAIN PORTIONS OF (I) THE SETTLEMENT AND RELEASE
AGREEMENT AND (II) THE SIDE AGREEMENT, ATTACHED AS
EXHIBITS TO THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105
AND 363 AND FED. R. BANKR. P. 9019 FOR THE ENTRY OF AN ORDER
(I) AUTHORIZING AND APPROVING THE FLEXTRONICS SETTLEMENT
AND RELEASE AGREEMENT, (II) AUTHORIZING AND APPROVING THE
RELATED SIDE AGREEMENT AND (III) GRANTING RELATED RELIEF**

Upon the motion dated November 24, 2009 (the "Motion"),[2] of Nortel Networks Inc. and

its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections

105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

District of Delaware (the "Local Rules") authorizing the to Debtors to file under seal:  (i) a settlement and release agreement (the "Settlement and Release Agreement") by and among (a) Flextronics, (b) the Canadian Debtors, (c) the Debtors, (d) EMEA Entities, and (e) the EMEA Entities' Joint Administrators; and (ii) a side agreement (the "Side Agreement") by and among (a) the Canadian Debtors, (b) the Debtors, (c) the EMEA Entities and (d) the EMEA Entities' Joint Administrators; both attached in redacted form to the *Debtor's Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for the Entry of an Order (I) Authorizing and Approving the Flextronics Settlement and Release Agreement, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief* (the "Settlement Motion"); and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The unredacted Settlement and Release Agreement and Side Agreement delivered to the Court by the Debtors shall be kept segregated and under seal by the Clerk of Court and shall not be made publicly available pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b).

2

3.      Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
        Wilmington, Delaware
                                         _____
                                         THE HONORABLE KEVIN GROSS
                                         UNITED STATES BANKRUPTCY JUDGE