**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Certain Portions Of (I) The Settlement And Release Agreement And (II) The Side Agreement, Attached As Exhibits To The Debtors' Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For The Entry Of An Order (I) Authorizing And Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief** was caused to be made on November 24, 2009, in the manner indicated upon the entities identified on the attached service list.

Date:  November 24, 2009                            */s Ann C. Cordo*
                                                          Ann C. Cordo (No. 4817)

3254648.1