## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. No. 1792** |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 1792

Undersigned counsel hereby certifies that, as of the date hereof, no answer, objection or

other responsive pleading to the **Seventh Monthly Fee Application of Jefferies & Company,**

**Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of**

**Expenses as Financial Advisor to the Official Committee of Unsecured Creditors, for the**

**Period of August 1, 2009 through August 31, 2009** (the "Application") filed on October 30,

2009, has been received. The undersigned further certifies that the Court's docket in this case

has been reviewed and no answer or objection to the Application appears thereon. Pursuant to

the Notice of Application, objections to the Application were to be filed and served no later than

November 19, 2009 at 4:00 p.m.


[SIGNATURE PAGE TO FOLLOW]


---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon Websystems, Inc., Alteon Websystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, Coretek, Inc., Nortel Networks Applications Management Solutions, Inc., Nortel Networks Optical Components, Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions, Inc.

Dated:  November 24, 2009
      Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
    Christopher P. Simon (No. 3697)
    Kevin S. Mann (No. 4576)
    913 N. Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, DE  19899-1380
    (302) 777-4200
    (302) 777-4224 (Facsimile)
    kmann@crosslaw.com

    *Attorneys for Jefferies &*
    *Company, Inc.*