IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                         :    Chapter 11

Nortel Networks Inc., *et al.*,[1]              :    Case No. 09-10138 (KG)

        Debtors.                           :    Jointly Administered

                                            :    Hearing Date: December 15, 2009 at 10:00 a.m. (ET)

------------------------------------------------------------X

**FIRST QUARTERLY FEE APPLICATION REQUEST OF SPECIAL COUNSEL, INC., AS A SERVICE PROVIDERFOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD SEPTEMBER 15, 2009 THROUGH OCTOBER 31, 2009**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Special Counsel, Inc. ("Special Counsel") hereby submits its First Quarterly Fee Application Request (the "Request") for the period September 15, 2009 through and including October 31, 2009[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 1967 and 1968 contain detailed listing of Special Counsel's requested fees and expenses for the Application Periods.

2449106.1

Special Counsel seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| | 9/15/09 – 9/30/09 | $148,190.22 | $0.00 | | $118,522.18 | 0.00 | $29,668.04 |
| | 10/01/09 – 10/31/09 | $353,758.07 | $0.00 | | $283,006.46 | $0.00 | $70,751.61 |
| | | | | | | | |
| | | | | | | | |
| TOTAL | | $501,948.29 | $0.00 | | $401,528.64 | $0.00 | $100,419.65 |

In accordance with the Monthly Compensation Order, Special Counsel seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Special Counsel respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Special Counsel such other and further relief as is just and proper.

Dated: November 24, 2009

SPECIAL COUNSEL, INC. Washington, DC
*Julia Sweeney* signed with permission by *Susan Anderson*

Julia Sweeney
1920 L Street NW, Ste. 550
Washington, DC 20006
Telephone: 202-737-3436
Facsimile: 202-776-0084

*Service Provider for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alexander I. Anurca | Contract Attorney / Document Review | 49.50 / 71.78 | 160.00/70.70 | $12,994.85 |
| Yolette S. Atkinson | Contract Attorney / Document Review | 49.50 / 71.78 | 159.40/50.20 | $11,493.66 |
| Brian Baines | Contract Attorney / Document Review | 49.50 / 71.78 | 160.00/60.70 | $12,277.05 |
| Patricia Beaubrun-Reese | Contract Attorney / Document Review | 49.50 / 71.78 | 160.00/49.40 | $11,465.94 |
| Chris A. Blauwkamp | Contract Attorney / Document Review | 49.50 / 71.78 | 197.10/41.80 | $12,756.86 |
| Tammis Bortnick | Contract Attorney / Document Review | 49.50 / 71.78 | 196.30/45.00 | $12,946.95 |
| Adrienne R. Corley | Contract Attorney / Document Review | 49.50 / 71.78 | 229.40/12.50 | $12,252.55 |
| Lillian Y. Crawford-Abbensetts | Contract Attorney / Document Review | 49.50 / 71.78 | 159.70/31.50 | $10,166.22 |
| Dustin J. Dean | Contract Attorney / Document Review | 49.50 / 71.78 | 196.90/45.30 | $12,998.18 |
| Lisa Marie El | Contract Attorney / Document Review | 49.50 / 71.78 | 160.00/64.50 | $12,549.81 |
| Mark P. Entel | Contract Attorney / Document Review | 49.50 / 71.78 | 153.20/18.40 | $8,904.15 |
| Christopher Erickson | Contract Attorney / Document Review | 49.50 / 71.78 | 194.80/40.80 | $12,571.22 |
| Mariah Erickson | Contract Attorney / Document Review | 49.50 / 71.78 | 200.00/45.40 | $13,158.81 |
| Camille B. Gaffney | Contract Attorney / Document Review | 49.50 / 71.78 | 165.80/6.00 | $8,637.78 |
| Edward F. Gain | Contract Attorney / Document Review | 49.50 / 71.78 | 160.00/40.30 | $10,812.74 |
| Jamie A. Hardy | Contract Attorney / Document Review | 49.50 | 60.10 | $2,974.95 |
| Carisa A. Henze | Contract Attorney / Document Review | 49.50 / 71.78 | 173.80/66.50 | $13,376.47 |
| David Hess | Contract Attorney / Document Review | 49.50 / 71.78 | 160.00/22.70 | $9,549.41 |
| Frantz Jacques | Contract Attorney / Document Review | 49.50 / 71.78 | 71.70/4.00 | $3,836.27 |
| Andrew L. Johnston | Contract Attorney / Document Review | 49.50 / 71.78 | 138.70/4.10 | $7,159.95 |
| James C. Lee | Contract Attorney / Document Review | 49.50 / 71.78 | 230.40/31.80 | $13,687.40 |
| Lisette A. Lema | Contract Attorney / Document Review | 49.50 / 71.78 | 160.00/45.30 | $11,171.63 |
| Tracy A. Martin | Contract Attorney / Document Review | 49.50 / 71.78 | 200.00/40.60 | $12,814.27 |
| James D. Mayers | Contract Attorney / Document Review | 49.50 / 71.78 | 114.50/5.70 | $6,076.90 |
| Jennifer C. Moore | Contract Attorney / Document Review | 49.50 / 71.78 | 200.00/79.00 | $15,570.62 |
| Theresa A. Owusu | Contract Attorney / Document Review | 49.50 / 71.78 | 157.50/42.30 | $10,832.54 |
| Charles C. Pavlick | Contract Attorney / Document Review | 49.50 / 71.78 | 40.00/10.00 | $2,697.80 |

