# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

---

For services through October 31, 2009
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 10/08/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 10/12/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.40 hrs. | 90.00 | $36.00 |
| 10/13/09 | Coordinate telephonic appearance for F. Hodara for 10/13/09 hearing | | | |
| Paralegal | Janel Gates | 0.20 hrs. | 195.00 | $39.00 |
| 10/16/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.40 hrs. | 90.00 | $36.00 |
| 10/19/09 | Review docket (.2); Review and revise re: critical dates (.3); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 10/21/09 | Review docket (.2); Review critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/21/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 10/21/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 10/22/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 10/23/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 10/28/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 10/28/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |

Total Fees for Professional Services $607.50

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$607.50** |
| BALANCE BROUGHT FORWARD | $556.70 |
| **TOTAL DUE FOR THIS MATTER** | **$1,164.20** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

---

For services through October 31, 2009
relating to Use, Sale of Assets

| | | | | |
|---|---|---|---|---|
| 10/14/09 | Coordinate service re: objection to bidding procedures of Metro Ethernet (.2); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 10/14/09 | Efile "Objection of the Official Committee of Unsecured Creditors to Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts" (.2); Meet with B. Witters re: service of same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.30 hrs. | 195.00 | $58.50 |

Total Fees for Professional Services $136.50

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$136.50** |
| BALANCE BROUGHT FORWARD | $107.50 |
| **TOTAL DUE FOR THIS MATTER** | **$244.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

For services through October 31, 2009
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 10/01/09 | Communications (several) with F. Hodara re: arbitration concerning IRS claim | | | |
| Director | Mark D. Collins | 0.20 hrs. | 675.00 | $135.00 |

| | |
|---|---|
| Total Fees for Professional Services | $135.00 |
| TOTAL DUE FOR THIS INVOICE | **$135.00** |
| BALANCE BROUGHT FORWARD | $550.00 |
| **TOTAL DUE FOR THIS MATTER** | **$685.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

---

For services through October 31, 2009
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 10/01/09 | Participate in telephonic hearing on IRS claim objection | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 275.00 | $192.50 |
| 10/12/09 | E-mail to R. Barloon re: 6/29/09 hearing transcript (.1); E-mail to RLF distribution re: 10/13/09 agenda (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 10/12/09 | Prepare 10/13/09 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 1.80 hrs. | 100.00 | $180.00 |
| 10/12/09 | Call from B. Kahn re: items going forward at 10/13/09 hearing (.1); Email to B. Kahn re: items going forward at 10/13/09 hearing (.1); Email to B. Witters re: obtaining 6/29/09 hearing transcript (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 10/13/09 | Prepare 10/15/09 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 0.90 hrs. | 100.00 | $90.00 |
| 10/13/09 | Prepare for 10/13/09 hearing (.6); Attend 10/13/09 hearing (.8); Email to B. Kahn re: handling 10/13/09 hearing (.1); Call from B. Kahn re: handling 10/13/09 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 275.00 | $440.00 |
| 10/14/09 | Prepare 10/15/09 hearing binders | | | |
| Paralegal | Brenda D. Tobin | 0.40 hrs. | 100.00 | $40.00 |
| 10/14/09 | Emails to J. Sturm and R. Jacobson re: preparation for 10/15/09 hearing | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 10/15/09 | Prepare updates to 10/15/09 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 0.70 hrs. | 100.00 | $70.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 10/15/09 | Attend 10/15/09 hearing (4.3); Prepare for 10/15/09 hearing (1.0) | | | |
| Associate | Christopher M. Samis | 5.30 hrs. | 275.00 | $1,457.50 |
| 10/16/09 | Organize 1 volume binder utilized by Court and counsel at 3/20/09 hearing | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 10/21/09 | Organize 5 volumes of binders utilized by Court and counsel at 10/15/09 hearing | | | |
| Paralegal | Rochelle I. Warren | 1.00 hrs. | 90.00 | $90.00 |
| 10/26/09 | Retrieve and review re: 10/28/09 agenda (.2); Discussion with B. Tobin re: preparation of hearing binder for same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/26/09 | Prepare 10/28/09 hearing binders | | | |
| Paralegal | Brenda D. Tobin | 2.10 hrs. | 100.00 | $210.00 |
| 10/27/09 | Retrieve amended 10/28/09 agenda (.2); Retrieve additional pleadings for 10/28/09 agenda (.5); Revise 10/28/09 hearing binders x3 (.8) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 195.00 | $292.50 |
| 10/27/09 | Prepare for 10/28/09 hearing (1.0); Email to J. Sturm re: preparation for 10/28/09 hearing (.1); Email to B. Witters re: preparation for 10/28/09 hearing (.1); Email to B. Kahn re: logistics of 10/28/09 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 275.00 | $357.50 |
| 10/28/09 | Attend 10/28/09 hearing (1.3); Prepare for 10/28/09 hearing (.6); Email to B. Witters re: preparation for 10/28/09 hearing (.1) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 275.00 | $550.00 |

