# **EXHIBIT B**

**EXHIBIT B**


# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

November 24, 2009
Invoice 345262

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through October 31, 2009
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $12.00 |
| Business Meals | $117.87 |
| Court Reporter Services | $464.25 |
| Document Retrieval | $91.12 |
| Filing Fees | $90.00 |
| Long distance telephone charges | $37.65 |
| Messenger and delivery service | $353.66 |
| Photocopies/Printing<br>4,864 @ $.10 pg./ 1,824 @ $.10/pg. | $668.80 |
| Postage | $64.23 |

|  |  |
|---|---|
| Other Charges | $1,899.58 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,899.58** |
| BALANCE BROUGHT FORWARD | $2,674.42 |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 24, 2009
Invoice 345262
Page 2
Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**            **$4,574.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 24, 2009  
Invoice 345262  
Page 17  
Client #  732310

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
　　　　Case Administration  
　　　　Use, Sale of Assets  
　　　　Claims Administration  
　　　　Court Hearings  
　　　　RLF Retention  
　　　　RLF Fee Applications  
　　　　Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 10/01/09 | Messenger and delivery | | MESS |
| | Amount = | $22.05 | |
| 10/01/09 | 8564894060 Long Distance | | LD |
| | Amount = | $5.56 | |
| 10/01/09 | Duplicating | | DUP.10CC |
| | Amount = | $4.60 | |
| 10/06/09 | Photocopies | | DUP.10CC |
| | Amount = | $42.50 | |
| 10/06/09 | Postage | | POST |
| | Amount = | $14.71 | |
| 10/06/09 | Duplicating | | DUP.10CC |
| | Amount = | $8.40 | |
| 10/07/09 | Messenger and delivery 10/6/09, MORRIS NICHOLS, BJW | | MESS |
| | Amount = | $6.00 | |
| 10/07/09 | Messenger and delivery 10/6/09, US TRUSTEE, BJW | | MESS |
| | Amount = | $6.00 | |
| 10/07/09 | Messenger and delivery 10/6/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | Amount = | $51.30 | |
| 10/08/09 | ALL PACER | | DOCRETRI |
| | Amount = | $2.72 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | November 24, 2009 |
| c/o Fred S. Hodara, Esq. | | Invoice 345262 |
| Akin Gump Strauss Hauer Feld LLP | | Page 18 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | Code |
|---|---|---|
| 10/09/09 | COURTCALL LLC | FLFEE |
| | Amount =  $60.00 | |
| 10/12/09 | Photocopies | DUP.10CC |
| | Amount =  $0.20 | |
| 10/12/09 | ALL PACER | DOCRETRI |
| | Amount =  $27.28 | |
| 10/12/09 | Duplicating | DUP.10CC |
| | Amount =  $2.10 | |
| 10/12/09 | Duplicating | DUP.10CC |
| | Amount =  $4.30 | |
| 10/13/09 | J&J COURT TRANSCRIBERS, INC. | CTRPT |
| | Amount =  $56.50 | |
| 10/13/09 | Photocopies | DUP.10CC |
| | Amount =  $180.90 | |
| 10/13/09 | ALL PACER | DOCRETRI |
| | Amount =  $25.76 | |
| 10/13/09 | Duplicating | DUP.10CC |
| | Amount =  $5.30 | |
| 10/13/09 | Duplicating | DUP.10CC |
| | Amount =  $3.60 | |
| 10/13/09 | Duplicating | DUP.10CC |
| | Amount =  $7.80 | |
| 10/13/09 | Duplicating | DUP.10CC |
| | Amount =  $2.90 | |
| 10/14/09 | CLEARY GOTTLIEB STEEN & HAMILTON - Messenger and delivery | MESS |
| | Amount =  $10.07 | |
| 10/14/09 | AKIN GUMP STRAUSS HAUER& FELD - Messenger and delivery | MESS |
| | Amount =  $10.07 | |
| 10/14/09 | Photocopies | DUP.10CC |
| | Amount =  $5.60 | |
| 10/14/09 | 7202013094 Long Distance | LD |
| | Amount =  $11.12 | |
| 10/14/09 | ALL PACER | DOCRETRI |
| | Amount =  $6.32 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 24, 2009  
Invoice 345262  
Page 19  

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/14/09 | Postage | | POST |
| | Amount = | $22.88 | |
| 10/14/09 | Duplicating | | DUP.10CC |
| | Amount = | $1.30 | |
| 10/15/09 | RODNEY GRILLE | | MEALSCL |
| | Amount = | $105.50 | |
| 10/15/09 | DIAZ DATA SERVICES/TRANSCRIPT OF 10/15/09 | | CTRPT |
| | Amount = | $195.00 | |
| 10/15/09 | COURTCALL LLC | | FLFEE |
| | Amount = | $30.00 | |
| 10/15/09 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 10/15/09 | Photocopies | | DUP.10CC |
| | Amount = | $74.40 | |
| 10/15/09 | 4163676793 Long Distance | | LD |
| | Amount = | $8.46 | |
| 10/15/09 | 2128721030 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/15/09 | 2013773006 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/15/09 | Messenger and delivery 10/14/09, POST OFFICE/NEW CASTLE, BJW | | MESS |
| | Amount = | $51.30 | |
| 10/15/09 | Messenger and delivery 10/14/09, 13 AFTER HOURS DELIVERIES, BJW | | MESS |
| | Amount = | $78.00 | |
| 10/15/09 | ALL PACER | | DOCRETRI |
| | Amount = | $13.36 | |
| 10/15/09 | Duplicating | | DUP.10CC |
| | Amount = | $68.60 | |
| 10/15/09 | Duplicating | | DUP.10CC |
| | Amount = | $11.00 | |
| 10/15/09 | Duplicating | | DUP.10CC |
| | Amount = | $4.20 | |
| 10/15/09 | Duplicating | | DUP.10CC |
| | Amount = | $3.90 | |

Case 09-10138-MFW    Doc 1979-3    Filed 11/24/09    Page 7 of 8

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 24, 2009  
Invoice 345262  
Page 20  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 10/15/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.10 | |
| 10/15/09 | Duplicating | | DUP.10CC |
| | Amount = | $33.00 | |
| 10/16/09 | 10/15/09 - TO BANKRUPTCY COURT - CXS | | MESS |
| | Amount = | $7.50 | |
| 10/16/09 | 10/15/09 - FROM SHOPRITE - RCS | | MESS |
| | Amount = | $57.40 | |
| 10/19/09 | BINDING 10/9-10/18 | | BIND |
| | Amount = | $6.00 | |
| 10/19/09 | ALL PACER | | DOCRETRI |
| | Amount = | $6.56 | |
| 10/20/09 | 7132754134 Long Distance | | LD |
| | Amount = | $6.95 | |
| 10/23/09 | 10/21/09 - FROM BANKRUPTCY COURT - CXF/BJW | | MESS |
| | Amount = | $7.50 | |
| 10/26/09 | Duplicating | | DUP.10CC |
| | Amount = | $3.20 | |
| 10/26/09 | Duplicating | | DUP.10CC |
| | Amount = | $3.00 | |
| 10/27/09 | GALLUCIO'S CAFE | | MEALSCL |
| | Amount = | $12.37 | |
| 10/27/09 | Photocopies | | DUP.10CC |
| | Amount = | $75.60 | |
| 10/27/09 | Photocopies | | DUP.10CC |
| | Amount = | $30.50 | |
| 10/27/09 | ALL PACER | | DOCRETRI |
| | Amount = | $9.12 | |
| 10/27/09 | Postage | | POST |
| | Amount = | $8.99 | |
| 10/27/09 | Duplicating | | DUP.10CC |
| | Amount = | $2.10 | |
| 10/28/09 | JENNIFER RYAN ENSLEN | | CTRPT |
| | Amount = | $212.75 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 24, 2009  
Invoice 345262  
Page 21  
Client # 732310

| Date | Description | Code |
|---|---|---|
| 10/28/09 | Messenger and delivery 10/27/09, US TRUSTEE, BJW | MESS |
| | Amount = $6.00 | |
| 10/28/09 | Messenger and delivery 10/27/09, MORRIS NICHOLS, BJW | MESS |
| | Amount = $6.00 | |
| 10/29/09 | NORTEL - Messenger and delivery | MESS |
| | Amount = $22.47 | |
| 10/29/09 | Photocopies | DUP.10CC |
| | Amount = $75.50 | |
| 10/29/09 | Postage | POST |
| | Amount = $17.65 | |
| 10/29/09 | Duplicating | DUP.10CC |
| | Amount = $4.20 | |
| 10/29/09 | Duplicating | DUP.10CC |
| | Amount = $2.80 | |
| 10/29/09 | Duplicating | DUP.10CC |
| | Amount = $4.00 | |
| 10/30/09 | BINDING 10/27-10/31 | BIND |
| | Amount = $6.00 | |
| 10/30/09 | Messenger and delivery 10/29/09, MORRIS NICHOLS, BJW | MESS |
| | Amount = $6.00 | |
| 10/30/09 | Messenger and delivery 10/29/09, US TRUSTEE, BJW | MESS |
| | Amount = $6.00 | |

TOTALS FOR 732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,899.58