# Exhibit A

# Jefferies
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7765
Invoice Date: 11/23/2009
Reference #: NOR250001B
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Terry Zale, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---|
| **Monthly Fee:** | |
| October 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodations | $875.43 |
| Meals | $576.63 |
| Miscellaneous | $19.99 |
| Presentation Services | $176.00 |
| Transporation - Air | $1,752.55 |
| Transporation - Ground | $990.98 |
| **Total Out-of-Pocket Expenses** | $4,391.58 |
| | |
| **TOTAL DUE** | **$164,391.58** |

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR250-7765- Nortel