12

# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
October 1, 2009 – October 31, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | $875.43 |
| Meals | $576.63 |
| Miscellaneous | $19.99 |
| Presentation Services | $176.00 |
| Transportation – Air | $1,752.55 |
| Transportation – Ground | $990.98 |
| Total | $4,391.58 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 8/29/2009 | $70.68 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 9/4/2009 | $73.70 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/9/2009 | $8.80 |
| PHILIP BERKOWITZ | Transportation - Ground | Car Service- Office to Meeting | 9/9/2009 | $34.70 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/11/2009 | $12.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/12/2009 | $8.80 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 9/13/2009 | $19.70 |
| NATALIE MAYSLICH | Transportation - Ground | Weekend Taxi- Office to Home | 9/13/2009 | $45.00 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/14/2009 | $24.26 |
| BLAIR MORRISON | Meals | Overtime Meal | 9/14/2009 | $25.32 |
| PHILIP BERKOWITZ | Transportation - Ground | OT Car Service- Office to Home | 9/15/2009 | $34.70 |
| BLAIR MORRISON | Meals | Overtime Meal | 9/15/2009 | $25.47 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/15/2009 | $23.14 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 9/16/2009 | $23.62 |
| NATALIE MAYSLICH | Meals | Overtime Meal | 9/16/2009 | $25.38 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/16/2009 | $25.38 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/16/2009 | $25.48 |
| BLAIR MORRISON | Meals | Overtime Meal | 9/16/2009 | $25.41 |
| CARY S. VERASCO | Meals | Overtime Meal | 9/16/2009 | $25.50 |
| BLAIR MORRISON | Meals | Overtime Meal | 9/17/2009 | $25.18 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/17/2009 | $25.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/18/2009 | $7.20 |
| BLAIR MORRISON | Meals | Overtime Meal | 9/18/2009 | $25.25 |
| GUARAV KITTUR | Meals | Overtime Meal | 9/18/2009 | $25.30 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 9/19/2009 | $16.24 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/20/2009 | $23.14 |
| BLAIR MORRISON | Meals | Overtime Meal | 9/20/2009 | $25.04 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/21/2009 | $9.89 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/22/2009 | $10.81 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 9/23/2009 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 9/23/2009 | $36.81 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 9/23/2009 | $239.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 9/23/2009 | $23.00 |
| CHIH-YIN CHEN | Transportation - Air | Roundtrip Coach Class Flight | 9/23/2009 | $881.20 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Home to Airport | 9/23/2009 | $37.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Office to Home | 9/23/2009 | $10.00 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 9/23/2009 | $74.81 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 9/23/2009 | $239.00 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 9/23/2009 | $15.82 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 9/23/2009 | $20.10 |
| J.HALISEY KENNEDY | Transportation - Air | Roundtrip Coach Class Flight | 9/23/2009 | $871.35 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Airport to Hotel | 9/23/2009 | $45.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Car Service- Office to Airport | 9/23/2009 | $95.16 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/23/2009 | $9.60 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 9/24/2009 | $36.81 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 9/24/2009 | $239.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 9/24/2009 | $5.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 9/24/2009 | $18.23 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 9/24/2009 | $5.45 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 9/24/2009 | $7.75 |
| CHIH-YIN CHEN | Accommodations | Hotel Internet Charges | 9/24/2009 | $19.99 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Meeting to Hotel | 9/24/2009 | $8.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Meeting | 9/24/2009 | $9.00 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Hotel | 9/24/2009 | $50.00 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 9/24/2009 | $36.74 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Meeting to Airport | 9/24/2009 | $45.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Car Service- Airport to Home | 9/24/2009 | $144.97 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 9/25/2009 | $27.30 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 9/25/2009 | $7.63 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to SF Office | 9/25/2009 | $42.95 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Airport | 9/25/2009 | $45.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/25/2009 | $8.40 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 9/26/2009 | $8.70 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 9/26/2009 | $12.50 |
| NIAMBI WILLIAMS | Transportation - Ground | OT Taxi- Office to Home | 9/26/2009 | $59.32 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/29/2009 | $8.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/30/2009 | $7.60 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 10/3/2009 | $7.50 |
| ELIZABETH MICARE | Presentation Services | Create/Edit Presentations | 10/13/2009 | $82.00 |
| LAMAR MYERS | Presentation Services | Create/Edit Presentations | 10/14/2009 | $94.00 |
| **Total:** | | | | $4,391.58 |