Exhibit C

## Jefferies & Company, Inc.

Summary of Hours Worked

October 1, 2009 - October 31, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 39.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 41.0 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 69.8 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 41.3 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 44.0 |
| Paul Zangrilli | Associate, Communication Technologies Group | 50.3 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 57.0 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 44.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 60.8 |
| Blair Morrison | Analyst, Generalist | 63.5 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 44.0 |
| | **Total** | **555.3** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
October 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 10/1/2009 | 1.50 | Meeting with UCC Memeber and UCC call prep,Review M&A information |
| Michael Henkin | 10/1/2009 | 7.00 | UCC call; communicate with UCC members, other professionals and Jefco Team; travel from NYC to San Fran |
| Michael Henkin | 10/2/2009 | 1.00 | Call with other professionals, UCC Member re: UCC presentation/meeting prep,M&A issues |
| Michael Henkin | 10/2/2009 | 1.50 | Call with creditors re: claims, Diligence issues and reveiw of M&A documents, work on UCC presentation |
| Michael Henkin | 10/2/2009 | 0.75 | Work on UCC presentation and related communication with Jefco Team |
| Michael Henkin | 10/4/2009 | 1.00 | Work on UCC Presentation |
| Michael Henkin | 10/5/2009 | 2.25 | Communication with other professionals and UCC Members; UCC call prep and review UCC presentations |
| Michael Henkin | 10/5/2009 | 1.00 | Communicate with UCC member,Counsel re: Claims/recovery issues and motion review |
| Michael Henkin | 10/6/2009 | 2.50 | Call with UCC Members re: motions,M&A,Calls with other professionals re: due diligence M&A, officer issues |
| Michael Henkin | 10/7/2009 | 4.50 | Multiple calls and communication with UCC Members, other professionals and Jefco Team, UCC call prep |
| Michael Henkin | 10/8/2009 | 2.00 | UCC call and related presentation review |
| Michael Henkin | 10/19/2009 | 0.50 | Call with UCC Memembers re: case issues |
| Michael Henkin | 10/20/2009 | 1.00 | Call with creditor re: case issues,Claim questions and review UCC presentation draft |
| Michael Henkin | 10/21/2009 | 2.75 | Call with other professionals re: case issues UCC prep call; review UCC presentation and M&A analysis |
| Michael Henkin | 10/22/2009 | 2.00 | UCC call and review of financing analyses |
| Michael Henkin | 10/23/2009 | 1.00 | Communicate with Jefferies Team and other professionals re: financing,M&A and other case issues. |
| Michael Henkin | 10/26/2009 | 1.25 | Communicate with other professionals re: case issues and review related documents |
| Michael Henkin | 10/27/2009 | 0.75 | Call with Creditors re: M&A and claims issues |
| Michael Henkin | 10/28/2009 | 1.00 | Meeting w/Jefco Team members re: proceeds allocations and M&A process |
| Michael Henkin | 10/29/2009 | 1.50 | UCC call |
| Michael Henkin | 10/30/2009 | 1.50 | Calls with UCC members & professionals; related document review and communication with Jefco Team |
| Michael Henkin | 10/30/2009 | 1.00 | Communicate with UCC Memebers re: case issues |
| **October 2009 Summary Hours for Michael Henkin** | | **39.25** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 10/1/2009 | 2.25 | UCC call, Reviewed materials |
| Phil Berkowitz | 10/2/2009 | 2.50 | Reviewed materials |
| Phil Berkowitz | 10/5/2009 | 1.25 | Reviewed materials, Real Estate call |
| Phil Berkowitz | 10/6/2009 | 3.50 | Calls with various parties |
| Phil Berkowitz | 10/7/2009 | 6.00 | M&A call, Professionals call, CRO call, Reviewed materials |
| Phil Berkowitz | 10/14/2009 | 3.50 | M&A Update call, Reviewed Materials |
| Phil Berkowitz | 10/15/2009 | 1.50 | UCC call |
| Phil Berkowitz | 10/21/2009 | 2.00 | M&A call, Reviewed Materials |
| Phil Berkowitz | 10/22/2009 | 2.50 | M&A Update call, Reviewed Materials |
| Phil Berkowitz | 10/23/2009 | 3.00 | BU call, Reviewed Materials |
| Phil Berkowitz | 10/26/2009 | 2.00 | BU call |
| Phil Berkowitz | 10/27/2009 | 2.00 | Reviewed Materials |
| Phil Berkowitz | 10/28/2009 | 3.50 | M&A call, Professionals call, Reviewed Materials |
| Phil Berkowitz | 10/29/2009 | 3.50 | UCC call, Reviewed Materials |
| Phil Berkowitz | 10/30/2009 | 2.00 | Potential Buyer Presentation, Reviewed Materials |
| **October 2009 Summary Hours for Phil Berkowitz** | | **41.00** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 10/5/2009 | 2.25 | Communication with other professionals and UCC Members; UCC call prep |
| Hal Kennedy | 10/6/2009 | 2.50 | Call with UCC Members, Calls with other professionals re: due diligence M&A, officer issues |
| Hal Kennedy | 10/7/2009 | 4.50 | Other professionals and Jefco Team, UCC call prep |
| Hal Kennedy | 10/8/2009 | 3.00 | UCC call and related presentation review |
| Hal Kennedy | 10/12/2009 | 4.00 | Paragon Issues, proceeds allocation discussions |
| Hal Kennedy | 10/13/2009 | 2.00 | Proceeds allocation discussions |
| Hal Kennedy | 10/14/2009 | 5.00 | Proceeds allocation discussions, M&A update, professionals call |
| Hal Kennedy | 10/15/2009 | 2.50 | UCC prep and call |
| Hal Kennedy | 10/16/2009 | 1.50 | UCC call follow up |
| Hal Kennedy | 10/17/2009 | 1.50 | Review snow bidder materials |
| Hal Kennedy | 10/20/2009 | 1.00 | Call with creditor |
| Hal Kennedy | 10/21/2009 | 2.75 | Call with other professionals, UCC prep call; review UCC presentation and M&A analysis |
| Hal Kennedy | 10/22/2009 | 3.50 | UCC call and review of financing analyses |
| Hal Kennedy | 10/23/2009 | 2.50 | Communicate with Jefferies Team and other professionals, Canadian funding issues |
| Hal Kennedy | 10/26/2009 | 11.00 | Meetings in Toronto and related travel |
| Hal Kennedy | 10/27/2009 | 10.00 | Meetings in Toronto and related travel |
| Hal Kennedy | 10/28/2009 | 1.25 | Communicate with other professionals re: case issues and review related documents |
| Hal Kennedy | 10/28/2009 | 2.00 | Call with various parties, professionals call |
| Hal Kennedy | 10/28/2009 | 1.00 | Meeting w/Jefco Team members re: proceeds allocations and M&A process |
| Hal Kennedy | 10/29/2009 | 2.00 | UCC call |
| Hal Kennedy | 10/30/2009 | 4.00 | Candian funding |
| **October 2009 Summary Hours for Hal Kennedy** | | **69.75** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 10/1/2009 | 4.00 | Weekly UCC call; call with other professionals |
| Leo Chang | 10/2/2009 | 2.00 | Call with other professionals, UCC presentation prep,M&A issues |
| Leo Chang | 10/2/2009 | 1.50 | Diligence issues and reveiw of M&A documents, work on UCC presentation |
| Leo Chang | 10/5/2009 | 2.25 | Communication with other professionals and UCC Members; UCC call prep |
| Leo Chang | 10/5/2009 | 1.00 | Communicate with UCC member |
| Leo Chang | 10/6/2009 | 2.50 | Call with UCC Members, Calls with other professionals re: due diligence M&A, officer issues |
| Leo Chang | 10/7/2009 | 3.00 | Other professionals and Jefco Team, UCC call prep |
| Leo Chang | 10/8/2009 | 2.00 | UCC call and related presentation review |
| Leo Chang | 10/14/2009 | 4.50 | Proceeds allocation discussions, M&A update, professionals call |
| Leo Chang | 10/15/2009 | 2.50 | UCC prep and call |
| Leo Chang | 10/16/2009 | 1.50 | UCC call follow up |

18

| Name | Date | Hours | Description |
|---|---|---|---|
| Leo Chang | 10/19/2009 | 0.50 | Call with UCC Memembers |
| Leo Chang | 10/20/2009 | 1.00 | Call with creditor |
| Leo Chang | 10/21/2009 | 2.75 | Call with other professionals, UCC prep call; review UCC presentation and M&A analysis |
| Leo Chang | 10/22/2009 | 2.00 | UCC call and review of financing analyses |
| Leo Chang | 10/23/2009 | 1.00 | Communicate with Jefferies Team and other professionals |
| Leo Chang | 10/26/2009 | 1.25 | Communicate with other professionals re: case issues and review related documents |
| Leo Chang | 10/27/2009 | 2.00 | IP call, communication with team |
| Leo Chang | 10/28/2009 | 1.00 | Meeting w/Jefco Team members re: proceeds allocations and M&A process |
| Leo Chang | 10/29/2009 | 1.50 | UCC call |
| Leo Chang | 10/30/2009 | 1.50 | Calls with UCC members & professionals; Communication with Jefco Team |
| **October 2009 Summary Hours for Leo Chang** | | **41.25** | |

*Gaurav Kittur*

| Name | Date | Hours | Description |
|---|---|---|---|
| Gaurav Kittur | 10/1/2009 | 2.50 | Weekly Committee Call; Reviewed Materials |
| Gaurav Kittur | 10/2/2009 | 2.25 | Reviewed Materials |
| Gaurav Kittur | 10/5/2009 | 1.50 | Reviewed Materials; Real Estate Call |
| Gaurav Kittur | 10/6/2009 | 2.25 | Business Unit & IP Calls; Reviewed Materials |
| Gaurav Kittur | 10/7/2009 | 5.00 | M&A; Prof. & CRO Calls; Reviewed Materials |
| Gaurav Kittur | 10/13/2009 | 2.00 | Reviewed Materials; IP Call |
| Gaurav Kittur | 10/14/2009 | 4.00 | M&A Call; Reviewed Materials |
| Gaurav Kittur | 10/15/2009 | 2.00 | Weekly Committee Call; Reviewed Materials |
| Gaurav Kittur | 10/20/2009 | 1.00 | IP Call |
| Gaurav Kittur | 10/21/2009 | 2.00 | M&A Call; Reviewed Materials |
| Gaurav Kittur | 10/22/2009 | 3.50 | M&A Update Call; Reviewed Materials |
| Gaurav Kittur | 10/23/2009 | 3.00 | Business Unit Call; Reviewed Materials |
| Gaurav Kittur | 10/26/2009 | 2.00 | Business Unit Update Call |
| Gaurav Kittur | 10/27/2009 | 2.00 | IP Call; Reviewed Materials |
| Gaurav Kittur | 10/28/2009 | 3.50 | M&A & Prof. Calls; Reviewed Materials |
| Gaurav Kittur | 10/29/2009 | 3.50 | Weekly Committee Call; Reviewed Materials |
| Gaurav Kittur | 10/30/2009 | 2.00 | Potential Buyer Presentation, Reviewed Materials |
| **October 2009 Summary Hours for Gaurav Kittur** | | **44.00** | |

*Paul Zangrilli*

| Name | Date | Hours | Description |
|---|---|---|---|
| Paul Zangrilli | 10/1/2009 | 2.50 | Weekly committee call, reviewed materials |
| Paul Zangrilli | 10/2/2009 | 1.50 | Reviewed materials |
| Paul Zangrilli | 10/5/2009 | 2.00 | Peviewed materials, real estate call |
| Paul Zangrilli | 10/6/2009 | 2.25 | Business unit call, IP call, reviewed materials |
| Paul Zangrilli | 10/7/2009 | 7.50 | M&A call, professionals call, CRO call, reviewed materials |
| Paul Zangrilli | 10/13/2009 | 2.00 | IP call, reviewed materials |
| Paul Zangrilli | 10/14/2009 | 4.00 | M&A call, reviewed materials |
| Paul Zangrilli | 10/15/2009 | 2.00 | Committee call, reviewed materials |
| Paul Zangrilli | 10/20/2009 | 1.00 | IP call |
| Paul Zangrilli | 10/21/2009 | 3.00 | M&A call, reviewed materials |
| Paul Zangrilli | 10/22/2009 | 3.00 | M&A call, administrative work |
| Paul Zangrilli | 10/23/2009 | 3.00 | Business unit call, reviewed business unit materials |
| Paul Zangrilli | 10/26/2009 | 2.00 | Business unit call |
| Paul Zangrilli | 10/27/2009 | 2.00 | IP call, reviewed materials |
| Paul Zangrilli | 10/28/2009 | 3.50 | M&A call, professionals call, reviewed materials |
| Paul Zangrilli | 10/29/2009 | 3.00 | Committee call, reviewed materials |
| Paul Zangrilli | 10/30/2009 | 6.00 | Buyer presentation, canadian funding meeting, reviewed materials |
| **October 2009 Summary Hours for Paul Zangrilli** | | **50.25** | |

*Cary Verasco*

| Name | Date | Hours | Description |
|---|---|---|---|
| Cary Verasco | 10/1/2009 | 0.50 | Various correspondence |
| Cary Verasco | 10/5/2009 | 1.50 | Call with Company and other advisors, review analysis, various correspondence |
| Cary Verasco | 10/6/2009 | 0.50 | Various correspondence |
| Cary Verasco | 10/7/2009 | 1.50 | Various correspondence, review materials |
| Cary Verasco | 10/8/2009 | 3.50 | Review analysis, call with counsel, update analysis, committee call, various correspondence |
| Cary Verasco | 10/9/2009 | 1.00 | Call with other advisor |
| Cary Verasco | 10/12/2009 | 3.00 | Call with creditor, various correspondence, review analysis |
| Cary Verasco | 10/13/2009 | 3.00 | Review analysis, calls with other professionals, call with creditor |
| Cary Verasco | 10/14/2009 | 3.00 | Review analysis, various correspondence, call with Company and other advisor, prepare analysis, call with counsel |
| Cary Verasco | 10/15/2009 | 3.50 | Prepare materials, committee call, call with counsel to committee member, review analysis, correspondence |
| Cary Verasco | 10/16/2009 | 0.50 | Call with creditor |
| Cary Verasco | 10/19/2009 | 2.50 | Prepare analysis, various correspondence, call with creditor |
| Cary Verasco | 10/20/2009 | 1.50 | Update materials, various correspondence, prepare analysis |
| Cary Verasco | 10/21/2009 | 3.50 | Review analysis, various correspondence, review materials |
| Cary Verasco | 10/22/2009 | 2.50 | Various correspondence, call with other committee professionals, committee call |
| Cary Verasco | 10/23/2009 | 0.50 | Various correspondence |
| Cary Verasco | 10/26/2009 | 11.00 | Meetings in Toronto and related travel |
| Cary Verasco | 10/27/2009 | 10.00 | Meetings in Toronto and related travel |
| Cary Verasco | 10/28/2009 | 1.00 | Update call, various correspondence |
| Cary Verasco | 10/29/2009 | 2.50 | Committee call, review analysis, various correspondence, call with other advisor |
| Cary Verasco | 10/30/2009 | 0.50 | Call with creditor |
| **October 2009 Summary Hours for Cary Verasco** | | **57.00** | |

19

| | | | |
|---|---|---|---|
| *Gene Chen* | | | |
| Gene Chen | 10/1/2009 | 2.25 | Nortel - Weekly UCC update call |
| Gene Chen | 10/1/2009 | 1.00 | Nortel - M&A analysis,Review materials,various correspondence |
| Gene Chen | 10/2/2009 | 1.00 | Nortel - Review materials,various correspondence |
| Gene Chen | 10/5/2009 | 1.50 | Nortel - Real estate call |
| Gene Chen | 10/6/2009 | 1.00 | Nortel - M&A analysis |
| Gene Chen | 10/6/2009 | 1.50 | Nortel - Bondholder research,Review materials,various correspondence |
| Gene Chen | 10/6/2009 | 1.00 | Nortel - Weekly IP call |
| Gene Chen | 10/6/2009 | 0.50 | Nortel - M&A update call |
| Gene Chen | 10/7/2009 | 2.00 | Nortel - M&A update presentation |
| Gene Chen | 10/7/2009 | 1.00 | Nortel - Professionals pre-call |
| Gene Chen | 10/7/2009 | 0.50 | Nortel - M&A update call |
| Gene Chen | 10/8/2009 | 1.00 | Nortel - M&A update presentation |
| Gene Chen | 10/8/2009 | 2.25 | Nortel - Weekly UCC call |
| Gene Chen | 10/12/2009 | 0.50 | Nortel - M&A call |
| Gene Chen | 10/12/2009 | 6.00 | Nortel - M&A and proceeds allocation analysis,various correspondence |
| Gene Chen | 10/12/2009 | 1.00 | Nortel - Call with other UCC advisors |
| Gene Chen | 10/12/2009 | 1.00 | Nortel - M&A update call |
| Gene Chen | 10/13/2009 | 0.50 | Nortel - Various correspondence |
| Gene Chen | 10/13/2009 | 2.00 | Nortel - M&A and proceeds allocation analysis |
| Gene Chen | 10/19/2009 | 1.50 | Nortel - Review materials |
| Gene Chen | 10/20/2009 | 4.00 | Nortel - M&A analysis,various correspondence |
| Gene Chen | 10/21/2009 | 2.00 | Nortel - Review materials |
| Gene Chen | 10/22/2009 | 1.00 | Nortel - Funding considerations call |
| Gene Chen | 10/22/2009 | 1.50 | Nortel - Weekly UCC update call |
| Gene Chen | 10/26/2009 | 0.50 | Nortel - M&A update call |
| Gene Chen | 10/27/2009 | 1.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 10/27/2009 | 1.00 | Nortel - IP update call |
| Gene Chen | 10/28/2009 | 1.00 | Nortel - Review materials |
| Gene Chen | 10/28/2009 | 1.50 | Nortel - Professionals pre-call |
| Gene Chen | 10/28/2009 | 0.50 | Nortel - M&A update call |
| Gene Chen | 10/29/2009 | 1.50 | Nortel - Weekly UCC call |
| **October 2009 Summary Hours for Gene Chen** | | **44.50** | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 10/1/2009 | 3.00 | Weekly Committee Call, Prepped Materials |
| Ryan Stuckert | 10/2/2009 | 2.50 | Prepped Materials |
| Ryan Stuckert | 10/5/2009 | 1.50 | Reviewed Materials, Real Estate Call |
| Ryan Stuckert | 10/6/2009 | 3.00 | Business Unit Call, IP Call, Prepped Materials |
| Ryan Stuckert | 10/7/2009 | 7.75 | M&A Call, Professionals Call, CRO Call, Reviewed Materials |
| Ryan Stuckert | 10/13/2009 | 3.00 | IP Call, Reviewed Materials |
| Ryan Stuckert | 10/14/2009 | 8.00 | M&A Call, Prepped Stock Analysis & Other Materials |
| Ryan Stuckert | 10/15/2009 | 2.00 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 10/20/2009 | 5.00 | IP Call, Updated/Spread Public Comps |
| Ryan Stuckert | 10/21/2009 | 2.50 | M&A Call, Reviewed Materials |
| Ryan Stuckert | 10/22/2009 | 3.00 | M&A Call, Administrative |
| Ryan Stuckert | 10/23/2009 | 3.00 | Business Unit Call, Reviewed Business Unit Materials |
| Ryan Stuckert | 10/26/2009 | 2.00 | Business Unit Call |
| Ryan Stuckert | 10/27/2009 | 2.25 | IP Call, Prepped Materials |
| Ryan Stuckert | 10/28/2009 | 3.50 | M&A Call, Professionals Call, Prepped Materials |
| Ryan Stuckert | 10/29/2009 | 3.25 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 10/30/2009 | 5.50 | Canadian Funding Meeting, Potential Buyer Presentation, Prepped Valuation Materials, Adminstrative |
| **October 2009 Summary Hours for Ryan Stuckert** | | **60.75** | |
| | | | |
| *Blair Morrison* | | | |
| Blair Morrison | 10/1/2009 | 2.00 | Weekly committee call, correspondence |
| Blair Morrison | 10/5/2009 | 1.50 | Realestate related call |
| Blair Morrison | 10/6/2009 | 2.00 | Business Unit call, follow up IP call |
| Blair Morrison | 10/7/2009 | 4.00 | Weekly calls with debtor and professionals, related analysis |
| Blair Morrison | 10/8/2009 | 1.50 | Weekly committee call |
| Blair Morrison | 10/12/2009 | 3.50 | Business Unit call, communication with team, proceeds call |
| Blair Morrison | 10/13/2009 | 5.00 | Business Unit call, proceeds call, IP call, related cooorespondence |
| Blair Morrison | 10/14/2009 | 1.50 | Weekly committee call |
| Blair Morrison | 10/20/2009 | 1.00 | IP call |
| Blair Morrison | 10/21/2009 | 5.00 | CF call, internal call, M&A weekly call, professionals call |
| Blair Morrison | 10/22/2009 | 3.50 | Weekly committee call, proceeds call, related analysis |
| Blair Morrison | 10/26/2009 | 15.00 | Conference in Toronto (includes travel) |
| Blair Morrison | 10/27/2009 | 12.00 | Conference in Toronto (includes travel) |
| Blair Morrison | 10/28/2009 | 1.00 | Weekly cashflow call |
| Blair Morrison | 10/29/2009 | 2.50 | Coorespondence, weekly call |
| Blair Morrison | 10/30/2009 | 2.50 | Funding call |
| **October 2009 Summary Hours for Blair Morrison** | | **63.50** | |
| | | | |
| *Natalie Mayslich* | | | |
| Natalie Mayslich | 10/1/2009 | 3.00 | Weekly Committee Call, Prepared Materials |
| Natalie Mayslich | 10/2/2009 | 2.50 | Prepared Materials |
| Natalie Mayslich | 10/5/2009 | 2.00 | Prepared Materials, Real Estate Call |
| Natalie Mayslich | 10/7/2009 | 7.50 | M&A Call, Professionals Call, CRO Call, Prepared Materials |
| Natalie Mayslich | 10/13/2009 | 3.00 | IP Call, Prepared Materials |
| Natalie Mayslich | 10/14/2009 | 5.00 | M&A Call, Prepared Stock Analysis, Prepared Materials |
| Natalie Mayslich | 10/15/2009 | 2.00 | Committee Call, Prepared Materials |
| Natalie Mayslich | 10/20/2009 | 5.00 | IP Call, Prepared Valuation Materials |
| Natalie Mayslich | 10/21/2009 | 2.50 | M&A Call, Prepared Materials |
| Natalie Mayslich | 10/22/2009 | 4.00 | M&A Call, Administrative |
| Natalie Mayslich | 10/27/2009 | 2.00 | IP Call, Prepared Materials |
| Natalie Mayslich | 10/28/2009 | 3.50 | M&A Call, Professionals Call, Prepared Materials |
| Natalie Mayslich | 10/29/2009 | 2.00 | Committee Call, Prepared Materials |
| **October 2009 Summary Hours for Natalie Mayslich** | | **44.00** | |