## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 10/1/2009 through 10/31/2009**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive | $710 | 20.60 | $14,626.00 |
| J. Borow | Executive Director | $710 | 144.70 | $102,737.00 |
| J. Salomon | Executive | $695 | 2.20 | $1,529.00 |
| M. Lasinski | Managing Director | $600 | 33.90 | $20,340.00 |
| J. Hyland | Executive Director | $550 | 325.20 | $178,860.00 |
| T. Horton | Director | $525 | 226.80 | $119,070.00 |
| L. Penz | Associate Director | $340 | 20.10 | $6,834.00 |
| S. Song | Consultant | $325 | 210.20 | $68,315.00 |
| J. Peterson | Consultant | $315 | 250.00 | $78,750.00 |
| T. Morilla | Consultant | $285 | 242.50 | $69,112.50 |
| J. Schad | Associate | $200 | 1.60 | $320.00 |
| M. DeSalvio | Research | $170 | 1.00 | $170.00 |
| H. Becker | Paraprofessional | $100 | 5.20 | $520.00 |
| **For the Period 10/1/2009 through 10/31/2009** | | | **1484.00** | **$661,183.50** |