# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 10/1/2009 through 10/31/2009**

| Task Code | Task Description | Hours | Fees |
| --- | --- | --- | --- |
| 01. Asset Acquisition/Disposition | | 112.00 | $50,822.50 |
| 05. Professional Retention/Fee Application Preparation | | 15.80 | $5,104.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 44.80 | $25,715.00 |
| 08. Interaction/Mtgs w Creditors | | 57.80 | $35,360.50 |
| 09. Employee Issues/KEIP | | 225.70 | $103,527.50 |
| 11. Claim Analysis/Accounting | | 152.90 | $65,542.00 |
| 13. Intercompany Transactions/Bal | | 122.30 | $56,276.50 |
| 14. Executory Contracts/Leases | | 55.40 | $22,929.50 |
| 17. Analysis of Historical Results | | 35.10 | $13,290.50 |
| 18. Operating and Other Reports | | 91.50 | $45,044.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 272.70 | $105,033.00 |
| 20. Projections/Business Plan/Other | | 205.20 | $85,442.00 |
| 21. Reclamation/503(b)(9) | | 15.10 | $7,835.00 |
| 22. Pref/Avoidance Actions | | 41.60 | $18,743.00 |
| 24. Liquidation Analysis | | 2.80 | $918.00 |
| 33. Intellectual Property | | 33.30 | $19,600.00 |
| **For the Period 10/1/2009 through 10/31/2009** | | **1484.00** | **$661,183.50** |