**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 10/1/2009 through 10/31/2009**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 10/5/2009 | J. Hyland | Airfare for Toronto/Raleigh trip. | $1,790.10 |
| 10/5/2009 | T. Morilla | Airfare for Toronto trip (includes change of flight expense). | $1,655.48 |
| 10/5/2009 | J. Peterson | Roundtrip airfare from LGA to Toronto. | $1,580.51 |
| 10/5/2009 | J. Peterson | Airfare from LGA to Toronto for Ted Horton. | $1,321.43 |
| 10/5/2009 | S. Song | Airfare for travel to Toronto. | $993.65 |
| 10/8/2009 | J. Peterson | Change for return trip back to LGA. | $75.00 |
| 10/9/2009 | T. Horton | Airfare to Raleigh for NBS review. | $1,272.90 |
| 10/9/2009 | J. Peterson | Airfare to Toronto. | $419.20 |
| 10/12/2009 | J. Hyland | Airfare for NY trip. | $1,059.20 |
| 10/18/2009 | T. Morilla | Airfare for Toronto trip. | $1,323.04 |
| 10/19/2009 | J. Peterson | Airfare to Toronto. | $1,323.04 |
| 10/19/2009 | J. Peterson | Airfare for Ted Horton to Toronto. | $1,323.04 |
| 10/19/2009 | J. Hyland | Airfare for Toronto trip. | $1,289.70 |
| 10/24/2009 | T. Morilla | Airfare for Toronto trip. | $1,341.50 |
| 10/26/2009 | J. Borow | Airfare to Toronto. | $1,655.10 |
| 10/26/2009 | J. Peterson | Airfare for Ted Horton for Toronto trip. | $1,618.85 |
| 10/26/2009 | J. Hyland | Airfare for Toronto trip. | $1,505.98 |

Capstone Advisory Group, LLC                                      Page 1 of 13
Invoice for the 10/1/2009 - 10/31/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/26/2009 | J. Peterson | Airfare during Toronto trip. | $1,341.50 |
| 10/28/2009 | T. Horton | Airplane fee for changing flight itinerary. | $78.75 |
| **Subtotal - Airfare/Train** | | | **$22,967.97** |
| **Auto Rental/Taxi** | | | |
| 10/1/2009 | J. Hyland | Taxi while traveling in NY. | $45.00 |
| 10/1/2009 | J. Hyland | Taxi while traveling in NY. | $32.97 |
| 10/4/2009 | J. Peterson | Taxi to the NYC office to pick up materials for trip to Toronto. | $7.00 |
| 10/5/2009 | T. Morilla | Taxi for T. Horton, J. Peterson and T. Morilla from the airport to the Toronto office. | $48.80 |
| 10/5/2009 | J. Hyland | Taxi during Toronto trip. | $38.00 |
| 10/5/2009 | S. Song | Taxi while traveling in Toronto. | $31.06 |
| 10/5/2009 | J. Hyland | Taxi during Toronto trip. | $30.00 |
| 10/5/2009 | T. Horton | Cab from Debtors' office to hotel. | $30.00 |
| 10/5/2009 | T. Morilla | Taxi for T. Horton, J. Peterson and T. Morilla from the Toronto office to the hotel. | $25.00 |
| 10/6/2009 | J. Hyland | Taxi during Toronto trip. | $34.00 |
| 10/6/2009 | J. Hyland | Taxi during Toronto trip. | $32.00 |
| 10/6/2009 | J. Peterson | Taxi from Nortel to the hotel. | $26.50 |
| 10/6/2009 | J. Peterson | Taxi from hotel to Nortel. | $25.00 |
| 10/6/2009 | S. Song | Taxi while traveling in Toronto. | $25.00 |
| 10/7/2009 | J. Hyland | Taxi during Toronto trip. | $31.00 |
| 10/7/2009 | T. Horton | Taxi to airport. | $30.50 |
| 10/7/2009 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 10/7/2009 | J. Peterson | Taxi from Nortel to the hotel. | $26.50 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/7/2009 | T. Morilla | Taxi for J. Peterson and T. Morilla. | $26.40 |
| 10/7/2009 | S. Song | Taxi while traveling in Toronto. | $26.00 |
| 10/7/2009 | J. Peterson | Taxi from hotel to Nortel. | $25.00 |
| 10/8/2009 | Capstone Expense | Taxi for Nortel matter. | $346.53 |
| 10/8/2009 | Capstone Expense | Taxi for Nortel matter. | $271.07 |
| 10/8/2009 | Capstone Expense | Taxi for Nortel matter. | $167.02 |
| 10/8/2009 | Capstone Expense | Taxi for Nortel matter. | $89.20 |
| 10/8/2009 | J. Peterson | Taxi from Nortel to the Toronto airport | $30.00 |
| 10/8/2009 | J. Hyland | Taxi in Toronto. | $30.00 |
| 10/8/2009 | J. Hyland | Taxi in Toronto. | $28.00 |
| 10/8/2009 | T. Morilla | Taxi for J. Peterson and T. Morilla to the Debtors' Toronto office from the hotel. | $26.00 |
| 10/8/2009 | S. Song | Taxi while traveling in Toronto. | $25.00 |
| 10/8/2009 | S. Song | Taxi while traveling in Toronto. | $22.00 |
| 10/8/2009 | J. Hyland | Taxi in Raleigh. | $20.00 |
| 10/9/2009 | J. Peterson | Taxi from Raleigh Durham airport to Nortel's office. | $25.00 |
| 10/9/2009 | J. Peterson | Taxi from Nortel to Raleigh Durham airport. | $25.00 |
| 10/12/2009 | J. Hyland | Taxi during NY trip. | $33.37 |
| 10/13/2009 | T. Morilla | Taxi due to working late. | $8.00 |
| 10/13/2009 | J. Peterson | Taxi home after working late. | $7.00 |
| 10/14/2009 | J. Hyland | Taxi during NY trip. | $15.50 |
| 10/14/2009 | T. Morilla | Taxi due to working late. | $6.60 |
| 10/15/2009 | J. Hyland | Local taxi during NY travel. | $75.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/15/2009 | J. Hyland | Taxi during NY travel. | $38.00 |
| 10/18/2009 | T. Morilla | Taxi due to working on the weekend. | $7.40 |
| 10/19/2009 | T. Morilla | Taxi for J. Hyland, T. Horton, J. Peterson and T. Morilla while in Toronto. | $46.54 |
| 10/19/2009 | T. Morilla | Taxi for T. Horton, J. Peterson and T. Morilla from the airport to Debtors' Toronto office. | $42.04 |
| 10/19/2009 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 10/19/2009 | J. Peterson | Taxi in Toronto. | $10.00 |
| 10/20/2009 | J. Hyland | Taxi during Toronto trip. | $65.08 |
| 10/20/2009 | T. Morilla | Taxi for T. Horton, J. Peterson and T. Morilla from the hotel to the Debtors' office. | $65.00 |
| 10/20/2009 | J. Peterson | Taxi while in Toronto. | $52.50 |
| 10/21/2009 | J. Hyland | Taxi during Toronto trip. | $66.05 |
| 10/21/2009 | J. Peterson | Taxi while in Toronto. | $60.00 |
| 10/21/2009 | T. Morilla | Taxi for T. Horton and T. Morilla from the Debtors' office to the hotel. | $48.02 |
| 10/21/2009 | T. Morilla | Taxi for T. Horton and T. Morilla from the office to the hotel. | $47.34 |
| 10/21/2009 | J. Peterson | Taxi in Toronto. | $30.00 |
| 10/21/2009 | J. Peterson | Lunch at Nortel. | $10.14 |
| 10/22/2009 | J. Hyland | Taxi during Toronto trip. | $66.05 |
| 10/22/2009 | T. Morilla | Taxi for T. Horton and T. Morilla from the office to the airport. | $60.00 |
| 10/22/2009 | J. Hyland | Taxi during Toronto trip. | $48.06 |
| 10/22/2009 | T. Morilla | Taxi for T. Horton and T. Morilla from the hotel to the Toronto office. | $15.00 |
| 10/22/2009 | J. Peterson | Taxi to the office due to carrying work papers. | $11.00 |
| 10/26/2009 | J. Borow | Cabs to/from LaGuardia airport. | $150.00 |
| 10/26/2009 | T. Horton | Cab to hotel while in Toronto. | $70.50 |

Capstone Advisory Group, LLC  
Invoice for the 10/1/2009 - 10/31/2009 Fee Statement

Page 4 of 13

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/26/2009 | J. Borow | Cabs in Toronto to/from airport. | $65.00 |
| 10/26/2009 | J. Hyland | Taxi during Toronto trip. | $62.31 |
| 10/26/2009 | T. Morilla | Taxi for J. Peterson and T. Morilla from the airport to the Debtors Toronto office. | $43.50 |
| 10/26/2009 | T. Horton | Cab to Debtors' office from airport. | $43.00 |
| 10/26/2009 | J. Hyland | Taxi during Toronto trip. | $25.00 |
| 10/27/2009 | J. Peterson | Taxi from the hotel to Nortel. | $38.00 |
| 10/27/2009 | T. Horton | Cab to hotel from Debtors' office. | $35.50 |
| 10/27/2009 | T. Morilla | Taxi for J. Peterson and T. Morilla from the Debtors' office to the hotel. | $28.00 |
| 10/27/2009 | J. Hyland | Taxi during Toronto trip. | $25.00 |
| 10/27/2009 | M. Lasinski | Taxi to dinner with consultants on IP issues. | $15.00 |
| 10/28/2009 | T. Horton | Cabs to and from Debtors' offices. | $66.50 |
| 10/28/2009 | J. Peterson | Taxi from the hotel to Nortel. | $38.00 |
| 10/28/2009 | J. Peterson | Taxi from Nortel to the hotel. | $35.00 |
| 10/28/2009 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 10/29/2009 | J. Peterson | Taxi from the hotel to Nortel. | $38.00 |
| 10/29/2009 | J. Peterson | Taxi from Nortel to the airport. | $30.00 |
| 10/29/2009 | J. Hyland | Taxi during Toronto trip. | $30.00 |
| 10/29/2009 | J. Hyland | Taxi during Toronto trip. | $25.00 |
| 10/30/2009 | J. Peterson | Taxi to the NYC office with bags from trip to Toronto. | $7.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$3,588.55** |

**Hotel**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/1/2009 | J. Hyland | Hotel while traveling in NY for Nortel. | $947.55 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/7/2009 | T. Horton | Hotel for two nights while in Toronto. | $343.92 |
| 10/8/2009 | J. Hyland | Hotel during Toronto trip. | $470.15 |
| 10/8/2009 | T. Morilla | Hotel while traveling in Toronto. | $457.53 |
| 10/8/2009 | J. Peterson | Hotel while in Toronto. | $426.51 |
| 10/9/2009 | S. Song | Hotel while staying in Toronto. | $504.85 |
| 10/9/2009 | J. Hyland | Hotel during Raleigh trip. | $234.61 |
| 10/15/2009 | J. Hyland | Hotel during NY travel. | $1,464.66 |
| 10/21/2009 | J. Peterson | Hotel while in Toronto. | $359.34 |
| 10/22/2009 | J. Hyland | Hotel during Toronto trip. | $1,028.54 |
| 10/22/2009 | T. Horton | Hotel while in Toronto at Debtors' offices. | $611.49 |
| 10/22/2009 | T. Morilla | Hotel while traveling to Toronto. | $552.81 |
| 10/26/2009 | J. Borow | Hotel in Toronto. | $255.00 |
| 10/28/2009 | T. Horton | Hotel while in Toronto. | $408.74 |
| 10/29/2009 | J. Hyland | Hotel during Toronto trip. | $875.78 |
| 10/29/2009 | J. Peterson | Hotel while in Toronto. | $716.55 |
| 10/30/2009 | T. Morilla | Hotel while traveling to Toronto. | $459.24 |
| **Subtotal - Hotel** | | | **$10,117.27** |

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/1/2009 | J. Hyland | Meals while traveling in NY. | $16.40 |
| 10/1/2009 | T. Morilla | Meal due to working late. | $8.03 |
| 10/5/2009 | J. Peterson | Dinner for T. Morilla and J. Peterson. | $103.07 |
| 10/5/2009 | J. Hyland | Meal for T. Horton and J. Hyland during Toronto/Raleigh trip. | $71.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/5/2009 | T. Horton | Meals while at Debtors' office. | $28.65 |
| 10/5/2009 | S. Song | Meals while traveling in Toronto. | $20.93 |
| 10/5/2009 | J. Peterson | Breakfast while in Toronto. | $20.25 |
| 10/5/2009 | T. Morilla | Meal during Toronto trip. | $14.25 |
| 10/5/2009 | J. Hyland | Meal during Toronto/Raleigh trip. | $11.82 |
| 10/5/2009 | S. Song | Meals while traveling to Toronto. | $9.92 |
| 10/5/2009 | J. Peterson | Lunch while at Nortel. | $9.80 |
| 10/5/2009 | T. Morilla | Meal during Toronto trip. | $8.35 |
| 10/5/2009 | T. Morilla | Meal during Toronto trip. | $7.71 |
| 10/5/2009 | J. Hyland | Meal during Toronto/Raleigh trip. | $1.44 |
| 10/6/2009 | T. Horton | Dinner in Toronto with J. Peterson, T. Morilla, S. Song and T. Horton while at Debtors. | $184.96 |
| 10/6/2009 | S. Song | Meals while traveling in Toronto. | $18.25 |
| 10/6/2009 | J. Peterson | Lunch at Nortel. | $16.75 |
| 10/6/2009 | T. Horton | Meal in Toronto while at Debtors. | $11.40 |
| 10/6/2009 | T. Morilla | Meal during Toronto trip. | $10.58 |
| 10/6/2009 | J. Peterson | Breakfast during Toronto trip. | $9.38 |
| 10/6/2009 | J. Hyland | Meal during Toronto trip. | $7.98 |
| 10/6/2009 | J. Peterson | Breakfast during Toronto trip. | $5.67 |
| 10/6/2009 | J. Hyland | Meal during Toronto trip. | $2.14 |
| 10/7/2009 | T. Morilla | Meal for J. Peterson, S. Song and T. Morilla. | $123.45 |
| 10/7/2009 | T. Horton | Meals while at Debtors. | $37.52 |
| 10/7/2009 | S. Song | Meals while traveling in Toronto. | $12.98 |

Capstone Advisory Group, LLC
Invoice for the 10/1/2009 - 10/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/7/2009 | T. Morilla | Meal during Toronto trip. | $12.43 |
| 10/7/2009 | J. Hyland | Meal during Toronto trip. | $12.00 |
| 10/7/2009 | J. Peterson | Lunch at Nortel. | $9.64 |
| 10/7/2009 | J. Peterson | Breakfast at Nortel. | $8.58 |
| 10/7/2009 | S. Song | Meals while traveling in Toronto. | $8.23 |
| 10/7/2009 | S. Song | Meals while traveling in Toronto. | $3.59 |
| 10/7/2009 | J. Hyland | Meal during Toronto trip. | $2.14 |
| 10/8/2009 | S. Song | Meals while traveling in Toronto. | $26.21 |
| 10/8/2009 | S. Song | Meals while traveling in Toronto. | $18.90 |
| 10/8/2009 | J. Hyland | Meal during Toronto trip. | $13.25 |
| 10/8/2009 | J. Peterson | Lunch at Nortel. | $10.00 |
| 10/8/2009 | T. Morilla | Meal during Toronto trip. | $9.60 |
| 10/8/2009 | T. Morilla | Meal during Toronto trip. | $8.53 |
| 10/8/2009 | J. Peterson | Breakfast at Nortel. | $7.39 |
| 10/8/2009 | J. Peterson | Dinner at the Toronto airport. | $5.74 |
| 10/8/2009 | T. Morilla | Meal during Toronto trip. | $4.92 |
| 10/8/2009 | S. Song | Meals while traveling in Toronto. | $3.63 |
| 10/9/2009 | J. Peterson | Dinner during Raleigh trip. | $17.77 |
| 10/9/2009 | J. Peterson | Meal during Raleigh trip. | $8.36 |
| 10/9/2009 | J. Hyland | Meal during Raleigh trip. | $2.68 |
| 10/9/2009 | J. Hyland | Meal during Raleigh trip. | $2.28 |
| 10/12/2009 | J. Hyland | Meal during NY trip. | $12.14 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/12/2009 | J. Hyland | Meal during NY trip. | $6.91 |
| 10/12/2009 | J. Hyland | Meal during NY trip. | $3.15 |
| 10/13/2009 | J. Peterson | Dinner for T. Morilla, S. Song and J. Peterson due to working late. | $41.14 |
| 10/13/2009 | J. Peterson | Meal for J. Hyland while traveling in NY. | $20.66 |
| 10/14/2009 | J. Peterson | Dinner for T. Morilla and J. Peterson due to working late. | $25.30 |
| 10/18/2009 | T. Morilla | Meal during Toronto trip. | $9.52 |
| 10/18/2009 | T. Morilla | Meal during Toronto trip. | $5.17 |
| 10/19/2009 | J. Peterson | Breakfast at Toronto. | $20.25 |
| 10/19/2009 | T. Horton | Meals at Debtors' office. | $18.65 |
| 10/19/2009 | J. Peterson | Lunch at Nortel. | $13.01 |
| 10/19/2009 | J. Hyland | Meal during Toronto trip. | $11.38 |
| 10/19/2009 | T. Morilla | Meal during Toronto trip. | $10.63 |
| 10/19/2009 | T. Morilla | Meal during Toronto trip. | $9.68 |
| 10/19/2009 | T. Morilla | Meal during Toronto trip. | $7.71 |
| 10/20/2009 | M. Lasinski | Dinner with John Veschi & Global IP Law Group. | $285.92 |
| 10/20/2009 | T. Horton | Dinner with T Morilla. | $42.53 |
| 10/20/2009 | T. Horton | Meals at Debtors' office. | $17.62 |
| 10/20/2009 | J. Peterson | Breakfast during Toronto trip. | $15.32 |
| 10/20/2009 | J. Peterson | Lunch during Toronto trip. | $11.92 |
| 10/20/2009 | T. Morilla | Meal during Toronto trip. | $11.53 |
| 10/20/2009 | J. Hyland | Meal during Toronto trip. | $11.38 |
| 10/20/2009 | T. Morilla | Meal during Toronto trip. | $10.61 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/20/2009 | J. Hyland | Meal during Toronto trip. | $4.78 |
| 10/20/2009 | J. Hyland | Meal during Toronto trip. | $3.20 |
| 10/21/2009 | T. Horton | Dinner with T Morilla. | $69.65 |
| 10/21/2009 | J. Peterson | Breakfast while in Toronto. | $21.20 |
| 10/21/2009 | J. Peterson | Dinner in Toronto. | $18.61 |
| 10/21/2009 | T. Morilla | Meal during Toronto trip. | $14.04 |
| 10/21/2009 | T. Horton | Meal at Debtors' office. | $12.25 |
| 10/21/2009 | T. Morilla | Meal during Toronto trip. | $6.09 |
| 10/21/2009 | J. Hyland | Meal during Toronto trip. | $3.20 |
| 10/25/2009 | T. Morilla | Lunch due to working on weekend. | $3.76 |
| 10/25/2009 | T. Morilla | Meal during working on weekend. | $3.00 |
| 10/26/2009 | S. Song | Late night meal due to working on Debtors' matters. | $27.21 |
| 10/26/2009 | T. Horton | Meals while at Debtors' office. | $18.13 |
| 10/26/2009 | T. Morilla | Meal during Toronto trip. | $12.41 |
| 10/26/2009 | T. Morilla | Meal during Toronto trip. | $11.64 |
| 10/26/2009 | T. Morilla | Meal during Toronto trip. | $9.22 |
| 10/26/2009 | T. Morilla | Meal during Toronto trip. | $2.58 |
| 10/27/2009 | S. Song | Late night meal due to working on Debtors' matters. | $17.00 |
| 10/27/2009 | T. Horton | Lunch at Debtors' office. | $12.29 |
| 10/27/2009 | J. Peterson | Lunch at Nortel. | $10.36 |
| 10/27/2009 | J. Hyland | Meal during Toronto trip. | $4.62 |
| 10/27/2009 | T. Morilla | Meal during Toronto trip. | $3.15 |

Capstone Advisory Group, LLC  
Invoice for the 10/1/2009 - 10/31/2009 Fee Statement

Page 10 of 13

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/28/2009 | T. Horton | Meals while at Debtors' office. | $34.24 |
| 10/28/2009 | T. Morilla | Meal for J. Hyland and T. Morilla. | $18.25 |
| 10/28/2009 | J. Peterson | Breakfast at Nortel for T. Morilla and J. Peterson. | $16.44 |
| 10/28/2009 | J. Peterson | Lunch at Nortel. | $11.56 |
| 10/28/2009 | J. Hyland | Meal during Toronto trip. | $2.26 |
| 10/29/2009 | J. Peterson | Lunch at Nortel. | $14.23 |
| 10/29/2009 | T. Morilla | Meal during Toronto trip. | $9.87 |
| 10/29/2009 | T. Morilla | Meal during Toronto trip. | $4.64 |
| 10/29/2009 | T. Morilla | Meal during Toronto trip. | $2.26 |
| 10/30/2009 | T. Morilla | Meal due to working late. | $11.65 |
| **Subtotal - Meals** | | | **$2,004.47** |

Mileage

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/5/2009 | J. Hyland | Local mileage for Toronto/Raleigh trip. | $23.10 |
| 10/9/2009 | J. Hyland | Local mileage for Toronto/Raleigh trip. | $23.10 |
| 10/12/2009 | J. Hyland | Local mileage for NY trip. | $23.10 |
| 10/26/2009 | J. Hyland | Local mileage during Toronto trip. | $23.10 |
| 10/29/2009 | J. Hyland | Local mileage during Toronto trip. | $23.10 |
| **Subtotal - Mileage** | | | **$115.50** |

Other

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/12/2009 | S. Song | Foreign transaction fee (finance charge) for credit card transactions in foreign country. | $4.02 |
| **Subtotal - Other** | | | **$4.02** |

Parking/Tolls

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/1/2009 | J. Hyland | Parking at airport while traveling in NY. | $90.00 |

Capstone Advisory Group, LLC                                                        Page 11 of 13
Invoice for the 10/1/2009 - 10/31/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/2/2009 | J. Hyland | Parking due to carrying work papers. | $25.00 |
| 10/2/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 10/3/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $25.00 |
| 10/5/2009 | J. Hyland | Local tolls for Toronto/Raleigh trip. | $1.60 |
| 10/7/2009 | T. Horton | Parking at airport while in Toronto at Debtors' office. | $99.00 |
| 10/8/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $32.00 |
| 10/9/2009 | T. Horton | Parking at airport from trip to NBS. | $159.00 |
| 10/9/2009 | J. Hyland | Local tolls for Toronto/Raleigh trip. | $1.60 |
| 10/12/2009 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 10/13/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $34.00 |
| 10/14/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 10/15/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 10/16/2009 | T. Horton | Parking - Resulting from working with staff in NY office. | $23.00 |
| 10/22/2009 | T. Horton | Parking at airport while in Toronto at Debtors' office. | $132.00 |
| 10/26/2009 | J. Hyland | Local tolls during Toronto trip. | $1.60 |
| 10/28/2009 | T. Horton | Parking while traveling to Debtors' office. | $99.00 |
| 10/29/2009 | T. Horton | Parking - Resulting from working with staff in NY office. | $32.00 |
| 10/29/2009 | J. Hyland | Local airport parking during Toronto trip. | $2.00 |
| 10/29/2009 | J. Hyland | Local tolls during Toronto trip. | $1.60 |
| 10/30/2009 | T. Horton | Parking - Resulting from working with staff in NY office. | $22.00 |
| **Subtotal - Parking/Tolls** | | | **$848.00** |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Postage/FedEx** | | | |
| 10/7/2009 | Capstone Expense | Overnight charges for Nortel | $90.93 |
| 10/7/2009 | Capstone Expense | Overnight charge for Nortel | $14.64 |
| 10/10/2009 | Capstone Expense | Overnight charge for Nortel | $8.00 |
| **Subtotal - Postage/FedEx** | | | **$113.57** |
| **Telecom** | | | |
| 10/2/2009 | Capstone Expense | Telephone for Nortel. | $1,249.36 |
| 10/6/2009 | Capstone Expense | Long distance for Nortel | $307.00 |
| 10/30/2009 | J. Peterson | Roaming charges incurred while in Canada. | $44.75 |
| **Subtotal - Telecom** | | | **$1,601.11** |
| **For the Period 10/1/2009 through 10/31/2009** | | | **$41,360.46** |