# EXHIBIT C

## DISBURSEMENT SUMMARY
## OCTOBER 1 TO OCTOBER 31, 2009
### (All Amounts in Canadian Dollars)

Taxable Disbursements

| | |
|---|---|
| Accommodations | $   500.00 |
| Airfare/Travel | $3,876.17 |
| Binding Books / Documents | $     78.00 |
| Cellular Phones | $     35.08 |
| Library Computer Research | $   573.79 |
| Long Distance Telephone Calls | $   508.45 |
| Meals & Beverages | $1,708.29 |
| Parking | $     40.62 |
| Photocopy Charges | $1,973.00 |
| Process Server Fees | $     40.00 |
| Taxi Charges (Courier) | $   626.51 |
| | |
| Total Taxable Disbursements | $9,959.91 |
| Total GST | 498.00 |
| Total Taxable Disbursements including Taxes | **$10,457.91 CDN.** |