**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 19, 2009  
Invoice #: 2719563  
Page 44 of 50

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 25/09/09 | M Wunder/Bell Conferencing/Inv. 105231938 | 1 | 8.46 |
| 25/09/09 | Alex MaFarlane/Bell Conferencing/Inv. 105231938 | 1 | 19.89 |
| 30/09/09 | Beck Taxi/Inv 1721-009/M Wunder Aug 24/09 | 1 | 13.50 |
| 30/09/09 | Beck Taxi/Inv 1721-009/M Wunder Sept 22/09 | 1 | 25.50 |
| 30/09/09 | Beck Taxi/Inv 1721-009/M J Wunder Sept 29/09 - a | 1 | 63.00 |
| 30/09/09 | Beck Taxi/Inv 1721-009/M Wunder Sept 16/09 | 1 | 8.25 |
| 30/09/09 | Beck Taxi/Inv 1721-009/M Wunder Sept 3/09 to Bay | 1 | 10.50 |
| 30/09/09 | Beck Taxi/Inv 1721-009/A MacFarlane Aug 25/09- a | 1 | 44.00 |
| 30/09/09 | Beck Taxi/Inv 1721-009/M Wunder Aug 25/09 to hom | 1 | 26.50 |
| 02/10/09 | Telephone;12122012700;New YorkNY;TO47 | 1 | 1.53 |
| 02/10/09 | Telephone;12122012700;New YorkNY;TO47 | 1 | 1.02 |
| 02/10/09 | Telephone;12122012700;New YorkNY;TO47 | 1 | 1.02 |
| 05/10/09 | Laser Copy;WARD N | 41 | 4.10 |
| 05/10/09 | Laser Copy;KAPLAN M | 19 | 1.90 |
| 05/10/09 | Laser Copy;MacFarlaneA | 155 | 15.50 |
| 05/10/09 | Laser Copy;MattesL | 46 | 4.60 |
| 05/10/09 | Laser Copy;BanksT | 14 | 1.40 |
| 05/10/09 | Laser Copy;NELSON M | 254 | 25.40 |
| 05/10/09 | Laser Copy;HETU, Jarvis | 50 | 5.00 |
| 05/10/09 | Laser Copy;GOUGEON | 13 | 1.30 |
| 06/10/09 | Laser Copy;KAPLAN M | 67 | 6.70 |
| 06/10/09 | Laser Copy;NELSON M | 447 | 44.70 |
| 06/10/09 | Laser Copy;ORAHILL T | 256 | 25.60 |
| 06/10/09 | Laser Copy;MacFarlaneA | 119 | 11.90 |
| 06/10/09 | Laser Copy;MattesL | 138 | 13.80 |
| 07/10/09 | Rogers cell phone charges for M. Wunder for August and September, 2009; 2009-8-26 | 1 | 35.08 |
| 07/10/09 | Laser Copy;MacFarlaneA | 95 | 9.50 |
| 07/10/09 | Laser Copy;MattesL | 161 | 16.10 |
| 07/10/09 | Laser Copy;NELSON M | 34 | 3.40 |
| 07/10/09 | Laser Copy;ORAHILL T | 75 | 7.50 |
| 07/10/09 | Laser Copy;GRASSI J | 3 | 0.30 |
| 07/10/09 | Laser Copy;KAPLAN M | 218 | 21.80 |
| 07/10/09 | Telephone;17192347615;ColoradoCO; TO44 | 1 | 5.60 |
| 07/10/09 | "eCarswell/BANKS,TIMOTHY" | 1 | 231.00 |
| 08/10/09 | Laser Copy;ORAHILL T | 27 | 2.70 |
| 08/10/09 | Laser Copy;NELSON M | 208 | 20.80 |
| 08/10/09 | Laser Copy;KAPLAN M | 70 | 7.00 |
| 08/10/09 | Laser Copy;HETU, Jarvis | 102 | 10.20 |
| 08/10/09 | Laser Copy;MATHESON | 63 | 6.30 |
| 08/10/09 | Laser Copy;LittleM | 71 | 7.10 |
| 08/10/09 | Laser Copy;YING C | 1 | 0.10 |
| 08/10/09 | Laser Copy;PAUL S | 3 | 0.30 |
| 08/10/09 | Laser Copy;DUNSMUIM | 30 | 3.00 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 19, 2009  
Invoice #: 2719563  
Page 45 of 50

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/10/09 | ECarswell Online Search/J.Hetu | 1 | 49.00 |
| 09/10/09 | Laser Copy;PAUL S | 2 | 0.20 |
| 09/10/09 | Laser Copy;HETU, Jarvis | 4 | 0.40 |
| 09/10/09 | Laser Copy;KAPLAN M | 174 | 17.40 |
| 09/10/09 | Laser Copy;KUKULOWI | 4 | 0.40 |
| 09/10/09 | Laser Copy;LittleM | 129 | 12.90 |
| 09/10/09 | Laser Copy;NELSON M | 666 | 66.60 |
| 09/10/09 | Laser Copy;MattesL | 1692 | 169.20 |
| 10/10/09 | Laser Copy;HETU, Jarvis | 10 | 1.00 |
| 10/10/09 | Quick Law/J.Hetu | 1 | 20.54 |
| 10/10/09 | ECarswell Online Search/J.Hetu | 1 | 56.50 |
| 12/10/09 | Laser Copy;HETU, Jarvis | 4 | 0.40 |
| 13/10/09 | Laser Copy;ORAHILL T | 107 | 10.70 |
| 13/10/09 | Laser Copy;MacFarlaneA | 279 | 27.90 |
| 13/10/09 | Laser Copy;MattesL | 615 | 61.50 |
| 13/10/09 | Photocopy;ORAHILL T | 90 | 9.00 |
| 13/10/09 | Photocopy;ORAHILL T | 109 | 10.90 |
| 13/10/09 | Photocopy;ORAHILL T | 749 | 74.90 |
| 13/10/09 | Laser Copy;WALKER R | 4 | 0.40 |
| 13/10/09 | Laser Copy;KAPLAN M | 160 | 16.00 |
| 13/10/09 | Laser Copy;NELSON M | 587 | 58.70 |
| 13/10/09 | Laser Copy;HETU, Jarvis | 1 | 0.10 |
| 13/10/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 13/10/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 13/10/09 | Telephone;17199550541;ColoradoCO; TO45 | 1 | 89.60 |
| 14/10/09 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 14/10/09 | Taxi from Cleary Gottlieb to Akin Gump for M. Wunder on Sept. 30/09 (see Visa for exchange); 2009-9-30 | 1 | 25.42 |
| 14/10/09 | Laser Copy;BanksT | 10 | 1.00 |
| 14/10/09 | ECarswell Online Search/J.Hetu | 1 | 21.50 |
| 14/10/09 | Laser Copy;MattesL | 233 | 23.30 |
| 14/10/09 | Laser Copy;NELSON M | 184 | 18.40 |
| 14/10/09 | Laser Copy;MacFarlaneA | 45 | 4.50 |
| 14/10/09 | Photocopy;ORAHILL T | 184 | 18.40 |
| 14/10/09 | Photocopy;DUNSMUIM | 8 | 0.80 |
| 14/10/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 7.65 |
| 14/10/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 14/10/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 14/10/09 | Telephone;12128727434;New YorkNY;TO45 | 1 | 0.51 |
| 14/10/09 | Air Canada return flight for M. Wunder for Sept 29 - Oct. 1/09; 2009-9-29 | 1 | 1,938.86 |
| 14/10/09 | Photocopy;MattesL | 45 | 4.50 |
| 14/10/09 | Hotel room at Westin New York for M. Wunder for Sept. 29 - Oct. 1/09 (see Visa for exchange); 2009-9-29 | 1 | 1,000.00 |
| 14/10/09 | Dinner at Subway for M. Wunder on Oct. 6/09; 2009-10-6 | 1 | 13.48 |
| 14/10/09 | Taxi from FCP to Eglinton for M. Wunder on Oct. 6/09; 2009-10-6 | 1 | 22.86 |
| 14/10/09 | Taxi from Toronto Airport to home for M. Wunder on Sept. 30/09; 2009-9-30 | 1 | 49.86 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 19, 2009  
Invoice #: 2719563  
Page 46 of 50

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 14/10/09 | Taxi from New York Airport to Hotel for M. Wunder on Sept. 29/09; 2009-9-29 | 1 | 44.94 |
| 14/10/09 | Taxi from Dinner to Hotel for M. Wunder on Sept. 29/09; 2009-9-29 | 1 | 7.49 |
| 14/10/09 | Taxi from Hotel to Akin Gump office for M. Wunder on Sept. 29/09; 2009-9-29 | 1 | 8.56 |
| 14/10/09 | Taxi from Eglinton to FCP for M. Wunder on Sept. 29/09; 2009-9-29 | 1 | 30.48 |
| 15/10/09 | Laser Copy;DUNSMUIM | 24 | 2.40 |
| 15/10/09 | Laser Copy;KAPLAN M | 79 | 7.90 |
| 15/10/09 | Laser Copy;NELSON M | 484 | 48.40 |
| 15/10/09 | Laser Copy;HETU, Jarvis | 5 | 0.50 |
| 15/10/09 | Laser Copy;WALKER R | 45 | 4.50 |
| 15/10/09 | Laser Copy;MacFarlaneA | 19 | 1.90 |
| 15/10/09 | Laser Copy;MattesL | 534 | 53.40 |
| 15/10/09 | Laser Copy;MCDONALA | 114 | 11.40 |
| 16/10/09 | Cerlox | 1 | 8.00 |
| 16/10/09 | Photocopy;MattesL | 2 | 0.20 |
| 16/10/09 | Cerlox | 1 | 6.00 |
| 16/10/09 | Indices cerlox | 1 | 8.00 |
| 16/10/09 | Cerlox/clear covers | 1 | 4.00 |
| 16/10/09 | Tabs | 1 | 0.80 |
| 16/10/09 | Cerlox | 1 | 6.00 |
| 16/10/09 | ECarswell Online Search/J.Hetu | 1 | 1.75 |
| 16/10/09 | ECarswell Online Search/J.Hetu | 1 | 27.75 |
| 16/10/09 | Telephone;12122455000;New YorkNY;TO47 | 1 | 1.53 |
| 16/10/09 | Cerlox | 1 | 1.00 |
| 16/10/09 | Cerlox | 1 | 1.00 |
| 16/10/09 | Laser Copy;WONGLEES | 83 | 8.30 |
| 16/10/09 | Laser Copy;YING C | 77 | 7.70 |
| 16/10/09 | Laser Copy;NELSON M | 441 | 44.10 |
| 16/10/09 | Working lunch at Koya Japan for M. Wunder on Oct. 9/09; 2009-10-9 | 1 | 7.23 |
| 16/10/09 | Laser Copy;KAPLAN M | 43 | 4.30 |
| 16/10/09 | Laser Copy;GOUGEON | 160 | 16.00 |
| 16/10/09 | Laser Copy;MATHESON | 5 | 0.50 |
| 16/10/09 | Laser Copy;MattesL | 226 | 22.60 |
| 17/10/09 | Laser Copy;MacFarlaneA | 64 | 6.40 |
| 19/10/09 | Laser Copy;MacFarlaneA | 23 | 2.30 |
| 19/10/09 | Laser Copy;NELSON M | 534 | 53.40 |
| 19/10/09 | Laser Copy;MattesL | 46 | 4.60 |
| 19/10/09 | Laser Copy;DUNSMUIM | 190 | 19.00 |
| 19/10/09 | Laser Copy;KAPLAN M | 39 | 3.90 |
| 19/10/09 | Photocopy;MattesL | 15 | 1.50 |
| 19/10/09 | Laser Copy;ORAHILL T | 10 | 1.00 |
| 20/10/09 | Laser Copy;NELSON M | 481 | 48.10 |
| 20/10/09 | Laser Copy;MattesL | 433 | 43.30 |
| 20/10/09 | ECarswell Online Search/Jarvis Hetu | 1 | 36.00 |
| 20/10/09 | Laser Copy;MacFarlaneA | 38 | 3.80 |
| 20/10/09 | Laser Copy;YING C | 113 | 11.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 19, 2009  
Invoice #: 2719563  
Page 47 of 50

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 20/10/09 | Laser Copy;KAPLAN M | 10 | 1.00 |
| 20/10/09 | Laser Copy;BanksT | 3 | 0.30 |
| 21/10/09 | ECarswell Online Search/Jarvis Hetu | 1 | 17.50 |
| 21/10/09 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 15.12 |
| 21/10/09 | Telephone;17192347615;ColoradoCO; TO44 | 1 | 0.56 |
| 21/10/09 | Telephone;17199550541;ColoradoCO; TO45 | 1 | 102.48 |
| 21/10/09 | Laser Copy;WALKER R | 123 | 12.30 |
| 21/10/09 | Laser Copy;DUNSMUIM | 113 | 11.30 |
| 21/10/09 | Laser Copy;KAPLAN M | 29 | 2.90 |
| 21/10/09 | Laser Copy;YING C | 2 | 0.20 |
| 21/10/09 | Laser Copy;HETU, Jarvis | 5 | 0.50 |
| 21/10/09 | Laser Copy;MacFarlaneA | 248 | 24.80 |
| 21/10/09 | Laser Copy;MattesL | 221 | 22.10 |
| 21/10/09 | Photocopy;Phillips, Jackson | 62 | 6.20 |
| 21/10/09 | Telephone;17199550541;ColoradoCO; TO45 | 1 | 84.00 |
| 21/10/09 | Long distance telephone calls ; 2009-10-1 | 1 | 31.60 |
| 21/10/09 | Binding Documents/Cerlox/Tabs/Clear Covers | 1 | 7.20 |
| 22/10/09 | Laser Copy;NELSON M | 490 | 49.00 |
| 22/10/09 | Laser Copy;MattesL | 134 | 13.40 |
| 22/10/09 | Binding Books / Clear Covers | 1 | 36.00 |
| 22/10/09 | Laser Copy;ORAHILL T | 603 | 60.30 |
| 22/10/09 | Laser Copy;DUNSMUIM | 10 | 1.00 |
| 22/10/09 | Laser Copy;HETU, Jarvis | 154 | 15.40 |
| 22/10/09 | Laser Copy;KAPLAN M | 90 | 9.00 |
| 22/10/09 | Laser Copy;LittleM | 42 | 4.20 |
| 22/10/09 | Laser Copy;WALKER R | 54 | 5.40 |
| 22/10/09 | Photocopy;ORAHILL T | 51 | 5.10 |
| 22/10/09 | Photocopy;ORAHILL T | 64 | 6.40 |
| 22/10/09 | Laser Copy;MattesL | 1 | 0.10 |
| 22/10/09 | ECarswell Online Search/Jarvis Hetu | 1 | 50.00 |
| 22/10/09 | Telephone;12126951135;New YorkNY;TO47 | 1 | 6.63 |
| 22/10/09 | Telephone;12128721096;New YorkNY;TO47 | 1 | 0.51 |
| 22/10/09 | Telephone;12128728121;New YorkNY;TO47 | 1 | 1.02 |
| 22/10/09 | Telephone;12128721096;New YorkNY;TO47 | 1 | 0.51 |
| 22/10/09 | Telephone;12125547840;New YorkNY;TO47 | 1 | 0.51 |
| 22/10/09 | Telephone;12128721096;New YorkNY;TO47 | 1 | 0.51 |
| 22/10/09 | Telephone;12128721096;New YorkNY;TO47 | 1 | 0.51 |
| 22/10/09 | Laser Copy;MacFarlaneA | 102 | 10.20 |
| 23/10/09 | Rogers Wireless Telephone Expenses; 2009-10-19 | 1 | 75.76 |
| 23/10/09 | Laser Copy;MattesL | 38 | 3.80 |
| 23/10/09 | Laser Copy;MattesL | 53 | 5.30 |
| 23/10/09 | Laser Copy;NELSON M | 266 | 26.60 |
| 23/10/09 | Laser Copy;NORTH, Alexandra | 40 | 4.00 |
| 23/10/09 | Laser Copy;MacFarlaneA | 43 | 4.30 |
| 23/10/09 | Telephone;12128728064;New YorkNY;TO45 | 1 | 0.51 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 19, 2009  
Invoice #: 2719563  
Page 48 of 50

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 23/10/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 45.50 |
| 23/10/09 | Laser Copy;HETU, Jarvis | 18 | 1.80 |
| 23/10/09 | Laser Copy;DUNSMUIM | 18 | 1.80 |
| 23/10/09 | Laser Copy;GOUGEON | 12 | 1.20 |
| 23/10/09 | Photocopy;MattesL | 1 | 0.10 |
| 23/10/09 | Photocopy;MattesL | 69 | 6.90 |
| 23/10/09 | Photocopy;MattesL | 46 | 4.60 |
| 23/10/09 | Laser Copy;MattesL | 1 | 0.10 |
| 23/10/09 | Meals and Beverages - Maxim /A MacFarlane-S Kukulowicz-M Wunder-Lunch meeting. Sept 25/09 | 1 | 44.24 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-12 | 1 | 0.10 |
| 26/10/09 | Telephone;12126951135;New YorkNY;TO47 | 1 | 2.04 |
| 26/10/09 | Process Server Fees - Kap Litigation Services /A MacFarlane/Inv. 171296 | 1 | 40.00 |
| 26/10/09 | Laser Copy;KAPLAN M | 16 | 1.60 |
| 26/10/09 | Laser Copy;KUKULOWI | 9 | 0.90 |
| 26/10/09 | Laser Copy;MacFarlaneA | 204 | 20.40 |
| 26/10/09 | Laser Copy;MattesL | 62 | 6.20 |
| 26/10/09 | Telephone;12126951135;New YorkNY;TO47 | 1 | 0.51 |
| 26/10/09 | Laser Copy;NELSON M | 180 | 18.00 |
| 26/10/09 | Laser Copy;MattesL | 7 | 0.70 |
| 26/10/09 | Photocopy;MattesL | 1 | 0.10 |
| 26/10/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 16.75 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-12 | 1 | 0.10 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.29 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.10 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.38 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.29 |
| 26/10/09 | Long-distance call to Colordo Springs; 2009-8-24 | 1 | 8.75 |
| 26/10/09 | Long-distance call to Colorado Springs; 2009-9-4 | 1 | 11.47 |
| 26/10/09 | Roaming charges for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.48 |
| 26/10/09 | Roaming Charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.10 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.10 |
| 26/10/09 | Long-distance call; 2009-8-24 | 1 | 0.10 |
| 26/10/09 | Long-Distance call; 2009-8-24 | 1 | 0.10 |
| 26/10/09 | Long-distance call ; 2009-8-24 | 1 | 0.10 |
| 26/10/09 | Long-distance call; 2009-8-24 | 1 | 0.19 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.10 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.19 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 0.10 |
| 26/10/09 | Roaming charge for long-distance call from Halifax to Toronto; 2009-9-11 | 1 | 1.24 |
| 26/10/09 | Roaming charge for long-distance call fto Halifax ; 2009-9-11 | 1 | 0.10 |
| 27/10/09 | Laser Copy;MacFarlaneA | 82 | 8.20 |
| 27/10/09 | Laser Copy;KAPLAN M | 24 | 2.40 |
| 27/10/09 | Laser Copy;MattesL | 282 | 28.20 |
| 27/10/09 | Laser Copy;NELSON M | 356 | 35.60 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 19, 2009  
Invoice #: 2719563  
Page 49 of 50

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 27/10/09 | Laser Copy;NORTH, Alexandra | 5 | 0.50 |
| 27/10/09 | Laser Copy;ORAHILL T | 103 | 10.30 |
| 27/10/09 | Laser Copy;MCDONALA | 96 | 9.60 |
| 28/10/09 | Laser Copy;MacFarlaneA | 58 | 5.80 |
| 28/10/09 | Laser Copy;DUNSMUIM | 73 | 7.30 |
| 28/10/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 28/10/09 | Laser Copy;MattesL | 72 | 7.20 |
| 28/10/09 | Laser Copy;NELSON M | 254 | 25.40 |
| 28/10/09 | Laser Copy;GRASSI J | 47 | 4.70 |
| 28/10/09 | Laser Copy;KAPLAN M | 21 | 2.10 |
| 28/10/09 | Telephone;12128721063;New YorkNY;TO44 | 1 | 14.79 |
| 28/10/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 7.14 |
| 29/10/09 | Laser Copy;KAPLAN M | 2 | 0.20 |
| 29/10/09 | Laser Copy;MacFarlaneA | 48 | 4.80 |
| 29/10/09 | Laser Copy;MattesL | 74 | 7.40 |
| 29/10/09 | Parking for meeting at Nortel for M. Wunder on October 27/09; 2009-10-27 | 1 | 7.65 |
| 29/10/09 | Laser Copy;NELSON M | 150 | 15.00 |
| 29/10/09 | Laser Copy;PUSHALIK A | 84 | 8.40 |
| 30/10/09 | Parking at office after meeting at Nortel for M. Wunder on Oct. 27/09; 2009-10-27 | 1 | 27.24 |
| 30/10/09 | Parking for M. Wunder on Oct. 29/09; 2009-10-29 | 1 | 5.73 |
| 30/10/09 | Hotel room at W New York for M. Wunder for Oct. 20/09 (see Visa for exchange); 2009-10-20 | 1 | 500.00 |
| 30/10/09 | Lunch at Pizza Pizza at Toronto Airport while travelling for M. Wunder on Oct. 20/09; 2009-10-20 | 1 | 12.66 |
| 30/10/09 | Dinner at Asian Chao in New York while travelling for M. Wunder on Oct. 21/09; 2009-10-21 | 1 | 20.84 |
| 30/10/09 | Dinner at Mistura with Nortel UCC Advisor group after meetings in Toronto (FMC: Wunder/MacFarlane)(Akin Gump: Hodara/Botter/Rowe/Jacobs/Fueurst ein)(Capstone: Borow/Hyland/Horton/Morella/Peter son)(Jefferies: Kennedy/Veracso/Davidson) on Oct. 26/09; 2009-10-26 | 1 | 525.00 |
| 30/10/09 | Cab from FCP to Queen's Quay and water taxi; 2009-8-26 | 1 | 36.19 |
| 30/10/09 | Cab to home; 2009-7-26 | 1 | 28.57 |
| 30/10/09 | Water taxi to home due to working late on Factum; 2009-9-23 | 1 | 28.57 |
| 30/10/09 | Taxi from office to court for M. Wunder and A. MacFarlane on Oct. 28/09; 2009-10-28 | 1 | 7.62 |
| 30/10/09 | Taxi from Toronto Airport to home for M. Wunder on Oct. 21/09; 2009-10-21 | 1 | 50.81 |
| 30/10/09 | Taxi from New York Airport to office for M. Wunder on Oct. 20/09 (See Visa for exchange); 2009-10-20 | 1 | 41.16 |
| 30/10/09 | Taxi from Eglinton to FMC for M. Wunder on Oct. 20/09; 2009-10-20 | 1 | 24.76 |
| 30/10/09 | Taxi in New York from Akin Gump office to hotel for M. Wunder on Oct. 20/09 (see Visa for exchange); 2009-10-20 | 1 | 11.25 |
| 30/10/09 | Taxi from hotel to meeting in New York for M. Wunder on Oct. 21/09 (see Visa for exchange); 2009-10-21 | 1 | 16.72 |
| 30/10/09 | Laser Copy;MattesL | 336 | 33.60 |
| 30/10/09 | Laser Copy;BEAIRSTO | 66 | 6.60 |
| 30/10/09 | Laser Copy;WALKER R | 350 | 35.00 |
| 30/10/09 | Laser Copy;NELSON M | 77 | 7.70 |
| 30/10/09 | Laser Copy;HETU, Jarvis | 35 | 3.50 |
| 30/10/09 | Laser Copy;KAPLAN M | 10 | 1.00 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: November 19, 2009
Invoice #: 2719563
Page 50 of 50

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/10/09 | Laser Copy;DUNSMUIM | 5 | 0.50 |
| 30/10/09 | Laser Copy;MacFarlaneA | 49 | 4.90 |
| 30/10/09 | Photocopy;HETU, Jarvis | 15 | 1.50 |
| 30/10/09 | Dinner at Ho Shim take-out. (A. MacFarlane). Aug 11/09; 2009-8-12 | 1 | 14.84 |
| 30/10/09 | Working dinner in New York at Heartland Brewery for M. Wunder and R. Jacobs (Akin Gump) on Oct. 20/09 (see Visa for exchange); 2009-10-20 | 1 | 70.00 |
| 30/10/09 | Air Canada return flight to New York for M. Wunder for Oct. 20-21/09; 2009-10-20 | 1 | 1,937.31 |
| 31/10/09 | Laser Copy;BEAIRSTO | 1 | 0.10 |
| 31/10/09 | Photocopy;BEAIRSTO | 1 | 0.10 |
| 31/10/09 | Laser Copy;MacFarlaneA | 53 | 5.30 |
| | Total | CDN | $9,959.91 |