# EXHIBIT E

**NORTEL NETWORKS INC., et al.**
**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**OCTOBER 1 TO OCTOBER 31, 2009**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 26.0 | $775.00 | $20,150.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 61.3 | $775.00 | $47,507.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 9.2 | $750.00 | $6,900.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 115.0 | $750.00 | $86,250.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 13.5 | $725.00 | $9,787.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 153.8 | $725.00 | $111,505.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 19.6 | $700.00 | $13,720.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 62.7 | $675.00 | $42,322.50 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 5.4 | $675.00 | $3,645.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 11.5 | $600.00 | $6,900.00 |
| Woodbury, C.D. | Partner | Employment/Pension/ Research | Ontario - 1981 | 8.1 | $650.00 | $5,265.00 |
| Dietrich, J. | Associate | Financial Restructuring | Ontario - 2004 | 8.1 | $480.00 | $3,888.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 15.1 | $450.00 | $6,795.00 |
| Little, Marc | Associate | Corporate | Ontario - 2003 | 12.5 | $410.00 | $5,125.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 7.3 | $400.00 | $2,920.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 30.6 | $350.00 | $10,710.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 54.7 | $295.00 | $16,136.50 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 14.8 | $295.00 | $4,366.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 9.7 | $295.00 | $2,861.50 |
| Shay, R. | Consultant | Corporate | Ontario - 1979 | 1.6 | $650.00 | $1,040.00 |
| O'Rahilly, Tracey | Paralegal | Business Law | | 23.0 | $175.00 | $4,025.00 |
| | | | | 663.5 | CDN. | $411,819.50 |
| | Less Non-Working Travel Time Discount (50% of $10,247.50) | | | | | ($5,123.75) |
| TOTAL | | | | 663.5 | CDN. | $406,695.75 |