IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Hearing Date: December 15, 2009 at 10:00 a.m. (ET) |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant: Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought: August 1, 2009 through October 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary: $2,794,248.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $105,109.57

This is (a)n:  __X__ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's August, September and October 2009 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 9/29/09 Docket No. 1578 | 8/1/09 - 8/31/09 | $653,999.00 | $44,610.63 | $523,199.20 | $44,610.63 | $130,799.80 |
| Date Filed: 10/29/09 Docket No. 1773 | 9/1/09 - 9/30/09 | $1,103,982.50 | $24,753.35 | $883,186.00 | $24,753.35 | $220,796.50 |
| Date Filed: 11/23/09 Docket No. 1959 | 10/1/09 - 10/31/09 | $1,036,266.50 | $35,745.59 | Pending Obj deadline 12/14/09 $829,013.20 | Pending Obj deadline 12/14/09 $35,745.59 | $207,253.30 |
| **TOTALS:** | | **$2,794,248.00** | **$105,109.57** | **$2,235,398.40[3]** | **$105,109.57[4]** | **$558,849.60** |

Summary of any Objections to Fee Applications: None.

Dated: November 24, 2009
    New York, New York

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.