IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 15, 2009 at 10:00 a.m.** |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant:                  Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:              Official Committee of Unsecured Creditors

Date of Retention:                 March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:      August 1, 2009 through October 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:    $23,843.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    $4,130.56

This is (a)n: _X_ interim      ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s ("RLF") August, September & October 2009 monthly fee applications are incorporated herein by reference.

RLF1 3509160v.1

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 9/30/09 Docket No. 1585 | 8/1/09 - 8/31/09 | $5,632.00 | $579.60 | $4,505.60 | $579.60 | $1,126.40 |
| Date Filed: 10/29/09 Docket No. 1776 | 9/1/09 - 9/30/09 | $10,652.50 | $1,651.38 | $8,522.00 | $1,651.38 | $2,130.50 |
| Date Filed: 11/24/09 Docket No. 1979 | 10/1/09 - 10/31/09 | $7,559.00 | $1,899.58 | Pending Obj. deadline 12/14/09 $6,047.20 | Pending Obj. deadline 12/14/09 $1,899.58 | $1,511.80 |
| **TOTALS:** |  | $23,843.50 | $4,130.56 | $19,074.80[3] | $4,130.56[4] | $4,768.70 |

Summary of any Objections to Fee Applications: None

Dated: November 24, 2009
Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

RLF1 3509160v.1