# SCHEDULE A
### TENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

| | | | |
|---|---|---|---|
| 9/09/09 | MBB | 2.50 | Legal research regarding conditional class certification and |
| 10/29/09 | RET | .30 | Emails from and to Don Powers regarding bankruptcy stay in another litigation |

**SUB TOTAL    1,100.00**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| | | | |
|---|---|---|---|
| 9/10/09 | RET | .40 | Prepare for call with Joe Dearing and Chubb to discuss upcoming mediation |
| 9/10/09 | RET | .50 | Call with Joe Dearing and Chubb to discuss upcoming mediation |
| 9/22/09 | RET | .60 | Teleconference with Hewitt, Ruth Jenkins, and Daniel Ray regarding potential settlement |
| 9/22/09 | RET | .30 | Prepare for teleconference with Hewitt regarding potential settlement |
| 9/22/09 | RET | .50 | Teleconference with Peter Bisio regarding potential settlement |
| 10/01/09 | RET | .30 | Receive and analyze draft letter to individual defendants regarding potential settlement |
| 10/01/09 | JMS7 | .20 | Correspondence with René Thorne regarding settlement steps |
| 10/01/09 | JMS7 | .30 | Teleconference with Nick Deroma regarding potential settlement |
| 10/01/09 | JMS7 | .20 | Correspondence with Nick Deroma regarding potential settlement |
| 10/01/09 | DSH | .90 | Draft Nortel defendant chart with up to date representation information regarding each defendant |
| 10/02/09 | RET | .40 | Teleconference with Natalie Kossack from IFS regarding independent fiduciary for the settlement |
| 10/02/09 | RET | .20 | E-mail to Laurel Van Allen at Lexecon requesting a cost estimate for Lexecon to calculate the settlement amounts for each plan participant |
| 10/02/09 | RET | .20 | E-mails from Ruth Jenkins and Joe Dearing regarding potential settlement |

1

| Date | Initials | Hours | Description |
|---|---|---|---|
| 10/02/09 | RET | .20 | E-mail to Ruth Jenkins and Joe Dearing regarding potential settlement |
| 10/02/09 | RET | .20 | E-mail to Andy Irving regarding serving independent fiduciary |
| 10/02/09 | RET | .40 | E-mail to Ruth Jenkins and Joe Dearing regarding potential settlement |
| 10/02/09 | RET | .20 | E-mail from Laurel Van Allen at Lexecon regarding potential settlement |
| 10/02/09 | RET | .20 | Another e-mail from Laurel Van Allen regarding potential settlement |
| 10/02/09 | JMS7 | .20 | Review Donna Hebert's prepared list of individual defendants for Joe Dearing for accuracy |
| 10/02/09 | JMS7 | .30 | Finalize letters to individual defendants regarding potential settlement |
| 10/05/09 | JMS7 | .60 | Draft letters to individual regarding potential settlement |
| 10/05/09 | JMS7 | .10 | E-mail Joe Dearing regarding individual defendants and potential settlement |
| 10/05/09 | DSH | .20 | Review docket in PACER to check any changes in representation information for defendants Beatty, Pahapill and Gollogly |
| 10/06/09 | JMS7 | .20 | Teleconference with Bill Donovan regarding potential settlement |
| 10/07/09 | RET | .30 | Multiple emails from Nick DeRoma regarding potential settlement |
| 10/07/09 | RET | .30 | Teleconference with Natalie Kossack of IFS regarding independent fiduciary for the settlement |
| 10/07/09 | JMS7 | .30 | Correspondence with Nick Deroma regarding potential settlement |
| 10/08/09 | RET | .20 | E-mail from and to Natalie Kossak regarding IFS's fee for retention as independent fiduciary for the settlement |
| 10/08/09 | RET | .30 | Telephone call from Nick DeRoma regarding potential settlement |
| 10/08/09 | RET | .20 | E-mail from Bill Donovan regarding potential settlement |
| 10/08/09 | JMS7 | .20 | Correspondence with Nick DeRoma regarding potential settlement |
| 10/08/09 | JMS7 | .10 | Review Canadian bankruptcy notice |
| 10/09/09 | RET | .50 | Teleconference with Ruth Jenkins regarding status of outstanding items with respect to potential settlement |
| 10/09/09 | RET | .80 | Prepare for and teleconference with Joe Dearing and Don Powers regarding status of outstanding items with respect to potential settlement |
| 10/09/09 | RET | .30 | E-mail from and to Hewitt regarding calculation for the settlement for each participant using plaintiffs' proposed plan of allocation |
| 10/13/09 | RET | .30 | E-mail from and to Natalie Kossak regarding information she needs for possible retention as independent fiduciary |
| 10/13/09 | RET | .50 | E-mail from Josh Czuper of Hewitt regarding questions he has relating to Hewitt performing the settlement allocation calculations |

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/14/09 | RET | .30 | E-mail from and to Josh Czuper from Hewitt regarding information he needs to give an estimate for handling the allocation calculations |
| 10/16/09 | RET | .20 | E-mail from Natalie Kossak regarding IFS's outside counsel fees |
| 10/16/09 | RET | .20 | E-mail from Josh Czuper regarding Hewitt acting as claims administrator in connection with the potential settlement |
| 10/16/09 | JMS7 | .10 | Review independent fiduciary outside counsel fee rates |
| 10/22/09 | JMS7 | .20 | Correspondence from Don Powers regarding ERISA plaintiffs' proof of claims |
| 10/23/09 | JMS7 | .10 | Telephone call to Kathy Stevenson regarding settlement |
| 10/23/09 | JMS7 | .10 | Telephone call to John Doolittle regarding settlement |
| 10/23/09 | JMS7 | .20 | Correspondence with Don Powers regarding stay in an unrelated lawsuit |
| 10/23/09 | JMS7 | .20 | Correspondence with René Thorne regarding Don Powers' query about stay in another suit |
| 10/25/09 | RET | .20 | E-mail to Laurel Van Allen attaching the plan of allocation we received from plaintiffs' counsel for use in estimating the cost for Lexecon to calculate the settlement amounts for each plan participant |
| 10/26/09 | RET | .50 | Teleconference with Peter Bisio regarding status of outstanding settlement issues |
| 10/29/09 | RET | .80 | Teleconference with plaintiffs' counsel regarding several outstanding issues related to settlement |
| 10/29/09 | RET | .20 | E-mail from and to Don Powers regarding potential settlement |
| 10/29/09 | RET | .30 | Voicemail to and call from Jacqueline Shipchandler regarding regarding potential settlement |

**SUB TOTAL     7,195.00**

DATE ATTY  HRS   DESCRIPTION OF SERVICES RENDERED

<u>L210 Pleadings</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/19/09 | DSH | .20 | Receive and review Notice of Filing of Amended and Restated Claims Procedure Order of the Ontario Court in the Canadian proceedings |
| 10/22/09 | RET | .40 | Receive and analyze proof of claim filed by Carol Felts |
| 10/28/09 | DSH | .40 | Receive and review from the US Bankruptcy Court for the District of Delaware a Notice of (I) Solicitation of Initial Bids, (II) Public Auction and Sale Hearing, and (III) Related Relief and Dates, and Notice of (I) Solicitation of Initial Bids for Nortel's GSM/GSM-R Business, (II) Bidding Procedures; (III Sale of Hearing and (IV) Related Relief and Dates and communicate all to defense team |

**SUB TOTAL     290.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L260 Class Action Certification & Notice</u>

9/08/09 RET   1.10   Draft objections to the magistrate's report and recommendation on class certification

**SUB TOTAL**     550.00

**TOTAL HOURS: 20.60**
**FEE GRAND TOTAL:**     $9,135.00
**NORTEL'S 50% TOTAL:** $4,567.50

**NORTEL NETWORKS-ERISA Litigation**
ERISA Litigation - Post Bankruptcy – Non-Insurance

DATE ATTY  HRS    DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/26/09 | RET | .30 | E-mail from Jason Stein regarding his conversation with Don Powers about stay in another lawsuit |
| 10/26/09 | RET | .30 | Teleconference with Don Powers about stay in another lawsuit |
| 10/29/09 | RET | .50 | E-mails from and to Alan Merskey about stay in another lawsuit |

**SUB TOTAL     550.00**

DATE ATTY  HRS    DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/06/09 | JMS7 | .30 | Revise billing entries for submission to bankruptcy court |
| 10/13/09 | JMS7 | .40 | Edit bankruptcy fee application |

**SUB TOTAL     297.50**

DATE ATTY  HRS    DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessment, Devel. & Adm</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 8/27/09 | JMS7 | .30 | Plan for individual defendants' claim submission to bankruptcy court |

**SUB TOTAL     127.50**

DATE ATTY  HRS    DESCRIPTION OF SERVICES RENDERED

<u>L210 Pleadings</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/01/09 | DSH | 1.60 | Begin drafting Exhibit B of the eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 10/01/09 | DSH | 1.30 | Continue drafting Exhibit A of the eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 10/01/09 | DSH | 1.10 | Continue drafting of eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 10/06/09 | DSH | .10 | Draft e-mail to Marge McNally regarding documentation needed to complete the eighth interim application |
| 10/13/09 | DSH | 1.40 | Continue drafting of eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 10/13/09 | DSH | 2.20 | Continue drafting Exhibit A of the eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 10/13/09 | DSH | 1.30 | Continue drafting Exhibit B of the eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 10/14/09 | DSH | 1.10 | Finalize eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 10/14/09 | DSH | 1.10 | Finalize Exhibit A of the eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 10/14/09 | DSH | .80 | Finalize Exhibit B of the eighth interim fee application of Jackson Lewis for the time period August 1, 2009 to August 31, 2009 |
| 10/15/09 | DSH | .60 | Draft form invoice to Cindy Beene of Nortel Network in connection with Jackson Lewis' eighth interim fee application |
| 10/15/09 | DSH | .30 | Draft letter to Cindy Beene of Nortel Network in connection with Jackson Lewis' eighth interim fee application |
| 10/15/09 | DSH | .20 | Draft e-mail to Annie Cordo in connection with our Eighth Interim Fee Application, Exhibit A and Exhibit B to be filed with the US Bankruptcy Court in Delaware |
| 10/16/09 | RET | .40 | Receive and analyze notice of amended claims procedure filed by the Monitor |

**SUB TOTAL     2,150.00**

**TOTAL HOURS: 15.6**

**FEE GRAND TOTAL:     $3,125.00**