# SCHEDULE B

## EXPENSE SUMMARY

### NORTEL/CHUBB
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2009 Through October 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Mediation Fees (mediation fee to JAMS - Hon. Daniel Weinstein) | | 5,724.29 | 2862.15* |
| Duplicating | In Office | .56 | .28* |
| **Total Expenses** | | 5,724.85 | $2,862.43 |
| **Grand Total:** | | | **$2,862.43** |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

## TOTAL EXPENSES DUE: $2,862.43

- 1 -

# Expenses Back-Up

NORTEL/CHUBB

DISBURSEMENTS

| | |
|---|---|
| 10/06/09 Mediation Fees (fee to JAMS - -mediator, Hon. Daniel Weinstein (Ret.)) | 5,724.29 |
| 10/31/09 Photocopying (8) | .56 |
| SUB TOTAL COST | $5,724.85 |
| TOTAL DISBURSEMENTS | $5,724.85 |
| **Nortel's 50% of Total Expenses** | **$2,862.43** |
| **GRAND TOTAL DUE:** | **$2,862.43** |