# EXHIBIT C

# Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
September 1, 2009 - September 30, 2009
Summary of Services Rendered by Project

| Project # | Project Description | Sep |
|---|---|---|
| 1 | Interface with Company Personnel | 27.6 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 77.5 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 1.0 |
| 6 | Valuation Analysis | 3.6 |
| 7 | Capital Structure Review and Analysis | 47.6 |
| 8 | Merger & Acquisition Processes | 889.4 |
| 9 | Financing Including DIP and Exit Financing | 5.9 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 10.0 |
| **TOTAL** | | **1,062.6** |

Summary of Services Rendered by Professional

| Name | Sep |
|---|---|
| Terry Savage, Managing Director | 34.4 |
| Michael Murray, Managing Director | 206.4 |
| David Descoteaux, Managing Director | 140.1 |
| Cyrus Kapadia, Managing Director | 6.0 |
| Sumeet Mehra, Vice President | 53.5 |
| Matthew Hart, Vice President | 54.0 |
| Aldo Polak, Vice President | 150.3 |
| Ian Mombru, Vice President | 88.0 |
| Colin Keenan, Associate | 17.0 |
| Greg Healey, Associate | 80.0 |
| Nicholas Page, Analyst | 64.0 |
| Paz Eshel, Analyst | 31.0 |
| Edouard Gueyffier, Analyst | 76.8 |
| Matthew Carey, Analyst | 32.3 |
| Justin Lux, Analyst | 29.0 |
| **TOTAL** | **1,062.6** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Internal call re: M & A | 1.0 | 8 |
| 09/01/09 | Call re: taxes on M & A deal | 1.2 | 2 |
| 09/02/09 | Cal with Pavi Binning and Jim Bromley re: retention | 1.1 | 1 |
| 09/02/09 | Call with stakeholders | 0.5 | 2 |
| 09/02/09 | Call with UCC advisors re: retention | 0.6 | 2 |
| 09/06/09 | Call re: M & A bid | 1.2 | 8 |
| 09/08/09 | Weekly call re: update on the business | 1.0 | 2 |
| 09/08/09 | Weekly M & A call | 1.1 | 2 |
| 09/09/09 | Board of Director call | 1.5 | 1 |
| 09/09/09 | Call with Company re: CRO for US creditors | 1.0 | 1 |
| 09/10/09 | Call with Company and advisors to prepare for call with UCC | 1.5 | 2 |
| 09/11/09 | Enterprise auction at Cleary | 4.0 | 8 |
| 09/14/09 | Advisors call | 1.0 | 2 |
| 09/14/09 | Call re: IP process for sale | 1.2 | 8 |
| 09/15/09 | M&A update call | 1.0 | 8 |
| 09/15/09 | Call Jim Bromley re: legal issues | 0.5 | 2 |
| 09/16/09 | Advisors call | 1.0 | 2 |
| 09/16/09 | Meeting with UCC advisors | 2.0 | 2 |
| 09/16/09 | M & A update for creditors | 1.0 | 8 |
| 09/17/09 | M & A update call | 1.2 | 8 |
| 09/21/09 | Advisor call | 1.4 | 8 |
| 09/21/09 | M & A update call | 1.0 | 8 |
| 09/23/09 | Call with Murray McDonald | 0.6 | 8 |
| 09/23/09 | Call with Jim Bromley | 0.5 | 2 |
| 09/23/09 | ME A call with creditors | 1.1 | 2 |
| 09/24/09 | Call with Pavi Binning re: M & A | 1.0 | 1 |
| 09/25/09 | Advisors call | 1.2 | 8 |
| 09/28/09 | Review of Canadian funding | 0.8 | 8 |
| 09/28/09 | M & A call | 1.0 | 8 |
| 09/29/09 | Canadian funding meeting | 1.2 | 8 |
| | **SEPTEMBER TOTALS** | 34.4 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---:|:---:|
| 09/01/09 | Mgmt prep, general process, calls | 7.0 | 8 |
| 09/02/09 | Mgmt prep, general process, calls, | 6.0 | 8 |
| 09/03/09 | Mgmt prep, general process, calls | 6.0 | 8 |
| 09/04/09 | Travel, air and ground transport | 2.3 | 8 |
| 09/04/09 | Mgmt prep, general process, meeting, calls | 7.2 | 8 |
| 09/06/09 | Mgmt prep, general process/update calls | 2.5 | 8 |
| 09/07/09 | Mgmt/ Update calls | 3.0 | 8 |
| 09/08/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 09/09/09 | Travel, air and ground transport | 3.2 | 8 |
| 09/09/09 | Mgmt prep, general process, meeting, calls | 10.0 | 8 |
| 09/10/09 | Mgmt prep, general process, meeting, calls | 6.0 | 8 |
| 09/10/09 | Travel, air and ground transport | 2.6 | 8 |
| 09/11/09 | Travel, air and ground transport | 2.8 | 8 |
| 09/11/09 | Mgmt prep, general process, calls, Auction | 16.3 | 8 |
| 09/12/09 | Mgmt prep, general process, calls, Auction | 15.5 | 8 |
| 09/13/09 | Mgmt prep, general process, calls, Auction | 16.0 | 8 |
| 09/14/09 | Mgmt prep, general process, calls, Auction | 6.6 | 8 |
| 09/14/09 | Travel, air and ground transport | 3.2 | 8 |
| 09/15/09 | Mgmt prep, general process, calls/meeting | 5.0 | 8 |
| 09/15/09 | Travel, air and ground transport | 2.6 | 8 |
| 09/16/09 | Mgmt prep, general process, calls, hearing | 8.0 | 8 |
| 09/17/09 | Travel, air and ground transport | 2.6 | 8 |
| 09/17/09 | Mgmt prep, general process, calls, meetings | 12.0 | 8 |
| 09/18/09 | Mgmt prep, general process, calls, meetings | 6 | 8 |
| 09/18/09 | Travel, air and ground transport | 3.0 | 8 |
| 09/21/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 09/22/09 | Mgmt prep, general process, calls | 6.0 | 8 |
| 09/23/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 09/24/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 09/25/09 | Mgmt prep, Org calls, Updates, planning | 4.0 | 8 |
| 09/26/09 | Call | 0.5 | 8 |
| 09/27/09 | Call | 1.5 | 8 |
| 09/28/09 | Mgmt prep, Org calls, Updates, planning | 7.0 | 8 |
| 09/29/09 | General | 2.0 | 8 |
| 09/30/09 | General | 4.0 | 8 |

**SEPTEMBER HOURS**     206.4

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Mgmt prep, general process, calls | 4.5 | 8 |
| 09/02/09 | Mgmt prep, general process, calls, | 6.0 | 8 |
| 09/03/09 | Mgmt prep, general process, calls | 4.0 | 8 |
| 09/04/09 | Call w/ Osler | 1.0 | 1 |
| 09/04/09 | Mgmt prep, general process, meeting, calls | 5.3 | 8 |
| 09/07/09 | Mgmt/ Update calls | 4.5 | 8 |
| 09/07/09 | Weekly Advisors-Only Call | 1.0 | 2 |
| 09/08/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 09/09/09 | Mgmt prep, general process, meeting, calls | 10.0 | 8 |
| 09/09/09 | NNC, NNL, Board of Directors Meeting | 2.0 | 1 |
| 09/09/09 | weekly M&A update for creditors' FA's | 0.5 | 2 |
| 09/10/09 | Mgmt prep, general process, meeting, calls | 5.0 | 8 |
| 09/10/09 | Division sale process call w/ creditors | 1.0 | 2 |
| 09/11/09 | Mgmt prep, general process, calls, Auction | 16.3 | 8 |
| 09/12/09 | Mgmt prep, general process, calls, Auction | 15.5 | 8 |
| 09/13/09 | Mgmt prep, general process, calls, Auction | 16.0 | 8 |
| 09/14/09 | Mgmt prep, general process, calls | 2.0 | 8 |
| 09/16/09 | weekly M&A update for creditors' FA's | 0.5 | 2 |
| 09/16/09 | Mgmt prep, general process, calls, hearing | 4.0 | 8 |
| 09/17/09 | APAC at Cleary | 3.5 | 2 |
| 09/18/09 | APAC at Cleary | 2.5 | 2 |
| 09/21/09 | Weekly Advisors-Only Call | 1.0 | 2 |
| 09/23/09 | Mgmt prep, general process, calls | 3.0 | 8 |
| 09/24/09 | Mgmt prep, general process, calls | 3.5 | 8 |
| 09/25/09 | Mgmt prep, Org calls, Updates, planning | 4.0 | 8 |
| 09/28/09 | Jt. NNC NNL Board of Directors' meeting by conference call | 1.0 | 1 |
| 09/28/09 | Mgmt prep, Org calls, Updates, planning | 4.5 | 8 |
| 09/29/09 | General | 2.0 | 8 |
| 09/30/09 | General process allocation protocal | 8.0 | 2 |
| **SEPTEMBER HOURS** | | 140.1 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Cyrus Kapadia - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---:|:---:|
| 09/01/09 | Internal Meetings | 1.0 | 8 |
| 09/02/09 | Bidder Meetings | 2.0 | 8 |
| 09/03/09 | Bidder Meetings | 2.0 | 8 |
| 09/21/09 | Internal Meetings | 1.0 | 8 |
| | **SEPTEMBER HOURS** | **6.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Update Call | 1.0 | 7 |
| 09/01/09 | Diligence Call | 0.5 | 7 |
| 09/01/09 | Update Call | 1.0 | 7 |
| 09/01/09 | Update Call | 0.5 | 7 |
| 09/02/09 | Team Call | 2.0 | 7 |
| 09/02/09 | Update Call | 0.5 | 7 |
| 09/02/09 | Follow-up IT/HR Call | 1.0 | 7 |
| 09/02/09 | Team Call | 2.0 | 7 |
| 09/02/09 | Work Plan Call | 1.0 | 7 |
| 09/03/09 | Update Call | 0.5 | 7 |
| 09/03/09 | Status call | 0.3 | 9 |
| 09/03/09 | Internal Discussion | 0.5 | 7 |
| 09/03/09 | Update Call | 0.5 | 9 |
| 09/04/09 | Strategy Call | 1.0 | 9 |
| 09/04/09 | IT Followup Session | 2.0 | 7 |
| 09/04/09 | Update Call | 1.0 | 7 |
| 09/07/09 | Advisory Call | 1.0 | 7 |
| 09/07/09 | Diligence Call | 0.5 | 7 |
| 09/08/09 | Strategy Call | 2.5 | 7 |
| 09/08/09 | Update Call | 1.0 | 7 |
| 09/09/09 | Team meeting in Boston | 4.0 | 7 |
| 09/09/09 | Update Call | 0.5 | 7 |
| 09/10/09 | Bid discussion | 0.5 | 7 |
| 09/10/09 | HR call | 1.0 | 7 |
| 09/10/09 | Update Call | 0.5 | 7 |
| 09/10/09 | Bid discussion | 0.5 | 7 |
| 09/11/09 | Update Call | 0.5 | 7 |
| 09/13/09 | Update Call | 1.0 | 7 |
| 09/14/09 | Advisory Call | 1.0 | 7 |
| 09/14/09 | Advisory Call | 1.5 | 7 |
| 09/15/09 | Team call | 1.0 | 7 |
| 09/15/09 | Update Call | 0.5 | 7 |
| 09/16/09 | Update Call | 0.5 | 7 |
| 09/16/09 | Update Call | 0.5 | 7 |
| 09/16/09 | Management Call | 1.0 | 7 |
| 09/17/09 | Travel to/from meeting in Toronto | 2.1 | 7 |
| 09/17/09 | Update Call | 0.5 | 7 |
| 09/17/09 | Real Estate Discussion | 1.0 | 7 |
| 09/17/09 | Update Call | 1.0 | 7 |
| 09/17/09 | Internal Call | 0.5 | 7 |
| 09/21/09 | Update Call | 1.0 | 7 |
| 09/21/09 | Diligence Call | 0.5 | 7 |
| 09/23/09 | Diligence Call | 1.0 | 9 |
| 09/23/09 | Update Call | 0.5 | 7 |
| 09/24/09 | Update Call | 0.5 | 7 |
| 09/26/09 | Update Call | 0.5 | 7 |
| 09/26/09 | Update Call | 1.0 | 9 |
| 09/27/09 | Update Call | 0.5 | 7 |
| 09/28/09 | Update Call | 1.0 | 7 |
| 09/28/09 | Update Call | 0.5 | 9 |
| 09/28/09 | Update Call | 0.6 | 9 |
| 09/28/09 | Diligence Call | 0.5 | 7 |
| 09/28/09 | Update Call | 1.0 | 7 |
| 09/28/09 | Update Call | 1.0 | 7 |
| 09/29/09 | Strategy Call | 0.5 | 7 |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/29/09 | Update Call | 0.5 | 7 |
| 09/29/09 | Update Call | 0.5 | 9 |
| 09/30/09 | Update Call | 0.5 | 9 |
| 09/30/09 | Real Estate Discussion | 1.0 | 7 |
| 09/30/09 | Update Call | 0.5 | 7 |
| | **SEPTEMBER HOURS** | **53.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/02/09 | Call w/UK Admin counsel re. Division bidder | 0.5 | 2 |
| 09/02/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 09/02/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 09/03/09 | Call w/Division bidder | 1.0 | 8 |
| 09/04/09 | Calls re. Division Sale bids | 2.0 | 8 |
| 09/04/09 | Calls re. Division Sale bids | 3.5 | 8 |
| 09/07/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 09/09/09 | Board of directors call | 1.0 | 1 |
| 09/09/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 09/09/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 09/11/09 | Enterprise auction | 10.0 | 8 |
| 09/14/09 | Calls w/creditors' advisors re Division sale process | 1.5 | 2 |
| 09/14/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 09/16/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 09/16/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 09/16/09 | Call w/creditors' advisors re. Division Sale Process | 1.0 | 2 |
| 09/21/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 09/23/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 09/23/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 09/24/09 | Meeting w/management and creditors' advisors re. IP, including travel time | 13.0 | 1 |
| 09/28/09 | Call re. Intercompany funding | 1.0 | 12 |
| 09/28/09 | Board of directors call | 1.0 | 1 |
| 09/28/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 09/29/09 | Call re. Intercompany funding | 1.0 | 12 |
| 09/30/09 | Meeting w/management and creditors' advisors re. proceeds allocation | 6.0 | 12 |
| 09/30/09 | Weekly call to review 13 week cash flow projections with creditors' advisors | 0.5 | 2 |
| 09/30/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| | **SEPTEMBER HOURS** | **54.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Aldo J. Polak - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Division - call w/management to review financial results presentation materials | 1.0 | 1 |
| 09/01/09 | Division - auction prep/update call w/Nortel M&A | 1.0 | 8 |
| 09/01/09 | Division - antitrust discussion w/Nortel M&A, counsel and CG | 1.0 | 8 |
| 09/01/09 | Division - call w/creditor advisors on financial results | 2.0 | 2 |
| 09/01/09 | Division - general M&A process communications and coordination of logistics | 1.5 | 8 |
| 09/02/09 | Division - auction prep/update calls w/Nortel M&A, Administrators and Monitor | 3.0 | 8 |
| 09/02/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 8 |
| 09/02/09 | Division - general M&A process communications and coordination of logistics | 2.5 | 8 |
| 09/03/09 | Division - call w/bidder on financial results | 1.3 | 8 |
| 09/03/09 | Division - general M&A process communications and coordination of logistics | 6.0 | 8 |
| 09/04/09 | Division - auction update calls/bids discussions w/Nortel, Admin, Monitor and creditor advisors | 4.5 | 8 |
| 09/04/09 | Division - review bid documents | 6.0 | 8 |
| 09/04/09 | Division - general M&A process communications and coordination of logistics | 2.0 | 8 |
| 09/05/09 | Division - review bid documents | 3.0 | 8 |
| 09/05/09 | Division - general M&A process communications and coordination of logistics | 2.5 | 8 |
| 09/06/09 | Division - auction update calls/bids discussions w/Nortel, Admin., Monitor and creditor advisors | 2.0 | 8 |
| 09/07/09 | Weekly advisors call | 1.0 | 2 |
| 09/07/09 | Division - general M&A process communications and coordination of logistics | 4.0 | 8 |
| 09/08/09 | Division - due diligence call w/management and potential bidder | 2.0 | 8 |
| 09/08/09 | Division - antitrust discussion w/Nortel M&A, counsel and CG | 1.0 | 8 |
| 09/08/09 | Division - general M&A process communications and coordination of logistics | 3.5 | 8 |
| 09/09/09 | Division - stalking horse presentation to management, advisors and creditor advisors | 2.0 | 8 |
| 09/09/09 | Division - call w/management and potential bidder | 1.0 | 8 |
| 09/09/09 | Weekly call to review M&A processes with creditor advisors | 0.8 | 8 |
| 09/09/09 | Division - due diligence call w/management and potential bidder | 1.0 | 8 |
| 09/09/09 | Division - general M&A process communications and coordination of logistics | 3.8 | 8 |
| 09/10/09 | Division - auction prep w/Nortel M&A, counsel and CG | 14.0 | 8 |
| 09/11/09 | Division - auction prep and auction | 16.5 | 8 |
| 09/12/09 | Division - auction | 19.5 | 8 |
| 09/13/09 | Division - auction | 17.5 | 8 |
| 09/14/09 | Division - auction | 5.5 | 8 |
| 09/14/09 | Weekly advisors call | 1.0 | 2 |
| 09/14/09 | Division - update call w/Nortel, Administrators, Monitor and creditor advisors | 1.5 | 8 |
| 09/14/09 | Division - compiled and reviewed materials in preparation for court hearing | 1.8 | 8 |
| 09/15/09 | Division - compiled and reviewed materials in preparation for court hearing | 4.5 | 8 |
| 09/16/09 | Weekly call to review M&A processes with creditor advisors | 0.8 | 8 |
| 09/16/09 | Division - update call w/Nortel and creditor advisors | 1.0 | 8 |
| 09/16/09 | Division - processing creditor advisor requests | 0.8 | 2 |
| 09/21/09 | Weekly advisors call | 1.0 | 2 |
| 09/21/09 | Division - weekly update call w/Nortel, Administrators and Monitor | 1.5 | 8 |
| 09/22/09 | Weekly call to review M&A processes with creditor advisors | 0.8 | 8 |
| 09/27/09 | Division - processing creditor advisor requests | 0.8 | 2 |
| 09/28/09 | Weekly advisors call | 1.0 | 2 |
| 09/30/09 | Weekly call to review M&A processes with creditor advisors | 0.8 | 8 |

**SEPTEMBER HOURS**      150.3

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Ian Mombru - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Assisting bidders with due diligence | 5.0 | 8 |
| 09/02/09 | Assisting bidders with due diligence | 4.0 | 8 |
| 09/03/09 | Assisting bidders with due diligence | 5.0 | 8 |
| 09/04/09 | Assisting bidders with due diligence | 5.0 | 8 |
| 09/05/09 | Planning conference calls re bidder due diligence requirements | 4.0 | 8 |
| 09/07/09 | Internal update calls / bidder due diligence planning | 3.0 | 8 |
| 09/08/09 | Planning calls re bidding procedures | 2.0 | 8 |
| 09/09/09 | Planning calls re bidding procedures & project team updates | 5.0 | 8 |
| 09/10/09 | Diligence calls with bidders | 2.0 | 8 |
| 09/11/09 | Status updates with bidders and project team | 4.0 | 8 |
| 09/14/09 | Preparation & calls with bidders and creditors | 4.0 | 8 |
| 09/15/09 | Bidder financial due diligence calls.  Bidder / customer calls | 6.0 | 8 |
| 09/16/09 | Bidder due diligence preparation | 3.0 | 8 |
| 09/17/09 | Project team calls re financial projections & project updates | 4.0 | 8 |
| 09/18/09 | Bidder / customer conference calls.  Assessment of revised offer | 6.0 | 8 |
| 09/21/09 | Bidder update calls | 3.0 | 8 |
| 09/22/09 | Assessment of revised offer | 3.0 | 8 |
| 09/23/09 | Bidder due diligence calls | 4.0 | 8 |
| 09/24/09 | Project planning calls & due diligence follow up | 5.0 | 8 |
| 09/25/09 | Customer communications calls | 3.0 | 8 |
| 09/28/09 | Project update / planning calls | 3.0 | 8 |
| 09/29/09 | Project planning calls | 2.0 | 8 |
| 09/30/09 | Project planning calls | 3.0 | 8 |
| **SEPTEMBER HOURS** | | **88.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 9/2/09 | 13 Week CF call | 0.5 | 2 |
| 9/2/09 | M&A call | 1.0 | 2 |
| 9/3/09 | Call with Sale 1 buyer | 1.0 | 8 |
| 9/7/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 9/9/09 | Board of directors call | 1.0 | 1 |
| 9/9/09 | 13 Week CF call | 0.5 | 2 |
| 9/9/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 9/14/09 | FA Calls re sale processes | 1.5 | 2 |
| 9/16/09 | 13 Week CF call | 0.5 | 2 |
| 9/16/09 | M&A call | 1.0 | 2 |
| 9/16/09 | FA Calls re sale process | 1.0 | 2 |
| 9/23/09 | 13 Week CF call | 0.5 | 2 |
| 9/23/09 | M&A call | 1.0 | 2 |
| 9/28/09 | Call re. Intercompany funding | 1.0 | 12 |
| 9/28/09 | Board of directors call | 1.0 | 1 |
| 9/28/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 9/29/09 | Call re. Intercompany funding | 1.0 | 12 |
| 9/30/09 | 13 Week CF call | 0.5 | 2 |
| 9/30/09 | M&A call | 1.0 | 2 |
| | **SEPTEMBER HOURS** | **17.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Assisting bidders with due diligence | 4.0 | 8 |
| 09/02/09 | Assisting bidders with due diligence | 5.0 | 8 |
| 09/03/09 | Project update / planning calls | 5.0 | 8 |
| 09/04/09 | Project update / planning calls | 6.0 | 8 |
| 09/05/09 | Internal update calls / bidder due diligence planning | 7.0 | 8 |
| 09/07/09 | Internal update calls / bidder due diligence planning | 4.0 | 8 |
| 09/08/09 | Planning calls re bidding procedures | 4.0 | 8 |
| 09/09/09 | Planning calls re bidding procedures & project team updates | 4.0 | 8 |
| 09/10/09 | Diligence calls with bidders | 5.0 | 8 |
| 09/14/09 | Project update / planning calls | 3.0 | 8 |
| 09/15/09 | Bidder due diligence preparation | 6.0 | 8 |
| 09/16/09 | Bidder due diligence preparation | 4.0 | 8 |
| 09/17/09 | Project team calls re financial projections & project updates | 4.0 | 8 |
| 09/28/09 | Project update / planning calls | 6.0 | 8 |
| 09/29/09 | Project update / planning calls | 7.0 | 8 |
| 09/30/09 | Project planning calls | 6.0 | 8 |
| | **SEPTEMBER HOURS** | 80.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Calls with Bidders / Process Work | 3.0 | 8 |
| 09/02/09 | Bidder Meetings / Nortel Process Work | 8.0 | 8 |
| 09/03/09 | Bidder Meetings / Nortel Process Work | 8.0 | 8 |
| 09/04/09 | Follow up calls with Bidders / Nortel Process Work | 4.0 | 8 |
| 09/07/09 | Calls with Bidders / Process Work | 3.0 | 8 |
| 09/08/09 | Calls with Bidders / Process Work | 4.0 | 8 |
| 09/09/09 | Nortel Process / Admin work / EDR | 2.0 | 8 |
| 09/10/09 | Nortel Process / Admin work / EDR | 3.0 | 8 |
| 09/11/09 | Bidder Calls / Nortel Process / Admin work | 3.0 | 8 |
| 09/14/09 | EDR Administration (Holiday) | 1.0 | 8 |
| 09/15/09 | EDR Administration (Holiday) | 2.0 | 8 |
| 09/21/09 | Calls with Bidders / Process Work | 4.0 | 8 |
| 09/22/09 | Nortel Process / Admin work / EDR | 5.0 | 8 |
| 09/23/09 | Bidder Calls / Nortel Process / Admin work | 5.0 | 8 |
| 09/24/09 | Nortel Process / Admin work / EDR | 2.0 | 8 |
| 09/25/09 | Nortel Process / Admin work / EDR | 1.0 | 8 |
| 09/28/09 | Nortel Process / Admin work / EDR | 2.0 | 8 |
| 09/29/09 | Nortel Process / Admin work / EDR | 2.0 | 8 |
| 09/30/09 | Nortel Process / Admin work / EDR | 2.0 | 8 |
| | **SEPTEMBER HOURS** | 64.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Paz Eshel - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 9/1/2009 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 9/1/2009 | Logistics | 2.3 | 8 |
| 9/2/2009 | Diligence Calls with Interested Parties | 6.5 | 8 |
| 9/2/2009 | Logistics | 1.7 | 8 |
| 9/3/2009 | Logistics | 2.2 | 8 |
| 9/4/2009 | Process Update Call | 1.0 | 8 |
| 9/4/2009 | Logistics | 1.9 | 8 |
| 9/8/2009 | Diligence Calls with Interested Parties | 3.5 | 8 |
| 9/9/2009 | Logistics | 1.0 | 8 |
| 9/13/2009 | Process Update Call | 1.3 | 8 |
| 9/15/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 9/16/2009 | Comparable Company Valuation Analysis | 3.6 | 6 |
| 9/18/2009 | Logistics | 0.8 | 8 |
| 9/22/2009 | Logistics | 0.4 | 8 |
| 9/22/2009 | Materials | 1.3 | 8 |
| 9/30/2009 | Diligence Calls with Interested Parties | 0.5 | 8 |
| | **SEPTEMBER HOURS** | **31.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Division - call w/management to review financial results presentation materials | 1.0 | 1 |
| 09/01/09 | Division - auction prep/update call w/Nortel M&A | 1.0 | 8 |
| 09/01/09 | Division - antitrust discussion w/Nortel M&A, counsel and CG | 1.0 | 8 |
| 09/01/09 | Division - call w/creditor advisors on financial results | 2.0 | 2 |
| 09/01/09 | Division - general M&A process communications and coordination of logistics | 1.5 | 8 |
| 09/02/09 | Division - auction prep/update calls w/Nortel M&A, Administrators and Monitor | 3.0 | 8 |
| 09/02/09 | Weekly call to review M&A processes with creditor advisors | 1.0 | 8 |
| 09/02/09 | Division - general M&A process communications and coordination of logistics | 2.5 | 8 |
| 09/03/09 | Division - call w/bidder on financial results | 1.3 | 8 |
| 09/03/09 | Division - general M&A process communications and coordination of logistics | 4.0 | 8 |
| 09/04/09 | Division - auction update calls/bids discussions w/Nortel, Admin, Monitor and creditor advisors | 4.5 | 8 |
| 09/04/09 | Division - review bid documents | 10.0 | 8 |
| 09/04/09 | Division - general M&A process communications and coordination of logistics | 1.0 | 8 |
| 09/05/09 | Division - review bid documents | 5.0 | 8 |
| 09/05/09 | Division - general M&A process communications and coordination of logistics | 1.0 | 8 |
| 09/06/09 | Division - auction update calls/bids discussions w/Nortel, Admin, Monitor and creditor advisors | 2.0 | 8 |
| 09/07/09 | Weekly advisors call | 1.0 | 2 |
| 09/07/09 | Division - general M&A process communications and coordination of logistics | 5.0 | 8 |
| 09/08/09 | Division - due diligence call w/management and potential bidder | 2.0 | 8 |
| 09/08/09 | Division - antitrust discussion w/Nortel M&A, counsel and CG | 1.0 | 8 |
| 09/08/09 | Division - general M&A process communications and coordination of logistics | 3.5 | 8 |
| 09/09/09 | Division - stalking horse presentation to management, advisors and creditor advisors | 2.0 | 8 |
| 09/09/09 | Division - call w/management and potential bidder | 1.0 | 8 |
| 09/09/09 | Weekly call to review M&A processes with creditor advisors | 0.8 | 8 |
| 09/09/09 | Division - due diligence call w/management and potential bidder | 1.0 | 8 |
| 09/09/09 | Division - general M&A process communications and coordination of logistics | 3.8 | 8 |
| 09/10/09 | Division - auction prep w/Nortel M&A, counsel and CG | 14.0 | 8 |

**SEPTEMBER HOURS**  76.8

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/09 | Due Diligence | 1.0 | 8 |
| 09/02/09 | Due Diligence | 1.3 | 8 |
| 09/02/09 | Q&A Log | 1.0 | 8 |
| 09/03/09 | Due Diligence | 2.0 | 8 |
| 09/03/09 | Q&A Log | 2.0 | 8 |
| 09/04/09 | Q&A Log | 2.0 | 8 |
| 09/08/09 | Q&A Log | 1.0 | 8 |
| 09/09/09 | Due Diligence | 4.0 | 8 |
| 09/09/09 | Q&A Log | 2.0 | 8 |
| 09/10/09 | Bid Discussion | 1.5 | 8 |
| 09/15/09 | Q&A Log | 2.0 | 8 |
| 09/18/09 | Q&A Log | 1.0 | 8 |
| 09/22/09 | Q&A Log | 1.0 | 8 |
| 09/23/09 | Due Diligence | 1.0 | 8 |
| 09/23/09 | Q&A Log | 1.5 | 8 |
| 09/24/09 | Q&A Log | 2.0 | 8 |
| 09/25/09 | Due Diligence | 1.0 | 8 |
| 09/28/09 | Due Diligence | 0.5 | 8 |
| 09/29/09 | Due Diligence | 0.5 | 8 |
| 09/29/09 | Q&A Log | 1.5 | 8 |
| 09/30/09 | Due Diligence | 1.0 | 8 |
| 09/30/09 | Q&A Log | 1.5 | 8 |
| **SEPTEMBER HOURS** | | **32.3** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 9/4/09 | WGL/Dataroom Additions | 0.5 | 2 |
| 9/6/09 | NT and advisors call | 1.0 | 8 |
| 9/7/09 | Nortel - Weekly Advisors-Only Call | 1.0 | 2 |
| 9/8/09 | DD call | 1.0 | 2 |
| 9/9/09 | Call with company and creditor advisors | 1.0 | 2 |
| 9/9/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 9/10/09 | Update WGL | 0.5 | 2 |
| 9/10/09 | Compiling Lazard Team Hours | 1.0 | 5 |
| 9/11/09 | Division - auction prep and auction | 16.5 | 8 |
| 9/14/09 | Update WGL | 0.5 | 2 |
| 9/16/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 9/16/09 | Call w/creditors' advisors | 1.0 | 2 |
| 9/21/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 9/23/09 | Weekly call to review M&A processes with creditors' advisors | 1.0 | 2 |
| 9/28/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 9/30/09 | M&A call | 1.0 | 2 |
| | **SEPTEMBER HOURS** | 29.0 | |