# EXHIBIT D

# Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**September 1, 2009 - September 30, 2009**

**Fee Calculation**

| Item | Amount Incurred |
|---|---:|
| Monthly Fees: September 1, 2009 - September 30, 2009 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

**Summary of Out-of-Pocket Expenses**[1]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $2,960.75 |
| Courier/Shipping | 35.79 |
| Employee Meals | 222.16 |
| Meals-Meetings/Travel | 2,932.95 |
| Telephone/Telex/Fax-Usage | 1,736.67 |
| Temporary Wages | 72.71 |
| Travel | 40,792.02 |
| **TOTAL** | **$48,753.05** |

---

[1] *Additional expense detail will be furnished upon request.*

Nortel_Sept 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 9/29/2009 | Breeden-Cleary Gottlieb office/Lazard 08/21/2009 | 8.00 |
| | 9/9/2009 | Breeden-Cleary/Lazard 08/10/2009 | 15.62 |
| | 9/9/2009 | Breeden-Home/Lazard - weekend 07/25/2009 | 10.32 |
| | 9/9/2009 | Breeden-Home/Nortel meeting 07/31/2009 | 8.10 |
| | 9/9/2009 | Breeden-Lazard/Cleary 08/10/2009 | 17.62 |
| | 9/29/2009 | Breeden-Lazard/Cleary Gottlieb office 08/18/2009 | 8.85 |
| | 9/9/2009 | Breeden-Lazard/home 07/24/2009 | 9.40 |
| | 9/9/2009 | Breeden-Nortel mtg to Lazard 08/07/2009 | 6.50 |
| | 9/10/2009 | Carey-Boston-taxi home from BOS 08/14/2009 | 35.00 |
| | 9/10/2009 | Carey-Boston-Taxi home from office 08/04/2009 | 11.00 |
| | 9/10/2009 | Carey-Boston-Taxi home from office 08/05/2009 | 11.00 |
| | 9/10/2009 | Carey-Boston-Taxi home from office 08/06/2009 | 11.00 |
| | 9/10/2009 | Carey-Boston-Taxi home from office 08/07/2009 | 11.00 |
| | 9/10/2009 | Carey-Boston-Taxi home from office 08/12/2009 | 11.00 |
| | 9/10/2009 | Carey-Boston-Taxi home from office 08/13/2009 | 11.00 |
| | 9/10/2009 | Carey-Boston-Taxi home from office 08/17/2009 | 11.00 |
| | 9/10/2009 | Carey-Boston-Taxi to airport 08/08/2009 | 25.00 |
| | 9/10/2009 | Carey-Boston-Taxi to the airport 08/14/2009 | 26.00 |
| | 9/10/2009 | Carey-NYC-Taxi from client-airport 08/11/2009 | 33.00 |
| | 9/10/2009 | Carey-NYC-Taxi from hotel to client 08/11/2009 | 20.00 |
| | 9/10/2009 | Carey-Taxi-BOS to home 08/12/2009 | 26.15 |
| | 9/10/2009 | Carey-Taxi-NYC-airport to city 08/08/2009 | 39.87 |
| | 9/10/2009 | Carey-Taxi-NYC-client to hotel 08/10/2009 | 14.60 |
| | 9/10/2009 | Carey-Toronto-taxi to airport 08/14/2009 | 34.00 |
| | 9/10/2009 | Carey-TOR-taxi -airport to client 08/14/2009 | 34.00 |
| | 9/28/2009 | Descoteaux-D 07/23/2009 13:03 Origin: 49 W 49 ST  M Dest: 1 LIBERTY PLAZA 10038 / DIAL CAR | 36.42 |
| | 9/28/2009 | Descoteaux-D 07/23/2009 19:17 Origin: 1 LIBERTY PLAZA  M Dest: 63 ST/BWY  M / DIAL CAR | 100.00 |
| | 9/28/2009 | Descoteaux-D 08/11/2009 09:21 Origin: 301 E 62 ST  Dest: 1 LIBERTY PLAZA 10038 / DIAL CAR | 34.37 |
| | 9/8/2009 | Eshel-Taxi-Montreal-airport-client 07/28/2009 | 25.75 |
| | 9/8/2009 | Eshel-Taxi-Montreal-airport-client 07/30/2009 | 27.41 |
| | 9/28/2009 | Hart-D 08/11/2009 16:08 rigin: 3 LUNDY LN LARCHMONT WE Dest: JFK / DIAL CAR INC | 100.00 |
| | 9/28/2009 | Keenan-R 08/10/2009 16:29 Origin: 49 W 49TH ST Dest: EWK / ROYAL DISPATCH SERVICES | 89.30 |

Nortel_Sept 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | 9/28/2009 | Keenan-R 08/11/2009 23:12 Origin: EWK Dest: 200 W 26TH ST / ROYAL DISPATCH SERVICES | 100.00 |
| | 9/25/2009 | Keenan-TAXI LateNightHomeFromOffice 08/19/2009 | 7.40 |
| | 9/10/2009 | Mehra-AUG17,2009 Boston, car from home to airport / CAREY INTERNATIONAL | 100.00 |
| | 9/9/2009 | Mehra-Boston-airport to home 08/17/2009 | 35.00 |
| | 9/9/2009 | Mehra-Boston-airport to home 08/26/2009 | 37.00 |
| | 9/9/2009 | Mehra-Boston-Taxi from office-home 08/12/2009 | 20.00 |
| | 9/9/2009 | Mehra-Boston-Taxi from office-home 08/13/2009 | 20.00 |
| | 9/9/2009 | Mehra-Boston-Taxi from office-home 08/18/2009 | 20.00 |
| | 9/9/2009 | Mehra-Boston-Taxi from office-home 08/20/2009 | 20.00 |
| | 9/9/2009 | Mehra-Boston-Taxi from office-home 08/21/2009 | 21.00 |
| | 9/9/2009 | Mehra-Boston-Taxi from office-home 08/25/2009 | 21.00 |
| | 9/21/2009 | Mehra-Boston-Taxi home from office 08/27/2009 | 20.00 |
| | 9/21/2009 | Mehra-Boston-Taxi home from office 08/31/2009 | 17.00 |
| | 9/21/2009 | Mehra-Boston-Taxi home from office 09/01/2009 | 20.00 |
| | 9/21/2009 | Mehra-Boston-Taxi home from office 09/02/2009 | 20.50 |
| | 9/21/2009 | Mehra-Boston-Taxi home from office 09/03/2009 | 21.00 |
| | 9/21/2009 | Mehra-Boston-Taxi home from office 09/04/2009 | 21.00 |
| | 9/21/2009 | Mehra-Boston-Taxi home from office 09/07/2009 | 18.00 |
| | 9/9/2009 | Mehra-NYC-taxi from client to LGA 08/26/2009 | 35.00 |
| | 9/28/2009 | Mehra-Taxi home from BOS 09/18/2009 | 38.00 |
| | 9/28/2009 | Mehra-Taxi home from the office 09/08/2009 | 20.00 |
| | 9/28/2009 | Mehra-Taxi home from the office 09/10/2009 | 21.00 |
| | 9/28/2009 | Mehra-Taxi home from the office 09/11/2009 | 20.50 |
| | 9/28/2009 | Mehra-Taxi home from the office 09/16/2009 | 18.00 |
| | 9/28/2009 | Mehra-Taxi home from the office 09/20/2009 | 20.00 |
| | 9/28/2009 | Mehra-Taxi home from the office 09/21/2009 | 20.00 |
| | 9/28/2009 | Mehra-Taxi home from the office 09/22/2009 | 20.00 |
| | 9/28/2009 | Mehra-Taxi to work (Sunday) 09/20/2009 | 20.00 |
| | 9/29/2009 | Mehra-Taxi-NYC-airport to client 08/26/2009 | 47.69 |
| | 9/2/2009 | Mehra-Taxi-Ottawa-airport to client 07/21/2009 | 51.42 |
| | 9/2/2009 | Mehra-Taxi-Ottawa-client to airport 07/21/2009 | 51.42 |
| | 9/30/2009 | Mombru-IM - Taxi Nortel mtg Trans: GBP 11.00 / Mombru, Ian | 18.12 |
| | 9/30/2009 | Mombru-IM - Taxi Nortel mtg Trans: GBP 16.00 / Mombru, Ian | 26.36 |
| | 9/30/2009 | Mombru-IM - Taxi Paris (Nortel) Trans: GBP 11.51 / Mombru, Ian | 18.96 |
| | 9/30/2009 | Mombru-IM - Taxi Paris (Nortel) Trans: GBP 14.73 / Mombru, Ian | 24.27 |

Nortel_Sept 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | 9/30/2009 | Mombru-IM - Taxi St Pancras (Nortel) Trans: GBP 22.00 / Mombru, Ian | 36.25 |
| | 9/25/2009 | Murray-NY- Meeting to airport 08/06/2009 | 40.00 |
| | 9/18/2009 | Murray-NYC- Airport to meeting 07/15/2009 | 54.13 |
| | 9/18/2009 | Murray-NYC Airport to meeting 07/23/2009 | 39.96 |
| | 9/25/2009 | Murray-NYC- Hotel to meeting 06/26/2009 | 8.00 |
| | 9/18/2009 | Murray-NYC- hotel to meeting 07/24/2009 | 11.50 |
| | 9/18/2009 | Murray-NYC- Meeting to airport 07/16/2009 | 35.63 |
| | 9/25/2009 | Murray-NYC- Meeting to hotel 06/22/2009 | 7.00 |
| | 9/25/2009 | Murray-NYC- Meeting to hotel 06/30/2009 | 18.00 |
| | 9/18/2009 | Murray-NYC- Meeting to hotel 07/16/2009 | 25.63 |
| | 9/25/2009 | Murray-NYC- Meeting to Penn Station 07/09/2009 | 40.00 |
| | 9/25/2009 | Murray-NYC-Airport to meetings 08/10/2009 | 34.60 |
| | 9/25/2009 | Murray-Toronto- Airport to Client mtg 08/05/2009 | 34.00 |
| | 9/25/2009 | Murray-Toronto- Client mtg to Airport 07/30/2009 | 60.00 |
| | 9/25/2009 | Murray-Toronto- Client mtg to hotel 08/05/2009 | 15.00 |
| | 9/18/2009 | Murray-Toronto -meeting to airport 08/05/2009 | 35.43 |
| | 9/21/2009 | Polak- Taxi to office - Sunday 09/06/2009 | 5.90 |
| | 9/3/2009 | Polak-NYC Taxi home from the office - late night 07/29/2009 | 7.60 |
| | 9/21/2009 | Polak-NYC Taxi to auction (second time this date) 09/12/2009 | 21.10 |
| | 9/21/2009 | Polak-NYC Taxi to meeting from office 09/11/2009 | 6.40 |
| | 9/21/2009 | Polak-Taxi home from office - Sunday 09/06/2009 | 6.80 |
| | 9/21/2009 | Polak-Taxi to auction 09/12/2009 | 22.80 |
| | 9/22/2009 | Polak-Taxi to meeting - no receipt 09/10/2009 | 18.00 |
| | 9/3/2009 | Polak-Taxi to meeting from office 08/11/2009 | 19.20 |
| | 9/3/2009 | Savage-Laguardia airport/home 07/24/2009 | 100.00 |
| | 9/3/2009 | Savage-Lazard/Laguardia airport 07/23/2009 | 100.00 |
| | 9/3/2009 | Savage-Lazard/Narnia auction 07/24/2009 | 85.90 |
| | 9/3/2009 | Savage-Nortel/Toronto airport 08/03/2009 | 100.00 |
| | 9/3/2009 | Savage-Ogilvy Renault/Toronto airport 07/13/2009 | 100.00 |
| | | Subtotal: | 2,960.75 |
| **Couriers / Shipping** | 9/3/2009 | F 31-JUL-2009 152 SURFSIDE AVE / FEDERAL EXPRESS CORP | 35.79 |
| | | Subtotal: | 35.79 |

Nortel_Sept 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | | | |
| | 9/10/2009 | Carey-Boston-dinner-1 employee 07/16/2009 | 15.57 |
| | 9/10/2009 | Carey-Boston-dinner-1 employee 07/17/2009 | 25.00 |
| | 9/10/2009 | Carey-Boston-dinner-2 employees 07/22/2009 | 25.00 |
| | 9/10/2009 | Carey-Boston-dinner-2 employees 08/05/2009 | 13.86 |
| | 9/10/2009 | Carey-Boston-dinner-4 employees 07/15/2009 | 24.84 |
| | 9/10/2009 | Carey-Boston-lunch-1 employee 07/18/2009 | 5.25 |
| | 9/8/2009 | Eshel-Boston-dinner-1 attendee 07/16/2009 | 13.71 |
| | 9/8/2009 | Eshel-Boston-dinner-1 attendee 08/09/2009 | 24.38 |
| | 9/10/2009 | Eshel-Boston-dinner-4 employees 07/15/2009 | 24.85 |
| | 9/10/2009 | Mehra-Boston-dinner-4 employees 07/15/2009 | 24.85 |
| | 9/10/2009 | Murray-Boston-dinner-4 employees 07/15/2009 | 24.85 |
| | | Subtotal: | 222.16 |
| **Meals-Meetings/Travel** | | | |
| | 9/10/2009 | Carey-Dinner-NYC-1 attendee 08/10/2009 | 62.26 |
| | 9/10/2009 | Carey-Toronto-lunch-1attendee 08/14/2009 | 8.98 |
| | 9/10/2009 | Carey-Toronto-lunch-1attendee 08/17/2009 | 8.45 |
| | 9/2/2009 | CLIENT WORKING LUNCH 24/8 Trans: GBP 204.75 / Natural Kitchen (see attached invoice) | 337.36 |
| | 9/4/2009 | CLIENT WORKING LUNCH Trans: GBP 131.25 / Natural Kitchen (see attached invoice) | 216.26 |
| | 7/6/2009 | Kapadia-KAPADIA CLIENT LUNCH Trans: GBP 194.50 / Natural Kitchen (see attached invoice) | 320.48 |
| | 9/9/2009 | Mehra-Boston-Breakfast-1 attendee 08/17/2009 | 2.33 |
| | 9/2/2009 | Mehra-Boston-lunch-1 attendee 07/21/2009 | 2.40 |
| | 9/29/2009 | Mehra-Breakfast-Boston-12 attendees 09/09/2009 | 143.66 |
| | 9/29/2009 | Mehra-Breakfast-NYC-1attendee 08/26/2009 | 4.19 |
| | 9/29/2009 | Mehra-Dinner-BOS-1 attendee 08/26/2009 | 2.66 |
| | 9/29/2009 | Mehra-Dinner-Toronto-4 attendees 08/17/2009 | 130.54 |
| | 9/29/2009 | Mehra-Lunch-Boston-12 attendees 09/09/2009 | 300.00 |
| | 9/29/2009 | Mehra-Lunch-NYC-1attendee 08/26/2009 | 7.90 |
| | 9/2/2009 | Mehra-New York Palace Hote New York 08/03/2009 - NYC, dinner in hotel, 1 attendee 08/03/2009 | 50.00 |
| | 9/2/2009 | Mehra-NYC-client dinner 08/10/2009 - NYC, dinner with client, 3 attendees 08/10/2009 | 148.67 |
| | 9/2/2009 | Mehra-NYC-dinner-1 attendee 07/21/2009 | 4.96 |
| | 9/2/2009 | Mehra-NYC-lunch-1 attendee 08/03/2009 | 4.28 |
| | 9/2/2009 | Mehra-Ottawa-lunch-1 attendee 07/21/2009 | 8.75 |
| | 9/2/2009 | Mehra-PENINSULA HOTEL NY 07/22/2009 - NYC, dinner in hotel, 1 attendee 07/22/2009 | 50.00 |
| | 9/2/2009 | Mehra-PENINSULA HOTEL NY breakfast in hotel, 1 attendee 08/12/2009 | 8.00 |

Nortel_Sept 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Meals-Meetings/Travel** | | | |
| | 9/2/2009 | Mehra-PENINSULA HOTEL NY breakfast in hotel, 1 attendee 08/12/2009 | 6.00 |
| | 9/2/2009 | Mehra-PENINSULA HOTEL NY breakfast in hotel, 1 attendee 08/12/2009 | 8.00 |
| | 9/8/2009 | MOMBRU CLIENT LUNCH Trans: GBP 227.50 / Natural Kitchen (see attached invoice) | 374.85 |
| | 9/29/2009 | Mombru-IM - M&S Dinner Trans: GBP 10.38 / American Express | 17.10 |
| | 9/1/2009 | Mombru-IM - M&S Dinner Trans: GBP 12.64 / American Express | 20.83 |
| | 9/29/2009 | Mombru-IM - M&S Dinner Trans: GBP 13.18 / American Express | 21.72 |
| | 9/1/2009 | Mombru-IM - M&S Dinner Trans: GBP 14.42 / American Express | 23.76 |
| | 9/1/2009 | Mombru-IM - M&S Dinner Trans: GBP 14.82 / American Express | 24.42 |
| | 9/29/2009 | Mombru-IM - M&S Dinner Trans: GBP 14.94 / American Express | 24.62 |
| | 9/29/2009 | Mombru-IM - M&S Dinner Trans: GBP 14.99 / American Express | 24.70 |
| | 9/29/2009 | Mombru-IM - M&S Dinner Trans: GBP 15.00 / American Express | 24.72 |
| | 9/18/2009 | Murray-NYCdinner(1)Gramercy 07/23/2009 | 65.00 |
| | 9/18/2009 | Murray-Tor-dinner(1) EpicLounge 07/28/2009 | 23.43 |
| | 9/18/2009 | Murray-Tor-dinner(1)Molson Pub Airpt 07/22/2009 | 33.26 |
| | 9/18/2009 | Murray-Tor-Dinner(3)Mahogany Grill 08/05/2009 | 168.04 |
| | 9/18/2009 | Murray-Toronto-Dinner (4) Biff's 07/29/2009 | 227.39 |
| | 9/18/2009 | Murray-Wilmington-water(1)DuPont 08/05/2009 | 3.00 |
| | 9/3/2009 | Savage-Bkfast/Sheraton hotel (2p) 07/23/2009 | 19.98 |
| | | Subtotal: | 2,932.95 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 9/2/2009 | Mehra-New York Palace Hote New York 08/03/2009 | 15.99 |
| | 9/21/2009 | JULY/AUG GENESYS CONF Trans: GBP 1,044.30 / Genesys Conferencing Ltd | 1,720.68 |
| | | Subtotal: | 1,736.67 |
| **Temporary Wages** | | | |
| | 9/1/2009 | Eshel-Word processing job charges / HR STAFFING, INC. | 21.67 |
| | 9/10/2009 | Eshel-Word processing job charges / HR STAFFING, INC. | 42.37 |
| | 9/28/2009 | Eshel-Word processing job charges / HR STAFFING, INC. | 5.87 |
| | 9/28/2009 | Eshel-Word processing job charges / TIGER INFORMATION SYSTEMS | 2.80 |
| | | Subtotal: | 72.71 |
| **Travel** | | | |
| | 9/10/2009 | Carey-Hotel-NYC-450/night-1night 08/12/2009 | 519.88 |
| | 7/9/2009 | Carey-Lodging 1 night $249 CAD/night 05/25/2009 | 257.36 |
| | 7/9/2009 | Carey-Lodging 1 night $249 CAD/night 05/28/2009 | 519.37 |
| | 7/9/2009 | Carey-Lodging 1 night $299 CAD/night 05/29/2009 | 130.32 |
| | 9/10/2009 | Carey-Round-trip BOS-NY-BOS (coach) 08/08/2009 | 295.35 |

Nortel_Sept 09.XLS                                                                                           Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | | | |
| | 9/8/2009 | Eshel-AmEx Travel Fee 07/28/2009 | 36.00 |
| | 9/8/2009 | Eshel-AmEx Travel Fee 07/30/2009 | 36.00 |
| | 9/8/2009 | Eshel-Parking-Boston-$24 day-1 day 07/28/2009 | 24.00 |
| | 9/8/2009 | Eshel-Parking-Boston-$24 day-1 day 07/30/2009 | 24.00 |
| | 7/2/2009 | Eshel-Round-trip airfare BOS/Montreal/BOS 06/11/2009 | 1,567.79 |
| | 9/8/2009 | Eshel-Round-trip sirfare Boston/Montreal/Boston (coach) 07/28/2009 | 1,654.03 |
| | 9/8/2009 | Eshel-Round-trip sirfare Boston/Montreal/Boston (coach) 07/30/2009 | 1,654.70 |
| | 7/1/2009 | Healey-Eurostar Trans: GBP 307.00 / American Express | 505.84 |
| | 7/1/2009 | Healey-Eurostar Trans: GBP 309.00 / American Express | 509.14 |
| | 7/1/2009 | Healey-Eurostar Trans: GBP 309.00 / American Express | 509.14 |
| | 7/1/2009 | Healey-Eurostar Trans: GBP 309.00 / American Express | 509.14 |
| | 7/1/2009 | Healey-Eurostar Trans: GBP 450.00 / American Express | 741.46 |
| | 7/1/2009 | Healey-Hotel Paris (1 nt) Trans: GBP 115.59 / American Express | 190.46 |
| | 7/1/2009 | Healey-Unsured Eurostar Trans: GBP 450.00 / American Express | 741.46 |
| | 8/3/2009 | Mehra- R/t airfare Bos-Tor-Bos (coach) 06/16/2009 | 1,872.08 |
| | 8/3/2009 | Mehra-Airfare Boston/LGA NY (coach) 07/09/2009 | 199.11 |
| | 8/3/2009 | Mehra-Airfare LGA NY to BOS (coach) 07/09/2009 | 139.60 |
| | 8/3/2009 | Mehra-AmEx Travel Fee 06/16/2009 | 36.00 |
| | 8/3/2009 | Mehra-AmEx Travel Fee 06/24/2009 | 36.00 |
| | 8/3/2009 | Mehra-AmEx Travel Fee 06/26/2009 | 36.00 |
| | 8/3/2009 | Mehra-AmEx Travel Fee 06/26/2009 | 36.00 |
| | 8/3/2009 | Mehra-AmEx Travel Fee 07/09/2009 | 36.00 |
| | 8/3/2009 | Mehra-AmEx Travel Fee 07/09/2009 | 36.00 |
| | 9/2/2009 | Mehra-AmEx Travel Fee 07/21/2009 | 36.00 |
| | 9/2/2009 | Mehra-AmEx Travel Fee 07/22/2009 | 36.00 |
| | 9/2/2009 | Mehra-AmEx Travel Fee 08/02/2009 | 36.00 |
| | 9/2/2009 | Mehra-AmEx Travel Fee 08/03/2009 | 36.00 |
| | 9/2/2009 | Mehra-AmEx Travel Fee 08/10/2009 | 36.00 |
| | 9/2/2009 | Mehra-AmEx Travel Fee 08/10/2009 | 19.00 |
| | 9/29/2009 | Mehra-AmEx Travel Fee 08/17/2009 | 36.00 |
| | 9/29/2009 | Mehra-AmEx Travel Fee 08/26/2009 | 36.00 |
| | 9/2/2009 | Mehra-Credited Ticket 06/26/2009 | (942.31) |
| | 9/2/2009 | Mehra-Credited Ticket 07/09/2009 | (129.28) |
| | 9/2/2009 | Mehra-Hotel NYC 450/night 1 night 08/12/2009 | 519.88 |

Nortel_Sept 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 8/3/2009 | Mehra-Hotel-Toronto $125/night 07/09/2009 | 124.98 |
| | 9/2/2009 | Mehra-NYC-Hotel 315/night 1 night 08/03/2009 | 363.39 |
| | 9/2/2009 | Mehra-NYC-Hotel 450/night 1 night 07/22/2009 | 517.63 |
| | 8/3/2009 | Mehra-R/t airfare Bos-Tor-Bos (coach) 06/11/2009 | 1,850.58 |
| | 8/3/2009 | Mehra-R/t airfare Bos-Tor-Bos (coach) 06/24/2009 | 1,871.65 |
| | 8/3/2009 | Mehra-R/t airfare Bos-Tor-Bos (coach) 06/26/2009 | 1,849.61 |
| | 8/3/2009 | Mehra-R/t airfare Bos-Tor-Bos (coach) 7/7 07/07/2009 | 1,871.00 |
| | 9/29/2009 | Mehra-Round-trip airfare BOS/TOR/BOS (coach) 08/17/2009 | 1,969.63 |
| | 9/2/2009 | Mehra-Round-trip BOS-LGA-BOS coach 08/10/2009 | 295.35 |
| | 9/2/2009 | Mehra-TKT BOS to LGA coach 08/02/2009 | 159.60 |
| | 9/2/2009 | Mehra-TKT BOS-Ottawa-LGA coach 07/21/2009 | 1,943.57 |
| | 9/2/2009 | Mehra-TKT LGA to BOS coach 07/22/2009 | 147.67 |
| | 9/2/2009 | Mehra-TKT LGA to BOS coach 08/03/2009 | 147.67 |
| | 9/29/2009 | Mehra-TKT-BOS/NYC coach 08/26/2009 | 417.11 |
| | 7/30/2009 | Mombru-IM - Eurostar Paris Trans: GBP 450.00 / American Express | 741.46 |
| | 9/29/2009 | Mombru-IM - Eurostar Paris Trans: GBP 450.00 / American Express | 741.46 |
| | 9/18/2009 | Murray-AIR CANADA NEW YORK NY 05/20/2009 | (937.48) |
| | 9/18/2009 | Murray-AMERICAN EXPRESS FEE REFUND CR 07/21/2009 | (36.00) |
| | 9/18/2009 | Murray-AMERICAN EXPRESS FEE REFUND CR 08/06/2009 | (36.00) |
| | 9/18/2009 | Murray-Amex Late night fee- TOR-BOS 07/30/2009 | 19.00 |
| | 9/18/2009 | Murray-Amex Late night fee- TOR-BOS 07/30/2009 | 19.00 |
| | 9/18/2009 | Murray-Amex Late night fee- TOR-BOS 07/30/2009 | 19.00 |
| | 9/18/2009 | Murray-BOS-1 Day Pking@ Logan Airport 07/22/2009 | 48.00 |
| | 9/18/2009 | Murray-Bos-1day@Logan Airport 08/10/2009 | 24.00 |
| | 9/18/2009 | Murray-Bos-2days@Logan airport 07/30/2009 | 60.00 |
| | 9/18/2009 | Murray-Bos-3 days@Logan Airport 07/26/2009 | 96.00 |
| | 9/18/2009 | Murray-Bos-LGA - AMEX Svc Fee 07/23/2009 | 36.00 |
| | 9/18/2009 | Murray-BosLgaBos(cch)USAir AmxLmtFee 08/10/2009 | 19.00 |
| | 9/18/2009 | Murray-BosLgaBos(coach) US Air 08/10/2009 | 509.20 |
| | 9/18/2009 | Murray-BosLgaBos(coach) US AirAmexFee 08/10/2009 | 36.00 |
| | 9/18/2009 | Murray-BOS-NY (coach) US Air 07/15/2009 | 349.60 |
| | 9/18/2009 | Murray-BOS-NY (coach) US Air- svc fee 07/15/2009 | 36.00 |
| | 9/18/2009 | Murray-BOS-NYC(cch)-US Air 07/23/2009 | 349.60 |
| | 9/18/2009 | Murray-Bos-Ott AMEX Service Fee 07/21/2009 | 36.00 |
| | 9/18/2009 | Murray-Bos-Ottowa(coach)AirCanada 07/21/2009 | 1,026.63 |

Nortel_Sept 09.XLS  
**LAZARD**

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 9/18/2009 | Murray-BosPhlTor(coach) USAir 07/28/2009 | 1,729.53 |
| | 9/18/2009 | Murray-BosPhlTor(coach) USAir-svc fee 07/28/2009 | 36.00 |
| | 9/18/2009 | Murray-Boston- 1day at Logan Airport 07/16/2009 | 48.00 |
| | 9/18/2009 | Murray-CANBorderSvc- Work Permit 07/21/2009 | 140.23 |
| | 9/18/2009 | Murray-NY-BOS (coach) US Air 07/16/2009 | 349.60 |
| | 9/18/2009 | Murray-NY-BOS (coach) US Air- svc fee 07/16/2009 | 36.00 |
| | 9/18/2009 | Murray-NY-BOS(coach)UsAir-Lmt svcfee 07/16/2009 | 19.00 |
| | 9/18/2009 | Murray-NYC-1n@GramercyPkHotel@$450 07/25/2009 | 515.00 |
| | 9/18/2009 | Murray-NYC-1night Peninsula@$450 07/25/2009 | 517.63 |
| | 9/18/2009 | Murray-NYC-1night Penninsula@450/n 07/17/2009 | 517.63 |
| | 9/18/2009 | Murray-Ottowa1n-Fairmont-$333.24USD/n 07/23/2009 | 392.68 |
| | 9/18/2009 | Murray-OttTorBos(Econ)- Air Canada 07/22/2009 | 1,200.55 |
| | 9/18/2009 | Murray-OttTorBos(Econ)-AirCan Svc Fee 07/22/2009 | 36.00 |
| | 9/18/2009 | Murray-PhlPvd (Coach) US Air 08/04/2009 | 131.60 |
| | 9/18/2009 | Murray-Providence-2d @ TFGreen Airpt 08/06/2009 | 40.00 |
| | 9/18/2009 | Murray-PVD-1night @TF Green Airport 08/04/2009 | 25.00 |
| | 9/18/2009 | Murray-PVDPHL (Coach) US Air 08/03/2009 | 131.60 |
| | 9/18/2009 | Murray-PvdPhlBos Amex Service Fee 08/03/2009 | 36.00 |
| | 9/18/2009 | Murray-PvdPhlBos Amex Svce Fee-lt nt 08/04/2009 | 19.00 |
| | 9/18/2009 | Murray-PvdPhlTor -USAir-Amex Fee 08/04/2009 | 36.00 |
| | 9/18/2009 | Murray-PvdPhlTor(coach) USAir 08/05/2009 | 893.78 |
| | 9/18/2009 | Murray-Tor-2n@FairmontRoyYk(299/n) 07/31/2009 | 640.97 |
| | 9/18/2009 | Murray-TorBos(bus)AirCan- Svc fee 07/30/2009 | 36.00 |
| | 9/18/2009 | Murray-Tor-Bos(bus-chc$1113.13)AC 07/30/2009 | 1,113.13 |
| | 9/18/2009 | Murray-Toronto1n@SheratonGatewy$249/n 08/10/2009 | 267.99 |
| | 9/18/2009 | Murray-TorPvd(Econo)AC-AmxLtNgtTkt Fee 08/06/2009 | 19.00 |
| | 9/18/2009 | Murray-TorPvd(Econo) AC- AmexTckt Fee 08/06/2009 | 36.00 |
| | 9/18/2009 | Murray-TorPvd(Econo) AC- AmexTckt Fee 08/06/2009 | 36.00 |
| | 9/18/2009 | Murray-TorPvd(Econo) Air Canada 08/06/2009 | 1,162.91 |
| | 9/18/2009 | Murray-TorPvd-USAir- Amex Fee 08/05/2009 | 36.00 |
| | 9/18/2009 | Murray-Wilmington1n-DuPont(269/n) 08/05/2009 | 295.90 |
| | 9/3/2009 | Savage-AA - Toronto/NY refund 07/07/2009 | (882.14) |
| | 9/3/2009 | Savage-AA/NY-Toronto-NY - coach 07/21/2009 | 1,309.87 |
| | 9/3/2009 | Savage-AA/Toronto/NY refund 07/21/2009 | (886.79) |
| | 9/3/2009 | Savage-ACanada/Toronto/NY - coach 07/22/2009 | 1,126.57 |

Nortel_Sept 09.XLS
Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 9/3/2009 | Savage-Sheraton/Toronto 1nt - $232.42 07/23/2009 | 264.35 |
|  | 9/3/2009 | Savage-Ticket agent issuing fee 7/21 07/21/2009 | 36.00 |
|  | 9/3/2009 | Savage-Ticket agent issuing fee 7/22 07/22/2009 | 36.00 |
|  |  | Subtotal: | 40,792.02 |

**CLOSING BALANCE as of 9/30/2009    48,753.05**