# EXHIBIT C

# Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
October 1, 2009 – October 31, 2009
Summary of Services Rendered by Project

| Project # | Project Description | Oct |
|---|---|---|
| 1 | Interface with Company Personnel | 31.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 92.6 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 2.0 |
| 5 | Court Testimony/Deposition and Preparation | 2.0 |
| 6 | Valuation Analysis | 2.5 |
| 7 | Capital Structure Review and Analysis | 101.5 |
| 8 | Merger & Acquisition Processes | 478.8 |
| 9 | Financing Including DIP and Exit Financing | 2.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **712.8** |

Summary of Services Rendered by Professional

| Name | Oct |
|---|---|
| Terry Savage, Managing Director | 24.3 |
| Michael Murray, Managing Director | 121.1 |
| David Descoteaux, Managing Director | 73.3 |
| Cyrus Kapadia, Managing Director | 4.0 |
| Sumeet Mehra, Vice President | 105.5 |
| Aldo Polak, Vice President | 29.5 |
| Ian Mombru, Vice President | 45.0 |
| Colin Keenan, Associate | 11.0 |
| Greg Healey, Associate | 89.0 |
| Nicholas Page, Analyst | 50.0 |
| Paz Eshel, Analyst | 67.4 |
| Edouard Gueyffier, Analyst | 2.0 |
| Matthew Carey, Analyst | 70.3 |
| Justin Lux, Analyst | 20.5 |
| **TOTAL** | **712.8** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/02/09 | Board of Directors Meeting | 2.5 | 1 |
| 10/02/09 | Call with Pavi Binning re: M&A | 1.0 | 1 |
| 10/05/09 | Advisor call | 1.4 | 2 |
| 10/05/09 | Call with Advisors & Company re: M&A | 1.0 | 8 |
| 10/06/09 | Internal call - M & A | 1.0 | 8 |
| 10/07/09 | Call re: candidates for US CRO | 1.2 | 8 |
| 10/08/09 | Call with Pavi Binning | 0.5 | 1 |
| 10/12/09 | Advisors call | 1.3 | 8 |
| 10/13/09 | Call with Mike Murray re: M&A | 0.8 | 8 |
| 10/14/09 | Advisors & Company update call | 1.0 | 2 |
| 10/14/09 | Weekly M&A call with Company | 1.2 | 8 |
| 10/15/09 | Meeting re: prospective investors M&A | 1.2 | 8 |
| 10/16/09 | Meeting with debt holders | 0.8 | 2 |
| 10/19/09 | Weekly advisor call | 1.4 | 2 |
| 10/19/09 | Company & Advisors call re: M&A | 1.0 | 8 |
| 10/20/09 | Internal M&A call | 0.8 | 8 |
| 10/21/09 | Allocation meeting | 3.0 | 2 |
| 10/26/09 | Call with Pavi Binning | 0.5 | 1 |
| 10/27/09 | Call with Mike Murray re: M&A | 0.5 | 8 |
| 10/30/09 | Meeting with Akin and Advisors on allocations | 2.2 | 2 |
| | **OCTOBER TOTALS** | 24.3 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 10/02/09 | Mgmt prep, general process, calls, | 4.0 | 8 |
| 10/04/09 | Call | 1.0 | 8 |
| 10/05/09 | Travel, air and ground transport | 2.3 | 8 |
| 10/05/09 | Mgmt prep, general process, meeting, calls | 6.0 | 8 |
| 10/06/09 | Mgmt prep, general process, update calls, meetings | 6.0 | 8 |
| 10/06/09 | Travel, air and ground transport | 2.2 | 8 |
| 10/07/09 | Mgmt prep, general process, calls, meetings | 5.0 | 8 |
| 10/07/09 | Travel, air and ground transport | 2.3 | 8 |
| 10/08/09 | Travel, air and ground transport | 2.3 | 8 |
| 10/08/09 | Mgmt prep, general process, meeting, calls | 3.0 | 8 |
| 10/09/09 | Calls, General prep | 4.0 | 8 |
| 10/12/09 | Calls, General prep | 1.5 | 8 |
| 10/13/09 | Mgmt prep, general process, calls | 3.0 | 8 |
| 10/14/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 10/14/09 | Travel, air and ground transport | 2.4 | 8 |
| 10/15/09 | Mgmt prep, general process, calls, hearing | 8.0 | 8 |
| 10/15/09 | Travel: Train, air and ground transport | 3.1 | 8 |
| 10/16/09 | Calls (org/board conf), e-mails | 3.0 | 8 |
| 10/19/09 | Travel, air and ground transport | 2.3 | 8 |
| 10/19/09 | Mgmt prep, general process, calls, meetings | 7.0 | 8 |
| 10/20/09 | Calls | 2.0 | 8 |
| 10/21/09 | Calls | 2.5 | 8 |
| 10/22/09 | Mgmt prep, general process, calls | 2 | 8 |
| 10/23/09 | Mgmt prep, general process, calls | 1.5 | 8 |
| 10/26/09 | M&A Update and meetings | 8.0 | 8 |
| 10/26/09 | Travel, air and ground transport | 3.4 | 8 |
| 10/27/09 | Mgmt prep, general process, calls | 3.5 | 8 |
| 10/28/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 10/29/09 | Travel, air and ground transport | 2.3 | 8 |
| 10/29/09 | Meetings, calls | 8.0 | 8 |
| 10/30/09 | Travel, air and ground transport | 2.5 | 8 |
| 10/30/09 | Calls | 2.0 | 8 |
| **OCTOBER HOURS** | | **121.1** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/02/09 | NNC NNL Board of Directors Meeting | 2.0 | 1 |
| 10/02/09 | Call re Division Sale | 0.5 | 2 |
| 10/05/09 | Advisors call | 1.0 | 2 |
| 10/05/09 | IRS tax call w/ advisors | 1.5 | 2 |
| 10/05/09 | Call re Division Sale | 2.5 | 2 |
| 10/06/09 | Call re Division Sale | 1.0 | 2 |
| 10/06/09 | Call re Division Sale | 1.0 | 2 |
| 10/06/09 | Weekly call | 1.5 | 2 |
| 10/07/09 | CRO Interviews | 4.0 | 8 |
| 10/07/09 | Division Diligence call | 1.5 | 1 |
| 10/12/09 | Weekly advisors call | 3.5 | 2 |
| 10/13/09 | Calls re Division Sale | 1.0 | 2 |
| 10/13/09 | CRO Candidate Screening | 1.5 | 8 |
| 10/13/09 | Weekly call | 1.0 | 2 |
| 10/14/09 | TSA Call | 2.0 | 2 |
| 10/14/09 | Jt. NNC NNL Board meeting | 1.5 | 1 |
| 10/19/09 | Weekly advisors call | 0.5 | 2 |
| 10/19/09 | Call re: Canadian Funding | 1.0 | 1 |
| 10/20/09 | Calls re Division Sale | 2.0 | 2 |
| 10/20/09 | Mgmt calls, prep | 2.5 | 2 |
| 10/21/09 | Meeting with creditors | 7.0 | 2 |
| 10/22/09 | Call re: Division | 0.8 | 2 |
| 10/26/09 | Travel to Nortel Toronto | 3.0 | 1 |
| 10/26/09 | At nortel Meeting in Toronto | 7.0 | 1 |
| 10/27/09 | At nortel Meeting in Toronto | 7.0 | 1 |
| 10/27/09 | Travel from Nortel in Toronto | 3.0 | 1 |
| 10/27/09 | Mgmt calls, perp | 1.0 | 2 |
| 10/27/09 | Calls re Division Sale | 0.5 | 2 |
| 10/28/09 | Creditor calls | 4.0 | 2 |
| 10/30/09 | Nortel meeting with Creditors | 5.0 | 2 |
| 10/30/09 | Division Sale | Compass (PBGC) due-diligence on NT division | 2.0 | 2 |
| | **OCTOBER HOURS** | 73.3 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Cyrus Kapadia - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---:|:---:|
| 10/02/09 | Project planning calls / Internal Discussions | 2.0 | 8 |
| 10/27/09 | Internal Discussions / Updates | 2.0 | 8 |
| | **OCTOBER HOURS** | 4.0 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/09 | Update call | 0.5 | 7 |
| 10/02/09 | Strategy Discussion | 0.5 | 7 |
| 10/02/09 | Team Call | 1.0 | 7 |
| 10/05/09 | Advisory Call | 1.0 | 7 |
| 10/05/09 | Team Call | 2.0 | 7 |
| 10/05/09 | Client Presentation | 5.0 | 7 |
| 10/05/09 | Diligence Update | 1.0 | 7 |
| 10/05/09 | Tax Call | 1.0 | 7 |
| 10/06/09 | HR Call | 2.0 | 7 |
| 10/06/09 | Update Call | 0.5 | 7 |
| 10/06/09 | Customer Support Call | 2.0 | 7 |
| 10/06/09 | Update Call | 0.5 | 7 |
| 10/07/09 | Sales Call | 2.0 | 7 |
| 10/07/09 | Update call | 0.5 | 7 |
| 10/07/09 | Update call | 0.5 | 7 |
| 10/07/09 | Diligence Call | 0.5 | 9 |
| 10/07/09 | Diligence Call | 1.5 | 7 |
| 10/08/09 | Workplan discussion call | 1.0 | 7 |
| 10/08/09 | Update call | 0.5 | 9 |
| 10/09/09 | Call | 0.5 | 7 |
| 10/09/09 | Call | 1.5 | 7 |
| 10/09/09 | Workplan discussion call | 1.0 | 7 |
| 10/12/09 | Review Call | 1.0 | 7 |
| 10/12/09 | Update call | 1.0 | 7 |
| 10/12/09 | Review Call | 0.5 | 7 |
| 10/12/09 | Review Call | 0.3 | 7 |
| 10/13/09 | Call | 1.0 | 7 |
| 10/14/09 | Call | 1.0 | 7 |
| 10/14/09 | Call | 0.8 | 7 |
| 10/14/09 | Update call | 1.0 | 7 |
| 10/14/09 | Update call | 0.5 | 7 |
| 10/15/09 | Travel to/from Delaware for court hearings | 4.0 | 7 |
| 10/15/09 | Hearings | 3.0 | 7 |
| 10/15/09 | Update call | 1.0 | 5 |
| 10/15/09 | Call | 1.0 | 7 |
| 10/15/09 | Call | 2.0 | 7 |
| 10/16/09 | Organizational Call | 1.0 | 7 |
| 10/16/09 | Call | 2.0 | 7 |
| 10/17/09 | Bidder Review Call | 0.5 | 7 |
| 10/19/09 | Advisory Call | 1.0 | 5 |
| 10/19/09 | Call | 1.0 | 7 |
| 10/19/09 | Discussion | 4.0 | 7 |
| 10/20/09 | Travel to/from Montreal for meetings | 2.5 | 7 |
| 10/20/09 | Business Call | 0.5 | 7 |
| 10/20/09 | Agenda Discussion | 0.5 | 7 |
| 10/21/09 | Strategy Discussion | 0.5 | 7 |
| 10/21/09 | Diligence Call | 4.0 | 7 |
| 10/21/09 | Call | 0.5 | 7 |
| 10/21/09 | Legal Call | 1.5 | 7 |
| 10/21/09 | Status Call | 0.5 | 7 |
| 10/21/09 | Status Update | 0.5 | 7 |
| 10/22/09 | Call | 0.5 | 7 |
| 10/22/09 | Review Call | 1.0 | 7 |
| 10/22/09 | Update call | 0.5 | 7 |
| 10/22/09 | Call | 0.5 | 7 |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/22/09 | Tax Call | 1.0 | 7 |
| 10/22/09 | Planning Call | 0.5 | 7 |
| 10/22/09 | Call | 0.5 | 7 |
| 10/22/09 | Real Estate Call | 0.5 | 7 |
| 10/22/09 | Call | 0.5 | 7 |
| 10/23/09 | Due diligence Call | 1.0 | 9 |
| 10/23/09 | Due diligence Call | 1.0 | 7 |
| 10/23/09 | Call | 2.0 | 7 |
| 10/23/09 | HR Call | 1.5 | 7 |
| 10/23/09 | Due diligence Call | 3.0 | 7 |
| 10/23/09 | Tax Call | 2.0 | 7 |
| 10/23/09 | Call | 1.5 | 7 |
| 10/24/09 | Scheduling Call | 0.5 | 7 |
| 10/26/09 | Advisory Call | 1.0 | 7 |
| 10/27/09 | HR Call | 1.0 | 7 |
| 10/27/09 | Followup Call | 1.0 | 7 |
| 10/28/09 | Management Call | 1.0 | 7 |
| 10/28/09 | Tax Call | 1.0 | 7 |
| 10/28/09 | Call | 1.0 | 7 |
| 10/28/09 | Prep Call | 2.0 | 7 |
| 10/28/09 | Issues Discussion | 3.0 | 7 |
| 10/28/09 | Update call | 0.5 | 7 |
| 10/28/09 | Insurance Call | 0.5 | 7 |
| 10/29/09 | Travel to/from NYC for meetings | 2.5 | 7 |
| 10/29/09 | Meetings | 7.0 | 7 |
| 10/30/09 | Management Call | 1.0 | 7 |
| | **OCTOBER HOURS** | 105.5 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Aldo J. Polak - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/09 | Division - update call w/management and advisors | 1.5 | 2 |
| 10/05/09 | Weekly advisors call | 0.5 | 2 |
| 10/06/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 2.5 | 2 |
| 10/07/09 | Weekly call to review M&A processes with creditor advisors | 0.5 | 2 |
| 10/08/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 2.0 | 2 |
| 10/12/09 | Weekly advisors call | 0.5 | 2 |
| 10/13/09 | Division - update call w/management and advisors | 2.0 | 2 |
| 10/14/09 | Weekly call to review M&A processes with creditor advisors | 0.5 | 2 |
| 10/15/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.3 | 2 |
| 10/16/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 2.0 | 2 |
| 10/19/09 | Weekly advisors call | 0.5 | 2 |
| 10/20/09 | Division - update call w/management and advisors | 1.5 | 2 |
| 10/21/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.3 | 2 |
| 10/22/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 2.0 | 2 |
| 10/23/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.0 | 2 |
| 10/26/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 2.3 | 2 |
| 10/27/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 0.8 | 2 |
| 10/27/09 | Division - update call w/management and advisors | 1.0 | 2 |
| 10/28/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 2.0 | 2 |
| 10/29/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.0 | 2 |
| 10/30/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 3.0 | 2 |
| | **OCTOBER HOURS** | 29.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Ian Mombru - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/09 | Project planning calls. Reviews of draft documentation | 2.0 | 8 |
| 10/02/09 | Review of draft documentation. Preparation of bidder response | 4.0 | 8 |
| 10/05/09 | Preparation of revised EDR materials. Meeting with Administrators | 5.0 | 8 |
| 10/07/09 | Calls with bidders | 2.0 | 8 |
| 10/08/09 | Calls with bidders. Review of updated financials | 3.0 | 8 |
| 10/09/09 | Call with consortium bidders. Preparation for customer callls | 3.0 | 8 |
| 10/12/09 | Finance call with bidders. Project update call | 4.0 | 8 |
| 10/13/09 | Preparation of revised EDR materials | 2.0 | 8 |
| 10/14/09 | Preparation of revised EDR materials | 3.0 | 8 |
| 10/15/09 | Project planning calls | 2.0 | 8 |
| 10/16/09 | Regulatory call | 1.0 | 8 |
| 10/20/09 | Project planning calls | 2.0 | 8 |
| 10/21/09 | Preparation of revised bidding process | 2.0 | 8 |
| 10/22/09 | Project planning calls | 2.0 | 8 |
| 10/23/09 | Preparation of revised bidding process | 2.0 | 8 |
| 10/26/09 | Project planning calls | 2.0 | 8 |
| 10/27/09 | Internal update calls | 1.0 | 8 |
| 10/28/09 | Bidder calls | 2.0 | 8 |
| 10/29/09 | Project planning calls | 1.0 | 8 |
| | **OCTOBER HOURS** | **45.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/06/09 | Prep call for Call with PBGC | 1.0 | 2 |
| 10/06/09 | IP Call | 0.5 | 2 |
| 10/09/09 | Transition Co call | 4.5 | 8 |
| 10/12/09 | Call with transition Co. personnel | 1.0 | 1 |
| 10/12/09 | Weekly advisors call | 0.5 | 2 |
| 10/13/09 | IP Call | 0.5 | 2 |
| 10/13/09 | Update call w/management and advisors | 1.0 | 2 |
| 10/14/09 | Weekly M&A Call | 0.5 | 2 |
| 10/20/09 | Division - update call w/management and advisors | 1.0 | 2 |
| 10/20/09 | IP Call | 0.5 | 2 |
| | **OCTOBER HOURS** | **11.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/09 | Project planning calls. Reviews of draft documentation | 3.0 | 8 |
| 10/02/09 | Internal Calls / Nortel Process Work / Review of Documentation | 4.0 | 8 |
| 10/05/09 | Preparation of revised EDR materials. Meeting with Administrators | 5.0 | 8 |
| 10/07/09 | Calls with bidders | 2.0 | 8 |
| 10/08/09 | Calls with bidders. Review of updated financials | 3.0 | 8 |
| 10/09/09 | Call with consortium bidders. Preparation for customer callls | 3.0 | 8 |
| 10/12/09 | Finance call with bidders. Project update call / Process Work | 6.0 | 8 |
| 10/13/09 | Preparation of revised EDR materials / Process Work | 6.0 | 8 |
| 10/14/09 | Preparation of revised EDR materials / Process Work | 5.0 | 8 |
| 10/15/09 | Project planning calls / Process Work | 6.0 | 8 |
| 10/16/09 | Regulatory call / Preparation of revised EDR Materials / Process Work | 6.0 | 8 |
| 10/19/09 | Project planning calls / Process Work / EDR Administration | 6.0 | 8 |
| 10/20/09 | Project planning calls / Process Work / EDR Administration | 6.0 | 8 |
| 10/21/09 | Preparation of revised bidding process / Process Work / EDR Administration | 6.0 | 8 |
| 10/22/09 | Project planning calls Process Work / EDR Administration | 6.0 | 8 |
| 10/23/09 | Preparation of revised bidding process Process Work / EDR Administration | 6.0 | 8 |
| 10/26/09 | Project planning calls | 2.0 | 8 |
| 10/27/09 | Internal update calls / Process Work | 3.0 | 8 |
| 10/28/09 | Bidder calls / Process Work | 3.0 | 8 |
| 10/29/09 | Project planning calls / Process Work | 2.0 | 8 |

**OCTOBER HOURS**     89.0

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/09 | Internal Calls / Nortel Process Work | 5.0 | 8 |
| 10/02/09 | Internal Calls / Nortel Process Work / Review of Documentation | 5.0 | 8 |
| 10/05/09 | Internal Calls / Nortel Process Work | 4.0 | 8 |
| 10/06/09 | Nortel Process Work / Bidder Q&A | 5.0 | 8 |
| 10/07/09 | Nortel Process Work / Bidder Q&A | 5.0 | 8 |
| 10/08/09 | Internal Calls / Nortel Process Work | 4.0 | 8 |
| 10/09/09 | Nortel Process Work / Bidder Q&A | 3.0 | 8 |
| 10/17/09 | EDR Administration | 2.0 | 8 |
| 10/24/09 | EDR Administration | 2.0 | 8 |
| 10/26/09 | Internal Calls / Nortel Process Work / EDR Administration | 5.0 | 8 |
| 10/27/09 | Nortel Process Work / EDR Administration | 4.0 | 8 |
| 10/28/09 | Nortel Process Work / EDR Administration | 3.0 | 8 |
| 10/29/09 | Nortel Process Work / EDR Administration | 3.0 | 8 |

**OCTOBER HOURS**     **50.0**

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Paz Eshel - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/1/2009 | Diligence Calls with Interested Parties | 4.2 | 8 |
| 10/2/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 10/2/2009 | Logistics | 1.4 | 8 |
| 10/5/2009 | Diligence Calls with Interested Parties | 5.0 | 8 |
| 10/5/2009 | Logistics | 2.1 | 8 |
| 10/6/2009 | Diligence Calls with Interested Parties | 4.0 | 8 |
| 10/6/2009 | Logistics | 1.4 | 8 |
| 10/7/2009 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 10/7/2009 | Logistics | 1.1 | 8 |
| 10/8/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 10/8/2009 | Logistics | 0.5 | 8 |
| 10/9/2009 | Diligence Calls with Interested Parties | 2.5 | 6 |
| 10/8/2009 | Logistics | 1.3 | 8 |
| 10/12/2009 | Logistics | 1.2 | 8 |
| 10/13/2009 | Logistics | 0.8 | 8 |
| 10/14/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 10/14/2009 | Logistics | 1.4 | 8 |
| 10/15/2009 | Logistics | 0.6 | 8 |
| 10/18/2009 | Diligence Calls with Interested Parties | 0.5 | 8 |
| 10/19/2009 | Logistics | 1.3 | 8 |
| 10/20/2009 | Logistics | 2.6 | 8 |
| 10/21/2009 | Logistics | 2.2 | 8 |
| 10/21/2009 | Diligence Calls with Interested Parties | 5.0 | 8 |
| 10/22/2009 | Logistics | 2.3 | 8 |
| 10/22/2009 | Diligence Calls with Interested Parties | 3.5 | 8 |
| 10/23/2009 | Diligence Calls with Interested Parties | 4.0 | 8 |
| 10/23/2009 | Logistics | 3.8 | 8 |
| 10/24/2009 | Logistics | 4.1 | 8 |
| 10/25/2009 | Logistics | 1.6 | 8 |
| 10/27/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| 10/28/2009 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 10/30/2009 | Diligence Calls with Interested Parties | 1.0 | 8 |
| | **OCTOBER HOURS** | 67.4 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/05/09 | IP Log Update | 0.5 | 8 |
| 10/12/09 | IP Log Update | 0.5 | 8 |
| 10/19/09 | IP Log Update | 0.5 | 8 |
| 10/26/09 | IP Log Update | 0.5 | 8 |
| | **OCTOBER HOURS** | 2.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/01/09 | Travel and Face-To-Face Meeting | 12.0 | 8 |
| 10/01/09 | Due Diligence Call | 1.0 | 8 |
| 10/01/09 | Meeting Scheduling and Due Diligence | 1.0 | 8 |
| 10/02/09 | Due Diligence Call | 1.0 | 8 |
| 10/02/09 | Meeting Scheduling and Due Diligence | 1.5 | 8 |
| 10/13/09 | Meeting Scheduling and Due Diligence | 1.0 | 8 |
| 10/14/09 | Internal Call | 0.5 | 8 |
| 10/14/09 | Due Diligence Call | 0.8 | 8 |
| 10/14/09 | Due Diligence Call | 1.0 | 8 |
| 10/14/09 | Meeting Scheduling and Due Diligence | 2.0 | 8 |
| 10/15/09 | Due Diligence Call | 1.0 | 8 |
| 10/15/09 | Due Diligence Call | 2.0 | 8 |
| 10/15/09 | Meeting Scheduling and Due Diligence | 1.5 | 8 |
| 10/16/09 | Internal Call | 1.0 | 8 |
| 10/16/09 | Due Diligence Call | 1.0 | 8 |
| 10/16/09 | Due Diligence Call | 2.0 | 8 |
| 10/16/09 | Meeting Scheduling and Due Diligence | 1.5 | 8 |
| 10/19/09 | Internal Call | 1.0 | 8 |
| 10/19/09 | Due Diligence Call | 1.0 | 8 |
| 10/19/09 | Due Diligence Call | 4.0 | 8 |
| 10/19/09 | Meeting Scheduling and Due Diligence | 2.0 | 8 |
| 10/20/09 | Due Diligence Call | 0.5 | 8 |
| 10/20/09 | Meeting Scheduling and Due Diligence | 2.0 | 8 |
| 10/21/09 | Due Diligence Call | 1.5 | 8 |
| 10/21/09 | Meeting Scheduling and Due Diligence | 2.0 | 8 |
| 10/22/09 | Due Diligence Call | 1.0 | 8 |
| 10/22/09 | Meeting Scheduling and Due Diligence | 2.0 | 8 |
| 10/23/09 | Meeting Scheduling and Due Diligence | 3.0 | 8 |
| 10/26/09 | Meeting Scheduling and Due Diligence | 2.0 | 8 |
| 10/27/09 | Due Diligence Call | 0.5 | 8 |
| 10/27/09 | Meeting Scheduling and Due Diligence | 4.0 | 8 |
| 10/28/09 | Due Diligence Call | 1.0 | 8 |
| 10/28/09 | Internal Call | 2.0 | 8 |
| 10/28/09 | Due Diligence Call | 3.0 | 8 |
| 10/28/09 | Due Diligence Call | 0.5 | 8 |
| 10/28/09 | Meeting Scheduling and Due Diligence | 1.0 | 8 |
| 10/29/09 | Internal Call | 0.5 | 8 |
| 10/29/09 | Meeting Scheduling and Due Diligence | 1.0 | 8 |
| 10/30/09 | Internal Call | 1.0 | 8 |
| 10/30/09 | Meeting Scheduling and Due Diligence | 2.0 | 8 |

**OCTOBER HOURS**                                                               70.3

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 10/06/09 | Prep call for Call with PBGC | 1.0 | 2 |
| 10/06/09 | Weekly IP call w/mgmt and FA's | 1.0 | 2 |
| 10/06/09 | Compiling Lazard Team Hours | 1.0 | 4 |
| 10/07/09 | Update WGL | 0.5 | 8 |
| 10/08/09 | Due Diligence Call | 1.5 | 2 |
| 10/09/09 | Transition Co (NBS) FA Ops Review (incl. Travel) | 12.0 | 8 |
| 10/12/09 | Compiling Lazard Team Hours | 1.0 | 4 |
| 10/12/09 | Weekly advisors call | 0.5 | 2 |
| 10/14/09 | Weekly M&A Call | 0.5 | 2 |
| 10/20/09 | Division - update call w/management and advisors | 1.5 | 2 |
| | **OCTOBER HOURS** | **20.5** | |