# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) |
|  | ) (Jointly Administered) ) |
| Debtors. | ) ) Hearing Date: December 15, 2009 at 11:00 a.m. ) |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant: Ashurst LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought: August 01, 2009 through October 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary: £224,633.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: £1,546.08

This is (a)n: __X__ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, August, September, and October 2009 monthly fee applications are incorporated herein by reference.

14949126.01

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 9/25/09 Docket No. 1458 | 8/1/09 - 8/31/09 | £30,473.00 | £124.65 | £24,378.40 | £124.65 | £6,094.60 |
| Date Filed: 10/27/09 Docket No. 1746 | 9/1/09 - 9/30/09 | £126,125.00 | £669.85 | £100,900 | £669.85 | £25,225.00 |
| Date Filed: 11/24/09 Docket No. 1972 | 10/1/09 - 10/31/09 | £68,035.00 | £751.58 | Pending Obj deadline 12/14/09 £54,428.00 | Pending Obj deadline 12/14/09 £751.58 | £13,607.00 |
| **TOTALS:** | | £224,633.00 | £1,546.08 | £179,706.40[3] | £1,546.08[4] | £44,926.60 |

Summary of any Objections to Fee Applications: None.

Dated: November 25, 2009
　　　London, United Kingdom

　　　　　　　　　　　　　　　　　/s/ Giles Boothman
　　　　　　　　　　　　　　　　　Giles Boothman
　　　　　　　　　　　　　　　　　ASHURST LLP
　　　　　　　　　　　　　　　　　Broadwalk House
　　　　　　　　　　　　　　　　　5 Appold Street
　　　　　　　　　　　　　　　　　London EC2A 2HA
　　　　　　　　　　　　　　　　　Telephone: +44 (0)20 7638 1111
　　　　　　　　　　　　　　　　　Facsimile: +44 (0)20 7638 1112

　　　　　　　　　　　　　　　　　European Counsel to the Official Committee of
　　　　　　　　　　　　　　　　　Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

14949126.01