IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :   Chapter 11
:
Nortel Networks Inc., et al.,[1]                         :   Case No. 09-10138 (KG)
:
                    Debtors.                             :   Jointly Administered
:
:   RE: D.I. **1971**
:
---------------------------------------------------------X

**ORDER SHORTENING NOTICE OF DEBTORS' MOTION
PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R.
BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING
ANDAPPROVING THE FLEXTRONICS SETTLEMENT AND
RELEASE AGREEMENT, (II) AUTHORIZING AND APPROVING THE
RELATED SIDE AGREEMENT AND (III) GRANTING RELATED RELIEF**

Upon the motion dated November 24 2009 (the "Motion"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the notice period related to the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Authorizing and Approving the Settlement and Release Agreement, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief* (the "Settlement Motion"); and adequate notice of this Motion and the Settlement

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and the Court having determined that "cause" exists to shorten the notice period related to the Settlement Motion; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Relief on the Settlement Motion will be considered at the hearing scheduled for **December 2, 2009, at 11:00 a.m.** (Eastern Time).

3. Objections, if any, to the Settlement Motion shall be filed and served in accordance with the Local Rules of this Court by no later than **December 1, 2009 at 12:00 p.m.** (Eastern Time).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 25, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2