IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: December 15, 2009 |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | August 1, 2009 through October 31, 2009[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,975,651.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $93,209.32 |

This is (a)n: _X_ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's August, September & October 2009 monthly fee applications are incorporated herein by reference.

RLF1-3402371-1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 9/25/09 Docket No. 1555 | 8/1/09 – 8/31/09 | $604,170.50 | $27,108.99 | $483,336.40 | $27,108.99 | $120,834.10 |
| Date Filed: 11/11/09 Docket No. 1878 | 9/1/09 – 9/30/09 | $710,297.00 | $24,739.87 | Pending Obj. Deadline $568,237.60 | Pending Obj. Deadline $24,739.87 | $142,059.40 |
| Date Filed: 11/24/09 Docket No. 1982 | 10/1/09 – 10/31/09 | $661,183.50 | $41,360.46 | Pending Obj. Deadline $528,946.80 | Pending Obj. Deadline $41,360.46 | $132,236.70 |
| TOTALS: | | $1,975,651.00 | $93,209.32 | $1,580,520.80 | $93,209.32 | $395,130.20 |

Summary of any Objections to Fee Applications: None.

Dated: November 25, 2009
New York, NY

*(signature)*

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

2

RLF1-3402371-1