**CERTIFICATE OF SERVICE**

      I, Christopher P. Simon, certify that on November 25, 2009, I caused a copy of *LEAD PLAINTIFFS' LIMITED RESPONSE TO DEBTORS' MOTION FOR ORDER AUTHORIZING AND APPROVING SALE OF CERTAIN ASSETS OF DEBTORS' GSM/GSM-R BUSINESSS* to be served upon the following individuals as indicated:

| HAND DELIVERY | FIRST CLASS MAIL |
|---|---|
| Derek C. Abbott | James L. Bromley |
| Morris, Nichols, Arsht & Tunnell | Lisa M. Schweitzer |
| 1201 N. Market Street | Cleary Gottlieb Steen & Hamilton |
| P.O. Box 1347 | One Liberty Plaza |
| Wilmington, DE 19899 | New York, NY 10006 |
| | |
| **HAND DELIVERY** | **FIRST CLASS MAIL** |
| Thomas Patrick Tinker | Fred S. Hodara |
| Office of the U.S. Trustee | Stephen Kuhn |
| 844 King Street, Suite 2207 | Kenneth Davis |
| Wilmington, DE 19801 | Akin Gump Strauss Hauer & Feld LLP |
| | One Bryant Park |
| **HAND DELIVERY** | New York, NY 10036 |
| Christopher M. Samis | |
| Richards, Layton & Finger, P.A. | **FIRST CLASS MAIL** |
| 920 N. King Street | Roland Hlawaty |
| One Rodney Square | Milbank, Tweed, Hadley & McCloy |
| Wilmington, DE 19801 | One Chase Manhattan Plaza |
| | New York, NY 10006 |

      /s/ Christopher P. Simon  
      Christopher P. Simon (Bar No. 3697)