# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., *et. al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> **Hearing Date:**  December 2, 2009 at 11:00 a.m. <br> **Objection Date:**  November 25, 2009 at 4:00 p.m. <br> **Related Docket No.**  1587 |

**RESERVATION OF RIGHTS BY ORACLE USA, INC. REGARDING THE DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES, (B) APPROVING THE NOTICE PROCEDURES, AND (C) SETTING A DATE FOR THE SALE HEARING, AND (III) AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS OF DEBTORS' GSM/GSM-R BUSINESS ("RESERVATION OF RIGHTS")**

Oracle USA, Inc., successor-in-interest to Oracle Corporation ("Oracle"), by and through its undersigned counsel, submits this Reservation of Rights in connection with Nortel Networks Inc.'s and its affiliates' ("Debtors"), *Motion For Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving the Notice Procedures, and (C) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving the Sale of Certain Assets of the Debtors' GSM/GSM-R Business* ("Sale Procedures Motion") and in support of its Reservation of Rights, Oracle submits as follows:

**I.     INTRODUCTION**

1.     Oracle is a contract counterparty of one or more of the Debtors, and has contracts with both Canadian and American Debtor entities.

2.     Pursuant to the Sale Procedures Motion, the Debtors have yet to identify those contracts to be assumed and assigned.  The Debtors indicate, if necessary, a separate motion seeking approval of any assumptions and assignments will be filed and heard at the sale hearing.

3.     As of the date of the filing of this Reservation of Rights, the docket indicates that no assumption and assignment motion has been filed.

4.      However, out of an abundance of caution, since Oracle agreements involve the licensing of non-exclusive, patented software and are non-assignable in the absence of Oracle's consent, Oracle reserves all rights to object to any eventual assignment proposed by Debtors of Oracle's contracts.

5.      Oracle reserves its rights with respect to the proposed Asset Purchase Agreement ("APA") which provides for the purchaser and the Debtors to enter into certain ancillary agreements, including a Transition Services Agreement ("TSA") and an Intellectual Property Licensing Agreement ("IPLA").

6.      Both agreements have yet to be provided, so neither is available for Oracle's review.  However, based on the brief description set forth in the APA, it appears that Debtors may propose allowing the ultimate purchaser, who has yet to be identified, and the Debtors, simultaneous use of intellectual property licenses during the transitional period.

7.      At the time the proposed APA was filed, the schedules to the TSA were being finalized.  Therefore, it is unclear whether those services described in the APA as "Included Services," are meant to include Oracle's licensed software.

8.      Should that be the case, Oracle reserves all rights to object to the proposed transitional use as a violation of Oracle's agreements with the Debtors.

9.      Similarly, if either the IPLA or the TSA is meant to include Oracle's licensed software, Oracle does not consent to such use and reserves all rights to object to any contemplated shared transitional use as violative of Oracle's agreements.

10.     As previously indicated, through the Sale Procedures Motion, the Debtors outline assignment procedures, which suggest that they are designed to provide notice to contract counterparties with contracts identified for assumption and assignment through the APA and the related sale.

11. Presumably, these procedures will allow for a full hearing on any attempt to assume and assign Oracle contracts via the sale.

12. Given the concerns raised by certain ancillary agreements, including the IPLA and the TSA, as addressed above, Oracle files this Reservation of Rights to ensure the opportunity for a future full & fair hearing of its concerns and rights' preservation on these issues.

13. Therefore, Oracle specifically reserves its rights to: (a) file a supplemental pleading setting forth its objection to the assumption and/or assignment of Oracle contracts, should any be identified; (b) object to any provisions in the APA, including the TSA and the IPLA, upon notification of any intended assumptions or shared transitional use; (c) object to the accuracy of any associated cure amount; (d) object to the accuracy of the description of the contracts; and (e) seek adequate assurance of future performance from the ultimate purchaser.

14. Furthermore, it is critical that the Debtors clearly describe which Oracle contracts, if any, are proposed for shared transitional use, assumption and/or assignment, specifying the license, support contract, reseller agreement or ordering document at issue.

Dated: November 25, 2009      Respectfully submitted,
       Wilmington, Delaware

                                        MARGOLIS EDELSTEIN

                                        /s/James E. Huggett
                                        James E. Huggett, Esquire (#3956)
                                        750 Shipyard Drive, Suite 102
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 888-1112
                                        Facsimile: (302) 888-1119
                                        E-mail: jhuggett@margolisedelstein.com

DAY PITNEY LLP
Amish R. Doshi (NY-AD5996)
7 Times Square
New York, New York 10036-7311
Telephone:     (212) 297-5800
Facsimile:     (212) 916-2940
Email:         adoshi@daypitney.com

BUCHALTER NEMER, PC
SHAWN M. CHRISTIANSON (CSB #114707)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone:     (415) 227-0900
Facsimile:     (415) 227-0770

ORACLE USA, INC.
DEBORAH MILLER (CSB #95527)
LESLEY KOTHE (CSB #209512)
500 Oracle Parkway
Redwood City, California  94065
Telephone:     (650) 506-5200
Facsimile:     (650) 506-7114

Attorneys for Oracle USA, Inc.