## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | )    Case No. 09-10138 (KG) |
| | ) |
| Debtors. | )    (Jointly Administered) |
| | ) |
| | )    **Hearing Date: December 15, 2009 at 10:00 a.m.** |

### NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant:      <u>Ashurst LLP</u> .

Authorized to Provide
Professional Services to:      <u>Official Committee of Unsecured Creditors</u>

Date of Retention:      <u>March 5, 2009, (nunc pro tunc to January 30, 2009)</u>

Period for which compensation
and reimbursement is sought:      <u>August 01, 2009 through October 31, 2009[2]</u>

Amount of Compensation sought as
actual, reasonable and necessary:      <u>£224,633.00 (US $374,463.21)[3]</u>

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:      <u>£1,546.08 (US $2,577.32)[4]</u>

This is (a)n: _ X _ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, August, September, and October 2009 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.667 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.667 as published by Bloomberg.com on the date of the application.

14949126.01

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 9/25/09 Docket No. 1458 | 8/1/09 - 8/31/09 | £30,473.00 | £124.65 | £24,378.40 | £124.65 | £6,094.60 |
| Date Filed: 10/27/09 Docket No. 1746 | 9/1/09 - 9/30/09 | £126,125.00 | £669.85 | £100,900 | £669.85 | £25,225.00 |
| Date Filed: 11/24/09 Docket No. 1972 | 10/1/09 - 10/31/09 | £68,035.00 | £751.58 | Pending Obj deadline 12/14/09 £54,428.00 | Pending Obj deadline 12/14/09 £751.58 | £13,607.00 |
| **TOTALS:** | | £224,633.00 | £1,546.08 | £179,706.40[5] | 1,546.08[6] | £44,926.60 |

Summary of any Objections to Fee Applications:  None.

Dated: November 25, 2009
     London, United Kingdom

Giles Boothman
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.

14949126.01