# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>    Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: December 15, 2009 at 10:00 a.m.** |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant:                Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:         Official Committee of Unsecured Creditors

Date of Retention:                March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:      August 1, 2009 through October 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary: CDN. $1,252,173.56 Equivalent to USD $1,183,053.58[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: CDN. $29,664.94 Equivalent to USD $28,027.44[3]

This is (a)n: _X_ interim    _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's August, September & October 2009 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on November 23, 2009 was CDN. $0.9448 : U.S. $1.00

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 10/6/09 Docket No. 1618 | 8/1/09 – 8/31/09 | $267,363.60 | $8,398.43 | $213,890.88 | $8,398.43 | $53,472.72 |
| Date Filed: 11/13/09 Docket No. 1900 | 9/1/09 – 9/30/09 | $557,779.43 | $10,808.60 | $446,223.54 Pending Obj. Deadline | $10,808.60 Pending Obj. Deadline | $111,555.89 |
| Date Filed: 11/24/09 Docket No. 1983 | 10/1/09 – 10/31/09 | $427,030.54 | $10,457.91 | $341,624.43 Pending Obj. Deadline | $10,457.91 Pending Obj. Deadline | $85,406.11 |
| **TOTALS:** | | $1,252,173.56 | $29,664.94 | $1,001,738.85 | $29,664.94 | $250,434.71 |

Summary of any Objections to Fee Applications:  None.

Dated: November 25, 2009
   Wilmington, Delaware

*/s/ Michael J. Wunder*

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
Suite 3900
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B2
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

2

7575816_1.DOC