## **CERTIFICATE OF SERVICE**

I, William P. Bowden, hereby certify that, on November 25, 2009, I caused one copy of the foregoing to be served upon the parties below in the manner indicated.

| | |
|---|---|
| **Via U.S. Mail**<br>James L. Bromley<br>Lisa M. Schweitzer<br>Cleary, Gottlieb, Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | **Via Hand Delivery**<br>Derek C. Abbott<br>Eric D. Schwartz<br>Ann C. Cordo<br>Andrew Remington<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, Suite 1800<br>Wilmington, DE 19801 |

William P. Bowden (#2553)

{00074510;v1}