## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | |
| Debtor. | Case No. 09-10138 (KG) |
| | Joint Administration Pending |
| | Re:  Docket No. 1514 |

### OBJECTION OF MICROSOFT TO INITIAL NOTICES OF DEBTORS TO ASSUME AND ASSIGN CERTAIN CUSTOMER AGREEMENTS (CONDITIONAL)

Microsoft Corporation and its wholly-owned affiliate, Microsoft Licensing, GP (collectively "Microsoft"), hereby object, on a conditional basis, to the three (3) Forms of Initial Notice of Debtors' Request for Authority to Assume and Assign Certain Customer Contracts, each dated November 13, 2009.

1.      Pursuant to the Initial Notices, the Scheduled Agreements to be assumed and assigned are:

| Name and Address of Counterparty | Effective Date of Assignment | Description of Designated Agreement | Cure Amount |
|---|---|---|---|
| Microsoft Corporation 1 Microsoft Way Redmond, WA 98052-8300 | As of the Closing Date | Letter of Agreement Effective Date:  10/8/2008 *ID 611* | $0.00 |
| Microsoft Corporation 1 Microsoft Way Redmond, WA 98052-8300 | As of the Closing Date | Vendor Service Agreement Effective Date:  11/30/2003 *ID 613* | $0.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks, Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

| Name and Address of Counterparty | Effective Date of Assignment | Description of Designated Agreement | Cure Amount |
|---|---|---|---|
| Microsoft Corporation<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Microsoft Corporation Limited License Agreement<br>Effective Date: 5/30/2003<br>*ID 612* | $0.00 |

| Name and Address of Counterparty | Effective Date of Assignment | Description of Designated Agreement | Cure Amount |
|---|---|---|---|
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Purchase Order Acknowledgment Letter<br>Effective Date: 6/19/2008<br>*ID 618* | $0.00 |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Purchase Order Acknowledgment Letter<br>Effective Date: 5/23/2008<br>*ID 615* | $0.00 |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Purchase Order Acknowledgment Letter<br>Effective Date: 6/11/2008<br>*ID 616* | $0.00 |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Purchase Order Acknowledgment Letter<br>Effective Date: 6/12/2008<br>*ID 617* | $0.00 |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Purchase Order Acknowledgment Letter<br>Effective Date: 8/28/2008<br>*ID 619* | $0.00 |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Purchase Order Acknowledgment Letter<br>Effective Date: 9/26/2008<br>*ID 620* | $0.00 |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Purchase Order Acknowledgment Letter<br>Effective Date: 2/11/2009<br>*ID 621* | $0.00 |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | As of the Closing Date | Purchase Order Acknowledgment Letter<br>Effective Date: 3/14/2008<br>*ID 614* | $0.00 |

2.    Microsoft objects, on a conditional basis, because it has been unable to identify all but one of these Agreements.

3.    The only agreement that Microsoft has been able to identify is a Vendor Service Agreement with an effective date of December 1, 2003, not November 30, 2003 as set forth in the Schedules.  However, this Agreement had a two-year term and expired on November 30, 2005.  Expired agreements may not be assumed and assigned.  In re Eagle Creek Subdivision, LLC, 397 B.R. 758, 761-762 (Bankr. E.D.N.C. 2008).

4.    On November 23, 2009, counsel for Microsoft contacted counsel for the Debtors and requested additional information.  It is understood that the Debtors are attempting to identify the Schedule Agreements with more specificity.

5.    Because it is unable to identify the agreements, Microsoft is unable at this time to determine whether (a) it consents to such assumption and assignment, (b) Avaya has provided adequate assurance of future performance or (c) the Interim Cure Amount is accurate.

6.    Microsoft files this objection, on a conditional basis, to preserve and protect its rights and trusts that the parties will be able to consensually resolve the objection.

WHEREFORE, Microsoft objects, on a conditional basis, to the assumption and assignment of the Scheduled Agreements.

Dated:  November 25, 2009                    BROWN STONE NIMEROFF LLC

                                               By: /s/ Jami B. Nimeroff
                                                    Jami B. Nimeroff (No. 4049)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8142 (T)
(302) 351-2744 (F)
and
RIDDELL WILLIAMS P.S.

BY: _____

Joseph E. Shickich, Jr. WSBA No. 8751
Riddell Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA  98154
Tel:  (206) 624-3600
Fax:  (206) 389-1708
Attorneys for Microsoft Corporation and
Microsoft Licensing, GP

4832-3430-5283.01
112509/1227/20363.00492

- 4 -