# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: December 15, 2009 at 11:00 a.m.** |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant:            Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:       Official Committee of Unsecured Creditors

Date of Retention:             March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:    August 1, 2009 through October 31, 2009[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $600,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $25,719.21

This is (a)n: _X_ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. August, September & October 2009 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 10/30/09 Docket No. 1792 | 8/1/09 - 8/31/09 | $200,000.00 | $13,269.60 | CNO filed on 11/24/09 $160,000.00 | CNO filed on 11/24/09 $13,269.60 | $40,000.00 |
| Date Filed: 11/4/09 Docket No. 1808 | 9/1/09 - 9/30/09 | $200,000.00 | $8,058.03[3] | CNO filed on 11/24/09 $160,000.00 | CNO filed on 11/24/09 $8,088.63 | $40,000.00 |
| Date Filed: 11/24/09 Docket No. 1980 | 10/1/09 - 10/31/09 | $200,000.00 | $4,391.58 | Pending Obj Deadline 12/14/09 $160,000.00 | Pending Obj Deadline 12/14/09 $4,391.58 | $40,000.00 |
| TOTALS: | | $600,000.00 | $25,719.21 | $480,000.00[4] | $25,719.21[5] | $120,000.00 |

---

[3] Jefferies voluntarily reduced the expenses by $30.60 for a misallocated charge incurred during this period.
[4] The total amount reflected in this column including amounts pending approval.

[5] The total amount reflected in this column including amounts pending approval.

2

Summary of any Objections to Fee Applications: None.

Dated: November 25, 2009
      Wilmington, Delaware

*/s/ Hal Kennedy*
Hal Kennedy
JEFFERIES & COMPANY, INC.
520 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 323-3391

Financial Advisor to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*