**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | Joint Administration pending |

## CERTIFICATE OF SERVICE

Courtney Tracy, declares:

1. I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On November 25, 2009, I mailed a copy of the following documents via FedEx Overnight mail, to the appropriate parties: Objection of Microsoft to Initial Notice of Debtors to Assume and Assign Certain Customer Agreements (Conditional).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 25th day of November, 2009, at Seattle, Washington.

/s/ *Courtney Tracy*
Courtney Tracy
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
ctracy@riddellwilliams.com

4851-5582-4901.01
112509/1404