**EXHIBIT B**

| Name and Address of Counterparty | Effective Date of Assignment | Description of Lease/Sublease | Cure Amount |
|---|---|---|---|
| Technology Park X Limited Partnership c/o The Gutierrez Company One Wall Street Burlington, MA 01803 | As of the Closing Date | Lease with Nortel Networks NA, as merged with Nortel Networks Inc., formerly Bay Networks, Inc. for property located at 600 Technology Park Drive, Billerica, MA | $128,833.10 |
| Raytheon Company 870 Winter Street Waltham, MA 02451 Attn: Real Estate Department | As of the Closing Date | Sublease with NNI for approximately 135,825 rentable square feet of space located in the building located at 600 Technology Park Drive, Billerica, MA. | $0.00 |