## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Authorizing The Assumption And Assignment Of An Unexpired Lease Of Nonresidential Real Property And A Related Sublease Pursuant To Sections 105 And 365 Of The Bankruptcy Code** was caused to be made on November 25, 2009, in the manner indicated upon the entities on the attached service list.

Dated: November 25, 2009

                                                     Andrew R. Remming (No. 5120)

3248031.4