**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: December 15, 2009 at 10:00 a.m. (ET)** |

-----------------------------------------------------------X

**THIRD QUARTERLY FEE APPLICATION REQUEST OF JACKSON LEWIS LLP AS
COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2009 THROUGH OCTOBER 31, 2009**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Jackson Lewis LLP ("Jackson Lewis") hereby submits its Third Quarterly Fee Application Request (the "Request") for the period August 1, 2009 through and including October 31, 2009[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 1628, 1912, and 1987 contain detailed listing of Jackson Lewis' requested fees and expenses for the Application Periods.

3256657.1

Jackson Lewis seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/15/09 D.I. 1628 | 8/1/09 – 8/31/09 | $16,572.25 | $926.89 | 11/11/09 D.I. 1877 | $13,257.80* | $926.89 | $3,314.45 |
| 11/17/09 D.I. 1912 | 9/1/09 – 9/30/09 | $35,067.50 | $1,276.53 | Pending | $28,054.00 | $1,276.53 | $7,013.50 |
| 11/24/09 D.I. 1987 | 10/1/09 – 10/31/09 | $7,692.50 | $2,862.43 | Pending | $6,154.00 | $2,862.43 | $1,538.50 |
| **TOTAL** | | **$59,332.25** | **$5,065.85** | | **$34,208.00** | **$5,065.85** | **$11,866.45** |

**\* In our Eighth Interim Fee Application, the 80% of the Nortel/Non-Insurance portion was incorrectly calculated and was filed as $11,350.00 instead of the correct amount of $11,342.80. The above number listed in the chart is correct. This did not affect any totals requested.**

In accordance with the Compensation Order, Jackson Lewis seeks quarterly approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Jackson Lewis respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant Jackson Lewis such other and further relief as is just and proper.

Dated:  November 25, 2009
New Orleans, LA

JACKSON LEWIS LLP

By:   _____
     René E. Thorne
     Jason M. Stein
     Susanne Veters
     Christopher L. Williams
     650 Poydras, Suite 1900
     New Orleans, LA  70130

Telephone:  (504) 208-1755
Facsimile:  (504) 208-1759

Attorneys for Defendants Nortel Networks Corp. in *In re Nortel Networks Corporation ERISA Litigation,* Middle District of Tennessee, No. 3:03-MDL-1537

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL
Split Bill – Nortel Networks/Chubb Insurance

August 1, 2009 Through October 31, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation | Nortel's 50% of Total Compensation* |
|---|---|---|---|---|---|
| René E. Thorne | Partner/ERISA | 500.00 | 81.5 | 40,750.00 | 20,375.00 |
| Magdalen Bickford | Partner | 380.00 | 2.50 | 950.00 | 475.00 |
| Jason M. Stein | Associate/ERISA | 425.00 | 58.1 | 24,692.50 | 12,346.25 |
| Christopher Williams | Associate/ERISA | 375.00 | 11.3 | 4,237.50 | 2,118.75 |
| Donna S. Hebert | Paralegal | 150.00 | 6.6 | 990.00 | 495.00 |
| **Total** | | | **160** | **71,620.00** | **35,810.00** |
| **GRAND TOTAL DUE FROM NORTEL:** | | | | | **$35,810.00** |
| **BLENDED RATE:** | **$366.00** | | | | |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

---

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
Nortel Networks Only – Non Insurance

August 1, 2009 Through October 31, 2009

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| René E. Thorne | Partner/ERISA | 500.00 | 21.80 | 10,900.00 |
| Magdalen Bickford | Partner | 250.00 | 9.90 | 2,475.00 |
| Jason M. Stein | Associate/ERISA | 425.00 | 9.90 | 4,207.50 |
| Donna S. Hebert | Paralegal | 150.00 | 56.30 | 8,430.00 |
| **Total** | | | **97.9** | **26,012.50** |
| **GRAND TOTAL:** | **$26,012.50** | | | |
| **BLENDED RATE:** | **$331.25** | | | |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

**Split Bill – Nortel Networks/Chubb Insurance**
August 1, 2009 Through October 31, 2009

| Project Category | Total Hours | Total Fees | Nortel's 50% of Total Compensation |
|---|---|---|---|
| Analysis/Strategy | 8.3 | 3,850.00 | 1,925.00 |
| Settlement/Non-Binding ADR | 105.5 | 48,115.00 | 24,057.50 |
| Other Case Assessment, Developments & Administration | 8.2 | 3,067.50 | 1,533.75 |
| Pleadings | 8.9 | 3,085.00 | 1,542.50 |
| Other Written Motions & Submissions | 1.1 | 550.00 | 275.00 |
| Class Action Certification & Notice | 26.7 | 12,302.50 | 6,151.25 |
| Dispositive Motions | 1.3 | 650.00 | 325.00 |
| **TOTAL** | **160** | **71,620.00** | **35,810.00** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
**Nortel Networks Only – Non Insurance**
August 1, 2009 Through October 31, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 11.1 | 4,400.00 |
| Settlement/Non-Binding ADR | 12.0 | 5,947.50 |
| Fact Investigation/Development | 3.5 | 875.00 |
| Other Case Assessment, Developments & Administration | 9.6 | 4,110.00 |
| Pleadings | 57.8 | 9,600.00 |
| Other Written Motions & Submissions | .10 | 50.00 |
| Other Discovery | 1.8 | 450.00 |
| Court Mandated Conferences | 2.0 | 580.00 |
| **TOTAL** | **97.9** | **26,012.50** |

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2009 Through October 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Travel – Airfare – René Thorne | | 922.20 | 461.10 |
| Travel – Airfare – Jason Stein | | 922.20 | 461.10 |
| Travel – Hotel – René Thorne – mediation | | 779.96 | 389.98 |
| Travel – Airfare – Jason Stein - mediation | | 716.14 | 358.07 |
| Travel – Car Service – René Thorne – to mediation | | 128.11 | 64.05 |
| Travel – Car Service – René Thorne – from mediation | | 128.11 | 64.05 |
| Travel – Airport Parking – René Thorne – mediation | | 48.00 | 24.00 |
| Travel – Airport Parking – Jason Stein – mediation | | 48.00 | 24.00 |
| Duplicating | In Office | 69.23 | 34.62 |
| Travel – Lunch – René Thorne and Joe Dearing – mediation | | 62.30 | 31.15 |
| Travel – Breakfast – René Thorne – mediation | | 26.38 | 13.19 |
| Travel – Meal – René Thorne – mediation | | 9.80 | 4.90 |
| Travel – Breakfast – Jason Stein – mediation | | 22.05 | 11.03 |
| Mediation Fees – fee to mediator Hon. Daniel Weinstein (Ret.) | | 5,724.29 | 2,862.15 |
| **Grand Total Expenses** | | **9,606.77** | **4,803.39** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**