# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
*In re*                                                  :    Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
                                                         :
                                  Debtors.               :    Jointly Administered
                                                         :
                                                         :
                                                         :    RE: D.I.____
---------------------------------------------------------X

## ORDER GRANTING THIRD QUARTERLY FEE APPLICATION REQUEST OF JACKSON LEWIS LLP, AS COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD AUGUST 1, 2009 THROUGH OCTOBER 31, 2009

Upon consideration of the Third Quarterly Fee Application Request (the "Request") of Jackson Lewis LLP ("Jackson Lewis"), Counsel[2] for the above captioned debtors and debtors-in-possession (the "Debtors") for the period from August 1, 2009 through and including October 31, 2009; and upon consideration of the monthly fee applications subject to the Request (the "Fee Applications"); the Court having reviewed the Request and the Fee Applications; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  With respect to *In re Nortel Networks Corporation ERISA Litigation,* Middle District of Tennessee, No. 3:03-MDL-1537

§§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

       IT IS HEREBY ORDERED that:

       1. The Request is GRANTED.

       2. Jackson Lewis is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Jackson Lewis.

       3. The Debtor is authorized and directed to disburse to Jackson Lewis payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by Jackson Lewis for fees and expenses under the Fee Applications, as set forth in the Request.

       4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

       5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

       6. This Order shall be effective immediately upon entry.

Dated: _____, 2009

                                        THE HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE