## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Revised Notice Of Hearing Regarding Debtors' Motion For An Order Modifying The Application Of Bankruptcy Rule 3007(e)(6) And Local Rule 3007-1(f) Pertaining To Omnibus Claims Objections [D.I. 1981]** was caused to be made on November 24, 2009, in the manner indicated upon the entities on the attached service list.

Dated: November 24, 2009

                                              */s/ Ann C. Cordo*
                                              Ann C. Cordo (No. 4817)

3254977.2