IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **RE: D.I.s 1587, 1676, 1669**
:
---------------------------------------------------------X

## NOTICE OF FILING OF SUCCESSFUL BID

      **PLEASE TAKE NOTICE** that on September 30, 2009, the Debtors filed Debtors' Motion for Orders (I) (A) Authorizing and Approving the Bidding Procedures, (B) Approving the Notice Procedures, and (C) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving the Sale of Certain Assets of Debtors' GSM/GSM-R Business (the "Sale Motion")[2] [D.I. 1587] seeking approval of the sale of certain of Debtors' assets relating to their GSM/GSM-R Business (the "Assets"), and the approval of certain Bidding Procedures in connection with the proposed sale. By the Order (I) Authorizing and Approving the Bidding Procedures, (II) the Notice Procedures, and, (III) Setting a Date for the Sale Hearing, for the Sale of Certain Assets of the Debtors' GSM/GSM-R Business, dated October 15, 2009 [D.I. 1676], the United States Bankruptcy Court for the District of Delaware approved bidding procedures (the "Bidding Procedures") to govern the sale by Nortel Networks Inc. and certain of its affiliates (collectively, the "Sellers") of the Assets.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures, the Sellers conducted an auction on November 24, 2009 (the "Auction"). Upon conclusion of the Auction, the joint bid submitted by Telefonaktiebolaget LM Ericsson (publ) ("Ericsson") and Kapsch Carriercom AG ("Kapsch") was the successful bid (the "Successful Bid"). Accordingly, the Debtors and certain of their affiliates, including without limitation, certain of the Canadian Debtors, have entered into that certain Asset Sale Agreement, dated

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

November 24, 2009, with Ericsson (the "North American Purchase Agreement"), and certain of the Debtors' European affiliates and the Joint Administrators have entered into an interdependent Asset Sale Agreement, dated November 24, 2009, with Kapsch (the "EMEA Purchase Agreement"). A joint hearing with the Ontario Superior Court of Justice to consider approval of the Successful Bid and the sale of the Assets pursuant to the North American Purchase Agreement is scheduled for **December 2, 2009 at 11:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the North American Purchase Agreement (without disclosure schedules, exhibits and schedules) is attached to this notice as Exhibit A hereto. Due to its voluminous nature, service copies of this Notice will not include the North American Purchase Agreement, which is available (without disclosure schedules, exhibits and schedules) for download from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel, or upon written request to the undersigned counsel.

| | |
|---|---|
| Dated:  November 27, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Andrew R. Remming<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |