IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.s 1587, 1676, 1669**
:
:
---------------------------------------------------------------X

### NOTICE OF PROPOSED FINAL SALE ORDER

**PLEASE TAKE NOTICE** that on September 30, 2009, the Debtors filed Debtors' Motion for Orders (I) (A) Authorizing and Approving the Bidding Procedures, (B) Approving the Notice Procedures, and (C) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving the Sale of Certain Assets of Debtors' GSM/GSM-R Business (the "Sale Motion")[2] [D.I. 1587].

**PLEASE TAKE FURTHER NOTICE** that following a hearing on the relief requested by the Sale Motion on October 15, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order (I) Authorizing and Approving the Bidding Procedures, (II) the Notice Procedures, and, (III) Setting a Date for the Sale Hearing, for the Sale of Certain Assets of the Debtors' GSM/GSM-R Business (the "Bidding Procedures Order") [D.I. 1676], approving (a) the bidding procedures (the "Bidding Procedures"), (b) the notice procedures and (c) setting a hearing date for the sale as well as related deadlines.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures, the Sellers conducted an auction on November 24, 2009 (the "Auction"). Upon conclusion of the Auction, the joint bid submitted by Telefonaktiebolaget LM Ericsson (publ) ("Ericsson") and Kapsch Carriercom AG ("Kapsch") was the successful bid (the "Successful Bid"). Accordingly, the Debtors and certain of its affiliates, including without limitation, certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

of the Canadian Debtors, have entered into that certain Asset Sale Agreement, dated November 24, 2009, with Ericsson (the "North American Purchase Agreement"), and certain of the Debtors' European affiliates, the Joint Administrators have entered into an interdependent Asset Sale Agreement, dated November 24, 2009, with Kapsch (the "EMEA Purchase Agreement"). A joint hearing with the Ontario Superior Court of Justice to consider approval of the Successful Bid and the sale of the Assets pursuant to the North American Purchase Agreement is scheduled for December 2, 2009 at 11:00 a.m. (ET) (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed a notice of Successful Bid designating Ericsson as the purchaser of the Assets pursuant to the North American Purchase Agreement on November 27, 2009.

**PLEASE TAKE FURTHER NOTICE** that with respect to the Sale Hearing, the Debtors will request that the United States Bankruptcy Court for the District of Delaware enter an order authorizing and approving the sale of certain assets of Debtors' GSM/GSM-R Business to Ericsson, a proposed form is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: November 27, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Andrew R. Remming_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |