**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                                                       :
*In re*                                                :    Chapter 11
                                                       :
Nortel Networks Inc., *et al.,*[1]                     :    Case No. 09-10138 (KG)
                                                       :
                          Debtors.                     :    Jointly Administered
                                                       :
                                                       :    **RE: D.I. _____**
                                                       :
                                                       :
-------------------------------------------------------X

**ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL
THE SELLERS DISCLOSURE SCHEDULES AND ALL
EXHIBITS AND SCHEDULES TO THE GSM ASSET SALE AGREEMENT**

Upon consideration of the motion (the "Motion")[2] of Nortel Networks Inc. ("NNI") and

certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"),

pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Debtors to file

under seal the disclosure schedule and all exhibits and schedules (the "Schedules") attached to

that certain Asset Sale Agreement (the "Sale Agreement"), dated as of November 24, 2009 with

Telefoaktieolaget L M Ericsson (the "Purchaser") and the Court having determined that the relief

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Motion.

requested in the Motion is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and notice of the Motion having been given that is due and adequate under the circumstances; and after due deliberation thereon, and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Schedules delivered to the Court by the Debtors shall be kept segregated and under seal by the Clerk of Court and shall not be made publicly available pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b).

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
        Wilmington, Delaware

3204169

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE