**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------X
                                    :

*In re*                                     :        Chapter 11

                                     :
Nortel Networks Inc., *et al.*,[1]           :        Case No. 09-10138 (KG)

                  Debtors.      :        Jointly Administered

                                     :        **RE: D.I. _____**

                                     :
----------------------------------------------------X

**ORDER SHORTENING NOTICE RELATING TO THE DEBTORS' MOTION
FOR AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER
SEAL THE SELLERS DISCLOSURE SCHEDULES AND
ALL EXHIBITS AND SCHEDULES TO GSM ASSET SALE AGREEMENT**

Upon consideration of the motion (the "Motion")[2] of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") for entry of an Order pursuant to section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") (a) shortening notice to allow the Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedules And All Exhibits And Schedules To The GSM Asset Sale Agreement (the "Motion to Seal"), filed contemporaneously herewith, to be considered on an

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2]        Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Motion.

expedited basis; (b) setting December 1, 2009 at 4:00 p.m. (ET) as the deadline to file objections

to the Motion to Seal (the "Objection Deadline"); and (c) scheduling the hearing on the Motion

to Seal for the omnibus hearing currently scheduled for December 2, 2009 at 11:00 a.m. (ET)

(the "Hearing") and notice of the Motion having been given that is due and adequate under the

circumstances; and it appearing that no further notice is required; and sufficient cause appearing

therefore;

       IT IS HEREBY ORDERED THAT:

       1.      The Motion to Seal will be considered at the hearing scheduled for **December 2,**

**2009 at 11:00 a.m.** (ET).

       2.      Objections, if any, to the Motion to Seal shall be filed and served no later than

**December 1, 2009 at 4:00 p.m.** (ET).

       3.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2009
      Wilmington, Delaware

                         _____
                         THE HONORABLE KEVIN GROSS
                         UNITED STATES BANKRUPTCY JUDGE