IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: **RE: D.I. 2022 and 2023**
:
---------------------------------------------------------------X

**ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE RELATING
TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 105(A), § 363
AND § 365 FOR AN ORDER (A) APPROVAL OF
THE ASSUMPTION AND ASSIGNMENT PROCEDURES IN CONNECTION
WITH THE SALE OF NORTEL'S GSM/GSM-R BUSINESS,
(B) AUTHORIZING THE FILING OF CERTAIN
<u>DOCUMENTS UNDER SEAL AND (C) GRANTING RELATED RELIEF</u>**

Upon the motion dated November 27, 2009 (the "<u>Motion to Shorten</u>")[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "<u>Debtors</u>"), for entry of an order, as more fully described in the Motion to Shorten, pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the notice period related to the Debtors' Motion Pursuant to 11 U.S.C. § 105(a), § 363 and § 365 for an Order (a) Approving the Assumption and Assignment Procedures in Connection with the Sale of Nortel's GSM/GSM-R Business (the "<u>Assignment

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

Procedures"); (b) Authorizing the Filing of Certain Documents Under Seal; and (c) Granting Related Relief (the "Assignment Procedures Motion"); and adequate notice of this Motion to Shorten and the Assignment Procedures Motion having been given; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief requested in the Motion to Shorten, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; the Court having determined that "cause" exists to shorten the notice period related to this Motion to Shorten; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Assignment Procedures Motion will be considered at the hearing scheduled for December 2, 2009 at 11:00 a.m. (Eastern Time).

2. Objections, if any, to the Assignment Procedures Motion shall be filed and served in accordance with the Local Rules of this Court by no later than December 1, 2009 at 4:00 p.m. (Eastern Time).

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 30, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE