day that is not a Business Day, that act or action may be taken on the next Business Day following. If any provisions of terms of this Settlement and Release Agreement are deemed unenforceable for any reason, then the parties agree that the rest of the Settlement and Release Agreement should be given full force and effect to the greatest extent permissible under applicable law, and that the court interpreting such provision is entitled to amend or substitute a provision that give effect to the original intent and meaning of the unenforceable provision to the greatest extent possible.

20.    **No Assumption, etc**. The Parties agree that this Settlement and Release Agreement is not intended to and shall not constitute or give rise to the assumption, rejection, novation or repudiation of any of the agreements referred to in this Settlement and Release Agreement or, except as expressly provided herein, otherwise affect the Parties' rights with respect to any such agreements, whether in connection with the Proceedings or otherwise, and, without limiting the foregoing, nothing in this Settlement and Release Agreement shall cause any of the EMEA Entities, the Joint Administrators or any other Nortel entity to assume any obligations under the MCMSAs or any other agreement to which such EMEA Entity or Joint Administrator is not a signatory prior to the date hereof.

21.    **No Transfer of Claims**. By executing this Settlement and Release Agreement, each Party represents and warrants to the other that it has not sold, assigned, transferred or otherwise conveyed any of its respective Released Claims to any other person or corporation or other entity that is not a Party to this Settlement and Release Agreement.    Any sale, assignment, transfer or other conveyance of claims in violation of this section 21 shall be null and void and of no force and effect.

22.    **Modification**.  This Settlement and Release Agreement may not be changed, modified or altered in any manner, except in a written instrument signed by each of the Parties (with the consent of the Monitor, the Official Committee of Unsecured Creditors appointed in the US Bankruptcy Cases and  the steering committee members of the ad hoc group of bondholders that have executed confidentiality or non-disclosure agreements with NNL) or approved by the Courts that refers specifically to this Settlement and Release Agreement.

23.    **Headings**.  The headings contained herein are set forth only as a matter of convenience and for reference and in no way define, limit or describe the scope of this Settlement and Release Agreement nor the intent of any provision thereof.

24.    **Consent to Jurisdiction**.  To the fullest extent and for the maximum time period permitted by applicable law, each Party (i) agrees to submit to the non-exclusive jurisdiction of the US Bankruptcy Court and the Canadian Court (if applicable, in a joint hearing conducted under the cross-border protocol adopted by such courts, as it may be in effect from time to time (the "Cross-Border Protocol")), for purposes of all legal proceedings to the extent relating to the matters agreed in this Settlement and Release Agreement, (ii) agrees that any claim, action or proceeding by such Party seeking any relief whatsoever to the extent relating to the matters agreed in this Settlement and Release Agreement must be commenced in the US Bankruptcy Court if such claim, action or proceeding would solely affect the US Debtors, the Canadian Court if such claim, action or proceeding would solely affect the Canadian Debtors, a joint hearing of both the Canadian Court and the US Court conducted under the Cross-Border Protocol if such claim, action or proceeding would affect the Canadian Debtors and the US Debtors and the English courts if such claim, action or proceeding would solely affect the EMEA Debtors, (iii) waives and agrees not to assert any objection that it may now or hereafter have to

33

the laying of the venue of any such action brought in such a court or any claim that any such action brought in such a court has been brought in an inconvenient forum, (iv) agrees that mailing of process or other papers in connection with any such action or proceeding or any other manner as may be permitted by law shall be valid and sufficient service thereof, and (v) agrees that a final judgment in any such action or proceeding shall be conclusive and may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by applicable law.

25.    **Injunctive Relief.**  Each of the Parties agrees that this Settlement and Release Agreement may be pled as a defense to any such claim or action in any court of competent jurisdiction. In connection with the foregoing, the Parties agree that monetary damages would not be sufficient to remedy any breach by a party of this Settlement and Release Agreement and that the non-breaching party would be entitled to equitable relief, including, without limitation, temporary injunctive relief preventing (or allowing, as the case may be) the unilateral termination of performance and specific performance in respect of any breach of the Settlement and Release Agreement.

26.    **Governing Law**.  This Settlement and Release Agreement shall be governed by the laws of the Province of Ontario and the federal laws of Canada applicable therein; provided, however, that any questions, claims, disputes, remedies or Actions arising from or related to Sections 29 – 32 and any questions, claims, disputes, remedies or actions arising from or related to  (i) the capacity of the Joint Administrators to act as agents of the EMEA Entities, (ii) the personal liability of the Joint Administrators, their firm, partners, employees, advisors, representatives or agents, (iii) their qualification to act as insolvency practitioners in accordance with Part XIII of the UK Insolvency Act, (iv) their appointment as joint administrators of the EMEA Entities and their status as such, or (v) the statutory duties of the Joint Administrators or

34

the legal obligations in relation to the exercise of their powers, duties or functions as administrators of the EMEA Entities under the UK Insolvency Act or any other applicable legislation or statutory instrument, shall be governed by English law and subject to the non-exclusive jurisdiction of the English courts.

      27.    **Counterparts.**  This Settlement and Release Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same complete agreement between the Parties.  A facsimile or a PDF signature shall be treated in all manners and respects as a binding and original signature.

      28.    **Notices.**  All notices and other communications under this Settlement and Release Agreement shall be in writing and shall be deemed to have been given when provided by e-mail in addition to one of the following: (a) when delivered personally by hand, (b) when sent by facsimile (with written confirmation of receipt) or (c) one (1) business day following the day sent by overnight courier (with written confirmation of receipt), in each case at the following e-mails, addresses and facsimile numbers:

      If to Nortel (if prior to November 20, 2009):

      Nortel Networks Limited
      195 The West Mall
      Mailstop: T0503006
      Toronto, Ontario, Canada M9C 5K1
      Attention: Anna Ventresca
      Fax: (905) 863-2057
      E-Mail: annav@nortel.com:

      If to Nortel (if on or subsequent to November 20, 2009):

      Nortel Networks Limited
      5945 Airport Road, Suite 360
      Mississauga, Ontario, Canada L4V 1R9
      Attention: Anna Ventresca

Fax:  (905) 863-2057
E-Mail:  annav@nortel.com

with copies (which shall not constitute notice) to:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: James L. Bromley, Esq.
     Lisa M. Schweitzer, Esq.
Fax:  (212) 225-3999
E-Mail: jbromley@cgsh.com
     lschweitzer@cgsh.com

Execution Version

-and-

Ogilvy Renault LLP
Royal Bank Plaza
South Tower
200 Bay Street, Suite 3800
P.O. Box 84
Toronto, Ontario, Canada M5J 2Z4
Attn: Derrick C. Tay, Esq.
Fax: (416) 216-3930
E-Mail: dtay@ogilvyrenault.com

If to the Monitor:

Ernst & Young Inc.
Ernst & Young Tower
222 Bay Street, P. O. Box 251
Toronto, Ontario, Canada N M5K 1J7
Attn: Murray A. McDonald
Fax: (416) 943-3300
Murray.A.McDonald@ca.ey.com

with copies (which shall not constitute notice) to:

Goodmans L.L.P.
Attn: Joseph Pasquariello
Fax: (416) 979-1239
jpasquariello@goodmans.ca

If prior to or on December 22, 2009 at:

250 Yonge Street
Suite 2400
Toronto, Ontario, Canada M5B 2M6

If after December 22, 2009 at:

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario, Canada M5H 2S7

If to the Joint Administrators:

Ernst & Young LLP
One More  Place
London SE1 2AF

United Kingdom
Attn: Alan Bloom
Fax: +44 (0) 20 7951 1345
abloom@uk.ey.com

with copies (which shall not constitute notice) to:

Herbert Smith LLP
Exchange House
Primrose Street
London EC2A 2HS
United Kingdom
Attn:   Alan Montgomery, Esq.
        Ben Ward, Esq.
Fax: +44 (0) 20 7098 4878
        alan.montgomery@herbertsmith.com
        ben.ward@herbertsmith.com

If to Flextronics:

Flextronics Corporation
48 Gables Court
Beaconsfield, Quebec, Canada H9W 5H4
Attn: Simon Robins
Fax:  (514) 426-4262
E-Mail: simon.robins@ca.flextronics.com

-and-

Flextronics International
305 Interlocken Pkwy
Broomfield, Colorado 80021
Attn.: John Ritsick, Esq.
E-Mail: john.ritsick@flextronics.com

with copies (which shall not constitute notice) to

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Attn:  Steven J. Reisman, Esq.
Fax:  (212) 697-1559
E-Mail: sreisman@curtis.com

Execution Version

-and-

ThorntonGroutFinnigan LLP
Suite 3200, Canadian Pacific Tower
100 Wellington St. West, Toronto-Dominion Centre
Toronto, Ontario, Canada M5K 1K7
Attention: Leanne M. Williams, Esq.
Fax: 416-304-1313
E-Mail: lwilliams@tgf.ca

29.    **Authorized Signatory.** Each person who executes this Settlement and
Release Agreement on behalf of (i) NNL and each of its Canadian affiliates that have filed an
application under the CCAA and (ii) NNI and its US debtor affiliates warrants and represents
that he or she has been duly authorized and empowered to execute and deliver this Settlement
and Release Agreement on behalf of each Nortel entity for which it signs.   The persons who
execute this Settlement and Release Agreement on behalf of (i) each of the EMEA Entities and
(ii) the Joint Administrators warrants and represents that he or she has been duly authorized and
empowered to execute and deliver this Settlement and Release Agreement on behalf of each
EMEA Entity or Joint Administrator for which it signs.  The person who executes this Settlement
and Release Agreement on behalf of Flextronics warrants and represents that he or she has been
duly authorized and empowered to execute and deliver this Settlement and Release Agreement
on behalf of Flextronics and each of its Affiliates.  Each of Flextronics' Affiliates shall be
entitled to enforce and take advantage of the benefits of this Settlement and Release Agreement
to its fullest extent as if they were signatories hereto.

30.    **NNSA Accession.** Nortel Networks S.A. ("NNSA") may, within 30 days of
the Effective Date, by notice in writing to the Parties hereto, accede to this Settlement and
Release Agreement as an EMEA Entity on the same terms and conditions as an EMEA Entity
(such accession conditioned, if applicable, on French Court approval), and the Parties shall

39

forthwith on receipt of such notice enter into an appropriate form of accession agreement with NNSA. The Parties agree that the provisions of this section 29 are for the benefit of NNSA and may be enforced by NNSA.

31.     Without limiting anything in this Settlement and Release Agreement or any other agreement between the Parties, each of the Parties agrees that it shall not do indirectly, through an affiliate, agent or otherwise, anything that it has agreed not to do under this Settlement and Release Agreement.

32.     The Parties acknowledge that the Joint Administrators are entering into this Settlement and Release Agreement as agents for the EMEA Entities and that none of the Joint Administrators or their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever whether on their own part or in respect of any failure on the part of the EMEA Entities to observe, perform or comply with any of their obligations under this Settlement and Release Agreement or under or in relation to any associated arrangements or negotiations.

33.     The Parties acknowledge that the Joint Administrators have agreed to the terms of this Settlement and Release Agreement (i) as agents of the EMEA Entities of which they are administrators; and (ii) in their own capacity solely for taking the benefit of the statutory charges under Paragraph 99(3) of Schedule B1 of the UK Insolvency Act 1986 or any provisions of this Settlement and Release Agreement in their favor and enforcing obligations under this Settlement and Release Agreement.

34.     For the purposes of the acknowledgements or agreements to, or exclusions of, liability in favor of the Joint Administrators in this Settlement and Release Agreement, references to the Joint Administrators where the context so permits shall mean and include any

additional or successor administrator of the EMEA Entities and their respective firms or future firms, employees, agents, members, partners and personal representatives.

*[Remainder of page intentionally left blank.  Signatures follow.]*

**Execution Version**

IN WITNESS WHEREOF, each Party, by its respective duly-authorized representative identified below, acknowledges and agrees to the terms and conditions of this Settlement and Release Agreement.

**NORTEL NETWORKS CORPORATION**

By: _____

Name: _Anna Ventresca_

Title: _General Counsel-Corporate_
_and Corporate Secretary_

Dated:   November 20 2009

By: _____

Name: _John Doolittle_

Title: _SVP, Finance & Corporate_
_Services_

Dated:   November 20 2009


**NORTEL NETWORKS LIMITED**

By: _____

Name: _Anna Ventresca_

Title: _General Counsel-Corporate_
_and Corporate Secretary_

Dated:   November 20 2009

By: _____

Name: _John Doolittle_

Title: _SVP, Finance & Corporate_
_Services_

Dated:   November 20 2009


**NORTEL NETWORKS INC.**

By: _____

Name: _Anna Ventresca_

Title: _Chief Legal Officer_

Dated: November 20 2009


**NORTEL NETWORKS CAPITAL CORPORATION**

By: _____

Name: _John Doolittle_

Title: _President_

Dated:   November 20 2009


**NORTEL ALTSYSTEMS INC.**

By: _____

Name: _John Doolittle_

Title: _President_

Dated:   November 20 2009

**SONOMA SYSTEMS**

By: _____

Name: _John Doolittle_

Title: _Pres. & Treasurer_

Dated:   November 20, 2009

**QTERA CORPORATION**

By: _____

Name: _John Doolittle_

Title: _President_

Dated:   November 20, 2009

**CORETEK, INC**

By: _____

Name: _John Doolittle_

Title: _President_

Dated:   November 20, 2009

**NORTEL NETWORKS
APPLICATIONS MANAGEMENT
SOLUTIONS INC.**

By: _____

Name: _John Doolittle_

Title: _President_

Dated:   November 20, 2009

**NORTEL NETWORKS OPTICAL
COMPONENTS INC.**

By: _____

Name: _John Doolittle._

Title: _President_

Dated:   November 20, 2009

**NORTEL NETWORKS HPOCS INC.**

By: _____

Name: _John Doolittle_

Title: _President_

Dated:   November 20, 2009

**ARCHITEL SYSTEMS (U.S.)**
**CORPORATION**

By: _____

Name: _____John Doolittle_____

Title: _____President_____

Dated:   November 20, 2009

**NORTEL NETWORKS**
**INTERNATIONAL INC.**

By: _____

Name: _____John Doolittle_____

Title: _____President_____

Dated:   November 20, 2009

**NORTHERN TELECOM**
**INTERNATIONAL INC.**

By: _____

Name: _____John Doolittle_____

Title: _____President_____

Dated:   November 20, 2009

**NORTEL NETWORKS CABLE**
**SOLUTIONS INC.**

By: _____

Name: _____John Doolittle_____

Title: _____V-P_____

Dated:   November 20, 2009

**NORTEL NETWORKS (CALA) INC.**

By: _____

Name: _____John Doolittle_____

Title: _____Treasurer_____

Dated:   November 20, 2009

By: _____

Name: _____Peter Look_____

Title: _____President_____

Dated:   November 20, 2009

**NORTEL ALTSYSTEMS**
**INTERNATIONAL, INC.**

By: _____

Name: _____
    John Doolittle

Title: _____
    President

Dated:    November 20, 2009

**XROS, INC.**

By: _____

Name: _____
    John Doolittle

Title: _____
    President

Dated:    November 20, 2009

Signed by CHRISTOPHER J.W.HILL as
joint administrator on behalf of the Joint
Administrators and the EMEA Entities
(except Nortel Networks (Ireland) Limited)
without personal liability and solely for the
purpose of obtaining the benefit of the
provisions of this Agreement expressed to be
conferred on or given to the Joint
Administrators

By _____
Name: _CHRISTOPHER HILL_
Title: _JOINT ADMINISTRATOR_

Signed by David Hughes as joint
administrator on behalf of the Joint
Administrators and Nortel Networks
(Ireland) Limited without personal liability
and solely for the purpose of obtaining the
benefit of the provisions of this Agreement
expressed to be conferred on or given to the
Joint Administrators

By _____

Name: _DAVID  HUGHES_

Title: _JOINT  ADMINISTRATOR_

SIGNED for and on behalf of **NORTEL**    )
**NETWORKS UK LIMITED (IN**    )    **CHRISTOPHER J.W. HILL**
**ADMINISTRATION) by**    )
**CHRISTOPHER J.W. HILL** as Joint    )
Administrator (acting as agent and without
personal liability whatsoever) in the
presence of:

Witness:  _M Cordell_

Name: _JAN CORDELL_
Address: _1 HOPE LONDON PLACE_
_LONDON SE1 2AF_

SIGNED for and on behalf of NORTEL )
NETWORKS (IRELAND) LIMITED ) **DAVID HUGHES**
(IN ADMINISTRATION) )
by **DAVID HUGHES** as Joint )
Administrator (acting as agent and without
personal liability whatsoever) in the
presence of:

Witness: _Eimear Ni Ghriofa_

Name: _EIMEAR NI GHRIOFA_
Address: _C/O ERNST & YOUNG, HARCOURT CENTRE, HARCOURT STREET, DUBLIN 2 ._

SIGNED for and on behalf of **NORTEL**    )
**NETWORKS BV (IN**    )   **CHRISTOPHER J.W. HILL**
**ADMINISTRATION)**    )
by **CHRISTOPHER J.W. HILL** as Joint    )
Administrator (acting as agent and without
personal liability whatsoever) in the
presence of:

Witness: _____

Name: _____
Address: _____

**SIGNED** for and on behalf of **NORTEL**
**NETWORKS HISPANIA, S.A.**
by **CHRISTOPHER J.W. HILL** as Joint
Administrator (acting as agent and without
personal liability whatsoever) in the
presence of:

)
)
)
)

**CHRISTOPHER J.W. HILL**

Witness: _____

Name: _____
Address: _____

**FLEXTRONICS TELECOM SYSTEMS LTD**

By: _M. Marimuthu (signature)_

Name:  Manny Marimuthu

Title: Director

Dated:   November ___, 2009

**FLEXTRONICS CORPORATION**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:   November ___, 2009

**FLEXTRONICS AMERICA, LLC**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:   November ___, 2009

**FLEXTRONICS EMS CANADA INC.**

By: _____

Name: Kieran Gunning

Title:  Vice President

Dated:   November ___, 2009

**FLEXTRONICS INTERNATIONAL EUROPE B.V.**

By: _____

Name: _____

Title: _____

Dated:           November ___, 2009

**FLEXTRONICS TELECOM SYSTEMS LTD**

By: _____

Name:  Manny Marimuthu

Title: Director

Dated:   November ___, 2009

**FLEXTRONICS CORPORATION**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:   November *10*, 2009

**FLEXTRONICS AMERICA, LLC**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:   November *10*, 2009

**FLEXTRONICS EMS CANADA INC.**

By: _____

Name: Kieran Gunning

Title:  Vice President

Dated:   November ___, 2009

**FLEXTRONICS INTERNATIONAL EUROPE B.V.**

By: _____

Name:_____

Title:_____

Dated:          November ___, 2009

**FLEXTRONICS TELECOM SYSTEMS LTD**

By: _____

Name: Manny Marimuthu

Title: Director

Dated:   November __, 2009

**FLEXTRONICS CORPORATION**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:   November __, 2009

**FLEXTRONICS AMERICA, LLC**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:   November __, 2009

**FLEXTRONICS EMS CANADA INC.**

By: _____

Name: Kieran Gunning

Title:  Vice President

Dated:   November __, 2009

**FLEXTRONICS INTERNATIONAL EUROPE B.V.**

By: _____

Name: _____

Title: _____

Dated:         November __, 2009

**FLEXTRONICS TELECOM SYSTEMS LTD**

By: _____

Name:  Manny Marimuthu

Title: Director

Dated:    November ___, 2009


**FLEXTRONICS CORPORATION**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:    November ___, 2009


**FLEXTRONICS AMERICA, LLC**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:    November ___, 2009


**FLEXTRONICS EMS CANADA INC.**


By: _____

Name: Kieran Gunning

Title:  Vice President

Dated:·    November ___, 2009

**FLEXTRONICS INTERNATIONAL EUROPE B.V.**

By: _____

Name: B.P.H.M  VAN  LOGN

Title:  Director

Dated: November 7, 2009

**FLEXTRONICS INTERNATIONAL LATIN AMERICA (L) LTD.**

By: _____

Name: Manny Marimuthu

Title:  Director

Dated:    November __, 2009

**FLEXTRONICS INTERNATIONAL USA, INC.**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:    November __, 2009

**FLEXTRONICS LOGISTICS USA, INC.**

By: _____

Name: Donald H. Standley

Title: Vice President

Dated:    November __, 2009

**FLEXTRONICS SALES & MARKETING NORTH ASIA (L) LTD.**

By: _____

Name: Manny Marimuthu

Title:  Director

Dated:    November __, 2009

**FLEXTRONICS FUNDING LLC**

By: _____

Name: Paul Read

Title: President

Dated:    November __, 2009

**FLEXTRONICS ELECTRONICS TECHNOLOGY (SUZHOU) CO. LTD.**

By: _____

Name: Manny Marimuthu

Title: Legal Representative

Dated:    November __, 2009

**FLEXTRONICS INTERNATIONAL LATIN AMERICA (L) LTD.**

By: _____

Name: Manny Marimuthu

Title:  Director

Dated:   November ___, 2009

**FLEXTRONICS INTERNATIONAL USA, INC.**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:   November 10, 2009

**FLEXTRONICS LOGISTICS USA, INC.**

By: _____

Name: Donald H. Standley

Title: Vice President

Dated:   November ___, 2009

**FLEXTRONICS SALES & MARKETING NORTH ASIA (L) LTD.**

By: _____

Name: Manny Marimuthu

Title:  Director

Dated:   November ___, 2009

**FLEXTRONICS FUNDING LLC**

By: _____

Name: Paul Read

Title: President

Dated:   November ___, 2009

**FLEXTRONICS ELECTRONICS TECHNOLOGY (SUZHOU) CO. LTD.**

By: _____

Name: Manny Marimuthu

Title: Legal Representative

Dated:   November ___, 2009

**FLEXTRONICS INTERNATIONAL LATIN AMERICA (L) LTD.**

By: _____

Name: Manny Marimuthu

Title: Director


Dated:    November ___, 2009

**FLEXTRONICS INTERNATIONAL USA, INC.**

By: _____

Name: Michael Clarke

Title: President, Infrastructure


Dated:    November ___, 2009

**FLEXTRONICS LOGISTICS USA, INC.**

By: _____

Name: Donald H. Standley

Title: Vice President


Dated:    November ___, 2009

**FLEXTRONICS SALES & MARKETING NORTH ASIA (L) LTD.**

By: _____

Name: Manny Marimuthu

Title: Director


Dated:    November ___, 2009

**FLEXTRONICS FUNDING LLC**

By: _____

Name: Paul Read

Title: President


Dated:    November ___, 2009

**FLEXTRONICS ELECTRONICS TECHNOLOGY (SUZHOU) CO. LTD.**

By: _____

Name: Manny Marimuthu

Title: Legal Representative


Dated:    November ___, 2009

**FLEXTRONICS INTERNATIONAL LATIN AMERICA (L) LTD.**

By: _____

Name: Manny Marimuthu

Title:  Director

Dated:   November __, 2009

**FLEXTRONICS INTERNATIONAL USA, INC.**

By: _____

Name: Michael Clarke

Title: President, Infrastructure

Dated:   November __, 2009

**FLEXTRONICS LOGISTICS USA, INC.**

By: _____

Name: Donald H. Standley

Title: Vice President

Dated:   November __, 2009

**FLEXTRONICS SALES & MARKETING NORTH ASIA (L) LTD.**

By: _____

Name: Manny Marimuthu

Title:  Director

Dated:   November __, 2009

**FLEXTRONICS FUNDING LLC**

By: _____

Name: Paul Read

Title: President

Dated:   November __, 2009

**FLEXTRONICS ELECTRONICS TECHNOLOGY (SUZHOU) CO. LTD.**

By: _____

Name: Manny Marimuthu

Title: Legal Representative

Dated:   November __, 2009

**FLEXTRONICS TECHNOLOGY**
**(PENANG) SDN. BHD.**

By: _____

Name: Manny Marimuthu

Title:  Director

Dated:    November ___, 2009

**FLEXTRONICS DISTRIBUTION, INC.**

By: _Donald H. Standley_

Name: Donald H. Standley

Title: Vice President

Dated:   November ___, 2009


**FLEXTRONICS (CANADA) INC.**

By: _____

Name: Kieren Gunning

Title:  Vice President

Dated:   November ___, 2009


**FLEXTRONICS INTERNATIONAL POLAND AP. Z.O.O.**

By: _____

Name: _____

Title: _____

Dated:   November ___, 2009


**FLEXTRONICS CANADA DESIGN SERVICES INC.**

By: _____

Name: Brent Serbin

Title:  Vice President

Dated:   November ___, 2009

**FLEXTRONICS ENCLOSURE SYSTEMS (CHANGZHOU) LTD.**

By: _____

Name: Manny Marimuthu

Title: Director

Dated:   November ___, 2009

**FLEXTRONICS DISTRIBUTION, INC.**

By: _____

Name: Donald H. Standley

Title: Vice President

Dated:    November ___, 2009


**FLEXTRONICS (CANADA) INC.**

By: _____

Name: Kieren Gunning

Title:  Vice President


Dated:    November ___, 2009


**FLEXTRONICS INTERNATIONAL POLAND AP, Z.O.O.**

By: _____

Name:_____

Title:_____


Dated:    November ___, 2009


**FLEXTRONICS CANADA DESIGN SERVICES INC.**

By: _____

Name: Brent Serbin

Title:  Vice President


Dated:    November _11_, 2009

**FLEXTRONICS ENCLOSURE SYSTEMS (CHANGZHOU) LTD.**


By: _____

Name: Manny Marimuthu

Title: Director


Dated:    November ___, 2009

**FLEXTRONICS DISTRIBUTION, INC.**

By: _____

Name: Donald H. Standley

Title: Vice President

Dated:   November __, 2009


**FLEXTRONICS (CANADA) INC.**

By: _____

Name: Kieren Gunning

Title:  Vice President

Dated:   November __, 2009


**FLEXTRONICS INTERNATIONAL POLAND AP. Z.O.O.**

By: _____

Name: _____

Title: _____

Dated:   November __, 2009


**FLEXTRONICS CANADA DESIGN SERVICES INC.**

By: _____

Name: Brent Serbin

Title:  Vice President

Dated:   November __, 2009

**FLEXTRONICS ENCLOSURE SYSTEMS (CHANGZHOU) LTD.**

By: _____

Name: Manny Marimuthu

Title: Director

Dated:   November __, 2009

**FLEXTRONICS DISTRIBUTION, INC.**

By: _____

Name: Donald H. Standley

Title: Vice President

Dated:   November __, 2009


**FLEXTRONICS (CANADA) INC.**

By: _____

Name: Kieren Gunning

Title:  Vice President

Dated:   November __, 2009


**FLEXTRONICS INTERNATIONAL POLAND AP. Z.O.O.**

By: _____

Name: _____

Title: _____

Dated:   November __, 2009


**FLEXTRONICS CANADA DESIGN SERVICES INC.**

By: _____

Name: Brent Serbin

Title:  Vice President

Dated:   November __, 2009


**FLEXTRONICS ENCLOSURE SYSTEMS (CHANGZHOU) LTD.**

By: _____

Name: Manny Marimuthu

Title: Director

Dated:   November __, 2009

**FLEXTRONICS DISTRIBUTION, INC.**

By: _____

Name: Donald H. Standley

Title: Vice President

Dated:    November __, 2009

**FLEXTRONICS (CANADA) INC.**

By: _____

Name: Kieren Gunning

Title:  Vice President

Dated:    November __, 2009

**FLEXTRONICS INTERNATIONAL POLAND SP. Z.O.O.**

By: _____

Name: Justyna Wrzesien-Fic

Title: Site Controller

Dated:    November 12th , 2009

**FLEXTRONICS CANADA DESIGN SERVICES INC.**

By: _____

Name: Brent Serbin

Title:  Vice President

Dated:    November __, 2009

**FLEXTRONICS ENCLOSURE SYSTEMS (CHANGZHOU) LTD.**

By: _____

Name: Manny Marimuthu

Title: Director

Dated:    November __, 2009

Name: Paul Allan

Title: General Manager

Dated: November 2009

Execution Version

## Schedule A - The EMEA Entities

1.      The EMEA Entities

Nortel Networks B.V (in administration)
Nortel Networks (Ireland) Limited (in administration)
Nortel Networks UK Limited (in administration)
Nortel Networks Hispania, S.A. (in administration)

2.      The Joint Administrators of Nortel Networks B.V. (in administration), Nortel Networks UK Limited (in administration) and Nortel Networks Hispania, S.A. (in administration)

Alan Robert Bloom
Stephen John Harris
Alan Michael Hudson
Christopher John Wilkinson Hill
c/o Ernst & Young LLP
1 Moore Place
London SE1 2AF

3.      The Joint Administrators of Nortel Netwoks (Ireland) Limited (in administration)

David Hughes
c/o Ernst & Young Chartered Accountants
Harcourt Centre, Harcourt Street
Dublin 2, Ireland

Alan Robert Bloom
c/o Ernst & Young LLP
1 Moore Place
London SE1 2AF

## Schedule B – The Payment Obligations of NNI

1. NNI shall pay to an account to be identified by Flextronics ▮▮▮▮▮▮▮▮ (such payment together with the Adjustment Amount (as defined below), the "Payment Obligation") in two equal installments. The first installment of ▮▮▮▮▮▮▮▮ shall be paid 10 days after the Effective Date (the "First Installment"). The second installment of ▮▮▮▮▮▮ shall be paid on or before May 31, 2010 (the "Second Installment").

2. The Parties agree to work in good faith to determine within 10 days of the execution of this Settlement and Release Agreement which, if any, of the open accounts receivable listed on Schedule J to this Settlement and Release Agreement are not valid obligations owed by Flextronics to Nortel.

3. With respect to open accounts receivable listed on Schedule J to this Settlement and Release Agreement where the only dispute between Flextronics and Nortel is Nortel's failure to provide an invoice and/or a proof of delivery ("POD") for such open accounts receivable, (i) Flextronics shall review its books and records to determine whether it has invoices and/or proofs of receipt related to such open accounts receivable and (ii) Nortel shall provide invoices and/or PODs for such open accounts receivable to Flextronics on or prior to December 15, 2009. For any such open accounts receivable for which Flextronics is unable to locate an invoice (to the extent missing) and a proof of receipt (to the extent missing) and Nortel does not provide a (i) an invoice (to the extent missing) and (ii) a POD (to the extent missing) ((i) and (ii) together the "Missing Invoice/POD") by that time, Nortel shall pay to an account identified by Flextronics the amount of such open accounts receivable (the "Missing Invoice/POD Amount") on or prior to December 24, 2009. In the event that Nortel subsequently provides, but not later than February 26, 2010, Flextronics with the Missing Invoice/POD for any open accounts receivable comprising the Missing Invoice/POD Amount, Flextronics shall pay to an account to be identified by Nortel the amount of such Missing Invoice/POD within ten (10) days of receipt of such Missing Invoice/POD.

4. With respect to all other open accounts receivable listed on Schedule J to this Settlement and Release Agreement, on or prior to December 15, 2009, Flextronics shall deliver to Nortel written notice itemizing the portions of the invoices relating to such accounts receivable that Flextronics agrees are valid obligations owing to Nortel. For any portion of such invoices that remain in dispute as of December 15, 2009, the Parties agree to continue to work in good faith to reconcile and resolve such disputes. NNI shall pay to Flextronics (i) the amount, if any, in respect of such remaining accounts receivable that the Parties subsequently agree do not constitute valid obligations owed by Flextronics to Nortel, or (ii) if the Parties are unable to agree on such amount on or prior to February 1, 2010, an amount in respect of such remaining accounts receivable determined by the Courts in a joint hearing upon notice to not constitute valid obligations owed by Flextronics to Nortel (the "Invalid Invoice Amount"). Nortel shall pay to an account to be identified by Flextronics the Invalid Invoice Amount on or prior to ten (10)

days from the date of written confirmation of an agreement between Flextronics and Nortel pursuant to (i) above or entry of the final determination by the Courts pursuant to (ii) above.

5. The Parties further agree that the Missing POD Amount plus the Invalid Invoice Amount (together the "Adjusted Amount") shall not exceed ███████████.

## Schedule C – Post-Petition Ordinary Course Contractual Claims

| NT PO # | NT Legal Entity on PO | LOB | Inco-terms | Flex Site (MEP Code) | Flex Invoice # | Flex Invoice Date | Flex Legal Entity | Flex PO Number (Bill of Lading / Airway#) | Delivery Date per Flex PO | Amount Invoiced Local Currency | Invoiced Currency | FX Rate | USD$ | Claims Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nortel Networks Inc. | OPTICAL/PP/ CDMA | | PCBA Guadalajara North | 20002020-A | 24-Aug-09 | Flextronics International Latin America (L) Ltd. | | | ■ | | | ■ | ROIC Q4'09 (Jan'09-Mar'09) BT post-filing |
| | Nortel Networks Inc. | OPTICAL/PP/ CDMA | | PCBA Guadalajara North | 20002020-D | 24-Aug-09 | Flextronics International Latin America (L) Ltd. | | | ■ | | 1.0000 | ■ | ROIC Q1'10 (Apr'09-Jun'09) BT post-filing |
| 4320081568 | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002732 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | ROIC cost structure model Jan 14th, 2009 to Mar 31st |
| | Nortel Networks Inc. | Enterprise - Voice | | PCBA Calgary, Canada | 103 / 101 | 21-Aug-09 | Flextronics International Europe BV | | | ■ | USD | 1.0000 | ■ | Feb 2009 ROIC |
| | Nortel Networks Inc. | Enterprise - Voice | | PCBA Calgary, Canada | 103 / 101 | 21-Aug-09 | Flextronics International Europe BV | | | ■ | USD | 1.0000 | ■ | March 2009 ROIC |
| | Nortel Networks Inc. | Enterprise - Voice | | PCBA Calgary, Canada | 103 / 101 | 21-Aug-09 | Flextronics International Europe BV | | | ■ | USD | 1.0000 | ■ | April 2009 ROIC |
| | Nortel Networks Inc. | Enterprise - Voice | | PCBA Calgary, Canada | 103 / 101 | 21-Aug-09 | Flextronics International Europe BV | | | ■ | USD | 1.0000 | ■ | Jan 2009 ROIC (post-filing) |
| | Nortel Networks Inc. | Enterprise - Voice | | PCBA Calgary, Canada | 103 / 101 | 21-Aug-09 | Flextronics International Europe BV | | | ■ | USD | 1.0000 | ■ | May 2009 ROIC |
| | Nortel Networks Inc. | OPTICAL/PP/ CDMA | | PCBA Guadalajara North | 20002020-B | 24-Aug-09 | Flextronics International Latin America (L) Ltd. | | | ■ | USD | 1.0000 | ■ | ROIC Q4'09 (Jan'09-Mar'09) prefiling |
| | Nortel Networks Inc. | Enterprise - Voice | | PCBA Calgary, Canada | 103 / 101 | 21-Aug-09 | Flextronics International Europe BV | | | ■ | USD | 1.0000 | ■ | Jun 2009 ROIC |
| | Nortel Networks Inc. | Enterprise - Voice | | PCBA Calgary, Canada | 104 | 24-Aug-09 | Flextronics International Europe BV | | | ■ | USD | 1.0000 | ■ | July 2009 ROIC |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002951 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Consumables |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002560 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Engineering Change Orders (ECO) |
| 20081218-184713 | Nortel Networks Inc. | Carrier - CDMA | | PCBA Penang, Malaysia Other | 2011289 | 30-Jun-09 | Flextronics Technology (Penang) Son. Bhd. | | | ■ | USD | 1.0000 | ■ | Engineering Support to Customer (Jul '09) |
| 4320075906 | Nortel Networks Limited | Carrier - CDMA | | PCBA Guadalajara North | 10000581 | 19-May-09 | Flextronics International Latin America (L) Ltd. | | | ■ | USD | 1.0000 | ■ | NPI for CMOS-2, CDMA, Engineering Change Orders (ECO) |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002725 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Engineering Change Orders (ECO) |
| 4320075683 | Nortel Networks Limited | Carrier - CDMA | | PCBA Guadalajara North | 416200001400 | 15-May-09 | Flextronics International Latin America (L) Ltd. | | | ■ | USD | 1.0000 | ■ | Consumables Creds (Jan14-Feb28) |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002557 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Engineering General Support to Customer |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002298 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Freight & Duty - Inbound |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002724 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Rework / Upgrades |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002296 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Engineering Change Orders (ECO) |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002434 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Engineering General Support to Customer |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002433 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Engineering Change Orders (ECO) |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | | PCBA Creedmoor, North Carolina | J2410002597 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Freight & Duty - Inbound |
| | Nortel Networks Inc. | Carrier CVAS (Wireline) | EXP INV | PCBA Creedmoor, North Carolina | J2410002561 | 26-Aug-09 | Flextronics America LLC | | | ■ | USD | 1.0000 | ■ | Engineering Change Orders (ECO) |

Execution Version

## Schedule D – Pre-Petition Ordinary Course Contractual Claims

| Amount Invoiced Local Currency | Invoiced Currency | FX Rate | USD$ | Claims Description |
|---|---|---|---|---|
| ███ | USD | 1.0000 | ███ | ROIC Q2'08 Sept08 (BT) |
| ███ | USD | 1.0000 | ███ | Legacy E&O after BOP |
| ███ | USD | 1 0000 | ███ | ROIC Q3'08 (oct-nov-dec) |
| ███ | USD | 1 0000 | ███ | ROIC model cost structure model. Nov 2nd, 2008 to Dec 31st, 2008 |
| ███ | USD | 1 0000 | ███ | TRA - Retirement Benefit (Oct - Dec 2008) |
| ███ | CDN | 1.2157 | ███ | Q2-09 NN Portion of Pension Support MTL (Apr - Jun'09) |
| ███ | CND | 1.2157 | ███ | Q1-09 NN Portion of Pension Support MTL (15th Jan - 31st Mar) |
| ███ | CDN | 1 2157 | ███ | Q2-09 NN Portion of Pension Support CGY (Apr - Jun'09) |
| ███ | USD | 1.0000 | ███ | Jan 2009 ROIC (pre-filing) |
| ███ | USD | 1.0000 | ███ | Outbound freight (Jan 1 - Jan 14th) |
| ███ | USD | 1 0000 | ███ | Mind Ready claim (over a year old) |
| ███ | USD | 1.0000 | ███ | ROIC model cost structure model  Jan 1st to Jan 13th, 2009 |
| ███ | CND | 1.2157 | ███ | Q1-09 NN Portion of Pension Support MTL (1st-14th Jan) |
| ███ | USD | 1.0000 | ███ | TRA - Retirement Benefit  (Oct - Dec 2008) |
| ███ | USD | 1 0000 | ███ | Stock Rotation # 142 Rework (December'08) |
| ███ | USD | 1 0000 | ███ | Monkstown Packaging Claim (Oct - Dec) |
| ███ | USD | 1.0000 | ███ | Expedited Air Freight (Dec'08) |
| ███ | USD | 1.0000 | ███ | Q1-09 NN Portion of Pension Support CGY (15th Jan - 31st Mar) |
| ███ | USD | 1 0000 | ███ | RTP Packaging Claim (Oct - Dec) |
| ███ | USD | 1 0000 | ███ | Calgary NPI (Nov'08) |
| ███ | USD | 1.0000 | ███ | Calgary NPI (Dec'08) |
| ███ | USD | 1.0000 | ███ | Calgary NPI (Aug'08) |
| ███ | USD | 1.0000 | ███ | Calgary NPI (Oct'08) |
| ███ | USD | 1 0000 | ███ | Calgary NPI (Sep'08) |
| ███ | USD | 1 0000 | ███ | Stock Rotation # 141 Rework (November'08) |
| ███ | USD | 1 0000 | ███ | Flextronics Q3 under consumption |
| ███ | USD | 1.0000 | ███ | NPI (Jan 1st - 14th) |
| ███ | CND | 1 2157 | ███ | Q1-09 NN Portion of Pension Support CGY (1st-14th Jan) |
| ███ | USD | 1.0000 | ███ | Flex's CSA Invoices (2007-2008) |
| ███ | USD | 1.0000 | ███ | Engineering Related (nov'08) |
| ███ | USD | 1.0000 | ███ | Tooling, Fabrication Tooling (nov-08) |

Execution Version

## Schedule E – § 503(b)(9) Claims[3]

| Claim Register ID No. | U.S. Debtor | Creditor Name | Amount Claimed (USD) |
|---|---|---|---|
| 4858 | Nortel Altsystems Inc. | Flextronics Corporation | 24,795,601.00 |
| 4859 | Nortel Networks Inc. | Flextronics Corporation | 24,795,601.00 |
| 4862 | Nortel Networks Inc. | Flextronics Sales & Marketing North Asia (L) Ltd. | 331,437.00 |
| 4863 | Nortel Networks Inc. | Flextronics Technology (Penang) Sdn. Bhd. | 46,351.00 |
| 4864 | Nortel Networks Inc. | Flextronics International Latin America (L) Ltd. | 637,596.00 |
| 4865 | Nortel Networks (CALA), Inc. | Flextronics International Europe B.V. | 472.00 |
| 4866 | Nortel Networks Inc. | Flextronics International USA Inc. | 9,427.00 |
| 4867 | Nortel Networks (CALA), Inc. | Flextronics America LLC | 2,076.00 |
| 4868 | Nortel Networks Inc. | Flextronics International Europe B.V. | 10,663,45.00 |
| 4869 | Nortel Networks Inc. | Flextronics America LLC | 11,918,347.00 |
| 4870 | Nortel Altsystems Inc. | Flextronics Telecom Systems Ltd. | 24,795,601.00 |
| 4871 | Nortel Networks Inc. | Flextronics Telecom Systems Ltd. | 24,795,601.00 |
| 4875 | Nortel Networks Inc. | Flextronics Logistics USA Inc. | 1,195,872.00 |

---

[3] This Schedule E is provided for illustrative purposes only. To the extent that this Schedule E is inconsistent with the releases contained in section 7 of this Settlement and Release Agreement, the releases contained in section 7 of this Settlement and Release Agreement shall govern.

Execution Version

## Schedule F – US Proofs of Claim[4]

| Claim Register ID No. | U.S. Debtor | Creditor Name | Amount Claimed (USD) |
|---|---|---|---|
| | Nortel Altsystems Inc. | Flextronics Telecom Systems Ltd. | 608,200,466.00 |
| 4857 | Nortel Networks International Inc. | Flextronics Telecom Systems Ltd. | 608,200,466.00 |
| 4860 | Nortel Networks Inc. | Flextronics Telecom Systems Ltd. | 608,200,466.00 |
| 4861 | Nortel Networks Capital Corporation | Flextronics Telecom Systems Ltd. | 608,200,466.00 |
| 4872 | Nortel Networks Capital Corporation | Flextronics Corporation | 608,200,466.00 |
| 4873 | Nortel Networks Inc. | Flextronics Corporation | 608,200,466.00 |
| 4874 | Nortel Altsystems Inc. | Flextronics Corporation | 608,200,466.00 |
| 4876 | Nortel Networks Inc. | Flextronics Sales & Marketing North Asia (L) Ltd. | 303,738,362.00 |
| 4877 | Nortel Networks Inc. | Flextronics Logistics USA, Inc. | 305,640,281.00 |
| 4878 | Nortel Networks Inc. | Flextronics Technology (Penang) Sdn. Bhd. | 303,583,529.00 |
| 4879 | Nortel Networks (CALA), Inc. | Flextronics International Europe B.V. | 472.00 |
| 4880 | Nortel Networks Inc. | Flextronics International USA, Inc. | 302,779,326.00 |
| 4881 | Nortel Networks Inc. | Flextronics International Latin America (L) Ltd. | 312,698,697.00 |
| 4882 | Nortel Networks Inc. | Flextronics International Europe B.V. | 334,302,199.00 |
| 4883 | Nortel Networks Inc. | Flextronics America, LLC | 349,425,851.00 |
| 4884 | Nortel Networks (CALA), Inc. | Flextronics America, LLC | 2,076.00 |
| 4885 | Nortel Networks International Inc. | Flextronics Corporation | 608,200,466.00 |

---

[4] This Schedule F is provided for illustrative purposes only. To the extent that this Schedule F is inconsistent with the releases contained in section 7 of this Settlement and Release Agreement, the releases contained in section 7 of this Settlement and Release Agreement shall govern.

**Execution Version**

| 4886 | Nortel Networks Inc. | Flextronics EMS Canada Inc. | 302,771,369.00 |

Execution Version

## Schedule G – Canadian Proofs of Claim[5]

| E&Y Claim ID Number | CCAA Applicant | Creditor Name | Amount Claimed (CAD) |
|---|---|---|---|
| 1840 | Nortel Networks Limited | Flextronics International Europe B.V. | 83,703,679.00 |
| 1841 | Nortel Networks Limited | Flextronics Electronics Technology (Suzhou) Co. Ltd. | 120,436.23 |
| 1842 | Nortel Networks Limited | Flextronics Distribution, Inc. | 72,219.28 |
| 1843 | Nortel Networks Technology Corporation | Flextronics America, LLC | 14,756.48 |
| 1844 | Nortel Networks Limited | Flextronics America, LLC | 529.59 |
| 1845 | Nortel Networks Technology Corporation | Flextronics Telecom Systems Ltd | 741,541,610.00 |
| 1846 | Nortel Networks Technology Corporation | Flextronics International Latin America (L) Ltd. | 38,808.83 |
| 1847 | Nortel Networks Limited | Flextronics International Latin America (L) Ltd. | 4,270,873.78 |
| 1850 | Nortel Networks Limited | Flextronics (Canada) Inc. | 33,679,301.00 |
| 1866 | Nortel Networks Limited | Flextronics Telecom Systems Ltd | 775,220,909.98 |
| 1870 | Nortel Networks International Corporation | Flextronics Telecom Systems Ltd | 741,541,610.20 |
| 1872 | Nortel Networks Global Corporation | Flextronics Telecom Systems Ltd | 741,541,610.20 |
| 1875 | Nortel Networks Corporation | Flextronics Telecom Systems Ltd | 741,541,610.20 |
| 1878 | Nortel Networks Technology Corporation | Flextronics Corporation | 741,541,608.98 |
| 1879 | Nortel Networks Limited | Flextronics Corporation | 741,541,608.98 |
| 1881 | Nortel Networks Global | Flextronics Corporation | 741,541,608.98 |

[5] This Schedule G is provided for illustrative purposes only. To the extent that this Schedule G is inconsistent with the releases contained in section 7 of this Settlement and Release Agreement, the releases contained in section 7 of this Settlement and Release Agreement shall govern.

| | Corporation | | |
|---|---|---|---|
| 1884 | Nortel Networks International Corporation | Flextronics Corporation | 741,541,608.98 |
| 1887 | Nortel Networks Corporation | Flextronics Corporation | 741,541,608.98 |
| 1894 | Nortel Networks Limited | Flextronics International Poland Sp. z.o.o. | 19,710.70 |
| 1898 | Nortel Networks Limited | Flextronics Sales & Marketing North Asia (L) Ltd | 20,046.27 |
| 1902 | Nortel Networks Technology Corporation | Flextronics Canada Design Services Inc. | 5,638,089.47 |
| 1903 | Nortel Networks Technology Corporation | Flextronics EMS Canada Inc. | 2,558,618.98 |
| 1904 | Nortel Networks Technology Corporation | Flextronics Enclosure Systems (Changzhou) Ltd. | 43,421.38 |

## Schedule H –Open Accounts Receivable

This schedule is confidential and has not been attached as the Applicants have requested it be sealed by this Honourable Court.

## Schedule I – Preserved Open Accounts Receivable

This schedule is confidential and has not been attached as the Applicants have requested it be sealed by this Honourable Court.

## Schedule J – Adjustment Amount Open Accounts Receivable

This schedule is confidential and has not been attached as the Applicants have requested it be sealed by this Honourable Court.

**Execution Version**

**Exhibit 1 – Form ERS8K MA**

# ERS8K MANUFACTURING AGREEMENT

This Agreement is entered into between Nortel Networks Limited ("NNL") and Nortel Networks Inc. ("NNI") (NNL and NNI collectively "Nortel") on the one hand and on the other hand Flextronics Telecom Systems Ltd. ("FTS") and Flextronics Corporation (f/k/a Solectron Corporation, "FC") (FTS and FC, collectively, "Flextronics"), on the terms and conditions set forth below. This Agreement will become effective on _____, 2009 (the "Effective Date").

WHEREAS, Nortel is currently purchasing the contract manufacturing services related to certain of its products identified in Schedule A attached hereto as "SLR Enterprise Products," as produced in Flextronics's facility in Penang, Malaysia ("Penang"), Charlotte, North Carolina ("Charlotte"), Milpitas, California ("Milpitas") and distributed through Flextronics's facility in Columbia, South Carolina ("Columbia"). The purchase and sale of the SLR Enterprise Products is currently governed by that certain Master Contract Manufacturing Services Agreement between FC and Nortel, dated as of September 30, 2003 and as subsequently amended by the parties (the "SLR MCMSA");

AND WHEREAS, NNL and Flextronics have agreed, pursuant to that certain Settlement Agreement dated May 22, 2009 (the "Settlement Agreement"), that, *inter alia,* the business and operations conducted pursuant to the SLR MCMSA related to the SLR Enterprise Products would terminate in accordance with the terms of the SLR MCMSA as of December 12, 2009;

AND WHEREAS, the Parties have subsequently agreed that Flextronics will continue to provide the manufacturing services related to the SLR Enterprise Products under the terms and conditions set out herein;

NOW, THEREFORE, in consideration of the mutual promises hereinafter set forth (the receipt and sufficiency of which is hereby acknowledged), the Parties hereby agree as follows:

1.      The Parties agree that, with respect to the SLR Enterprise Products, Flextronics's continued production of such products shall be pursuant to the terms of that certain Amended and Restated Master Contract Manufacturing Services Agreement between FTS and Nortel, dated as of June 29, 2004 and as subsequently amended by the parties (the "Flex MCMSA"), and, further, that such production and services shall be continued until (a) December 31, 2010 with respect to the services currently provided in Penang, Charlotte and Milpitas and (b) March 31, 2010 with respect to the services currently provided in Columbia. With respect to such continuing support, the pricing will be fixed through December 31, 2009

2.      Except as set out herein, the terms and conditions governing the provision of the manufacturing services related to the SLR Enterprise Products shall be, in order of precedence (controlling documents listed first): (i) this Agreement, (ii) Settlement Agreement, (iii) the Amending Agreement by and between the parties dated January, 13, 2009, and (iv) the Flex MCMSA, as amended and as particularly amended by that certain Amending Agreement dated January 13, 2009 and the Settlement Agreement. The Parties have agreed that the terms of any applicable Virtual System House Agreements or other agreements currently governing the SLR

Enterprise Products business shall continue in their current forms, except to the extent such terms are superseded by the terms of the Flex MCMSA and this Agreement.

3.    The pricing for the SLR Enterprise Products will remain at the current rates through December 31, 2009.



January 1, 2010
April 1, 2010
July 1, 2010
October 1, 2010

As part of the closing of the sale to Avaya Inc. by Nortel of Nortel's Enterprise Solutions business ("Closing"), Flextronics consents to Nortel's assignment to Avaya of Nortel's obligation to pay all of the above described quarterly payments that will become due after the effective date of the Closing; provided, Avaya Inc. acknowledges its assumption of such payment obligation in writing with Flextronics in advance of the Closing. Upon Avaya Inc. and Flextronics entering into the written agreement acknowledging assumption of the described quarterly payments, Flextronics will release Nortel from all liability for such payments.

4.    Flextronics utilizes certain "gold boards" as part of the test processes for the SLR Enterprise Products (the "Gold Boards"), Nortel and FC will mutually agree on an appropriate Gold Board population and identify these quantities in Schedule B. Nortel shall submit a purchase order for the Gold Boards in the amount set forth in Schedule B, which Nortel shall pay to Flextronics on Payment terms consistent with the current AA process Flextronics shall retained possession of the Gold Boards as Loaned Assets under the Flex MCMSA.

5.    For the avoidance of doubt, Flextronics shall submit and Nortel shall be responsible for claims for Quarterly E&O generated by the SLR Enterprise Products in accordance with the terms of the Settlement Agreement and Amending Agreement.

[REST OF PAGE INTENTIONALLY LEFT BLANK -- SIGNATURES FOLLOW]

IN WITNESS WHEREOF, the parties hereto have signed this Manufacturing Agreement, to be effective as of the Effective Date first above written, although actually signed by the parties on the dates shown below their respective signatures.

**NORTEL NETWORKS LIMITED**

By:

Name:
Title:

Date:

**FLEXTRONICS TELECOM SYSTEMS, LTD.**

By:

Name:
Title:

Date:

**FLEXTRONICS CORPORATION**

By:
Name:
Title:

Date:

## Schedule A

### SLR Enterprise Products

As of the Effective Date, the SLR Enterprise Products consist of the following Products manufactured in Penang:

**Schedule B**

**Gold Boards**

## Exhibit 2 -- Form MEN MA

## MEN MANUFACTURING AGREEMENT

This Agreement is entered into between Nortel Networks Limited ("NNL") and Nortel Networks Inc. ("NNI") (NNL and NNI collectively "Nortel") on the one hand and on the other hand Flextronics Telecom Systems Ltd. ("FTS") and Flextronics Corporation (f/k/a Solectron Corporation, "FC") (FTS and FC, collectively, "Flextronics"), on the terms and conditions set forth below. This Agreement will become effective on October 15, 2009 (the "Effective Date").

WHEREAS, Nortel is currently purchasing the contract manufacturing services related to certain of its products identified in Schedule A attached hereto as SLR Metro Ethernet Networks (MEN) Products, as produced in Flextronics' facility in Guadalajara, Mexico. The purchase and sale of the SLR MEN Products is currently governed by that certain Master Contract Manufacturing Services Agreement between FC and Nortel, dated as of September 30, 2003 and as subsequently amended by the parties (the "SLR MCMSA");

AND WHEREAS, NNL and Flextronics have agreed, pursuant to that certain Settlement Agreement dated May 22, 2009 (the "Settlement Agreement"), that, *inter alia,* the business and operations conducted pursuant to the SLR MCMSA related to the SLR MEN Products would terminate in accordance with the terms of the SLR MCMSA as of December 12, 2009;

AND WHEREAS, the Parties have subsequently agreed that Flextronics will continue to provide the manufacturing services related to the SLR MEN Products under the terms and conditions set out herein;

NOW, THEREFORE, in consideration of the mutual promises hereinafter set forth (the receipt and sufficiency of which is hereby acknowledged), the Parties hereby agree as follows:

1.     The Parties agree that, with respect to the SLR MEN Products, Flextronics' continued production of such products shall be pursuant to the terms of that certain Amended and Restated Master Contract Manufacturing Services Agreement between FTS and Nortel, dated as of June 29, 2004 and as subsequently amended by the parties (the "Flex MCMSA"), and, further, that such production and services shall be continued until June 30, 2010 unless an extension to this agreement is mutually agreed prior to June 30, 2010.

2.     Except as set out herein, the terms and conditions governing the provision of the manufacturing services related to the SLR MEN Products shall be, in order of precedence (controlling documents listed first): (i) this Agreement, (ii) Settlement Agreement, (iii) the Amending Agreement by and between the parties dated January, 13, 2009, and (iv) the Flex MCMSA, as amended and as particularly amended by that certain Amending Agreement dated January 13, 2009 and the Settlement Agreement. The Parties have agreed that the terms of any applicable Virtual System House Agreements or other agreements currently governing the SLR MEN Products business shall continue in their current forms, except to the extent such terms are superseded by the terms of the Flex MCMSA and this Agreement.

3. Pricing for the SLR MEN Products will remain at the current rates through December 31, 2009. ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

January 1, 2010 ████████████████████████████████████████
April 1, 2010 ████████████████████████████████████████

The January 1 payment is for the first quarter of calendar year 2010, whilst the April 1 payment is for the second quarter of calendar year 2010.

During the period for which ████████████████ Transformation cost for the Products will remain fixed at current levels, Material costs will continue to be agreed monthly in accordance with the MPLP process.

4. For the avoidance of doubt, Flextronics shall submit and Nortel shall be responsible for claims for Quarterly E&O generated by the SLR MEN Products in accordance with the terms of the Settlement Agreement and Amending Agreement.

[REST OF PAGE INTENTIONALLY LEFT BLANK – SIGNATURES FOLLOW]

IN WITNESS WHEREOF, the parties hereto have signed this Wireline Manufacturing Agreement, to be effective as of the Effective Date first above written, although actually signed by the parties on the dates shown below their respective signatures.

**NORTEL NETWORKS LIMITED**                **FLEXTRONICS TELECOM SYSTEMS, LTD.**

By:                                        By:

Name:                                      Name:
Title:                                     Title:

Date:                                      Date:

                                           **FLEXTRONICS CORPORATION**

                                           By:
                                           Name:
                                           Title:

                                           Date:

**[and other Nortel and Flex entities as required]**

## Schedule A

## SLR MEN Products

As of the Effective Date, the SLR MEN Products consist of the following Products manufactured in Guadalajara:

**OM3K:**

| | |
|---|---|
| NTN451BA | OM 3500 LIF Left Interface circuit pack |
| NTN451BH | OM3500 LIF Left Interface circuit pack Hardened |
| NTN451HA | OM3500: 20A Power Module |
| NTN451MA | OM 3500 LOAM left OAM circuit pack |
| NTN451MH | OM3500 LOAM left OAM circuit pack Hardened |
| NTN452AA | DS1 1-28 Top Front I/O Module |
| NTN452AH | DS1 1-28 Enhanced Front I/O Module |
| NTN452BA | DS1 1-28 Top Rear I/O Module |
| NTN452CA | DS1 29-56 Top Front I/O Module |
| NTN452CH | DS1 29-56 Top Front I/O Module |
| NTN452DA | DS1 29-56 Top Rear I/O Module |
| NTN452EA | DS1 29-84 Top Front I/O Module |
| NTN452EH | DS1 29-84 Top Front I/O Module |
| NTN452FA | DS1 29-84 Top Rear I/O Module |
| NTN452HB | 8 X - RJ45 Top Rear I/O Module |
| NTN452JA | BNC 12-port I/O Module |
| NTN452JH | BNC 12-port I/O Front Module |
| NTN452KA | BNC 12-port I/O Rear Module |
| NTN452NA | 8 X -RJ45 Top Front I/O Module |
| NTN452NH | 8 X - RJ45 Top Front I/O Module |
| NTN458HB | OM3500: FAN FRONT EXHAUST |
| NTN458HC | OM 3500 Fan Module- Front Exhaust |
| NTN458HH | OM 3500 Fan Module |
| NTN458MW | OM3500 Power Module & Cooling Unit Upgrade Kit |
| NTN458QA | Optical Metro 3500 Fan Kit |
| NTN458QH | Optical Metro 3500 Fan Kit |
| NTN476AH | Optical Metro 3500 Universal Shelf Assembly Hardened |

**Passport7/9K:**

| | |
|---|---|
| NT0489AG | MSS7K |
| NT0490AG | MSS7K |
| NTBP07AG | MSS7K |
| NTBP07BG | MSS7K |
| NTBP07CG | MSS7K |
| NTBP85AG | MSS7K |
| NTEP14BG | MSS7K |
| NTEP65BG | MSS7K |
| NTEP66DG | MSS7K |
| NTEP80AG | MSS7K |
| NTEP81AG | MSS7K |
| NTEP82AG | MSS7K |
| NTHQ19AG | MSS7K |
| NTJS20AG | MSS7K |
| NTJS52BG | MSS7K |
| NTJS53BG | MSS7K |
| NTJS56BG | MSS7K |
| NTJS62FG | MSS7K |
| NTJS63EG | MSS7K |
| NTJS64EG | MSS7K |
| NTJS65DG | MSS7K |
| NTJS66EG | MSS7K |
| NTJS67EG | MSS7K |
| NTJS74AG | MSS7K |
| NTJV24CG | MSS7K |
| NTJV32AG | MSS7K |
| NTPS20AG | MSS7K |
| NTPS20BG | MSS7K |
| NTPS22AG | MSS7K |
| NTNS40AA | MSS9K |
| NTNS41AA | MSS9K |

**Passport 15K:**

NTHR11EA
NTHR12EA
NTHR13EA
NTHR15EA
NTHW76EA
NTHR5071

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

*ONTARIO*
**SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**THIRTY-FIRST REPORT
OF THE MONITOR
DATED NOVEMBER 27, 2009**

**GOODMANS LLP**
Barristers & Solicitors
250 Yonge Street, Suite 2400
Toronto, Canada  M5B 2M6

Jay A. Carfagnini  (LSUC#: 222936)
Joseph Pasquariello (LSUC# 37389C)
Christopher G. Armstrong (LSUC# 55148B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

\5787087