# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 1514, 1898** |
| | Objection Deadline: November 30, 2009 |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF BT AMERICAS, INC. WITH RESPECT TO INITIAL NOTICES OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CUSTOMER AGREEMENTS

BT Americas, Inc. ("BT"), by and through its undersigned counsel, respectfully submits this limited objection (the "Limited Objection") with respect to two Initial Notices of Debtors' Request for Authority to Assume and Assign Certain Customer Agreements (the "Notices") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in connection with the sale of certain of the Debtors' assets (respecting the Debtors' Enterprise Solutions Business) and the assumption and assignment or assumption and sublease of Designated Agreements[2] to Avaya Inc. (the "Purchaser").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Notices.

8898/13576-010 Current/16730745v2

**Background**

1. On January 14, 2009, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Upon information and belief, the Debtors are operating their business and managing their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

**The Notices**

3. To date, BT has been served with two Notices, among other things, listing a total of three (3) purported executory contracts (collectively, the "Contracts") to which BT allegedly is a party and which the Debtors propose to assume and assign to the Purchaser. The Notices were received by BT on or about November 17, 2009 and November 20, 2009, respectively, with a deadline for objections of November 30, 2009. The Debtors identify these Contracts as follows: (i) Periphonics Standard Maintenance Agreement w/ Schedule A, Effective Date 11/12/1998; (ii) Periphonics Standard Sales Agreement, Effective Date 11/12/1998; and (iii) Business Partner Agreement 5.0, Effective Date 1/1/2003.

4. The Notices indicate that the Debtors' proposed cure amounts in connection with the assumption and assignment of each of the Contracts is $-0-.[3] The Notices state that these amounts are the so-called "Interim Cure Amounts", or the amounts that the Debtors believe are required to cure defaults occurring prior to or on the date that is 30 days prior to the service of the Notices. The Notices further state that prior to the Closing Date, BT will receive additional notices that will specify the amounts that the Debtors believe are required to cure

---

[3] Prior to the assumption and assignment of the Contracts, the Debtors are required, pursuant to Section 365(b)(1) of the Bankruptcy Code, to cure all outstanding defaults under the Contracts.

any defaults that occur after the date that is 30 days prior to the service of the Notices (the so-called "Tail Cure Amounts").

### Limited Objection and Reservation of Rights

5. BT is in the process of attempting to confirm the nature, validity and effectiveness of each of the Contracts, including whether the Contracts are still in existence, are capable of being assumed and assigned, and/or the existence of any non-monetary or monetary defaults.[4] Pending this confirmation, BT reserves the right to object (and to file supplemental pleadings in connection therewith) to the Debtors' proposed assumption and assignment of each of the Contracts on any and all grounds including, without limitation, (i) whether certain of the Contracts are terminable and not assignable pursuant to the terms and provisions thereof, applicable non-bankruptcy law, and/or Section 365(c)(1) of the Bankruptcy Code, and (ii) whether the cure amounts associated with each of the Contracts as proposed by the Debtors are correct.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[4] Nothing herein shall constitute an admission of any kind with respect to the validity or existence of the Contracts or the Debtors' ability to assume and assign such Contracts, and BT reserves all rights, claims and defenses.

WHEREFORE, BT respectfully requests that (i) the Court grant BT relief consistent with the issues raised in this Limited Objection, and (ii) BT be granted such other and further relief as the Court deems just and proper.

Dated: November 30, 2009　　　　PROSKAUER ROSE LLP
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　/s/  Scott K. Rutsky_____
　　　　　　　　　　　　　　　　Scott K. Rutsky (SR-0712)
　　　　　　　　　　　　　　　　1585 Broadway
　　　　　　　　　　　　　　　　New York, New York 10036-8299
　　　　　　　　　　　　　　　　Telephone: (212) 969-3000
　　　　　　　　　　　　　　　　Facsimile: (212) 969-2900
　　　　　　　　　　　　　　　　E-mail: srutsky@proskauer.com


　　　　　　　　　　　　　　　　Counsel for BT Americas, Inc.

4