# CERTIFICATE OF SERVICE

I, Kathleen Lytle, certify that I am not less than 18 years of age, and that on November 30, 2009, I caused a copy of the foregoing to be served on the parties below via facsimile:

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>Attention: James L. Bromley and Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006<br>Fax: (212) 225-3999 | Morris, Nichols, Arsht & Tunnell LLP<br>Attention: Derek C. Abbott<br>1201 North Market Street<br>Wilmington, DE 19801<br>Fax: (302) 658-3989 |
| Ropes & Gray LLP<br>Attention: Mark I. Bane and Anne H. Pak<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Fax: (646) 728-1662 | Milbank, Tweed, Hadley & McCloy<br>Attention: Roland Hlawaty<br>One Chase Manhattan Plaza<br>New York, New York 10006<br>Fax: (212) 822-5735 |
| Akin Gump Strauss Hauer & Feld LLP<br>Attention: Fred S. Hodara, Stephen Kuhn and Kenneth Davis<br>One Bryant Park, New York, NY 10036<br>Fax: (212) 872-1002 | Richards, Layton & Finger, P.A.<br>Attention: Christopher M. Samis<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Fax: (302) 651-7701 |

Dated: November 30, 2009    /s/ Kathleen Lytle
                            Kathleen Lytle