IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
: 
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1] :
: Joint ly Administered
Debtors. :
: **RE: D.I. 1627, 1685**
:
:
-----------------------------------------------------------X

**NOTICE OF FILING OF MASTER NOTICES OF ASSIGNMENT
OF CONTRACTS IN CONNECTION WITH THE PROPOSED SALE
OF CERTAIN ASSETS OF DEBTORS' METRO ETHERNET NETWORKS BUSINESS**

PLEASE TAKE NOTICE that on October 7, 2009, Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors") filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents under Seal and (E) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts (the "Sale Motion") [D.I. 1627][2] seeking approval of the sale of certain of Debtors' assets (the "Assets") to Ciena Corporation ("Ciena") pursuant to the terms of a Stalking Horse Asset Sale Agreement dated October 7, 2009 (the "Agreement"), including the assumption of certain executory contracts (the "Scheduled Agreements"), and the assignment of such executory contracts pursuant to the procedures as set forth in the Sale Motion (the "Assumption and Assignment Procedures"), and the approval of certain bidding procedures in connection with the proposed sale (the "Bidding Procedures").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that on October 16, 2009, the United States Bankruptcy Court for the District of Delaware entered an order that, among other things, approved the Assumption and Assignment Procedures and the Bidding Procedures (the "Bidding Procedures Order") [D.I. 1685].

PLEASE TAKE FURTHER NOTICE that, pursuant to the Assumption and Assignment Procedures, the Debtors are required to file with the Court a master notice (the "Master Assumption Notice") that sets forth: (i) the name and address of each Counterparty to a Scheduled Agreement, (ii) notice of the proposed effective date of the assignment (subject to the Debtors' and Ciena's right to withdraw such request for assumption and assignment of certain Scheduled Agreements prior to the Closing Date (as defined in the Agreement)), (iii) identification of each Scheduled Agreement, and (iv) the Cure Amount, if any. For Customer Contracts (as defined in the Sale Motion), the Debtors are permitted to file a separate Master Assumption Notice under seal with the Court and deliver copies to (i) counsel to Ciena, (ii) the U.S. Trustee, (iii) counsel to the Monitor, (iv) counsel to the Committee, and (v) counsel to the Bondholder Group.

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing with the Court such Master Assumption Notice in accordance with the Assumption and Assignment Procedures set forth in the Sale Motion. This Master Assumption Notice lists Scheduled Agreements other than Customer Contracts on Exhibit A, and lists Customer Contracts on Exhibit B. Pursuant to the Bidding Procedures Order, Exhibit B will be filed under seal. The assumption and assignment of the Scheduled Agreements shall be effective upon the Closing Date, subject to the Debtors' and Ciena's right to withdraw such request for assumption and assignment of certain Scheduled Agreements prior thereto. The terms of and conditions to the assumption and assignment of each contract are further governed by the Agreement and the Sale Motion (including the Assumption and Assignment Procedures).

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  November 30, 2009<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>   - and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |