## EXHIBIT A

| Name and Address of Counterparty | Effective Date of Assignment | Description of Assumed Agreement | Cure Amount |
|---|---|---|---|
| NetTest New York Inc Center Green Building 4 Utica, NY 13502 | As of the Closing Date | Services Delivery Agreement, including Annexes | $0 |
| | As of the Closing Date | Amendment #1 to Services Delivery Agreement No. 021548 | $0 |