IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
Nortel Networks, et al.[1]                      :    Case No. 09-10138 (KG)
                                                :
                                                :    (Jointly Administered)
                       Debtors.                 :
                                                :    Related Dockt. Nos.: 1514, 1898
                                                :    Objection Deadline: November 30, 2009
---------------------------------------------------------x

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF SPRINT NEXTEL CORPORATION TO NOTICES OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN AGREEMENTS**

Sprint Nextel Corporation ("Sprint Nextel"), by and through its undersigned counsel, hereby asserts its Limited Objection and Reservation of Rights to Notices of Debtors' Request for Authority to Assume and Assign Certain Agreements, and respectfully states as follows:

## Background

1. On January 14, 2009 (the "Petition Date"), Nortel Networks Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. On September 16, 2009, the Court entered an Order (Docket No. 1514) authorizing, among other things, the assumption and assignment of certain contracts as a part of the sale of the Debtors' assets to Avaya, Inc. ("Avaya").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5772), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

3. On or about November 20, 2009, Sprint Nextel received three notices entitled "Initial Notice of Debtors' Request for Authority to Assume and Assign Certain Customer Agreements," dated November 13, 2009, seeking to assume and assign certain contracts with Sprint Nextel in connection with the Avaya sale.

4. These Initial Notices provide for the assumption and assignment of the following:

| Name and Address of Counterparty | Effective Date of Assignment | Description of Designated Agreement | Cure Amount |
|---|---|---|---|
| Sprint/United Management Company<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4100 | As of the Closing Date | Nortel Networks Managed Services Statement of Work pursuant to the Resale Annex of the Master Purchase Agreement No. CM012156FJC<br>Effective Date: 5/12/2008 | $0.00 |
| Sprint United Telephone<br>P.O. Box 3555<br>Mansfield, OH 44907 | As of the Closing Date | Periphonics Maintenance Agreement<br>Effective Date: 6/2/1994 | $0.00 |
| Sprint/United Management Company<br>903 East 104th<br>Kansas City, MO 64131 | As of the Closing Date | Master Software and Hardwar Trial Evaluation Agreement<br>Effective Date: 4/5/2001 | $0.00 |

5. In addition, on or about November 24, 2009, Sprint Nextel received letters from the Debtors dated November 20, 2009, providing notice of the assignment of four contracts. Each letter requested an affirmative consent to the assignment of a certain customer agreement, and asserted that a failure to object to the assignment before the Closing Date would constitute an acceptance of the assignment. The letters referred to the following contracts:

- Master Software and Hardware Trial Evaluation Agreement #CM011703FJC with Nortel Networks Inc. dated 4/5/2001;

2

- BCM 5.0 Trial Schedule to Master Software and Hardware Trial Evaluation Agreement between Sprint/United Management Company and Nortel Networks, Inc. with Nortel Networks dated 7/15/2009;

- MGxPEC Trial Agreement with Nortel Networks Inc. dated 10/2/2009; and

- Master Purchase Agreement CM012156FJC – Service Scope of Work #2008-1113 with Nortel Networks Inc. dated 5/21/2008.

(Collectively, the contracts listed in paragraphs 4 and 5 are the "Contracts.")

### Limited Objection

6. Sprint Nextel does not necessarily object to the assumption and assignment of the Contracts. However, Sprint Nextel received the Notices within ten days of the objection deadline, and requires an additional period of time to identify the Contracts, to determine whether the assumption and assignment is appropriate, as well as to determine whether the sale addresses all obligations under the Contracts, and whether the proposed cure amounts are correct.

7. The Notices provide for a 15 day period in which the Debtors and Sprint Nextel will attempt to resolve consensually this Limited Objection, described in the Initial Notices as the "Consensual Resolution Deadline." Sprint Nextel will attempt to resolve any issues with the Debtors regarding the Contracts during the Consensual Resolution period.

### Reservation of Rights

8. Sprint Nextel reserves the right to (a) amend, supplement, or otherwise modify this Objection and (b) raise such other and further objections as may be determined by further investigation by Sprint Nextel or the Debtors into the Sprint Nextel Contracts, the Sprint Nextel Notices, and the proposed cure amounts.

WHEREFORE, Sprint Nextel Corporation respectfully requests this Court grant the relief requested in this Objection and such other or further relief as is just and proper.

Dated: November 30, 2009

MORRIS JAMES LLP

_____
Brett D. Fallon (No. 2480)
Eric J. Monzo (No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1404
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com
        emonzo@morrisjames.com

-and-

David I. Swan
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
E-mail: dswan@mcguirewoods.com

*Counsel for Sprint Nextel Corporation*

\10218652.1