## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Tenth Supplement To List Of Ordinary Course Professionals** was caused to be made on November 30, 2009, in the manner indicated upon the entities on the attached service list.

Dated: November 30, 2009

                                             Andrew R. Remming (No. 5120)

3248031.5