IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
:   Jointly Administered
            Debtors.                                        :
:   **RE: D.I.s 1525, 1760**
:
:
------------------------------------------------------------X

### DEBTORS' NOTICE OF FILING OF AMENDMENT NO. 1 TO THE TRANSACTION AGREEMENT FOR THE SALE OF DEBTORS' NEXT GENERATION PACKET CORE NETWORK COMPONENTS

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

   **PLEASE TAKE NOTICE** that, on January 14, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), except for Nortel Networks (CALA) Inc., which filed for bankruptcy protection on July 14, 2009.

   **PLEASE TAKE FURTHER NOTICE** that, on September 21, 2009, the Debtors filed the Debtors' Motion for Orders (i) (A) Authorizing and Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (ii) Authorizing And Approving Sale Of Debtors Next Generation Service Packet Core Network Components Free And Clear Of All Liens, Claims And Encumbrances (the "Assets") [D.I. 1525] (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

   **PLEASE TAKE FURTHER NOTICE** that, on October 28, 2009, the Bankruptcy Court entered an order approving the sale of the Assets to Hitachi, Ltd. ("Hitachi"), in accordance with the terms set forth in the order [D.I. 1760] (the "Sale Order").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Sale Order is that certain Transaction Agreement, dated as of October 25, 2009, among Nortel Networks Limited, Nortel Networks Inc.[2] and Hitachi as Purchaser (the "<u>Agreement</u>").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have executed an Amendment No. 1 to the Agreement dated November 27, 2009, attached hereto as <u>Exhibit A</u> (the "Amendment") and filed the Amendment with the Bankruptcy Court.

Dated:  November 30, 2009
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

---

[2] Capitalized terms not otherwise defined in this notice shall have the meanings ascribed to such terms in the Agreement.