## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Notice Of Filing Of Amendment No. 1 To The Transaction Agreement For The Sale Of Debtors' Next Generation Packet Core Network Components** was caused to be made on November 30, 2009, in the manner indicated upon the entities identified below and on the attached service list.

Dated: November 30, 2009

_____
Andrew R. Remming (No. 5120)

**VIA FIRST CLASS U.S. MAIL:**
Derek Schwede, Esq.
Morrison Foerster
42 Market Street
San Francisco, CA 94105-2482

Dirk Van Den Bos, Esq.
Morrison Foerster
42 Market Street
San Francisco, CA 94105-2482