IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.s 1627, 1685**
:
---------------------------------------------------------X

**DEBTORS' NOTICE OF FILING OF CERTAIN EXHIBITS TO
THE ASSET SALE AGREEMENT FOR THE SALE OF CERTAIN
ASSETS OF DEBTORS' METRO ETHERNET NETWORKS BUSINESS**

**PLEASE TAKE NOTICE** that, on January 14, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), except for Nortel Networks (CALA) Inc., which filed for bankruptcy protection on July 14, 2009.

**PLEASE TAKE FURTHER NOTICE** that, on October 7, 2009, the Debtors filed the Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into a Stalking Horse Asset Sale Agreement with Ciena Corporation, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents Under Seal and (E) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts [D.I. 1627] (the "Sale Motion") seeking approval of the sale of certain of Debtors' assets (the "Assets") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that, on October 16, 2009, the Bankruptcy Court entered an order approving the bidding procedures proposed in the Sale Motion, with certain modifications as reflected in the order (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures, the Sellers conducted an auction beginning on November 20, 2009 and concluding on November 22, 2009 (the "Auction"). The Successful Bid resulting from the Auction was Ciena Corporation ("Ciena") as Purchaser, pursuant to the Amended and Restated Asset Sale Agreement (the "Agreement"), dated as of November 24, 2009 (the "Successful Bid").

**PLEASE TAKE FURTHER NOTICE** that, on November 24, 2009, the Debtors filed the Notice of Filing of Successful Bid in connection with the Successful Bid. Attached as Exhibit A to the Notice of Filing of Successful Bid is the Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed Exhibits 2.2.1(b)(ii) and 2.2.1(b)(iii) to the Agreement (the "Exhibits"), attached hereto as Exhibit A, with the Bankruptcy Court. The Debtors reserve the right to rely on the Exhibits as evidentiary materials in support of the Sale Motion at the joint hearing with the Ontario Superior Court of Justice to consider approval of the sale of the Assets pursuant to the Successful Bid scheduled for **December 2, 2009 at 11:00 a.m. (ET)**.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 1, 2009
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*