**Exhibit A**

# EXHIBIT 2.2.1(B)(II)

## RELATED SHARE ADJUSTMENT TABLE

See attached.

| Redemption Prior To: | $13.17 | $15.00 | $17.50 | $20.00 | $22.50 | $25.00 | $27.50 | Stock Price $30.00 | $35.00 | $40.00 | $50.00 | $60.00 | $70.00 | $80.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| March 1, 2010 | 15.1768 | 15.1768 | 15.0990 | 12.4177 | 10.4268 | 8.8963 | 7.6875 | 6.7109 | 5.2370 | 4.1829 | 2.7916 | 1.9308 | 1.3591 | 0.9619 |
| June 1, 2010 | 15.1768 | 15.1768 | 14.8377 | 12.1618 | 10.1854 | 8.6726 | 7.4828 | 6.5249 | 5.0833 | 4.0561 | 2.7042 | 1.8692 | 1.3148 | 0.9296 |
| June 1, 2011 | 15.1768 | 15.1768 | 14.2306 | 11.5601 | 9.6133 | 8.1411 | 6.9947 | 6.0795 | 4.7160 | 3.7537 | 2.4968 | 1.7241 | 1.2113 | 0.8546 |

EXHIBIT 2.2.1(B)(III)

**CONVERSION RATE TABLE**

See attached.

| Effective Date | $13.17 | $15.00 | $17.50 | $20.00 | $22.50 | $25.00 | $27.50 | Stock Price $30.00 | $35.00 | $40.00 | $50.00 | $60.00 | $70.00 | $80.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| December 1, 2009 | 15.1768 | 15.1768 | 15.0990 | 12.4177 | 10.4268 | 8.8963 | 7.6875 | 6.7109 | 5.2370 | 4.1829 | 2.7916 | 1.9308 | 1.3591 | 0.9619 |
| June 1, 2010 | 15.1768 | 15.1768 | 14.8377 | 12.1618 | 10.1854 | 8.6726 | 7.4828 | 6.5249 | 5.0833 | 4.0561 | 2.7042 | 1.8692 | 1.3148 | 0.9296 |
| June 1, 2011 | 15.1768 | 15.1768 | 14.2306 | 11.5601 | 9.6133 | 8.1411 | 6.9947 | 6.0795 | 4.7160 | 3.7537 | 2.4968 | 1.7241 | 1.2113 | 0.8546 |
| June 1, 2012 | 15.1768 | 15.1768 | 13.4620 | 10.7878 | 8.8768 | 7.4557 | 6.3654 | 5.5058 | 4.2440 | 3.3664 | 2.2337 | 1.5417 | 1.0825 | 0.7624 |
| June 1, 2013 | 15.1768 | 15.1768 | 12.4411 | 9.7614 | 7.8970 | 6.5454 | 5.5319 | 4.7488 | 3.6251 | 2.8616 | 1.8937 | 1.3074 | 0.9178 | 0.6449 |
| June 1, 2014 | 15.1768 | 15.1768 | 11.0575 | 8.3728 | 6.5799 | 5.3313 | 4.4290 | 3.7544 | 2.8233 | 2.2151 | 1.4648 | 1.0146 | 0.7134 | 0.5001 |
| June 1, 2015 | 15.1768 | 13.5200 | 9.0800 | 6.4200 | 4.7600 | 3.6800 | 2.9600 | 2.4500 | 1.8000 | 1.4100 | 0.9400 | 0.6600 | 0.4639 | 0.3200 |
| June 1, 2016 | 15.1768 | 10.5400 | 5.8400 | 3.3800 | 2.1000 | 1.4200 | 1.0400 | 0.8300 | 0.6000 | 0.4800 | 0.3300 | 0.2300 | 0.1600 | 0.1100 |
| June 1, 2017 | 15.1768 | 5.9100 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |