*Law Offices of*
*Richard A. Lalime*
*45 Merrimack Street*
*Lowell, Massachusetts 01852*

Richard A. Lalime, Esq.

Brenden J. McMahon, Esq.

Telephone (978) 452-4600
Fax (978) 970-3885
E-Mail lalimelaw@aol.com

November 23, 2009

David D. Bird
Clerk, U.S. Bankruptcy Court
Clerk's Office
824 Market Street
3rd Floor
Wilmington, DE 19801

Re: Nortel Networks, Inc.
Case No.: 09-10138-KG

Dear Mr. Bird:

Enclosed please find correspondence of Travelers Property and Casualty Company of America.

This office represents Moses Brown of Lowell, Massachusetts as a result of injuries sustained arising out of the negligent operation of a vehicle owned by Nortel.

This office seeks the insurance proceeds that attach to this loss.

Would you be so kind as to contact me to discuss whether Mr. Brown can obtain relief from your Court's stay?

If I have to put this request in motion form, please advise.

Thanking you, I am,

Yours truly,

Richard A. Lalime

RAL/blc
Enclosure

**TRAVELERS J**

Travelers Property Casualty Company Of America
P.O. Box 111
Middleboro, MA 02344-0111
(800)422-3340

02/04/2009

Attorney Richard A. Lalime
Law Offices Of Richard A. Lalime
45 MerriMack St
Lowell, MA 01852

**Insured:** Nortel Networks Inc.
**Claim/File #:** 011 PP A6S2773 J
**Date of Loss:** 07/25/2008
**Policy #:** TC2JCAP -395J1237
**Date Notice Received:** 07/28/2008
**Reference #:** Moses Brown

Dear Attorney Richard A. Lalime:

This will serve to advise that, on January 14, 2009, the above captioned company filed for protection under Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court, District of Delaware, under docket number 09-10150.

Please note that the file is subject to the automatic stay and no payments or commitments can be made at this time.

Should you have any questions, please direct them to the U. S. Bankruptcy Court, Delaware.

If you have any questions, please call me at the number shown above.

Sincerely,
Melissa Cordeiro
Cl Rep
(508)946-6368

P0990 7/05

# TRAVELERS J

Travelers Property Casualty Company Of America
P.O. Box 111
Middleboro, MA 02344-0111
(800)422-3340

11/02/2009

Attorney Richard Lalime
Law Office Of Richard Lalime
45 MerriMack Street
Lowell, MA 01852

Insured: Nortel Networks Inc.
Claim/File #: 011 PP A6S2773 J
Date of Loss: 07/25/2008
Policy #: TC2JCAP -395J1237
Date Notice Received: 07/28/2008
Reference #: Moses Brown

Dear Attorney Richard Lalime:

As per our last telephone conversation; attached you will find a copy of the Bankrutpcy notice for Nortel Networks, Inc as such there is a stay in effect and it applies to this date of loss.

Any questions or dispute regarding this stay can be addressed to the Bankrupcty Court Clerks office (see attached Notice).

If you have any questions, please call me at the number shown above.

Sincerely,
Suzanna Viveiros
Cl Rep
(508)946-6453