## CERTIFICATE OF SERVICE

I, Gregg M. Galardi, hereby certify that on December 1, 2009, I caused the foregoing **MEN Acquisition LLC's (I) Joinder To Limited Objection Of Matlinpatterson Global Advisers LLC And (II) Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of The Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts** to be served on the parties listed on Exhibit A, attached hereto, by Electronic-mail, unless otherwise indicated thereon.

                                                                   /s/ Gregg M. Galardi
                                                                    Gregg M. Galardi

# EXHIBIT A

(Counsel to Debtors)
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
E-mail: dabbott@mnat.com

(Counsel to the Committee)
Fred Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
E-mail: fhodara@akingump.com
E-mail: skuhn@akingump.com
E-mail: kdavis@akingump.com

(Counsel to the Bondholder Group)
Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
E-mail: rhlawaty@milbank.com

(Counsel to Debtors)
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
E-mail: jbromley@cgsh.com
E-mail: lschweitzer@cgsh.com

(Counsel to Ciena)
Douglas Bacon
Joseph Simei
Alice Burke
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
E-mail: douglas.bacon@lw.com
E-mail: joseph.simei@lw.com
E-mail: alice.burke@lw.com

(Counsel to the Committee)
Christopher M. Samis
Richards, Layton & Finger; P.A.
One Rodney Square
920 North Market Street
Wilmington, DE 19801
E-mail: Samis@rlf.com

**Hand Delivery**
(U.S. Trustee)
Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801