IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., <u>et al.</u>,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission pro hac vice of Michael Luskin of the law firm of Hughes Hubbard to represent Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Steven John Harris in their Capacity as Joint Administrators and Foreign Representatives for Nortel Networks UK Limited in this action.

　　　　　　　　　　　　　　　/s/ Edwin J. Harron
　　　　　　　　　　　　　　　Edwin J. Harron (No. 3396)
　　　　　　　　　　　　　　　Young Conaway Stargatt & Taylor, LLP
　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　P.O. Box 391
　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0391

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

　　　　　　　　　　　　　　　/s/ Michael Luskin
　　　　　　　　　　　　　　　Michael Luskin
　　　　　　　　　　　　　　　Hughes Hubbard
　　　　　　　　　　　　　　　One Battery Park Plaza
　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　Telephone: (212) 837-6000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: October ____, 2009　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KEVIN GROSS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.