**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
: 
In re                                     :     Chapter 11
                                          :
Nortel Networks Inc., et al.,[1]          :     Case No. 09-10138 (KG)
                                          :
         Debtors.                         :     Jointly Administered
                                          :
-----------------------------------------------------------X

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 2, 2009 AT 11:00 A.M. (ET)[3]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.   Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, filed 3/20/09).

     Related Pleadings:  None.

     Objection Deadline:  April 2, 2009 at 4:00 p.m. (ET). Extended for the Debtors to a date to be determined.

     Responses Received:  None at this time.

     Status:  This matter has been adjourned to a date to be determined.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

2.  Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

    Related Pleadings:  None.

    Objection Deadline:  June 4, 2009 at 4:00 p.m. (ET).  Extended to January 14, 2010 at 4:00 p.m. (ET) for the Debtors and the Committee.

    Responses Received:  None at this time.

    Status:  This matter has been adjourned to the hearing scheduled for January 21, 2010 at 11:00 a.m. (ET).

3.  Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1495, Filed 9/15/09).

    Related Pleadings:

    a)  Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1496, Filed 9/15/09);

    b)  Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1497, Filed 9/15/09);

    c)  Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1498, Filed 9/15/09);

    d)  Order Shortening Notice Of NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1509, Filed 9/16/09);

    e)  Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1510, Filed 9/16/09);

    f)  Amended Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1534, Filed 9/23/09);

    g)  Order Regarding The United States' Local Rule 5011-1 Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1581, Entered 9/30/09);

  h)  Certification Of Counsel Regarding Appointment Of Mediator (D.I. 1608, Filed 10/5/09);

  i)  Order Appointing Mediator (D.I. 1609, Entered 10/5/09);

  j)  United States' Withdrawal Of Its Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1632, Filed 10/8/09);

  k)  Certification Of Counsel Regarding The Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1634, Filed 10/8/09); and

  l)  Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1659, Entered 10/13/09).

Objection Deadline: October 6, 2009 at 4:00 p.m. (ET). Extended for the Internal Revenue Service without date.

Responses Received:

  a)  United States' Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1543, Filed 9/24/09); and

  b)  United States' Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1544, Filed 9/24/09).

Status: After a successful mediation session before The Honorable John Gibbons on October 7, 2009, the parties came to an interim resolution of the Objection and the hearing on this matter has been adjourned to a hearing without date.

4. Motion Of Belden Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff Of Prepetition Amounts Owed By And Between Belden Inc. And Debtors (D.I. 1795, Filed 10/30/09).

Related Pleadings: None.

Objection Deadline: November 12, 2009 at 4:00 p.m. (ET). Extended for the Debtors and the Committee to January 14, 2010 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: This matter has been adjourned to the hearing scheduled for January 21, 2010 at 11:00 a.m. (ET).

UNCONTESTED MATTERS GOING FORWARD:

5.  Debtors' Motion Pursuant To Sections 501, 502 And 1111(a) Of The Bankruptcy Code, Bankruptcy Rules 2002 And 3003(c)(3) And Local Rule 2002-1(e) For An Order Establishing Deadlines For Filing Proofs Of Claim Against Nortel Networks (CALA) Inc. And Approving Form And Manner Of Notice Thereof (D.I. 1893, Filed 11/12/09).

    Related Pleadings:  None.

    Objection Deadline:  November 25, 2009 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:  This matter is going forward.

6.  Motion Pursuant To 11 U.S.C. § 105(a), § 363 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Asia Restructuring Agreement, And (B) Granting Related Relief (D.I. 1896, Filed 11/12/09).

    Related Pleadings:  None.

    Objection Deadline:  November 25, 2009 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:  This matter is going forward.

7.  Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For An Order (A) Approving Debtors' Entry Into The Next Generation Packet Core Network Components Escrow Agreement And (B) Granting Related Relief (D.I. 1953, Filed 11/23/09).

    Related Pleadings:

    a)  Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For An Order (A) Approving Debtors' Entry Into The Next Generation Packet Core Network Components Escrow Agreement And (B) Granting Related Relief (D.I. 1954, Filed 11/23/09); and

    b)  Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For An Order (A) Approving

>> Debtors' Entry Into The Next Generation Packet Core Network Components Escrow Agreement And (B) Granting Related Relief (D.I. 1966, Filed 11/24/09).

> Objection Deadline:  December 1, 2009 at 12:00 p.m. (ET).
>
> Responses Received:  None at this time.
>
> Status:  This matter is going forward.

8. Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order (I) Authorizing And Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (D.I. 1970, Filed 11/24/09).

> Related Pleadings:
>
> a) Debtors' Motion For An Order Under Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order (I) Authorizing And Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (D.I. 1971, Filed 11/24/09); and
>
> b) Order Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order (I) Authorizing And Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (D.I. 1995, Entered 11/25/09).
>
> Objection Deadline:  December 1, 2009 at 12:00 p.m. (ET).
>
> Responses Received:  None at this time.
>
> Status:  This matter is going forward.

9. Debtors Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Certain Portions Of (I) The Settlement And Release Agreement And (II) The Side Agreement, Attached As Exhibits To The Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For The Entry Of An Order (I) Authorizing And Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (D.I. 1973, Filed 11/24/09).

> Related Pleadings:
>
> a) Debtors' Motion For An Order Under Shortening Notice Relating To Debtors Motion For Entry Of An Order Authorizing The Debtors To File Under Seal

  Certain Portions Of (I) The Settlement And Release Agreement And (II) The Side Agreement, Attached As Exhibits To The Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For The Entry Of An Order (I) Authorizing And Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (D.I. 1976, Filed 11/24/09); and

b) Order Shortening Notice Relating To Debtors' Motion For Entry Of An Order Authorizing The Debtors' To File Under Seal Certain Portions Of (I) The Settlement And Release Agreement And (II) The Side Agreement, Attached As Exhibits To The Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For The Entry Of An Order (I) Authorizing And Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (D. I. 1996, Entered 11/25/09).

Objection Deadline:  December 1, 2009 at 12:00 p.m. (ET).

Responses Received:  None at this time.

Status:  This matter is going forward.

CONTESTED MATTER GOING FORWARD:

10. Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business (D.I. 1587, Filed 9/30/09).

Related Pleadings:

a) Order Authorizing And Approving (I) Bidding Procedures, (II) Notice Procedures, And (III) Setting A Date For Sale Hearing, For The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business (D.I. 1676, Filed 10/15/09);

b) Notice Of (I) Solicitation Of Initial Bids For Nortel's GSM/GSM-R Business; (II) Bidding Procedures; (III) Sale Hearing And (IV) Related Relief And Dates (D.I. 1686, Filed 10/16/09);

c) Affidavit Of Publication Regarding Notice of Sale of Nortel's GSM/GSM-R Business (Financial Times) (D.I. 1770, Filed 10/29/09);

d) Affidavit Of Publication Regarding Notice of Sale of Nortel's GSM/GSM-R Business (The Wall Street Journal) (D.I. 1771, Filed 10/29/09);

e) Affidavit Of Publication Regarding Notice of Sale of Nortel's GSM/GSM-R Business (The Globe And Mail) (D.I. 1772, Filed 10/29/09);

f) Notice Of Rescheduled Bid Deadline, Auction, General Objection Deadline And Hearing (D.I. 1797, Filed 10/30/09);

g) Notice Of Rescheduled Auction (D.I. 1952, Filed 11/23/09);

h) Notice Of Filing Of Successful Bid (D.I. 2018, Filed 11/27/2009); and

i) Notice Of Proposed Final Sale Order (D.I. 2019, Filed 11/27/2009).

Objection Deadline:  November 25, 2009 at 4:00 p.m. (ET).  Extended for the Committee to December 1, 2009 at noon (ET).

Responses Received:

a) Limited Objection To Sale Motion And Request For Adequate Assurance Of Future Performance In Connection With Leases Between ZSF/Research Network Trust, ZSF/Research Gateway Trust And/Or Their Affiliates And Nortel Networks, Inc. Pertaining To The Premises At 4001, 4004, 4006, 4008 And 4010 East Chapel Hill-Nelson Highway, Research Triangle Park, North Carolina (D.I. 1886, Filed 11/12/09);

b) Preliminary Objection And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business (D.I. 1887, Filed 11/12/09);

c) Objection By OSS Nokalva, Inc., To Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving Sale Of Certain Assets Of Debtors' GSM/GSM-R Business (D.l. 1965);

d) Lead Plaintiffs' Limited Response To Debtors' Motion For Order Authorizing And Approving Sale Of Certain Assets Of Debtors' GSM/GSM-R Business (D.I. 2000, Filed 11/25/09);

e) Reservation Of Rights By Oracle USA, Inc. Regarding The Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (III) Authorizing And Approving The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business ("Reservation Of Rights") (D.I. 2001, Filed 11/25/09);

  f)  Objection Of Motorola, Inc. To Debtors' Motion For Orders (I) (A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business (D.I. 2005, Filed 11/25/09); and

  g)  AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving Sale Of Certain Assets Of Debtors' GSM/GSM-R Business (D.I. 2007, Filed 11/25/09).

Status:  This matter is going forward.

11. Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1627, Filed 10/7/09).

Related Pleadings:

  a)  Notice Of Debtors Request For Authority To Assume And Assign Certain Contracts (D.I. 1693, Filed 10/19/09);

  b)  Affidavit Of Publication Regarding Notice Of Public Auction And Sale Hearing (Financial Times) (D.I. 1774, Filed 10/29/2009);

  c)  Affidavit Of Publication Regarding Notice Of Public Auction And Sale Hearing (The Globe And Mail) (D.I. 1775, Filed 10/29/2009);

  d)  Affidavit Of Publication Regarding Notice Of Public Auction And Sale Hearing (The Wall Street Journal) (D.I. 1777, Filed 10/29/2009);

  e)  Debtors' Notice Of Filing Of Amendment No. 1 To The Asset Sale Agreement For The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business (D.I. 1827, Filed 11/4/09);

  f)  Notice Of Withdrawal Of Portion Of Motion Relating To Nortel Contract Numbers 17522, 17524, 265640 And 8738 (D.I. 1870, Filed 11/10/09);

  g)  Notice Of Extension Of Bid Deadline (D.I. 1901, Filed 11/16/09);

h)     Notice Of Withdrawal Of Debtors' Motion With Respect To Certain Contracts (D.I. 1904, Filed 11/17/2009);

i)     Notice Of Rescheduled Auction, Supplemental Objection Deadline And Hearing (D.I. 1922, Filed 11/18/2009); and

j)     Notice Of Filing Of Successful Bid (D.I. 1969, Filed 11/24/09).

Objection Deadline: November 6, 2009 at 4:00 p.m. (ET).[4] Extended for Verizon Communications Inc. and Linex Technologies, Inc. to November 10, 2009 at 4 p.m. (ET). Extended for Anixter, Inc. to November 11, 2009 at 4 p.m. (ET). Extended for Flextronics Corporation and Flextronics Telecom Systems Ltd. to November 18, 2009 at 5 p.m. (ET). Extended for the Committee to December 1, 2009 at 12:00 p.m. (ET).

Responses Received:

a)     Limited Objection Of International Business Machines Corporation To Proposed Cure Amount (D.I. 1836, Filed 11/6/09);

b)     Objection Of Qwest Communications Company, LLC To: Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into A Stalking Horse Asset Sale Agreement With Ciena Corporation, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business And Notice Of Debtors' Request For Authority To Assume And Assign Certain Contracts (D.I. 1839, Filed 11/6/09);

c)     Limited Objection To Sale Motion And Request For Adequate Assurance Of Future Performance In Connection With Leases Between ZSF/Research Network Trust, ZSF/Research Gateway Trust And/Or Their Affiliates And Nortel Networks, Inc. Pertaining To The Premises At 4001, 4004, 4006, 4008 And 4010 East Chapel Hill-Nelson Highway, Research Triangle Park, North Carolina (D.I. 1843, Filed 11/6/09);

d)     Objection Of Motorola, Inc. To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal, And (E) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors'

---

[4] November 25, 2009 at 4:00 p.m. (ET) is the objection deadline for supplemental objections with respect to objections regarding (i) adequate assurance of future performance by Qualified Bidders other than Ciena, and (ii) objections to issues arising from and in connection with the Auction and\or the Debtors' section of a Successful Bid made by a Successful Bidder other than Ciena.

3262548.1

-9-

|   |   |
|---|---|
|   | Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1845, Filed 11/6/09); |
| e) | Preliminary Objection And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Motion For Order Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1846, Filed 11/6/09); |
| f) | Objection Of Hewlett-Packard Company To The Debtors Sale Of Assets To Ciena Corporation (D.I. 1847, Filed 11/6/09); |
| g) | AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 1848, Filed 11/6/09); |
| h) | Linex Technologies, Inc.'s Limited Objection To Debtors' Proposed Sale Of The "MEN Business" To Ciena Or Highest and Best Bidder (D.I. 1867, Filed 11/10/09); and |
| i) | Limited Objection Of The Affiliates Of Verizon Communications Inc. To Debtors' Request For Authority To Assume And Assign Certain Contracts In Connection With The Sale Of Their Metro Ethernet Networks Business (D.I. 1868, Filed 11/10/09); |
| j) | Amendment To The Limited Objection Of The Affiliates Of Verizon Communications Inc. To Debtors' Request For Authority To Assume And Assign Certain Contracts In Connection With The Sale Of Their Metro Ethernet Networks Business (D.I. 1917, Filed 11/18/09); |
| k) | Supplemental Limited Objection To Sale Motion And Request For Adequate Assurance Of Future Performance In Connection With Leases Between ZSF/Research Network Trust, ZSF/Research Gateway Trust And/Or Their Affiliates And Nortel Networks, Inc. Pertaining To The Premises At 4001, 4004, 4006, 4008 And 4010 East Chapel Hill-Nelson Highway, Research Triangle Park, North Carolina (D.I. 2002, Filed 11/25/09); and |
| l) | Limited Objection Of MatlinPatterson Global Advisers LLC To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid |

        Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2014, Filed 11/25/09); and

    **m)**   **MEN Acquisition LLC's (1) Joinder To Limited Objection Of Matlinpatterson Global Advisers LLC And (II) Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of The Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2048, Filed 12/1/09).**

    Status: This matter is going forward.

12.   Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedule And Exhibits And Other Schedules Related To The Sale Of Certain Assets Of The Metro Ethernet Networks Business (D.I. 1805, Filed 11/3/09).

    Related Pleadings:

    a)   Filed Under Seal - The Sellers Disclosure Schedule And Exhibits And Other Schedules Related To The Sale Of Certain Assets Of The Metro Ethernet Networks Business.

    Objection Deadline: November 12, 2009 at 4:00 p.m. (ET). Extended for Flextronics Corporation and Flextronics Telecom Systems Ltd. to November 18, 2009 at 5 p.m. (ET).

    Responses Received: None at this time.

    Status: This matter is going forward.

13.   Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Authorizing And Approving The GSM Termination Fee Agreement And (B) Granting Related Relief (D.I. 2020, Filed 11/27/2009).

    Related Pleadings:

    a)      Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Authorizing And Approving The GSM Termination Fee Agreement And (B) Granting Related Relief (D.I. 2021, Filed 11/27/2009);

    b)      Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363 For An Order (A) Authorizing And Approving The GSM Termination Fee Agreement And (B) Granting Related Relief (D.I. 2026, Entered 11/30/09).

Objection Deadline: December 1, 2009 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: This matter is going forward.

14. Debtors' Motion For An Order (A) Approval Of The Assumption And Assignment Procedures In Connection With The Sale Of Nortel's GSM/GSM-R Business And (B) Authorizing The Filing Of Certain Documents Under Seal (D.I. 2022, Filed 11/27/2009).

Related Pleadings:

    a)      Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a), 363 And 365 For An Order (A) Approval Of The Assumption And Assignment Procedures In Connection With The Sale Of Nortel's GSM/GSM-R Business And (B) Authorizing The Filing Of Certain Documents Under Seal (D.I. 2023, Filed 11/27/2009); and

    b)      Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a), 363 And 365 For An Order (A) Approval Of The Assumption And Assignment Procedures In Connection With The Sale Of Nortel's GSM/GSM-R Business And (B) Authorizing The Filing Of Certain Documents Under Seal (D.I. 2027, Entered 11/30/09).

Objection Deadline: December 1, 2009 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status: This matter is going forward.

15. Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedules And All Exhibits And Schedules To The GSM Asset Sale Agreement (D.I. 2024, Filed 11/27/2009).

Related Pleadings:

    a)    Debtors' Motion For An Order Shortening Notice Relating To The Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedules And All Exhibits And Schedules To The GSM Asset Sale Agreement (D.I. 2025, Filed 11/27/2009); and

    b)    Order Shortening Notice Relating To The Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Sellers Disclosure Schedules And All Exhibits And Schedules To The GSM Asset Sale Agreement (D.I. 2028, Entered 11/30/09).

<u>Objection Deadline</u>:  December 1, 2009 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None at this time.

<u>Status</u>:  This matter is going forward.

Dated:  December 2, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C.Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*