IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                             ) ss.:
COUNTY OF HARTFORD )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 28, 2009, I caused to be served true and correct copies of the following:

   a. Notice of Filing of Successful Bid, dated November 27, 2009 [Docket No. 2018],

   b. Notice of Proposed Final Sale Order, dated November 27, 2009 [Docket No. 2019],

   c. Notice of Debtors' Motion Pursuant to 11 U.S.C. §105(a) and § 363 for an Order (A) Authorizing and Approving the GSM Termination Fee Agreement and (B) Granting Related Relief, to which is attached, Debtors' Motion Pursuant to 11 U.S.C. §105(a) and § 363 for an Order (A) Authorizing and Approving the GSM Termination Fee Agreement and (B) Granting Related Relief, dated November 27, 2009 [Docket No. 2020],

   d. Debtors Motion for an Order Under U.S.C. § 102(1) Shortening Notice Relating to Debtors' Motion Pursuant to 11 U.S.C. § 105(A) and § 363 for an Order (A) Authorizing and Approving the GSM Termination Fee Agreement and (B) Granting Related, dated November 27, 2009 [Docket No. 2021],

   e. Notice of Debtors' Motion for an Order (A) Approval of the Assumption and Assignment Procedures in Connection with the Sale of Nortel's GSM/GSM-R Business and (B) Authorizing the Filing of Certain Documents Under Seal, to which is attached, Debtors' Motion for an Order (A) Approval of the Assumption and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\GSM_Sale_ Aff_ 11-28-09.doc

Assignment Procedures in Connection with the Sale of Nortel's GSM/GSM-R Business and (B) Authorizing the Filing of Certain Documents Under Seal, dated November 27, 2009 [Docket No. 2022],

f. Debtors' Motion for an Order Under 11 U.S.C. § 102(1) Shortening Notice Relating to Debtors' Motion Pursuant to 11 U.S.C. § 105(A), 363 and 365 for an Order (A) Approval of the Assumption and Assignment Procedures in Connection with the Sale of Nortel's GSM/GSM-R Business and ( B) Authoring the Filing of Certain Documents Under Seal, dated November 27, 2009 [Docket No. 2023],

g. Notice of Debtors' Motion for an Order Authorizing the Debtors to File Under Seal the Sellers Disclosure Schedules and All Exhibits and Schedules to the GSM Asset Sale Agreement, to which is attached, Debtors' Motion for an Order Authorizing the Debtors to File Under Seal the Sellers Disclosure Schedules and All Exhibits and Schedules to the GSM Asset Sale Agreement, dated November 27, 2009 [Docket No. 2024], and

h. Debtors' Motion for an Order Shortening Notice Relating to the Debtors' Motion for an Order Authorizing the Debtors to File Under Seal the Sellers Disclosure Schedules and All Exhibits and Schedules to the GSM Asset Sale Agreement, dated November 27, 2009 [Docket No. 2025],

enclosed securely in separate postage pre-paid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
2nd day of December, 2009

_____
Notary Public

**AMY E. LEWIS**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2012

T:\Clients\NORTEL\Affidavits\GSM_Sale_Aff_11-28-09.doc