# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009  11:00 AM  CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

OMNIBUS HEARING
**R / M #:**   2,051 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to date to be determined
#2 -  Adjourned to 1/21/10
#3 - Adjourned to date to be determined
#4 - Adjourned to 1/21/10
#5  -  ORDER SIGNED
#6 - ORDER SIGNED
#7 - ORDER SIGNED
#8 - ORDER SIGNED
#9 - ORDER SIGNED
#10 - ORDER SIGNED
#11 -  Order to be submitted to Chambers
#12 - ORDER SIGNED
#13 - ORDER SIGNED
#14 - ORDER SIGNED
#15 - ORDER SIGNED