# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS INC.  **COURTROOM LOCATION:** 3
**CASE NO.:** 09-10138 - KG  **DATE:** 12/2/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| STEVEN M. YODER | Potter Anderson & Corroon LLP | Ciena |
| J. Douglas Bacon | Latham & Watkins LLP | " |
| Alice Burke | " | " |
| Fred Hodara | Akin Gump | Committee |
| David Botter | " | " |
| Josh Sturm | " | " |
| Tony Feuerstein | " | " |
| Chris Samis | Richards, Layton & Finger, PA | " |
| Cassandra Porsch | Andrews Kurth LLP | Hewlett Packard Company |
| David Dantzic | Latham & Watkins LLP | Ciena |
| Sanjay Bhatnasci | Cole Schotz | MatlinPatterson |
| David Roomzey | Fulbright & Jaworski | AT&T |
| Mark Hurd | Fulbright & Jaworski | AT&T |
| Lisa Kraidin | Allen & Overy LLP | EY as Monitor |
| Michael Luskin | Hughes Hubbard | UK Joint Administrators |
| Ey Horan | Young Conaway | " |

# SIGN-IN-SHEET

| CASE NAME: | NORTEL NETWORKS INC. | COURTROOM LOCATION: 3 |
|---|---|---|
| CASE NO.: | 09-10138 - KG | DATE: 12/2/09 |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | MNAT | Debtors |
| Anne Conlo | MNAT | Debtors |
| Jim Bromley | Cleary Gottlieb | " |
| Lisa Schweitzer | " | " |
| Witold Balaban | Latham + Watkins LLP | Ciena |
| Jennifer Feldsher | Bracewell & Giuliani LLP | MATLINPATTERSON |
| Jane Leamy | USTrustee ofice | USTrustee |
| Turner Smith | Curtis Mallet | Flextronics |
| James Drew | Curtis Mallet | Flextronics |
| Lori Mumbus | Landis Rath + Cobb | Liquix Technology |
| Tom Keaney | Milbank | Ad Hoc Bondholders |
| Gred Galardi | MEN Acquisition SASMF | MEN Acquisition LLC |
| David Allison | Latham & Watkins | MEN Acquisition LLC |
| Trevor Smith | One Equity Partners | MEA Acquisition LLC |
| Amanda Winfrea | Arnon + Gedder | ATT+Flextronics |



# SIGN - IN - SHEET

CASE NAME: Nortel Networks  
CASE NO.: 09-10138 (KG)  
COURTROOM NO.: 3  
DATE: 12/2/09

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Zelle Allinson | Sullivan Hazeltine Allison LLC | Motorola, Inc. |
| Shanti Katona | Polsinelli Shughart PC | OSS Nokalva Inc. |
| Cory Falgowski | Reed Smith | Qwest |



# Court Conference

| Calendar Date: | 12/02/2009 |
|---|---|
| Calendar Time: | 11:00 AM |

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross

Courtroom
Amended Calendar 12/02/2009 12:21 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3213015 | Phillip E Brown | | PSAM | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3221402 | Robert Burns | | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Susan S. Chen | (212) 442-8092 | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3218441 | David Clayton | (212) 530-5031 | Milbank, Tweed, Hadley & McCloy, | Debtor, Bond Holder Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Tad Davidson | (713) 220-4200 | Andrews & Kurth LLP | Creditor, Hewlitt-Pachard / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3214379 | Amish Doshi | 212-297-5825 | Day Pitney, LLP | Creditor, Oracle USA Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3221388 | Oliver Dunn | 571-6710 | Ernest & Young, LLP | Representing, UK Adminstrator / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Simon Edel | (304) 571-6710 | Ernst & Young, LLP | Representing, UK Adminstrator / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3217995 | David A. Fidler | 310-407-4000 | Klee, Tuchin, Bogdanoff & Stern, LLP | Creditor, Sanmina / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Stephen Grisanti | 602-769-2334 | Tricadia Capital | Creditor, Tricidia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3221461 | Thomas Hals | (646) 545-2719 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3221399 | Sarah Johnson | 212-478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3221379 | Robin Jowitt | (862) 571-6710 | Ernst & Young, LLP | Representing, UK Adminstrator / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3218443 | Thomas Kreller | 215-892-4465 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3218463 | Darryl Laddin | (404) 873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3215640 | Ira Levee | 973-597-2480 | Lowenstein Sandler PC | Client, Lead Plaintiffs in Security Litigation / LIVE |

Serenia Taylor

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3222637 | Peter Look | (redacted) | Peter Look - Client of Attorney Anna | Debtor, Peter Look / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3221367 | Jim C. Martin | 212-761-1947 | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3216641 | Olivia Mauro | (212) 412-5773 | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3221326 | Vincent Murrell | 202-326-4020 ext 3580 | Pension Benefit Guaranty Corporation | Creditor, PBGC / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3188961 | Anneliese H. Pak | (212) 841-5740 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3220341 | Gregory Plotko | 212-715-9100 | Kramer Levin Naftalis & Frankel, LLP | Representing, ZSF/Research Trust / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3020779 | Steven J. Reisman | (212) 696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3216577 | Hondo Sen | 909-552-3511 | Hondo Sen - In Pro Per | Creditor, Hondo Sen / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3198092 | Todd L. Solomon | 212-303-9457 | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3216013 | Thomas Walsh | (902) 571-6710 | Herbert Smith | Debtor, Nortel UK / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3215672 | Jacob Zand | 646-885-3590 | Jacob Zand - In Pro Per | In Propria Persona, Jacob Zand / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3224650 | Anna Zentresca | (905) 863-1204 | Nortel Networks Inc. | Debtor, Nortel Networks Inc. / LISTEN ONLY |