IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1] :
: Jointly Administered
        Debtors. :
: **RE: D.I. 1627**
:
----------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER AUTHORIZING AND APPROVING (A) SALE OF CERTAIN ASSETS OF THE DEBTORS' METRO ETHERNET NETWORKS BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

        I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the [Proposed] *Order Authorizing And Approving (A) Sale Of Certain Assets Of The Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Executory Contracts*, attached hereto as **Exhibit A**.

        1.        On October 7, 2009, the Debtors filed the *Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Under Seal And (E) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts* [D.I. 1627] (the "Sale Motion").

2. As Exhibit D to the Sale Motion, the Debtors attached the *Order Authorizing And Approving (A) Sale Of Certain Assets Of The Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption And Assignment Of Certain Executory Contracts* (the "Proposed Sale Order").

3. On December 2, 2009, this Court convened a hearing to consider approval of the Proposed Sale Order (the "Sale Hearing").

4. Based on this Court's rulings at the Sale Hearing and comments received prior to, during and after the Sale Hearing from counsel to parties-in-interest, the Debtors have revised the Proposed Sale Order (the "Revised Sale Order").

5. The Revised Sale Order is attached hereto as **Exhibit A**. A blackline showing the modifications is attached hereto as **Exhibit B**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Sale Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: December 3, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*