# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Stuart M. Brown of Edwards Angell Palmer & Dodge LLP, hereby enters his appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) as counsel to Guyana Telephone and Telegraph Company Limited ("GT&T"), and hereby requests that copies of all notices and pleadings given or filed in the above-matter be given and served upon the following parties:

Stuart M. Brown
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.770.7770
Facsimile: 302.770.7263
Email: sbrown@eapdlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

WLM 519589.1

complaint, demand, motion, petition or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive GT&T's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trail by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which GT&T is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions defenses, setoffs, and recoupments expressly are reserved.

Dated: December 3, 2009
Wilmington, Delaware     **EDWARDS ANGELL PALMER & DODGE LLP**

/s/ Stuart M. Brown
Stuart M. Brown (Bar No. 4050)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: 302.777.7770
Facsimile: 302.777.7263
Email: sbrown@eapdlaw.com

*Counsel for Guyana Telephone and Telegraph Company Limited*

WLM 519589.1     2