```
            IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE


IN RE:                          .    Chapter 11
                                .
NORTEL NETWORKS INC.,           .    Case No. 09-10138(KG)
et al.,                         .
                                .    Nov. 12, 1009 (11:02 a.m.)
            Debtors.            .    (Wilmington)

                  TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE KEVIN GROSS
               UNITED STATES BANKRUPTCY COURT JUDGE
```

Appearances:

For the Debtors:        Ann C. Cordo, Esq.
                        Morris, Nichols, Arsht & Tunnell
                        James Bromley, Esq.
                        Cleary, Gottlieb, Steen & Hamilton










Audio Operator:    Jennifer Pasierb

Transcriber:       Elaine M. Ryan
                   (302) 683-0221

        Proceedings recorded by electronic sound recording;
             transcript produced by transcription service.

```
 1              THE CLERK: Please rise.
 2              THE COURT: Good morning, everyone.  Please be
 3   seated.  Thank you very much.  Good morning, Ms. Cordo.
 4              MS. CORDO: Good morning, Your Honor.  Ann Cordo,
 5   Morris, Nichols, Arsht & Tunnell on behalf of the debtors.
 6   We have one item for you on the agenda today, and that's the
 7   debtors' motion to enter into the CDMA escrow agreement.
 8              THE COURT: Yes.
 9              MS. CORDO: We appreciate you hearing us on such
10   shortened notice and entering our order shortening notice.  I
11   have Jim Bromley on the phone from Cleary Gottlieb, who will
12   be presenting the motion.
13              THE COURT: Alright, thank you, thank you, Ms.
14   Cordo.  Good morning, Mr. Bromley.
15              MR. BROMLEY (TELEPHONIC): Good morning, Judge
16   Gross.  How are you today?
17              THE COURT: Very well, and you.
18              MR. BROMLEY (TELEPHONIC): Good.  Thank you so much
19   for both accommodating us on such short notice and thank you
20   for bearing with me as I call in rather than take the train
21   down.  We have a lot going on up here.
22              THE COURT: It is never a problem, Mr. Bromley.
23   Anytime you feel the need, you may participate by phone.
24              MR. BROMLEY (TELEPHONIC): We appreciate that.  What
25   we have here, Your Honor, is a relatively simple matter, and
```

1   I'm happy to say that all the parties who have any interest
2   in it have consented to the relief, and it is, indeed, the
3   sort of relief that we're very happy to come and seek from
4   you.  This relates to our transaction with Erickson, the CDMA
5   transaction.
6            THE COURT: Yes.
7            MR. BROMLEY (TELEPHONIC): And we anticipate that
8   that transaction will close in the next couple of days.
9   These things always have a little bit of slippage in them,
10  but we do believe this will happen very, very quickly, and
11  what we needed to do is to put in place in an escrow
12  agreement to actually receive the proceeds.  As we, I guess,
13  were last before you on the CDMA transaction back in August,
14  I believe, what we've been doing since then is moving very
15  deliberately towards closing and the escrow agreement has
16  been something that we've been negotiating, I think, really
17  up until the end of the day yesterday.  It is a simple escrow
18  agreement.  The funds will be deposited into an account at
19  J.P. Morgan Chase who will be acting as the escrow agent.  We
20  have described in very broad terms the escrow document in the
21  motion, and the three major estates, so to speak, the
22  Canadian debtors, the U.S. debtors, and the debtors in the
23  U.K. proceedings have all had input into this, commented on
24  it, and all satisfied with the form of the escrow agreement.
25  In addition, our counsel for the Official Committee and the

1   bondholders have also been very actively involved, and we've

2   incorporated all the comments and have broad agreement that

3   this is an appropriate document into which we can receive our

4   over billion dollars from Erickson.  So, unless Your Honor

5   has any questions, and I don't believe there's any

6   opposition, rather there is full support, and we would ask

7   Your Honor to enter the order.

8           THE COURT: Alright, thank you, Mr. Bromley.  Does

9   anyone here wish to be heard on this?  Well, I have reviewed

10  the escrow agreement which is quite detailed and obviously

11  necessary for the closing, which the Court has already

12  certainly endorsed and found is in the debtors' best

13  interests, and I find that the escrow agreement is certainly

14  a necessary document to effectuate the closing and meets with

15  the Court's approval, and I am pleased to grant the motion

16  and approve the escrow agreement.

17          MS. CORDO: Your Honor, may I approach with a form

18  of order?

19          THE COURT: Yes, Ms. Cordo, thank you.

20          MR. BROMLEY (TELEPHONIC): Thank you very much, Your

21  Honor.

22          THE COURT: It's a pleasure.  I'm just sorry

23  everyone had to come out in the rain for it, but it was on

24  such shortened notice, I suppose, that it couldn't be

25  avoided.  Alright, I'm signing it now, Mr. Bromley.

1          MR. BROMLEY (TELEPHONIC): Thank you very much, Your

2   Honor.

3          THE COURT: And I know how complex the closing must

4   be, and I'm sure you're glad that you're not drafting the

5   documents for the closing in any event.

6          MR. BROMLEY (TELEPHONIC): Amen to that.

7          THE COURT: Yes.  Alright, is there anything

8   further?  Anything anyone needs from the Court at this time?

9          MS. CORDO: I do not believe there's anything else,

10  Your Honor.

11         THE COURT: Alright, counsel, thank you very much,

12  and I wish you all a good day, and Mr. Bromely, I'll look

13  forward to seeing you.

14         MR. BROMLEY (TELEPHONIC): Yes, thank you very much,

15  Your Honor.

16         THE COURT: Alright, good day then.  Thank you.

17         (Whereupon at 11:07 a.m., the hearing in this

18  matter was concluded for this date.)


          I, Elaine M. Ryan, approved transcriber for the
United States Courts, certify that the foregoing is a correct
transcript from the electronic sound recording of the
proceedings in the above-entitled matter.

/s/ Elaine M. Ryan                    November 19, 2009
Elaine M. Ryan
2801 Faulkland Road
Wilmington, DE 19808
(302) 683-0221