IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :  Case No. 09-10138 (KG)
:
                                    Debtors.             :  Jointly Administered
:
:  Re: D.I. 1973
---------------------------------------------------------X

**CERTAIN PORTIONS OF SETTLEMENT AGREEMENT - CONFIDENTIAL FILED UNDER SEAL**

**CONFIDENTIAL – CERTAIN PORTIONS OF SETTLEMENT AGREEMENT RE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO SEAL CERTAIN PORTIONS OF (I) THE SETTLEMENT AND RELEASE AGREEMENT AND (II) THE SIDE AGREEMENT, ATTACHED AS EXHIBITS TO THE DEBTORS' MOTION PURSUANT TO 1 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 9019 FOR THE ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE FLEXTRONICS SETTLEMENT AND RELEASE AGREEMENT, (II) AUTHORIZING AND APPROVING THE RELATED SIDE AGREEMENT AND (III) GRANTING RELATED RELIEF [D.I. 1973]**

PURSUANT TO THE PROPOSED ORDER AUTHORIZING THE DEBTORS TO SEAL CERTAIN PORTIONS OF (I) THE SETTLEMENT AND RELEASE AGREEMENT AND (II) THE SIDE AGREEMENT, ATTACHED AS EXHIBITS TO THE DEBTORS' MOTION PURSUANT TO 1 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 9019 FOR THE ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE FLEXTRONICS SETTLEMENT AND RELEASE AGREEMENT, (II) AUTHORIZING AND APPROVING THE RELATED SIDE AGREEMENT AND (III) GRANTING RELATED RELIEF [D.I. ____].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.