**EXHIBIT B – 1**

Address of property subject to the Lease:

    100 Summit Lake Drive, Valhalla, NY 10595

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[5]

---

[5] The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.