**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Twentieth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on December 4, 2009, in the manner indicated upon the entities identified on the attached service list.

Dated: December 4, 2009

                                                            */s/ Ann C. Cordo*
                                                            Ann C. Cordo (No. 4817)

3268393.1