# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
               Debtors. : Jointly Administered
:
: Re: D.I. 1805
:
---------------------------------------------------------------X

| SELLERS DISCLOSURE SCHEDULE AND EXHIBITS - CONFIDENTIAL FILED UNDER SEAL |
|---|

| CONFIDENTIAL – SELLERS DISCLOSURE SCHEDULE AND EXHIBITS RE DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE SELLERS DISCLOSURE SCHEDULE AND EXHIBITS AND OTHER SCHEDULES RELATED TO THE SALE OF CERTAIN ASSETS OF THE METRO ETHERNET NETWORKS BUSINESS [D.I. 1805] |
|---|

PURSUANT TO THE PROPOSED ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE SELLERS DISCLOSURE SCHEDULE AND EXHIBITS AND OTHER SCHEDULES RELATED TO THE SALE OF CERTAIN ASSETS OF THE METRO ETHERNET NETWORKS BUSINESS [D.I. 2078].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.