**EXHIBIT "B"**

TIME: 13:00:32
DATE: 11/30/09

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
| --- | --- |
| AVATAR MOVING SYSTEMS INC | PO BOX 728 YAPBANK NY 11980-0728 |
| SAFETY CERTIFIED INC | 5000 18 US HWY 17, 195 ORANGE PARK FL 32003-8250 |
| VARAHA SYSTEMS INCORPORATED | 2650 VALLEY VIEW LANE DALLAS TX 75234 |

Total Number of Records Printed        3