**EXHIBIT "C"**

```
TIME: 12:53:46                                          NORTEL NETWORKS INC.
DATE: 11/30/09                                            CREDITOR LISTING                                                          PAGE:     1

Name                              Address
―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――
CLAIMS RECOVERY GROUP LLC         TRANSFEROR: AVATAR MOVING SYSTEMS INC 92 UNION AVENUE CRESSKILL NJ 07626
CLAIMS RECOVERY GROUP LLC         TRANSFEROR: SAFETY CERTIFIED INC 92 UNION AVENUE CRESSKILL NJ 07626
CONTRARIAN FUNDS, LLC             TRANSFEROR: VARAHA SYSTEMS INCORPORATED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

Total Number of Records Printed         3
```