| M.A. Pecsek | Contract Attorney / Document Review | 49.50 / 71.78 | 160.00/60.20 | $12,241.16 |
|---|---|---|---|---|
| Curtis F. Randall | Contract Attorney / Document Review | 49.50 / 71.78 | 232.00/62.00 | $15,934.36 |
| Filip Reich | Contract Attorney / Document Review | 49.50 / 71.78 | 280.00/78.20 | $19,473.20 |
| Christopher A. Reidhead | Contract Attorney / Document Review | 49.50 / 71.78 | 240.00/74.30 | $17,213.25 |
| Amy Roth | Contract Attorney / Document Review | 49.50 / 71.78 | 240.00/80.20 | $17,636.76 |
| Tobi Rubin | Contract Attorney / Document Review | 49.50 / 71.78 | 120.00/50.80 | $9,586.42 |
| Jeremy A. Schneider | Contract Attorney / Document Review | 49.50 / 71.78 | 205.50/83.00 | $16,129.99 |
| Tara Sidney | Contract Attorney / Document Review | 49.50 / 71.78 | 188.40/14.30 | $10,352.26 |
| Brian Snyder | Contract Attorney / Document Review | 49.50 / 71.78 | 147.50/24.10 | $9,031.15 |
| Curtis J. Steuber | Contract Attorney / Document Review | 49.50 / 71.78 | 218.50/73.20 | $16,070.05 |
| Jason B. Stramel | Contract Attorney / Document Review | 49.50 / 71.78 | 217.80/78.70 | $16,430.19 |
| Sheree D. Tinder | Contract Attorney / Document Review | 49.50 / 71.78 | 80.00/12.80 | $4,878.78 |
| Ivan H. Torres | Contract Attorney / Document Review | 49.50 / 71.78 | 247.80/61.00 | $16,644.67 |
| Aprill S. Williams | Contract Attorney / Document Review | 49.50 / 71.78 | 222.50/18.90 | $12,370.39 |
| Renee E. Wolforth | Contract Attorney / Document Review | 49.50 / 71.78 | 174.00/34.60 | $11,096.59 |
| Joseph K. Wright | Contract Attorney / Document Review | 49.50 / 71.78 | 166.00/40.50 | $11,124.09 |
| | **TOTALS** | | | **$501,948.29** |
| | | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]