Total Fees for Professional Services $4,250.50

TOTAL DUE FOR THIS INVOICE **$4,250.50**

BALANCE BROUGHT FORWARD $6,551.30

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262



Client # 732310

Matter # 165839

---

**TOTAL DUE FOR THIS MATTER** **$10,801.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

---

For services through October 31, 2009
relating to RLF Retention

| | | | | |
|---|---|---|---|---|
| 10/13/09 | Prepare supplemental conflict checks | | | |
| Paralegal | Marisa C. DeCarli | 0.70 hrs. | 195.00 | $136.50 |

Total Fees for Professional Services $136.50

TOTAL DUE FOR THIS INVOICE **$136.50**

**TOTAL DUE FOR THIS MATTER** **$136.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262
Page 11
Client # 732310

Matter # 165839

---

For services through October 31, 2009
relating to RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 09/30/09 | Review and revise RLF August fee application (.3); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |
| 10/01/09 | Prepare letter re: July cno for RLF fee application (.2); Coordinate to G. Davies re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 10/08/09 | E-mail to and from B. Kahn re: estimated September fees and expenses | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 10/22/09 | Review RLF Bill Memo and revise | | | |
| Paralegal | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |
| 10/26/09 | Review September 2009 bill memos re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 10/28/09 | Prepare cno re: RLF August fee application (.2); Finalize and file cno re same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 10/28/09 | Review and execute certificate of no objection re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 10/29/09 | Prepare letter to G. Davies re: RLF August fee application (.2); Coordinate to G. Davies re: letter and RLF August fee application and cno (.1); Review and revise RLF September fee application (.3); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 195.00 | $253.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 10/29/09 | Review draft monthly fee application of RLF (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |

| | |
|---|---|
| Total Fees for Professional Services | $822.00 |
| TOTAL DUE FOR THIS INVOICE | **$822.00** |
| | $798.60 |
| **TOTAL DUE FOR THIS MATTER** | **$1,620.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

---

For services through October 31, 2009
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 10/05/09 | Review currency conversion order | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 10/06/09 | Attention to e-mail re: Fraser Milner August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |
| 10/06/09 | Review email from B. Kahn re: filing of monthly fee application of Fraser (.1); Review same (.2); Execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 10/08/09 | E-mail to distribution re: objection deadline of Capstone July fee application (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 10/08/09 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 10/19/09 | E-mail to distribution re: objection deadlines for Ashurst & Capstone August fee applications (.1); Prepare cno re: Ashurst August fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |
| 10/19/09 | Review and execute certificate of no objection re: Capstone Advisory Group monthly fee application (.1); Review and execute certificate of no objection re: Ashurt monthly fee application (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262
Page 14
Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 10/21/09 | E-mail to distribution re: Akin Gump August fee application objection deadline (.1); Prepare cno re: Akin Gump August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 10/21/09 | Review and execute certificate of no objection re: Akin Gump monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 10/27/09 | Attention to e-mail re: Ashurst September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 10/27/09 | Review monthly fee application of Ashurst (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 10/28/09 | E-mail to distribution re: Fraser Milner August fee application objection deadline (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 10/28/09 | Review and execute certificate of no objection re: Fraser Milner monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 10/29/09 | Attention to e-mail re: Akin Gump September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 10/29/09 | Review monthly fee application of Akin Gump (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262

Client # 732310

Matter # 165839

| | |
|---|---|
| Total Fees for Professional Services | $1,471.00 |
| TOTAL DUE FOR THIS INVOICE | **$1,471.00** |
| | $3,129.40 |
| **TOTAL DUE FOR THIS MATTER** | **$4,600.40** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 24, 2009
Invoice 345262
Page 16

Client # 732310

Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 12.70 | 195.00 | 2,476.50 |
| Brenda D. Tobin | 5.90 | 100.00 | 590.00 |
| Christopher M. Samis | 11.70 | 275.00 | 3,217.50 |
| Drew G. Sloan | 2.20 | 255.00 | 561.00 |
| Jamie E. Schairer | 0.30 | 195.00 | 58.50 |
| Janel Gates | 0.20 | 195.00 | 39.00 |
| Marisa C. DeCarli | 0.70 | 195.00 | 136.50 |
| Mark D. Collins | 0.20 | 675.00 | 135.00 |
| Rochelle I. Warren | 3.40 | 90.00 | 306.00 |
| Tracy A. Cameron | 0.20 | 195.00 | 39.00 |
| TOTAL | 37.50 | $201.57 | 7,559.00 |

**TOTAL DUE FOR THIS INVOICE** **$9,458.58**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED